Sarah McMillan (MT Bar No. 3634)
WILDEARTH GUARDIANS
P.O. Box 7516
Missoula, MT 59807
(406) 549-3895
smcmillan@wildearthguardians.org

Edward B. Zukoski (*Pro Hac Vice Pending*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Pro Hac Vice Pending*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Pro Hac Vice Pending*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.;<br><br>Federal Defendants. | Case No. 9:22-cv-00114-DWM<br><br>MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY MARLA FOX |

Under Local Civil Rule 83.1(d), I, Sarah McMillan, local counsel for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians in the above-captioned matter, hereby respectfully move the Court to admit attorney Marla Fox *pro hac vice* as counsel for all plaintiffs in the above-captioned case. I am a member in good standing of the Bar of this Court. Mrs. Fox's contact information is as follows:

Marla Fox (OR Bar #141648)
WildEarth Guardians
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

Mrs. Fox's declaration in support of this motion is attached hereto.

I shall participate actively in all phases of the case, including, but not limited, to attendance at depositions and court proceedings, preparation of briefs and discovery requests and responses, and all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times. I shall perform my duties as local counsel as required in Local Civil Rule 83.1(d)(2) & (d)(6).

Pursuant to Local Civil Rule 83.1(d)(4), the movant here need not comply with Local Civil Rule 7.1(c)(1) concerning other parties' positions.

Respectfully submitted this 1st day of July, 2022.

s/ *Sarah McMillan*

Sarah McMillan (MT Bar No. 3634)
WILDEARTH GUARDIANS
P.O. Box 7516
Missoula, MT 59807
(406) 549-3895
smcmillan@wildearthguardians.org