Sarah McMillan (MT Bar No. 3634)
WILDEARTH GUARDIANS
P.O. Box 7516
Missoula, MT 59807
(406) 549-3895
smcmillan@wildearthguardians.org

Edward B. Zukoski (*Pro Hac Vice Pending*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Pro Hac Vice Pending*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Pro Hac Vice Pending*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.;<br><br>Federal Defendants. | Case No. 9:22-cv-00114-DWM<br><br>DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY MARLA FOX |

Pursuant to L.R. 83.1(d), I, Marla Fox, hereby respectfully request to appear *pro hac vice* on behalf of Plaintiff WildEarth Guardians in the above-captioned matter. I declare the following under penalty of perjury:

(a) I am a resident of the State of Washington and my office address is WildEarth Guardians, P.O. Box 13086, Portland, Oregon 97213. My complete contact information is contained in the signature block at the end of this declaration.

(b) The local counsel that I am associated with will pay, simultaneous with filing the application, the *pro hac vice* admission fee shown on the court's website.

(c) I am proficient in electronic filing in the U.S. District Court for the District of Montana, as well as in other federal jurisdictions in which I practice.

(d) I have been admitted to practice in the following courts: Supreme Court of the State of Washington (admitted Dec. 3, 2012); U.S. District Court for the Eastern District of Washington (admitted January 14, 2013); Supreme Court of the State of Oregon (admitted May 15, 2014); U.S. District Court for the District of Oregon (admitted July 21, 2014); U.S. District Court for the District of Colorado (admitted Nov. 1, 2018); U.S. District Court for the District of Columbia (admitted July 6, 2020); and U.S. Court of Appeals for the Ninth Cir. (admitted Dec. 6, 2021). I have never had an admission to any court terminated.

(e) I am in good standing and eligible to practice in the above-listed courts.

(f) I am not currently, nor have I ever been, suspended or disbarred in any court.

(g) I have never been held in contempt, otherwise disciplined by any court for disobedience of its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f) or my state equivalent.

(h) I have not made any application for *pro hac vice* admission to this Court concurrently or within the two years preceding the date of this application.

(i) I understand that *pro hac vice* admission in this Court is personal to me only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

(j) In accordance with Mont. R. Prof'l Conduct 8.5, I certify that I will be bound to the Montana Rules of Professional Conduct in my practice of law in the State of Montana for the purposes of the above-captioned matter–except as to Rules 6.1 through 6.4–and will be subject to the disciplinary authority of the State of Montana. I have complied with Mont. R. Prof'l Conduct 8.5 by sending a letter to the State Bar of Montana, PO Box 577, Helena, MT 59624, certifying that I will be bound to the Montana Rules of Professional Conduct in my practice of law for the purposes of the above-captioned matter–except as to Rules 6.1 through 6.4–and will be subject to the disciplinary authority of the State of Montana.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted July 1, 2022,

/s/ Marla Fox
Marla Fox (OR Bar #141648)
WildEarth Guardians
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org