Sarah McMillan (MT Bar No. 3634)
WILDEARTH GUARDIANS
P.O. Box 7516
Missoula, MT 59807
(406) 549-3895
smcmillan@wildearthguardians.org

Edward B. Zukoski (*Pro Hac Vice Pending*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Pro Hac Vice Pending*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Pro Hac Vice Pending*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.;<br><br>Federal Defendants. | Case No. 9:22-cv-00114-DWM<br><br>DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY ANDREA ZACCARDI |

Pursuant to L.R. 83.1(d), I, Andrea Zaccardi, hereby respectfully request to appear *pro hac vice* on behalf of Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians in the above-captioned matter. I declare the following under penalty of perjury:

(a) I am a resident of the State of Idaho and my office address is Center for Biological Diversity, P.O. Box 469, Victor, ID 83455. My complete contact information is contained in the signature block at the end of this declaration.

(b) The local counsel that I am associated with will pay, simultaneous with filing the application, the *pro hac vice* admission fee shown on the court's website.

(c) I am proficient in electronic filing in the U.S. District Court for the District of Montana, as well as in other federal jurisdictions in which I practice.

(d) I have been admitted to practice in the following courts: Supreme Court of the State of Massachusetts (admitted Dec. 2, 2005), Supreme Court of Colorado (admitted October 23, 2006), U.S. District Court of Colorado (admitted September 6, 2006), U.S. Court of Appeals for the Tenth Circuit (admitted December 18, 2006), Supreme Court of the State of Idaho (admitted December 7, 2011), U.S. District Court of Idaho (admitted December 7, 2011), Supreme Court of the State of Wyoming (admitted December 5, 2014), U.S. District Court of Wyoming (admitted December 5, 2014), U.S. Court of Appeals for the Ninth Circuit (admitted June 14, 2017).

(e) I am in good standing and eligible to practice in the above listed courts.

(f) I am not currently, nor have I ever been, suspended or disbarred in any court.

(g) I have never been held in contempt, otherwise disciplined by any court for disobedience of its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f) or my state equivalent.

(h) I was admitted to practice *pro hac vice* before this Court in Case No. 22-cv-00091-DLC-KLD on May 19 2022 (Dkt. No. 5).

(i) I understand that *pro hac vice* admission in this Court is personal to me only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

(j) In accordance with Mont. R. Prof'l Conduct 8.5, I certify that I will be bound to the Montana Rules of Professional Conduct in my practice of law in the State of Montana for the purposes of the above-captioned matter–except as to Rules 6.1 through 6.4–and will be subject to the disciplinary authority of the State of Montana. I have complied with Mont. R. Prof'l Conduct 8.5 by sending a letter to the State Bar of Montana, PO Box 577, Helena, MT 59624, certifying that I will be bound to the Montana Rules of Professional Conduct in my practice of law for the purposes of the above-captioned matter–except as to Rules 6.1 through 6.4–and will be subject to the disciplinary authority of the State of Montana.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted, July 1, 2022

*/s/ Andrea Zaccardi*
Andrea Zaccardi (Idaho Bar No. 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org