Sarah McMillan (MT Bar No. 3634)
WILDEARTH GUARDIANS
P.O. Box 7516
Missoula, MT 59807
(406) 549-3895
smcmillan@wildearthguardians.org

Edward B. Zukoski (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Admitted Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.;<br><br>Federal Defendants. | Case No. 9:22-cv-00114-DWM<br><br>ACKNOWLEDGEMENT OF ANDREA ZACCARDI FOR APPEARANCE PRO HAC VICE |

I, Andrea Zaccardi, state and acknowledge that I have reviewed the order issued by this Court on July 6, 2022 (Dkt. No. 5) granting Plaintiffs' Motion to Permit Andrea Zaccardi to Appear Pro Hac Vice on Behalf of Plaintiffs in this case. Pursuant to that Order, I hereby accept and acknowledge admission in this case under the terms set forth in that Order.

Plaintiffs and I designate Plaintiffs' counsel Edward B. Zukoski as having the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED July 12, 2022

/s/Andrea Zaccardi
Andrea Zaccardi*
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org
*Admitted pro hac vice

Attorney for Plaintiffs