Sarah McMillan (MT Bar No. 3634)
WILDEARTH GUARDIANS
P.O. Box 7516
Missoula, MT 59807
(406) 549-3895
smcmillan@wildearthguardians.org

Edward B. Zukoski (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Admitted Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.;<br><br>Federal Defendants. | Case No. 9:22-cv-00114-DWM<br><br>ACKNOWLEDGEMENT OF EDWARD B. ZUKOSKI FOR APPEARANCE *PRO HAC VICE* |

I, Edward B. Zukoski, state and acknowledge that I have reviewed the order issued by this Court on July 6, 2022 (Dkt. No. 7) granting Plaintiff's Motion for *Pro Hac Vice* Admission of Attorney Edward B. Zukoski (Dkt. No. 4) in this case. Pursuant to that Order, I hereby accept and acknowledge admission in this case under the terms set forth in that Order.

Plaintiffs and I designate me, Plaintiffs' counsel Edward B. Zukoski, as having the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED July 14, 2022

*/s/ Edward B. Zukoski*
Edward B. Zukoski*
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
*Admitted pro hac vice

Attorney for Plaintiffs Center for Biological Diversity *et al*.