TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

HAYLEY A. CARPENTER, CA Bar No. 312611
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0242
Fax: (202) 305-0506
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; KEITH LANNOM, in his official capacity as Deputy Regional Forester; and CHAD BENSON, in his official capacity as Supervisor of the Kootenai National Forest,<br><br>Defendants. | ) | Case No. 9:22-cv-00114-DWM<br><br>DEFENDANTS' NOTICE OF APPEARANCE |

The Defendants hereby enter the appearance of Hayley Carpenter, United States Department of Justice, as counsel on behalf of Defendants in this matter. Service of all papers should be addressed as follows:

For Deliveries by U.S. Mail:
Hayley Carpenter
United States Department of Justice
ENRD-NRS
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20004-7611

For Overnight or Hand Deliveries:
Hayley Carpenter
United States Department of Justice
ENRD-NRS
150 M St. NE
Washington, DC 20002

Ms. Carpenter's telephone number is (202) 305-0242; her fax number is (202) 305-0506; and her email address is hayley.carpenter@usdoj.gov. Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Respectfully submitted this 19th day of July, 2022.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ *Hayley A. Carpenter*
HAYLEY A. CARPENTER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0242; Fax: (202) 305-0506
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*