Ronni M. Flannery (MT Bar No. 5890)
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
(406) 214-5700
rflannery@bresnan.net

Edward B. Zukoski (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Admitted Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.;<br><br>Federal Defendants. | Case No. 9:22-cv-00114-DWM<br><br>NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL |

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS AND SUBSTITUTION OF COUNSEL**

Please take notice that Ronni M. Flannery hereby enters her appearance as local counsel for Plaintiffs. Attorney Flannery is a member in good standing of the Bar of this Court. As local counsel, Ms. Flannery shall participate actively in all phases of the case, including, but not limited, to attendance at depositions and court proceedings, preparation of briefs and discovery requests and responses, and all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times. Ms. Flannery shall perform her duties as local counsel as required in Local Civil Rule 83.1(d)(2) & (d)(6).

Please serve a copy of all notices, correspondence or orders on Attorney Flannery at the following address:

Ronni M. Flannery (MT Bar No. 5890)
LAW OFFICE OF RONNI M. FLANNERY

936 South 2nd Street, West
Missoula, MT 59801
Telephone: 406-214-5700
Email: rflannery@bresnan.net

Pursuant to Local Rule 83.3(a), Plaintiffs likewise provide notice that Ronni M. Flannery will serve as local counsel for Plaintiffs in substitution for Sarah McMillan.

RESPECTFULLY SUBMITTED, this 3rd day of August, 2022.

/s/*Ronni M. Flannery*
Ronni M. Flannery (MT Bar. No. 5890)

/s/Sarah McMillan
Sarah McMillan (MT Bar No. 3634)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2022, I filed the above **Notice of Appearance and Substitution of Counsel** with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

*/s/ Ronni M. Flannery*
Ronni M. Flannery