Ronni M. Flannery (MT Bar No. 5890)
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
(406) 214-5700
rflannery@bresnan.net

Edward B. Zukoski (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Admitted Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

Plaintiffs,

vs.

U.S. FOREST SERVICE, et al.;

Federal Defendants.

Case No. 9:22-cv-00114-DWM

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians state that none of these organizations has a parent corporation, nor is there any publicly held corporation owning 10% or more of their stock. Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians are all non-profit organizations and therefore do not issue shares of stock.

RESPECTFULLY SUBMITTED, this 3rd day of August, 2022.

/s/*Ronni M. Flannery*
Ronni M. Flannery (MT Bar. No. 5890)

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2022, I filed the above **Corporate Disclosure Statement** with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/*Ronni M. Flannery*
Ronni M. Flannery