TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

HAYLEY A. CARPENTER, CA Bar # 312611
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242
Hayley.Carpenter@usdoj.gov

Leif Johnson
Acting United States Attorney

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE; KEITH LANNOM, in his official capacity as Deputy Regional Forester; and CHAD BENSON, in his official capacity as Supervisor of the Kootenai National Forest,<br><br>Defendants. | Case No. 9:22-CV-00114-DWM<br><br>**JOINT MOTION TO SET DEADLINES TO FILE AMENDED COMPLAINT AND RESPONSE** |

The Parties jointly and respectfully move the Court to order Plaintiffs to file their Amended Complaint on or before September 9, 2022, and Defendants to file their Response on or before October 10, 2022, in lieu of filing a Response to the original Complaint. This request is made for good cause, as set forth below:

1. Plaintiffs initiated this lawsuit by filing a Complaint on June 30, 2022, naming the U.S. Forest Service and individual U.S. Forest Service officials as Defendants. ECF No. 1. The United States Attorney's Office for the District of Montana was served with the Complaint, and Defendants' deadline to file a Response is August 29, 2022. *See* Fed. R. Civ. P. 12(a)(2).

2. Plaintiffs have also served a sixty-day notice of intent to sue under the Endangered Species Act on the U.S. Forest Service and the U.S. Fish and Wildlife Service. Plaintiffs intend to file an Amended Complaint on September 9, 2022, which will include additional claims under the Endangered Species Act and will name the U.S. Fish and Wildlife Service as an additional party Defendant.

3. The Parties agree that it is more efficient for Defendants to file one Response to the Amended Complaint rather than two Responses to both the original Complaint and Amended Complaint. The Parties accordingly request that the Court order Defendants to file a Response to the Amended Complaint in lieu of filing a Response to the original Complaint.

4. Pursuant to this Court's July 25, 2022, Order, the Parties are conferring on the contents of a Proposed Case Management Plan, which is due on October 20, 2022. *See* ECF No. 13. The Parties, however, seek to address amendment of the Complaint and Defendants' Response separately so that the issues described in the preceding paragraphs can be resolved ahead of Defendants' August 29, 2022, deadline to respond to the original Complaint.

For all of the foregoing reasons, the Parties respectfully request that the Court order Plaintiffs to file their Amended Complaint on or before September 9, 2022, and Defendants to file a Response to the Amended Complaint on or before October 10, 2022, in lieu of filing a Response to the original Complaint.

Respectfully submitted this 17th day of August, 2022.

s/ *Ronni M. Flannery (with permission)*
Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
(406) 214-5700
rflannery@bresnan.net

EDWARD B. ZUKOSKI (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149

/s/ *Hayley A. Carpenter*
HAYLEY A. CARPENTER
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242
Fax: (202) 305-0506
hayley.carpenter@usdoj.gov

Leif Johnson
Acting United States Attorney

*Counsel for Defendants*

tzukoski@biologicaldiversity.org

ANDREA ZACCARDI (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians*

MARLA FOX (*Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*