**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS,

Plaintiffs,

v.

U.S. FOREST SERVICE; KEITH LANNOM, in his official capacity as Deputy Regional Forester; and CHAD BENSON, in his official capacity as Supervisor of the Kootenai National Forest

Defendants.

Case No. 9:22-CV-00114-DWM

**[Proposed] ORDER SETTING DEADLINES TO FILE AMENDED COMPLAINT AND RESPONSE**

Upon consideration of the Parties' Joint Motion to Set Deadlines to File the Amended Complaint and Response, and for good cause shown, the Joint Motion is GRANTED. Plaintiffs' Amended Complaint is due on or before September 9, 2022, and Defendants' Response is due on or before October 10, 2022, in lieu of a Response to the original Complaint.

IT IS SO ORDERED.

Dated this ________ day of ______________, 2022.

________________________________
DONALD W. MOLLOY
U.S. District Judge