TODD KIM, Assistant Attorney General
HAYLEY A. CARPENTER, Trial Attorney
ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0424
Fax: (202) 305-0275
E-mail: erika.furlong@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS | ) | No. 9:22-cv-91-00114-DWM |
| Plaintiffs, | ) | DEFENDANTS' NOTICE OF APPEARANCE |
| v. | ) | |
| U.S. FOREST SERVICE; KEITH LANNOM, in his official capacity as Deputy Regional Forrester; and CHAD BENSON, in his official Capacity as Supervisor of the Kootenai National Forest, | ) | |
| Defendants. | ) | |

Please take notice that Erika Furlong of the United States Department of Justice enters her appearance as counsel for Defendants United States Forest Service; Keith Lannom, in his official capacity as Deputy Regional Forrester; and, Chad Benson, in his official capacity as Supervisor of the Kootenai National Forest in the above-captioned matter. Contact information for Ms. Furlong is as follows:

Mailing Address:

Erika Furlong
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611

Overnight Delivery / Street Address:

Erika Furlong
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
150 M Street, N.E., Room 3.1131
Washington, DC 20002

Telephone / Facsimile:

Tel: (202) 305-0424
Fax: (202) 305-0275

E-Mail:

erika.furlong@usdoj.gov

Dated: August 18, 2022

Respectfully Submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/Erika Furlong*________________________
Erika Furlong (PA Bar No. 319350)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202)305-0424
Fax: (202)305-0275

*Attorneys for Defendants*