IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, et. al., <br><br> Defendants. | CV 22–114–M–DWM <br><br><br> ORDER |

Plaintiffs and Defendants jointly move to set deadlines to file an amended complaint and a response to that prospective amended complaint. (Doc. 16.) Although no leave of court is required for Plaintiffs to file an amended complaint given Defendants' written consent to amendment, *see* Fed. R. Civ. P. 15(a)(2); (Doc. 16 at 2), the parties jointly seek these deadlines for the sake of efficiency, which aligns with the spirit of Rule 1 of the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED that the parties' joint motion to set deadlines, (Doc. 16), is GRANTED. Plaintiffs shall file any amended complaint by September 9, 2022,

1

and Defendants' response to such amended complaint shall be due by October 10, 2022.

DATED this 23rd day of August, 2022.

Donald W. Molloy, District Judge
United States District Court