Ronni M. Flannery (MT Bar No. 5890)
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
(406) 214-5700
rflannery@bresnan.net

Edward B. Zukoski (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Admitted Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Counsel for Plaintiffs*

Marla Fox (*Admitted Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and | Case No. 9:22-CV-00114-DWM |

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE; KEITH LANNOM, in his official capacity as Deputy Regional Forester; and CHAD BENSON, in his official capacity as Supervisor of the Kootenai National Forest,<br><br>Defendants. | **JOINT MOTION TO VACATE DEADLINE TO FILE AMENDED COMPLAINT AND RE-SET DEADLINE FOR DEFENDANTS' RESPONSE** |

The Parties jointly and respectfully move this Court to vacate the August 23, 2022 order (ECF No. 18) setting a deadline for Plaintiffs to file an amended complaint on or before September 9, 2022, and for Defendants to file their response on or before October 10, 2022, in lieu of filing a response to the original Complaint in the above-captioned matter. The Parties also respectfully request that the Court re-set the deadline for Defendants to respond to the original complaint to September 23, 2022.

The Parties had previously jointly moved the Court to set the deadlines for an amended complaint and extend Defendants' time for a response in furtherance of judicial efficiency and based on the Parties' common understanding of the facts presented to that point. As explained below, however, due to subsequent unanticipated events, the Parties now move to vacate the deadline for an amended

complaint and revise the deadline for the Defendants' response. This joint motion to vacate the August 23, 2022 order is made for good cause, and should be granted for the following reasons:

1. Plaintiffs initiated this lawsuit challenging the Black Ram Project by filing a Complaint on June 30, 2022, naming the U.S. Forest Service and individual U.S. Forest Service officials as Defendants. ECF No. 1. The United States Attorney's Office for the District of Montana was served with the Complaint, and Defendants' original deadline to file a response was August 29, 2022. *See* Fed. R. Civ. P. 12(a)(2).

2. The same day they filed the Complaint, Plaintiffs served a sixty-day notice of intent to sue under the Endangered Species Act on the U.S. Forest Service and the U.S. Fish and Wildlife Service, regarding the Fish and Wildlife Service's September 15, 2021 Biological Opinion ("2021 Biological Opinion") analyzing the effects of the Black Ram Project and the Forest Service's reliance on the 2021 Biological Opinion. Plaintiffs had planned to file an amended complaint on September 9, 2022, to add claims under the Endangered Species Act and name the Fish and Wildlife Service as an additional party Defendant challenging the 2021 Biological Opinion and the Forest Service's reliance on it.

3. On August 17, 2022, Plaintiffs and Defendants filed a joint motion setting a deadline for Plaintiffs' amended complaint and extending the deadline for

Defendants' response, based on an agreement that it would be more efficient for Defendants to file one response to the amended complaint rather than two responses to both the original complaint and amended complaint. ECF No. 16. The Court granted the motion on August 23. ECF No. 18.

4. During the sixty-day notice of intent period, the Fish and Wildlife Service revised the 2021 Biological Opinion in response to Plaintiffs' notice letter. On August 26, 2022, the U.S. Fish and Wildlife Service issued the revised Biological Opinion analyzing the effects of the Black Ram Project. The Fish and Wildlife Service transmitted the revised Biological Opinion to the Forest Service, and shortly thereafter that day sent it to Plaintiffs' counsel. Neither the Plaintiffs nor the undersigned counsel for Federal Defendants were aware of Fish and Wildlife Service's intent to revise the 2021 Biological Opinion when they jointly filed their August 17 motion.

5. Because of this subsequent event, Plaintiffs no longer plan to file an amended complaint on September 9, 2022 to allege claims against the 2021 Biological Opinion. Instead, Plaintiffs are currently reviewing and assessing the August 26, 2022 revised Biological Opinion and are considering possible future actions, including the potential for filing (or not) an amended complaint challenging the revised Biological Opinion based on its contents.

6. The original deadline for the Defendants' response to the original Complaint was on or about August 29, 2022, which date the Parties had moved this Court to extend to accommodate a response to the anticipated amended complaint. With the Plaintiffs no longer intending to file an amended complaint on September 9, the Parties now jointly seek to re-set the deadline for Defendants' response to on or before September 23, 2022.

For the foregoing reasons, the Parties respectfully request that this Court vacate the August 23, 2022 order (ECF No. 18) setting a deadline for Plaintiffs to file an amended complaint on or before September 9, 2022, and for Defendants to file their response to an amended complaint on or before October 10, 2022.

The Parties also respectfully request the Court re-set Defendants' deadline to file a response to the original Complaint to on or before September 23, 2022. Pursuant to Local Rule 7.1(c)(3), a proposed order is attached to this motion.

Respectfully submitted September 7, 2022.

*/s/ Ronni M. Flannery*
Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
(406) 214-5700
rflannery@bresnan.net

*/s/ Hayley A. Carpenter (w/permission)*
HAYLEY A. CARPENTER
Trial Attorney
ERIKA A. FURLONG
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Ms. Carpenter)
Phone: (202) 305-0424 (Ms. Furlong)
Fax: (202) 305-0506
hayley.carpenter@usdoj.gov

Edward B. Zukoski (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians*

Marla Fox (*Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Attorney for Plaintiff WildEarth Guardians*

erika.furlong@usdoj.gov

Leif Johnson
Acting United States Attorney

*Counsel for Defendants*