**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS,

Plaintiffs,

v.

U.S. FOREST SERVICE; KEITH LANNOM, in his official capacity as Deputy Regional Forester; and CHAD BENSON, in his official capacity as Supervisor of the Kootenai National Forest

Defendants.

Case No. 9:22-CV-00114-DWM

**[Proposed] ORDER VACATING DEADLINE TO FILE AMENDED COMPLAINT AND RE-SETTING DEFENDANTS' DEADLINE TO FILE RESPONSE**

Upon consideration of the Parties' Joint Motion to Vacate the Deadline to File an Amended Complaint and Re-set the Deadline for Defendants' Response set in this Court's August 23, 2022 order (ECF No. 18), and for good cause shown, the Motion is GRANTED.

IT IS ORDERED that the Court's Order of August 23, 2022 is VACATED.

Further, IT IS ORDERED that Defendants shall file a response to Plaintiffs' Complaint (ECF No. 1) on or before September 23, 2022.

Dated this ________ day of ______________, 2022.

______________________________

DONALD W. MOLLOY
U.S. District Judge