IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et. al.,<br><br>Defendants. | CV 22–114–M–DWM<br><br>ORDER |

On August 26, 2022, the United States Fish and Wildlife Service revised the Kootenai National Forest, Black Ram Biological Opinion originally dated September 15, 2021. Because of this event, Plaintiffs no longer plan to file an amended complaint regarding the 2021 Biological Opinion. Accordingly, Plaintiffs and Defendants jointly move to vacate the order dated August 23, 2022, (Doc. 18), setting deadlines for Plaintiffs to file an amended complaint and Defendants to file a response. (Doc. 19.) The parties jointly move to set a new deadline for Defendants to file a response to the original complaint. *Id.*

IT IS ORDERED that the parties' joint motion to re-set deadlines, (Doc. 19), is GRANTED. The order dated August 23, 2022, (Doc. 18), is VACATED. Defendants shall file a response to the original complaint by September 23, 2022.

DATED this 7th day of September, 2022.

Donald W. Molloy, District Judge
United States District Court