TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

HAYLEY A. CARPENTER, CA Bar # 312611
Natural Resources Section
ERIKA A. FURLONG, PA Bar # 319350
Wildlife & Marine Resources Section
Trial Attorneys
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Email: hayley.carpenter@usdoj.gov
erika.furlong@usdoj.gov

JESSE LASLOVICH
United States Attorney

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE; KEITH LANNOM, in his official capacity as Deputy Regional Forester; and CHAD BENSON, in his official capacity as | Case No. 9:22-CV-00114-DWM<br><br>**JOINT PROPOSED CASE MANAGEMENT PLAN** |

Supervisor of the Kootenai National Forest,

Defendants.

Pursuant to the Court's July 25, 2022, Order, ECF No. 13, the Parties submit the following Proposed Case Management Plan. The Parties agree that Plaintiffs describe their case as a civil action for declaratory judgment and injunctive relief against Defendants pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706. The Parties agree to resolve this case based on cross-motions for summary judgment, without a trial. The Parties do not intend to seek discovery in this case.

The Parties may not agree on the proper scope of review and content of the administrative record. In the event of a dispute, the Parties agree to brief the scope of review issue in briefing on a motion to supplement or complete the record. Additionally, the Parties understand that they shall not use any acronyms except those following, commonly understood acronyms: NEPA, NFMA, APA, ESA, USFS, FWS, and EIS.

This case management plan was prepared based on two contingencies: (1) a motion of the Kootenai Tribe of Idaho to intervene as defendants in this case, which Plaintiffs and Defendants understand will be filed tomorrow, October 21; and (2) the Court granting that motion. Both the Plaintiffs and Defendants take no

position on the Tribe's motion and prepared this schedule in consultation with the Tribe to limit the need to modify the case management plan in the future.

The Parties agree to the following deadlines:

- Plaintiffs' Amended Complaint: **December 2, 2022**. Plaintiffs anticipate that the Amended Complaint will include a challenge to the U.S. Fish & Wildlife Service's August 26, 2022, Biological Opinion concerning the Black Ram Project.
- Defendants' Responsive Pleading to Amended Complaint: Given that Plaintiffs bring this action under the Administrative Procedure Act and that the Parties wish expeditiously to resolve the claims on cross-motions for summary judgment, *see, e.g.*, *Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560, 1579 (10th Cir. 1994) (stating that a "complaint" (and, hence, an "answer") was not the appropriate vehicle for initiating judicial review under the APA), the Parties agree that no further responsive pleading is necessary in this case and that, in the interest of time, Defendants should be relieved of the requirement to file a responsive pleading to Plaintiffs' anticipated Amended Complaint. The Parties further agree that Defendants' lack of response to any of the allegations in the Amended Complaint shall not be deemed an admission and that Defendants reserve the right to raise all applicable affirmative defenses to claims raised in the Amended Complaint.

- Certification and Lodging of Administrative Record(s): Defendants will lodge the Forest Service Administrative Record on or before **December 7, 2022**; Defendants will lodge the Fish & Wildlife Service Administrative Record, if any, on or before **December 16, 2022**.
- Motions to Supplement, Complete, or Revise the Administrative Record:
  - The Parties must confer no later than **December 30, 2022**, to determine if there is a dispute over the contents of the Administrative Record(s).
  - If there is a dispute, any Motion to Supplement, Complete, or Revise the Administrative Record(s) shall be filed on or before **January 13, 2023**. If a motion to alter the Administrative Record(s) is filed, the Parties will confer regarding whether they should move to stay the summary judgment briefing schedule set forth below.
  - Any response to a motion to alter the Administrative Record(s) shall be filed on or before **January 27, 2023**.
  - Any reply to a motion to alter the Administrative Record(s) shall be filed on or before **February 3, 2023**.
- Completion of Discovery: Not applicable because Parties are not seeking discovery.
- Motions for Summary Judgment:

- Plaintiffs' Motion for Summary Judgment and brief in support will be filed on or before **January 27, 2023**. Plaintiffs' Summary Judgment brief will be limited to 10,000 words, excluding caption, tables, index of exhibits, signature blocks, and certificates of compliance.
- Defendants' consolidated Cross-Motion for Summary Judgment, brief in support, and Response to Plaintiffs' Motion for Summary Judgment will be filed on or before **March 3, 2023**. Defendants' consolidated Summary Judgment brief and response will be limited to 10,000 words, excluding caption, tables, index of exhibits, signature blocks, and certificates of compliance.
- Proposed Defendant-Intervenor the Kootenai Tribe of Idaho's consolidated Cross-Motion for Summary Judgment, brief in support, and Response to Plaintiffs' Motion for Summary Judgment will be filed on or before **March 10, 2023**. Proposed Defendant-Intervenor's consolidated Summary Judgment brief and response will be limited to 8,000 words, excluding caption, tables, index of exhibits, signature blocks, and certificates of compliance.
- Plaintiffs' consolidated Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment will be filed on or before **April 7, 2023**.

Plaintiffs' consolidated Summary Judgment response/reply brief will be limited to 9,000 words, excluding caption, tables, index of exhibits, signature blocks, and certificates of compliance.

- Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment will be filed on or before **April 21, 2023**. Defendants' Summary Judgment reply brief will be limited to 6,500 words, excluding caption, tables, index of exhibits, signature blocks, and certificates of compliance.
- Proposed Defendant-Intervenor's Reply in Support of Proposed Defendant-Intervenor's Cross-Motion for Summary Judgment will be filed on or before **April 28, 2023**. Proposed Defendant-Intervenor's Summary Judgment reply brief and response will be limited to 3,250 words, excluding caption, tables, index of exhibits, signature blocks, and certificates of compliance.

The Parties' proposed briefing schedule attempts to ensure that the merits are fully briefed before June 2023, which Defendants represent is the earliest that logging and road construction to implement the challenged project are planned to begin. Defendants have agreed to provide Plaintiffs with 30 days' notice before commencing any on-the-ground work implementing a timber sale under the Black

Ram Project, and Plaintiffs will keep the Court advised in this regard. Plaintiffs reserve the right to seek preliminary relief as necessary.

Respectfully submitted this 20th day of October, 2022.

*<u>/s/ Ronni M. Flannery (with permission)</u>*
Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
(406) 214-5700
rflannery@bresnan.net

Edward B. Zukoski (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians*

Marla Fox (*Pro Hac Vice*)
WILDEARTH GUARDIANS
P.O. Box 13086

*<u>/s/ Hayley A. Carpenter</u>*
HAYLEY A. CARPENTER
Trial Attorney
ERIKA A. FURLONG
Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Ms. Carpenter)
Phone: (202) 305-0424 (Ms. Furlong)
hayley.carpenter@usdoj.gov
erika.furlong@usdoj.gov

Jesse Laslovich
United States Attorney

*Counsel for Defendants*

Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Attorney for WildEarth Guardians*