Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
jweis@hk-law.com
(Motion for admission *pro hac vice* pending)

*Attorneys for Proposed Defendant-Intervenor Kootenai Tribe of Idaho*

FILED
OCT 21 2022
Clerk, U.S. District Court
District Of Montana
Missoula

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>Defendants.<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Proposed Defendant-Intervenor. | Case No: 9:22-cv-00114-DWM<br><br>**UNOPPOSED (NO PARTY TAKING A POSITION ON) MOTION TO INTERVENE** |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure (FRCP), proposed defendant-intervenor the Kootenai Tribe of Idaho (the Tribe) respectfully moves to intervene as a matter of right or permissively in this case challenging the Forest Service's Black Ram Project on the Kootenai National Forest.

Counsel for the Tribe conferred with counsel for the existing parties and reports they do not take a position on the Tribe's intervention.

Regarding the substance of the Tribe's motion, intervention of right under FRCP 24(a) is warranted because the Tribe satisfies all four factors for intervention. First, this motion is timely because it is being filed at an early stage of the case, before the filing of the administrative record(s) and before any substantive briefing. Second, the Tribe has a significant interest in defending the Project, which is located in its aboriginal territory, because the Project is consistent with the Tribe's holistic and proactive approach towards land management within Kootenai Territory and with the Tribe's mission to guard and keep the land forever. Third, absent participation in this case, the Tribe will have no opportunity to defend against plaintiffs' efforts to impede the forest health benefits that will flow from Project implementation in Kootenai Territory. Fourth, the existing



HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

parties do not adequately represent the interests of the Tribe because they do not (and cannot) share the sovereign interests of an Indian Tribe.

Alternatively, the Court could grant permissive intervention under FRCP 24(b) because the Tribe's timely defenses share common questions of law and fact with the main action, which is all that is required for permissive intervention.

In support of intervention, the Tribe relies on the accompanying Memorandum in Support of Motion to Intervene, the Declarations of Gary Aitken, Jr., Vice-Chairman for the Tribe, Scott Soults, Fish and Wildlife Department Wildlife Division Manager, and Julie Weis, attaching exhibits cited in the intervention memorandum, a proposed Answer, and the pleadings on file with this Court.

Dated this 21st day of October, 2022.

/s/ Kris A. McLean
Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC

Julie A. Weis
HAGLUND KELLEY LLP
(Motion for admission
*pro hac vice* pending)

*Attorneys for Proposed Intervenor Kootenai Tribe of Idaho*



HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2022, I served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
rflannery@bresnan.net

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
PO Box 469
Victor, MT 83455
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Steet, Suite 421
Denver, CO 80202
tzukoski@biologicaldiversity.org

Marla Fox
WILDEARTH GUARDIANS – PORTLAND
P.O. Box 13086
Portland, OR 97213
mfox@wildearthguardians.org

Sara K. McMillan
WILDEARTH GUARDIANS – MISSOULA
117 W. Broadway
P.O. Box 7516
Missoula, MT 59801
smcmillan@wildearthguardians.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians*

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

By: /s/ Kris A. McLean