Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
weis@hk-law.com
(Motion for admission *pro hac vice* pending)

*Attorneys for Proposed Defendant-Intervenor*
*Kootenai Tribe of Idaho*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>Defendants.<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Proposed Defendant-Intervenor. | Case No: 9:22-cv-00114-DWM<br><br>**DECLARATION OF JULIE WEIS ATTACHING EXHIBITS** |

I, Julie Weis, being sworn, declare as follows:

1. I am an attorney representing proposed intervenor the Kootenai Tribe of Idaho (the Tribe) in this case. I offer this declaration to provide with Court with true and correct copies of public Forest Service documents cited in the Tribe's intervention memorandum. The Forest Service will include these documents in the administrative record for the Black Ram Project when that record is compiled.

2. Attached as Exhibit A is a true and correct excerpt from the Forest Service's June 2022 Black Ram Environmental Assessment.

3. Attached as Exhibit B is a true and correct excerpt from the Forest Service's July 2018 Black Ram Scoping Activities Map.

4. Attached as Exhibit C is a true and correct excerpt from the Forest Service's Julye 2018 Black Ram Scoping Package.

5. Attached as Exhibit D is a true and correct excerpt from the Forest Service's June 2022 Black Ram Decision Notice and Finding of No Significant Impact.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated this 18th day of October, 2022.

s/ Julie A. Weis
Julie A. Weis



HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

United States Department of Agriculture

# Black Ram

## Environmental Assessment



Forest Service | Kootenai National Forest | Three Rivers Ranger District | June 2022

# Introduction

The Interdisciplinary Team (IDT) proposes to do vegetation management on about 13% of National Forest System (NFS) lands within the 91,647 acres of the northwest and part of the northeast Yaak planning subunits on the Three Rivers Ranger District of the Kootenai National Forest.

We prepared this environmental assessment to determine whether effects of the proposed activities may be significant enough to prepare an environmental impact statement. By preparing this environmental assessment, agency policy and direction would comply with the National Environmental Policy Act (NEPA) and other relevant Federal and State laws and regulations. For more details of the proposed action, see the "Proposed Action and Alternatives" section of this document.

## Location of the Project Area

The Black Ram Project Area located north and west of Troy, Montana includes Northwest Peak Scenic Area, Pete Creek Meadow Research Natural Area, Wood Creek Larch Scenic Area, Yaak Community Hall, the areas of Black Top Mountain, Garver Mountain, Hensley Hill, the town of Yaak, Wood Mountain, and Grubstake Mountain. The Canadian border forms the northern boundary of the project, the western boundary of Pete Creek watershed and the district boundary form the western edge, Yaak River the southern boundary, and Wood Mountain/ Grubstake ridgeline the eastern boundary. The legal description of the Project Area includes all or portions of Townships 36 and 37 North, Ranges 30, 31, 32, and 33 West, Lincoln County, Montana.

The project boundary encompasses 95,412 acres, of which 91,647 acres include NFS lands. Proposed activities would be on NFS lands only. Inventoried Roadless Areas (IRA)s along the northwest border of the Project Area includes 8,233 acres of the West Fork Yaak IRA (# 694) and 10,731 acres of the Northwest Peaks IRA (#663). The Project Area includes 23,846 acres of NFS lands in the Wildland Urban Interface (WUI). The Pacific Northwest Trail (PNNST) runs through the Project Area. See Map 1.

## Project Proposal

In 2017, the IDT began field work to determine existing conditions and opportunities in the Project Area. The project purpose and need developed in response to the existing conditions of the Project Area, the desired condition of the Project Area, as well as the direction of the Kootenai National Forest Land Management Plan (2015 Forest Plan). This project will comply with laws, regulations, and policies regarding management of NFS lands.

# Purpose and Need for the Proposal

The focus of the Black Ram project is to manage the forest stands in the Project Area to maintain or improve their resilience to disturbances such as drought, insect and diseases outbreaks, and wildfires.

