IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et. al.,<br><br>Defendants. | CV 22–114–M–DWM<br><br>ORDER |

The parties having submitted a joint proposed case management plan (Doc. 22) in the above-captioned matter,

IT IS ORDERED that the following schedule will govern all further proceedings:

| | |
|---|---|
| Plaintiffs' amended complaint[1] | December 2, 2022 |
| Forest Service Administrative Record | December 7, 2022 |
| Fish and Wildlife Service Administrative Record | December 16, 2022 |
| Motions to complete or supplement administrative record | January 13, 2023 |
| Plaintiffs' motions for summary judgment and brief (10,000 words) | January 27, 2023 |

[1] No responsive pleadings necessary. (*See* Doc. 22 at 3.)

| | |
|---|---|
| Defendants' combined cross-motion for summary judgment and response (10,000 words) | March 3, 2023 |
| Proposed Defendant-Intervenor's combined cross-motion for summary judgment and response (8,000 words) | March 10, 2023 |
| Plaintiffs' joint combined reply and response (9,000 words) | April 7, 2023 |
| Defendants' reply (6,500 words) | April 21, 2023 |
| Proposed Defendant-Intervenor's reply (3,250 words) | April 28, 2023 |

This schedule is not subject to revision absent a Court order. Motions to continue will be granted only upon a showing of good cause. Local Rule 7.1 governs the briefing schedule and word limits for all motions that are not specifically discussed in this Order. The filing of such motions will not stay this Order's deadlines.

Defendant-Intervenor's briefing should not be duplicative of federal Defendant's briefing.

The parties are advised that there will be no separate briefing to address remedies. Accordingly, the parties shall address remedies in their summary judgment briefs.

IT IS FURTHER ORDERED that within two days of filing their summary judgment briefs according to the schedule set forth above, the parties shall

conventionally file a thumb drive or CD that contains PDF versions of the brief and relevant portions of the administrative record. The citations in the brief shall be hyperlinked to the relevant pages in the administrative record.

IT IS FURTHER ORDERED that in all filings with the Court, the parties shall not use acronyms except for the following commonly understood acronyms in record review cases: NEPA, NFMA, APA, ESA, EIS, and EA. The parties' request to use additional acronyms is DENIED.

DATED this 21st day of October, 2022.

Donald W. Molloy, District Judge
United States District Court