Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
jweis@hk-law.com
(Motion for admission *pro hac vice* pending)

*Attorneys for Defendant-Intervenor*
*Kootenai Tribe of Idaho*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>Defendants.<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor. | Case No: 9:22-cv-00114-DWM<br><br>**UNOPPOSED MOTION TO PERMIT JULIE A. WEIS TO APPEAR *PRO HAC VICE*** |

Proposed Defendant-Intervenor the Kootenai Tribe of Idaho, by and through its attorney of record, respectfully moves for permission for counsel Julie A. Weis to appear *pro hac vice* in this matter.

Pursuant to Local Rule 83.1(d)(5), counsel for proposed Defendant-Intervenor has conferred with counsel for Plaintiffs and Defendants, who do not oppose this motion.

Proposed Defendant-Intervenor understands that local counsel must participate actively in all phases of the case, including, but not limited to, attendance at depositions and court proceedings, preparation of briefs and discovery requests and responses, and all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.

In support of this motion, proposed Defendant-Intervenor relies on the Declaration of Julie A. Weis in Support of Motion for Permission to Appear *Pro Hac Vice* and the proposed order filed herewith.

Dated this 31st day of October, 2022.

/s/ Kris A. McLean
Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC

Julie A. Weis
HAGLUND KELLEY LLP
Portland, Oregon
(Motion for admission
*pro hac vice* pending)

*Attorneys for Intervenor Kootenai Tribe of Idaho*



HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2022, I served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
rflannery@bresnan.net

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
PO Box 469
Victor, MT 83455
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Steet, Suite 421
Denver, CO 80202
tzukoski@biologicaldiversity.org

Marla Fox
WILDEARTH GUARDIANS – PORTLAND
P.O. Box 13086
Portland, OR 97213
mfox@wildearthguardians.org

Sara K. McMillan
WILDEARTH GUARDIANS – MISSOULA
117 W. Broadway
P.O. Box 7516
Missoula, MT 59801
smcmillan@wildearthguardians.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians*

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002

*Attorneys for Defendants*

By: /s/ Kris A. McLean