Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
jweis@hk-law.com
(Motion for admission *pro hac vice* pending)

*Attorneys for Proposed Defendant-Intervenor*
*Kootenai Tribe of Idaho*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>Defendants.<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Proposed Defendant-Intervenor. | Case No: 9:22-cv-00114-DWM<br><br>**DECLARATION IN SUPPORT OF ADMISSION FOR JULIE A. WEIS *PRO HAC VICE*** |

I, Julie A. Weis, declare and state:

Pursuant to Local Rule 83.1(d)(3), I file this declaration in support of the motion to admit Julie A. Weis *pro hac vice*.

I am an attorney representing proposed intervenor the Kootenai Tribe of Idaho (Tribe). I make this declaration based on my personal knowledge. Pursuant to Local Rule 83.1(d), I respectfully request permission to participate in this case *pro hac vice* on behalf of the Tribe.

1. I am a resident of Oregon.

2. I am a member of the Oregon State Bar. My office address is:

   Haglund Kelley LLP
   2177 SW Broadway
   Portland, OR 97201
   Tel: (503) 225-0777
   Fax: (503) 225-1257
   E-mail: weis@hk-law.com

3. I will immediately pay the admission fee required by L.R. 83.1(d)(3)(B) if I am admitted *pro hac vice*.

4. I am proficient in electronic filing in the CM/ECF system and have done so in another federal district court.

5. I have been admitted to practice in the following courts:

   - Supreme Court of Oregon in September 1997.

- U.S. District Court of Oregon in August 1998.
- Ninth Circuit Court of Appeals in March 2002.
- Supreme Court of Washington in January 2011.
- Western District of Washington in February 2013.
- District of Columbia Circuit Court of Appeals in February 2011.
- D.C. District Court in September 2021.

6. I am a member in good standing and eligible to practice in these courts. My Oregon bar number is 974320. My Certificate of Good Standing from the Oregon State Bar is attached as Exhibit 1.

7. I have not been suspended, disbarred, or disciplined in any court.

8. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or their state equivalent.

9. I have concurrently or within the two years preceding the date of application made a *pro hac vice* application to this Court. On August 31, 2022, I was granted *pro hac vice* status in Case No. 9:22-cv-91-DLC-KLD to represent defendant-intervenor the Kootenai Tribe of Idaho alongside local counsel Kris McLean and Tyler McLean. On November 23, 2021, I was granted *pro hac vice* status in Case No.

9:21-cv-105-DLC-KLD to represent a coalition of defendant-intervenors alongside local counsel Mark Stermitz. Prior to that, I was granted *pro hac vice* status in November 2015 for the limited purpose of filing amicus briefing in Case No. 9:15-cv-00054-DLC, which case remains active (remanded without vacatur with status reports due periodically to the Court).

10. I understand that *pro hac vice* admission in this Court is personal to the attorney only and is not admission of a law firm and that the attorney will be held fully accountable for the conduct of the litigation in this Court.

11. I have complied with Montana Rule of Professional Conduct 8.5.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of October, 2022

s/ Julie A. Weis
Julie A. Weis



HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

Oregon State Bar

# Certificate of Good Standing

State of Oregon )
) ss.
County of Washington )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**JULIE A. WEIS, BAR NO. 974320**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 15, 1997.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Weis is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 6th day of October, 2022.

Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*



Ex. 1

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of October, 2022, I served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
rflannery@bresnan.net

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
PO Box 469
Victor, MT 83455
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Steet, Suite 421
Denver, CO 80202
tzukoski@biologicaldiversity.org

Marla Fox
WILDEARTH GUARDIANS – PORTLAND
P.O. Box 13086
Portland, OR 97213
mfox@wildearthguardians.org

Sara K. McMillan
WILDEARTH GUARDIANS – MISSOULA
117 W. Broadway
P.O. Box 7516
Missoula, MT 59801
smcmillan@wildearthguardians.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians*

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002

*Attorneys for Defendants*

By: /s/ Kris A. McLean