Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
jweis@hk-law.com
(admitted *pro hac vice*)

*Attorneys for Defendant-Intervenor*
*Kootenai Tribe of Idaho*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>Defendants.<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor. | Case No: 9: 22-cv-00114-DWM<br><br>**JULIE A. WEIS' ACKNOWLEDGEMENT OF ADMISSION *PRO HAC VICE*** |

The undersigned counsel, Julie A. Weis of Haglund Kelley LLP, counsel for defendant-intervenor the Kootenai Tribe of Idaho, hereby acknowledges her admission to this Court Pro Hac Vice pursuant to the terms and conditions of Montana District Court Local Rule 83.1(d) and the Court's Order of November 1, 2022 (Doc. 29).

Also in response to the Court's November 1, 2022 Order, undersigned counsel designates herself as the attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact (on behalf of the Kootenai Tribe of Idaho) for the opposing party.

Respectfully submitted this 1st day of November, 2022.

/s/ Julie A. Weis
Julie A. Weis
HAGLUND KELLEY LLP
Portland, Oregon
(admitted *pro hac vice*)

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC

*Attorneys for Defendant-Intervenor*
*Kootenai Tribe of Idaho*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2022, I served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

Ronni M. Flannery
LAW OFFICE OF RONNI M. FLANNERY
936 South 2nd Street, West
Missoula, MT 59801
rflannery@bresnan.net

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
PO Box 469
Victor, MT 83455
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Steet, Suite 421
Denver, CO 80202
tzukoski@biologicaldiversity.org

Marla Fox
WILDEARTH GUARDIANS – PORTLAND
P.O. Box 13086
Portland, OR 97213
mfox@wildearthguardians.org

Sara K. McMillan
WILDEARTH GUARDIANS – MISSOULA
117 W. Broadway
P.O. Box 7516
Missoula, MT 59801
smcmillan@wildearthguardians.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians*

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

By: /s/ Julie A. Weis