TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

HAYLEY A. CARPENTER, CA Bar # 312611
Natural Resources Section
ERIKA A. FURLONG, PA Bar # 319350
Wildlife & Marine Resources Section
Trial Attorneys
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Email: hayley.carpenter@usdoj.gov
erika.furlong@usdoj.gov

JESSE LASLOVICH
United States Attorney

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, AND WILDEARTH GUARDIANS,<br><br>PLAINTIFFS,<br><br>V.<br><br>U.S. FOREST SERVICE; LEANNE MARTEN, in her official capacity as Regional Forester for the Northern Region of the U.S. Forest Service; CHAD BENSON, in his official capacity as | ) | Case No. 9:22-CV-00114-DWM<br><br>NOTICE OF LODGING THE FOREST SERVICE ADMINISTRATIVE RECORD |

Supervisor of the Kootenai National Forest; UNITED STATES FISH & WILDLIFE SERVICE; DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish & Wildlife Service; and ADAM ZERENNER, in his official capacity as Field Supervisor for the U.S. Fish & Wildlife Service Montana Ecological Services Office, )

DEFENDANTS,

AND

KOOTENAI TRIBE OF IDAHO,

DEFENDANT-INTERVENOR.

---

Please take notice that today, December 6, 2022, the United States Forest Service, the United States Fish & Wildlife Service, Chad Benson, Leanne Marten, Debra Haaland, Martha Williams, and Adam Zerrenner (collectively, "Defendants") lodge the Forest Service Black Ram Project ("Project") Administrative Record for the above-captioned case. Two flash drives, each containing copies of the Administrative Record labeled "*USDA Forest Service Administrative Record Index for Center for Biological Diversity, et al. v. USFS, et al. Case No. 9:22-CV-00114-DWM (D.MT)*," and a hard copy of primary Administrative Record documents will be transmitted to the Clerk of Court—the

hard copy via hand delivery and the flash drives via Federal Express shipment sent today with overnight service—on or before the lodging deadline of December 7, 2022. The Forest Service's Administrative Record for the Project consists of documents bearing Bates numbers FS-000001 through FS-046611. A copy of the index of the Forest Service Administrative Record is attached to this Notice as Exhibit 1. The Declaration of Lisa Osborn certifies the Forest Service's Administrative Record and is attached to this Notice as Exhibit 2. Defendants also sent copies of the Forest Service Administrative Record to Plaintiffs' and Defendant-Intervenor's counsel by Federal Express today, with overnight service.

The Administrative Record has been indexed in Portable Document Format, and all of the records are recorded on each flash drive. The Bates numbers for each Index entry have been hyperlinked to the corresponding file for convenient navigation. The files on the Index have been consecutively Bates stamped.

Respectfully submitted this 6th day of December, 2022.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*<u>/s/ Hayley A. Carpenter</u>*
HAYLEY A. CARPENTER
Natural Resources Section
ERIKA A. FURLONG
Wildlife & Marine Resources Section

Trial Attorneys
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0506
Email: hayley.carpenter@usdoj.gov
erika.furlong@usdoj.gov

*Counsel for Defendants*