# Exhibit 2
# Certifying Declaration for United States Forest Service Administrative Record

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | NO. CV 22-114-M-DWM<br><br>**DECLARATION OF LISA OSBORN** |

I, LISA OSBORN, in accordance with the requirements of 28 U.S.C. 1746 declare:

1. I am employed by the United States Department of Agriculture, United States Forest Service serving on the Three Rivers Ranger District of the Kootenai National Forest as a NEPA Planner. I have been employed in that position since October 2017. My responsibilities include compiling the Administrative Record for Case No. CV-114-M-DWM.

2. The Forest Service's Administrative Record for the Black Ram Project is submitted on one flash drive labeled "*CBD v. FS, Admin Rec CV-114-M-DWM*" . The records on the flash drive labeled "*CBD v. FS, Admin Rec CV-114-M-DWM*" are in a searchable format with a hyperlinked index and consist of 179 pages. The flash drive labeled "*CBD v. FS, Admin Rec CV-114-M-DWM* " contains records

located in the SectionZ_GISfilesNotIndexed folder which require GIS software to operate.

3. I further hereby certify to the best of my knowledge the documents identified on the index and contained on the attached flash drives provide true and accurate copies of the information directly or indirectly considered for the Black Ram Project Decision that constitute the Administrative Record in Case No. CV-114-M-DWM.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated the 1st day of December 2022, in Troy, Montana.

Lisa Osborn
NEPA Planner
Kootenai National Forest
Three Rivers Ranger District
12858 US Highway 2
Troy, MT 59935