TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

HAYLEY CARPENTER, Trial Attorney (CA Bar No. 312611)
ERIKA FURLONG, Trial Attorney (PA Bar No. 319350)
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0242 (Carpenter)
Tel: (202)305-0424 (Furlong)
Fax: (202) 305-0506
hayley.carpenter@usdoj.gov
erika.furlong@usdoj.gov

JESSE LASLOVICH
United States Attorney

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

**CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*,

Plaintiffs,

v.

**U.S. FOREST SERVICE**, *et al.*,

Defendants,

**KOOTENAI TRIBE OF IDAHO**,

Defendant-Intervenor.

Case No. 9:22-cv-00114-DWM

**NOTICE OF LODGING THE FISH AND WILDLIFE SERVICE ADMINISTRATIVE RECORD**

Defendants hereby provide notice of the lodging of Defendant Fish and Wildlife Service's Administrative Record for the Black Ram Project ("Project"), which is the subject of this litigation.

The Fish and Wildlife Service's Administrative Record for the Project's Biological Opinion consists of documents bearing Bates numbers FWS000001 through FWS006970. The declaration of Adam Zerrener certifies the Fish and Wildlife Service's Administrative Record and is attached to this notice as Exhibit 1. A copy of the index of the Fish and Wildlife Service's Administrative Record is attached to this notice as Exhibit 2.

The Fish and Wildlife Service's Administrative Record is contained on USB flash drives. The undersigned Defendants' counsel sent two sets of the Fish and Wildlife Service's Administrative Record to the Clerk of Court for the United States District Court for the District of Montana, one set to Plaintiffs' counsel, and one set to Intervenor-Defendant's counsel today via Federal Express.

Dated: December 13, 2022

Respectfully submitted,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*<u>/s/ Erika Furlong</u>*
ERIKA FURLONG (PA Bar No. 319350)
Wildlife & Marine Resources Section

HAYLEY A. CARPENTER
Natural Resources Section
Trial Attorneys
150 M Street NE
Washington, DC 20002
(202) 305-0424 (Furlong)
(202) 305-0242 (Carpenter)
erika.furlong@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*