# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS**<br><br>**Plaintiffs,**<br>**vs.**<br><br>**LEANNE MARTEN, et. al.,**<br><br>**Defendants** | **Case No.**<br>**9:22-cv-00114-DWM**<br><br>**DECLARATION OF ADAM ZERRENNER** |

I, Adam Zerrenner, in accordance with the requirements of 28 U.S.C. § 1746 declare:

1. I am employed by the United States Department of the Interior, Fish and Wildlife Service, as the Office Supervisor for the Ecological Services Office in Montana. I am competent to testify to the matters contained in this Declaration. My responsibilities include overseeing the compilation of the pertinent documents for the above-captioned case.

2. The Fish and Wildlife Service's Administrative Record is submitted herewith on one flash drive in searchable format with the index contained on the flash drive. The index contains hyperlinks to the documents within the

Administrative Record.

3. I hereby certify that, to the best of my knowledge, the documents lodged with the Court in the above-captioned case are the full and complete U.S. Fish and Wildlife Service Administrative Record for the 2022 Black Ram Project. The Administrative Record contains all documents directly or indirectly considered by the U.S. Fish and Wildlife Service for the 2022 Black Ram Project pertinent to the claims raised in the above-captioned case. I further certify that the Fish and Wildlife Service's Administrative Record provided to the Court and the parties for this litigation contain true and correct copies of the materials identified in the attached index.

4. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated the 13th day of December, 2022, in Helena, Montana.

Adam Zerrenner
Office Supervisor
Ecological Services
Montana Field Office
U.S. Fish and Wildlife Service