# Exhibit 2

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| **Consultation Documents** | | | | | |
| FWS000001-FWS000077 | 8/26/2022 | Biological Opinion | Zerrenner, FWS | Benson, FS | Revised biological opinion on the effects of the Black Ram project on grizzly bears |
| FWS000078-FWS000078 | 6/9/2022 | Letter of Concurrence | Conard, FWS | Benson, FS | Letter of concurrence for wolverine determination for the Black Ram project |
| FWS000079-FWS000081 | 10/6/2021 | Letter and Errata | Bush, FWS | Benson, FS | Errata to Black Ram Biop |
| FWS000082-FWS000155 | 9/15/2021 | Letter of Concurrence and Biological Opinion | Bush, FWS | Benson, FS | Letter of concurrence for lynx and lynx critical habitat and biological opinion on the effects of the Black Ram project on grizzly bears |
| FWS000156-FWS000167 | 2/17/2021 | Biological Assessment | Benson, FS | Bush, FWS | Black Ram Biological Assessment for Whitebark Pine, Kootenai National Forest |
| FWS000168-FWS000320 | 9/17/2020 | Biological Assessment | Benson, FS | Bush, FWS | Black Ram Biological Assessment for Canada Lynx and Grizzly Bear, Kootenai National Forest |
| **Literature Cited and Miscellaneous** | | | | | |
| FWS000321-FWS000352 | 2022 | Report | Population Review | | Report of population data for Lincoln County, MT, and for Yaak, MT |
| FWS000353-FWS000950 | 2022 | Report | U.S. Forest Service | | Black Ram Environmental Assessment |
| FWS000951-FWS000954 | 2021 | Meeting Notes | Wildlife Service | | Level 1 meeting between KNF and USFWS, Aug 13, 2021 |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS000955-FWS000957 | 2021 | Report | U.S. Forest Service | | Lynx Habitat treated using exemptions and exceptions on the KNF as of 4/19/2021 |
| FWS000958-FWS000984 | 2021 | Literature | Wildlife Service | | 5-Year Status Review for Grizzly Bear in the lower-48 states |
| FWS000985-FWS001065 | 2021 | Report | U.S. Forest Service | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2020 Bear Year Annual Monitoring Report |
| FWS001066-FWS001433 | 2021 | Literature | Wildlife Service | | Species status assessment for the grizzly bear (Ursus arctos horribilis) in the lower-48 states: a biological report |
| FWS001434-FWS001444 | 2021 | Report | U.S. Forest Service | | Schedule of Proposed Activities for the Kootenai National Forest. |
| FWS001445-FWS001552 | 2021 | Report | Kasworm et al. | | (Final) Cabinet-Yaak grizzly bear recovery area 2020 research and monitoring progress report |
| FWS001553-FWS001563 | 2021 | Biological Opinion Errata | U.S. Fish and Wildlife Service | | Errata to the Biological Opinion on the Revised Forest Plan for the Kootenai National Forest, Chapter III: Biological Opinion for Canada Lynx |
| FWS001564-FWS001567 | 2021 | Report | U.S. Forest Service | | acres of adverse effecs from treatments authorized under the Revised Forest Plan for years 2013 through 2020 for the Kootenai National Forest. |
| FWS001568-FWS001677 | 2021 | Report | Kasworm et al. | | (Draft) Cabinet-Yaak grizzly bear recovery area 2020 research and monitoring progress report |
