IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22–114–M–DWM |
| Plaintiffs, | Member Case No. CV 23–3–M–DWM |
| and | |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | ORDER |
| Consolidated Plaintiffs, | |
| vs. | |
| U.S. FOREST SERVICE, et. al., | |
| Defendants, | |
| KOOTENAI TRIBE OF IDAHO, | |
| Defendant-Intervenor, | |
| and | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., | |
| Consolidated Defendants. | |

1

There being common issues of fact and law, consolidation of the above-captioned cases is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2). Accordingly,

IT IS ORDERED the above-captioned cases are consolidated for all further proceedings under the case number CV 21–114–M–DWM and captioned as shown above. The Clerk of Court shall file this Order in the docket for each case.

IT IS FURTHER ORDERED that the defendants in the member case shall file their answer in CV 23–3–M–DWM in CM/ECF. All other documents shall be filed in the lead case, CV 22–114–M–DWM, and spread to the member case.

IT IS FURTHER ORDERED the current briefing schedule, (*see* Doc. 25), remains in place. If the parties wish to request a different schedule, they may do so by proposing an amended joint case management plan.

DATED this 12th day of January, 2023.

_____
Donald W. Molloy, District Judge
United States District Court