TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

HAYLEY A. CARPENTER, CA Bar # 312611
Natural Resources Section
ERIKA A. FURLONG, PA Bar # 319350
Wildlife & Marine Resources Section
Trial Attorneys
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Email: hayley.carpenter@usdoj.gov
erika.furlong@usdoj.gov

JESSE LASLOVICH
United States Attorney

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, AND WILDEARTH GUARDIANS, | ) | Case No. 9:22-CV-00114-DWM |
| PLAINTIFFS, | ) | NOTICE OF LODGING THE SUPPLEMENTAL ADMINISTRATIVE RECORD |
| V. | ) | |
| U.S. FOREST SERVICE; KEITH LANNOM, IN HIS OFFICIAL CAPACITY AS DEPUTY REGIONAL FORESTER; AND CHAD BENSON, IN HIS OFFICIAL CAPACITY AS | ) | |

SUPERVISOR OF THE KOOTENAI NATIONAL FOREST, )
)
DEFENDANTS, )
)
AND )
)
KOOTENAI TRIBE OF IDAHO )
)
DEFENDANT-INTERVENOR. )
)

Defendants hereby provide notice of the lodging of Supplemental Administrative Records for the Black Ram Project. Defendants' and Plaintiffs' counsel conferred and agreed to submit these additional documents to supplement the administrative records. ECF Nos. 34 and 35.

The Forest Service's Supplemental Administrative Record bears bates numbers FS46612 through 47729. The declaration of Lisa Osborn certifies the Forest Service's Supplemental Administrative Record and is attached as Exhibit 1. A copy of the corrected index for the Forest Service's administrative record is attached to this notice as Exhibit 2. The Fish and Wildlife Service's ("FWS") Supplemental Administrative Record bears bates numbers FWS006971 through FWS007434. The declaration of Adam Zerrenner certifies FWS's Supplemental Administrative Record and is attached as Exhibit 3. A copy of the FWS's Supplemental Record Index is attached to this notice as Exhibit 4. Defendants' supplemental records contain fifteen additional documents, which are attached to

this notice as Exhibits 5-19 (the Forest Service's records are Exhibits 5-11, and the Fish & Wildlife Service's records are Exhibits 12-19.

Respectfully submitted this 13th day of January, 2023.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Hayley A. Carpenter*
HAYLEY A. CARPENTER
Natural Resources Section
ERIKA A. FURLONG
Wildlife & Marine Resources Section
Trial Attorneys
150 M St. NE
Washington, D.C. 20002
Phone: (202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0506
Email: hayley.carpenter@usdoj.gov
erika.furlong@usdoj.gov

*Counsel for Defendants*