# Exhibit 1
# Forest Service Certifying Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) | |
| Plaintiffs, | ) | NO. CV 22-114-M-DWM |
| v. | ) | |
| U.S. FOREST SERVICE, *et al.*, | ) | **DECLARATION OF LISA OSBORN** |
| Defendants. | ) | |

I, LISA OSBORN, in accordance with the requirements of 28 U.S.C. 1746 declare:

1. I am employed by the United States Department of Agriculture, United States Forest Service serving on the Three Rivers Ranger District of the Kootenai National Forest as a NEPA Planner. I have been employed in that position since October 2017. My responsibilities include compiling the Administrative Record and the Supplement to the Administrative Record for Case No. CV-114-M-DWM.

2. The Forest Service's Supplement to the Administrative Record for the Black Ram Project is submitted herewith via ECF in a searchable format with a hyperlinked index. The supplement consists of seven documents, bates numbered FS 46612 through FS 47729. A corrected index for the administrative record has also been prepared and is filed simultaneously.

3. I further hereby certify that to the best of my knowledge the documents identified on the corrected index, on the index to the Supplement and filed with this declaration are true and accurate copies of the information directly or indirectly considered for the Black Ram Project Decision that constitute the Administrative Record in Case No. CV-114-M-DWM.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated the 12th day of January 2023, in Troy, Montana.

Lisa Osborn
NEPA Planner
Kootenai National Forest
Three Rivers Ranger District
12858 US Highway 2
Troy, MT 59935