# Exhibit 2
# Forest Service Supplemental Administrative Record Index

USDA Forest Service Supplemental Administrative Record Index
for
Center for Biological Diversity, et al. v. USFS, et al.
Case No. 9:22-CV-00114-DWM (D.MT.)

| AR No | Date | Author | Document Description/ Title |
|---|---|---|---|
| FS-046612-FS-047269.pdf | 2014-02-00 | U.S. Department of Agriculture, Forest Service | Buckhorn Project Draft Environmental Impact Statement |
| FS-047270-FS-047348.pdf | 2014-04-00 | U.S. Department of Agriculture, Forest Service | Buckhorn Project Final Environmental Impact Statement |
| FS-047349-FS-047423.pdf | 2014-08-05 | Christopher Savage | Buckhorn Project Record of Decision |
| FS-047424-FS-047549.pdf | 2016-10-07 | Christopher Savage | Lower Yaak, O'Brien, and Sheep (OLY) Project Record of Decision |
| FS-047550-FS-047653.pdf | 2018-06-22 | Christopher Savage | Starry Goat Record of Decision |
| FS-047654-FS-047654.pdf | 2020-01-23 | Jason Darelius | Email to Ann Brown RE: Forest Service Referral 2020-FS-R1-01814-F Final Response (Black Ram Decision File) |
| FS-047655-FS-047729.pdf | 2022-03-24 | Chadwick Benson | Knotty Pine Decision Notice and Finding of No Significant Impact |