# Exhibit 3
# Fish &Wildlife Service
# Certifying Declaration

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, YAAK VALLEY FOREST COUNCIL, and WILDEARTH GUARDIANS**<br><br>**Plaintiffs,**<br>**vs.**<br><br>**LEANNE MARTEN, et. al.,**<br><br>**Defendants** | **Case No. 9:22-cv-00114-DWM**<br><br>**DECLARATION OF ADAM ZERRENNER** |

I, Adam Zerrenner, in accordance with the requirements of 28 U.S.C. § 1746 declare:

1. I am employed by the United States Department of the Interior, Fish and Wildlife Service, as the Office Supervisor for the Ecological Services Office in Montana. I am competent to testify to the matters contained in this Declaration. My responsibilities include overseeing the compilation of the pertinent documents for the above-captioned case.

2. The Fish and Wildlife Service's Supplemental Administrative Record is submitted via ECF. The index identifies the documents within the Supplemental Administrative Record.

3. I hereby certify that the FWS' Supplemental Administrative Record documents are being provided in the spirit of compromise and/or to correct inadvertent omissions in the original administrative record.

4. I further certify that the Fish and Wildlife Service's Supplemental Administrative Record provided to the Court and the parties for this litigation contain true and correct copies of the materials identified in the attached index.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated the 13th day of January, 2023, in Helena, Montana.

Adam Zerrenner
Office Supervisor
Ecological Services
Montana Field Office
U.S. Fish and Wildlife Service