# Exhibit 4
# Fish & Wildlife Service Supplemental Administrative Record Index

# U.S. Fish and Wildlife Service Supplemental Administrative Record Index

*Center for Biological Diversity, Yaak Valley Forest Council, and Wildearth Guardians v. Marten et al., 9:22-CV-00114-DWM*

| Bates # | Date | Document Type | From | To | Document Title | Document Description |
|---|---|---|---|---|---|---|
| **Literature Cited and Miscellaneous** | | | | | | |
| FWS006971-FWS006981.pdf | 2004 | Literature | Wakkinen and Kasworm | | Demographics and population trends of grizzly bears in the Cabinet-Yaak… | Literature cited |
| FWS006982-FWS006993.pdf | 1998 | Literature | Mace and Waller | | Demography and population trend of grizzly bears in the Swan Mountains, Montana | Literature cited |
| FWS006994-FWS007001.pdf | 1996 | Literature | Hovey and McLellan | | Estimating population growth of grizzly bears from the Flathead River… | Literature cited |
| **Messages (emails and letters)** | | | | | | |
| FWS007002-FWS007065.pdf | 7/7/2022 | Email attachment | Aceituno, FWS | Lewis, FWS | 20220707_EMattach1_Aceituno_Lewis_Re_ surrogates for bears | Attachment - Flathead Forest Plan court decision |
| FWS007066-FWS007067.pdf | 7/7/2022 | Email | Aceituno, FWS | Lewis, FWS | 20220707_EM_Aceituno_Lewis_Re_ surrogates for bears | Internal FWS email about responding to NOI |
| FWS007068-FWS007404.pdf | 6/30/2022 | Letter enclosures | Zaccardi, CBD | Haaland, DOI | 20220630_LTRattach_Zaccardi_Haaland_Notice of Intent to Sue Re Black Ram | Exhibits 1-4 attached to the NOI |
| FWS007405-FWS007433.pdf | 6/30/2022 | Letter | Zaccardi, CBD | Haaland, DOI | 20220630_LTR_Zaccardi_Haaland_Notice of Intent to Sue Re Black Ram | Notice of Intent (NOI) to Sue on the Black Ram Project |
| FWS007434-FWS007434.pdf | 9/9/2021 | Email | Annis, FWP | Lewis, FWS | 20210909 073053_EM_[EXTERNAL] RE_ another question | Email between FWS and FWP regarding bear management |