Based on field review of the area and the 2015 Forest Plan by the District's resource specialists, the following purpose and need for treatment has been identified to help move the landscape toward the desired condition:

- Promote resilient vegetation conditions by managing for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition.

- Promote early seral tree species including western larch, ponderosa pine, and western white pine
- Maintain or improve old growth character within existing old growth
- Encourage fire's ecological function on the landscape
- Improve resilience and resistance to insects, disease and fire
- Design size of treatments to be consistent with the patch size and pattern of the respective biophysical setting
- Diversify successional stages

- Maintain or improve watershed conditions in order to provide water quantity, water quality, stream channel conditions, and native aquatic species habitat that support ecological functions and beneficial uses.
  - Aquatic Resource - Reduce sediment delivery to aquatic systems by implementing Best Management Practices (BMP) on Forest Service Roads
  - Improving and stabilize road/stream crossings and improve drainage distribution on Project Area roads.
- Improve big game winter range conditions and promote forage opportunities.
  - Maintain or increase the forage component of forested stands in the Project Area, including an increase of seedling/sapling age class and early seral species, through timber harvest and prescribed fire;
  - Improve vigor, extent, and long-term productivity of huckleberry and other native plants to increase forage availability.
- Maintain and improve the recreation opportunities in the Project Area.
  - Maintain public access to national forest land
  - Create new recreational opportunities
- Reduce the potential for high intensity wildfire while promoting desirable fire behavior characteristics and fuel conditions in the Wildland Urban Interface and other areas with values at risk.
- Provide forest products that contribute to the sustainable supply of timber products from National Forest System Lands.

Forest ecosystems may be ecologically stable, unstable, or somewhere in between given their respective composition and structure and resilience to changes. In the case of the Black Ram Project Area and the inherent fire risk across the landscape, we know that we cannot change the topography nor the weather; but we can adjust the stand structures, fuel loadings, and continuity of the forested areas. The vegetation management part of this proposal is exploring what, where, and how can we manage the forest stands and fuel types in the Project Area, while providing wood products.

One way to evaluate potential risks pertaining to overall ecosystem stability is to compare the current vegetation structure and composition at the landscape level to the vegetation desired conditions. A historic range of variability (HRV) was used as context for building the vegetation desired conditions which encompass the dynamic nature of ecosystems through past, current, and future conditions. See the Forest Vegetation for a comparison of the current conditions versus the desired conditions.

These alternatives were not developed by the IDT as they did not meet the Purpose and Need for the Black Ram project.

Communication and consultation with these entities began prior to project development and continued throughout the process. The IDT, District Ranger and Forest communicated and consulted with the Confederated Salish and Kootenai Tribes (CSKT), the Kootenai Tribe of Idaho (KTOI), Montana Fish, Wildlife, and Parks and the U.S. Fish and Wildlife Service. These discussions have influenced the design of proposed activities and design features so that they can benefit habitat conditions through vegetation management and minimize potential impacts to wildlife during these activities.

For over two years, the District has worked and communicated with the public, the YVFC and the Stakeholders. The Stakeholder members did not come to agreement on this project they didn't submit comments during scoping and they didn't submit comments on the EA that was published in July 2019. On April 1,2022, we received a letter from the Stakeholders expressing their desire to move the project forward.

Concerns from EA commenters include regeneration harvest, road construction and harvest in old growth, management in/near grizzly bear and lynx habitat, retaining the scenic objectives related to the Pacific Northwest National Scenic Trail (PNNST) but also wanting the trail to be moved from the Yaak.

## Changes to the Proposed Action

In response to public comments, additional field reconnaissance and analysis the following changes were made and have been carried forward in the analysis as alternative 2:

- Harvest Units 5, 45, 46, and 47 were reduced in size;
- Harvest Unit 49, 78A and 78B became improvement cuts;
- About 0.3 of the 1.6 miles of road building is through old growth to access Harvest Unit 55C;
- Harvest Unit 76 became 76A and 76B. Unit 76B is 11 acres and became a regeneration cut;
- Ecosystem Burn Unit K increased in size to 300 acres because Harvest Unit 52 was converted to a burn unit;
- The proposed public road access change, opening the Upper Hensley road and closing part of the Koo Koo Boyd road, was dropped;
- The helispots were dropped;
- The Hensley Hill to Garver Trail was dropped;
- One scenic vista along NFSR 338 and the vista along NFSR 5856 were dropped.