| FWS001678-FWS001702 | 2021 | Report | Thomsen et al. | | Pacific Northwest National Scenic Trail: A geospatial analysis of Grizzly Bear core habitat, linkage corridors, habitat quality, and Bears Outside Recovery Zone (BORZ) |
| FWS001703-FWS001729 | 2021 | Report | PNTA | | Frequently Asked Questions about the Pacific Northwest Trail. https://www.pnt.org/pnta/know-before-you-go/plan-your-trip/faq/. Accessed 6/28/2021 |
| FWS001730-FWS001740 | 2021 | Literature | Colton et al. | | Grizzly bear respons to harvesting |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS001741-FWS001779 | 2020 | Report | U.S. Forest Service | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2019 Bear Year Annual Monitoring Report |
| FWS001780-FWS001782 | 2020 | Objection | Center for Biological Diversity and WildEarth Guardians | | Black Ram Objection - Supplement 2 - CBD WEG - 2020-12-03 - FINAL |
| FWS001783-FWS001818 | 2020 | Report | U.S. Forest Service | | Survey Results National Summary Report: Data collected FY 2016 through FY 2020 |
| FWS001819-FWS001821 | 2020 | Objection | Center for Biological Diversity and WildEarth Guardians | | Black Ram Objection |
| FWS001822-FWS001899 | 2020 | Objection | Center for Biological Diversity and WildEarth Guardians | | Black Ram Objection - Supplement 1 - CBD WEG - 2020-12-01 - FINAL.doc |
| FWS001900-FWS001911 | 2020 | Report | Forest Council | | Black Ram Project Area- Road Barrier Survey |
| FWS001912-FWS002060 | 2020 | Biological Opinion | Wildlife Service | | Biological opinion on the effects of the Kootenai National Forest Land Management Plan on the grizzly bear. |
| FWS002061-FWS002085 | 2020 | Literature | Proctor et al. | | Effects of roads and motorized human access on grizzly bear populations in British Columbia and Alberta, Canada. |
| FWS002086-FWS002412 | 2020 | Literature | Subcommittee | | Conservation strategy for the grizzly bear in the Northern Continental Divide Ecosystem. |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS002413-FWS002465 | 2020 | Objection | Mattson | | Nov. 2020 |
| FWS002466-FWS002570 | 2020 | Literature | Kasworm et al. | | Cabinet-Yaak grizzly bear recovery area 2019 research and monitoring progress report. |
| FWS002571-FWS002592 | 2020 | Literature | Costello and Roberts | | Northern Continental Divide Ecosystem Grizzly Bear Monitoring Team Annual Report, 2019 |
| FWS002593-FWS002730 | 2019 | Literature | vanManen et al. | | Yellowstone grizzly bear investigations: annual report of the Interagency Grizzly Bear Study Team, 2018. |
| FWS002731-FWS002744 | 2019 | Report | U.S. Forest Service | | Selkirk and Cabinet- Yaak Grizzly Bear Recovery Zones 2018 Annual Monitoring Report |
| FWS002745-FWS002754 | 2019 | Literature | Ordiz et al. | | responses? Brown bear responses after repeated approaches by humans on foot |
| FWS002755-FWS002806 | 2019 | Report | Mattson | | the effects of hikers, hunters, photographers, campers, and watchers. |
| FWS002807-FWS002904 | 2019 | Report | Kasworm et al. | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2018 Bear Year Annual Monitoring Report |