### Completion of Fuel breaks from the Davis Fire

During the Davis Fire suppression efforts, the Incident Management Teams (IMTs) created fuel breaks to protect homes around Yaak, Montana. The IDT proposes to complete about 4 miles of fuel break along Hensley Face road, NFSR 5886 and create a fuel break along the west side of Pete Creek road, NFSR 338 from Yaak Highway 92 to the junction of Hensley Face Road, NFSR 5886.

- The KNF has been consulting the Confederated Salish and Kootenai Tribes and the Kootenai Tribe of Idaho regarding potential impacts from the implementation of the Black Ram Project. Consultation will continue until an alternative is selected and the Tribes have reviewed both the selected alternative and the cultural resource inventory. Additionally, Treaty rights will be enhanced through the promotion of huckleberry growth associated with timber harvest and fuels reduction activities (see wildlife section).

## Other Agencies and Individuals Consulted

**Montana State Historic Preservation Office (MTSHPO):** the MTSHPO reviews the cultural resource inventory. This provides them the opportunity to review the inventory process, evaluations of cultural resources for NRHP eligibility identified in the inventory and consider the proposed design features intended to protect historic properties within the project's APE and consider the effects determination as discussed in the cultural resource inventory and NEPA specialist report.

**Confederated Salish and Kootenai Tribes:** The THPO reviews the project and informs the FS if any cultural or religious sites may be impacted by the undertaking. In addition, the THPO also reviews the cultural resource inventory for adequacy of the inventory and comments on the effect's analysis.

**Kootenai Tribe of Idaho:** A designated representative of the Tribe reviews the project proposal and cultural resource inventory for the same purposes as CSKT.

types possibly due to the relatively poor food supply compared to other habitat types studied. In the Project Area BMUs, grizzly bears clearly use past harvest units, which is expected given the successional development after disturbances (located in the project file are fine-scale maps).

Huckleberries (*Vaccinium* spp.) are an important food source for grizzly bears in this ecosystem (U.S. Department of Interior 1993). Huckleberries are found in patches throughout much of the Project Area. Also, buffalo berry or soopolallie (*Sheperdia* spp.) is common on lower to mid-elevation stands, as are scattered service or Saskatoon berry (*Amelanchier* spp.) and elderberry (*Sambucus* spp.) Mountain-ash (*Sorbus* spp.) is common in high elevations. Riparian habitats are generally considered to be valuable feeding sites. Several drainages feed the main tributaries that flow into the Yaak River in and near the Project Area: West Fork Yaak and French Creek; East Fork Yaak; Pete Creek; Beetle Creek; and Garver Creek. Numerous smaller tributaries originate in the surrounding mountains.

Grizzly bear habitat use in the Purcell Mountains portion of the Cabinet-Yaak Ecosystem is well-documented. In addition to mesic sites found in riparian zones, alder shrub, mixed shrub/snowchutes, and other moist and wet sites, habitat use is strongly associated with closed timber, timbered shrubfields, mixed shrub/cutting units, mixed shrub/burns, graminoid sidehill parks, and timbered grass (Kasworm et al. 2007, Johnson and Gautreaux 2008). Closed timber, timbered shrubfields, mixed shrub/cutting units, and graminoid sidehill park are heavily used (Johnson and Gautreaux 2008). Closed timber stands have tree cover greater than 60 percent and usually a sparse understory; timbered shrubfields have a tree cover of 30 to 60 percent and a shrub understory; and mixed shrub/cutting units are more open and shrub dominated (Kasworm et al. 2007).