| FWS002905-FWS002923 | 2019 | Report | Annis and Trimbo | | Grizzly and black bear management report; Cabinet-Yaak Ecosystem; 2019 Annual Report. |
| FWS002924-FWS002935 | 2018 | Report | U.S. Forest Service | | Cabinet-Yaak/Selkirk Grizzly Bear Recovery Zones 2017 Bear Year Annual Monitoring Report |
| FWS002936-FWS002947 | 2018 | Literature | Lamb et al. | | Effects of habitat quality and access management on the density of a recovering grizzly bear population |
| FWS002948-FWS003049 | 2018 | Report | Kasworm et al. | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2017 Bear Year Annual Monitoring Report |
| FWS003050-FWS003206 | 2018 | Literature | Cole | | Pacific Northwest National Scenic Trail. University of Montana Graduate Thesis. |
| FWS003207-FWS003220 | 2017 | Report | U.S. Forest Service | | Cabinet-Yaak/Selkirk Grizzly Bear Recovery Zones 2016 Bear Year Annual Monitoring Report |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS003221-FWS003230 | 2017 | Literature | Mowat et al. | | grizzly bear population density in the Kettle-Granby area of British Columbia |
| FWS003231-FWS003242 | 2017 | Literature | Lamb et al. | | Forbidden fruit: human settlement and abundant fruit create an ecological trap for an apex omnivore. |
| FWS003243-FWS003343 | 2017 | Report | Kasworm et al. | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2016 Bear Year Annual Monitoring Report |
| FWS003344-FWS003476 | 2016 | Literature | Wildlife Service | | 2016 conservation strategy for the grizzly bear in the Greater Yellowstone Ecosystem. |
| FWS003477-FWS003492 | 2016 | Report | U.S. Forest Service | | Cabinet-Yaak/Selkirk Grizzly Bear Recovery Zones 2015 Bear Year Annual Monitoring Report |
| FWS003493-FWS003510 | 2016 | Literature | Kendall et al. | | Density, distribution, and genetic structure of grizzly bears in the Cabinet-Yaak Ecosystem |
| FWS003511-FWS003612 | 2016 | Report | Kasworm et al. | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2015 Bear Year Annual Monitoring Report |
| FWS003613-FWS003638 | 2016 | Literature | Fortin et al. | | Impacts of Human Recreation on Brown Bears (Ursus arctos): A Review and New Management Tool |
| FWS003639-FWS003773 | 2016 | Literature | Costello et al. | | Grizzly bear demographics in the Northern Continental Divide Ecosystem, Montana: research results (2004-2014) and suggested techniques for management of mortality |
| FWS003774-FWS003786 | 2015 | Report | U.S. Forest Service | | Cabinet-Yaak/Selkirk Grizzly Bear Recovery Zones 2014 Bear Year Annual Monitoring Report |
| FWS003787-FWS003975 | 2015 | Literature | U.S. Forest Service | | Land Management Plan. 2015 Revision. Kootenai National Forest, |
| FWS003976-FWS003990 | 2015 | Literature | Proctor et al. | | Grizzly bear connectivity mapping in the Canada-United States Trans-Border Region |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS003991-FWS004086 | 2015 | Report | Kasworm et al. | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2014 Bear Year Annual Monitoring Report |