In the two BMUs, closed timber covers about 69 percent of the total area (VMap). Timbered shrubfields amount to just 25 percent (VMap) although this type contributes 30 to 45 percent of use (Kasworm et al. 2007). Nearly all the remaining cover is high elevation sparse vegetation, transitional forest, and small lakes.

#### Seasonal Components

In areas with important seasonal components such as spring range and denning habitat, potential disturbance to grizzly bears can be reduced by scheduling proposed major activities, such as timber harvest, to avoid areas near denning habitat when bears emerge from dens (April 1 through May 1) and known denning habitats during the winter (December 1 through March 31).

Grizzly bears seek den sites near areas that green up early in the spring, and early season use occurs over all aspects and below 1400 meters (Kasworm et al. 2018). Most of the Project Area harvest units are below this elevation.

Denning habitat generally occurs at higher elevations; the mean elevation in the Purcell Mountains is about 1700 meters (Kasworm et al. 2018). These higher elevation areas generally coincide with the large recreation and backcountry management areas (MAs 3, 5a, and 5c). Again, these areas are found in the vicinity of Northwest Peaks, Rock Candy Mountain, Black Top Mountain, and Marmot Mountain. Fifteen denning events have been documented in and near the Project Area boundary since the 1990s (Kasworm 2019, personal communication in project file).

### Application of Interagency Grizzly Bear Guidelines

On NFS lands, the objectives of land management within grizzly bear habitat "are to maintain and enhance habitat and to minimize potential for grizzly-human conflicts" (Interagency Grizzly Bear Committee 1986). Nearly all of BMU 14, over 99 percent, is classified as MS-1. The Garver BMU is

## Agencies and Persons Consulted

Throughout the project development process, the IDT has shared information about proposed activities with the Confederated Salish and Kootenai Tribes (CSKT) and the Kootenai Tribe of Idaho (KTOI). The district ranger, forest supervisor, and district resource staff met with the KTOI representatives to discuss the Tribes' interest and concerns about the Project Area. The project file documentation contains specific meeting dates and notes.

Concerning historic properties, consultation with the State Historic Preservation Office would occur.

Communication and consultation with Montana Fish, Wildlife, and Parks and the U.S. Fish and Wildlife Service has been ongoing throughout project development. These discussions have influenced the design of proposed activities so that they can benefit habitat conditions through vegetation management and minimize potential impacts to fish and wildlife during these activities.

.




Exhibit B
Page 1 of 1

# Black Ram Project Proposed Action



Figure 1. Black Ram Project Area- on Hensley hill looking west with Northwest Peaks in the background.

## Introduction

The Three Rivers Ranger District of the Kootenai National Forest (KNF) has developed a Proposed Action for the Black Ram Project (formerly known as Northwest Yaak). The project area is located north and west of Troy, Montana and includes Northwest Peak Scenic Area, Pete Creek Meadow Research Natural Area, Wood Creek Larch Scenic Area, Yaak Community Hall, the areas of Black Top Mountain, Garver Mountain, Hensley Hill, the town of Yaak, Wood Mountain, and Grubstake Mountain. The Canadian border forms the northern boundary of the project, the western boundary of Pete Creek watershed forms the western edge, Yaak River the southern boundary, and Wood Mountain/ Grubstake ridgeline the eastern boundary. The legal description of the project area includes all or portions of Townships 36 and 37 North, Ranges 30, 31, 32, and 33 West, Lincoln County, Montana. A map displaying the proposed activity area is enclosed.

The project boundary encompasses 95,412 acres, of which 91,647 acres are National Forest Service (NFS) lands. Proposed activities are on NFS lands only. The West Fork Yaak Inventoried Roadless Area (IRA # 694), which is 8,233 acres and Northwest Peaks IRA (#663), which is 10,731 acres are both located along the northwest border of the project area. The project area includes 23,846 acres of NFS lands in the Wildland Urban Interface (WUI). The Pacific Northwest Trail runs through the project area.