| FWS004087-FWS004099 | 2014 | Report | U.S. Forest Service | | Cabinet-Yaak/Selkirk Grizzly Bear Recovery Zones 2013 Bear Year Annual Monitoring Report |
| FWS004100-FWS004121 | 2014 | Literature | and Stenhouse | | The ipact of roads on the demography of grizzly bears in Alberta |
| FWS004122-FWS004263 | 2013 | Biological Opinion | Wildlife Service | | Kootenai National Forest; Chapter III- Biological opinion for Canada lynx. |
| FWS004264-FWS004387 | 2013 | Biological Opinion | Wildlife Service | | Kootenai National Forest; Chapter II- Biological opinion for Grizzly bear. |
| FWS004388-FWS004464 | 2013 | Biological Opinion | Wildlife Service | | Biological opinion on the Revised Forest Plan for the Kootenai National Forest; Chapter I- Introduction. |
| FWS004465-FWS004480 | 2013 | Report | U.S. Forest Service | | Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2012 Bear Year Annual Monitoring Report (corrected 2019) |
| FWS004481-FWS004492 | 2012 | Report | U.S. Forest Service | | Selkirk and Cabinet- Yaak Grizzly Bear Recovery Zones 2011 Annual Monitoring Report |
| FWS004493-FWS004497 | 2011 | Literature | U.S. Forest Service | | Kootenai National Forest Food Storage Order |
| FWS004498-FWS004571 | 2011 | Literature | U.S. Forest Service | | Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones. Record of Decision. Kootenai, Lolo, and Idaho Panhandle National Forests Lincoln, Sanders, Bonner, Boundary, and Pend Oreille Counties Montana, Idaho, and Washington. |
| FWS004572-FWS004798 | 2011 | Biological Opinion | U.S. Fish and Wildlife Service | | Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones on the Kootenai, Idaho Panhandle, and Lolo National Forests |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS004799-FWS004830 | 2011 | Literature | Allen et al. | | best available science for the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones |
| FWS004831-FWS004844 | 2010 | Literature | Schwartz et al. | | Hazards affecting grizzly bear survival in the Greater Yellowstone Ecosystem |
| FWS004845-FWS004969 | 2007 | Biological Opinion | U.S. Fish and Wildlife Service | | Lynx Amendment on the Distinct Population Segment (DPS) of Canada lynx (Lynx canadensis)(lynx) in the contiguous United States. |
| FWS004970-FWS004971 | 2006 | Memorandum | U.S. Fish and Wildlife Service | | Recovery Units and Jeopardy Determinations under Section 7 of the Endangered Species Act. Memorandum from Director Hall to Regional Directors |
| FWS004972-FWS004982 | 2004 | Literature | Proctor et al. | | Gender-specific dispersal distances of grizzly bears estimated by genetic analysis |
| FWS004983-FWS004997 | 2004 | Literature | Mattson and Merrill | | A model-based appraisal of habitat conditions for grizzly bears in the Cabinet-Yaak region of Montana and Idaho |
| FWS004998-FWS005008 | 2002 | Literature | Gibeau et al. | | Grizzly bear response to human development and activities in the Bow River Watershed, Alberta, Canada |
| FWS005009-FWS005018 | 2001 | Literature | Gibeau et al. | | Managing for grizzly bear security areas in Banff National Park and the central Canadian Rocky Mountains. |