## Desired Condition

The focus of the Black Ram project is to manage the forest stands in the project area to maintain or improve their resilience to disturbances such as drought, insect and diseases outbreaks, and wildfires.

The desired condition of the project area includes healthy stands comprised of mostly early-seral species including western larch, western white pine, and ponderosa pine—as well as maintaining a diversity of other species including western redcedar, Engelmann Spruce, and Douglas-fir. Fire would be restored to the landscape where feasible and appropriate to maintain fire adapted species, maintain patches of open forest conditions, and reduce accumulated fuel levels. Vegetative management activities would occur in areas where needed based on forest health conditions. Vegetation treatments in the WUI provides for improved defensible space and firefighter and public safety in the vicinity of homes within the project area.

A mosaic of diverse, productive habitats would be available that provide both cover and forage for wildlife species. Prescribed fire would be used to promote the growth and development of large trees and snags as well as provide forage and snag habitat in a mosaic pattern with areas of cover. Management activities would promote the improvement of habitat conditions for wildlife species within the project area.

Healthy aquatic systems provide clean water for human use as well as for wildlife and aquatic habitat. Potential sediment contribution to streams, rivers, and wetlands from roads in the project area would be reduced.

Humans would continue to have a presence in and around the project area and would expect to be able to enjoy and utilize products from the project area. Firewood gathering, camping, hunting, fishing, hiking, huckleberry picking, horseback riding, scenic driving, and snowmobiling are all activities taking place in this project area. Access for public motorized travel would continue to be provided to facilitate these activities.

The 2015 Forest Plan provides direction for management activities on the KNF. Forest wide management goals, as well as specific management area direction represent the desired condition that management actions are designed to achieve.

# Purpose and Need

The interdisciplinary team has identified the following purpose and need for treatment to trend the landscape towards the desired condition identified above.

## Promote resilient vegetation conditions by managing for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition

In the Black Ram Project Area the IDT is promoting resilient vegetation conditions to improve landscape resiliency. Forest vegetation in the project area has changed over time due to a combination of disturbances including fire suppression, introduction of white pine blister rust, and past forest management practices. Before the accidental introduction of blister rust, white pine was a more significant component of the landscape. Historically, western larch and western white pine stands regenerated in the sunny openings created by wildfires.



Exhibit C
Page 2 of 2

United States Department of Agriculture

# Black Ram

## Decision Notice and Finding of No Significant Impact



Kootenai National Forest, Three Rivers Ranger District, Lincoln County, Montana-
June 2022

# Introduction

The December 2019 objection period for the Black Ram project was cancelled on February 18, 2020. Forest Supervisor Chad Benson sent a letter to all commenters advising them that the objection process was cancelled and that he had withdrawn his draft decision notice. The USDA Forest Service, Region One Office informed all objectors that the objection process was cancelled and the draft decision was withdrawn.

The court in *Alliance for the Wild Rockies v. Probert*, 9:18-cv-0067-DWM (concerning the Pilgrim Project) ordered the Forest Service to reinitiate consultation with the United States Fish Wildlife Service (FWS) on the effects of the motorized access direction for grizzly bear management contained within the Kootenai National Forest's Land Management Plan (Forest Plan). The Black Ram project was delayed until a new Forest Plan grizzly bear biological opinion (BO) was completed. That new Forest Plan grizzly bear BO was received on October 7, 2020, and supersedes and replaces the grizzly bear chapter of the 2013 BO on the Forest Plan. The new BO is located in the project file.

## Why did we propose this Project

This proposal is the result of the need to move the existing resource conditions in this project area toward the desired conditions as stated in the 2015 Forest Plan (see the purpose and need below). Forestwide management goals, as well as specific management area direction, represent the desired condition that management actions are designed to achieve.