| FWS005019-FWS005026 | 1998 | Literature | Grizzly Bear Committee | | Revised interagency grizzly bear taskforce report: grizzly bear/motorized access management |
| FWS005027-FWS005055 | 1997 | Literature | and Kasworm | | Grizzly bear and road density relationships in the |
| FWS005056-FWS005265 | 1997 | Report | Waller | | Selkirk and Cabinet- Yaak recovery zones |
| FWS005266-FWS005276 | 1996 | Literature | Mace et al. | | Relationships among grizzly bears, roads and habitat on the Swan Mountains, Montana |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS005277-FWS005284 | 1994 | Literature | Grizzly Bear Committee | | Interagency Grizzly Bear Committee - Taskforce report: grizzly bear/motorized access management |
| FWS005285-FWS005479 | 1993 | Literature | Wildlife Service | | Grizzly bear recovery plan |
| FWS005480-FWS005553 | 1992 | Literature | Waller | | management |
| FWS005554-FWS005662 | 1990 | Literature | Their | | Population characteristics and the effects of hunting on black bears in a portion of northwestern Montana |
| FWS005663-FWS005688 | 1990 | Literature | Grizzly Bear Committee | | CEM- A model for assessing effects on grizzly bears. Interagency publication |
| FWS005689-FWS006035 | 1989 | Literature | Kasworm | | Final report: East front grizzly studies Montana |
| **Messages (emails and letters)** | | | | | |
| FWS006036-FWS006041 | 8/26/2022 | Letter | Zerrenner | Zaccardi | ckRam |
| FWS006042-FWS006042 | 8/26/2022 | Email | Hill, FS | FWS | ownership |
| FWS006043-FWS006044 | 8/26/2022 | Email | Hill, FS | FWS | 20220826a_EM_Hill_Lewis_BMU 14 and 15 ownership |
| FWS006045-FWS006046 | 8/1/2022 | Email | FWS | FWS | population estimates |
| FWS006047-FWS006048 | 7/13/2022 | Email | Kasworm, FWS | Lewis, FWS | 20220713_EM_Kasworm_Lewis_RE_ DRAFT response to Knotty Pine NOI minimum numbers |
| FWS006049-FWS006049 | 9/27/2021 | Email | Lewis, FWS | Anderson | 20210927_EM_Lewis_Anderson_Level1NotesReMonitori |
| FWS006050-FWS006051 | 9/10/2021 | Email | Hill, FS | FWS | 20210910_EM_Hill_Lewis_RE_ undetermined roads |
| FWS006052-FWS006053 | 8/13/2021 | Email | Hill, FS | Lewis, FWS | 20210813_EMattach2_Hill_Lewis_[EXTERNAL] RE_ draft Appendix language |
| FWS006054-FWS006054 | 8/13/2021 | Email | Hill, FS | Lewis, FWS | 20210813_EMattach1_Hill_Lewis_[EXTERNAL] RE_ draft Appendix language |
| FWS006055-FWS006055 | 8/13/2021 | Email | Hill, FS | Lewis, FWS | 20210813_EM_Hill_Lewis_[EXTERNAL] RE_ draft Appendix language |
| FWS006056-FWS006059 | 7/30/2021 | Email | Lewis, FWS | Hill, FS | Black Ram Project |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS006060-FWS006061 | 7/30/2021 | Email | Lewis, FWS | Hill, FS | Project |
| FWS006062-FWS006063 | 7/30/2021 | Email | Peterson, YVFC | Bush, FWS | [EXTERNAL] Black Ram project KNF Knotty Pine and Buckhorn |
| FWS006064-FWS006064 | 7/30/2021 | Email | Peterson, YVFC | Bush, FWS | [EXTERNAL] Black Ram project KNF Knotty Pine and Buckhorn |