### Purpose and Need

Based on field review of the area and analysis of the existing data by the Three Rivers Ranger District's resource specialists, the following purpose and need for treatment were identified to help move the landscape toward the desired condition:

1) Promote resilient vegetation conditions by managing for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition:

- Promote early seral tree species including western larch, ponderosa pine, and western white pine.
- Maintain or improve old growth character within existing old growth.
- Encourage fire's ecological function on the landscape.
- Improve resilience and resistance to insects, disease and fire.
- Design size of treatments to be consistent with the patch size and pattern of the respective biophysical setting.
- Diversify successional stages.

2) Maintain or improve watershed conditions in order to provide water quantity, water quality, stream channel conditions, and native aquatic species habitat that support ecological functions and beneficial uses:

- Aquatic Resource - Reduce sediment delivery to aquatic systems by implementing Best Management Practices (BMP) on Forest Service Roads.

| Proposed Treatment | Alt 1 Acres | Selected Alternative Alt. 2 Acres | Alt. 3 Acres |
|---|---|---|---|
| Commercial Thin | 0 | 104 | 104 |
| Total Intermediate Harvest | 0 | 1,460 | 1,083 |
| **Total Commercial Harvest** | **0** | **3,902** | **3,577** |
| **Total Harvest Volume (MMBF/ CCF)* Includes saw timber and non-saw timber** | **0** | **57/ 108,800** | **51/ 97,500** |
| Precommercial Thin/Prune | 0 | 618 | 618 |
| Harvest Fuel breaks | 0 | 76 | 76 |

* MMBF = million board feet, CCF= hundred cubic feet

**Table 2. Fuel Treatments**

| **Proposed Fuel Treatments** | **Alt. 1 Acres** | **Selected Alternative Alt. 2 Acres** | **Alt. 3 Acres** |
|---|---|---|---|
| Harvest followed by excavator piling | 0 | 2,228 | 2,045 |
| Harvest followed by underburning | 0 | 1,353 | 1,143 |
| **Total Fuels Treatment with Timber Harvest** | **0** | **3,581** | **3,188** |
| Non-harvest ecosystem burning | 0 | 7,034 | 7,034 |
| Non-harvest ladder fuels reduction - cut non-merchantable ladder fuels, hand or excavator pile cut material, burn the piles | 0 | 519 | 519 |
| **Total Non-harvest Fuel Treatment** | **0** | **7,553** | **7,553** |

**Table 3. Activities in the Wildland Urban Interface (WUI) and Inventoried Roadless Areas (IRAs)**

| Proposed Activities | Alt. 1 Acres | Selected Alternative Alt. 2 #of Units/ Acres | Alt. 3 # of Unites/ Acres |
|---|---|---|---|
| Harvest Treatment in the WUI | 0 | 46 /1,485 | 41 /1,170 |
| Non-harvest fuels treatment in the WUI | 0 | 23 /2,883 | 23 /2,883 |
| Harvest Treatment in the IRAs | 0 | 0 | 0 |
| Non-harvest fuels treatments in the IRAs | 0 | 5 /2,199 | 5 /2,199 |

**Table 4. Activities in Old Growth**

| **Proposed Activity*** | **Alt. 1 Acres** | **Selected Alternative Alt. 2 Acres** | **Alt. 3 Acres** |
|---|---|---|---|
| Harvest Treatment within Old Growth | 0 | 579 | 437 |
| Harvest Treatment within Recruitment Potential Old Growth | 0 | 123 | 117 |
| Non-harvest Fuels Treatment within Old Growth | 0 | 343 | 343 |

# CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of October, 2022, I served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
rflannery@bresnan.net

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
PO Box 469
Victor, MT 83455
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Steet, Suite 421
Denver, CO 80202
tzukoski@biologicaldiversity.org

Marla Fox
WILDEARTH GUARDIANS – PORTLAND
P.O. Box 13086
Portland, OR 97213
mfox@wildearthguardians.org

Sara K. McMillan
WILDEARTH GUARDIANS – MISSOULA
117 W. Broadway
P.O. Box 7516
Missoula, MT 59801
smcmillan@wildearthguardians.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians*

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

By: /s/ Kris A. McLean