| FWS006065-FWS006076 | 7/30/2021 | Email | Peterson, YVFC | Bush, FWS | 20210730b_EM_Peterson_Bush_RE_ [EXTERNAL] Black Ram project KNF Knotty Pine and Buckhorn |
| FWS006077-FWS006079 | 7/30/2021 | Email | Peterson, YVFC | Bush, FWS | [EXTERNAL] Black Ram project KNF Knotty Pine and Buckhorn |
| FWS006080-FWS006081 | 7/27/2021 | Email | Lewis, FWS | Hill, FS | 20210727b_EMattach_Lewis_Hill_RE_ [EXTERNAL] draft biological opinion - KNF comments |
| FWS006082-FWS006084 | 7/27/2021 | Email | Lewis, FWS | Hill, FS | 20210727b_EM_Lewis_Hill_RE_ [EXTERNAL] draft biological opinion - KNF comments |
| FWS006085-FWS006086 | 7/27/2021 | Email | Lewis, FWS | Hill, FS | 20210727a_EMattach2_Hill_Lewis_[EXTERNAL] draft biological opinion - KNF comments |
| FWS006087-FWS006088 | 7/27/2021 | Email | Lewis, FWS | Hill, FS | 20210727a_EMattach1_Hill_Lewis_[EXTERNAL] draft biological opinion - KNF comments |
| FWS006089-FWS006155 | 7/27/2021 | Email | Hill, FS | Lewis, FWS | 20210727a_EM_Hill_Lewis_[EXTERNAL] draft biological opinion - KNF comments |
| FWS006156-FWS006156 | 7/26/2021 | Email | Hill, FS | Lewis, FWS | 20210726_EM_Hill_Lewis_RE_ [EXTERNAL] RE_ Black Ram lynx questions |
| FWS006157-FWS006159 | 7/22/2021 | Email | Carlson, FS | FWS | oringReport |
| FWS006160-FWS006240 | 7/22/2021 | Email | Carlson, FS | FWS | oringReport |
| FWS006241-FWS006241 | 7/22/2021 | Email | Carlson, FS | FWS | eport |
| FWS006242-FWS006243 | 7/18/2021 | Email | Lewis, FWS | Hill, FS | 20210718_EMattach_Lewis_Hill_DRAFT Black Ram BO for Forest Review |
| FWS006244-FWS006310 | 7/18/2021 | Email | Lewis, FWS | Hill, FS | Forest Review |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS006311-FWS006311 | 7/15/2021 | Email | Hill, FS | Lewis, FWS | 20210715_EM_Hill_Lewis_[EXTERNAL] RE_ additional Black Ram questions |
| FWS006312-FWS006314 | 7/14/2021 | Email | Kasworm, FWS | Lewis, FWS | 20210714_EM_Kasworm_Lewis_RE_ Draft Black Ram BO for FWS Review.docx |
| FWS006315-FWS006316 | 7/9/2021 | Email | Allen, FS | FWS | BiOp timeline |
| FWS006317-FWS006322 | 7/7/2021 | Email | Hollifield, FS | Lewis, FWS | 20210707b_EMattach2_Hollifield_Lewis_RE_ EXTERNAL RE_ Forest monitoring report |
| FWS006323-FWS006370 | 7/7/2021 | Email | Hollifield, FS | Lewis, FWS | 20210707b_EMattach1_Hollifield_Lewis_RE_ EXTERNAL RE_ Forest monitoring report |
| FWS006371-FWS006374 | 7/7/2021 | Email | Hollifield, FS | Lewis, FWS | 20210707b_EM_Hollifield_Lewis_RE_ [EXTERNAL] RE_ Forest monitoring report... or pieces of it_ |
| FWS006375-FWS006395 | 7/7/2021 | Email | Hill, FS | Lewis, FWS | 20210707a_EMattach_Hill_Lewis_[EXTERNAL] RE_ Request for information for Black Ram Project |
| FWS006396-FWS006398 | 7/7/2021 | Email | Hill, FS | Lewis, FWS | 20210707a_EM_Hill_Lewis_[EXTERNAL] RE_ Request for information for Black Ram Project |
| FWS006399-FWS006399 | 7/6/2021 | Email | Hill, FS | Lewis, FWS | 20210706b_EMattach_Hill_Lewis_RE [EXTERNAL] RE OMRD clarification |
| FWS006400-FWS006402 | 7/6/2021 | Email | Hill, FS | FWS | OMRD clarification |
| FWS006403-FWS006405 | 7/6/2021 | Email | Hill, FS | Lewis, FWS | 20210706a_EM_Hill_Lewis_[EXTERNAL] RE_ core exchange question, and North-East Yaak Project |
| FWS006406-FWS006417 | 7/2/2021 | Email | Fox, WEG | Bush, FWS | 20210702_EMattach4_Fox_Bush_FW_ [EXTERNAL] Fwd_ Black Ram - Thank You and Follow-up |
| FWS006418-FWS006515 | 7/2/2021 | Email | Fox, WEG | Bush, FWS | 20210702_EMattach3_Fox_Bush_FW_ [EXTERNAL] Fwd_ Black Ram - Thank You and Follow-up |
| FWS006516-FWS006533 | 7/2/2021 | Email | Fox, WEG | Bush, FWS | 20210702_EMattach2_Fox_Bush_FW_ [EXTERNAL] Fwd_ Black Ram - Thank You and Follow-up |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS006534-FWS006539 | 7/2/2021 | Email | Fox, WEG | Bush, FWS | 20210702_EMattach1_Fox_Bush_FW_ [EXTERNAL] Fwd_ Black Ram - Thank You and Follow-up |
| FWS006540-FWS006542 | 7/2/2021 | Email | Fox, WEG | Bush, FWS | 20210702_EM_Fox_Bush_FW_ [EXTERNAL] Fwd_ Black Ram - Thank You and Follow-up |
| FWS006543-FWS006543 | 7/1/2021 | Email | Hill, FS | FWS | check me |
| FWS006544-FWS006545 | 7/1/2021 | Email | Hill, FS | FWS | check me |
| FWS006546-FWS006546 | 6/30/2021 | Email | Hill, FS | Lewis, FWS | 20210630b_EMattach_Hill_Lewis_FW_ [EXTERNAL] RE_ denning habitat map |
| FWS006547-FWS006548 | 6/30/2021 | Email | Hill, FS | Lewis, FWS | 20210630b_EM_Hill_Lewis_FW_ [EXTERNAL] RE_ denning habitat map |
| FWS006549-FWS006549 | 6/30/2021 | Email | Hill, FS | Lewis, FWS | 20210630a_EMattach_Hill_Lewis_RE_ [EXTERNAL] RE_ denning habitat map |
| FWS006550-FWS006551 | 6/30/2021 | Email | Hill, FS | Lewis, FWS | 20210630a_EM_Hill_Lewis_RE_ [EXTERNAL] RE_ denning habitat map |
| FWS006552-FWS006577 | 6/23/2021 | Email | Hill, FS | Lewis, FWS | 20210623_EMattach_Hill_Lewis_RE_ [EXTERNAL] further supplemental information |
| FWS006578-FWS006583 | 6/23/2021 | Email | Hill, FS | FWS | habitat map |
| FWS006584-FWS006585 | 6/21/2021 | Email | Kasworm, FWS | Lewis, FWS | 20210621_EM_Kasworm_Lewis_RE_ clarification on mortalities near open roads |
| FWS006586-FWS006695 | 6/4/2021 | Email | FWS | FWS | report |
| FWS006696-FWS006696 | 6/4/2021 | Email | FWS | FWS | 20210604_EM_Kasworm_Lewis_Draft CY Grizzly report |
| FWS006697-FWS006704 | 5/26/2021 | Email | Hill, FS | Lewis, FWS | 20210526_EMattach3_Hill_Lewis_RE_ [EXTERNAL] further supplemental information |
| FWS006705-FWS006729 | 5/26/2021 | Email | Hill, FS | Lewis, FWS | 20210526_EMattach2_Hill_Lewis_RE_ [EXTERNAL] further supplemental information |
| FWS006730-FWS006886 | 5/26/2021 | Email | Hill, FS | Lewis, FWS | 20210526_EMattach1_Hill_Lewis_RE_ [EXTERNAL] further supplemental information |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS006887-FWS006891 | 5/26/2021 | Email | Hill, FS | Lewis, FWS | 20210526_EM_Hill_Lewis_RE_ [EXTERNAL] further supplemental information |
| FWS006892-FWS006892 | 5/25/2021 | Email | Hill, FS | Lewis, FWS | 20210525_EMattach_Hill_Lewis_[EXTERNAL] further supplemental information |
| FWS006893-FWS006894 | 5/25/2021 | Email | Hill, FS | Lewis, FWS | 20210525_EM_Hill_Lewis_[EXTERNAL] further supplemental information |
| FWS006895-FWS006895 | 5/21/2021 | Email | Hill, FS | Lewis, FWS | 20210521_EMattach6_Hill_Lewis_[EXTERNAL] Fine-scale habitat maps |
| FWS006896-FWS006896 | 5/21/2021 | Email | Hill, FS | Lewis, FWS | 20210521_EMattach5_Hill_Lewis_[EXTERNAL] Fine-scale habitat maps |
| FWS006897-FWS006897 | 5/21/2021 | Email | Hill, FS | Lewis, FWS | 20210521_EMattach4_Hill_Lewis_[EXTERNAL] Fine-scale habitat maps |
| FWS006898-FWS006898 | 5/21/2021 | Email | Hill, FS | Lewis, FWS | 20210521_EMattach3_Hill_Lewis_[EXTERNAL] Fine-scale habitat maps |
| FWS006899-FWS006899 | 5/21/2021 | Email | Hill, FS | Lewis, FWS | 20210521_EMattach2_Hill_Lewis_[EXTERNAL] Fine-scale habitat maps |
| FWS006900-FWS006900 | 5/21/2021 | Email | Hill, FS | Lewis, FWS | 20210521_EMattach1_Hill_Lewis_[EXTERNAL] Fine-scale habitat maps |
| FWS006901-FWS006901 | 5/21/2021 | Email | Hill, FS | FWS | habitat maps |
| FWS006902-FWS006902 | 5/20/2021 | Email | Hill, FS | FWS | Ram map |
| FWS006903-FWS006903 | 5/20/2021 | Email | Hill, FS | FWS | map |
| FWS006904-FWS006905 | 5/19/2021 | Phone Log | Lewis, FWS | , FWS | 20210519_PC_Lewis_Kasworm_call re Black Ram |
| FWS006906-FWS006930 | 5/19/2021 | Email | FS | FWS | Grizzly Bears |
| FWS006931-FWS006934 | 5/19/2021 | Email | Anderson, FS | Lewis, FWS | 20210519_EMattach_Anderson_Lewis_[EXTERNAL] PNT & Grizzly Bears |
| FWS006935-FWS006935 | 5/19/2021 | Email | Hill, FS | Lewis, FWS | 20210519_EM_Hill_Lewis_RE_ [EXTERNAL] RE_ Black Ram lynx questions |

# U.S. Fish and Wildlife Service Administrative Record Index

| Bates # | Date | Document Type | From | To | Document Descriptor |
|---|---|---|---|---|---|
| FWS006936-FWS006936 | 5/13/2021 | Email | Hill, FS | Lewis, FWS | 20210513_EMattach5_Hill_Lewis_[EXTERNAL] RE_ Black Ram lynx questions |
| FWS006937-FWS006937 | 5/13/2021 | Email | Hill, FS | Lewis, FWS | 20210513_EMattach4_Hill_Lewis_[EXTERNAL] RE_ Black Ram lynx questions |
| FWS006938-FWS006938 | 5/13/2021 | Email | Hill, FS | Lewis, FWS | 20210513_EMattach3_Hill_Lewis_[EXTERNAL] RE_ Black Ram lynx questions |
| FWS006939-FWS006939 | 5/13/2021 | Email | Hill, FS | Lewis, FWS | 20210513_EMattach2_Hill_Lewis_[EXTERNAL] RE_ Black Ram lynx questions |
| FWS006940-FWS006940 | 5/13/2021 | Email | Hill, FS | Lewis, FWS | 20210513_EMattach1_Hill_Lewis_[EXTERNAL] RE_ Black Ram lynx questions |
| FWS006941-FWS006943 | 5/13/2021 | Email | Hill, FS | Lewis, FWS | 20210513_EM_Hill_Lewis_[EXTERNAL] RE_ Black Ram lynx questions |
| FWS006944-FWS006955 | 5/11/2021 | Email | Carlson, FS | Lewis, FWS | 20210511_EMattach_Carlson_Lewis_RE_ [EXTERNAL] FW_ Black Ram Transmittal Letter |
| FWS006956-FWS006958 | 5/11/2021 | Email | Carlson, FS | Lewis, FWS | 20210511_EM_Carlson_Lewis_RE_ [EXTERNAL] FW_ Black Ram Transmittal Letter |
| FWS006959-FWS006962 | 4/5/2021 | Letter | Peterson, YVFC | Williams, FWS | 20210405_LTR_Petersonetal_Williamsetal_Grizzly status review and Black Ram |
| FWS006963-FWS006967 | 7/24/2020 | Email | Anderson, FS | Lewis, FWS | 20200724_EMattach_Anderson_Lewis_RE_ [EXTERNAL] RE_ clarifications |
| FWS006968-FWS006970 | 7/24/2020 | Email | Anderson, FS | Lewis, FWS | 20200724_EM_Anderson_Lewis_RE_ [EXTERNAL] RE_ clarifications |