# Exhibit 5
# Buckhorn Project Draft EIS

United States
Department of
Agriculture

Forest
Service

February 2014

# Buckhorn Project

## Draft Environmental Impact Statement



## Three Rivers Ranger District
## Kootenai National Forest
## Lincoln County, Montana

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, or marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 14th and Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice and TDD). USDA is an equal opportunity provider and employer.

# Buckhorn Project
# Draft Environmental Impact Statement

**Lead Agency:** USDA Forest Service

**Responsible Official**

Paul Bradford, Forest Supervisor
Kootenai National Forest Service
31374 US Highway 2
Libby, MT 59923

**Responsible for EIS Preparation:**

Kirsten A. Kaiser, District Ranger
Three Rivers Ranger District
12858 US Highway 2
Troy, MT 59935

**For Further Information Contact:**

Sarah Canepa, NEPA Coordinator
Three Rivers Ranger District
(406) 295-4693

Abstract: This Draft Environmental Impact Statement (DEIS) documents the detailed analysis of four alternatives, including the no action alternative, which were developed for the Buckhorn Project. Alternative 1 is the no action alternative. Alternative 2 is the proposed action and includes timber harvest and fuels treatments that create large openings, prescribed burning, watershed improvement activities (road decommissioning and stored service) and transportation system changes. Alternative 3 proposes similar activities but the timber harvest has been designed to not create openings over 40 acres in size. Alternative 4 is also similar to Alternative 2, but removes 582 acres of harvest that was proposed in an area that conflicted with the Forest Jobs and Recreation Act of 2013. Alternative 2 is the agencies preferred alternative.

It is important that reviewers provide their comments at such times and in such a way that they are useful to the Agency's decision making. Therefore, comments should be provided prior to the close of the comment period and should clearly articulate the reviewer's concerns and contentions. The submission of timely and specific comments can affect a reviewer's ability to participate in the subsequent pre-decisional objection process or judicial review.

Comments received in response to this solicitation, including names, addresses, and/or emails of those who comment, will be part of the public record for this proposed action. Comments submitted anonymously will be accepted and considered; however, anonymous comments will not provide the respondent with standing to participate in the pre-decisional objection process or judicial review.

**Send Comments to:**

Kirsten Kaiser, District Ranger
Three Rivers Ranger District
12858 US Highway 2
Troy, MT 59935

Or

Email: comments-northern-kootenai-three-rivers@fs.fed.us

# Table of Contents


## Summary

## Chapter 1 – Purpose and Need

Introduction ... 1
Project Area Description ... 2
Purpose and Need for Action ... 7
Development of the Proposed Action ... 9
Proposed Action ... 12
Project Scope ... 13
Relationship to the Forest Plan ... 14
Decision Framework ... 17

## Chapter 2 – Alternatives

Introduction ... 19
Public Involvement and Collaboration ... 19
Issue Development ... 21
Range of Alternatives ... 22
  Alternatives Considered but Eliminated from Detailed Study ... 23
Alternatives Studied in Detail ... 26
  Alternative 1 ... 27
  Alternative 2 ... 27
    Activities Common to Alternative 2, 3, and 4 ... 34
  Alternative 3 ... 42
  Alternative 4 ... 45
Comparison of Alternatives Studied in Detail ... 48
Design Features ... 51

## Chapter 3 – Environmental Consequences

Introduction ... 59
Past, Ongoing and Foreseeable Actions ... 59
Forest Vegetation ... 65
Old Growth ... 103
Wildlife ... 114
  Threatened, Endangered, and Proposed Species ... 114
  Sensitive Species ... 206
  Management Indicator Species ... 274
  Other Wildlife Species and Habitats of Interest ... 306
Fisheries ... 337
Water Resources ... 351
Soil Resources ... 390
Noxious Weeds ... 412
Proposed, Threatened, Endangered and Sensitive (PTES) Plants ... 431
  Whitebark Pine ... 433
  Sensitive Plant Species ... 438
Fire and Fuels ... 446
Air Quality ... 461
Inventoried Roadless Areas (IRAs) ... 473
Recreation ... 482

Scenic Resources ........ 489
Economics ........ 496
Cultural Resources ........ 503
American Indian Consultation ........ 509

## LIST OF MAPS

Vicinity Map ........ M-1
Management Areas ........ M-2
Alternative 2 ........ M-3
Alternative 3 ........ M-4
Alternative 4 ........ M-5
Alternative Considered but not Studies in Detail ........ M-6
Watershed and Road Work ........ M-7
Cumulative Action ........ M-8
Harvest History ........ M-9
Fire History ........ M-10
Vegetative Response Units ........ M-11
Bear Management Unit ........ M-12
Lynx Analysis Unit ........ M-13
Fish Distribution ........ M-14
Landtypes ........ M-15

## APPENDICES

Harvest Treatment Summary Table ........ A
Prescribed Burn Table ........ B
Watershed Improvement Table ........ C
Access Management Plan and Map ........ D
Monitoring Plan ........ E
Best Management Practices ........ F
List of Past Timber Sales in the Project Area ........ G
Glossary and Acronyms ........ H
Literature Cited ........ I
List of Preparers and Recipients ........ J

# Summary

## Introduction

The Forest Service has prepared this Draft Environmental Impact Statement (DEIS) displaying the analysis of timber harvest with fuels treatments, prescribed fire, and watershed improvement activities proposed in the Yaak River watershed north of Troy, Lincoln County, Montana. These activities are on National Forest System lands administered by the Three Rivers Ranger District, Kootenai National Forest. This DEIS discloses the direct, indirect, and cumulative environmental impacts that would result from the proposed action and alternatives.

## Project Area Description

The Buckhorn project area is situated along the Montana/Idaho state line and is approximately six miles from the border between the United States and Canada. The legal description includes Townships 35 and 36 North, Ranges 34 and 33 West, Lincoln County, Montana; and Township 64 North and Range 3 East, Boundary County, Idaho.

The project area encompasses approximately 56,000 acres in the Yaak River watershed. This includes the Spread Creek, Meadow Creek, and Hellroaring Creek drainages and several small tributaries to the Yaak River. The project area includes 333 acres of privately owned land, located near the Yaak River and Yaak Highway #508. Approximately 8,400 acres of the project area lie within the Wildland Urban Interface (WUI).

## Purpose and Need

Based on field review conducted by the Buckhorn interdisciplinary team and data gathered about natural resources in the project area, the following purpose and need for the Buckhorn project was identified:

- Promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading and species composition. The district proposes to accomplish this in the project area by applying timber harvest and prescribed fire techniques that:
    - Promote western white pine, whitebark pine and western larch.
    - Restore fire’s role on the landscape.
    - Improve vigor, extent and long-term productivity of huckleberry and other native plants to increase forage availability.
    - Provide long-term wildlife security and forage.
- Maintain or improve water quality and native aquatic species habitat
- Provide wood products to contribute to local and regional economies.

## Proposed Action

To meet this purpose and need for action, the Buckhorn Project proposes timber harvest and fuels treatments, prescribed burning, and watershed improvement activities:

- Approximately 1,250 acres of regeneration harvest and 13 acres of intermediate harvest are proposed. All of the harvest activities would be accomplished through tractor yarding. Approximately 42 percent of the harvest activities would take place in the

winter to protect soils and water quality. This harvest would contribute approximately 15.7 MMBF to the local and regional economies.

- Nine of the proposed regeneration harvest units would create openings over 40 acres to mimic historic patch sizes created by past fire events. The largest of these openings would be approximately 278 acres in size. The creation of larger openings requires 60-day public review and Regional Forester approval, which began with scoping on February 5, 2013.
- Approximately 366 acres of timber harvest and 1,066 acres of prescribed burning would take place in the Wildland Urban Interface (WUI).
- Prescribed burning without timber harvest is proposed on approximately 11,623 acres to maintain and enhance natural openings to improve big game forage and huckleberry production for grizzly bear and other wildlife.
- Approximately 32 miles of watershed improvement work would occur on roads already closed to summer public motorized use. Following this watershed work, roads that are needed for future management would be placed into intermittent stored service and roads determined not to be needed for future management would be decommissioned.
- Approximately 9 miles of roads that already exist on the landscape would be added to the National Forest System road network.

## Key Issues that Drove Alternative Development

Following are the Key Issues identified from scoping comments, internal discussion, other agencies and tribes, and public contact that drove the development of alternatives:

**Issue #1 - Effects of large openings:** The public expressed concern that large openings resulting from regeneration harvest could affect wildlife habitat security in the project area. The regeneration harvest units proposed in Alternative 2 would create a total of 9 openings over 40 acres in size. The largest of these openings would be approximately 278 acres in size.

The team addressed the concern about the effects of large openings by developing Alternative 3, which would reduce the size of regeneration harvest to 40 acres or less. The team also designed the harvest units to provide movement corridors between the openings in all of the alternatives. This would provide cover for animal movement between openings and create the appearance of a natural disturbance.

**Measurement Indicators for the effects of large openings:**

1. The number of openings greater than 40 acres; and
2. The cover/forage ratio in MA 10 and 11, and
3. The cover/forage ratio in MA 12.

**Issue #2 - Effects of timber harvesting activities on the proposed Three Rivers Special Management Area in the Forest Jobs and Recreation Act of 2013.** Members of the public expressed a concern that 560 acres of proposed timber harvest is located within the boundaries of the Three Rivers Special Management Area as defined in the Forest Jobs and Recreation Act of

2013. The Forest Jobs and Recreation Act of 2013 (FJRA) is a piece of legislation that has been introduced to Congress but to date has not been passed into law.

The team addressed this issue by developing Alternative 4, which would remove timber harvesting from areas within the boundaries of the Three Rivers Special Management Area as identified in the FJRA. The district also considered an alternative that was not analyzed in detail that would look at relocating timber harvest units to an area outside of the Three Rivers Special Management Area outside the FJRA.

**Measurement Indicators:**

1. Acres of timber harvesting proposed in the Three Rivers Special Management area as defined by the Forest Jobs and Recreation Act of 2013.

## Alternatives Considered in Detail

The range of alternatives was determined by evaluating public and internal comments, environmental issues, and the purpose and need for the project. In addition to the alternatives considered in detail, a number of other alternatives were examined during the analysis process. The alternatives that were not considered in detail are described in Chapter 2.

In response to the issues identified for this project, the Forest Service developed four alternatives to be analyzed in detail: Alternative 1- No Action Alternative, Alternative 2 - Proposed Action, Alternative 3 – Alternative developed to address the effects of large openings, and Alternative 4 – Alternative developed to address the effect of proposed timber harvest within the boundaries of the Forest Jobs and Recreation Act 2013.

### Alternative 1 – No Action

This alternative provides a baseline for comparison of environmental consequences of the other alternatives to the existing condition and is a management option that could be selected by the deciding official. Under this alternative, management actions in the project area would be limited to the ongoing and reasonably foreseeable actions listed in the introduction to Chapter 3. The no action alternative is based on the premise that ecosystems change, even in the absence of active management. It is essentially a "status quo" strategy that allows current activities and policies, such as recreation administration, road maintenance, and fire suppression to continue.

### Alternative 2 – Preferred Alternative

Alternative 2 is the proposed action designed to meet the purpose and need for the Buckhorn project. Alternative 2 proposes approximately 1,263 acres of timber harvest, 11,623 acres of prescribed burning, and approximately 32 miles of road stabilization work for watershed improvement.

### Alternative 3

Alternative 3 is designed to address the issue of the effects of large openings by designing all harvest units to be 40 acres or less. Alternative 3 proposes approximately 889 acres of timber harvest, 11,623 acres of prescribed burning, and approximately 32 miles of road stabilization work for watershed improvement.

### Alternative 4

Alternative 4 is designed to address the issue of proposed timber harvest within a portion of the Forest Jobs and Recreation Act of 2013 that had prohibited timber harvest. Alternative 4 proposes approximately 681 acres of timber harvest, 11,623 acres of prescribed burning, and approximately 32 miles of road stabilization work for watershed improvement.

### Forest Plan Amendments and Regional Forester Approval

The environmental effects of proposed activities were analyzed under the 1987 Kootenai Forest Plan. Alternatives 2 and 4 would require one project-specific Forest Plan amendment and approval of the Regional Forester to create openings exceeding 40 acres in size. The project specific Forest Plan amendment required for Alternative 2 and 4 will amend management area (MA) 12 Facilities Standard #3 to exceed 0.75 miles per square mile open road density within the contiguous MA during project activities. The open road density will return to forest plan standards following harvest activities.

Regional Forester policy (FSM 2471.1) directs that the size of harvest openings created by even-aged silvicultural practices would be normally 40 acres or less, to support NFMAs general intent to limit the size of harvest openings. Creation of larger openings requires 60-day public review and Regional Forester approval. Alternative 2 and 4 propose openings larger than 40 acres in size. The public was notified of the potential for these openings during the scoping period in February 2013.

### Design Features and Monitoring

Design features are included to protect resources during project activities. The monitoring plan includes implementation and effectiveness monitoring related to the design features for soils, water, fish, wildlife, botany, noxious weeds, and the silvicultural prescriptions.

## Comparison of Alternatives Studied in Detail

Tables S-1 through S-3 display a comparison of the alternatives analyzed in detail and the environmental effects of each expressed by the units of measures. This information, along with the detailed resource analysis displayed in the DEIS, provide a basis for comparing alternatives.

**Table S-1 - Comparison of Proposed Activities by Alternative**

| Proposed Activities | | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| Regeneration Harvest* | (acres) | 0 | 1,250 | 876 | 668 |
| Intermediate Harvest** | (acres) | 0 | 13 | 13 | 13 |
| **Total Harvest** | **(acres)** | **0** | **1,263** | **889** | **681** |
| **Total Harvest Volume** | **(MMBF/CCF)** | **0** | **15.7/30,438** | **10.5/20,463** | **8.3/16,078** |
| Yard Tops and Excavator Pile | (acres) | 0 | 513 | 287 | 185 |
| Yard Tops and Underburning | (acres) | 0 | 750 | 602 | 498 |
| **Total Fuels Treatment** | **(acres)** | **0** | **1,263** | **889** | **681** |

| Proposed Activities | | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| Temporary Roads | (miles) | 0 | 1 | 1.1 | 0.5 |
| Road Reconstruction | (miles) | 0 | 23 | 23 | 16 |
| **Total Prescribed Burning** | **(acres)** | **0** | **11,623** | **11,623** | **11,623** |
| Intermittent Stored Service | (miles) | 0 | 22.9 | 22.9 | 22.9 |
| Decommissioning | (miles) | 0 | 9.0 | 9.0 | 9.0 |
| **Total Watershed Improvement** | **(miles)** | **0** | **31.9** | **31.9** | **31.9** |
| **Forest Plan MA 12 Amendment** | | **No** | **Yes** | **No** | **Yes** |

*Regeneration Harvest Prescriptions: Seedtree Cut, Shelterwood Cut, Clearcut with Reserves

**Intermediate Harvest Prescriptions: Improvement Cut

### Table S-2 - Comparison of Purpose and Need Objectives by Alternative

| Purpose and Need Objective | | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| **Promote resilient vegetation conditions by managing towards characteristic landscape level vegetation patterns, structure, patch size, fuel loading, and species composition.** | | | | | |
| Promote White Pine and Western Larch | (acres) | 0 | 1,694 | 1,320 | 1,112 |
| Improve Huckleberry Habitat Areas | (acres) | 0 | 11,376 | 11,231 | 11,306 |
| Improve Big Game Forage | (acres) | 0 | 12,873 | 12,499 | 12,291 |
| Characteristic Patch size in (number of burn and harvest units that achieve this) | (acres) | 0 | 12,619 (26 units)* | 11,596 (17 units) | 12,005 (21 units) |
| **Maintain or improve water quality and native aquatic species habitat** | | | | | |
| BMP work on haul roads | (miles) | 0 | 23 | 23 | 16 |
| Intermittent Stored Service | (miles) | 0 | 22.95 | 22.95 | 22.95 |
| Decommissioning | (miles) | 0 | 8.96 | 8.96 | 8.96 |
| **Provide wood products to contribute to local and regional economies** | | | | | |
| Timber Volume | (MMBF/CCF) | 0 | 15.7/30,438 | 10.5/20,463 | 8.3/16,078 |

*Harvest units that achieve this Purpose and Need include = 9, 9a, 9b, 10, 11, 12, 13, 14, 15, 16, 16a, 19

All burn units except G-1 achieve this Purpose and Need and are common to Alternatives 2, 3, and 4.

**Table S-3 - Comparison of Measurement Indicators by Alternative**

| Key Issues | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| **Issue #1 - Effects of large openings** | | | | |
| **Measurement Indicator 1:** Number of regeneration openings greater than 40 acres proposed in MA 11 (big game winter range) and MA 12 (big game summer range) | 0 | 9 | 0 | 4 |
| **Measurement Indicator 2:** The cover/forage ratio in MA11 and 10 (big game winter range). Forest Plan Standard 30/70 (see Chapter 3, Wildlife) | 87/13 | 84/16 | 85/15 | 85/15 |
| **Measurement Indicator 3:** The cover/forage ratio in MA 12 (big game summer range) Summerfield Recommendation 60/40 (See Chapter 3, Wildlife) | 88/12 | 81/19 | 85/15 | 86/14 |
| **Issue #2 – Effects of timber harvesting on the proposed Three Rivers Special Management Area in the Forest Jobs and Recreation Act of 2013** | | | | |
| **Measurement Indicator:** Acres of timber harvest proposed in the Three Rivers Special Management Area of the Forest Jobs and Recreation Act of 2013 (FJRA). | 0 | 582 | 343 | 0 |

# Buckhorn Project

# Draft Environmental Impact Statement

## Chapter 1

## Purpose and Need

# Chapter 1- Purpose and Need

## Introduction

The Buckhorn Project was developed to promote resilient vegetation conditions that can provide improved foraging opportunities for wildlife by creating a mosaic of habitat across the landscape of the project area. The project particularly focuses on improved forage for big game species and huckleberry production to benefit grizzly bear recovery efforts in the Cabinet Yaak Ecosystem. The project is also designed to maintain and improve water quality through road stabilization activities and seeks to provide wood products to the local and regional economies.

An interdisciplinary team (IDT or team) conducted field review in 2011 and 2012 to determine the existing condition and needs for National Forest System (NFS) lands in the Buckhorn project area. Following this field review, the Three Rivers Ranger District of the Kootenai National Forest (KNF) developed a proposed action for the Buckhorn Project.

The Forest Service has prepared this Draft Environmental Impact Statement (DEIS) in compliance with the National Environmental Policy Act (NEPA) and other relevant federal and state laws and regulations. This DEIS discloses the direct, indirect and cumulative environmental impacts that would result from the proposed action and alternatives. The document is organized into three chapters with maps and appendices at the end:

**Chapter 1 – Purpose and Need:** This chapter characterizes the project area, describes the purpose and need for the project, the agency's proposal for achieving that purpose and need, and a description of the process used to develop this proposal. It also explains the scope of the analysis and the decisions to be made.

**Chapter 2 – Alternatives:** This chapter details how the Forest Service informed the public of the proposal, how the team identified the issues that drove alternative development, and other alternatives that were considered but not developed in detail. It provides a detailed description of the agency's proposed action and presents alternatives for achieving the stated purpose. This section provides a summary table of how each alternative addresses the purpose and need and the key issues. This chapter also includes design features to help protect resources in all action alternatives.

**Chapter 3 – Affected Environment and Environmental Consequences**: This chapter describes the affected environment and the environmental effects of implementing the proposed action and other alternatives. This analysis is organized by resource and contains required agency disclosures.

**Maps –** Maps of the project area illustrate information about the project presented in the text of the document.

**Appendices –** The appendices provide maps, unit summary tables for each alternative, information about road work and prescribed burning activities, access management plan, monitoring plan, and other supporting information for this DEIS.

Additional supporting information may be found in the project file located at the Three Rivers Ranger District Office in Troy, Montana. Key documents and communications with the public have been posted to the forest website www.fs.usda.gov/projects/kootenai/landmanagement/projects.

## Project Area Description

The Buckhorn project area is located north of Troy, Montana. It is situated along the Montana/Idaho state line and is approximately six miles from the border between the United States and Canada. The legal description includes Townships 35 and 36 North, Ranges 34 and 33 West, Lincoln County, Montana; and Township 64 North and Range 3 East, Boundary County, Idaho (see Vicinity Map, M-1).

The project area encompasses approximately 56,000 acres in the Yaak River watershed. This includes the Spread Creek, Meadow Creek, and Hellroaring Creek drainages and several small tributaries to the Yaak River. The project area includes 333 acres of privately owned land, located near the Yaak River and Yaak Highway #508. Approximately 8,400 acres of the project area lie within the Wildland Urban Interface (WUI).

The Buckhorn project area is used by people from both Montana and Idaho for picking huckleberries, hunting, hiking, winter recreation, mountain biking, cutting firewood, and dispersed camping.

The project area includes 19,000 acres that lie within two Inventoried Roadless Areas (IRAs), the Buckhorn Ridge IRA and the Northwest Peaks IRA. These IRAs are primarily located in the higher elevations, along Buckhorn Ridge and Rock Candy Mountain, and are popular recreation areas for year round activities.

The elevation of the project area ranges from approximately 2,760 feet at the confluence of Red Top Creek and the Yaak River up to 7,540 feet on the summit of Ewing Mountain. This elevation range gives the project area a variety of habitat types.

The area supports populations of elk, white-tailed deer, mule deer, moose, black bear and mountain lions. The project area is part of the Cabinet-Yaak Ecosystem, one of six recovery areas for the threatened grizzly bear identified by the U.S. Fish and Wildlife Service (USFWS), and has been identified as containing critical habitat for the threatened Canada lynx on lands above 4,000 feet in elevation.

### Existing Condition

Both the elevation range and the influence of an inland maritime climate have led to the variety of habitat types found in the Buckhorn project area. Approximately half of the project area has a warm, moist habitat, while one third of the project area is in the higher elevation, subalpine cool, moist habitat. The remaining areas are a mix of cool dry, riparian and warm dry habitat types (see Vegetative Response Unit Map, M-11). The associated fire regimes in the project area are also influenced by the inland maritime climate. Many areas show evidence of low intensity, mixed severity fires with fire frequencies ranging from 40 to 200 years.

The existing condition of the landscape in the Buckhorn project area has been shaped by historic fire events, fire suppression, forest management activities, as well as human use (see Chapter 3, Table 3.1 and 3.2, map M-9 Harvest History of the project area, and Appendix G for more details about past management in the project area and Map M-9 for the Fire History of the project area).

In areas which experienced high severity fire, the Buckhorn Interdisciplinary Team (IDT or team) found dense stands of western redcedar, western hemlock and grand fir with scattered western

larch, Douglas-fir, and western white pine that regenerated following the fire events. Subsequent years of fire suppression and selective logging of the larger western larch and western white pine has created dense canopy stands that are more homogeneous, less resilient to fire events, and have very little grass or forbs growing in the understory.

Past management activities have created openings in the dense canopy. Since the passage of the National Forest Management Act (NFMA) in 1976, opening sizes have been typically limited to 40 acres or less, and are not representative of the conditions that would have been created in a stand replacing fire event. Past stand replacing fires in this area would have resulted in a variety of openings from 100 to 10,000 acres of irregular shapes. These historic openings created patch sizes that resulted in foraging opportunities for animals and eventually grew into areas of cover and security for bears and big game.

Figure 1.1 below shows the existing conditions found in proposed harvest Unit 10 and is representative of the stands in the project area where timber harvest is proposed.

**Figure 1.1 – Photo of Existing Conditions in Proposed Harvest Unit 10**



In the higher elevations the team found that fire suppression has allowed trees to encroach upon natural openings and suppress the growth and production of huckleberry (*Vaccinium spp.),* an important forage species for grizzly bears, black bears and other wildlife. Huckleberries also have recreational, cultural and traditional values and are used by Native Americans and other forest users throughout western North America.

The team also conducted surveys at high elevations to determine the status of whitebark pine (*Pinus albicaulis*), a high elevation tree species that is declining in the project area because of the effects of white pine blister rust *(Cronartium ribicola),* an introduced disease that affects both white pine and whitebark pine, and the encroachment of subalpine fir due to years of fire suppression.

Figure 1.2 below shows the existing conditions on Buckhorn Ridge in Prescribed Burn Unit F, located within the Buckhorn Ridge IRA.

**Figure 1.2 – Photo of Existing Conditions on Buckhorn Ridge**



With vegetation management activities, came the construction of the National Forest System Road (NFSR) network in the project area. Some of these roads were closed in the 1990s to meet habitat parameters for grizzly bear recovery and have not been maintained since the time of closure. Although many of these roads have revegetated, some are contributing sediment to streams as a result of blocked ditches, plugged or undersized culverts, and road fill failures. Although considerable work has been done to improve drainage on open roads within the project area in the past ten years, some of the roads that are closed to public motorized use have a need for road stabilization work to occur.

## Desired Condition

The desired condition of the project area is one where fire would return to the landscape and promote early seral forest communities and wildlife browse, including berry producing shrubs.

In the more moist sites, that are more common in this project area, fire frequency was 35-200 years, with mixed severity fires that would produce a mosaic of forest conditions across the landscape. In areas that experienced fires of lower intensity, the desired forest stands include large diameter western larch, western white pine, and Douglas-fir that could survive fires and provide multi-structured stands with seed sources for regeneration. These sites would also include at lesser amount western redcedar, grand fir, western hemlock, and others that wouldn't necessarily survive fires. In areas that experience higher intensity fires, there would be some large diameter trees of seral species that would survive but overall the stands would regenerate a mix of species with large snags providing a variety of wildlife habitat.

Future disturbance would continue to promote a range of age classes and species composition across the landscape to provide habitat for a variety of wildlife species. These moist forest types allow for a more limited use of planned ignitions as a management tool. Full suppression of wildfires is likely to continue due to the high fuels and typical difficulty in suppressing fires.

Figure 1.3 shows a photo of past harvest that occurred in the 1990s located adjacent to the proposed harvest Unit 14. The variety of age classes and species composition display the desired conditions for low elevation moist habitat types following harvest activities.

**Figure 1.3- Photo of Desired Conditions in Low Elevation Habitat Types**



The cooler and dryer upper elevation sites where the fire frequency was more of a stand replacing, high severity type at 35-200 years, the desired forest stands would have a mixture of openings at the higher ridgelines and transition into Englemann spruce, subalpine fir, lodgepole pine, and some whitebark pine with a robust understory vegetation of shrubs (including huckleberry and grouse whortleberry), forbs, and grasses.

In the drier habitat types, the desired condition is one where both planned and unplanned ignitions could be used to perpetuate natural ecological process that maintain higher elevation ridge-top openings, and lower elevation, drier-site areas that allow for a diversity of understory plant and tree species to thrive. The use of fire would have a mosaic effect across the landscape with varying levels of tree mortality occurring.

Figure 1.4 below is a photo taken in 2013, showing a portion of the Buckhorn Ridge where a wildfire occurred in 1970s creating a mosaic effect of burn and unburned areas. This burn is representative of the desired condition for the high elevation prescribed burn areas proposed in this project.

**Figure 1.4 – Photo of Desired Conditions in High Elevation Sites**



Across the landscape, the desired condition would have a variety of patch sizes in quantities, shapes, and sizes that mimic historic fire events. In the moist site a wide range of patch sizes from 1-300 acres would exist. In the higher elevation cool/dry sites patch sizes would have a wide range from 50-1,000+ acres and in the lower elevation warm/dry sites patch sizes would be similar to current conditions with varied but generally open conditions and patch sizes less than 100 acres. These varied patch sizes, including both large and small openings, would provide a mosaic of wildlife forage and secure areas of cover. Over time, the forest age class distribution would move towards reference ranges and species composition to include a mix of seral and climax species that would be more resilient to climate change and other disturbances.

The browse and forage species in the understory of harvest units would increase. The huckleberry component would also increase and provide berry picking opportunities for humans as well as forage for wildlife, especially for black and grizzly bears. Natural openings would be maintained through the use of fire and would improve huckleberry production.

Drainages in the project area would provide habitat for aquatic species. Fish barrier culverts and sediment sources would be addressed to improve existing conditions. Road stabilization and drainage work would be performed based on assessment of watershed risk and the long-term transportation needs for the area.

Humans would continue to have a presence in and around the project area, using the forest for recreational activities and utilizing forest products from the project area.

## Purpose and Need for Action

The Kootenai National Forest Plan (referred to as the Forest Plan) (USDA 1987) provides the overarching direction for management activities on the Kootenai National Forest (KNF). Forest wide management goals, as well as specific management area direction represent the desired condition that management actions are designed to achieve. The need for action is determined by the extent and intensity of differences between the existing and desired conditions. Where there is little difference between these two conditions, the need for action is low. The Buckhorn team determined that the difference between the existing condition and the desired future condition of the resources in the project area were far enough apart to generate a need for action.

Based on field review of the Buckhorn project area, the direction found in the Forest Plan and consideration of other documents, that include: *Kootenai National Forest Vegetation Response Units Characterizations and Target Landscape Prescriptions (Gautreaux 1999); Analysis of the Management Situation (USDA 2003); and the National Fire Plan (USDA 2001),* the team identified the following purpose and need to help move the landscape towards the desired condition:

- **Promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading and species composition. The district proposes to accomplish this in the project area by applying timber harvest and prescribed fire techniques that:**
    - **Promote western white pine, whitebark pine and western larch.**
    - **Restore fire's role on the landscape.**
    - **Improve vigor, extent and long-term productivity of huckleberry and other native plants to increase forage availability.**
    - **Provide long-term wildlife security and forage.**

Within the Buckhorn project area, there is a need to move forest stands towards a condition with a greater diversity of age classes, species composition and opening sizes. Working towards this vegetative condition would also provide forage in the understory and long-term habitat security for a variety of different wildlife species as well as help to restore fire's role on the landscape. The team has found that large, mature western white pine and western larch, both seral species that thrive in fire adapted ecosystems, have uncharacteristically low representation within the project area. This decreases the forest stand's resiliency to future disturbances such as fire, insects, disease, and the potential impacts of climate change. The existing condition of these forest stands provides cover for wildlife species but very little forage for big game, bears, and other wildlife species due the absence of grass, forbs, and shrubs in the understory.

Figure 1.5 shows the conditions of the forest understory in Unit 15 proposed for harvest, and is representative of stand conditions in the project area.

**Figure 1.5 - Existing Conditions in Unit 15**



- **Maintain or improve water quality and native aquatic species habitat**

Within the Buckhorn project area, there is a need to stabilize road-related sediment sources and repair stream crossings on roads closed to motorized travel. Recent field surveys on barriered roads, those roads closed to motorized access by earthen barriers or impassable vegetation, have shown that there is potential for sediment delivery and erosion to occur at stream crossings on these roads, creating a need to remove culverts and stabilize road beds to meet water quality standards. (see Chapter 2, Activities Common to Alternatives 2, 3, and 4 for a discussion of proposed watershed improvement activities and a description of the existing condition of these roads and proposed work. Appendix C also provides a description of the proposed activities by road number.).

Additionally, the roads to be used for the proposed timber harvest will require the completion of Best Management Practices to protect the fisheries and water quality.

- **Provide wood products to contribute to local and regional economies.**

As the Buckhorn project seeks to achieve the desired condition on the landscape using timber harvest as a tool, this provides an opportunity to contribute wood products and employment to the local and regional economies.

## Development of the Proposed Action

As the team began field reconnaissance of the project area in the field season of 2011, they identified an area in need of vegetation management to move forest stands towards a more resilient condition in the project area. They focused their attention on the lower reaches of the Spread Creek drainages for timber management opportunities in particular because of the Forest Plan management area goals, existing forest stand conditions, the limited forage for wildlife, and the presence of existing roads that could be used for vegetation management. This area was also considered because it was located outside the Inventoried Roadless Areas (IRAs) found elsewhere in the project area.

The team identified areas in need of vegetation management to promote resilient stand conditions that would allow for fire to return on the landscape and could result in increased wildlife forage, shown in green on Figure 1.6 below.

**Figure 1.6 - Project Area with Area in Need of Vegetation Management Identified**



Within the area identified as needing vegetation management, the team delineated riparian habitat conservation areas (RHCAs) with buffers ranging from 100 – 300 feet (as determined by INFISH guidelines) on either side of streams, springs, and wetlands as areas to be excluded from the boundaries of harvest units to maintain water quality, provide for fish habitat, and retain movement corridors for wildlife. Many of the water features buffered with RHCAs had not been previously mapped and were identified during field reconnaissance and excluded from the boundaries of proposed harvest units.

The team also identified the old growth stands in the project area and excluded them from all proposed management activities. It should be noted that these old growth stands are mixed species warm, moist old growth type rather than dry type old growth. Because of the type of old growth found, these stands are *not* in need of or well suited to intermediate treatment (see Chapter 3, Old Growth for more information).

They also excluded past regeneration harvest units that are stocked with regenerating western white pine and western larch and are providing hiding cover for wildlife; see Figure 1.7 below.

**Figure 1.7 - RHCAs, Old Growth, and Regenerating Past Harvest Excluded**



The team identified existing roads on the landscape that would allow for activities to occur while continuing to meet the grizzly bear habitat parameters laid out in the 2011 Record of Decision for the Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet – Yaak Grizzly Bear Recovery Zones (hereafter referred to as the 2011 Access Amendment). The team discussed the historical role fire provided across the landscape and the beneficial effects that fire would likely have on the forest stands in this area. The team designed the timber harvest units to mimic the mosaic pattern that fire might produce across the landscape, see Figure 1.8 below.

**Figure 1.8 – Harvest Units Designed to Mimic Fire Effects and Use Existing Roads**




The team decided that large, irregularly shaped openings would be more effective in providing:

- Long-term security for elk and other big game species.
- Better interior habitat for some wildlife species, including migratory birds, western toad, Townsend's big-eared bat, elk, and grizzly bear.
- A landscape fuels management strategy with effective barriers to interrupt crown fire spread across the landscape.
- Historic patch sizes across the landscape.
- A combination of forage and cover opportunities for wildlife.
- More acres of western larch and western white pine restoration.
- Better economic feasibility by concentrating management.

As the team continued to discuss the role of fire across the project area, they looked beyond the Spread Creek drainage, recognizing the positive effects that recent fires have had in high elevation habitat. With this in mind, the team identified areas where prescribed burning without harvest would be an effective tool for rejuvenating native forbs and shrubs such as huckleberry (*Vaccinium* spp.) and to maintain and expand ridgeline openings where subalpine fir has begun to encroach upon desirable brush fields. Discussions with Wayne Kasworm, the US Fish and Wildlife Service (USFWS) grizzly bear biologist for the Cabinet-Yaak Ecosystem, lead to the expansion and refining of these burn unit boundaries designed to benefit grizzly bear habitat in the project area, while minimizing impacts to other species such as lynx, see Figure 1.9 below.

**Figure 1.9 - Buckhorn Project with Proposed Prescribed Burn Units and Harvest Units**




## Proposed Action

To meet the purpose and need for action, the Buckhorn Project proposes timber harvest, prescribed burning and watershed improvement activities.

- Approximately 1,250 acres of regeneration harvest and 13 acres of intermediate harvest are proposed. All of the harvest activities would be accomplished through tractor yarding. Approximately 42 percent of the harvest activities would take place in the winter to protect soils and water quality.

- Nine of the proposed regeneration harvest units would create openings over 40 acres to mimic historic patch sizes created by past fire events. The largest of these openings would be approximately 278 acres in size. The creation of larger openings requires 60-day public review and Regional Forester approval (FSM 2471.1) which began with scoping on February 5, 2013.
- Approximately 366 acres of timber harvest and 1,066 acres of prescribed burning would take place in the Wildland Urban Interface (WUI).
- Prescribed burning without timber harvest is proposed on approximately 11,623 acres to maintain and enhance natural openings to improve big game forage and huckleberry production for grizzly bear and other wildlife.
- Approximately 32 miles of watershed improvement work, both active and passive, would occur on roads already closed to summer public motorized use. Following this watershed work, roads that are needed for future management would be placed into intermittent stored service and roads determined not to be needed for future management would be decommissioned (see Appendix H - Glossary of Terms).
- Approximately 9 miles of roads that already exist on the landscape would be added to the National Forest Road System.

Chapter 2 provides greater detail about the proposed activities and alternatives developed to meet the purpose and need while addressing issues and concerns raised by the public and the team.

## Project Scope

Section 40 CFR 1508.25 of the NEPA implementing regulations provides guidance in determining the proper scope of an EIS.

**Geographic Scope:** The District is preparing this DEIS to document the analysis and disclose the environmental effects of a proposed vegetation treatment project on NFS lands in the Buckhorn project area.

**Temporal Scope:** The action alternatives would result in timber sales, post-harvest fuels treatments and planting, watershed improvement work, and prescribed burning activities. Timber sales would be planned for bid in the fall of 2014. Harvest is expected to be completed by 2020, with slash disposal and reforestation activities completed by 2024. Prescribed burning is anticipated to be accomplished within approximately 10 years after the Record of Decision has been signed. BMP work on haul roads is designed to be accomplished prior to haul of timber products. Watershed improvement work could also begin after the Record of Decision has been signed and is subject to timing restrictions of activities occurring simultaneously in Spread Creek watershed in order to minimize effects on grizzly bears. See the design features in Chapter 2 for more detailed information about timing restrictions.

These dates are tentative, based upon anticipated budgets, work force, weather and other considerations. Actual dates and timing of implementation and accomplishment could vary.

**Administrative Scope:** Alternatives to the proposed action were developed. The No Action Alternative is also analyzed, and reflects the current status, administrative activities, and public use within the project area. The proposed action includes those activities necessary to fulfill the identified purpose and need, as well as all connected actions as described in Chapter 2.

Connected actions include temporary road construction, road work on existing roads, slash treatment, and design features described in Chapter 2. Three types of effects are considered in the analysis: direct, indirect, and cumulative effects, pursuant to 40 CFR 1508.7 and 40 CFR 1508.8. The potential effects to resources are disclosed in Chapter 3.

## Relationship to the Forest Plan

The 1987 Kootenai National Forest Plan details the direction for managing forest land and resources on the Kootenai National Forest. The Forest Plan embodies the provisions of the National Forest Management Act (NFMA), its implementing regulations, and other guiding documents. Where appropriate, this DEIS tiers to the Forest Plan Final Environmental Impact Statement (FEIS), per 40 CFR 1502.20.

The Forest Plan provides forest-wide goals and objectives (Forest Plan pages II-1 through II-33). The Forest Plan uses management areas (MAs) to guide management of NFS lands within the Kootenai National Forest. Each MA provides for a unique combination of activities, practices, and uses. Chapter III of the Forest Plan contains a detailed description of each MA. Table 1.1 below displays a summary of the applicable MAs and standards for this project (see also Management Areas map, M-2 and Appendix A and B which lists the MAs for each proposed harvest and burn unit).

Depending on which alternative is selected, the Buckhorn Project may require a project specific Forest Plan amendment to amend MA 12 Facilities Standard #3 to exceed 0.75 miles per square mile open road density within the contiguous MA during project activities. The open road density will return to forest plan standards following harvest activities. The effects of this amendment on big game species is analyzed in Chapter 3, Wildlife.

The DEIS has analyzed the proposed activities under the 1987 Kootenai National Forest Plan. The Kootenai National Forest is undergoing a forest plan revision effort. If the Record of Decision for the revised forest plan is issued prior to a decision on the Buckhorn project, proposed activities will also be analyzed in the context of a new forest plan.

**Table 1.1 - Management Area Descriptions, Applicable Standards, and Acres Proposed for Treatment in Alternative 2 – Preferred Alternative.**

| MA | Description | Applicable Standards | Acres Proposed for Treatment in the Preferred Alternative |
|---|---|---|---|
| **2** | Semi-primitive non-motorized recreation generally associated with ridge top experiences | **Timber Management** – Lands are classified as unsuitable for timber management. Timber harvest will not occur. **Wildlife and Fish** – Must be consistent with grizzly bear and pure strain trout species management. **Prescribed Fire** – Acceptable as a means of fuels management and wildlife habitat enhancement. | Prescribed Burning – 7,680 acres |
| **3** | Semi-primitive motorized recreation | **Timber Management** – Lands are classified as unsuitable for timber management. Timber harvest will not occur. **Wildlife and Fish** – Must be consistent with grizzly bear and pure strain trout species management. **Prescribed Fire** – Acceptable as a means of | Prescribed Burning – 174 acres |

| MA | Description | Applicable Standards | Acres Proposed for Treatment in the Preferred Alternative |
|---|---|---|---|
| | | fuels management and wildlife habitat enhancement. | |
| **10** | Big game winter range. Found at lower elevations in most major drainages. | **Timber Management** – Lands are classified as unsuitable for timber management.<br>**Wildlife and Fish** – Provide cover/forage in ratios recommended (elk 30/70). Existing cavity habitat will be retained. Grizzly bear management guidelines will be applied in all management activities.<br>**Prescribed Fire** – Planned ignitions are acceptable within this MA. Planned ignitions will be used to maintain or enhance wildlife habitat and as the primary tool for fuels management.<br>**Soil, Water, and Air** – Soil and Water Conservation Standards will guide implementation of all projects when land disturbing activities occur. Emphasis will be given to establishing vegetation as quickly as possible to protect watershed values and enhance wildlife habitat. | Prescribed Burning – 436 acres |
| **11** | Big game winter range/timber. Found at lower elevations in most major drainages. | **Timber Management** – Lands are classified as suitable for timber management, and timber harvest will be used to create and maintain optimum cover/forage ratios. Generally unit sizes should not exceed 40 acres.<br>**Wildlife and Fish** – Provide cover/forage in ratios recommended (elk 30/70). Provide for cavity habitat of at least 40% of maximum levels. Design treatments to minimize interference with animal movement patterns, maximizing edge effect. Grizzly bear management guidelines will be applied in all management activities.<br>**Prescribed Fire** – Planned ignitions are acceptable within this MA. Planned ignitions will be used to maintain or enhance wildlife habitat and as the primary tool for fuels management.<br>**Soil, Water, and Air** – Soil and Water Conservation Standards will guide implementation of all projects when land disturbing activities occur. | Prescribed Burning – 450 acres<br>Harvest Activities – 162 acres |
| **12** | Big game summer range/timber located generally at or above 4,000' elevation. | **Timber Management** – Lands are classified as suitable for timber management. Timber harvest will be coordinated with big-game requirements. Favor even age harvest. New units will not be harvested until adjacent units provide suitable hiding cover.<br>**Wildlife and Fish** – Maintain movement corridors. Manage to provide habitat diversity including cover and forage area. Generally unit sizes should not exceed 40 acres. Grizzly bear management guidelines will be applied in all management activities.<br>**Facilities** – Road densities will be the minimum necessary to accomplish the timber harvest goals of this MA. Roads open to public use will not exceed an average density of 0.75 mile per square mile within the contiguous MA.<br>**Prescribed Fire** – Planned ignitions are acceptable within this MA. Planned ignitions will be used to maintain or enhance wildlife habitat and as the primary tool for fuels management.<br>**Soil, Water, and Air** – Soil and Water Conservation Standards will guide implementation | Prescribed Burning – 361 acres<br>Harvest Activities – 991 acres |

| MA | Description | Applicable Standards | Acres Proposed for Treatment in the Preferred Alternative |
|---|---|---|---|
| | | of all projects when land disturbing activities occur. | |
| **14** | Grizzly Habitat Management/Timber | **Timber Management** – Lands are classified as suitable for timber management. Timber harvest will be coordinated with grizzly bear habitat requirements scheduling of sales to provide displacement areas, road closures, and restrictions on logging seasons. Use silvicultural systems and harvest schedules to maintain cover needs while enhancing food supplies for the grizzly bear. Maintain corridors approximately 600 feet wide between cutting units.<br>**Wildlife and Fish** –Provide for cavity habitat of at least 40% of maximum levels. Maintain or enhance grizzly bear habitat components. Grizzly bear management guidelines will be applied in all management activities.<br>**Facilities** – Roads for timber management purposes are acceptable but all roads will be managed to minimize the potential for grizzly/human conflicts.<br>**Prescribed Fire** – Planned ignitions are acceptable and will be used to maintain or enhance grizzly habitat and as the primary tool for fuels management.<br>**Soil, Water, and Air** – Soil and Water Conservation Standards will guide implementation of all projects when land disturbing activities occur. | Prescribed Burning – 2,361 acres<br>Harvest Activities – 111 acres |
| **18** | Regeneration Problem Areas; steep slopes | **Timber Management** – Lands are classified as unsuitable for timber management.<br>**Wildlife and Fish** – Habitat to support viable populations of presently existing species will be provided. Limit the miles of open road to 3 miles per square mile or less. Provide for cavity habitat of at least 40% of maximum levels.<br>**Prescribed Fire** – Planned ignitions are permitted for fuels management. Unplanned ignitions are not permitted.<br>**Soil, Water, and Air** – Soil and Water Conservation Standards will guide implementation of all projects when land disturbing activities occur. | Prescribed Burning – 25 acres |
| **19** | Steep slopes over 60% | **Timber Management** – Lands are classified as unsuitable for timber management.<br>**Wildlife and Fish** – Habitat to support viable populations of presently existing species will be provided. Limit the miles of open road to 3 miles per square mile or less. Provide for cavity habitat of at least 40% of maximum levels.<br>**Prescribed Fire** – Planned ignitions are not expected to occur, but may be allowed for fuels management provided that the goals of soil stability and water quality are met. Unplanned ignitions are not permitted.<br>**Soil, Water, and Air** – Soil and Water Conservation Standards will guide implementation of all projects when land disturbing activities occur. Because of the sensitive nature of this MA and the steep slope, water quality and soil erosion will be monitored as part of any activity which disturbs the surface. | Prescribed Burning – 100 acres |

| MA | Description | Applicable Standards | Acres Proposed for Treatment in the Preferred Alternative |
|---|---|---|---|
| **21** | Special Interest Areas | **Timber Management** – Lands are classified as unsuitable for timber management. Timber harvest will not occur.<br>**Prescribed Fire** – May be used for wildlife habitat improvement provided there is no affect on the scenic quality and goal for these areas. Unplanned ignitions are not permitted. | Prescribed Burning in the Northwest Peaks Scenic Area – 36 acres |

## Decision Framework

Given the purpose and need, the deciding official reviews the proposed action, the other alternatives, the environmental consequences, and public comments on the analysis in order to make the following decisions:

- Whether to implement vegetation management activities, including timber management (silvicultural prescriptions, logging methods, road work, slash treatment, reforestation), and prescribed burning activities, including design features to protect resources, and if so, the site-specific location of these activities and practices.
- Whether to implement watershed improvement projects, including decommissioning and storage work, and, if so, to what extent.
- What, if any, specific project monitoring requirements are needed to assure design features are implemented and effective, or to evaluate the success of project objectives.

**This Page Intentionally Left Blank**

# Buckhorn Project

# Draft Environmental Impact Statement

## Chapter 2

## Alternatives

# Chapter 2 - Alternatives

## Introduction

This chapter describes the issue and alternative development process (including how public comments helped formulate the alternatives), the issues identified, and the descriptions of alternatives. In this analysis, four alternatives are carried forward and analyzed in detail in Chapter 3 by resource. Tables 2.14 through 2.16, display an alternative comparison of proposed activities, project objectives, and key issues, providing a clear comparison for the decision maker and the public (40 CFR 1502.14). Chapter 2 also includes project features designed to protect resources under the alternatives studied in detail.

## Public Involvement and Collaboration

This section summarizes public involvement for the Buckhorn project. More detailed information including mailings, legal notices, notes from meeting and field trips, and comments are located in the public involvement and collaboration section of the project file.

### Proposed Action

During the field seasons 2011 and 2012, district specialists conducted field review in the Buckhorn project area to evaluate the existing environmental conditions and compare them to the desired conditions, which are guided by the Kootenai National Forest Plan (hereafter referred to as the Forest Plan). Management needs and opportunities were identified that would move the project area towards the desired landscape conditions. Those management needs determined to be important to implement within the next 10 years were included in the proposed action for the Buckhorn project.

Site-specific public comments on the Buckhorn proposed action were requested during February 2013 through public scoping notices in the *Daily Inter Lake* and display ads in the *Western News* and *Kootenai Valley Record.* Also a letter requesting comments was mailed to interested individuals, groups, officials, and landowners in the vicinity of the project area. On February 5, 2013, a notice was published in the Federal Register to inform the public that an Environmental Impact Statement would be prepared to analyze proposed activities in the Buckhorn project area. Comments from 35 different parties were received through letters, emails, phone calls, and requests to meet with interdisciplinary team members.

### Public Presentations and Meetings with Collaborative Groups

The district ranger made several presentations to local community groups in the Yaak and Troy communities, encouraging members of the public to provide comments and contact the team if they wanted to learn more detailed information about the project. The team also organized meetings, open houses, and field trips to provide the public with opportunities to ask questions and provide comment. Team members also contacted tribal representatives and other agencies to gather feedback on the proposed activities.

#### Meeting to discuss road work

During the Proposed Action scoping period, a member of the public asked to meet with the team to discuss the proposed road work and public access. Ten members of the public came to the

Troy District Office on February 28, 2013, to meet with specialists to discuss the proposed road work and potential effects that road work could have on public use of these roads for snowmobiling or non-motorized activities. The district presented information about what type of work would be required to address the water quality concerns and how this work could be designed to provide access for hikers and livestock on roads that were of high priority for public use. The district also discussed prescribed burning with the group and explained how prescribed burns would be implemented on the landscape over a 10 year period as conditions and funding allow.

### Public Open House

On the evening of July 23, 2013, the team held a public open house at the Yaak Community Center. Attendees were provided information on the proposed action and maps of proposed activities were displayed. Ten members of the public attended to ask questions about proposed activities in the Buckhorn Project area. Attendees asked questions about the NEPA process, consistency with forest policy, and how they could stay informed about the proposal. Attendees were also interested in the proposed prescribed burning and how these burns could potentially improve access to snowmobile play areas on the Buckhorn Ridge. No new issues were raised.

### Field Trip

On July 24, 2013, the district hosted a public field trip in the Spread Creek drainage. Five people attended the field trip and asked about the timing of activities and notification of nearby landowners prior to the implementation of prescribed burning. The participants and district staff hiked road 5932E to look at Units 13, 14, 15, and 16 and discussed logging systems and the harvest and reforestation methods being proposed in harvest units.

### Kootenai Forest Stakeholders Coalition

The district ranger and IDT have made several presentations on the Buckhorn project to the Kootenai Forest Stakeholders Coalition (KFSC) at their request. KFSC also requested a field trip to the Buckhorn Project area which was held on July 25, 2013. The group met at the Troy District Office to discuss proposed activities in the project area. District staff accompanied the group to the field to review harvest units in the Spread Creek drainage. The group discussed the size of the regeneration units and potential impacts to scenic resources and wildlife security.

### Discussion with Tribes and Other Agencies

Throughout the Buckhorn Project development process, the team has shared information about proposed activities with the Confederated Salish and Kootenai Tribes and the Kootenai Tribe of Idaho. Communication with the tribes indicated that there was a concern for the overall decline in huckleberry production in the project area.

Communication with Montana Fish, Wildlife and Parks and the U.S. Fish and Wildlife Service has been ongoing throughout the development process. These discussions have influenced the design of proposed activities so that they can benefit habitat conditions through vegetation management and minimize potential impacts to wildlife habitat during these activities.

## Issue Development

The Interdisciplinary Team (IDT or team) reviewed the comments received in response to the Proposed Action, the input received from the public through meetings and field trips, internal discussions had by the team, and field reconnaissance to identify Key Issues that would help to focus the environmental effects analysis presented in Chapter 3 and drive the development of alternatives to the Proposed Action. Some comments were determined to be beyond the scope of the Proposed Action; others were addressed by adherence to law, regulation and policy or Forest Plan standards and guidelines; some are addressed through analysis (this document), and others were addressed by the development of Design Features.

The comments received that were determined to be best addressed by developing alternatives to the Proposed Action are described below. The alternatives to the Proposed Action, including those dropped from detailed study, are described in this chapter. The issue disposition document, located in the public involvement and collaboration section of the project pile, shows how the scoping comments were considered and categorized.

### Key Issues that Drove Alternative Development

Following are the Key Issues identified from scoping comments, internal discussion, other agencies and tribes, and public contact that drove the development of alternatives:

**Issue #1 - Effects of large openings:** The public expressed concern that large openings resulting from regeneration harvest could affect wildlife habitat security in the project area. The regeneration harvest units proposed in Alternative 2 would create a total of 9 openings over 40 acres in size. The largest of these openings would be approximately 278 acres in size.

The Kootenai National Forest Plan (USDA 1987) states on p. III-49, under Management Area 12 Wildlife and Fish Standard #7 that projects should: "Maximize edge effect within economical timber harvest constraints, by shaping timber harvest units and maintain movement corridors of at least two sight distances between openings. When the edge is maximized, the shape becomes more important than the size of the units, but generally the unit sizes should not exceed: elk and mule deer – 40 acres or less, moose and whitetail deer – 20 acres."

In the Buckhorn Project, elk was analyzed as the management indicator species (MIS) for analysis of effects to big game, because the Buckhorn Planning Subunit is considered to be an area of "high" emphasis for elk. The Forest Plan standard for cover/forage ratios for elk are 30/70 (30 percent cover/70 percent forage) in MA 11 and 10, which provide big game winter range (Forest Plan, Volume 1, p. III-14 and III-39). Summerfield (1991) recommends a cover/forage ration of 60/40 in MA 12, big game summer range (see the elk analysis in Chapter 3, Wildlife).

The team addressed the concern about the effects of large openings by developing Alternative 3, which would reduce the size of regeneration harvest to 40 acres or less. The team also designed the harvest units to provide movement corridors between the openings in all of the alternatives. This would provide cover for animal movement between openings and create the appearance of a natural disturbance.

**Measurement Indicators:**

1. The number of openings greater than 40 acres; and
2. The cover/forage ratio in MA 10 and 11, and
3. The cover/forage ratio in MA 12.

**Issue #2 - Effects of timber harvesting activities on the proposed Three Rivers Special Management Area in the Forest Jobs and Recreation Act of 2013.** Members of the public expressed a concern that 560 acres of proposed timber harvest is located within the boundaries of the Three Rivers Special Management Area as defined in the Forest Jobs and Recreation Act of 2013. The Forest Jobs and Recreation Act of 2013 (FJRA) is a piece of legislation that has been introduced to Congress but to date has not been passed into law.

When the Proposed Action was released to the public in February 2013, it identified 560 acres of timber harvest in the Spread Creek drainage that was also identified in the FJRA of 2013 as an area where timber harvest could not occur. The team addressed this issue by developing Alternative 4, which would remove timber harvesting from areas within the boundaries of the Three Rivers Special Management Area as identified in the FJRA. The district also considered an alternative that was not analyzed in detail that would look at relocating timber harvest units to an area outside of the Three Rivers Special Management Area outside the FJRA.

In subsequent communication, the Yaak Valley Forest Council, a proponent of the legislation, provided written comment to the District stating that the language in the Forest Jobs and Recreation Act has been modified such that there is no longer conflict between the Buckhorn proposed action and the provisions of the FJRA. In particular the modified language stated that timber harvest could occur in the Three Rivers Special Management Area under certain conditions[1]. Because the proposed act is subject to further change when or if it passes through Congress, it was decided that this issue should continue to be analyzed as Alternative 4.

**Measurement Indicators:**

1. Acres of timber harvesting proposed in the Three Rivers Special Management area as defined by the Forest Jobs and Recreation Act of 2013.

## Range of Alternatives

Section 102(2)(e) of the National Environmental Policy Act (NEPA) states that all Federal agencies shall "study, develop, and describe appropriate alternatives to recommended courses of action in any proposal which involves unresolved conflict concerning alternative uses of available resources."

An environmental impact statement must "rigorously explore and objectively evaluate all reasonable alternatives" [40 CFR 1502.14(a)]. The courts have established that this direction does not mean that every conceivable alternative must be considered, but that selection and

[1] On pg. 50 of Senate Bill 37 after line 11. The statement reads: (E) TIMBER HARVEST - Timber harvest is limited, and may only occur within the USFS suitable timber base of the Three Rivers and Roderick Special Management Areas for the purposes of improving wildlife habitat; or to maintain or restore forest resiliency, composition and/or structure".

discussion of alternatives must permit a reasoned choice and foster informed decision making and informed public participation.

The range of alternatives may extend beyond the limits set by the Forest Plan goals and objectives under NEPA; however, the National Forest Management Act (NFMA) requires that the selected alternative fully comply with the Forest Plan unless the plan is amended in accordance with 36 CFR 219.10(f).

The range of alternatives presented in this chapter was determined by evaluating public and internal comments, environmental issues, and the purpose and need for the project. Other influences included Forest Plan goals, objectives, desired condition, and standards and guidelines; federal laws, regulations, and policies; and economic viability. Within these parameters the alternatives display a range of reasonable and feasible outputs, treatments, costs, management requirements, mitigation measures, and effects on resources.

In addition to the alternatives considered in detail, a number of other alternatives were examined during the analysis process. Although these alternatives contributed to the reasonable range, they were eliminated from further consideration for the reasons listed below.

## Alternatives Considered but Eliminated from Detailed Study

After reviewing public comment on the Proposed Action, the team considered several alternatives based on issues and concerns raised by the public, but ultimately decided not to analyzed these alternatives in detail.

**1. Develop an alternative that proposes timber harvesting on more of the project area:**

During the 2011 and 2012 field seasons the team reviewed the project area for all possible harvest opportunities. As opportunities for management were identified, the team conducted preliminary analysis on these areas using several preliminary filters to determine whether or not they should be analyzed in detail. These considerations included, but were not limited to the following:

- *Can the forest stand be managed while maintaining consistency with the standards in the Kootenai National Forest Plan (1987)?* Some stands that were considered for management would not have met the standards put forth in the Forest Plan and were eliminated from further consideration by the team. While one project specific forest plan amendment is required to meet open road density standards during harvest activities in Alternative 2 and 4, the proposed activities are consistent with all other forest plan standards.
- *Can the forest stand be harvested while maintaining grizzly bear habitat parameters put forth by the 2011 Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet –Yaak Grizzly Bear Recovery Zones (hereafter referred to as the 2011 Access Amendment)?* Some areas that the team reviewed would have required road use that exceeds the standards for road management outlined in the 2011 Access Amendment. These stands were eliminated from further review to maintain habitat parameters.
- *Can the forest stand be managed while maintaining habitat parameters for Canada lynx as outlined by the Northern Rockies Lynx Management (NRLMD) direction?* Some opportunities that were considered would not have allowed to project to meet the

Objectives, Standards, and Guidelines found in the NRLMD and were eliminated from further consideration.

- *Does vegetation management require the construction of new roads?* Several of the management opportunities that were identified would have required the construction of new system roads.
- *Is the stand ready for management?* In some cases the team recommended postponing treatment because it was determined that the vegetation conditions were not ready for management and might be more feasible to manage in the future.

With all of these considerations in mind, the team included the best opportunities for management at this time in the proposed action that was shared with the public in February 2013.

**2. Develop an alternative that removes the proposed timber harvest from within the boundaries of the Forest Jobs and Recreation Act and identify other areas in the project area where harvest could occur.**

The team developed Alternative 4 to remove proposed timber harvest from within the boundaries of the Forest Jobs and Recreation Act of 2013. The team also took a hard look at other portions of the project area that were specifically identified by the commenter to determine if there were additional management opportunities that would meet the purpose and need for the Buckhorn Project. Map M-6 shows the development of this alternative and the areas discussed below.

a. In the South Meadow Creek drainage, the district reviewed the areas to south of National Forest System Road (NFSR) 393 on a steep, east facing slope located above Yaak Highway #508. The steep slopes found in this area would require harvest to be conducted either by helicopters with a landing in the valley bottom or by construction of three new roads across the hillside to support a skyline logging system. Although helicopter harvest is an important tool for vegetation management and may be used in this area in the future, it is not economically viable with the current timber market and was not considered in detail. Additionally, there were limited options for helicopter landing locations due to the location of the Yaak Highway and private land.

   Construction of three new roads to support skyline logging was considered by the team, however, the complexity of the road construction would require that these roads be constructed as system roads to access the stands. The construction of new system roads is a public concern and the roads would be very visible from Yaak Highway #508. Construction would be costly and would increase long-term road maintenance costs to the district at a time when road maintenance funding is dropping sharply. The construction of roads in an area currently considered core grizzly bear habitat would require that other roads currently used for administrative access in Bear Management Unit (BMU) 13 be closed to compensate for and maintain the existing habitat parameter levels for core habitat, Open Motorized Road Density (OMRD) and Total Motorized Road Density (TMRD) requirements and given the location of the roads, would potentially impact BMU 12 and require road restrictions in this BMU to meet standards. To compensate for the impact of these roads and to maintain grizzly bear habitat standards under the 2011 Access Amendment, the new roads build for harvest would have been gated after project completion, and additional public access would not be provided.

b. The team also looked at vegetation management opportunities on NFSR 745, as was suggested by the commenter. Initial review indicated that there might be opportunities for commercial thinning in past regeneration units to enhance huckleberry plants in these stands. Part of this area was identified in the proposed action as Unit 22 but further field review identified resource concerns, including a high water table and surface water in the unit.

After field review of the entire project area and consideration of the preliminary management filters described in the alternative above, the team concluded that the best opportunities for management at this time were included in the proposed action. Therefore, this alternative was not analyzed in detail in this DEIS.

**3. Develop an alternative that excludes prescribed burning in the presence of whitebark pine regeneration.**

The team conducted field reviews of the proposed prescribed burn units to identify whitebark pine (*Pinus albicaulis*) populations. Whitebark pine is a Northern Region sensitive plant species that is considered to be a candidate species under the Endangered Species Act (Wilson 2013). Cone bearing whitebark pine trees have been located in Prescribed Burn Units A, and a few scattered cone bearing trees in Units B, F, M and N.

The boundary of Prescribed Burn Unit A has been adjusted to exclude the healthy, cone producing concentrations of trees but individuals are present elsewhere in the unit along ridgelines. Efforts to protect cone producing whitebark pine trees will be implemented and may include fuel pull-back, ring firing, or ignition avoidance within and/or proximate to cone producing trees.

In the other prescribed burn units, scattered whitebark pine trees were located, but none appeared to be producing cones and the majority of these trees showed signs of infection with white pine blister rust (*Cronartium ribicola*). The team explored the possibility of excluding prescribed burning from all areas where whitebark pine individuals were located, which would eliminate prescribed burning from many of the areas above 6,000 feet in elevation. The team recommended that by excluding prescribed burning from the ridgelines, the project would not achieve the desired benefits for the ecosystem or the species and broad scale mortality to whitebark pine is not expected.

The team recognized that while there was potential to affect individual whitebark pine trees, these possible affects also included potential benefit to both whitebark pine habitat and other species by implementing prescribed burns that would have varied effects across the landscape and could create suitable habitat for future whitebark pine regeneration (see Chapter 3, Proposed, Threatened and Endangered Plant Species for a detailed analysis of effects to whitebark pine). The team also recognizes that during the life of this project information about burning in whitebark pine habitat may change and this information would be considered prior to implementing activities to be consistent with applicable laws and policies. Therefore the exclusion of prescribed burning in the presence of whitebark pine was not studied in detail.

**4. Develop an alternative that provides improved access to the public for recreation, firewood gathering, and other uses of forest products.**

The team received comment from the public asking that the project provide increase motorized access routes for the public on National Forest System lands. The public expressed interest in increased access for recreational driving opportunities and increased access for firewood

gathering. The public also expressed an interest is seeing that road storage and decommissioning work occur in a way that would allow foot, horse, dogsled, and snowmobile access to occur.

a. The Forest Service frequently hears public comment requesting increased motorized access. In response to these comments, the team spent time exploring the project area to determine if there were any opportunities to increase motorized access. The team was able to find opportunities to provide access for management activities on gated roads by proposing in-kind core replacement to conduct harvest activities in the Whitetail drainage and to provide management access in the Hellroaring Creek drainage (see Alternative 2 proposed activities for more detail). The team was not able to find opportunities to increase public motorized access because most of the Three Rivers District is located in the Cabinet-Yaak Grizzly Bear Recovery Zone and must manage roads in accordance with the standards in the 2011 Access Amendment. Meeting these habitat parameters for bears also improves habitat security for elk and other big game species that the public also expressed an interest in. Despite the limitations on motorized access, the district is working to explore other ways that firewood could be made available to the public. Because of the limitations described above, the team was not able to identify opportunities for increased motorized access to include in an alternative.
b. The public also expressed a desire to see watershed improvement work done in a way that would allow foot, horse, dogsled, and snowmobile access to occur on the remaining road beds: The team met with members of the public who expressed this concern to identify particular roads where watershed work would be designed to allow for pedestrian, horse, and snowmobile access to continue unimpeded. These roads include 5948, 748M, 591, 5971, and 5948. The types of access that will be facilitated varies by road system and is based on resource needs. A description of the proposed activities in this chapter provides greater detail about the type of access that can be provided following watershed improvement activities. Because the team was able to address this concern through project design that would be incorporated into all action alternatives, it is not necessary to develop a separate alternative to address this concern.

**5. Analyze the Proposed Action as scoped with the public in February 2013.**

As the team reviewed public comment and completed additional field reconnaissance, the team identified modifications to the Proposed Action that would reduce effects to resources and improve the feasibility of the project. These modifications include dropping units, changes in logging methods, and modification of harvest unit and prescribed burn unit boundaries. Therefore, the original proposed action was dropped from detailed analysis and Alternative 2 was analyzed in detail as the Preferred Alternative. Specific changes to the Proposed Action are detailed below in the description of Alternative 2.

## Alternatives Studied in Detail

In response to the issues identified for this project, the team developed four alternatives to be analyzed in detail. These alternatives are discussed below.

## Alternative 1 – No Action

This alternative provides a baseline for comparison of environmental consequences of the other alternatives to the existing condition (36 CFR 1502.14) and is a management option that could be selected by the deciding official. Under this alternative, management actions in the project area would be limited to the ongoing and reasonably foreseeable actions listed in the introduction to Chapter 3. The no action alternative is based on the premise that ecosystems change, even in the absence of active management. It is essentially a "status quo" strategy that allows current activities and policies, such as recreation administration, road maintenance, and fire suppression to continue.

## Alternative 2 – Proposed Action and Preferred Alternative

Alternative 2 is the Proposed Action and is the Forest Service's Preferred Alternative. This alternative was designed to meet the purpose and need for the project and was scoped with the public February of 2013. This alternative was modified based on public comment and additional field review. Based on this verification, the following changes were made to protect resources and improve feasibility and have been carried forward in the analysis as Alternative 2.

- Field reconnaissance reduced the size of Unit 4 and identified Unit 4a as an adjacent area in need of treatment, not previously identified as a separate harvest unit.
- Unit 7 was dropped after it was determined that the proposed logging system was not economically feasible without the construction of a new road.
- Unit 16 has been split into two units to accommodate different logging requirements. Unit 16 is located above Road 435 (Spread Creek Road) totaling 70 acres, and Unit 16A is located below Road 435, totaling 40 acres. Unit 16A would be winter logged to help protect the soil resource.
- Unit 22 was dropped from all alternatives because of existing subsurface and surface water in the unit and the stand is not ready for treatment at this time.
- Field surveys identified the presence of a cone producing whitebark pine trees in Burn A and the boundaries of this burn have been adjusted to exclude these trees from the burn area.
- Field surveys identified lynx multi-story foraging habitat in Burn J. The boundaries of this prescribed burn unit have been adjusted to exclude this habitat from the burn area. Removal of multi-story foraging habitat does not meet current requirements for lynx habitat and would have undesirable effects.
- Field reconnaissance changed the acres and shapes of the harvest units and prescribed burning units to protect resources and provide for feasible logging operations. Table 2.1 below displays the changes in unit acres between the Proposed Action and Alternative 2 – Proposed Action.

**Table 2.1 - Changes between Proposed Action scoped in February 2013 and Alternative 2**

| Unit | Acreage in Proposed Action | Acreage in Alternative 2 |
|---|---|---|
| 1 | 41 | 35 |

| Unit | Acreage in Proposed Action | Acreage in Alternative 2 |
|---|---|---|
| 2 | 41 | 33 |
| 4 | 21 | 5 |
| 4a | - | 6 |
| 5 | 10 | 13 |
| 6 | 26 | 24 |
| 7 | 39 | 0 |
| 8 | 19 | 23 |
| 9 | 116 | 101 |
| 9A | - | 3 |
| 9B | - | 4 |
| 16 | 110 | 70 |
| 16A | - | 40 |
| 20 | 29 | 22 |
| Burn A | 571 | 479 |
| Burn E | 484 | 462 |
| Burn F | 1,710 | 1,752 |
| Burn G | 337 | 287 |
| Burn G-1 | - | 27 |
| Burn H | 259 | 231 |
| Burn I | 120 | 115 |
| Burn J | 424 | 342 |
| Burn K | 1,736 | 1,744 |
| Burn L | 565 | 503 |
| Burn M | 1,530 | 1,437 |
| Burn O | 276 | 249 |
| Burn O-1 | 495 | 379 |

## Timber Harvest

Alternative 2 proposes 1,250 acres of regeneration harvest and 13 acres of intermediate harvest designed to move the stands towards the desired vegetative condition. It is estimated that harvest activities could produce approximately 15.7 million board feet (MMBF)/ 30,438 hundred cubic feet (CCF) of timber with approximately 12.3 MMBF/ 24,350 CCF in saw timber and 3.4 MMBF/ 6,088CCF in non-saw timber. Table 2.2 below displays the timber harvest activities and related fuels treatment activities that are proposed in Alternative 2.

**Table 2.2 – Alternative 2 Proposed Harvest Activities**

| Proposed Harvest Related Activities | |
|---|---|
| **Type of Harvest** | |
| Regeneration Harvest* | 1,250 acres |
| Intermediate Harvest** | 13 acres |
| Total Harvest (acres) | 1,263 acres |
| Total Harvest (volume) | 15.7 MMBF / 30,438 CCF |
| **Type of Fuels Treatment following Harvest** | |
| Yard Tops and Excavator Pile | 758 acres |
| Yard Tops and Underburning | 505 acres |
| Total Fuels Treatment following Harvest | 1,263 acres |
| **Harvest Related Road Work** | |
| Temporary Roads | 1 mile |
| Road Reconstruction/Maintenance and BMP work | 23 miles |

*Regeneration Harvest Prescriptions: Seedtree Cut, Shelterwood Cut, Clearcut with Reserves

**Intermediate Harvest Prescriptions: Improvement Cut

## *Silvicultural Prescriptions:*

### *Regeneration Stand Treatments*

Regeneration is used as a treatment method to replace a stand when intermediate harvest is not feasible due to the existing species composition and condition of the stand. In this project regeneration is proposed in stands where healthy seral species like western larch and western white pine are a minor component and other species like grand fir, western hemlock and western redcedar are in poor condition with small crowns, stem and root diseases, and in stands that are currently occupied by high-risk lodgepole pine. Large western larch, western white pine and Douglas-fir trees would be left with additional trees species left in some places to provide diverse structure. The intent is to create a stand condition somewhat similar to what would occur post wildfire, with the larger fire tolerant trees remaining and the smaller and the non-fire tolerant trees being killed. Tree species such as aspen and cottonwood, and birch would be left as well.

These units would provide open grown conditions similar to a stand replacing fire and reforestation would focus on establishment of western larch, western white pine and Douglas-fir in the stand, with western redcedar, lodgepole pine, Engleman spruce, grand fir, and western hemlock and some seral species naturally regenerating and present as a component of the species mix. Snags and snag replacement trees would be left at 6-12 trees per acre with western larch and western redcedar being the desired species for snags and any species with active cavity nests that are stable enough to withstand harvest activities. Leave trees would be scattered individuals with many left in groups of 4-12 trees to mimic natural conditions and to leave the best trees no matter what spacing. The various types of regeneration harvest are detailed below and vary by number of leave trees per acre.

The open conditions created by this harvest would allow for the growth of understory species that provide browse and forage for big game species. Huckleberry plants have been found in many of the proposed activity units and opening up the canopy may provide opportunity for huckleberries to take hold and improve forage for grizzly bears and other wildlife that use the species as a food source. Forage and browse species are expected to grow more vigorously within a year following harvest and would be expected to last until the regenerated conifer component attains sufficient canopy closure to begin shading out these species in the understory. Openings in the forest also provide habitat for some bird species and foraging for small mammals such as bats.

### *Seed Tree Cut*

These units have 10-25 quality trees per acre that would remain after harvest in an uneven arrangement of individuals, small groups and clumps. Seed from these leave trees would naturally regenerate most of these units along with supplemental planting of species such as western larch and rust resistant western white pine. Units that are excavator piled would likely be planted to assure adequate, desirable stocking.

### *Shelterwood Cut*

These units have 15-35 quality trees per acre that would remain after harvest in an uneven arrangement of individuals, small groups and clumps. Seed from these leave trees would naturally regenerate the unit along with supplemental planting of species such as western larch and rust resistant western white pine. Units that are excavator piled would likely be planted to assure adequate, desirable stocking. This type of harvest is used when additional leave trees are needed to protect the site or as is the case with this project to protect scenic values.

### *Clearcut with Reserves*

These units have 5-20 trees per acre that would remain after harvest in an uneven arrangement of individuals, small groups and clumps. These stands are in such poor condition that few quality trees, and very few of the desirable species are available. These units would be planted to assure adequate, desirable stocking.

### *Stand Improvement*

Stand improvement (thinning) is being prescribed in Unit 5 to improve the composition and quality of forest stands by reducing the density of the trees and promoting more open stand structure. Enough healthy desirable species are present to allow for thinning which will increase vigor and growth in the leave trees that will remain to occupy the site for many more years.

Figure 2.1 below depicts the approximate expected look of regeneration harvests with a seedtree cut in the foreground, a shelterwood cut in the center background and a clearcut with reserves in the right background

**Figure 2.1 - Graphic Representation of Proposed Regeneration Harvest**



Table 2.3 displays the management area (MA), silvicultural prescription, logging method, and fuels treatment method for each proposed harvest unit in Alternative 2 (see Appendix A: Unit Summary Table for more information).

**Table 2.3 – Alternative 2 Harvest Unit Summary**

| Unit # | MA | Acres | Silvicultural Prescription | Logging Method | Fuels Treatment |
|---|---|---|---|---|---|
| 1 | 12 | 35 | Seedtree Cut | Winter Tractor | Excavator Pile/ Underburn |
| 2 | 12 | 33 | Shelterwood Cut | Tractor | Underburning |
| 3 | 11 | 15 | Shelterwood Cut | Tractor | Excavator Pile |
| 4 | 11 | 5 | Seedtree Cut | Tractor | Underburning |
| 4A | 12 | 6 | Seedtree Cut | Tractor | Underburning |
| 5 | 12 | 13 | Improvement Cut | Tractor | Underburning |
| 6 | 11 | 24 | Seedtree Cut | Tractor | Underburning |
| 8 | 11 | 23 | Shelterwood Cut | Tractor | Underburning |
| 9 | 12 | 101 | Clearcut with Reserves | Winter Tractor | Excavator Pile/ Underburning |
| 9A | 12 | 3 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 9B | 12 | 4 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 10 | 12 | 94 | Seedtree Cut | Winter Tractor | Underburning |
| 11 | 12 | 144 | Seedtree Cut | Winter Tractor | Underburning |
| 12 | 11 | 68 | Seedtree Cut | Tractor | Underburning |

| Unit # | MA | Acres | Silvicultural Prescription | Logging Method | Fuels Treatment |
|---|---|---|---|---|---|
| | 12 | | | | |
| 13 | 12 | 45 | Seedtree Cut | Tractor | Underburning |
| 14 | 12 | 278 | Seedtree Cut | Tractor | Excavator Pile/Underburning |
| 15 | 12 | 101 | Seedtree Cut | Tractor | Excavator Pile |
| 16 | 12 | 70 | Clearcut with Reserves | Tractor | Excavator Pile |
| 16A | 12 | 40 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 17 | 12 | 24 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 18 | 12 | 13 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 19 | 11<br>12 | 76 | Seedtree Cut | Winter Tractor | Underburning |
| 20 | 14 | 29 | Seedtree Cut | Tractor | Underburning |
| 21 | 14 | 19 | Clearcut with Reserves | Tractor | Excavator Pile |
| **Total Acres** | | **1,263** | | | |

### *Harvest Methods:*

All of the proposed timber harvest units would be harvested by tractor. Ten units, totaling 534 acres would be required winter logging to protect soil and water resources.

### *Harvest Related Road Work (Road Maintenance, BMP work and Temporary Roads)*

In most cases the harvest units would be accessed from existing specified NFS roads. Road reconstruction and reconditioning activities would be implemented on approximately 23 miles of haul road to be used for timber hauling for this project. This work is designed to reduce sediment sources and to allow for safe timber transport. Road reconstruction and reconditioning work may include, but is not limited to the replacement and installation of drain dips and culverts, constructing or cleaning catch basins and ditches, blading, dust abatement, buttressing cut slopes and fill slopes, and resurfacing.

Two segments of temporary road totaling approximately 1 mile, are needed for harvest access to Unit 9 and Unit 14. These roads would be recontoured and reseeded following project activities.

### *In-Kind Replacement of Core to Conduct Harvest Activities in BMU 14*

To facilitate the proposed harvest in Alternative 2, the following road changes would be necessary to remain in compliance with standards for Bear Management Unit (BMU) 14 as decided by the 2011 Access Amendment. On page 3 of the 2011 Addendum to Forest Plan Appendix 8, Motorized Access Management Direction Kootenai National Forest it states that, "Routine forest management may be proposed in a core area block after 10-years of core area benefit. However, BMUs must remain at or above the core standard. Therefore, potential losses to existing core must be compensated with in-kind replacement concurrently or prior to incurring the losses. Such in-kind replacement of core would be established within the affected BMU in accordance with the direction in Part I.B.1., above. For exceptions, see specialized circumstances outlined in

Part I.D. concerning BMUs that exceed standards. Following management, core areas must subsequently be managed undisturbed for 10 years."

Timber harvest activities proposed in Alternative 2 would require the reconstruction of road 5932G which is currently impassible and provides core habitat for grizzly bears. With this project road 5932G would be placed in restricted status through the installation of a gate to allow harvest and administrative activities to occur but would not provide motorized access to the public. This would remove 595 acres of habitat currently in grizzly bear core habitat status.

To offset this loss of core acres, 661 acres would be placed into core habitat by removing gates and installing barriers on NFS roads 5932D, 6135, 6135A (totaling 5.59 miles of road) which are currently gated and available for administrative use. These roads would be placed in core status prior to road reconstruction and harvest activities. The new core area would then remain in core for a minimum of 10 years. The roads that would be barriered as a result of these activities are currently closed to public motorized use and the roads to be used for harvest would remain closed to public motorized use. No public motorized access would change as a result of these activities (see the Wildlife section in Chapter 3 for more information about wildlife habitat changes).

### *Fuels Treatment/Site Preparation Activities*

The following fuels treatments are prescribed in this project to reduce activity related fuels and to prepare sites for reforestation.

**Yard Tops and Excavator Pile (approximately 41 percent of total harvest fuels treatment):** The tops of trees, comprising most of the foliage and branches, are removed from the site and unused portions are deposited in landing piles, where they are burned. To facilitate additional fuel reduction while protecting remaining trees, woody debris would be gathered and piled mechanically using an excavator. The piles would be ignited in the late fall during periods of optimum smoke dispersal. The piles would be placed at least 25 feet away from the unit boundaries, leave trees or leave islands to protect them from possible heat damage. In narrow work areas, piles would be located as far from leave trees/islands as possible.

**Yard Tops and Underburning (approximately 59 percent of total harvest fuels treatment):** The tops of trees, comprising most of the foliage and branches, are removed from the site and unused portions are deposited in landing piles, where they are burned. The foliage and branches are fuels which are most likely to ignite should a source of ignition occur in the unit. These fuels add substantially to fire intensity and resistance to control of a wildfire. After yarding tops, some harvest units would be underburned to reduce concentrations of remaining slash, resulting in application of a mosaic of low intensity fire which would stimulate browse and forage species, including huckleberries, and prepare the site for natural regeneration and/or planting.

### *Reforestation*

Within the 1,250 acres proposed as regeneration harvest, planting would supplement the natural regeneration anticipated, and restore tree species such as western larch and western white pine that are under represented on the landscape due to fire exclusion, inadequate seed source, disease, and past harvest activities. Planted conifer seedlings would enhance species diversity, assure timely reforestation, and contribute towards long-term desired habitat conditions. Reforestation of harvested areas would be designed to achieve a mix of native tree species appropriate to the specific site. Where deer browsing of seedlings is anticipated, netting of seedlings may be used

to minimize animal damage and mortality. Western white pine seedlings to be planted would be from breeding stock that has been specially cultivated for resistance to white pine blister rust.

### Forest Plan Amendments and Regional Forester Approval

Alternative 2, the Preferred Alternative, would require one project-specific Forest Plan amendment and approval of the Regional Forester to create openings exceeding 40 acres in size.

The required Forest Plan amendment will amend MA 12 Facilities Standard #3 to exceed 0.75 miles per square mile open road density within the contiguous MA during project activities. The open road density will return to forest plan standards following harvest activities. The effects of this amendment on big game species is analyzed in the elk analysis found in Chapter 3, Wildlife.

Regional Forester policy (FSM 2471.1) directs the size of harvest openings created by even-aged silvicultural practices would be normally 40 acres or less, to support NFMAs general intent to limit the size of harvest openings. Creation of larger openings requires 60-day public review and Regional Forester approval. The public was notified of the potential for these openings during the scoping period in February 2013 (see the Proposed Action section of the project file).

## Activities Common to Alternatives 2, 3, and 4

### Prescribed Fire

Proposed activities include approximately 11,623 acres of prescribed burning to reduce fuels, restore natural processes, and promote wildlife forage, including huckleberry production. Due to the moist conditions in the project area and the variable fuel loadings in the proposed prescribed burns, it is anticipated that the proposed prescribed burning would produce variable results, similar to the mosaic effects of natural wildfire.

The team expects about 50 percent of the burn units to ignite and carry fire while the rest of the area would be too moist or not have enough available fuel to carry fire. The higher elevation burns (units A, B, C, F, K, K-1, L, M, N, O and O-1) would be ignited primarily by helicopter with support from hand crews in the spring or fall, when fuel moisture conditions allow fuels reduction while minimizing negative effects to vegetation and reducing the risk for burns to move into unplanned areas.

These high elevation burns are expected to produce mixed severity results with an objective to maintain/enhance existing openings as well as to create some new openings to rejuvenate and enhance understory grasses, forbs, and shrubs such as huckleberry and grouse whortleberry. All of the higher elevation burns except small portions of F, K, L, and N are located in the Buckhorn Ridge and Northwest Peaks Inventoried Roadless Areas.

Figure 2.2 shown below is a photo taken in 2008 of a prescribed burn implemented on Roderick Mountain in 2005, in close proximity to the project area, and is an example of the variable effects expected across the prescribed burn units proposed in the Buckhorn Project.

The lower elevation burns (units D, E, G, G-1, H, I, J) would be ignited with both helicopter and hand crews in either the spring or fall. The lower elevation burns are intended to be low to mixed severity type burns with objectives to maintain the ecological processes in fire-adapted stands with the benefit of improving big game winter range forage and spring grizzly bear foraging habitat. Anticipated crown cover reduction as a result of these burns is displayed in the Prescribed

Burn Summary table (Appendix B). This reduction in canopy cover would include a range of mortality from areas of scattered tree mortality to larger areas with greater levels of mortality.

**Figure 2.2 – Prescribed Burn on Roderick Mountain**



Burning would be implemented incrementally over an approximately ten year timeframe, with one to three prescribed burn units being ignited in a given year with staggered locations such that if ignition were to occur in one portion of the project area, the district would plan to wait 2-3 years before igniting in that area again. The intent is to minimize displacement and disturbance to wildlife and to allow a few seasons of growth and recovery to occur prior to igniting adjacent units. Helicopter operations would be limited to two days each spring and two days each fall to minimize disturbance to wildlife.

The Bonners Ferry District of the Idaho Panhandle National Forest has recently proposed prescribed burning on the Idaho side of Buckhorn Ridge in a project called the Idaho Buckhorn Project. This foreseeable activity would also be considered during the implementation of prescribed burn units on the Three Rivers District (see Table 3.3 in Chapter 3 for a list of all ongoing and foreseeable activities).

To increase the probability of accomplishing objectives, fuels augmentation could occur to provide pockets of fuels that could help fire get established enough to carry into portions of the rest of the unit. The fuels augmentation would consist of hand felling trees approximately 7 inches diameter at breast height (dbh) or less and leaving the trees on site to dry and provide fuel. The hand felling would occur in patches approximately 1/3 acre in size, one or two years prior to ignition. The trees would be selected according to the amount of fine fuels they could provide to the prescribed burn unit.

Table 2.3 below shows the estimated acres of fuels augmentation that could occur as funding, work capacity, and fuels conditions allow. Prescribed Burn Unit K is located within the Buckhorn Ridge IRA and all of the other units proposed for fuels augmentation are outside of the IRA boundary.

Ignition within the Riparian Habitat Conservation Areas (RHCAs) would be avoided, but fire is expected to back into some of these areas naturally. There would be no ignition in designated old growth and designated old growth adjacent to prescribed burn units would be protected from fire through buffering of burn areas and work by hand crews.

Where feasible, efforts to protect cone producing whitebark pine populations will be implemented prior to prescribed burning ignition. These methods may include fuel pull-back, ring firing or ignition avoidance within and/or proximate to population areas. Planting of whitebark pine would occur in portions of some burns where funding, access, and desirable conditions such as adequate soil, little to no overstory, and whitebark pine habitat exist.

All prescribed burning activities and fuels augmentation would be dependent on available funding, fuel conditions, weather, and smoke dispersal at the time of implementation. While this document has analyzed for the maximum amount of burning and fuels augmentation that could occur within the project area, it is possible that the funding and conditions could be such that only a portion of the prescribed burn activities could occur within a 10 year time frame. Table 2.4 shows a summary of proposed prescribed burning without harvest (see the Prescribed Burn Table in Appendix B for more information).

**Table 2.4 - Proposed Prescribed Burning Common to Alternatives 2, 3, and 4**

| Prescribed Burn Unit | MA | Acres | Estimated Acres of Fuels Augmentation | Ignition Type |
|---|---|---|---|---|
| A | 2 | 479 | 0 | Helicopter & Hand Ignition |
| B | 2<br>18<br>14 | 284 | 0 | Helicopter & Hand Ignition |
| C | 2 | 269 | 0 | Helicopter & Hand Ignition |
| D | 11<br>12 | 85 | 6 | Hand Ignition |
| E | 11<br>12 | 462 | 0 | Helicopter & Hand Ignition |
| F | 2 | 1,752 | 0 | Helicopter & Hand Ignition |
| G | 10 | 287 | 18 | Helicopter & Hand Ignition |
| G-1 | 11 | 27 | 2 | Hand Ignition |
| H | 10<br>11 | 231 | 15 | Hand Ignition |
| I | 10 | 115 | 8 | Hand Ignition |
| J | 11 | 342 | 22 | Helicopter & Hand Ignition |

| Prescribed Burn Unit | MA | Acres | Estimated Acres of Fuels Augmentation | Ignition Type |
|---|---|---|---|---|
| | 12<br>14 | | | |
| K | 2<br>14 | 1,744 | 109* | Helicopter & Hand Ignition |
| K-1 | 2<br>14 | 351 | 0 | Helicopter & Hand Ignition |
| L | 2<br>14 | 503 | 0 | Helicopter & Hand Ignition |
| M | 2 | 1,452 | 0 | Helicopter & Hand Ignition |
| N | 2<br>14 | 2,631 | 0 | Helicopter & Hand Ignition |
| O | 2<br>14 | 250 | 0 | Helicopter & Hand Ignition |
| O-1 | 2<br>14 | 379 | 0 | Helicopter & Hand Ignition |
| **Total Acres** | | **11,623** | **204** | |

*Fuels Augmentation in Prescribed Burn Unit K would occur within the Buckhorn Ridge IRA

### Watershed Improvement and Road Status Changes

To improve watershed conditions in the project area, road stabilization work is planned for roads to be placed in intermittent stored service status (storage), meaning the hydrological concerns have been addressed and the Forest Service may use them at a future date. Road stabilization work is also planned for roads to be decommissioned, meaning that the hydrologic concerns have been met and the team determined that they are no longer needed on the NFS road system. Additionally, the team identified several undetermined road segments, road prisms that exist on the landscape from past management activities but are not currently part of the NFS road system, on the landscape. Some of these road segments were recommended as needed and others recommended as unneeded for future management. Table 2.5 summaries watershed improvement activities and changes to road status.

An analysis of the transportation network within the project area was conducted by District to inform the immediate travel management decisions included in the Buckhorn project in accordance with Forest Service policy (FSM 7710.3) and can be found in the project file.

The proposed watershed improvement activities and road status changes are common to Alternatives 2, 3, and 4 and are funding dependent. The Three Rivers District has been successful in obtaining funding for many watershed rehabilitation projects. Based on this past experience, it is considered likely that some or all of the watershed restoration work would be funded and would occur within the next 5-10 years.

Table 2.5 below summarizes all proposed watershed improvement and road status changing activities.

**Table 2.5 - Summary of Proposed Watershed Improvement Activities and Road Status Changes**

| Watershed Improvement and Road Status Changes | Miles |
|---|---|
| Total Miles of Road Storage: | 22.9 |
| Total Miles Decommissioning | 9.0 |
| Total Miles of Undetermined Road to be added to National Forest System | 9.1 |
| Total Miles of Undetermined Roads Not Needed for future management | 14.8 |
| Total Miles of Road Changing from Barriered to Gated | 1.3 |

All roads proposed for storage and decommissioning work are currently closed to motorized public travel (except over the snow vehicles) and have a heavy brush component that limits access. Although foot access along both decommissioned and stored roads may temporarily improve because of the removal of vegetation, these roads would not be maintained by the Forest Service as trails and access would deteriorate as the routes brush in over time.

Public comment identified NFS Roads 5948, 748M, 591 and 5971 as roads used for non-motorized recreation such as a hiking and horse packing. Design of the stabilization work on these roads would include specific provisions for foot and stock access on these roads. NFS Road 5948 was identified as an over the snow access point of interest for winter recreation. With this in mind, road stabilization work would be designed with provisions that would continue to allow snowmobile access on this road from December 1 to March 31 to minimize disturbance to grizzly bears as they emerge from the den in spring.

### *Intermittent Stored Service (Road Storage):*

Approximately 17.6 miles of existing roads that are currently closed to public access would be stabilized and placed in intermittent stored service status (storage). These roads were identified through the Travel Analysis Process to be needed for future management but currently have moderate to high risk for sediment delivery to area streams. Stabilization work would include but is not limited to removing undersized culverts or providing armored overflows, recontouring unstable sections of road, water barring, scarifying the road surface, and seeding. This work is expected to occur as funding becomes available. Approximately 5.3 miles of road were reviewed and determined to be of low risk for sediment delivery. These roads would be considered passively stored and no work would occur on these roads. Roads proposed for active and passive storage work are shown below in Table 2.6.

**Table 2.6 – Proposed Road Storage Work**

| National Forest System Roads Proposed for Storage (Access to the public will not change. These roads are not currently open or driveable.) | | | |
|---|---|---|---|
| **Road #** | **Road Name** | **Length of Road Segment** | **Active or Passive Road Work** |
| 524 | Meadow Creek | 0.4 | Active |
| 524 | Meadow Creek | 2.7 | Passive |

| National Forest System Roads Proposed for Storage (Access to the public will not change. These roads are not currently open or driveable.) | | | |
|---|---|---|---|
| **Road #** | **Road Name** | **Length of Road Segment** | **Active or Passive Road Work** |
| 524C | Meadow Creek C | 0.9 | Active |
| 524C | Meadow Creek C | 0.7 | Passive |
| 591 | Zero Creek Spread Creek | 4.4 | Active |
| 5924 | North Cr Connection | 3.3 | Active |
| 5924 | North Cr Connection | 1.5 | Passive |
| 5948 | Hidden Creek | 2.6 | Active |
| 5948 | Hidden Creek | 0.3 | Passive |
| 5948D | Hidden Creek D | 0.4 | Active |
| 5948D | Hidden Creek D | 0.2 | Passive |
| 5971 | South Fork Meadow Basin | 1.3 | Active |
| 5971A | South Fork Meadow Basin A | 1.1 | Active |
| 5977 | Forest Creek | 0.2 | Active |
| 7483 | 7483 | 3.2 | Active |
| **Total Miles Active Road Storage:** | | **17.6** | |
| **Total Miles Passive Storage:** | | **5.3** | |
| **Total Miles of Road Storage:** | | **22.9** | |

### *Decommissioning:*

Roads to be decommissioned were identified through the Travel Analysis Process (see Transportation section of the project file) as being not needed for long term resource management. Decommissioning is the act of removing a road from the road system. If physical work is done on the ground it is called active decommissioning, otherwise it is called passive decommissioning. Approximately 3.5 miles of road would be actively decommissioned and 5.5 miles of road would be passively decommissioned.

The roads identified for active decommissioning currently have moderate to high sediment delivery risks. The active decommissioning work would include but is not limited to removing culverts, restoring natural stream channels, recontouring unstable fillslopes, waterbarring, ripping, placing slash and duff on the treated road surface, and seeding in some places. The purpose is to reduce long-term sediment delivery, reduce the risk of mass failures, reestablish natural stream courses, improve infiltration and accelerate revegetation with native species. This work is expected to occur as funding becomes available. The roads identified for passive decommissioning have a low risk of future sediment delivery. All roads proposed for decommissioning are currently brushed in and are closed to public and administrative access. Roads proposed for active and passive decommissioning are shown below in Table 2.8

**Table 2.7 - Roads Proposed for Decommissioning**

| National Forest System Roads Proposed for Decommissioning (Access to the public will not change. These are not open, drivable roads.) | | | |
|---|---|---|---|
| **Road #** | **Road Name** | **Length of Road Segment** | **Active or Passive Road Work** |
| 14167A | Thunder Knob A | 0.8 | Passive |
| 524B | Meadow Creek B | 0.6 | Passive |
| 524D | Meadow Creek D | 0.7 | Active |
| 524D | Meadow Creek D | 0.5 | Passive |
| 5932F | Upper Whitetail F | 1.4 | Passive |
| 5948B | Hidden Creek B | 0.9 | Active |
| 5948B | Hidden Creek B | 0.7 | Passive |
| 5964C | Meadow Cr Connection C | 0.5 | Passive |
| 5971 | South Fork Meadow Basin | 1.0 | Passive |
| 5971B | South Fork Meadow Basin B | 0.3 | Active |
| 748M | Beetle Creek North Creek M | 1.7 | Active |
| **Total Miles Active Decommissioning work:** | | **3.5** | |
| **Total Miles Passive Decommissioning:** | | **5.5** | |
| **Total Miles Decommissioning** | | **9.0** | |

### *Undetermined Roads to be added to the National Forest System*

Undetermined road segments are road prisms that exist on the landscape from past management activities but are not currently part of the National Forest System. Approximately 9 miles of undetermined road segments would be added to the NFS. These road segments are within the Buckhorn project area and are roads that the team determined would be needed for current or future land management activities. Access to the public would not change as they are currently closed roads and would remain that way at this time. A list of these road segments is shown below in Table 2.8. A map showing the location of these roads can be found in the transportation section of the project file.

**Table 2.8 - Undetermined Roads to be added to the National Forest System**

| Undetermined Roads to be added to the National Forest System Roads (Access to the public will not change. These are not open, drivable roads.) | | |
|---|---|---|
| **Road #** | **Road Name** | **Length of Road Segment** |
| 15955 | 15955 | 0.3 |
| 435X | Spread Creek Deer Creek X | 0.6 |
| 435Y | Spread Creek Deer Creek Y | 2.0 |

| Undetermined Roads to be added to the National Forest System Roads (Access to the public will not change. These are not open, drivable roads.) | | |
|---|---|---|
| **Road #** | **Road Name** | **Length of Road Segment** |
| 435Z | Spread Creek Deer Creek Z | 0.7 |
| 524G | Meadow Creek G | 0.7 |
| 5932G | Upper Whitetail G | 1.5 |
| 5924H | North Creek Connection H | 0.7 |
| 5932K | Upper Whitetail K | 0.5 |
| 5955B | Left Spread B | 1.4 |
| 748H | Beetle Creek North Creek H | 0.9 |
| **Total Miles of Road to be added to NFS** | | **9.1** |

### *Undetermined Roads to be Passively Decommissioned*

Approximately 15 miles of undetermined roads would be administratively reclassified as decommissioned. The team discussed these roads and through the travel analysis process it was determined that these roads are unneeded for long-term forest management. These roads are currently stable with no sediment or resource concerns and are grown in with trees and other vegetation. No ground-disturbing actions would occur, so physical conditions would be unchanged. Public access would remain restricted to non-motorized travel. A list of these road segments is shown below in Table 2.9, a map of these road segments can be found in the transportation section of the project file.

**Table 2.9 - Changes to Status of Undetermined Roads**

| Undetermined roads not to be needed for future management (Access to the public will not change. These are not open, drivable roads.) | |
|---|---|
| **Road #** | **Length of Road Segment** |
| 14702 | 0.4 |
| 1591 | 0.5 |
| 435C | 0.5 |
| 435E | 1.7 |
| 5911B | 0.4 |
| 591D | 1.2 |
| 591E | 0.4 |
| 5924A | 1.5 |
| 5924B | 0.3 |
| 5924C | 1.3 |
| 5924D | 0.2 |

| **Undetermined roads not to be needed for future management** (Access to the public will not change. These are not open, drivable roads.) | |
|---|---|
| **Road #** | **Length of Road Segment** |
| 5924E | 0.2 |
| 5924F | 0.3 |
| 5924G | 0.4 |
| 5932L | 0.3 |
| 59321 | 0.4 |
| 59322 | 0.6 |
| 59323 | 0.6 |
| 59324 | 0.4 |
| 5961B | 0.4 |
| 5962A | 0.7 |
| 745A | 0.5 |
| 745B | 1.1 |
| 7483A | 0.3 |
| 748G | 0.2 |
| **Total Miles of Undetermined Roads Not Needed** | **14.8** |

### In-Kind Replacement of Core in BMU 13

In South Fork Meadow watershed, after watershed improvement work has been completed, Roads 5971 and 5971A would be closed with a barrier to create new grizzly core habitat in BMU 13. This increase would be offset by moving the berm on Road 745 in Hellroaring Creek. The berm would be moved approximately 1.5 miles further up the drainage, and a gate would be installed at the current berm location. This would not change public access, but would allow administrative access for road and bridge maintenance, trail maintenance, vegetation management and fire suppression. Road 745 would continue to be managed as a trail starting at the gate. These road closure adjustments would result in an increase of 554 acres of core habitat in South Fork Meadow watershed and a decrease of 522 acres in Hellroaring watershed with a net increase of 32 acres for BMU 13. The watershed improvement/road storage work and barrier installation on Road 5971 and Road 5971A must occur prior to the change in access to Road 745.

## Alternative 3

Alternative 3 was designed to address the issue of creating openings over 40 acres through regeneration harvest, to support NFMA's general intent to limit the size of harvest openings. Alternative 3 responds to this issue by modifying the design of harvest units so that no regeneration harvest exceeds 40 acres and would not require Regional Forester approval for openings over 40 acres. Additionally, Alternative 3 would not require any project-specific amendments to the Kootenai Forest Plan.

### Timber Harvest

Alternative 3 proposes 876 acres of regeneration harvest and 13 acres of intermediate harvest, to move the stands towards the desired vegetative condition. It is estimated that harvest activities could produce 10.5 million board feet (MMBF) of timber with approximately 8.4 MMBF in saw timber and 2.2 MMBF in non-saw timber. Table 2.10 below displays the timber harvest activities and related fuels treatment activities that are proposed in Alternative 3.

**Table 2.10 - Alternative 3 Proposed Harvest Activities**

| Proposed Harvest Related Activities | |
|---|---|
| **Type of Harvest** | |
| Regeneration Harvest* | 876 acres |
| Intermediate Harvest** | 13 acres |
| Total Harvest (acres) | 889 acres |
| Total Harvest (volume) | 10.5 MMBF / 20,463 CCF |
| **Type of Fuels Treatment following Harvest** | |
| Yard Tops and Excavator Pile | 278 acres |
| Yard Tops and Underburning | 611 acres |
| Total Fuels Treatment following Harvest | 889 acres |
| **Harvest Related Road Work** | |
| Temporary Roads | 1.1 mile |
| Road Reconditioning, Reconstruction and BMP work | 23 miles |

*Regeneration Harvest Prescriptions: Seedtree Cut, Shelterwood Cut, Clearcut with Reserves

**Intermediate Harvest Prescriptions: Improvement Cut

Alternative 3 includes the same harvest methods and silvicultural prescriptions described for Alternative 2 but the opening sizes for regeneration harvest units are equal to or less than 40 acres in size to address concerns about the effects of large opening sizes and to support NFMA's general intent to limit the size of harvest openings. The harvest units in Alternative 3 are located within the boundaries of the harvest units in Alternative 2.

Table 2.11 displays the management area (MA), silvicultural prescription, logging method, and fuels treatment method for each proposed harvest unit in Alternative 3 (see Appendix A: Unit Summary Table for more information).

**Table 2.11 – Alternative 3 Harvest Unit Summary**

| Unit # | MA | Acres | Silvicultural Prescription | Logging Method | Fuels Treatment |
|---|---|---|---|---|---|
| 1 | 12 | 35 | Seedtree Cut | Winter Tractor | Excavator Pile/ Underburning |
| 2 | 12 | 33 | Shelterwood Cut | Tractor | Underburning |
| 3 | 11 | 15 | Shelterwood Cut | Tractor | Excavator Pile |
| 4 | 11 | 5 | Seedtree Cut | Tractor | Underburning |

| Unit # | MA | Acres | Silvicultural Prescription | Logging Method | Fuels Treatment |
|---|---|---|---|---|---|
| 4A | 12 | 6 | Seedtree Cut | Tractor | Underburning |
| 5 | 12 | 13 | Improvement Cut | Tractor | Underburning |
| 6 | 11 | 24 | Seedtree Cut | Tractor | Underburning |
| 8 | 11 | 23 | Shelterwood Cut | Tractor | Underburning |
| 9A | 12 | 3 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 9B | 12 | 4 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 9C | 12 | 34 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 9D | 12 | 40 | Clearcut with Reserves | Winter Tractor | Underburning |
| 10A | 12 | 40 | Seedtree Cut | Winter Tractor | Underburning |
| 10B | 12 | 24 | Seedtree Cut | Winter Tractor | Underburning |
| 11A | 12 | 40 | Seedtree Cut | Winter Tractor | Underburning |
| 11B | 12 | 38 | Seedtree Cut | Winter Tractor | Underburning |
| 11C | 12 | 23 | Seedtree Cut | Winter Tractor | Underburning |
| 12A | 11<br>12 | 40 | Seedtree Cut | Tractor | Underburning |
| 13A | 12 | 29 | Seedtree Cut | Tractor | Underburning |
| 14A | 12 | 40 | Seedtree Cut | Tractor | Underburning |
| 14B | 12 | 40 | Seedtree Cut | Tractor | Underburning |
| 14C | 12 | 40 | Seedtree Cut | Tractor | Underburning |
| 14D | 12 | 36 | Seedtree Cut | Tractor | Underburning |
| 15A | 12 | 34 | Seedtree Cut | Tractor | Excavator Pile |
| 15B | 12 | 40 | Seedtree Cut | Tractor | Excavator Pile |
| 16A | 12 | 40 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 16B | 12 | 25 | Clearcut with Reserves | Tractor | Excavator Pile |
| 17 | 12 | 24 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 18 | 12 | 13 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 19A | 11<br>12 | 40 | Seedtree Cut | Winter Tractor | Underburning |
| 20 | 14 | 29 | Seedtree Cut | Tractor | Underburning |
| 21 | 14 | 19 | Clearcut with Reserves | Tractor | Excavator Pile |
| **Total Acres** | | **889** | | | |

### *Harvest Related Road Work (Temporary Roads)*

As in Alternative 2, most of the harvest units would be accessed from existing NFS Roads with approximately 23 miles of designated haul roads. Alternative 3 would require approximately 1.1 miles of temporary roads to access unit 9D, 11C and 14C. This road would be recontoured and reseeded following project activities.

### *Road Status Changes Required to Conduct Harvest Activities*

Proposed harvest under Alternative 3 would require the same road access changes described for Alternative 2 in order to remain in compliance with road access standards for Bear Management Unit (BMU) 14 as decided by the 2011 Access Amendment. Under Alternative 3, Road 5932G would be changed from closed to restricted status through the installation of a gate to allow harvest and administrative activities to occur. Road 5932G would be closed to motorized public access during and post project. Use of Road 5832G would decrease grizzly bear core habitat by 655 acres. To offset this loss of core acres, 661 acres would be placed into core habitat by removing gates and installing barriers on NFS roads 5932D, 6135, 6135A (totaling 5.59 miles of road) in the Whitetail watershed area which are currently gated and available for administrative use. These roads would be barriered prior to the reconstruction of road 5932G.

### *Fuels Treatment/Site Preparation Activities*

Alternative 3 would use both yard tops with excavator piling and yard tops with underburning as fuels treatment methods, techniques which are described in greater detail above in Alternative 2. Alternative 3 would have approximately 68 percent of units underburned and approximately 32 percent of harvest units excavator piled. Unit specific treatments are displayed for each unit in Table 2.9.

### *Reforestation*

As described above for Alternative 2, in the 876 acres proposed as regeneration harvest in Alternative 3, planting would supplement the natural regeneration anticipated, and restore tree species such as western larch and western white pine that are under represented on the landscape due to fire exclusion, inadequate seed source, disease and past harvest activities.

## Activities Common to Alternatives 2, 3, and 4

As was described in Alternative 2, approximately 11,623 acres of prescribed burning are being proposed for Alternative 3 to restore natural processes and promote wildlife forage. Alternative 3 would include the same passive and active road storage and decommissioning work and road status changes for undetermined roads as described in Alternative 2. Alternative 3 would make the same road status changes in BMU 13 as described in Alternative 2: placing barriers on Roads 5971 and 5971A after after project related work is completed and moving the berm on Road 745 in Hellroaring Creek. These activities would serve as an in-kind replacement of core habitat in South Fork Meadow watershed for acres removed from core in the Hellroaring watershed.

## Alternative 4

Alternative 4 was designed to address public concern that some of the timber harvest units identified in the Spread Creek drainage under the proposed action, would be in conflict with the language in proposed legislation called the "Forest Jobs and Recreation Act of 2013" (FJRA), which prohibited timber harvesting in the Three Rivers Special Management Area, an area identified in the FJRA.

In subsequent communication, the Yaak Valley Forest Council, a proponent of the legislation, provided written comment to the District stating that the language in the Forest Jobs and Recreation Act has been modified such that there is no longer conflict between the Buckhorn proposed action and the provisions of the FJRA. In particular the modified language stated

logging could occur in the Three Rivers Special management area under certain conditions[2]. Because the proposed act is subject to further change when or if it passes through Congress, it was decided that this issue should continue to be addressed in Alternative 4.

Alternative 4 would require a project specific forest plan amendment to exceed open road density standards during harvest activities and the approval of the Regional Forester to create openings exceeding 40 acres in size. Alternative 4 also does not meet the Forest Plan as amended by the 2011 Access Amendment because of the reduction in Core habitat caused by a small portion of temporary road proposed for harvest (see the grizzly bear analysis in Chapter 3, Wildlife).

## Timber Harvest

In total, Alternative 4 proposes approximately 668 acres of regeneration harvest and 13 acres of intermediate harvest, to move the stands towards the desired vegetative condition. Alternative 4 is the same as Alternative 2, except that Unit 15, 19, 20, and 21 have been removed and Units 12, 13, 14, and 16 have decreased in size. The harvest units in Alternative 4 are all located within the boundaries of the harvest units in Alternative 2. It is estimated that harvest activities could produce 8.3 million board feet (MMBF) of timber with approximately 6.6 MMBF in saw timber and 1.7 MMBF in non-saw timber. Table 2.12 below displays the timber harvest activities and related fuels treatment activities that are proposed in Alternative 4:

**Table 2.12 - Alternative 4: Proposed Harvest Activities**

| **Proposed Harvest Related Activities** | |
|---|---|
| **Type of Harvest** | |
| Regeneration Harvest | 668 acres |
| Intermediate Harvest | 13 acres |
| Total Harvest (acres) | 681 acres |
| Total Harvest (volume) | 8.3 MMBF / 16,078 CCF |
| **Type of Fuels Treatment following Harvest** | |
| Yard Tops and Excavator Pile | 493 acres |
| Yard Tops and Underburning | 188 acres |
| Total Fuels Treatment following Harvest | 681 acres |
| **Harvest Related Road Work** | |
| Temporary Roads | 0.5 mile |
| Road Reconstruction/Maintenance and BMP work | 16 miles |

*Regeneration Harvest Prescriptions: Seedtree Cut, Shelterwood Cut, Clearcut with Reserves

**Intermediate Harvest Prescriptions: Improvement Cut

[2] On pg. 50 of Senate Bill 37 after line 11. The statement reads: (E) TIMBER HARVEST - Timber harvest is limited, and may only occur within the USFS suitable timber base of the Three Rivers and Roderick Special Management Areas for the purposes of improving wildlife habitat; or to maintain or restore forest resiliency, composition and/or structure".

Alternative 4 includes the same harvest methods and silvicultural prescriptions described for Alternative 2. Table 2.13 displays the management area (MA), silvicultural prescription, logging method, and fuels treatment method for each proposed harvest unit in Alternative 2 (see Appendix A: Unit Summary Table for more information).

**Table 2.13 - Alternative 4 Harvest Unit Summary**

| Unit # | MA | Acres | Silvicultural Prescription | Logging Method | Fuels Treatment |
|---|---|---|---|---|---|
| 1 | 12 | 35 | Seedtree Cut | Winter Tractor | Excavator Pile /Underburning |
| 2 | 12 | 33 | Shelterwood Cut | Tractor | Underburning |
| 3 | 11 | 15 | Shelterwood Cut | Tractor | Excavator Pile |
| 4 | 11 | 5 | Seedtree Cut | Tractor | Underburning |
| 4A | 12 | 6 | Seedtree Cut | Tractor | Underburning |
| 5 | 12 | 13 | Improvement Cut | Tractor | Underburning |
| 6 | 11 | 24 | Seedtree Cut | Tractor | Underburning |
| 8 | 11 | 23 | Shelterwood Cut | Tractor | Underburning |
| 9 | 12 | 101 | Clearcut with Reserves | Winter Tractor | Excavator Pile/ Underburning |
| 9A | 12 | 3 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 9B | 12 | 4 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 10 | 12 | 94 | Seedtree Cut | Winter Tractor | Underburning |
| 11 | 12 | 144 | Seedtree Cut | Winter Tractor | Underburning |
| 12 | 11<br>12 | 63 | Seedtree Cut | Tractor | Underburning |
| 13 | 12 | 29 | Seedtree Cut | Tractor | Underburning |
| 14 | 12 | 12 | Seedtree Cut | Tractor | Excavator Pile |
| 16A | 12 | 40 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 17 | 12 | 24 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| 18 | 12 | 13 | Clearcut with Reserves | Winter Tractor | Excavator Pile |
| **Total Acres** | | **681** | | | |

### *Harvest Related Road Work (Temporary Roads)*

As was described for Alternative 2 and 3, the majority of the harvest units would be accessed from existing specified National Forest System (NFS) roads with 16 miles of road to be used for timber hauling for this project. Alternative 4 would require one temporary road, totaling approximately 0.5 miles for harvest access to Unit 9. This road would be recontoured and reseeded following project activities.

### *Road Status Changes Required to Conduct Harvest Activities*

Proposed harvest in Alternative 4 would not require any changes to road status to meet the road standards required by the 2011 Access Amendment.

#### *Fuels Treatment/Site Preparation Activities*

The fuels treatment methods proposed in Alternative 4 are similar to those described in Alternative 2 and are displayed for each unit in Table 2.8.

#### *Reforestation*

As described earlier for Alternative 2, within the 668 acres proposed as regeneration harvest in Alternative 4, planting would supplement the natural regeneration anticipated, and restore tree species such as western larch and western white pine that are under represented on the landscape due to fire exclusion, inadequate seed source, disease, and past harvest activities.

### Forest Plan Amendments and Regional Forester Approval

Alternative 4 would require one project-specific Forest Plan amendment and approval of the Regional Forester to create openings exceeding 40 acres in size. The required Forest Plan amendment will amend MA 12 Facilities Standard #3 to exceed 0.75 miles per square mile open road density within the contiguous MA during project activities. The open road density will return to forest plan standards following harvest activities. The effects of this amendment on big game species is analyzed in the elk analysis found in Chapter 3, Wildlife.

Alternative 4 also does not meet the Forest Plan as amended by the 2011 Access Amendment because of the reduction in Core habitat caused by a small portion of temporary road proposed for harvest (see the grizzly bear analysis in Chapter 3, Wildlife).

Regional Forester policy (FSM 2471.1) directs the size of harvest openings created by even-aged silvicultural practices would be normally 40 acres or less, to support NFMAs general intent to limit the size of harvest openings. Creation of larger openings requires 60-day public review and Regional Forester approval. The public was notified of the potential for these openings during the scoping period in February 2013 (see the Proposed Action section of the project file).

### Activities Common to Alternatives 2, 3, and 4

As was described in Alternative 2, approximately 11,623 acres of prescribed burning are being proposed for Alternative 4 to restore natural processes and promote wildlife forage. Alternative 4 would include the same passive and active road storage and decommissioning work and road status changes for undetermined roads as described in Alternative 2. Alternative 4 would make the same road status changes in BMU 13 as described in Alternative 2: placing barriers on Roads 5971 and 5971A after after project related work is completed and moving the berm on Road 745 in Hellroaring Creek. These activities would serve as an in-kind replacement of core habitat in South Fork Meadow watershed for acres removed from core in the Hellroaring watershed.

## Comparison of Alternatives Studied in Detail

This section displays a tabular comparison of the alternatives considered in detail. This information, along with a detailed discussion of the Environmental Consequences presented in Chapter 3, provides the basis for comparing alternatives.

**Table 2.14 - Comparison of Proposed Activities by Alternative**

| Proposed Activities | | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| Regeneration Harvest* | (acres) | 0 | 1,250 | 876 | 668 |
| Intermediate Harvest** | (acres) | 0 | 13 | 13 | 13 |
| **Total Harvest** | **(acres)** | **0** | **1,263** | **889** | **681** |
| **Total Harvest Volume** | **(MMBF/CCF)** | **0** | **15.7/30,438** | **10.5/20,463** | **8.3/16,078** |
| Yard Tops and Excavator Pile | (acres) | 0 | 513 | 287 | 185 |
| Yard Tops and Underburning | (acres) | 0 | 750 | 602 | 498 |
| **Total Fuels Treatment** | **(acres)** | **0** | **1,263** | **889** | **681** |
| Temporary Roads | (miles) | 0 | 1 | 1.1 | 0.5 |
| Road Reconstruction | (miles) | 0 | 23 | 23 | 16 |
| **Total Prescribed Burning** | **(acres)** | **0** | **11,623** | **11,623** | **11,623** |
| Intermittent Stored Service | (miles) | 0 | 22.9 | 22.9 | 22.9 |
| Decommissioning | (miles) | 0 | 9.0 | 9.0 | 9.0 |
| **Total Watershed Improvement** | **(miles)** | **0** | **31.9** | **31.9** | **31.9** |
| **Forest Plan MA 12 Amendment** | | **No** | **Yes** | **No** | **Yes*** ** |

*Regeneration Harvest Prescriptions: Seedtree Cut, Shelterwood Cut, Clearcut with Reserves

**Intermediate Harvest Prescriptions: Improvement Cut

*** Alternative 4 does not comply with the Forest Plan as amended by the 2011 Access Amendment.

**Table 2.15 - Comparison of Purpose and Need Objectives by Alternative**

| Purpose and Need Objective | | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| **Promote resilient vegetation conditions by managing towards characteristic landscape level vegetation patterns, structure, patch size, fuel loading, and species composition.** | | | | | |
| Promote White Pine and Western Larch | (acres) | 0 | 1,694 | 1,320 | 1,112 |
| Improve Huckleberry Habitat Areas | (acres) | 0 | 11,376 | 11,231 | 11,306 |
| Improve Big Game Forage | (acres) | 0 | 12,873 | 12,499 | 12,291 |
| Characteristic Patch size in (number of burn and harvest units that achieve this) | (acres) | 0 | 12,619 (26 units)* | 11,596 (17 units) | 12,005 (21 units) |
| **Maintain or improve water quality and native aquatic species habitat** | | | | | |
| BMP work on haul roads | (miles) | 0 | 23 | 23 | 16 |
| Intermittent Stored Service | (miles) | 0 | 22.95 | 22.95 | 22.95 |
| Decommissioning | (miles) | 0 | 8.96 | 8.96 | 8.96 |
| **Provide wood products to contribute to local and regional economies** | | | | | |

| Purpose and Need Objective | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| Timber Volume (MMBF/CCF) | 0 | 15.7/30,438 | 10.5/20,463 | 8.3/16,078 |

*Harvest units that achieve this Purpose and Need include = 9, 9a, 9b, 10, 11, 12, 13, 14, 15, 16, 16a, 19

All burn units except G-1 achieve this Purpose and Need and are common to Alternatives 2, 3, and 4.

**Table 2.16 - Comparison of Measurement Indicators by Alternative**

| Key Issues | Alt. 1 (No Action) | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| **Issue #1 - Effects of large openings** | | | | |
| **Measurement Indicator 1:** Number of regeneration openings greater than 40 acres proposed in MA 11 (big game winter range) and MA 12 (big game summer range) | 0 | 9 | 0 | 4 |
| **Measurement Indicator 2:** The cover/forage ratio in MA11 and 10 (big game winter range). Forest Plan Standard 30/70 (see Chapter 3, Wildlife) | 87/13 | 84/16 | 85/15 | 85/15 |
| **Measurement Indicator 3:** The cover/forage ratio in MA 12 (big game summer range) Summerfield Recommendation 60/40 (See Chapter 3, Wildlife) | 88/12 | 81/19 | 85/15 | 86/14 |
| **Issue #2 – Effects of timber harvesting on the proposed Three Rivers Special Management Area in the Forest Jobs and Recreation Act of 2013** | | | | |
| **Measurement Indicator:** Acres of timber harvest proposed in the Three Rivers Special Management Area of the Forest Jobs and Recreation Act of 2013 (FJRA). | 0 | 582 | 343 | 0 |

## Design Features

To avoid or minimize potential adverse impacts to resources from this project, the following design features would be incorporated into the selected alternative for the Buckhorn Project. Contract provisions are shown in parentheses where applicable.

### Timing of Activities

If Alternative 2, 3, or 4 is selected, project activities could begin in 2014. Harvest activities can begin immediately following the completion of road reconstruction work and best management practices (BMPs) for haul routes. Excavator piling and underburning would occur following harvest activities. Prescribed burning activities and proposed watershed work could begin in 2014 as funding becomes available and could last approximately 10 years.

### Water Quality

- Ensure all equipment operated in or adjacent to the waterbody is clean of aquatic invasive species, as well as oil and grease, and is well maintained. Avoid drafting from water bodies with known infestations of aquatic invasive species. (B6.34, B6.35, C6.35)
- Harvest, burning, and road work activities have been designed to meet the federal Clean Water Act and Montana State water quality regulations primarily through the implementation of best management practices (BMPs). See Appendix F for a description of the Kootenai National Forest (KNF) BMP program and a table listing BMPs applicable to the proposed timber sale(s) authorized by this analysis.
- Table 2.17 show the required site specific BMPs for the timber sale road work to maintain and protect water resource values. The required BMP work is the same for Alternatives 2 and 3, while less work is required for Alternative 4 because fewer road miles are needed for haul. The work that will be conducted under Alternative 2 and 3 only is identified in the table.
- Some road work in stream channels would require a Montana Stream Protection Act 124 Permit from Montana Fish Wildlife and Parks, a 318 Authorization from Montana Department of Environmental Quality, or an Alternative Practices Permit from Montana Department of Natural Resources and Conservation which would be obtained prior to implementation.

**Table 2.17 – Required Road BMP Work to Maintain and Protect Water Resource Values**

| Road | Stream Location (Milepost) | Tributary to: | Road /Stream Crossing BMP Work |
|---|---|---|---|
| 393 | 0.52 | Yaak | Install 18" culvert. Install ditch relief culvert and drain dip upgrade of crossing. |
| | 1.94 2.40 2.73 2.78 3.83 | SF Meadow | Install ditch relief culverts and road surface cross drains upgrade of stream crossings. |
| | 3.78 | SF Meadow | Replace 24" culvert with squash 36" culvert. Install road surface cross drain. |
| | 3.83 | SF Meadow | Replace 18" culvert with 24" culvert. |

| Road | Stream Location (Milepost) | Tributary to: | Road /Stream Crossing BMP Work |
|---|---|---|---|
| 435 | 0.91 1.10 1.26 | Yaak, Spread | Install ditch relief culverts and road surface upgrade of stream crossings. |
| 5932 | 0.22 0.43 0.82 1.05[2]1.18[2] | Spread | Install ditch relief culverts and road surface cross drains upgrade of stream crossings. |
| | 2.50[2] | Whitetail | Install sediment basin in ditch upstream of culvert. |
| | 3.00[2] | Whitetail | Construct berm over culvert on outside shoulder to prevent runoff at stream. |
| 5932E (Alternative 2 and 3 only) | 1.20 1.32 | Spread | Install ditch relief culverts and road surface cross drains upgrade of stream crossings. |
| 5932G (Alternative 2 and 3 only) | 14+40 | Yaak | Replace 18” culvert. Install ditch relief culvert and road surface cross drain. |
| | 31+40 | Yaak | Install 18” culvert. Install road surface cross drain. |
| | 32+75 | Yaak | If replaced upsize existing 18” to 24” culvert. Install ditch relief culvert and road surface cross drain. |
| | 68+00 | Cody/Spread | Replace 18” culvert with 24” culvert. Install road surface cross drain. |
| | 76+95 | Cody/Spread | Install 24” culvert. Install ditch relief culvert and road surface cross drain. |
| | 81+00 | Cody/Spread | Install 18” culvert. Install ditch relief culvert and road surface cross drain. |
| 5955 | 0.96-2.14 | Spread | Skidding from the harvest units onto the road would require crossing the road ditch which carries substantial water flow during periods of high runoff. During harvest operations maintain capacity for runoff in the ditches and take measures to minimize sediment delivery to stream channels that are connected to the ditch at MP 0.96, 1.2, 1.67, 1.89, and 1.92. Where flowing water in the ditch is connected to these stream channels an Alternative Practices Permit from Montana DNRC may be required. |
| | 0.96-2.14 | | Minimize disturbance to the ditch and cutslopes. Apply seed as soon as weather conditions permit where road work or logging activities result in disturbed ground. |
| | 0.96 | Spread | Replace 18” culvert with 24” culvert. Construct berm along outside shoulder to |

| Road | Stream Location (Milepost) | Tributary to: | Road /Stream Crossing BMP Work |
|---|---|---|---|
| | | | prevent runoff at stream crossing. Install three ditch relief culverts and two drain dips between 0.96 and 1.27 to minimize sediment delivery to stream. |
| | 1.67 | Spread | Install 24” culvert to drain perennial spring area. Install drain dip. |
| | 1.89 | Spread | Replace 18” culvert with 24” culvert. |
| | 1.92 | Spread | Install ditch relief culvert and drain dip. |
| 5955 Temp Road | 0.06. 0.14 | Spread | Install 18” culverts. Install road surface cross drains as needed to prevent sediment delivery at crossings. After use remove culverts, recontour slopes to match natural ground and reconstruct stream channels to natural widths and gradients. |
| 5956 | 0.07 | Spread | Replace 18” culvert with 24” culvert and install drain dip. |

## Riparian Habitat Conservation Areas (RHCAs)

- All activities would comply with the Forest Plan as amended by the Inland Native Fish Strategy (INFISH). Perennial and intermittent streams, springs, ponds, wetlands and landslide prone areas in the timber harvest area have been identified and protected by establishing RHCAs around these features. Several springs without connected channels have been identified within the harvest units. These springs will be protected by a combination of leave islands, equipment exclusion zones and marking leave trees. No activities would occur in RHCAs that would retard attainment of riparian management objectives or adversely affect inland native fish.
- RHCAs would be established around any new water features that are found within harvest units during sale preparation or implementation (B2.37).

## Road Decommissioning and Stored Service Provisions for Access

- Decommissioning work on the segment of Road 748M east of North Creek, stored service work on Road 5948 that accesses Hidden Creek and stored service work on Roads 5971 and 5971A that access upper South Meadow Creek would be designed to allow for hiking and livestock access along these road segments after the work is completed.
- Stored service work on Road 5948 (Hidden Creek) would be designed to allow for snowmobile access.
- Stored service work on Road 5948 would begin past the existing dispersed campsite location on the south side of Spread Creek. Following work, a barrier would be installed past the existing dispersed campsite to maintain grizzly bear habitat parameters (see Appendix D – Access Management Plan for more information).
- Roads treated for decommissioning and storage would be closed to motor vehicles by berms, recontouring, rocks, or slash.

## Soils

- Existing skid trails and other disturbed areas would be reused where possible for harvest operations and machine piling in order to minimize new soil disturbance. (B6.4)
- Any units logged during the winter would be required to have a minimum of 18 inches of settled snow or frozen ground on the active skid trails. (C6.4#)
- Excavated skid trails and temporary roads constructed for the project would be recontoured and have slash placed on the recontoured slopes after use. (C6.632)
- Landing areas would be scarified and seeded following harvest activities as feasible.
- All units are designated as tractor units and have sustained slopes less than 40% except for Unit 2 which is subject to special design features (see Table 2.18).
- Grousers (cleats on the tracks) would be required on tracked equipment in units with slopes greater than 30 percent.

## Coarse Woody Debris (CWD) Retention Requirements for Soils and Wildlife

- CWD is defined as material greater than 3 inches in diameter at the small end.
- Retain 12-33 tons of coarse woody debris per acre in all units except:
  - Unit 5 would be 8-16 tons/acre.
  - Unit 8, within 200 feet of private land, would be 3-5 tons/acre.
- The largest diameter material is desired. If available leave 20-30 pieces per acre at least 12 feet long and greater than 12” in diameter, with at least 10 pieces greater than 20 inches in diameter. This would equate to approximately 9-15 tons/acre depending on soundness of pieces. (C6.406#, C6.7#)

**Table 2.18 – Unit Specific Design Features to Maintain and Protect soil resource values**

| Unit | Description |
|---|---|
| **1, 9, 9A, 9B, 10, 11, 14. 16A, 17, 18, 19** | These units would be required winter harvest because of high water tables and moist soil conditions. Skid trails must be frozen or have a minimum of 18” of settled snow during operations. Excavator piling would be restricted to dry or frozen conditions. (C6.4#) |
| **1** | An equipment exclusion zone 50-60 feet wide would be maintained both above and below the road where an ephemeral channel with primarily subsurface flow exists. The purpose of the equipment exclusion zone is to prevent equipment from intercepting the subsurface flow and compacting the ground. The equipment exclusion zone would apply to all ground-based machinery during logging and slash reduction activities. C6.4#. |
| **2** | Slopes in a portion of this unit exceed 40%. In order to minimize disturbance, which may occur because of the slope steepness, the existing old mining road would be used as a go-back trail for the skidding operation. (B6.4, C6.4#) |
| **9 – below temp road location, 9A, 9B** | Existing skid trails would be used to the fullest extent possible in order to avoid the development of new trails which may channelize water. (B6.4, C6.4#) |
| **9, 9A, 9B** | Where cross drainage would not be effective due to terrain rehabilitate skid trails by pressing slash onto trail surfaces so as to trap sediment and slow runoff. Construct shallow waterbars where slash is not available. (B6.65) |

## Snag Retention

- An average of 6-12 snags and/or recruitment snags/acre would be retained within harvest units. (C2.303#, C2.358#)
- All snags felled for safety would be left onsite ( C2.303#) and would be cut as high as possible, to retain some use as a snag (e.g. foraging opportunities), where it is safe and reasonable to do so.

## Wildlife

- Protection measures needed for endangered, threatened, proposed and sensitive animals would be included in the contract to provide for the protection of these animals found during implementation (B6.24).
- No raptor nests are known in the project area. Nest protection measures (i.e. timing restrictions, unit boundary adjustments) would be applied if an active nest is identified prior to or during implementation (B6.24).
- A site with a known Coeur d'Alene salamander population would be excluded from Burn E during implementation.
- Some small conifer thickets would be retained during the implementation of Burns H and I to maintain foraging habitat for flammulated owls.
- Treatments have been designed to be consistent with lynx habitat needs for multistory foraging habitat.
- Vegetated movement corridors would remain between harvest units.

### Grizzly Bear

- No harvest, machine piling, machine fireline construction, road reconstruction, road storage, road decommissioning, fuels augmentation activities, or watershed improvement work would occur during the spring bear use period (4/1 – 6/15). (C6.316#)
- Access management activities as displayed in Appendix D, the Access Management Plan, would be implemented to ensure 2011 Access Amendment habitat parameter standards are met. (C5.12#, C5.41#)
- Currently gated or barriered/impassable roads would remain restricted to public motorized use when project activities occur during the bear year (4/1-11/30). (C5.41#)
- Reconditioning and harvest activities on road 5932G would not occur until roads 5932D, 6135, and 6135A are barriered.
- When the vegetation is removed on road 5948, a barrier will be placed at milepost 0.23, past the dispersed campsite.
- There are three watershed activity areas (road decommissioning and storage work) in the project area – north side of Spread Creek, south side of Spread Creek[3], and South Fork of Meadow Creek (please refer to Map M-6 displaying Watershed Improvement work). To minimize grizzly bear displacement:
  - Work within each watershed activity area would be completed within a single bear year.

[3] Watershed work on roads 591, 591D, and 1591 on the south side of Spread Creek is accessed via road 591 from the Hellroaring drainage to the south.

  - Work within each watershed activity area would be completed in separate bear years from the others (i.e., no overlap of watershed work within a given bear year).
  - Watershed work will be planned so as not to conflict with timber harvest activities. Watershed work in the Spread Creek drainage will not occur if any harvest activities (including mechanical piling) are going to occur in Spread Creek drainage in the same bear year (April 1 through November 30).
  - Watershed activity in the South Fork of Meadow Creek area may occur within the same bear year as harvest activities to maintain grizzly bear habitat standards.
- Seed mixes used for project activities would not include clover. (C6.601#)
- After storage work has been completed on Roads 5971 and 5971A, the berm on Road 745 at MP 4.56 would be replaced with a gate and a new berm would be installed at MP 5.99.
- The use of helicopters to ignite prescribed burns would not last more than two days per burn season (spring and fall) and not exceed a total of four days of helicopter use per bear year.

### Timing Restrictions for Activities in Alternative 3

To maintain compliance with Forest Plan Standards for big game species, the following timing restrictions would apply to activities in Alternative 3:

- In Alternative 3, harvest activities occurring on Roads 5995, 5932E, and 5932G cannot occur at the same time. Work that occurs off of one road would be completed prior to initiating work on another.
- In Alternative 3, watershed work in the South Fork of Meadow Creek cannot occur at the same time as harvest activities.

## Endangered, Threatened, Proposed and Sensitive Plants

- Protection measures needed for endangered, threatened, proposed and sensitive plants would be included in the contract to provide for the protection of sensitive plants found during implementation (B6.24)
- Disturbance to any sensitive plant populations observed during sale activity would be avoided through cooperation between sale administrators and sale purchaser.
- The boundary of unit A has been adjusted to exclude the healthy, cone producing population but individuals are present elsewhere in the unit along ridgelines.
- Cone bearing populations of whitebark pine have been located in units A, B, F, M and N. Where feasible, efforts to protect cone producing whitebark pine populations would be implemented. These methods may include fuel pull-back, ring firing or ignition avoidance within and/or proximate to population areas. Key populations have been identified, and would be incorporated into Burn Plans during implementation.
- Monitoring plots would be would be established within proposed activity areas within identified whitebark pine habitat before implementation.

## Fire/Air Quality

- Burn plans would be prepared prior to the use of prescribed fire. These plans would determine the limits of weather conditions and fuel moistures to control fire intensity and meet air quality standards.

- All burning operations would be scheduled in accordance with the Memorandum of Understanding for air quality protection between the State of Montana Air Quality Bureau and the Forest Service, which allows burning only when adequate smoke dispersal would occur.
- The prescribed burn treatment summary found in Appendix B provides more detail on objectives and implementation of prescribed burn units.

### Noxious Weeds

Measures would be taken to reduce the risk of noxious weed introduction and spread. Spraying will be conducted in accordance with the April 2007 KNF Invasive Plant Management Record of Decision.

- The District would spray weeds prior to project activities where concentrations of noxious weeds occur. These locations include but are not limited to:
    - The area between Unit 15 and Road 435
    - Road 5932D prior to being barriered
    - Skid trails in Unit 9
    - Existing landings on 5932E and 5955
- Prior to and after harvest operations, haul roads with current access for spray boom truck or ATV/UTV would be treated by either the District weeds crew or the purchaser. (C6.27#)
- Timber sale contracts would contain Special Provision C6.351#, which requires all off-road vehicles associated with harvest operations to be cleaned and inspected prior to entering the sale area. These actions would also be applied to equipment used in fuels reduction activities.
- Reconditioning of existing roads needed for hauling would be held to the minimum necessary to protect and maintain the road surface and drainage structures, and provide for public safety. Scarification of ditches and catch basins would be done only where necessary to provide for adequate function. Blading of native road surfaces would only be done where necessary for hauling or adequate drainage.
- Where motorized access is available roads to be decommissioned or stored would be treated if needed with herbicide prior to ground disturbing work. Stored roads would be seeded using native seed or the KNF seed mix. Decommissioned roads would be revegetated with native seed or by spreading forest duff to initiate native plant growth.

### Cultural Resources

Protection measures needed for cultural resources would be included in the contract to provide for the protection of historic properties found during implementation. The Forest Service may modify or cancel the contract to protect cultural resources, regardless of when they were identified (B6.24)

### Recreation and Public Safety

Temporary restrictions to snowmobile use and other public use of Road 435 (Spread Creek Road) and Road 745 would be put in place during winter harvest activities for public safety. These roads would be open to the public for snowmobile use and other recreation activities on the weekends and during periods of inactivity.

## Funding Dependent Resource Improvement Work

The following activities are not required project design features or mitigation for project activities. These activities have been designed to improve existing resource conditions. Implementation of these activities is dependent upon available funding. One sources of funding could be Knutsen Vanderberg (K-V) funds in association with the timber sale. Activities would not be implemented until sufficient funding is available. Activities are common to all action alternatives.

- Inter-planting of rust resistant western white pine
- Girdle mistletoe infected western larch in those units being planted with western larch.
- Monitor effects to soil resources from KV-funded activities;
- After landing piles have been burned, landing sites will be restored, weeds will be treated and sites will be seeded with native vegetation to improve visuals;
- Spray noxious weeds in areas where concentrations of noxious weeds occur;
- Remove culvert from abandoned road segment at stream crossing and restore natural channel between Units 13 and 14;
- Perform restoration and drainage work on abandoned road and old skid trail segments in harvest units 9, 10, 11, 15 and 19 after logging is completed;
- Monitor slash treatment work funded by KV;
- Monitor huckleberry production using R1 monitoring protocol.
- Remove culvert from abandoned road segment at stream crossing and restore natural channel between Units 12 and 13;
- Replace two culverts on Road 435 at Runt Creek with one structure sized for 100 year flow and desired aquatic organism passage.
- Replace culvert on Road 435 at Large Creek with structure designed for 100 year flow and desired aquatic organism passage.
- Road maintenance on open roads in the project area to improve access for recreation and management, including but not limited to the following NFS Roads: 745, 435, 5945, 5961, 524, 393, 5955, 748, and 5932.

# Buckhorn Project

# Draft Environmental Impact Statement

## Chapter 3

## Affected Environment and Environmental Consequences

# Chapter 3 – Affected Environment and Environmental Consequences

## Introduction

Chapter 3 describes the environment (including its human elements) in and around the project area, and discusses the environmental consequences that may result from implementation of each alternative. It provides the scientific and analytic basis for the comparison of alternatives presented in Chapter 2. Maps and appendices referred to in the analysis are located at the end of this document.

The Council on Environmental Quality Regulations recognizes three types of effects:

**Direct effects** are caused by an action and occur at the same time and place.

**Indirect effects** are caused by an action but occur later in time or farther removed in distance.

**Cumulative effects** result from the incremental impact of an action when added to other past, present, and reasonably foreseeable future actions, regardless of what agency or person undertakes the other actions (40 CFR 1508.7 and .8). As past actions are already included in the affected environment, the cumulative effects analysis builds upon this existing condition assessment by considering the incremental addition of direct and indirect effects of the proposed action as well as ongoing and reasonably foreseeable actions.

## Past, Ongoing and Reasonably Foreseeable Actions

This section describes the past, ongoing, and reasonably foreseeable actions considered in the cumulative effects discussions for each resource.

### Past Actions

The environmental analysis required under National Environmental Policy Act is forward-looking in that it focuses on the potential impacts of the proposed action that an agency is considering. Thus, review of past actions is required to the extent that this review informs agency decision-making regarding the proposed action (Council on Environmental Quality, Guidance on the Consideration of Past Actions in Cumulative Effects Analysis, June 24, 2005 Memorandum and 36 CFR 220.4 (f)). Specific past actions considered in the affected environment and cumulative effects analysis are summarized below. The past actions summary is not necessarily exhaustive, as records may not exist for all past activities by project. This is particularly true for those actions that predate the passage of the National Environmental Policy Act in 1970. Nonetheless, the effects of such past actions are accounted for in the assessment of the affected environment, as the current condition and trends assessment necessarily reflects any relevant ongoing impacts of such actions.

### Timber Harvest

Forest Service records show that vegetation management activities in the project area increased following a powerful windstorm in November 1949 that felled several thousands of acres of trees

across several national forests. This event sparked a spruce bark beetle epidemic, followed by an extensive salvage logging effort to curb the spread of the insects with large sales occurring in the upper elevation areas of North Creek, Large Creek, Spread Creek, Hellroaring Creek, and Meadow Creek drainages where primarily spruce was removed.

Since 1946, (the earliest records for this area) approximately 10,484 acres have had some type of regeneration harvest in the project area (about 19 percent of National Forest lands in the project area). Total intermediate harvest is 13,204 acres (approximately 24 percent of National Forest System lands in the project area). The most recent timber sale to occur that included a portion of the project area was the Grizzly Timber Sale authorized by the Grizzly Vegetation and Transportation Management Project Record of Decision, February 8, 2012. It included harvest on a total of 73 acres within the project area to regenerate stands and plant species such as western white pine and western larch. Figures 3.1 and 3.2 below depict typical 1980s and 1990s-era regeneration harvest in the project area as they look today.

**Figure 3.1 – 1980s Regeneration Harvest**



**Figure 3.2 - 1990s Regeneration Harvest**



Case 9:22-cv-00114-DWM Document 37-5 Filed 01/13/23 Page 76 of 659



Table 3.1 summarizes changes in management practices that have occurred by decade to provide for increased resource protection. Map M-10 displays the harvest history for the project area by decade and Appendix G provides a list of recorded timber sales in the project area from 1946 to 2012.

**Table 3. 1- Management Practices Summary by Decade***

| Year | Regen-eration Harvest (acres) | Interm-ediate Harvest (acres) | Activity | Effect |
|---|---|---|---|---|
| **1950s** | 3,074 | 6,498 | Treatments focused on both regeneration and intermediate harvest of bark beetle infested spruce stands and regeneration of mature mixed-conifer stands. Associated road building involved the development of the main collector roads up many of the drainages in the project area. Fire suppression reduces the role of fire on the landscape. | Loss of cover, snags, and old growth.<br>Increase in forage.<br>Riparian habitat modified through road construction activities,<br>Soil disturbance from ground-based skidding, excavated skid trails, and bulldozer piling.<br>Increase in sediment from new road construction.<br>Introduction of weeds, including hawkweed and knapweed. |
| **1960s** | 2,370 | 1,719 | | |
| **1970s** | 2,480 | 1,327 | Treatments focused on regeneration of mature mixed-conifer stands, salvage of lodgepole pine affected by mountain pine beetle, and white pine affected with blister rust. Following the passage of NFMA in 1976, these regeneration units were generally limited to 40 acres in size or less.<br><br>Intermediate harvest included removal of shade-tolerant species in some stands, but also removal of larger, trees to recover economic value and to stimulate release of understory trees in other stands. Road construction continued during this era. | |
| **1980s** | 1,830 | 747 | | |
| **1990-1997** | 410 | 701 | Treatments focused on regeneration of mature mixed-conifer stands, and salvage of lodgepole pine, and salvage of white pine affected with blister rust. Intermediate harvest included removal of shade-tolerant species in some stands, but also removal of larger, dominant trees to recover economic value and to stimulate release of understory trees in other stands.<br><br>Sales authorized by the Upper Yaak EIS: South Spread Timber Sale, Booming Voice, Rusty Pine, Rewhite Salvage. Other small timber sales, including Pete Creek Salvage were also prepared in the project area during this time. | Forest Plan standards applied which resulted in designated old growth areas, standards for snags and leave trees, better riparian protection through Riparian Guidelines, water yield guidelines, elimination of bulldozer slash piling, implementation of soil and water conservation practices, and better control of broadcast burning prescriptions.<br><br>Road building for management activities decreases and many NFS roads are closed to protect habitat for grizzly bears and other big game species.<br><br>Stands were planted with Douglas-fir, western larch and rust resistand white pine. Previously harvested areas are stocked and growing well. |



FS-046686

| Year | Regen-eration Harvest (acres) | Interm-ediate Harvest (acres) | Activity | Effect |
|---|---|---|---|---|
| **1998 - 2014** | 319 | 2,212 | Salvage of trees infected with white pine blister rust and high-risk lodgepole. Stocking of these stands with a variety of conifer seedlings. Implementation of road BMPs, creation of additional grizzly bear core areas. Decommissioning and/or long term storage of some roads.<br><br>Sales Authorized by the 1997 West Yaak Decision Notice: Down and Out Salvage, Blistered Lung SSTS, Rust in Hell SSTS, North Pole Salvage, Roaring Meadows Salvage. | Implementation of INFISH that established Riparian Habitat Conservation Areas around all streams and wetlands.<br><br>With these projects there has been a trend toward:<br>• Fewer acres harvested each year;<br>• More reliance on intermediate harvest leaving more forest structure, more snags and leave islands;<br>• Less specified road construction;<br>• Implementation of BMPs on existing roads;<br>• Recontouring of excavated trails and temporary roads;<br>• Implementation and monitoring of BMPS to protect soil and water resources in harvest units;<br>• Application and monitoring of guidelines for maximum allowable soil disturbance;<br>• More down woody debris left in the units; |
| **Total** | **10,484** | **13,204** | | |

* Additional past practices are documented in applicable resource sections.

Table 3.2 shows the timber sales that have occurred in the project area in the past 20 years and a more detailed listing of timber sales is located in Appendix G.

**Table 3.2 – Timber Sales in the Buckhorn Project area within the Last 20 Years***

| Timber Sale | Sell Date | NEPA Decision |
|---|---|---|
| Hunter's Hoe Down | 1999 | West Yaak Decision Notice |
| Down and Out Salvage | 1998 | West Yaak Decision Notice |
| Blistered Lung Special Salvage Timber Sale | 1998 | West Yaak Decision Notice |
| Rust in Hell Special Salvage Timber Sale | 1998 | West Yaak Decision Notice |
| North Pole Salvage | 1997 | West Yaak Decision Notice |
| Roaring Meadow Salvage | 1997 | West Yaak Decision Notice |
| Pete Creek Fuels Salvage | 1996 | Pete Creek Fuels Salvage Decision Memo |
| South Spread | 1994 | Upper Yaak EIS Record of Decision |

* This table does not include sales less than 20 acres in size. For a complete list of sales in the project area see Appendix G.

### Wildfires and Fire Suppression

The first recorded fire events occurred in the project area in 1889, when records show that approximately 9,000 acres burned in the Buckhorn project area. In 1931, another 14,909 acres burned in the head of the Spread Creek and Hellroaring drainages (see Map M-9, Buckhorn Fire

History). Historic photos taken in 1933 clearly depict a landscape that experienced active wildlfires (see Figure 3.7 in the Fire/Fuels section for historic photo). Major fire events across the West in 1910 led to a policy of wildland fire suppression.

Kootenai National Forest records show that although sixty wildfire ignitions have been recorded in the past 20 years within the project area, these ignitions only burned approximately 695 acres. While the majority of the Buckhorn project area has a fire return interval of 35 to 200 years, given the number of starts that have occurred within the last two decades, it is reasonable to assume that without fire suppression activities fire would have played a more active role in the project area and could have led to a greater variety of vegetative conditions across the landscape.

### Road BMP, Stored Service and Decommissioning Work

The Forest Service began intensive timber harvest in the Buckhorn area in the 1950s. With harvest activities, came the construction of the National Forest System (NFS) road network in the project area. The roads constructed for the transportation of timber products in the 1950s and 1960s were not always designed to serve long term management needs. In the 1990s the emphasis on road work transitioned from constructing new roads to reconstructing, storing and decommissioning existing roads. The emphasis of this work was to lessen the degree of hydrologic impact by roads on area streams with a particular emphasis on decreasing sediment delivery.

Forest Service records show that in the past 10 years Best Management Practices (BMP) have occurred on 29 miles of road open to the public. As part of this work, approximately 39 stream crossings were replaced to improve water quality and habitat for aquatic organisms. Other types of BMP work included the replacement and installation of drain dips, constructing or cleaning catch basins and ditches, blading, dust abatement, buttressing cut slopes and fill slopes and resurfacing roads.

### Road Management

Since the late 1980s protection measures for the threatened grizzly bear have markedly decreased the amount of road available for motorized public travel and management activities, while increasing security for grizzly bears as well as other wildlife species. The creation of grizzly bear core security areas has resulted in roughly half of the National Forest System (NFS) lands on the district being unavailable to motorized travel during the active bear year.

### Private Land Development

Less than 1 percent (333 acres) of the Buckhorn project area is privately owned. This land is currently held by small private landowners. New homes may continue to be built in this area. Much of the private land that was not previously converted to pasture or farms has seen some type of timber harvest.

## Ongoing and Reasonably Foreseeable Actions

Reasonably foreseeable actions include those management activities that are ongoing or scheduled to occur. These activities may occur regardless of which alternative is selected for implementation. Table 3.3 displays those ongoing and reasonably foreseeable actions in the

project area that were determined to be appropriate for consideration in the analysis of environmental effects.

**Table 3.3 – Ongoing and Reasonably Forseeable Activities**

| Ongoing Actions | Description |
|---|---|
| Grizzly Vegetation and Transportation Management Project | Analyzed in Grizzly Bear analysis/Bear Management Unit (BMU) 11 and 14. Timber harvest, road reconstruction, precommercial thinning, fuel reduction, ecosystem and wildlife burning, and watershed improvement in Bear Management Unit 11 and 14 (February 2012 Record of Decision). |
| Timber Stand Improvement 2010-2015 | Approximately 263 acres of precommercial thinning is scheduled to occur in the project area in stands below 4,000 feet in elevation, and approximately 866 acres of daylight thinning of western whitepine is scheduled to occur within the project area. (May 2009 Decision Memo). |
| Minerals | An exploratory drilling permit has been issued in the Hellroaring drainage and is scheduled to occur during the snow free season in 2015 and 2014 (July 2013 Decision Memo) |
| Recreation Activities | Ongoing trail maintenance work will occur on NFS lands, some of which will serve as part of the Pacific Northwest Trail. Baldy Mountain Lookout will continue to be maintained as a rental facility. |
| Road Activities | Routine road maintenance (road blading, culvert cleaning, and BMP work) is likely to occur as needed on existing roads in the project area. The roads most likely to receive maintenance are those open to vehicle traffic. |
| Fire Suppression | As currently outlined in the 2007 Kootenai National Forest Fire Management Plan, fire suppression efforts will be made to suppress any and all fires that may occur within the project area. |
| Weed Control | Ground-based spraying to control weeds is ongoing within the project area under the Kootenai National Forest Invasive Plant Management EIS (April 2007 Record of Decision) |
| Grazing | There are no grazing allotments on public lands on the Three Rivers Ranger District. |
| Communications | Radio repeaters installed on Baldy Mountain Lookout will be maintained. |
| Public Actions on Forest Service Lands | Recreational activities such as sightseeing, hiking, cross country skiing, camping, snowmobiling, hunting, and fishing, are ongoing and expected to increase over the next 10 years. Firewood cutting is predicted to continue to occur along open roads. Snowmobile grooming will likely continue to be permitted on an intermittent basis for the Spread Creek and North Creek NFS Roads. Two permitted outfitters will be allowed to continue seasonal operations within the project area. |
| Actions on Private Lands | Within the project area continued development of private land is expected. Development is expected to include commercial timber harvest, land clearing, home construction, road construction, septic field installation, water well drilling, and livestock grazing. |
| **Reasonably Foreseeable Actions** | **Description** |
| Idaho Buckhorn Project | Idaho Panhandle National Forest has proposed 4,000 acres of prescribed burning on the Buckhorn Ridge adjacent to the project area boundary in BMU 13. |

# Forest Vegetation

## Introduction

This section discusses the existing forest conditions and the effects of proposed treatments on forest conditions within the 56,000 acre Buckhorn Project Area. (see Vicinity Map M-1.) The forest vegetation analysis identifies indicators used in the analysis and analyzes the effects of the alternatives on the forest vegetation resource according to these indicators. In particular it discusses how the purpose and need seeks to address the existing forest vegetation conditions by: 1) promoting resilient vegetation conditions with an emphasis on species composition, forest structure, fuel loadings and characteristic patch sizes and patterns on the landscape and 2) provide wood products to local and regional economies. This analysis also show how each alternative addresses the key issues of regeneration harvest openings over 40 acres and the number of acres proposed for treatment within the Three Rivers Special Management Area as identified by the Forest Jobs and Recreation Action of 2013 (FJRA).

## Regulatory Framework

This forest vegetation analysis is guided by several documents, summarized below in Table 3.4, that establish policy and direction for the forest vegetation resource.

**Table 3.4– Guiding documents for Forest Vegetation analysis**

| Guiding Document | Direction |
|---|---|
| 1987 Kootenai National Forest Plan | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |
| The Multiple Use-Sustained Yield Act of 1960 | A federal law directing the Forest Service to achieve and maintain outputs of various renewable resources in perpetuity without permanent impairment of the land's productivity. |
| National Forest Management Act of 1976 | A federal law directing the Forest Service to disclose specific findings when implementing the Forest Plan. Findings for vegetation include suitability for timber production, use of clearcutting and even-aged management, vegetative manipulation, and regeneration potential. |
| Rangeland Renewable Resource Planning Act of 1974 | A federal law directing the Forest Service to ensure the future supply of forest resources while maintaining a quality environment. |

## Analysis Area

The analysis area for the forest vegetation resource is the project area and includes the timber stands that fall completely within the project area and all or a portion of timber stand compartments 404, 405, 406, 407, 408, 409, 410. For organizational purposes stands are

aggregated into sub-compartments and compartments, organized by Ranger District, National Forest, and US Forest Service Region. The analysis area is approximately 56,000 acres with 333 acres of privately owned land (see Chapter 1, Project Area Description). This analysis area is appropriate as it will capture trends and conditions of the forest vegetation. Vegetation conditions and trends outside this analysis area have been summarized within other reports and documents cited within this analysis. The most current information and data for vegetation are displayed in this analysis.

## Methodology

### Issue Indicators

The following indicators were used to evaluate each alternative's ability to address the Purpose and Need:

1. Promote Resilient Vegetation Conditions by managing towards characteristic species composition

   **Indicators:**
   - Acres of seedtree, shelterwood, and clear cuts to promote future larch/white pine stands including larch two-storied stands.
   - Acres of prescribed burning and acres of canopy reduction within huckleberry habitat types to increase understory vegetation (including huckleberry) for forage and browse.
2. Promote Resilient Vegetation Conditions by managing towards characteristic forest structure –

   **Indicators:**
   - Acres of seedtree and shelterwood cuts to promote future larch two-storied stands.
   - Percent of age class distribution within the project area compared to characteristic age class distribution.
3. Promote Resilient Vegetation Conditions by managing towards characteristic fuel loadings –

   **Indicators:**
   - Acres of low- and mixed-severity fire regime restored.
   - Acres of lodgepole at high-risk for mountain pine beetle attack stands and mortality removed
   - Acres of fuels reduced through harvest related activities
4. Promote Resilient Vegetation Conditions by managing towards characteristic patch size and pattern –

   **Indicators:**
   - Number of units and acres restored to characteristic patch size and pattern
5. Timber Production

   **Indicator:**
   - Volume of timber produced
6. Maintain or Improve Water Quality and Native Aquatic Species Habitat:

   This is not a vegetation-related issue. Indicators are identified in the fisheries and water sections of this document.

The following indicators related to the key issues are addressed:

- Regeneration harvest units greater than 40 acres
- Acres proposed for treatment within the Three Rivers Special Management Area as defined by the Forest Jobs and Recreation Act of 2013

## Information Sources

**Integrated Scientific Assessment for the Interior Columbia Basin -** This document was completed in 1996 (Quigley and others 1996) and provides a broad-scale context for the terrestrial vegetation and landscape ecology for the interior Columbia River basin of which includes this project area.

**Comprehensive Evaluation Report (CER) -** This report (USDA 2009) provides updated methodology for vegetation classification and historic range of variability as part of the Kootenai National Forest Plan Revision process (KNF Forest Plan Revision). For the purposes of this analysis, it was used primarily to help in establishing baseline reference conditions for forest vegetation.

**Analysis of the Management Situation for Forest Plan Revision (AMS) -** The AMS of 2003 (USDA 2004) is a summary of background analysis of vegetation, fire risk, and timber production originally prepared for the KNF Forest Plan Revision process. It incorporates findings from monitoring and evaluation of past management, historic and current trends of resources, and science and assessments relevant to the resources being managed. Historic range of variability is presented in a social and environmental context.

This information was used to help establish baseline reference conditions, disturbance regimes, and departures from historic conditions. The AMS was also referenced for the need for change in management of vegetation, and implications for continuing under current management direction.

**Vegetation Response Unit/Biophysical Setting -** Vegetation Response Units (VRU) are used on the Kootenai National Forest to stratify lands for planning purposes **(Gautreaux 1999, KIPZ AMS 2004)**. A VRU is an aggregation of related vegetative communities (habitat types) with similar soils, topography, and climate. Natural processes such as nutrient and biomass cycling, plant succession, fire regimes, and site productivity are also similar. Responses to disturbance from human and natural causes can be expected to follow similar pathways. Historically lands within a given VRU were subject to broadly similar disturbance regimes. There are 11 VRU's classified on the Kootenai NF. VRU's are a useful tool for stratifying the existing landscape for comparing to historic conditions. Map M-11 displays the location of mapped VRUs in the Buckhorn project area.

Biophysical Settings are aggregations of VRU's grouped by temperature and moisture gradients- warm/dry, warm/moist, and subalpine. Biophysical Settings were used in the CER as a basis for classification for historic range of variability and in the Proposed LMP to refine design features for such things as snags and fuel loadings. Three biophysical settings have been established, which group the VRU's into warm/dry (VRU 1-3), cool/moist (VRU 4-6), and subalpine (VRU 7-11).

**Fire Regimes –** Fire regimes are the patterns, frequency and intensity of wildfires. Fire regimes were taken from **Fischer and Bradley (1987)** and **Smith and Fischer (1997)**. The fire regimes described in these two publications were mapped at the Forest level using habitat types as the

mapping unit. VRU's have also been classified as to their dominant fire regimes. Additional perspectives on applicable fire regimes for this area were taken from **Brown and Smith (2000)**.

**FSVeg -** Data for all stands within the project area was available from the FSVeg database. This database contains basic site and stand information and stand exam information including slope, aspect, elevation, habitat type, Montana fire group, Idaho fire group, forest type, size class, age class, and year of stand origin. Information was updated 2005 and 2009.

**FACTS -** The Forest Activity Tracking Database (FACTS) contains all management activities that have affected stands including activities such as past harvest, fires, thinning, planting, weed spraying, and others.

**Region 1 Summary Database -** The Region One Project-Level Summary Database is a tool that uses other databases and models. It uses FSVeg stand data where additional information is extracted via Forest Vegetation Simulator (FVS) growth models, wildlife habitat models, fuels models, insect hazard models, and others.

**GIS Layers -** Various Kootenai NF GIS layers were used as sources of information and for spatial analysis, including the following:

- Stand Data: stand delineations and associated data from FSVeg and FACTS
- Vegetation Response Units (VRU): aggregations of land having similar capabilities and potentials for management
- Regeneration Harvest: past clearcut, seedtree, and shelterwood harvest units from FACTS
- NAIP: 2009 color orthophoto mosaic in digital format
- Forest Plan Management Areas (MA's): delineations of management areas that provide guidelines for management emphasis
- Transportation system: delineations of all roads and trails.
- Inventoried Roadless Areas: delineations of Inventoried Roadless Areas
- Land Ownership: delineations of all land ownership
- Stream and wetlands: delineations of streams and wetlands

**Walk-through Surveys -** Field visits to the proposed treatment areas, as well as other areas, were conducted by the district silviculturist during fall of 2011 through the summer of 2013. Forest stands (areas of similar existing vegetation composition, age, structure and productivity) were reviewed to assess existing conditions including insect and disease activity, growth rates, productive potential, regeneration potential, species composition and stand structure, size classes, fuel loading, and understory vegetation. Site conditions such as slope, aspect, surface rock, wet areas, and potential for blowdown were also noted as was validation for suitability for timber management. Plant and animal sightings and/or evidence of use was noted for resource analysis.

## Analysis

The broad-scale context for the terrestrial vegetation and landscape ecology is provided by the Integrated Scientific Assessment for the Interior Columbia Basin (Quigley and others, 1996). Vegetation databases (FACTS, FSVeg, FSVeg Spatial) and growth model (Forest Vegetation Simulator) and on-the-ground reconnaissance were utilized to generate information on forest vegetation attributes such as age class, forest species composition, stand size class, and the VRU

classification. These tools were used to identify site-specific treatment needs that address the purpose and need for the project and to analyze the effects of proposed actions.

Forest stand management needs were identified by a silviculturist based on existing vegetation conditions and desired stand conditions. Desired stand conditions were developed to be ecologically compatible with the site, as well as with current, expected and historic disturbance patterns and successional pathways of the landscape vegetation. The desired stand conditions generally follow historic range of variability and are based on the Forest Plan management area direction for the sites as described in the KNF Forest Plan (pages III-1 through III-126). The management needs identified for each stand are the actions that would move the stands from the existing condition toward the desired condition to maintain or improve forest health in the project area.

The vegetative objectives from the project purpose and need are tracked by alternative to measure the effectiveness of alternative ways of managing the forests of the project area. Relevant factors, which reflect the project purpose and need, included stand composition, especially the condition and presence of larch and white pine, stand structure, and patch size and shape. The metrics used to gauge the relative degree to which the purpose and need is addressed are displayed in the Environmental Consequences section of this section. Species composition indicates the presence of desired seral species which indicate relative resistance to insect, disease, and fire. By looking at the age class distribution, the analysis can show relative abundance of various age classes of trees. The size of the treated area can indicate relative relationship to historic patch size, and the volume of timber harvest produced by alternative demonstrates the degree to which each alternative contributes to employment and income. Additional analysis related to employment and income can be found in the Economics section of Chapter 3. Discussions and data displayed in this section will give the reader an idea of how these metrics are relative to the specifics of the project purpose and need. Documentation for the general target stands, site-specific stand data, and stand diagnosis can be found in the project file. A description of the features of various silvicultural systems is included in Chapter 2. A description of proposed harvest units by alternative can be found in Appendix A – Unit Summary Table, and a description of the prescribed burn units can be found in Appendix B – Prescribed Burn Unit Table.

## Affected Environment

### Existing Conditions and Changes from Historical Conditions

The existing vegetative patterns of the project area are typical of the broad, surrounding landscape and are characterized by plant communities influenced by both cool, Canadian air masses and the inland maritime weather systems. The latter weather systems moderate the cold winter temperatures, otherwise typical of a montane environment, and produce the type of climate necessary for the survival of coastal species, such as western hemlock, pacific yew and western redcedar. Average annual precipitation ranges from 29 to 113 inches. At the higher elevations, most of the precipitation falls as snow. This climate is strongly influenced by rain-on-snow events.

As described later in this section, the cumulative influence of natural and human-caused disturbances delimits the species composition, forest structure and function of the landscape (Habeck and Mutch 1973; Arno 1976; Arno 1980; Fischer and Bradley 1987). Wildfire historically played a role interrupting forest succession and creating much of the existing

vegetative diversity. Figure 3.3 displays the historic (desired) species composition on the Kootenai National Forest as compared to the current species composition.

**Figure 3.3 - Historic (desired) Species Composition by Dominance Group on the Kootenai National Forest**




PP = ponderosa pine; DF = Douglas-fir; LP = lodgepole pine; WL = western larch; GF/C/WH mix = grand fir/cedar/western hemlock mix; WP = white pine; and SF mix = subalpine fir mix
Data is from Forest Inventory and Analysis and is used in the FEIS for Forest Plan Revision

Figure 3.3 gives a visual understanding of how some of the vegetative conditions are outside of historic/desired conditions for the Kootenai NF. Further into this section Table 3.7 displays current Species Composition and compares it to historic/desired specis composition Table 3.11 displays the current Age Class distribution by major VRU and contrasts it with historic/desired conditions. These data along with other data and discussions shows how currect vegetative characteristics are outside of the desired ranges and supports the purpose and need for this project.

### Forest Composition-VRU

The vegetative composition of the project area, in terms of vegetative response units (VRU's), is displayed in Table 3.5. The majority of the project area (52 percent) falls into the moderately warm/moist VRU's 5S and 5N, and these are the VRU's where timber harvest would occur under the action alternatives. The prescribe burns would be located predominantly in VRU's 7 and 9 with smaller portions within VRU's 2, 3, 5, and 10 (see Map M-11 of VRUs in the Buckhorn project area).

**Table 3.5- VRU's in Project Area**

| VRU | Acres of National Forest System (NFS) Land | Acres of Private Land | Total Acres | Percent of Project Area |
|---|---|---|---|---|
| VRU2S | 1,047 | 18 | 1,065 | 1.9 |
| VRU3 | 540 | 0 | 540 | 1.0 |
| VRU4S | 55 | 0 | 55 | 0.1 |
| VRU5N | 12,190 | 17 | 12,207 | 21.8 |
| VRU5S | 16,813 | 16 | 16,829 | 30.1 |
| VRU6 | 343 | 0 | 343 | 0.6 |
| VRU7N | 7,437 | 0 | 7,437 | 13.3 |
| VRU7S | 8,630 | 228 | 8,858 | 15.8 |
| VRU8 | 573 | 0 | 573 | 1.0 |
| VRU9 | 7,265 | 0 | 7,265 | 13.0 |
| VRU10 | 684 | 0 | 684 | 1.2 |
| Ag Land/grass | 4 | 54 | 58 | 0.1 |
| Total | 55,582 | 333 | 55,915 | 100 |

Information in this table is from FSVeg database

### *VRU 2, 3*

Current stand compositions in VRU's 2 and 3 is large ponderosa pine and Douglas-fir with an understory of Douglas-fir and grand fir seedlings, saplings, and poles. The understory trees have developed during the period of fire exclusion, and historically the ponderosa pine was a "fire climax".

### *VRU 5*

This VRU occurs at an average elevation of 3800 feet, where precipitation ranges from 30 to 50 inches per year. The common occurrence of loess deposits leads to this VRU having some of the highest biological productivity on the KNF. The hemlock and cedar series represent the median conditions of this VRU, while the drier ecotones are represented by the grand fir series and the cooler ecotones by the subalpine fir series.

VRU 5 has historically received the most emphasis on the Kootenai NF in terms of timber harvest and vegetation management, in large part due to mountain pine beetle-caused mortality and wildfires in lodgepole pine.

Stand composition, outside of plantations, is currently dominated by either a dense mixture of hemlock and cedar, or a dense mixture of hemlock and cedar with larch and white pine with the amount of healthy larch and white pine being quite variable.

#### *VRU 7*

This vegetation response unit occurs in the moist lower subalpine forest setting and is common on northwest to east facing slopes, stream floodplains, and poorly drained subalpine sites, and moist frost pockets. This landscape is typically bordered by warmer sites (VRU 5) and cool, drier subalpine sites (VRU 9) and includes characteristics of each. Vegetative productivity is moderate to high because of the high moisture-holding capacity and nutrient productivity of loess deposits, adequate precipitation, and a good growing season. The predominant conifer species are subalpine fir, lodgepole pine, Engelmann spruce, with scattered white pine and western larch.

#### *VRU 9, 10*

These sites are generally found on rolling ridges and upper reaches of mountain slopes generally above 5,400 feet in elevation (VRU 9) and steep convex mountain slopes (VRU 10). The climate is characterized by a short growing season with early summer frosts. Due to generally shallow soils (low water holding capacity), slope position, and aspect, soil moisture is often limited during late summer months. These settings are very suitable to lodgepole pine and subalpine fir, the most common conifers, with scattered Douglas-fir and larch and the higher elevation areas have whitebark pine and alpine larch.  These sites typically feature open grown trees and an abundance of brush.

### Ecosystem Function and Resiliency

The major change affecting function and resiliency of the forests in the project area is the increase in late-seral, shade-tolerant and fire-intolerant species such as cedar, hemlock, and subalpine fir, (USDA, 2004).  The grand fir, western hemlock, and cedar types are lower on the Kootenai NF than historical, but at the project level these species have increased with a corresponding decrease in white pine, and larch, and ponderosa pine.  Lodgepole pine has decreased due to fire suppression and mountain pine beetle mortality and subalpine fir has increased in its place (see Forest Vegetation Figure 4).

Loss of the fire-resistant large-tree component has reduced the fire resiliency of stands, while also affecting ecosystem function by virtue of the roles that the large trees historically played in providing, among other things, nesting sites and large snags and down logs.  Western larch, ponderosa pine and white pine are fire adapted, relatively drought resistant and more root disease resistant than other species, and are capable of dominating the forest stands from establishment to 350 years (Shiplett and Neuenschwander, 1994). An increase in homogeneity in fuel loadings and stand structure as a result of fire suppression has led to a higher hazard of stand-replacing fire. Historically, mixed severity fires, along with other disturbance agents, maintained approximately 60 percent of the landscape in a mixed age, multi-aged, mid-seral condition (Losensky 1994) and currently about 24 percent of the project area is in this condition.  Many stands in the mid to lower elevations are at high densities and would likely experience active tree torching and/or crown fire.  This equates to a higher risk of losing the large-tree component in these stands, with the associated effects on future old-growth.

The ability of trees to overcome stressors such as drought and insects and pathogens is thought to be due to a hierarchical prioritization of their resources.  Trees under heavy competition have few or no extra photosynthate to devote to protection against insects and disease (Hessburg et al. 1994, Christiansen et al. 1987).

## Fire Regimes/Expected Fire Behavior

Fire regimes for the project area are displayed in the Fire/Fuels section of this chapter. The dominant fire group is fire regime III found in VRU 5 on warm moist sites. Fire regime IV is the other main fire regime, and is found in VRU's 7, 9 and 10.

The relationship of the biophysical setting, VRU, and various fire regime classifications is given in Table 3.6. It should be noted that the fire regime of any given area is inherently complex and influenced by local topography, weather, and insect and disease conditions. The following discussions by affected VRU consider the general types of conditions under which fire played a role in shaping the vegetation.

**Table 3.6- Fire Regimes by Biophysical Setting and VRU**

| Biophysical Setting | VRU | Common Tree Species | Fire Regime | Percent of Proposed Action Harvest Acres | Percent of Proposed Action Burn Acres |
|---|---|---|---|---|---|
| **Warm/Dry** | 1-3 | PP-DF-L-LP | I | <0.1 | 3 |
| **Warm/Moist** | 4-6 | C-WH-L-WP | III, IV | 99.9 | 15 |
| **Subalpine** | 7-10 | SAF-LP-DF-L | IV, V | <0.1 | 82 |

Definitions: PP=Ponderosa Pine, DF=Douglas Fir, WL=Western Larch, LP=Lodgepole, WRC=Western Red Cedar, WH=Western Hemlock, WP=Western White Pine, SAF=Sub-Alpine Fir.

### *VRU 2, 3*

Sites in VRU 2 and 3 in the project area are located at the lower elevations just north of State Hwy. 508 on south facing slopes, and experienced low to moderate severity fires with a frequency of 15 to 45 years. This frequency maintained ponderosa pine, Douglas-fir, and larch as overstory dominants, with the longer fire-free intervals leading to more Douglas-fir in the mix.

### *VRU 5*

This VRU is found throughout the project area except at the higher elevations. The historic fire regime in this VRU was typified by heterogeneous, infrequent stand replacement fires with an average frequency of 200 years or more. On drier sites, i.e. VRU 5S, mixed severity fires occurred on the average of 75 years, with some areas also experiencing low-severity underburns. Evidence from fire-scarred trees within the nearby Grizzly EIS project area (2006) indicates a fire-return interval of 32 to 82 years. These mixed severity and underburn severity fires would have kept the more shade-tolerant, fire-intolerant species in a subordinate status.

### *VRU 7, 9*

These VRU's are found along the ridge tops and at the higher elevations in the project area with a small portion of VRU 7 occurring in the riparian area along the Yaak River. Fires in these VRU's are variable due to the moisture and temperature gradients and therefore burn non-uniformly.

Some areas would burn completely while others would be left intact. Stand replacing fires are the most common and occur every 100+ years while mixed-severity fires burn on average every 40-100 years. VRU 7 generally had more non-uniform fires yet more intense but less frequent than fires in VRU 9.

Additional information on fire return intervals, fuels and expected fire behavior can be found in the Fire/Fuels section of Chapter 3.

### Forest Structure and Species Composition

Stand structure (forest structure or size class) is defined as the horizontal and vertical distribution of components of a forest stand including the height, diameter, crown layers, and stems of trees, shrubs, herbaceous understory, snags and down woody debris (Helms, 1998). Structure classifications of forest vegetation can be used to reflect processes which operate across landscapes and their component stands, and are described throughout this section. Forest type, or Dominance type, is a classification based on the dominant species currently occupying the site. The forest types found in the project area are displayed in Figure 3.4.

**Figure 3.4 - Species Composition within the Project Area**




Table 3.7 below, gives the existing forest type distribution for the project area in comparison with the HRV and VRU 5, the VRU where most of the harvest activities are proposed (CER p. 2-20 and Appendix I p. I-14,15). The following trends are suggested by this data: the percentages of grand fir/cedar/hemlock types and the subalpine fir type are higher than the historic ranges, and the percentages of larch, white pine, and ponderosa pine are lower than the historic ranges. These

conclusions are consistent with the analysis of forest types done Forest-wide. Trends for forest type for VRU 5 are similar to forest-wide and project area-wide trends, namely a decrease in the larch and white pine forest types compared to historic levels. The loss of most of the larch, white pine, and Douglas-fir types is noteworthy.

**Table 3.7- Species Compositions compared to a Historic Range of Variability**

| Forest Type | Forest type Percent of Project Area | HRV Forest Type Percent of Project Area | HRV Forest Type for VRU 5 |
|---|---|---|---|
| Private | 1 | - | - |
| Western Red Cedar/ Western Hemlock (WRC/WH) | 18 | 5-11 | 15-29 |
| Douglas-fir (DF) | 5 | 4-8 | 7-15 |
| Grand Fir (GF) | 1 | 5-11 | - |
| Western Larch (WL) | 8 | 26-52 | 37-73 |
| Lodgepole Pine (LP) | 9 | 12-23 | - |
| Non-Forest | 5 | - | - |
| Ponderosa Pine (PP) | 1 | 5-9 | - |
| Subalpine Fir (SAF) | 49 | 11-21 | - |
| Western White Pine (WP) | 3 | 4-9 | 8-16 |

Dashed boxes indicate that no data is available. HRV data is from CER Appendix B p. B-6.

**Western Larch (WL)** The western larch forest type accounts for eight percent of the project area and is found mainly within VRU 5 (83 percent of WL acres). This species was historically one of the dominant early seral species found here, due to its very high degree of fire-resistance (Smith and Fischer 1997, Scott et al. 2002). Western larch is the most shade-intolerant conifer in the Northern Rockies (Schmidt and Shearer, 1995). The AMS identified the decrease in dominance by larch as a major change that has occurred, and the current approximately 8 percent dominance of this type is below the desired of about 26 to 52 percent (CER p. 2-20 and appendix I p. I-14, 15). Major factors influencing this condition are the increase in competition from shade tolerant species, and the heavy incidence of dwarf mistletoe.

**Lodgepole Pine (LP)** The lodgepole pine forest type accounts for five percent of the project area and is found mainly within VRU 5 (73 percent of LP cover type acres). Historically LP dominated areas after stand replacement fire due to its closed-cone habit and is often a result of the heavy fuel loading generated after a mountain pine beetle caused mortality.

**Western White Pine (WP)** It is estimated that western white pine population throughout its interior Northwest range may be less than five percent of what it was at the turn of the 20th Century (Harvey and others, 2008). The white pine forest type currently occupies only three percent of the project area, with 98 percent being found within VRU 5. This type has been

greatly reduced in extent due to the blister rust fungus, salvage logging rust infected trees, and to some extent the lack of stand replacement fire

**Western Redcedar-Western Hemlock (WRC, WH)** The cedar and hemlock forest types are discussed together, because they are usually found in combination, occupy similar sites, and are the primary shade-tolerant species found in the project area. Together, these two types comprise about 18 percent of the project area, with 96 percent of the acres found within VRU 5. Increase in the number of acres dominated by these species has occurred due to a reduction in mixed severity fires, loss of white pine, and past timber harvest which targeted the larch, Douglas-fir, and white pine.

**Subalpine Fir (SAF)** The subalpine fir type is found mainly in the subalpine biophysical setting (VRU 7-10), and accounts for 14196 acres within VRU 7 and 4507 acres within VRU 9. The fact that it occupies almost half of the project area and over 7700 acres in VRU 5 is more evidence for the shift towards shade-tolerant, fire-intolerant species in these VRU's. This type has increased in the subalpine settings due to a reduction in mixed severity fires and the loss of lodgepole pine due to mountain pine beetle.

**Douglas-fir (DF)** The Douglas-fir forest type is curiously in short supply in this project area making up a mere 5 percent of the project area and 62 percent of it occurs within VRU 5. High moisture and tenacious competition by moisture loving cedar and hemlock have kept numbers low. Douglas-fir is well adapted to drought and is thought to be a tree that may be well adapted for the future in light of changing climate.

**Non-Forested** The non-forested areas make up 5% of the project area and are most common in VRU 9 accounting for 73% of the non-forested areas. These sites occur due to shallow/dry soils and wind exposed ridge-tops. This type is very low in VRU 5 but the reference range may not be appropriate in this project area due to the high moisture and productivity.

**Whitebark Pine (WBP)** The whitebark pine is not abundant enough to make up a mapped forest type. It is found generally above 6000 feet elevation in some areas. Scattered individuals with a few scattered cone producing trees were found on the higher ridges except on Line Point where a stand of larger/cone producing trees were found. The majority of whitebark pine are less than approximately twelve feet tall. The Botany section of this chapter discusses whitebark pine in detail.

## Age Classes

The age class distribution for the project area is given in Table 3.8. Approximately 71 percent of the area is occupied by stands less than 150 years old, reflecting the stand replacing fires of 1889 and 1910, fire exclusion policies since 1910, harvest of remnant trees that survived the fires, and salvage of beetle-killed spruce and lodgepole pine starting in the 1950's. The age class distribution for VRU 5 is similar.

**Table 3.8- Age Class Distribution for the Project Area**

| Age Class | Acres | Percent of Project Area |
|---|---|---|
| 0-40 yrs | 5520 | 10 |

| Age Class | Acres | Percent of Project Area |
|---|---|---|
| 41-100 yrs | 14,520 | 26 |
| 101-150 yrs | 19,666 | 35 |
| Over 150 yrs | 12,697 | 23 |
| Non-forest | 1,938 | 3 |
| Private | 333 | 1 |
| No Data | 1,241 | 2 |
| Totals | **55,915** | **100** |

## Understory Vegetation

### *Moist Habitat Types (VRUs 5 and 7)*

Common evergreen shrubs in the warm/moist habitat types are: princes pine, creeping Oregon grape, and kinnikinnick. Deciduous shrubs common in these habitat types are: Rocky Mountain maple, spirea, serviceberry, blue huckleberry, grouse whortleberry, thimbleberry, snowberry, fool's huckleberry, and sitka alder.

Common grasses and forbs are: pinegrass, elk sedge, beargrass, queen cup beadlilly, twinflower, coolwort foamflower, bedstraw, wintergreen, and Solomon's seal.

### *Drier Habitat Types (VRUs 2, 3, 4, 8, 9, 10)*

Common shrubs are: ocean spray, rose, ninebark, Rocky Mountain maple, snowberry, common juniper, spirea, buffalo berry, and creeping Oregon grape.

Common grasses and forbs are: pinegrass, and elk sedge.

### *Huckleberries*

Huckleberries are an important food for wildlife and people. Huckleberries are a dominant food source for grizzly bears (Johnson, Gautreaux, 2008). For thousands of years Native Americans harvested huckleberries and dried them for storage and later use. Native Americans still harvest huckleberries for traditional uses. Huckleberries are found scattered throughout portions of the project area. They are scattered throughout many of the proposed harvest units and portions of the prescribed burn units. There are four types of huckleberry plants in the project area; Vaccinium membranaceum (big or blue huckleberry), Vaccinium globulare (globe or blue huckleberry) (often combined with Vaccinium membranaceum), Vaccinium myrtillus (dwarf bilberry) and Vaccinium scoparium (whortle berry). These plants are generally described in the literature as being found on southern exposures but, as observed in this project area, are found on many aspects depending on the site. Generally plants are found in abundance between 3,000 to 7,000 feet elevation depending on species with whortleberry more abundant at the higher elevations. Porposed huckleberry enhancement activites for this project occur at these elevations. On the southern aspects plants thrive in partial shade whereas on other aspects, plants thrive in light shade to open grown conditions. Huckleberry are also found at lower elevations but are more scattered. Due to the very high precipitation within the project area huckleberry plants thrive on

south aspects even with no shade. Plants rarely reproduce from seed, instead mainly from rhizomes (Miller 1977). Existing huckleberry plants would spread by rhizomes and possibly some by seed into areas with no understory vegetation due to the increase in sunlight, water and nutrients available after harvest and or burning removes the overstory canopy.

Fire is an important factor in maintaining healthy huckleberry plants. Kerns, et. al 2004, reports that shade generally decreases fruit set in most western huckleberries, and native peoples of the Northwest apparently burned red huckleberry and other huckleberries to maintain or enhance fruit production. They also concluded that the huckleberry fields are dwindling in size as a result of decades of fire suppression. Sprouting is very heavy after a low severity fire (Simonin, 2000). Barney (1999) recommends looking for huckleberries in clearcuts and burned areas about 10 years old and that it takes up to 15 years to reach maturity from seed. Soils on productive huckleberry patches often have large amounts of organic matter and down woody debris (ibid). Fire suppression has resulted in fewer fires as described earlier. This has resulted in a decline to brush species like huckleberry.

## Influences on Existing Condition

### *Fires of 1889 and 1931*

The most profound influence directly affecting vegetation has been the occurrence of stand replacing fires in 1889 and 1931. The fire of 1889 affects 16 percent of the project area, and the fire of 1931 affects 27 percent of the project area, for a combined total of 43 percent of this area or 23,897 acres. These stand replacing fire burned in over 80 percent of the VRU 5, and over 40 percent of the VRU7 in the project area, affecting distribution of age classes, size classes, and structure.

Distribution of age classes, size classes, structure and species diversity were further influenced by fire suppression, logging and later smaller stand replacement fires. Additional information on fire history can be found in the fuels section in this chapter and is displayed on Map M-10.

These two extensive fire events, along with the subsequent implementation of a fire suppression policy and logging, has resulted in the reduction of the greater than 150 year age class, an increase in shade tolerant species distribution, a continued trend toward homogeneity of structure, and increased stand densities. The situation is further influenced by early harvest that targeted the fire-survivor trees and left younger trees that originated with the fire disturbance, effectively removing the older age class and seral seed sources from these two-storied stands. These fires initially provided an extensive opportunity for species diversity, creating conditions to allow for the development of most major seral species. Fire suppression without intervention or cultural treatments lead to more densely stocked stands with all trees using greater energy to compete and survive, resulting in less energy reserves to use in defense of insect attack or disease infection (Hessburg et al. 1994, Christiansen et al. 1987). Overall there is very little diversity in tree species (see Figure 3.4),and individual species such as white pine, whitebark pine, larch, and ponderosa pine are decreasing in the overall composition of the project area.

## Past Timber Management

Some sites within the assessment area have been part of an active timber management program (refer to Table 3.1 at the beginning of Chapter 3 for a description of past timber management in the project area and see Appendix G for a list of past sales in the project area). Much of this began

around the 1940s and 1950s as harvest focused upon salvage of beetle-killed spruce. The 1970s through the 1990s saw a number of timber sales focused on salvaging dead and dying white pine. These areas were mixed species with varying densities of white pine that was being killed by white pine blister rust. Some treatments were intermediate salvage cuts that favored shade-tolerant species such as hemlock and cedar and others were regenerated by clear cut or seedtree harvest, where the density of white pine was enough to convert to healthy, single- and two-storied sapling and pole sized stands of larch, white pine, lodgepole pine, and Douglas-fir. Cedar harvest was another common focus during this time period due to the abundance of cedar in the project area and the local demand for cedar products such as shakes, posts and rails.

Subsequent entries in the 1970s through the 1980s focused on reducing economic losses in lodgepole pine stands killed or at high risk to mountain pine beetle infestation. High risk stands are composed primarily of mature, very dense lodgepole pine stands, and have been regenerated to healthy, single- and two-storied sapling and pole sized stands of larch, spruce, white pine, lodgepole pine, and Douglas-fir.

All past regeneration harvests have been successfully regenerated to conifers, though the long trending drought conditions have created some reforestation challenges. Table 3.9 displays the regeneration harvest by decade for the project area as a whole and for VRU 5, where most of the timber management has occurred and where most regeneration harvest is proposed in the action alternatives (see Appendix G for a list of all recorded past timber sales in the project area).

**Table 3.9- Regeneration Harvest by Decade in the Project Area**

| Decade of Harvest | Acres of NFS Lands | Total VRU 5 |
|---|---|---|
| 1940s | 27 | 27 |
| 1950s | 3,047 | 1,372 |
| 1960s | 2,370 | 1,805 |
| 1970s | 2,480 | 2,229 |
| 1980s | 1,830 | 1,592 |
| 1990s | 637 | 626 |
| 2000s | 92 | 90 |
| **Total** | **10,483** | **7,741** |

Intermediate harvest such as salvage, liberation and sanitation cuts involved removal of overstory white pine, larch, Douglas-fir, cedar, and ponderosa pine, has resulted in fewer management options on many of the affected acres. This intermediate harvest (Table 3.10) has shifted the species composition towards cedar and hemlock, often leaving very dense stands where larch has been declining due to lack of sunlight and dwarf mistletoe. These types of stands are representative of the stands being proposed for regeneration harvest in the Proposed Action.

**Table 3.10 - Intermediate Harvest by Decade for the Project Area**

| Decade of Harvest | Acres of (NFS) Lands |
|---|---|
| 1950s | 6,498 |
| 1960s | 1,719 |
| 1970s | 1,327 |
| 1980s | 747 |
| 1990s | 2,396 |
| 2000s | 517 |
| **Total** | **13,204** |

In summary, the project area has an age class distribution that is reflective of the inherent fire history, structural change from fire exclusion, timber harvest, and forest development affected by other disturbances.

## Insects and Disease

Native insects and pathogens of forest trees perform important functions in natural ecosystems, killing decadent trees, creating dead and down woody habitat for other species, recycling nutrients, and creating gaps for regeneration. Most of the time, these organisms remain at levels where they do not cause rapid, large-scale changes in the structure or composition of plant communities. Yet certain conditions, such as drought, can trigger major insect outbreaks or trigger disease effects that result in substantial tree mortality, such as the mountain pine beetle epidemic of the 1980's and subsequent pulse attacks in the late 1990's, and the ever-present root and stem diseases. The non-native white pine blister rust has also had a substantial effect on white pine. These outbreaks have increased fuel loadings, contributing to increased fire hazards in these forests.

### *Forest Insects and Disease Common to the Project Area*

**White pine blister rust** (Cronartium ribicola) was introduced from Europe and Asia in the early 1930's, and then spread quickly throughout most of the range of five-needle pines, where it has substantially reduced the populations of these pines throughout their ranges in the West, except for those in southern California (Neuenschwander et. al., 1999). It is a major killer of natural regeneration, and makes re-establishment of wild populations of these species on high hazard sites difficult or impossible. In many areas, the only natural hosts remaining in high hazard areas are large trees that have had their tops and many branches killed by the fungus, and trees in this condition are often predisposed to attack by mountain pine beetle. This is an exotic pathogen that has not coevolved with its hosts, and because of the importance of white pine to forest diversity, there is great interest in managing to re-establish rust-resistant strains of this once widespread tree. This fungus has substantially reduced the amount and distribution of white pine within the project area (ibid).

Evidence of blister rust can be found in all stands where white pine still is or has recently been a component. Recent activity has essentially eliminated white pine from many stands, while other

stands still have a relatively healthy component most likely because factors controlling infection have not been favorable. There may be some genetic resistance in the remaining healthy trees, or the appropriate weather conditions for pine inoculation in late summer and early fall have not happened yet. The project area has numerous white pine plus trees. These trees have been selected for the superior growth, form and resistance to blister rust. Seed and pollen are collected from these trees and used for controlled breeding (at the Coeur d'Alene nursery) with other white pine plus trees to establish naturally resistant trees. The project area contains two white pine progeny test plantations where these naturally resistant seedlings have been planted and are being monitored. Research has shown that improved, rust resistant western white pine perform better than natural regeneration in terms of rust resistance (King and others, 2010).

**Mountain pine beetle** *(Dendroctonus ponderosae)* is a native bark beetle that attacks primarily lodgepole pine, white pine, and whitebark pine in the project area. Trees attacked by this beetle are generally killed. As mentioned above, it is often the agent responsible for mortality in white pine infected with blister rust. It is also the key agent in regenerating stands of older lodgepole pine.

This bark beetle has continued to be active over the last 15 years in the areas surrounding the project area and across the western U.S. and Canada. Climate change is one factor that is suspected of contributing the additional elevation and latitude that the beetle has been affecting recently. Based on stand exam data on species composition (amount of lodgepole pine), age class, and density, and elevation and use of the R-1 Summary Database model, there are approximately 13,300 acres of stands with lodgepole pine and approximately 3,620 acres that are at high hazard of infestation. Approximately 12-15 years ago, mountain pine beetle caused large-scale mortality in whitebark pine in the Northwest Peaks Scenic area just north of this project area and has killed some whitebark pine in this project area.

**Dwarf mistletoes** *(Arceuthobium spp.)* are small parasitic plants that infect host trees via seeds disseminated by wind and birds. These species are generally host-specific, but the larch dwarf mistletoe does also infect lodgepole pine. Their effect is to slowly weaken trees by robbing them of both nutrients and water. The primary role of dwarf mistletoes in this area is their contribution to the break-up of lodgepole pine stands, and to the continued mortality of larch. They also play a role in susceptibility to fire, because of the accumulations of fuels resulting from dead "witches brooms" (or dense masses of branches and needles at infection sites), dead fallen trees, and live brooms in the lower crowns of trees (Koonce and Roth 1985). Historically, fire played a role in controlling the distribution of dwarf mistletoes (Alexander and Hawksworth, 1975).

Based on field review and stand exam information, approximately 50 percent of the stands in the larch type are infected with mistletoe.

**Root diseases** *(Armillaria ostoyae, Phellinus weirii, Heterobasidium annosum)* decay roots and kill cambium in roots and root collars, causing mortality in groups or scattered individual trees. Grand fir and Douglas-fir are highly susceptible to root diseases. Conversion of forests to these more shade-tolerant and disease-prone species has contributed to an increase in the incidence of losses and damage associated with Armillaria root disease (Byler and Zimmer-Grove, 1991). Root diseases are generally found at low to moderate levels in the project area.

**Stem and Butt diseases** *(Phellinus pini, Echinodontium tinctorium, Phellinus weirii)* decay fungi enter living trees through trunk wounds, dead twigs, broken branches and tops, or roots. As the

fungi develop within the tree itself, often there is no visible sign of defect. This wood decaying fungi is usually found within the late seral stages of most timber types. *Phellinus pini* is common in the larch and lodgepole pine and is evident in the majority of proposed units in the larch, and seems to be in most mature lodgepole pine stands. *Echinodontium tinctoriumis* is common in mature hemlock in the lower moist sites. *Phellinus weirii* was noted in cedar in the lower moist sites.

**Western Spruce Budworm** *(Choristoneura occidentalis)* is a defoliator (meaning it eats the foliage), which prefers true fir, Douglas-fir, spruce and larch. Observations in this project area indicate generally only true fir and Douglas-fir are being attacked. The larvae mine the buds and old needles in the spring, and then consume new needles as they emerge. After several years of heavy defoliation, branch dieback, top kill and tree mortality can occur (USDA 2003). Mortality is rare for overstory trees as the larvae's defense against predators (birds) is to drop out of the tree via a silk thread to the lower canopy or understory trees. If mortality occurs, it is more common in these understory trees. This insect has been common on the Kootenai National Forest in the past 10 years where thousands of acres have been affected. Hundreds of acres in the project area have been infested with western spruce budworm over the past 10 years as well. Although some understory tree mortality has been observed, little overstory tree mortality has been observed. Stand conditions that are conducive to the budworm are high density, multi-layered canopies of desired species – a common characteristic in some lower mid-slope areas of the project area. Discussions with regional entomologists indicate that this out break could be related to delayed effects of drought in the mid part of this decade, and that populations are subsiding.

## Climate

Changing climate including changes in precipitation amounts, duration, and seasons may have an effect on the future vegetation of the analysis area. Recent trends indicate earlier snowmelt and peak flows, longer dry periods, and the potential for increased frequency and scale of natural disturbance – especially fire. Some scientists predict that due to changing climate some existing vegetation will not be able to survive. For example, some suggest that within 50 years western larch may shrink from its current range and increase northward (Rehfeldt and Jaquish, 2010). Other scientists suggest different species declines and advances based on other climate change assumptions. Due to the inherent uncertainty with predicting future climate, at this time available literature suggest that managers plan for a diversity of vegetation so that if climate changes become strong enough to change current plant distributions, a variety of species can have the opportunity to regenerate on that site (Spittlehouse and Stewart, 2004). It would also be prudent to plan for more wildfires by favoring fire adapted species (Westerling, et. al., 2006).

It is generally accepted that the current climate and range of native tree species has existed for about 2,500 years. Keane et al., 2009 states that "Given the uncertainties in predicting climatic responses to increasing CO2 and the ecological effects of this response….we feel that historic range of variability (HRV) time series derived from the past may have significantly lower uncertainty than any simulated predictions for the future. Recall that large variations in climates of the past several centuries are already reflected in the parameters used to simulate HRV time series. In that light, we suggest it may be prudent to wait until simulation technology has improved to include credible pattern and process interactions with regional climate dynamics and there has been significant model validation before we throw out the concept and application of HRV."

Frissell and Bayles, (1996) argue against using HRV in analyzing effects to aquatic ecosystems. One of their major points is that Ecosystem Management should be framed as a conscious experiment with a largely uncertain outcome. However, taking no action also carries risk. Management opportunities identified for the Buckhorn project are consistent with management designed to "keeps all the parts," protect the "keystone species," and to return a portion of the forested landscape to a sustainable and resilient condition.

Over time, as trees photosynthesize and grow, carbon is removed from the atmosphere and stored in living tree biomass. As trees die and otherwise deposit litter and debris on the forest floor, carbon is released to the atmosphere or transferred to the soil by organisms that facilitate decomposition.

### Existing Condition Photographs

The following photographs provide a visual image of the existing stand conditions in VRU 5, the primary VRU where timber harvest activities are proposed. Forest Vegetation Figure 3.5 shows existing conditions in Unit 1 and Figure 3.6 shows exiting conditions in Unit 11.

**Figure 3.5 – Existing Conditions in Unit 1**



**Figure 3.6 - Photo of Existing Condition in Unit 11**



## Age Class

Comparison of VRU's existing age class distributions with historic levels are found in Table 3.11. Within VRU 5, the dominant VRU making up 52% of the project area and the majority of area proposed for harvest, the late seral age class (over 150 years) is low compared to historic levels (Gautreaux, 1999), while the early (0-40 years) and mid-seral age (40-150) classes are within historic ranges. Non-forested areas are also low. VRU's 7 and 9 where most of the prescribed burning would occur show many age classes outside of HRV. Lack of fires is the reason for most of these trends except of the 151+ age class in VRU 7 is low due to past harvest in the lowland/riparian areas this VRU occupies in addition to the higher elevation site near VRU 9. Within Table 3.11, bold type indicates that the existing condition is outside the reference condition.

**Table 3.11 - Comparison of Existing Age Class Distribution with Historic for VRU's 5, 7, 9.**

| Age Class | VRU 5 | | VRU 7 | | VRU 9 | |
|---|---|---|---|---|---|---|
| | Percent Reference | Percent Existing | Percent Reference | Percent Existing | Percent Reference | Percent Existing |
| Non-forested | 10-20 | **0** | 10-20 | **2** | 0-27 | 19 |
| 0-40 yrs | 10-20 | 14 | 10-20 | **3** | 20-40 | **7** |
| 41-100 | 15-35 | 26 | 15-35 | 27 | 40-60 | **22** |
| 101-150 | 10-30 | **32** | 10-30 | **44** | 15-20 | **31** |
| 150+ | 25-55 | **24** | 25-55 | **22** | 5-10 | **21** |
| No data or Private land | | 4 | | 2 | | 0% |

| Age Class | VRU 5 | | VRU 7 | | VRU 9 | |
|---|---|---|---|---|---|---|
| | Percent Reference | Percent Existing | Percent Reference | Percent Existing | Percent Reference | Percent Existing |
| Percent of project area | 52 | | 29 | | 13 | |

Data are from FSVeg; Reference data from VRU Guide (Gautreaux, 1999)

Note: VRU's 5, 7, 9 make up 94% of the project area – other VRU's make up less than 1% each of the project area and are not listed here.

### Snags

No data is available on historic snag densities. However, it is speculated that both the project area as a whole and VRU 5 are comparatively low in snags due to lower than historic old growth levels. The wildlife section of Chapter 3 contains more information on snags.

## Disturbance Processes and Patterns

### Wildfire

The majority of the project area (warm/moist VRU's) was historically affected by relatively infrequent stand-replacing fires and more frequent mixed severity fires. Low severity regimes with a 10-30 year return interval also occurred in the ponderosa pine in VRU 2.

Stand-replacing fires occurred over tens of thousands of acres with an average frequency of 250 years. These fires left fire adapted species as single trees or groups of trees to re-seed the area and perpetuate the early seral larch, white pine, and ponderosa pine. Two storied stands consisting of a sparse overstory and understory seedlings and saplings were likely common. Reburns occurred when standing dead fuels fell over and along with brush and trees provided fuel continuity for another stand-replacing event, which would have again set back succession to the early stages. As these patches of regeneration developed, they would have been affected by the more frequent mixed severity fires which occurred outside of major fire years where combinations of burning conditions and fuels provided optimum conditions for crown or lethal surface fire.

Mixed severity fires affected stands on the average of every 55 to 85 years, creating an irregular mosaic of ages and sizes of trees from one to approximately 1000 acres in size. Due to their higher frequency, the mixed severity burns would have helped to maintain larch, ponderosa pine, white pine, and to some extent Douglas-fir as the dominant species. As mentioned above, these fires often burned within the larger regeneration patches formed by large stand-replacing fires, and introduced internal diversity into these large blocks of forest.

Low severity fires in this area worked to maintain ponderosa pine and larch as seral dominants in relatively open canopied stands, by keeping Douglas-fir and grand fir reproduction from generally becoming established. This fire regime was common only on the drier habitat types in the project area (VRU 2).

Overall, the effects of wildfire in all regimes were to create large blocks of forest that were fairly homogenous in terms of seral stage, size, and species composition, but were internally diverse.

Losensky (1994) estimated that in Lincoln County, MT (where project area is located) about 25 percent of the age classes in 1900 were 40 years old or less (early seral), while about 30 percent were 160 years old or older (late seral). This leaves about 45 percent of the area that was 40 to 160 years of age (mid seral). Large wildfires in 1994 and 2000 burned almost 100,000 acres on the Kootenai NF, and these fires have helped to re-establish some of the large-expanses of regeneration and snag patches of pre-settlement times in areas near the project area (i.e. Fowler Fire 1994, Kelsey-Beaver Fire Complex in 2000).

### Timber Harvest/Prescribed Fire

Traditional regeneration harvesting has created smaller and more uniform blocks of regeneration than occurred under natural fire/insect regimes, which occurred over larger areas and left residual live tree patches and scattered fire-tolerant large live trees. More recent regeneration harvests have been less uniform, leaving snags, live trees, and some reproduction. However, the size has still been generally limited to 20 to 40 acres, which contributes to fragmentation of larger blocks of mid-late seral forest. Irregular regeneration harvest over large areas (e.g. 100's of acres) have the potential to re-create many pre-settlement stand conditions, such as were found in one or two-storied larch stands created by stand-replacing fire, and maintained by mixed severity fire.

Intermediate harvests (thinning, improvement cuts, sanitation/salvage, etc.) can emulate many of the effects of mixed severity fire in terms of thinning stands and creating within stand diversity. Historically these treatments tended to create more uniformity- in the case of sanitation/salvage by removing the larger trees, and in the case of thinning by creating fairly regular spacing of trees.

Many past harvest areas were treated with prescribed fire and some areas have been treated with prescribed fire without harvest to treat natural fuels and enhance wildlife browse. A limited amount has occurred as described in the cumulative effects section, but its effects on the vegetation have been to keep an important disturbance process active in the project area and changing the structure of the vegetation.

### Insects and Disease

Insects and disease agents have historically played a major role in shaping forest succession in this area. Mountain pine beetles in lodgepole and white pine (along with white pine blister rust) have been a major force in regenerating mature stands of these species, and in setting the stage for large fires.

With the loss of white pine due to blister rust and mountain pine beetles, there have been large increases in the amount of cedar/hemlock and subalpine fir cover types, and an acceleration of forest succession with an increase in shade-tolerant, late-successional true firs, hemlock, and cedar understory.

The absence of fire has also likely played a role in the spread of dwarf mistletoe in larch, which is affecting the ability of this species to persist in many stands. Field reviews and stand exam data reveal that approximately 50 percent of the stands in the larch type are infected with mistletoe.

It is generally believed that native insects and pathogens are now responsible for a much larger proportion of the forest disturbance here, as elsewhere in the western U.S. that they were historically (Parker, et. al., 2006). In the short term, the impact of this increase in activity is to

strongly accelerate the succession towards late seral shade tolerant tree species (see previous discussion on insects and disease in this section of the document).

### Desired Condition

The purpose and need was developed to move the project area towards the desired conditions for multiple resources. Forest vegetation desired conditions are: 1) Increase in presence of western larch and white pine as well as an increase in huckleberry and other wildlife forage by reducing canopy cover; 2) Increase amount of two storied western larch stands and improve forest structure by trending towards HRV for age class distribution; 3) Decrease fuel loadings in line with reference conditions by restoring low- and mixed-severity fire regimes, reducing fuels within prescribed burn and harvest treatments and reducing high risk lodgepole pine stands; and 4) Implement treatments that achieve characteristic patch size and pattern.

The AMS and CER provide evidence of a need for change to existing conditions and they identify vegetative trends that are in-line with the desired condition.

## Environmental Consequences

This section displays the environmental consequences of the proposed activities on the forest vegetation resource. This section both compares the effects across alternatives, using the indicators discussed in the methodology section of this section, and analyzes the direct, indirect and cumulative effects of each alternative.

Below, Table 3.12 compares the acres of each silvicultural prescription across alternatives. Table 3.12 compares the degree to which each alternative addresses the Purpose and Need.

**Table 3.12. – Comparison of Silvicultural Prescriptions Acres across Alternatives**

| Prescription | Acres | | | |
|---|---|---|---|---|
| | Alt.1 | Alt. 2 | Alt 3 | Alt 4 |
| Prescribed Burn | 0 | 11,623 | 11,623 | 11,623 |
| Seedtree Cut | 0 | 905 | 603 | 412 |
| Clearcut with Reserves | 0 | 274 | 202 | 185 |
| Shelterwood Cut | 0 | 71 | 71 | 71 |
| Improvement Cut | 0 | 13 | 13 | 13 |
| **Total Harvest** | **0** | **1,263** | **889** | **681** |
| **Total Acres Treated** | **0** | **12,886** | **12,512** | **12,304** |

**Table 3.13 - Alternative Comparison by Purpose and Need Objectives for Forest Vegetation**

| Purpose and Need | | Proposed Prescribed Burning and Harvest activities (acres) | | | |
|---|---|---|---|---|---|
| | | Alt 1 | Alt 2 | Alt 3 | Alt 4 |
| Species Composition | Promote WP/WL | 0 | 1,694 | 1,320 | 1,112 |
| | Canopy Reduction to Improve Huckleberry | 0 | 11,376 | 11,231 | 11,306 |
| | Improve Big Game Forage | 0 | 12,873 | 12,499 | 12,291 |
| Forest Structure | Promote 2-Storied Larch Stands | 0 | 976 | 674 | 483 |
| | Percent Age Class Distribution | See Table 3.15 | | | |
| Fuel Load | Low Severity Fire Regime Restored | 0 | 5,245 | 5,245 | 5,245 |
| Fuel Load (Continued) | Mixed Severity Fire Regime Restored | 0 | 6,378 | 6,378 | 6,378 |
| | High-Risk LP Treated | 0 | 149 | 108 | 60 |
| | Fuel Reduced by Timber Harvest | 0 | 1,263 | 889 | 681 |
| Patch Size and Pattern | Characteristic Patch Sizes Created | 0 | 12,619 | 11,596 | 12,005 |
| Provide Wood Products (MMBF/CCF) | | 0 | 15.7/30,438 | 10.5/20,463 | 8.3/16,078 |

## Alternative 1 – Direct and Indirect Effects

Alternative 1 is the No Action Alternative, under which no prescribed burns, tree harvest, fuels reduction, or watershed improvement would take place. Age classes and species composition would continue to trend away from reference conditions. Only natural processes and fire suppression would occur within these stands and continue to affect forest succession and health as described above. This alternative would not contribute to the purpose for this project. Specifically, it would not improve species composition or forage for big game and grizzly bears. It would not improve huckleberry production, create vegetative patterns and structure in-line with reference conditions, or reduce fuel loadings and promote fire-adapted species. Stands dominated by mature lodgepole pine or cedar/hemlock would not benefit from treatment designed to increase species diversity, create forage openings, and capture economic value. Also, this alternative would not meet the purpose and need to provide timber to support the local and regional economies.

The effects of Alternative 1-No Action provides a baseline from which to compare the action alternatives. The following trends were discussed in greater detail in the Existing Condition

section and are summarized again below. These trends would continue under the no action alternative:

- Species composition (as defined by forest type or dominance class) is outside of the HRV (USDA, 2009 CER appendix I p. I-14, 15), as is the age class distribution within the project area (VRU guide, Gautreaux, 1999).
- Western larch and white pine are declining in many stands, and there is an elevated risk of losing many of these trees due to dwarf mistletoe, blister rust, and wildfire.
- Production of understory vegetation important to wildlife has decreased due to increases in tree canopy cover/stand density and lack of mixed severity fire.
- Of the approximately 13,300 acres of stands with lodgepole pine as a component, approximately 3,620 acres are at high hazard of infestation by mountain pine beetle.

In summary, under the No Action Alternative forest vegetation would continue trending away from the Desired Conditions and does not meet the Purpose and Need as described in the Existing Conditions and Changes from Historical Conditions section above. While the healthier larch stands and most plantations would continue on a trajectory towards a desired stand structure in VRU 5.

## Alternative 2

### Silvicultural Treatments

Table 3.14 provides the acres of harvest treatment by Management Area (MA). Refer to Chapter 2 for information on prescribed burns by Management Area. Map M-2 displays Management Areas in the project area.

**Table 3.14 – Alternative 2 Proposed Treatments by Management Area**

| Proposed Treatment | Management Area | Acres |
|---|---|---|
| Clearcut with Reserves | 12 | 244 |
| Clearcut with Reserves | 14 | 30 |
| Shelterwood Cut | 11 | 38 |
| Shelterwood Cut | 12 | 33 |
| Seedtree Cut | 11 | 124 |
| Seedtree Cut | 12 | 694 |
| Seedtree Cut | 14 | 87 |
| Improvement Cut | 12 | 13 |
| Total Acres of Timber Harvest | | 1,263 |

## Summary of Alternative 2 Treatments

Table 3.15 shows which VRU's would be affected by the prescribed burning and harvest proposed in Alternative 2.

**Table 3. 15 -. Alternative 2 Proposed Prescribed Burning and Harvest by Vegetative Response Unit (VRU)**

| Alternative 2 Proposed Treatments | VRU | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | 2 | 3 | 5 | 7 | 9 | 10 | |
| Prescribed Burn Acres | 239 | 57 | 1,793 | 4585 | 4436 | 513 | 11,623 |
| Harvest Acres | 0 | 3 | 1,247 | 13 | 0 | 0 | 1,263 |
| Total Acres Treated | 239 | 58 | 3,040 | 4,588 | 4,436 | 513 | 12,886 |

Table 3.13 shows how the proposed treatments relate to the Purpose and Need for this project, in terms of the number of acres that meet the stated purpose and need. Many of the proposed activities meet multiple objectives, such as promoting larch and white pine and reducing canopy coverage to improve huckleberry growing conditions and providing wood products. Refer to Appendix A -Unit Summary table and Appendix B -Prescribed Burn Summary table for information on which treatment units address the purpose and need for this project. In addition to the purpose and need identified in Appendix A and B, Table 3.13 includes additional metrics that further define resilient vegetative conditions related to species composition, fire regimes and fuel loadings.

Promoting larch and white pine would be accomplished through regeneration as well as with the improvement cut which favors these species. Regeneration harvest would occur in stands where larch and white pine are a minor component and in stands that are currently occupied by decrepit or high-risk lodgepole. Healthy larch, white pine, and Douglas-fir reserve trees would be left in all regeneration harvest units where available, and reforestation would focus on establishment of these species. Huckleberry plants are found in many of the proposed activity units. Reducing the canopy through harvest or burning would reduce the canopy cover and allow more sunlight to the forest floor for huckleberry plans as well as other big game forage and browse species. Wood products would come from all proposed harvest units. Characteristic patch sizes would be achieved with a number of units designed to mimic a fire event in size and shape. Treating stands that are of the age, size, and density desirable to mountain pine beetle as modeled in the Region 1 Summary Database (located in project file) would promote future resilient vegetative conditions. Restoration of fire regime characteristics involves burning in the low severity fire regimes associated with VRU's 2 and 3 while restoring the mixed severity fire regimes would be accomplished through burning in VRU's 5, 7, 9, and 10. All harvest units would retain downed woody material at recommended levels (Gautreaux, et. al., 1997).

Alternative 2 would result in a timber harvest of approximately 15.7 million board feet.

## Alternative 2 – Direct and Indirect Effects

### Effects Related to the Purpose and Need

#### *Resilient Vegetation Conditions*

**Species Composition –** Alternative 2 would regenerate stands where larch is a minor component, and often heavily infected with dwarf mistletoe. These stands would be converted to larch and white pine dominated stands with a wide mix of other species including Douglas-fir, cedar, grand

fir, and lodgepole pine. Alternative 2 would convert high risk and dead lodgepole pine to larch and white pine dominated stands along with lodgepole pine, Douglas-fir and others.

Prescribed burns and fuels treatments within harvest units employing burning would result in a short-term reduction in species such as huckleberry, buffalo berry, serviceberry, snowberry, mountain maple, and pinegrass. However, under the light to moderate burning conditions that would be in effect, all of these species would return to at least pre-fire levels within 3 to 5 years. All of these important wildlife foraging species are adapted to fire (Smith and Fischer 1997), and in fact many are fire-obligates. Also the proposed harvest would increase sunlight on the forest floor allowing the existing understory plants including huckleberry, to increase in abundance as well as extent within 3 to 5 years. Most of the regeneration harvest units have few understory plants due to the dense canopy cover with the understory plants growing only in areas where there are gaps in the canopy. These units would see a large increase in plant abundance.

**Forest Structure -** The seedtree and shelterwood cuts would create future two-storied stands with larch along with the few white pine, Douglas-fir, and cedar reserves over a developing larch/white pine (and other species) understory. Table 3.16 shows that for VRU 5 where 99% of the proposed harvest occurs, age class distribution is within reference ranges except for the 150+ year age class which would remain unchanged at one percent below reference range. The 101-150 year age class currently is two percent over the reference range and would be reduced by four percent from existing conditions with Alternative 2 to be within the reference range. The 101-150 year age class is high due to the fires of 1889 and will progress into the 150+ year age class in about 24 years which, barring a large disturbance event would trend this age class towards the reference range. For VRU 3, the 0-40 year age class is increased by one percent and the 101-150 year age class is decreased by one percent, and the other ages classes in VRU 3 are unchanged. VRU 3 makes up such a small part of the project area (1%) that the existing age classes are not representative due to the small sample size. For VRU 7 all age classes remain the same as existing. The unit that is proposed for intermediate harvest (unit 5-improvement cut), would favor the larch, white pine, and Douglas-fir, improve stand vigor, and would aid this stand in growing to the next age class. Openings created by timber harvest and areas treated by prescribed fire would stimulate understory plants and add to the vegetative diversity.

**Table 3. 16 - Effects of Harvest Activities on Age Class in VRU 5 for Alternatives 2, 3, 4**

| Age Class (years) | Percent of VRU 5 | | | | |
|---|---|---|---|---|---|
| | Reference | Existing | Alternative 2 | Alternative 3 | Alternative 4 |
| Non-forested | 10-20 | **0** | **0** | **0** | **0** |
| 0-40 years | 10-20 | 14 | 18 | 17 | 16 |
| 41-100 | 15-35 | 26 | 26 | 26 | 26 |
| 101-150 | 10-30 | **32** | 28 | 29 | 30 |
| 150+ | 25-55 | **24** | **24** | **24** | **24** |

Numbers in bold indicate values outside of reference conditions

Data is from FSVeg; Reference data from VRU Guide (Gautreaux, 1999)

**Fuel Loadings -** Where mixed stands are proposed for regeneration harvest, stem densities commonly range from 800 to 3000 per acre, mostly composed of cedar, hemlock, and grand fir. Larch, white pine, and Douglas-fir are sometimes present, but at low densities of a few trees to a few dozen per acre. The larch tends to be infected with dwarf mistletoe, and long-term trends are favoring the shade-tolerant species at the expense of the light-demanding larch. Converting these stands to larch/white pine/Douglas-fir reserves with an understory of regenerated larch and white pine would protect this future large-tree component on the landscape. Creation of such a two-storied stand would somewhat mimic the historic effects of stand-replacing and mixed severity fires in the larch type. Stocking densities would be lower than in previous plantation establishments (300 trees per acre over 70 percent of the area), and this coupled with effective fuels treatments should reduce the possibility of losing the reserve trees in a wildfire. The lodgepole pine acreage proposed for regeneration harvest is all high risk for insects and disease, and some mortality is already occurring. Within 10 to 20 years a heavy fuel load can be expected to be in place on the ground (in many areas this is already the case). Removal of this existing and potential fuel will improve wildfire control and reduce the potential for spread into adjacent stands through fire spotting. This reduction in hazard could allow for longer maintenance of cover patches. Proposed fuel reduction activities for the harvest units include machine piling and burning, underburning, and yarding tops of trees to the landing area for burning, and are summarized in chapter 2.

Prescribed burns for maintaining and/or enhancing habitat or natural ecosystem processes would result in a reduction in fuel loadings and reduce the hazard of high severity fire and aid in the maintenance of existing moderate hazard over time.

**Patch Size and Pattern** – The proposed action would create 9 harvest units and 17 prescribed burn units that are of characteristic size and pattern. All of these 9 harvest units are over 40 acres in size and would require approval from the Regional Forester. The prescribed burns would not result in any additional openings over 40 acres aside from those which already exist but would maintain the large open ridge tops and brushy slopes in their near natural/characteristic state. These characteristic patches would trend the project area landscape towards a more natural appearing and functioning landscape.

### *Provide Wood Products*

Alternative 2 would produce about 15.7 million board feet of timber products for the local and regional economies.

### *Maintain or Improve Water Quality and Native Aquatic Species Habitat*

Most of these roads are currently brushed in and are not accessible by vehicles. Roadways proposed for active management to ensure stable long-term storage would eventually provide forest cover, although they would likely go through a prolonged period of grass, forbs and/or shrub dominance due to the mixing of soil layers and initial lack of organic material. Growth would be slower than adjacent (undisturbed) land. These roads are in locations that are not conducive to future use for vegetation management (i.e. too close together or in poor locations).

## Effects Related to the Key Issues

**Regeneration Harvest Units Greater Than 40 -** Units 9 (including 9A, 9B), 10, 11, 12, 13, 14, 15, 16 (including 16A), and 19 would form openings greater than 40 acres in size. Aside from the 11 acres of unit 9 and 58 acres of unit 14 that are in MA 14, the rest of the acreage of these units are in MA 11 and MA 12. Of the 1023 acres within unit 9-16, and 19, 870 acres or 85% are dense cedar/hemlock dominated stands with grand fir and other species. In unit 11 there are some areas dominated by white pine that is mostly dead. Larch, white pine, and Douglas-fir are sometimes present, but at low densities. The larch tends to be infected with dwarf mistletoe, and long-term trends are favoring the shade-tolerant species at the expense of the light-demanding larch. The remaining 153 acres or 15% of these units are comprised of lodgepole pine which is breaking and/or at high risk for mountain pine beetle infestation. The size of the proposed openings are designed to reduce the potential for increased blowdown from harvest of the timber, increase the economic viability of logging systems (and increase net public benefit), increase the capture of economic value from salvage of dead and dying lodgepole, and white pine, reduce the amount of dwarf mistletoe reinfection form unit edge, and reduce the amount of uncharacteristic patch size and pattern.

**Acres Proposed for Treatment within the Forest Jobs and Recreation Act of 2013** – This alternative proposes 582 acres of harvest within the boundary of Forest Jobs and Recreation Act of 2013. This issue is addressed through the development of Alternative 4 which excludes all harvest activities within that area. Refer to the effects section of this chapter for Alternative 4 for information.

## Alternative 3

### Silvicultural Treatments

Proposed harvest unit prescriptions are the same as the Proposed Action and alternative 4 except all harvest units are 40 acres or less. The acres of harvest in Alternative 3 are 374 acres less than in Alternative 2. Table 3.17 displays the proposed treatment acres in Alternative 3 by prescription and Management Area (MA) and Table 3.18 shows acres of prescribed burn and harvest by VRU.

The proposed prescribe burn units are the same for Alternative 2, 3, and 4 and will not be addressed again in this section.

**Table 3.17 - Alternative 3 Proposed Treatments by Management Area**

| Proposed Treatment | Management Area | Acres |
|---|---|---|
| Clearcut with Reserves | 12 | 173 |
| Clearcut with Reserves | 14 | 29 |
| Shelterwood Cut | 11 | 38 |
| Shelterwood Cut | 12 | 33 |
| Seedtree Cut | 11 | 96 |
| Seedtree Cut | 12 | 440 |
| Seedtree Cut | 14 | 67 |
| Improvement Cut | 12 | 13 |

| Proposed Treatment | Management Area | Acres |
|---|---|---|
| **Total Acres of Timber Harvest** | | **889** |

**Table 3.18 - Acres of Prescribed Burn and Harvest by Vegetative Response Unit (VRU) Alternative 3**

| Alternative 3 Proposed Treatment | VRU | | | | | | Total Acres |
|---|---|---|---|---|---|---|---|
| | 2 | 3 | 5 | 7 | 9 | 10 | |
| **Prescribed Burn Acres** | 239 | 57 | 1,793 | 4,585 | 4,436 | 513 | 11,623 |
| **Harvest Acres** | 0 | 2 | 874 | 13 | 0 | 0 | 889 |
| **Total Acres Treated** | **239** | **59** | **2,667** | **4,598** | **4,436** | **513** | **12,512** |

## Summary of Alternative 3 Treatments

Alternative 3 contains the same activities and treatments as the Proposed Action with the following changes:

- No regeneration harvest will exceed 40 acres in size. Units 9, 10, 11, 12, 13, 14, 15, 16, and 19 are reduced in size to be 40 acres or less. All other units are the same as alternative 2.

Since the treatments and proposed activities are the same for these units as for alternative 2 the rationale and details of effects will not be repeated here except alternative 3 does not meet the purpose and need of managing towards characteristic landscape-level vegetation patterns and patch size with harvest units but does with the prescribed burn units. Alternative 3 meets the remaining purposed and need metrics but to a lesser extent than the proposed action. Table 3.13 shows how the proposed treatments relate to the Purpose and Need for this project, in terms of the number of acres that meet stated purpose and need.

Refer to Appendix A - Harvest Unit Summary table and Appendix B - Prescribed Burn Summary table for information on which treatment units address the purpose and need for this alternative with the one difference being that for Alternative 3 none of the harvest units would meet the characteristic patch size purpose and need but 17 of the prescribed burn units would. In addition to the purpose and need identified in Appendix A - Unit Summary Table, and Table 3.13 includes additional metrics that further define resilient vegetative conditions. All harvest units would retain downed woody material at recommended levels (Gautreaux, et. al., 1997).

Alternative 3 would result in a timber harvest of approximately 10.5 million board feet.

## Alternative 3 - Direct and Indirect Effects

### Effects Related to the Purpose and Need

#### *Resilient Vegetation Conditions*

**Species Composition** – Alternative 3 treats 374 fewer acres than Alternative 2 and therefore would convert fewer acres to larch and white pine and fewer acres of improved forage. Alternative 3 would reduce canopy and improve huckleberry on 242 acres less than the alternative 2.

**Forest Structure** – Alternative 3 would promote 302 fewer acres to two-storied larch stands than alternative 2. Age class distribution (Table 3.16) shows that for VRU 5 the 0-40 age class would be increased by 3 percent and the 101-150 year age class would be decreased by 3% compared to existing conditions and both would remain within reference ranges and the other age classes remain the same as exiting. For VRU's 3 and 7 the age classes remain the same as existing.

**Fuel Loadings** – Low and mixed severity fire regimes restored are the same as Alternatives 2 and 4. However 39 fewer acres of high risk lodgepole pine would be treated and 374 fewer acres of fuels reduction from timber harvest would occur as compared to the Alternative 2. Proposed fuel reduction activities for the harvest units include machine piling and burning, underburning, and yarding tops of trees to the landing area for burning, and are summarized in Chapter 2.

**Patch Size and Pattern -** No harvest units in Alternative 3 would meet this objective and the area would continue to be treated with uncharacteristic patch size and pattern with 40 acre and less harvest units. The prescribed burn units would meet this objective and is the same as described for alternatives 2 and 4.

#### *Provide Wood Products*

Alternative 3 would produce about 10.5 million board feet of wood products to the local and regional economy.

### Effects Related to the Key Issues

#### *Regeneration Harvest Units Greater Than 40 Acres*

There are no proposed harvest units greater than 40 acres in this alternative.

#### *Acres Proposed for Treatment within the Forest Jobs and Recreation Act of 2013*

Alternative 3 proposes 343 acres of harvest within the Forest Jobs and Recreation Act of 2013. This issue is addressed through the development of Alternative 4 which excludes all harvest activities within that area. Refer to the effects section of this chapter for Alternative 4 for information.

## Alternative 4

### Silvicultural Treatments

The proposed harvest unit treatments in Alternative 4 are the same as Alternative 2 except there is no timber harvest proposed within the Three Rivers Special Management Area (as defined by the Forest Jobs and Recreation Act) to address public concerns about the harvest activities proposed

in this area. Alternative 4 has 582 acres less harvest proposed than Alternative 2. Table 3.18 displays the proposed treatment acres in Alternative 4 by prescription and Management Area (MA) and Table 3.19 shows acres of prescribed burn and harvest by VRU.

The proposed prescribed burn units are the same in Alternative 4 as is proposed for Alternative 2 and 3 and will not be addressed here (refer to Forest Vegetation Table 10 and the descriptions of prescribed burning for Alternative 2).

**Table 3.18 - Alternative 4 Proposed Treatment by Management Area**

| Proposed Treatment | Management Area | Acres |
|---|---|---|
| Clearcut with Reserves | 12 | 181 |
| Clearcut with Reserves | 14 | 4 |
| Shelterwood Cut | 11 | 38 |
| Shelterwood Cut | 12 | 33 |
| Seedtree Cut | 11 | 67 |
| Seedtree Cut | 12 | 345 |
| Improvement Cut | 12 | 13 |
| Total Acres of Timber Harvest | | 681 |

**Table 3. 19 - Acres of Prescribed Burns and Harvest by Vegetative Response Unit (VRU) Alternative 4**

| Alternative 4 Proposed Treatments | VRU | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | 2 | 3 | 5 | 7 | 9 | 10 | |
| Prescribed Burn Acres | 239 | 57 | 1,793 | 4,585 | 4,436 | 513 | 11,623 |
| Harvest Acres | 0 | 3 | 664 | 14 | 0 | 0 | 681 |
| Total Acres Treated | 239 | 58 | 2,457 | 4,599 | 4,436 | 513 | 12,304 |

## Summary of Alternative 4 Treatments

Alternative 4 contains the same activities and treatments as Alternative 2 with the following changes:

- Proposed harvest units 12, 13, 14, and 16 have been reduced in size and units 15, 19, 20 and 21 are dropped so that no proposed harvest units are located within the Three Rivers Special Management Area.

Since the treatments and proposed activities are the same as for Alternative 2, the rational and details of effects will not be repeated here. Alternative 4 meets the purpose and need but to a lesser extent than Alternative 2. Table 3.13 shows how the proposed treatments relate to the Purpose and Need for this project, in terms of the number of acres that meet the stated purpose and need.

Refer to Appendix A - Harvest Unit Summary table and Appendix B - Prescribe Burn Summary table for information on which treatment units address the purpose and need for this alternative. In Alternative 4, harvest units 9, 10, 11, and 12 would meet the characteristic patch size purpose and need. In addition to the purpose and need objectives identified in Harvest Unit Summary Table. All harvest units would retain downed woody material at recommended levels (Gautreaux, et. al., 1997).

Alternative 4 would result in a timber harvest of approximately 8.3 million board feet.

## Alternative 4 -Direct and Indirect Effects

### Effects Related to the Purpose and Need

Refer to Table 3.12 and 3.13 for a comparison on how each alternative meets the purpose and need objectives.

#### *Resilient Vegetation Conditions*

**Species Composition** - Alternative 4 treats 582 fewer acres than Alternative 2 and therefore would convert fewer acres to larch and white pine and fewer acres of improved forage. Alternative 4 would reduce canopy and improve huckleberry on 70 acres less than the alternative 2.

**Forest Structure** – Alternative 4 would promote 493 fewer acres to two-storied larch stands than alternative 2. Age class distribution (Table 3.16) shows that for VRU 5 the 0-40 age class would be increased by 2% and the 101-150 year age class would be decreased by 2% compared to existing conditions and both would move the 101-150 year age class to be within reference ranges. The other age classes remain the same as exiting. For VRU 3, the 0-40 year age class is increased by one percent and the 101-150 year age class is decreased by one percent, and the other ages classes in VRU 3 are unchanged. For VRU 7 all age classes remain the same as existing.

**Fuel Loadings** – Low and mixed severity fire regimes restored are the same for all action alternatives. However 89 fewer acres of high risk lodgepole pine would be treated and 582 fewer acres of fuels reduction from timber harvest would occur as compared to Alternative 2. Proposed fuel reduction activities for the harvest units include machine piling and burning, underburning, yarding tops of trees to the landing area for burning and are summarized in Chapter 2.

**Patch Size and Pattern** – Alternative 4 would create 4 harvest units and 17 prescribed burn units that are of characteristic size and pattern. These 4 harvest units are over 40 acres in size and require approval from the Regional Forester. The prescribed burns would not result in any additional openings over 40 acres but would maintain and enhance the large open ridge tops and brushy slopes in their near natural/characteristic state. These characteristic patches would trend the project area landscape towards a more natural appearing and functioning landscape but to a lesser degree than alternative 2 which proposes 9 harvest units that meet this objective along with the 17 prescribed burn units.

#### *Timber Production*

Alternative 4 would produce about 8.3 million board feet of timber products.

### Maintain or Improve Water Quality and Native Aquatic Species Habitat

The same activities are proposed in all action alternatives and therefore the effects are the same as described for Alternative 2. More information can be found in the Water Resources and Fisheries sections of this chapter.

## Effects Related to the Key Issues

**Regeneration Harvest Units Greater Than 40 Acres -** Units 9 (including 9A, 9B), 10, 11, and 12 would form openings greater than 40 acres in size. Aside from the 4 acres of unit 9 that are in MA 14, the rest of the acreage of these units is in MA 11 and MA 12. Of the 409 acres within units 9-12, 43 acres or 89 percent are dense cedar/hemlock dominated stands with grand fir and other species. In unit 11 there are some areas dominated by white pine that is mostly dead. Larch, white pine, and Douglas-fir are sometimes present, but at low densities. The larch tends to be infected with dwarf mistletoe, and long-term trends are favoring the shade-tolerant species at the expense of the light-demanding larch. The remaining 153 acres or 15 percent of these units are comprised of lodgepole pine which is breaking up and/or at high risk for mountain pine beetle infestation. The size of the proposed openings are designed to reduce the potential for increased blowdown from harvest of the timber (larger units have less perimeter than smaller units), increase the economic viability of logging systems, increase the capture of economic value from salvage of dead and dying lodgepole and white pine, and reduce the amount of fragmentation.

**Acres Proposed for Treatment within the Forest Jobs and Recreation Act of 2013** – Alternative 4 does not propose any harvest units within the Three Rivers Special Management Area as defined Forest Jobs and Recreation Act of 2013. Other effects as to the project achieving purpose and need metrics can be noted in the reduced acres displayed in Table 3.12 and 3.13. This results in 582 fewer acres proposed for harvest than in the proposed action and 5 fewer units would meet the patch size and pattern objective.

## Alternative 2, 3, and 4 - Cumulative Effects

The cumulative effects area for this resource is the project area and the temporal analysis includes all known activities and events that have affected the vegetation. These analysis boundaries are appropriate in order to disclose the conditions and trends of the vegetation and the effects to vegetation from all effects including human and natural. Past, present, proposed, and reasonably foreseeable activities were reviewed to determine cumulative effects to forest vegetation (See Tables 3.1, 3.2, and 3.3 in the beginning of Chapter 3 for more details about past, ongoing and reasonably foreseeable activities in the project area).

### *Past Actions and their Effects on Current Conditions*

As described previously in the effects section, wildfire and past actions like timber harvest, precommercial thinning, and prescribed burning have had a direct influence on the existing age class distribution (see Table 3.8), and species composition (see Forest Vegetation Figure 1, and Table 3.7) of the project area. Natural disturbances such as fire have been greatly reduced by fire suppression while timber harvest has been a more dominate factor in changing the vegetation. Openings historically created by fire have been replaced to a limited extent by timber harvest. Most harvested areas have fewer trees, fewer snags and a different shape and size as compared to areas burned by wildfire because trees were removed and boundaries were based on topographic features, property lines, or 40 acre limits. Fire suppression has been most effective in

extinguishing low to mixed severity fires resulting in increased tree canopy layers, ladder fuels, and more shade intolerant species (Table 3.7). The past regeneration harvest units are stocked with seral species resulting in species composition more in line with reference conditions.

### *Current Condition and Trend*

As was described above in the Affected Environment section, the current stand conditions are trending away from the historic range of variability with regards to age classes and species composition represented. These stands currently do not provide foraging opportunities for big game and grizzly bears, and these stands would continue in this condition until a fire event was to disrupt this trend. Based on the assessment of the current condition of the stands, it is highly unlikely that these stands would develop into large diameter stands, but over time trees would continue to die and create openings in the canopy where new growth could occur.

### *Contrasting Effects of Past Actions with the Proposed Activities*

Implementation of harvest activities would affect the distribution and composition of age classes of vegetation in the project area to varying degrees depending on acreage treated (see Table 3.13). The proposed action would contribute 1,250 acres of regeneration harvest to approximately 10,483 acres of previous regeneration harvest and would add 13 acres to previously cut 13,204 acres of intermediate harvest. The proposed prescribed burning would contribute 11,623 acres to previous prescribed burns of 1,488 acres. These activities have helped to form the existing vegetation conditions in the project area as well as keep fire as a disturbance process on the acres treated. The distant past harvest activities did not leave snags or currnet recommendation for down woody debris or rapiran area area management nor did it implement current BMP standards in part because these standards had not been developed yet. Some of these past action resulted in negative consequences for snag habitat, riparian areas, and loss of large diameter early seral species. The proposed harvest and burning activities would not result in these negative consequences due to ecosystem management knowledge. Emphasis on maintaining snags, down woody debris, riparian habitat management, and promotion of fire tolerant early seral species has become standard practices as our knowledge of the importance to maintain these important features has increased with experience and research.

### *Effects of Current and Reasonably Foreseeable Actions*

There is one active timber sale within the project area from the 2012 Record of Decision for the Grizzly Vegetation and Transportation Management Project, with four regeneration harvest units totaling 73 acres and 250 acres of prescribed burning in the southeast corner of the project area. The harvest treatments in combination with the proposed action would add slightly to the decrease in the 101-150 age class and increase in the 0-40 age class within VRU 5. The conditions displayed in Table 3.13 would be the same with these treatments included since the acreage is small and the affected age classes would still be within reference ranges. No other timber sales are planned in this project area.

The 250 acres of prescribed burning will occur within VRU 2 and add to the 239 acres proposed under the action alternatives. This would add to the accomplishment of restoring low severity fire to this frequent fire frequency VRU. Approximately 1,007 acres of precommercial thinning will start in 2013. The thinning treatments would reduce tree stocking and competition, maintain vigor, and improve species diversity. This activity would also aid these stands in growing and

achieving the next age class. These ongoing actions are consistent with the purpose and need for the Buckhorn project and help to maintain the trajectory of these forest conditions towards a desirable future condition. Other activities (see Table 3.3) like mineral exploration, road maintenance, recreation, noxious weed treatments, communication site maintenance, have had very little effect to the native vegetation in the project area (see Noxious Weeds section in this chapter for more information on invasive species). Individual tree removal for road maintenance and mineral exploration, removing brush along roadways and trails, killing weeds with herbicides, and brush and individual tree removal near communication sites will continue to happen and entail a very small portion of the project area and have a minimal effect on forest vegetation.

### *Combined Effects from Past, Proposed, Ongoing and Foreseeable Actions*

Prior regeneration harvest areas are growing into young forests providing habitat for organisms that utilize that forest structure. Many areas that have been logged in the distant past are functioning forest stands now and would not be recognized as past harvest by some members of the public. Effects from past logging on vegetation are difficult to quantify because they do emulate – to some extent – natural disturbances that affect these landscapes and are reflected in the existing conditions of vegetation with in the project area. Over time these areas regenerate similarly to natural disturbances but are typically enhanced with planted trees. As with any disturbance the vegetation reacts to its surrounding environment and competes with other organisms for nutrients, water, light and growing space. These forests are dynamic and actually require disturbance to maintain their composition, structure and function.

Without the role of fire - the major disturbance - the composition, structure and function of these forests are declining or trending away from desired conditions. Logging, precommercial thinning, prescribed burning, and similar human activities are not the same as a natural disturbance but can have a similar effect to forest stand conditions. Reducing stand density through timber harvest and prescribed burning has created more growing space, increased tree vigor, and allows for increased defenses against insects and diseases. Regenerating stands would reduce the abundance of cedar/hemlock dominated and lodgepole pine dominated stands. Reforesting the units to a mix of species including vigorous larch and white pine dominated stands would trend the project area toward reference species composition and age classes and help aid the stands in growing large diameter, resilient trees as well as limit effects of mountain pine beetle attacks within the lodgepole pine dominated stands. Species diversity will aid these stands in adapting to changing climatic conditions. All action alternatives in combination with past, proposed, ongoing and foreseeable actions have resulted in the existing conditions discussed at the beginning of the Forest Vegetation section with slight additional changes from ongoing and foreseeable actions discussed above in the Effects of Current and Reasonably Foreseeable Actions sections above.

Tradeoffs to these actions, such as potential soil and water effects and effects to wildlife species inhabiting the existing forest structure, are discussed in other resource analysis in this chapter.

# Consistency with the Forest Plan and other Management Direction

## Consistency with the 1987 Kootenai Forest Plan

This section addresses each alternatives consistency with goals put forth in the 1987 Kootenai Forest Plan.

p. II-1 #1 *Provide a sustained yield of timber volume responsive to National and Regional needs, scheduled to encourage a stable base of economic growth in the dependent geographical area.* Alternative 1 will not provide a sustained yield of timber. Alternative 2, 3, and 4 will provide a sustained yield of timber as described above.

p.II-1 #7 *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species, including old-growth timber in sufficient quality and quantity to maintain viable populations of old-growth dependent species and to maintain habitat diversity representative of existing conditions.* Alternative 1 does not maintain diverse age classes of vegetation and habitat diversity. Alternative 2, 3, and 4 will trend the age classes towards the desired future condition.

p. II-2 #16 *Harvest the maximum amount of high risk lodgepole pine marketable, to minimize losses from the mountain pine beetle.* Alternative 1 does not harvest the maximum amount of high risk lodgepole pine. Alternative 2, 3, and 4 proposes some harvest of high risk lodgepole pine but not the maximum amount.

p.II-2 #17 *Use prescribed fire to simulate natural ecological processes, prevent excessive natural and activity fuel buildups create habitat diversity for wildlife, reduce suppression costs, and maintain ecosystems*. Alternative 1 does not propose to use fire to simulate natural ecological processes. Alternative 2, 3, and 4 propose to use prescribed fire to simulate natural ecological processes, to address fuel build up and create habitat diversity for wildlife.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will have no effect to the forest vegetation resource.

## Consistency with the National Forest Management Act and Rangeland Renewable Resource Planning Act

The National Forest Management Act and the implementing regulations require specific findings to be made when implementing the Forest Plan. Those findings include the following:

**Suitability for timber production.** Harvest units proposed on suitable lands have been reviewed by a certified silviculturist and determined that they are located on suitable lands and are capable of being regenerated within five years of timber harvest.

**Clearcutting and even-aged management.** The ID Team and the silviculturist have determined that prescribing even-aged systems on specified units is appropriate. Many of the target stands would be two-storied, yet considered even-aged. In order to meet the purpose and need for the project, some proposed units are prescribed as a clearcut with reserves regeneration harvest. The rationale for choosing this method as the optimum regeneration method is provided in a site-

specific diagnosis that is located in project file. Further information on proposed silvicultural treatments is described in Chapter 2. Stands proposed for regeneration harvest have reached culmination of mean annual increment as defined in Forest Service Manual (1921.12f).

**Vegetative Manipulation.** The National Forest Management Act provides that timber harvest and other silvicultural practices shall be used to prevent damaging population increases of forest pest organisms and treatments shall not make stands susceptible to pest-caused damage levels inconsistent with management objectives. Harvest of trees provides social and economic benefit, reduces potential losses attributed to insects and diseases, and manipulates forest vegetation to enhance wildlife habitat and/or meet associate objectives. The silvicultural prescription which directs the vegetative management process is designed to meet Forest Plan goals, objectives, standards, and guidelines for forest productivity and wildlife habitat improvement while achieving ecosystem- based management.

Improvement cutting is proposed for one stand in order to improve tree vigor of the desired leave trees and to maintain or enhance the plant diversity. NFMA provides for these treatments where they increase the growth rate of residual trees, favor commercially valuable species, favor species valuable to wildlife, or achieve other multiple use objectives.

**Regeneration Potential.** The National Forest Management Act specifies that "timber would be harvested from National Forest system lands only where there is assurance that such lands can be adequately stocked within five years after final harvest" (16 USC 1604). Determination of adequate stocking is based on reforestation surveys conducted within a five-year period following harvest or site preparation and planting. Results of these stocking surveys are compared with the desired and minimum levels identified in a site-specific silvicultural prescription written for each treatment area. Restocking is considered satisfactory when the harvest area contains the minimum number, distribution, and species composition of vegetation specified.

Proposed treatment areas use regeneration harvests in order to rehabilitate affected areas and move them towards the desired conditions. These harvest openings would be planted or seeded naturally to create a diverse community of plants and trees. All harvest units are deemed to be restockable within five years of final harvest. There are no regeneration issues that would preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys would be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting would be impplemented if the early stocking surveys are not satisfactory.

The FACTS database was used to summarize reforestation survey records on the District. All regeneration harvest from 1976 to 2012 was analyzed (see project file). Results show that 90% have been satisfactorily stocked within 5 years and 98% are progressing or certified as stocked now. Poor performance was typically due to droughty conditions in the mid- 1980s and late-1990s and early-2000s, and harsh sites with shallow soils. All sites that did not get certified within 5 years had trees growing but not at the desired density. This information demonstrates assurance that the proposed regeneration harvest can be adequately restocked within the required timeframe. The Forest Service is required by law to reforest per the Knutson-Vandenberg Act (16 USC 576b, 6/9/30).

## Summary of Effects

Changes to vegetation in terms of the various stages of successional development are a natural part of the forested ecosystem in this area, and fires were the primary agent in making these changes. Plants and animals need these stages as they provide conditions or habitat that is needed. For plants, fire provides open areas where the grass/brush stage occupies the site followed by brush and small trees and progresses to mostly pole-sized trees and then to larger trees. For animals, these stages provide habitat necessary for like foraging/hunting, security/travel corridors, nesting/denning, etc. Some stages are critical to survival for some plants and animals. Fires can maintain some stages in some sites. Changes to vegetation from wildfire are limited since the advent of fire suppression. Generally the forest has become more homogenous as described in the large scale assessments like the UCRB, CER, AMS, and numerous other large- and mid-scale forest assessments on the Kootenai, and other forests in the inland northwest.

The desired condition for forest vegetation in this project area considers how these forests have developed overtime in relation to human and ecological events and potential future climatic conditions. All action alternatives trend the vegetation conditions toward desired conditions. Table 3.13 shows how all alternatives meet the purpose and need and shows that Alternative 2, which proposes to treat the most acres, is the most effective at trending the landscape towards the desired vegetative conditions.

# Old Growth

## Introduction

Most researchers categorize old growth as mature and overmature stands, which provide habitat for many wildlife species. Forest Plan Appendix 17, pg. A17-2, classifies old growth as a "distinct successional stage" having specific characteristics. It defines the "classic" old growth stand as one which is physically imposing with tall, full-crowned trees; large standing dead material; fallen dead material; a dense canopy; and having moderated temperatures.

Old growth forests are typically distinguished by: 1) large trees for the species and site; 2) accumulations of large dead standing and fallen trees; 3) decay or breakage of tree tops, boles, or roots; 4) multiple canopy layers; 5) wide variation in tree size and spacing; and 6) canopy gaps and understory patchiness (Helms 1998).

This extensive diversity provides habitat for many plant and animal species. Snags, downed logs, rotting wood, fungi, mosses, lichens, and green tree canopy are essential for innumerable species of wildlife and plants (Carey 1996). Closed-canopy forest reduces snow depths, insulates plants and animals from cold winds, and provides protection from predators. Open understories or patches of open canopy provide foraging opportunities for prey and predatory species alike. Interior habitat shelters wildlife and plants from sun, heat, dryness, and wind; it also provides protection from some predators, competitors, and parasites. Across any given landscape, old forests tend to achieve old growth characteristics at varying time scales and with a range of characteristics. “Old-Growth Forest Types of the Western Montana Zone” was used as the criteria

to identify stands that may qualify as old growth habitat (Green and others 1992, corrected 02/2005).

The pileated woodpecker is an inhabitant of old growth forest habitat and a management indicator species (MIS) for old growth habitat in the 1987 Kootenai National Forest Plan. Please see the Chapter 3, Wildlife Habitat section of this document for more information on the effects to the pileated woodpecker and cavity habitat from this project.

Management activities (timber harvesting, road construction, prescribed fire, etc.) have the potential to impact the effectiveness of existing old growth habitat or specific components of old growth; such as interior habitat and vertical structure.

Elements analyzed in this section include old growth structural attributes (downed wood and other attributes that add to the functionality of old growth), successional stages, and plant species that are expected to historically occur with the influence of natural disturbance events, such as wildfire. Effects to interior habitat from regeneration treatment and effects from opening roads to firewood cutting is also analyzed.

## Regulatory Framework

**Table 3. 20– Guiding Documents for Old Growth analysis**

| Guiding Document | Direction |
|---|---|
| 1987 Kootenai National Forest Plan | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |
| The Multiple Use-Sustained Yield Act of 1960 | Federal Law directing the Forest Service to achieve and maintain outputs of various renewable resources in perpetuity without permanent impairment of the land's productivity. |

Management and characteristics of old growth and stand attributes necessary for a stand to be considered old growth are discussed and summarized in the KNF Forest Plan (Appendix 17, FP II-1, 7, 22, FP III-54), Green et al. (1992, corrected in 2005), Pfister et al. (2000), Kootenai Supplement No. 85 to FSM 2432.22 (1991), and Castaneda (2004). That information is incorporated by reference.

**Forest Plan Appendix 17** specifies that no less than 10% (well distributed across dominate habitat types) of suitable National Forest system lands below 5,500 feet elevation be designated as MA-13, or other non-suitable management areas, such as MA-21/OG or MA-2/OG, and managed to provide an old growth forest condition (see Management Areas map, M-2, for locations of these MAs in the project area and their relation to the proposed activities). Old growth designations are determined by the methodology described in Kootenai NF supplement 85 (2432.--2). Many of these designations were initially determined and reviewed for previous projects within portions of the analysis area, including the Upper Yaak EIS in 1990, The West Yaak EA in 1997, and the Grizzly Vegetation and Transportation Management Project in 2012.



FS-046729

## Analysis Area and Scope of Analysis

The analysis area for direct impacts to old growth is the project area, since this is the area that will be directly affected by this project. Cumulative effects to old growth are analyzed at the project level, and the forest level. The amount of old growth habitat present and available at the Forest level is evaluated since many species that utilize old growth habitat depend on large home ranges, that extend outside of the project area.

## Methodology

Data sources to identify old growth stands include District files and surveys, the KNF old growth GIS layer developed from stand-level old growth inventory that is aggregated and summarized at the Forest scale, and the Forest Inventory and Analysis (FIA) data which collects and reports data at the Forest scale (see Forest Plan Monitoring and Evaluation Report 2012 in the project file).

Criteria used to compare the alternative impacts on old growth include:

- Acres of vertical structure removed. These are the acres of direct harvest in old growth.
- Road length built adjacent or through designated old growth.
- Acres of edge effect in old growth.
- Percent of designated old growth and replacement old growth (OG/ROG) in the project area

## Affected Environment

### Existing Condition

Existing conditions are a result of past natural and man-caused events, including historic timber harvest and wildfires. Timber harvest and fire history are listed in the cumulative effects section of this document and discussed in the vegetation and fuels sections of this document. The Buckhorn project area contains 5,555 acres (14 percent of the project area) of designated effective and replacement old growth below 5,500 feet. There are 4,453 acres (11.5 percent) of designated effective old growth, and 1,102 acres (2.8 percent) is designated replacement old growth (see Table 3.21). These designations can be seen on the Management Area map, M-2.

The entire Buckhorn Planning subunit was also analyzed for the amount of old growth present. The Buckhorn Planning Subunit contains 7,112 acres (13 percent) of designated effective and replacement old growth below 5,500 feet. Ten percent, or 5,338 acres, is designated effective old growth, and 1,774 acres (3 percent) is designated replacement old growth.

Replacement old growth (ROG) stands have many old growth characteristics, but not enough to be considered old growth currently. These stands are expected to become old growth in time. Table 3.21 also shows the minimum acres required to be designated to meet Forest Plan standards. Designated effective old growth stands in the project area support the habitat conditions described in “Old Growth Forest Types of the Northern Region” (Green and others 1992, corrected 02/2005).

Old growth stands in the analysis area are mainly composed of old larch, western redcedar, western hemlock, Douglas-fir, and other conifers. Old growth management area designations in

the project area were made to conserve the best old growth attributes available and to provide the best distribution, size, habitat type coverage, and quality of what is available. These old growth stands are physically connected to other old growth stands where possible, or are interconnected to adjacent old growth stands by stands composed of 100+ year old age classes.

**Table 3. 21 - Old Growth Acres Under <5,500 Feet Elevation on NFS Lands in the Buckhorn Project Area and Kootenai National Forest ***

| STATUS | Buckhorn Project Acres (Percent) | Kootenai National Forest Acres (Percent) |
|---|---|---|
| Total NFS lands | 55,815 | |
| Total NFS lands below 5,500 feet elevation | 38,672 | 1,869,222 |
| Minimum acre designation required by Forest Plan | 3,867 (10) | 187,000 (10) |
| **DESIGNATED OG (MA13, or OG MA)** | | |
| Designated effective OG | 4,453 (11.5) | 143,277 (7.7) |
| Designated ROG | 1,102 ( 2.8 ) | 64,776 (3.5) |
| Designated unknown (KNF Forest Plan) | 0 | 18,973 (1) |
| Total designated OG and ROG | 5,555 (14) | 227,026 (12.1) |
| **UNDESIGNATED EFFECTIVE OG AND ROG** | | |
| Undesignated effective OG | 470 (1 ) | 58,691 (3.1) |
| Undesignated ROG | 540 (1 ) | 32,941 (1.8) |
| **TOTALS FOR BOTH DESIGNATED AND UNDESIGNATED OG AND ROG** | | |
| Total designated and undesignated effective OG | 4,923 (12.7) | 201,577 (10.8) |
| Total designated and undesignated ROG | 1,642 ( 4.2 ) | 97,717 (5.2) |
| All old growth acres below 5,500 feet | 6,565 (17) | 299,294 (16) |

Forest-wide acres are updated as of September 2013, and project area acres are updated as of August 2013.

As the table above shows, the current Forest Plan Monitoring Report indicates the Forest has 1,869,222 acres below 5,500 feet elevation (minus lakes and highways). Using the stand-level data, there are currently 201,577 acres or 10.8 percent of Kootenai National Forest (KNF) acres below 5,500 feet that are old growth (designated or undesignated). An additional 97,717 acres are replacement old growth (designated and undesignated). Forest-wide, old growth or replacement old growth on the Forest totals 299,294 acres or 16percent of acres below 5,500 feet based on the stand-level data. As described in the Forest Plan Monitoring Report (USFS 2013), the FIA data is summarized forest-wide and does not measure old growth based on the criteria in the Forest Plan. The FIA data estimates effective old growth forest-wide at 8.9 percent of the Forest, with a 90 percent confidence interval of 7 percent to 10.9 percent. The acres of old growth from the stand-level inventory are just within the confidence interval for the FIA data. However, it must be noted the FIA data is measuring a different land base (all lands, not just lands less than 5,500 feet). Also, to account for changes from when the FIA data was collected, any plots with disturbance (e.g., wildfire) were excluded from consideration as old growth. This is a

conservative estimate, since some wildfires may not have affected old growth characteristics. The Forest Plan Monitoring Report (2013) indicates the Forest is meeting its Forest Plan requirements for managing 10 percent of the forest as old growth habitat well distributed across KNF lands below 5,500 feet elevation.

### Block Size

There are a total of 6,846 acres of old growth within the Buckhorn Project Area. These acres are situated in 37 blocks ranging from 13 to 1,759 acres in size. Of these old growth blocks, 70% are greater than 50 acres in size.

Some stands smaller than 50 acres in size were designated to protect additional attributes unique to old growth where they exist in the project area. They were designated based on recommendations in Morrison et al (1992:85), where they state *"it is vital to recognize that in heavily fragmented landscapes, the last remaining patches of older or forested vegetation may play an important role. The patches may act as stepping stones for dispersal of many species associated with the specific environmental conditions throughout the landscape. Removal of such patches because they fail to meet criteria for size and provision of interior conditions may result in a network of dispersal for wildlife being severed in the landscape."*These stands are largely surrounded by multi-aged stands, which provide corridor links to larger blocks of old growth.

### Stand Structure

Old growth stand structure is described by Green et al. (Green and others 1992, corrected 02/2005). That information is incorporated by reference. In summary Green identifies three structural stages that are useful in describing old growth. They are late seral single story (e.g. ponderosa pine, Douglas-fir, lodgepole pine sites); late seral multi-story (e.g. larch, whitepine) and near climax (e.g. redcedar, grand fir, sub-alpine fir sites). Stands identified as effective old growth contain one of these structure stages described by Green.

### Disturbance

Historically, landscape patterns were created and maintained by natural disturbance regimes. Disturbances that kill some or all vegetation in a particular location are an intrinsic part of ecosystem development. Ecosystems and landscapes change over time as a function of vegetation characteristics and disturbance regimes (Camp et al, 1997).

A fire history study conducted in north Idaho found certain topographic positions where trees survived numerous fire episodes (Zack and Morgan, 1994). These topographic positions were of two sorts. First were the more exposed positions: ridgetops, shoulders, prominent spur ridges, and break-lands. The authors ascribed a higher probability of finding large residual trees in these exposed landscape positions due to the rapid seasonal drying, which would increase the probability of more frequent understory fires. These landscapes were comprised of open stand structures with low fuel concentrations, increased fire frequency and large fire resistant trees. During big lethal fire events, the large trees on these exposed sites had a higher probability of surviving. The second type were the more protected and moist landtypes. These include wider riparian zones, moist flats, northslope coves and benches, and the lower part of steep north slopes. Together these two landscape positions have a high probability of avoiding lethal fires long

enough to develop significant old growth characteristics. Note that the composition and structure of the old growth in these two topographic positions are quite different.

Before timber harvest became prevalent in the northwest, wildfire was the dominant disturbance that shaped old growth stands. Understanding fire ecology is crucial to interpreting the effects fire has on the landscape and landscape processes.

Lesica et al. (1990) found significant differences in lichen and bryophyte communities between old growth, and managed second growth grand fir forests in the Swan Valley of Montana. They specifically noted several species that were either more common or only present in old growth stands. Lichen species unique to undisturbed habitats have been used to identify very old forest habitats that have not been disturbed for many centuries. These species, unique to disturbance refugia, are referred to as indicators of long-term ecological continuity (Goward, 1994; Rose, 1976; Tibell, 1992). Many of the fire refugia sites on the KNF have developed into old western hemlock and ancient western redcedar groves. These are the "classic" stands that everyone can easily recognize as old growth habitat. Also, some areas of very ancient, or senescent old growth in fire refugia habitats have become so old that portions of the very old overstory have fallen out, making these sites difficult to identify as important undisturbed refugia for species that are important to conserve in the context of old growth habitat. In fire refugia habitats, large, old trees are one of many indicators of ecological continuity, but enough large old trees are not always present. Also, if only the tree component data in senescent old growth stands is considered, some sites would appear to be more akin to replacement old growth than effective old growth. Most areas that can be considered as fire refugia occur in western red cedar habitats adjacent to streams, and often are long linear stands where wildfires have not burned in the past. The suite of species unique to fire refugia do not appear anywhere else on the landscape, therefore, not only are they useful as indicator species of these unique habitats, these species themselves are important to conserve. Therefore, areas of potential fire refugia have been excluded from the proposed harvest units, even when the acreage is too small to designate as old growth. Also, some areas of potential fire refugia within the project area have been designated as replacement old growth to provide additional old growth habitat in the future, and to provide connectivity for genetic exchange between adjacent old growth stands.

Existing conditions include the effects of edge from adjacent regeneration units, and open roads. Roads allow for potential access by firewood cutters to remove standing snags. Within existing old growth, 16 miles of roads are open to public access throughout the year. These roads either bisect or are adjacent to old growth stands. Open roads may result in some continuing level of snag removal from the old growth stands approximately 100 feet from the road (as allowed by the firewood permit FS-2400-001). The Old Growth Table 2 displays the miles of open road that access old growth and the wildlife section of this chapter for an analysis of cavity habitat.

Past regeneration harvesting (1983-2000) adjacent to old growth has created approximately 881 acres of edge effect within the project area. Old growth acres not impacted by edge effects provide interior habitat. Calculations of old growth edge effects for the project area calculated acres based on a 300-foot buffer from regeneration harvest units that occurred 30 years or less years ago. The assumption is that older units no longer produced an "edge effect".

Timber harvesting can affect adjacent old growth stands by altering six microclimatic factors (solar radiation, soil temperature and moisture, air temperature, relative humidity and wind speed (Chen et. al. 1995). Microclimatic changes lead to vegetative changes (e.g. species richness,

diversity, structure, composition) (Russell and Jones 2001). Changes in vegetative conditions may lead to effects such as changes in wildlife species using the area; species abundance and higher predation (Askins 2000: 120) (see the Wildlife Section for pileated woodpecker analysis). All these effects extend varying distances into the uncut stands depending on a number of variables (e.g. aspect, slope, elevation, wind speed and direction, etc.).

While there is no single answer to how wide the area influenced by edge is (Chen et.al. 1995), research (Harris 1984, Russell et. al. 2000, Morrison et. al. 1992, Ripple et.al. 1991; Province of BC 1995) has identified a three tree height rule as the distance effects occur. Table 3.22 displays the acres of old growth influenced by edge effects from the proposed regeneration units. The depth of influence is also related to time since harvest, with effects dissipating within 20 to 50 years, depending on the vegetation's growth rate (Russell and Jones 2001, Ripple et.al. 1991, Russell et.al 2000). In the project area, average tree growth in regeneration units result in tree heights (20-50 feet) and densities (fully stocked stands) that reduce the depth of influence from edge effects after thirty years. While changes in vegetation and wildlife use may occur on the acres influenced by edge, those acres remain functional old growth for some species. The old growth acres not impacted by edge effects provide interior habitat.

## Environmental Consequences

Table 3.22 displays a comparison of effects to old growth habitat by alternative. These criteria are discussed under each alternative.

**Table 3.22 - Summary of Measurement Criteria to Evaluate Effects to Old Growth**

| Measurement Criteria | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| Acres of vertical structure removed in old growth | 0 | 0 | 0 | 0 |
| Road length (in miles) of open roads existing through old growth | 16 | 16 | 16 | 16 |
| Acres of edge influence from proposed regeneration units in old growth | 0 | 35 | 32 | 20 |
| Percent of designated old growth in project area <= 5,500 ' elev. (OG+ROG) | 14 | 14 | 14 | 14 |

Management activities (including timber harvest, road construction, burning, etc.) have the potential to impact the function of old growth habitat or specific components of old growth, such as interior habitat and vertical structure. Activities may also result in noxious weed invasion.

### Alternative 1 -Direct, Indirect Effects

Alternative 1 is the No Action Alternative and would have no direct effect on designated old growth or associated plant and wildlife species (also see pileated woodpecker discussion). The conditions for all four measurement criteria (see Table 3.22) would remain unchanged. No old growth would be treated through timber harvest or prescribed burning. There would be no risks from these activities, such as soil compaction, weed introduction, or modification of stand structure. All old growth areas would maintain their existing conditions, and continue to provide habitat for those species which utilize the area over the long term.

Fire suppression over the last century has altered stands historically maintained by fire disturbance. The affected stands have developed fuel loading and ladder fuels that are uncharacteristic for some sites. These conditions would continue to accrue until a natural disturbance occurs.

However portions of the Buckhorn project area is composed of moist site cedar and hemlock old growth that have stand structures dominated by the climax species for these sites as a result of long fire return intervals. These stands have survived surrounding lethal stand replacing wildfires because of a combination of moist site, physiography, and topography. These areas have been less frequently affected by disturbance than the surrounding landscape and can be referred to as disturbance “refugia” (Camp et al., 1995), or “fire refugia” (Camp et al., 1997). These are areas of ecological continuity (temporal) that rarely, if ever suffered a lethal (stand replacing) wildfire because of a combination of moist site characteristics, topography, and physiography. These stands were historically protected from stand replacement fires by their juxtaposition to rivers, springs, stream confluences, open rocky sites, and moist northerly aspects. Also, many of these fire refugia sites were also protected from lethal late summer fires because of adjacent fire maintained habitats.

Alternative 1 does not propose any prescribed fire, which increases the risk of high severity wildfires, which could affect adjacent old growth stands. Potential natural disturbances (wildfire, insect or disease epidemics, wind) could reduce old growth characteristics or completely remove an area of old growth under extreme conditions. While these events might occur, extreme conditions are not predictable so it cannot be said, with reasonable certainty, whether or not these events would have more or less effect than the action alternatives.

The most recent forest-wide old growth analysis concludes that at least 10 percent of the KNF below 5,500 feet elevation is designated for old growth management (USFS 2012). This alternative would not affect the 10 percent standard for old growth at either the sub-unit or Forest scale.

### Alternative 2 – Direct and Indirect Effects

No harvest, fuels, or prescribed burning treatments are proposed in designated effective or replacement old growth in any of the alternatives.

None of the alternatives would reduce the amount of effective old growth present in the project area.

No new roads or temporary roads would be constructed through old growth stands in any alternative.

Alternative 2 would create an edge effect of approximately 35 acres based on a 300 ft. buffer distance from the proposed regeneration units. However note, that the regeneration units will also create early successional habitats similar to what mixed severity, and stand replacing fires, would have historically created within the project area. These harvest and associated fuels treatments will also help provide protection from potentially lethal late summer wildfires that may originate from stands adjacent to old growth in the future.

## Alternative 3 – Direct and Indirect Effects

No harvest, fuels, or prescribed burning treatments are proposed in designated effective or replacement old growth in any of the alternatives.

None of the alternatives would reduce the amount of effective old growth present in the project area.

No new roads or temporary roads would be constructed through old growth stands in any alternative.

Alternative 3 would create an edge effect of approximately 32 acres based on a 300 ft. buffer distance from the proposed regeneration units.

## Alternative 4 – Direct and Indirect Effects

No harvest, fuels, or prescribed burning treatments are proposed in designated effective or replacement old growth in any of the alternatives.

None of the alternatives would reduce the amount of effective old growth present in the project area.

No new roads or temporary roads would be constructed through old growth stands in any alternative.

Alternative 4 would create an edge effect of approximately 20 acres based on a 300 ft. buffer distance from the proposed regeneration units.

## Cumulative Effects Common to all Alternatives

### *Past Actions and their Effects on Current Conditions*

**Fire Suppression:** Large portions of this region's pre-1900 timber cover were dominated by fire-adapted and/or fire-dependent conifers, including ponderosa pine, lodgepole pine, western larch, and western white pine. Many of the mature seral forests were well over 200 years old in the mid-1800s. Just prior to Euro-american settlement (1850 and later), fire-generated or fire-perpetuated forest types dominated vast acreages in the northern Rockies.

Habeck (1988) stated that the onset of modern fire suppression has been equal in importance to the impact of logging in altering the abundance of old growth forests in the Northern Rocky Mountains. The events and circumstances conducive to generating and maintaining some kinds of old-age forest no longer exist. A large portion of the original old-aged ponderosa pine and western larch stands in western Montana, have become densely stocked with Douglas-fir, grand fir, or subalpine fir regeneration.

Much of the Buckhorn project area is composed of moist site cedar and hemlock old growth which has stand structures dominated by the climax species for these sites as a result of long fire return intervals. These stands have survived surrounding lethal stand replacing wildfires because of a combination of moist site, physiography, and topography. It is also important to note that fire maintained habitats adjacent to these old growth stands, also provide protection from stand replacing events.

**Timber Harvest and Roads:** Timber harvests occurring prior to the mid-1980s had little to no management direction for retaining old growth. It is unknown how much old growth was harvested, but aerial photos and field observations indicate that in watersheds such as Spread Creek and Meadow Creek old growth was harvested. Old growth stands were likely harvested on private land in the valley bottoms as well. The 1987 Forest Plan established guidelines for maintaining a minimum of 10 percent old growth, under 5,500 feet elevation, in each major drainage. Subsequent analysis in the project area for such projects as the West Yaak EA, included field inventories, and the designation of the best old growth to the 10 percent level by compartment. The 1991 Kootenai FSM Supplement #85 set the direction to designate additional old growth in adjacent compartments to supplement shortfalls in old growth. It also allowed for the option to designate replacement old growth in a compartment to bring the designations up to 10 percent.

Past regeneration harvesting (1983-2000) adjacent to old growth has created approximately 881 acres of edge effect within the project area. Calculations of old growth edge effects for the project area calculated acres based on a 300-foot buffer from regeneration harvest units that occurred 30 years or less years ago. The assumption is that older units no longer produced an “edge effect”.

The road system on the District expanded from the 1950s through the 1980s. This impacted old growth stands by harvest or loss of snags within 100 feet of open roads from firewood cutting as allowed by the firewood permit, see the wildlife section for analysis of cavity habitat. Management for the grizzly bear has restricted vehicle traffic on many roads since the 1990s. The District is nearing full compliance for road restrictions within this decade. The decrease in motorized access has reduced the impacts on snags within old growth stands adjacent to roads. Additionally, decommissioning or long term storage of a road has allowed for regeneration of vegetation. Over time these roads lose the abrupt edge effect adjacent to mature forests.

### Contrasting Effects of Proposed Actions with Past Actions

As contrasted with past timber harvest where regeneration prescriptions dominated, and where large old growth trees and other old growth attributes were lost, the Buckhorn Project does not propose any harvest treatments that would remove any old growth attributes.

### Effects of Ongoing and Reasonably Foreseeable Actions:

Foreseeable activities include the ongoing Grizzly Vegetation and Transportation Management Project. Firewood cutting may impact some areas of old growth along open roads. Fire suppression will continue to contribute to increased fuel loadings and uncharacteristic conditions.

### Combined Effects from Past, Proposed, Ongoing and Foreseeable Actions:

The proposed activities would reduce fuels accumulations in the project area. Cumulatively, the activities would incrementally reverse the undesirable trends caused by fire exclusion, and the proposed prescribed fire treatments would help restore historically fire maintained habitats adjacent to old growth on the landscape.

## Consistency with the Forest Plan and Other Management Direction

All alternatives are consistent with Forest Plan direction to maintain a minimum of 10% old growth below 5,500 feet in elevation in each third order drainage or compartment, or a combination of compartments (Kootenai Supplement No 85., supplement to FSM 2432.22).

The most recent Forest-wide assessment as documented in the Forest Plan Monitoring and Evaluation Report (USDA Forest Service 2013) shows that the Kootenai National Forest has 221,536 acres (11.9 percent) old growth designated. The Kootenai Forest Plan established that maintaining 10 percent of old growth habitat is sufficient to support viable populations of old-growth dependent species (Vol. 1, II-1, 7, III-54; Vol. 2, A17).

Management Area (MA) 13 consists of scattered parcels of existing old growth or mature timber stands which contain components of old growth. The Buckhorn Project complies with the following standards for MA 13:

**MA 13 Recreation Standards**: All alternatives comply with these standards. A forest closure order exists to off-highway vehicles which restricts them to established roads and trails.

**MA 13 Wildlife and Fish Standards:** All alternatives comply with these standards.

**MA 13 Range Standards:** All alternatives comply. No active range allotments occur.

**MA 13 Timber standards:** All alternatives comply with these standards.

**MA 13 Facilities standards:** All alternatives comply with standards 2 and 3. No new open roads through old growth are authorized with this project.

**MA 13 Fire Standards**: All alternatives comply with these standards.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will not open roads up to public use and will have no effect to old growth.

# Wildlife

## Introduction

The Kootenai National Forest (KNF) provides habitat for over 300 different species of wildlife (USFS 2003a), many of which occur within the Three Rivers Ranger District and the Buckhorn project area. The presence or absence of these wildlife species depends in part on the amount, distribution and quality of habitat used by each species. In addition to habitat changes, a number of these species are impacted by hunting or trapping. The Montana Department of Fish, Wildlife & Parks (MFWP) regulates game animal populations through hunting permits and seasons. The Forest Service and the MFWP work together to ensure that an appropriate balance is maintained between habitat capability and population numbers. The Forest Service also works closely with the U.S. Fish and Wildlife Service (USFWS) to assist in the recovery of animals listed under the Endangered Species Act (ESA). Proposed federal projects which have the potential to impact species protected by the ESA require consultation with the USFWS.

For the purpose of this Environmental Impact Statement, a number of wildlife species were selected for detailed analysis. The species chosen represent a combination of coarse filter (management indicator species) and fine filter (species specific) analyses that includes three groups of species: 1) threatened, endangered, and proposed species that may be present on the KNF as determined by the USFWS. 2) sensitive species which are designated by the Regional Forester, and 3) Management Indicator species (MIS) which are identified in the Kootenai Forest Plan (USFS 1987, Appendix 12) and represent a particular habitat or habitat complex, Species that would not be affected by any of the alternatives are reviewed, but not discussed in detail.

The bounds of analysis for each species were determined using the viability analysis concepts described by Ruggiero et al. (1994). Species viability is supported by the forest-wide Conservation Plan (Johnson 2004a).

The wildlife analyses include direct, indirect, and cumulative effects of the proposed alternatives. Cumulative effects include past actions with ongoing effects (existing baseline) and effects of ongoing and reasonably foreseeable actions that are cumulative with the effects of the proposed alternatives." Please refer to Chapter 3, Tables 3.1 through 3.3 for information on past actions as well as ongoing and reasonably foreseeable actions that have or will occur in this area.

## Threatened, Endangered, and Proposed Species

### Introduction

Federally listed endangered species are those species in danger of extinction throughout all or a significant portion of its range and currently none are found on the KNF. Threatened species are those species which are likely to become an endangered species within the foreseeable future and include grizzly bear, Canada lynx, and designated lynx critical habitat. Proposed species are those proposed in the Federal Register to be listed under section 4 of the ESA and includes the North American Wolverine.

## Regulatory Framework

The ESA of 1973 declares that all Federal agencies … " utilize their authorities in furtherance of the purposes of this Act by carrying out programs for the conservation of endangered species and threatened species listed pursuant to section 4 of this Act." Under provisions of the ESA, federal agencies shall use their authorities to carry out programs for the conservation of listed species, insuring any action authorized, funded, or implemented by the agency is not likely to: 1) jeopardize the continued existence of any threatened, endangered, or proposed species or 2) result in the destruction of or adverse modification of critical habitat (16 USC 1536).

The National Forest Management Act (NFMA) directs the Forest Service to "provide for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives."

This Environmental Impact Statement analyzes the potential effects of the proposed fuels treatments on all threatened and endangered species known or suspected to occur in the proposed action influence area (Table 3.23). The species list comes from the USFWS Montana Ecological Services Field Office website, www.fws.gov/montanafieldoffice/Endangered_Species/ ListedSpecies/Forests/ Kootenai_sp_list.pdf, which is current as of November 2013. Species distribution maps and resulting consultation areas on the KNF received prior concurrence from the USFWS (Wilson 2001).

**Table 3. 23 - Threatened and endangered terrestrial wildlife species in the Buckhorn project area.**

| Species | Determination | Comments |
|---|---|---|
| Grizzly Bear<br>(*Ursus arctos horribilis*)<br>Threatened | MALAA | Grizzly bears and their home ranges are documented within the project area. |
| Canada Lynx<br>(*Lynx canadensis*)<br>Threatened | MANLAA | Lynx presence documented within the project area. |
| Critical Habitat for Canada Lynx | MANLAA | The analysis area is located within designated critical habitat located within Northern Rocky Mountains Critical Habitat Unit #3. |
| North American Wolverine<br>(*Gulo gulo luscus*)<br>Proposed | NLJCE | Long distance travelers and observations within vicinity of the project area. Potential denning habitat. |

* Determination Key: MALAA = May Affect, Likely to Adversely Affect, MANLAA = May Affect, Not Likely to Adversely Affect, NLJCE = Not Likely to Jeopardize the Continued Existence

## Grizzly Bear

### Summary of Conclusions

The Buckhorn project's proposed activities would move treated stands towards resilient vegetative conditions more characteristic of the area which includes improved availability and productivity of forage species. Design criteria would be implemented to protect important spring

habitat and to reduce the level of activity occurring within an area at any one time. To reduce the risk of mortality associated with open roads, all barriered or restricted roads opened for harvest and watershed improvement activities would remain closed to public motorized travel during non-operational periods. Also, ample Core habitat is available within and adjacent to the activity areas and would remain available for bears should they be temporarily displaced during activities. There would be minor one to two percent temporary changes to habitat parameter levels during project activities with a one percent post-project improvement in total motorized route density (TMRD) in Bear Management Unit (BMU) 14. Proposed activities would be compliant with the 2011 Access Amendment; however, temporary entries into Core may result in adverse affects to grizzly bears. Therefore, implementation of the Buckhorn project's Alternatives 2 and 3 results in determinations of **may affect, is likely to adversely affect grizzly bears** consistent with effects anticipated under the 2011 Access Amendment.

Implementation of the Buckhorn project's Alternative 4 results in a determination of **may affect, is likely to adversely affect grizzly bears**. Although similar to Alternatives 2 and 3, implementation of Alternative 4 would result in a temporary reduction in Core percent during harvest that would not be compensated for with in-kind replacement of Core concurrently or prior to the potential loss. As proposed, this activity is not consistent with the Forest Plan as amended by the 2011 Access Amendment.

## Data Sources, Methods, Assumptions, Bounds of Analysis

Grizzly bear population ecology, biology, habitat description and relationships identified by research are described in the Grizzly Bear Recovery Plan (USFWS 1993), the annual progress reports for the Cabinet-Yaak grizzly bear research (Kasworm et al. 2013), and Kasworm and Manley (1988). That information is incorporated by reference. Grizzly bear occurrence data comes from recent District wildlife observation records, Natural Resource Information System (NRIS) wildlife database, and other agencies (MFWP, Montana Natural Heritage Program (MNHP), and USFWS).

### *Grizzly Bear Habitat Bounds of Analysis*

The proposed project is in the Cabinet-Yaak grizzly bear recovery zone (USFWS 1993). The Cabinet-Yaak Ecosystem (CYE) is large and diverse, meaning that grizzly bear habitat and use in one part of the ecosystem may not be reflected throughout the whole ecosystem. Breaking the ecosystem down into smaller units, i.e. by BMU, allows for analysis to consider effects associated with the activity's area of influence so that potential effects would not be minimized by considering too large an area (IGBC 1990). The BMUs are biologically meaningful to grizzly bears in that they 1) are based on the average size of a female bear's home range, 2) provide seasonal and elevational movement in response to needs (e.g. food and denning habitat), and 3) provide contiguous, unobstructed habitat allowing for displacement (i.e. Core) (Christensen and Madel 1982, IGBC 1990). Delineating BMU boundaries using topographical features establishes a recognizable unit for management consistency, allowing for identification of management needs or concerns, activity planning, scheduling, coordination, and monitoring (ibid) within and among adjacent ranger districts and forests.

Christensen and Madel (1982), in *Cumulative Effects Analysis Process* chose a 515,000 acre cumulative effects analysis area which represented 56 percent of the Cabinet-Yaak Recovery Zone and was the focal point of mineral exploration and development on the KNF. In this

analysis, it was assumed that if each smaller bear unit within that analysis area is maintained in a viable condition then the total of all bear units would remain a viable habitat. Based on that well established premise, the BMU has been consistently identified as the analysis area for analyzing and monitoring effects to the grizzly bear (e.g., in IGBC 1994, McMaster 1995, and IGBC 1998).

Individual projects proposed on the KNF include activities to maintain or improve conditions in affected BMUs and move towards compliance with current standards where needed. Progress on this effort is documented by the KNF by BMU in the annual Forest Plan "Monitoring and Evaluation Reports" (USFS 2013).

The project area and proposed activities are located within the CYE and includes portions of BMUs 13 and 14 (see Bear Management Units map, M-12 in the Map section). Both BMUs have known bear occupancy. Human use patterns in these BMUs are concentrated along the open roads found in the major drainages. Remaining areas of the BMUs can be characterized by timber harvest activities and dispersed recreation over a network of roads and trails. There has been a consistent but not overwhelming human presence in these areas. Timber harvest activities would occur within lower elevation habitats in roaded areas. They are located outside or along the periphery of the large blocks of Core habitat within the BMUs. Prescribed burn units are found throughout the project area BMUs including areas of unroaded Core habitat. Most watershed improvement activities would occur on existing but barriered or impassable roads that have contributed to Core for more than 10 years. Activity free areas of Core would continue to be available both within and adjacent to the project boundary. Portions of both affected BMUs are found outside of the project area (a majority of BMU 14 to the north and the western portion of BMU 13) as well as adjacent BMU 12 to the south. Any bears potentially displaced during project activities would likely move to the large areas of Core that are currently providing secure habitat and would not experience any project activities.

Therefore, BMUs 13 and 14 have been chosen as the appropriate scale of analysis for determining direct, indirect, and cumulative effects for the Buckhorn project.

### *Grizzly Bear Habitat Analysis Framework*

The grizzly bear analysis incorporates standards and design elements from the 2011 Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones (2011 Access Amendment) (USFS 2011a, b). Standards were set specific to each BMU to reflect the unique biological factors (e.g. high quality habitat, sightings of family groups, human caused mortality, adjacency to BMUs having females with young, and ties to linkage areas), as well as other non-biological factors (highways, access to inholdings, and access to popular recreation areas). The Biological Opinion (BO) (Wilson 2011a, b) establishes an incidental take statement defined by habitat parameters applicable within the recovery zones which are based upon the benchmark standards for Core habitat, open motorized route density (OMRD), and TMRD. Also addressed are management needs identified in Harms (1990).

Effects analysis for the Buckhorn project considers the recovery objectives, compliance with management direction, and best science. Table 3.24 describes the recovery objective, the habitat parameters evaluated, and the basis for the habitat parameters.

**Table 3.24 - Recovery objectives, parameters, and basis guiding grizzly bear habitat analysis.**

| Objective* | Parameter | Basis for Parameter |
|---|---|---|
| 1) Provide adequate space to meet the spatial requirements of a recovered grizzly bear population. | Core areas<br><br>Open Motorized Route Density (OMRD)<br><br>Total Motorized Route Density (TMRD) | FP Standard III-59 and the 2011 Access Amendment as an Addendum to Appendix 8<br><br>2011 Access Amendment as an Addendum to Appendix 8<br><br>2011 Access Amendment as an Addendum to Appendix 8 |
| 2) Manage for an adequate distribution of bears across the ecosystem. | Juxtaposition of foraging habitat and cover<br><br>Seasonal components<br><br>Road density and displacement (Core) | Forestwide goal to maintain vegetative diversity, p.II-1 #7; FP standard (Appendix 8-10)<br><br>FP standard (Appendix 8-10), and recommendations from USFWS and KNF meeting (Brooks 1992)<br><br>See Objective 1 |
| 3) Manage for an acceptable level of mortality risk. | Juxtaposition of foraging habitat and cover<br><br>Road density<br><br>Displacement<br><br>Attractants | See Objective 2<br><br>See Objectives 1 and 6<br><br>See Objectives 1 and 6<br><br>FP standard (Appendix 8-9, 11, 12, 14, and 16) |
| 4) Maintain/improve habitat suitability with respect to bear food production. | Objectives 1 and 2<br><br>How does project improve food sources (especially huckleberries)? | |
| 5) Meet the management direction outlined in the Interagency Grizzly Bear Guidelines (51 Federal Register 42863) for management situations 1, 2, and 3. | Meeting Objectives 1-4 has been determined to meet the intent of the Interagency Grizzly Bear Guidelines (Buterbaugh 1991). | |

| Objective* | Parameter | Basis for Parameter |
|---|---|---|
| 6) Meet the management direction specified in the October 18, 2011 Incidental Take Statement (Wilson 2011a, b). | This Objective is met by meeting Core, OMRD, and TMRD standards addressed in Objective 1 as well as complying with 2011 Access Amendment design elements. | |

*Objectives 1-5 were formulated to accomplish the KNF grizzly bear management goal to provide sufficient quantity and quality of habitat to facilitate grizzly bear recovery (Harms 1990).
FP = Forest Plan

As noted in Table 3.24 the Core area, OMRD, and TMRD parameters are based on direction in the 2011 Access Amendment which uses the research recommendations found in Wakkinen and Kasworm (1997) as the benchmark standards for BMUs. The Wakkinen and Kasworm (1997) recommendations are 1) a minimum Core habitat of 55 percent, 2) a maximum of 33 percent of a BMU with greater than 1 mi/mi2 OMRD, and 3) a maximum of 26 percent of BMU with greater than 2 mi/mi2 of TMRD. The 2011 Access Amendment parameters for the BMUs in the Buckhorn project area are the same as or better than the research recommended levels (Table 3.24).

### *Methods*

Habitat parameters and acres were calculated using geographic information system (GIS) applications using project area, BMU, proposed unit, and road information. Activity unit acres and road lengths are in decimal format. Therefore, there may be slight differences in acres or mile totals as presented in the following analysis than elsewhere in the document (e.g., project description) depending on when rounding of the decimals took place (e.g., rounding each individual unit before summing or totaling all acres then rounding).

## Affected Environment/Existing Condition

### *Introduction*

Grizzly bears and their associated habitats are known to occur on the KNF as well as within both project area BMUs during all seasons. There are two grizzly bear recovery zones on the KNF, the CYE and the Northern Continental Divide Ecosystem. Habitat conditions in the CYE have been improving steadily since 1987 as documented by Johnson (2002), Summerfield et al. (2004), and the annual Forest Plan monitoring reports on threatened and endangered species habitat (USFS 2013).

Currently, the CYE grizzly bear population is estimated to have a minimum population of 50 grizzly bears, using a 10 year calculation, with a 57 percent probability of a downward population trend (Kasworm et al. 2013). Preliminary results from the Cabinet-Yaak DNA study indicate a population of 45 to 49 bears within the CYE (IGBC 2013) and corroborate the estimate by Kasworm et al. (2013). Causes of grizzly bear mortality have generally been due to factors beyond Forest Service control (e.g. management removal due to food attractant on private land, hunter mistaken identity or defense of life, and illegal kill by humans). Kasworm et al. (2013) suggests that an increase in natural mortalities beginning in 1999 could be attributed to poor food

production during 1998 through 2004, when huckleberry production was about half of the 20-year average.

An integral part of grizzly bear management on the KNF is to implement measures within the authority of the Forest Service to minimize human-caused grizzly bear mortalities. The KNF recently enacted a Food Storage Order (USFS 2011c) which includes the proper storage and transportation of food and other attractants on all Forest Service lands on the KNF. There has been an increase in bear resistant garbage containers in developed campgrounds and a pack in/pack out policy for all other campgrounds and dispersed recreation sites. The KNF has also installed signs along popular roads to inform people that they are in grizzly bear habitat and they include grizzly bear identification information.

Other agency efforts include many county refuse sites being fenced to keep bears from attractants. For instance, in 2011 the Savage Lake site located along Highway 56 was fenced on state owned lands with bear-proof electric fencing. Other smaller and privately owned refuse sites are still being evaluated for locations to effectively bear-proof them (Annis 2011). Public education efforts are ongoing to encourage people to live in a way that is more compatible with the needs and behaviors of bears. This includes assistance by MFWP with the installation of new electric fencing of chicken and pigeon coops in the Yaak to prevent future bear conflicts (Annis 2012). Also, Montana has instituted a mandatory black bear hunter testing and certification program to help educate hunters in distinguishing bear species and reducing mistaken identity.

### *Grizzly Bear Occurrence*

Credible sightings of grizzly bears have occurred within both BMUs starting in 1969 and 1970 (see project file), with the most recent observations in 2011 for BMU 14 (Kasworm et al. 2012) and 2012 for BMU 13 (Kasworm et al. 2013). Documented bear observations in the BMUs includes areas of Core and some activity areas proposed by this federal action. Grizzly bear movement across the border into Canada from the Yaak has been documented, including signs of reproduction, whereas grizzly movement is limited between the Yaak and Cabinet Mountains. Also, there is evidence of low reproduction occurring within the Cabinet Mountain population. Therefore, augmentation efforts and evaluation of success of the grizzly population has focused on the Cabinet Mountains and has not yet occurred within the Yaak (Kasworm et al. 2012).

Bear activity in BMU 13 includes credible observations of bears spending some portion of time in the BMU since the late 1960s (see project file). The most recent grizzly bear occurrence in this BMU was in 2012. This BMU also has been periodically occupied by females with young over the past 23 years (Kasworm et al. 2013). Research records indicate two deaths in this BMU since 2001 resulting from human causes (see project file, Kasworm et al. 2013).

Credible observations of grizzly bears in BMU 14 have been documented since the early 1970s (see project file) and most recently in 2011 (Kasworm et al 2012). Similar to BMU 13, this BMU has been periodically occupied by females with young over the past 23 years (Kasworm et al. 2013). Research records indicate three deaths since 1951 resulting from human causes; all occurred near open roads (see project file).

### *Analysis Area*

The project area includes approximately 55,582 acres of National Forest System (NFS) lands. Much of this area includes large tracts of unroaded lands that provide excellent habitat security

and largely natural vegetative conditions. Roaded lands have been managed for timber production using a number of methods including regeneration harvest, commercial thinning, and salvage harvest. Harvest activities on NFS lands began in 1949 and have continued to the present. Regeneration harvest has occurred on approximately 10,484 acres (approximately 19 percent of NFS lands in the project area), while intermediate harvest (commercial thinning, salvage, individual tree selection) has occurred on approximately 12,782 acres (approximately 23 percent). Past harvest has provided some variety of age classes and successional stages across the project area. In some cases, past harvests provided habitat conditions favorable for huckleberry production and other forage for grizzly bears and big game. Timber harvests completed prior to 1998 would now have trees in the units of the size or density to provide hiding cover for a grizzly bear. More recent regeneration timber harvests provide varying levels of cover as well as continuing to provide forage opportunities.

Natural disturbances such as insect and disease, fire, and windthrow have also affected successional stages of vegetation in unharvested areas. No large wildfires have been documented in the project area in the past decade. Wildfires reduce timber and shrub overstory in the areas so affected, thereby creating some additional age classes and species diversity in both timbered stands and more open habitats (brushfields, alpine, etc.). This would benefit some shrub species, such as huckleberry, that provide forage for bears. Prescribed burns can achieve some of these effects in the absence of wildfire. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with greater canopy closure in some areas, which has in turn reduced huckleberry and other berry production on some sites.

Road construction, primarily to facilitate timber harvest, has resulted in the arrangement of open and restricted roads (gated for administrative use) on the landscape today. Open road densities have dramatically dropped in the past several years as a result of restricting/reclaiming roads through decisions intended to facilitate grizzly bear recovery. These roads and their management have resulted in the existing condition related to the habitat parameters of Core habitat, OMRD, and TMRD that are displayed in Table 3.25 below.

### *Management Objectives/Habitat Parameters*

The goal for grizzly bear management on the KNF is to provide sufficient quantity and quality of habitat to facilitate grizzly bear recovery. As mentioned above, an integral part of the goal is to implement measures within the authority of the Forest Service to minimize human-caused grizzly bear mortalities. This goal is accomplished by achieving five objectives common to grizzly bear recovery as described by Harms (1990), and by a sixth objective concerning acceptable incidental take (Wilson 2011a, b).

#### ***Objective 1: Provide adequate space to meet the spatial requirements of a recovered grizzly bear population.***

Habitat parameters are based on prudently drivable roads and are used to evaluate the quality of grizzly bear habitat. Habitat parameters that directly measure road density include OMRD and TMRD, while Core measures the amount of secure habitat within the BMU(s) located at least 0.31 mile away from motorized roads and trails. Table 3.25 indicates the existing habitat parameter levels in the analysis area (see project file for habitat parameter outputs).

**Table 3.25- Existing habitat parameter conditions for BMUs 13 and 14 compared to the BMU standards.**

| BMU | Habitat Parameter | Parameter Standards | Existing Condition |
|---|---|---|---|
| **13** | Core | ≥ 59% | 60% |
| | OMRD ≥ 1 mi/mi$^2$ | ≤ 33% | 32% |
| | TMRD ≥ 2 mi/mi$^2$ | ≤ 26% | 24% |
| **14** | Core | ≥ 55% | 56% |
| | OMRD ≥ 1 mi/mi$^2$ | ≤ 31% | 28% |
| | TMRD ≥ 2 mi/mi$^2$ | ≤ 26% | 26% |

A. **Core Areas:** The requirements of Core include no motorized access (roads or trails) during the active bear season and located at least 0.31 mile from open or restricted roads, motorized trails, and high use trails. Blocks of Core habitat function as displacement areas for grizzly bears. Federal agencies will work toward attaining established Core standards for each BMU, with a benchmark minimum of 55 percent for most BMUs. No net loss of Core area will occur on federal ownership within any BMU until all BMUs have reached established standards.

Current Core levels for BMUs 13 and 14 (60 and 56 percent) exceed the respective BMU standard. Existing Core block acres for the BMUs range from 9 to 34,577 acres (see Table 3.26).

**Table 3.26 - Existing Core block acres in BMUs 13 and 14 as part of the Buckhorn project**

| Core Blocks | BMU Core Block Acres | |
|---|---|---|
| | **13** | **14** |
| **1** | 9 | 29 |
| **2** | 19 | 49 |
| **3** | 20 | 50 |
| **4** | 52 | 56 |
| **5** | 104 | 68 |
| **6** | 2,880 | 98 |
| **7** | 27,514 | 106 |
| **8** | | 134 |
| **9** | | 426 |
| **10** | | 581 |
| **11** | | 2,202 |
| **12** | | 7,738 |
| **13** | | 34,577 |
| **Totals** | 30,598 | 46,114 |

B. **OMRD**: Open motorized route density is calculated on a BMU basis using moving window analysis. For BMUs not meeting the OMRD standard, actions affecting OMRD must result in a post-project movement toward the standard.

The existing OMRD levels for BMUs 13 and 14 (32 and 28 percent, respectively) are currently better than the 33 and 31 percent standards.

C. **TMRD**: Total motorized route density is calculated on a BMU basis using moving window analysis. For BMUs not meeting the TMRD standard, actions affecting TMRD must result in a post-project movement toward the standard.

The existing TMRD levels for both BMUs (24 percent for BMU 13 and 26 percent for BMU 14) currently meet or are better than the 26 percent standards.

***Objective 2: Manage for an adequate distribution of bears across the ecosystem.***

A. **Juxtaposition of foraging habitat and cover:** The availability and proximity of cover may influence the use of foraging habitats by grizzly bears. Consideration of historic vegetative conditions and natural disturbance processes when developing vegetation management treatments (e.g., availability of bear foods, size and shape of harvest units, and movement corridors) would result in a mosaic of forage and cover habitats similar to what grizzly bears evolved with.

Past harvests in the project area included regeneration harvest units in a variety of sizes. In most instances, those areas that were harvested 15 or more years ago now contain hiding cover and forage habitat for bears.

Maintenance of movement corridors has been a standard since the implementation of the 1987 Forest Plan. Any harvests before 1987 that did not provide for movement corridors would now provide cover for movement within and between units. In addition, increased protection of riparian habitats has contributed to connectivity across the landscape.

On a larger scale, a movement corridor within a large, nearly contiguous Core block is available between adjacent BMUs 13 and 14. This corridor runs north to south along the western edge of the project area boundary and down into BMU 12 which is found outside of the project area. This area generally coincides with Northwest Peaks and Buckhorn Ridge Inventoried Roadless Areas (IRA). Only one open road, Spread Creek, breaks up this large Core area. Also, a potential movement corridor between Core blocks in project BMUs and adjacent BMU 11 occurs across the Yaak River and Yaak Highway 508. Collared bears have been known to cross between these BMUs between Hellroaring and Pete Creeks in an area of limited private property (Kasworm 2013a). These areas provide connectivity between or within home ranges and are usually associated with seasonal movements (access to forage or pairing for reproduction) of a species within an ecosystem recovery area.

B. **Seasonal components:** In areas with important seasonal components such as spring range, the guideline is to schedule proposed timber harvest activities to avoid known spring habitats during the spring use period (April 1 to June 15) and known denning habitats during the winter (December 1 through March 31).

Grizzly bears seek out sites that green up early in the spring and use by grizzly bears in the Yaak occurs below approximately 4,600 feet (1,400 meters, Kasworm et al. 2013). The lower reaches of the main drainages and along the Yaak River are found below 4,600 feet and would provide spring foraging opportunities for grizzly bears. Denning habitat generally occurs at higher elevations with a mean elevation of about 5,571 feet in the Yaak (1,698 m, Kasworm et al. 2013). The higher elevation locations within the project area including prominent ridgelines and peaks would provide potential denning habitat. Active den sites have been documented in the project area within the past 16 years (Kasworm 2013b).

C. **Road density and displacement (Core) areas:** These are discussed under Objectives 1 and 6.

***Objective 3: Manage for an acceptable level of mortality risk.***

Most human-caused grizzly bear mortalities on the KNF have resulted from interactions between bears and big game hunters (Kasworm and Manley 1988). Grizzly bear vulnerability to human-caused mortality is partially a function of habitat security. Therefore, mortality risk can be assessed to some extent by the use of habitat components that maintain or enhance habitat security. These include road density, and displacement (Core) areas which are addressed under Objective 1.

This Objective also includes addressing the introduction of attractants that may occur within a proposed project to minimize the potential for grizzly-human conflicts. Four Forest Service facilities are found within or along the boundary of the project area. This includes the rental lookout on Mt. Baldy and three small campgrounds off of Yaak Highway 508. As mentioned above, bear resistant garbage containers have been installed in developed campgrounds as well as implementation of a pack in/pack out policy for all other campgrounds and dispersed recreation sites to reduce attractants at human use sites. Other primary sources of attractants in the area would be associated with the private homes located along the eastern boundary of the project area and could include garbage, gardens, livestock/pets and their foods, birdfeeders, etc. Availability of these attractants would vary by homeowner.

***Objective 4: Maintain/improve habitat suitability with respect to bear food production.***

Huckleberries (Vaccinium spp.) are an important food source for grizzly bears in this ecosystem (USFWS 1993). Huckleberries are found throughout much of the project area. Although predicted to occur across mid-elevation slopes, huckleberries have also been observed at both higher and lower elevation habitats (see project file). Also, riparian habitats themselves are generally considered to be valuable feeding sites. Four main tributaries flow into the Yaak River within the project area and include Spread, Hellroaring, North Fork Meadow, and South Fork Meadow Creeks. Numerous smaller tributaries flow into these main streams, especially in the Spread Creek drainage. Small seeps and springs not directly associated with these tributaries can also be found throughout the project area.

***Objective 5: Meet the management direction outlined in the Interagency Grizzly Bear Guidelines (51 Federal Register 42863) for Management Situations (MS) 1, 2, and 3.***

Meeting Objectives 1-4 has been determined to meet the intent of the Interagency Grizzly Bear Guidelines (IGBC 1986) (Buterbaugh 1991) and the Kootenai Forest Plan direction found in Appendix 8 as amended by the 2011 Access Amendment. All habitat parameters currently meet or are better than the standards for BMUs 13 and 14. Movement corridors exist between the project BMUs and adjacent BMUs to the south and east along the boundary of the project area. Past timber, fire management, and natural events have provided some variety of age classes and successional stages with the project area. Some events have created habitat conditions favorable for huckleberries and other forage for grizzly bears and big game. Mortality risk to grizzly bears associated with management related sources of attractants is low.

***Objective 6: Meet the management direction specified in the October 18, 2011 Incidental Take Statement (Wilson 2011a, b).***

This Objective is met by meeting Core, OMRD, and TMRD standards addressed in Objective 1 as well as complying with 2011 Access Amendment features and design elements.

## Environmental Consequences

### *Alternative 1 – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Forest Vegetation sections for more detail.

No direct effects from federal actions would occur. The No Action alternative would maintain the existing vegetative condition on the landscape. With continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area. Also, as trees continue to encroach upon forage openings the acres of productive foraging habitat would decline over time. Huckleberries and other forage species, where present, may be less vigorous and produce less reliable crops in shaded rather than more open environments. All existing condition habitat parameter levels would be maintained.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

A number of measures are used to gauge whether the objectives are being met. The following analysis describes the potential effects of the selected action by examining how these measures are implemented and, thus, how the objectives relating to grizzly bear recovery are met.

### *Grizzly Bear Recovery Objectives*

The 2011 Access Amendment provides the habitat parameter standards by BMU for Core, OMRD, and TMRD as analyzed below and considers the best available science (Allen et al. 2011) for the CYE. The estimated grizzly bear population has increased since 1999 (20 bears) through the early 2000s (30 to 40 bears) to a current estimate of 50 bears (Kasworm et al. 2000, 2003, 2004, 2013)[1]. Similarly, an improvement in the percent probability of decline has been

---

[1] Although an improvement in the probability of decline does not directly indicate that the grizzly bear population is increasing, it means that the calculated growth rate is getting closer to 1.0 (stable population). Even when the growth rate becomes just greater than 1.0 (increasing population), there would still be some probability that the population is in decline due to portions of the bell curve still falling below 1.0.

observed since 2006, decreasing from 94 to 57 percent (Kasworm et. al 2007, 2013). This would suggest that the KNF's wheeled motorized access management policy over the last decade has contributed to improving the grizzly population towards recovery goals within the CYE by improving BMU parameters with some meeting and exceeding standards. Implementation of the 2011 Access Amendment design elements would continue this trend.

Tables 3.27 and 3.28 below describe effects to the habitat parameters from road use associated with proposed timber harvest treatments and watershed improvement work. Different levels of road use would occur among alternatives due to differences related to number and location of proposed harvest units, alternative specific design features, and timing of activities which result in unique combinations of effects between alternatives. Tables 3.27 and 3.28 display both during and post-project habitat parameter levels associated with proposed harvest and watershed improvement activities, respectively. Table 3.29 summarizes the existing and post-project habitat parameter levels for the action alternatives.

**Table 3. 27– Buckhorn project habitat parameter levels in BMUs 13 and 14, by alternative, associated with proposed harvest activities: existing condition, during, and post-project implementation.**

<table>
<tr><th rowspan="2">BMU</th><th rowspan="2">Parameter (Standard %)</th><th rowspan="2">Alt. 1 (Existing Condition)</th><th rowspan="2">In-Kind Replacement of Core[1]</th><th colspan="5">During-Project Proposed Harvest Road Use</th><th rowspan="2">Post-Project Alts. 2&3</th><th rowspan="2">Post-Project Alt. 4</th></tr>
<tr><th>Alt.2</th><th colspan="3">Alt.3</th><th>Alt.4</th></tr>
<tr><td>13</td><td>Core (≥ 59%)</td><td>60</td><td>--</td><td>60</td><td colspan="3">60</td><td>60</td><td>60</td><td>60</td></tr>
<tr><td></td><td>OMRD (≤ 33%)</td><td>32</td><td>--</td><td>32</td><td colspan="3">33</td><td>32</td><td>32</td><td>32</td></tr>
<tr><td></td><td>TMRD (≤ 26%)</td><td>24</td><td>--</td><td>24</td><td colspan="3">24</td><td>24</td><td>24</td><td>24</td></tr>
<tr><th rowspan="2"></th><th rowspan="2"></th><th rowspan="2"></th><th rowspan="2"></th><th rowspan="2"></th><th colspan="3">Alt. 3 Proposed Harvest Road Use[2]</th><th rowspan="2"></th><th rowspan="2"></th><th rowspan="2"></th></tr>
<tr><th>1</th><th>2</th><th>3</th></tr>
<tr><td>14[3]</td><td>Core (≥ 55%)</td><td>56</td><td>56</td><td>56</td><td>56</td><td>56</td><td>56</td><td>55</td><td>56</td><td>56</td></tr>
<tr><td></td><td>OMRD (≤ 31%)</td><td>28</td><td>28</td><td>30</td><td>28</td><td>29</td><td>29</td><td>29</td><td>28</td><td>28</td></tr>
<tr><td></td><td>TMRD (≤ 26%)</td><td>26</td><td>25</td><td>25</td><td>25</td><td>25</td><td>25</td><td>26</td><td>25</td><td>26</td></tr>
</table>

[1]In BMU 14, in-kind replacement of Core would occur under Alternatives 2 and 3 for proposed harvest use of a currently impassable road. Replacement would occur prior to road reconstruction.

[2]In BMU 14, harvest and associated road re-construction can only occur on one restricted road system at a time to meet big game open road density standards in MA12 (see Elk analysis). The areas show in the table correspond accordingly 1 = 5932E, 2 = 5932G, and 3 = 5955 and associated temporary roads.

[3]For Alternatives 2 and 3, compare during and post-project parameter levels to those under "In-Kind Replacement of Core" and referred to in the text as the replacement condition. For Alternative 4, compare during and post-project parameter levels to "Alternative 1 (Existing Condition)" as no in-kind replacement of Core occurred under this alternative.

**Table 3.28– Buckhorn project habitat parameter levels in BMUs 13 and 14 associated with proposed watershed improvement activities common to all alternatives: existing condition, during, and post-project implementation.**

| BMU | Parameter (Standard%) | Alt. 1 (Existing Condition) | In-Kind Replacement of Core[1, 2] | During-Project Proposed Watershed Improvement Road Use | | | Post-Project Alts. 2 & 3 | Post-Project Alt. 4 |
|---|---|---|---|---|---|---|---|---|
| | | | | North of Spread Creek | South of Spread Creek | South Fork Meadow Creek | | |
| 13 | Core (≥ 59%) | 60 | 60 | -- | 58 | 59 | 60 | 60 |
| | OMRD (≤ 33%) | 32 | 32 | -- | 34 | 35 | 32 | 32 |
| | TMRD (≤ 26%) | 24 | 24 | -- | 24 | 25 | 24 | 24 |
| | | | | **Alt. 2&3 / Alt. 4** | **Alt. 2&3 / Alt. 4** | | | |
| 14 | Core (≥ 55%) | 56 | 56 | 54 / 54 | 54 / 54 | -- | 56 | 56 |
| | OMRD (≤ 31%) | 28 | 28 | 30 / 30 | 30 / 30 | -- | 28 | 28 |
| | TMRD (≤ 26%) | 26 | 25 | 26 / 27 | 25 / 26 | -- | 25 | 26 |

[1] In BMU 14, in-kind replacement of Core would occur under Alternatives 2 and 3 for proposed harvest use of a currently impassable road. The in-kind replacement of Core acres would occur prior to road reconstruction and result in an updated "replacement" condition for comparison of Alternatives 2 and 3 TMRD levels during activities; Alternative 4 would continue to be compared to the existing condition.

[2] South Fork Meadow Creek area watershed improvement work in BMU 13 includes placing NFSRs 5971 and 5971a into intermittent stored service upon completion of the watershed improvement activities. This work would occur prior to the installation of a gate on a currently barriered segment of NFSR 745 and would provide the in-kind replacement of Core for this change in available Core area. Post-project habitat parameter levels would remain the same as the existing condition following this activity.

[3] For Alternatives 2 and 3, compare during and post-project parameter levels to those under "In-Kind Replacement of Core." For Alternative 4, compare during and post-project parameter levels to "Alternative 1 (Existing Condition)" as no in-kind replacement of Core occurred under this alternative.

**Table 3.29 – Summary of existing and post- project habitat parameter levels for Buckhorn project BMUs.**

| BMU | Parameter (Standard %) | Existing Condition | Post-Project Alternatives 2 & 3 | Post-Project Alternative 4 |
|---|---|---|---|---|
| 13 | Core (≥ 59%) | 60 | 60 | 60 |
| | OMRD (≤ 33%) | 32 | 32 | 32 |
| | TMRD (≤ 26%) | 24 | 24 | 24 |
| | | | | |
| 14 | Core (≥ 55%) | 56 | 56 | 56 |
| | OMRD (≤ 31%) | 28 | 28 | 28 |
| | TMRD (≤ 26%) | 26 | 25 | 26 |

***Objective 1. Provide adequate space to meet the spatial requirements of a recovered grizzly bear population.***

Proposed activities with the potential to impact the habitat parameters include road use associated with harvest, watershed improvement work, and future management opportunities. The level of impacts to the habitat parameters depends on variables such as the current and during project status of the roads being used (e.g., open or restricted), length of road being used, and proximity/configuration of the roads with other roads on the landscape. Where needed, post-harvest activities such as machine or hand piling and burning would use the same roads as those used for harvest. In general, restricted or barriered/impassable roads opened for project use would return to the existing condition following completion of activities. Also, temporary roads constructed for use during harvest would be obliterated upon completion of harvest activities for all alternatives.

Three areas of proposed watershed improvement work would occur in the project area under all alternatives: north of Spread Creek, south of Spread Creek, and South Fork Meadow Creek. This activity is described in more detail under **Summary of Direct and Indirect Effects by Activity Type** below. Because most of the roads proposed for work are barriered or impassable to motorized use, this activity has the most potential to impact all three habitat parameters. To reduce potential effects to the habitat parameters, especially Core, within the active bear year project design specifies that implementation of the three watershed work areas would occur in separate bear years. Also, watershed work occurring within the Spread Creek drainage cannot occur during the same bear year as harvest activities. See Design Features in Chapter 2 for details.

A. **Core Areas**: The requirements of Core include no motorized access (roads or trails) during the active bear season and located at least 0.31 mile from open or restricted roads, motorized trails, and high use trails. Blocks of Core habitat function as displacement areas for grizzly bears. Federal agencies will work toward attaining established Core standards for each BMU, with a benchmark minimum of 55 percent for most BMUs. No net loss of Core area will occur on federal ownership within any BMU until all BMUs have reached established standards.

   Proposed activities with the potential to impact Core includes road use associated with harvest activities, watershed improvement work, and future management opportunities. Temporary roads constructed for use during harvest would not be found in Core under any of the alternatives. All roads proposed for watershed improvement work that currently contribute to Core have done so for at least 10 years. Also, each activity area is located within a single Core block of the affected BMU.

   Tables 3.30 and 3.31 display existing, in-kind replacement, during, and post-project associated with proposed harvest and watershed improvement activities, respectively.

**Table 3.30 – BMU 13 - Existing, during, and post-project Core blocks and acres as impacted by proposed harvest and watershed improvement road use**

| Core Blocks | Existing | Proposed Harvest Road Use | | | Proposed Watershed Improvement Road Use | | | In-Kind Replacement | Post-Project |
|---|---|---|---|---|---|---|---|---|---|
| | | Alt. 2 | Alt. 3 | Alt. 4 | N. Spread | S. Spread | S.F. Meadow | | |
| **1** | 9 | 9 | 9 | 9 | -- | 9 | 9 | 9 | 9 |
| **2** | 19 | 19 | 19 | 19 | -- | 19 | 19 | 19 | 9 |
| **3** | 20 | 20 | 20 | 20 | -- | 20 | 20 | 20 | 20 |
| **4** | 52 | 52 | 52 | 52 | -- | 52 | 52 | 52 | 52 |
| **5** | 104 | 104 | 104 | 104 | -- | 104 | 104 | 104 | 104 |
| **6** | 2,880 | 2,870 (-10) | 2,870 (-10) | 2,870 (-10) | -- | 82 | 2,880 | 2,880 | 2,880 |
| | -- | -- | -- | -- | -- | 1,885 (-913) | -- | -- | -- |
| **7** | 27,514 | 27,514 | 27,514 | 27,514 | -- | 27,514 | 27,237 (-277) | 27,514 | 27,514 |
| **Total** | **30,598** | **30,588 (-10)** | **30,588 (-10)** | **30,588 (-10)** | **--** | **29,685 (-913)** | **30,321 (-277)** | **30,598** | **30,598** |

**BMU 13:** The existing condition of Core is 60 percent, temporarily dropping to 58-59 percent during watershed improvement activities. Post-activities Core would return to 60 percent under all alternatives (see Tables 3.27 and 3.28). For temporary changes to Core acres see Table 3.31.

*Road Use*

Harvest – All roads used for timber harvest and associated activities within BMU 13 are currently open to public motorized use and would not impact existing Core habitat. Under all alternatives, use of a short segment of temporary road for harvest in adjacent BMU 14 is within calculating distance of BMU 13 for assessing Core and its use results in a temporary reduction of 10 acres of Core. The temporary road is not located within Core and the reduction is due to buffering[2] of this new segment of road which accesses either unit 9 (Alternatives 2 and 4) or 9D (Alternative 3). This temporary reduction in a small amount of Core acres does not affect the existing Core level of 60 percent.

Watershed Improvement Work –During implementation of the activities in the south Spread Creek and South Fork Meadow Creek areas Core would temporarily drop to 58 and 59 percent, respectively.

[2] "Buffering" refers to the area within the 0.31 mile distance placed around open and restricted roads and is not included in core acre totals and percent calculations.

The south Spread Creek area includes barriered NFSR 591 that is located in both BMUs 13 and 14. During this portion of the watershed improvement work, the existing 2,870 acre block of Core habitat would be temporarily be split into two blocks and reduced to a total of 1,967 acres for one season. This displacement of 913 acres would temporarily reduce Core from 60 to 58 percent. After finishing the improvement work, the road would be re-barriered and Core habitat would return to 60 percent.

Active intermittent stored service (ISS) or decommissioning work would occur on seven roads in the South Fork Meadow Creek area (NFSRs 524, 524C, 524D, 5971, 5971A, 5971B, and 5977). Proposed activities would temporarily reduce an existing 27,514 acre block of Core habitat to 27,237 acres. This temporary reduction of 277 acres reduces the Core level from 60 to 59 percent. This temporarily decreases Core by one percent, but would continue to meet the BMU standard. Upon completion of work, all roads would be effectively barriered including two currently restricted roads. The resultant increase in Core acres would be used as in-kind replacement for restricting a barriered portion of NFSR 745 for future management needs. With the completion of activities and in-kind replacement of Core, the Core level in BMU 13 would return to the existing condition of 60 percent.

Vegetation Management: For all alternatives, part of one harvest unit and all or part of 10 prescribed burn units would overlap the Core boundary on approximately 4 and 5,400 existing Core acres, respectively. These activities would not reduce Core acres within the BMU based on the definition of Core as follows. The Interagency Grizzly Bear Committee Taskforce Report (IGBC 1998) defined Core areas as areas free of motorized traffic and high levels of human use during the Core security period. This area is identified, and percent of analysis area calculated, by buffering open roads and trails and those not meeting restricted definition by 0.31 mile. Roads are defined as created or evolved routes that are greater than 500 feet long that are reasonably and prudently drivable with a conventional passenger car or pickup. Equipment used for timber harvest or prescribed fire used in these units (e.g. chainsaws, tractor, and skidders), do not require the use of roads nor create routes that meet the definition of a road.

**BMU 14:** The existing condition of Core is 56 percent, temporarily dropping to 54-55 percent during watershed improvement and Alternative 4 harvest activities, respectively. Post-activities, Core would return to 56 percent under all alternatives (see Tables 3.27 and 3.28). For temporary changes to Core acres see Table 3.31.

**Table 3.31– BMU 14 - Existing, during, and post-project Core blocks and acres as impacted by proposed harvest and watershed improvement road use**

| Core Blocks | Existing | In-kind Replacement | Proposed Harvest Road Use | | | Proposed Watershed Improvement Road Use | | | Post-Project Alts. 2&3 | Post-Project Alt. 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Alt. 2 | Alt. 3 | Alt. 4 | N. Spread Alts. 2&3 / Alt. 4 | S. Spread Alts. 2&3 / Alt. 4 | S.F. Meadow | | |
| **1** | 29 | 29 | 29 | 29 | 29 | 29 | 29 | -- | 29 | 29 |
| | 49 | 49 | 12 (-37) | 17 (-32) | 12 (-37) | 49 | 49 | -- | 49 | 49 |
| **3** | 50 | 50 | 50 | 50 | 50 | 50 | 50 | -- | 50 | 50 |
| **4** | 56 | 56 | 56 | 56 | 56 | 56 | 56 | -- | 56 | 56 |
| **5** | 68 | 68 | 68 | 68 | 68 | 68 | 68 | -- | 68 | 68 |
| **6** | 98 | 98 | 98 | 98 | 98 | 98 | 98 | -- | 98 | 98 |
| **7** | 106 | 767 (+661) | 767 | 767 | 106 | 767 / 106 | 767 / 106 | -- | 767 (+661) | 106 |
| **8** | 134 | 134 | 134 | 134 | 134 | 134 | 134 | -- | 134 | 134 |
| **9** | 426 | 426 | 426 | 426 | 426 | 426 | 426 | -- | 426 | 426 |
| **10** | 581 | 581 | 581 | 581 | 581 | 581 | 581 | -- | 581 | 581 |
| **11** | 2,202 | 2,202 | 2,202 | 2,202 | 2,202 | 2,202 | 2,202 | -- | 2,202 | 2,202 |
| **12** | 7,738 | 7,738 | 7,738 | 7,695 (-43) | 7,738 | 7,738 | 6,089 (-1,649) | -- | 7,738 | 7,738 |
| **13** | 34,577 | 33,982 (-595) | 33,981 (-1) | 33,981 (-1) | 34,577 | 32,553 / 33,148 (-1,429) | 33,982 | -- | 33,982 (-595) | 34,577 |
| **Total** | **46,114** | **46,180 (+66)** | **46,142 (-38)** | **46,104 (-76)** | **46,077 (-37)** | **44,751 / 44,685 (-1,429)** | **44,531 / 44,465 (-1,649)** | **--** | **46,180 (+66)** | **46,114** |

*Road Use*

Harvest – Proposed harvest uses a combination of open, restricted, and temporary roads for unit access and haul and road use varies by alternative. Alternatives 2 and 3 require the use of NFSR 5932G as a haul road. This road is currently impassable and contributes to Core. To compensate for this potential loss of Core, two restricted road systems (NFSR 5932D and the 6135 system) would be effectively barriered and placed into Core for a minimum of 10 years in compliance with the 2011 Access Amendment design element I. B. 3. During road reconstruction, a gate would be installed at the beginning of NFSR 5932G and it would not be open to public motorized use during the active bear year. Following this in-kind replacement, overall Core acres would be increased by 66 acres within BMU 14. This action would result in a slight improvement in the Core level but not enough to change the percent from the existing 56 percent. However, this improvement helps to maintain this replacement Core percent during harvest activities and Core would continue to be at 56 percent post-project.

In addition, Alternatives 2 and 3 require the use of approximately 1.0 mile of temporary road for unit access and haul. The temporary roads would access units 9 and 14 (Alternative 2) and 9D, 11C, and 14C (Alternative 3). Otherwise, timber harvest activities would occur on open or restricted roads and would not impact Core. Proposed harvest under Alternatives 2 and 3 would temporarily reduce Core acres by 38 and 76 acres, respectively, due to buffering of the temporary roads. These temporary reductions in Core acres do not affect the replacement Core level of 56 percent; Core levels remain at 56 percent during and post-harvest.

Alternative 4 does not propose the use of NFSR 5932G as used by Alternatives 2 and 3 and NFSRs 5932D and 6135 system would remain restricted and available for administrative use. Except for a short segment of temporary road (approximately 0.5 mile to unit 9), all roads used for harvest activities are currently open or restricted and would not impact the existing Core level. The use of this temporary road results in a slight reduction of approximately 37 Core acres which equates to 0.1 percent at the BMU scale. Although minor, this results in a reduction of Core percent to 55 percent due to rounding but would remain at standard during harvest activities. A temporary reduction of Core percent was not anticipated with the use of this short segment of road and no in-kind replacement of Core acres was identified. As proposed, this alternative would not meet 2011 Access Amendment design element I. B. 3.

Watershed Improvement Work – During implementation of the activities in each of the north and south Spread Creek areas Core would temporarily drop to 54 percent.

Active ISS or decommissioning work would occur on three roads in the north Spread Creek area (NFSRs 5924, 748M, and 7483). Proposed activities would temporarily reduce Core by 1,429 acres. This temporary reduction of acres reduces the Core level from 56 to 54 percent and would not meet the BMU standard during activities. Upon completion of work, all roads would be effectively re-barriered and the Core level in BMU 14 would return to the existing condition of 56 percent.

Active ISS or decommissioning work would occur on four roads in the south Spread Creek area: three roads found entirely within BMU 14 (NFSRs 5948, 5948B, and 5948D) and one road located within both BMUs 13 and 14 (NFSR 591). During this portion of the watershed improvement work, the existing 7,738 acre block of Core habitat would be temporarily


FS-046757

reduced to a total of 6,089 acres for one season. This temporary reduction of 1,649 acres reduces the Core level from 56 to 54 percent and would not meet the BMU standard during activities. After finishing the improvement work, the roads would be re-barriered and Core would return to 56 percent.

Vegetation Management: Acres of proposed harvest occurring with Core vary by alternative with a maximum of 14 acres of treatment occurring under Alternative 2. Alternatives 3 and 4 would occur in approximately 2 and 5 acres, respectively. Proposed prescribed burn units are the same for all alternatives and would occur on approximately 41 percent of Core habitat within BMU 14. These activities would not reduce Core acres within the BMU based on the definition of Core as described for BMU 13 above.

Effects to Core – Timber harvest in BMU 13 and prescribed burn units would not impact Core percent. In BMU 14, Alternatives 2 and 3 propose routine forest management in a Core block after 10 years of Core area benefit. This requires an in-kind replacement of Core acres that results in the increase of approximately 66 acres in this BMU in compliance with 2011 Access Amendment design element I. B. 3. Because of this slight increase in Core acres prior to harvest, the temporary reduction of Core acres during harvest would not result in a change to Core percent in BMU 14. Alternative 4 would temporarily reduce a similar number of Core acres as Alternative 2, and less than Alternative 3, and would be expected to have similar on the ground effects to bears using this area of Core. However, without the increase of Core acres provided through the in-kind replacement under Alternatives 2 and 3 this temporary reduction in Core acres during timber harvest results in temporary decrease in Core percent. Therefore, this alternative as proposed would not comply with 2011 Access Amendment design element I. B. 3 (see Table 3.27).

The temporary reduction of Core percent in both BMUs is primarily due to the proposed watershed improvement work. Grouping watershed improvement work into more discrete areas within a single block of Core that could be completed within a single bear year reduces the amount of Core habitat experiencing activities at any one time as well as potential effects to grizzly bears using the area. Core levels would be temporarily reduced by one to two percent and impact a maximum of 1,649 acres of Core during each season of work. The effects of this type of activity have been analyzed under the 2011 Access Amendment. Habitat parameters, including Core, are not required to meet the BMU standards or research benchmarks during implementation of road decommissioning/stabilization activities as long as design element I. B. 2. a. has been met (only one entry per 10-year time frame and not to exceed one bear year). All roads currently contributing to Core have done so for a minimum of 10 years and work occurring in each area, which consists of separate Core blocks, would be completed within a single bear year. Also, future management on a currently barriered road in BMU 13 is made possible by placing a restricted road system into ISS which provides the in-kind replacement of Core acres. This action complies with 2011 Access Amendment design elements I. B. 3.

The primary effect of the harvest, prescribed burn units, and watershed improvement activities to grizzly bears utilizing the area would be temporary disturbance from human/mechanized activities and noise not normally occurring in these areas. This could possibly result in avoidance of such areas until all activities are complete. Vegetation management activities occurring within Core blocks would be of short duration, approximately a day or two per unit. Road use associated with timber harvest and watershed

work would last longer but generally no longer than a season within a given activity area. Core areas temporarily impacted by activities are small and affect at most two percent of Core within a BMU. Also, the large blocks of Core located outside the activity areas would continue to provide secure areas for grizzly bears if temporarily displaced during activities. Expected effects would be short-term, i.e. during activities and for a short time following completion of activities as effects of the action are relaxed. At the conclusion of all project activities, any temporary reductions in Core acres and/or percent would return to the replacement or existing condition as proposed under Alternatives 2 and 3 or Alternative 4, respectively. The Buckhorn project would not result in a permanent reduction of Core area under any of the alternatives.

B. **OMRD:** Open motorized route density is calculated on a BMU basis using moving window analysis. For BMUs not meeting the OMRD standard, actions affecting OMRD must result in a post-project movement toward the standard.

Proposed activities with the potential to impact OMRD includes road use associated with timber harvest activities and watershed improvement work that would occur on restricted, barriered/impassable, and temporary roads.

**BMU 13**: The existing condition is 32 percent, temporarily increasing to a maximum of 35 percent during project activities. Post-project OMRD would return to 32 percent under all alternatives (see Tables 3.27 and 3.28).

Harvest – All roads used for harvest activities within BMU 13 are currently open to public motorized use and would not impact the existing OMRD level. Harvest in adjacent BMU 14 requires the use of a restricted (NFSR 5955) and associated temporary road(s) that are found within calculating distance of BMU 13 for assessing OMRD. Under Alternatives 2 and 4, the use of NSFR 5955 and a temporary road to unit 9 during implementation does not result in a change in OMRD and would remain at 32 percent. However, the second temporary road used in Alternative 3 to access unit 11C increases OMRD enough to round the level up to the BMU standard of 33 percent during harvest. The temporary road(s) would be obliterated and gates closed on restricted roads once harvest activities have been completed and the post-harvest level of 32 percent OMRD would be the same as the existing condition.

Watershed Improvement Work – As described above, proposed watershed improvement work would occur in the south Spread Creek and South Fork Meadow Creek areas. Activities would not occur within the same bear season and reduces the level of roads open during any one season. During implementation of the activities in the two areas of work, OMRD would temporarily increase to 34 and 35 percent respectively.

The south Spread Creek area includes NFSR 591 that is located in both BMUs 13 and 14. This barriered road is approximately 4.4 miles in length and results in a temporary increase in OMRD to 34 percent within BMU 13. Once the stabilization work has been completed and the road placed into ISS, OMRD would return to 32 percent. There would be no permanent increase in OMRD as a result of proposed watershed work.

The South Fork Meadow Creek watershed improvement work would be completed in one season separate from the Spread Creek work. Approximately 2.4 miles of restricted roads and 2.5 miles of barriered/impassable roads would be opened for watershed improvement activities. OMRD would temporarily increase to 35 percent. Although the miles of work to

be completed is approximately the same as for south Spread Creek, the grouping of roads within a more concentrated area versus a single long road away from other roads increases the density of open roads. The change in access management on NFSRs 5971, 5971A, and 745 at the conclusion of the watershed work would result in a change in the location of roads available for administrative use but would not increase the amount of road open to public motorized use during the active bear year. There would be no impact to OMRD as a result of this activity. With the completion of activities, the OMRD level in BMU 13 would return to the existing condition of 32 percent.

**BMU 14**: The existing condition of OMRD is 28 percent, temporarily increasing to 29-30 percent during harvest and watershed improvement activities. Post-activities ORMD would return to 28 percent under all alternatives (see Tables 3.27 and 3.28).

Harvest – For Alternatives 2, approximately 6.9 miles of restricted and 1.0 mile of temporary roads would be opened for timber equipment and hauling access. As a conservative estimate, Alternative 2 was modeled with all roads opened at the same time. This is unlikely as one area would likely be completed before another begins. Also, winter harvest occurring outside of the active bear year would not impact OMRD. Alternative 2 would result in a temporary increase in OMRD to 30 percent. Type and miles of road proposed for use during harvest activities under Alternative 3 are similar to Alternative 2 (approximately 6.8 miles of restricted and 1.0 mile of temporary roads). However, in order to meet big game open road density standards in MA 12, Alternative 3 restricts harvest to a single road system at any one time and would not use NFSR 5956. This design feature reduces effects to OMRD by ensuring all roads would not be active at the same time. Use of NFSR 5932E would maintain OMRD at 28 percent. Use of NFSRs 5955 and 5932G, including associated temporary roads, would increase OMRD to 29 percent. Alternative 4 would not use as many miles of restricted (2.5 miles) and temporary (0.5 mile) roads. OMRD during Alternative 4 would increase by one percent to 29 percent. Although a slight increase under all alternatives, all increases would be temporary and OMRD levels would remain better than the BMU standard of 31 percent. These restricted and temporary roads would not be open to public motorized use during activities.

Watershed Improvement Work – As described above, proposed watershed improvement work would occur in the north Spread Creek and south Spread Creek areas. Design criteria that restrict the timing of implementation reduce the potential impacts to OMRD within a bear year. During implementation of the two activity areas, OMRD would temporarily increase to 30 percent under all alternatives and remain better than the BMU standard.

Approximately 8.1 miles of impassable roads would be opened for road stabilization and decommissioning work in the north Spread Creek area. Activities would temporarily increase OMRD by two percent. Similarly, the south Spread Creek activity area includes approximately 8.2 miles of currently barriered/impassable roads. In both of these activity areas, OMRD would increase to 30 percent during implementation and remain better than the 31 percent standard. After finishing the improvement work, the stored or decommissioned roads would be re-barriered and OMRD would return to 28 percent in the BMU.

Effects to OMRD – There would be no impacts to OMRD during harvest for Alternatives 2 and 4 in BMU 13. However, Alternative 3 in BMU 13 and all alternatives in BMU 14 would result in temporary increases in OMRD during harvest. The 2011 Access Amendment allows

for temporary changes in OMRD levels during activities as long as Core habitat is being maintained. This is true for all alternatives except Alternative 4 in BMU 14 where a one percent decrease in Core would occur during harvest. Therefore, this temporary decrease in Core under this alternative would not comply with 2011 Access Amendment.

Proposed watershed improvement activities in BMU 13 would result in OMRD levels that temporarily do not meet the BMU standard. The effects of this type of activity have been analyzed under the 2011 Access Amendment. Under the 2011 Access Amendment, habitat parameters are not required to meet the BMU standards or research benchmarks during implementation of road decommissioning/stabilization activities as long as design element I. B. 2. a. has been met (only one entry per 10-year time frame and not to exceed one bear year). All roads currently contributing to Core have done so for a minimum of 10 years and work occurring in each area, which consists of separate Core blocks, would be completed within a single bear year. OMRD levels in BMU 14 during watershed improvement work would continue to be better than the BMU standard.

The effect of the harvest and watershed improvement activities to grizzly bears would be temporary disturbance from human/mechanized activities and noise not normally occurring in activity areas not associated with open roads. This could possibly result in avoidance of such areas until all activities are complete. The impacts to OMRD are small and result in a maximum temporary increase of two percent within a BMU. Expected effects would be short-term, i.e. during activities and for a short time following completion of activities as effects of the action are relaxed. At the conclusion of all project activities, any temporary increases in OMRD would return to the existing condition. There would be minimal risk for increased human-caused mortality associated with open roads as there would be no increase in public motorized use during the active bear year resulting from proposed activities. Restricted, barriered/impassable, and temporary roads opened for harvest and watershed improvement work would remain closed to public motorized use during implementation and would return to the designated access management condition (gates closed, barriers re-established, or temporary roads obliterated) once activities have been completed. Also, bears would likely avoid these roads during activity. The large blocks of Core located outside the activity areas would continue to provide secure areas for grizzly bears if displaced during activities. No permanent increase in OMRD would result from this project under any of the alternatives.

C. TMRD: Total motorized route density is calculated on a BMU basis using moving window analysis. For BMUs not meeting the TMRD standard, actions affecting TMRD must result in a post-project movement toward the standard.

Proposed activities with the potential to impact TMRD includes road use associated with timber harvest activities, watershed improvement work, and future management opportunities that would occur on restricted, barriered/impassable, and temporary roads.

**BMU 13**: The existing condition is 24 percent. All proposed activities would maintain the existing or replacement TMRD level except watershed improvement work in the South Fork Meadow Creek area. This work would temporarily increase TMRD to 25 percent during implementation and would return to 24 percent post-project (see Tables 3.27 and 3.28).

Harvest – All roads used for timber haul within BMU 13 are currently open to public motorized use and already contribute to the total roads available within the BMU; use of

these roads would not impact the existing TMRD level. Timber harvest activities in adjacent BMU 14 require the construction of one to two temporary roads totaling 0.5 and 0.6 mile (Alternatives 2 and 4 and Alternative 3, respectively). The temporary roads are found within calculating distance of BMU 13 for assessing TMRD. The use of these road(s) does not result in a change in TMRD and it would remain at 24 percent for all alternatives.

Watershed Improvement Work – As described above, proposed watershed improvement work would occur in the south Spread Creek and South Fork Meadow Creek areas. Design criteria that restrict the timing of implementation reduce the potential impacts to TMRD within a bear year. An increase of one percent would occur during implementation of activities in the South Fork Meadow Creek Area to 25 percent.

The south Spread Creek area includes NFSR 591 that is located in both BMUs 13 and 14. This barriered road is approximately 4.4 miles in length. Opening this segment of road does not result in an increase in TRMD which would remain at 24 percent within BMU 13. Once the stabilization work has been completed the road would be re-barriered and placed into ISS. There would be no permanent increase in TMRD as a result of proposed watershed work.

Approximately 2.5 miles of barriered/impassable roads would be opened for watershed improvement activities in the South Fork Meadow Creek area and TMRD would temporarily increase to 25 percent and would remain better than the standard. Another 2.4 miles of restricted roads would also receive stabilization work. But as they are already a restricted road, work on these roads would not change TMRD levels within the BMU during implementation. As with Core, the storage of these restricted roads (NFSRs 5971 and 5971A) would be used to compensate for changes to TMRD that would occur with the installation of a gate on a barriered segment of NFSR 745. With the completion of activities, TMRD in BMU 13 would return to the existing condition of 24 percent.

**BMU 14**: The existing condition of TMRD is 26 percent, temporarily increasing by one percent during watershed improvement activities in the north Spread Creek area. Post-activities TRMD would return to replacement or existing condition of 25 or 26 percent for Alternatives 2 and 3 or Alternative 4, respectively (see Tables 3.27 and 3.28).

*Road Use*

Harvest – As described under Core above, Alternatives 2 and 3 would compensate for the potential loss of Core occurring with the use of NFSR 5932G by placing barriers on NFSRs 5932D and 6135 system. A gate would be installed at the beginning of NFSR 5932G and would become part of the total road system within the BMU. This action results in an overall improvement in TMRD and decreases TMRD by one percent to 25 percent. This percentage becomes the baseline for comparison of effects from proposed activities in Alternatives 2 and 3. Since Alternative 4 does not propose this change in access management, the baseline TMRD level for this alternative continues to be the existing condition of 26 percent.

Except for the use of a small amount of temporary roads, harvest and associated activities would occur on open or restricted roads for all alternatives. One temporary road totally approximately 0.5 mile would be used for access and haul from unit 9 under Alternatives 2 and 4. Alternative 3 includes approximately 0.6 mile of temporary roads to access units 9D (similar to Alternatives 2 and 4) and 11C. These roads would temporarily contribute to the

total road system. TMRD would not increase from this this temporary road use under any of the alternatives.

Watershed Improvement Work – As described above, proposed watershed improvement work would occur in the north Spread Creek and south Spread Creek areas. Design criteria that restrict the timing of implementation reduce the potential impacts to TMRD within a bear year. A maximum increase of one percent would occur during implementation of activities in the north Spread Creek Area to 26 or 27 percent for Alternatives 2 and 3 or Alternative 4, respectively.

Approximately 8.1 miles of impassable roads would be opened for road stabilization work in the south Spread Creek area resulting in an increase in TMRD by one percent. Although the level differs between alternatives, the amount of change is the same as compared to the existing or replacement levels as appropriate. This increase in TMRD to 26 percent under Alternatives 2 and 3 would continue to meet the BMU standard. The increase to 27 percent under Alternative 4 would temporarily not meet the BMU standard for TMRD.

The south Spread Creek activity area includes approximately 8.2 miles of currently barriered/impassable roads. During this portion of the watershed improvement work, TMRD would not change and remain at the existing or replacement conditions.

Effects to TMRD – In BMU 14, Alternatives 2 and 3 propose routine forest management in a Core block after 10 years of Core area benefit. This requires an in-kind replacement of Core acres in compliance with 2011 Access Amendment design element I. B. 3, which also results in the improvement of TMRD from 26 to 25 percent prior to the implementation of harvest activities. Alternative 4 does not propose this activity and there would be no during or post-project improvement in TMRD.

For all alternatives, the temporary increases in TMRD are due to the use of barriered/impassible roads associated with proposed watershed work. These are existing roads already occurring on the landscape within a managed road system. The temporary increases are slight, only one percent in each area, and would remain at or better than the standard except for the north Spread Creek area under Alternative 4. The effects of this type of activity have been analyzed under the 2011 Access Amendment. Habitat parameters are not required to meet the BMU standards or research benchmarks during implementation of road decommissioning/stabilization activities as long as design element I. B. 2. a. has been met (only one entry per 10-year time frame and not to exceed one bear year). All roads currently contributing to Core have done so for a minimum of 10 years and work occurring in each area, which consists of separate Core blocks, would be completed within a single bear year. Also, future management on a currently barriered road in BMU 13 is made possible by placing a restricted road system into ISS which compensates for the potential increase in TMRD that would otherwise occur. This action complies with 2011 Access Amendment design elements I. B. 3.

There would be no effect to TMRD from road use associated with proposed harvest activities, including the use of temporary roads. The effect of the proposed watershed improvement activities to grizzly bears would be temporary disturbance from human/mechanized activities and noise not normally occurring in these areas. This could possibly result in avoidance of such areas until all activities are complete. Road use associated with the watershed work

would not last longer than a single bear year within a given activity area and would remain restricted to public motorized use during implementation. The impacts to TMRD are small and result in a maximum temporary increase of one percent within a BMU. Expected effects would be short-term, i.e. during activities and for a short time following completion of activities as effects of the action are relaxed. Also, bears would likely avoid these roads during activity and the large blocks of Core located outside the activity areas would continue to provide secure areas for grizzly bears if displaced during activities. Once the improvement work has been completed, roads would be placed in the designated access management condition (i.e., barriers re-established for most, new barriers on two restricted roads, and a gate installed on a segment of currently barriered road). No new roads would be permanently placed on the landscape that would affect the long-term security of the grizzly bear in the project area.

***Objective 2. Manage for an adequate distribution of bears across the ecosystem.***

A. **Juxtaposition of foraging habitat and cover:** The availability and proximity of cover may influence the use of foraging habitats by grizzly bears. Consideration of historic vegetative conditions and natural disturbance processes when developing vegetation management treatments (e.g., availability of bear foods, size and shape of harvest units, and movement corridors) would result in a mosaic of forage and cover habitats similar to what grizzly bears evolved with.

This sub-element of Objective 2 was developed to address concerns regarding availability of cover in proximity to foraging habitat. Openings of various shapes and sizes as well as remnant patches of cover in wetter sites (e.g., riparian habitats) occurred historically in the project area through natural disturbance processes such as wildfire. Large, stand replacing fires occurred over tens of thousands of acres whereas more frequent, mixed severity fires resulted in smaller patches in the range of 1 to 1,000 acres in size. These smaller patches introduced diversity through stand age, tree size, species composition, and edge habitats (see Forest Vegetation section) and are ecological conditions with which grizzly bears evolved with here. Edge habitats can provide unique combinations of cover and a diversity and abundance of forage species that may be beneficial for grizzly bears.

Alternatives 2 and 4 propose nine and four regeneration harvest units, respectively, that would create openings greater than 40 acres in size. Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure, canopy cover, and hiding cover would be retained where available. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available and along open roads. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including potential use by grizzly bears. Topography of the project area would provide some additional cover due to the rolling/broken nature of the land. Also, the establishment of forbs, shrubs, and conifers within a few years following harvest would break up the visuals of the harvest units and soon provide increased levels of vegetative cover. Resulting edge habitat totals approximately 38 miles around the perimeter of the units for Alternative 2 and 24 miles of edge habitat for Alternative 4. These alternatives would require Regional Forester approval for the creation of opening greater than 40 acres (see Chapter 2 discussion of Forest Plan Amendments and Regional Forester Approval)

These large patch sizes and shape mimic natural disturbance processes described above. They also allow for more opportunities for variability and unique habitat features within the greater cut area boundary. Edge habitat would be created along the boundary of the units, but also within the unit between areas of heavier and less overstory retention. When these occur along the boundary of a unit, it could result in a "feathering" of treatment that provides a continuum of forested conditions. Larger unit boundaries are adjacent to different types of habitat (e.g., numerous Riparian Habitat Conservation Areas (RHCAs) which were excluded from units, past harvested areas, unharvested areas, and old growth) resulting in different combinations of forested and more open habitats. In the long-term, larger patch sizes would provide more interior forested habitat as these patches go through the successional stages.

The location of these openings relative to roads, especially open roads, and season of use may have more influence on the use of clearcuts by grizzly bears than the size of the opening themselves (Mace et al. 1996, Wielgus et al. 2002, Wielgus and Vernier 2003). Large openings associated with open roads are expected to have less and/or conditional use by grizzly bears. For example, bears may use these areas to some extent at night when roads experience little to no motorized activity or while moving between areas of more secure habitat. Some units are almost entirely associated with open roads, such as Alternative 2 units 10, 12, 13, 15, and 16 and are expected to have limited grizzly bear use currently. However, portions of other units move away from the influence of the open roads or are only associated with restricted roads. Greater use of these latter units or portions of units by grizzly bears is expected now and into the future. Proposed harvest units are found within lower elevation sites that provide spring range for grizzly bears in the Yaak. In an average year, early spring conditions can prevent motorized use on open roads in the project area for a short period of time. Stretches of bare and wet/muddy roads often end snowmobile use by mid to late April and delays other motorized traffic until mid-May or June. Although limited, these large openings would improve spring range and foraging opportunities during this narrow window when no motorized activity occurs along open roads. As spring progresses and roads firm up, they will become more accessible to motorized use. But snow melt and green up will also be occurring farther up slopes and begin providing additional foraging opportunities for bears to move into and away from the open roads in the creek bottoms and lower elevation areas.

Harvest unit size, shape, location with respect existing roads and other units, and topography of the land influences current and future road use associated with vegetation management activities. In the short-term, the concentration of these larger units in a roaded area would have less disturbance and potential displacement effects during activities for species such as grizzly bears that show a negative association with open roads. In the long-term, there would be fewer re-entries in the area for vegetation management compared to an area with a checkerboard of smaller units such as would occur under Alternative 3. Overall there would be fewer periods of mechanized disturbance to manage the area and less post-harvest administrative roads use on restricted roads for associated activities like burning, planting, and pre-commercial thinning.

Alternative 3 was designed to address this Forest Plan standard and does not include any harvest units larger than 40 acres. Edge habitat created by these smaller units total approximately 32 miles.

In general, the regeneration harvest units have high canopy closure and contain little to no ground, shrub, or small conifer cover in the understory. Although cover is high in these stands, little to no foraging opportunities exist for grizzly bears and other species to use while moving through the area. The effects to grizzly include disturbance and potential avoidance of the activity areas; however, this is expected to be limited in units associated with open roads. The change in vegetative structure and composition would likely influence future use of the treated stands compared to the existing condition, although use would continue to be limited in areas near open roads. In the short-term, the reduction of cover in these units may affect grizzly use of the stands such as their pattern of movement between Core areas. However, areas of cover would remain adjacent and within units in the form of unharvested or recovered stands, riparian areas, and retained trees within units. Although bears may possibly change their patterns of use, the treatment area would continue to provide for movement between more secure areas. Long-term, harvest would promote diversity within the treated area by creating a mosaic seral communities (in conjunction with unharvest and past harvest areas). Treatments would provide both cover and forage opportunities and movement areas in an area where the vegetative condition is becoming a homogenous, high density stand with little to no forage species in the understory. Alternative 2 would result in the greatest change towards meeting desired vegetative conditions for the project area which influences meeting the desired improvement in wildlife forage opportunities and habitat diversity while maintaining features such as movement areas. Alternative 4 is similar to Alternative 2 but would treat fewer acres and result in less foraging opportunities. Alternative 3 would treat an intermediate amount of acres, and an intermediate increase in forage opportunities, but would not achieve the desired vegetative condition for the project area or diversity of conditions grizzlies would have experienced historically.

Movement areas would be maintained throughout the BMUs and project areas under all alternatives. These include unharvested and recovered harvest stands adjacent to proposed units and RHCAs applied to riparian areas. At a minimum, corridors between units are approximately 200 feet wide and many are 300 feet or more. Also, as described above, variability of vegetation within larger units (i.e., Alternatives 2 and 4 over 40 acre units) would provide more forage and cover opportunities during movements through the area whereas availability of forage opportunities created under Alternative 3 would be patchier in nature.

As described for the existing condition, a movement corridor of nearly contiguous Core is available along the western edge of the project boundary between project BMUs 13 and 14 and adjacent BMU 12 to the south, generally coinciding with Northwest Peaks and Buckhorn Ridge IRAs. Only prescribed burn units would occur along the western boundary and implementation of this burning activity would continue to provide for grizzly bear movement for. Not all of the burn units would be ignited at once, due to effects on wildlife, watershed concerns, public concerns about smoke, cost, and limited resources of the fire crew to ignite and control numerous fires at once. For these reasons, it is estimated to take approximately 10 years to complete the burning proposed within this project area. Also, fires would be of low to moderate intensity and expected to result in a minor reduction of canopy cover and a mosaic of burned and unburned ground cover depending on vegetation type, availability of surface fuels, and moisture levels. Prescribed fires could alter grizzly movement and use of specific areas for 2-3 years depending on the location and amount of ground and shrub cover that remains available. However, grizzly bears are very mobile and would be able to continue to use areas within the burn units immediately following the fire. Also, areas not proposed

for treatment are found between burn units and the existing habitat condition would remain available for movement both during and post-implementation. There is also a movement corridor between project BMUs and adjacent BMU 11 across the Yaak River and Yaak Highway 508. No activities are proposed in this area which contains a series of streams and associated riparian habitat and would continue to provide movement areas between these BMUs. Project activities are not expected to discourage bear and other wildlife movement or foraging opportunities in these areas.

B. **Seasonal components**: In areas with important seasonal components such as spring range, the guideline is to schedule proposed timber harvest activities to avoid known spring habitats during the spring use period (April 1 to June 15) and known denning habitats during the winter (December 1 through March 31).

Spring bear use occurs in low elevation sites that provide early green up of vegetation as well as winter killed ungulates. In the Yaak, this occurs below about 4,600 feet. All proposed harvest activities and some prescribed burn units are found near or below this elevation and could potentially provide spring bear range in the project area. Proposed harvest and associated road work, machine piling, watershed improvement work, and fuels augmentation activities would avoid the spring bear use period (April 1 – June 15). Therefore, no displacement is expected and thus allows any sows with cubs to pass that knowledge along to her offspring.

One NFS Road proposed for watershed improvement work has also been proposed to include design features to maintain snowmobile access as well as brushing of vegetation that would occur independently of, and likely before, the watershed work. Historically, NFSR 5948 has been used by snowmobilers as a route to access the open terrain on Buckhorn Ridge but has become harder to navigate due to the level of vegetative growth on the road. Because of the historic and continued use of this road by snowmobilers, brushing of the road would be allowed to occur prior to the watershed work which itself would include design features to maintain snowmobile access and existing use of this route. However, snowmobile use is currently allowed through April 30 which extends into the early part of the spring emergence period. To reduce potential disturbance effects to grizzly bears during this period, especially sows with cubs of the year, snowmobile use of this road would now end by March 31.

In contrast to spring bear use, denning occurs at higher elevations with a mean elevation of about 5,571 feet in the Yaak (1,698 m, Kasworm et al. 2013). Four den sites have been documented in the project area based on collared bear use, the most recent documented use occurring in the winter of 2007-2008. Required winter harvest would occur under all alternatives to protect soil and water resources in certain units. Acres of required winter harvest range from 459 to 534 acres. For efficiency, other units may also be harvested during winter due to their proximity to required units. Based on the mean denning elevation, all harvest would occur outside of denning habitat. Some bears may den lower than this mean elevation, but winter harvest is expected to have minimal adverse effects to denning bears given their location. In general, winter harvest would reduce the amount of harvest related activities occurring within the active bear year due to the low probability of a bear being far from a den during project activities. Prescribed burn units would occur within denning habitat but outside of the denning season and would not impact bears during the denning period.

C. **Road density and displacement (Core) areas**: These are discussed under Objectives 1 and 6.

***Objective 3. Manage for an acceptable level of mortality risk.***

Most human-caused grizzly bear mortalities on the KNF have resulted from interactions between bears and big game hunters (Kasworm and Manley 1988). Grizzly bear vulnerability to human-caused mortality is partially a function of habitat security. Therefore, mortality risk can be assessed to some extent by the use of habitat components that maintain or enhance habitat security.

Juxtaposition of foraging habitat and cover: See Objective 2.

Road density: See Objectives 1 and 6.

Displacement: See Objectives 1 and 6.

Attractants: The action alternatives would not create any attractants such as garbage sources that increase the risk of conflict with humans. Contracts with the logging company would include language addressing the required handling of attractants at work sites and would be in compliance with the Kootenai National Forest Food Storage Order. Also, proposed actions do not include changes to the type management or level of use of the four Forest Service facilities found within or adjacent to the project area boundary. The availability of bear resistant garbage containers and/or implementation of a pack in/pack out policy and the Kootenai National Forest Food Storage Order would continue to improve conditions related to attractants in these human use areas.

Effects to Mortality Risk: Harvested areas would increase potential forage opportunities for grizzly bears. Because a portion of many units are located along or within vicinity of open roads the availability of this habitat is limited due to bear avoidance of human use areas. Some spring time use may occur when road conditions are unsuitable for either snowmobile or passenger vehicle use. However, units along restricted roads and especially harvest areas adjacent to or just within the Core boundary would have greater potential for grizzly bear use and limited exposure to humans. Also, over 10,000 prescribed burn unit acres would occur within Core habitat. Burns would take approximately 10 years to complete as fire would generally be ignited within a small geographic area. Thus, the prescribed burns would be spread out through time and space. Burns would be of low to moderate severity and would result in a mosaic of unburned and burned areas that are expected to recover quickly with a flush of growth. This periodic implementation of burning would incrementally provide areas of rejuvenated shrub, forb, and berry growth over the years to improve foraging. Additionally, existing forage would continue to be available within untreated areas of secure habitat throughout the implementation period. Therefore, grizzly bears are not expected to move into lower elevation habitats, areas of open roads, or down to private property located along the Yaak River or result in result in unseasonal or increased use of these areas compared to their normal use. The prescribed burn units would provide early successional habitat and foraging opportunities in secure habitat and the availability of secure forage opportunities elsewhere in the BMUs would minimize the potential for human/grizzly bear conflict as a result of the project.

Taking into consideration the status of the habitat components listed above, mortality risk to the bear is generally low throughout the project area. It is important to note that human-caused grizzly bear mortality is also a function of other factors, such as the regulation of big game

hunting, which are beyond the authority of the Forest Service to control. Regulation of hunting is the responsibility of the State of Montana.

***Objective 4. Maintain/improve habitat suitability with respect to bear food production.***

The berry from the huckleberry shrub (Vaccinium spp.) is an important food source for grizzly bears in this ecosystem (USFWS 1993). A purpose and need of this project is to promote resilient and characteristic vegetative conditions which includes forage species for wildlife. Huckleberries and other forage species can be found within both timber harvest and prescribed burn units. However, the occurrence, abundance, and productivity of forage species in the proposed regeneration harvest units is low due to the high canopy closure and dark understory conditions of the stands. In small openings generated from past harvest or old skid trails huckleberries and other species can be found. Proposed timber harvest would reduce the tree overstory and allow more sunlight to reach the huckleberries where it exists. Other berry producing shrubs and other forage species would benefit as well. Slash burning would create more nutrients for the plants and stimulate growth. Additionally, approximately 11,623 acres of burning within prescribed burn units are planned across the project area to rejuvenate and enhance the ground cover and understory vegetation, including shrubs, in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. Huckleberry regeneration takes 10 to15 years to reach maturity from seed (Barney 1999), yet plants re-sprout after fire. By opening the canopy and/or applying prescribed burning, the Buckhorn project is expected to stimulate huckleberry growth. Enhancement of the understory vegetation would contribute to grizzly bear and big game foraging opportunities (see Forest Vegetation section for more discussion)

Riparian habitats are generally considered to be valuable feeding sites. The proposed timber harvests do not include any riparian harvest and would follow other KNF riparian management guidelines, Montana Streamside Management Act (HB 731), and Inland Native Fish Strategy (INFISH) guidelines. Burning would not be initiated within RHCAs although may be allowed to creep into these areas under low severity conditions. Adherence to riparian area standards would ensure protection of the food resources in this important zone.

The effects to grizzly bears would be some short-term disturbance and habitat alteration. However, primary forage habitats would be enhanced in high elevation shrub fields while there is potential for increased forage opportunities in lower elevation forested stands in the long-term within the project area.

***Objective 5. Meet the management direction outlined in the Interagency Grizzly Bear Guidelines (51 Federal Register 42863) for Management Situations (MS) 1, 2, and 3.***

Meeting Objectives 1-4 has been determined to meet the intent of the IGBC Guidelines (Buterbaugh 1991) and the Kootenai Forest Plan direction found in Appendix 8. The relevant language from the IGBC Guidelines (IGBC 1986) states:

*Management decisions will favor the needs of the grizzly bear when grizzly habitat and other land use values compete. Land uses which can affect grizzlies and/or their habitat will be made compatible with grizzly needs or such uses will be disallowed or eliminated (IGBC Guidelines p. 3).*

The IGBC guidelines do not provide a specific definition of "compete" or "compatible," however, the intent of these provisions is made clear by the discussion in the IGBC guidelines regarding Forest Service grizzly bear management policy:

*The FS (Forest Service) will manage habitats essential to bear recovery for multiple land use benefits, to the extent these land uses are compatible with the goal of grizzly recovery.*

*Land uses which cannot be made compatible with the goal of grizzly recovery, and are under FS control, will be redirected or discontinued. Management guidelines and objectives, the cumulative effects process, and goals for habitat capability and mortality will be used to guide activities which are compatible with grizzly bear recovery. It is also the policy of the Forest Service to facilitate recreation use in occupied grizzly habitat to the extent such levels or use are compatible with both human safety and grizzly recovery objectives (IGBC Guidelines p. 2).*

Thus, it is apparent that the IGBC Guidelines recognize the multiple use nature of National Forest management. Furthermore, it is apparent that land uses which are, or can be made, compatible with grizzly bear recovery do not "compete" even if there is an impact on individual bears. The IGBC Guidelines provide a detailed process for determining compatibility between land uses and grizzly bear recovery which utilizes the consultation process to assist in determining compatibility between proposed land uses and grizzly bear recovery (IGBC Guidelines p. 6).

The determination of compatibility is based on the proposed federal action, not on individual components of such action. This is apparent from the IGBC guidelines which utilize the consultation process to assist in determining the compatibility of proposed land uses with grizzly bear recovery goals.

Thus, the relevant consideration in the present case is whether the Buckhorn project, as consulted on with the USFWS, is compatible with grizzly bear recovery goals and objectives. If it is, or can be made compatible, then the land uses encompassed by this project do not "compete" within the meaning of the IGBC guidelines.

Further, the Kootenai Forest Plan established guidelines and standards for its programs to provide for a more consistent interpretation and implementation of the Interagency Guidelines on the KNF. These guidelines provide broad direction that should be strived for in all management activities but may be altered on the basis of site specific needs as determined in the biological evaluation (Forest Plan, Appendix 8-7).

With the exception of activities near private land found along the Yaak River, which would be MS-3[3] lands, nearly all of the Buckhorn project activities lie in Grizzly Bear MS-1 as designated by the Forest Plan and the Interagency Grizzly Bear Guidelines. Buckhorn project design ensures that habitat parameters and conditions are maintained or improved post-project (see Objectives 1-4 and Tables 3.27 and 3.28) and minimizes potential impacts or effects of resource competition between bears and humans during the life of the project. Many of the prescribed burn units were

[3] **Management Situation** 3 lands are areas where grizzly presence is possible but infrequent due to high human use, and human presence results in conditions which make grizzly presence untenable for humans and/or grizzlies. **Management Situation 1** habitat contains grizzly population centers and habitat components needed for the survival and recovery of the species.

proposed in part to improve habitat conditions for bears, especially in Core habitat, based upon discussion with Wayne Kasworm, USFWS biologist. This would maintain habitat conditions favorable for grizzly bears throughout the project area and both affected BMUs.

All habitat parameters currently meet or are better than the standards for BMUs 13 and 14. Movement corridors between project and adjacent BMUs would be maintained. Proposed timber harvest and prescribed burn treatments would maintain and/or introduce a variety of age classes and successional stages within the project area. Maintaining open conditions with prescribed fire and creating open conditions through timber harvest would provide favorable habitat conditions for huckleberries and other forage for grizzly bears and other species where it exists in the soil bed. Mortality risk to grizzly bears associated with management related sources of attractants is low.

Large areas of unroaded and roadless Core habitat in the project area is providing security habitat for grizzly bears (see Bear Management Units map, M-12). Core area in BMUs 13 and 14 is 60 and 56 percent, respectively, and exceed each BMU's specific standard by one percent (see Table 3.25). During the Buckhorn project, displacement area for activities is provided and all recommendations for protection of the grizzly bear are met (Objective 1.A. above) for Alternatives 2 and 3. Alternative 4 would only slightly reduce Core acres within BMU 14 similar to Alternative 2 although, due to rounding, would result in a temporary change to Core percent. However, it would maintain the Core standard of 55 percent. TMRD would not change during harvest for all alternatives. OMRD would temporarily increase, but would remain at or better than standards during harvest operations. Although standards would not temporarily be met during watershed improvement activities, a once per 10-year entry per Core block for the sole purpose of completing road decommissioning/stabilization activities is allowed under design element I. B. 2. a. of the 2011 Access Amendment. The effects of such activities were analyzed in the 2011 Access Amendment (USFS 2011a, b) and programmatic BO and incidental take related to such activity was exempted (Wilson 2011a, b). There would be no permanent reduction in Core or increases in road densities with this project (see Table 3. 29). No mechanized activities are allowed during the spring bear season to protect this important habitat. Harvest units were designed to maintain movement corridors between units and retention of cover within units where available. All gates or barriers opened for harvest and watershed improvement operations would remain closed to public motorized travel during non-operational periods (see Access Management Plan, Appendix D).

***Objective 6. Meet the management direction specified in the October 18, 2011 Incidental Take Statement (Wilson 2011a, b).***

On October 18, 2011, the USFWS issued a BO on the effects of the 2011 Access Amendment that now serves as the first-tier of a tiered consultation framework. Proposed projects in the Cabinet-Yaak Recovery Zone would be tiered to this BO in which the 2011 Access Amendment's features and design elements, addressing the habitat parameters of Core, OMRD, and TMRD, were analyzed. Those projects which fall within the range of activities analyzed would be compliant with the incidental take statement.

The effects of the following Buckhorn project proposed activities adhere to the 2011 Access Amendment's features and design elements and, therefore, fall within the range of effects analyzed in the BO:

The 2011 Access Amendment allows for temporary changes in OMRD and TMRD levels during forest management activities as long as Core habitat is being maintained. Both BMUs currently meet or are better than standards for OMRD and TMRD. Temporary increases in OMRD for harvest would continue to meet or remain better than standard. Temporary increases during watershed work would not meet BMU 13 standards in some instances. However, all changes in OMRD and TMRD would be temporary and would return to the existing or replacement conditions post-activities.

Core blocks may be entered once per 10-year time frame for the purpose of road decommissioning or stabilization activities on roads that have been contributing to Core habitat. Habitat parameters are not required to meet the BMU standards or research benchmarks during implementation of road decommissioning/stabilization activities as long as design element I. B. 2. a. has been met. This includes temporary reductions in Core percent without in-kind replacement of Core occurring elsewhere in the affected BMU. All proposed road decommissioning/ stabilization activities are consistent with design element I. B. 2. a.: "Without further section 7 consultation, the Forests may affect underlying core areas within a BMU only once per 10-year time frame and such incursions may not exceed one bear year (Wilson 2011a, b)."

Routine forest management may occur within a Core block after 10 years of Core benefit. Alternatives 2 and 3 would result in an access change to NFSR 5932G from impassable to restricted condition. To compensate for this potential loss of Core acres, NFSRs 5932D and 6135 system would be effectively barriered concurrently or prior to the road re-construction work on NFSR 5932G. The acres of Core gained in this area would provide in-kind replacement of Core for the area around NFSR 5932G with a slight gain of 66 acres. Core percent would remain the same. Alternatives 2 and 3 meet the intent of design element I. B. 3. As proposed, Alternative 4 currently does not meet this design element due to the slight reduction in Core acres from the use of a short temporary road. Because of the existing Core percentage and rounding, the slight temporary reduction of 37 Core acres result in a whole percent change in Core due to rounding. This change was unexpected and the identification of roads to be placed into Core was not planned to compensate for this potential loss of Core. As planned, Alternative 4 does not currently meet the intent of design element I. B. 3. Also, a gate would be installed on a barriered segment of NFSR 745 to allow for future management opportunities including maintenance of an existing bridge. In-kind replacement of Core would be provided through the ISS of NFSRs 5971 and 5971A following completion of watershed improvement work. A barrier would be placed approximately 1.4 miles farther up the road which would result in an equal replacement of Core acres. All alternatives meet the intent of design element I. B. 3 for this action.

Administrative use in the CYE shall not exceed 60 vehicle round trips per active bear year (April 1 – November 31) per road. All restricted, barriered/impassable, and temporary roads opened for timber harvest and watershed improvement activities during the active bear year were considered open during project implementation. Although many timber units would be harvested in winter, road preparation work would have to occur during the active bear year and may exceed the limit during any one season. This effect of road use is addressed in design element I. E. 2. b.

Thirty day public use periods are not allowed on restricted roads within the recovery zone. Some of the roads used for harvest activities are already open to public motorized use. Those restricted, barriered/impassable, and temporary roads opened for timber harvest and watershed work during the active bear year would remain closed to public motorized use and would return to designated access management condition once activities have been completed.

## Alternatives 2, 3, and 4 – Summary of Direct and Indirect effects by Activity Type

### *Effects of Timber Harvest and Associated Activities*

*Introduction*

Timber harvest activities in individual units create a point disturbance as a result of the use of logging equipment, which includes chainsaws, skidders, loaders, cable yarders, or other machinery. These harvest activities typically occur during daylight hours and are concentrated within harvest unit boundaries.

Grizzly bear response to logging, associated and/or similar activities, and activity areas is mixed and complex, and individual bears may respond in different ways. These responses are affected by such factors as the bear's sex and age, previous experience and exposure to human activities, topographical relief and features, and differences in habitat quality and diversity. McLellan and Shackleton (1989) investigated the response of grizzly bears before, during, and after mechanical, aerial, and seismic disturbance and found no significant difference in distribution of four bears over three years. On a yearly basis, only two of eleven bears showed a significant difference in habitat use. There is potential, however, that the nature and intensity of activities resulting from the Buckhorn project could disturb or displace some bears from the immediate vicinity of harvest units.

Grizzly bears are capable of at least partially habituating to human activities (McLellan 1990) provided the activities are frequent enough and innocuous. It is reasonable to assume that bears would reduce their response to these activities over time. Females who may be displaced from an area during the implementation period at a given location should be able to utilize these areas before and after work occurs, thereby passing along knowledge of these areas to their offspring. A bear subjected to disturbance can choose to remain or move away, but both choices have costs. By staying, stress may increase metabolic expenditures and it may be subject to increased risk of mortality in a conflict situation with humans. By moving, it expends energy in travelling to an alternate habitat that may not be as productive and it may be subject to competition or predation by other grizzlies. The CYE is not considered to be a "high density" population, so the risk of interspecific encounters is considered to be low. The primary impact of displacement is considered to be the energetic cost of moving for a portion of the year and finding alternate food sources. This effect may be tempered over time if bears can adapt to an activity's level of disturbance.

Timber harvest and post-harvest fuels reduction can affect the arrangement and abundance of vegetation, thus affecting the quality and quantity of food and cover. Mace and Waller (1997) concluded that grizzly bears in the Swan Mountains of northwest Montana used cutting units as habitat, especially during summer. This likely coincided with the period when huckleberries would be available in older units. Use of cutting units is likely to begin only after about 12 years post-harvest, to peak at some young seral stage, and then to decline in later years. Mace and Waller (1997) found that forested stands were the cover types least used by grizzly bears during all seasons.

Human use patterns may also be altered, as logging practices may make grizzly bear habitat more accessible to humans, especially in densely forested areas common in the project area. Regeneration harvest is expected to increase the amount of early seral habitat in the action area and would provide increased representation of shrub, forb, and grass species that favor more open conditions. Availability of these types of plants is expected to decline over time as successional

changes alter the species composition of the site. Huckleberries, where present, may respond to increased sunlight and produce more reliable crops than in a full-shade situation. Intermediate harvest methods, such as commercial thinning, can also increase production of huckleberries on some sites.

Grizzly bear use of areas near open roads has been documented to occur less than expected based on availability (Mace et al. 1996, Kasworm and Manley 1990), and more heavily used roads are avoided at a higher rate than lightly used roads (Mace and Waller 1997). Although most roads used in this project already receive some level of motorized use or are in close proximity to such roads, the opening of restricted roads and increased use of open roads would likely result in short-term avoidance of areas proximal to these roads for the duration of activities and for some time after cessation of work as effects of the action are relaxed.

For these reasons, suitable habitat free from intense human disturbance (Core areas) is provided to compensate for displacement from activities (see Bear Management Units Map, Map M-12).

*Effects of Timber Harvest*

Due to the gentle terrain found in the Buckhorn project area all units would be harvested with tractor skidding methods. On average, an estimated four to five acres per day could be harvested with the use of two skidders. Alternative 2's unit 14 is the largest unit that could be harvested during the active bear year. At 278 acres, this unit would be completed in three to four months of a single bear year. Alternative 4 also includes large units with the largest being 101 acres and would likely take less than two months to complete. Because Alternative 3 was designed to maintain unit size to 40 acres or less, each unit would only take approximately two weeks to complete.

In this project area, the timber units are geographically clustered into two areas: the lower reaches of Spread Creek and Hellroaring/Meadow Creeks. Although some of the larger units would take more time, many of the smaller units could be completed within a couple of weeks of activity. Units are generally clustered into groups and concentrated near open and restricted roads in lower elevation areas of the BMUs (see Map M-12). This means disturbances would be isolated to maybe one or two specific areas at a time, leaving a large part of the BMUs unaffected by logging activities. For example, proposed harvest located on the south side of Spread Creek is required winter harvest for all alternatives. Bears would not experience impacts of logging in this area. Larger units, as described above, would require more time to complete with increased noise and activity and includes motorized equipment moving in and out all day (especially during log hauling) within the unit boundaries. Altogether, these activities would create a pulse effect of disturbance. A pulse effect is defined as a short-term event whose effects are relaxed quickly following cessation of activities (USFWS and NFMS 1998).

Approximately 1,263 acres of timber harvest would be implemented under Alternative 2. Ten units, 534 acres (approximately 42 percent), would be harvested during the winter (denning) season and would reduce the amount of activities and associated disturbance during the active bear year. The remaining units, approximately 729 acres, would be harvested at any time except the during spring bear season (April 1 to June 15). A spring timing restriction would protect this important seasonal habitat from disturbance during a time when bears are recovering from the effects of their winter dormant period. Avoiding mechanized activities during this time period also allows sows with cubs to pass along knowledge of those areas to her offspring. Similarly,

both Alternatives 3 and 4 have required winter harvest in several units. Winter harvest would occur in 14 units, approximately 399 acres (about 45 percent), under Alternative 3. Approximately 459 acres (about 67 percent) of Alternative 4 would be winter harvested. For all alternatives, more winter harvest may occur due to efficiency and proximity of other units near required units. This would further reduce potential impacts during the active bear year.

Under all alternatives, a small amount of timber harvest would occur within the Core boundary. Approximately 14, 2, and 5 acres total (Alternatives 2, 3, and 4 respectively) would be located within Core. No existing or temporary roads would be used to access these acres and harvest equipment would not result in created routes. Only one to three days would be needed to complete harvest within these areas with limited potential disturbance or avoidance effects to grizzly bears. These units are geographically spread out within BMU 14 and, of the total acres, all of Alternatives 3 and 4 acres and a portion of Alternative 2 acres would occur during the denning period as these units are required winter harvest. Since Core is defined as areas free of motorized traffic and high levels of use during the Core security period (IGBC 1998), there would be no effect to Core from this activity.

Huckleberries were observed in many units in small openings in the canopy or in edge habitat along existing cut unit boundaries. Huckleberry regeneration takes 10 to15 years to reach maturity from seed (Barney 1999), yet plants re-sprout after fire. By opening the canopy and applying prescribed burning, the Buckhorn project is expected to stimulate huckleberry growth within treated areas.

The proposed timber harvests do not include any riparian harvest and would follow other KNF riparian management guidelines, Montana Streamside Management Act (HB 731), and INFISH guidelines. Movement areas would be maintained throughout the BMUs and project areas under all alternatives. These include unharvested and recovered harvest stands adjacent to proposed units and RHCAs applied to riparian areas. At a minimum, corridors between units are approximately 200 feet apart and many are 300 feet or more. Also, as described above, variability of vegetation within larger units (i.e., Alternatives 2 and 4 over 40 acre units) would provide more forage and cover opportunities during movements through the area whereas availability of forage opportunities created under Alternative 3 would be patchier in nature.

Although occurring on a small scale within the project area, project objectives to move vegetative characteristics towards historical conditions would improve habitat conditions favorable to the grizzly bear within selected stands. Opening up the overstory while retaining large, fire tolerant tree species like western larch would stimulate the growth of forage species including huckleberries where present. This would provide more structurally diverse and productive stands in what would continue to be fairly homogeneous habitat. Wielgus et al. (2002) found grizzlies selected against interior cedar-hemlock forest types possibly due to relatively poor food supply compared to other habitat types studied. Also, the reduction in fuel loadings in these areas would encourage lower intensity fire within the stands thereby slowing the spread of fire into adjacent stands and evolving into a severe fire. Although wildfires can be beneficial to wildlife, a severe wildfire occurring on a large number of acres would greatly reduce both cover and forage compared to proposed harvest activities.

Effects of harvest include changes to the amount of cover and forage available within the stands and, therefore, subsequent use of the treated areas by grizzly bears. Also, temporary effects of disturbance and displacement during harvest activities occurring during the active bear year are

likely. However, it is expected that these effects would be short-term during the periods of activity and limited given the units location as mentioned above. The concentration of units located off of or near open roads generally limits effects to areas experiencing relatively low levels, but regular human use during the active bear year. While the location of activities reduces negative effects to the bear, it also limits foraging opportunities in some areas that would otherwise be beneficial to bears through everyday avoidance of human occupied areas. Given ample Core habitat is available, it is expected that any bears using this treatment area would have opportunities to find alternate habitats with minimal impacts during harvest activities. This would allow bears to utilize most of the affected BMUs, including Core areas, which are not experiencing activity. The degree of habitat change is minimal and generally located in human activity areas within the BMUs leaving well connected blocks of suitable foraging habitat that would not be changed by the proposed treatments. Due to the relatively small area of BMUs 13 and 14 affected by the proposed harvest, effects would be limited in scope and would not markedly change the ability of the area to support bears.

*Effects of Haul Roads*

Most of the haul roads used for harvest would occur on restricted roads experiencing administrative use levels or roads open to public motorized use. This means most activities would occur in areas that already tend to be avoided by bears, or used by bears with some degree of tolerance for human activities. Changes in road use, depending on location and existing use type, can affect habitat parameters of Core, OMRD, and TMRD (see Objectives 1A, B, and C for specifics by BMU).

For the project area, approximately 4.4 miles of restricted, 2.6 miles of impassable, and 1.0 mile of temporary roads would be opened for timber operations under Alternative 2. For current and future use of NFSR 5932G, in-kind replacement of Core would be provided by installing an effective barrier on NFSRs 5932D and 6135 system. These six roads (NFSRs 5932E, 5932G, 5955, 5956, and associated temporary roads) would remain closed to public motorized access during operations. Upon completion, public/administrative road access would return to the designated condition (gates would be closed and temporary roads obliterated). Alternative 3 is similar except NFSR 5956 would not be used in order to maintain the big game open road density standard in MA-12, reducing the total miles of restricted roads used slightly to 4.2 miles. Alternative 4 proposes fewer harvest units and therefore fewer harvest activity roads. Only about three miles of restricted and temporary roads would be used for harvest activities: 2.4 miles of NFSR 5955, 0.2 miles of NFSR 5956, and 0.5 mile of temporary road. As with Alternatives 2 and 3, the roads would remain closed to public motorized access during operations and returned to designated conditions.

Road Best Management Practices (BMPs) would be used during reconstruction and reconditioning for preparing haul routes and would occur on existing road prisms during the summer or fall seasons during the active bear year. Therefore, even though many timber harvest units are required to be winter logged, all roads were considered open during project to account for the road work that would occur during a short time of the active bear year.

No new or temporary roads would be constructed in BMU 13 and all harvest activities would occur on open roads. In BMU 14, constructing a temporary road used to access to one harvest unit (9 or 9D for Alternatives 2 and 4 or Alternative 3, respectively) would temporarily reduce Core acres in BMU 13 due to buffering of this opened road. Core habitat would be reduced by

approximately 10 acres (0.1 percent of BMU 13 Core) at one point along the Core area boundary in BMU 13. This affected area has been in Core for more than 10 years and Core percent would not change. In-kind replacement of Core is not necessary for this action. At the BMU scale, a temporary reduction of this size is considered negligible and would not result in substantial impacts to grizzly bears or their habitat. Use of this temporary road impacts approximately 37 acres of Core under Alternatives 2 and 4 and 32 acres under Alternative 3. With the in-kind replacement of Core occurring for use of NFSR 5932G, the minor reduction of Core acres does not reduce Core percent for Alternatives 2 and 3. However, because of the existing Core level and rounding this 0.1 percent reduction results in a one percent reduction in Core under Alternative 4. While a temporary reduction of this size is considered minor and would not result in substantial impacts to grizzly bears or their habitat (and is less than or equal to the level of reduction as the other two alternatives) it would not meet the 2011 Access Amendment as proposed.

Road use would increase during implementation of the Buckhorn project (Tables 3.27 and 3.28) and expected changes to road densities and Core vary among alternatives. TMRD would not increase under any alternative whereas as OMRD does increase due to use of the restricted and temporary roads in BMU 14. Core percent would not decrease during project implementation under Alternatives 2 and 3 with a one percent decrease in under Alternative 4 due to a minor reduction in Core acres. All habitat parameter levels temporarily changed during project would return to the existing or replacement condition following the completion of activities. The effect of road use to grizzly bears would be temporary disturbance from noise and human activities. This could possibly result in avoidance of such areas until all activities are complete. The proposed road use would be expected to have minor impacts given the roads' current condition and the existing human activity on or near these roads. The large blocks of Core located outside the activity areas would continue to provide secure areas for grizzly bears if displaced during activities. No new roads would be permanently placed on the landscape that would affect the long-term security of the grizzly bear in the project area.

*Effects of Post-Harvest Fuels Treatments*

Excavator piling would occur in many units where existing high fuel loads make them unsuitable for underburning. Post-harvest, the excess material would be piled and burned on approximately 505, 278, and 188 acres in Alternatives 2, 3, and 4 respectively. Machine piling (excavator) for slash treatment is generally done in conjunction with harvest activities. However, in some units the slash is piled at a later date at the contractor's discretion, especially in winter logged units if the weather conditions do not permit piling. An excavator piles about 3-5 acres of slash per day, depending on the amount of fuels and topography. Accordingly, the time spent in a unit for such work depends on the size of the unit and would be similar to those expected for harvest. If piling of winter logged units has to be completed during the summer or fall, an excavator would not require the use of an open road and therefore would not affect Core or road densities.

Disturbance and displacement effects to grizzly bears from machine piling would be similar to that expected during harvest activities occurring during the active bear year. It is expected that these effects would be limited to the activity area and season of activity. Units adjacent to open roads would be expected to have minimal additional disturbance to bears compared to effects of the road. Most of the affected BMUs would not be experiencing activity and would remain available for grizzly bear use. In addition, all machine piling would take place outside the spring bear season. This would protect the important seasonal habitat from disturbance during a time

when bears are recovering from the effects of their winter dormant period. Avoiding mechanized activities during this time period also allows sows with cubs to pass along knowledge of those areas to her offspring.

Prescribed fire is used to reduce existing fuels and slash concentrations after timber harvest. Site preparation and restoring fire frequency to the area would be the goal of the approximately 758 acres of prescribed underburns in Alternative 2. Forage production for wildlife would be a benefit of the burning activities. Fire line construction with the use of an excavator is generally done in conjunction with harvest activities. However, construction would occur at a later date in winter logged units and would be completed within a few days. The harvest units to be burned would occur in spring or fall, dependent on the fuel moisture content, and ignited by hand. Implementation of prescribed fire would be spread out over both space and time. Not all of the harvest units with excavator piling or prescribed burning units would be ignited at once, due to harvest completion, effects on wildlife, watershed concerns, public concerns about smoke, cost, and limited resources of the fire crew to ignite and control numerous fires at once. It is estimated that the burn management proposal could take up to 10 years accomplish all of the targeted acres. The underburns would vary from low to moderate severity, leaving a mosaic of burned and unburned areas. This would reduce ladder fuels and promote forage for bears and other big game. Similar to some timber harvest, fire can promote forage, including berry growth and production. Burning within machine piled units would be limited to the created piles. Therefore, some stimulation of understory vegetation would be expected but patchier in nature and scattered throughout units.

Prescribed fire would occur on fewer acres under Alternatives 3 and 4 corresponding to reduced harvests acres under each. Approximately 611 and 493 acres of underburning would occur under Alternatives 3 and Alternative 4, respectively. They also occur to a lesser proportion of the total acres for each alternative: Alternative 2 (40 percent), Alternative 3 (31 percent), and Alternative 4 (28 percent). Alternative 2 provides the greatest acres and amount of burning to improve establishment and growth of characteristic understory vegetation in an areas in which is it currently lacking.

The effects of prescribed burns would include disturbance to bears or other animals from ignition activities (e.g. increased human presence), smoke, and heat. The degree of disturbance associated with burning activities, relative to decreased intensity and duration, is much lower than for harvest, thinning, and piling activities. In comparison, burning would result in a lesser response from bears that may be using the area. Burning would create a short-term disturbance effect that would be relaxed almost immediately and would not be expected to disturb grizzly bears for more than a brief period. Once human activities are finished, and the fire or smoke abates, it is expected that bears and other wildlife would return to these areas relatively quickly as the entire unit would not burn and existing forage would be available. Also, grasses and forbs would respond with a flush of young, palatable vegetation within the burned areas. This would potentially include the stimulation of huckleberries which are known to re-sprout after fire. Early successional habitats would remain attractive to bears until canopy closure and successional processes change forage composition and condition in the absence of other disturbance, but may provide benefits for as long as 50 years on some sites. Abundant secure habitat would be maintained outside of the active burn areas during implementation.

### *Effects of Prescribed Burn Units*

Approximately 11,623 acres of prescribed fire occurring within burn only units is proposed for the project area. The burn units would occur in spring or fall, dependent on the fuel moisture content, and ignited by hand or helicopter. Hand ignition of burn units is always considered first. However, depending on project and burn objectives, helicopters may be more cost and time efficient, logistically practical, and safer for both fire personnel and wildlife by discouraging their presence during ignition. If the latter tool is used, is expected that only one day of helicopter use would be needed to complete a planned burn area. If additional time is needed, helicopter activities would not last more than two days per burn season (spring or fall) and would not exceed a total of four days of helicopter use per active bear year. Two days per burn area is satisfactory for fire operations as it gives personnel a chance to observe fire behavior and adjust burn prescriptions for weather or fuel conditions. If conditions and resources allow, two days would also give the option to complete a low elevation and high elevation burns within a season. Also, restricting helicopter use to this time frame helps maintain a short-term event whose effects to grizzly bears would be relaxed almost immediately (USFS and USFWS 2009). Once human activities are finished, and the fire or smoke abates, it is expected that bears and other wildlife would return to these areas relatively quickly.

Forage production and restoring fire frequency to the area would be the goals of the approximately 11,623 acres of proposed prescribed burns. Not all of the burn units would be ignited at once, due to effects on wildlife, watershed concerns, public concerns about smoke, cost, and limited resources of the fire crew to ignite and control numerous fires at once. Most likely no more than three burns units located in close proximity would be expected to be ignited at one time. Larger prescribed burn units may require actions in both spring and fall. It is estimated that the burn management proposal would take a decade to accomplish all of the targeted acres. Therefore, implementation of the burn units would be spread out over both space and time. The prescribed burns would vary from low to moderate severity, leaving a mosaic of burned and unburned areas. This would reduce ladder fuels and promote forage for bears and wildlife species. Similar to some timber harvest, fire can promote huckleberry growth and production.

North slopes in high elevation habitat are difficult to burn due to high fuel moistures and shading. In order to achieve desired burn outcomes, fuels augmentation would occur within an approximate 579 acre area of north facing slopes of burn K. Augmentation would not occur on every acre, but rather in scattered one-third acre patches totaling approximately 109 acres. This area is located within Core habitat. Augmentation consists of hand slashing conifers ≤ 10 inches diameter breast height (dbh) by chainsaw one to two years prior to ignition. Fuels augmentation may also take place in some of the lower elevation burns, spread out across approximately 13 and 34 acres of Core within BMUs 13 and 14, respectively. Smaller diameter trees of no more than 6 inches dbh would be cut and allowed to cure to improve burning conditions within these stands. In total, acres of fuels augmentation would occur on less than 0.5 percent of the Core areas within the BMUs and implementation would not occur during the spring during spring bear season (April 1 to June 15) to protect this important seasonal habitat from disturbance. Fuels augmentation would facilitate burning of the units and stimulate the development of shrubs and other groundcover species in the near future. Fuels augmentation would be expected to have minor impacts to grizzly bears.

Implementation of prescribed fire could occur prior to, concurrent with, or post-harvest and watershed improvement activities. The proposed access management changes that would provide

in-kind replacement of Core acres (for routine forest management in areas currently contributing to Core) and the timing of these activities in relation to one another would slightly influence the total acres of prescribed burning that would occur within Core habitat. Conservatively, a minimum of 10,111 acres of the proposed 11,623 acres would occur within Core in all or part of prescribed burn units A, B, C, E, F, G, H, I, J, K, K-1, L, M, N, O, and O-1. The burns are in various habitat types and would improve the palatability and enhance the quality of the forage produced on these acres and provide improved foraging opportunities in security habitat. Forage would also be improved on the remaining burn acres although use may be somewhat limited due to their proximity to open roads.

Bears are known to experience some effects from the use of helicopters. However, effects vary among individual bears and may include simple awareness of the aircraft, escaping to cover, and temporary displacement (USFS and USFWS 2009). Displacement is used to describe under-use of a habitat, rather than complete exclusion or avoidance of that area. Displacement may involve using different parts of the impacted area, using the same areas at different times of the day, as well as avoiding the area during activities (Wilson 2006). Also, many of the prescribed burn units are located in unroaded areas or have limited association with open roads which would minimize the chronic displacement effects or mortality risks that road-based operations inflict (USFS and USFWS 2009). Helicopter use involving short duration (≤ 48 hours) and low frequency (few trips) may affect grizzly bears but is not expected to cause injury or interfere with normal behavior patterns (ibid).

The effects of burning in the prescribed burn units would involve disturbance to bears or other animals from ignition activities (e.g. helicopter noise and/or human presence), smoke, and heat. If helicopters are used, their use is a transitory event that would be spread out over several years and across the project area. The degree of disturbance associated with burning activities, related to decreased intensity and duration, is lower than for harvest activities. In comparison, burning would result in a lesser response from bears that may be using the area. Burning would create short-term disturbance effect that would be relaxed almost immediately and would not be expected to disturb grizzly bears for more than a brief period. Bears would be expected to utilize these areas rapidly after burning as grasses and forbs respond with a flush of young, palatable vegetation. Early successional habitats would remain attractive to bears until canopy closure and successional processes change forage composition and condition in the absence of other disturbance, but may provide benefits for as long as 50 years on some sites. Abundant secure habitat would be maintained adjacent to the prescribed burn units during activities.

#### *Effects of Watershed Improvement (Road Storage or Decommissioning) Activities*

Three areas of watershed improvement work are proposed within the project area: 1) north of Spread Creek, 2) south of Spread Creek, and 3) South Fork Meadow Creek. Proposed activities target roads that, in most cases, were barriered to motorized use without addressing or anticipating future hydrological issues that ultimately result in increased sedimentation into streams. These issues include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Activities would stabilize the roads and either decommission or place the roads into ISS depending on future management needs. Design criteria (see Design Features Chapter 2) require that watershed improvement work could only occur in one activity area within a given bear year. Also, storage and decommissioning work in the north and south Spread Creek areas could not occur within the same active bear year that harvest would occur. Proposed activities taking place in the South Fork Meadow Creek area could be implemented concurrent

with harvest activities. Within BMUs 13 and 14, each area proposed for watershed improvement work is located within separate Core block and would be completed within a single bear year. Activities would be finished as huckleberries become available for bear forage opportunities. Upon completion, earthen barriers (berms) would be placed in the same locations as they were prior to the watershed improvement work.

Watershed improvement activities create moderately intense, localized disturbance along existing road prisms. Generally the roadway is cleared of existing vegetation, culverts are removed and channels reshaped, and the road prism restored to more natural conditions. Culvert removals vary based on the size of the pipe and depth of fill, but average about two days per culvert to remove the pipe and associated fill material and reshape and stabilize the channel. Work would occur between July 15 and September 30 for a period of 8 to 10 weeks using excavators, dozers, and pick-up trucks. Legally, the roads would not be open to public motorized use during operations but would not be barriered during activities. However, the construction activity and rough condition of the road deters public motorized use of the roads during implementation. Upon completion of activities, all roads would be effectively barriered to motorized use.

**BMU 13**: The south Spread Creek area includes NFSR 591 (approximately 4.4 miles) that is located in both BMUs 13 and 14. This road is currently brushed in with vegetation and has provided secure Core habitat for more than 10 years. During this portion of the watershed improvement work, the existing 2,870 acre block of Core habitat would be temporarily be split into two blocks and reduced to a total of 1,967 acres for one season. This displacement of 913 acres would temporarily reduce Core from 60 to 58 percent. After finishing the improvement work, the road would be re-barriered and Core habitat would return to 60 percent. Implementation of this watershed improvement work could not occur concurrent with harvest activities to reduce disturbance and displacement effects to grizzly bears in the Spread Creek drainage.

The South Fork Meadow Creek watershed improvement work would be completed in one season separate from the Spread Creek work. This activity area includes a cluster of seven roads. Five roads (NFSRs 524, 524D, 5971B, and 5977), totaling approximately 2.5 miles, are currently brushed in with vegetation and have provided secure Core habitat for more than 10 years. Two roads (NFSRs 5971 and 5971A), totaling approximately 2.4 miles, are currently restricted to motorized use and are available for forest management within administrative use levels. Proposed road stabilization activities would temporarily reduce an existing 27,514 acre block of Core habitat to 27,237 acres. This displacement of 277 acres would temporarily reduce Core habitat from 60 to 59 percent. This results in a temporary decrease in Core by one percent but would continue to meet the standard. Upon completion of work, all roads would be effectively barriered including currently restricted roads NFSRs 5971 and 5971A. The increase in Core acres resulting from the storage of NFSRs 5971 and 5971A would be used as in-kind replacement for gating a barriered portion of NFSR 745 for future management needs. With the completion of activities and compensation of Core, the Core level in BMU 13 would return to the existing condition of 60 percent.

Placing a barrier on currently restricted NFSRs 5971 and 5971A would result in an increase of Core acres compared to the existing condition. These acres would be used as in-kind replacement of Core to compensate for potential losses incurred with installation of a gate on a currently barriered road, NFSR 745, which has contributed to Core for 10 years. This road is currently barriered before it crosses Hellroaring Creek which does not allow for maintenance of the

existing bridge. Other future management needs include vegetation management, recreational use, and fire access. A gate would be installed at the current barrier location and a berm installed at approximately 1.4 miles. The in-kind replacement would result in an equal amount of Core acres and, therefore, Core percent of 60 percent. TMRD would also return to the existing condition of 24 percent.

The South Meadow Creek watershed work could be implemented concurrent with harvest activities. Proposed harvest and watershed activities within this BMU are separated by approximately 1.8 miles which consists of Core Habitat. All harvest units within this BMU are located off of open roads and harvest would not impact habitat parameters nor result in significant disturbance due to their location within an open road system. In addition, ample Core habitat is found between the activity areas, immediately south of both activity areas and into BMU 12 located outside the project area, and to the west of the proposed watershed work. Ample displacement areas are available for displacement from both activities although only expected from the watershed work.

**BMU 14**: The north Spread Creek watershed improvement work would be completed in one season separate from the south Spread Creek work. This activity area includes a cluster of three roads (NFSRs 5924, 748M, and 7483), totaling approximately 8.1 miles, which are currently brushed in with vegetation and have provided secure Core habitat for more than 10 years. Proposed road stabilization activities would temporarily reduce Core by 1,429 acres. This displacement of acres would temporarily reduce Core habitat from 56 to 54 percent. Upon completion of work, all roads would be effectively barriered and the Core level in BMU 14 would return to the existing condition of 56 percent.

The south Spread Creek watershed improvement work would be completed in one season separate from the north Spread Creek work. This activity area includes NFSR 591 (approximately 4.4 miles) that is located in both BMUs 13 and 14. It also includes a cluster of three roads (NFSRs 5948, 5948B, and 5948D), totaling approximately 3.8 miles, which are all currently brushed in with vegetation and have provided secure Core habitat for more than 10 years. During this portion of the watershed improvement work, the existing 7,738 acre block of Core habitat would be temporarily reduced to a total of 6,089 acres for one season. This displacement of 1,649 acres would temporarily reduce Core from 56 to 54 percent. After finishing the improvement work, the roads would be re-barriered and Core habitat would return to 56 percent.

One NFS Road proposed for watershed improvement work has also been proposed to include design features to maintain snowmobile access as well as brushing of vegetation that would occur independently of, and likely before, the watershed work. Historically, NFSR 5948 has been used by snowmobilers as a route to access the open terrain on Buckhorn Ridge but has become harder to navigate due to the level of vegetative growth on the road. Because of the historic and continued use of this road by snowmobilers, brushing of the road would be allowed to occur prior to the watershed work which itself would include design features to maintain snowmobile access and existing use of this route. However, snowmobile use is currently allowed through April 30 which extends into the early part of the spring emergence period. To reduce potential disturbance effects to grizzly bears during this period, especially sows with cubs of the year, snowmobile use of this road would now end by March 31.

*Meeting the 2011 Access Amendment*

The 2011 Access Amendment allows for road decommission or stabilization activities in Core. The sideboards for this activity as defined in design element I. B. 2. a minimizes the adverse impacts of motorized access to grizzly bears (Wilson 2011a, b). Because the activity is limited to the road prism and would be of short duration, expected short term adverse effects would generally be limited to females with cubs as they tend to be more sensitive to human disturbance (ibid).

As discussed previously under Objectives 1, 5, and 6, the effects of watershed decommissioning/road stabilization activities were analyzed under the 2011 Access Amendment. If proposed activities adhere to the 2011 Access Amendment's features and design elements they fall within the range of effects analyzed in the BO. Proposed activities adhere to design element I. B. 2. a., which requires that this is the only entry into a Core block within a 10-year time frame and work does not exceed one bear year. All roads currently contributing to Core have done so for a minimum of 10 years and work occurring in each area, which consists of separate Core blocks, would be completed within an 8 to 10 week period of a single bear year.

*Effects of Watershed Improvement Work*

Both BMUs have known bear activity (e.g., Kasworm et al. annual reports). Bear avoidance of roads has been documented in the Cabinet Mountains (Kasworm and Manley 1988), and it is expected that some degree of disturbance and avoidance would occur during watershed improvement activities. The degree and magnitude of displacement and disturbance is difficult to quantify and is influenced by a number of factors including the sex and age of the bear, past experiences, topography and cover in the area. This disturbance may result in a greater response by bears using areas that have been traditionally barriered to motorized use during the active bear year. For example, sudden disturbance in a previously undisturbed area may elicit a stronger flight response than might be expected from activities along an open road. However, the proposed road work is generally concentrated within discrete drainages and located adjacent to large blocks of undisturbed Core habitat that provide excellent displacement areas. Impacts to Core in any one year associated with this work represents approximately one to two percent of Core habitat within the BMUs, slightly less if considered for an entire home range represented by a BMU. It is likely that bears displaced during watershed improvement activities could find alternate habitats within their normal home range and would not require compensation for the disruption of normal activities during a portion of the active bear year. This disruption would occur yearly for up to two years in different areas of the Spread Creek drainage, as effects could essentially move from one side to the other across Spread Creek and associated open NFSR 435. Only one year of disturbance would occur within the South Fork Meadow Creek area.

As described above under **Effects of Timber Harvest and Associated Activities**, grizzly bear response to a new activity is expected to be variable by bear. However, research has documented that responses to different types of activities, including mechanical activity, can be minor during activities with normal use of the areas shortly following the completion of activities. A female grizzly bear that may be displaced from an area during the 8 to 10 week work period are expected to be able to utilize these areas before and after work occurs, thereby passing along knowledge of these areas to her offspring. Also, the large blocks of Core located outside the activity areas would continue to provide secure areas for grizzly bears if temporarily displaced during activities. Also, huckleberries are broadly available in this BMU, so it is unlikely that displacement from these drainages would limit a bear's ability to find food during the peak of huckleberry availability.

Effects to bears of this type of activity are generally assumed to be similar to those expected from harvest activities. The short-term opening of a road to administrative traffic only would likely displace bears from the immediate vicinity of the road during project operations and temporarily reduce the amount of undisturbed Core habitat available to the bear in the action area. Also, road densities would generally increase temporarily (Table 3.28). However, it is assumed that disturbance effects would not linger and that bears would likely return to these areas shortly after activities cease. Should temporary displacement of an individual occur, there would be no expected increase in mortality risk associated with encounter with other bears or humans. Decommissioning of approximately 1.0 mile in BMU 13 and 2.5 miles in BMU 14 would permanently remove roads from Core and would no longer be available for future motorized use. Effects of watershed improvement activities would be the same for all alternatives.

*Funding Dependent Resource Improvement Work*

This list includes a variety of identified potential resource improvement activities that could occur within the timber sale boundary, but are dependent upon available funding and are not required elements for project implementation. Post-harvest activities (e.g., inter-planting of trees, girdling mistletoe infected western larch, monitoring, landing rehabilitation, and weed spraying) would be accessed or occur along open roads or restricted roads under administrative use levels. Individuals or small crews would complete work within units with low levels of activity for a short period of time. Routine road maintenance on open roads, including culvert replacements on NFSR 435 at Runt and Large Creeks, would include mechanized equipment and a short period of increased activity in work locations. All of these potential activities would result in a temporary increase in activities and possible disturbance and avoidance of the activity areas. However, these effects are expected to be minor compared to the existing condition given the nature and location of the activities.

Abandoned segments of road are found along open NFSR 435. Culverts have become filled with sediment and are impacting stream function at two crossings. Proposed work includes removing culverts and restoring the natural channel at stream crossings between units 12 and 13 and units 13 and 14. The proposed work is similar to activities allowed under the 2011 Access Amendment for road decommissioning and stabilization work although at a smaller scale and outside of Core habitat. Both stream crossings are located between two open roads within about 100 feet of the Spread Creek road, would not occur within Core, and do not require a road for access. Work at each site would be completed within a day with the use of one excavator. Grizzly bears are unlikely to be found in the vicinity of the proposed work and the slight increase in noise and activity would be minor compared to the existing motorized use of the open road system. Potential disturbance effects to bears from this activity are expected to be minimal.

Similarly, segments of abandoned roads and old skid trails are found within proposed harvest units 9, 10, 11, 15, and 19. Restoration and drainage work on these disturbed sites would be completed within a year of the completion of harvest activities within the units. Proposed units for restoration work are located off of open and/or restricted roads and work would occur outside of the spring bear period. Activities would only take a day or two per unit to complete with the use of a single excavator. This activity benefits soils and water resources within the units as well as attempting to leave these stands in a more natural condition for the benefit of many resources in the long-term, including grizzly bears and other wildlife. The units are found along or in close proximity to open and restricted roads which reduce the potential for a bear to be found within the area. Impacts of road use are accounted for in the analysis of the habitat parameters as analyzed

above. Additional effects to grizzly bears could be disturbance and avoidance of the area during activities, but are expected to be minor compared to the existing road use and timber harvest and/or machine piling/fire line construction occurring during the active bear year in these areas.

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes relevant past and present factors affecting the existing habitat conditions in BMUs 13 and 14. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting grizzly bear habitat and mortality.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the affected BMUs were chosen as the appropriate scale for grizzly bear cumulative effects analysis. In summary, 1) the BMUs are biologically meaningful to grizzly bears, 2) provides consistent boundaries for management and monitoring, 3) allows for analysis without minimizing activity effects, and 4) majority of Core areas are not experiencing activities and would remain available for dispersal (see Bear Management Unit map, M-12). Therefore, BMUs 13 and 14 were chose as the appropriate scale for cumulative effects analysis.

### *Past Actions*

The primary measure of habitat availability and quality is related to the amount and arrangement of roads on the landscape. Table 3.24 of this analysis summarize the existing condition based on effects of past road construction and subsequent access management (e.g., decommissioning, storage, and gating of roads) as they relate to grizzly bears. Harvest has occurred in the project area since 1949 and has provided some variety of age classes and successional stages across the project area. In some cases, past harvests provided habitat conditions favorable for huckleberry production and other forage for grizzly bears and big game. Harvest units over 15 years old now generally contribute to cover for grizzly bears. Historically, natural disturbances such as wildfire resulted in a mosaic of habitats and forage conditions. Detailed description of previous vegetation management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document.

Activities affecting grizzly bear habitat have changed in recent years. Open road densities have dramatically dropped in the past several years as a result of restricting/reclaiming roads through decisions intended to facilitate grizzly bear recovery. Since the mid-1990s there has been more reliance on intermediate harvest which provides both greater foraging opportunities and cover within the same area. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with greater canopy closure in some areas, which has in turn reduced huckleberry and other berry production on some sites.

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects. However, without active management there would be a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area. Trees would continue to encroach upon forage openings resulting in a decline in the availability and productivity of forage species over time.

### *Alternatives 2, 3, and 4*

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

#### *Actions on Forest Service Lands*

A district wide thinning project of previously harvested units (Timber Stand Improvement 2010-2015) would occur within grizzly habitat. Approximately 1,076 acres of precommercial thinning and daylighting treatments are found within the project area. These units provided foraging habitat following harvest, but are or becoming areas of increased cover with reduced foraging opportunities. Planned units would be accessed via open or restricted roads and possibly by foot; restricted road use would not exceed administrative levels. Work would be completed by hand through the use of chainsaws within a short activity period. The effects to grizzly bears may include short-term disturbance and avoidance of the immediate area during activity, but they would be expected to continue using the stands during inactive periods such as nights and weekends as well as following completion of the thinning work. There would be no effect to the habitat parameters of Core, OMRD, and TMRD. Cumulatively, effects would be minor. Although thinning of conifers may result in a low level of temporary disturbance, thinning would continue to provide open space for shrub and other understory vegetative growth and productivity (foraging opportunities) within the stands for a greater length of time.

One active timber sale occurs within and adjacent to the project area. The Grizzly project is located within a small portion of the Buckhorn project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in spring bear habitat. Use of barriered and temporary roads would result in temporary changes to the habitat parameters within BMU 14. Potential cumulative effects of disturbance and displacement to grizzly bears are dependent on timing of implementation of the two projects. Grizzly project harvest and associated road use is expected to be completed prior to the implementation of the Buckhorn project and effects dissipated before Buckhorn activities begin. If the two projects were to occur at the same time, a cumulative increase in road densities and a decrease in Core acres would occur. However, the changes are not expected to result in a percent change at the BMU level especially since not all roads proposed for Buckhorn harvest activities would be used at the same time. A portion of the planned burning acres would occur in spring range Core habitat and provide improved spring foraging opportunities in a secure area. Grizzly Project activities would result in similar effects to grizzly bears as those described under the direct/indirect effects section above and are expected to have minimal cumulative effects to grizzlies and their habitat: contributing to increased foraging opportunities on spring range in an area of high cover, trending towards characteristic vegetation conditions for the area, and maintaining habitat parameter levels at or better than BMU 14 standards during and post-project.

The Idaho Buckhorn project, located on the neighboring Idaho Panhandle National Forest is also proposing large prescribed burn units along the west side of Buckhorn Ridge with activity areas adjacent in places. Burning efforts for both projects would take several years to complete. The Idaho Buckhorn project burns are expected to begin earlier than the Buckhorn project and staggered periods of burning would result in a mosaic of burned areas that are in different stages

of recovery that may influence the availability of forage species. If adjacent Idaho burns have yet to be completed, burning efforts would be coordinated to occur at the same time if possible to more efficiently implement both burns (e.g., reduce resources, cost, and potential fire suppression efforts) as well as reduce potential effects to wildlife related to helicopter use and level of increased activity within a contiguous burn area. Effects would be similar as those described above: maintenance and improvement of foraging habitat within security habitat, short periods of helicopter activity with effects dissipating quickly, and abundant Core habitat within surrounding area available for displacement during activities. Cumulatively, there would be an increase in human and helicopter activity along the western edge of BMU 13. However, this increase would be of short during within a given burn season and overall spread out over a time period of up to 10 years. Bears would be expected to be able to return and use burned areas soon after completion of activities. An increase in total burn acres would maintain and/or improve foraging opportunities for grizzly bears during summer and fall as well as big game species that grizzly bears can prey/scavenge on in the future.

There are no other reasonably foreseeable federal activities planned that would change the magnitude or scope of effects described above.

#### *Public Actions on Forest Service Lands*

With population growth and development, it is reasonable to assume that some corresponding increase in human use of NFS lands is likely to occur. This increase is likely to be gradual and incremental, and tend to be focused on areas along or near roads open to motorized traffic. Bears may, over time, experience more frequent disruption of their daily activities if they are in proximity to roads, though as discussed earlier, these areas receive proportionately less use by bears than more secure (Core) habitats. The relationship to this project of increased recreational use of the area centers on the potential for illegal shooting of grizzly bears. Currently, two outfitters are permitted to operate with set service days for this area. Areas used by the outfitters and other hunters may change as roads currently impassable due to vegetative growth are cleared; however, access would continue to be by non-motorized means as no new roads would be opened for public motorized use during the active bear year. Levels of hunting pressure and potential for mistaken identity would not be expected to increase and exposure to humans would remain low. Hunting activities within the project area would cumulatively contribute to minor, short-term disturbance effects during the bear hunting seasons which would vary with specific area use and activity levels. There would be no change to the availability of Core habitat. Therefore, mortality risk and potential cumulative effects to grizzly bears would remain low within BMUs 13 and 14 during project implementation.

#### *Actions on Private Lands*

Continual development of private land in the Yaak watershed is expected. Although considered basically unsuitable for grizzly bear occupancy, these private lands can and may contribute slightly to the risk of grizzly bear mortality if landowners do not properly dispose of trash and manage pet and/or livestock food sources. Any additional cumulative effects to grizzly bears would be partially dependent on the duration (seasonal versus year-round) of use of these parcels and homes. Anticipated effects include species displacement, habitat alteration, and/or habitat loss. Future development opportunities are limited to this small 333 acre area and further habitat alterations would be minor compared to the amount of Core habitat available on NFS lands. Also, many of the activities that may occur on the private property parcels can only be estimated and all activities are outside the control of the Forest Service.

### *Combined Effects from Proposed and Ongoing Actions*

Both BMUs affected by proposed Buckhorn activities have other on-going or proposed federal actions. Separation of most activities in time and/or space as well as design features of the projects minimizes cumulative effects to grizzly bears. All of these activities may disturb a grizzly bear or cause it to temporarily avoid the activity areas until human actions are completed. However, abundant Core habitat would remain available both during and post-project for grizzly bear use and activities. The effects of proposed activities would be limited in scope and would not markedly change the ability of the area to support bears. Also, implementing this proposal would not create a significant departure from past human use patterns or create an obvious source of conflict between people and bears resulting in an increased potential in bear mortalities. Cumulatively, risk of mortality would not change appreciably due to implementing the proposed action.

## Regulatory Consistency

**Endangered Species Act:** The preferred alternative would be consulted on with USFWS and compliance with ESA would occur

**Forest Plan Consistency**: Alternative 2 and 4 will require one project specific amendment to MA 12 to exceed the open road density (ORD) standard of 0.75 miles per square mile during project activities. The ORD standard applies to big game species, including elk, where an analysis of this amendment is discussed in greater detail. ORD is a measurement that applies specifically to big game species and is calculated differently from the OMRD measurement used in this grizzly bear analysis. The project specific amendment is required for project activities specifically and does not increase public use of roads in the project area. Therefore this project specific amendment is not likely to have any additional effects than those discussed in this analysis.

Other than the project specific amendment above, Alternatives 2 and 3 meet Forest Plan guidelines and standards as they apply to grizzly bears and threatened and endangered species. As was mentioned earlier in the analysis, Alternative 4 as proposed would not comply with the 2011 Access Amendment. The Forest Plan guidelines and standards applicable to grizzly bears include:

Evaluate Cumulative Effects – FP App 8-9: *All proposed timber and fire management activities will be evaluated for their effects on grizzly bears and their habitat. A cumulative effects perspective will be used in the evaluation.* **See Data Sources, Methods, Assumptions, and Bounds of Analysis** for discussion on analysis area and **Environmental Consequences** for direct, indirect, and cumulative effects sections

Project Design – FP App 8-10: *Timing constraints, scheduling, shortened contract periods*: See **Objective 2C and Effects of Watershed Improvement (Road Storage or Decommissioning) Activities** – Project design criteria include several timing restrictions for proposed activities to reduce potential effects to grizzly bears within the project area, including: no mechanical activities (e.g., harvest or roadwork) during the spring use period, implementation of each watershed work area would occur in separate bear years, watershed work in the Spread Creek drainage could not occur within the same active bear year that harvest would occur, and the snowmobile use period on NFSR 5948 would now end by March 31. In addition, required winter harvest would reduce impacts to grizzly bears during the active bear year.

*Maintenance of movement corridors:* **See Objective 2B** – Movement corridors will be maintained in the project area as well as areas of retained cover within harvest units. A minimum of two site distances were applied between all units and often include large RHCAs which would continue to provide cover and movement areas between proposed harvest units. Within harvest units, variable retention and grouping of existing trees would provide cover for movement within units. Prescribed burn units located along the western boundary would result in a mosaic of burned and unburned areas with little reduction in canopy cover. Fires would stimulate vegetative growth and maintain and/or improve foraging conditions found in this contiguous area of Core while continuing to provide for secure movement between the three BMUs running north to south. Finally, no activities are proposed within the potential movement area between project BMUs and BMU 11 across the Yaak River.

*Provision of displacement areas:* See **Objective 1A** – Large Core blocks are found within the affected BMUs including the availability of activity free areas adjacent during project implementation. Also, project activities would not permanently reduce Core percent.

*Access management will be considered and implemented as needed:* See **Access Management Plan, Objective 1A, B, and C, Objective 2C, Effects of Timber Harvest and Associated Activities, and Effects of Watershed Improvement (Road Storage or Decommissioning) Activities** – There would be no increase in the amount of roads open to public motorized use during the active bear year. Restricted, barriered/impassable, and temporary roads opened or constructed for activities would return to designated status post-project. Although this road use would result in during project changes to habitat parameters levels, post-project levels would be the same as or better than the existing condition. Additionally, the snowmobile access that would be maintained through design features on NFSR 5948 would end by March 31 to protect bears during spring emergence.

Browse Enhancement; Prescribed Burning – FP App 8-11

*Provision for the improvement of bear foods will be incorporated in project design consistent with other considerations.* See **Objective 4, Effects of Timber Harvest and Associated Activities, and Effects of Prescribed Burn Units** – Huckleberries where present and other forage species would respond to increased sunlight (reduction in the overstory through harvest) and nutrient levels (prescribed fire) post-activities.

Attractants – FP App 8-12

*…there will be strict regulation of garbage, pets, and human waste to minimize grizzly/human conflict.* **See Objective 3E** – The Forest Service has limited sources of attractants within the project area and implementation of the food storage order in these areas reduces potential effects. Also, logging contractors would be required to properly handle activity associated attractants. Secure forage opportunities elsewhere in the BMUs reduces potential human/bear conflict near proposed units associated with open roads or private property.

Addendum to Appendix 8 – 2011 Access Amendment: *Adherence to the Amendment's features and design elements.* See **Objective 6, Effects of Timber Harvest and Associated Activities, and Effects of Watershed Improvement (Road Storage or Decommissioning) Activities** – Public motorized use would not be allowed on restricted, barriered/impassable, or temporary roads during activities. All roads that may exceed administrative trips were considered open for the bear year. Project road use would result in temporary, but no permanent increases in road

densities or loss of Core. Routine forest management in areas currently providing Core would occur through the in-kind replacement of Core acres. These activities result in an equal or slightly increased change in Core acres, which maintain the existing Core percent in both BMUs. As proposed, Alternative 4 would not comply with design element I. B. 3. during harvest activities due to a temporary one percent reduction of Core percent. Watershed improvement activities occurring in Core would comply with design element I. B. 2. a.

Consistency with the Forest Plan assumes that grizzly bear habitat standards and guidelines will be adapted based on consultations with USFWS (FP App 8-7); consultation with USFWS would continue.

Forestwide Management Direction – FP II-1 #3, #5,#7, #17, II-22 and 23

p.II-1 #3 – *Maintain a balance of open and closed road… (to) insure grizzly bear security to meet recovery goals …:* Some restricted, barriered/impassable, and temporary roads would be opened temporarily for harvest and watershed improvement work. However, all would remain restricted to public motorized access during the active bear year and there would be no decrease in Core percent during or post-project for Alternatives 2 and 3. Use of a temporary road in Alternative 4 would result in the temporary one percent reduction of Core in BMU 14.

p. II-1 #5 – *Maintain or enhance sufficient grizzly bear habitat:* Where changes occur, there would be minor one to two percent changes to the habitat parameters levels during project but levels would be the same or better upon the completion of project activities. Proposed harvest and prescribed burn units move treated stands towards desired vegetative conditions as well as result in the stimulation of forage species.

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species*: Retention of remnant large tree species, better approximation of stand patch size and species composition, protection of riparian habitats, and general movement towards the desired vegetative condition based on historic range of variation with the stands for this area. Also, the creation of edge habitat that provides habitat diversity in both forage species occurrence and abundance as well as cover that may be beneficial to grizzly bears.

p.II-2 #17 – *Use prescribed fire to simulate natural ecological processes . . . create habitat diversity for wildlife . . .:* Post-harvest burns and prescribed burn units occurring on approximately 11,623 acres, including a minimum of 10,111 acres located within Core habitat, would maintain and/or improve the availability, palatability, and quality of available forage for grizzly bears.

p.II-22 – *Identify and protect important habitats:* Post-project Core percent would not change, riparian areas would not be impacted, movement corridors would be maintained, and restrictions on activities occurring during spring emergence and within spring foraging areas would protect both the habitat itself and grizzly bear use of the habitats. Alternative 4 would result in a temporary one percent reduction in Core during harvest activities (see Table 3.27).

p.II-23 – *Apply elements of Appendix 8, appended by the 2011 Access Amendment:* See Addendum to Appendix 8 – 2011 Access Amendment above.

**National Forest Management Act:** The project would comply with NFMA direction to provide for diverse populations of plant and animal communities by applying Forest Plan standards and guides (Johnson 2004a).

## Statement of Findings

Alternative 1 (No Action) **may affect, not likely to adversely affect** grizzly bears. This determination is based on: 1) Active fire suppression would continue the trend towards uncharacteristic vegetative and fuel conditions, 2) an increased risk of severe fire behavior, 3) a decline in productive foraging habitat acres over time, 4) all existing condition habitat parameter levels would be maintained, 5) no introduction of Forest Service sources of attractants, and 6) no increase in mortality risk to grizzly bears.

Alternatives 2 and 3 **may affect, is likely to adversely affect** grizzly bears. This determination is based on: 1) project activities would disturb a bear in the area and may cause temporary disturbance and avoidance of the affected areas, and 2) entries into Core may result in short term adverse effects to grizzly bears; however, 3) proposed activities would be compliant with the 2011 Access Amendment design elements, 4) vegetation management treatments would move stands towards desired vegetative and fire tolerant conditions characteristic of the area, 5) increased production of forage species for grizzly bears and other wildlife, 6) no mechanical activities during the spring period to reduce stress during grizzly bear emergence from the denning period and feeding activities at lower elevations, 7) in-kind replacement of Core in BMU 14 for harvest results in a pre-harvest and post-project improvement in TMRD by one percent, 8) harvest impacts to habitat parameters are temporary and would return to the designated condition upon completion of activities, 9) limiting late season snowmobile use on NFSR 5948 to March 31 to reduce impacts during bear emergence from dens, 10) 399 -534 acres of required winter harvest would reduce impacts to bears during the active part of the year, 11) roads currently not open to public motorized use during the active bear year would remain so during and post-project, 12) availability of large Core areas and maintenance of movement corridors accommodate potential bear displacement from activity areas, 13) project activities would not generate bear attractants, and 14) no increased risk of bear mortality is expected.

Alternative 4 **may affect, is likely to adversely affect** grizzly bears. This determination is based on: 1) project activities would disturb a bear in the area and may cause temporary disturbance and avoidance of the affected areas, 2) entries into Core may result in short term adverse effects to grizzly bears, and 3) a temporary one percent reduction in Core percent during harvest due to rounding would not be compensated for with in-kind replacement of Core concurrently or prior to the potential loss; however, 4) the potential loss of Core consists of approximately 37 acres that account for 0.1 percent decrease at the BMU scale, 5) vegetation management treatments would move stands towards desired vegetative and fire tolerant conditions characteristic of the area, 6) increased production of forage species for grizzly bears and other wildlife, 7) no mechanical activities during the spring period to reduce stress during bear emergence from the denning period and feeding activities at lower elevations, 8) harvest impacts to habitat parameters are temporary and would return to the designated condition upon completion of activities, 9) compliant with the 2011 Access Amendment design elements during watershed improvement work, 10) limiting late season snowmobile use on NFSR 5948 to March 31 to reduce impacts during bear emergence from dens, 11) 459 acres of required winter harvest would reduce impacts to bears during the active part of the year, 12) roads currently not open to public motorized use during the bear year would remain so during and post-project, 13) availability of large Core areas and maintenance of


FS-046791

movement corridors accommodate potential bear displacement from activity areas, 14) project activities would not generate bear attractants, and 15) no increased risk of bear mortality is expected.

## Canada Lynx

### Summary of Conclusions

Implementation of the Buckhorn project's action alternatives result in a determination of *may affect, is not likely to adversely affect Canada lynx.* Proposed treatments would occur in currently 'unsuitable' lynx habitat and matrix habitat in the Baldy and Thunder lynx analysis units (LAUs). Treatments would maintain the existing condition on most treatment acres in the short-term and improve future winter snowshoe hare habitat while continuing to meet vegetation management standards from the Northern Rockies Lynx Management Direction (NRLMD).

### Introduction

Canada lynx occupy northern boreal forests[4] which are primarily composed of cool, moist subalpine fir and Engelmann spruce and moist lodgepole pine forest which receive abundant snowfall. Snowshoe hares are the primary prey of lynx and habitat use by lynx is associated with those conditions that support hare populations. Therefore, young regenerating and mature multistory forest that provide habitat for snowshoe hares is important to lynx conservation. Especially important is winter habitat that continues to provide snowshoe hare forage and cover (twigs and stems that protrude above the snow or limbs that drop to the snow surface) during high snow periods. Denning habitat is found in forests with abundant dead and down trees, especially in areas near foraging habitat. Both natural (e.g. fire) and human disturbances such as timber harvest and prescribed fires can affect lynx habitat (USFS 2007a).

Although a variety of habitat and forest types may be found within a lynx's home range and used to some level (e.g., matrix habitat for travelling between patches of boreal forest), in Northwestern Montana lynx select forest stands with high horizontal cover primarily consisting of Englemann spruce and subalpine fir. Both mature multistory and early successional forest habitats provide for snowshoe hares, but use by lynx varies seasonally in response to snowshoe hare availability. Mature multistory stands provide the greatest foraging opportunities for both hares and lynx during winter and management that maintains and promotes a mosaic of mature multistory spruce-fir forests is most beneficial to the species (Squires et al. 2010).

Lynx population ecology, biology, and habitat description and relationships are also described in LIBT (2013), Ruggiero et al. (1999), and Ruediger et al. (2000). Population and habitat status on a national scale is provided in the final lynx listing rule (USFWS 2000) and the most recent lynx distinct population segment status is found in the Biological Opinion (BO) on the effects of the

[4] Boreal forests used by lynx are generally cool, moist, and dominated by conifer tree species, primarily spruce and fir. Boreal forest landscapes used by lynx are heterogeneous mosaics of vegetative cover types and successional forest stages created by natural and human-caused disturbance. In many places periodic vegetation disturbances stimulate development of dense understory or early successional habitat or snowshoe hares. (USFWS (2013a) description based on literature review).

NRLMD (Wilson 2007). National population and habitat status descriptions in these documents are incorporated by reference.

### Data Sources, Methods, Assumptions, Bounds of Analysis

The USFWS listed the contiguous U.S. distinct population segment of the Canada lynx as threatened in March 2000 (USFWS 2000). In February 2008, the USFWS issued a proposed rule revising critical lynx habitat (USFWS 2008a). Then, in February 2009, the USFWS issued their final rule to revise the critical habitat designation for lynx in the U.S. (USFWS 2009). The final rule delineated lynx critical habitat units across the lower 48 states from Maine to Washington. Based on this delineation, the Buckhorn project on the Three Rivers Ranger District falls within the Northern Rocky Mountains Critical Habitat Unit #3 (ibid). A new proposal to revise critical habitat was issued in September 2013 which would change the existing boundary based on State boundaries to wherever the lynx population occurs within the contiguous U.S. (USFWS 2013a). The Buckhorn project still falls within Unit #3 under the proposed rule. Critical habitat is analyzed in the following section, Canada Lynx Critical Habitat.

The Final Environmental Impact Statement for the NRLMD was completed in March 2007 (USFS 2007a, b). This decision amends the 1987 Kootenai Forest Plan by providing lynx habitat management objectives, standards, and guidelines. The decision replaces the interim consideration of the Lynx Conservation Assessment and Strategy recommendations. The direction provided in the NRLMD is applied to lynx habitat at the LAU scale. The KNF has delineated 47 LAUs which approximate a lynx home range size.

Forestwide lynx habitat has been updated to reflect the lynx habitat terminology from the NRLMD. Lynx habitat was mapped for the KNF based on forest type, stand age, and elevation. In addition to lodgepole pine, Englemann spruce, and subalpine fir forest types, mapping also includes cedar-hemlock and other cool, moist forest types as they may provide lynx habitat (USFS 2007a, b). Successional or structural stage is based on year of origin and assumptions about the length of time it takes for a stand to move from one stage to the next. However, age does not account for environmental conditions or disturbance processes that affect development of the successional stage. For example, cold temperatures and short growing seasons at high elevation sites may maintain a more early seral stage despite an old age and multiple years of origin. Also, natural disturbances such as fire or wind play an important role in the development of multistoried stands and without disturbance stands may remain in a stem exclusion stage for a longer period of time than expected. Therefore, mapping of lynx habitat based on stand data provides a broad estimation of lynx habitat within an LAU but may need to be fine-tuned based on field review.

The direct and indirect effects analysis for Canada lynx follows the objectives, standards, and guidelines established in the NRLMD. *Only those relevant to the proposed project are analyzed in detail.* Objectives, standards, and guidelines considered but found "not relevant" are found in the project file. As mentioned above, lynx habitat in impacted LAUs was mapped using information from the timber stand database. Connectivity was evaluated by visually examining lynx habitat and past management activities to determine possible movement areas and potential areas where lynx travel may be hindered. Ridgelines and draws were considered high value movement areas.

Based on the NRLMD, the analysis area for analyzing and monitoring project effects (direct, indirect, and cumulative) to lynx habitat is the affected LAUs. This is an appropriate scale for analysis because: 1) the LAU represents the size of a home range of a female lynx, 2) maintaining habitat conditions at the scale of a lynx home range will allow for good distribution of lynx habitat components, and 3) expanding the analysis area could dilute the effects of the proposed project. In addition, the boundaries of an LAU remain constant and therefore provide for monitoring of and compliance with the objectives, standards, and guidelines of the NRLMD.

The project area and proposed activities are located within the Baldy LAU and a portion of the Thunder LAU (see Lynx Analysis Units map, M-12). Both LAUs have records of lynx occurrence. Timber harvest is clustered along the lower elevation boundaries of the LAUs in roaded areas. Prescribed burn units located along upper elevation boundaries would not result in the loss of habitat or impede movement to or from adjacent LAUs. Also, ample lynx habitat would remain available within both LAUs for lynx use during and post-project implementation. Therefore, the Baldy and Thunder LAUs have been chosen as the appropriate scale of analysis for determining direct, indirect, and cumulative effects for the Buckhorn project.

Lynx occurrence data comes from District wildlife observation records, Natural Resource Information System (NRIS) wildlife database, and other agencies (Montana Natural Heritage Program (MNHP), MFWP, and USFWS).

### Affected Environment/Existing Condition

The project area includes portions of two LAUs: Baldy and Thunder (Lynx Analysis Unit map, M-12). Currently, both affected LAUs meet the NRLMD standards based on 2010 data for the KNF (see Lynx Tables 1 and 2 and project file). Private property is not located within either LAU; however, it is located within an identified linkage area and movement corridor associated with the impacted LAUs and is considered with respect to connectivity concerns. The adjacent American-Canuck, Deer-Skin, Hawkins, and Skookum LAUs are also considered with respect to connectivity concerns.

Approximately 45,654 acres of the project area is found with the Baldy and Thunder LAUs. Much of this area includes large tracts of unroaded lands, including 19,898 acres within the Northwest Peaks and Buckhorn Ridge IRAs, which provides largely natural vegetative conditions and connectivity within and between LAUs. Historically, natural disturbances (e.g., fire, insect, disease, wind) influenced successional stages of vegetation and resulted in habitat diversity of habitat type and distribution. Wildfire was a major contributor of landscape disturbance within lynx habitat and resulted in vegetative structural changes by reducing timber and shrub overstory in affected areas and creating additional age classes and species diversity. The last large, landscape fire occurred in 1931 covering approximately 14,909 acres (see Fuels section). Forested habitats that experienced stand replacing fire would be in the stand initiation structural stage and would soon become snowshoe hare winter foraging habitat. In other places, fire severity would have been low to mixed-severity resulting in smaller patches of habitat change. In contrast, fire suppression since the early 1900s has resulted in fewer and smaller fires with the most recent fire in the project area occurring in 2000 and only totaling 423 acres (see Fuels section). Effects of fire suppression includes alteration of stand structure resulting in more homogenous stands with greater canopy closure and poorly developed understories in some areas which has in turn reduced lynx foraging opportunities.

Roaded lands within the project area have been managed for timber production using a number of methods including regeneration harvest, commercial thinning, and salvage harvest. Harvest activities on NFS lands began in 1946 and have continued to the present. Regeneration harvest has occurred on approximately 10,484 acres (roughly 19 percent of NFS lands in the project area), while intermediate harvest (commercial thinning, salvage, individual tree selection) has occurred on approximately 12,782 acres (approximately 23 percent). Past harvest has provided some variety of age classes and successional stages across the project area. Regeneration harvest in lynx habitat would have resulted in structural changes that influenced lynx and matrix habitats. Immediately following regeneration, stands would have become temporarily unsuitable in that they would not provide winter forage opportunities for snowshoe hares. Conditions on the KNF indicate that winter snowshoe hare foraging opportunities are met after approximately 15 years. Therefore, recent regeneration timber harvests (those within the last 15 years) are unlikely to offer adequate vegetation to provide snowshoe hare winter forage whereas timber harvests completed prior to 1998 would now have trees in the units of the size and density to provide high quality snowshoe hare habitat in the stand initiation structural stage.

A mosaic of forested habitats is found within the Baldy and Thunder LAUs and provides connectivity throughout the LAUs. Approximately 381 acres of NFS lands of lynx habitat are in an early stand initiation (ESI) structural stage and considered 'unsuitable' due to past wildfire and regeneration harvest. These areas are generally small in size and found in roaded areas along the lower elevation boundary of the LAUs. Road construction has been limited in recent years and existing road densities have been reduced as a result of restricting/reclaiming roads through decisions intended to facilitate grizzly bear recovery. No paved roads occur within the project area LAUs. The Yaak Highway parallels the Yaak River which delineates the eastern boundary of the project area. It provides the primary travel route into the community of Yaak, Montana as well as recreational access. Traffic speed is high, but volume is still relatively low and it likely does not impede lynx movement. This highway is not a known source of mortality for lynx.

Boreal forest landscapes are naturally in a state of change, through disturbance and succession processes, and result in a changing environment of habitat types, distribution, and juxtaposition (USFWS 2013a). As such, not all potential lynx habitat acres provide suitable habitat all of the time and there may naturally be periods of time with low levels of suitable habitat. This variability of habitat suitability and distribution is reflected in habitat mapping done on lynx habitat to estimate historic range of lynx habitat levels, current levels on the KNF, and projected future levels under different management scenarios (ERG 2012). Historically, the KNF provided between 69,681 acres to 278,725 acres of multistoried suitable lynx habitat (ibid). Currently the KNF has approximately 149,781 acres of suitable lynx habitat which falls within the historic range of variation (ibid).

Lynx habitat and matrix habitat in the impacted LAUs was assessed for all ownerships in terms consistent with the NRLMD; only NFS lands are found within the impacted LAUs. In addition, the ongoing Timber Stand Improvement 2010-2015 project in both LAUs has updated the existing condition. Lynx Tables 1 and 2 display the current lynx habitat levels in the project area. Two sets of percentages are presented in Table 3.32. The first percentage reflects the total lynx habitat within the LAU (lynx habitat acres divided by the total acres within the LAU). The second set of percentages reflects the contribution of each category of lynx habitat (e.g., stand initiation) to the total lynx habitat within the LAU (each category of lynx habitat acres divided by the total lynx habitat acres within the LAU). See project file for calculations.

**Table 3. 32 – Existing lynx habitat within the Buckhorn project area LAUs**

| LAU Name (Number) | LAU Total Acres | Total Lynx Habitat<br><br>Acres[1]<br>(% of Total) | Early Stand Initiation (Summer Forage Only)<br><br>Acres [2]<br>(% of Lynx Habitat - Unsuitable) | Stand Initiation (Winter Forage)<br><br>Acres[3]<br>(% of Lynx Habitat) | MSLS (Forage)[4]<br><br>Acres<br>(% of Lynx Habitat) | Stem Exclusion (Non-Forage)<br><br>Acres[5]<br>(% of Lynx Habitat - Unsuitable) |
|---|---|---|---|---|---|---|
| **Baldy (14403)** | 34,168 | 29,870<br>(87%) | 310<br>(1%) | 3,381<br>(11%) | 22,725<br>(76%) | 3,454<br>(12%) |
| **Thunder (14406)** | 33,719 | 26,617<br>(79%) | 71<br>(0%) | 5,172<br>(19%) | 18,498<br>(69%) | 2,876<br>(11%) |

[1] Acres do not include 'matrix' stands (considered unavailable as snowshoe hare habitat but suitable for lynx habitat connectivity); matrix comprises the remaining 13 and 21 percent of the Baldy and Thunder LAUs, respectively.
[2] Stand initiation structural stage where the trees have not grown tall enough to protrude above the snow in winter – unsuitable habitat.
[3] Stand initiation structural stage that currently provides winter snowshoe hare habitat
[4] Mature multistory or late successional (MSLS) structural stage; includes many age classes and vegetation layers that provide winter snowshoe hare habitat.
[5] **Includes** closed canopy forested stands with limited understory vegetation that is currently unsuitable as snowshoe hare foraging habitat.

**Table 3. 33– Acres of existing lynx habitat within each LAU changed to an early stand initiation structural stage within the past 10 years in the Buckhorn project area**

| LAU Name | Total Lynx Habitat<br><br>Acres | Early Stand Initiation<br><br>Acres<br>(% of Lynx Habitat)[1] | Habitat Changed to Early Stand Initiation Over Past 10 years<br><br>Acres<br>(% of Lynx Habitat)[2] | Number of Adjacent LAUs that Exceed 30% Lynx Habitat in an Early Stand Initiation Structural Stage |
|---|---|---|---|---|
| **Baldy** | 29,870 | 310<br>(1%) | 1<br>(0%) | 0 |
| **Thunder** | 26,617 | 71<br>(0%) | 10<br>(0%) | 0 |

[1] Lynx habitat that is currently not providing sufficient vegetation, quantity or quality (height), to provide winter snowshoe hare habitat. No additional regeneration harvest allowed if more than 30 percent of lynx habitat in an LAU is in a stand initiation structural stage that does not provide winter snowshoe hare habitat on all lands.
[2] Change occurring through regeneration harvest. No more than 15 percent of lynx habitat on NFS lands in an LAU may be changed by regeneration harvest in a 10 year period.

There is an identified linkage area and movement corridor (USFS 2007c, KNF Lynx Taskforce 1997) as well as likely movement areas within the affected LAUs. The linkage area is broadly associated with the western boundary of the Thunder LAU along the Idaho-Montana border at the south end of the project area. It goes south through an area of low elevation, predominantly private lands outside of an LAU to NFS lands located across the Kootenai River and Highway 2 northwest of the town of Troy, Montana. Along the east edge of the project area is a movement corridor between the Baldy and adjacent Skookum LAUs. Low elevation habitat associated with the Yaak River is located between the LAUs. However, several streams originate within or near both LAUs and would provide cover and alternate foraging opportunities within the riparian habitat facilitating potential movement between the LAUs. Except for one low use road, there is a contiguous area away from open and restricted roads generally associated with the IRAs which allow for north to south movement within the project LAUs and between adjacent LAUs to the north and west.

Snowmobiling is popular within the project area. Because of the heavily forested nature of the area, most winter use occurs on roads both open to snowmobile use and free of vegetation. There are two groomed trails and most of the snowmobile use occurs on these routes. Buckhorn Ridge is a popular destination due to the terrain, snow levels, and open timbered conditions. This area does not provide suitable winter snowshoe hare or lynx foraging habitat.

Lynx observations have been documented as early as 1981 in the NRIS database (see project file). Most records are from a survey effort in 1997 (MNHP, see project file) and research on collared lynx between 1998 and 2005 (Squires et al. 2006). More recently, however, a lynx was documented within approximately five miles of the western boundary of the project on the adjacent IPNF. This lynx was detected via tracks and scat during a forest carnivore survey effort in 2011 (IMI 2011). The key habitat on the KNF is primarily located north of Libby, especially between Pete Creek to the west and Koocanusa Reservoir to the east (Squires 2012). Pete Creek lies just north of the project area and more recent lynx documentation has occurred here (e.g., DeCesare 2008, Chilton-Radandt 2011, IMI 2012, Squires 2013). The relatively short distance between Pete Creek and the project area could easily be covered by such a highly mobile species.

### Environmental Consequences

#### *Alternative 1 – Direct and Indirect Effects to Canada Lynx*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur. The No Action alternative would maintain existing vegetative condition on the landscape. With continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions. The increased tree density and continuous fuel profile from the ground up to the main canopy puts the area at risk of severe fire behavior (see the Fuels section).

All existing condition vegetation management standards would continue to be met. Although large, severe wildfire has occurred within this area in the past, mixed severity fires would have also played a role in creating a mosaic of forest structural stages. This mosaic of structural stages in juxtaposition to one another provides for different lynx life requirements (e.g. foraging and denning habitats). However, if severe wildfires occur, especially over a large expanse, potentially

drastic changes in the availability and distribution of suitable and unsuitable habitat across the project area could occur. Stand initiation forage opportunities would be limited for approximately 15 years and multistory forage and denning habitat would not be available within these areas for possibly a hundred years or more.

### Alternatives 2, 3, and 4 – Direct and Indirect Effects to Canada Lynx

***Objectives, Standards, and Guidelines applicable to ALL management projects in lynx habitat***

***Objective ALL O1: Maintain or restore lynx habitat connectivity in and between LAUs and in linkage areas.***

Prescribed burn units would occur along the edges of the LAUs in the vicinity of both the linkage area and movement corridor. Burns would occur in either matrix or currently unsuitable lynx habitat (i.e., ESI and stem exclusion habitats) which provides for movement but limited in foraging opportunities, especially during winter. Fires would be of low to moderate intensity, resulting in minor reduction of canopy cover and a mosaic of burned and unburned ground cover depending on vegetation type, availability of surface fuels, and moisture levels. Prescribed fires could alter lynx movement and use of specific areas for 2-3 years depending on the location and amount of ground and shrub cover that remains available. However, lynx are very mobile and would be able to continue to use areas within the burn units immediately following the fire. Also, areas not proposed for treatment are found between burn units and the existing habitat condition would remain available for movement both during and post-implementation. In the movement area between the Baldy and Skookum LAUs, this untreated area contains a series of streams and associated riparian habitat that would continue to provide movement areas through low elevation habitat between these LAUs.

***Standard ALL S1: New or expanded permanent development and vegetation management projects must maintain habitat connectivity in an LAU and/or linkage area.***

This standard is met with respect to permanent development as there are no permanent developments within the affected LAUs and no developments are proposed. Habitat connectivity within both LAUs is generally good to the north, south, and between adjacent LAUs to the west due to the large amounts of unroaded and inventoried roadless areas. Only prescribed burning would occur within these areas and, as described above, a mosaic of untreated and unburned habitat would remain available for lynx movement. Low elevation habitat is found along the entire eastern edge of the project LAUs. Habitat connectivity with the Skookum LAU is facilitated through the availability of several streams and riparian habitats that would not be impacted by project activities. Habitat connectivity is maintained, therefore this Standard is met.

The project does not propose the construction/reconstruction of a highway nor a change to the LAU boundaries. Guideline ALL G1 and Standard LAU S1 are found in the project file.

***Objectives, Standards and Guidelines applicable to vegetation management projects in lynx habitat within LAUs***

***Standard VEG S1: If more than 30 percent of the lynx habitat in an LAU is currently in a stand initiation structural stage that does not yet provide winter snowshoe hare habitat, no additional habitat may be regenerated by vegetation management projects. Exception: Fuel treatment projects in the Wildland Urban Interface (WUI), as defined by Healthy Forest Restoration Act (HFRA), subject to the following limitation – fuel treatment projects in the WUI that do not meet Standards VEG S1, S2, S5 and S6 shall occur on no more than six percent (cumulatively) of lynx habitat on each National Forest. In addition, fuel treatment projects may not result in more than three adjacent LAUs exceeding this standard. For fuel treatment projects in the WUI, see guideline VEG G10.***

See Lynx Table 3 for how the impacted LAUs meet or are better than the 30 percent standard. Acres are mapped for all land within the LAUs regardless of ownership. As mentioned previously, only NFS lands are found within Buckhorn project affected LAUs. Alternative 1 represents the amount of ESI habitat currently found within the LAUs as shown in Lynx Table 1. Alternatives 2, 3, and 4 reflect the increase in ESI habitat due to proposed regeneration harvest within the LAUs. The percentage is calculated by dividing the ESI habitat acres by the total lynx habitat acres within the LAU (see project file).

**Table 3.34– Lynx habitat changed to an early stand initiation structural stage[1] due to implementation of Buckhorn project proposed activities**

| LAU Name | Total Lynx Habitat Acres | Alternative 1/ Existing Condition (% of Lynx Habitat) | Alternative 2/ Post Project (% of Lynx Habitat) | Alternative 3/ Post Project (% of Lynx Habitat) | Alternative 4/ Post Project (% of Lynx Habitat) |
|---|---|---|---|---|---|
| **Baldy** | 29,870 | 310 (1%) | 771 (3%) | 614 (2%) | 459 (2%) |
| **Thunder** | 26,617 | 71 (0%) | 102 (0%) | 102 (0%) | 102 (0%) |

[1] Lynx habitat in a stand initiation structural stage that is currently not providing sufficient vegetation, quantity or quality (height), to provide winter snowshoe hare habitat.

Proposed regeneration harvest activities would occur in stem exclusion habitat which currently does not provide foraging opportunities for snowshoe hares at any time of the year. Harvest would result in a slight increase in the existing level of lynx habitat found within ESI habitat in the Baldy LAU. Alternative 2 would result in the most change, increasing the amount of ESI habitat from one to three percent. Alternatives 3 and 4 would both increase the level of ESI habitat to two percent. In the Thunder LAU, all alternatives propose 31 acres of regeneration harvest. This small amount of regeneration harvest along the edge of the LAU boundary does not change the percent of ESI habitat within the Thunder LAU. Prescribed burn units would also occur within lynx habitat. However, the goal of the prescribed burn units is to rejuvenate and enhance the ground cover and understory vegetation in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. The burns would not result in a change to the vegetation composition or structure and would not result in a measurable amount of increase in ESI habitat in the LAUs. In summary, the stands proposed for treatment currently do not provide winter snowshoe hare habitat and the maintenance of or conversion to ESI habitat would not change this condition. Both LAUs would remain well below the maximum of 30 percent in compliance with Standard VEG S1.

***Standard VEG S2: Timber management projects shall not regenerate more than 15 percent of lynx habitat on NFS lands within a LAU within a 10-year period. The same exception described in standard VEG S1 for fuels projects in the WUI applies to this standard.***

Table 3.35 provides a comparison, by alternative, of how the impacted LAUs comply with this standard which is specific to NSF lands. Alternative 1 represents the current amount of lynx habitat changed to ESI habitat within the last 10 years within each LAU as shown in Table 3.33. Alternatives 2, 3, and 4 reflect the increase in ESI habitat due to proposed regeneration harvest within the LAUs. The percentage is calculated by dividing the ESI habitat acres by the total lynx habitat acres within the LAU (see project file).

**Table 3.35– Lynx habitat changed to early stand initiation structural stage[1] in the last 10 years due to implementation of Buckhorn project proposed activities**

| LAU Name | Total Lynx Habitat Acres | Alternative 1/ Existing Condition<br><br>(% of Lynx Habitat) | Alternative 2/ Post Project<br><br>(% of Lynx Habitat) | Alternative 3/ Post Project<br><br>(% of Lynx Habitat) | Alternative 4/ Post Project<br><br>(% of Lynx Habitat) |
|---|---|---|---|---|---|
| **Baldy** | 29,870 | 1 (0%) | 462 (2%) | 305 (1%) | 150 (1%) |
| **Thunder** | 26,617 | 10 (0%) | 41 (0%) | 41 (0%) | 41 (0%) |

[1] Lynx habitat in an stand initiation structural stage that is currently not providing sufficient vegetation, quantity or quality (height), to provide winter snowshoe hare habitat.

Both LAUs currently have so few acres in ESI habitat that their occurrence is negligible at the LAU scale. Proposed regeneration harvest would result in a one to two percent increase above the existing level of lynx habitat regenerated within a 10 year period on NFS lands in the Baldy LAU. The 31 acres of regeneration harvest in the Thunder LAU would not result in a change to the percent. Both LAUs would remain well below the maximum of 15 percent in compliance with Standard VEG S2.

No precommercial thinning activities are proposed with this project. Standard VEG S5 is found in the project file.

***Standard VEG S6: Vegetation management projects that reduce snowshoe hare habitat in multi-story mature or late successional (MSLS) forests may occur only: 1) Within 200 feet of administrative sites, dwellings, outbuildings, recreation sites, and special use permit improvements, including infrastructure within permitted ski area boundaries; or 2) For research studies or genetic tests evaluating genetically improved reforestation stock; or 3) For incidental removal during salvage harvest (e.g. removal due to location of skid trails). Exceptions 2 and 3 shall only be utilized in LAUs where standard VEG S1 is met.***

Table 3.36 provides a comparison, by alternative, of how the impacted LAUs comply with this standard. Alternative 1 represents the current amount of suitable MSLS habitat within the Baldy and Thunder LAUs as shown in Table 3.32. Alternatives 2, 3, and 4 reflect the change in MSLS habitat due to proposed vegetation management within the LAUs. The percentage is calculated by dividing the MSLS habitat acres by the total lynx habitat acres within the LAU (see project file).

**Table 3. 36 - Mature multistory or late successional forest snowshoe hare habitat impacted by vegetation management activities in the Buckhorn project**

| LAU Name | Alternative | Acres of MSLS Forests | Acres of Vegetation Management | Exception(s) Applied | Is standard VEG S1 Being Met (Y/N) |
|---|---|---|---|---|---|
| **Baldy** | 1 (Existing Condition) | 22,725 | 0 | n/a – no activities proposed | Y |
| | 2, 3, 4 (Post-Project) | 22,725 | 0 | None – activities proposed in mapped MSLS documented to occur within currently unsuitable habitat types | Y |
| **Thunder** | 1 (Existing Condition) | 18,498 | 0 | n/a – no activities proposed | Y |
| | 2, 3, 4 (Post-Project) | 18,498[1] | 0 | None – activities proposed in mapped MSLS documented to occur within currently unsuitable habitat types | Y |

[1] Timber harvest is allowed in areas that have potential to improve winter snowshoe hare habitat but presently have poorly developed under stories that lack dense horizontal cover (e.g. uneven aged management systems, such as group selection, could be used to create openings where there is little understory so that new forage can grow).

The action alternatives would not reduce the amount of suitable MSLS habitat within the Baldy and Thunder LAUs as shown in Table 3.36 above. Treatments proposed within the LAUs were reviewed with respect to VEG S6, which prohibits reduction of snowshoe hare habitat within MSLS forest. The purpose of this standard is to assist in maintaining lynx winter foraging habitat considered by lynx biologists to be critical in perpetuating viable lynx populations.

Each harvest unit was surveyed (according to protocol in Bertram and Claar 2008 and using professional judgment), photographed for the project record, and categorized as either contributing to lynx winter foraging habitat (MSLS forest) or not. Similarly, high elevation prescribed burn units were evaluated through the use of stand data, satellite imagery, field review, and photo documentation (documentation available in the project file). As per direction, those stands contributing to winter foraging habitat generally would not be harvested. Stands currently not contributing to winter forage habitat may be treated when meeting VEG S1 and S2. Such stands include mature stem exclusion habitat in which timber harvesting would improve winter foraging in the future (about 15 years), or matrix habitat.

Each of the action alternatives include regeneration harvest in both LAUs where harvest units have high canopy closure and contain little to no ground, shrub, or small conifer cover in the understory. This is in keeping with the NRLMD, which encourages timber harvest in areas where the harvest would improve winter snowshoe hare habitat (USFS 2007b). Approximately 442, 300, and 147 acres of mapped MSLS habitat is proposed for regeneration harvest under Alternatives 2, 3, and 4 respectively, in the Baldy LAU. All alternatives propose approximately 31 acres of mapped MSLS habitat in the Thunder LAU. Field review determined that these stands have little to no understory vegetation and do not provide winter snowshoe hare habitat. These stands contribute to stem exclusion habitat within the LAU and existing acres of MSLS and stem exclusion habitats presented in Table 3.32 above were adjusted to reflect this condition (see project file). Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including use by lynx as they move through the area. As stated above, the regeneration harvest units have high canopy closure and contain little to no ground, shrub, or small conifer cover in the understory. Opening up the canopy would encourage stem initiation of shrubs and conifers in the understory. After field review, these regeneration harvest units were approved for implementation based on the rationale listed above and its compliance with the NRLMD. Also, both LAUs meet VEG S1 (less than 30 percent of the LAU in ESI habitat) as shown in Lynx Table 3 above.

Prescribed burn units range from approximately 157 to 2,627 acres for a total of approximately 10,771 acres within the LAUs; the proposal is the same for all alternatives. Because of the large size of these units they occur within a variety of mapped lynx and matrix habitats including MSLS. As described above, these units were assessed as to whether they contribute to winter snowshoe hare habitat or not. Areas selected for prescribed fire are those in which wildfire was a natural process historically and where low to moderate intensity fire could be applied on the landscape to reach desired vegetative conditions in a safe and controlled manner. Selected areas include areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists with the goal to rejuvenate and enhance the ground cover and understory vegetation. Suitable lynx habitat that provides for snowshoe hare populations are young dense stands that protrude above the snowline in winter and mature multistory stands with conifer boughs touching the snow surface (USFWS 2013a). The high density of conifer cover in the understory in suitable lynx habitat is not the habitat targeted for treatment nor is it conducive to using prescribed burning as a type of vegetation management treatment. As described above under "Data Sources, Methods, Assumptions, Bounds of Analysis" mapping of lynx habitat using timber stand data cannot capture all stand variability that results from local growing conditions and/or lack of natural disturbances. Many of the prescribed burns are found at high elevation locations and the short growing season and colder temperatures are not conducive to high growth rates and even old stands, such as those found within proposed burn units, still structurally resemble ESI or stem exclusion habitats. The original boundaries of burn units J and O-1 were modified to exclude stands with observed spruce-fir and multistory characteristics. After field review, these prescribed burn units were approved for implementation based on the rationale listed above and its compliance with the NRLMD. Also, both LAUs meet VEG S1 (less than 30 percent of the LAU in ESI habitat) as shown in Table 3.34 above.

After field review to validate stand conditions, it was determined that activities would not occur within MSLS habitat and regeneration harvest would occur within stem exclusion habitat with the potential to improve winter snowshoe hare habitat. Proposed activities are in compliance with Standard VEG S6.

***Objectives VEG O1, O2, O3, and O4: Manage vegetation to mimic natural succession and disturbance processes, including the use of fire, which would provide a mosaic of habitat conditions that would maintain or improve winter snowshoe hare habitat for the conservation of lynx. Focus of management should occur within areas that have potential to improve winter snowshoe hare habitat but presently have poorly developed understories that lack dense horizontal cover.***

The action alternatives would implement timber harvest and prescribed fire within currently unsuitable lynx habitat and matrix habitat. Proposed vegetation management treatments are designed to re-introduce natural processes, such as wildfire, and better approximate historic stand patch size and species composition, retention of remnant large tree species while encouraging development/maintenance of a younger age class or structural stage, increased habitat diversity, and general movement towards the desired vegetative condition based on historic range of variation for this area.

Alternatives 2 and 4 propose three and one regeneration harvest unit(s), respectively, that would create an opening greater than 40 acres in size within the Baldy LAU. The removal of forested habitat with high canopy closure, stem exclusion conditions would result in the creation of ESI habitat. Both habitat types are considered unsuitable currently. However, the ESI habitat would begin providing summer foraging habitat within 2-3 years with shrub recovery and conifer establishment and winter foraging habitat within approximately 15 years whereas the current stem exclusion habitat may remain in a non-forage condition for many more years without some sort of disturbance process resulting in a change to forest structure. The large patch sizes and shape of the proposed harvest units mimic natural disturbance processes, like wildfire, that would have occurred historically and resulted in a shifting mosaic of lynx habitat types, both suitable and unsuitable, under which lynx populations persisted. They also allow for more opportunities for variability and unique habitat features within the greater cut area boundary. When adjacent areas of heavier and less overstory retention occur along the boundary of a unit with mature timber, it could result in a "feathering" of treatment that provides a continuum of forested conditions for different lynx use. The larger unit boundaries are also adjacent to different types of habitat (e.g., numerous RHCAs which were excluded from units, past harvested areas, unharvested areas, and old growth) resulting in a mosaic of suitable and unsuitable habitat types. In the long-term, over 40 acre units could provide more suitable interior foraging habitat than what currently exists. Alternative 3 does not proposed units larger than 40 acres in size.

Fire would be used as a post-harvest fuels treatment in units where existing fuels are light. The intent is to initiate a low severity burn that would stimulate forb and shrub development. This would speed up vegetative recovery to conditions suitable for summer foraging. Prescribed burn units are planned at a larger scale to introduce fire in areas that would have historically experienced periodic low to moderate severity fire. Within the LAUs, units would occur within a mix of matrix, ESI, and stem exclusion habitats including shrub fields, open timbered stands, and some stands of stem exclusion lodgepole. Fire would be of low to moderate intensity with intensity dependent on local conditions such as vegetation types, aspect, moisture, and available fuels. Because of the high elevation of many of the burns and the concentration of shrubs, fires

would burn in a mosaic fashion with both burned and unburned areas. The stem exclusion stands may contain areas of slightly greater fuel loadings resulting in small pockets of trees burning at a higher intensity and resulting in some overstory mortality. The openings created by the tree mortality would improve growing conditions on the forest floor and encourage the development of understory vegetation where it is currently lacking. In order to achieve desired burn outcomes due to the low levels of existing fuels (e.g., down woody materials, needles, etc.), fuels augmentation would occur within four burn units containing stem exclusion habitat: G, J, K, and O-1. In general, smaller diameter trees of no more than 6 inches dbh would be cut and allowed to cure to improve burning conditions within these stands. In unit K, in areas where small understory trees may be lacking, trees up to 10 inches in diameter may be cut to facilitate burning on north slopes. Augmentation would not occur on every acre, but rather in scattered small patches totaling approximately six percent of the total burn acres. This accounts to approximately 156 acres, or one percent, of the total 10,771 prescribed burning acres within the LAUs. Burning would rejuvenate and enhance the existing shrub community and may result in the development of small pockets of understory vegetation within stem exclusion habitat. Burning would not be expected to result in a conversion of the structural condition of the stands and would maintain and slightly improve lynx habitat.

***Guidelines VEG G1, G4, G5, and G11: Provide habitat for snowshoe hares by promoting high densities of understory vegetation in areas where is it currently lacking, provide habitat for alternate prey species including red squirrel, minimize creation of travel routes that facilitate snow compaction associated with prescribed fire, and provision of denning habitat (large amounts of down woody debris) within the LAUs.***

Project activities would treat areas that are either in matrix habitat or are currently not providing winter habitat for snowshoe hares. Regenerating stands in currently unsuitable habitat would provide future winter habitat within approximately 15 years and contribute early successional forage habitat to the landscape mosaic. Large areas of surrounding forest stands would continue to provide mature habitat for red squirrel and other prey species within the LAUs. Prescribed burns would rejuvenate existing shrub communities and stimulate shrub and conifer growth where it is currently lacking. None of the project vegetation management activities would contribute to travel routes that facilitate snow compaction. Based on the existing high fuel loadings of down CWD within the proposed harvest units, surrounding stands of mature forested stands of similar habitat type would provide ample denning habitat with the LAUs. Also, areas that receive limited or no active management (e.g., unroaded areas, IRAs, and old growth stands) within the LAUs would provide varying and potentially high levels of coarse woody materials. In addition, project design would leave down CWD and snags or recruitment snag levels (refer to the Downed Wood Habitat and Snag sections, respectively) that would continue to provide appropriate levels and size of down coarse woody for this habitat type and wildlife use. While these stands would not provide denning habitat for lynx in the immediate future, the retained coarse woody materials provides a baseline level to which more down woody material would be added as the stand matures and becomes denning habitat.

This is not a fuels treatment project and Guideline VEG G10 is found in the project file.

***Objectives and Guidelines applicable to livestock management projects in lynx habitat within LAUs***

This is not a livestock management project and no grazing allotments are found on public lands on the Three Rivers Ranger District. Objectives GRAZ 01 and Guidelines GRAZ G1, G2, G3, and G4 found in the project file.

***Objectives and Guidelines applicable to human use projects in lynx habitat within LAUs***

This is not a special uses, roads, highways, minerals, or energy project. Objectives HU O3 through O6 and Guidelines HU G1 through G8 and G10 through G12 are found in project file.

***Objective HU O1: Maintain the lynx's natural competitive advantage over other predators in deep snow, by discouraging the expansion of snow-compacting activities in lynx habitat.***

Snowmobiling is a popular winter activity within the project area. Use of these roads by snowmobilers, however, is influenced by the condition of the roads and ingrowth of vegetation on many barriered and restricted roads has reduced their use for snowmobiling. Watershed improvement activities, including storage and decommissioning work on barriered and gated roads, is not identified as a risk to lynx nor is it addressed in the NRLMD. However, because this activity requires roads to be brushed out to complete the work it presents an opportunity for winter snowmobile use on roads that may not have received much use in the past. All NFSRs proposed for watershed improvement work are legally open to snowmobile use between December 1 and April 30. This includes approximately 21 miles of active road work within the affected LAUs. Use levels could increase on these roads following roadwork until vegetation once again limits their use. Use of the roads would also be influenced by their location and the type of road work occurring. For example, the removal of culverts and restructuring of stream channels can influence snow conditions at these locations and whether or not it is suitable for crossing by a snowmobile. In general, because of potential lack of stream crossings and heavily timbered stands along roadsides many roads proposed for watershed work would not likely receive much snowmobile use. Those that do would become heavily vegetated again with alder within a few years to the extent that it makes use of the road difficult. Use of these roads for snowmobiling would not be encouraged by the District.

One NFS Road proposed for watershed improvement work has also been proposed to include design features to maintain snowmobile access as well as brushing of vegetation that would occur independently of, and likely before, the watershed work. Historically, NFSR 5948 has been used by snowmobilers as a route to access the open terrain on Buckhorn Ridge but has become harder to navigate due to the level of vegetative growth on the road. Because of the historic and continued use of this road by snowmobilers, brushing of the road would be allowed to occur prior to the watershed work which itself would include design features to maintain snowmobile access and existing use of this route. However, snowmobile use is currently allowed through April 30 which extends into the early part of the spring emergence period. To reduce potential disturbance effects to grizzly bears during this period, especially sows with cubs of the year, snowmobile use of this road would now end by March 31. In summary, proposed watershed work would clear treated roads of vegetation and may incidentally and temporarily increase snowmobile use for a short time until the vegetation recovers. Design features and brushing to maintain existing snowmobile use would only occur on one road with historic and current use. Therefore, proposed activities occurring on these roads would maintain the existing levels of snowmobile use and the project would not result in an expansion of snow compacting activities in lynx habitat.

***Objective HU O3: Manage recreational activities to maintain lynx habitat and connectivity.***

Winter recreational activities within the project area consist primarily of snowmobile activity along two periodic, but regularly groomed routes as well as on Buckhorn Ridge on the western boundary of the project area in the Baldy LAU. Areas of snowmobile use or levels of use would not be expected to appreciably change as a result of this project. Lynx habitat and connectivity is currently good and would remain so post-project.

***Guideline HU G9: On new roads built for projects, public motorized use should be restricted. Effective closures should be provided in road designs. When the project is over, these roads should be reclaimed or decommissioned, if not needed for other management objectives.***

Construction of temporary roads is necessary to facilitate harvest within the Baldy LAU. Approximately 0.6 mile of temporary road would be built under Alternative 2 to access a portion of unit 14. Alternative 3 would use the same temporary road to access units 14B and 14C as well as a second temporary road to access unit 11C. Temporary road use in Alternative 3 would total approximately 0.7 mile within the LAU. All temporary roads are located off of a restricted road and access would be managed through closure of the gates on nights and weekends when harvest activities are not taking place; therefore, public motorized use would remain restricted. All proposed temporary roads would be recontoured once harvest activities have been completed. No temporary roads would be built in the Thunder LAU.

***Objectives, standards, and guidelines applicable to ALL projects in linkage areas, subject to existing rights***

Objective LINK O1, Standard LINK S1, and Guidelines LINK G1 and G2 are found in the project file. Private property is not found within the LAUs and proposed activities do not include highway construction/reconstruction, land exchange, or management of shrub-steppe habitat in the linkage area.

### *Alternatives 2, 3, and 4 - Summary of Effects of Proposed Activities*

Timber harvest and associated activities, prescribed burn units, and watershed improvement activities would result in a period of increased human activity and noise in proposed treatment/activity areas. Although lynx are generally considered tolerant of human activity, it is expected that a range of behavioral response could occur depending on the individual and circumstances involved (ILBT 2013). As such, implementation of the proposed activities within occupied lynx habitat may result in short-term disturbance and avoidance of the area by resident lynx. However, large areas of lynx habitat are not being treated and would not experience increased levels of use within the Baldy and Thunder LAUs. Also, the adjacent American-Canuck and Hawkins LAUs as well as the southern portion of the Thunder LAU have no known on-going activities in lynx habitat. Any lynx potentially displaced during project activities would be able to find secure habitat given the ample suitable habitat within the affected LAUs and adjacent LAUs.

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes relevant past and present factors affecting the lynx and existing lynx habitat conditions and trends in the Baldy and Thunder LAUs. This cumulative effects section summarizes the past actions as well as further describes

ongoing and other reasonably foreseeable contributions potentially impacting lynx in terms of the standards and guidelines of the NRLMD.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the affected LAUs were chosen as the appropriate scale for lynx cumulative effects analysis. In summary, 1) the LAU represents the size of a home range of a female lynx, 2) maintaining habitat conditions at the scale of a lynx home range will allow for good distribution of lynx habitat components, 3) expanding the analysis area could dilute the effects of the proposed project, 4) the LAU provides a consistent boundary for monitoring of and compliance with the objectives, standards, and guidelines of the NRLMD, and 5) the LAU is large enough to include all the important effects of proposed activities.

In addition, areas outside of the impacted LAUs were evaluated for potential impacts related to habitat availability and connectivity to adjacent LAUs. Given the location of the Buckhorn proposed activities (see Lynx Analysis Unit map, M-13), the existing conditions of all adjacent LAUs (currently meeting Standard VEG S1), and type and nature of activities along the shared boundaries of the project and adjacent LAUs, there are no apparent conditions that would warrant expanding the boundary beyond the Baldy and Thunder LAUs. Therefore, these LAUs were chosen as the appropriate scale for cumulative effects analysis.

### *Past Actions*

Lynx Tables 1 and 2 of this analysis summarize the existing condition based on effects of past actions and post-treatment conditions as they relate to lynx habitat. More specifically, the detailed description of previous vegetation management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. Stand replacing wildfires have occurred periodically in the project area and created early successional habitat which was temporarily unsuitable for lynx winter foraging. In addition, regeneration harvest has occurred within the project areas primarily since the 1950s. It also resulted in forest structural changes that were temporarily unsuitable for lynx winter foraging. After approximately 15 years, these stands developed into winter foraging habitat. Over time, the combination of wildfire and regeneration harvest has resulted in a mosaic of structural stages within the project area LAUs. Because of natural recovery, only a total of 381 acres of wildfire and regeneration harvest that have occurred within the past 15 years in lynx habitat in the Baldy and Thunder LAUs are in an unsuitable condition today.

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects. However, the vegetative conditions with the project area would continue to trend towards a departure from historic conditions which include a more homogenous landscape lacking in diversity of patch size and shape, species composition, and successional stage. Disturbance processes, such as wildfire, contribute to the succession process including the transition of the unsuitable stem exclusion habitat which is currently abundant within the project area into suitable multistory habitat that provides for lynx's primary prey species the snowshoe hare. Without active management functioning as a source of disturbance, the landscape would likely become a more homogenous landscape of unsuitable habitat that does not provide for lynx life requirements.

### *Alternatives 2, 3 and 4*

#### *Standards ALL S1, VEG S1, and VEG S2*

Standard ALL S1 (connectivity) requires evaluating the existing condition to see what linkage areas and movement corridors exist as their location and availability have been influence by past actions. The cumulative effects analysis identifies potential changes in those movement corridors/linkage areas from the proposed actions in context of effects to those corridors/linkages resulting from other past, present, and reasonably foreseeable actions. No permanent roads would be constructed within the LAUs, there would be no increase in the amount of roads open to public motorized use, or increase in winter snowmobile routes. Minimal harvest would occur within the LAUs and would increase diversity within the treated areas including the amount of future foraging habitat in a large, homogenous area of stem exclusion habitat. Prescribed burning would result in a mosaic of burned and unburned conditions which would maintain cover and foraging opportunities during summer movements. These stands along with riparian areas, ridgelines, and other forested habitat would remain intact and available for lynx movement. Cumulatively, because the project would not decrease connectivity in the project LAUs, there would be no change to overall connectivity.

Outside of the LAUs, continual development of private land in the Yaak and Kootenai watersheds is expected. Although located within low elevation habitat, alteration of habitat on these private lands could reduce connectivity between LAUs. The linkage area identified between the Thunder LAU and LAUs to the south of Highway 2 would involve crossing private land primarily on the north side of the Kootenai River. Cumulative effects to lynx would be partially dependent on the extent and type of development and duration of use (seasonal versus year-round) of these parcels and homes. In addition to potential connectivity effects, anticipated effects include possible disturbance, habitat alteration, and/or loss of cover. Many of the activities that may occur on the private property parcels can only be estimated and are outside the control of the Forest Service. As all private property in this linkage area is located outside of the LAUs, no proposed activities occur outside the LAU in this area, and NFS lands in this area would remain in forested condition, there are no anticipated cumulative effects to Canada lynx and availability of alternate prey associated with private lands in this linkage area. In the movement area between the Baldy and Skookum LAUs, private property accounts for less than one percent of the project area. A series of streams on both sides of the Yaak River provide riparian corridors for movement outside of the LAUs and no private lands are located here. Therefore, any development of private land within this area is unlikely to cumulatively affect lynx movement between the LAUs.

Vegetation management Standards VEG S1 and S2 require the consideration of past actions, primarily stand replacing fire and/or regeneration harvest, to determine how much of the LAU is in a stand initiation structural stage that does not yet provide winter snowshoe hare habitat. As such, these standards are also considered for the cumulative effects analysis.

Conditions on the KNF indicate that winter snowshoe hare foraging opportunities are met after approximately 15 years. For Standard VEG S1, all regeneration harvest occurring within the last 15 years is considered to be temporarily unsuitable for winter snowshoe hare forage and contributes to the 30 percent standard. As indicated in Lynx Table 1, about 1 and 0 percent (310 and 71 acres) of lynx habitat in the Baldy and Thunder LAUs, respectively, are currently in a temporarily unsuitable condition. Approximately 31 acres of regeneration harvest would occur within the Thunder LAU and 761, 304, and 149 acres would occur within the Baldy LAU under

Alternatives 2, 3, and 4, respectively, that would result in a change to ESI habitat. Cumulatively, when adding the proposed action to the current condition, there would be no change to the percent of ESI habitat in the Thunder LAU and a slight increase of one to two percent in the Baldy LAU. Values for both LAUs remain well below the 30 percent limit and are in compliance with Standard VEG S1. There are no private lands located within the LAUs. Therefore, there are no cumulative effects related to vegetation management on private lands.

For Standard VEG S2, only those stands regenerated within the past 10 years on the KNF are considered. Currently, a negligible amount of lynx habitat in the affected LAUs has been regenerated in the past 10 years (see Table 3.33). Again, regeneration harvest would only occur within a small amount of stem exclusion habitat within the affected LAUs. As shown in Table 3.35, when adding the proposed action to the current condition there would be no cumulative change to the percent of lynx habitat in ESI habitat occurring within the past 10 years in the Thunder LAU with a slight one to two percent increase in the Baldy LAU. These values remain well below the 15 percent limit and are in compliance with Standard VEG S2.

### *Ongoing Actions and Reasonably Foreseeable Actions*

Two ongoing federal actions with treatments occurring in the affected LAUs are the Timber Stand Improvement 2010-2015 and Grizzly Vegetation and Transportation project. This project is a district wide program of work consisting of PCT, daylight thinning around western white pine, and pruning white pine branches in overstocked stands between 12 and 30 years of age. Only daylight thinning around western white pine would occur within LAUs as allowed per the exception under Standard VEG S5. Thinning activities would occur within both the Baldy and Thunder LAUs. The units would retain 80 percent of the winter snowshoe hare habitat present and approximately 88 acres of the 440 total acres proposed in stand initiation habitat within the LAUs would be treated. This acreage is included in the existing condition in Table 3.32. As described under the VEG S1 and S2 discussion above, the proposed vegetation management treatments would not change the 30 and 15 percent standards in the Thunder LAU and only increase levels slightly in the Baldy LAU (see Lynx Tables 3 and 4). Also, the Buckhorn project does not propose additional PCT activities within the LAUs. Cumulatively, effects to Canada lynx would be minimal as proposed vegetation management activities would have a negligible to slight increase of the amount of ESI habitat but would not reduce available winter snowshoe hare habitat within the Baldy and Thunder LAUs.

One active timber sale occurs within and adjacent to the project area. The Grizzly Project is located within a small portion of the Buckhorn project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in low elevation habitat. Portions of each of these two of these burns are found in the very eastern finger of the Baldy LAU which is comprised mostly of matrix habitat. Prescribed fire would occur on approximately 19 acres of matrix habitat and would result in a mosaic of burned and unburned vegetative conditions that would continue to provide for alternate prey species and potential movement. The cumulative effects of both projects occurring in Baldy LAU would be minor alterations of matrix habitat, disturbance, and possibly avoidance of the project areas during implementation of the proposed activities. There would be no cumulative effect to suitable lynx habitat.

The Idaho Buckhorn project, located on the adjacent IPNF, is also proposing large prescribed burn units along the west side of Buckhorn Ridge in the Deer-Skin LAU with activity areas

adjacent in places. Proposed burns would occur within similar lynx and matrix habitat, resulting in a mosaic of post-fire burn and unburned areas that would not alter the overall stand structure. Lynx would be able to continue to move between LAUs shortly following the completion of activities. Both activities could result in disturbance to lynx and possible avoidance of the activity areas during implementation. Timing of implementation (e.g., concurrently, consecutively, or spread out in time) would influence the amount and duration of disturbance experienced. The Idaho Buckhorn burns are expected to begin earlier than this project and completion of some units is expected before Buckhorn's begins. Cumulatively, minor effects of short-term disturbance and displacement could be experienced depending on the timing of burning implementation. Suitable habitat would remain within vicinity of the burns for lynx use and cumulative effects to lynx movement would be negligible.

With population growth and development, it is reasonable to assume that some corresponding increase in human use of NFS lands is likely to occur. This increase is likely to be gradual and incremental, and tend to be focused on areas along or near roads open to motorized traffic. Recreational activities such as sightseeing, hiking, cross country skiing, camping, snowmobiling, hunting and fishing, mushroom picking, and firewood cutting are additional activities that have occurred and would continue to occur within the project area. Potential for snow compacting activities may increase slightly with population growth and development of the area and use of Baldy Ridge would continue. However, use throughout the rest of the project area would not likely occur far beyond the existing restricted and open roads due to the heavily forested condition of the area. No increases in groomed winter snowmobile routes would occur under this proposal. Therefore, proposed activities would not be expected to increase snow compaction with the LAUs and no appreciable cumulative effects associated with recreational activities would be expected as a result of implementing the Buckhorn project.

### *NRLMD Biological Opinion – Terms and Conditions*

In addition to the evaluation of the above NRLMD Standards for cumulative effects, the Terms and Conditions of the BO are also a measure to evaluate cumulative effects. The Terms and Conditions address the exemptions from Standards VEG S1, S2, S5, and S6 for fuels management projects within the WUI and exceptions under VEG S5 and S6 for PCT and vegetation management projects that reduce snowshoe hare habitat. Both the exemptions and exceptions are limited to a certain amount of activity within lynx habitat that is measured cumulatively within a LAU and/or within an administrative unit (i.e., National Forest). See Table 3.37 for a description of the Terms and Conditions and the project's compliance with the Terms and Conditions.

**Table 3. 37 - Terms and conditions from the Biological Opinion on the effects of the NRLMD on Canada lynx applicable to the project**

| Term and Condition | Compliance |
|---|---|
| Fuels management projects conducted under the exemptions from standards VEG S1, S2, S5, and S6 in occupied habitat shall not occur in greater than 6 percent of lynx habitat on any Forest. | The KNF has currently conducted 3,548 acres of fuels management projects under the exemptions for NRLMD Standards VEG S1, S2, S5, and S6 in lynx habitat within the WUI (see project file). The Buckhorn project would not use exemptions from the standards. No acres would be added to the Forest total and the KNF would remain at |

| Term and Condition | Compliance |
|---|---|
| | approximately six percent of the 60,600 acres allocated for the Forest. |
| Fuels management projects conducted under the exemptions from standards VEG S1, S2, S5, and S6 in occupied habitat shall not result in more than 3 adjacent LAUs not meeting the VEG S1 standard of no more than 30 percent of an LAU be in stand initiation structural stage. | The Buckhorn project would not use exemptions from the standards. All affected and adjacent LAUs are currently better than the 30 percent standard (see project record). |
| In occupied lynx habitat, PCT and vegetation management projects allowed per the exceptions listed under VEG S5 and S6 shall not occur in any LAU exceeding VEG S1, except for protection of structures. | The KNF has currently conducted 1,658 acres of PCT acres allowed per the exceptions under VEG S5 and S6 (see project file). All Buckhorn project affected LAUs meet VEG S1. Also, the Buckhorn project would not use exceptions from the standards. No acres would be added to the Forest total and the KNF would remain below the allocated 13,520 acres. |

### Regulatory Consistency

**Endangered Species Act:** The Buckhorn project would be in compliance with ESA. This statement is based on: 1) meets NRLMD objectives, standards, and guidelines for Canada lynx, 2) meeting terms and conditions of the BO for the NRLMD, 3) impacts occurring within currently unsuitable to lynx habitat, and 4) consultation with USFWS and receipt of concurrence (pending).

**Forest Plan Consistency:** This alternative would comply with Forest Plan direction on threatened and endangered species with respect to lynx and the NRLMD and include:

Forestwide Management Direction – FP II-1 #7 and II-22

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area. Standards VEG S1 and S2 would continue to be met in the project LAUs with the implementation of proposed vegetation management in currently unsuitable lynx habitat and matrix habitat.

p.II-22 – *Identify and protect important habitats:* Forested stands in a MSLS structural stage with spruce-fir forest type were excluded from prescribed burn units J and O-1. Treatments occurring in currently unsuitable habitat would maintain or improve the acres of winter snowshoe hare habitat in the long-term. Connectivity within and between LAUs would be maintained and watershed work would implement design features to maintain snowmobile access on only one road known for its historic and current use.

**Northern Rockies Lynx Management Direction:** Applicable objectives, standards, and guidelines (primarily vegetation management and connectivity/linkage) were addressed and met within the affected LAUs.

**National Forest Management Act**: The action alternatives would comply with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

### Statement of Findings

Alternative 1 (No Action) ***may affect, not likely to adversely affect*** Canada lynx. This determination is based on: 1) no activities would take place that would alter lynx habitat, 2) all vegetation management standards would continue to be met in the short-term, and 3) no increases in mortality risk; however, 4) active fire suppression would continue the trend towards uncharacteristic vegetative and fuel conditions, 5) with an increased risk of severe fire behavior, and 6) an increased potential for large scale changes in available suitable and unsuitable lynx habitat with in the affected LAUs.

Alternatives 2, 3, and 4 ***may affect, is not likely to adversely*** affect Canada lynx. This determination is based on: 1) project activities could disturb a lynx in activity areas and may cause temporary avoidance of the affected areas although lynx are generally considered tolerant of human activity and 2) would result in a slight increase in ESI habitat that temporarily does not provide winter foraging opportunities for snowshoe hares; however, 3) proposed activities would move stands towards desired vegetative conditions characteristic of the area, including increased habitat diversity, 4) regeneration harvest proposed within stands currently not providing lynx foraging habitat (i.e., stem exclusion) that could improve lynx winter foraging opportunities in approximately 15 years, 5) reduced risk of severe fire within the treated and surrounding areas, 6) little to no increase vegetation standard percent in the affected LAUs and the standards would continue to be met, 7) maintenance of linkage and movement areas, 8) large areas free of activity to accommodate potential lynx displacement from activity areas, and 9) no increase in lynx mortality is expected.

## Canada Lynx Critial Habitat

### Summary of Conclusions

Implementation of the Buckhorn project's action alternatives result in a determination of **may affect, is not likely to adversely affect** Canada lynx critical habitat. Proposed vegetation management would occur in potential and matrix habitats in the Baldy and Thunder LAUs. Treatments would maintain the existing condition on most treated acres in the short-term; however, timber harvest in mature stands with poorly developed understories would increase the future amount snowshoe hare preferred habitat conditions within critical habitat. Impacts to the primary constituent element (PCE) of lynx critical habitat currently available within the project area would be negligible at the scale of the LAUs.

### Introduction

Canada lynx occupy northern boreal forests[5] which are primarily composed of cool, moist subalpine fir and Engelmann spruce and moist lodgepole pine forest which receive abundant

[5] Boreal forests used by lynx are generally cool, moist, and dominated by conifer tree species, primarily spruce and fir. Boreal forest landscapes used by lynx are heterogeneous mosaics of vegetative cover types and successional forest stages created by natural and human-caused disturbance. In many places periodic

snowfall. Snowshoe hares are the primary prey of lynx and habitat use by lynx is associated with those conditions that support hare populations. Therefore, mature multistory and young regenerating forest that provide habitat for snowshoe hares is important to lynx conservation. Especially important is winter habitat that continues to provide snowshoe hare forage and cover (twigs and stems that protrude above the snow or limbs that drop to the snow surface) during high snow periods. Denning habitat is found in forests with abundant dead and down trees, especially in areas near foraging habitat. Both natural (e.g. fire) and human disturbances such as timber harvest and prescribed fires can affect lynx habitat (USFS 2007a).

Although a variety of habitat and forest types may be found within a lynx's home range and used to some level (e.g., matrix habitat for travelling between patches of boreal forest), in Northwestern Montana lynx select forest stands with high horizontal cover primarily consisting of Englemann spruce and subalpine fir. Both mature multistory and early successional forest habitats provide for snowshoe hares, but use by lynx varies seasonally in response to snowshoe hare availability. Mature multistory stands provide the greatest foraging opportunities for both hares and lynx during winter and management that maintains and promotes a mosaic of multistory spruce-fir forests is most beneficial to the species (Squires et al. 2010).

Following the listing of the Canada lynx within the contiguous U.S. as threatened in March 2000 (USFWS 2000), the USFWS designated lynx critical habitat in November 2006 (USFWS 2006). With designation of critical habitat, physical and biological features important to lynx were considered to identify those essential to the conservation of the species. Examples of these features include nutritional or physiological requirements, cover or shelter, and reproductive sites. The physical and biological features of critical habitat essential to lynx conservation, or the PCE, has been defined as "(1) Boreal forest landscapes supporting a mosaic of differing successional forest stages" containing the following sub-elements: (1a) snowshoe hares and their preferred habitat, (1b) adequate winter snow conditions, (1c) denning habitat with abundant coarse woody debris (CWD), and (1d) 'matrix' habitat which facilitates lynx movement and dispersal by connecting areas of suitable habitat (USFWS 2013a).

Since 2006, the USFWS subsequently revised the critical habitat designation (USFWS 2009) and has again proposed revision to critical habitat (USFWS 2013a). The 2009 final rule delineated lynx critical habitat units across the lower 48 states from Maine to Washington. Based on this delineation, the Buckhorn project on the Three Rivers Ranger District falls within the Northern Rocky Mountains Critical Habitat Unit #3 (ibid). The proposal to revise critical habitat was issued in September 2013 which would change the existing boundary based on State boundaries to wherever the lynx population occurs within the contiguous U.S. (USFWS 2013a). The Buckhorn project still falls within Unit #3 under the proposed rule.

Lynx population ecology, biology, and habitat description and relationships are described in Ruggiero et al. (1999), ILBT (2013), and USFWS (2013a). Critical habitat designation and the PCE are described in USFWS (2013a).

---

vegetation disturbances stimulate development of dense understory or early successional habitat or snowshoe hares. (USFWS 2013a description based on literature review).

### Data Sources, Methods, Assumptions, Bounds of Analysis

Lynx habitat was mapped for the KNF based on forest type, stand age, and elevation. In addition to lodgepole pine, Englemann spruce, and subalpine fir forest types, mapping also includes cedar-hemlock and other cool, moist forest types as they may provide lynx habitat (USFS 2007a, b). Successional or structural stage is based on year of origin and assumptions about the length of time it takes for a stand to move from one stage to the next. However, age does not account for environmental conditions or disturbance processes that affect development of the successional stage. For example, cold temperatures and short growing seasons at high elevation sites may maintain a more early seral stage despite an old age and multiple years of origin. Also, natural disturbances such as fire or wind play an important role in the development of multistory stands and without disturbance stands may remain in a stem exclusion stage for a longer period of time than expected. Therefore, mapping of lynx critical habitat based on stand data provides a broad estimation of the habitats available within an LAU but may need to be fine-tuned based on field review.

The analysis area for considering effects of the proposed project to lynx critical habitat is the affected LAUs. Similar to the selection of the LAU for lynx, the LAU is the appropriate scale for critical habitat analysis because lynx have large home ranges in which the vegetative composition and distribution have historically been influenced by landscape processes such as wildfire. The amount of change to lynx habitat could then be evaluated against the remaining levels of habitat available for lynx use with their home range.

The project area and proposed activities are located within the Baldy LAU and a portion of the Thunder LAU (see Lynx Analysis Units Map, M-13). Timber harvest is clustered along the lower elevation boundaries of the LAUs in roaded areas. Prescribed burn units located along upper elevation boundaries in potential[6] and matrix habitats would not result in the loss of habitat or impede movement to or use of adjacent foraging or denning habitats. Also, ample lynx habitat would remain available within both LAUs for lynx use during and post-project implementation. Therefore, the Baldy and Thunder LAUs have been chosen as the appropriate scale of analysis for determining direct, indirect, and cumulative effects to critical habitat for the Buckhorn project. The effects analysis for critical habitat addresses the type and magnitude of effects to the PCE by considering impacts to each sub-element (USFWS 2009, 2013a).

### Affected Environment/Existing Condition

Approximately 45,654 acres of the project area is found with the Baldy and Thunder LAUs (Lynx Analysis Unit Map, M-13). Much of this area includes large tracts of unroaded lands, including 19,898 acres within the Northwest Peaks and Buckhorn Ridge IRAs, which provides largely natural vegetative conditions. Historically, natural disturbances (e.g., fire, insect, disease, wind) influenced successional stages of vegetation and resulted in diversity of habitat type and distribution. Wildfire was a major contributor of landscape disturbance within lynx habitat and resulted in vegetative structural changes by reducing timber and shrub overstory in affected areas and creating additional age classes and species diversity. The last large landscape fire occurred in

---

[6] Habitat types that have the potential to develop habitat conditions preferred by snowshoe hares, but currently lack dense vegetation that protrudes above the snow and/or multistory structure where conifer boughs touch the snow surface.

1931 covering approximately 14,909 acres (see Fuels section). Forested habitats that experienced stand replacing fire would be in an early successional stage that temporarily would not provide the habitat conditions preferred by snowshoe hares. In other places, fire severity would have been low to mixed-severity resulting in smaller patches of habitat change. In contrast, fire suppression since the early 1900s has resulted in fewer and smaller fires with the most recent fire in the project area occurring in 2000 and only totaling 423 acres (see Fuels section). Effects of fire suppression includes alteration of stand structure resulting in more homogenous stands with greater canopy closure and poorly developed understories in some areas which has in turn reduced the suitability of the stands for snowshoe hares and, therefore, lynx.

Roaded lands within the project area have been managed for timber production using a number of methods including regeneration harvest, commercial thinning, and salvage harvest. Harvest activities on NFS lands began in 1946 and have continued to the present. Regeneration harvest has occurred on approximately 10,484 acres (roughly 19 percent of NFS lands in the project area), while intermediate harvest (commercial thinning, salvage, individual tree selection) has occurred on approximately 12,782 acres (approximately 23 percent). Past harvest has provided some variety of age classes and successional stages across the project area. Regeneration harvest in lynx critical habitat would have resulted in structural changes that influenced lynx and matrix habitats. Immediately following regeneration, stands would temporarily not provide snowshoe hare preferred habitat conditions. Conditions on the KNF indicate that young forests provide these preferred conditions after approximately 15 years. Therefore, recent regeneration timber harvests (those within the last 15 years) are unlikely to offer adequate vegetation to provide snowshoe hare winter forage whereas timber harvests completed prior to 1998 would now have trees in the units of the size and density to provide high quality snowshoe hare habitat in a young forest condition.

Boreal forest landscapes are naturally in a state of change, through disturbance and succession processes, and result in a changing environment of habitat types, distribution, and juxtaposition (USFWS 2013a). As such, not all lynx habitat acres provide suitable habitat all of the time and there may naturally be periods of time with low levels of suitable habitat. This variability of habitat suitability and distribution is reflected in habitat mapping done on lynx habitat to estimate historic range of lynx habitat levels, current levels on the KNF, and projected future levels under different management scenarios (ERG 2012). Historically, the KNF provided between 69,681 acres to 278,725 acres of mature multistory suitable lynx habitat (ibid). Currently the KNF has approximately 149,781 acres of mature multistory suitable lynx habitat which falls within the historic range of variation (ibid).

Mature multistory and young forests (PCE 1a) as well as matrix habitat (PCE 1d) in the affected LAUs was assessed for all ownerships; however, only NFS lands are found within the affected LAUs. In addition, the ongoing Timber Stand Improvement 2010-2015 project in both LAUs has updated the existing condition. Table 3.38 displays the current critical habitat PCE conditions in the project area. The percentages reflect the contribution of each habitat type (e.g., mature multistory forest) to the total amount of critical habitat available within the LAU (each category of habitat acres divided by the total habitat acres within the LAU). See project file for calculations.

**Table 3. 38 - Existing critical habitat PCE conditions1 within the Buckhorn project area LAUs**

| LAU Name (Number) | LAU Total Acres | Stand Initiation Forage[2] | Multistory Forage[3] | Matrix (Movement)[4] |
|---|---|---|---|---|
| Baldy (14403) | 34,168 | 22,725 (66%) | 3,381 (10%) | 4,298 (13%) |
| Thunder (14406) | 33,719 | 18,498 (55%) | 5,172 (15%) | 7,102 (21%) |

[1] Habitat types presented are only those that contribute to the critical habitat PCE. Other habitat types that have the potential to develop habitat conditions preferred by snowshoe hares, but are currently unsuitable are also found within the project area. These habitats comprise the remaining 11 and 9 percent of the Baldy and Thunder LAUs, respectively.
[2] Young stand where the vegetative growth is sufficient to protrude above the snow and provides winter snowshoe hare habitat.
[3] Mature multistory stands that include many age classes and vegetation layers that provide winter snowshoe hare habitat.
[4] Habitat types that do not support snowshoe hares but allow for lynx movement between associated patches of boreal forest.

## Environmental Consequences

### *Alternative 1 – Direct and Indirect Effects to Canada Lynx Critical Habitat*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Forest Vegetation sections for more detail.

No direct effects from federal actions would occur. The No Action alternative would maintain existing vegetative condition on the landscape which includes forested stands with preferred habitat conditions that support a snowshoe hare population, denning sites, and matrix habitat that supports lynx movement. With continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions. The increased tree density and continuous fuel profile from the ground up to the main canopy puts the area at risk of severe fire behavior (see the Fuels section).

Although large, severe wildfire has occurred within this area in the past, mixed severity fires would have also played a role in creating a mosaic of forest structural stages. This mosaic of structural stages in juxtaposition to one another provides for different lynx life requirements (e.g. foraging, denning, and movement). However, if severe wildfires occur, especially over a large expanse, potentially drastic changes in the availability and distribution of habitats that provide for these requirements across the project area could occur. Preferred habitat conditions would be

limited in the burned areas for approximately 15 years and multistory forest and denning habitats would not be available within these areas for possibly a hundred years or more.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects to Canada Lynx Critical Habitat*

Mature multistory and young forests provide the preferred habitat conditions for snowshoe hares. Natural disturbance processes, such as wildfire, historically resulted in a diversity of habitat conditions (e.g., patch size and shape, species composition, and successional stage) and arrangement on the landscape. Active fire suppression has impacted the development of early seral conditions and multistory characteristics within mature habitats. Proposed vegetation management treatments are designed to simulate and re-introduce these natural processes, especially wildfire, and better approximate historic conditions that would result in movement towards the desired vegetative condition for this area. Vegetation management treatments that encourage the maintenance and/or development of the habitat conditions preferred by snowshoe hares as well as denning and matrix habitats would maintain or improve the PCE for lynx.

The following analysis describes the effects of proposed Buckhorn activities to the PCE, by sub-element, for designated lynx critical habitat within the Baldy and Thunder LAUs. Table 3.39 provides a comparison, by alternative, of how the proposed activities impact lynx critical habitat PCE. Alternative 1 represents the current critical habitat PCE conditions within the Baldy and Thunder LAUs as shown in Table 3.38. Alternatives 2, 3, and 4 reflect the changes in critical habitat PCE acres due to proposed vegetation management within the LAUs. The percentage is calculated by dividing the acres of PCE habitat impacted by the existing PCE habitat acres within the LAU (see project file).

**Table 3. 39– During project and future effects1 of vegetation management activities to lynx critical habitat PCE conditions within the Buckhorn project LAUs**

| LAU Name | Habitat Type | Alternative 1 (Existing Condition) | Alternative 2 | Alternative 3 | Alternative 4 |
|---|---|---|---|---|---|
| **Baldy** | Mature Multistory | 22,725 | 0 (0%) | 0 (0%) | 0 (0%) |
| | Young Forest | 3,381 | 0 (0%) | 0 (0%) | 0 (0%) |
| | Future | -- | 461 (+14%) | 304 (+9%) | 149 (+4%) |
| | Matrix | 4,298 | 24 (1%) | 15 (0%) | 7 (0%) |
| **Thunder** | Mature Multistory | 18,498 | 0 (0%) | 0 (0%) | 0 (0%) |
| | Young Forest | 5,172 | 0 (0%) | 0 (0%) | 0 (0%) |
| | Future | -- | 31 (1%) | 31 (1%) | 31 (1%) |
| | Matrix | 7,102 | 2 (0%) | 2 (0%) | 2 (0%) |

[1] Impacts to multistory and matrix habitats are for during project only. For stand initiation habitat, the table also displays the future increase in available stand initiation habitat occurring within approximately 15 years after harvest.

Boreal forest landscapes supporting a mosaic of differing successional forest stages and containing:

**(1a) Presence of snowshoe hares and their preferred habitat conditions, which include dense understories of young trees, shrubs or overhanging boughs that protrude above the snow, and mature multistory stands with conifer boughs touching the snow surface.**

The action alternatives would not reduce the amount of mature multistory and young forest habitats in lynx critical habitat within the Baldy and Thunder LAUs as shown in Lynx CH Table 2. Treatments proposed within the LAUs were reviewed with respect to the occurrence and potential effects to these habitat types as maintenance of habitat conditions that provide winter foraging opportunities for both snowshoe hares and lynx is considered by lynx biologists to be critical in perpetuating viable lynx populations.

Each harvest unit was surveyed (Bertram and Claar 2008 and professional judgment), photographed for the project record, and categorized as either providing preferred snowshoe hare habitat conditions or not. Stands found to be contributing these conditions generally would not be harvested. Whereas harvest occurring in stands that have the potential to provide these habitat conditions (i.e., stands with poorly developed understories) would improve snowshoe hare habitat in the future.

Each of the action alternatives include regeneration harvest in both LAUs where harvest units have high canopy closure and contain little to no ground, shrub, or small conifer cover in the understory. Approximately 442, 300, and 147 acres of mapped mature multistory forest habitat are proposed for regeneration harvest under Alternatives 2, 3, and 4 respectively, in the Baldy LAU. All alternatives propose approximately 31 acres of mapped mature multistory forest habitat in the Thunder LAU. Field review determined that these stands have poorly developed understories and do not provide conditions preferred by snowshoe hares. These stands currently contribute to potential habitat within the LAU and existing acres and percent of mature multistory forest habitat presented in Lynx CH Table 1 above were adjusted to reflect this condition (see project file). After field review, these regeneration harvest units were approved for implementation based on the rationale listed above. There would be no impacts to mature multistory forest habitat within either LAU under any of the alternatives. Harvest would, however, increase future young forest habitat within each LAU as described below (also see Lynx CH Table 2).

Timber harvest is proposed in mature stands; therefore, there would be no direct effects to the existing young forest habitat found within the project area LAUs. However, indirectly, the amount of young forest habitat would be increased within the project area in about 15 years as the recovered vegetation grows to a density and height (protrudes above the snow) to be able to support a snowshoe hare population during the winter months. As mentioned above, the proposed regeneration harvest units have high canopy closure and contain little to no ground, shrub, or small conifer cover in the understory. Opening up the canopy would encourage stem initiation of shrubs and conifers in the understory. In addition, fire would be used as a post-harvest fuels treatment in units where existing fuels are light. The intent is to initiate a low severity burn that would stimulate forb and shrub development. This would speed up vegetative recovery within this early seral habitat. As displayed in Lynx CH Table 2, Alternative 2 would result in the greatest increase in future snowshoe hare preferred habitat conditions with an increase of approximately 461 acres (about 14 percent) in the Baldy LAU. Alternatives 3 and 4 would result in an increase of approximately 304 acres/9 percent and 149 acres/4 percent, respectively. In the Thunder LAU, all alternatives would result in an increase of approximately 31 acres (about 1 percent) of young forest habitat.

Alternatives 2 and 4 propose three and one regeneration harvest unit(s), respectively, that would create an opening greater than 40 acres in size within the Baldy LAU. The harvest of mature forest with high canopy closure and poorly developed understories would result in the creation of

young forest habitat conditions in the near future. As mentioned above, fire would be applied post-harvest where possible to stimulate the establishment and growth of understory vegetation that would result in preferred habitat conditions in approximately 15 years. The large patch sizes and shape of the proposed harvest units mimic natural disturbance processes, like wildfire, that would have occurred historically and resulted in a shifting mosaic of habitat types, both suitable and potential, under which lynx populations persisted. They also allow for more opportunities for variability and unique habitat features within the greater cut area boundary. When adjacent areas of heavier and less overstory retention occur along the boundary of a unit with mature timber, it could result in a "feathering" of treatment that provides a continuum of forested conditions for different lynx use. The larger unit boundaries are also adjacent to different types of habitat (e.g., numerous RHCAs which were excluded from units, past harvested areas, unharvested areas, and old growth) resulting in a mosaic of suitable and potential habitat types. In the long-term, over 40 acre units could provide more interior habitat in a condition that supports snowshoe hares than what currently exists. Alternative 3 does not proposed units larger than 40 acres in size.

Prescribed burn units range from approximately 157 to 2,627 acres for a total of approximately 10,771 acres within the LAUs; the proposal is the same for all alternatives. Because of the large size of these units they occur within a variety of mapped habitats including mature multistory and young forest habitats. As described above, these units were assessed as to whether they provide habitat conditions preferred by snowshoe hares or not. The prescribed burn units were evaluated through the use of stand data, satellite imagery, field review, and photo documentation (documentation available in the project file). Areas selected for prescribed fire are those in which wildfire was a natural process historically and where low to moderate intensity fire could be applied on the landscape to reach desired vegetative conditions in a safe and controlled manner. Selected areas include areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists with the goal to rejuvenate and enhance the ground cover and understory vegetation. As this PCE (1a) sub-element defines, habitat conditions preferred by snowshoe hares are young dense forest that protrudes above the snowline in winter and mature multistory forest with conifer boughs touching the snow surface. The high density of conifer cover in the understory in young and mature multistory forest habitats is not the structural conditions targeted for treatment nor is it conducive to using prescribed burning as a type of vegetation management treatment.

As described above under "Data Sources, Methods, Assumptions, Bounds of Analysis" mapping of lynx habitat using timber stand data cannot capture all stand variability that results from local growing conditions and/or lack of natural disturbances. Many of the burns are found at high elevation locations and the short growing season and colder temperatures are not conducive to high growth rates and even old stands, such as those found within proposed units, have limited to no understory development and/or sparse overstory structure and do not provide habitat conditions preferred by snowshoe hares. The original boundaries of burn units J and O-1 were modified to exclude stands with observed spruce-fir and multistory characteristics. After field review, these prescribed burn units were approved for implementation based on the rationale listed above and would have no effect on this sub-element.

Summary: Mature multistory and young forests that provide habitat conditions preferred by snowshoe hares are not being treated in this project. Proposed harvest and prescribed burn treatments occurring within mapped mature multistory and young forests were verified as not providing these habitat types or excluded from the units. Depending on the alternative, between 150 to 461 acres of regeneration harvest could contribute early successional habitat to the

landscape mosaic and provide preferred snowshoe hare habitat conditions in about 15 years. Alternative 2 would result in the greatest change. Implementation of the prescribed burn units would occur within potential and matrix habitats and have no effect to PCE sub-element (1a).

**(1b) Winter snow conditions that are generally deep and fluffy for extended periods of time.**

This sub-element of the PCE is an environmental condition and proposed activities would not impact the location or condition of winter snow on the landscape.

**(1c) Sites for denning that have abundant coarse woody debris, such as downed trees and root wads.**

Based on the existing high fuel loadings of down CWD within the proposed harvest units, surrounding stands of mature forest of similar structural conditions would provide ample denning habitat with the LAUs. Also, areas that receive limited or no active management (e.g., unroaded areas, IRAs, and old growth stands) within the LAUs would provide varying and potentially high levels of CWD. In addition, project design would leave down CWD and snags or recruitment snag levels (refer to the Downed Wood Habitat and Snag sections, respectively) that would continue to provide appropriate levels and size of down CWD for this habitat type and wildlife use. While these stands would not provide denning habitat for lynx in the immediate future, the retained CWD provides a baseline level to which more down CWD would be added as the stand matures and becomes denning habitat.

**(1d) Matrix habitat (e.g., hardwood forest, dry forest, non-forest, or other habitat types that do not support snowshoe hares) that occurs between patches of boreal forest in close juxtaposition (at the scale of a lynx home range) such that lynx are likely to travel through such habitat while accessing patches of boreal forest within a home range.**

The proposed rule to designate revised critical habitat states that "In matrix habitat, activities that change vegetation structure or condition would not be considered an adverse effect to lynx critical habitat unless those activities would create a barrier or impede lynx movement between foraging and denning habitat within a potential home range, or if they would adversely affect adjacent foraging habitat or denning habitat" (USFWS 2013a).

Regeneration harvest would occur on approximately 24, 15, and 7 acres of matrix habitat under Alternatives 2, 3, and 4, respectively, in the Baldy LAU. A total of 2 acres of matrix habitat within the Thunder LAU would be impacted by harvest activities. All matrix habitat proposed for harvest is located along the lower elevation boundary of the LAUs and found as small inclusions within lynx habitat. Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including use by lynx as they move through the area, until the understory vegetative community develops within a few years. Also, fire would be used as a post-harvest fuels treatment in units where existing fuels are light. The intent is to initiate a low severity burn that would stimulate forb and shrub development. This would speed up vegetative recovery and improve conditions for lynx movement as well providing for alternate prey species.

Prescribed burn units are planned at a larger scale to introduce fire in areas that would have historically experienced periodic low to moderate severity fire. The goal of these units is to rejuvenate and enhance the ground cover and understory vegetation in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. The burns would not result in a change to the vegetation composition or structure in the treated stands. Prescribed burn units range from approximately 157 to 2,627 acres for a total of approximately 10,771 acres within the LAUs; the proposal is the same for all alternatives. Because of the large size of these units they occur within a variety of mapped habitats including matrix habitat. Prescribed burn units would occur along the north and west boundaries of the affected LAUs which are adjacent to LAUs located outside of the project area. Burns would occur in matrix habitat which provides for movement between patches of boreal habitat but does not provide the habitat conditions described under PCE (1a). Fires would be of low to moderate intensity, resulting in slight reduction of canopy cover and a mosaic of burned and unburned ground cover depending on vegetation type, availability of surface fuels, and moisture levels. Prescribed fires could alter lynx movement and use of specific areas for 2-3 years depending on the location and amount of ground and shrub cover that remains available. However, lynx are very mobile and would be able to continue to use the burn units and adjacent stands immediately following the fire.

Summary: Regeneration harvest would occur on approximately 26, 17, and 9 acres of matrix habitat within the affected LAUs under alternatives 2, 3, and 4, respectively. All matrix habitat proposed for harvest is located along the lower elevation boundary of the LAUs and found as small inclusions within lynx habitat. Due to the location of the proposed treatment units and that only 9 to 26 acres out of 67,887 LAU acres would be treated, effects to the juxtaposition of boreal and matrix habitat would be negligible. Similarly, prescribed fire occurring within matrix habitat would result in a mosaic of burned and unburned vegetation that would not alter the overall existing condition of the area. Lynx would be able to continue to move through the area following completion of the burns. The project would not affect the ability of lynx to travel and access patches of boreal forest (see Lynx Analysis Unit Map, M-13).

## Cumulative Effects

### *Introduction*

The project area falls within designated lynx critical habitat. The KNF recently received a BO (Bush 2013) which analyzed the effects of current lynx management on NFS lands. Analysis determined that the Forest's current management addresses the PCE and critical habitat would continue to serve the intended conservation role for the species.

The Affected Environment/Existing Condition section describes relevant past and present factors affecting lynx critical habitat and the existing condition of the PCE in the Baldy and Thunder LAUs. The cumulative effects analysis describes effects of the project as well as relevant past, on-ongoing, and foreseeable project to critical habitat and the PCE specific to lynx in the contiguous United States. Please see Tables 3.1 and 3.2 and Appendix G for past actions and Lynx CH Table 1 for the existing critical habitat PCE condition. Lynx CH Table 2 describes project effects to the PCE. Two ongoing projects within the affected LAUs (Timber Stand Improvement 2010-2015 and Grizzly projects) potentially contribute cumulative effects to the PCE and are described below. There are no foreseeable actions within the project area LAUs.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the cumulative effects analysis for lynx critical habitat uses the affected LAUs as the magnitude of change to lynx habitat could then be evaluated against the remaining levels of habitat available for lynx use with their home range. In addition, areas outside of the impacted LAUs were evaluated for potential impacts that reduce preferred snowshoe hare habitat conditions or alter matrix habitat such that movement or use of adjacent foraging or denning habitats is impeded. Given the location of the Buckhorn proposed activities (see Lynx Analysis Unit Map, M-13), the availability of mature multistory and young forest conditions within the LAUs and type and nature of activities along the shared boundaries of the project and adjacent LAUs, there are no apparent conditions that would warrant expanding the boundary beyond the Baldy and Thunder LAUs. Therefore, these LAUs were chosen as the appropriate scale for cumulative effects analysis.

### Past Actions

The No Action Alternative does not directly contribute any cumulative effects. However, the vegetative conditions with the project area would continue to trend towards a departure from historic conditions which include a more homogenous landscape lacking in diversity of patch size and shapes, species composition, and successional stages. Disturbance processes such as wildfire contribute to the succession process including the transition of potential habitats types into habitats with preferred conditions. In the short-term, young forest habitat would provide preferred conditions within about 15 years. Without active management functioning as a source of disturbance, the landscape would likely become a more homogenous landscape of potential habitat that currently does not provide for lynx life requirements.

### Alternative 1 – No Action

The No Action Alternative does not directly contribute any cumulative effects. However, the vegetative conditions with the project area would continue to trend towards a departure from historic conditions which include a more homogenous landscape lacking in diversity of patch size and shapes, species composition, and successional stages. Disturbance processes such as wildfire contribute to the succession process including the transition of potential habitats types into habitats with preferred conditions. In the short-term, young forest habitat would provide preferred conditions within about 15 years. Without active management functioning as a source of disturbance, the landscape would likely become a more homogenous landscape of potential habitat that currently does not provide for lynx life requirements.

### Alternatives 2, 3, and 4

### Ongoing and Reasonably Foreseeable Actions

Two ongoing federal actions with treatments occurring in the affected LAUs are the Timber Stand Improvement 2010-2015 and Grizzly Vegetation and Management projects. A third federal action, the Idaho Buckhorn project, is located adjacent to the western boundary of the project area and located on the IPNF.

The Timber Stand Improvement project is a district wide program of work consisting of PCT, daylight thinning around western white pine, and pruning white pine branches in overstocked stands between 12 and 30 years of age. Only daylight thinning around western white pine would occur within critical habitat in both the Baldy and Thunder LAUs. The units would retain 80

percent of the young forest habitat present and approximately 88 acres of the 440 total acres proposed in this habitat would be treated. This acreage is incorporated into in the existing condition acres in Lynx CH Table 1. However, the Buckhorn project does not propose additional PCT activities within the LAUs and there would be no cumulative effects related to the reduction of young forest habitat.

One active timber sale occurs within and adjacent to the project area. The Grizzly Project is located within a small portion of the Buckhorn project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in matrix habitat. Portions of each of these two of these burns are found in the very eastern finger of the Baldy LAU which is comprised mostly of matrix habitat. Prescribed fire would occur on approximately 19 acres of matrix habitat and would result in a mosaic of burned and unburned vegetative conditions that would continue to provide for alternate prey species and potential movement. The cumulative effects of both projects occurring in Baldy LAU would be negligible alterations of matrix habitat that would not impede movement through or affect use of adjacent lynx habitat. There would be no cumulative effect to suitable lynx habitat.

The Idaho Buckhorn project is also proposing large prescribed burn units along the west side of Buckhorn Ridge in the Deer-Skin LAU with activity areas adjacent in places. Similarly, proposed burns would occur within potential and matrix habitat resulting in a mosaic of post-fire burn and unburned areas that would not alter the overall stand composition or structure. Lynx would be able to continue to move between LAUs shortly following the completion of activities. The Idaho Buckhorn burns are expected to begin earlier than this project and completion of some units is expected before Buckhorn's begins. Cumulatively, there would be negligible effects of short-term alteration of matrix habitat as forb and shrubs would recover within a few years. The cumulative effects to matrix habitat and its ability to support lynx movement would be negligible within the Baldy and Thunder LAUs.

#### *Cumulative Effects Specific to the Lynx Critical Habitat PCE*

Boreal forest landscapes supporting a mosaic of differing successional forest stages and containing:

**(1a) Presence of snowshoe hares and their preferred habitat conditions, which include dense understories of young trees, shrubs or overhanging boughs that protrude above the snow, and mature multistoried stands with conifer boughs touching the snow surface.**

The Buckhorn Project does not propose vegetation management activities within mature multistory or young forest habitats in the Baldy and Thunder LAUs. Therefore, there would be no cumulative reduction in the habitats that provide snowshoe hare preferred habitat conditions. However, proposed harvest occurring in potential habitats would result in an increase in the amount of young forest habitat found within the project LAUs. Cumulatively, an increase of approximately 180 and 492 acres would occur within the project area LAUs in approximately 15 years which is equivalent to a 2 to 4 percent increase over the existing condition.

**(1b) Winter snow conditions that are generally deep and fluffy for extended periods of time.**

This sub-element of the PCE is an environmental condition and proposed activities would not impact the location or condition of winter snow on the landscape; therefore, there would be no cumulative effects to winter snow conditions.

**(1c) Sites for denning that have abundant coarse woody debris, such as downed trees and root wads**

Abundant CWD is found throughout the project area, especially in those areas that receive limited or no active management (e.g. unroaded areas, IRAs, and old growth stands). Coarse woody debris levels would be reduced in proposed regeneration harvest units, but these stands currently lack the spruce-subalpine fir forest type selected for by denning lynx in Northwest Montana (Squires et al. 2008). Coarse woody debris within the units would be retained at levels recommended for both soil productivity and wildlife habitat and could contribute to denning habitat in the future. Thinning and burning activities occurring with the Timber Stand Improvement and Grizzly Project activities would not reduce CWD levels with the affected LAUs. Therefore, no cumulative reduction in denning habitat is expected.

**(1d) Matrix habitat (e.g., hardwood forest, dry forest, non-forest, or other habitat types that do not support snowshoe hares) that occurs between patches of boreal forest in close juxtaposition (at the scale of a lynx home range) such that lynx are likely to travel through such habitat while accessing patches of boreal forest within a home range.**

The proposed rule to designate revised critical habitat states that "In matrix habitat, activities that change vegetation structure or condition would not be considered an adverse effect to lynx critical habitat unless those activities would create a barrier or impede lynx movement between foraging and denning habitat within a potential home range, or if they would adversely affect adjacent foraging habitat or denning habitat" (USFWS 2013a). The Buckhorn project proposes approximately 9 to 26 acres of regeneration harvest within matrix habitat. The Timber Stand Improvement project would thin around western white pine on approximately 95 acres within matrix habitat spread throughout the LAUs in previous harvest units. Cumulatively, about 104 to 121 acres of matrix habitat would be affected by proposed activities out of 67,887 LAU acres. Effects to the juxtaposition of boreal and matrix habitat would be negligible. The Grizzly Project would implement prescribed burning on approximately 19 acres of matrix habitat within the eastern finger of the Baldy LAU. Also, the Idaho Buckhorn Project would implement prescribed burn units on the adjacent IPNF. Proposed burning in matrix habitat in these two projects would result in a mosaic of burned and unburned vegetation that would not alter the overall existing condition of the area. Canada lynx would be able to continue to move through the area following completion of the burns in all project areas. Implementation of the Buckhorn project would not affect the ability of lynx to travel and access patches of boreal forest (see Lynx Analysis Unit Map, M-13). Cumulative effects to matrix habitat and its ability to support lynx movement would be negligible within the Baldy and Thunder LAUs.

***Summary of Cumulative Effects***

Minimal harvest would occur within the LAUs in a large homogenous area of potential habitat that would increase diversity within the treated areas as well as the future amount of snowshoe hare preferred habitat conditions. Prescribed burning would result in a mosaic of burned and unburned conditions which would maintain cover and foraging opportunities during summer movements. Currently the KNF has approximately 149,781 acres of suitable lynx habitat which falls within the historic range of variation (ERG 2012). Treatments that maintain and/or improve the critical habitat PCE would cumulatively improve upon this estimate.

The proposed action and other ongoing actions within the Baldy and Thunder LAUs would not result in permanent loss of habitat or conversion of boreal forest, nor alter the characteristics of

the affected stands to the extent that would appreciably reduce the PCE and functioning of critical habitat. There would be no appreciable cumulative effects to lynx critical habitat.

### Regulatory Consistency

**Endangered Species Act**: The Buckhorn project would be in compliance with ESA. This statement is based on: 1) negligible impacts to the lynx critical habitat PCE currently available within the affected LAUs, 2) small increase in future habitat conditions preferred by snowshoe hares, and 3) consultation with USFWS and receipt of concurrence (pending).

**Forest Plan Consistency:** This alternative would comply with Forest Plan direction on threatened and endangered species with respect to lynx and include:

Forestwide Management Direction – FP II-1 #7 and II-22

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect suitable habitat (mature multistory and young forest habitats) and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area. Also, implementation of proposed vegetation management activities in potential and matrix habitats would result in increased vegetative diversity and improved conditions for snowshoe hares in the future.

p.II-22 – *Identify and protect important habitats:* Multistory habitat with spruce-fir forest were excluded from prescribed burn units J and O-1. Treatments occurring in potential habitat would maintain and/or improve the acres of snowshoe hare preferred habitat conditions in the long-term. Proposed vegetation management treatments occurring within matrix habitat would not result in a barrier to movement between or use of adjacent suitable habitat.

**National Forest Management Act:** This alternative would comply with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

### Statements of Findings

Alternatives 2, 3, and 4 **may affect, is not likely to adversely affect** Canada lynx critical habitat. This determination is based on: 1) vegetation management, both regeneration harvest and prescribed burning, would affect the PCE sub-element ‘matrix’ habitat; however, 2) management would not alter the existing stand structure or impact lynx movement through the area to areas of suitable habitat, 3) no impact to winter snow conditions, 4) negligible reduction of CWD within non-spruce-fir mature forest with abundant denning habitat in surrounding areas, 5) no reduction of mature multistory and young forest habitats that provide preferred snowshoe hare habitat conditions, and 6) a 2 to 4 percent increase in young forest habitat in approximately 15 years.

## North American Wolverine

### Summary of Conclusions

Implementation of the Buckhorn project’s action alternatives results in a determination of **not likely to jeopardize the continued existence** for the proposed wolverine. Land management

activities proposed with the Buckhorn project are consistent with those described under the proposed special rule of the ESA and are not considered to result in impacts that would significantly affect the conservation of the species (USFWS 2013b). Proposed harvest and prescribed fire treatments would improve scavenging and other foraging opportunities by opening up the canopy in dense stands, providing habitat diversity, and trending vegetative characteristics towards desired conditions in the project area.

### Introduction

Due to their large home range size and habitat needs, the North American wolverine is rare and uncommon and most likely always has been. Wolverines use higher elevation, steep, remote habitat. Wilderness and roadless lands account for much of the areas wolverines are known to use, although it is unknown if this is due to avoidance of people or that wolverine tend to choose areas that are not conducive to human development (Copeland et al. 2007). Wolverines appear capable of adjusting to human disturbance (USFWS 2013b). Wolverines travel long distances throughout large home ranges that average between 186 to 310 square miles (USFWS 2013b) but can range from 28 to over 360 square miles (Banci 1994). Wolverines are considered to be a generalist species, one that is able to thrive in different habitat types and makes use of a variety of different resources within their home range. Wolverines are generally scavengers of carrion, but do prey on small mammals and birds and will eat berries, fruits, and insects (Hornocker and Hash 1981). Dens are dug into the snow to ground level and are generally located on north-facing slopes under rocks, boulders, tree roots, or avalanche debris (Magoun and Copeland 1998). Females enter dens in mid-February, giving birth to a litter of young, and then utilize a series of dens or rendezvous sites until mid-May when her offspring are mobile enough to travel (Copeland and Yates 2008, Magoun and Copeland 1998).

Recent work on wolverine habitat requirements suggests that they are restricted to areas that retain snow until mid-May and where the average temperature in August is less than 72 degrees (Schwartz et al. 2009, Copeland et al. 2010). Talus slopes and alpine cirques may, therefore, provide important thermal and denning habitat. Based on current research it appears that wolverine habitat is limited to areas at or above the subalpine zone on the KNF. Detailed wolverine population ecology, biology, habitat description and relationships identified by research are described in Hornocker and Hash (1981), Banci (1994), Copeland et al. (2007), Schwartz et al. (2009), Copeland et al. (2010), and USFWS (2013). These provided additional guidance in evaluating potential habitat and effects to wolverine, and are incorporated by reference.

### Data Sources, Methods, Assumptions, Bounds of Analysis

On February 4, 2013, the USFWS proposed listing the wolverine as threatened and published a proposed 4(d) rule that lists several activities that are not considered significant threats to the species and would not result in incidental take and a violation of section 9 of the ESA (USFWS 2013b). The wolverine was on the Regional Forester's list of Sensitive Species for the KNF for a number of years. However, with the proposed listing, wolverines are no longer considered a sensitive species for the Forest.

In the proposed ruling, the USFWS determined that global climate change is the primary threat to the species and that legal and incidental trapping of wolverines are substantial threats in concert with climate change (ibid). There are no Forest Service land management activities or public use activities on NFS lands that threaten wolverines (direct effects) or high-elevation habitats

(indirect effects) due to the nature and scale of such human activities which include: 1) Dispersed recreation such as snowmobiling, skiing, backpacking, and hunting for other species; 2) Land management activities such as timber harvest, wildland firefighting, prescribed fire, and silviculture; and 3) Mining (ibid). These activities are not likely to disturb wolverines or habitat and therefore threaten the viability of the species (USFWS 2013b).

Individuals have been shown to travel through, spend time within (including reproduce), and survive in areas of high human use and disturbance (e.g., areas of concentrated recreational activities, developments, habitat alteration) (ibid). Currently, there appears to be no evidence that the activities listed above (e.g., snowmobiling, skiing, timber harvest, and mining) translate to threats to characteristics of subpopulations and populations or population persistence (ibid). USFWS (2013b) cited ongoing research into the impacts of high levels of recreational use on wolverines in central Idaho. The cited ongoing research has documented wolverines living in areas of high recreational use (i.e. disturbance) (USFWS 2013b citing Heinemeyer 2012 and Heinemeyer and Squires 2012).

Other than NFMA and Forest Plan direction intended to provide for viable populations of all existing native, vertebrate, wildlife species, there is currently no federal management direction specific to wolverine. Recent research does provide guidance in identifying potential denning habitat within proposed project areas. In North America, 69 percent of den sites were located in areas where snow cover persists until mid-May for an average of six to seven years (i.e., "persistent snow") while 98 percent of all den sites were located in areas of at least one year of snow cover (Copeland et al. 2010). Based on this, wolverine denning habitat was mapped using Region 1 snow layer. Climate change and trapping have been identified as threats to the species. The presence of a persistent snow layer is an indicator of climatic conditions in the project area and whether the area could support wolverines. Proposed activities will be assessed in relation to their impacts to the persistent snow conditions and trapping. As a proposed species, conference with the USFWS is only required when the proposed action is likely to jeopardize the continued existence of a proposed species.

Wolverine home ranges in Montana range from approximately 24,711 acres for females with young to 104,278 acres for males and home ranges of both sexes overlap (Hornocker and Hash 1981). The analysis boundary for direct, indirect, and cumulative effects to individuals and their habitat is the contiguous area of persistent snow associated with the Buckhorn project. This area extends north and northwest to the Canadian border and south towards the Kootenai River and totals approximately 81,633 acres of persistent snow. Wolverine home ranges are larger than the individual activity areas and over half the of persistent snow areas that remain in spring in an average of at least six out of seven years is found outside of the project area. This analysis area is large enough to assess potential effects in context of three home ranges of females supporting young. Given the size of a wolverine's home range, expanding the effects boundary further would only tend towards diluting the potential effects of the proposal.

Wolverine occurrence data comes from recent District wildlife observation records, NRIS wildlife database, research studies, and other agencies (MFWP, MNHP).

### Affected Environment/Existing Condition

District observation and monitoring data indicates there are four records of wolverines from around 1980 as well as a historic denning site within the project area. More recently, a wolverine

was documented near Arbo Creek during the summer of 2012. This site is approximately 11 to 12 miles outside the analysis area. This distance and size of the surrounding area is well within the movement capabilities and home range size for a wolverine using the southern half of the project area. Johnson (1999a) shows wolverine presence confirmed in seven of the eight planning units on the KNF, including the Yaak Planning Unit.

Forest-wide, about 555,500 acres of persistent snow (average one to seven years) have been identified of which approximately 89,900 acres have persisted on the landscape until mid-May for six to seven years on average (see project file). Such sites, where snow more consistently persists until mid-May, may provide more suitable habitat for denning wolverines. Approximately 28,838 acres of persistent snow areas are found within the project area along the higher elevation ridgelines. Areas of persistent snow that occur for an average of six to seven years are also found within the project area, primarily along the northwest boundary and associated with Buckhorn, Canuck, and Rock Candy Mountains and the areas between, and total approximately 6,037 acres. These areas are contiguous with other persistent snow areas outside the project area to the north and northwest and along Buckhorn Ridge to the south. Also, features such as large snowdrifts that were not captured by the snow layer coverage may exist within the periphery of the mapped habitat and could be used by denning wolverines (Copeland et al. 2010). Persistent snow areas also appear to influence summer habitat use by wolverines and connectivity between wolverine populations and habitat patches (Copeland et al. 2010, Schwartz et al. 2009).

The regulation of trapping activities is the responsibility of the state of Idaho and Montana and is beyond the authority of the Forest Service to control. Currently, neither state has a trapping season for wolverines near the analysis area.

## Environmental Consequences

### *Alternative 1 (No Action) – Direct and Indirect Effects*

The topography and climate in the higher elevation peaks and ridgelines in the Buckhorn project area is conducive for snow to remain on the landscape in mid-May for up to an average of seven years. No direct effects from federal actions would occur and the persistent snow conditions would continue to support yearlong use by wolverines. There would be no impact to trapping activities and therefore no threat of mortality to wolverines.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

The Buckhorn project proposes vegetation management that includes timber harvest and prescribed fire treatments under all alternatives. Neither proposed treatment would impact the environmental conditions that maintain the location or duration of spring snow on the landscape in this analysis area. Proposed timber harvest would not occur within or adjacent to persistent snow areas. All or a portion of 12 prescribed burn units would occur within persistent snow areas (approximately 9,772 acres) of which 4 units would occur where snow persists for an average of six to seven years (approximately 3,022 acres). However, wolverines are habitat generalists and changes to the vegetative condition of its home range do not appear to negatively impact the species (USFWS 2013b). The proposed treatments would result in mosaic of habitat types and diversity in an area that is currently trending outside of historic conditions and becoming homogenous in species composition and structure. This includes the re-establishment and/or improvement (e.g., productivity) of understory vegetation that would benefit future wolverine foraging opportunities.

The Buckhorn project also proposes watershed improvement work that is found in higher elevations sites and some would occur within persistent snow areas. However, active work would be limited to approximately 10.4 miles of existing roadbed found generally along the outer edge of the snow areas. Short-term work on these roads would not impact the persistent snow conditions or wolverine movement within the project area as wolverines can successfully cross even active transportation corridors (ibid).

Connectivity between wolverine populations and habitat patches is generally tied to persistent spring snow, and wolverines appear to currently be able to disperse between habitats and through areas where human developments occur (Schwartz et al. 2009, USDI 2013). As concluded in USFWS (2013), "The available evidence indicates that dispersing wolverines can successfully cross transportation corridors." Proposed activities would not affect the persistent spring snow that provides connectivity for wolverine populations.

All three proposed activities are considered land management activities under the proposed rule. The proposed rule states: "Wolverines are not thought to be dependent on specific vegetation or habitat features that might be manipulated by land management activities, nor is there evidence to suggest that land management activities are a threat to the conservation of the species" (USFWS 2013b). Although wolverine general habitat would be altered at least temporarily compared to the existing condition, treatments would promote the vegetation conditions more characteristic of this area in the long-term. Also, wolverines appear to be able to adjust to human activity (ibid) and no proposed activity under any alternative is expected to negatively impact wolverines utilizing the analysis area.

Implementation of the proposed activities would not impact state trapping regulations related to wolverines. Therefore, there would be no threat to the viability of the species as a result of this project.

### *Cumulative Effects*

#### *Introduction*

The Affected Environment/Existing Condition section describes relevant past and present factors influencing the existing habitat conditions in the project area. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting wolverine habitat and the DPS. As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the cumulative effects boundary consists of the contiguous area of persistent snow that extends from the Canadian border south through the western half of the Buckhorn project area towards the Kootenai River.

#### *Past Actions*

Wolverines are habitat generalist and are not associated with specific vegetative types, structure, or features; therefore, land management activities are not considered to significantly affect the conservation of the DPS (USFWS 2013b). Wolverines have been able to use and persist on this landscape over the past 60 or more years in association with land management activities, including timber harvest which began in the project area in 1946. Detailed description of previous vegetation management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document.

### *Alternative 1 – No Action*

The No Action Alternative does not contribute any cumulative effects. The existing persistent snow conditions would continue to support yearlong use by wolverines and there would be no impact to trapping activities.

### *Alternatives 2, 3, and 4 – Action Alternatives*

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects. Because habitat suitability for wolverines is tied to persistent snow areas (generally higher elevation and rugged habitats) there are no apparent conditions within the analysis area that would contribute to effects to wolverine or its habitat. Implementation of the proposed activities would not impact state trapping regulations related to wolverines. Therefore, there would be no threat to the viability of the species as a result of this project.

The proposed rule states: "The available scientific and commercial information does not indicate that other potential stressors such as land management, recreation, infrastructure development, and transportation corridors pose a threat to the DPS" (USFWS 2013b). Past, present, and reasonably foreseeable actions within the analysis area fall within this list of potential stressors and consists largely of land management activities. They each occur at a small scale compared to a wolverine home range, are found outside large expanses of suitable habitat found within places like national parks and wilderness areas, and do not impact the persistent snow areas that wolverines are associated with. Proposed activities in addition with past, present, and reasonably foreseeable actions would not negatively impact wolverines and the DPS. There are no cumulative effects anticipated that would change the effects determination to the wolverine from implementation of the proposed federal action.

## Regulatory Compliance

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to wolverine and include:

Forestwide Management Direction – FP II-1 #7, #17, II- 22 and 23

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area. Proposed activities would result in the re-establishment and/or improvement (e.g., productivity) of understory vegetation that would benefit future wolverine foraging opportunities.

p.II-2 #17 – *Use prescribed fire to simulate natural ecological processes . . . create habitat diversity for wildlife . . .:* Prescribed burns would occur on approximately 11,623 acres would maintain or improve the availability, palatability, and quality of available forage for big game and improve future scavenging opportunities for wolverines (i.e. big game carcasses).

p.II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See p.II-1 #7 and p.II-2 #17 above for habitat diversity.

**National Forest Management Act:** The project complies with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

### Statement of Findings

Alternative 1 (No Action) is **not likely to jeopardize the continued existence** of the proposed wolverine. Wolverines would continue to use areas of persistent snow within the analysis area and there would be no impact to trapping that would threaten resident wolverines under the no action alternative.

Alternatives 2, 3, and 4 (Action Alternatives) are **not likely to jeopardize the continued existence** of the proposed wolverine. In the proposed ruling, the USFWS (2013) determined that global climate change is the primary threat to the species and that legal and incidental trapping of wolverines are substantial threats in concert with climate change. The Buckhorn project's proposed vegetation management and watershed improvement work would not impact climate or its influence on the availability of persistent snow nor trapping as regulated by state agencies. Also, these activities are consistent with the proposed rule which states: "Land management activities (principally timber harvest, wildland firefighting, prescribed fire, and silviculture) can modify wolverine habitat, but this generalist species appears to be little affected by changes to the vegetative characteristics of its habitat."

## Sensitive Species

### Introduction

Sensitive species are administratively designated by the Regional Forester (Forest Service Manual (FSM 2670.5) and are those species for which population viability is a concern. Conservation Assessments have been completed for some sensitive species to assist land managers with planning efforts. The KNF has completed a Forest Conservation Plan to demonstrate forest-wide conservation of sensitive species and their habitat and help prevent sensitive species from being listed as threatened or endangered (Johnson 2004a).

### Regulatory Framework

Sensitive species are managed under the authority of the NFMA. Maintenance of viable populations of native and desired non-native species and avoiding actions that may cause a species to become threatened or endangered are required under FSM 2670.22. The sensitive species analysis in this document meets the requirements for a biological evaluation as outlined in FSM 2672.42.

The NFMA directs the Forest Service to "provide for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives" [16 U.S.C. 1604(g) (3) (B)]. Providing ecological conditions to support diversity of native plant and animal species in the planning area satisfies the statutory requirements. The

Forest Service's focus for meeting the requirements of NFMA and its implementing regulations is on assessing habitat to provide for diversity of species.

The Kootenai National Forest Land and Resource Management Plan (1987) establishes forest-wide goals, objectives, standards, guidelines and monitoring requirements. Forest Plan direction for sensitive species includes determining the status of sensitive species and providing for their environmental needs as necessary to prevent them from becoming endangered. The Forest Plan also requires the maintenance of diverse age classes of vegetation for viable populations of all existing native, vertebrate wildlife species (II-1).

The following table shows the Regional Forester's sensitive species designations for the KNF (USFS 2011d). Six of these species will not be discussed further because there is no suitable habitat available for the species in the project area, therefore they are not suspected to be present in the project area. The analysis for these species can be found in the project file. Those species that are suspected to be present in the project area have been analyzed below.

**Table 3. 40 - Sensitive wildlife species on the KNF and status within the Buckhorn project area**

| Sensitive Species | Status* | Determination** | Comments |
|---|---|---|---|
| American Peregrine Falcon *(Falco peregrinus anatum)* | NS | No Impact | Not suspected as there is no suitable habitat within or adjacent to the project area. Therefore, project activities are not expected to affect habitat, individuals, or the species. |
| Bald Eagle *(Haliaeetus leucocephalus)* | S | May Impact | Observations have occurred just outside project area and suitable habitat is available. |
| Bighorn Sheep *(Ovis canadensis)* | NS | No Impact | Not suspected as there is no suitable habitat within or adjacent to the project area. Therefore, project activities are not expected to affect habitat, individuals, or the species. |
| Black-backed Woodpecker (*Picoides arcticus*) | S | No Impact | This species demonstrates a high preference for early post-fire forests which currently are not available within the project area. Otherwise, black-backed woodpeckers will utilize a variety of forested habitats if it provides snags and areas of large CWD for nesting and/or foraging. Proposed activities would not impact old growth in which these structural components can be found. Also, project design would retain recommended tons/acre of CWD and post-activity cavity habitat levels would remain high in the project area (see Cavity Habitat and Down Wood Habitat Sections). Prescribed fire could result in the creation of snags used by the woodpeckers, but at a level similar to the existing condition. Therefore, proposed activities are not expected to significantly affect the species. |

| Sensitive Species | Status* | Determination** | Comments |
|---|---|---|---|
| Coeur d'Alene Salamander *(Plethodon vandykei idahoensis)* | K | May Impact | Known occupied location within the project area and suitable habitat available. |
| Common loon *(Gavia immer)* | NS | No Impact | No suitable habitat in project area. Therefore, project activities are not expected to affect habitat, individuals, or the species. |
| Fisher *(Martes pinnanti)* | S | May Impact | Recent observation just outside project area, historical observations within project area and potential habitat available within project area. |
| Flammulated Owl *(Otus flammeolus)* | S | May Impact | There have been observations in the project area and a small area of suitable habitat. |
| Gray Wolf *(Canus lupus)* | K | May Impact | Project area includes documented home range of at least one wolf pack. |
| Harlequin Duck *(Histrionicus histrionicus)* | NS | No Impact | Not suspected as there is no suitable within or adjacent to the project area. Therefore, project activities are not expected to affect habitat, individuals, or the species. |
| Northern Bog Lemming *(Synaptomys borealis)* | NS | No Impact | Not suspected as there suitable habitat within or adjacent to the project area. Therefore, project activities are not expected to affect habitat, individuals, or the species. |
| Northern Leopard Frog *(Rana pipiens)* | NS | No Impact | Not suspected as the project area occurs outside the known current range of the northern leopard frog; no documented observations within project area. Therefore, project activities are not expected to affect habitat, individuals, or the species. |
| Townsend's Big-Eared Bat *(Corynorhinus townsendii)* | K | May Impact | Observations within the project area and suitable habitat available. |
| Western Toad *(Bufo boreas)* | K | May Impact | Observations and suitable habitat within the project area including breeding habitat. |

*Status Key:
K = Species is known to occur within the project area based on sightings, tracks or other strong evidence.
S = Species is suspected to occur within project area because suitable habitat exists or area is within range of occurrence.
NS = Species is not suspected to occur within the project area due to lack of suitable habitat or areas is outside species range.There would be ***no impact*** on these species and further analysis is not required (see project file).

**Determination Key
No Impact = Species is not suspected to occur within the project area.
May Impact = May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species.

## Bald Eagle

### Summary of Conclusions

Implementation of any the Buckhorn project's action alternatives would result in a determination of **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for the bald eagle. In summary, the primary nesting and foraging habitat along the Yaak River would not be impacted and upland foraging opportunities would be improved with increase forage for big game and

other potential prey species. The proposed action, Alternative 2, would provide the greatest long-term opportunities for bald eagle use.

### Introduction

Bald eagles are year-round residents of the KNF, and frequent open water bodies where fish and waterfowl are available as prey. They also forage in upland areas and roadways for other food sources such as small mammals or carrion. Eagles generally nest in mature stands within one mile of suitable water bodies, usually in a live, dominant tree. Detailed bald eagle population ecology, biology, habitat description and relationships identified by research are described in MBEWG (1991), MBEWG (1994), USFWS (1995), USFWS (1999), USFWS 2007a, and MBEWG 2010. These provided guidance in evaluating potential habitat and potential effects to bald eagles, and are incorporated by reference.

### Data Sources, Methods, Assumptions, Bounds of Analysis

The bald eagle was officially removed from the threatened species list on August 8, 2007 (USFWS 2007b). It was immediately placed on the Forest Service Northern Region's sensitive species list for a period of five years, after which a status review will be made to determine the need to remain on or be removed from that list.

The Montana Bald Eagle Management Plan (MBEMP) (MBEWG 1994) states that the Plan will "… serve as the conservation and management plan when bald eagles are delisted." The Montana Bald Eagle Management Guidelines (MBEMG) (MBEWG 2010) is an addendum to the 1994 Management Plan and provides more protective management guidelines for Montana than the national guidelines (USFWS 2007a). Therefore, the guidelines from the MBEMG serve as the measure for bald eagle habitat management and disturbance impacts on the KNF. The effect of any proposed activity on potential eagle habitat and any known eagle nests located will be discussed in relation to the MBEMG.

The MBEMP guidelines identify four general habitat categories and management concerns for bald eagles. They are 1) nesting habitat, 2) foraging habitat (including perch sites), 3) winter habitat (including roost sites), and 4) mortality risks. In addition, the MBEMG describes three zones of use around nest territories, based upon activity type, and guidelines for avoiding disturbance to eagles. Effects indicators will be a quantitative (acres affected) or qualitative (potential to increase risk of mortality) effects analysis for the four habitat categories/management concerns.

Bald eagles may forage anywhere carrion may be present, although most non-winter foraging occurs near water where prey is available. Suitable habitat was considered the area identified by Wilson (2001) within the Buckhorn project area and acres were calculated from GIS spatial layers.

The analysis boundary for project impacts to individuals and their habitat, cumulative effects, and making the effects determination is all lands within the project area that fall within the bald eagle habitat area boundaries agreed to by the USFWS (Wilson 2001). The primary effect of activities to bald eagles is potential impacts to nesting success. Since nesting and primary forage habitat occurs within approximately one mile of waterways, the consultation area is appropriate for analysis of the bald eagle.

Eagle use and occurrence data comes from recent District wildlife surveys and observation records, NRIS wildlife database, and other agency records (USFWS, MFWP).

### Affected Environment/Existing Condition

Bald eagles are year-round residents of Montana and have exceeded the goals identified in the original 1983 Recovery Plan. As of 2009, the number of bald eagle nesting territories grew from 31 in 1980 to 526 (DuBois 2010). In 2009, 367 of the territories were active and 284 of them successfully fledged 503 eaglets (ibid).

Bald eagles occur as both seasonal migrants and year-round residents within the boundaries of the KNF. Nesting attempts on the KNF have increased significantly over the last two decades. Only one active nest was known to occur in 1978, whereas 35 active nests (15 on NFS lands and 20 on private land) were known and monitored in 2008. Nest success for active nests in 2008 was 41 fledglings. This is above the 20 year average of 24.5 fledges calculated for the last KNF monitoring reporting period (1988-2007, USFS 2008a). In addition, two new nest territories were documented on this District in 2013 including one east of Yaak. The KNF supports about 564,558 acres (242,965 acres on NFS lands, 275,470 on private lands, and 46,123 acres of water) of potential bald eagle habitat.

Wintering bald eagle numbers have fluctuated over the years depending on food sources (fish from open waters and dead animals along roads and railroad tracks) and winter conditions (open versus frozen water for foraging habitat). Mid-winter bald eagle counts have averaged 88 bald eagles over the past 25 years (1989-2013, KNF bald eagle monitoring records).

About 6,627 acres of potential bald eagle habitat occurs on NFS lands in the project area. Nesting habitat is typically associated with mature forest stands in close proximity (less than one mile) to large bodies of water, including lakes and fourth order streams, which provide an adequate prey base. Nesting habitat includes three management zones: I – Nest site area, II – Primary use area, and III – Home Range. A description of each zone and associated management objectives and guidelines can be found in the MBEMP (MBEWG 1994). There are no bald eagle nest territories in or adjacent to the project area. Currently, the closest known active nest site is east of the town site of Yaak, approximately four air miles from the project area.

Existing foraging habitat consists of lakes, rivers, wetlands and meadows which provide open flight paths, perches and adequate prey. It also includes road and railroad corridors (especially in the winter) where carrion may be present. Existing winter habitat is generally dictated by the presence and abundance of food, open water, and secure night roost sites (MBEWG 1994). Eagles have been documented along the Yaak River in winter, but use is variable as many portions of the river freeze during winter.

The MBEMP (1994) identifies bald eagle mortality risks as shooting, accidental trapping, poisoning, diseases, and electrocution. On the KNF, bald eagles have also died from collisions with motor vehicles and trains. No trains are found in the project area and reduced speeds on most of the project area roads lowers the mortality risk due to motor vehicles in the area. Yaak Highway 508 is the main access for motorized traffic into the Yaak area. This high speed route has the potential to result in eagle mortality; however, no known mortalities have been documented. In addition, during the winter period when eagles are more likely to be scavenging on road killed carrion, the low documented occurrence of eagles as well as reduced highway

speeds reduces the opportunity for motor vehicle related mortality in the project area. A small powerline parallels Yaak Highway 508 through the project area. It is located on the upland side of the highway from the river, staying outside the river and riparian corridor. No known bald eagle mortalities have resulted from this powerline.

### Environmental Consequences

Management activities have the potential to affect bald eagles by direct habitat changes (physical removal of potential nesting, perching or roosting trees) and by activity disturbance to important habitat elements (known nest, perch or roost trees; disturbance in nest territory during nesting season; disturbance to known winter roost sites). Other potential effects include an increase in road kill and an increased risk of eagle/vehicle collisions from project traffic. Table 3.41 below summarizes the impacts of the four alternatives to identified potential bald eagle habitat in the Buckhorn project area

**Table 3. 41 - Comparison of management activity acres within identified potential bald eagle habitat in the Buckhorn project area.**

| Alternative | Type of Activity | Acres within Identified Potential Bald Eagle Habitat | Comments |
|---|---|---|---|
| 1 (Existing Condition) | No Activity Proposed | 6,627 | No active management would occur |
| 2 | Timber Harvest | 319 | Includes primarily regeneration harvest, some intermediate, and associated underburning |
| 3 | Timber Harvest | 274 | Same as Alternative 2, acre reduction within regeneration harvest |
| 4 | Timber Harvest | 297 | Same as Alternative 2, acre reduction within regeneration harvest |
| Alternatives 2-4 | Prescribed Burning | 1,100 | Burning only |
| Total Acres | | Alternative 1 – 0<br>Alternative 2 – 1,419<br>Alternative 3 – 1,374<br>Alternative 4 – 1,397 | |

### Alternative 1 – Direct and Indirect Effects

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree

species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

Bald eagles nest and perch in large, dominant trees on the landscape and forage in upland areas on small mammals and carrion. Without periodic low to mixed severity fires in this area, depending on habitat type, there is reduced development of large diameter trees or the creation of openings that provide forage for big game and other species. Also, the potential for stand replacing wildfire to spread into the more moist sites is likely to increase due to uncharacteristic vegetative conditions and would result in changes in the availability and distribution of suitable habitat within the project area.

Under Alternative 1 (No Action) no active management would occur within identified suitable bald eagle habitat. Therefore, no direct effects to nesting, foraging, or roosting habitat would occur from proposed federal actions. However, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions and increased potential for high severity fire behavior within the project area (see the Vegetation and Hazardous Fuels sections) which would reduce foraging and nesting/roosting opportunities in the future.

### Alternatives 2, 3, and 4 – Direct and Indirect Effects

Bald eagles are found along the Yaak River; however, few observations of bald eagles have been made in the vicinity of the project area and no nest sites or communal roosts have been documented. Bald eagles generally choose the older, larger, and tallest trees in the stands for nest sites (MBEWG 1994). Three treatments have been proposed with the Buckhorn project's bald eagle habitat: intermediate harvest, regeneration harvest, and prescribed burning.

Thirteen acres of intermediate harvest is proposed under all action alternatives in Unit 5. Intermediate harvest would retain the overstory, dominant trees and security cover to varying degrees. This unit would maintain or promote future nesting habitat by encouraging the growth of the larger, dominant trees left within the stands. Potential nesting and roosting opportunities would be maintained through the retention of the existing large diameter western larch located within the unit. Also, this stand currently provides forage and cover opportunities for a range a species that bald eagles could hunt or scavenge on. Retention and enhancement of this canopy and understory vegetative structure would continue to provide future upland foraging opportunities.

Compared to intermediate harvest, regeneration harvest units would remove the majority of the trees available for nesting as well as the screening cover that provides security to nests. Alternative 2 proposes approximately 307 acres of regeneration harvest within bald eagle habitat.


FS-046837

Remnant large diameter seral tree species such as western larch and western white pine are located within these proposed units and could provide nesting opportunities. However, nesting habitat must also provide an adequate prey base and suitable structural conditions, such as open flight paths and perches, which allow for maneuverability during hunting. Although variable, the majority of these acres has a high density of cedar/hemlock trees which provide little foraging opportunities for prey species and limits bald eagle use (i.e., limited maneuverability) where prey does exist. Regeneration harvest of these stands would retain the healthy, relic western larch and western white pine as well as develop foraging opportunities for big game and other prey species. Tree cover would return in approximately 15 years and begin providing greater security for nesting opportunities. Alternatives 3 and 4 are similar to Alternative 2 with slight reductions in proposed regeneration harvest acres (274 and 297 acres, respectively). While having the same desired conditions for the stands, these alternatives offer less future opportunity for bald eagle use especially for upland foraging and scavenging.

Prescribed fire, like intermediate harvest, would help to promote growth of the existing healthy trees by thinning out the understory as well as rejuvenate the existing shrubs, grasses, and forbs. All action alternatives propose 1,100 acres of burn only treatment within bald eagle habitat. These are lower elevations sites that are in close proximity to the Yaak River and are winter range for one or more big game species. Maintaining and/or creating more open stand conditions with big game foraging opportunities and larger trees in close proximity to the river provides greater nesting opportunities as well as winter foraging and scavenging opportunities for bald eagles in the area.

Winter foraging habitat is generally associated with ice-free bodies of water where fish and waterfowl are available (MBEWG 1994). Although the Yaak River provides potential winter habitat, stretches of the river often ice over and limits the available foraging opportunities for bald eagles throughout the season. Icy conditions are variable along the stretch of river adjacent to the project area. Bald eagles will use upland areas in winter; however, the limited opportunities provided by the Yaak River likely reduce the overall use of the area by bald eagles including potential upland foraging habitat. Proposed activities would not occur within the riparian habitat of the Yaak River and would not reduce the foraging opportunities in this primary habitat. Intermediate harvests and prescribed burns may create open areas and flight paths for eagles to use as foraging areas.

For all action alternatives, the primary effect of the proposed activities would be the potential for short-term disturbance and avoidance of foraging habitat (e.g., Yaak River and open forested areas) in proximity to activity areas due to the increased human activity, equipment, and noise. Not all proposed harvest units would be active at once and although an eagle may be disturbed by activities in one area it would not be displaced from the entire habitat area. This potential effect, will not result in impacts to nesting success because no nests are known to occur within the project area and the proposed activities would not result in displacing or disturbing nesting eagles or their young. None of the action alternatives would add to bald eagle mortality risk. No power lines would be installed nor would public motorized access (e.g. speed limits, increased potential for carrion along roadways) change with implementation of any of the action alternatives. Regeneration harvest would promote bald eagle use of the area in the long-term with the proposed action providing the most future opportunities.

### Cumulative Effects

#### *Introduction*

The Affected Environment/Existing Condition section describes the existing suitable habitat within the project area, primarily nesting habitat within close proximity to large bodies of water. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting bald eagle habitat.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," all lands within the project area that fall within one mile of the Yaak River were chosen as the appropriate scale for bald eagle cumulative effects analysis. The primary effect of activities to bald eagle is nest success; therefore, a cumulative effects area that encompasses the likely nesting habitat is appropriate. In addition, habitat throughout the project area was evaluated for potential impacts related to foraging and winter habitats (including perch and roost sites) and mortality risks. There are no apparent conditions within the project area that would cumulatively contribute negative effects to bald eagle nesting habitat.

#### *Past Actions*

The primary measure of habitat suitability is changes to nesting habitat. Table 3.41 of this analysis summarizes the existing condition which reflects the acres of primary bald eagle habitat which is located within one mile of the Yaak River. Harvest has occurred in the project area since the 1950s and included regeneration harvest and loss of snags, large old trees, and reductions in riparian habitats. These would have resulted in a reduction in nesting habitat and success as well as roosting habitat in upland areas. Associated road construction and development of private lands along the Yaak River would have contributed to the loss of habitat in the project area. Detailed description of previous vegetation management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. In unharvested areas, natural disturbances such as wildfire would have contributed to a mosaic of habitats and forage conditions. In contrast, fire suppression since the early 1900s has contributed to the alteration of stand structure and composition resulting in more homogenous stands with greater canopy closure in some areas, which has in turn reduced big game forage and scavenging opportunities on some sites.

Since the 1990s, application of Forest Plan standards has resulted in the retention of snags and protection of riparian habitats. Greater reliance on intermediate harvest that leaves more forest structure (including large old trees), snags, and cover has since provided for both nesting and upland foraging opportunities. Also, prescribed fire that maintains open conditions and development of large trees has improved nesting and foraging opportunities. Application of management guidelines that limit activities around know nest sites, such as timing restrictions and minimum distances from the nest, have further reduced impacts to nesting success. Cumulatively, management activities in the past two decades have improved the protection of reproductive opportunities and success as well as maintenance and/or improvement of foraging habitats.

### Alternative 1 – No Action

The No Action Alternative does not directly contribute any cumulative effects to bald eagles or their habitat. However, without active management there would be a continued trend towards

uncharacteristic vegetative conditions which would continue to reduce foraging and nesting/rooting opportunities in the future.

### Alternatives 2, 3, and 4

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

Ongoing federal actions have been considered and included when formulating the existing condition of this project area. This includes a small portion of the Grizzly Project that still needs to be completed. Four small (20 acres or less) regeneration harvest units and five burn units (between 27 and 62 acres, totaling approximately 250 acres) are located within the eastern corner of the project area. Additional acres of regeneration harvest within this area would provide more foraging opportunities for big game in winter range. Similarly, prescribed fire in the area would reduce conifer encroachment and maintain foraging opportunities. Both would retain the healthy, large diameter trees that would provide future nesting habitat. The Grizzly Project's harvest units would be expected to be completed prior to implementation of Buckhorn activities although proposed burn units may take longer to complete. There may be some overlap in disturbance effects related to the Grizzly Project burn units, but it would be of short duration and limited to the time of activity. No known active nests are located within this overlapping project area. Neither project proposes activities within riparian areas or other prime nesting habitats while both would improve foraging habitats. Proposed activities would not increase the potential effects to this species. Cumulatively, there could be temporary impacts of the two activities due to disturbance and potential displacement but the desired conditions proposed for these units would be beneficial to bald eagles in the long-term.

Approximately five percent of the bald eagle habitat within the project area is privately owned. The development of homes, construction of roads, and conversion of forested habitat into pastures or agricultural fields has reduced the suitability of nesting and foraging habitat along the river. However, development in the past 10 years would suggest minimal change in the private land for the next 10 years. Cumulative effects to nesting habitat and success from development on private lands would be minimal.

Based on the nature and magnitude of potential cumulative effects to bald eagles independent of this project, there are no cumulative effects anticipated that would change the effects determination to the eagles from implementation of the action alternatives.

### Regulatory Consistency

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to the bald eagle and sensitive species and include:

Forestwide Management Direction – FP II-1 #6, #7, #17, II-22 and 23

p.II-1 #6 – *Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered:* Bald eagles have been irregularly observed in the area, high quality habitat would not be reduced, upland foraging habitat would be improved, and snag habitat would be retained.

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area.

p.II-1 #17 – *Use prescribed fire to simulate natural ecological processes . . . create habitat diversity for wildlife . . .:* Prescribed burning would occur on approximately 1,100 acres of potential bald eagle habitat and has the potential to increase snag and foraging habitat within treated areas.

p.II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See p.II-1 #7 above for habitat diversity. Bald eagles are monitored as an indicator species for river and lake habitats. Their occurrence and estimate of population is monitored through District observations, winter surveys and nest monitoring, MFWP reports, and KNF Monitoring and Evaluation Reports.

p.II-23 – *Best Management Practices, as specified by the MBEMP (updated by the MBEMG in 2010) will be applied to all know bald eagle nest sites, important roost or perch sites, and know wintering sites:* There are no such identified sites located within the project area.

Bald and Golden Eagle Protection Act (16 U.S.C. 668-668C 1978) – *Without being permitted, it is illegal to possess (and related activities) any bald or golden eagle, their nest, or egg:* Proposed activities would not impact known nest sites and would not result in the possession of an individual, feathers, nest, or egg.

Migratory Bird Treaty Act (17 U.S.C. 703-712) – *Make it illegal to take, kill, or possess migratory birds. Furthermore, Executive Order 13186 requires federal agencies to evaluate the effects of federal actions on migratory birds through environmental analyses:* The project complies with Executive Order #13186 and associated Memorandum of Understanding by evaluating the effects of federal actions on migratory birds as part of the NEPA process and promoting conservation of and minimizing adverse impacts on migratory birds (see Migratory Bird analysis).

**National Forest Management Act:** The project complies with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

### Statement of Findings

Alternative 1 (No Action) **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for bald eagles. The no action alternative would maintain existing nesting, roosting, and foraging habitat. The current trend is that stand characteristics and function are departing from

historic conditions. Lack of management and treatment in these stands would further continue this trend which includes increased potential for high severity fire conditions within the project area. This would result in the continued loss of nesting, roosting, and foraging habitats especially if a severe wildfire occurred near the Yaak River.

Alternatives 2, 3, and 4 **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing** or cause a loss of viability to the population or species for bald eagles. This determination is based on: 1) no disturbance or displacement of nesting eagles or their young, 2) minimal reduction in potential nesting habitat due to regeneration harvest, 3), sufficient nesting habitat is maintained to provide for unknown current and future nesting success, 4) winter foraging opportunities would not be reduced along the Yaak River, 5) increased forage for both small mammals and big game species may increase upland foraging and scavenging opportunities for bald eagles, and 6) no increased risk of bald eagle mortality.

## Coeur D'Alene Salamander

### Summary of Conclusions

Implementation of the Buckhorn project's action alternatives result in a determination of **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for the Coeur d'Alene salamander. All harvest and prescribed fire activities are located outside the recommended protection distance for known salamander sites. Watershed work poses minimal, short-term impacts but long-term benefits to stream quality within suitable but currently unoccupied habitat. Proposed activities pose minimal risk to the known salamander population and would not result in the alteration of suitable habitat.

### Introduction

Coeur d'Alene salamanders are found below 5,000 feet in springs, seeps, waterfall spray zones, and streamside of cascading creeks. They occur in wet, humid, cool micro-habitats containing fractured bedrock or gravel providing moisture and shelter. Detailed population ecology, biology, habitat description and relationships identified by research are described in Cassirer et al. (1994), Maxell (2000), and Maxell et al. (2003). These provided guidance in evaluating potential habitat and potential effects to Coeur d'Alene salamanders, and are incorporated by reference.

### Data Sources, Methods, Assumptions, Bounds of Analysis

Other than NFMA and Forest Plan direction previously described for sensitive species, there is no federal management direction specific to Coeur d'Alene salamanders. However, the Conservation Assessment for Coeur d'Alene salamanders (Cassirer et al. 1994) identifies threats to populations and provides some management recommendations for timber harvest, watershed management, and prescribed fire. These recommendations focus on maintaining high-quality habitat conditions at known locations (site protection, canopy retention of at least 60 percent, timing restrictions for activities, maintenance of 100-foot streamside protection zones, no fire within 100 feet) and watershed management (maintain water quality and temperature, minimize harvest activities in headwater sub-drainages, road construction, use/maintenance, and sediment runoff). Maxell et al. (2009) identifies similar threats and management recommendations in the state-wide Conservation Plan for amphibians and reptiles.

Coeur d'Alene salamander occurrence data comes from recent District wildlife observation records, surveys, NRIS wildlife database, and other agencies (MFWP, MNHP).

Suitable habitat was identified by the Coeur d'Alene salamander habitat model, which selects for elevation (less than 1524 meters), land types (those with fractured rock), streams (within 10 meters), springs or seeps, and forest cover (medium to heavy canopy cover class) (Johnson 2004a).

Occupied sites are generally protected from management activities by RHCAs required by INFISH and by water quality standards. However, some sites may need additional measures to protect or maintain site conditions. Therefore, measurement indicators for effects to Coeur d'Alene salamanders will be a qualitative discussion of potential effects of proposed activities to 1) site-specific conditions at known occupied sites and 2) unoccupied suitable habitat.

Due to the dispersed and specialized habitat used by Coeur d'Alene salamanders and their restricted mobility, project impacts would occur at the local scale within or adjacent to these habitats. Therefore, the analysis boundary for direct effects would be the activity sites. Indirect and cumulative effects to individuals and their habitat is the South Fork Fuels project area. The boundary for determining contribution toward viability is the KNF.

### Affected Environment/Existing Condition

Coeur d'Alene salamander surveys, observations, and monitoring data have documented one occupied site in the Buckhorn project area along Yaak Highway 508 in fractured rock habitat. However, the combination of abundant water and suitable land types provides suitable habitat along all of the major drainages (Meadow, Hellroaring, Spread, and Whitetail) as well as some of the tributaries within the project area. Mapped suitable habitat amounts to approximately 43 miles of stream or 346 acres of habitat which includes 10 meters of riparian vegetation on each side of the stream. These estimates may be slightly less than actual acres because not all seeps and springs are mapped.

Suitable habitat acres on the KNF are estimated at almost 2,000 acres (Johnson 2004a). Coeur d'Alene salamander presence has been confirmed in five of the eight planning units on the Kootenai at 36 different sites. Known populations on the KNF are isolated by miles of unsuitable habitat that cannot be crossed (based on Maxell 2000 and Maxell et al. 2003). The isolated nature of distinct populations makes them vulnerable to random events that could lead to local extirpations (Cassirer et al. 1994).

### Environmental Consequences

Proposed management activities have the potential to affect Coeur d'Alene salamander habitat and occupied sites by altering habitat conditions through vegetation management, prescribed fire, and by decreasing water quality through changes in sediment loads and stream temperatures. Coeur d'Alene salamanders, along with many other amphibians, are sensitive to changes in their surrounding environments. Altered site habitat or water quality could affect individuals; however, protection of RHCAs and implementation of BMPs on roads reduce potential effects."

#### *Alternative 1 – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and

frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

Under Alternative 1 no active management would occur within identified suitable Coeur d'Alene salamander. Therefore, no direct effects from proposed federal actions would occur. However, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area (see the Vegetation and Hazardous Fuels sections).

Existing Coeur d'Alene salamander habitat would continue to be available on the KNF portions of stream banks and within seeps and springs. However, the potential for severe wildfire to spread into the more moist sites is likely to increase due to increased fuels accumulations. This could result in alteration of the environmental conditions of these sites (forested cover, temperature, sedimentation, etc.) through the reduction of vegetation adjacent to these sites.

### *Alternatives 2, 3, and 4*

For all action alternatives, proposed harvest unit boundaries would be laid out in compliance with INFISH and Forest Plan standards to protect riparian habitats. The minimum distance of 100 feet from intermittent streams meets the recommended protection distance for known Coeur d'Alene salamander sites. As such, none of the proposed units fall within mapped suitable salamander habitat. In addition, RHCA guidelines and/or winter logging restrictions would also apply to currently unknown wet areas such as seeps and springs found within proposed units to maintain the site's characteristics. Very moist soil conditions are required for salamander movement between sites. Outside of these protected wet areas, soil conditions are not supportive of salamander movement within the proposed harvest units. Therefore, no effects to known or suitable Coeur d'Alene salamander habitat or movement areas would be expected from proposed harvest activities under any of the action alternatives.

For all action alternatives, all burn units would be located outside mapped suitable habitat. However, a known salamander site occurring within a microsite of fractured rock habitat is located along the edge of unit E. The boundary of burn E has been adjusted to assure a minimum distance of 100 feet from this site. The source of water within this area appears to be from within the rock as there is no associated stream channel on the slope above the site. The fire would be of low to moderate intensity with minor reduction in canopy cover in the surrounding area and burning of the unit would not be expected to result in altered water flow or act as a source of

sedimentation into the site. There would be negligible risk of mortality expected from the prescribed burning activity due to site protection, minimal vegetative changes within the unsuitable habitat surrounding the known site, and no alteration of upstream water sources.

None of the action alternatives propose the construction of new roads and temporary roads would not have stream crossings within suitable or known salamander sites. Road improvement activities and use for hauling would not be expected to increase dust and sediment runoff into suitable salamander habitat compared to routine road maintenance and use within the project area and would not affect future occupation of these sites. No project road activities would occur within vicinity of the known salamander site. The effects of road maintenance would be negligible compared to existing maintenance activities, which include BMP activities, road maintenance and road reconstruction activities that serves to reduce sedimentation, improve water quality, and protect riparian habitat.

Watershed improvement activities are the same for all action alternatives. Proposed activities target roads that, in most cases, were barriered to motorized use without addressing or anticipating future hydrological issues that ultimately result in increased sedimentation into streams. These issues include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Structure removal at stream crossings in suitable habitat has the potential to result in a change to habitat suitability and mortality to individuals. However, work would be of short duration at the crossings (one to two days) and result in minimal sedimentation that would settle within a few hours. This sedimentation would settle between rocks within the stream channel, but would not be expected to impair stream functioning such as providing habitat for aquatic insects that salamanders could forage on. Also, sedimentation would not impact the stream back and associated riparian habitat where the salamanders would be found. Work would not result in a change in water flow nor a change in temperature as no canopy cover would be removed. Finally, none of the proposed work is located near the known salamander site and work would occur during the summer months when salamanders are found underground further reducing potential impacts. Long-term, removal of these inadequate and/or failing structures would stabilize the roads and stream channels and, in some instances, eliminate continual sources of sedimentation. In comparison, complete failure of a crossing structure in the future, such as a culvert blowing out, would have greater potential to result in the destruction of suitable habitat or loss of individuals downstream from the event. In summary, the effect of proposed watershed work would result in negligible changes to habitat suitability with minimal risk of mortality and improved future habitat conditions in these areas (see Water Resources section for additional information).

### Cumulative Effects

The Affected Environment/Existing Condition section describes the suitable habitat within the project area, primarily riparian habitat associated with streams as well as seeps and springs, and documentation of one known Coeur d'Alene salamander population near the Yaak River. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting Coeur d'Alene salamander habitat. As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen as the appropriate scale for Coeur d'Alene salamander cumulative effects analysis due to the species specialized habitat and restricted mobility.

### Past Actions

The measure of habitat suitability is alterations to the mapped suitable riparian habitat described in the Affected Environment/Existing condition section of this analysis. Timber harvest has occurred in the project area since the 1950s and, up until the early 1990s, harvest occurred within riparian habitats resulting in alterations and reduction of riparian habitat. Also, high levels of road construction to facilitate harvest occurred through the 1980s and resulted in sedimentation into streams. Detailed descriptions of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document.

Since the 1990s, application of Forest Plan standards has resulted in the protection of riparian habitats, less road construction and road closures, and BMP work on existing roads to reduce sedimentation.

Applications of these standards and management trends results in greatly improved protection of suitable known and potential Coeur d'Alene salamander habitat.

### Alternative 1 – No Action

The No Action Alternative does not directly contribute any cumulative effects to Coeur d'Alene salamanders or their habitat. However, without active management the trend towards uncharacteristic vegetative conditions and fire severity would continue and increase the potential for alteration of riparian habitats used by the salamanders.

### Action Alternatives – 2, 3, and 4

Ongoing federal actions have been considered and included when formulating the existing condition of this project area. This includes the completion of a portion of the Grizzly Project. As with the Buckhorn project, timber harvest and prescribed fire activities would not occur within riparian habitats. No proposed vegetation management activities would be expected to cumulatively increase the potential effects to this species.

Normal road and trail maintenance activities that occur on a regular basis have the potential to increase sediment and decrease water quality where suitable habitat occurs. No activities or stream crossings would occur within known or suitable habitat. In addition, improved BMP standards and stabilizing roads before placing them into intermittent stored service has reduced road related sources of sedimentation. Proposed and ongoing roadwork in the project area may contribute minimal amounts of sedimentation into streams. Cumulatively, there has been an improvement in water quality and protection of riparian habitats within recent years.

Less than one percent of the Buckhorn project area is privately owned by small private landowners. Effects associated with private lands included riparian harvest, conversion of floodplains to pasture and hayfields, removal of large wood from the stream, grazing impacts to riparian areas, diversion of stream flow for irrigation, and the installation of undersized structures at road/stream crossings. Alterations of water dynamics, potential loss of seeps/springs, and increased sediment sources likely removed or changed potential suitable habitat that may have provided connectivity between salamander populations in the past. However, development in the past 10 years would suggest minimal change in the private land for the next 10 years especially in this small area of private ownership. Although in close proximity, future development is not

expected to impact the known Coeur d'Alene salamander site nor impact potential movement between suitable habitats on NFS lands. Cumulatively, private land development would have negligible effects to the known salamander population and availability of suitable habitat within the project area.

None of the action alternatives would impact known sites in the project area with minimal potential short term effects from proposed watershed work at stream crossings. Based on the nature and magnitude of potential cumulative effects to Coeur d'Alene salamanders independent of this project, there are no cumulative effects anticipated that would change the effects determination to the salamanders from implementation of any of the action alternatives.

## Regulatory Consistency

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to the Coeur d'Alene salamander and sensitive species and include:

Forestwide Management Direction – FP II-1 #6, #7, II-22 and 23

p. II-1 #6 – *Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered:* Coeur d'Alene salamanders have been documented in the project area, mapped suitable and known habitat has been excluded from proposed harvest and prescribed burn units, proposed watershed work at stream crossings within suitable habitat would improve stream function and quality in the long-term.

p. II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species*: Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area. p.II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See 1.b. above for habitat diversity.

Forest Plan riparian standards and guidelines (Vol. 1, II-28 thru 33), as amended by INFISH – *Defines the four categories of stream or water body and the standard width for each as well as activities that may occur within the buffer:* Riparian areas have generally been excluded from activity units based on category, type of activity, potential impacts to Riparian Management Objectives (RMOs), and compliance with the streamside management zone (SMZ) law. Newly discovered wet areas would be treated as riparian areas and excluded from treatment and/or winter logged to minimize ground disturbance and maintain the site's characteristics.

**National Forest Management Act**: The action alternatives comply with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

## Statement of Findings

Alternative 1 (No Action) **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for Coeur d'Alene salamander. Although no management activities would take place that would reduce suitable habitat or result in displacement/disturbance effects, lack of site

appropriate management would continue the trend towards uncharacteristic vegetation conditions and an increased potential for high severity fires. Such a wildfire could affect salamander habitat by altering streamside and wet microhabitats (e.g., increased sedimentation and reduction of associated vegetation) in the Buckhorn project area.

Alternatives 2, 3, and **4 may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for Coeur d'Alene salamanders. This determination is based on: 1) all proposed harvest and prescribed fire activities would occur outside the recommended protection distance for occupied habitat, 2) treatment areas would not alter the potential for movement between suitable habitats, 3) watershed work to suitable habitat with long-term benefits to stream quality, and 4) minimal mortality risk to known or undiscovered Coeur d'Alene salamander populations.

## Fisher

### Summary of Conclusions

Implementation of the Buckhorn project's action alternatives result in a determination of **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for the fisher. Although a small percentage of available yearlong fisher habitat would be affected by proposed timber harvest, treatments would maintain existing elements of complex forest structure (e.g. large diameter trees, snags, down coarse woody debris (CWD) and areas of greater canopy cover where available and encourage winter foraging use of this habitat in the near future. Also, proposed treatments would trend vegetative conditions towards historic range of variation which includes a diversity of habitat types and seral stages while maintaining an abundance of mesic, mature habitat selected for by fishers within the project area.

### Introduction

Fishers were historically found throughout the montane and boreal forest across North America in Canada extending south into the United States to New England, the Great Lakes area as far south as Tennessee, and along the Appalachian, Rocky, and Pacific Coast Mountains[7]. The contemporary continental distribution has contracted compared to the presumed historical range in some areas, although fisher distribution in United States Northern Rocky Mountains is thought to be similar to the presumed historic range (USFWS 2011a).

Although fisher distribution in the Northern Rockies is similar to historic distribution (ibid), they are thought to be one of the lowest density carnivores in Montana (Vinkey 2003). For example, Vinkey's (2003) work in the Cabinet and West Cabinet Mountains of Northwest Montana only 11 documented fishers during three winters (2001-2003) of fieldwork. Similarly, surveys for fishers in the Northern Rockies since 2004 has only detected fishers at 222 out of 4,813 snares deployed in eight years (Schwartz et al. 2006, USFS 2012).

Fishers are low density, year-round residents of the KNF. They use a diverse range of habitat types and successional stages, but prefer moist environments with a higher proportion of mid to

[7] See map of presumed historic and current distribution on page 7 of the USFWS 2011a listing decision.

late seral forests. Complex forest structure such as large snags, large down wood material, and high canopy cover are important components of fisher habitat. Live trees are used most often for resting, although snags and CWD are also used. Cavities in both live and dead trees are vitally important for denning females with young. Structures used for these activities are generally larger than other available trees in the vicinity. Fishers are opportunistic predators, primarily of small forest mammals (e.g., snowshoe hares, voles, squirrels, and mice) and birds; carrion and plant material may also be consumed. Therefore, fishers have been shown to use a greater variety of forest habitats, including younger stands, when foraging. Riparian areas have been suggested to be important habitat for travel, resting, and denning. However, riparian areas often contain the structural complexity just described and use may simply be a reflection of its suitability; upland habitats with similar characteristics may be just as important for fisher use. The above summary and detailed fisher population ecology, biology, habitat description, and relationships identified by research are described in Jones (1991), Powell 1993, Vinkey (2003), Lofroth et al. (2010), USFWS (2011a), and Raley et al. (2012). These provided guidance in evaluating potential habitat and effects to fisher, and are incorporated by reference.

Although not all habitat types or acres are outside the historic range of variability, past vegetation management activities and fire suppression have contributed to changes in vegetation pattern, patch size, structure, species composition, and fuel loading in the project area. Currently, vegetation characteristics are trending towards levels outside of historic ranges. Also, the potential for high severity wildfires has increased; such a wildfire could alter the environmental conditions within cool, damp habitats (e.g., riparian habitats) making it unsuitable for potential or known fisher populations. The purpose and need of the Buckhorn project would be achieved through treatments designed to promote resilient vegetation conditions characteristic of the area. In addition, reduced fuel loads and more fire tolerant conditions would reduce fire severity within the units and may provide fuel breaks that reduce the severity in adjacent riparian habitats thereby maintaining conditions suitable for the fisher.

### Data Sources, Methods, Assumptions, Bounds of Analysis

In June 2011, the USFWS determined that listing the fisher as threatened or endangered was not warranted at the time (USFWS 2011a). This finding was in response to a petition to list a distinct population segment (DPS) of the fisher in its U.S. Northern Rocky Mountain range, including portions of Montana, Idaho, and Wyoming. The USFWS determined that fishers in the Northern Rocky Mountains met the definition of a DPS because they are geographically separated from other fisher populations, and because the loss of this population would result in a significant gap in the range of the species and the loss of a unique genetic identity found nowhere else within the range of the species. Based on the existence of fisher throughout much of its historic range in Montana and Idaho, including "an increase in number and distribution since their perceived extirpation in the 1920s" (USFWS 2011a, pg. 38515), and no indications that other natural or anthropogenic factors are likely to significantly threaten the existence of this DPS of fisher (pg. 38531), the USFWS concluded that the DPS "is not now, or in the foreseeable future, threatened by other natural or anthropogenic factors affecting its continued existence, or that these factors act cumulatively with other potential threats, to the extent that listing under the Act as an endangered or threatened species is warranted at this time" (USFWS 2011a, pg. 38531).

Other than NFMA and Forest Plan direction previously described for sensitive species, there is no federal management direction specific to fisher. However, Ruediger et al. (1994) provided a regional hierarchical approach to addressing fisher habitat and identified the KNF as a primary

habitat area for fisher. In addition, complying with standards and guidelines from the Inland Native Fish Strategy (INFS), Forest Plan standards for old growth, and riparian areas and snag/down CWD debris guidelines (see appropriate sections) would support habitat components important to fishers.

The analysis boundary for direct effects to individuals and their habitat is the Buckhorn project activity areas, since activities in this area could result in disturbance and displacement effects to fishers. Fisher home ranges in Montana and Idaho are among the largest home ranges reported for fishers, with females averaging approximately 10,000 acres, and males averaging approximately 22,000 acres (Jones 1991). Both male and female fisher are considered because their home range sizes differ and home ranges between sexes overlap extensively (Powell 1993, Powell and Zielinski 1994, and Aubrey et al. 2004 ). The boundary for indirect and cumulative effects is the project area as fisher home ranges are larger than the individual activity areas and the project area is large enough to assess potential effects in context of two female home ranges. The project area is also large enough to assess any potential effects to connectivity and movement between individual drainages. Given the nature of potential effects and abundance of suitable habitat forest-wide, expanding the effects boundary further would only tend towards diluting the potential effects of the proposal, however potential activities in neighboring planning areas were considered for habitat availability and connectivity. Contribution toward viability is assessed at the KNF level.

Fisher habitat for the KNF is based on habitat components important to fishers and includes a combination of habitat groups, forest type, structure (tree age/size), canopy cover (≥ 40 percent) and elevation. Availability and location of streams and lakes were also considered. The indicator for assessing alternative effects to fishers and their habitat is the acres/percent change in fisher habitat. A qualitative discussion of habitat quality (e.g., availability of large structural components) and connectivity between drainages and mid/late seral habitat will also be used.

Vinkey (2003) summarizes historical observations and fisher introductions into the Purcell Mountains (1959) and Cabinet Mountains (1990-1991) on the KNF. Fisher occurrence data comes from recent District wildlife observation records, NRIS wildlife database, and other agencies (MFWP).

### Affected Environment/Existing Condition

Following the identification process outlined in Ruediger (1994) and Johnson (2004b), the Buckhorn project area was identified as part of a primary fisher conservation area and provides high quality fisher habitat (Johnson 2004b). Johnson (1999a) shows fisher presence confirmed in five of the eight planning units on the KNF, including the planning unit in which the project area is located. Also, in 2012 fisher habitat was modeled for Region One and is found within the Buckhorn project area (USFS 2012). District fisher observation and monitoring data indicates that one observation was made about 20 years ago within the project area. Fishers are not regularly observed species, especially during the summer when they tend to be active at twilight and through the night (NatureServe 2011). More recently, however, a fisher was documented during the winter of 2006 just west of the project area on the adjacent Idaho Panhandle National Forest through the survey efforts mentioned above (USFS 2012).

Forestwide, fisher habitat is abundant at about 703,423 acres and exceeds the upper range of historic variation of approximately 671,150 acres (ERG 2012). Although fisher are found within

landscapes that have high levels of contiguous cover and mid to late seral conditions, their home ranges include a diversity of forest successional stages and plant communities (Lofroth et al. 2010, Raley et al. 2012). Some studies have shown positive association with young successional stages such as pole-sapling and young forest (e.g., Jones 1991), possibly because of prey resources associated with these environments. In particular, Jones (1991) observed fisher shifting their use of habitat seasonally, with mature and old-growth forests being used in the summer and young forest cover types used more in the winter. Considering both types of habitat, approximately 37,279 acres of fisher habitat is found on NFS lands within the Buckhorn project area (67 percent of the project area). This level of fisher habitat is considered adequate if not abundant given that past and current management within the project area would be consistent with the management that has resulted in an abundance of fisher habitat across the forest as stated above. Also, the project area has an abundance of streams and associated riparian habitat and a high level of old growth habitat that contribute to this existing level and would not be impacted by proposed activities.

Of the total fisher habitat acres, approximately 11,653 acres (21 percent) are composed of this young successional forested habitat and includes past harvest units and other areas of recent disturbance such as wildfire (“winter foraging habitat”). The remaining 25,626 acres (46 percent) are composed of mature forest stands (“yearlong habitat”). Although winter may provide more foraging opportunities, the mature forests are beneficial in that they provide most of the structural complexity necessary for resting and denning (e.g., large trees with cavities, mistletoe brooms, and complex branch systems). Therefore, a combination and mosaic of these habitat types appear to be important in providing annual resources for fishers. Mesic habitat types, including riparian areas, appear to be important habitat for travel, resting, denning, and foraging as they often provide the complex forest structure desired by fishers. Approximately 84 percent of the project area consists of more mesic and productive habitat types used by fishers. There is an abundance of streams and associated riparian areas throughout the project area. Connectivity along and between adjacent drainages within the project area appears good based on mapping of habitat (e.g., habitat type, maturity, and cover) and satellite imagery. Fisher habitat is found adjacent to and near the project boundaries and connectivity with habitat outside the project area also appears to be good. Although fishers are not dependent on old growth habitat, old growth found within the project area would provide the important structural elements used by fishers and, therefore, makes up a portion of the available fisher habitat. The current old growth level within the project area is 17 percent and meets Forest Plan requirement (see Old Growth section). Snags and down CWD levels are maintained based upon Forest Plan standards or other applicable direction.

### Environmental Consequences

This analysis examines the potential effects of the proposed management activities to fishers, their habitat, and habitat components. , Proposed vegetation management activites have been designed also to simulate natural processes and create conditions that encourage the development of large structural components and open dense stands that improve conditions for fisher prey species. Riparian corridors are protected by INFISH standards and generally remain un-fragmented and available as habitat for fishers.

Table 3.42 summarizes the changes in habitat acres that would result from each alternative. Alternative 1 (No Action) represents the existing condition.

**Table 3.42– Changes to Fisher Habitat by Alternative**

| Habitat Type | Alt. 1 (Existing Condition) | Alt. 2 (Post Project) | Alt. 3 (Post Project) | Alt. 4 (Post Project) |
|---|---|---|---|---|
| Yearlong Habitat Acres (percent change) | 25,626 | 24,502 (-4) | 24,849 (-3) | 25,033 (-2) |
| Winter Foraging Habitat Acres (percent change) | 11,653 | 12,777 (+10) | 12,430 (+7) | 12,246 (+5) |

### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

Under Alternative 1 no active management would occur within fisher habitat. Therefore, no direct effects to travel, resting, denning, or foraging habitat would occur from proposed federal actions. However, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area (see the Vegetation and Hazardous Fuels sections).

Complex forest structure such as large snags, large down CWD, and high canopy cover are important structural components of fisher yearlong habitat. The highly productive nature of the mesic habitat types found in the project area has produced large trees and down CWD. However, it has also resulted in dense, homogenous stands with little to no understory vegetation and diversity for prey species. Historically, periodic mixed severity fires introduced internal diversity within regenerating stands that developed following large stand-replacing fires (see Vegetation section). Without this smaller periodic type of natural disturbance, there is no development of smaller pockets of habitat diversity across the landscape. Also, the potential for high severity wildfire to spread into these more moist habitats is likely to increase due to uncharacteristic vegetative conditions and could result in changes in habitat availability and suitability for fishers over very large areas. Past stand-replacing fires in these habitat types in the project area occurred

over tens of thousands of acres (see Vegetation section) and have greater potential for consumption of existing large structural components of fisher habitat.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

#### *Activities/Effects Common to All Alternatives*

**Old Growth Habitat:** Impacts to old growth habitat are disclosed in the Old Growth section. No activities are proposed within old growth habitat and total old growth acres and would remain at 17 percent; these acres would continue to provide structural characteristics used by fishers. Small scale disturbances such as fire, windthrow, insects, and disease create gaps in stands or result in tree mortality that increase structural diversity including multi-age and size classes, canopy layers, snags, and down CWD (Lofroth et al. 2010).

Proposed regeneration units are located adjacent to old growth blocks creating an edge influence on 35, 32, and 20 acres of old growth in Alternatives 2, 3, and 4, respectively. This amounts to less than one percent of the total old growth acres in the project area for all alternatives. Although edge influence may affect the suitability of these acres for some species, it would not change the vegetative structure with respect to the existing large diameter trees and snags or CWD available for fishers. Also, proposed harvest in adjacent stands would help protect these old growth acres from burning during a high severity fire by creating fuel breaks and influencing wildfire movement within the treated area.

Effects of the action alternatives would likely result in short-term disturbance and avoidance of old growth areas adjacent to proposed harvest units during implementation. However, these activities are not expected to reduce fisher denning, resting, or forage habitat in old growth as important characteristics (quantity of large trees and logs per acre) would be retained.

**Prescribed Fire Units**: The goal of the prescribed burn units is to rejuvenate and enhance the ground cover and understory vegetation in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. In order to achieve desired burn outcomes where little fine fuels exist, fuels augmentation accomplished through hand slashing of small diameter trees would occur within seven burn units. Approximately 3,869 acres of the 11,623 proposed acres would occur within mapped fisher habitat in portions of all but one of the prescribed burn units. Fires would be of low to moderate intensity and would target fine fuels for consumption while retaining the large structural components of the stands. In addition, the resulting mosaic of burned and unburned areas would provide a variety of micro-habitat sites for fisher prey species. Underburns would not be expected to change fisher habitat.

The effects of prescribed fire include the maintenance of existing open areas on 11,623 acres and a mosaic of habitat types within the larger landscape both within and adjacent to fisher habitat. Raley et al. (2012) hypothesize that a diversity of forested habitats provides the important vegetation structures needed by fishers as well as improved foraging opportunities. It also may provide fuel breaks that, in the future, results in a mosaic of wildfire severity that creates a variety of habitat types rather than a vast landscape devoid of the important structural components of fisher yearlong habitat. Disturbance to fisher from these activities would last until the helicopter and/or personnel conducting hand ignitions depart the area or when the fire is out. Completion is only expected to take a day or two. Timing is weather dependent but spring burns could begin in May, during the latter portion of the breeding, denning, and rearing period. This would reduce

displacement impacts during the most sensitive time for fisher. The effects of the proposed burns would be short-term disturbance due to increased human presence but also long-term maintenance of habitat diversity that includes more open stand conditions.

**Post-Harvest Fuels Treatment:** Fuels treatments include underburns and pile burning following harvest that would reduce existing and harvest generated fuels. Fuels treatments are expected to result in a reduction in the existing high fuel loading while continuing to provide appropriate levels and size of down CWD for current wildlife use and would not impact future recruitment of large diameter CWD in the project area (see Down Wood Habitat section). Also, the prescribed burns may injure or kill some live trees that would result in the development of cavities or become future snags that could be used for denning or resting sites. The effects of post-harvest treatments themselves would be minor compared to the prior harvest treatments as little additional change to stand structure or composition would occur. Activities may result in short-term disturbance and avoidance for individuals using the areas of higher canopy cover retention. However, treatments enhance the potential for harvest units to serve as future fuel breaks in the event that a severe wildfire moves through the area. By breaking up the continuous fuels, it may influence the behavior of a fire such that a mosaic of wildfire severity occurs that creates a variety of habitat types (e.g., seral stages) while better maintaining old growth and riparian habitats as it would have under natural disturbance patterns. This mosaic would provide denning, resting, and foraging opportunities for fishers.

**Roadwork (Timber Haul Routes and Watershed Improvement):** Road improvement/maintenance work on open roads would have no effect on fisher habitat. Roadwork on barriered or irregularly used gated roads would not impact fisher habitat but may increase the level of disturbance compared to existing conditions. Temporary roads totaling one mile or less are proposed under all action alternatives. Construction of these roads could result in the removal of denning and resting habitat and temporary disturbance of fisher in the area. However, the majority of these roads' lengths are located within proposed harvest units and the effects of the roads are negligible compared to the effects of the proposed harvest units. Also, temporary roads would be restricted to public motorized use during harvest and recontoured post-harvest which removes the potential for increased snag loss along roadways due to firewood cutting within the project area.

Watershed improvement activities are proposed to address hydrological issues that ultimately may result in increased sedimentation into streams and include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Barriered roads associated with these areas have become vegetated overtime and consists of alder and small diameter conifer trees. Large snags or CWD would not be expected to be found on the roads except for the occasional fallen tree from the adjacent stand. The effects of brushing the roadbeds to access areas of watershed work would be negligible loss of habitat characteristics important to fishers and minor disturbance associated with increased activities on roads that in many cases receive little to no human use.

### *Effects Variable by Alternative*

Vegetation management has the potential to impact denning, resting, and foraging habitat through reduction or alteration of the vegetative community. Mature mesic forested habitat other than old growth would be impacted by proposed timber harvests and post-harvest fuels treatments (see above). However, Forest Plan and other direction as well as project design help ameliorate some

of the potential effects to fishers. The silvicultural prescription for all harvest units is to leave any snags showing existing wildlife use, preferably in groups or in proximity to leave trees. Also, most if not all of the very large diameter western larch and Douglas-fir overstory relics are to be left for snag replacements as well as structural and genetic diversity within the stands. Other species would be retained where western larch and Douglas-fir are lacking. Snag density would remain at 71 percent for the project area and is well above the 40 percent level for upland habitats (see Cavity Habitat section). Graham et al. (1994) recommendations for the retention of CWD for long-term site productivity and down wood dependent species would be followed. Although all material greater than 3 inches is included in the recommended tons/acre, emphasis is placed on retaining larger diameter pieces (over 7 inches) where available and would include any snags felled for safety. It is expected that the Forest Plan guideline to leave a few pieces of 12 inch or greater material per acre and recommendation of 5-15 tons/acre would be met (see Coarse Woody Habitat section). Also, riparian areas have been excluded from units and all alternatives would maintain the important structural components often found in this habitat type and the habitat connectivity that it provides.

Harvest has the potential to disturb and displace individuals utilizing these stands or reduce denning and resting habitat if the trees were cut down. However, fishers evolved in forest types where fire frequency and intensity was mixed, and windthrow was common, resulting in complex and intricate landscape mosaic of young, mixed-age, and late-seral components (Jones 1991). In areas where natural disturbance processes such as wildfire have been reduced or altered, vegetation management may provide a means to simulate and re-introduce these natural processes. Timber harvest can improve foraging and denning/resting opportunities for fisher by influencing the abundance and spatial arrangement of habitat types (e.g., canopy cover, seral age, edge) provided through a mosaic of forested and more open conditions.

**Timber Harvest:** Regeneration harvest is proposed in fisher habitat. Tree species composition and health is variable in the proposed harvest stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including use by fishers. Fishers using younger or more open forests selected sites that provided greater amounts of large diameter trees, snags, and down CWD or shrub cover (Jones and Garton 1994, reviewed in Lofroth et al. 2010).

Alternative 2 proposes a total of 1,124 acres of regeneration timber harvest within fisher yearlong habitat. This would temporarily convert existing fisher habitat into non-habitat. However, shrub cover would be expected within 5 years which would begin to provide foraging opportunities and cover for fisher. Within 15-20 years conifers would have re-established to a size and density to provide even winter habitat for snowshoe hares which are a fisher prey species (see Canada lynx analysis for project impacts to lynx and snowshoe hare habitat). These stands would then provide winter foraging habitat and increase the availability of this habitat type within the project area from 11,653 to 12,777 acres (see Table 3.42 above). As mentioned above, higher canopy cover would be kept in areas of healthy desired tree species, additional clumps of large trees showing signs of existing wildlife use (e.g. old pileated woodpecker nest cavities) or disease would be left for wildlife use and cover, and recommended levels of snags and down CWD would be retained

as well. These remnant structural components would encourage post-harvest use of these stands by fishers.

This alternative proposes unit sizes greater than 40 acres. These large patch sizes and shape mimic natural disturbance processes that would have occurred historically. They also allow for more opportunities for variability and unique habitat features within the greater cut area boundary, including increased opportunity for a variety and abundance of prey species. Larger unit boundaries are adjacent to different types of habitat (e.g., numerous RHCAs which were excluded from units, past harvested areas, unharvested areas, and old growth) resulting in a mosaic of habitat types and seral stages (e.g., greater interspersion of winter foraging habitat with yearlong habitat) and connectivity would remain between drainages. In the long-term, larger patch sizes would provide more interior forested habitat as these patches go through the successional stages and reduce future management related disturbance.

Fisher denning and early kit rearing season occurs from late February through early June. Project design does not include specific timing constraints for the fisher. However, due to timing restrictions for grizzly bear (no harvest activity April 1-June 15) and other resources (e.g. soils) most activities would be limited during this timeframe. Timber harvest could take place June 15-March 31. However, due to decreased snow cover and the lack of freezing soil conditions, winter logging generally ends by February to mid-March in the Buckhorn area. This would reduce the effects to fisher during the important breeding, denning, and rearing period.

In general, the regeneration harvest units have high canopy closure and contain little to no ground, shrub, or small conifer cover in the understory. Although these stands provide the large structural components important for denning and resting, fisher use of these stands for foraging may be limited under the current condition. Fishers home ranges are composed of a mosaic of forested habitats and successional stages and appear to be flexible in their use these vegetative conditions (Lofroth et al. 2010). The primary effects of the proposed timber harvest to fishers would be the alteration of the current distribution of habitat types and use of these habitats within a home range, short term avoidance of stands with little remaining cover, and temporary disturbance during activities. However, since the 1,124 acres to be disturbed represent less than five percent of the entire fisher denning habitat available within the project area and this habitat is capable of supporting roughly two female home ranges, it is unlikely that a female fisher would be denning in the area. If, however, denning should be disturbed, the disturbance would only be for one operating season, affecting one reproductive season, and resulting in a maximum loss of 1-3 kits toward the fisher population. Suitable, undisturbed nearby denning habitat would be available for the next denning season.

**Comparison of Alternatives:** Effects of Alternatives 3 and 4 would be similar as Alternative 2 except that they would result in fewer acres of harvest treatments. Alternative 4 includes harvest units over 40 acres in size as well, but proposes fewer acres and resultant habitat diversity overall (593 acres of yearlong habitat impacted). In contrast, Alternative 3 keeps units size to 40 areas or less and proposes 777 acres of harvest (see Table 3.42 above). Alternative 3 only proposes 347 fewer acres than Alternative 2; however, the units are patchier in nature on the landscape and there would not be as much within stand variability. Alternative 2 would result in the greatest change towards meeting desired vegetative conditions for the project area which includes increasing habitat diversity while maintaining structural components such as large trees, snags, and down CWD. Also, larger units require fewer periods of vegetation management related

disturbance and displacement effects and would provide greater amounts of secure interior habitat and connectivity within and between this interior habitat in the future for this greater treated area.

In summary, the Buckhorn project area provides an abundance of mesic habitat types with large structural components that are important for denning, resting, and foraging opportunities for fishers. Proposed activities would have minor impacts on fishers and their habitats under all alternatives. This is consistent with habitat levels modeled for the KNF which demonstrates that fisher habitat would remain within historic ranges under current Forest Plan management direction over the next five decades and that the driving forces behind habitat change is due to natural disturbance processes, especially wildfire (ERG 2012). Similarly, the USFWS 2011a listing decision notes that fisher populations have increased in numbers and distribution despite the effects of anthropogenic activities. Management activities implemented to protect other species, including grizzly bears, Canada lynx, and bull trout likely benefit fishers as well (see appropriate analyses). Finally, the listing decision concludes that "the best scientific and commercial information available does not indicate that current or future forest management practices and timber harvest threaten the fisher now, or in the foreseeable future" (USFWS 2011a, pg. 38251).

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes relevant past and present factors affecting fisher habitat conditions in the project area. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting fisher habitat.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen as the appropriate scale for fisher cumulative effects analysis fisher home ranges are larger than the activity areas and connectivity and movement between drainages could be impacted by proposed activities. In addition, adjacent planning areas were evaluated for potential impacts related to habitat availability and connectivity (see project file for more information).

### *Past Actions*

Fisher will use a variety of habitat types, although mesic forest stands with moderate to high canopy cover that provide complex forest structure (including old growth) are important. Therefore, the changes to these habitat components are the measure of effects. Table 3.42 of this analysis summarizes the existing condition which reflects the changes to fisher habitat in the Buckhorn project area. Harvest has occurred in the project area since the 1950s. Prior to the 1990s, harvest resulted in the loss of cover, old growth and riparian habitats, and large structural components found within other mesic habitats. Road construction that facilitated public motorized use increased the loss of snags and downed CWD for firewood. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. Historically, natural disturbances such as wildfire resulted in the development of complex forest structure and habitat diversity used by fishers. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands lacking diversity for different potential prey species.

Since the 1990s, application of Forest Plan standards has resulted in the retention of snags and down CWD as well as protection of old growth and riparian habitats. Also, there has been more reliance on intermediate harvest that leaves more forest structure (including large old trees) and cover. Application of these standards and management trends has since provided better protection and maintenance of fisher habitat and connectivity.

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects to fisher or their habitat. However, without active management the trend towards uncharacteristic vegetative conditions which currently consists of dense, homogenous stands which provide little diversity for fisher prey species. Also, there continues to be an increased risk for high severity fire which could result in changes in habitat availability and suitability by comsuming the existing large structural components of fisher habitat.

### *Alternatives 2, 3, and 4 – Action Alternatives*

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

As described above, loss of fisher habitat due to past actions has occurred within the project area. However, an abundance of fisher habitat occurs throughout the project area due to the abundance of streams and associated riparian habitat, mesic environment, and productive growing conditions associated with the habitat types found in the project area. Changes in harvest methods and protection of riparian areas in recent years have maintained higher quality habitats and connectivity throughout the project area.

Ongoing federal actions have been considered and included when formulating the existing condition of this project area. The Grizzly project is the only active or proposed timber sale in the vicinity of the Buckhorn project and is expected to have minimal effects to fisher and their habitat: minimal loss of yearlong habitat that would become winter foraging habitat within approximately 15 years, retention of large structural components that would improve use of this area as winter foraging habitat, cumulatively impact no more than five percent of a female home range and is unlikely to impact a denning female, and no impacts to riparian areas and old growth habitat which also provide for denning, resting, and foraging activities.

The Idaho Buckhorn project is also proposing large prescribed burn units along the west side of Buckhorn Ridge with activity areas adjacent in places. These burns are expected to begin earlier than the Buckhorn project and staggered periods of burning would result in a mosaic of burned areas that are in different stages of recovery that may influence the availability of prey species. Effects would be similar as those described above: maintain habitat diversity by enhancing the existing condition within fisher habitat, retention of large structural components, and minimal disturbance or avoidance effects during the short implementation period. Cumulatively, an increase in total burn acres would maintain or improve habitat diversity and productivity for

fisher prey species into the future. There are no other reasonably foreseeable federal activities planned that would change the magnitude or scope of effects described above.

Private property accounts for less than one percent of the project area. Development of private land within the project area likely resulted in the loss of both existing and future snags and possibly old growth habitat and includes riparian areas along the Yaak River. Snag levels and CWD surveys were based solely on NFS lands, but levels on untreated forested land on private property would expected be similar to the existing condition on neighboring NFS lands. Future development opportunities are limited to this small 333 acre area and further loss of habitat characteristics important to fishers would be negligible compared to the amount available on NFS lands.

Ongoing trapping activities are regulated by MFWP. The Forest Service influences hunter access through road management. There would be no changes in public motorized access under any of the action alternatives and there is no expected increase in trapping activities. In addition, the listing decision concluded that the DPS of fishers is not threatened by overutilization for commercial, recreational, scientific, or educational purposed to the extent that listing under the act as an endangered or threatened species is warranted at this time (USFWS 2011a, pg. 38526). Therefore, potential cumulative effects related to trapping pressure or mortality would be negligible.

Based on the nature and magnitude of potential cumulative effects to fishers independent of this project, there are no cumulative effects anticipated that would change the effects determination to the fisher from implementation of the proposed federal actions.

### Regulatory Consistency

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to the fisher and sensitive species and include:

Forestwide Management Direction – FP II-1 #6, #7, #8, II-22 and 23

p. II-1 #6 – *Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered*: A minimal amount of yearlong fisher habitat would be impacted by timber harvest. The harvested acres would provide winter foraging habitat within approximately 15 years and would increase habitat diversity within a homogenous forested landscape. Proposed activities would maintain complex forest structure (see 1.c., 1.d., and 3 below).

p. II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area.

p. II-1 #8 – *Manage for sufficient snags and snag replacement trees to maintain viable populations of snag-dependent species*: Proposed activities would retain existing wildlife snags as well as replacement trees of other species that exhibit signs of decay or existing wildlife use. Snag density would remain at 71 percent for the project area and would continue to provide a

snag level much higher than the recommended 40 and 60 percent levels within the project area (see Cavity Habitat section).

p. II-22 – *Maintenance of 10 percent of the KNF land base below 5,500 feet in old-growth condition that is representative of the major forest types, spread evenly through most major drainages, and providing for old-growth dependent wildlife species:* No activities are proposed in old growth and levels would remain at 17 percent in the project area (see Old Growth section).

p. II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See 1a, 1b, 1d above for habitat diversity.

Forest Plan riparian standards and guidelines (Vol. 1, II-28 thru 33), as amended by INFISH – *Defines the four categories of stream or water body and the standard width for each as well as activities that may occur within the buffer:* Riparian areas have generally been excluded from activity units based on category, type of activity, potential impacts to Riparian Management Objectives (RMOs), and compliance with the SMZ law. Newly discovered wet areas would be treated as riparian areas and excluded from treatment and/or winter logged to minimize ground disturbance and maintain the site's characteristics.

Appendix 16 – Cavity Habitat (Snags and Down Wood):

> For cavity habitat, see 1.c. above. Retention of recommended tons/acre of CWD would be met by following Graham et al. (1994) and emphasizing the retention of larger diameter pieces where available and snags felled for safety.

Appendix 17 and Kootenai FSM 2432.22 Supplement No. 85 – Old Growth:

> See 1.d. above and the Old Growth section.

**National Forest Management Act**: The action alternatives comply with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

## Statement of Findings

Alternative 1 (No Action) **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for fishers. Although no management activities would take place that would reduce potential habitat or result in displacement/disturbance effects, not addressing overstocked forests and fuels loads could lead to high severity, uncharacteristic wildfires throughout the project area. Such a wildfire could greatly reduce fisher habitat in the Buckhorn area for a long period of time as few legacy, large structural components would remain in the resultant early seral landscape.

Alternatives 2, 3, and 4 (action alternatives) **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for fishers. This determination is based on: 1) slight reduction in yearlong habitat and 2) short-term disturbance spread out through time and space; however, 3) fisher habitat levels would remain within historic range of variation for the KNF over the next 50 years (ERG 2012), 4) proposed treatments would maintain existing large structural components (eg.

large diameter trees, snags, and large CWD) and encourage the development of characteristic vegetation and patterns over time, including increased habitat diversity, 5) harvested acres would become winter foraging habitat within about 15 years, 6) habitat connectivity within and adjacent to the project area would be maintained, 7) limited activity between February and June, reducing impacts during this important reproductive period, and 8) minimal risk of mortality or reproductive loss.

## Flammulated Owl

### Summary of Conclusions

Implementation of the Buckhorn project's proposed actions results in a determination of **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** to flammulated owls. A small amount of suitable habitat is found within the eastern portion of the project area. Prescribed fire would maintain and enhance the suitability of this ponderosa pine/Douglas-fir habitat for flammulated owls into the future.

### Introduction

Flammulated owls are cavity-dependent owls that inhabit mostly mature to old ponderosa pine and ponderosa pine/Douglas-fir stands with low to medium stem densities. They are migratory and are found on the KNF from May to mid-October. These small owls are strongly dependent on large-diameter trees (generally 18 inches DBH or more), especially for nesting habitat, and prefer open stands with understory grass species for hunting moths and other insects. Pockets of dense understory conifer thickets are important for roosting, thermal and escape cover. Detailed flammulated owl population ecology, biology, habitat description and relationships identified by research are summarized in Hayward and Verner (1994). More recent research on nesting, food habits, home range and territories, and habitat quality conducted in Colorado, Idaho, and Montana is discussed in Linkhart (2001), Linkhart and Reynolds (1997), Linkhart et al. (1998), Groves et al. 1997, Powers et al. (1996), Wright (1996) and Wright et al. (1997). These provided guidance in evaluating potential habitat and potential effects to flammulated owls, and are incorporated by reference.

### Data Sources, Methods, Assumptions, Bounds of Analysis

Other than NFMA and Forest Plan direction previously described for sensitive species, there is no federal management direction specific to flammulated owls.

The KNF's Conservation Plan (Johnson 2004a) for flammulated owls recommends identification of suitable habitat, including identified old growth, and determining the PPI for breeding pairs by dividing the amount of identified suitable habitat by 40 acres. Hayward and Verner (1994) identified 40 acres as the approximate home range size for flammulated owls. Suitable habitat was mapped by querying stand data for the project area for warm and dry habitat types, forest types (ponderosa pine and Douglas-fir), stand age (mature to old), and visual estimation of low canopy cover (Johnson 2004a).

Indicators for management action effects to flammulated owls could be both positive and negative changes to the amount of mapped habitat and resulting changes to the PPI. There is no threshold acre or percent habitat recommended, but the Conservation Plan does suggest

consideration of the proximity of management actions to suitable habitat during the pair formation and nesting period (5/1-7/31) and assessing changes to suitable habitat (and corresponding PPI) resulting from management activities.

Qualitative discussions of the proposed action areas juxtaposition to known territories and beneficial effects of management actions to flammulated owls are also provided.

The analysis boundary for direct effects is the Buckhorn project activity areas within suitable habitat, since activities in this area could result in habitat alteration, disturbance, and displacement to flammulated owls. The boundary for indirect and cumulative effects to individuals and their habitat is the project area because this is where the effects of proposed activities will occur and could have effects to the species. Expanding the analysis area for indirect and cumulative effects could dilute the effects of the proposed project activities. Adjacent planning areas were also considered for effects as flammulated owls are seasonal migrants to the district and KNF and could be impacted by activities occurring adjacent to the project area. The boundary for determining contribution toward viability is the KNF.

Flammulated owl occurrence data comes from recent District wildlife observation records, surveys, Forest historical data (NRIS Wildlife Database) and other agencies (MFWP, MNHP).

### Affected Environment/Existing Condition

A KNF status summary of the flammulated owl was documented by Johnson (2004a). The summary shows that mapped suitable habitat occurs across all eight planning units. Forest-wide, this habitat type is relatively uncommon and there are currently 23,984 acres of suitable habitat (ERG 2012). Using these modeled habitat acres the minimum PPI for the KNF would be 600 flammulated owl pairs. In addition, there is 72,265 acres of ponderosa pine/Douglas-fir habitat types that currently have a higher canopy cover than preferred by flammulated owl on the Forest (ibid). These may be providing for some flammulated owl use and offer future use if treated to open up the canopy. In total, with future treatment, the minimum PPI for the KNF would be 2,406 pairs. These estimates of PPI are considered high based on actual survey results. The population size on the KNF is unknown, but Forest-wide surveys in 2008 (n=159 points) documented 72 flammulated owl detections on 19.5 percent of the points, higher than any of the six Forests surveyed (Smucker and Cilimburg 2008).

A flammulated owl observation was recorded in the project area in 2001 by a district wildlife biologist. Based on this observation and the availability of suitable habitat, flammulated owl surveys were conducted in the suitable habitat during spring of 2012 and 2013. Survey efforts were hampered by access, weather, and seasonal conditions (e.g., high stream levels contributing to background noise levels); no flammulated owl responses were recorded (see project file).

Suitable flammulated owl habitat is limited to a small area in the very eastern portion of the project area. Approximately 451 acres of suitable habitat, both ponderosa pine and Douglas-fir habitat types, are found here of which 367 acres are in stands about 40 acres or greater that could accommodate the home range of a flammulated owl pair. Within this area, ponderosa pine dominated stands comprise approximately 273 acres. The minimum PPI for the Buckhorn project area is approximately 6-9 flammulated owl pairs. A designated effective old growth stand of ponderosa pine contributes 51 acres to this suitable habitat.

## Environmental Consequences

### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

Under Alternative 1 no active management would occur within mapped suitable flammulated owl habitat. Therefore, no direct effects from proposed federal actions would occur. However, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area (see the Vegetation and Hazardous Fuels sections).

Existing flammulated owl habitat would continue to be available within warm/dry habitat ponderosa pine and ponderosa pine/Douglas-fir habitats on the KNF. However, continued fire suppression would result in higher canopy cover, increasing density of understory conifers, and stand conversion away from ponderosa pine habitat types without active management treatments (e.g., thinning or prescribed fire). This change in stand structure and tree species would reduce the suitability of these habitats for the owl over time. This includes decreased habitat for prey species and reduced maneuverability for foraging (Illg and Illg 1994). Also, the potential for severe wildfire is likely to increase due to increased fuels accumulations in a habitat type that generally experienced more frequent, low to moderate severity fires historically. This could result in the loss of suitable habitat within the project area for many years.

### *Alternatives 2, 3, and 4*

For all action alternatives, activities with potential effects are limited to prescribed fire within suitable flammulated owl habitat. Prescribed Burn Unit I would occur on the western edge of suitable habitat and is intended to maintain the species composition and open stand structure characteristic of this habitat type. The fire would be of low to moderate intensity, resulting in minor reduction of canopy cover while maintaining and promoting the development of the existing overstory trees as well as the understory forb and shrub layers. Prescribed fires could have short-term (2-3 years) negative effects on the availability of habitat for prey species depending on the amount of understory vegetation that is reduced. To minimize this potential short-term reduction in foraging habitat, a design features for this burn is to retain thickets of

young conifer in the understory to maintain foraging habitat post-treatment (see Chapter 2, Design Features).

The low elevation location and southern exposure of this unit means that it would be free of snow early in the spring in most years. As a result, it is possible that ignition of this unit would occur in the spring as early as April but likely in May given suitable burning and air quality conditions. There is potential for disturbance to flammulated owl during the spring period after May 1. However, the stand is only 33 acres and may not support a nesting pair as it is not contiguous with the majority of the suitable habitat in the area. This reduces the potential for impacts to breeding and nesting flammulated owl pairs in the project area.

During implementation, effects of the prescribed fire would be increased activity that could disturb flammulated owls. Implementation would be of short duration and likely only result in one day of increased activity in this area. In addition, flammulated owls appear tolerant of human activity and nest abandonment is rare (Hayward and Verner 1994); therefore, implementation of prescribe fire in this unit is not likely to negatively impact breeding or nesting potential. Also, the persistence of flammulated owl populations may be more dependent on adult survival than nesting success within a given year (ibid) and a spring burn would not be expected to result in adult mortality. In the long-term, tree composition and stand structure would be maintained and habitat for prey species would be maintained and/or increased due to the vigorous shrub/forb layer that would result from the fire. These activities would benefit flammulated owls (Illg and Illg 1994), including any individuals or dispersing young that may use the area. There would be no reduction of habitat suitability and no change to PPI for the Buckhorn project area.

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes the suitable habitat within the project area, specifically the warm/dry ponderosa pine and Douglas-fir habitat types within the project area. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting flammulated owl habitat. As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen as the appropriate scale for flammulated owl cumulative effects analysis because this is where the effects of proposed activities will occur and could have effects to the species. Expanding the analysis area for indirect and cumulative effects could dilute the effects of the proposed project activities. There are no apparent conditions adjacent to the project area that would cumulatively contribute negative effects to flammulated owl habitat.

### *Past Actions*

The measure of habitat suitability is alterations to the mapped suitable habitat described in the Affected Environment/Existing condition section of this analysis. Timber harvest has occurred in the project area since the 1950s and, up until the early 1990s, included regeneration harvest, high grading of large old trees, and loss of snags that resulted in alterations and reduction of flammulated owl habitat. Fire suppression since the early 1900s has generally resulted in stand conversion from open ponderosa pine/Douglas-fir to more shade intolerant species, smaller tree growth and higher stem density, higher canopy cover, and a reduction in productive understory

vegetation. Detailed descriptions of previous vegetation management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document.

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects to flammulated owls or their habitat.

### *Action Alternatives – 2, 3, and 4*

Ongoing federal actions have been considered and included when formulating the existing condition of this project area. A portion of the Grizzly Project has yet to be completed within the project area and includes approximately 171 acres of prescribed fire within suitable flammulated owl habitat. The activity areas of the two projects do not overlap. As with the Buckhorn project, the objective of these prescribed burns is to reintroduce fire and reduce fuels into this habitat type, retain the larger and older ponderosa pine and Douglas-fir trees in the overstory, and promote a more open understory with increased grasses and forbs.

Proposed prescribed fire treatments in addition to those planned in the Grizzly project would maintain and/or enhance suitable habitat and would be cumulatively beneficial to flammulated owls within the project area. Based on the nature and magnitude of potential cumulative effects to flammulated owls independent of this project, there are no cumulative effects anticipated that would change the effects determination to the owls from implementation of any of the action alternatives.

Since the 1990s, application of Forest Plan standards has resulted in greater reliance on intermediate harvests that maintains tree species composition and stand structure (e.g., large old trees and snags) characteristic of this habitat type as well as implementation of timing and activity restrictions where appropriate to reduce impacts to individuals and nesting success. Applications of these standards and management trends results in better protection and improvement of suitable known and potential flammulated owl habitat.

## Regulatory Consistency

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to flammulated owls and sensitive species and include:

Forestwide Management Direction – FP II-1 #6, #7, #8, #17, II-7, II-22 and 23

p. II-1 #6 – *Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered:* Documentation of a flammulated owl and suitable habitat found within the project area. Prescribed fire within this warm/dry ponderosa pine and Douglas-fir would maintain and enhance the suitability of this habitat for flammulated owls.

p. II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species*: Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area.

p. II-1 #8 – *Manage for sufficient snags and snag replacement trees to maintain viable populations of snag-dependent species:* No expected loss of existing snags within suitable habitat and potential for creation of snags with prescribed fire.

p. II- 1 #17 – *Use prescribed fire to simulate natural ecological processes, prevent excessive natural and activity fuel buildups, create habitat diversity for wildlife, reduce suppression costs, and maintain ecosystems*: Reintroduction of prescribed fire into a fire adapted habitat which would maintain stand composition and structure characteristic of the stand and beneficial to flammulated owls.

p. II-7 – *Maintenance of old growth habitat at a minimum of 10 percent and management of cavity habitat:* No activities proposed within designated old growth including within suitable flammulated owl habitat (see Old Growth section). No reduction of existing cavity habitat and potential for creation of snags with prescribed fire.

p.II-22 – *Maintenance of 10 percent of the KNF land base below 5,500 feet in old-growth condition that is representative of the major forest types, spread evenly through most major drainages, and providing for old-growth dependent wildlife species:* As mentioned above, no activities proposed in old growth including the ponderosa pine/Douglas-fir old growth in flammulated owl suitable habitat (see Old Growth section).

p.II-22, II-23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats (including old growth and cavity habitat):* See goals above for habitat diversity (p.II-1 #7 and #17), maintenance of old growth (p.II -7 and p.II-22), and management of adequate cavity habitat (p.II-1 #8 and p.II-7).

Appendix 16 – *Cavity Habitat (Snags and Down Wood):*

> For cavity habitat, see p.II-1 #8 and p.II-7above. Throughout the project area, retention of recommended tons/acre of CWD would be met by following Graham et al. (1994) and emphasizing the retention of larger diameter pieces where available and snags felled for safety.

Appendix 17 and Kootenai FSM 2432.22 Supplement No. 85 – *Old Growth*:

> See p.II-7 and p.II-22 above and the Old Growth section.

**National Forest Management Act**: The action alternatives comply with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

## Statement of Findings

Alternative 1 (No Action) **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for flammulated owls. Although no management activities would take place that would reduce suitable habitat or result in displacement/disturbance effects, lack of site appropriate management would continue the trend towards uncharacteristic vegetation conditions and an increased potential for high severity fires. This habitat type is limited within the project area and any loss due to severe wildfire would further reduce the potential for owl use for many years in the Buckhorn project area.

Alternatives 2, 3, and 4 **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for flammulated owls. This determination is based on: 1) prescribed fire would maintain and enhance the suitability of the habitat for flammulated owls and no change to PPI, 2) minimal potential for disturbance from fire activities, 3) no expected impacts to breeding or nesting success, and 4) negligible mortality risk to flammulated owls within the project area.

## Gray Wolf

### Summary of Conclusions

Implementation of the Buckhorn project's action alternatives would result in a determination of **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for gray wolves. The proposed alternatives would protect key habitat components for the resident Candy Mountain, Solomon Mountain, and Copper Falls wolf packs within the Buckhorn Planning Subunit (PSU), the Buckhorn PSU includes the project area and the Red Top, Cyclone Creek and Fourth of July drainages to the south (see project file for map of analysis area). Although pack members may avoid activity areas during implementation, the increased forage opportunities created by the proposed activities would benefit the local prey population on both summer and winter ranges. Proposed activities may temporarily impact gray wolves, but a sufficient prey population and high levels of security habitat would be maintained during and post-project.

### Introduction

Gray wolves are year-round, general forest residents of the KNF. Habitat use is closely tied to the availability of ungulate (prey) species and areas of relatively low human activity, particularly where den and rendezvous sites are located. Detailed information on gray wolf population ecology, biology, habitat description and relationships identified by research are described in USFWS (1987), MFWP (2003, 2004a), Hanauska-Brown et al. (2012) and USFWS (2011). These provided guidance in evaluating potential habitat and potential effects to wolves, and are incorporated by reference.

### Data Sources, Methods, Assumptions, Analysis Area

Effective May 2011, the Northern Rocky Mountain distinct population of gray wolf was once again delisted as directed under the Department of Defense and Full Year Continuing Appropriations Act of 2011 (USFWS 2011b). Later, in August 2011, the constitutionality of this Congressional Act was upheld by the U.S. District Court in Missoula, Montana, citing precedent based on past case law. Upon delisting, legal management authority of wolves was transferred back to the State of Montana. The gray wolf was immediately placed on the Forest Service Northern Region's sensitive species list for a period of five years, after which a status review will be made to determine the need to remain on or be removed from that list.

Montana's Gray Wolf Conservation and Management Plan (MFWP 2003, 2004a) is based on an adaptive management strategy with more management flexibility granted as the number of breeding pairs in Montana increases above the 15 pair benchmark. Potential management activities cover a range of concerns which include maintaining viable populations of wolves and their prey, resolving wolf-livestock conflicts, and assuring human safety.

The Northwest Montana Recovery Area (NWMT) was one of three wolf recovery areas identified for the Northern Rocky Mountain wolf population segment (Hanauska-Brown et al. 2012); the KNF was within the NWMT. Information for this recovery area is provided by the Montana Gray Wolf Conservation and Management 2011 Annual Report (ibid) and is incorporated here by reference.

Statewide, the Montana wolf count decreased by 28 individuals between 2011 and 2012, for a minimum total estimate of 625 wolves. Although this estimated minimum number of individuals decreased slightly from last year, growth continues to show an increasing trend since around 2005 despite increased mortality due to hunter harvest, agency control, and other (Bradley et al. 2013). Minimum estimates for NWMT have increased by 28 wolves and 15 packs since 2011 for a total of 372 wolves and 85 packs (ibid, Hanauska-Brown et al. 2012). Wolf occurrence data comes from recent District wildlife observation records, NRIS wildlife database), and other agencies (MFWP and USFWS).

Measurement indicators for this wolf analysis include the following key habitat components found in the Wolf Recovery Plan (USFWS 1987):

**Sufficient, year-round prey base for big game or alternate prey:** This component can be measured by adhering to Forest Plan big game management recommendations, including the project specific amendment that is required for Alternatives 2 and 4 to exceed open road density (ORD) standards during project activity. Elk management direction was applied for the Buckhorn PSU. Management direction and guidelines include available cover and forage habitats, habitat effectiveness (HE), security habitat, and key habitat components.

**Suitable and somewhat secluded denning and rendezvous sites:** Individual gray wolves demonstrate varying levels of sensitivity to human disturbance near denning and rendezvous sites (or “homesites”) with potential abandonment of the sites as a result of the disturbance (Claar et al. 1999, Thiel et al. 1998, Frederick 1991). Recommendations range from restricting human access near homesites (Frederick 1991) to managing the habitat integrity of such sites, including habitat security, in future planning activities (Sime 2002). If proposed actions are similar to past actions near the homesites (e.g. activity type, intensity, and season of implementation), the proposed actions would likely be tolerated. Restricting periods of operation to the fall or winter seasons when homesites are unoccupied would protect these locations from activity caused disturbance during their period of use. Evaluation of potential impacts would include analysis of how each alternative would maintain the habitat integrity of both denning and rendezvous sites.

**Sufficient space with minimal exposure to humans:** This component is associated with reducing the risk of human-caused mortality to wolves. Human attitudes towards wolves, coupled with the accessibility of wolf habitat via open roads, create the potential for conflict (Frederick 1991). This component can generally be assessed by maintaining ORD standards required by the Forest Plan and by following big game habitat guidelines for Habitat Effectiveness and security habitat.

Up to three packs use portions of the Buckhorn PSU (Laudon 2013). The Candy Mountain pack is known to use a portion of the lower Spread Creek drainage within their home range. The Solomon Mountain pack may use the southern half of the PSU, however, their home range is not completely known. The Copper Falls pack appears to use a portion of the PSU along the western edge and in between the other two packs, but spends most of their time in Idaho. Impacts to all

three packs will be considered due to their known and/or suspected use of the PSU and project area.

The analysis boundary for direct effects to the wolf packs and their habitat is the Buckhorn project activity areas since proposed activities could result in disturbance and displacement effects to wolves. Indirect and cumulative effects will be assessed on the PSU and adjacent planning areas located within the packs' suspected home ranges would also be considered for effects. Wolves travel long distances in search of prey within large home ranges which are not confined to either the activity or planning area boundaries and elk emphasis areas are identified by PSU. Connectivity and movement within home ranges as well as availability of prey species could be impacted by the proposal as well as activities in neighboring planning areas. The boundary for determining contribution toward viability is the KNF.

### Affected Environment/Existing Condition

At the end of 2012, Montana count estimate is 625 individuals in 147 wolf packs with 37 packs meeting breeding pair criteria. The KNF is home to 26 resident packs (6 with breeding pairs) with the home ranges of several packs located along the border between the United States and Canada, the state line between Montana and Idaho, and adjacent NFS lands in Montana (Bradley et al. 2013). These packs had a minimum total of 83 wolves at the end of 2012 (ibid). An estimate of 89 wolves was recorded in 2011 (Hanauska-Brown et al. 2012). Considering pack movement, unknown pack numbers, and increased human related mortality (1 dispersed, 5 human-caused, 26 harvested by hunters, and 11 management removal) the numbers between years are similar and appear to have increased slightly (Bradley et al. 2013).

MFWP continued a statewide general hunting season in 2012. Also, the MFWP Commission made changes to the wolf harvest regulations which included a longer hunting season, allows for trapping of wolves as well as hunting, and increased the bag limit to three wolves per hunter/trapper (ibid). This resulted in 175 wolves being harvested across Montana, including 26 from resident packs within the KNF. A majority of the packs in NWMT have little to no livestock present within home ranges. Depredation of livestock was documented for two KNF area packs and 10 wolves were lethally removed (ibid).

The Candy Mountain wolf pack uses a small portion of the Buckhorn PSU within their home range. The pack established a territory in the Yaak River drainage in 2003 (Sime et al. 2011). Five wolves were harvested in the 2012 general season and the remaining two wolves are not considered to be a breeding pair (Bradley et al. 2013).

The Solomon Mountain pack was first documented in 2007 as a trans-boundary pack along the Montana-Idaho border between the Moyie and Yaak Rivers (Sime et al. 2011). The pack consists of two wolves that are not considered a breeding pair. They are known to use the southern portion of the Buckhorn PSU (Laudon 2013).

The Copper Falls pack is a more recently established pack compared to Candy Mountain and Solomon Mountain packs. They were first documented in the 2011 Idaho monitoring report and little information was known at the time (IDFG and Nez Perce Tribe 2012). In 2012, the pack was believed to den and spend most of its time in Idaho (Bradley et al 2013) and now consists of four individuals including a breeding pair and likely surviving pups of the year (IDFG and Nez Perce Tribe 2013).

**Prey base:** The Buckhorn PSU supports year-round habitat for most big game species, with white-tailed deer being the most abundant found in the area. Other big game species include elk, mule deer, and moose. Together, this mix of species provides a year-round prey base for wolves. Little fire activity within the last 15 to 20 years couple with a highly productive area for vegetative growth has resulted in limited foraging habitat for big game in the PSU. Natural open areas, such as higher elevation ridgelines or rockier sites, and some more recent harvest and prescribed fire activities have provided pockets of small openings or open stand conditions that provide foraging opportunities.

Elk is analyzed as a big game management indicator species for the Buckhorn PSU, which is identified as a high emphasis area for elk management (Johnson 2004a). Population estimates for elk hunting district #100 experienced an increase through the 1980s and 1990s to around 2004 (MFWP 2004b). Similarly, the elk population on the KNF appears to be increasing between 2002 and 2007 based on MFWP data (USFS 2008a). Currently, the cover/forage ratio for this PSU is outside the desired condition with high cover and limited forage available for elk and other big game species on both summer and winter ranges. While the latest trend information indicates that the PSU is likely maintaining or increasing resident elk populations, continued declines in available forage could lead to lower elk numbers in the future.

**Den and Rendezvous Sites:** The known Candy Mountain and Copper Falls homesites are not found within the Buckhorn PSU. Past homesites for the Solomon Mountain pack have occurred within both Idaho and Montana but current sites are unknown. Potential habitat characteristics are available within the PSU that could provide both denning and rendezvous sites.

**Sufficient Space with Minimal Exposure to Humans:** Areas that experience little to no human use reduces the potential risk for disturbance and mortality often associated with roads that facilitate human access into wolf habitat. For big game management, both security habitat and HE are measurements of reduced human use areas based off of open roads within the analysis area and would provide secure areas for wolves as well. High levels of both security habitat and HE are currently found within the PSU at 56 and 71 percent, respectively; both measures are well above guidelines for elk. About 28 percent of the NFS lands within the PSU are classified as MA 12 which has the most restrictive ORD standard. Within this contiguous MA area, ORD is currently better than the Forest Plan standard at 0.70 mi/mi2. See elk analysis. Ample areas are available that would provide resident gray wolves sufficient space for seclusion from human disturbance.

## Environmental Consequences

### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel

conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur. The No Action alternative would maintain the existing vegetative condition on the landscape which is providing for big game species. However, cover to forage ratios on both summer and winter ranges are currently high and outside the desired conditions. Indirectly, as trees continue to encroach upon forage openings the acres of productive foraging habitat would decline over time. Forbs, grasses, and other forage species, where present, may be less vigorous and productive in shaded rather than more open environments. Continued declines in available forage could lead to lower elk and other big game numbers in the future. Also, the increased tree density and continuous fuel profile from the ground up to the main canopy puts the area at risk of severe fire behavior (see the Fire/Fuels section) . If severe wildfires occur, it could impact the suitability of current and potential denning and rendezvous sites and influence big game populations and use areas. This in turn could influence the availability of the local prey base and potentially influence the pack's size, use of its existing home range, and interactions with neighboring packs.

### Alternatives 2, 3, and 4 – Direct and Indirect Effects

Management activities have the potential to affect transient wolf use of habitat due to the presence of human activity and noise. Risk of increased mortality is generally not directly associated with management activities; however, increased public access during activities may increase risks. Big game prey may also be affected by management activities due to disturbance, increased levels of road use (especially if currently restricted or barriered roads were opened to public motorized use), and habitat alteration.

**Prey base:** The action alternatives would maintain and/or improve habitat conditions for elk within the PSU. Through the reduction of the tree overstory, harvest activities would increase forage opportunities within a mosaic of resultant and existing cover habitats. Similarly, prescribed burn units would maintain open foraging conditions while stimulating the growth and productivity of the existing understory forage species. Security habitat and HE levels would remain high during implementation and exceed management guidelines for elk and other big game species. Proposed vegetation management treatments would benefit big game in the long term and local prey conditions for transient wolves using the PSU would likely be maintained with all action alternatives (see Elk analysis).

**Denning/Rendezvous Sites**: All proposed activities would be located at least six miles away from any known homesites and would not affect wolf use of these sites. Suitable habitat for homesites would remain available during and post-project, including remote area with little human activity. Implementation of an action alternative would not prevent future establishment of den or rendezvous sites in the Buckhorn PSU.

**Sufficient Space with Minimal Exposure to Humans:** A temporary increase in ORD in MA 12 (see elk analysis for further discussion of this forest plan amendment) would occur during project implementation through the use of restricted and impassable/barriered roads for proposed harvest

and watershed improvement work. However, an increased risk of human-caused mortality would be negligible as all roads currently not open to public motorized use would remain so during project. Within an analysis area, Hillis et al. (1991) recommend maintaining ≥ 30 percent of elk fall use areas as security habitat which offers elk areas of refuge during the hunting season. Security habitat for elk is currently 56 percent based on the Hillis method (ibid) and remains so during project implementation for all action alternatives. The guideline for HE is ≥ 50 percent for areas where elk are primary management consideration (Christensen et al. 1993) and HE for the PSU would remain near 70 percent for all alternative activities. Potential effects of proposed activities would be limited to minor disturbance and temporary avoidance of activity areas; transient use of the project area and greater PSU could still occur. Elk security habitat and HE would remain high during project activities and would similarly provide high levels of low human use areas for wolf use. See the elk analysis for a more detailed discussion of these habitat components.

Fire suppression has led to increased fuel loadings across the PSU which creates a greater probability of a high severity fire to occur, see the Fire/Fuels section. The proposed vegetation management activities would reduce fuels loadings and encourage the development of early seral, fire tolerant species that are currently underrepresented within the project area. Proposed activities would also result in a mosaic of habitats types that would increase plant species diversity and availability within the PSU and provide foraging opportunities for the wolf's prey species. Although gray wolf habitat would be altered compared to the existing condition, treatments would promote the vegetation conditions (e.g., availability of cover and forage habitat) more characteristic and beneficial to big game species in this area in the long-term.

### Cumulative Effects

#### *Introduction*

The Affected Environment/Existing Condition section describes relevant past and present factors affecting the three key habitat components for wolves in the PSU. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting wolf habitat.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the PSU was chosen as the appropriate scale for wolf cumulative effects analysis, because this is the area where proposed activities would occur and could affect the gray wolf and big game species such as elk, its primary prey. Adjacent planning areas were evaluated for potential impacts related to habitat availability and connectivity as wolves travel long distances in search of prey within large home ranges which are not confined to project area boundaries.

#### *Past Actions*

The measures of habitat suitability are changes to the three key habitat components for wolves. The Affected Environment/Existing Condition section of this analysis summarizes the existing condition which reflects the prey base, den and rendezvous sites, and sufficient space with minimal exposure to humans within the project area. Harvest has occurred in the PSU since the 1950s and has provided some variation in age classes and successional stages within the PSU and provided big game prey opportunities for wolves. Detailed description of previous vegetation management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. Historically, natural disturbances such as wildfire resulted

in a mosaic of habitats and forage conditions. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with greater canopy closure in some areas, which has in turn reduced forage production for prey species on some sites.

Activities affecting wolf habitat have changed in recent years. Open road densities have dramatically dropped in the past several years as a result of restricting/reclaiming roads through decisions intended to facilitate grizzly bear recovery. This has increased wolf security within the PSU. Protection of water bodies and associated habitats maintain characteristics often used for denning and rendezvous sites. Also, since the mid-1990s there has been more reliance on intermediate harvest which provides both greater foraging opportunities and hiding cover within the same area improving conditions for big game species.

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects on wolves or their habitat. However, without active management trees forage opportunities for prey species would continue to decline and could lead to lower elk and big game numbers in the future. In additional, if severe wildfires occur it could impact the suitability of current and potential denning and rendezvous sites and influence big game populations and use areas.

### *Alternatives 2, 3, and 4 – Action Alternatives*

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

One active timber sale occurs within and adjacent to the project area. The Grizzly Project is located within a small portion of the Buckhorn project area and the Candy Mountain pack's home range. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in big game winter range habitat. Proposed vegetation management treatments would improve foraging opportunities for prey species within winter range habitat and maintain existing security habitat levels within this portion of the PSU. Grizzly Project activities would result in similar effects to gray wolves as those described under the direct/indirect effects section above and are expected to have minimal cumulative effects to wolves and their prey species: no impacts to known homesites, minimal disturbance from increased activity and possible avoidance of activity areas, maintenance of prey population through increased foraging opportunities in winter range, and secure habitat would remain available during project implementation. Improvement of big game habitat within and adjacent to the Buckhorn PSU would maintain the population of prey species for the Candy Mountain wolf pack over the next 15 to 20 years.

The Idaho Buckhorn project is also proposing large prescribed burn units along the west side of Buckhorn Ridge with activity areas adjacent in places. This area appears to be part of the Solomon Mountain pack's home range. These burns are expected to begin earlier than the Buckhorn project and staggered periods of burning would result in a mosaic of burned areas that are in different stages of recovery that may influence the availability of forage species for big

game. Effects would be a couple of periods of minimal disturbance and avoidance of the burn areas during the short implementation periods for the different project's burns. Wolves could resume use of these areas immediately following completion of activities. Long-term, the cumulative increase in total burn acres would maintain or improve foraging opportunities for elk and other big game species in summer/fall range habitats into the future. Improvement of big game habitat within and adjacent to the Buckhorn PSU would maintain the population of prey species for the Solomon Mountain wolf pack for at least the next 15 to 20 years. There are no other reasonably foreseeable federal activities planned that would change the magnitude or scope of effects described above.

The relationship to this project of increased recreational use of the area centers on the potential for increased hunting and trapping pressure. Upon the delisting of gray wolves, management authority returned to State of Montana and ongoing hunting and trapping activities are regulated by MFWP. During the 2012 hunting and trapping seasons, 175 wolves were harvested statewide. Hunting activities on state and private land vary by area, but access is limited and use levels are low. The Forest Service influences hunter access on NFS lands through road management. This includes one restricted road on which a registered disabled hunter may have access during the general rifle season. Approximately 1.8 miles of road available to disabled hunters is located within the PSU affects the existing security habitat level within the PSU. Also, two outfitters are currently permitted to operate with set service days for this area. One outfitter has been approved to offer guided wolf hunts, however outfitters are not permitted to provide services for wolf trapping. Areas used by the outfitters or other hunters and trappers may change as roads currently impassable due to vegetative growth are cleared; however, access would continue to be by non-motorized means as no new roads would be opened for public motorized use. There would be no change to the availability of security habitat (as measured for elk) and levels of hunting and trapping pressure would not be expected to increase. Hunting and trapping activities within the PSU may influence areas used by wolves during the hunting/trapping seasons and could cumulatively contribute to minor, short-term disturbance and avoidance effects. These effects would vary with activity levels and specific area use and, therefore, which pack may be affected; however, overall exposure to humans would remain low. Therefore, mortality risk and potential cumulative effects to gray wolves would be minimal within the PSU.

Continued management and development of private land in the Yaak watershed is expected. Anticipated effects include species displacement, habitat alteration, and/or habitat loss. Many of the activities that may occur on the private property parcels can only be estimated and are outside the control of the Forest Service. Land development, timber harvest, hunting, and recreational use of the analysis area have the potential to affect the habitat suitability, prey availability, and mortality risk to wolves.

Land development which may includes road construction, vegetation clearing, and residential construction and improvements can create a variety of changes to the landscape. For example, new access to land parcels and/or residential structures increases road densities and potentially reduces habitat security. Potential effects depend on the amount of private land on the landscape, the magnitude, type and location of developments and include the loss of secure habitat and localized disturbance on wolves and their prey species. In the Buckhorn project area, private lands occupy approximately one percent of the PSU and are intermixed with public land. Past trends in land development here would suggest that development would continue to occur at a low rate. Also, the NFS lands within the PSU would still meet recommended levels for big game.

Therefore, development of private lands would be expected to have minor cumulative impacts on wolves and their prey species within the PSU over the next 10 years.

Ongoing and future timber harvest on private land includes both regeneration and selective silvicultural prescriptions. Timber harvest on private land is expected to continue at current levels and the amount of new road construction is expected to be minor. Private landowners generally restrict public use on their roads. Potential cumulative effects to wolves from ongoing timber harvest and road construction activities on private land would be minor.

The three resident packs must compete for prey with other predators found in the PSU (e.g., grizzly and black bears, mountain lions, and coyotes). The action alternatives would move cover/forage ratios towards desired conditions and trend the overall vegetative characteristics of the area towards desired historic conditions while maintaining high levels of security habitat. Therefore, improvements in habitat condition that maintain and potentially increase the big game prey base would be expected to continue to provide suitable habitat with respect to the key habitat components for the wolf pack in the PSU: sufficient year-round prey base, secluded denning and rendezvous sites, and sufficient space with minimal exposure to humans.

Based on the nature and magnitude of potential cumulative effects to wolves independent of this project, there are no cumulative effects anticipated that would change the effects determination for wolves from implementation of the proposed federal actions.

## Regulatory Compliance

**Forest Plan Consistency**: The action alternatives meet Forest Plan guidelines and standards as they apply to gray wolves and MIS and include:

Forestwide Management Direction – FP II-1 #6, #7, II-2 #17, II- 22

p.II-1 #6 – *Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered:* Three established packs utilize the PSU and key habitat components would be met during and post-project.

p.II-1#7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area. Also, more creation of edge habitat and trending cover/forage ratios for prey species towards Forest Plan standards.

p.II-2 #17 – *Use prescribed fire to simulate natural ecological processes . . . create habitat diversity for wildlife . . .:* Prescribed burns would occur on approximately 11,623 acres (7,563 acres located within elk security habitat) and would maintain or improve the availability, palatability, and quality of available forage for big game prey species.

p.II-22 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See b above. Gray wolves are monitored as an indicator species for general forest habitat. Their occurrence and estimation of population is monitored through District observations, MFWP surveys and annual reports, and KNF Monitoring and Evaluation Reports.

**National Forest Management Act**: The action alternatives comply with NFMA direction to provide for diverse populations of plant and animal communities by following Forest Plan standards and guides (Johnson 2004a).

### Statement of Findings

The No Action alternative **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for gray wolves. This alternative would maintain existing secure habitat and prey base that currently supports the use of the PSU by three packs. There would be no impacts to unknown denning and rendezvous sites that may be found within the PSU. However, succession due to fire suppression is resulting in a more homogenous environment with high forested cover than what would have occurred under a mixed severity fire regime. As trees continue to encroach upon forage openings the acres of productive foraging habitat for big game species would decline over time. A reduction in prey availability would make the PSU less able to continue to support the three resident wolf packs in the future.

Alternatives 2, 3, and 4 **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for gray wolves. This determination is based on: 1) wolves may be disturbed and avoid activity areas during project implementation; however, 2) the action alternatives meet big game management guidelines for security habitat and HE; 3) the prey base in the area supports three known wolf packs and improved forage opportunities would benefit the prey species population numbers; 4) the alternatives would not affect known denning or rendezvous sites; 5) use of the majority of the PSU can continue; and 6) mortality risk to wolves is not expected to measurably increase during or post implementation due to proposed activities.

## Townsend's Big-Eared Bat

### Summary of Conclusions

Implementation of the Buckhorn project's action alternatives result in a determination of **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for Townsend's big-eared bats (TBEB). Activities would maintain the characteristics of riparian and old growth habitats as well as encouraging the development of characteristic vegetation and patterns. The creation of openings and edge habitat would improve foraging opportunities in treated areas for the TBEB.

### Introduction

Townsend's big-eared bats are year-round residents of Montana and the KNF and are found in a variety of habitat types from grasslands, shrublands, and forested habitats across the United States. However, availability of suitable hibernating and/or roosting habitat influences local distribution and seasonal use by TBEB populations. They are highly associated with caves or other cave like rock structures for roosting. Following European settlement, in areas where this habitat is limited TBEB have been documented to use man-made structures that provide cave like features including abandoned mines, buildings, bridges, and concrete culverts. More recently, they have been documented to also use basal hollows of old growth redwoods for day and maternity roosts (Fellers and Pierson 2002, Mazurek 2004). Foraging habitat types are not as restrictive and use appears variable throughout its distribution. Primary foraging areas for bats in

general are habitats associated with riparian areas and along edges of habitat types (Grindal 1996). This is true for TBEB in California (Fellers and Pierson 2002), but they have also been found foraging in clear cuts adjacent to mature forested stands which were not used (Erickson and West 1996). Detailed TBEB population ecology, biology, habitat description and relationships identified by research, and described above, are summarized in Kunz and Martin (1982), Pierson et al. (1999), and Gruver and Kenaith (2006). These provided guidance in evaluating potential habitat and effects to TBEB and are incorporated by reference.

### Data Sources, Methods, Assumptions, Bounds of Analysis

Other than NFMA and Forest Plan direction previously described for sensitive species, there is no federal management direction specific to TBEB. However, the Conservation Assessments for TBEB (Pierson et al. 1999, Gruver and Kenaith 2006) provide recommendations for forest management activities such as vegetative conversions and timber harvest. Primary concerns are for the protection of known and potential hibernating/roosting habitat, especially caves and abandoned mines, and maintenance or enhancement of foraging habitat within proximity of these sites. No specific prescriptions for vegetation management are provided as TBEB forage in a variety of habitats and knowledge of local conditions that may influence use is limited. However, habitat edges (both forested and riparian), riparian corridors, and water quality appear beneficial and provide a suitable prey base, drinking opportunities, and movement areas.

The analysis boundary for direct effects to individuals and their habitat is the Buckhorn project activity areas, since activities in this area could result in disturbance and displacement effects to the bat. The boundary for indirect and cumulative effects is the project area because it includes the habitat that is most likely to be affected by project activities. In addition, adjacent planning areas would be considered for effects as seasonal movements may be impacted by habitat alterations occurring in the surrounding areas. The boundary for determining contribution toward viability is the KNF. Indicators for assessing impacts of proposed management activities on TBEB and comparing action alternatives are: 1) proximity of proposed activities to known or potential day/night roost, maternity roost, or winter hibernacula abiotic sites (e.g., mines, caves, and old buildings), 2) acres of old growth habitat treated that may provide biotic day roosting sites (i.e., large fire scarred cedars)[8], and 3) acres of timber harvest that maintain and/or create foraging habitat through more open and edge habitats.

Townsend's big-eared bat occurrence data comes from recent District wildlife observation records, NRIS wildlife database, and other agencies (MFWP, MNHP).

---

[8] In coastal California forests, TBEB have been documented to use basal hollows (large fire scarred cavities) in old growth redwood trees as day and maternity roosts. Day use by individuals occurred in trees approximately 4-6 feet in diameter with hollow dimensions around 3 feet wide by 15 feet high (Fellers and Pierson 2002). Maternity roosts used by females and young are found in larger hollows of larger trees: trees 10-15 feet in diameter and hollows 3-10 feet wide and 14-26 feet high (Mazurek 2004). Old growth, fire scarred western red cedar found within and adjacent to the project area may provide hollows large enough for day roosts; however, it is unlikely that trees/hollows large enough to be used as maternity roosts would be found on the KNF.

## Affected Environment/Existing Condition

Forest and MNHP observation and monitoring data for TBEB indicate that two observations of the bat were made in the mid-1990s along the Yaak River on the eastern boundary of the project area. The KNF status summary of the TBEB was documented by Johnson (1999a). Surveys on the KNF from 1993-2007 by Hendricks et al. (1995, 1996) and others have documented the species on the Three Rivers District (Lenard et al. 2009) and in all planning units (Johnson 1999a). No key roosting sites, winter hibernacula, or maternity roosts have been located on the Forest although suitable sites are available. Suitable sites are primarily in the form of human made structures, such as abandoned mines or old buildings, as only one natural cave is found on the Forest. The existing population size on the KNF is unknown.

There are no mines or caves known to exist in the project area and most of the historic mining activity in the area only resulted in surface disturbance. One active mining claim located on Buckhorn Ridge could provide suitable habitat but its use as a hibernacula or roost by TBEB is unknown. Townsend's big-eared bats have been documented to roost in large fire scarred hollows in California (see footnote below) and old growth cedar may provide day roost opportunities. As discussed in the Old Growth section of this document, the Buckhorn project area has 11.5 percent designated effective old growth and 17 percent total old growth acres. As discussed above, TBEB use a variety of habitats including non-forested habitats and are not dependent on old growth. However, many bats appear to use mature or old growth for roosting (Christy and West 1993, Erickson and West 1996, Grindal 1996) and this may be true for TBEB especially in areas where caves or similar structures are limited (Fellers and Pierson 2002, Mazurek 2004). These stands likely provide the greatest opportunities for day roost sites and the abundance of riparian habitat provides a network of movement and foraging habitat across the forest landscape. Refer to the Old Growth Habitat section of this document for more detailed discussion.

## Environmental Consequences

Management activities can have both positive and negative effects to TBEB. Activities that remove or alter abandoned mines (e.g. becoming active again or installation of gates not built for bat use) or old buildings could negatively impact the availability of roosting habitat. Also, the bats are susceptible to disturbance at hibernacula or maternal roosts due to their nature of hanging from the top of the cavity in open space rather than tucked into crevices (Pierson et al. 1999) and activity in or near roosts can create enough disturbances to affect use or productivity. Vegetation management activities that create more open and edge habitat (e.g., timber harvest, road building) while protecting and/or improving roosting and riparian habitats could improve foraging habitat over time.

Table 3.43 shows how the action alternatives may affect TBEB habitat.

**Table 3. 43 – Proposed Action Alternatives: Comparison of Effects to Townsend's Big-Eared Bats**

| Indicator | Alternative 1 (Existing Condition) | Alternative 2 (Post Project) | Alternative 3 (Post Project) | Alternative 4 (Post Project) |
|---|---|---|---|---|
| Proximity to Known/Potential Roosts (Mines, Caves, or Old Buildings) | NA | >0.8 mile | >0.8 mile | >0.8 mile |

| Indicator | Alternative 1 (Existing Condition) | Alternative 2 (Post Project) | Alternative 3 (Post Project) | Alternative 4 (Post Project) |
|---|---|---|---|---|
| Acres of Old Growth Habitat Harvested (Potential Day Roosts) | 0 | 0 | 0 | 0 |
| Acres of Timber Harvest / Miles of Edge Habitat | 0 | 1,263 acres / 38 mile | 889 acres / 32 miles | 683 acres / 24 milies |

### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur within the project area except fire suppression activities. Natural successional processes would continue throughout both general forest and old growth which may be used by TBEBs as day roost habitat. In the short-term, the bat's use of this habitat would continue at current levels.

However, the dense stands currently provide few openings or edge habitats which offer a more abundant prey base as well as flight maneuverability (Grindal 1996). Plant succession would continue in these stands, maintaining high canopy closure and dense forested conditions within a homogenous landscape that limits areas of important foraging habitat for TBEB. Also, without periodic mixed severity fires in this habitat type there is reduced natural development of edge habitat or a mosaic of openings. With continued fire suppression and lack of active management there would be an increased potential for severe fire behavior within the project area due to the continuing trend towards uncharacteristic vegetative conditions (see the Forest Vegetation and Fire/Fuels section in Chapter 3). Should a high severity fire occur within the project area, it could spread into the more moist sites including riparian areas and old growth habitat and potentially remove them completely. This alternative would indirectly affect TBEB by maintaining low levels of available foraging habitat within the project area.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

#### *Activities/Effects Common to All Alternatives*

**Primary Hibernacula and Roost Habitat:** There are no caves, mines, or tunnels present in the project area that would provide the most suitable habitat for a winter hibernacula or maternity roost. Few old buildings are known on adjacent private land that may provide summer roost opportunities and they are not found within management recommended distance for protection. Buildings found on private lands would not be affected by proposed activities.

The active mine on Buckhorn Ridge is adjacent to the project area but is not known to provide habitat for TBEB. Although found in a high elevation location, TBEB have been documented at around 10,000 feet in Colorado (Gruver and Kenaith 2006) and could use the mine for roosting. However, the claimant performs infrequent but active work at the mine which would limit its suitability for roosting at least seasonally. Burning of prescribed burn units along Buckhorn Ridge during spring or fall would be of short duration and would not occur around the mine nor require entry into the mine. Prescribed fire activities would not change suitability of the mine for potential TBEB roosting nor would it be expected to disturb or displace bats should they be present. Fire along this ridge and associated high elevation habitats would maintain the existing open condition that would provide foraging opportunities along the edge of the adjacent forested habitat.

Proposed activities for all action alternatives would not occur within old growth habitat. Total old growth acres, both designated and undesignated, would remain at 17 percent (see Old Growth section) and would meet Forest Plan direction for the provision of old growth in the project area. Large fire scarred cedar may provide summer roosting habitat in areas such as Buckhorn where primary roosting sites (e.g., caves and mines) are limited or do not exist. Proposed harvest occurring adjacent to old growth stands may result in temporary disturbance and displacement to individuals in day roosts near the activity. However, harvest would be of short duration and would not be expected to negatively impact future use of these roost sites. In fact, suitability may increase for these potential roost sites because foraging habitat would now be in closer proximity which could reduce energetic costs associated with travel and navigating through heavily timbered stands (Erickson and West 1996, Grindal 1996). Maintenance of old growth habitat interspersed with riparian and forest edge habitats would provide potential roosting opportunities within close proximity of foraging and drinking habitats for TBEB.

For all action alternatives, proposed activities would not impact key hibernacula or roost sites. Proposed activities may result in minimal disturbance and displacement to individual bats roosting in old growth habitat. However, there would be no loss of potential roost habitat and use of these sites would be maintained and possible improved due to better access to foraging habitat.

**Prescribed Fire Units:** The goal of the prescribed burn units is to rejuvenate and enhance the ground cover and understory vegetation in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. Fires would be of low to moderate intensity and would target fine fuels for consumption, resulting in a mosaic of burned and unburned areas. In order to achieve desired burn outcomes where little fine fuels exist, fuels augmentation accomplished through hand slashing of small diameter trees would occur within seven burn units. Loss of day roosting habitat and disturbance to individuals would not be expected as prescribed burning would not occur within old growth habitat. The effects of prescribed fire would be the maintenance of open

areas on 11,667 acres and a mosaic of habitat types within the larger landscape which would provide more forage and movement opportunities for TBEB. It also may provide fuel breaks that, in the future, results in a mosaic of wildfire severity that creates a variety of habitat types including openings, edges, and fire scarred but surviving western red cedar that would provide foraging and roosting opportunities for TBEB.

**Post-Harvest Fuels Treatment:** Fuels treatments include underburns and pile burning following harvest that would reduce existing and harvest generated fuels. Post-harvest treatments themselves would have minimal impacts to TBEB compared to the prior harvest treatments. However, treatments enhance the potential for harvest units to serve as future fuel breaks in the event that a severe wildfire moves through the area. By breaking up the continuous fuels, it may influence the behavior of a fire such that a mosaic of wildfire severity occurs that creates a variety of habitat types including openings, edges, and fire scarred but surviving western red cedar while better maintaining old growth and riparian habitats as it would have under natural disturbance patterns. This mosaic would provide foraging and roosting opportunities for TBEB in proximity to one another.

**Roadwork (Timber Haul Routes and Watershed Improvement):** Road improvement/maintenance work on open roads and gated roads free of vegetation would have no effect on bat habitat. Brushing of existing roads would maintain foraging and movement areas. Temporary roads totaling one mile or less are proposed under all action alternatives. Construction of roads has the potential to increase foraging habitat by creating areas that are almost entirely edge habitat. However, the majority of these roads' lengths are located within proposed harvest units and the effects are the roads are negligible compared to the effects of the proposed harvest units.

Watershed improvement activities are proposed to address hydrological issues that ultimately may result in increased short term sedimentation into streams and include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Barriered roads associated with these areas have become vegetated overtime and consists of alder and small diameter conifer trees. The effects of brushing the roadbeds to access areas of watershed work would be maintenance of a linear open area and edge habitat within forested stands. Maintenance of foraging habitat in forested stands would be beneficial, but effects to TBEB would be negligible at the project scale.

### *Effects Variable by Alternative*

Vegetation management has the potential to impact foraging habitat through reduction or alteration of the vegetative community. For example, introduction of non-native plant species could impact prey species production (Pierson et al. 1999). And although harvest would not occur within old growth habitat, fire scarred legacy western red cedar may be found scattered throughout proposed units and used as summer roosting sites. Harvest has the potential to disturb and displace individuals utilizing these sites or reduce day roosting habitat if the trees were cut down. However, these trees likely exhibit other wildlife use and most would be kept for current and future cavity habitat as well as stand diversity. Disturbance and displacement effects would be expected to be short-term and temporary and limited to the period of activity. Riparian areas have been excluded from units and all alternatives would maintain this important habitat type. Also, in areas where natural disturbance processes such as wildlife fire have been reduced or altered vegetation management may provide a means to simulate and re-introduce these natural

processes. Timber harvest can improve foraging and roosting opportunities for TBEB by influencing the abundance and spatial arrangement of habitat types (e.g., species composition, age, edge) provided through a mosaic of forested and open conditions.

**Intermediate Harvest:** Proposed harvest for all action alternatives would be regeneration harvest except for 13 acres of intermediate harvest in unit 5. Intermediate harvest in this unit may open up suitable habitat by removing smaller trees, retaining larger fire tolerant species, and maintain the edge between adjacent denser stands. This may improve foraging opportunities for bats in the area although potential effects would be minimal compared to proposed regeneration harvest treatments described below.

**Regeneration Harvest:** Alternative 2 proposes a total of 1,263 acres of regeneration timber harvest within densely forested habitat. Resulting edge habitat totals approximately 38 miles around the perimeter of the units. Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including TBEB. In coastal California where TBEB appeared to limit use of open habitats, they were associated with scattered trees and shrubs when they did use interiors of open areas (Fellers and Pierson 2002).

This alternative proposes unit sizes greater than 40 acres. These large patch sizes and shape mimic natural disturbance processes that would have occurred historically. They also allow for more opportunities for variability and unique habitat features within the greater cut area boundary. Edge habitat would be created along the boundary of the units, but also within the unit between areas of heavier and less overstory retention. When these occur along the boundary of a unit, it could result in a “feathering” of treatment that provides a continuum of forested conditions. Also, the total miles of edge created are more contiguous rather than being broken up among several smaller units. Larger unit boundaries are adjacent to different types of habitat (e.g., numerous RHCAs which were excluded from units, past harvested areas, unharvested areas, and old growth) resulting in different combinations of edge habitat, proximity to potential roosting habitat, and greater movement corridors between.

In general, the proposed regeneration harvest units currently have high tree densities which appears to negatively affect foraging use even when prey densities are high (Erickson and West 1996, Grindal 1996, Grindal and Bingham 1999). Townsend’s big-eared bat use of these stands may be limited under the current condition and incidental mortality to individual bats is expected to be low. Townsend’s big-eared bats are considered to be foraging habitat terrestrial generalists. However, they appear to prefer riparian and forest edges for foraging as these habitats provide more prey opportunities and greater maneuverability. The primary effects of the proposed timber harvest to TBEB would be alteration of existing use of upland forest habitat in the area and temporary disturbance in adjacent old growth habitat during activities. The reduction of the dense stand and creation of edge is expected to improve bat foraging opportunities. Excluded riparian areas would continue to provide important foraging sites as well as function as movement corridors between habitat types. In addition, harvest units would serve as future fuel breaks in the event that a severe wildfire moves through the area. By breaking up the continuous fuels, it may influence the behavior of a fire in the surrounding areas such that a mosaic of wildfire severity

occurs that creates a variety of habitat types including openings, edges, and fire scarred but surviving western red cedar while better maintaining old growth and riparian habitats as it would have under natural disturbance patterns. This could provide additional foraging and roosting opportunities for TBEB in the future.

**Comparison of Alternatives:** Effects of Alternatives 3 and 4 would be similar as alternative 2 except that they would result in fewer acres of harvest treatments and miles of edge created. Alternative 4 includes harvest units over 40 acres in size as well, but proposes fewer acres and resultant edge habitat overall (683 acres and 24 miles of edge habitat). In contrast, Alternative 3 keeps units size to 40 areas or less and proposes 889 acres of harvest and 32 miles of resultant edge creation (see Table 3.43 above). Given that Alternative 3 proposes 374 fewer acres than Alternative 2, it would create similar amount of edge habitat. However, the units and associated edge are more self-contained in that there would not be as much within stand variability, fewer edge habitat combinations, and less contiguous miles of edge used as corridors for movement between different habitat types across the landscape.

For all action alternatives, the effects of timber harvest would be site-specific disturbance and/or displacement affecting individuals rather than colonies and are not likely to affect the viability of TBEB. Providing a landscape mosaic with a variety of habitats, patch size, species composition, and structure as would have occurred under natural disturbances processes would be expected to provide suitable foraging habitat for TBEB. Alternative 2 proposes the most harvest acres and creation of edge habitat of the three action alternatives. As such, it presents the greatest potential for improved future TBEB foraging habitat in the project area.

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes the existing suitable habitat within the project area and includes riparian areas, old growth, and general forest habitat. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting TBEB habitat.

As described under the section “Data Sources, Methods, Assumptions, Bounds of Analysis,” the project area was chosen as the appropriate scale for TBEB cumulative effects analysis because it includes the habitat that is most likely to be affected by project activities. In addition, adjacent planning areas were evaluated for potential impacts related to habitat availability and connectivity to neighboring areas. However, there are no apparent conditions within proximity of the project area that would contribute to effects to the bat.

### *Past Actions*

Townsend’s big-eared bats will use a variety of habitat types for foraging, especially along riparian and forested edges, but are highly associated with cave or cave-like habitats for roosting. Therefore, the measure of effects is loss or alteration of primary and potential roosting habitat and acres of vegetation management that can impact foraging habitat. The Affected Environment/Existing Condition section of this analysis summarizes the existing condition and Table 3.43 reflects the changes to potential bat habitat. Harvest has occurred in the project area since the 1950s. Prior to the 1990s, harvest resulted in the loss old growth and riparian habitat. Past road construction contributed to a loss of old growth (potential loss of day roosts) but an

increase forest edge that created foraging habitat. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.2 and 3.2, as well as Appendix G of this document. In unharvested areas, natural disturbances such as wildfire would have resulted in a mosaic of openings and forest edges as well as the development of large fire scarred western red cedar that survived repeated fires. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with increased stand densities and fewer openings for foraging opportunities.

Since the 1990s, application of Forest Plan standards has resulted in the better protection of old growth and riparian habitats. Also, there has been more reliance on intermediate harvest that leaves more open forested habitat and structural/compositional diversity. Application of these standards and management trends has since provided better protection and maintenance of TBEB foraging and potential roosting habitat as well as connectivity across the landscape

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects to TBEB or their habitat.

### *Alternatives 2, 3, and 4 – Action Alternatives*

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

A district wide thinning project of previously harvested units (Timber Stand Improvement 2010-2015) would occur within young densely timbered stands. These units had provided foraging opportunities in the form of open and edge habitat. However, with greater tree establishment and growth the stands become less suitable for TBEB over time and may become hard to navigate due to the density of trees (Erickson and West 1996). Work would be completed by hand through the use of chainsaws and would not occur within riparian or old growth habitats. Bats would not be expected to be utilizing these stands due to the lack of roosting habitat and activities would not be expected to result in disturbance or risk of mortality to TBEB. Thinning the thick stand of conifers would continue to provide open space for bat maneuverability and foraging opportunities for a greater length of time. Cumulatively, effects would be minor but beneficial in the long-term by maintaining variability in habitat types and arrangement on the landscape.

One active timber sale occurs within and adjacent to the project area. The Grizzly Project is located within a small portion of the Buckhorn project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in low elevation habitat. Activities would result in similar effects to TBEB as those described under the direct/indirect effects section above and are expected to have minimal cumulative effects to TBEB and their habitat: no impact to key known or potential roosting sites, protection of riparian areas and no activities in old growth habitat, harvest of high density stands would result in the creation of open and edge habitat and greater foraging opportunities, minimal

potential for disturbance and displacement, and low risk of incidental mortality to individuals should a bat be in the area at the time of activity.

Old mines provide potential roosting sites for TBEB especially in areas where natural cave or other cave-like rock formations are limited in availability. Although visited and worked infrequently, the Buckhorn Mine is an active claim and even this low level of disturbance may make it unsuitable for TBEB at least during certain times of year. As described above (see Primary Hibernacula and Roost Habitat), prescribed burning activities along Buckhorn Ridge are not expected to impact use of the mine by TBEB and would maintain the open habitat conditions and current foraging opportunities near the mine. Cumulatively, prescribed fire would not increase potential disturbance or displacement of bats at the mine compared to that of the active workings of the mine and bat use of the area is expected be the same as the existing condition.

The Idaho Buckhorn project is also proposing large prescribed burn units along the west side of Buckhorn Ridge in the vicinity of Buckhorn Mine. These burns are expected to begin earlier than the Buckhorn project and staggered periods of burning would result in a mosaic of burned areas that are in different stages of recovery that may influence the availability of prey species. Effects would be similar as those described above: maintenance of foraging habitat in vicinity of the potential roosting site and no expected increase in disturbance or displacement to the bats. Cumulatively, an increase in total burn acres would maintain or improve foraging opportunities for the bat in the future with no expected increase for disturbance or displacement to bats that may be using the mine.

Other on-going activities in or adjacent to the project area are not expected to increase the potential cumulative effects to this species.

Development of private land along the Yaak River likely altered and reduced some TBEB habitat in the lower elevation lands along the project boundary. The existence of old buildings or other man-made structures may have created summer roosting sites; however, these appear limited to a couple of small structures near the south end of the project area. Future development opportunities are limited to this small 333 acre area and further habitat alterations would be negligible compared to the amount of both riparian and forested habitat available on NFS lands.

As described above, loss of TBEB habitat due to past actions has occurred within the project area. Potential foraging habitat occurs throughout nearly all of the project area given the abundance of water and riparian habitat within the project area, the bat's ability to utilize a variety of vegetation types, and their mobility. Roosting habitat is more restrictive and may limit TBEB use of the project area. However, changes in harvest methods and protection of riparian areas and old growth habitat in recent years has maintained and/or created potential roosting and foraging habitat. All action alternatives, when considered in association with the planned activities on both public and private lands, are not expected to have adverse cumulative effects that would impact western toads. Temporary disturbance and alteration of habitat is not likely to result in a declining population trend for this species.

Based on the nature and magnitude of potential cumulative effects to TBEB independent of this project, there are no cumulative effects anticipated that would change the effects determination to the bat from implementation of the proposed federal action.

## Regulatory Consistency

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to TBEB and sensitive species and include:

Forest-Wide Management Direction – FP II-1 #6, #7, #17, II-22 and 23

p.II-1 #6 – *Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered:* Townsend's big-eared bats have been observed along the eastern boundary of the project area, old growth and riparian habitats would be maintained, and openings in the canopy layer and resultant edge habitat would improve foraging opportunities.

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Retention of remnant large tree species, better approximation of stand patch size and species composition, protection of riparian habitats, and general movement towards the desired vegetative condition based on historic range of variation within the stands for this area.

p.II-2 #17 – *Use prescribed fire to simulate natural ecological processes . . . create habitat diversity for wildlife . . .:* Prescribed burns would occur on approximately 11,667 acres of forest and non-forest habitats resulting in a mosaic of patch sizes, species composition, and vegetative structure and would maintain and/or increase foraging habitat for bats in the project area.

p.II- 22 – *Maintenance of 10 percent of the KNF land base below 5,500 feet in old-growth condition that is representative of the major forest types, spread evenly through most major drainages, and providing for old-growth dependent wildlife species:* Although TBEB are not dependent on old growth habitat, large old western red cedar with large fire scarred cavities may provide day roost habitat for TBEB individuals. No activities are proposed in old growth and levels would remain at 17 percent in the project area (see Old Growth section).

p.II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See 1.b. above for habitat diversity.

Appendix 17 and Kootenai FSM 2432.22 Supplement No. 85 – *Old Growth:* See 1.d. above and the Old Growth section.

**National Forest Management Act**: The project complies with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

## Statement of Findings

Alternative 1 (No Action) **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for Townsend's big-eared bats. Although no management activities would take place that would reduce potential habitat or result in disturbance/displacement effects, not addressing overstocked and homogenous forests would continue to limit foraging opportunities in the project area. Also, the high fuels loads could lead to high severity, uncharacteristic wildfires throughout the project area. Such a fire could greatly reduce potential bat habitat, including riparian and old growth habitats, in the Buckhorn area.

Alternatives 2, 3, and 4 **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for Townsend's big-eared bats. This determination is based on: 1) potential short-term disturbance and displacement spread out through time and space; however, 2) there would be no effect to known or potential key roosting or hibernation habitats, 3) old growth habitat would be maintained above Forest Plan standards and guidelines and provide potential day roosting opportunities, 4) proposed treatments would encourage the development of characteristic vegetation and patterns, 5) expected mortality is low because current use of stands is likely limited, and 6) potential effects would be to individuals rather than colonies.

## Western Toad

### Summary of Conclusions

Implementation of the Buckhorn project's action alternatives result in a determination of **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for western toads. There would be no impacts to known breeding habitat within the project area. Existing upland foraging and over-wintering habitat would be altered by activities in the short-term, but vegetation management treatments would promote vegetation conditions characteristic of the area and maintain or improve toad habitat in the long-term. Disturbance and possible mortality would be to individuals rather than a population.

### Introduction

Western toads are largely (90 percent) terrestrial species that are found in a wide variety of habitats including wetlands, forests, woodlands, meadows, and floodplains in the mountains and mountain valleys. They are aquatic species only during the short breeding/rearing season. Western toads require this aquatic breeding/rearing habitat as well as upland foraging and over-wintering habitat. They may also be dependent on habitats suitable for migration if the three required habitat types are isolated spatially (Maxell 2000). Breeding/rearing takes place in aquatic sites such as shallow areas of lakes or temporary ponds, foraging habitat is largely terrestrial uplands, and over-wintering may take place in underground caverns or in rodent burrows. The highest elevation the species has been documented in Montana is 9,220 feet. Detailed western toad population ecology, biology, habitat description and relationships identified by research are described in Maxell et al. (2009), Maxell (2000), and Reichel and Flath (1995). These provided guidance in evaluating potential habitat and effects to western toads, are incorporated by reference and are available in the project file.

### Data Sources, Methods, Assumptions, Bounds of Analysis

Other than NFMA and Forest Plan direction previously described for sensitive species, there is no federal management direction specific to western toads. However, Maxell et al. (2009) provides a state-wide Conservation Plan for Montana amphibians and reptiles that is applicable to western toads. Management suggestions for amphibians include leaving a 30-meter (about 100 feet) unmanaged forested area on all streams (especially headwater streams) to maintain the moist streamside microhabitat, managing for adequate down coarse woody debris (CWD), and seasonal avoidance of critical breeding, foraging, or overwintering habitat.

The analysis boundary for direct effects to individuals and their habitat is the Buckhorn project activity areas, since activities in this area could result in disturbance, displacement, and possible mortality to western toads. The boundary of indirect and cumulative effects is the project area because this is the area where the species could be affected by project activities. The neighboring planning areas were considered for additional effects. Western toads are known to occur at high elevations and will travel several kilometers from water sources into upland habitats. Connectivity and movement between drainages could be impacted by activities within and between neighboring planning areas. Determining contribution toward viability is assessed at the KNF.

Suitable aquatic breeding habitat for western toads was determined by selecting ponds, lakes, seeps and springs, and low gradient (< 7 percent) perennial streams and rivers. Suitable terrestrial non-breeding habitat was determined by selecting cover types within a 2000 meter area around the identified aquatic sites. Western toads show a preference for edge and shrub habitats, including young conifer stands that provide similar cover, although will use a variety of forested habitats (Bartelt and Peterson 1994). Therefore, a shrub habitat type and a forest habitat type that includes pole-sized and larger forested cover were mapped as suitable habitat (see project file). Effects evaluated and used to compare the alternative impacts on the western toad and its habitat includes: 1) known breeding/rearing habitat impacted and 2) acres/miles of upland foraging habitat harvested, burned, or altered due to access for watershed improvement activities.

Western toad occurrence data comes from recent District wildlife surveys and observation records, NRIS wildlife database), and other agencies (MFWP, MNHP).

### Affected Environment/Existing Condition

The species has been found in seven of the eight planning units in the KNF and a status summary of the western toad, including historic and active breeding sites by planning unit, was documented by Johnson (1999a). Surveys have been conducted on the Forest since 1993. Forest-wide, approximately 35 breeding sites were verified between 1995 and 1998 (ibid), with 69 known occurrences of western toads on NFS lands. However, the population size is unknown and direct measures of population trend on the KNF are not available (ibid).

Mapping of western toad aquatic habitat identified two sites (small ponds) and 76 miles of river and streams within the project area that could provide breeding habitat. Of these, a slow backwater area of the Yaak River is a documented breeding site and was active within the last 20 years. Potential breeding habitat may also occur in temporal ponds, wetlands, or road ditches which are abundant in the project area. Results of recent District surveys in the project activity areas did not document new western toad breeding sites (see project file).

Western toads are known to migrate between aquatic breeding and terrestrial non-breeding habitats, and movement of toads has been documented from 2.5 km to over 5 km between breeding sites (Corn et al. 1998; Bartelt and Peterson 1994). Because the western toad is such a wide-ranging species and an upland habitat generalist, as well as the abundant aquatic habitat available within the project area, it is possible that most terrestrial habitat within the Buckhorn project area could be utilized as upland foraging habitat. Mapping efforts identified a minimum of 40,099 acres of upland terrestrial habitat within 2000 meters (about 1.2 miles) of suitable breeding sites on NFS lands. This is approximately two-thirds of the total project area. Although not all sites such as ditches and temporal ponds were identified, the 2000m distance from known

streams captures nearly the entire project area except in the immediate vicinity around Mount Baldy. Preferred shrub habitat is a minor component with only 945 acres located along the Yaak River, along some high elevation ridge tops, and recent regeneration harvests (within the past 15 years). The remaining 39,154 acres is composed of more mature forested habitat. Level of suitability and western toad use within this forested habitat would be variable depending on the availability of the understory shrub and small conifer component. For example, greater use is likely within open timbered and multistoried stands and along edges of openings than in dense, high canopy cover stands with little sunlight penetration (thermoregulation opportunities) and ground cover vegetation.

### Environmental Consequences

Research by Bartelt and Peterson (1994) showed that western toad movement in foraging areas was significantly influenced by the distribution of shrub cover and toads may have avoided macrohabitats (e.g., forested stand, shrub fields, meadow, etc.) with little or no canopy or shrub cover. Activities that promote the development of the shrub component within stands would benefit western toad use of upland habitat. Therefore, proposed treatments such as timber harvest and prescribed fire can have both positive and negative impacts on western toad habitat and use patterns depending on existing vegetation conditions. Western toads appear very adaptable to upland habitat alteration and have been documented to use high severity burns areas within a year post-fire in western Montana (Guscio 2007, Hossack and Corn 2007).

Underground burrows and debris were important components of toad selected microhabitats in a variety of macrohabitats. The western toad digs its own burrow in loose soil or uses those of small mammals. The toad will also shelter under logs or rocks, suggesting the importance of CWD on the forest floor (Bartelt and Peterson 1994). Proposed activities are likely to reduce the amount of CWD, which could also impact western toad habitat and toad use patterns. Soil compaction from ground based logging machines may impact over-wintering habitat (burrow sites) and result in mortality to individuals. Table 3.44 summarizes the direct and indirect changes in habitat acres due to each alternative.

**Table 3. 44–Western toad habitat impacted by alternative on NFS lands in the project area.**

| Proposed Activities Impacting Toad Habitat | Alternative 1 (Existing Condition) | Alternative 2 (Post Project) | Alternative 3 (Post Project) | Alternative 4 (Post Project) |
|---|---|---|---|---|
| Known breeding/rearing habitat impacted | 0 | 0 | 0 | 0 |
| Acres upland foraging habitat harvested – summer logging and fuels treatment* | 0 | 713 | 483 | 224 |
| Acres of upland foraging habitat harvested – winter logging and summer fuels treatments* | 0 | 490 | 368 | 440 |
| Total acres | 0 | 1,203 | 851 | 664 |

*Fuel treatments include underburning or excavator piling/pile burning; treatments only occurring within forested habitat.

### Alternative 1 (No action) – Direct and Indirect Effects

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur within riparian and upland forested habitats. Natural successional processes would continue to occur within the upland habitat being used by western toads for foraging and over-wintering habitat. No impacts to riparian areas and breeding/rearing habitat would occur. In the short-term, the toad's use of these habitats would continue at current levels.

However, plant succession would continue on many of the sites and would result in an increasing canopy closure that may not be used as frequently by western toads. Greater fuel accumulations would result in a greater potential for a high severity fire throughout the project area, including streamside riparian habitats. Recently, western toads have been noted to utilize burned areas in the year following fires in western Montana (Guscio 2007, Hossack and Corn 2007) even in high severity burn areas (Guscio 2007). This included colonization of wetlands for breeding use where they had not been documented before (Hossack and Corn 2007). Burned forests may improve thermal conditions (e.g. warmer environment) that may result in physical benefits to the toad (Hossack et al. 2009). Although fire appears to provide habitats that benefit western toads there also seem to be some limitations. A high severity wildfire that reduces the overstory vegetation along aquatic breeding habitats could alter the wetland habitat and make it unsuitable for western toads (Hossack and Corn 2008). Additionally, greater exposure and warmer temperatures increases the risk for evaporative water loss. Western toads showed a changed in use from high severity to partially burned habitats during summer where more cover and greater moisture occurred, likely reducing the risk for water loss (Guscio et al. 2008, Hossack et al. 2009). Therefore, an extensive high severity fire in both riparian and upland terrestrial habitats could impact the suitability, at least seasonally, of large areas for western toads.

### Alternatives 2, 3, and 4 – Direct and Indirect Effects

#### *Activities/Effects Common to all Alternatives*

Prescribed Burn Units: There are currently no studies addressing the direct effects of fires on terrestrial amphibians in the Pacific Northwest (Bury et al. 2000). A review of the available literature by Russell et al. (1999) indicates that replacement of fire tolerant vegetation by fire

intolerant associations indirectly leads to associated declines in overall herpetofauna (amphibian and reptile) abundance and diversity. Without fire, species that use or can tolerate dense vegetation would benefit, while those species that prefer open sites would continue to decrease over time. Also, as described under Alternative 1, some post-fire conditions may be beneficial to western toads.

There are few reports of fire-caused injury to herpetofauna even though many of these animals, particularly amphibians, have limited mobility (Russell et al. 1999). The resultant microsite variation within burns may account for observations that fire has little effect on herpetofauna species (Lyon et al. 2000) and maintaining preferred or required habitat features presumably outweighs any fire-induced mortality that occurs (Russell et al 1999). Mortality may be associated with the direct effects of fire, but also indirect effects that alter prey availability, changes in shelter and microclimate conditions, and evaporative and thermoregulatory capabilities (Guscio et al. 2008, Hossack et al. 2009, Lyon et al 2000, Russell et al. 1999). Although fire-induced disturbance may decrease herpetofauna within a particular patch, the prescribed burning would result in a mosaic of successional stages and habitat structure that would increase diversity on a broader scale (Russell et al. 1999).

The goal of the prescribed burn units is to rejuvenate and enhance the ground cover and understory vegetation, including shrubs, in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. All prescribed fire units would include western toad upland habitat. Approximately 491 acres would occur within shrub habitat along open ridgelines and another 7,467 acres within the forest habitat described above. Mapped aquatic breeding habitat is found within proposed unit boundaries but would be excluded and appropriately buffered from ignition. Fire would be allowed to creep into riparian habitats, but as these areas tend to be very wet no active burning of riparian habitat is expected and burning is unlikely to impact unknown breeding areas. No prescribed fire would occur near the Yaak River breeding site.

Fires would be of low to moderate intensity, resulting in minor reduction of canopy cover and a mosaic of burned and unburned ground cover depending on vegetation type, availability of surface fuels, and moisture levels. Prescribed fires could alter toad movement and use of specific areas for 2-3 years depending on the location and amount of ground and shrub cover that remains available. However, toads are very mobile and would be able to continue to use areas within the burn units immediately following the fire. Also, toads may not be regularly using closed canopy stands due to the lack of understory vegetation. Openings created in these stands by prescribed fire that results in shrub and forb development would be expected to improve suitability of these stands for western toads within a couple of years post-fire.

Many of Montana’s amphibians are most active on the ground surface during moist periods in the spring and fall or at high elevations (Maxell 2000). Prescribed fire would occur in the spring or fall in order to have appropriate moisture conditions to achieve desired results. Mortality to toads found on the surface could occur. However, toads typically seek refuge in moist habitats such as animal burrows and under rocks and logs where fire is less likely to burn (Russell et al. 1999). Also, toads do not congregate in groups outside the breeding period and there is likely to be few toads within any given unit during implementation. Therefore, the risk of direct mortality to toads during implementation is expected to be low.

In summary, the effects of prescribed burning activities to toads would be short-term disturbance during activity implementation, variable reduction of cover habitat, and potential mortality. However, long-term there would be rejuvenation of ground and shrub cover species and an expected increase in this preferred cover type in currently high canopy cover timber stands. Risk of mortality would be incidental and minimized through the retention of refugia within the units and exclusion of riparian areas.

**Fuels Augmentation**: North slopes in high elevation habitat are difficult to burn due to high fuel moistures and shading. In order to achieve desired burn outcomes, fuels augmentation would occur within an approximate 579 acre area of north facing slopes of burn K. Augmentation would not occur on every acre, but rather in scattered one-third acre patches totaling approximately 100 acres. This area includes toad forest habitat. Augmentation consists of hand slashing conifers ≤10 inches dbh by chainsaw one to two years prior to ignition. Fuels augmentation may also take place in some of the lower elevation burns, spread out across approximately 1,153 acres of toad upland habitat. Smaller diameter trees of no more than 6 inches dbh would be cut and allowed to cure to improve burning conditions within these stands.

Existing shrubs would not be cut and opening the canopy in closed canopy stands could initiate ground and shrub cover development prior to burning. Fuels augmentation would facilitate burning of the units and development of shrubs and other groundcover species in the future. It is likely that some of the felled logs would not be totally consumed in the fire and would offer microhabitat cover opportunities both during and post-fire. Fuels augmentation would be expected to have minimal impacts to western toads.

**Watershed Improvement Activities:** Proposed activities target roads that, in most cases, were barriered to motorized use without addressing or anticipating future hydrological issues that mayultimately result in increased sedimentation into streams. These issues include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Structure removal at stream crossings would not be expected to change aquatic habitat suitability of the streams for western toads. Work would be of short duration at the crossings (one to two days) and the minimal amount of sedimentation generated would settle within a few hours. This sedimentation would settle between rocks within the stream channel, but would not be expected to impair stream functioning or structure such as shallow, slow moving pools. Also, work would not result in a change in water flow nor a change in temperature as no canopy cover would be removed. None of the proposed work is located near the known breeding site and work would occur during the summer months when toads are in upland habitats further reducing potential impacts to breeding toads. Brushing of roadbeds would alter vegetation conditions within upland foraging habitat; however, the brushing of 14 miles of roads would be negligible at the project scale. Long-term, removal of these inadequate and/or failing structures would stabilize the roads and stream channels and, in some instances, eliminate continual sources of sedimentation. In comparison, complete failure of a crossing structure in the future, such as a culvert blowing out during a high spring flow, would have greater potential to result in the destruction of suitable aquatic habitat and loss of individuals downstream from the event during the breeding/rearing period. In summary, the effect of proposed watershed work would result in negligible changes to habitat suitability and negligible risk of mortality with improved, more stable future habitat conditions in these areas.

**Road Construction, Reconstruction, and Maintenance:** All three alternatives propose construction of one to two temporary roads (less than 1.1 miles total/alternative), reconstruction

of roads that have been barriered to motorized use for several years, and open roads that receive regular use. Acres of suitable toad habitat impacted would be negligible at the project scale. Also, BMPs would be applied to all roadwork to minimize soil and watershed concerns. The effect of road use could result in incidental mortality to western toads due to ground disturbance from maintenance and/or improvement activity on proposed haul roads. However, impacts to breeding habitat from increased sedimentation would not be expected as a result of these activities.

### *Effects Variable by Alternative*

**Timber Harvest:** The effects of timber harvest and road construction on upland habitats are summarized in Semlitsch (2000) and include elimination of shade, increase of surface temperatures, disruption and compaction of soil structure, reduction in soil moisture, removal of CWD, and fragmentation of habitats that may impede dispersal and decrease the probability of wetland re-colonization. These activities can impact aquatic breeding habitat by altering the hydrological cycle of wetlands which can impair completion of larval metamorphosis through early pond drying (hydroperiod shortened) or through increased predation (hydroperiod lengthened). Aquatic habitat quality can also be reduced by sedimentation and increased water temperatures (ibid). Timber harvest (especially clearcutting) and associated silvicultural practices appear detrimental to terrestrial amphibian populations in general (Bury et al. 2000). Impacts from intensive forest management practices (e.g., even-aged harvesting) extend beyond the boundaries of harvested stands (deMaynadier and Hunter 1998). However, the effects of timber harvest on amphibians in Montana have been studied only once (Maxell et al. 2009).

Recommendations for management free areas and terrestrial habitats for corridors of movement for amphibian species are discussed by several authors (Maxell et al. 2009; Hannon et al. 2002; Semlitsch 1998). Management suggestions for amphibians include leaving a 30-meter (about 100 feet) unmanaged forested area on all streams (especially headwater streams) to maintain the moist streamside microhabitat, managing for adequate CWD, and seasonal avoidance of critical breeding, foraging, or overwintering habitat. For all action alternatives, proposed harvest unit boundaries would be laid out in compliance with INFISH and Forest Plan standards to protect riparian habitats. The minimum distance of 100 feet from intermittent streams meets the recommended management distance described above. As such, none of the proposed units fall within mapped aquatic western toad habitat. In addition, RHCA guidelines would also apply to currently unknown wet areas such as seeps and springs found within proposed units to maintain the site's characteristics. No harvest units are located near the Yaak River breeding site. Critical foraging or overwinter habitat has not been identified, but project design would leave down CWD and snags or recruitment snag levels (refer to the Downed Wood Habitat and Snag sections, respectively) that would provide varying levels of cover for toad movement, shelter, and overwintering habitat within harvest units. Also, winter logging is a requirement for several units to reduce soil compaction and would reduce the potential for compaction of underground burrows and toad mortality. Acres of winter logging vary by alternative (see Table 3.44 and discussion below).

Alternative 2 proposes a total of 1,203 acres of timber harvest within western toad upland forest habitat. Regeneration would occur on nearly all acres; only 15 acres of intermediate harvest would occur in unit 5. Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained. Post-harvest retention would range from few trees per acre to portions

resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including use by western toads. Intermediate harvest in unit 5 would retain the most cover as well as existing shrub and other ground cover/debris for toad use. Winter harvest would occur in 10 of the proposed units (490 acres). This accounts for about 41 percent of the total harvest within toad forest habitat. Harvest would occur when the ground is frozen or covered in 18" of snow or more and reduces soil compaction within the units. This feature would avoid direct mortality to toads on the surface and reduce the impact to toad over-wintering burrows compared to ground based harvest operations during the remainder of the year. Fewer acres of harvest would occur under Alternatives 3 and 4 (851 and 662 acres, respectively). As with Alternative 2, all but 15 acres would be regeneration harvest. Similarly, several units are required winter logging to reduce soil compaction. Fourteen units would be winter harvested under Alternative 3 for a total of 368 acres or approximately 48 percent of the total. Under Alternative 4, 9 units would be winter logged. This amounts to 440 acres or approximately 66 percent of the total.

In general, the regeneration harvest units have high canopy closure and contain little to no ground, shrub, or small conifer cover in the understory (see Figure 1.5). Also, thermoregulation of body temperature may be difficult to achieve in these because so little sunlight reaches the forest floor. Western toad use of these stands may be limited under the current condition. Western toads are considered to be more terrestrial generalists (deMaynadier and Hunter 1998) and more tolerant than other amphibians of forest edges, tree harvests, and declining patch size (Renkin et al. 2004). The primary effects of the proposed timber harvest to western toads would be alteration of existing use of upland forest habitat in the area and temporary disturbance during activities. However, ample western toad upland habitat would remain available during harvest of these units within the project area. Also, with the establishment of forbs, shrubs, and conifers within a few years following harvest it is expected that the suitability of these stands as upland foraging and overwintering habitat would improve for western toads under all alternatives. Any existing CWD and pockets of shrubs would also provide cover immediately following harvest. Incidental mortality to western toads due to ground disturbance and compaction of burrows may occur. Existing stand conditions likely limit current toad use of the stands and risk of mortality would be further reduced with winter logging.

Alternative 2 proposes the most harvest acres of the three action alternatives with the greatest potential for shrub and ground cover development and improved future western toad habitat in the project area. Alternatives 3 and 4 propose 352 and 541 fewer acres, respectively. Reduction of mortality through winter harvest is not as high in Alternative 2 as either Alternative 3 or 4. However, as mentioned previously current use of these is likely limited due to the high canopy closure and the occurrence of toads is expected to be low. Therefore, risk of mortality from harvest is expected to low for all alternatives.

**Post-Harvest Fuels Treatment**: Within potential western toad upland forest habitat, proposed burning activities include underburns and pile burning following harvest. Underburning would occur in the spring or fall when toads are more likely to be active on the ground surface during the day. Fuels are light in these units and the intent is to initiate a low severity burn that would stimulate forb and shrub development. It is expected that a mosaic of down CWD, shrub and groundcover, where is exists, would remain and would provide refuge for toads in the area. Activities would not occur in riparian areas, including the Yaak River breeding site, where toads

would be more concentrated during the breeding period. This would reduce the effects of burning in upland foraging habitat during the periods of above ground toad activity.

Effects of underburning would be the same as those described under Prescribed Burn Units above. In summary, the effects of underburning activities to toads would be short-term disturbance during activity implementation, variable reduction of cover habitat, and potential mortality. However, long-term there would be rejuvenation of shrubs and an expected increase in this preferred cover type in currently high canopy cover timber stands. Risk of mortality would be incidental and minimized through the retention of refugia within the units and exclusion of riparian areas. Acres of proposed underburning vary by alternative. Alternative 2 proposes approximately 597 acres of post-harvest underburning and is expected to provide better habitat suitability in a shorter amount of time within the project area. Fewer acres and slower development of shrub and groundcover vegetation is proposed under Alternatives 3 and 4 with 427 and 362 acres, respectively.

Excavator piling and pile burning would occur on the remaining harvest acres where existing high fuel loads make them unsuitable for underburning. As with machine logging, machine piling could result in the compaction of underground burrows and toad mortality. This would be greatest in units in which both harvest and piling occurs in the summer or fall. Winter harvest followed by summer/fall piling reduces potential soil compaction and therefore impacts to toads from machine activity. Burning in these units would be restricted to constructed piles spread throughout the unit which would limit fire caused mortality to the remaining small diameter trees and shrubs and retain more downed CWD in an unburned condition. Stimulation of shrubs and other forbs would occur within the pile areas but may not have as great of benefits as underburning throughout the unit. Incidental mortality to toads would be reduced as areas within the units would remain fire free.

Effects of exactor piling and burning to toads would be short-term disturbance during activity implementation, compaction of burrows, and potential mortality. However, long-term there would be rejuvenation of shrubs and an expected increase in this preferred cover type in currently high canopy cover timber stands. Risk of mortality would be incidental and minimized through the retention of refugia within the units and exclusion of riparian areas, especially during spring burns. Total acres of piling and acres of piling following winter harvest (in parentheses) for Alternatives 2, 3, and 4, respectively: 606 (273), 423 (218), and 299 (273). Compared to total acres of piling proposed, Alternative 4 has the most that would occur within winter harvest units meaning less potential impacts to western toads from machine activity compared to the other two alternatives. However, these risks are low as mentioned above. Alternative 2 has the same amount of piling and burn acres in winter harvest units although at a lower percent of the total. It offers the greatest future potential for shrub and forb development from pile burning.

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes the existing suitable habitat within the project area and includes riparian areas for breeding and upland foraging habitat. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting western toad habitat.



FS-046895

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen as the cumulative effects boundary. Adjacent planning areas were considered for effects because western toads are known to occur at high elevations and will travel several kilometers from water sources into upland habitats. However, known and expected activities in adjacent planning areas are not expected to cumulatively impact western toad movement, mortality, or habitat use within the project area.

### Past Actions

The primary measure of habitat availability and quality is change to breeding habitat and upland foraging/overwintering habitat within 1.2 miles of breeding habitat. The Affected Environment/Existing Condition section summarizes the existing condition. Harvest has occurred in the project area since the 1950s and has created a variety of age classes and successional stages across the project area. In some cases, past harvests provided habitat conditions favorable for western toad foraging and overwintering habitat; however, it would have also reduced vegetative cover and down woody materials. Harvest and road construction occurred within riparian habitat resulting in sedimentation, habitat alteration, and loss of potential aquatic breeding habitat. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1and 3.2, as well as Appendix G of this document. In unharvested areas, natural disturbances such as wildfire would have contributed to this mosaic of habitats and forage conditions. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with greater canopy closure, reduced understory vegetation, greater fuels accumulations in some areas, and an increased potential for severe wildfire.

Since the 1990s, application of Forest Plan standards has resulted in greater reliance on intermediate harvest which retains more cover and down CWD, reduced soil compaction by using existing trails and minimizing the number of new trails, protection of riparian habitats, less road construction and more road closures, and BMP work on existing and temporary roads to reduce sedimentation into streams. These standards and management guidelines have resulted in the protection of suitable known and potential western toad habitat.

### Alternative A – No Action

The No Action Alternative does not directly contribute any cumulative effects to western toads or their habitat. Without active management, plant succession would continue on many of the sites and would result in an increasing canopy closure that may not be used as frequently by western toads. Also, there is an increased risk for high severity fires. An extensive high severity fire in both riparian and upland terrestrial habitats could impact the suitability, at least seasonally, of large areas for western toads.

### Alternatives 2, 3, and 4

#### Ongoing and Reasonably Foreseeable Actions

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental

effects. Ongoing federal actions have been considered and included when formulating the existing condition for this project area.

A district wide thinning project of previously harvested units (Timber Stand Improvement 2010-2015) would occur within western toad upland forest habitat. These units have been providing shrub and small conifer cover that appear to be preferred by western toads. Work would be completed by hand through the use of chainsaws with negligible risk of mortality and activities would not occur within riparian habitats. Toads may seek cover if activities occur in the spring when they are more likely to be above ground. Cumulatively, effects would be minor. Although thinning of conifers would remove some existing cover it provides open space for shrub and forb maintenance within the stands for a greater length of time.

One active timber sale occurs within and adjacent to the project area. The Grizzly Project is located within a small portion of the Buckhorn project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in low elevation habitat. Activities would result in similar effects to western toads as those described under the direct/indirect effects section above and are expected to have minimal cumulative effects to western toads and their habitat: no impact to known breeding sites, protection of riparian areas, harvest of high canopy cover stands would encourage the development of preferred shrub habitat in the near future, and low risk of incidental mortality should toads be in the area at the time of activity.

The Idaho Buckhorn project is also proposing large prescribed burn units along the west side of Buckhorn Ridge with activity areas adjacent in places. These burns are expected to begin earlier than the Buckhorn project and staggered periods of burning would result in a mosaic of burned areas that are in different stages of recovery that may influence the availability of ground and shrub cover. Effects would be similar as those described above: maintenance of open stand conditions with shrub and forb cover, low potential for disturbance and mortality risk, and exclusion of riparian areas. Cumulatively, an increase in total burn acres would maintain upland foraging/movement habitat along a large ridgeline that provides connectivity between many areas of potential habitats both within and adjacent to the project area.

Other activities in the recent past, such as regeneration harvest or prescribed fire within the past 15 years, would be providing preferred shrub and small conifer cover as well as down CWD used by toads in upland habitats. Routine maintenance and use of open and restricted roads are on-going activities. Through application of BMPs, these activities are not expected to have cumulatively measurable effects on aquatic habitat (due to potential increased sedimentation or changes in channel morphology) or mortality risk.

Development of private land along the Yaak River likely altered and reduced some western toad habitat in the lower elevation lands along the project boundary. Future development opportunities are limited to this small 333 acre area and further habitat alterations would be negligible compared to the amount of both aquatic and upland habitat available on NFS lands.

As described above, loss of western toad habitat due to past actions has occurred within the project area. However, potential habitat occurs throughout nearly all of the project area given the abundance of water within the project area, the toad's broad use of upland habitat, and their mobility. Also, changes in harvest methods and protection of riparian areas in recent years has maintained and/or created potential breeding and upland foraging habitat. All action alternatives,

when considered in association with the planned activities on both public and private lands, are not expected to have adverse cumulative effects that would impact western toads. In the short-term, proposed activities would provide varying amounts of habitat until shrub cover fully returned in 2-3 years. Temporary disturbance and alteration of habitat is not likely to result in a declining population trend for this species.

Based on the nature and magnitude of potential cumulative effects to western toads independent of this project, there are no cumulative effects anticipated that would change the effects determination to toads from implementation of any of the action alternatives.

### Regulatory Consistency

**Forest Plan Consistency:** All action alternatives meet Forest Plan guidelines and standards as they apply to the western toad and sensitive species and include:

Forestwide Management Direction – FP II-1 #6, #7, II-22 and 23

p.II-1 #6 – *Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered:* No known breeding habitat and minimal upland foraging/overwintering habitat would be impacted by harvest, prescribed fire, and watershed improvement activities. Harvest and prescribed fire would encourage the development of preferred shrub and groundcover components in the understory.

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area.

p.II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See p.II-1 #7 above for habitat diversity.

Forest Plan riparian standards and guidelines (Vol. 1, II-28 thru 33) as amended by INFISH – *Defines the four categories of stream or water body and the standard width for each as well as activities that may occur within the buffer*: Riparian areas have generally been excluded from activity units based on category, type of activity, potential impacts to Riparian Management Objectives (RMOs), and compliance with the SMZ law. Newly discovered wet areas would be treated as riparian areas and excluded from treatment and/or winter logged to minimize ground disturbance and maintain the site's characteristics.

Appendix 16 – Cavity Habitat (Snags and Down Wood):

> Retention of recommended tons/acre of CWD would be met by following Graham et al. (1994) and emphasizing the retention of larger diameter pieces where available and snags felled for safety.

**National Forest Management Act:** The project complies with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

### Statement of Findings

Alternative 1 (No Action) **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for western toads. No management activities would take place that would alter existing habitat or result in displacement/disturbance effects; western toads would continue their current use. However, not addressing uncharacteristic vegetation conditions would continue to reduce the suitability of upland foraging habitat and accumulate fuel loads that could result in high severity wildfires throughout the project area. Such a wildfire could affect western toad breeding habitat by altering wetland microhabitats (reduction of associated vegetation) and reducing upland terrestrial habitat during the summer in the Buckhorn project area.

Alternatives 2, 3, and 4 **may impact individuals or their habitat, but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species** for western toads. This determination is based on: 1) removal and/or partial consumption of down CWD and shrubs in upland habitats due to harvest activities and/or fire, 2) disturbance and possible mortality to individuals during implementation of activities; however, 3) there would be no impact to known breeding habitat, 4) protection of riparian and suitable breeding habitat through application of RHCAs and BMPs, 5) improved development of shrub and forb vegetation in treatment areas, 6) long-term recruitment of down CWD through the retention of snags and snag replacement trees, some fire killed trees falling over time, and development of large diameter trees, 6) the low risk of impact would likely be to individuals rather than a western toad population, 7) reduced risk of severe wildfire within riparian habitat near treatment and possibly surrounding areas, and 8) suitable habitat would remain in the Buckhorn project area and distributed across the KNF.

## Management Indicator Species

### Introduction

More than 300 different species of wildlife occupy forest lands managed by the KNF. This means that the forest manages for a wide diversity of vegetation, structure and age classes, as well as specialized habitat required by some species. The KNF identified MIS species in the 1987 Forest Plan because they were believed to act as barometers of change for a particular habitat. The species identified fall into different categories which include: 1) the species was identified by the USFWS as a threatened or endangered species and present on the KNF; 2) it is a species that is commonly hunted, fished, or trapped; or 4) they are a species believed to have special habitat needs that could be affected by management activities.

### Regulatory Framework

Federal laws and direction applicable to management indicator species include NFMA (1976) and FSM 2620. The NFMA specifies that the National Forest System be managed to provide for diversity of plant and animal communities to meet overall multiple-use objectives. The “specific land area” (scale) for providing diversity is established in the framework as the area covered by a Forest Plan. One of the Forest Plan goals is to “maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species… and in sufficient quality and quantity to maintain habitat diversity representative of existing conditions” ( II-1 #7). In addition, the Forest Plan includes a wildlife standard relevant to MIS that states that “the maintenance of viable populations of existing native and desirable non-native vertebrate species,

as monitored through indicator species, will be attained through the maintenance of a diversity of plan communities and habitats" (II-22).

Other Federal resource laws that provide impetus for managing wildlife populations on public land includes the National Wilderness Preservation Act (1964), the National Environmental Policy Act (1969), and the Endangered Species Act (1973). Information from the landscape assessments conducted in the Columbia River Basin was also reviewed.

Based on direction found in the NFMA, the Forest Plan (Appendix 12) identifies MIS for the KNF (see Table 3.45).

**Table 3. 45 - Management indicator species for the Kootenai National Forest**

| Species | Habitat Represented | Comments |
|---|---|---|
| Grizzly Bear *(Ursus arctos)* | General Forest | See T&E Section |
| Gray Wolf *(Canis lupus)* | General Forest | See Sensitive Species Section |
| American Peregrine Falcon *(Falco peregrinus anatum)* | Cliffs | See Sensitive Species Section |
| Bald Eagle *(Haliaeetus leucocephalus)* | Rivers and Lakes | See Sensitive Species Section |
| Elk *(Cervus elaphus)* | General Forest | See analysis below in MIS Section |
| White-Tailed Deer *(Odocoileus virginianus)* | General Forest | Utilizes similar habitat as elk. Elk was chosen for analysis based on criteria described below in the elk MIS section; therefore, whitetail deer will not be considered further. |
| Mountain Goat (*Oreamnos americanus*) | Alpine | Mountain goats and identified ranges are not found in the project area. There would be **no impact** on mountain goats and no further analysis is required. |
| Pileated Woodpecker (*Dryocopus pileatus*) | Snags, Old Growth | See analysis below in MIS Section |

Elk and white-tailed deer are two MIS species that were selected to indicate change in general forest habitat. Summerfield (1991) recommends determining which big game species will be featured in a particular area, since species have different winter requirements. In the Conservation Plan, the KNF and MFWP Elk Task Force established management emphasis designations for elk by planning subunit (Johnson 2004a, Appendix H; 2600 letter of 5/16/1997); the Buckhorn Planning Subunit (PSU) has a high emphasis for elk. Therefore, based on Forest Plan direction, the biological potential of the area, state wildlife management objectives, and the information contained within the Conservation Plan, elk was identified as the general forest management indicator species in this analysis.

## Elk

### Summary of Conclusions

The action alternatives maintain high levels of habitat effectiveness and security habitat while trending the cover/forage ratios towards desirable conditions suitable for elk. Also, mosaics of habitat types and forage opportunities would be developed within the treated areas. Creation of this habitat diversity would benefit elk and other game species in the Buckhorn PSU in the long-term, especially where proposed activities occur within security habitat. The elk analysis of general forest habitat indicators demonstrates that sufficient quality and quantity of the diverse habitat types and age classes of vegetation are available and would be further developed within treated stands to benefit the elk population in the Buckhorn PSU. demonstrates that the condition of the general forest habitat in the is adequate for elk and that management activities could improve habitat conditions.

### Introduction

Historically elk were found in a variety of habitat types in Montana from open prairies to timbered forest lands. Elk show a preference for areas with diverse habitat types and community edge as the variety and quantity of forage plants along the edge of two habitat types is greater than either habitat type itself. Fire played a key ecological role in developing this mosaic of habitats that vary in characteristics such as age, structure, and species composition. Elevation also provides diversity in habitat types and species composition as well as seasonal differences in forage availability and quality. Elk utilize these differences through seasonal movements between summer and winter ranges. Winter diet is influenced by snow depth which affects the types of forage available, often resulting in a change of use from and forbs to tall shrubs, conifers, and arboreal lichens. Human development of winter range and the construction of roads have resulted in habitat loss and altered elk use of traditional areas. Roads in particular can greatly impact elk habitat by facilitating human access into otherwise remote areas thereby increasing displacement, hunting pressure, and mortality risk. Elk population ecology, biology, habitat description and relationships identified by research are described in Toweill and Thomas (2002), Hillis et al. (1991), MFWP (1985), and Thomas (1979). These provided guidance in evaluating potential habitat and effects to elk and are incorporated by reference.

Elk are one of four MIS for general forest habitat condition (Forest Plan, A 12-1) on the KNF. The project area is located within the Buckhorn PSU. The PSU is identified as an area where elk are of high management emphasis and as a result, elk were chosen as the MIS species of analysis.

### Data Sources, Methods, Assumptions, Bounds of Analysis

The effects analysis is based on direction provided in the Forest Plan, as amended, which provides management goals for big game as well as objectives, standards, and guidelines specific to elk. Additional guidance is provided by the report “Coordinating Elk and Timber Management” (Lyon et al. 1985) and “Defining Elk Security: The Hillis Paradigm” (Hillis et al. 1991).

Elk population and harvest data come primarily from MFWP data. Additional information used is from recent District wildlife observation records and the NRIS wildlife database. The analysis boundary for direct impacts to individuals and their habitat is the project activity areas, since activities in these areas could result in disturbance and displacement effects to elk. The boundary

for determining indirect and cumulative effects is the PSU. Elk emphasis areas were defined by the PSU. Also, elk can travel long distances and have home ranges that include both winter and summer use areas which could extend beyond the project area boundary. The PSU is large enough to account for effects on these various components of elk habitat and use in this area. Connectivity and movement within home ranges could be impacted by the proposal as well as activities in neighboring areas. Adjacent PSUs were also considered for effects. The boundary for determination of population trend is the MFWP elk hunting district #100 and the KNF.

Potential impacts to elk habitat are identified by analyzing four primary habitat components: cover/forage ratio, habitat effectiveness (HE), security habitat, and key habitat components. The overall assessment of habitat quality also considers other potential impacts to thermal cover, Open Road Density (ORD) (monitored and managed on non-winter range lands), harvest unit size, movement areas, and habitat diversity within the general forest habitat. These components will be addressed under the primary habitat components.

**Cover/Forage Ratio**: This ratio portrays the percentage of area that meets elk requirements for cover and forage. Cover is composed of vegetative structure, generally trees and shrubs, which provides protection from weather, predators, and humans. Two different types of cover have been recognized. Thermal cover is a stand of conifers that are ≥ 40 feet tall with 70 percent crown closure. Hiding cover is defined as vegetation capable of hiding 90 percent of an elk from the view of a human at 200 feet. Forage areas are those natural or man-made areas that do not qualify as hiding or thermal cover (Thomas 1979).

The Forest Plan recommends a cover to forage ratio of 30/70 percent for elk winter range which is measured on the combined acres in Management Area (MA) 10 and 11 lands (see Management Areas Map, M-2). Summerfield (1991) recommended cover to be 60 percent on both winter and summer ranges. Thermal cover on elk winter range should be ≥ 40 percent of the total cover available, while summer range may be in any combination of hiding and thermal cover (ibid). Additionally, the Forest Plan recommends that a combination of hiding and thermal cover for big game will be maintained at ≥ 15 percent through the contiguous MA for MAs 15, 16, and 17.

The Forest Plan states that maximizing edge effect is more important than the size of the harvest unit, identifying the general maximum size for an opening as 40 acres. Movement areas consisting of untreated or recovered timbered stands are to be retained between openings. Also, habitat diversity which includes stands of different seral stages is indicative of the available cover/forage conditions found within an area. Treatments that increase diversity improve the availability of forage opportunities and its juxtaposition with cover.

The measures for effects include cover/forage ratios for elk ranges in the PSU, the percent thermal cover on winter range, cover percentage for combined MAs 15, 16, and 17 acres in the project area, the number of regeneration harvest units greater than 40 acres in size, and retention of movement areas at the PSU scale. Changes in habitat diversity will also be discussed.

**Habitat Effectiveness:** The HE of an area refers to the percentage of habitat that is usable by elk outside of the hunting season that does not contain open roads. Numerous studies have shown that there is a strong negative correlation between elk use of an area and the density of open roads, even if those roads are only lightly traveled (Frederick 1991).

Lyon (1983) describes the under-utilization of habitat along open roads by elk and developed a road density model that depicts this relationship – an increase in ORD results in a non-linear

decrease in HE. Since elk could use all lands within the Buckhorn PSU during this timeframe, ORD was calculated for NFS lands within the PSU. The road density model from Lyon (1983) was then used to derive the approximate HE level. Christensen et al. (1993) defined levels of HE for elk management depending on the desired condition for elk with the management area. Where elk are a primary consideration for management, HE should be ≥ 50 percent. Areas with HE levels ≥ 70 percent would be expected to retain high elk use. These HE levels correspond to ORD of 1.85 and 0.65 mi/mi2, respectively.

Four Forest Plan MAs have ORD standards. The Forest Plan for MA 12 (big game summer range) facilities standard states that "Roads open to public use will not exceed an average density of ¾ mile per square mile within the contiguous MA." On MAs 15, 16, 17, and 18 the Forest Plan ORD standard is < 3.0 mi/mi2. These ORD standards can be translated in HE levels as well with an HE level of 68 percent for the more restrictive standard in MA 12. Meeting this standard means that lands within this MA are providing important habitat for elk management. However, as stated above all lands within the PSU could provide elk habitat including other MAs such as MA 2 (semi-primitive non-motorized recreation), MA 13 (old growth), and MA 14 (grizzly habitat management). Determining HE levels only for those MAs with an ORD standard does not necessarily reflect the amount of land useable by elk within the analysis area.

The measures for effects are HE by PSU and ORD by MA.

**Security Habitat:** Security areas are defined as areas that are larger than 250 contiguous acres in size and farther than one-half mile from an open road (Hillis et al. 1991). These areas offer elk refuge through reduced vulnerability during the hunting season and can greatly influence the age structure and composition of a herd.

The Forest Plan has no standard for security. A panel of State and Federal wildlife biologists convened in 1996 and produced, "Integrating Kootenai National Forest Plan and Fish, Wildlife & Parks Elk Management Plan Final Task Force Report" (Johnson 2004a, Appendix H-B). This document identified security as important component in elk habitat and that the Hillis et al. (1991) method would be used to calculate it. This method recommends a minimum of 30 percent of an elk's fall use area be maintained as security habitat. Since elk use in the fall could be any place within the PSU, the 30 percent minimum is measured against the NFS lands acres in the PSU. Appendix H-B also provides the elk management emphasis level by subunit a well as definitions for security levels.

The percent security in the PSU will be the measure for effects.

**Key Habitat Components:** Wallows, wet meadows, and bogs will be avoided when constructing roads. This is only a standard for big game in MAs 11 and 12; however, RHCA guidelines also apply to these wet areas. As such, when these habitat features are located they will be mapped and managed as riparian areas throughout the project area.

The number of features potentially impacted by the project will be the measure for effects.

Table 3.46 displays the effects to the elk habitat components in the Buckhorn Planning Subunit by proposed alternatives.

**Table 3. 46 - Elk Habitat Components by Alternative for the Buckhorn Planning Subunit**

| Habitat Component | Alternative 1 (Existing Condition) | Harvest & Associated Activities By Alternative[1] | | | Watershed Improvement Work – All Alternatives[2] | | |
|---|---|---|---|---|---|---|---|
| | | Alternative 2 | Alternative 3 | Alternative 4 | N. of Spread Creek | S. of Spread Creek | Meadow Creek |
| Cover/Forage Ratio Summer Range, MA 12 (Guide 60/40%) | 88/12 | 81/19 | 85/15 | 86/14 | -- | -- | -- |
| Cover/Forage Ratio Winter Range, MAs 10 & 11 (FP standard 30/70%, Guide 60/40%) | 87/13 | 84/16 | 85/15 | 85/15 | -- | -- | -- |
| Thermal Cover (%) for Winter Range MAs 10 & 11 (Guide ≥ 40%) | 58 | 56 | 56 | 57 | -- | -- | -- |
| Cover (%) for MAs 15, 16, & 17 (FP standard ≥ 15%) | Mangement Areas Not found in PSU | | | | | | |
| [3, 4]Open Road Density MA 12 (FP standard ≤ 0.75 mi/mi²) | 0.70 | 0.85 | 5932E – 0.73<br>5932G – 0.74<br>5955 – 0.75 | 0.77 | 0.72 | 0.73 | 0.71 |
| [5]Open Road Density MAs 15, 16, 17, & 18 (FP standard ≤ 3 mi/mi²) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Habitat (%) (Guide ≥ 30%) | 56 | 56 | 56 | 56 | 56 | 56 | 56 |
| [4]Habitat Effectiveness (Guide ≥ 50%) | 71 | 68 | 5932E – 71<br>5932G – 70<br>5955 – 70 | 69 | 69 | 68 | 70 |
| Number of even-aged harvest openings > 40 acres | 0 | 9 | 0 | 4 | -- | -- | -- |
| Movement corridors retained? | Yes | Yes | Yes | Yes | -- | -- | -- |

[1] Levels displayed are post project conditions except for Open Road Densities, Security Habitat, and Habitat Effectiveness which display changes occurring during project (during project changes are temporary and would return to the existing condition level post project).
[2] Proposed watershed improvement work is not considered to impact the cover/forage and thermal cover levels within the PSU nor is this activity applicable in addressing the number of even-aged harvest openings or retention of movement corridors.
[3] Alternative 3: No concurrent watershed work and harvest on restricted road systems would occur in three phases to keep during activity ORD levels at or below the standard.
[4] Alternatives 2 and 4 include the Meadow Creek watershed improvement work; Alternative 3 does not in order to maintain the ORD standard in MA 12 (see number 3 above).
[5] MAs 15, 16, and 17 not found within the Buckhorn PSU; levels displayed are for MA 18 only.

### Affected Environment/Existing Condition

The PSU is located in elk hunting district #100 (Purcell Elk Management Unit). The population in the hunting district increased during the 1980s and 1990s. It then stabilized and remained constant through 2004 (MFWP 2004b). The Forest's "Monitoring and Evaluation Report" (USFS 2008a), concludes that the elk population on the KNF appears to be increasing in the last few years based on MFWP data. Observations made during MFWP surveys counted a minimum of 1,951 elk in 2007, an increase of at least 173 individuals since the last reporting period in 2002. Since 1998, hunting season regulations changed allowing harvest of branch antlered bulls and cows by permit. This increase in population has reduced the average number of days needed to harvest an elk and has allowed MFWP to increase the number of permitted cow/calf tags each season. Increased road restrictions and decommissioning in the last 20 years has improved elk security on the Forest, likely contributing to the population increase and steady numbers of large bulls observed since 2002.

See Table 3.46 for the habitat components existing condition and expected levels during and post-project implementation. Currently, the cover to forage ratio is 88/12 percent on summer range. Winter range cover to forage ratio is 87/13 percent with 58 percent in thermal cover. The other MAs with standards for cover (MAs 15, 16, and 17) are not found within the PSU. Most past harvest areas have recovered to the point they are no longer considered openings and contribute to the high cover to forage ratio in the PSU; there are no existing openings greater than 40 acres within proposed activity areas. Covered movement areas are found throughout the PSU. Historically, wildfire would create a mosaic of successional stages and result in vegetative diversity in this area. In contrast, fire suppression and past timber management has resulted in a trend towards homogenous stand composition and structure consisting of high density stands of shade-tolerant species (see Forest Vegetation section) that reduce the presence and productivity of understory forage species. In summary, the PSU is currently outside the desired conditions for elk and other big game species with high cover and limited forage availability.

Both security habitat and HE are measurements based off of open roads within the analysis area. Three areas of elk security habitat are found in the analysis area with the larger two coinciding to some extent with the Buckhorn Ridge and Northwest Peaks IRAs. These areas provide approximately 56 percent security habitat for elk in the PSU. This high level of security habitat includes one restricted road on which a registered disabled hunter may have access during the general rifle season. Approximately 1.8 miles of road available to disabled hunters is located within the PSU. Currently the PSU has an HE level of 71 percent. Both security habitat and HE levels are well above guidelines for elk. About 28 percent of the NFS lands within the PSU are classified as MA 12. Within this contiguous MA area, ORD is currently better than the Forest Plan standard at 0.70 mi/mi2. Of the other MAs with ORD standards, only MA 18 is found within the PSU and no open roads are found here.

Wallows and calving areas are not known, but are expected to occur in the PSU.

### Environmental Consequences

#### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and

frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur. The No Action alternative would maintain the existing vegetative condition on the landscape with high cover to forage ratios on both summer and winter ranges. Secure habitat and HE for elk would remain at 56 and 71 percent, respectively, in the PSU. Also, no new even-aged openings of 40 acres or more in size would be created and all special habitat features would be retained. However, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions lacking in diversity as well as an increased potential for severe fire behavior within the project area. Also, as trees continue to encroach upon forage openings the limited acres of productive foraging habitat currently available would decline over time. Forbs, grasses, and other forage species, where present, may be less vigorous and productive in shaded rather than more open environments.

The increased tree density and continuous fuel profile from the ground up to the main canopy puts the area at risk of severe fire behavior (see the Fire/Fuels section). If severe wildfires occur, it is likely that openings much larger than 40 acres would be created as past stand-replacing fires occurred over tens of thousands of acres within the project area. The amount of forage habitat would increase in these areas; however, it would not result in the vegetative diversity created with more frequent low and mixed severity fires (see the Forest Vegetation section) that would also provide areas of cover.

### Alternatives 2, 3, and 4 – Direct and Indirect Effect

Habitat components and impacts of proposed activities are discussed below. Existing conditions and changes by alternative are displayed in Table 3.46 above.

**Cover/Forage Ratio**: Small diameter trees and shrubs contribute to hiding cover; therefore, all vegetation management activities could reduce hiding cover. However, loss of hiding cover in a given unit would depend on the existing cover type and what plant species, volume, and spatial arrangement of vegetation remained as well as the treatment proposed. For example, although prescribed burning could reduce cover it would not be eliminated because of the stand and burning conditions (open timber with light to moderate intensity fire) in which they would occur. Understory vegetation would be retained in a mosaic pattern and few if any overstory trees would be lost. Similarly, intermediate harvests generally occur in stands where the overall species composition, structure, age, etc. is in a desired condition and would be retained, including a

developed understory. However, the amount of existing understory found within any given stand would be variable. Regeneration harvest has the greatest potential for removing cover, both hiding and thermal. This is especially true in mature, high density stands where cover is composed primarily of the boles of trees and the lack of understory development. As a conservative estimate, all harvest units found within cover habitat were removed for cover and forage analyses.

Alternative 2 would reduce existing tree cover by 7 percent in summer range habitat, giving a cover to forage ratio of 81/19 percent. On winter range, cover would be reduced by 3 percent resulting in a ratio of 84/16 percent. Similarly, Alternatives 3 and 4 would reduce cover on both summer and winter ranges. Alternative 3 would reduce cover by 3 percent on summer range (ratio of 85/15 percent) and 2 percent on winter range (ratio of 86/14 percent). Cover would be reduced by 2 percent on both winter and summer range under Alternative 4. Post-harvest fuel treatments, especially underburning, would help stimulate forb and shrub development and improve forage quantity and quality. Thus cover would remain high within the PSU under all alternatives although proposed harvest would trend all cover/forage ratios towards guidelines and Forest Plan standards while moving towards desired vegetative conditions within the project area.

Thermal cover was considered an important part of big game habitat (e.g. Thomas 1979) by helping elk thermoregulate body temperature, thereby conserving energy and maintaining body condition especially in cold weather. In theory, the closed canopy would moderate temperatures by providing shade and cooler temperatures in summer and reducing wind speed (i.e. lessening effects of wind chill) and retaining heat in winter. More recently, however, elk use of thermal cover and foraging areas has been reexamined and research indicates that in all but extreme environmental conditions thermal cover does not improve an elk's ability to thermoregulate and conserve energy. Therefore, maintaining thermal cover at the expense of adequate forage conditions it is not a suitable solution in most cases (Cook et al. 1998). Rather than focusing on the thermal aspects of cover is to focus on the other aspects of forest cover important to elk such as security from hunting pressures, snow intercept, and foraging opportunities (ibid).

Alternatives 2 and 3 would reduce thermal cover by 2 percent with a 1 percent reduction under Alternative 4. This exceeds guidelines for percent thermal cover in winter range. Also, this percentage is likely high for the amount of thermal cover historically found in this project area. Seral plant communities within the Buckhorn project area would have been maintained through periodic fires which encouraged the establishment and growth of fire tolerant species such as western larch. Due to fire exclusion and past management practices, there is currently little to no natural regeneration of western larch and current levels of this species within the project area fall below the historic range (see Forest Vegetation Section). Because western larch lose their needles in the fall, they do not contribute to thermal cover or snow intercept during the winter like other species such as Douglas-fir or western white pine. Historically thermal cover based solely on larch presence, depending on fire occurrence and larch component at any given time, would likely have been closer to the 40 percent guideline within the PSU. Utilizing solar radiation to help maintain body temperatures in cold weather appears to be an important component of elk thermoregulation. Elk confined to clearcuts were in as good or better body condition than elk in treatment areas with high canopy cover (Cook et al. 1998). Lower canopy cover areas, including those with a high larch component, may be beneficial to elk in that they receive higher solar radiation while also providing some cover as well as forage opportunities during winter.

Alternatives 2 and 4 propose nine and four regeneration harvest units, respectively, that would create an opening greater than 40 acres in size. Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure, canopy cover, and hiding cover would be retained where available. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available and along open roads. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including use by elk and other big game species. Topography of the project area would also provide some cover due to the rolling/broken nature of the land. Resulting edge habitat totals approximately 38 miles around the perimeter of the units for Alternative 2 and 24 miles of edge habitat for Alternative 4. These alternatives would require Regional Forester approval for the creation of opening greater than 40 acres.

These large patch sizes and shape mimic natural disturbance processes that would have occurred historically. They also allow for more opportunities for variability and unique habitat features within the greater cut area boundary. Edge habitat would be created along the boundary of the units, but also within the unit between areas of heavier and less overstory retention. When these occur along the boundary of a unit, it could result in a "feathering" of treatment that provides a continuum of forested conditions. Also, the total miles of edge created are more contiguous rather than being broken up among several smaller units. Larger unit boundaries are adjacent to different types of habitat (e.g., numerous RHCAs which were excluded from units, past harvested areas, unharvested areas, and old growth) resulting in different combinations of edge habitat and proximity to hiding cover. In the long-term, larger patch sizes would provide more interior forested habitat as these patches go through the successional stages.

Alternative 3 does not include any harvest units larger than 40 acres. Edge habitat created by these smaller units totals approximately 32 miles.

Movement areas would be maintained through the PSU and project areas under all alternatives. These include unharvested and recovered harvest stands adjacent to proposed units and RHCAs applied to riparian areas. At a minimum, corridors between units are approximately 200 feet apart and many are 300 feet or more. Also, as described above, variability of vegetation within larger units (i.e., Alternatives 2 and 4 over 40 acre units) would provide more forage and cover opportunities during movements through the area whereas availability of forage opportunities created under Alternative 3 would be patchier in nature.

The effects to elk include a reduction in hiding and thermal cover and an increase in forage opportunities within treated stands. In the short-term, an increase in forage in the form of harvest generated debris would be available and possibly utilized by elk and other big game in the evenings and on weekends when activities are not taking place. Long-term, harvest would promote diversity within the treated area by creating a mosaic of seral communities (in conjunction with unharvest and past harvest areas). Treatments would provide both cover and forage opportunities and movement areas in an area where the vegetative condition is becoming a homogenous, high density stand with little to no forage species in the understory. Alternative 2 would result in the greatest change towards meeting desired vegetative conditions for the project area which influences meeting desired cover/forage ratios and habitat diversity while maintaining features such as movement areas. Alternative 4 is similar to Alternative 2 but would treat fewer acres and result in less foraging opportunities. Alternative 3 would treat an intermediate amount

of acres, and an intermediate increase in forage opportunities, but would not achieve the desired vegetative condition for the project area or diversity of conditions elk would have experienced historically.

**Habitat Effectiveness:** For all alternatives, all roads not currently open for public use and accessed for timber harvest/hauling or watershed improvement work would continue to be closed to public motorized access (see Appendix D - Access Management Plan). However, because the level of use during harvest and watershed activities is expected to exceed administrative use levels on these roads, they were considered "open" during project activities. Under Alternative 2, approximately 4.2 miles of restricted, 2.6 miles of impassable, and 1.0 mile of temporary road would be used to access proposed harvest units. Watershed work in Meadow Creek could be implemented at the same time as harvest and would occur on approximately 2.4 miles of restricted and 2.5 miles of impassable/barriered roads. Opening these roads reduces HE slightly to 68 percent during project implementation. This level for HE remains well above the 50 percent recommendation and would return to 71 percent upon the completion of project activities.

Alternatives 3 and 4 would have less road use than Alternative 2 at any given time. Alternative 3 roads and total miles only differ from Alternative 2 by slightly more temporary road use (0.1 mile). However, to keep ORD levels to the MA standard during implementation, harvest of the three different road systems could not occur at the same time. This results in a range of HE at higher levels than Alternative 2 during implementation (70-71 percent). These levels would remain well above the 50 percent recommendation and meet recommendations for high use areas. Harvest under Alternative 4 does not require the use of two road systems and therefore reduces overall road use during project compared to both Alternatives 2 and 3. Harvest would use approximately 2.4 miles of restricted and 0.6 mile of temporary road. Meadow Creek watershed improvement work could also be implemented concurrent within harvest under this alternative and road use would be the same as Alternative 2. Opening these roads reduces HE slightly to 68 percent during project implementation and would remain well above the 50 percent recommendation.

Assessment of ORD considers the same open road system for harvest and watershed improvement work as for HE. However, because ORD standards are specific to MAs only the portions of the above roads that occur within the MA were used in calculations. No activity roads would occur within MA 18 and ORD would remain at 0 mi/mi2 and meet the MA standard of ≤ 3.0 mi/mi2. Alternative 2 would have the greatest potential for increase during project temporarily raising ORD to 0.85 mi/mi2 and above the MA 12 standard of 0.75 mi/mi2. Similarly, Alternative 4 would temporarily raise ORD above the MA standard to 0.77 mi/mi2. This is a conservative measurement as it calculates all roads being open at the same time, including harvest and watershed work. It is unlikely that all roads would be opened at once and harvest along these roads could be completed during winter and would not affect ORD for this summer range MA. Also, as mentioned under "Data Sources, Methods, Assumptions, Bounds of Analysis" other MAs provide suitable summer range for elk and limiting ORD to this single MA does not reflect open road use in all suitable summer range habitat. Alternative 3 design features would require that harvest could not occur on the three road system at the same time and no concurrent watershed improvement work could occur in the Meadow Creek area. This would keep ORD at or below the MA standard during activity implementation, ranging between 0.73 and 0.75 mi/mi2.

Harvest unit size, shape, location with respect to existing roads and other units, and topography of the land influences road current and future road use. Alternatives 2 and 4 propose regeneration harvest units greater than 40 acres in size. In the short-term, the concentration of these larger units in a roaded area would have less disturbance and potential displacement effects during activities for species such as elk that show a negative association with open roads. In the long-term, there would be fewer re-entries in the area for vegetation management compared to an area with a checkerboard of smaller units such as would occur under Alternative 3. Overall there would be fewer periods of mechanized disturbance to manage the area and less post-harvest administrative roads use on restricted roads for associated activities like burning, planting, and pre-commercial thinning .

Elk are known to show a negative association with open roads and calculations of HE and ORD attempt to demonstrate the potential effects of open road use. Effects would be short-term disturbance and possible avoidance of activity areas, especially in those areas that are normally associated with roads that are restricted or closed to motorized use. Based strictly on HE and ORD levels during project, Alternative 2 could have the most impact to HE and ORD and potential for disturbance and avoidance effects. Alternative 4 is similar although slightly less impactive. Alternative 3 was designed to maintain an ORD level at or below the MA 12 standard which also influences HE levels under this alternative, keeping levels near the high existing condition level. Alternative 3 would result in the least disturbance and avoidance related effects. For all alternatives, these impacts would be temporary and HE would remain well above the recommended level. The increase in ORD would also be temporary and does not reflect open road use within all suitable elk summer range as described above. These roads are not concentrated in one area nor are they expected to all be open at one time for any alternative. This would lessen the potential effects to elk in any given area. Also, although Alternatives 2 and 4 may result in lower HE and higher ORD levels during this current project the implementation of larger harvest units would decrease vegetation management related road use in the treated area in the future compared to Alternative 3.

**Security Habitat**: Roads utilized for proposed harvest and watershed improvement activities that are currently closed to public motorized use would remain so during project implementation and there would be no increase in public motorized use during the hunting season. Therefore, use of restricted, impassable/barriered, and temporary roads for project activities would not impact security habitat level. Because proposed regeneration harvest would result in sparsely timbered stands, all harvest acres occurring within security habitat were removed. However, this is a conservative estimate as harvested stands would remain timbered to varying levels depending on the existing tree species composition and health. The reduction of relatively few timbered acres compared to the availability of security habitat within the PSU does not reduce security habitat percent under any alternative. Security habitat would remain well above the 30 guideline at 56 percent within the PSU.

Prescribed burns of approximately 11,623 acres in the project area are proposed. Of these acres, approximately 7,563 acres would occur within security habitat in prescribed burn units A, B, C, E, F, G, J, K, K-1, L, M, N, O, and O-1. The burns are in various habitat types and would improve the palatability and enhance the quality of the forage produced on these acres and provide improved foraging opportunities in security habitat. Forage would also be improved in the remaining burn units although use may be somewhat limited due to their proximity to open roads.

An increase in hunting pressure due to road hunting along open roads adjacent to recently harvested units is not expected. As mentioned previously, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available and along open roads. This would continue to provide some small areas of cover for elk as well as to break up the unit visually. Small conifer and shrubs would be expected to be on site within 5 years and provide hiding cover within approximately 15 years. Also, topography of the project area would provide some cover due to the rolling/broken nature of the land. Security habitat is not found within one-half mile of a public used open road during the hunting season. Elk use of this area close to the road is already limited and would not be expected to increase during or post-harvest because of this known avoidance. The potential for increased hunting success along open motorized roads is minimal and there would be no expected change to the elk population within the PSU.

The effects of increased activity due to timber harvest and watershed improvement work in areas that do not generally experience activity could result in temporary disturbance and possible avoidance of the activity area. However, roads currently not open to public motorized use would remain so during project activities and there would be no reduction in security habitat. The analysis area would maintain security habitat for elk and other big game species well above the 30 percent minimum guideline throughout the life of the project. Also, where vegetation management treatments are proposed within security habitat the post-harvest improvement in the diversity, quantity, and quality of forage species would benefit elk and other big game species in the long-term.

**Key Habitat Components:** For all alternatives, no proposed harvest would occur within the RHCA of any wetlands and no wallows were identified. Therefore, no known key habitat components would be impacted by the alternatives. Elk may temporarily avoid use of these areas that may be found within vicinity of proposed activities; however, there would be no long-term impacts to elk use of these sites.

### Cumulative Effects

#### *Introduction*

The Affected Environment/Existing Condition section describes relevant past and present factors affecting four habitat components for elk in the project area. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting elk habitat.

As described under the section “Data Sources, Methods, Assumptions, Bounds of Analysis,” the PSU was chosen as the appropriate scale for elk cumulative effects analysis as elk can travel long distances and have home ranges that include both winter and summer use areas which could extend beyond the activity areas. The PSU is large enough to account for effects on these various components of elk habitat and use. In addition, adjacent planning areas were evaluated for potential impacts related to habitat availability and connectivity.

#### *Past Actions*

The measures of habitat suitability are changes to the four habitat components for elk. Table 3.46 of this analysis summarizes the existing condition which reflects cover/forage ratios, habitat effectiveness, security habitat, and key habitat components within the PSU as well as the other

components considered. Harvest has occurred in the project area since the 1950s and resulted in some variety of age classes and successional stages that provided forage and cover for elk and other big game species. Roads constructed to facilitate harvest reduced habitat effectiveness and security. These activities would have also altered or reduced riparian habitats important to elk. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. Historically, natural disturbances such as wildfire resulted in a mosaic of habitats and forage conditions. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with greater canopy closure in some areas, which has in turn reduced forage production for elk on some sites.

Activities affecting elk habitat have changed in recent years. Open road densities have dramatically dropped in the past several years as a result of restricting/reclaiming roads through decisions intended to facilitate grizzly bear recovery. This has increased habitat effectiveness and security habitat within the project area for elk. Also, since the mid-1990s there has been more reliance on intermediate harvest which provides both greater foraging opportunities and hiding cover within the same area improving conditions for elk and other big game species.

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects to elk or their habitat. However, with continued fire suppression and lack of active management there would be a continued trend towards uncharacteristic vegetative conditions lacking in diversity and forage productivity which would continue to decline over time. Also, there is increased potential for severe fire behavior within the project area. If a large severe wildfire occurred in the project area, it would not result in the vegetative diversity created with more frequent mixed severity fires (see the Forest Vegetation section) or vegetation management that would also provide areas of cover.

### *Alternatives 2, 3, and 4*

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects. Ongoing federal actions have been considered and included when formulating the existing condition for this project area.

A district wide thinning project of previously harvested units (Timber Stand Improvement 2010-2015) would occur within suitable elk habitat. These units provided foraging habitat following harvest, but are or becoming areas of hiding cover with reduced foraging opportunities. Planned units would be access via open or restricted roads and possible by foot; restricted road use would not exceed administrative levels. Work would be completed by hand through the use of chainsaws within a short activity period. Elk may avoid the immediate area during activity, but would be expected to continue using the stands during inactive periods such as nights and weekends. There would be no effect to the four primary habitat components or associated components. Cumulatively, effects would be minor. Although thinning of conifers may result in a low level of temporary disturbance, thinning would continue to provide open space for shrub

and grass growth and productivity (foraging opportunities) within the stands for a greater length of time.

One active timber sale occurs within and adjacent to the project area. The Grizzly Project is located within a small portion of the Buckhorn project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in winter range habitat. Effects of regeneration harvest acres on cover/forage ratios and thermal cover are included in the existing condition percentages; cover is currently high within the PSU. A portion of the planned burning acres would occur on winter range security habitat and provide improved winter foraging opportunities in a secure area. Grizzly Project activities would result in similar effects to elk as those described under the direct/indirect effects section above and are expected to have minimal cumulative effects to elk and their habitat: contributing to increased foraging opportunities on winter range in an area of high cover, trending cover levels toward Forest Plan standards and guidelines, maintaining high HE and security habitat levels during and post-project.

The Idaho Buckhorn project is also proposing large prescribed burn units along the west side of Buckhorn Ridge with activity areas adjacent in places. These burns are expected to begin earlier than the Buckhorn project and staggered periods of burning would result in a mosaic of burned areas that are in different stages of recovery that may influence the availability of forage species. Effects would be similar as those described above: maintenance and improvement of foraging habitat within security habitat with minimal disturbance or avoidance effects during the short implementation period. Cumulatively, an increase in total burn acres would maintain or improve foraging opportunities for elk and other big game species in summer/fall range habitats into the future. There are no other reasonably foreseeable federal activities planned that would change the magnitude or scope of effects described above.

Continued management and development of private land in the Yaak watershed is expected. Any additional cumulative effects to elk would be partially dependent on the duration (seasonal versus year-round) of use of these parcels and homes. Anticipated effects include species displacement, habitat alteration, and/or habitat loss. Many of the activities that may occur on the private property parcels can only be estimated and are outside the control of the Forest Service. Land development, timber harvest, hunting, and recreational use of the analysis area have the potential to affect the habitat suitability and mortality risk to elk.

Land development which includes road construction, vegetation clearing, and residential construction and improvements can create a variety of changes to the landscape. For example, new access to land parcels and/or residential structures increases road densities and potentially reduces security habitat. Potential effects depend on the amount of private land on the landscape, the magnitude, type and location of developments and include the loss of secure habitat and localized disturbance on elk and other big game species. In the Buckhorn project area, private lands occupy approximately one percent of the PSU and are intermixed with public land. Past trends in land development here would suggest that development would continue to occur at a low rate. Also, the NFS lands within the PSU would still meet recommended levels for big game. Therefore, development of private lands would be expected to have minor cumulative impacts on elk and other big game species within the PSU over the next 10 years.

Ongoing and future timber harvest on private land includes both regeneration and selective silvicultural prescriptions. Timber harvest on private land is expected to continue at current

levels and the amount of new road construction is expected to be minor. Private landowners generally restrict public use on their roads. Potential cumulative effects to elk from ongoing timber harvest and road construction activities on private land would be minor.

The Forest Service influences hunter access on NFS lands through road management. This includes one restricted road on which a registered disabled hunter may have access during the general rifle season. Approximately 1.8 miles of road available to disabled hunters is located within the PSU affects security habitat within the PSU. The relationship to this project of increased recreational use of the area centers on the potential for increased hunting pressure. Currently, two outfitters are permitted to operate with the area with set service days for this area. Areas used by the outfitters and other hunters may change due to roads currently impassable due to vegetative growth being cleared; however, access would continue to be by non-motorized means as no new roads would be opened for public motorized use. Levels of hunting pressure would not be expected to increase and exposure to humans would remain low. Hunting activities within the project area would cumulatively contribute to minor, short-term disturbance effects during the general hunting season which would vary with specific area use and activity levels. There would be no change to the availability of security habitat. Therefore, mortality risk and potential cumulative effects to elk would be minimal within the PSU.

With population growth and development, it is reasonable to assume that some corresponding increase in human use of NFS lands is likely to occur. Recreational activities such as sightseeing, hiking, cross-country skiing, camping, snowmobiling, fishing, and firewood cutting are ongoing and expected to increase over the next 10 years. This increase is likely to be gradual and incremental and tend to be focused on areas along or near roads open to motorized traffic. Elk may, over time, experience more frequent disruption of their daily activities if they are in proximity to roads though, as discussed earlier, these areas receive proportionately less use by elk than more secure habitats. This low level of increase of recreational use would not appreciably change the existing condition as elk already tend to avoid open roads. Potential cumulative effects to elk from recreational activities in the PSU would be minimal.

Based on the nature and magnitude of potential cumulative effects to elk independent of this project, there are no cumulative effects anticipated that would change the effects determination to the elk from implementation of the proposed federal action.

### Cumulative Effects of Plan Amendments for Open Road Density (MA12)

Alternatives 2 and 4 would require a project specific amendment to forest plan standards for ORD in MA 12, during project activities. The cumulative effects of the Forest Plan amendment for changing the ORD requirements have been analyzed (Johnson 2006). This analysis looked at post project changes in ORD, both increases and decreases, and calculated a cumulative change to ORD in MA 12. As of 2006, the cumulative change in available elk habitat was approximately +0.16 percent. Since 2006, only five projects including Buckhorn have received a project specific amendment for ORD in MA12 which now total 46 for the KNF (USFS 2013). Of these, four of the projects would have high ORD levels during implementation but would return to the existing condition post project and would not result in a cumulative change to available elk habitat. One project would improve upon the existing ORD level post project and ORD would become better than the MA standard. Therefore, cumulatively it is expected that there would be a slight improvement in available elk habitat on the KNF. Although slightly improved, this change on a small part of the available habitat on the forest would not be expected to result in a

measurable change in big game populations. However, as described under Affected Environment/Existing Condition the elk population appears to be increasing which may be due to increased road restrictions and decommission in the past 20 years (USFS 2008a). The cumulative effects of past and present land use patterns as well as random natural events have been taken into consideration in this analysis.

## Regulatory Consistency

**Forest Plan Amendment:** Alternatives 2 and 4 would require one Forest Plan Amendment that applies to big game species.

**MA 12 (Timber/Big Game Summer Range) -** Alternatives 2 and 4 would temporarily increase ORD above the standard during implementation based on all harvest associated roads being used at once which is not likely to occur; levels would return to the existing condition post project. Also, other MAs that provide suitable summer range would not have an increase in open road use. A project specific Forest Plan amendment would be requested for these alternatives. Alternative 3 would keep ORD levels at or below the MA standard through design features which would guarantee that the use of currently restricted or impassable/barriered roads for harvest would not occur at the same time.

**Forest Plan Consistency** The action alternatives meet the following Forest Plan standards and guidelines as they apply to elk, big game species, and MIS:

Forestwide Management Direction – FP II-1 #3, #7, II-2 #12, #17, II-7, 22, 23

p.II-1 #3 – *Maintain a balance of open and closed road… (to) insure big-game habitat security…:* Some restricted, impassable/barriered, and temporary roads would be opened for harvest; however, all would remain restricted to public motorized access and there would be no decrease in security habitat percent during or post-project.

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:*. Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area. Also, more creation of edge habitat and trending cover/forage ratios towards Forest Plan standards.

p.II-2 #12 – *Maintain big-game habitat to support the recreational hunting demand for resident big-game species:* Forage opportunities would be improved while maintaining high levels of security habitat and HE throughout the PSU. This would support the local hunting demand.

p.II-2 #17 – *Use prescribed fire to simulate natural ecological processes . . . create habitat diversity for wildlife . . .:* Prescribed burns would occur on approximately 11,623 acres (7,563 acres located within security habitat) and would maintain or improve the availability, palatability, and quality of available forage.

p.II-7 – *Management of elk habitat will provide for a potential habitat carrying capacity which, by the third decade, is nearly 40 percent greater than present elk numbers. Habitat maintenance to support huntable populations of all other big game species as well as viable population levels of all endemic vertebrate species of wildlife:* Elk population and the number of large bulls on the

Forest has been increasing over the past 20 years likely through increased road restrictions and decommissioning which has improved elk security on the Forest. Proposed activities would not change security habitat levels within the analysis area.

p.II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats*: See p.II-1 #7 above for habitat diversity. Elk is monitored as an indicator species for general forest habitat. Their occurrence and estimation of population is monitored through District observations, MFWP surveys, and KNF Monitoring and Evaluation Reports.

Applicable Management Area Direction (MAs 10, 11, 12, 15, 17) – FP III-39, 44/45, 48/49/51, 65, and 75.

**MA 10 (Big Game Winter Range)** – *Maintain or enhance the habitat effectiveness for winter use by big game species through cover/forage ratios, prescribed fire, and maintenance of wildlife movement patterns:* Limited occurrence of this MA within the PSU but it does contribute to the total winter range acres. Approximately 437 acres of prescribed burning would occur within the MA that would improve foraging opportunities within winter range. No harvest would occur within this MA and there would be no change to existing security habitat or HE levels.

**MA 11 (Timber/Big Game Winter Range) –** *Maintain or enhance the winter range habitat effectiveness for big game species (while also achieving timber and visual goals) through prescribed fire, maintenance of wildlife movement patterns/corridors, management of key habitat components as riparian areas, and utilizing harvest to achieve desired cover/forage ratios, a variety of seral stages, and maximization of edge effect in units generally not exceeding 40 acres:* A mosaic of habitat types, edge, and forage opportunities would be increased through harvest, fuels, and prescribed fire treatments. High levels of security habitat and HE would be maintained throughout the project as well as the maintenance of timbered movement areas between openings. Also, all key habitat components have been identified and maintained under all alternatives. Alternatives 2 and 4 would create openings greater than 40 acres but would better mimic natural disturbance processes that would have occurred historically and resulted in habitat diversity beneficial to elk and other big game species. No openings greater than 40 acres would be created under Alternative 3.

**MA 12 (Timber/Big Game Summer Range)** – *Maintain or enhance non-winter big game habitat (while also achieving timber goals) through habitat diversity, maximization of edge effect in units generally not exceeding 40 acres, maintaining hiding cover between openings, management of key habitat components as riparian areas, managing open roads to no more than ¾ miles per square mile:* A mosaic of habitat types, edge, and forage opportunities would be increased through harvest, fuels, and prescribed fire treatments. High levels of security habitat and HE would be maintained throughout the project as well as the maintenance of timbered movement areas between openings. Also, all key habitat components have been identified and maintained under all alternatives. Alternatives 2 and 4 would temporarily increase ORD above the standard during implementation based on all harvest associated roads being used at once which is not likely to occur; levels would return to the existing condition post project. Also, other MAs that provide suitable summer range would not have an increase in open road use. Alternative 3 would keep ORD levels at or below the MA standard through design criteria which would

guarantee that the use of currently restricted or impassable/barriered roads for harvest would not occur at the same time.

**MA 18 (Regeneration Problem Areas; Steep Slopes)** – *Maintain existing vegetation (future timber production) and viable populations of existing native wildlife species, including big game, through maintenance of habitat effectiveness and security by limiting ORD to a maximum of 3 miles per square mile and management of key habitat components as riparian areas:* No activities proposed within this MA, including use of open roads, and would maintain the existing ORD at 0 mi/square mi.

**National Forest Management Act:** The alternatives comply with NFMA direction to provide diverse populations of plant and animal communities by following Forest Plan standards and guidelines (Johnson 2004a).

### State Elk Plan

The project area is located in the Purcell Elk Management Unit identified in the Montana Statewide Elk Management Plan (MFWP 2004a). The proposed project is consistent with that document by increasing forage opportunities in both summer and limited winter range, maintaining high levels of security habitat and habitat effectiveness, and trending vegetative conditions towards those historically used by elk within the PSU.

### Summary/Statement of Findings for General Forest MIS

The No Action alternative would maintain existing conditions of cover/forage ratios, HE, security habitat, key habitat components, and associated habitat components. However, succession due to fire suppression and past management practices are resulting in a more homogenous environment with higher forested cover than what would have occurred under a mixed severity fire regime. As trees continue to encroach upon forage openings the acres of productive foraging habitat would continue to decline over time.

The action alternatives would trend the cover/forage ratio towards desirable conditions suitable for elk on both summer and winter range. Open road densities would increase temporarily where project activities occur for timber harvest and watershed improvement work; however, high levels of security habitat and HE would be maintained during implementation within the PSU. Some short-term displacement of big game may occur during the life of the project in those areas that currently receive little to no motorized use. However, in the long term elk and herd numbers would benefit from the improved foraging opportunities generated by proposed activities especially where occurring within security habitat (areas away from open roads).

Mosaics of habitat types, creation of edge communities, forage opportunities, and security habitat away from open roads would be maintained and/or improved within the PSU. Based on the elk analysis of general forest habitat indicators and the Forest's Conservation Plan (Johnson 2004a), sufficient quality and quantity of the diverse habitat types and age classes of vegetation are available and would be further developed within treated stands to benefit elk population in the Buckhorn PSU.

## Pileated Woodpecker

### Summary of Conclusions

The action alternatives would trend vegetative conditions towards historic range of variation which includes a greater quantity of early seral tree species preferred by pileated woodpeckers (PIWO). Existing healthy seral tree species, including western larch, would be retained where available and no activities would occur in old growth habitat. Post-project snag and CWD levels would meet or exceed recommended levels for the project area. The PPI for PIWO pairs would not be impacted by proposed activities and sufficient quality and quantity of habitat types, species composition, and age classes are available and would be further developed within treated stands for pileated woodpeckers in the Buckhorn project area and adequate old growth and snag habitat would be provided for the species.

### Introduction

The distribution of PIWO coincides with the geographic range of western larch in northwest Montana (McClelland and McClelland 1999) and they are year-round residents of the KNF. Although PIWOs are dependent on large woody materials generally found as components of mature and old growth forests, they can use a range of forest ages and species composition where these components exist. Snags and decaying live trees ≥20 inches provide suitable nesting and roosting habitat. Foraging habitat consists of trees, snags, logs, and stumps ≥15 inches where the PIWO's primary food, carpenter ants, can be found. As a primary excavator, PIWOs are an important resource within the cavity dependent community. They generally excavate a new nest cavity every year and their abandoned cavities provide nesting and roosting opportunities for a variety of secondary cavity users who cannot or generally do not excavate their own cavities. Detailed PIWO population ecology, biology, habitat description, and relationships identified by research for northern Rocky Mountains are described in McClelland & McClelland (1999), McClelland (1979, 1977), and McClelland et al. 1979. Additionally, research conducted in the Pacific and Inland Northwest is described in Bull and Holthausen (1993), Bull et al. (1992), Bull (1987), Bull & Meslow (1977), Mellen et al. (1992), and Thomas 1979. These provided guidance in evaluating potential habitat and effects to PIWOs and are incorporated by reference.

The PIWO is an MIS for old growth and snag habitat (Forest Plan, A 12-1) on the KNF. Pileated woodpecker was designated as a MIS because they are a species that is believed to have special habitat needs for old growth and snag habitat that could be affected by management activities.

### Data Sources, Methods, Assumptions, Bounds of Analysis

A method for calculating PPI for PIWO is described by Johnson (1999b, 2003). The procedure is based on the assumption that all currently identified old growth habitat containing preferred trees species (both designated and undesignated) is providing suitable habitat to support nesting territories. This assumption also includes the premise that all suitable habitat is spatially distributed across the landscape in a pattern that can be incorporated into individual nesting territories. The procedure was based on territory sizes of PIWO as described in research by McClelland (1977) for northwest Montana and Bull and Holthausen (1993) and Bull and Meslow (1977) for northeast Oregon.

Habitat for this species was calculated using all designated and undesignated old growth habitat below 5,500 feet which has currently been mapped for the project area. Designated old growth

habitat was calculated as supporting one nesting pair per 600 acres with undesignated old growth habitat supporting one nesting pair per 1000 acres. The difference in territory size is based on research that suggests that higher quality habitat can support a breeding pair with fewer acres (McClelland 1977, Bull and Holthausen 1993, Bull and Meslow 1977). Other stands (general forest not considered old growth) may have one or more important attributes of old growth forest or perhaps provide for connectivity and interior habitat. Also, allowing for larger territory sizes when habitat becomes fragmented appears reasonable as territory sizes up to 2,600 acres have been reported for western Oregon (Mellen et al. 1992). Therefore, unharvested and past harvested stands below 5,500 feet were also reviewed as part of this analysis as supporting one nesting pair per 2,600 acres. Of course, there are numerous and complex interrelated factors that influence the actual size of the home range territory (McClelland 1977).

The analysis boundary for direct effects to individuals and their habitat is the Buckhorn project activity areas, since activities in this area could result in disturbance and displacement effects to the PIWO. The boundary for indirect and cumulative effects is the project area because it is large enough to account for the effects to PIWO habitat and use of this area. Adjacent planning areas were also considered for effects because pileated woodpeckers have large home ranges that could extend beyond the project area boundary. Connectivity and movement within home ranges was considered because it could be impacted by the proposal as well as activities in neighboring planning areas.

Project effects are evaluated based on impacts to important attributes of PIWO habitat. As mentioned above, these attributes are often found as components of old growth habitat. Therefore, the primary indicator for assessing alternative effects to PIWOs and their habitat is the acres/percent change in old growth habitat and resulting changes in PPI in the Buckhorn project area. The overall assessment of habitat quality also considers other potential effects to existing old growth such as size and connectivity, edge effect, and fire wood cutting as addressed in the Old Growth Section. Also considered are impacts to optimum nesting, roosting, and foraging habitat (i.e., available snag/cavity habitat, coarse woody debris habitat, and recruitment trees) within the general forest habitat.

Pileated woodpecker occurrence data comes from recent District wildlife observation records, the Region One Landbird Monitoring Program (Avian Science Center, Univ. of Montana), and the NRIS wildlife database.

### Affected Environment/Existing Condition

No population estimate is available for PIWOs within the KNF. However, trend data for many species, including PIWO are being gathered through monitoring efforts across Region One. This includes the KNF and is being accomplished as part of the Northern Region Landbird Monitoring Program which has conducted breeding bird point count surveys since 1994[9]. This monitoring effort is still in the early stages, as trends take more than 8-10 years to confirm (USFS 2003b).

---

[9] In this program, transects consisting of multiple bird monitoring points are set up within a wide range of habitats distributed geographically across the KNF. This survey technique is not specifically designed to census woodpecker species, although all migratory and resident bird species detected by specialists trained in bird identification are recorded at each point on each transect.

Surveys do not occur on a yearly basis and seven surveys have been conducted over a 10 year period (USFS 2008b).

During the 1994-2002 periods, PIWO were tallied 204 times at the 2,638 individual points surveyed on the KNF (USFS 2003b). The rate of species detection can vary greatly from year to year, especially for a wide-ranging species like PIWO that may or may not be anywhere near a given point on a given day. For example, PIWO observations for this time period varied from 0.035 to 0.123 woodpeckers/survey point. Therefore, it is recommended that trend data be calculated at a larger scale than a single National Forest due to larger sample sizes generating more sound data. For the Region One Forests west of the continental divide, observations varied from 0.053 to 0.104 woodpeckers/survey point for the same time period and are less variable than at the Forest level (ibid), suggesting a more consistent trend among years. At the same regional scale, the mean for 2004 was 0.073 PIWOs/survey point (USFS 2008b) which falls into the middle of the range.

No Landbird Monitoring transects are located in the project area; however, one is located just outside the northeast corner of the project area near Pete Creek. The territory of one of these birds could include a portion of the Buckhorn project area. Survey efforts along this route in 1996, 2000, and 2004 each documented a PIWO observation at a different survey point. The District has historic records of the woodpecker along the Yaak River and immediately adjacent to the project area. Also, PIWOs and their sign (new and old foraging cavities and old nesting cavities) were observed in and adjacent to proposed harvest units during field review of the units (see project file). No active nest sites are known in the analysis area. Personal observations like these across the Forest, along with data being gathered through the Monitoring Program, provide no indication of any major population change for the species on the KNF (USFS 2008a).

A detailed summary of old growth habitat for the project area is displayed in the Old Growth section of this document. Because PIWO show a preference for western larch and ponderosa pine for foraging and nesting habitat, these acres were refined to only include habitat and/or forest types known to include these species as seral components within the stands. Approximately 5,167 acres of designated and 756 acres of undesignated old growth habitats exist within the analysis area. Approximately 71 percent of the old growth blocks are greater than 50 acres in size. Old growth stands are connected or interconnected to adjacent old growth stands or by stands composed of 100+ year old age classes which would provide both useable habitat as well as movement areas. Existing pileated woodpecker nesting territories would likely encompass a significant portion of this old growth habitat. Based solely on the quantity of old growth habitat available, the Buckhorn project area could support about 9 nesting territories (PPI). Approximately 12,295 acres constitute general forested habitat as described above. An additional 5 pairs may be provided for by the general forest habitat (see Table 3.47).

Historically, the KNF provided between 200,526 acres to 780,138 acres of PIWO habitat (ERG 2012). There is no differentiation between general and old growth habitats for these acres and were generated from the acres of forested habitat that provide the key components of PIWO habitat: stands containing preferred trees species (western larch and/or ponderosa pine), large diameter trees (≥ 15 inches), and some level of canopy cover (≥ 15 percent). As such, a calculation of PPI for the KNF was not performed as for the project area. However, currently the KNF has approximately 292,644 acres of PIWO habitat which falls within the historic range of variation (ibid). Therefore, PPI at the KNF would be expected to fall within the historic range as well.

Based on management history within the Buckhorn project area, the existing snag level on NFS lands is approximately 71 percent and exceeds the current Forest Plan standard and/or guideline of 40 percent for upland habitats. This accounts for the impact of firewood cutting along the existing road system. Existing tons/acre of CWD meet the Forest Plan guideline within proposed harvest units although this level is currently being met mostly in the form of smaller diameter materials with scattered occurrence of large diameter materials. Currently, the available levels of cavity habitat and CWD in the project area provide adequate suitable habitat for PIWO and other dependent species (see Cavity Habitat and Down Wood Habitat sections).

### Environmental Consequences

Management activities can both create and reduce PIWO habitat. Activities that maintain large diameter woody material of preferred conifer species, both standing and down, encourage old growth characteristics whether in old growth or other general forest stands. In Montana, PIWOs demonstrate a preference for western larch and ponderosa pine trees for nesting, roosting, and foraging. Although not used for nesting in Montana (McClelland & McClelland 1999, McClelland 1979, Weydemeyer and Weydemeyer 1928), in northeast Oregon (Bull 1987, 1975, Thomas 1979), or in British Columbia (Harestad and Keisker 1989), large diameter Douglas-fir is readily used for foraging (McClelland and McClelland 1999, McClelland 1979, Bull and Meslow 1977).

The following table, Table 3.47, shows how the alternatives may affect PIWO habitat.

**Table 3. 47 - Pileated woodpecker PPI for old growth and general forest habitats by alternative.**

| Habitat Type | Alternative 1 (Existing Condition) | Alternative 2 (Post Project) | Alternative 3 (Post Project) | Alternative 4 (Post Project) |
|---|---|---|---|---|
| Old Growth | 9.4 | 9.4 | 9.4 | 9.4 |
| General Forest | 4.7 | 4.3 | 4.4 | 4.5 |
| Total PPI | 14 (14.1) | 14 (13.7) | 14 (13.8) | 14 (13.9) |

#### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size

and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area (see the Fuels and Vegetation sections for more detail).

Under the No Action alternative, no active management would occur within general or old growth habitat except fire suppression activities. Therefore, no direct effects from proposed federal actions would occur. Natural successional processes would continue within these habitats with old growth characteristics in each being used by PIWO for nesting, roosting, and foraging. In the short-term, PIWO use of this habitat would continue at current levels and there would be no change in PPI (see Table 3.47 above).

However, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area (see the Vegetation and Hazardous Fuels sections). Continued disruption of the historic pattern of mixed severity fires in stands where preferred species of western larch and ponderosa pine were developed (McClelland and McClelland 1999, McClelland et al. 1979, McClelland 1979) would continue to result in ecological changes. Encroachment of shade-tolerant species into the understory would, over time, result in the reduction of quality PIWO nest and roost trees through species conversion. The development of large diameter trees or regular recruitment of clusters of snags within small areas would be reduced without periodic mixed severity fires.

Due to an increase in uncharacteristic vegetative conditions, there is an increase for severe fire behavior within the project area which could spread into the more moist sites including riparian and old growth habitats. A high severity fire could remove an area of old growth completely (see Old Growth section), reduce recruitment of large diameter snags in the near future (see Cavity Habitat section), and consume or alter the suitability of CWD (see Down Wood Habitat section). The area may also become unsuitable for some cavity and CWD dependent species during this recovery period.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

Western larch and ponderosa pine are preferred for nesting in Montana. Stands containing large diameter trees of these species were developed through natural disturbance processes, especially fire (McClelland and McClelland 1999, McClelland 1979). As seral species, western larch and ponderosa pine cannot simply be preserved within a landscape that would become dominated by shade-tolerant species overtime with active fire suppression. Management treatments using fire, thinning, or harvest that encourages these preferred species while maintaining the old-growth attributes would benefit PIWOs (McClelland et al. 1979).

#### *Activities/Effects Common to All Alternatives*

**Old Growth Habitat:** Impacts to old growth habitat are disclosed in the Old Growth section. No activities are proposed within old growth habitat and these stands would continue to provide, and develop, habitat characteristics used by PIWO such as larger trees, larger snags, and more down logs. Also, higher levels of decadence would develop producing better substrate for carpenter ants and their larvae which is a primary food resource in the Northern Rockies (McClelland and McClelland 1999, McClelland 1979) and the Pacific and Inland Northwest (Bull and Holthausen 1993, Bull 1987).

Proposed regeneration units are located adjacent to old growth blocks creating an edge influence on 35, 32, and 20 acres of old growth in Alternatives 2, 3, and 4, respectively. This amounts to less than one percent of the total old growth acres in the project area for all alternatives. Although edge influence may affect the suitability of these acres for some species, it would not change the vegetative structure with respect to the existing large diameter trees and snags or CWD available for PIWO. Also, proposed harvest in adjacent stands would help protect these old growth acres from burning during a high severity fire by creating fuel breaks and influencing wildfire movement within the treated area.

Effects of the action alternatives would likely result in short-term disturbance and avoidance of old growth areas adjacent to proposed harvest units during implementation. However, these activities are not expected to reduce PIWO nesting, roosting, or forage habitat in old growth as important characteristics (quantity of large trees and logs per acre) would be retained. The PPI based on old growth in the Buckhorn project area would not change (see Table 3.47).

**Prescribed Burn Units:** The goal of the prescribed burn units is to rejuvenate and enhance the ground cover and understory vegetation in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. Fires would be of low to moderate intensity and would target fine fuels for consumption, resulting in a mosaic of burned and unburned areas. In order to achieve desired burn outcomes where little fine fuels exist, fuels augmentation accomplished through hand slashing of small diameter trees would occur within seven burn units. Approximately 766 acres of the 11,623 proposed acres would occur within mapped PIWO habitat in portions of 12 prescribed burn units. The primary reason for so few proposed acres occurring within PIWO habitat is due to the high elevation location of several of the units, especially the larger units that contribute the majority of the acres. Also, some of units found in lower elevation habitat occur within unsuitable habitat (e.g., lodgepole pine). No prescribed fire would occur within old growth habitat.

Prescribed fire would result in the maintenance and growth of fire adapted western larch and ponderosa pine habitats where they occur and maintain a mosaic of suitable habitat types within the larger landscape which would provide forage, nesting, and movement opportunities for PIWO. The prescribed burns are also expected to retain existing large diameter CWD and possibly create new snags by injuring and killing some live trees. Insects attracted to the decaying trees would become potential prey for PIWO. The effects to PIWO would be minor as burns would maintain the existing habitat type and structure of the stand in a suitable condition for PIWO use. Increased activity may result in the disturbance and displacement of PIWO using the stand; however, this effect would be short-term and only last for the couple of days necessary to implement the burn. Pileated woodpeckers would be expected to resume their use of the stands once activities have been completed.

**Post-Harvest Fuels Treatment:** Fuels treatments include underburns and pile burning following harvest that would reduce existing and harvest generated fuels. Fuels treatments are expected to result in a reduction in the existing high fuel loading while continuing to provide appropriate levels and size of down CWD for current wildlife use and would not impact future recruitment of large diameter CWD in the project area (see Down Wood Habitat section). Also, the prescribed burns would maintain mature fire adapted trees species such as western larch as well as injure or kill some live trees that would become future snags. Insects attracted to the decaying trees would become potential prey for PIWOs. The effects of post-harvest treatments themselves would be

minor compared to the prior harvest treatments as little additional change to stand structure or composition would occur. Activities may result in short-term disturbance and displacement of individuals using the areas of higher western larch retention. However, treatments enhance the potential for harvest units to serve as future fuel breaks in the event that a severe wildfire moves through the area. By breaking up the continuous fuels, it may influence the behavior of a fire such that a mosaic of wildfire severity occurs that reduces competition by fire-intolerant species for the establishment and development of western larch and ponderosa pine and better maintaining old growth and riparian habitats as it would have under natural disturbance patterns. This mosaic would provide foraging and nesting opportunities for PIWO.

**Roadwork (Timber Haul Routes and Watershed Improvement):** Road improvement/maintenance work on open roads would have no effect on PIWO habitat. Roadwork on barriered or irregularly use gated roads would not impact PIWO habitat but may increase the level of disturbance compared to existing conditions. Temporary roads totaling one mile or less are proposed under all action alternatives. Construction of these roads could result in the removal of nesting and foraging habitat and temporary disturbance of PIWO in the area. However, the majority of these roads' lengths are located within proposed harvest units and the effects of the roads are negligible compared to the effects of the proposed harvest units.

Watershed improvement activities are proposed to address hydrological issues that ultimately may result in increased sedimentation into streams and include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Barriered roads associated with these areas have become vegetated overtime and consists of alder and small diameter conifer trees. Snags or large CWD would not be expected to be found on the roads except for the occasional fallen tree from the adjacent stand. The effects of brushing the roadbeds to access areas of watershed work would be negligible loss of habitat characteristics important to PIWO and minor disturbance associated with increased activities on roads that in many cases receive little to no human use.

***Effects Variable by Alternative***

**General Forest:** Forested areas other than old growth would be impacted by proposed timber harvests and post-harvest fuels treatments (see above). However, the direction for all harvest units is to leave any wildlife snags, preferably in groups or in proximity to leave trees. Also, most if not all of the very large diameter western larch and Douglas-fir overstory relics are to be left for snag replacements as well as structural and genetic diversity within the stands. Snag density would remain at 71 percent for the project area and is well above the 40 percent level for upland habitats (see Cavity Habitat section). Graham et al. (1994) recommendations for the retention of CWD for long-term site productivity and down wood dependent species would be followed. Although all material greater than 3 inches is included in the recommended tons/acre, emphasis is placed on retaining larger diameter pieces (over 7 inches) where available and would include any snags felled for safety. If possible, the snag would be cut to maintain a high stump. High stumps provide valuable foraging opportunities in winter as they remain above the snow for longer periods (Bull and Holthausen 1993, McClelland 1979, McClelland et al. 1979). It is expected that the Forest Plan guideline to leave a few pieces of 12 inch or greater material per acre and recommendation of 5-15 tons/acre would be met (see Coarse Woody Habitat section).

**Intermediate Harvest:** Proposed harvest for all action alternatives would be regeneration harvest except for 13 acres of intermediate harvest in unit 5. Improvement cuts would promote the desired species composition and structure already existing in the stand including large

diameter relics. Intermediate treatments would improve forest health, provide growing space for larger trees, progress the stand to the next age class, and result in stands more consistent with reference conditions (see Forest Vegetation section). These would continue to provide for PIWO foraging opportunities for the woodpecker as well as potential for nesting and roosting habitat. The potential for nesting and roosting habitat would be expected to increase as more old growth characteristics develop within the stand over time.

**Regeneration Harvest:** Alternative 2 proposes a total of 1,127 acres of regeneration timber harvest within densely forested habitat. There would be no change to the PPI of 14 pairs for the project area. Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained. A primary tree species targeted for retention is western larch which is preferred by PIWO. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including PIWO. McClelland (1979) observed PIWO using recently logged areas as foraging habitat, even selection or shelterwood harvests, if a substantial number of logs or snags were left available. In areas resembling an intermediate harvest that leave a greater density of western larch, foraging opportunities are expected and there is potential for nesting and roosting opportunities as well where canopy cover and tree size are suitable for PIWO use.

Alternative 2 proposes unit sizes greater than 40 acres. The removal of forested habitat with high canopy closure within a potential nesting territory would reduce interior habitat and potential nesting and roosting sites in the near future. However, these large patch sizes and shape mimic natural disturbance processes that would have occurred historically and created or maintained conditions suitable for seral tree species such as western larch. They also allow for more opportunities for variability and unique habitat features within the greater cut area boundary. When adjacent areas of heavier and less overstory retention occur along the boundary of a unit with mature timber, it could result in a “feathering” of treatment that provides a continuum of forested conditions for different PIWO use. In the long-term, over 40 acre units would provide more suitable interior habitat than what currently exists: long-term emphasis for trending towards desired vegetative conditions in the treatment areas, composed of PIWO preferred early seral fire-tolerant tree species that survive future low and mixed-severity fires, growing conditions that encourage development of old growth characteristics (e.g., large diameter trees, snags, and CWD), and improvement of conditions in existing pockets of western larch that jump starts the recovery of the stands for PIWO use.

The loss of general forested habitat to regeneration harvest could fragment territories for PIWO using the area including connectivity between remaining forested stands. However, proposed units are interspersed with recovering past harvest units, unharvested stands, old growth, and excluded riparian areas that would continue to provide habitat as well as movement areas within and around units. Within the Buckhorn project area, large contiguous patches of PIWO habitat found along the Yaak River corridor has the greatest potential to support multiple nesting territories for PIWOs. This area has the most mapped PIWO habitat that includes a greater concentration of western larch and ponderosa pine forest types (i.e., dominated by these seral species).

The effects of the proposed timber harvest to PIWO would be disturbance, potential displacement of PIWO pairs, and the reduction general forest habitat. Disturbance effects would be temporary and PIWO could resume variable use of the stands once activities are completed. In general, tree species composition currently found within the proposed regeneration harvest units is heavy towards climax species of western hemlock and western redcedar, with scattered relic and/or pockets of variable density western larch. Although cedar has been observed to be used by PIWO (ERG 2012, project record) it is not noted as a PIWO preferred species in western Montana. Current PIWO use of these stands is likely limited and reduced compared to historic conditions that contained a greater seral tree component. Therefore, a reduction of general forest habitat and displacement of pairs from this habitat is expected to be low as few pairs likely utilize this habitat currently and existing pockets of western larch where PIWO use is likely centered would be maintained within this general forest habitat. Also, mapped habitat would remain available between and around the proposed units and the PPI of 14 pairs would not be reduced as a result of proposed harvest. In addition, harvest units would have less accumulated fuel which would influence fire behavior and severity within the stands itself should a severe wildfire move through the area. A healthy stand composed of fire adapted seral species would be maintained and enhanced by periodic occurrence of low to mixed-severity fires (See Forest Vegetation and Fire Fuels sections) and promote foraging, nesting, and roosting opportunities for PIWO into the future.

**Comparison of Action Alternatives:** Effects of Alternatives 3 and 4 would be similar as alternative 2 except that they would result in fewer acres of harvest treatments. Alternative 4 proposes 590 acres within PIWO habitat and also includes harvest units over 40 acres in size. In contrast, Alternative 3 keeps unit size to 40 areas or less and proposes 775 acres of harvest (see Table 3.47). By keeping units to 40 acres or less, proposed harvest under Alternative 3 would occur in a checkerboard pattern intermixed mature stands of a similar condition which could be harvested in the future. Larger units require fewer periods of vegetation management related disturbance and displacement effects and would provide greater amounts of secure interior habitat and connectivity within and between this interior habitat in the future for this greater treated area. The PPI for both Alternatives 3 and 4 would remain at 14 pairs.

Fire suppression and past management has led to increased fuel loadings and uncharacteristic vegetative conditions within the proposed treatment area. High severity wildfires could alter the amount of potential PIWO habitat making it unsuitable, including the loss of old growth habitat and stands providing connectivity between suitable habitats. For all action alternatives, proposed harvest would be expected to temporarily impact PIWO in the vicinity. Effects of the action alternatives would likely result in short-term disturbance and avoidance of the immediate area during implementation. Also, general forest habitat would be reduced but by such a small amount that the PPI for the Buckhorn project area would not change for any of the alternatives (see Table 3.47). Proposed treatments would promote the growth and development of the complex forest structure (large diameter trees, snags, and downed woody material) and tree species composition more characteristic of this area and preferred by PIWO in the long-term. This may increase PIWO population and use of the treated areas compared to the calculated PPI based on general forested habitat. In summary, providing a landscape mosaic with a variety of habitats, patch size, species composition, and structure as would have occurred under natural disturbances processes would be expected to provide suitable habitat for PIWO. Alternative 2 proposes the most harvest acres and creation of future interior habitat of the three action alternatives. As such, it presents

the greatest potential for improved future PIWO foraging, nesting, and roosting habitat in the project area while not reducing the PPI.

### Cumulative Effects

#### *Introduction*

The Affected Environment/Existing Condition section describes the existing suitable habitat within the project area and includes old growth and large forest structure. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting PIWO habitat.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen as the appropriate scale for PIWO cumulative effects analysis because this is the area where effects are most likely to occur and it is an adequate size to determine potential impacts to PIWO. In addition, adjacent planning areas were evaluated for potential impacts related to habitat availability and connectivity. However, there are no apparent conditions within proximity of the project area that would contribute to effects to PIWOs.

#### *Past Actions*

Pileated woodpeckers will use a variety of habitat types, although old growth and stands that provide complex forest structure (large snags and down woody materials) are important. Therefore, the changes to these habitat components are the measure of effects. The Affected Environment/Existing Condition section of this analysis summarizes the existing condition and Table 3.47 reflects the changes to PPI at the project level. Harvest has occurred in the project area since the 1950s. Prior to the 1990s, harvest resulted in the loss of old growth, snags, and down wood habitat as well as the preferential selection of tree species including western larch in the project area. Road construction reduced the availability of snags and downed wood both from direct removal and indirectly from firewood collection. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. Historically, natural disturbances such as wildfire resulted in the development of complex forest structure used by PIWOs. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with increased fuel loading in the understory, reduced development of large diameter trees, snags, and down woody materials, and a change in species composition.

Since the 1990s, application of Forest Plan standards has resulted in the better retention of snags and down woody materials as well as better protection and/or enhancement of old growth habitat. Also, there has been more reliance on intermediate harvest that leaves more forest structure (including large old trees), cover, and retention of existing seral tree species preferred by PIWO. Application of these standards and management trends has since provided better protection and maintenance of PIWO habitat and connectivity.

#### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects to PIWOs or their habitat. However, without active management there would be a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area. This includes the reduction of quality nest and roost trees (i.e., western larch)

through species conversion as well as a reduction in the development of large diameter trees and future snags.

### *Alternatives 2, 3, and 4 – Action Alternatives*

### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

As described above, loss of PIWO habitat due to past actions has occurred within the project area. However, potential PIWO habitat occurs throughout the low to mid-elevation areas due to the moist environment and associated forest cover types found within the project area. Changes in harvest methods, desired conditions for the stands, and better protection of old growth areas in recent years has and would continue to create/maintain higher quality habitat within the project area.

One active timber sale occurs within and adjacent to the project area. The Grizzly Project is located within a small portion of the Buckhorn project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in low elevation habitat. Adding this approximately 80 acres to Buckhorn's proposed alternative acres does not reduce the PPI under any alternative in the project area. Prescribed fire in lower elevation fire adapted stands would maintain conditions and tree species composition suitable for PIWO use. Activities would result in similar effects to PIWO as those described under the direct/indirect effects section above and are expected to have minor cumulative effects to PIWO and their habitat: only a small portion of the Grizzly Project occurs within the Buckhorn project area, few acres of regeneration harvest is proposed within similar habitat types with no change to PPI, and both projects would retain existing large CWD, snags, and recruitment trees. Activities may result in some short-term disturbance and possible avoidance of the activity areas by PIWOs during implementation of the projects.

Private property accounts for less than one percent of the project area. Development of private land within the project area likely resulted in the loss of both existing and future snags and possibly old growth habitat and includes riparian areas along the Yaak River. Snag levels and CWD surveys were based solely on NFS lands, but levels on untreated forested land on private property would expected be similar to the existing condition on neighboring NFS lands. Future development opportunities are limited to this small 333 acre area and further loss of habitat characteristics important to PIWO would be negligible compared to the amount available on NFS lands.

Other annual activities, including firewood gathering, may reduce the amount of future snags and CWD in the road corridor. The Buckhorn project does not propose any changes in public access and all roads opened for project use would remain restricted to public use and a limited/negligible increase in firewood gathering would be expected. Therefore, there would be minimal cumulative effects to large diameter woody materials with respect to road used and firewood gathering.

Overall, the primary effects from these forseeable projects would be due to temporary disturbance and possible displacement. Reduction of habitat would not cumulatively decrease the amount of habitat available for PIWO and would not reduce the PPI for the project area. Therefore, the cumulative effects due to minimal habitat loss, disturbance, and short-term displacement from these forseeable projects are expected to be minor. Cumulatively, when other activities including the harvest on federal lands discussed under the proposed action and all past, present, and reasonably foreseeable activities are considered, habitat on federal lands is considered to provide sufficient old growth, snag, and down woody habitat to maintain species such as pileated woodpeckers that are dependent on these habitat attributes.

## Regulatory Consistency

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to pileated woodpeckers and MIS and include:

Forest-wide Management Direction – FP II-1 #7, #8, II-22-23

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species:* Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are designed to protect riparian and old growth habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area.

p.II-1 #8 – *Manage for sufficient snags and snag replacement trees to maintain viable populations of snag-dependent species*: Proposed activities would retain existing wildlife snags and overstory relics of preferred nesting species as well as provide replacement trees of other species that exhibit signs of decay or existing wildlife use. Snag density would remain at 71 percent for the project area and would continue to provide a snag level much higher than the recommended 40 and 60 percent levels within the project area (see Cavity Habitat section).

p.II- 22 – *Maintenance of 10 percent of the KNF land base below 5,500 feet in old-growth condition that is representative of the major forest types, spread evenly through most major drainages, and providing for old-growth dependent wildlife species*: No activities are proposed in old growth and levels would remain at 17 percent in the project area (see Old Growth section).

p.II-22, 23 – *Maintenance of viable populations of existing native and desirable non-native vertebrate species, as monitored through indicator species, attained through the maintenance of a diversity of plant communities and habitats:* See p.II-1 #7 above for habitat diversity. The PIWO is monitored as a management indicator species for snag and old growth habitats. Their occurrence and estimation of population is monitored through District observations, Region One Landbird monitoring effort, and KNF Monitoring and Evaluation Reports.

Appendix 12 – *Management indicator species*: See p.II-22, 23 above.

Appendix 16 – *Cavity Habitat (Snags and Down Wood):* For cavity habitat, see p.II-1 #8 above. Retention of recommended tons/acre of CWD would be met by following Graham et al. (1994) and emphasizing the retention of larger diameter pieces where available and snags felled for safety.

Appendix 17 and Kootenai FSM 2432.22 Supplement No. 85 – *Old Growth:* See p.II-22. above and the Old Growth section.

**National Forest Management Act**: The alternatives comply with NFMA direction to provide diverse populations of plant and animal communities by following Forest Plan standards and guidelines (Johnson 2004a).

## Summary/Statement of Findings for Old Growth and Snag Habitat MIS

The No Action alternative would maintain existing conditions of percent old growth and key habitat characteristics in the project area. However, succession due to fire suppression is altering the development of western larch habitat and old growth characteristics that would have occurred under a mixed severity fire regime. The quantity and quality of preferred PIWO nest and roost trees and foraging substrates may be reduced over time through fire suppression and tree species conversion.

The action alternatives would increase the amount of early seral tree species within the treated stands preferred by PIWO, maintain existing old growth acres, and promote the development of mature and old growth characteristics (e.g. large woody materials) within general forest habitat. Snag level for the project area would remain at 71 percent, recommended CWD levels would be retained, and overstory relics and existing pockets of preferred species would be retained for immediate use and future snag and CWD recruitment. A slight reduction of general forest habitat through regeneration harvest may limit PIWO use of these specific areas in the short-term. However, the PPI of PIWO pairs in the project area would not be impacted by the implementation of any of the action alternatives. At the Forest level, old growth or replacement old growth totals 16 percent of acres below 5,500 feet and is better than the Forest Plan requirements for managing 10 percent of the forest as old growth habitat (see Old Growth section). Estimated acres of current PIWO habitat for the KNF are within historic range of variation for the Forest. Projects across the Forest would implement Forest Plan direction for old growth, snags, and CWD and would maintain old growth above the minimum 10 percent required by the Forest Plan. In addition, vegetation management and fire suppression activities are minor sources of habitat alteration compared to natural disturbance processes of fire, insects, root disease, and in-growth (ERG 2012). Despite continued vegetation management, PIWO habitat is expected to exceed existing levels within 50 years and consists of approximately 349,924 acres (ibid). Proposed activities would not decrease the Forest level PPI and would be expected to increase over time with an increase in available habitat.

Habitat characteristics of old growth, cavity, and down wood habitats are available within the project area. Based on the PIWO and associated analyses, the ERG Report (2012) estimates for current and future PIWO habitat, and the Forest's Conservation Plan (Johnson 2004a), sufficient quality and quantity of habitat types, species composition, and age classes are available and would be further developed within treated stands for pileated woodpecker and other species that use old growth, cavity, and down wood dependent species in the Buckhorn project area.

# Other Wildlife Species and Habitats of Interest

## Migratory Birds

### Summary of Conclusions

Implementation of varying levels of timber and fuels treatments would create a mosaic of successional habitat types within the treated area. The resulting mosaic would more closely reflect the historic range of vegetative conditions found in the project area, therefore providing more opportunities for the diversity migratory bird species historically found here. Implementation of proposed activities may result in short-term negative effects to individuals utilizing the existing habitat condition but **would not be expected to result in a measurable change to a species' population** within the project area.

### Introduction

Neotropical migratory birds are those bird species that migrate to more northerly latitudes to breed on the KNF each spring. Come fall, these species migrate south to spend the winter months. Of the approximately 205 bird species known to occur on the Forest as breeders, migrants, winter visitors, or transients, about 70 species could be classified as neotropical migratory land birds (Bratkovich 2007). A wide range of habitat preferences exist from open environments (e.g. grassland communities) to a variety of forest habitat types. A mosaic of habitat types that reflect the historic range of vegetation communities and seral stages would provide the greatest diversity of migratory species.

### Data Sources, Methods, Assumptions, Bounds of Analysis

Migratory birds have been recognized for their ecological (biological diversity) and economic (e.g., bird watching and hunting) value. In recognition of these values, Executive Order (EO) #13186 (Clinton 2001) was issued in furtherance of the purposes of the Migratory Bird Treaty Act (MBTA) of 1918, the Bald and Golden Eagle Protection Acts, the Fish and Wildlife Coordination Act, ESA, and NEPA. This order requires that each Federal agency develop a Memorandum of Understanding (MOU) that promotes the conservation of migratory bird populations. This includes evaluating the effects of federal actions on migratory birds as part of the environmental analysis process (i.e., NEPA).

A MOU was later signed between the Forest Service and USFWS (USDA and USFWS 2008b) which outlines the responsibilities for both parties regarding migratory birds. This includes the Forest Service's consideration of migratory birds in NEPA projects and as well as guidance for developing effects analyses. The purpose of the MOU "is to strengthen migratory bird conservation by identifying and implementing strategies that promote conservation and avoid or minimize adverse impacts on migratory birds."

The National Forest Management Act requires that Forest plans "preserve and enhance the diversity of plant and animal communities...so that it is at least as great as that which can be expected in the natural forest" (36 CFR 219.27). Furthermore, implementation regulations for NFMA specify that "Fish and wildlife habitat shall be managed to maintain viable populations of existing native and desired non-native vertebrate species in the planning area." Although there are no specific goals or standards for migratory land birds in the Kootenai Forest Plan, the Forest Plan does contain a goal which addresses NFMA's requirement to maintain viable populations of wildlife species (II-1 #7).

The analysis boundary for direct project impacts to individuals and their habitat is the proposed activity areas, as activities and alteration of the habitat would affect suitability for different species. Also, activities could result in disturbance, displacement, loss of habitat, and possibly mortality to birds currently utilizing the stands. The boundary for indirect and cumulative effects is the Buckhorn project area as alteration of habitat could affect the use of available habitats. Adjacent planning areas were also considered for effects.

### Affected Environment/Existing Condition

A report issued by several organizations and Federal agencies summarized the general condition of birds across the United States (NABCI 2009, 2011). It painted a picture of declines in multiple species across a variety of habitats. Climate change was one of the contributing factors to these declines and is likely to continue impacting birds into the future. As the climate warms, breeding seasons and migrations are being altered. These activities may become out of sync with prey abundance and climate change may also impact where and when those food items are available.

This reinforces the need to have resilient habitat that is better able to handle climate change.

In 2008, the USFWS released a report titled "Birds of Conservation Concern" in which they listed species of concern by Bird Conservation Regions (USFWS 2008b). That report helps focus conservation effort on the species that need it. The KNF lies within BCR 10 (Northern Rockies). Listed below are the species of concern for BCR 10, not all of which are found on the KNF.

**Table 3. 48 - Listed are the Birds of Conservation Concern for the BCR that overlaps the Kootenai National Forest**

| Common Name | Scientific Name | Is the KNF w/in the species' range?* |
|---|---|---|
| Bald Eagle | *Haliaeetus leucocephalus* | Y |
| Black Rosy-Finch | *Leucosticte atrata* | N |
| Black Swift | *Cypseloides niger* | Y |
| Brewer's Sparrow | *Spizella breweri* | Y |
| Calliope Hummingbird | *Stellula calliope* | Y |
| Cassin's Finch | *Carpodacus cassinii* | Y |
| Ferruginous Hawk (nb) | *Buteo regalis* | Y |
| Flammulated Owl | *Otus flammeolus* | Y |
| Lewis's Woodpecker | *Melanerpes lewis* | Y |
| Loggerhead Shrike (nb) | *Lanius ludovicianus* | Y |
| Long-Billed Curlew | *Numenius americanus* | Y |
| McCown's Longspur | *Calcarius mccownii* | N |
| Olive-Sided Flycatcher | *Contopus cooperi* | Y |
| Peregrine Falcon | *Falco peregrinus* | Y |
| Sage Sparrow | *Amphispiza belli* | N |
| Sage Thrasher | *Oreoscoptes montanus* | N |

| Common Name | Scientific Name | Is the KNF w/in the species' range?* |
|---|---|---|
| Swainson's Hawk | *Buteo swainsoni* | Y |
| Upland Sandpiper | *Bartramia longicauda* | Y |
| White-Headed Woodpecker | *Picoides albolarvatus* | Y |
| Williamson's Sapsucker | *Sphyrapicus thyroideus* | Y |
| Willow Flycatcher | *Empidonax traillii* | Y |
| Yellow-Billed Cuckoo | *Coccyzus americanus* | N |

BCR 10 = Northern Rockies, nb = non-breeding

*Range information from Kootenai, Idaho Panhandle Planning Zone (KIPZ) MIS Process and Analysis of the Management Situation (AMS) Technical Report in the project record. Range includes accidental, migratory, or transient occurrences.

Several of these birds are additionally addressed and/or analyzed elsewhere in this document: bald eagle, flammulated owl, and peregrine falcon.

The KNF is within the Partners in Flight Montana Conservation Plan (PIF 2000a). These conservation strategies are recommendations to use in management but they are not binding requirements. However, they provide a way to categorize and analyze important migratory bird habitat and species. The use of these plans supports the goal of maintaining long-term sustainability of migratory bird species and their habitats as specified by the EO and MBTA. The priority habitats and species are listed below

**Table 3. 49- Partners in Flight priority habitats/species for Montana**

| Partners in Flight Priority Habitats and Species | | | |
|---|---|---|---|
| **Habitat** | **Species** | **Priority Level** | **Is the Forest w/in the range of species?*** |
| **Grassland** | | | |
| Mixed Grass Prairie | Mountain plover | I | N |
| | Burrowing owl | I | Y |
| | Sprague's pipit | I | N |
| | Baird's sparrow | I | Y |
| | Ferruginous hawk | II | Y |
| | Long-billed curlew | II | Y |
| | Lark bunting | II | Y |
| | Grasshopper sparrow | II | Y |
| | McCown's longspur | II | N |
| | Chestnut-collared longspur | II | N |
| | Northern harrier | III | Y |
| | Short-eared owl | III | Y |

| Partners in Flight Priority Habitats and Species | | | |
|---|---|---|---|
| **Habitat** | **Species** | **Priority Level** | **Is the Forest w/in the range of species?*** |
| | Bobolink | III | Y |
| Intermountain Grasslands | Columbian sharp-tailed grouse | II | Y |
| **Shrubland** | | | |
| Sagebrush Shrubsteppe | Sage grouse | I | N |
| | Loggerhead shrike | II | Y |
| | Brewer's sparrow | II | Y |
| | Sage thrasher | III | N |
| | Lark sparrow | III | Y |
| Montane Shrubland | Calliope hummingbird | II | Y |
| | Nashville warbler | III | Y |
| | MacGillivray's warbler | III | Y |
| | Lazuli bunting | II | Y |
| | Common poorwill | III | N |
| | Green-tailed towhee | III | N |
| | Clay-colored sparrow | III | Y |
| **Forest** | | | |
| Dry Forest | Flammulated owl | I | Y |
| | Lewis's woodpecker | II | Y |
| | Blue grouse | III | Y |
| | Chipping sparrow | III | Y |
| | Cassin's finch | III | Y |
| | Red crossbill | III | Y |
| Cedar / Hemlock | Brown creeper | I | Y |
| | Vaux's swift | II | Y |
| | Winter wren | II | Y |
| | Chestnut-backed chickadee | III | Y |
| | Golden-crowned kinglet | III | Y |
| | Varied thrush | III | Y |
| Burned Forest | Black-backed woodpecker | I | Y |
| | Olive-sided flycatcher | I | Y |
| | Three-toed woodpecker | II | Y |
| | Townsend's solitaire | III | Y |
| Moist Douglas-fir / Grand fir | Northern goshawk | II | Y |

| Partners in Flight Priority Habitats and Species | | | |
|---|---|---|---|
| **Habitat** | **Species** | **Priority Level** | **Is the Forest w/in the range of species?*** |
| | Williamson's sapsucker | II | Y |
| | Sharp-shinned hawk | III | Y |
| | Pileated woodpecker | II | Y |
| | Plumbeous/Cassin's vireos | III | N/Y |
| | Townsend's warbler | III | Y |
| Whitebark pine | Clark's nutcracker | III | Y |
| Aspen | Ruffed grouse | II | Y |
| | Red-naped sapsucker | II | Y |
| | Ovenbird | III | Y |
| Wet Subalpine fir (spruce/fir) | Great gray owl | III | Y |
| | Boreal owl | III | Y |
| Limber Pine / Juniper | N/A | | |
| Dry Subalpine fir / Lodgepole pine | N/A | | |
| **Riparian** | | | |
| Riparian Deciduous Forest (Cottonwood/Aspen) | Interior least tern | I | N |
| | Barrow's goldeneye | II | Y |
| | Hooded merganser | II | Y |
| | Bald eagle | II | Y |
| | Black-billed cuckoo | II | N |
| | Yellow-billed cuckoo | II | N |
| | Red-headed woodpecker | II | N |
| | Cordilleran flycatcher | II | Y |
| | Veery | II | Y |
| | Red-eyed vireo | II | Y |
| | Killdeer | III | Y |
| | Eastern screech owl | III | N |
| | Western screech owl | III | Y |
| | Downy woodpecker | III | Y |
| | Least flycatcher | III | Y |
| | American redstart | III | Y |
| | MacGillivray's warbler | III | Y |
| | Orchard oriole | III | Y |
| Riparian Shrub | Willow flycatcher | II | Y |

| Partners in Flight Priority Habitats and Species | | | |
|---|---|---|---|
| **Habitat** | **Species** | **Priority Level** | **Is the Forest w/in the range of species?*** |
| | Rufous hummingbird | III | Y |
| | Gray catbird | III | Y |
| | Warbling vireo | III | Y |
| | Song sparrow | III | Y |
| Hardwood Draws | Swainson's hawk | III | Y |
| Riparian Coniferous Forest | Harlequin duck | I | Y |
| | Hammond's flycatcher | II | Y |
| | American dipper | III | Y |
| **Wetlands** | | | |
| Prairie Pothole | Piping plover | I | N |
| | Horned grebe | II | Y |
| | White-faced ibis | II | Y |
| | Marbled godwit | II | Y |
| | Franklin's gull | II | Y |
| | Forster's tern | II | Y |
| | Black tern | II | Y |
| | Clark's grebe | III | N |
| | Black-crowned night heron | III | N |
| | Black-necked stilt | III | Y |
| | Willet | III | N |
| | Wilson's phalarope | III | Y |
| | LeConte's sparrow | III | Y |
| | Nelson's sharp-tailed sparrow | III | N |
| Intermountain Valley Wetlands | Common loon | I | Y |
| | Trumpeter swan | I | N |
| | Common tern | II | Y |
| | American bittern | III | Y |
| | Yellow-headed blackbird | III | Y |
| Irrigation Reservoirs >640 ac | Caspian tern | II | Y |
| | American white pelican | III | Y |
| Irrigation Reservoirs <640 ac | Transient shorebirds | II | Y |
| High Elevation Wetlands | N/A | | |

| Partners in Flight Priority Habitats and Species | | | |
|---|---|---|---|
| **Habitat** | **Species** | **Priority Level** | **Is the Forest w/in the range of species?*** |
| **Unique Habitats** | Peregrine falcon | II | Y |
| | Black swift | II | Y |
| | Black rosy finch | II | N |
| | White-tailed ptarmigan | III | Y |
| | Chimney swift | III | N |
| | Red-winged blackbird | III | Y |
| | Brewer's blackbird | III | Y |

(Data in table comes from Partners in Flight 2000a).
*KIPZ MIS Process and AMS Technical Report in the project record. Includes accidental, migratory, or transient occurrences.
Priority Level Key::I = Conservation Action, II = Monitoring Species, III = Local concern, IV = Non-Prioirty

Most of the habitats found on the KNF host one or more species of migratory birds. Generally speaking the birds arrive in the spring to set up territories for breeding purposes. Young are raised and fledged by mid-summer. Most species leave the Forest by mid- to late summer. The habitat requirements of the species listed above, as well as range information, can be found online at NatureServe Explorer's database: http://www.natureserve.org/explorer/index.htm. Population estimates can be found on the Partners in Flight online database: http://rmbo.org/pif_db/laped/. Several of these birds are additionally addressed and/or analyzed elsewhere in the document: bald eagle, flammulated owl, black-backed woodpecker, common loon, harlequin duck, pileated woodpecker, and peregrine falcon.

The following table displays the dominant vegetation types in the project area. There is some overlap in categories, and therefore some double-counting. For example, some acres counted as "riparian" would also be counted under the other forested types. In general, specific tree species were placed in only one category. Douglas-fir is the exception and was separated into dry and wet forested types. Tree species may also be found in several other forest types. For example, aspen is displayed as a separate category, although aspen can be found in smaller quantities scattered throughout the other forested types.

**Table 3. 50 - Dominant vegetation type for the project area**

| Dominant Veg Type[1] | Estimated Acres of the analysis area | Estimated percent of analysis area |
|---|---|---|
| Dry forest (ponderosa pine / Douglas-fir) | 1,396 | 3 |
| Lodgepole pine | 5,050 | 9 |
| Cedar / western hemlock | 8,168 | 15 |
| Subalpine fir (spruce/fir) | 27,668 | 50 |
| Moist grand fir | 273 | 0 |
| Aspen/birch/cottonwood | 25 | 0 |

| Dominant Veg Type[1] | Estimated Acres of the analysis area | Estimated percent of analysis area |
|---|---|---|
| Misc. forest (alpine larch, mountain hemlock, western larch, white pine, moist Douglas-fir, intolerant mix) | 7,192 | 13 |
| Whitebark pine | 0 | 0 |
| Waterbodies (lakes, ponds, reservoirs, marsh, swamp, river, stream) | 2,828 | 5 |
| Riparian (INFISH) | 6,478 | 12 |
| Grassland | 0 | 0 |
| Shrubland[2] | 962 | 2 |
| Burned forest[3] | 0 | 0 |
| Non-veg | 1,418 | 3 |

[1] Based on TSMRS and biophsyical habitat, and organized to approximate the PIF priority habitats. Percentages and acreages do not tally to 100% due to rounding and overlap between some of the categories leading to double-counting.
[2]Shrubland includes timbered stands that were treated with regeneration harvest within the past 15 years and are currently providing shrub habitat.
[3] Recently burned, unharvested acres based on 2005-2012 fires. For species such as the black-backed woodpecker, recently burned forests are the most suitable habitat.

## Environmental Consequences

Responses of migrant birds to timber harvest and burning (prescribed or wildfire) depends upon their individual habitat preferences and needs. Regeneration harvest removes forest cover used by some species (e.g., brown creeper, golden-crowned kinglet, hermit thrush) and at the same time creates grass, forbs, and shrub habitat used by other bird species (e.g., American kestrel, calliope hummingbird, chipping sparrow). This activity also produces "edge" habitat that still other bird species use (e.g., dark-eyed junco, western tanager, Townsend's warbler). Partial cutting treatments creates habitat similar to forested edge and edge associated species are often found in these stands. Therefore, this management practice may provide additional habitat for these species (Hutto and Young 1999).

Management indicator species have been designated for the KNF (see the discussion of MIS above). These MIS species were chosen to represent a variety of habitat types and would, therefore, represent the habitat needs for migratory birds. As habitat for MIS species is being maintained, it is assumed that sufficient habitat and populations of neotropical migratory land birds is also being maintained.

### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through

fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur. The existing condition has fewer remnant seral tree species, smaller tree size, denser stands, and smaller patch size due to past timber harvest practices and fire suppression. Although these conditions may favor some species of migratory birds, it does not favor others that prefer more open or edge habitats that would have occurred more commonly historically. Pileated woodpeckers are an example of a species that would have had more suitable habitat historically. This species prefers stands with large diameter woody material, especially western larch. Western larch is a seral species that was preferentially selected for in past harvests and, without disturbances such as wildlife, its presence and size is being further reduced through succession. Compared to historic conditions, stands would continue to provide less favorable habitat for this species as this successional trend continues without treatment under this alternative. A higher risk of a high severity wildfire would continue as well (see the Forest Vegetation and Fire/Fuels sections). A large, high severity wildfire would remove habitat for most species, although in the short-term it would favor those species that prefer open, early successional-stage habitats such as black-backed woodpeckers.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

In the short-term, timber harvest and fuels reduction treatments would directly influence bird community density through disturbance and alteration of stand composition and structure or indirectly through loss of nesting, foraging, or roosting habitat; affects to nest site suitability, availability, prey abundance, predator success; forage quality; and plant vigor. Some species would benefit from this habitat alteration while others would not. Some impacts may only be short-term. Overall, the long-term sustainability of the habitat would be increased by managing towards characteristic vegetation patterns, species composition, structure, patch size, and fuel loading.

Foraging and nesting methods play a role in the type of habitat used (Siegel and DeSante 2003, Hagar et al. 1996, Tobalske et al. 1991, Franzreb and Ohmart 1978) and indicate the expected effects of harvest and fuels treatments. Shrub/ground nesting, aerial/ground foragers, and edge species (ibid) would potentially benefit from harvest and conifer fuels reduction, while other species that require conifer species or prefer denser stand conditions would lose habitat as a result of this project. Presence of shrubs in the understory appears to be an important component of bird density. Bird abundance for several species was associated with shrub cover in Douglas-fir stands of Western Oregon (Hagar et al. 1996) and difference in abundance was most extreme following thinning among shrub-nesting species in Sierran mixed conifer stands (Siegel and DeSante 2003). In productive Northwest forests, bird species abundance and richness was significantly higher in recently disturbed stands that resulted in rapid recovery of non-coniferous understory vegetation. As these stands mature and are replaced by conifer seedlings, bird species

abundance would decrease over time (McWethy et al. 2010). Under the action alternatives, large seral trees would be targeted for retention. Depending on availability of these trees within units, trees of other species or quality would be kept to provide species and structural diversity, cavity habitat, and cover. Existing canopies would be opened to varying levels, but for all more sunlight would reach the forest floor within the treated stands. The existing shrub component, where available, would be retained and maintain or facilitate the understory recovery of these stands. These factors would aid in maintaining or improving habitat for species adapted to these more open and edge conditions. Alternative 2 proposes the most acres of timber harvest and would result in the greatest amount of habitat diversity for migratory birds. Harvest would occur on less than 3 percent of the project area and an abundance of untreated stands would remain available for those species that prefer dense forested habitats. Alternative 3 proposes an intermediate amount of harvest, with alternative 4 resulting in the least amount of change and opportunities for open or edge habitat associated species.

Low to moderate fire applied through prescribed burning would result in some loss of habitat in the short-term but in a mosaic fashion that would retain areas of existing vegetation. Where the herbaceous and shrub layer was burned, it would be expected to return to pre-fire conditions within a few years and potentially improve the understory vegetation conditions as more light becomes available to the forest floor in the long-term. There may be a loss of adults, fledglings, and nests of neotropical migratory birds depending on the season of implementation and location of the nests (i.e., located on the ground or in small trees or shrubs). Spring prescribed fires may result in additional negative impacts from smoke and disturbance around nest sites. However, spring conditions such as lingering snow on access roads, rain, and timing of vegetation green-up often limits the ability to conduct spring burning. Fall burning would reduce potential direct mortality compared to a burn during the spring period. A seasonal restriction to cover the entire project area and extend the period that activities would be limited is not practicable in accomplishing the purpose and need for the project. Prescribed burning is similar among all alternatives.

Riparian buffers function as corridors and provides habitat for a variety of species (Lehmkuhl et al. 2007). Within the analysis area, RHCA corridors would largely be untreated and are located outside of unit boundaries. However, portions of units 3 and 4 are located within some of the larger RHCAs associated with the Yaak River, Hellroaring Creek, and Meadow Creek under all alternatives. Proposed treatments would occur outside of the floodplains where the vegetation type has transitioned from riparian habitat to upland habitat types. Harvest and fuels treatments would not affect riparian vegetation, water quality, or RMOs (see Design Features in Chapter 2 and Fish Section). Similarly, watershed work proposed at stream crossings is designed to avoid alternations to riparian vegetation and would improve stream conditions in the long-term. Riparian habitat would remain available for species that have a preference for riparian habitat or utilize it as a movement area.

Proposed activities may result in the short-term negative effects including habitat alteration, displacement, and disturbance. However, this would be to individuals utilizing the existing habitat condition but would not be expected to result in a measureable change to a species' population. Also, in the long-term the action alternatives would trend habitats to a state nearer what would have been present historically under natural disturbance regimes. This would provide more sustainable neotropical migratory bird habitats in the area as well as greater habitat diversity for more species' utilization.

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes the migratory species found on the Forest and the variety of habitat types they utilize. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting migratory birds.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen for the cumulative effects analysis as localized alteration of habitat could affect the use of the treated stand as well as affect the availability of habitats within the surrounding area. Adjacent planning areas were also considered for effects related to habitat availability. However, known and expected activities in adjacent planning areas are not expected to cumulatively impact migratory bird movement, mortality, or habitat use within the project area.

### *Past Actions*

Migratory birds represent a wide range of preferences and habitat use. Past harvest has had both positive and negative impacts depending on the activity and species of bird being considered. Harvest has occurred in the project area since the 1950s and has provided a variety of age classes and successional stages across the project area. Regeneration harvests would have benefitted species that prefer more open habitats while at the same time reduced habitat for those species that prefer heavily forested habitat. Past harvest would have also reduced snags, down woody materials, old growth and riparian habitats that are important to many species. Road construction would have also contributed to the reduction of these habitat types and components. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.1, as well as Appendix G of this document. In unharvested areas, natural disturbances such as wildfire would have contributed to this mosaic of habitats and forage conditions. In contrast, fire suppression since the early 1900s has altered stand structure resulting in more homogenous stands with greater canopy closure in some areas, which has favored those species that prefer forested habitats.

Since the 1990s, application of Forest Plan standards has resulted in better retention of snags and down woody materials and protection of old growth and riparian habitats. Also, more reliance on intermediate harvest that leaves more forest structure (including large old trees), snags, and cover has since provided more intermediate or edge conditions than the extremes of open and heavily forested habitats.

### *Alternative 1 – No Action*

The No Action Alternative does not directly contribute any cumulative effects on migratory birds and their habitats. However, the vegetative conditions in the project area currently favor those species that prefer dense and homogenous forested habitats. Without active management, the amount of habitat available for species that prefer more open or edge habitats would continue to decline in the project area.



FS-046941

### *Alternatives 2, 3, and 4*

### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

Recently completed and ongoing federal projects with treatments occurring within and/or adjacent to the Buckhorn project include Timber Stand Improvement 2010-2015 and Grizzly Vegetation and Management projects. Both projects are similar to this project in that treatments would be providing a mosaic of habitat types and successional stages while trending the vegetation characteristics towards historic conditions. Cumulatively, these projects would be providing a variety of habitats suitable for a diversity of bird species. There are no reasonably foreseeable activities planned that would change the magnitude or scope of effects described above.

Other ongoing activities, including firewood gathering, may reduce the amount of future snags and CWD in the road corridor. Snags created by underburning in the treatment stands would also be subject to loss from firewood gathering, especially in those areas in proximity to open roads. However, the Buckhorn project does not propose any changes in the amount of roads accessible to public motorized use. All roads opened for project use would remain restricted to public use and no increase in firewood gathering would be expected. Therefore, there would be no cumulative effects to snags with respect to road used and firewood gathering. Overall, the primary effects from these forseeable projects would be due to disturbance and temporary displacement. Therefore, the cumulative effects due to minimal habitat loss, disturbance, and short-term displacement from these forseeable projects are expected to be minor.

Development of private land along the Yaak River likely altered and reduced some migratory bird habitat in the lower elevation lands along the project boundary. Future development opportunities are limited to this small 333 acre area and habitat availability, including CWD and snag calculations, were based solely on NFS lands. Habitat loss associated with home building or road construction or further habitat alterations would be negligible compared to the amount of aquatic, riparian, and upland habitat available on NFS lands. Cumulatively, when other activities including the harvest on federal lands discussed under the proposed action and all past, present, and reasonably foreseeable activities are considered, habitat on federal lands is considered to provide sufficient old growth, snag, and down woody habitat to maintain species dependent on these habitat attributes.

## Regulatory Consistency

**Forest Plan Consistency:** All action alternatives meet Forest Plan guidelines and standards as they apply to migratory birds and include:

Forestwide Management Direction – FP II-1 #7

p.II-1 #7 – *Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species*: Proposed activities would retain remnant large tree species and provide a better approximation of stand patch size and species composition. Activities are

designed to protect riparian habitats and move stand conditions towards the desired vegetative condition based on historic range of variation with the stands for this area.

**National Forest Management Act:** The project complies with NFMA direction to provide for diverse populations of plant and animal communities by compliance with Forest Plan standards and guides (Johnson 2004a).

**Executive Order and Memorandum of Understanding:** The project complies with EO #13186 and associated MOU by evaluating the effects of federal actions on migratory birds as part of the NEPA process and promoting conservation of and minimizing adverse impacts on migratory birds.

### Summary/Statement of Findings for Migratory Bird Species

Alternative 1 (No Action**) would not be expected to result in a measurable change to a species' population** for migratory birds within the project area. No management activities would take place that would alter the existing condition. However, the area is trending towards uncharacteristic levels of tree species composition, smaller tree size, denser stands, and smaller patch sizes. While favoring some species of birds, the existing condition is not providing the range of habitats that benefit other commonly occurring species that utilize more open or edge habitats in the Buckhorn project area.

Implementation of the action alternatives proposed activities may result in short-term negative effects to individuals utilizing the existing habitat condition but **would not be expected to result in a measurable change to a species' population** within the project area. All alternatives would create a mosaic of successional habitat types through implementation of a variety of timber and fuels treatments. Harvest and fuels treatments that reduce conifer competition and open the canopy would improve the understory non-conifer vegetation such as shrubs that are lacking in the dense stands. A reduction of use would likely be observed for those bird species that prefer dense, closed timbered stands. Conversely, an increase in use would be expected for those bird species that prefer more open or edge habitats. An abundance of untreated stands would remain available for migratory bird species found in the project area.

## Cavity Habitat

### Summary of Conclusions

The Buckhorn project area is currently providing a high potential population level (PPL) of 71 percent for cavity dependent species. This PPL is well above the 40 and 60 percent standards for upland and riparian habitats, respectively, and would not be reduced by proposed activities. Snags would be maintained at a sufficient level to provide for viable populations of cavity dependent species in the project area.

### Introduction

On the KNF, 42 species of birds, 14 species of mammals, and several species of amphibians are recognized as largely dependent on cavity habitat (Forest Plan, A 16-2). Cavity habitat can be found in snags (standing dead trees), broken topped live trees, live cull trees, and down logs and are used by a variety of wildlife species for nesting, denning, perching, roosting, foraging, and shelter. Snags provide the primary substrate for those species excavating their own cavities as the wood has generally been softened by decay (Bull et al. 1997).

Tree mortality is an inevitable outcome within a forested stand. The agent of mortality as well as age, size, distribution, and longevity of the resulting snags are not as predictable. Snags are created by events such as insect and disease, wildfire, physical damage, weather, over-crowding, or simply from old age. They are lost by falling down, through both natural (e.g. decomposition and wind) and human mechanisms (e.g., woodcutting, and timber harvest).

Primary cavity excavators such as PIWOs and northern flickers excavate new cavities during activities such as feeding, nesting, roosting, and drumming. These in turn are used by secondary cavity users who cannot excavate their own cavities and must depend on those already created. Providing adequate suitable habitat for primary excavators ensures that viable populations of all cavity-dependent species would be supported.

### Data Sources, Methods, Assumptions, Bounds of Analysis

Forest Plan direction for maintaining viable populations of cavity-dependent species is derived from Thomas (1979), which describes snag levels necessary to maintain self-sustaining populations of a species. The direction is to maintain habitat capable of providing for at least 40 percent of the PPL of cavity dependent species throughout commercial forest lands and at least 60 percent of the PPL in riparian areas (II-22 and A-16). The PPL is equated with snag level, or the intensity of snag management on a landscape. Snag densities of approximately 0.9 and 1.35 snags per acre are required to maintain snag levels for 40 and 60 percent of the PPL, respectively (A-16-4). In order to provide a continuous supply of snags over time, there is also a need to designate green trees as snag replacements. Usually two replacements are needed for every snag needed (A-16-11). This results in the general recommendation of one to two snags and two to four snag replacements per acre, or a total of three to six per acre.

Thomas (1979) was used to determine the percent PPL of the Buckhorn project area. This process uses a weighted calculation (percent snag level X percent of the project area with that snag level) that considers management and other activities as well as natural events (e.g., wildfire, insect and disease outbreaks, etc.) to estimate current PPL and change due to proposed activities as displayed in Table 3.xx. Meeting the Forest Plan riparian standards, as amended by INFISH (USFS 1995), ensures provision of adequate snags and replacement trees to meet the riparian 60 percent snag level direction. Therefore, analysis focusses on the upland direction of maintaining a minimum of 40 percent primary cavity excavator PPL.

The value applied to an activity type is founded on the following assumptions based on Thomas 1979 and local KNF snag data analyses. These assumptions are applied as a worst-case scenario and fully described in the project file. See Cavity Table 1 for snag levels applied to activity type and references. Harvest type and period of implementation influence the number of snags left standing in the treated area. Unharvested and old growth stands provide 100 percent snag levels. Partial cut stands provide a higher snag level than regeneration harvest methods and regeneration harvests implemented post the 1987 Forest Plan retain more snags than those implemented prior (Johnson and Lamb 1998). Firewood cutting within 200 feet of open roads has resulted in some snag loss. However, Tincher (1998) shows this impacted area still provides at least 40 percent snag level compared to unroaded areas of similar habitat type. Similarly, Bate and Wisdom 2004 found there is no difference in snag density adjacent to open versus closed roads although densities were lower in areas closer to a town. Forest-wide, visual observations suggest that snag levels adjacent to open roads can be as low as zero. Since firewood cutting is allowed from any open road, retention of snags within 200 feet of the road over time is highly unlikely. Therefore,

a worst case scenario was used where areas within 200 feet of open roads were considered to have total snag loss.

Since Thomas (1979), new science as summarized in Bull et al. (1997) indicate that snag densities need to be increased for variables such as larger woodpecker home ranges, foraging structure, and other secondary uses such as loose bark that Thomas (1979) did not account for. New Forest Inventory and Analysis (FIA) data since the 1987 KNF Forest Plan has been incorporated into a Region One report on snag densities for western Montana (Bollenbacher et al. 2009). This report uses FIA data to estimate snag density based on habitat type groups. Although this report provides snag information to be considered by the Forests, such as providing a guideline for managed snag levels, it does not set forth mandatory or required direction. Based on data for western Montana forests, and specifically to the KNF, snag densities required to achieve 40 and 60 percent snag levels are greater than the KNF Forest Plan direction. These snag densities were considered in this analysis.

The analysis boundary for project impacts on snags is the Buckhorn project area. This size is sufficient to cover home range sizes of species associated with cavity habitat as well as to be able to determine the effects of proposed management activities. The effect indicators for management level includes the percent of the maximum PPL by project area and acres treated that reduce snag levels.

### Affected Environment/Existing Condition

Three habitat type groups are found on the KNF and in the project area: dry, low to mid elevation moist, and subalpine. The habitat type groups are described in the Region One snag density report for western Montana (Bollenbacher et al. 2009). The dry habitat type has the lowest density of snags, especially in the larger diameter classes due to more frequent, low- to mid-severity fires. Predominant trees are ponderosa pine and Douglas-fir on the drier sites with western larch found within the moister range of this type, all of which are preferred species for primary excavators and secondary cavity nesters. The low and mid moist habitat type is diverse in conifer species and include western larch snags in the early and late seral forest condition, with cedar and grand-fir also providing cavity habitat. This group has the highest density of snags of all size classes. The wet sites increase productivity and periodic mixed severity fires between stand replacing fires encourages the growth of large trees. Finally, the subalpine habitat type has high diversity of species depending on elevation and cold tolerance. Some sites are too cold for western larch and Douglas-fir. Fire frequencies can vary depending on the site composition and location. Snag density is high in the small diameter class and moderate in the larger classes compared to the other habitat types. Snag density, distribution, and longevity can be affected by timber harvest and human access in timbered managed areas and possibly climate change and fire suppression in unmanaged areas (e.g. wilderness or roadless) (Bollenbacher et al. 2009).

Stands experiencing insect, disease, or severe wildfire could have more than 2.25 snags per acre depending on the severity of the outbreak or fire that the stand receives. Within the project area, insect and disease appears to be at an endemic level (see Vegetation section) and there are no large areas of snags resulting from these processes. The most recent wildfires occurred in 1994 and 2000; the three small fires covered approximately 501 acres in the project area (see Fire and Fuels section for more discussion of fires in the project area). Snag levels within the fire perimeter would have been relatively high immediately following the fires, especially in high severity fire areas. However, snag longevity following fires depends on the species, size, and

density and most are gone within 20 years (Bull 1997, Morrison and Raphael 1993, Harris 1999, Russell et al. 2006). Estimating snag densities in these areas is difficult as the fire severity would not be the same throughout the fire perimeter. Some trees would have fallen, others remain, new snags would have been created from remaining trees, and newly established seedlings could reach 10 inches dbh by 60 years (USFS 1993). Harris 1999 included areas where the primary action on the stand is a natural process such as these as "uncut." Also, potentially high levels initially, followed by potentially low levels, would also likely be averaged out across the analysis area depending on the acres impacted. Therefore, fire areas where past timber harvest has not occurred were included in the old growth and unharvested acres in Table 3.51 and received a managed snag level of 100 percent.

Table 3.51 summarizes the existing PPL on NFS lands in the Buckhorn project area. Snag levels were determined based on the assumptions from the analysis method section above. Refer to the project file for details.

**Table 3. 51 - Existing PPL on timbered NFS Lands in the Buckhorn project area.**

| Habitat Condition | Acres | Proportion of NFS Lands (%) | Total Snags per Acre[1] | Snag Level (%) | PPL[2] (%) |
|---|---|---|---|---|---|
| Old Growth & Untreated Forest | 32,588 | 58.6 | 2.25 | 100[3] | 58.6 |
| Partial Cut Forest[5] | 11,123 | 20.0 | 1.35 | 60[4] | 12.0 |
| Past known Regeneration Harvest (1990-present)[6] | 647 | 1.2 | 0.9 | 40[4] | 0.5 |
| Past Regeneration Harvest (prior to 1989)[6] | 8,125 | 14.6 | 0[4] | 0 | 0 |
| Roads | 3,084 | 5.5 | 0[7] | 0 | 0 |
| Total Project Area | 55,567 | 100.0 | - - | - - | 71.1 |

[1] Snag density includes all snags ≥ 10" dbh (Thomas 1979). This density is needed to achieve the corresponding snag level value.
[2] Proportionate PPL equals percent NFS lands multiplied by percent snag level. Sum of proportionate PPLs from all habitat conditions equals the project area PPL (Thomas 1979).
[3] Based on Tincher (2003).
[4] Based on Johnson and Lamb (1998).
[5] Partial cut harvests include, but are not limited to, improvement harvest treatments.
[6] Regeneration harvest includes, but is not limited to, clear cut with reserves, seed tree, and shelterwood harvest treatments (see Chapter 2 for descriptions).
[7] Based on Tincher (1998), Bate and Wisdom (2004), and KNF forest-wide observations for worst case scenario.

As shown in Table 3.51, the existing snag level on NFS lands in the Buckhorn project area is 71.1 percent and exceeds the current Forest Plan standard and/or guideline of 40 percent for upland habitats.

The most recent Kootenai Forest Plan Monitoring Report addressing cavity habitat (Item C-6) is from fiscal year 2007 (USFS 2008a). This report shows that over the last 5 years, 72.6 percent of the individual harvest units met Forest Plan standards and 100 percent of the 33 compartments analyzed meet or exceed Forest Plan standards for cavity habitat. Overall, monitoring indicates that the KNF is providing cavity habitat at a level sufficient to maintain viable populations of cavity-dependent species (40 percent or more of the PPL). Meeting Forest riparian standards, as amended by INFISH, also assures the 60 percent level is being met in those areas.

### Environmental Consequences

Management activities can both create and reduce cavity habitat. Timber harvest can reduce cavity habitat by directly removing dead or defective trees during harvest (incidentally or for safety reasons). Prescribed fire can weaken standing snags during fuel reduction treatments if allowed to burn, causing them to fall prematurely. At the same time, the same activities can damage or kill live trees and result in created cavity habitat. Overall, management activities as well as fire wood cutting by the public tends to slightly reduce snag levels.

#### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur. The No Action Alternative would maintain existing vegetative condition on the landscape. In the short-term, wildlife use of cavity habitat would continue at current levels. However, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetative conditions and increased potential for severe fire behavior within the project area (see the Forest Vegetation and Fire/Fuels sections).

Over half of the project area, approximately 53 percent of NFS lands, consists of the low to mid elevation moist habitat type. Without periodic mixed severity fires in this habitat type, preferred snag species such as western larch are being replaced by shade tolerant species. Also, there is limited development of large diameter trees or regular recruitment of clusters of snags within small areas. Although extreme fire behavior does occur in the drier sites of this habitat type (Bollenbacher et al. 2009), the potential to spread into the more moist sites is likely to increase due to uncharacteristic vegetative conditions. An abundance of snags of all sizes would result from severe fires initially, but most would fall within 20 years (Bull 1997, Morrison and Raphael 1993, Harris 1999, Russell et al. 2006) with little recruitment of new snags for several years. The area may also become unsuitable for some cavity dependent species during this recovery period.

#### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

Snag density is averaged over the entire analysis area and some proposed units may be below average to start with. Therefore, the range of snags remaining is not intended or expected to

occur on every acre harvested within a project area (Bollenbacher et al. 2009). Snag densities for all habitat types in wilderness and roadless areas on the KNF are much higher than the 40 percent level indicated in Thomas 1979.

Table 3.52 shows the change to PPL that would result from implementation of the Action Alternatives. Not all proposed harvest acres would affect the PPL. For instance, proposed intermediate harvest acres located in stands already being calculated as past intermediate harvests would not be counted again. Similarly, the 200 foot areas along open roads overlap several past and proposed units. These acres were not doubled counted and were given a snag level of zero which has the most impact of the two activities. Those acres determine to affect the PPL, primarily proposed harvest in previously unharvested stands, and are the "effective acres" in the table below. The project file contains more specific details supporting the calculated PPL.

**Table 3. 52 - Changes in percent PPL for Alternatives 2, 3, and 4**

| Alternative | Activity | Proposed Acres | Effective Acres | Proportion of NFS Lands (%) | Managed Snag Level (%) | PPL (%) |
|---|---|---|---|---|---|---|
| 2 | Regeneration Harvest | 1,250 | 889 | 1.6 | 40 | -0.6 |
| | Intermediate Harvest | 13 | 6 | 0 | 60 | 0 |
| | Temporary Road | 4 | 4 | 0 | 0 | 0 |
| | Total Change | | | | | -0.6 |
| | Project Area | | | | | 70.5 |
| | | | | | | |
| 3 | Regeneration Harvest | 876 | 635 | 1.1 | 40 | -0.4 |
| | Intermediate Harvest | 13 | 6 | 0 | 60 | 0 |
| | Temporary Road | 4 | 4 | 0 | 0 | 0 |
| | Total Change | | | | | -0.4 |
| | Project Area | | | | | 70.7 |
| | | | | | | |
| 4 | Regeneration Harvest | 668 | 393 | 0.7 | 40 | -0.3 |
| | Intermediate Harvest | 13 | 6 | 0 | 60 | 0 |
| | Temporary Road | 4 | 4 | 0 | 0 | 0 |
| | Total Change | | | | | -0.3 |
| | Project Area | | | | | 70.8 |

***Timber Harvest:***

**Project Design** – Buckhorn project harvest unit design features (see Chapter 2 - Design Features) include retention of 6-12 snags and/or recruitment snags/acre within all harvest units. The project has been designed to keep existing wildlife snags would be kept, preferably in groups or in proximity to leave trees. Most if not all of the very large diameter western larch and Douglas-fir overstory relics are to be left for snag replacements as well as structural and genetic diversity within the stands. Live trees showing wildlife use or signs of decay would be kept to achieve desired snag levels, keeping other species such as western redcedar where western larch and Douglas-fir are not available. Also, patches of hardwoods where they occur would not be harvested. This range of snag and recruitment snag retention meets and exceeds the 3-6 trees/acre recommended by the Forest Plan.

Some snags are expected to be lost due to OSHA safety standards. Specifically, OSHA requires that snags in harvest units be felled to ensure the safety of forest workers. This is more likely to occur in helicopter and skyline yarding which are not proposed in this project. However, this may also occur on tractor/skidder units depending on snag condition, location, and size in relation to skid trails and falling personnel. All snags felled for safety reasons would be left on site. If possible, the snag would be cut to maintain a high stump. These could provide foraging opportunities for cavity users even if not suitable for nesting opportunities for many species (A-16-4).

Management activities that could reduce snags in riparian areas are restricted by RHCA and INFISH standards and guidelines. All but units 3 and 4 have been excluded from RHCAs and proposed activities within these RHCAs would not impact Riparian Management Objectives (RMOs). For all action alternatives, this would result in meeting the riparian standard for snag levels (60 percent).

**Regeneration Harvest** – In regeneration harvests, cavity use in general would change from those species requiring snags with nearby live tree cover (e.g., pileated woodpeckers) to those which will use snags in more open sites (e.g. bluebirds, northern flicker, flycatchers). Fewer trees would be left on site to be recruited as snag replacements in the immediate future. For those species that do not utilize open areas for nesting, regeneration harvest would potentially impact long-term suitable cavity habitat for possibly 50-100 years.

Tree species composition and health is variable in these stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, retained trees including snags would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available. This is intended to better protect the leave trees as well as provide small areas of greater cover for wildlife use, including PIWOs that may move through the area or utilize edges of the units. Also, this reduction in live trees would be restricted to the regeneration unit areas and the retained green trees would provide nesting habitat as the new forest develops into a mature stand.

Although the three action alternatives proposed different amount of regeneration harvest, proposed harvest would occur at such a small scale within the project area that there is no difference between proposals with respect to impacts to available cavity habitat. All action alternatives would impact less than one percent of the PPL and maintain the PPL at 71 percent in the project area.

**Intermediate Harvest** – Intermediate harvest such as improvement harvests would be expected to retain higher levels of existing snags than regeneration units through buffering the effects of wind and being less observable to firewood cutters. Also, green replacement trees would be more readily available for future habitat. The effect of intermediate harvests would be potential loss of existing snags. Unit 5 is the only intermediate harvest proposed under any of the action alternatives. Approximately 6 of 13 acres of this harvest have the potential to impact cavity habitat; the remaining 7 acres is found within 200 feet of an open road and has already been accounted for in the existing condition. Six acres of intermediate harvest is negligible at the project scale and there would be no change to the PPL as a result of this activity. In the long-term, the proposed improvement harvest is expected to provide for the continuing survival and growth of large diameter, preferred species of western larch and Douglas-fir. This in turn provides a long-term benefit to forest cover associated cavity-dependent species, as over time they will become snags.

**Effects of Harvest –** Regeneration harvest has the most potential to impact available cavity habitat through the removal of both existing and future snags. However, based on the moist habitat type in which harvest would occur, several snags per acre would be available for retention in areas from open roads at levels higher than recommended in Thomas 1979. Moist habitat snag levels on the KNF range from 6.3 to 17.1 per acre (Bollenbacher et al. 2009) and would provide existing snags at levels to maintain or exceed desired post-harvest levels in most units. As a worst case scenario, if the project area was relying solely on unharvested and unroaded areas to provide cavity habitat (i.e., all past and proposed harvest and open roads were given a snag level of zero) the PPL for the project area would be at 63 percent and exceed the 40 percent standard for upland forest habitat (see project file).

Mixed severity fires along with some large, stand replacing fires would have occurred historically within the project area. These areas would have provided snags in openings utilized by open habitat associated species. With fire suppression and the resulting decrease in mixed severity fires, the periodic occurrence of this open habitat has not been maintained. Although limited to a small portion of the project area, proposed actions are designed with the historic range of vegetation conditions and result in a mosaic of habitat types that would have resulted from a fire regime that included mixed severity fire. Remaining early seral species would have the space and conditions conducive to large growth and become beneficial cavity habitat in the future.

The effects of regeneration harvest would be a change to the existing habitat to a more open condition, resulting variation of available habitat type, and would continue to provide habitat for a range of cavity dependent species within the project area. Intermediate harvests would maintain a similar tree species and structure as the stand currently does and would continue to provide for the cavity dependent species that utilize more forested habitat types. Harvest would result in the negligible loss of snags and maintain the PPL at 71 percent. Post-harvest, existing snags in combination with reserved trees would be expected to maintain snag density well above the 40 percent level even within most regeneration harvest units. Adequate snags and replacement live trees of larger sizes would be available within harvested areas to provide habitat features needed by snag dependent wildlife in the future.

**Post-Harvest Fuels Treatments**: Prescribed fire and excavator piling are treatments proposed to reduce existing fuels and/or harvest-generated slash. Fires would be of low to moderate intensity and would target fine fuels for consumption, resulting in a mosaic of burned and unburned vegetation. Prescribed fire would reduce small diameter tree encroachment, promote

development of large diameter snag replacement trees, create new snags and result in subsequent new snag feeding/nesting sites. Additionally, fire may facilitate decay in surviving trees by proving an entry point for fungi, which increases the likelihood that the trees will be used by cavity excavators (Smith 2000). This could help compensate for harvest units found to be on the low range of snag availability. Prescribed fire has the potential to reduce existing cavity habitat because standing snags can burn up or the bases can burn through causing them to fall over. Down logs are sometimes partially or wholly consumed by fire. The loss or gain of cavity habitat varies widely, and depends on conditions (e.g. weather, fuel loads, and fuel moisture) present when units are underburned. Excavator piling and burning would have less potential for loss or gain of cavity habitat because fire would be concentrated in pile areas, and piles would generally be located away from snags and leave trees. The effect of fuels treatments would be minimal. Although some existing snags could be lost, the potential for snag creation through the killing or weakening of trees would likely maintain or increase snags at the site.

**Prescribed Burn Units:** The goal of the prescribed burn units is to rejuvenate and enhance the ground cover and understory vegetation in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. As described above, the low to moderate intensity prescribed fire would target fine ground fuels for consumption but could burn both existing snags and live trees and result in the loss and/or creation of snags. In order to achieve desired burn outcomes where little fine fuels exist, fuels augmentation accomplished through hand slashing of small diameter trees would occur within seven burn units. This activity would not impact the existing snag habitat. Effects of fire on cavity habitat may be some alteration in location and condition of snags within the prescribed burn unit, but no measurable change to the PPL within these stands. Implementation of prescribed fire on 11,623 acres would be expected to retain adequate cavity habitat, especially the larger diameter snags for dependent wildlife species.

**Watershed Improvement Activities:** Activities are proposed to address hydrological issues that ultimately may result in increased sedimentation into streams and include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Barriered roads associated with these areas have become vegetated overtime and consists of alder and small diameter conifer trees. Existing snags, if any, on these roads would have limited value as cavity habitat to wildlife species as none would be expected to be close to 10 inches in diameter due to the lack of growing time. Brushing of the roadbeds to implement proposed watershed work would have no effect on existing cavity habitat and cavity habitat would remain available for wildlife use as under the existing condition.

**Road Construction, Reconstruction, and Maintenance:** Proposed harvest requires the use of roads of different management status: open, restricted, barriered, and temporary. Open roads (and adjacent 200 feet on each side) were used in the PPL calculations in Table 3.51. Except for roadside snags presenting a safety hazard, maintenance of open roads would not remove snags. Restricted and barriered roads would not be expected to have 10 inch or greater snags nor would they be opened to public motorized use during project implementation. Therefore, removal of snags through reconstruction would not be expected from use of these roads and would not impact cavity habitat. All three alternatives propose construction of temporary roads (less than 1.1 mile total/alternative). Since the roads would not be open to public motorized use, potential loss of snags was limited to the roadbed. This equates to four acres of snag reduction which does not reduce the PPL level within the project area under any of the alternatives. The impacts of road use are generally limited to open roads due to associated firewood gathering which has

already been accounted for in the existing condition. There is no expected increase in firewood gathering as restricted, barriered, and temporary roads would not be opened for public motorized access. The effects of proposed road use and work in the project area would be negligible loss of cavity habitat due proposed activities and firewood gathering and have no impact to dependent wildlife species.

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes the past and present factors contributing to the existing cavity habitat conditions within the project area. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting cavity habitat.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen as the appropriate scale for cavity habitat cumulative effects analysis as this size is sufficient to cover home range sizes of species associated with cavity habitat as well as to be able to determine the effects of proposed management activities.

### *Past Actions*

Cavity habitat is affected by various activities both directly and indirectly. Therefore, changes in the availability of cavity habitat as compared to the 40 percent standard is the measure of effects. The Affected Environment/Existing Condition section of this analysis summarizes the existing condition and Table 3.52 reflects the changes to the snag level and PPL. Harvest has occurred in the project area since the 1950s. Prior to the 1990s, harvest resulted directly in the loss of snags as well as indirectly through reductions in trees that would have become snags in the future. Road construction and the amount of road open to public motorized use also reduced the availability of snags due to firewood collection. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. In unharvested areas, natural disturbances such as wildfire would have resulted in the development of clusters of snags. In contrast, fire suppression since the early 1900s has altered stand structure resulting in reduced creation of snags and development of future snags.

Since the 1990s, application of Forest Plan standards has resulted in the better retention of snags and snag replacement trees. There has been more reliance on intermediate harvest that leaves more trees that would become snags in the future. Also, there has been a reduction in roads available for public motorized use which has affected the location and amount of snag habitat available for firewood gathering. Application of these standards and management trends has since provided better protection and maintenance of cavity habitat.

### *Alternative 1 – No Action*

The No Action Alternative would not authorize any cumulative snag-reducing activities and suitable cavity habitat would still occur on NFS lands. However, without active management there would be a continued trend towards uncharacteristic vegetative conditions including species conversion and reduced development of large trees and snags. Also, the trend includes an

increased potential for severe fire behavior within the project area that could impact more moist environments and current and future snag levels.

### *Alternatives 2, 3, and 4*

#### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

As described above, cavity habitat has been reduced due to past actions that have occurred within the project area. However, abundant snags occur throughout the project area due the habitat types and moist environments found here. Changes in harvest methods and protection of snags in recent years has created/maintained higher quality cavity habitat throughout the project area.

One active timber sale, Grizzly Project, occurs within and adjacent to the project area. Remaining activities include four small regeneration harvest units (≤ 20 acres each) and five prescribed fire units totaling approximately 250 acres in low elevation habitat. The acres of regeneration harvest were included in the existing condition PPL. This area experienced prior intermediate harvest activities in the 1950s. Only 0.1 percent difference in PPL occurred when calculating these acres as regeneration harvest vs. intermediate harvest and does not change the existing PPL of 71 percent. Prescribed fire units and post-harvest burning could kill or injure some of the live trees within the units, especially those harvest units with more western redcedar left, and create more snags. Cumulatively, the impacts of the two projects to snag level in the project area would be negligible as only a small portion of the Grizzly Project occurs within the Buckhorn project area, both projects would retain existing snags as well as recruitment trees to meet Forest Plan recommendations, prescribed fire would be expected to create new snags, and there is no change to the high snag PPL within the project area.

Increased use of public lands is likely with population growth and development, but use would be expected to be gradual and focused on areas along or near roads open to motorized traffic. Activities include firewood cutting which removes snags; loss would be limited to individual trees and to areas within about 150-200 feet of open roads and has been accounted for in available snag habitat. Also, the Buckhorn project proposes no change in the amount of roads open for public motorized use. Therefore, cumulatively there would be negligible increase in the expected loss of snags due to proposed activities and firewood gathering within the project area.

Private property accounts for less than one percent of the project area. Development of private land within the project area likely resulted in the loss of both existing and future snags, including in riparian areas such as along the Yaak River. Snag PPL was based solely on proposed units on NFS lands, but amounts of snags on untreated forested land on private property would expected be similar to the existing condition on neighboring NFS lands. Future development opportunities are limited to this small 333 acre area and further loss of snags would be negligible compared to the amount available on NFS lands.

Following implementation of any of the action alternatives and reasonably foreseeable Forest Service projects, the primary cavity excavator PPL on NFS lands would remain at 71 percent.

This level of snag habitat is expected to provide for cavity habitat associated species PPL well above 40 percent, which is thought to be the minimum needed to maintain self-sustaining populations of snag-dependent wildlife (Thomas 1979). Additionally, due to the ongoing and future predicted bark beetle epidemics and fire, it is anticipated that the density of snags is increasing in all diameter classes over time (Bollenbacher et al. 2009). Cumulatively, when proposed activities and all past, present, and reasonably foreseeable activities are considered, habitat on federal lands is considered sufficient to provide cavity habitat to cavity dependent species.

## Regulatory Consistency

**Forest Plan Consistency:** The action alternatives meet Forest Plan guidelines and standards as they apply to cavity habitat and include:
Forest-wide Management Direction, FP II-1 #8

pII-1 #8 – *Manage for sufficient snags and snag replacement trees to maintain viable populations of snag-dependent species.* The existing PPL of 71 percent would not change with implementation of the proposed activities and would continue to provide a snag level much higher than 40 percent within the project area.

Cavity Habitat standard in MAs 10, 11, 12, 15, 16, 17, and 18

**MA 10 – FP III-39:** *Existing cavity habitat will be retained.* Proposed activities within this MA are limited to prescribed burn units. Snags would not be actively removed although implementation of fire could result in both the loss and creation of snags; no expected measurable change to the snag PPL within this MA.

**MAs 11, 12, 15, 16, 17, and 18 – FP III-44, 49, 65, 69, 75, and 80, respectively:** Cavity habitat will be maintained at 40 percent of maximum as described in Appendix 16, "Cavity Habitat Management Guidelines." No activities are proposed in MAs 15, 16 and 17. For MAs 11 and 12, all existing snags would be retained unless felled for safety reasons. Old and large diameter western larch and Douglas-fir, live trees with current wildlife use, live trees showing signs of decay for potential wildlife use, and hardwood species would be retained for snag recruitment in all proposed harvest units. Snag PPL would remain at 71 percent in the project area. Proposed activities within MA 18 are limited to prescribed burn units. As with MA 10, snags would not be actively removed although implementation of fire could result in both the loss and creation of snags; no expected measurable change to the snag PPL within this MA.

Appendix 16 – A 16-4: *Minimum levels for cavity habitat retention should be applied on a drainage or compartment area basis at the following recommended levels:*

At least 40 percent of the potential capacity will be maintained throughout commercial forest lands and at least 60 percent of the potential will be maintained in riparian areas. Upland areas would exceed 40 percent snag level as described for Mas 11, 12, 15, 16, 17, and 18 above. Management activities would adhere to INFISH and RHCA standards and guidelines and would result in meeting the 60 percent snag level for riparian areas.

### Summary Cavity Habitat Statement

Based on the analysis for cavity habitat, analyzing snags as the primary substrate, habitat for cavity dependent species would be maintained at a PPL of 71 percent. All snags would be retained, except those deemed a safety hazard, as well as most old and large preferred tree species for future snag recruitment. Fuels treatments include prescribed burning which could create snags within activity areas. The Buckhorn project area would continue to provide sufficient quality and quantity of snags and replacement snags well above minimum standard 40 percent for cavity habitat dependent species.

## Down Wood Habitat

### Summary of Findings

Down CWD would be retained at levels recommended for both soil productivity and wildlife habitat. Future recruitment of large diameter woody material most beneficial to wildlife would be enhanced with the development of large diameter, fire tolerant seral species like western larch. The Buckhorn project would achieve desired vegetation characteristics in the treated stands while maintaining beneficial levels of down wood habitat for dependent wildlife species.

### Introduction

Down wood is an important component of forest ecosystems, providing for soil protection and productivity as well as wildlife habitat (e.g. cover, reproduction, and foraging opportunities) for a wide variety of birds, mammals, reptiles, and amphibians. This dead, woody material is derived from trees in various stages of decay and any material larger than 3 inches in diameter is considered CWD (Graham et al. 1994). The most beneficial form of CWD for wildlife is logs, which to qualify as a log must measure a minimum of 8 feet long with a large-end diameter of 6 inches or more (Bull et al. 1997). The larger the log, the greater the longevity and opportunities it provides for wildlife (Thomas 1979, Bull et al. 1997, Brown et al. 2003) although the retention of small material is better than none (Thomas 1979). The ecological processes and functions of down wood material are discussed in many research papers (e.g. Bull et al. 1997; Graham et al. 1994; Maser and Trappe 1984; Maser et al. 1988). These are incorporated by reference.

### Data Sources, Methods, Assumptions, Bounds of Analysis

The Kootenai Forest Plan contains minimal direction concerning CWD. It directs that sufficient amounts of large CWD be retained on site for wildlife habitat needs, nutrient release back into the soil, and site protection for timber stand regeneration. Forestwide management direction (A 16-6) is to meet Timber/Silviculture Guideline #9, which is to leave logs greater than 12 inches in diameter scattered throughout dozer-piled timber units (a few pieces/acre) to provide cover and feeding sites for birds and small mammals. Five to 15 tons/acre is recommended.

Data sources for down CWD consist of District pre-harvest soil surveys. Data was collected on CWD and used to calculate existing tons/acre within proposed harvest units. It also provides information on the number, size, and condition of the woody material currently within the units. Survey results and calculations are located in the project file.

Issue indicators are the relative reduction or increase in expected down woody material based on existing CWD available and design features for retaining CWD within proposed harvest treatments. The analysis boundary for project direct effects is the treatment units as contributions

from harvest and reduction through fuels treatments would only occur within unit boundaries. Indirect and cumulative effects are analyzed at the project area scale to capture variability within habitat types. Also, natural processes contributing to CWD recruitment (e.g. fire, insect, disease) and the home range of many species are larger than individual units.

### Affected Environment/Existing Condition

Currently, most units have at least 25 tons/acre which is about the mid-range of recommended amounts of CWD from Graham et al. (1994) for Montana forests of this habitat type. Twelve units are at or above the upper range for CWD levels. Although all of the units surveyed have CWD over 12 inches in diameter, woody material of this size occur at less than one piece/acre on average. Pileated woodpeckers have a preference for logs with large end diameters of 15 inches or greater due to the occurrence of a preferred forage species, carpenter ants (Bull et al. 1997). Woody material over 16 inches does occur with up to three pieces in a unit; however, the average is nearly zero per acre for the units surveyed. Averages were based on soil survey transects and represent a minimum estimate of existing CWD available within a unit.

Existing tons/acre of CWD generally exceed the Forest Plan guideline within proposed harvest units. This this level is currently being met mostly in the form of smaller diameter CWD with larger CWD, especially those greater than 16 inches, having greater occurrence within some unit than others. Treatments would not occur within Old Growth habitat (see Old Growth Section) and it would be expected that the both the existing level as well as the size of woody material would be higher in these stands. The Buckhorn project area currently provides for a variety of species that utilize down woody habitat, including the pileated woodpecker (see Pileated Woodpecker analysis), and the existing CWD level in the project area is expected to provide adequate suitable habitat for other dependent species.

### Environmental Consequences

Activities that alter vegetation, timber harvest and prescribed fire, for example, would influence CWD levels. There is potential to reduce both existing and future sources of CWD, through green tree removal or fuels consumption, as well as create CWD by damaging or killing trees and falling existing snags. Short-term availability of down material is generally reduced. Long-term availability would be influenced by the amount of CWD and trees left on site post treatments and would increase over time to levels that one might expect to find in untreated areas.

Current KNF monitoring does not include CWD as a monitoring item. However, it is recognized that CWD is beneficial for ecosystem health and wildlife habitat. Most vegetation management activities, including the Buckhorn project, include design features to retain a certain level of down woody debris per acre in affected areas.

#### *Alternative 1 (No Action) – Direct and Indirect Effects*

A range of fire severity, from non-lethal to stand replacing crown fires, historically played a role in developing the vegetative characteristics in the Buckhorn project area. Although the type and frequency of fire experienced varies within a given area and vegetation type, all vegetation types within the project area have historically experienced periodic mixed severity fires. This natural disturbance regime favors fire tolerant species, including older and larger diameter seral tree species such as western larch and white pine. The exclusion of moderate severity fires through

fire suppression has increased the amount of shade-tolerant species in the understory of these forested stands as well as increased fuel loadings in the form of ladder fuels and downed woody materials. Fire suppression has not yet resulted in a departure from historic ranges for all stands within the project area, although they are trending towards a departure. Due to the denser fuel conditions, resulting stand replacing fires in these stands often kill many of the overstory trees which historically survived mixed-severity wildfires. In addition, past vegetation management practices that targeted these old, large trees removed the relic seral species further altered tree size and composition and has promoted the development of climax species and conditions. In general, the resultant stand patch sizes, species composition, and fire frequency are departing from historic conditions within the project area. See the Fuels and Vegetation sections for more detail.

No direct effects from federal actions would occur. The No Action alternative would maintain existing vegetative condition on the landscape. In the short-term, wildlife use of down woody habitat would continue at current levels within the Buckhorn project area. Although past timber harvests resulted in a decrease in the amount of CWD available in some existing regeneration harvest units, current CWD levels are generally felt to exceed historic levels due to longer fire return intervals within stands (Graham et al. 1994, Brown et al. 2003). However, most of this is smaller diameter material that is used by fewer species over a shorter period of time compared to larger material. Also, with continued fire suppression and lack of active management, the indirect effects of this alternative would include a continued trend towards uncharacteristic vegetation and fuels conditions and increased potential for severe fire behavior within the project area (see the Forest Vegetation and Fire/Fuels sections).

Periodic low and moderate intensity fire would consume small materials on a more frequent basis, but leave larger materials to decompose and provide habitat between fire events. To have maximum benefit to both soil and wildlife, this larger material needs to persist on the landscape. The longevity of down CWD is partially dependent on the source material. Woody materials from western larch and Douglas-fir have greater longevity on the forest floor compared to other tree species (Graham et al. 1994).

Although large diameter logs were found within the proposed units, they comprise only about 21 percent of the logs documented. Indirectly, without a reduction of the dense understory the development of large diameter trees would continue to be impacted. This in turn would reduce future recruitment of large diameter CWD within the project area, especially of persistent material from species like western larch. Also, if a high severity fire occurs due to the uncharacteristic fuels conditions then much of the existing CWD would be either consumed by the fires or altered to a condition less useable by wildlife.

### *Alternatives 2, 3, and 4 – Direct and Indirect Effects*

#### *Activities/Effects Common to All Alternatives*

**Prescribed Burn Units:** The goal of the prescribed burn units is to rejuvenate and enhance the ground cover and understory vegetation in areas of conifer encroachment into shrub fields, open timber stands with shrub understory, and high canopy closure timber stands where little to no ground cover exists. Fires would be of low to moderate intensity and would target fine fuels for consumption, resulting in a mosaic of burned and unburned down CWD. Spring burning prescriptions and conditions would allow for the maintenance of larger pieces of organic matter on the forest floor. Fall burning may increase the risk of large woody consumption by fire, but fire-killed snags would be recruited over time. Charred coarse wood material with checks and

cracks does not substantially interfere with the decomposition or function of this material related to forest health (Graham et al. 1994). However, fire can alter characteristics of the wood making it less desirable for use by wildlife. For example, fire may consume the bark, increase the visibility of small animals, and harden the wood which may make excavations/burrowing more difficult and also reduce insect use (i.e. less forage opportunities for other species) (Thomas 1979). Therefore, burning in cooler, moist conditions or management of the fire to limit charring of the large diameter pieces would retain more pieces of organic matter on the forest floor and available for wildlife use. In order to achieve desired burn outcomes where little fine fuels exist, fuels augmentation accomplished through hand slashing of small diameter trees would occur within seven burn units. It is likely that some of the felled logs would not be totally consumed in the fire and would offer additional microhabitat cover opportunities for wildlife both during and post-fire. The effects of prescribed fire would be the reduction of fine fuels while retaining and promoting the development of large diameter pieces in the future. Implementation of prescribed fire on 11,667 acres would be expected to retain adequate down CWD, especially the larger diameter materials for dependent wildlife species.

**Watershed Improvement Activities**: Activities are proposed to address hydrological issues that ultimately may result in increased sedimentation into streams and include inadequate or failing stream crossings such as culverts, old log bridges, and mass failures. Barriered roads associated with these areas have become vegetated overtime and consists of alder and small diameter conifer trees. Existing down CWD on these roads would be limited to small diameter material or the occasional fallen tree from the adjacent stand. The effects of brushing the roadbeds to access areas of watershed work would be negligible loss of down CWD and would not impact the amount or use of down CWD in adjacent stands. Down CWD would remain available for wildlife use as under the existing condition.

**Road Construction, Reconstruction, and Maintenance:** All three alternatives propose construction of temporary roads (less than 1.1 miles total/alternative), reconstruction of roads that have been barriered to motorized use for several years, and open roads that receive regular use. Roadwork on open roads would have no impact on availability of down CWD. Construction of less than one mile of temporary road and reconstruction of barriered or vegetated gated roads for harvest would occur on a tiny fraction of the project area and any potential loss of down CWD would be negligible. The effects of roadwork in the project area would be negligible loss of down CWD in the project area and no impact to dependent wildlife species.

**Project Design Features:** Buckhorn project harvest unit design features (see Chapter 2 - Design Features) follow Graham et al. (1994) recommendations for the retention of CWD for long-term site productivity and down wood dependent species. Although all material greater than 3 inches is included in the recommended tons/acre, emphasis is placed on retaining larger diameter pieces (over 7 inches) where available and would include any snags felled for safety. Regeneration harvest units would leave the most CWD at a minimum of 16 tons/acre. Intermediate harvests would leave about half this amount as the green overstory would contribute to CWD overtime. Unit 8 is within 200 feet of private property and would retain levels at the lower end of the prescribed range to minimize fire hazard adjacent to private lands. For all harvest units, most if not all of the very large diameter western larch, ponderosa pine, and Douglas-fir overstory relics are to be left for snag replacements as well as structural and genetic diversity within the stands. A benefit of project design is to promote a greater percentage of large diameter fire tolerant seral tree species such as these which would contribute a variety of CWD during their lifetime. They would provide smaller diameter broken limbs as well as large diameter CWD in the future for

wildlife as fallen green trees or snags. As mentioned above, western larch and Douglas-fir are noted for their longevity which would benefit both soil productivity and wildlife.

### *Effects Variable by Alternative*

**Timber Harvest:** The effect of proposed harvest is the reduction of potential future CWD through the removal of live trees and reduced ability of the stand to support down woody habitat dependent wildlife species. Regeneration harvest is proposed for all but one unit. Alternative 2 proposes the most acres of regeneration harvest and, therefore, the greatest potential impact to the availability of future down CWD. Alternative 4 would have the least potential for impact and Alternative 3 would have intermediate impacts. However, simply leaving more trees does not necessarily result in suitable habitat for dependent wildlife species. Treatment is designed to improve the growth of the remaining green, healthy trees which would then contribute to a greater proportion large diameter materials in the future in the project area. Treatment is also promoting the retention and development of seral western larch and Douglas-fir which would persist longer on the landscape for wildlife use. In addition, as mentioned above, all alternatives would leave the recommended down CWD tons/acre for the habitat and treatment type as well as retain snags greater than 10 inches and old, large trees for snag replacement that would add to future large diameter down wood habitat. Through application of these project design features, the potential for negative impacts has been reduced and Alternative 2 has the greatest potential for providing the quantity and quality of down CWD beneficial for dependent wildlife species into the future. Again, Alternative 3 would have intermediate effects with Alternative 4 providing the least quality future potential for down woody habitat dependent wildlife species.

**Post-Harvest Fuels Treatment:** Fuels treatments include underburns and pile burning following harvest. Fuels are lighter in the units proposed for underburning and the intent is to initiate a low severity burn that would reduce the fine fuels and stimulate forb and shrub development. Excavator piling and pile burning would occur on the remaining harvest acres where existing high fuel loads make them unsuitable for underburning; burning would be restricted to the constructed piles spread throughout the unit. The effects of post-harvest treatment would similar to those described under Prescribed Burn Units above. Underburns would result in a mosaic of burned and unburned areas with variability in the type and level of fuels remaining post-burn and there is potential for some consumption of larger materials. With pile burning, fire would be restricted to the created piles and it is therefore less likely that the desired larger material would be consumed although may leave some of the fine materials missed by the excavator. Despite differences, both treatments would target the smaller diameter materials for removal while retaining larger materials to meet the recommended tons/acre. Fuels treatments would result in a reduction in the existing high fuel loading but would continue to provide appropriate levels of down CWD for current wildlife use and would not impact future recruitment of large diameter CWD in the project area.

High levels of CWD currently occur within the proposed harvest units with a majority (79 percent) consisting of material less than 12 inches in diameter. Down CWD greater than 12 inches averages less than one piece/acre in the units surveyed. In summary, the effect of proposed harvest and fuels treatments would be a reduction in both potential future CWD and existing down CWD compared to what currently exists. However, all alternatives would meet Forest Plan down woody material and snag guidelines, Graham et al. (1994) recommendations for soil productivity, and Brown et al. (2003) optimum range of CWD to be left in stands recovering

from fire that would reduce future fire hazard while still benefitting soils and wildlife in a cool and lower subalpine forest type (10 to 30 tons/acres).

## Cumulative Effects

### *Introduction*

The Affected Environment/Existing Condition section describes the past and present factors contributing to the existing down wood habitat conditions within the project area. This cumulative effects section summarizes the past actions as well as further describes ongoing and other reasonably foreseeable contributions potentially impacting down CWD.

As described under the section "Data Sources, Methods, Assumptions, Bounds of Analysis," the project area was chosen as the appropriate scale for down CWD habitat cumulative effects analysis in order to capture variability within habitat types. Also, natural processes contributing to CWD recruitment and the home range of many species are larger than individual units.

### *Past Actions*

Down CWD is affected by various activities through both directly and indirectly. Therefore, changes in the availability of this habitat types is the measure of effects. The Affected Environment/Existing Condition section of this analysis summarizes the existing condition. Harvest has occurred in the project area since the 1950s. Prior to the 1990s, harvest resulted directly in the loss of down CWD as well as indirectly through reductions in trees and snags that would have become down woody materials in the future. Road construction and the amount of road open to public motorized use also reduced the availability of down CWD due to firewood collection. Detailed description of previous vegetation and road management activities are found at the beginning of Chapter 3, including Tables 3.1 and 3.2, as well as Appendix G of this document. In unharvested areas, natural disturbances such as wildfire would have both reduced down CWD and resulted in the development of clusters of snags that would become down CWD in the future. In contrast, fire suppression since the early 1900s has resulted in large accumulations of small materials that do not persist on the landscape nor are as beneficial to wildlife.

Since the 1990s, application of Forest Plan standards has resulted in the better retention of down CWD as well as snags that will become downed material in the future. Also, there has been more reliance on intermediate harvest that leaves more trees that will become down CWD in the future. Application of these standards and management trends has since provided better protection and maintenance of down wood habitat.

### *Alternative 1 – No Action*

The No Action Alternative would not authorize any fuels reduction activities and a considerable amount of down woody habitat would still occur on NFS lands. However, without active management there would be a continued trend towards uncharacteristic vegetation and fuels conditions which include species conversion to shade tolerant species which do not persist as long on the landscape and reduced development of large trees and snags. This trend also includes an increased potential for severe fire behavior within the project area. If a high severity fire occurs due to the uncharacteristic fuels conditions then much of the existing CWD would be either consumed by the fires or altered to a condition less useable by wildlife.

### *Alternatives 2, 3, and 4*

### *Ongoing and Reasonably Foreseeable Actions*

Reasonably foreseeable actions include those federal, state, or private activities that are ongoing or scheduled to occur within the next five years, independent of this federal action. Table 3.3, located at the beginning of Chapter 3, identifies those current and foreseeable actions in the project area that were determined to be appropriate for inclusion in the analysis of environmental effects.

As described above, down wood habitat has been reduced due to past harvest actions that have occurred within the project area. However, an abundance of down CWD occurs throughout the project area due the habitat types and moist environments found here as well as fire suppression. Changes in harvest methods and better protection of down CWD and snags in recent years have created/maintained higher quality down wood habitat throughout the project area.

One active timber sale, Grizzly Project, occurs within and adjacent to the project area. Remaining activities include four small regeneration harvest units (≤ 20 acres) and five prescribed fire units totaling approximately 250 acres in low elevation habitat. Activities would result in similar effects as those described under the direct/indirect effects section above and are expected to have minimal cumulative effects to down CWD as the Grizzly Project is only located within a small portion of the Buckhorn project area, both project would retain existing large CWD sufficient to meet standards and recommendations for this habitat type, and both would retain snags and recruitment trees that would continue to provide larger diameter CWD materials into the future for soil productivity and wildlife.

Increased use of public lands is likely with population growth and development, but use would be expected to be gradual and focused on areas along or near roads open to motorized traffic. Activities include firewood cutting which reduces some down CWD, but primarily affects the availability of future down materials. Loss would be limited to individual trees and to areas within about 150-200 feet of open roads and has been accounted for in available snag habitat. Also, the Buckhorn project proposes no change in the amount of roads open for public motorized use. Therefore, cumulatively there would be minimal loss of down CWD due to proposed activities and firewood gathering within the project area.

Private property accounts for less than one percent of the project area. Development of private land within the project area likely resulted in the loss of both existing and future down CWD, including in riparian areas such as along the Yaak River. Surveys were based solely on proposed units on NFS lands, but amounts of CWD on untreated forested land on private property would expected be similar to the existing condition on neighboring NFS lands. Future development opportunities are limited to this small 333 acre area and further loss of down CWD would be negligible compared to the amount available on NFS lands.

Cumulatively, when other activities including the harvest on federal lands discussed under the action alternatives and all past, present, and reasonably foreseeable activities are considered, habitat on federal lands is considered sufficient to provide down woody habitat to down wood dependent species.

### Regulatory Consistency

There are no standards for CWD in the Kootenai Forest plan. It does contain the goal to maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate, wildlife species (II-1). Also, it provides guidelines in Appendix 16, Cavity Habitat Management (A-16-6) to leave logs greater than 12 inches in diameter (a few pieces or about 5-15 tons/acre) to provide cover and feeding sites for birds and small mammals. Existing large diameter CWD as well as smaller materials would be retained to meet Graham et al. 1994 recommendations for soil productivity and Brown et al. 2003 recommendations for wildlife in a recovering stand as well as sources of recruitment of future materials. The proposed alternatives are consistent with the Kootenai Forest plan, as a wide range of successional habitats and appropriate amounts of downed wood would be available within treated stands.

### Statement of Findings

Maintenance of CWD is beneficial to both forest health and various wildlife species that are dependent on down woody material to fulfill life requirements. Proposed units currently have high levels of down CWD; however, it largely consists of smaller diameter woody material. Retention of recommended levels of CWD would occur through retention of existing logs and felled snags and future recruitment of large diameter material with the development of large, fire tolerant seral tree species. Proposed activities and implementation of design features would manage for characteristic vegetation patterns, allow for the safe return of fire to the forest ecosystem in the future, and maintain the availability and distribution of CWD within treatment areas at a level beneficial to wildlife.

# Fisheries

## Introduction

This section outlines the results of the analysis for the biological aspects of the Aquatic Resources in the Buckhorn analysis area. Supporting documentation of the following findings is available in the fisheries section of the Project File.

## Regulatory Framework

Table 3.53 displays the documents that guide the fisheries analysis for the Buckhorn Project.

**Table 3. 53 – Guiding Documents for Fisheries Analysis**

| Guiding Document | Direction |
|---|---|
| 1987 Kootenai National Forest Plan | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |
| 1976 National Forest Management Act | A federal law directing the Forest Service to disclose specific findings when implementing the Forest Plan. |

| Guiding Document | Direction |
|---|---|
| 2008 Executive Order 12962 | Requires disclosure of affects to recreational fishing. |

The **Endangered Species Act (ESA) of 1973** declares that "...all Federal departments and agencies shall seek to conserve endangered species and threatened species and shall utilize their authorities in furtherance of the purposes of this Act." Under the Act, Federal agencies must consult with the Secretary of the Interior whenever an action authorized by such agency is likely to affect a species listed as threatened or endangered. Bull trout and white sturgeon are currently listed as threatened and endangered, respectively, under the ESA. Bull trout critical habitat has also been designated under the ESA, but it does not extend into the analysis area.

**National Forest Management Act 1976:** This analysis considers how the action provides for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple use objectives, and within the multiple use objectives of a land management plan adopted 16 USC 1604 (g)(3)(B).

The Kootenai National Forest provides habitat for over 300 different species of fish and wildlife (KIPZ Analysis of the Management Situation, USDA Forest Service 2003b: 45, 59-64), many of which occur on the Three Rivers Ranger District and within the Buckhorn analysis area. The presence or absence of these fish and wildlife species depends on the amount, distribution, and quality of each species preferred habitat. In addition to habitat changes, many of these species are impacted by fishing, hunting or trapping. Montana Fish, Wildlife & Parks (MFWP) regulates fish and game populations. The Forest Service and the MFWP work together to ensure that an appropriate balance is maintained between habitat capability and population numbers.

Sensitive species are managed under the authority of the National Forest Management Act and are administratively designated by the Regional Forester (FSM 2670.5 Walker and Spaulding 2011). Sensitive aquatic species identified to exist on the Kootenai National Forest include interior redband trout (*Oncorhynchus mykiss gairdneri*), westslope cutthroat trout (*O.clarki lewisi*), and western pearlshell (*Margaritifera falcata*). Interior redband trout (redbands) do occur in the Project Area, although not as in as high a density or distribution as previously thought. As more genetic testing is conducted in the area, it is becoming clear that more coastal rainbow trout genetics are prevalent in the Yaak River system than earlier documents indicated, and hybridization has occurred between both subspecies of rainbows, as well as with cutthroat trout. State-wide distribution of westslope cutthroat trout (westslopes) and western pearlshell include the majority of western Montana and some portions of the upper Missouri River drainage in central Montana. Habitat and population trends of westslopes and western pearlshell are discussed further in the Fish Habitat and Population sections below. Western pearlshell mussels have been documented within the analysis area, but only in the Yaak River. Habitat conditions for the mussels within the analysis area are discussed in the Existing Condition section below.

**Executive Order 12962 (USDA Forest Service 2008)** mandates disclosure of effects to recreational fishing.

### Kootenai Forest Plan

The Kootenai Forest plan (USDA Forest Service 1987) provides direction for meeting the requirements of the NFMA in its forest-wide goals and standards in chapter 1 (Volume 1) and in the Management Area (MA) direction in chapter III (Volume 1). The plan contains an overall forest-wide goal to provide sufficient quality and quantity of habitat for various species or groups of species within the suitability and capability of the Forest.

The Inland Native Fish Strategy (INFISH) amended the Kootenai Forest Plan in 1995 (USDA Forest Service 1995). INFISH establishes stream, wetland and landslide-prone area protection zones called Riparian Habitat Conservation Areas (RHCAs), setting standards and guidelines for managing activities that potentially affect conditions within the RHCAs. INFISH also established Riparian Management Objectives (RMOs) that provide guidance with respect to select habitat variables.

## Analysis Area

The Buckhorn analysis area lies in the northwest portion of the Three Rivers Ranger District. The analysis area includes the Yaak River and three main fish-bearing tributaries, Meadow, Hellroaring, and Spread Creeks. The analysis area lies upstream of Yaak Falls, a major fish migration barrier that prevents fish from entering the headwater streams of the Yaak River from downstream areas, such as the Kootenai River.

### Meadow Creek

Meadow Creek is approximately one mile long, and begins at the confluence of the North and South Fork of Meadow Creek. Genetic sampling from 1991 indicated that there was a mixture of pure strain westslopes, redbands, and hybrids between the two species. The North and South Forks of Meadow Creek were genetically tested in 1991 and found to have genetically pure westslopes. The forks were surveyed again in 2011 and found to have pure strain westslopes. However, one non-native eastern brook trout (brook trout) was captured in the South Fork of Meadow during sampling in 2011. Competition from brook trout could decrease the overall health of the westslope population if brook trout were to become established in this system. Sampling in 2013 did not find any brook trout.

According to the 1997 West Yaak EA, Meadow Creek was lacking in large woody debris due to past riparian harvest and manual removal, which was once thought to aid in fish passage. Habitat surveys in the North and South Fork in 2011 showed that there was still a lack of woody debris that meets the RMO definition. However, surveys in 2013 in both the North and South Forks showed that both streams are exceeding the large woody debris RMO. Pool numbers in both forks are also currently exceeding their RMO standards.

West Yaak also mentions that bank scour and sediment resulting from past activities are not a limiting factor. Recent data collection supports that conclusion, with pool tail fine sediments averaging less than 1% in the North and South Forks and bank stability averaging about 99%.

### Hellroaring Creek

Hellroaring Creek is an eleven mile long stream that is home to a hybridized population of redband and westslope trout. These fish are likely a result of the connectivity with the Yaak River

and the hybridization appears to contain only about 5% westslope genetics. The 2013 habitat survey showed that the stream met all RMOs (displayed in Table 3.54), except the wetted width:depth ratio that no streams in the project area meet. Limited sampling showed that few fish were present in the surveyed reach. There is an unconfirmed fish passage barrier upstream of the sampled reach, so this reach is likely a rearing stream for the Yaak River.

### Spread Creek

Spread Creek is the largest drainage in the analysis area, containing several named and unnamed tributaries. The main named tributaries include Cody, Runt, Large, North, and Hidden creeks. Genetic testing throughout the drainage and tributaries indicates a predominately westslope (90+%) population with some rainbow (<10%) genetics mixed in. The exception to this is Runt Creek, which was found to have genetically pure westslopes. Hidden Creek had no information on genetics at this writing.

Spread Creek meets the bank stability and large woody debris RMOs, according to 2013 survey data. The survey showed the stream not meeting the wetted width:depth ratio and pool frequency RMOs. However, the fish population in Spread Creek was clearly higher in Spread Creek than in the other analysis area streams, based on limited sampling.

Hidden Lake is the anly lake within the analysis area. The lake is located above Hidden Creek in the Spread Creek watershed. A query of MFWPs MFISH database resulted in no information on this lake.

The fish distribution map (Map M-14) for the analysis area is based on field survey data collected since 1991. Those stream segments identified as fish-bearing during field surveys will be the focus of this analysis for effects to the fisheries resource.

## Methodologies

The existing condition for the fisheries resource in fish-bearing streams was determined through reach monitoring fish habitat surveys conducted in 2011 and 2013. The reach monitoring survey protocol was adapted from the draft Region 1 Aquatic Ecosystem Unit Inventory (R1 AEUI) Technical Guide (unpublished 2006). Summary results of this data are displayed in Fisheries Table 3.

Fish population surveys were not conducted in the analysis area, however, some streams had presence-absence surveys conducted to identify fish species composition and distribution. Genetic testing was accomplished during these surveys in some stream reaches. These surveys were conducted utilizing a battery-powered electrofishing unit. Brief hook and line samples were done on three of the four surveyed streams in 2013. These surveys can be found in the project file.

## Affected Environment

Habitat conditions for this project were based on recent habitat surveys and compared to default Riparian Management Objective (RMO) values established in INFISH (Table 3.54). Overall attainment for each stream and survey year is displayed in Table 3.55. By providing suitable habitat within the analysis area, NFMA and Forest Plan compliance would be attained. NFMA


FS-046965

and the Forest Plan provide protection for native and desired non-native fishery resources. Note that sample reaches were in different locations in 2011 and 2013 in the Meadow Creek surveys. In 2013, the surveys began in the first pool above the confluence of the two streams. In 2011, the surveys started higher up in each of the drainages.

Redband rainbow trout, cutthroat trout, coastal rainbow trout, and eastern brook trout are specifically protected under NFMA within the analysis area. Effects to westslope cutthroat trout and redband rainbow trout are displayed later in the Fisheries section.

## Fish Habitat Data

**Table 3. 54- Physical Riparian Management Objectives and Project Area Stream Data**

| Stream | Reach | Year | RMO Pool (#/mi) | Pool (#/mi) | RMO LWD (#/mi) | LWD (#/mi) | RMO Bank Stability (percent) | Bank Stability (percent) | RMO Wetted Width/Depth Ratio | Wetted Width/Depth Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| NF Meadow | 1 | 2011 | >56 | 107 | >20 | **0** | >80 | 99 | <10 | **24** |
| NF Meadow | 1 | 2013 | >76 | 112 | >20 | 25 | >80 | 99 | <10 | **Not measured** |
| SF Meadow | 1 | 2011 | >56 | **53** | >20 | **11** | >80 | 100 | <10 | **23** |
| SF Meadow | 1 | 2013 | >56 | 82 | >20 | 98 | >80 | 100 | <10 | **Not measured** |
| Hellroaring | 1 | 2013 | >56 | 64 | >20 | 32 | >80 | 99 | <10 | **Not measured** |
| Spread | 1 | 2013 | >47 | **34** | >20 | 72 | >80 | 93 | <10 | **44** |

Bold values indicate that the parameter does not meet the INFISH RMO.

**Table 3. 55 - Overall Riparian Management Objective Attainment by Year**

| Stream | Year | ** Physical Habitat Attainment | |
|---|---|---|---|
| | | Percent of Parameters Meeting RMOs | Number of RMO Parameters Being Met/Total Parameters |
| NF Meadow | 2011 | 50 | 2/4 |
| NF Meadow | 2013 | 75 | 3/4 |
| SF Meadow | 2011 | 25 | 1/4 |
| SF Meadow | 2013 | 75 | 3/4 |

| Stream | Year | ** Physical Habitat Attainment | |
|---|---|---|---|
| | | Percent of Parameters Meeting RMOs | Number of RMO Parameters Being Met/Total Parameters |
| Hellroaring | 2013 | 75 | 3/4 |
| Spread | 2013 | 50 | 3/4 |
| **Managed/PIBO*** | **1998-2004** | **52** | **N=265** |
| **Reference/PIBO*** | **1998-2004** | **53** | **N=92** |

*PIBO data comes from Henderson et al 2005 "PIBO Effectiveness Monitoring Program Seven-Year Status Report 1998 Through 2004".

**This column summarizes the data in Table 3.54. The percentage is the percent of parameters that meet the RMO.

An April 2008 report sent out by the PACFISH/INFISH Biological Opinion Monitoring Program (PIBO EM) stated that an analysis of 252 integrator reaches (the first sample location within each watershed), including 73 reference (minimally managed) sites found that "(N)o stream sampled by PIBO EM met the whole suite of the interim PACFISH/INFISH RMO values" (Archer and Roper 2008). Kershner and Roper (2010) note that "None of the 726 reference and managed reaches surveyed met all RMOs." The PIBO EM report also stated that, "It was not assumed that interim RMOs, or ones that were refined using better information, would be met but rather achieved over time, not used as absolute values to be achieved now or in the future." Attachment A of the INFISH Decision Notice (which amended the Forest Plan) echoes this statement on page A-3. Previously on page A-2 it also states, "It has been determined that the Riparian Management Objectives described in PACFISH are good indicators of ecosystem health. … With the exception of the temperature objective, which has been modified, the RMO's represented a good starting point to describe the desired condition for fish habitat." Table 3.55 also shows that Spread Creek in 2013 had lower RMO attainment than the mean attainment for the 73 reference watersheds in the PIBO EM data set based on the last sample date.

Only about 3% of streams in the PIBO EM data set meet the wetted width/depth ratio RMO. None of the analysis area streams meet that RMO. Only one stream was surveyed for this parameter in 2013, but it was clear that the streams that were not surveyed would not have met the RMO had the measurements been made.

**Table 3. 56- Seven-Day Maximum Temperature Monitoring Results**

| Stream Reach | Hellroaring 1 | NF Meadow 1 | North 1 | Runt 1 | SF Meadow 1 | Spread 1 |
|---|---|---|---|---|---|---|
| **2011 Temperature** | 60 | 56 | 51 | 54 | 55 | 59 |

Bold values indicate that the average exceeds the INFISH RMO.

Temperature data was collected in 2011 following the R1 Aquatic Ecological Unit Inventory protocol at most reach-level monitoring sites (Table 3.56). Only Hellroaring Creek was over the 59 degrees F threshold outlined in INFISH. According to the West Yaak Environmental Analysis (1997), Hellroaring Creek had "limited amounts of riparian harvest" in the past that may have contributed to this increased temperature.

## Fish Distribution Data

Electrofishing was done in the analysis area in order to establish species composition for each stream. This information can be helpful in determining areas where removing upstream fish passage barriers is advisable and where they should be left in place to protect pure-strain, native fish populations. Fish collected in some streams had tissue samples collected in order to perform genetic testing on the populations. These samples were analyzed at the University of Montana's Conservation Genetics Laboratory. Data queries were also run on the MFISH database held by Montana Fish, Wildlife, and Parks. Only data from actual surveys was utilized in this exercise.

## Threatened and Endangered Species

### Kootenai River White Sturgeon

Kootenai River white sturgeon are listed as endangered. However, due to ongoing consultation with the US Fish and Wildlife Service (Wilson 2001), it was determined that projects in the Yaak River drainage have <u>no effect</u> on white sturgeon, therefore this species will not be considered further.

### Bull Trout

Bull trout are currently listed as threatened (Wilson 2013). Bull trout are not found within the analysis area. The historic extent of use has not likely changed much in the Yaak River over time because of the upstream migration barrier at Yaak Falls. Fish may use the lower extent of the Yaak River, which is over 11 miles from the nearest proposed activities in the analysis area. This is due to the lack of effects because RHCA buffers are utilized. Therefore, bull trout will not be further considered in this analysis.

The final rule designating bull trout critical habitat did not designate any critical habitat within the analysis area. The nearest designated critical habitat is located in the Kootenai River, over 20 miles downstream of the analysis area. Because non-point source pollution (such as forestry practices) is rarely detectable more than 300 feet from the activity, effects from the proposed activities would not be detectable 20 miles away. For that reason effects to bull trout critical habitat will not be considered in this analysis.

## Desired Non-Native and Sensitive Species

### Eastern Brook Trout, Rainbow Trout, Westslope Cutthroat Trout, and Western Pearlshell

Desired non-native aquatic species are managed under the authority of NFMA (PL 94-5888). The non-native species in the analysis area are eastern brook trout and coastal rainbow trout, which are valued as a recreational fishery. Only one brook trout was captured in 2011. No subsequent captures of this species were made. There is evidence of coastal rainbow trout hybridizing with westslopes and redbands in Meadow and Spread Creeks. Because of the low level of

hybridization of rainbow trout and the low levels of brook trout in the project area, these species would be managed as if they were native species.

Sensitive species are those listed where population viability is a concern due to significant declining population numbers, density, distribution, or habitat capability throughout their range. They are managed under the authority of NFMA (PL 94-5888), and are administratively designated by the Regional Forester (FSM 2670.5 Walker and Spaulding 2011). Sensitive aquatic species known or suspected to occur on the KNF, and their status in the analysis area, are shown in Table 3.57.

**Table 3. 57 - Sensitive Aquatic Species and Status**

| Species | Forest Status | Analysis Area Status |
|---|---|---|
| Redband rainbow trout | Known to occur | Known to occur |
| Westslope cutthroat trout | Known to occur | Known to occur |
| Western pearlshell | Known to occur | Known to occur |

Redband rainbow trout, westslope cutthroat trout, and western pearlshell mussels are known to occur within the analysis area and were further evaluated for occupancy. Forest Service personnel performed presence-absence surveys in 2011 and 2013. The 2011 surveys involved sampling tissues for genetic analysis to determine genetic compositions in the different streams. This information, coupled with older samples, provide a good picture of the species composition in the analysis area.

The Montana Heritage Program conducted multiple surveys dating back to 1994 and found western pearlshells within the analysis area. Utilizing information regarding where species occur, we can then determine the effects of proposed activities, and determine if further biological investigation is needed. This document serves as the biological evaluation for this species.

## Existing Condition

The streams in this analysis area have mostly native fish, with genetic introgression in some cases from historically stocked fish by Montana Fish, Wildlife, and Parks. Past activities are still evident within these basins, but associated effects to fish habitat appear to be diminishing, as evidenced by relatively high RMO compliance.

## Environmental Consequences

### Analysis of Direct and Indirect Effects

The direct and indirect effects analysis area is described under the Analysis Area section. This section considers the addition of proposed management activities to the existing condition. Redband trout, westslope cutthroat trout, and western pearlshell mussels are the only threatened, endangered, or sensitive species found in the analysis area. Westslope cutthroat trout will be the analysis indicator species used to determine the effects of the alternatives on the fishery resource because it is the most sensitive species with a large enough population to measure effects against. Proposed activities will be analyzed for effects to fish habitat and cutthroat trout population

numbers. Activities, individually or cumulatively, that do not degrade habitat or population numbers are allowable under NFMA and the Forest Plan.

## Alternative 1 – Direct and Indirect Effects

Alternative 1 does not propose any management activities within the analysis area and therefore, would not produce any direct effects to the fisheries resource. Existing conditions and trends are expected to continue through time under this alternative, as natural recovery would continue.

Indirect effects associated with Alternative 1 include continued sediment input from existing sources to those streams with fish populations and the risk of stream-crossing failures that could send relatively large amounts of road fill into streams, with potential adverse impacts to fish. However, current stream conditions show little sign of excess sedimentation. With this alternative, it is expected that vegetative recovery from past management activities would allow peak flow levels to decrease below current levels. This could cause pool creation and maintenance from peak flows to decrease below current levels. Pools created by large woody debris could increase due to wood recruitment from aging riparian stands. Previously harvested riparian stands would also continue to grow and provide more stream shading and eventually woody debris recruitment into those localized reaches. Bank stability would remain relatively similar to what it is today. Debris recruitment could cause localized erosion and instability, while existing unstable banks could recover as stream channels change and vegetative recovery occurs. Wildfire would be the main change agent and the extent and intensity of fires in these drainages would drive further habitat responses.

No detrimental direct or indirect effects are anticipated with Alternative 1 because: 1) no additional disturbance is proposed under this alternative; 2) no sediment would be contributed to streams from road reconstruction or maintenance activities (culvert replacement or removals); and 3) no changes to peak flows would occur, other than recovery. Given existing habitat conditions, it is likely that fish populations would continue to persist under this alternative.

## Alternative 2, 3, and 4 – Direct and Indirect Effects

There are no measurable direct effects to fish or fish habitat anticipated with the implementation of Alternatives 2, 3, or 4. No activities proposed in any action alternative would directly affect fish or fish habitat within the analysis area. Direct effects to fish are rare during management activities because activities are rarely conducted directly in occupied fish habitat. Indirect effects are more common due to downstream and hill slope processes that move effects from one activity area to areas of occupied fish habitat (i.e. sediment transport from a road to a stream, down a stream, etc.).

Alternatives 2, 3, and 4 propose varying amounts of timber harvest and prescribed burning. Proposed timber harvest is mainly near the bottom of the Spread Creek drainage. This harvest is mainly above the canyon section of Spread Creek, where no habitat changes could be expected due to the relatively rigid confines of the canyon. Once the stream leaves the canyon, there is only about a quarter mile of stream before entering the Yaak River. Only 4 percent of the Spread Creek drainage has proposed regeneration harvest, ranking the highest percentage of the drainages in the analysis area. Most of this harvest is also near the canyon section where effects would be muted due to the stable nature of the canyon reach.

Prescribed fire is proposed throughout the planning area, with most of the proposed burning occurring on ridgelines, where effects to aquatic resources would be minimized. The low to moderate intensity, mosaic nature of the proposed burns is typical of what occurred for hundreds of years in these drainages and fish habitat changes are likely to respond similarly.

Placing roads in intermittent stored service, decommissioning, and maintenance activities would have short-term sediment inputs, as culverts are removed or replaced. Off-channel sources are expected to take one to two years to recover after the work is completed based on Hickenbottom's monitoring (2001) of road re-contouring on the Lolo National Forest. Wegner's (1999) monitoring of culvert removals on live channels on the KNF indicates that in-stream sediment increases are short-lived with total suspended sediment resembling background levels within 48 hours of the completion of work. These activities are not expected to cause short-term detrimental impacts to fish habitat due to the limited scope of these activities. The long-term effects from these activities are expected to benefit fish habitat by restoring natural drainage patterns and reducing the risk of future road failures. Therefore, no measurable changes in fish habitat are expected with these alternatives.

The only harvest activity proposed within an RHCA in this project is Unit 4. A portion of this unit is located between 200 and 300 feet from Meadow Creek. Treatment in this unit would not affect water quality or riparian management objectives. The water project file contains more information about this RHCA modification

## Cumulative Effects to Threatened, Endangered, and Sensitive Fish Species

The cumulative effects analysis area for Fisheries is described in the analysis area section above. The Cumulative Effects Worksheet, located in the Fisheries section of the Project File, contains the detailed analysis of all past, current, and reasonably foreseeable activities listed in Tables 3.1 – 3.3. All activities identified to occur within the analysis area that have the potential to affect the fisheries resource are discussed below.

Cumulative effects are the result of all the impacts that past, current, and reasonably foreseeable activities have on a resource. The results of past activities are described in the section titled "Summary of the Effects of Past Actions on the Existing Condition" below. The anticipated effects from proposed activities were added to the existing condition and described in the section titled "Summary of Direct and Indirect Effects of the Action Alternatives on the Existing Condition". Then the impacts of current and reasonably foreseeable actions are added to the effects described in the direct and indirect effects section below. The sum of all these effects is the cumulative effects.

All past actions listed in Table 3.1 within the Meadow, Hellroaring, and Spread Creek watersheds in addition to the vegetation management, minerals, road maintenance, recreation, fire suppression, noxious weed, and communications work within the analysis area were considered to be relevant to the cumulative effects of all actions in the Buckhorn Fisheries analysis area. Since fish inhabit most of the main stems of Meadow, Hellroaring, and Spread Creeks, all activities within these drainages were considered to be relevant and could have some incremental effect on stream conditions and/or fish populations. The cumulative effects from these activities, in addition to those proposed in this document, were derived from the results of monitoring fish habitat and populations in similar systems across the Kootenai National Forest.

Based on past monitoring of fish habitat, and fish populations, all laws, regulations, and policies regarding the fishery resource would be protected under the implementation of any of the action alternatives. Below is the rationale for this conclusion.

### Summary of the Effects of Past Actions on the Existing Condition

While it is impossible to state whether habitat conditions have improved or declined from reference conditions, it is plausible to conclude, based on a comparison of habitat data to the PIBO EM data, that habitat conditions are adequate to support viable populations of fish within the analysis area. Sampling in the analysis area drainages indicates that viable populations still exist in the main stem drainages. Hydrologic data (see Water Resources section) also indicates that physical stream conditions are currently providing suitable habitat and based on their current stability, and are expected to continue to provide suitable habitat in the future. This assessment of existing conditions considers the activities found in Tables 3.1 – 3.3 in the DEIS within the Meadow, Hellroaring, and Spread Creek watersheds, in addition to all climatic and environmental variables that are outside of human control. Table 3.54 shows that habitat conditions have remained stable or improved between the two survey periods.

### Summary of Direct and Indirect Effects of the Action Alternatives on the Existing Condition

Alternatives 2, 3, or 4 would add no measurable effects to fish habitat Meadow, Hellroaring, and Spread Creeks in the long-term. Stream flow changes, in light of current stream data, should not produce any negative effects to fish habitat because they are within historic ranges and at or near levels of peak flow increase that monitoring has shown did not degrade channel conditions. BMP improvements would minimize any potential management-induced increase in sediment from reaching the stream network over the long-term. Changes in RMO attainment have not been tied specifically to any type of management. According to the PIBO EM report (2008), nine of the eleven parameters examined showed favorable trends between the original sample period in 2001 or 2002 and the revisit in 2006 or 2007. Of the nine improved parameters, four had statistically significant improvements. One negatively trending parameter (residual pool depth) had a statistically significant change, but the trend was the same for managed and unmanaged streams, likely due to a lack of scouring flows prior to the revisit surveys. In light of the PIBO EM data and current site-specific habitat and hydrologic data, it is unlikely that any action alternative would have a measurable negative impact on fish habitat, population numbers, or population viability. Despite not meeting all the RMOs, streams on the Kootenai National Forest are still providing stable habitat that has changed very little in the last ten years despite wildfires, timber harvest, prescribed burning, and road maintenance activities, while fish populations have remained stable or improved. Although an extensive data set is not available for the project areas streams, it appears that they likely follow this same trend.

### Effects of Current and Reasonably Foreseeable Actions

**Vegetation Management** – All proposed vegetation management listed in Table 3.3 was considered in this analysis. Seventy-three acres of harvest is scheduled to occur within the analysis area from the Grizzly EIS project. These units do not constitute enough area to have a measurable effect on water yield, sediment delivery, or fish habitat to produce any changes in Spread Creek. Daylight thinning for western white pine and precommercial thinning activities are also ongoing or reasonable foreseeable within the analysis area. These treatments do not remove

enough canopy to alter water yields. Their non-mechanical treatments do not affect ground disturbance and therefore do not increase sediment delivery to fish-bearing streams. For these reasons, no cumulative effects from vegetation management activities are anticipated.

**Minerals** – Exploratory drilling is anticipated to occur in the Hellroaring Creek drainage during the 2015 field season. Effects from this drilling are expected to be localized around the drilling sites. The 3 test holes will be drilled from one pad and one 8' by 8' by 7' sump will be dug adjacent to the drill pad. The sump would be sealed and rehabilitated. This activity is anticipated to have no measurable effects to Hellroaring Creek due to the small scale and minimal soil disturbance.

**Road Maintenance** – Road maintenance would reduce long-term sediment inputs to streams by fixing surface drainage problems, unplugging culverts, replacing undersized culverts, and repairing small slope failures. These activities would improve habitat conditions over the long-term. However, short-term sediment inputs would occur where culverts are replaced (Wegner 1999). These inputs would likely remain near the site for up to two years (Hickenbottom 2001), and would not likely be in the immediate area of sensitive fish habitat (see the discussion of indirect effects of Alternative 2, 3, and 4). In cases where fish are nearby, the only effect on fish is generally short-term avoidance of the work site. Administrative road use would not result in sediment inputs to streams. Because of the overall improvements made during road maintenance work, there would be no adverse cumulative effects to the fisheries resource.

**Recreation Management** – Snowmobile grooming occurs during the winter and has no soil disturbance associated with it. Lookout rentals have no adverse effects to fisheries because the access roads are open and occupants still must follow all fish and game laws. Routine trail maintenance would have an immeasurably low effect on fish habitat. Minor drainage repairs could contribute minor amounts of sediment to streams, but would be far enough away from listed fish habitat to be immeasurable. These improvements could also reduce chronic sediment inputs and improve habitat conditions over time. Outfitters would utilize existing infrastructure (roads and trails) and would not add to soil disturbance. They must follow all fish and game laws and would have no further impact to fisheries due to fishing activities. There would be no adverse cumulative effects to the fisheries resource associated with any of these activities.

**Fire Suppression** – The effects of fire suppression, including the construction of fire lines, safety zones, and helispots, are highly variable. However, when all guidelines for suppression efforts near streams are followed, no cumulative adverse effects to the fisheries resource are anticipated. Fire suppression efforts on other areas of the Kootenai National Forest have yet to demonstrate long-lasting detrimental effects to fish habitat or populations. No adverse cumulative effects to fisheries are anticipated due to fire suppression activities.

**Weed Control** – This activity has no measurable effects on the fisheries resource as defined by the Kootenai National Forest Invasive Plant Management Project (USDA Forest Service 2007). Approved application methods and design features would be used. District water quality monitoring (MSU 2008) has shown that no chemical contamination has occurred during control efforts to date. Although new weed infestations may occur due to ground disturbance activities, improvements in treatment chemicals and use of Best Management Practices during timber sale and burning operations should minimize the occurrence and effects of new infestations. Therefore, no cumulative adverse effects are anticipated.

**Communication** – Maintenance of the radio repeaters on Baldy Lookout is not expected to produce any negative cumulative effects to fisheries due to the mountain top location and the existing infrastructure is already in place.

**Public Actions on Forest Service Lands** – Recreational use of NFS lands would have no measurable direct or indirect effects to the fisheries resource. The small scale of these activities and their wide disbursement over the landscape generally precludes effects to the fisheries resource. Therefore, no adverse cumulative effects are anticipated.

**Private Lands** – The activities on private property would occur in the lower elevation areas of the Analysis Area, mostly adjacent to the main Yaak River. As long as existing laws and regulations are followed, impacts to fisheries are anticipated to be negligible due to the limited scope of activities and the size of the Yaak River. Therefore, no adverse cumulative effects are anticipated.

### Summary of Cumulative Effects for All Alternatives

Short-term sediment increases from road maintenance activities would not likely cause impacts that would affect fish populations negatively in the short- or long-term because: 1) fish can move downstream to where work-related sediments are more diluted; 2) fish can tolerate short-term sediment increases without having lethal effects on them; 3) all applicable BMPs would be implemented during these activities; and 4) the long-term benefits of reducing road failure risk and chronic sediment inputs outweighs any short-term effects of road management activities on fish at the population scale.

Fire suppression effects are not site-specific enough to determine precise effects. However, in general, fire suppression personnel attempt to mitigate their effects to aquatic resources through the use of Minimum Impact Suppression Tactics, screens on pump foot valves, hazardous material containment equipment at pump sites, placement of fire suppression infrastructure outside of riparian areas, and the use of strategies and tactics that minimize ground disturbance (where safe and practical).

In summary, it is possible that fire suppression could reduce short-term fish habitat and have effects to individual fish during a fire. However, these effects may or may not occur during the time-frame of this project due to the unpredictable nature of wildfire. Road management activities would also have short-term effects to fish habitat and individual fish at a site-specific level, typically at a very small scale (approximately 200 hundred feet). These effects, in addition to those from past and current activities, are not expected to have a measurable effect on fish populations. Some activities, as noted, may have minor and short-term effects at small spatial and individual scales. These effects would not transfer to population level effects, nor would they affect fish habitat at the reach scale. Therefore, population viability and stream level habitat productivity are expected to be maintained under any of the alternatives described in this document. This is supported by the fact that similar levels of all of these activities have occurred at some point during the monitoring period where habitat and populations have remained stable or increased.

## Statement of Effects

Alternatives 2, 3, and 4 **may impact individuals, but would not contribute to a trend toward federal listing or a loss of population viability** for redband rainbow trout, westslope cutthroat trout, and western pearlshell mussels. This determination is based on: 1) these alternatives having immeasurably low impacts to aquatic systems within the analysis area; 2) utilization of modified RHCAs that would protect riparian systems, filter sediment from management activities before it would reach live water, and maintain habitat characteristics needed by these species; and 3) road maintenance, intermittent stored service, and decommissioning should decrease risk of road-related sediment delivery to streams within the analysis area.

Alternative 1 would have *no impact* on redband rainbow trout, westslope cutthroat trout, and western pearlshell mussels. This determination is based on: 1) no timber harvest occurring under this alternative; 2) no prescribed burning would occur, and 3) other routine management activities (road maintenance, planting, thinning, etc.) are low impact and improve watershed conditions.

## Consistency with the Forest Plan and Other Management Direction

### Forest Plan

Fish habitat surveys were conducted in 2011 and 2013 in the analysis area streams. Results of these surveys are shown in Tables 3.54 through 3.55. RMO compliance has generally remained the same over time. RMO attainment is not expected to decline due to actions from any action alternative for the following reasons: 1) use of default and modified RHCAs that would protect riparian vegetation and provide a buffer to lessen potential management effects on streams; 2) multi-region data analysis shows that where INFISH is being implemented, stream conditions are improving in both managed and unmanaged streams; and 3) management would not change peak flows above a point where they would negatively affect stream channels. Alternatives 1, 2, 3, and 4 would not retard the attainment of RMOs within the analysis area. The single RHCA modification rationale can be found in the water resources project file.

**All Alternatives** would be consistent with the Forest Plan goal to "Maintain or enhance fisheries habitat" (USDA Forest Service 1987a II-2). There would be no adverse actions within RHCAs and attainment of RMOs would not be retarded, and peak flow increases would remain at or below recommended levels in all watersheds as a result of any proposed activities, see the water resources section of this chapter for more information.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will have no effect to the fisheries resource.

### Compliance with the Recreational Fisheries Executive Order and Stewardship Initiative (Executive Order 12962 2008).

The affected watersheds provide a limited amount of recreational fishing on NFS lands. Meadow, Hellroaring, and Spread Creeks are used by anglers. None of the proposed alternatives would degrade fish habitat measurably. Alternatives that change the current accessibility to fisheries resources can also impact recreational fishing opportunities. There may be some short-term adverse effects to fish habitat as a result of proposed road management activities. However, these

effects are not expected to affect entire fish populations, and would result in a long-term upward trend in fish habitat quality. Because RHCA guidelines are met for given activities within an alternative, there should be no effect to recreational fishing. Most stream segments in the analysis area do not provide a high degree of recreational opportunity for fishing because of their small size and inaccessibility. None of the alternatives further decreases access to fishing areas.

### Endangered Species Act – Threatened and Endangered Fish Species

Threatened and endangered species are managed under the authority of the Endangered Species Act and the National Forest Management Act. They are species designated by the U.S. Fish and Wildlife Service (USFWS) because they are in danger of becoming extinct throughout all or part of their range, or are likely to become so in the near future. The USFWS provided a list of threatened and endangered species that are known or expected to occur on the KNF (Wilson 2013). None of these species are found within the analysis area.

# Water Resources

## Introduction

This section discusses the effects of the proposed Buckhorn project on water resources including effects on water yield, sediment yield, water quality, and stream channel stability. The following analysis concludes that water quality, stream channels, riparian areas, wetlands and floodplains will be adequately protected under all alternatives in accordance with the regulatory framework.

## Regulatory Framework

Activities on the Kootenai National Forest that may affect water resources are subject to federal and state laws and regulations, and the Kootenai Forest Plan. Table 3.58 identifies the laws, policy and direction that guide the analysis for water resources for the Buckhorn Project.

**Table 3. 58– Guiding Documents for Water Resources**

| Guiding Document | Direction |
| --- | --- |
| Clean Water Act of 1977 - Amendment to The Federal Water Pollution Control Act | Provides for the restoration of the Nation's waters. The U.S. Environmental Protection Agency (EPA) delegated most of the implementation of the CWA to the states. |
| Montana Water Quality Act (MCA 75-5) | Provides guidelines to protect the quality of Montana waters consistent with federal law. |
| Executive Order 11988 – Floodplain Management | Requires federal agencies to evaluate the potential effects of any actions it may take in a floodplain; and to restore and preserve the natural and beneficial values served by floodplains. |
| Executive Order 11990 - Protection of Wetlands | Requires federal agencies to take action to minimize the destruction, loss or degradation of wetlands, and to preserve and enhance the natural and beneficial values of wetlands. |

| Guiding Document | Direction |
|---|---|
| Montana Streamside Management Zone Law and Rules | Applies to commercial timber sales on private, state or federal land and establishes streamside management zones (SMZs) along streams, lakes and other water bodies. Timber harvest and related activities are subject to restrictions in SMZs. |
| 2008 Memorandum of Understanding between Montana Department of Environmental Quality and US Forest Service – Northern Region<br>Fostering Collaboration And Efficiencies To Address Water Quality Impairments On National Forest System Lands In Montana | To foster efficient strategies to protect and restore water quality on public lands managed by the Forest Service in Montana. |
| 1988 Region 1 / Region 4 Soil and Water Conservation Practices Handbook | Direction for protecting soil and water resources during implementation of management activities. |
| 1987 Kootenai National Forest Plan | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |

The sections of the Clean Water Act and Montana water quality laws and regulations pertinent to the Buckhorn project include the following:

**Water Quality Standards** The Clean Water Act requires states to establish water quality standards that provide for protection of the beneficial uses made of their waters (Federal Water Pollution Control Act-Title 33-Chapt. 26-Subchapter III-Sec. 303). State water quality standards consist of classifying streams, designating the beneficial uses, and developing water quality criteria sufficient to protect the designated beneficial uses.

The designated beneficial uses of most streams in the Kootenai River basin, including the Buckhorn area streams, are drinking, culinary, and food processing purposes, after conventional water treatment; bathing, swimming and recreation; growth and propagation of salmonid fishes, associated aquatic life, waterfowl and furbearers; and agricultural and industrial water supply (Administrative Rules of Montana (ARM) 17.30.609; 17.30.623).

Montana has developed numeric or narrative criteria for various pollutants that may impact these beneficial uses. The pollutant of primary concern with land management operations is sediment, and the beneficial use of most concern in these waters is generally fish. No increases of sediment or suspended sediment are allowed above naturally occurring concentrations which will render the waters harmful, detrimental, or injurious to fish (ARM 17.30.623). Naturally occurring is defined as conditions or material present from runoff or percolation over which man has no control or from developed land where all reasonable land, soil and water conservation practices have been applied (ARM 17.30.602). The Forest Service addresses this requirement through application of best management practices (BMPs).

**303(d) List.** States are required to assess whether streams established water quality standards, and if they do not states must establish total maximum daily loads (TMDLs) for those pollutants

causing the impairment (Federal Water Pollution Control Act-Title 33-Chapt. 26-Subchapter III-Sec. 303; Montana Code Annotated (MCA) 75-5-703). Streams that are identified as not meeting water quality standards are put on what is called the “303(d) list” which is updated every two years.

Spread Creek is the only stream in the Buckhorn project area that has been or is currently on the 303(d) list. In 1996 Spread Creek was placed on the 303(d) list for flow alteration, other habitat alteration, siltation and suspended solids. From 2003 to 2006 the Montana Department of Environmental Quality (DEQ) and the U.S. Environmental Protection Agency (EPA) conducted water quality assessment work in the Yaak watershed including monitoring physical, chemical and biological parameters. In 2006 DEQ and EPA determined that the new data collected did not support a sediment impairment determination and Spread Creek was removed from the 303(d) list.

In 2010 Spread Creek was placed on the 303(d) list for nitrite/nitrates based on an exceedance of nitrite/nitrate criteria. Subsequently DEQ established new nitrite/nitrate criteria for water bodies in the northwest region of Montana and collected additional samples from Spread Creek (Suplee and Sada de Suplee, 2011). This data enabled DEQ to reassess the status of nutrient impairment for Spread Creek using the revised nutrient criteria. According to the DEQ nutrient assessment framework, the data indicate that Spread Creek is not impaired by nutrients. DEQ is working to incorporate this information into the assessment record for this waterbody and intends to remove Spread Creek from the 2014 303(d) list.

The **Montana Streamside Management Zone Law and Rules** (MCA 77-5-3 2001; Montana DNRC 1995) apply to commercial timber sales on private, state or federal land and establishes streamside management zones (SMZs) along streams, lakes and other water bodies. Timber harvest and related activities are subject to restrictions in SMZs. Activities that are in variance with the SMZ law require an alternative practice permit from the Montana Department of Natural Resources and Conservation. The Kootenai Forest Plan establishes additional management restrictions and objectives for riparian habitat conservation areas (RHCAs) around these water bodies. Forest BMP monitoring includes evaluation of timber sale compliance with both the SMZ law and the Forest Plan.

The Buckhorn project is required to comply with the **1987 Kootenai Forest Plan.** The plan includes the following requirements with respect to water resource protection:

- **Water yield**: Water yield increases will be evaluated using Appendix 18: KNF Water Yield Guidelines. Water yields will not be increased beyond acceptable limits.
- **Sediment yield:** Sediment yields will not be increased beyond acceptable limits and opportunities to mitigate adverse effects on water-related beneficial uses will be identified.
- **Best Management Practices (BMPs):** Soil and water conservation practices will be followed, and actions will meet State of Montana standards for protecting water quality. The Soil and Water Conservation Practices Handbook (USDA 1988) is incorporated as a supplemental document to the Forest Plan. It describes the BMPs that National Forests should use when implementing projects that could adversely affect soil and water resources, or water-related beneficial uses. BMPs specific to this project are identified in Appendix F and in the Design Features.

**Riparian Areas:** The Forest Plan was amended by the adoption of the Inland Native Fish Strategy (INFISH) in 1995. This document establishes riparian goals, Riparian Management Objectives (RMOs), Riparian Habitat Conservation Areas (RHCAs) and standards and guidelines for forest activities which may affect riparian areas.

## Analysis Area and Scope of Analysis

The analysis area for water resources is the same as the project area as shown on the Vicinity Map M-1. The effects of water yield and sediment yield on stream channel conditions are considered on a watershed basis. The analysis area watersheds are Meadow, Hellroaring, Spread, Cody and Whitetail and are shown in relation to the proposed activities on the Watershed Map M-7. Meadow, Hellroaring and Spread Creeks are 6th hydrologic unit code (HUC) watersheds (see glossary). Cody Creek is a 7th HUC watershed, and tributary to Spread Creek and Whitetail Creek is a 7th HUC watershed, and tributary to the Yaak River. Effects to Cody Creek are analyzed independently from Spread Creek and also cumulatively as a tributary watershed of Spread Creek because of the level of activity proposed in this watershed under Alternatives 2 and 3. Whitetail is analyzed independently for this project because of the amount of historic management.

The Buckhorn project activities that will be analyzed for effects to water resources are proposed activities which include timber harvest, temporary road construction, road reconstruction and maintenance associated with the timber harvest, prescribed burns, and road storage and decommissioning.

The time span of the cumulative effects for water yield and sediment yield is several decades. In slower growing habitats the effects of vegetative changes on water yield may persist for a hundred years.

## Methodology

This section describes the methodology and measurement indicators used in this analysis to determine the potential effect that proposed activities could have on water yield and water quality. It describes the assumptions used in the analysis, discloses the limitations of this analysis and identifies where scientific uncertainty exists regarding this resource.

Timber harvest, prescribed burning and road activities have potential effects on water yield and water quality. Water yield effects of concern from project activities are the timing, frequency and magnitude of stream discharge. Water quality effects of concern are primarily sediment delivery which can result in turbidity, fine sediment accumulation and channel instability due to excessive fine and coarse sediment. This effects analysis will consider the direct, indirect and cumulative effects of the proposed activities on water yield and sediment yield. Other effects such as channel scour from debris events and woody debris recruitment will be considered where relevant.

For the purposes of this analysis all activities proposed are assumed to occur within the next decade and some are funding dependent.

The effect of the road system and management activities on stream channel conditions in forested watersheds is masked by the natural variation and magnitude of environmental conditions and hydrologic events. Stream channel conditions are the product of complex interactions between

riparian conditions, woody debris, sediment supply and flow history. The approach this analysis will take is to evaluate potential project effects by considering stream sensitivity and stability, the scale of the proposed actions, and the probability of measurable effects on streams from the proposed actions.

## Water Yield

**Measurement Indicators: Cumulative percent equivalent clearcut acres (ECA) and cumulative peak flow increase (PFI) compared to stream channel stability and sensitivity.**

The water yield (runoff from precipitation) of a given watershed changes in response to vegetative conditions. Water yield increases as the evapotranspiration provided by forest cover is reduced, and decreases as forest cover increases. Forest cover can be reduced naturally or through management activities such as timber harvest and prescribed burning. The rate of vegetative recovery and the associated hydrologic response following a management related or natural reduction in forest cover depends on habitat type. The proposed harvest units are in fast growing habitat areas with full vegetative recovery expected in 60-75 years, and the prescribed burns are in moderate to slow growing habitat areas with full vegetative recovery expected to take 85 to over 100 years (USDA 1974).

The 1987 Kootenai Forest Plan requires the evaluation of the effects of water yield increases resulting from cumulative timber harvest. Guidelines for analyses are found in the Forest Plan (USDA 1987), and two subsequent letters of clarification (Solem 1995; Johnson 1991). According to the Forest Plan, allowable peak flow increases depend on the channel conditions of the affected stream.

Since the Forest Plan was written considerably more research has been done on the effects of timber harvest on water yield and stream channel conditions. A literature review of the studies conducted over the last 20 years (Grant et al. 2008) indicates that the effects of harvest on peak flows and stream channel conditions is much more limited than what was generally believed when the Forest Plan was written in 1987. This analysis will evaluate the effects of the project with respect to the 1987 Forest plan guidelines, but will also consider the latest science.

A proportional effect of forest removal on water yield in a watershed can be predicted by calculating the increase in equivalent clearcut area (ECA). The ECA is the total area within a drainage that exists in an equivalent clearcut condition for a given year (USDA 1974). Watersheds in an undisturbed condition are assumed to have a zero percent ECA. If forest cover is reduced through timber harvest, wildfire, prescribed fire, extensive insect and disease mortality or road construction the ECA is increased in proportion to the loss of forest cover. A watershed with a 100 percent loss of forest cover has a 100 percent ECA. In order to simplify the analysis all regeneration harvest prescriptions will be modeled as clearcuts with 100 percent ECA which means that a 40 acre regeneration unit will equal 40 ECA. This is a conservative approach because it does not account for areas of the units that may have higher leave tree retention than is typically found in a clearcut. All intermediate harvest prescriptions will be modeled as 50 percent ECA which means that a 40 acre intermediate harvest unit will equal 20 acres of ECA.

The prescribed burn areas are large and have variable aspects, slopes and vegetation within each burn. There will be more crown cover reduction in some areas of the burns and little or none in other areas. The team estimated ranges in crown cover reduction expected for the entire burn or

different portions of the burns depending on uniformity of conditions. The weighted average range in crown reductions expected over the entire burn is shown in Appendix B – Prescribed Burn Table. The ECA estimated for each burn is based on the average of the range in crown reduction.

Over time as forest regrowth occurs in the disturbed areas ECA decreases in proportion to the new growth. The ECA model simultaneously accounts for ECA increases due to new harvest or other disturbance, and decreases due to ongoing vegetative recovery in past disturbed areas. Roads and other long term land clearing (such as pasture on private land) are considered permanent ECA in proportion to the acreage affected.

ECA is used by itself as a surrogate for changes in water yield, and also as input data for water yield models such as R1-WATSED that predict changes in stream flows based on watershed characteristics. R1-WATSED calculates a peak flow increase (PFI) which is the amount of increased daily stream flow expected for 30 days during spring runoff as a result of watershed condition factors including ECA. Regression lines created from past R1-WATSED outputs were used to determine the number of ECAs required to generate a one percent increase in peak flows and also the number of ECAs that recover each year in a watershed. Copies of the regression graphs and further information with regard to R1-WATSED are included in the project file.

For this analysis cumulative ECA less than 17 percent and PFIs less than 10 percent are assumed to have no effect on stream flow. Cumulative ECA does not appear to produce measurable changes in peak flows until it approaches 17-20 percent of the watershed area and the effect of PFIs below 10 percent is not measurable (Grant et al. 2008).

R1-WATSED generates values of estimated flows, but since it is a model it does not reflect the actual conditions in any particular watershed. Flow response to precipitation events vary based on many complex factors that affect subsurface storage and runoff. PFI results are meant to be used for comparison of the relative effects of alternatives, and not for actual flow predictions.

Another limitation of ECA and PFI is that these surrogate values do not help predict flood events which are most significant in affecting channel conditions. It is these larger events that shape the steep gradient coarse substrate streams in the project area. However, research appears to indicate that as the floods get larger the influence of harvesting on the magnitude of flows decreases (Grant et al. 2008). Thus the channel forming flood events in these watersheds are unlikely to have been measurably affected by harvest conditions.

Forest roads can interact with harvest units to increase peak flows independent of harvest (Jones and Grant 1996). Roads and skid trails intercept subsurface and surface water, and can redirect runoff more rapidly to stream channels than undisturbed areas (Wemple et al. 1996). Runoff from rain and snowmelt is intercepted and routed along roads and ditches. The road infrastructure conducts storm flows more quickly to streams, potentially increasing the magnitude, frequency or duration of peak flows during storms, especially in small watersheds. The maximum effect of roads in the most sensitive small watersheds might be to double the peak flows for high frequency events (less than the 6 year recurrence interval).

Road density and road/stream crossing density are used to indicate the risk of modification the road system may have on the natural drainage response and sediment delivery. The KNF developed criteria for evaluating the level of potential watershed disturbance related to roads (KNF 2002), which is displayed below in Table 3.59. The effect of roads on water yield is

considered by evaluating the road density and road/stream crossing density and field reviews of evidence of connectivity between roads and streams. An example of this connectivity would be a scour channel below a ditch relief culvert and connects to a stream.

**Table 3. 59- Road Density Criteria for Evaluating Potential Watershed Impacts on the KNF***

| Factor | Low (miles/ square mile) | Moderate (miles/ square mile) | High (miles/ square mile) |
|---|---|---|---|
| Road Density in Watersheds with 20-40 inches annual precipitation | <1.5 | 1.5 – 3.5 | > 3.5 |
| Road Density in Watersheds with greater than 40 inches annual precipitation | <1.5 | 1.5-3.0 | >3.0 |
| Road/Stream Crossing Density in Watersheds with 20-40 incges annual precipitation | <1.5 | 1.5 – 3.5 | > 3.5 |
| Road Density in Watersheds with greater than 40 inches annual precipitation | <1.5 | 1.5 – 3.0 | > 3.0 |

* For 6th hydrologic unit code watersheds that are generally 10,000 to 40,000 acres (16 to 62 square miles).

In urban areas, peak flows can be increased due to a reduction in infiltration because of the extent of impervious surfaces such as pavement and roofs if the level of impervious surfaces exceeds 10 percent of the watershed (Booth and Jackson 1997). Based on the road density and harvest history, it appears that severe compaction or displacement has not exceeded 3 to 4 percent of the analysis area. Although forest roads and harvest activities can reduce infiltration through soil compaction, this level of disturbance is not the same as a completely impervious surface discussed by Booth and Jackson. Some moisture absorption occurs in compacted soils. There is no relevant research that indicates that the relatively low level of disturbance present in these watersheds would measurably influence stream flow.

The Grant (2008) report reviewed and compared a number of studies on the effects of timber harvest and roads on peak flows and concluded that there was no conclusive evidence of a direct correlation between peak flow changes attributed to forest harvest alone and changes to the physical structure of the streams. However, Grant (2008) did not rule out effects to sensitive channels by frequent low magnitude peak flows. Channel sensitivity to management related peak flow increases is based on watershed size, gradient and substrate size. Streams in watersheds less than 3.9 square mile, with less than 2 percent gradient and a dominate substrate size of gravel, sand or silt are considered sensitive to modest flow increases (less than or equal to the 6 year return interval). These stream channels could be modified by peak flows resulting from high levels of timber harvest and road construction. Streams that do not meet all three of these criteria are not considered sensitive to peak flow increases.

Channel sensitivity to peak flow increases and instability were evaluated from field survey information for an identified response reach for each stream. The response reach was the lowest reach in the stream where changes in flow or sediment could affect pool depth and frequency, fine sediment accumulation or extent of bank erosion.

For this analysis channel stability was determined using the Pfankuch survey (Pfankuch 1975). Various channel attributes are given a numerical score evaluated and summed for a final reach

score. The Pfankuch score is modified for channel type based as described by Rosgen (Rosgen 1996). This evaluation takes into account that some streams are more naturally unstable than other streams.

## Sediment Yield

**Measurement Indicator: Miles of haul road to be upgraded to BMP standards and number of haul road/stream crossings upgraded to BMP standards. Miles of road to be stored and decommissioned and number of road/stream crossings to be restored or treated for stabilization.**

Excessive stream sediment can have a number of effects. The most common and widespread effect of road sediment on streams is fine sediment accumulation in low gradient reaches. Sediment can cover and infiltrate coarse channel substrate reducing invertebrates (food) and spawning habitat for trout. Suspended sediment can affect the ability of fish and amphibians to breathe and find food. Large quantities of sediment can reduce channel capacity and cause bank erosion and fill pools that are important for fish habitat.

Timber harvest can increase sediment delivery through road use, maintenance, reconstruction and construction. It is often not possible to prevent any sediment delivery during extensive road use with multiple stream crossings on native surfaced and gravel surfaced roads. However, sediment delivery can be significantly reduced with BMP implementation. With respect to timber sale roads the State has established BMPs for timber operations on private, State and Federal land. The KNF has established similar BMPs using both the Soil and Water Conservation Handbook (USDA 1988) and the BMPs required by the State. The objective of the KNF BMP program is to implement all BMPs needed to prevent what are considered: “minor prolonged impacts to streams” and “major impacts to streams”. BMP compliance rating is based on the evidence of sediment delivery from roads to continuous scour channels, and not on the evaluation of downstream impacts.

Timber sale related sediment delivery occurs as a result of increased road use, particularly heavy truck traffic. Wheel ruts increase the erosion potential on the road by channeling water for long distances. Eventually road surface water leaves the road by entering the ditch or running off the fill slope. If the ditch goes directly into a stream or if the fill slope is immediately adjacent to a stream delivery of fine sediment can occur. In order to prevent this sediment delivery stream crossings are protected using BMPs. Examples of common BMPs are intercepting ditches before they connect to streams with ditch relief culverts and intercepting road surface runoff by changing the grade and outsloping the road before stream crossings (drain dips) or installing structures (belt drains or open top drains) that intercept and divert the surface runoff.

Implementation of road BMPs decreases long term sediment delivery by replacing damaged and leaking culverts, upsizing culverts to pass larger storm events, and adding ditch relief culverts and road surface cross drains at stream crossings.

Recent research conducted to validate a new sediment model found that much of the road impact was focused on a small fraction of the landscape. In a study in the Payette River watershed in southern Idaho 90 percent of the sediment delivery occurred from 10 percent of the road length and was routed to streams through 7 percent of the drainage features (Black 2012). The

implication of these findings is that addressing the most obvious sediment sources on a given road system will probably eliminate most of the road-related sediment.

For the Buckhorn project proposed haul roads were field reviewed with an emphasis on identifying all road/stream crossings, determining if there was existing and potential sediment delivery at those sites and, if so, prescribing BMPs that would minimize the sediment delivery. This proposed work is shown as required BMP work in Table 2.17 in Chapter 2- Design Features.

For the purposes of this analysis, streams are defined as channels with intermittent or perennial flow that have continuously visible scour channels connected downstream and have the ability to deliver sediment downstream. Springs and seeps that deliver water to the road ditch, but do not have a continuous scour channel below the road are not considered streams and BMPs will not be required.

Crossings that currently meet BMPs may have maintenance work proposed such as cleaning the inlets or outlets. Also additional drainage work such as drain dips and ditch relief culverts may be added which further benefit the watershed. Additional drainage structures decrease the flow concentration and scour potential at any particular location, prevent road surface erosion, decrease the risk of culvert failure and improve the overall storm resilience of the road system.

This analysis assumes that design features and standard practices will limit sediment delivery to streams from adjacent harvest units except where roads are involved. This assumption is based on research and BMP monitoring. The natural soil types, duff, organic debris, and vegetation preclude overland flow except on heavily used skid trails on steep slopes. The timber sale contract requires waterbars be placed on steep skid trails, and excavated trails and temporary roads be recontoured. Natural topographic breaks and the presence of surface organic material including litter, vegetation and down wood would reduce concentrated runoff by dispersing, trapping and absorbing water. Adjacent stream channels would be buffered by RHCAs, designed to reduce the amount of sediment laden runoff that will reach streams. Sediment delivery from trails is prevented through implementation of BMPs and riparian buffers. Research has found that riparian filter strips of 200 to 300 feet are generally effective at protecting streams from non-channelized sediment (USDA 1995). Buffer widths range from 100 feet on each side of intermittent streams to 300 feet on each side of fish bearing streams. Forest BMP monitoring indicates a 95 percent effectiveness rate in implementing harvest unit BMPs (KNF 2011) and RHCAs are effective at reducing sediment delivery (USDA 1995).

Closed revegetated roads can continue to be sediment sources. Failed stream crossings and road slumps can contribute substantial sediment. These types of sites can contribute substantial fine and coarse sediment over time. Using information from a sediment source survey conducted in 2004, roads in the analysis area watersheds were prioritized for review. Field visits focused on areas with known slope stability issues and roads with numerous stream crossings. The difficulty of clearing vegetation that has grown in on closed roads versus the benefit of stabilizing the problem sites was considered. The roads proposed for decommissioning and storage with this project are the ones that were found to be continuing to contribute sediment from multiple sources and roads that posed a moderate to high risk of mass failures.

The roads proposed for storage and decommissioning would be treated using a variety of methods. The storage work will include cleaning culverts, providing controlled overflow relief for culverts, removing high risk culverts, stabilizing unstable fills, waterbarring, scarifying and

seeding. The decommissioning work will include, but is not limited to, removing existing stream crossing structures and rebuilding stream channels, recontouring unstable slopes, ripping non-recontoured areas, waterbarring, and placing slash and duff on the road way. The objectives are to reduce chronic sediment delivery, reduce runoff concentration by roads, reduce the risk of mass failures and washouts, and on decommissioned roads to improve infiltration and restore native vegetation. Sediment production would increase temporarily during the implementation of this work primarily as a result of culvert removals (Foltz 2007). Once the newly constructed stream channels have stabilized, the sediment yield is expected decline from stored and decommissioned road crossings (Madej 2001).

### Data Sources

**Table 3. 60 – Water Resources Analysis Data Sources**

| Factors | Data Sources |
|---|---|
| ECA/Peak flows | Harvest history from forest vegetation database (FACTS), Kootenai Forest ECA model, past water yield model runs (WATSED), forest plan water yield guidelines, maps, satellite imagery |
| Stream channel condition | Yaak TMDL stream monitoring, PIBO monitoring, past stream surveys and stream survey site revisits conducted for this project. |
| Road-related sediment delivery | 2004 sediment source survey, field reviews of proposed haul roads and roads proposed for storage and decommissioning |
| Landslide prone risk | Landtype maps, satellite photos district files, field reviews |

### Other Potential Water Quality Issues

Other potential water quality issues such as water temperature, and nutrient and chemical pollution would not be affected by the proposed activities, as explained below, and will not be further discussed in this analysis.

#### *Water Temperature*

Stream water temperature is highly correlated with air temperature. Colder water flowing subsurface from adjacent riparian and wetland areas moderates stream temperature response to air temperature and solar radiation. Implementation of RHCAs will protect existing shading and riparian groundwater function. The proposed project would have no measurable effect on water temperature in the project area streams.

#### *Nutrients*

Nutrient increases in streams can occur following timber harvest and prescribed burning. In the Buckhorn project area measurable nutrient increases in streams as a result of the proposed activities are not expected due to the retention of riparian buffers and the low intensity of burning. If nutrient increases do occur they would be minor and of short duration. Long term nutrient levels in area streams are expected to remain at natural background levels.

### *Chemicals*

Along the haul roads noxious weeds would be sprayed with Forest approved herbicides by the timber sale purchaser or district weeds crew. Requirements for chemical concentrations, application rates and handling procedures are in the timber sale contract and as authorized in the 2007 Kootenai National Forest Invasive Plant Management decision. These requirements are specifically designed to protect water quality. No adverse water quality effects are expected with herbicide application under these restrictions.

# Affected Environment

## Physical Setting

Spread, Hellroaring, and Meadow Creek watersheds are tributaries to the Yaak River and are bounded by Buckhorn Ridge on the west and the Yaak River on the east. Cody Creek is a tributary to Spread Creek in its lower watershed, and Whitetail Creek is a face drainage of the Yaak River located just upstream of Spread Creek. Buckhorn Ridge is a 5,800 to 6,300 foot alpine ridge that runs in a north-south direction. The northwest corner of the project area includes the highest and most rugged peaks in the project area. These peaks include Ewing at 7,548 feet and Rock Candy at 7,127 feet. The lowest point in the project area is at the confluence of Red Top Creek and the Yaak River which is approximately 2,760 feet.

Average annual precipitation ranges from approximately 27 inches in the Yaak River valley bottom by Whitetail Creek to approximately 80 inches on the highest peaks. The Buckhorn Ridge area has the highest annual precipitation in the Yaak watershed, much of it in the form of snow. November, December, and January are typically the months that receive the most precipitation. Maximum snowpack levels are usually reached in late March. Annual maximum snowpack depths vary from 2 to 3 feet in the valley bottom to 6 to 8 feet at the higher elevations. Summers are generally dry and warm with July and August being the driest months of the year. Thunderstorms are not uncommon, but do not normally contribute substantially to annual rainfall amounts.

The lower portions of Meadow, Hellroaring and Spread creeks, and Cody and Whitetail creeks are in the transitional snow zone where rain-on-snow events cause the most significant floods. The upper portions on Meadow, Hellroaring and Spread creeks are in the snow zone where rain-on-snow events occur more rarely because of colder temperatures and where rain is generally absorbed by the snowpack, minimizing flood response.

The headwaters of all three streams have low gradient alpine basins with considerable surface and subsurface water. These basins provide sustained cold water flow to the streams during the late summer. The headwater streams appear to be quite stable due to rock, woody debris and tree roots.

Vegetation patterns indicate large stand-replacing wildfires periodically occurred up to the last major fire in 1931. Since that time potential large fires have been successfully suppressed. Historically large fires would have affected channel conditions by increasing peak flows, increasing sediment delivery and changing the amount and type of acting woody debris in the stream channels. Since 1931 wildfires have been much more limited in extent and these smaller fires have had little effect on watershed hydrologic conditions.

Due to vegetation ground cover and duff surface soil erosion is an insignificant source of sediment except possibly after extreme wildfire events. Topographic features do not indicate that upland landslide activity has been a significant source of sediment to area streams. However, bank erosion and related mass failures of glacial deposits immediately above the banks have been and continue to be a primary source of stream sediment. The sediment contribution from these sources appears to be fairly substantial in some reaches.

Meadow, Hellroaring and Spread creeks have higher annual runoff and higher peak flows relative to watershed size than most other streams in the Yaak watershed. High precipitation is the driving factor, combined with landtype conditions that accelerate runoff. The area is at moderate risk for rain-on-snow events based on precipitation and elevation. In January1972, during a period of time when the U.S. Geological Survey operated crest gages on nearby streams, there was an approximately 60 year recurrence interval flood (Parrett and Johnson 2004) that occurred as a rain-on-snow event. There are other records of rain-on-snow events on the Three Rivers Ranger District in 1980, 1982, 1991, 1995 and 1996, although limited information for the project area. There was an extremely high spring runoff in 1997 after a record winter snowfall. The size of floods that occurred in the project area watersheds during these events is unknown because the project area streams are ungaged, but circumstantial evidence suggests that during this active hydrologic period one or more of these events caused considerable scour, debris transport and deposition all the analysis streams except Cody Creek. During this period Meadow Creek watershed also experienced a number of landslides, some of which delivered substantial sediment to the stream. Since 1997 peak flow events have been more modest and channel stability conditions have improved.

Lower Meadow, Hellroaring and Spread creeks have similar channel geomorphologies. They are entrenched streams in confined by narrow valleys or steep terrace slopes. The streams have a moderately high natural sediment supply from unstable banks. The channels are cobble/boulder dominated. The channel material contains considerable rock from metadiorite sources that is more rounded and more mobile than the material from the angular metamorphic sedimentary rock. As a result, the cobble and boulder bedload is relatively mobile, leading to a channel bottom that readily adjusts in fairly modest flow events. Steep stream gradients also help regularly flush fine sediment downstream. Percent fines less than 6mm were low at all monitored sites with a maximum value of 12 percent.

Meadow Creek is a third order stream and has two main forks, South Meadow and North Meadow, that combine about three quarters of a mile above the stream's confluence with the Yaak River. The stream gradients of both tributaries and the main stem are moderately steep with dominantly cobble/boulder sized substrate (channel bottom) material.  The stream channel below the confluence is a moderate gradient cobble channel with fair channel stability and low fine sediment. The channel is incised in glacial and fluvial depositional material. The bankfull width is 33 feet.

Hellroaring Creek is a large second order stream and has no major tributaries. Flow is supplied by numerous intermittent first order tributaries that are highly responsive to storm events. During the summer recharge to the stream is mostly subsurface. The upper reaches of the stream are in a broad valley bottom that has more gentle gradients and is less confined. The middle to lower stream reaches are moderately steep with a cobble/boulder substrate. Large boulders are common in the lower reaches. The lower channel is confined in a narrow valley. The bankfull width is 35

feet. The stream has fair stability and low fine sediment. Bank mass wasting occurs in several locations.

Spread Creek is a third order stream and has several major named tributaries which are Hidden, North, Large and Runt creeks. Smaller tributaries are Cody, Sunshine, Sunday and Green creeks. The stream gradient is moderately steep with dominantly cobble/boulder sized substrate (channel bottom) material. Bank erosion and channel related mass failures are common along Spread Creek where the stream has cut down through deep glacial deposits. Channel stability is fair and fine sediment is low. Bankfull width is about 50 feet.

Cody is a first order tributary to lower Spread Creek. It has moderate to high gradients with a cobble/gravel substrate except near the mouth where a steep boulder cascade occurs. The channel is stable with mature riparian vegetation. The natural drainage efficiency of the watershed appears to be low and most of the stream flow is the result of subsurface recharge. Tributary channels to not have continuous scour channels connecting to the main channel. It has sustained base flows during the summer due to springs high in the basin. The bankfull width is about seven feet.

Whitetail is a second order tributary to the Yaak River. It is a steep cobble stream with a bedrock canyon section near the mouth. The stream generally has good stability, but bank erosion, braiding and cobble deposition are apparent in the middle reach. The natural drainage efficiency appears to be moderately high because of the narrow shape of the watershed and shallow soils on the east side of the watershed. There are at least two connected tributaries which show little evidence of scouring flows. The bankfull width is about 15 feet. The stream has 15 years of gaging data from 1960 to 1974 (USDI 2013). The estimated two year flow is 28 cubic feet per second (cfs) and the estimated 100 year flow is 110 cfs. The peak flow of record was 100 cfs in 1974 which was estimated to be a 60 year return interval flow (Parrett and Johnson 2004).

### Effect of Past Management History on Current Watershed Conditions and Trend

Substantial harvest activities did not occur in these watersheds until the 1950s. A severe windstorm event in 1949 resulted in widespread blowdown of spruce at higher elevations. The blowdown lead to a spruce bark beetle epidemic that threatened all the spruce stands on the Kootenai National Forest. During the early 1950s roads were rapidly built into the high elevation basins to salvage the spruce. Since the roads were built for a temporary single purpose minimal provisions were made for drainage. Buried logs covered with dirt were commonly used at stream crossings. Cross drainage was minimal. Most of these early roads are currently closed to vehicle travel and have revegetated. However, the old stream channel crossing structures remain at many sites causing chronic erosion. There continues to be a risk of larger failures which can lead to rapid erosion of substantial quantities of road fill.

Numerous skid trails from the spruce logging era intercept surface water in the high elevation basins and have become tributary stream channels, routing water and sediment to nearby streams. Although channels that connect runoff from the skid trails and roads to the streams are clearly evident the adverse effects of this altered drainage system on the downstream natural channels not apparent, probably due to time that has passed since these roads and trails were built. Most of the available fine sediment has moved through the system, leaving fairly stable channels larger substrate and rooted banks which resist erosion. It is likely that peak flows in some headwater streams continue to be altered in timing and frequency as compared to pre-harvest conditions, but this condition does not appear to be causing excessive channel erosion and sediment transport.

Approximately 25 percent of Meadow, Hellroaring and Spread watersheds were harvested during the 1950s and 1960s. This was the most active period of timber management in these watersheds to date. After the roads were constructed for the spruce salvage, there was new access to timber in the mid and lower portions of the drainages. During the 1960s and early 1970s selective harvest and regeneration harvest targeted large diameter cedar and larch. After the National Forest Management Act of 1976 harvest units were reduced in size to 40 acres or less. In the 1980s and 1990s additional regeneration harvest occurred in all three watersheds. Since 2000 little harvest has occurred and previously harvested units have been reforested. Water yield increases from harvest are steadily declining in proportion to the vegetative recovery.

Road construction occurred in all the drainages in the 1970s and 1980s, but decreased in the 1990s as much of the timber harvest in the 1990s was accessible from the existing road system or short extensions from existing roads. Sediment impacts occurred when new stream crossings were installed, where raw cutslopes and fillslopes eroded into streams and where mass failures occurred.

Past riparian harvest may still be affecting bank stability in a few areas, but is not a major factor in overall channel conditions. Until the early 1990s timber harvest units did not always leave a riparian buffer along the streams. Many smaller intermittent channels were completely logged over. Usually a buffer strip of trees was left along the major streams, but occasionally all trees were removed down to the stream banks. Aerial photos and harvest history maps show that the removal of all trees in the riparian areas occurred along less than 20 percent of the total length of the main stems of Meadow, Hellroaring and Spread creeks. In most cases only one side of the stream was harvested in a given location. Past selective harvest of large trees within the riparian areas was common where the area was accessible to ground-based equipment, but usually other trees were left that helped maintain bank stability and supply woody debris to the stream channels.

Instream woody debris may be slightly reduced as compared to historical conditions as a result of riparian harvest and intentional woody debris removal. Although no specific records for these streams have been found it is likely that in the 1970s and 1980s natural woody debris in these streams was intentionally removed in an attempt to improve access for fish. This practice was widespread and was viewed as mitigation for timber sale impacts.

Some of the roads built in the 1950s and 1960s were abandoned because they did not meet current engineering standards or were not in a location that contributed to the long term transportation plan. The original road up Spread Creek was relocated in a number of places, and segments of the abandoned road are found in the Buckhorn proposed harvest units.

The effect of past harvest and road construction on current conditions of the main stems of Meadow, Hellroaring and Spread Creeks does not seem to be reflected in stream channel conditions except in the few reaches where complete riparian harvest occurred. The most dynamic feature of these streams appears to be natural bank failures which chronically contribute fine and coarse sediment. Trees undermined at the edges of these failure zones fall over and slide into the stream channels. The resulting sediment and woody debris result in bar development, braiding and pool creation. Fine sediment is very low in these streams due to the steep stream gradients.

BMP work has recently been implemented on the main roads that access North Meadow, Hellroaring and Spread Creek watersheds in the last ten years (See the beginning of Chapter 3 for a description of recent road work). The focus of this work was to protect small tributary channels from sediment delivery via the road ditches, replacing damaged or undersized culverts and adding road surface cross drains.

Table 3.61 shows the level of management in the analysis area watersheds using standard indicators. See Methodology section for background on these indicators. Specifics are discussed by watershed in the text following the table.

**Table 3. 61 - Watershed Management History Indicators***

| Watershed | Watershed Size (Square Miles) | Percent Past Inter-mediate Harvest ** | Percent Past Regen-eration Harvest ** | Percent Current ECA | Percent Current PFI | Road Density (miles/ square mile) | Road/ Stream Crossing Density (crossings/ square mile) | Response Reach Pfankuch Channel Stability | Response Reach Channel Sensi-tivity to PFI (Yes/No) |
|---|---|---|---|---|---|---|---|---|---|
| Meadow | 20.3 | 27 | 18 | 12 | 6 | 2.8 | 1.4 | Fair | No |
| Hellroaring | 16.8 | 18 | 19 | 10 | 5 | 2.8 | 1.0 | Fair | No |
| Spread (incl. Cody) | 37.4 | 21 | 15 | 9 | 4 | 2.3 | 1.4 | Fair | No |
| Cody | 1.1 | 36 | 8 | 6 | 5 | 2.5 | 1.8 | Good | No |
| Whitetail | 2.5 | 17 | 41 | 17 | 9 | 2.9 | 3.6 | Poor | No |

* The indicators used in this table are explained in the Methodology section of this analysis.

**A portion of the intermediate harvest was later subject to regeneration harvest so some acres are recorded twice.

## Meadow

Meadow Creek watershed's current ECA of 12 percent and PFI of 6 percent indicate that stream flow increases due to past harvest are not measurable because the ECA is less than 17 percent and the PFI is less than 10 percent. Furthermore, the channel is not sensitive to PFIs because of the watershed's large size (20.3 square miles), the stream gradient is greater than 2 percent (3 to 8 percent) and the large substrate (cobble/boulder). According to Table 3.61 the road density of 2.8 miles/square mile and 1.4 road/stream crossings per square mile are considered a moderate risk for water yield and sediment delivery effects. Field reviews found the effect of roads on runoff appeared to moderate at the lower elevations and increase at the higher elevations. However, given the lack of channel sensitivity to flow increases it is unlikely the road system is contributing flows that affect stream channel conditions. Water yield will continue to decline as the past harvest units revegetate, but this decline will have no measurable effect on stream flow because the PFI is below 10 percent.

Fine sediment delivery from open and closed roads does occur and is evident along Road 5961 (North Fork Meadow Creek) where there is highly erodible soil material. However, the steep stream gradient minimizes sediment accumulation and adverse effects on aquatic species. Recent BMP work has decreased the sediment delivery from Road 5961.

There were several mass failures in Meadow Creek watershed during the 1980s and 1990s when there were several high precipitation and flood events. Eight mass failures with downslope debris tracks can be identified on satellite imagery. Two failures are of unknown origin and the remainder originated from roads. Three of the eight failures carried substantial sediment and forest debris into the stream channels. Mass failures also occurred adjacent to the stream channel in the lower reaches of both tributaries and the main stem. These may have been natural, or may have been aggravated by the excessive bedload and high flows during these storms. Bank erosion occurred along stream segments where harvest in the 1980s and 1990s removed all the trees along the stream channels.

The excessive material and debris from the mass failures did cause channel instability in some reaches and may still be causing some bank erosion and channel adjustment. Field visits found increased channel stability as compared to monitoring in 1993 and 2004. Despite the sediment sources the stream channel reaches in Meadow Creek have very low levels of fine sediment indicating that fine sediment is readily flushed from the system.

Road storage and decommissioning work was implemented in 1998 in the area where several of the landslides occurred. The treated roads are now mostly stable although one section of road has continued to be a sediment source.

Several closed roads in South Meadow were identified during field reviews as continuing to pose moderate to high mass failure risks. Sediment and bedload scour from failures on these roads could adversely impact tributaries of South Meadow Creek and upper South Meadow Creek.

Watershed conditions in Meadow Creek are improving as sediment inputs from mass wasting sites decline. This improvement has been assisted by the lack of major storms and flood events over the last fifteen years allowing the sites to reach an angle of repose and revegetate. Low levels of sediment delivery from roads continue in some locations, but appear to have little adverse effect on main stem conditions. Riparian areas that were previously harvested are regenerating and will provide increased bank stability over time.

### Hellroaring

Hellroaring Creek watershed’s current ECA of 10 percent and PFI of 5 percent indicate that stream flow increases due to past harvest are not measurable because the ECA is less than 17 percent and the PFI is less than 10 percent. Furthermore, the channel is not sensitive to PFIs because of the watershed’s large size (16.8 square miles), the stream gradient is generally greater than 2 percent and the large substrate (cobble/boulder). According to Table 3.61 the road density of 2.8 miles/square mile and 1.0 road/stream crossings per square mile are considered a moderate risk for water yield and sediment delivery effects. Given the lack of channel sensitivity to flow increases it is highly unlikely the road system is contributing flows that affect main stem stream channel conditions. Water yield will continue to decline as the past harvest units revegetate, but this decline will have no measurable effect on stream flow because the PFI is below 10 percent.

Fine sediment delivery from open and closed roads does occur and is evident along Road 745 (Hellroaring Creek road) where there is highly erodible soil material. However, the steep stream gradient minimizes sediment accumulation and adverse effects on aquatic species. Recent BMP work has decreased the sediment delivery from Road 745 through installation of additional ditch relief culverts.

There are no known road-related mass failures in this watershed. Bank undercutting has caused mass failures adjacent to the stream channel in the lower reaches of Hellroaring Creek. These failures are thought to be entirely natural. Approximately 0.5 miles (5 percent) of the main channel was subject to riparian harvest in the 1980s. Localized channel instability appears evident in these harvested areas, but does not appear to be affecting overall channel condition.

No road storage or decommissioning work has been done in Hellroaring watershed. There are no known high risk erosion sites on roads in this watershed.

Watershed conditions in Hellroaring watershed are stable or slightly improving. Low levels of sediment delivery from roads will continue, but is expected to have little adverse effect on channel conditions. Riparian areas that were previously harvested are regenerating and will provide increased bank stability over time.

### Spread

Spread Creek watershed's current ECA of 9 percent and PFI of 4 percent indicate that stream flow increases due to past harvest are not measurable because the ECA is less than 17 percent and the PFI is less than 10 percent. Furthermore, the channel is not sensitive to PFIs because of the watershed's large size (37.4 square miles), the stream gradient is generally greater than 2 percent (2 to 7 percent) and the large substrate (cobble/boulder). According to Table 3.61 the road density of 2.3 miles/square mile and 1.4 road/stream crossings per square mile are considered a moderate risk for water yield and sediment delivery effects. Given the lack of channel sensitivity to flow increases it is highly unlikely the road system is contributing to flow increases that affect stream channel conditions. Water yield will continue to decline as the past harvest units revegetate, but this decline will have no measurable effect on stream flow because the PFI is below 10 percent.

Fine sediment delivery from open and closed roads does occur and is particularly evident along Roads 435 (main Spread Creek road) and 748 (Beetle North road) where the roads are located in a highly erodible soil derived material. However, steep stream gradients minimize sediment accumulation and adverse effects on aquatic species. Recent BMP work has decreased the sediment delivery from both of these roads.

No road storage or decommissioning work has been done in Hellroaring watershed. There are no known high risk sites on roads in this watershed.

There have been few road-related mass failures in this watershed. Two known failures occurred in North Creek, a tributary to Spread Creek, on Road 748M. One of these failures occurred within the last 5 years. More common in this watershed are road/stream crossing failures where old log structures are gradually washing out. These structures are located in the old spruce logging areas in Hidden, North, Large and Sunshine creeks.

There are a number of mass failures on slopes immediately adjacent to the Spread Creek main channel. These failures appear to be natural in origin. The failures occur in three different landtypes. Two of these landtypes have severe erosion risk if the subsoil is exposed and one landtype is noted as being particularly susceptible to erosion along stream channels. Many of the failures are the result of high flow events undercutting tall steep banks of glacially deposited material. A contributing factor to some undercut banks is the presence of layers of unstable fine grained soil that are being saturated by subsurface runoff from slopes above resulting in slumping. These failures stabilize for periods of time, but can be easily be destabilized again by

floods or a reorientation of woody debris that forces the flow against the vulnerable banks. The mass failures provide a significant source of cobble, boulder and gravel bedload to Spread Creek and maintain an extensive alluvial fan at the mouth of the stream. The failure sites are also sources of fine sediment from rain and snowmelt runoff flowing down the bare slopes. Similar to Meadow and Hellroaring creeks the fine sediment from these failures does not accumulate in Spread Creek and is regularly flushed out of the system.

Since the 1950s when considerable harvest occurred in the riparian area in the upper watershed, little regeneration harvest has occurred along the stream. The 1931 wildfire and possibly previous fires, have left a younger stand along the stream than is found in Meadow or Hellroaring Creeks.

Little road storage or decommissioning work has previously been done in this watershed. For the Buckhorn project conditions on closed roads identified having potential concerns were field reviewed for erosion and failure risk, and several roads were identified as likely to contribute sediment to tributaries of Spread Creek.

Current watershed conditions in Spread Creek watershed are stable or slightly improving. Sediment delivery from roads will continue, but is expected to have little adverse effect on main stem channel conditions. Mass failures adjacent to the stream are expected to continue to provide substantial sediment, especially after during and succeeding large flood events. Review of monitoring data does not indicate a discernible trend in channel stability and it is anticipated that the current level of instability will continue for the foreseeable future as it appears to be natural in origin. As the forest in the riparian area continues to mature from the stand-replacing fire in 1931, larger trees will be contributed to the stream and may improve channel stability and habitat.

### Cody

Cody Creek watershed's low current ECA of 8 percent and predicted PFI of 5 percent indicate that stream flow increases due to past harvest and road construction are not measurable because the ECA is less than 17 percent and the PFI is less than 10 percent. Furthermore, the channel is not sensitive to PFI because although the watershed is small enough to be measurably affected by peak flows (1.1 square miles), the steep stream gradient (7 percent to 33 percent) and large channel substrate (large gravel to boulder) minimizes any measurable effect. According to Table 3.61 the road density of 2.5 miles/square mile and 1.8 road/stream crossings per square mile are considered moderate risk for water yield and sediment delivery effects. However, the lack of ditch connection and the lack of visible water routing indicate that roads are having little influence on peak response in this watershed. In the foreseeable future water yield will continue to decline as the past harvest units revegetate, but this decline will have no measurable effect on stream flow.

Cody Creek was selectively harvested in the 1960s, but was not subject to any regeneration harvest until the 1990s. Road construction occurred during both those periods. Roads are currently contributing little sediment to Cody Creek. An undersized culvert on the main channel was recently replaced on Road 435 and sediment delivery issues from the road were addressed. There have been no road-related or bank mass failures in Cody Creek watershed. Selective harvest has occurred along Cody Creek, but the riparian area is basically intact and functioning well. The stream channel is naturally quite stable due to low peak flows, low sediment supply, stable substrate and excellent riparian conditions. Channel stability is good and has remained so over 20 years of monitoring.

### Whitetail

Whitetail Creek watershed's current ECA of 17 percent is right at the threshold of being measurable and the PFI of 9 percent is below the threshold of 10 percent, indicating that stream flow increases due to past harvest and road construction are probably not measurable. Although the watershed is small enough to be measurably affected by peak flows (2.5 square miles), the steep stream gradient (9-12 percent) and large channel substrate (large cobble/small boulder) would minimize the effects of peak flows on channel conditions. Overall Whitetail Creek is not considered sensitive to PFIs.

The road density of 2.9 miles/square mile is considered moderate risk and the road/stream crossing density of 3.6 crossings per square mile is considered high risk for water yield effects. Although the road/stream crossing density is high, the tributary streams are small intermittent channels with low flows and have only minor scour. The stable landtypes and relatively low annual precipitation in this face drainage to the Yaak River help minimize the effect of the high road/stream crossing density on fine sediment delivery. There was little evidence of sediment contribution at the road/stream crossings. There was no evidence of road-related mass failures.

The riparian condition is generally excellent with no regeneration harvest along the stream channel.

During the 1980s flow increases may have been measurable. During this period the watershed ECA reached about 40 percent and the PFI peaked around 20 percent. Since the watershed is small enough to have measurable peak flow increases from timber management activities, it is reasonable to expect that Whitetail Creek experienced peak flow increases in this time period. However, as the Grant (2006) paper indicates these peak flow increases would have been limited to the lower recurrence interval events (less than 6 year floods) and would not have significantly affected channel conditions.

Surveys conducted in 2013 found Whitetail stream channel conditions are stable in the upper reaches and then become less so in the middle reach where there is a natural depositional reach due to a decrease in gradient. Erosion of up to five feet of depositional material is occurring along the margins of the channel this middle reach, and woody debris sediment traps are decaying and shifting, allowing channel downcutting and release of deposited material.

In 1974 there was a mid-winter storm that produced a 60 year return interval flood as measured by a stream gage near the mouth (USDI 2013). This flood is of a magnitude that would be expected to cause substantial channel effects. Based on the District flood damage records it is likely other flood events occurred between 1974 and 1997. In addition, the elongated shape of the watershed, steep topography, south-facing slopes and bedrock exposure would naturally increase responsiveness to storm events. Large magnitude floods are not affected by management conditions because the water storage capacity of the watershed is exceeded and the quantity of precipitation entering the watershed is equaled by the quantity of stream flow leaving the watershed. Stream surveys were not conducted immediately after the 1974 flood, so post-flood conditions are unknown. However, it likely that the disturbance attributed to management effects on peak flows and still evident today is actually natural post-flood disturbance. The extent past management has contributed to channel stability conditions in Whitetail watershed is not completely known, but was likely a minor factor in the past and not measurable today. The trend appears to be slowly improving conditions.

## Desired Watershed Conditions

The general desired conditions for watersheds on the Kootenai National Forest are:

- Watersheds and their associated aquatic ecosystems retain their inherent resilience to respond and adjust to disturbance without long-term, adverse changes to their physical or biological integrity.
- Water quality meets applicable state water quality standards and fully supports beneficial uses. Flow conditions in watersheds, streams, lakes, springs, wetlands, and groundwater aquifers fully support beneficial uses, and meet the ecological needs of native and desirable non-native aquatic species and maintain the physical integrity of their habitats.
- Stream flows provide for channel and floodplain dimensions that mimic reference conditions. Stream flows allow for water and sediment conveyance and overall channel maintenance. Sediment deposits from over-bank floods allow floodplain development and the propagation of flood-dependent riparian plant species. Surface and groundwater flows recharge riparian aquifers, provide late-season stream flows, cold water temperatures, and sustain the function of surface and subsurface aquatic ecosystems.

In the Buckhorn analysis area past management has temporarily degraded watershed conditions in some areas. The desired condition is to move degraded conditions, where they exist, back towards reference conditions to the extent that is possible with periodic timber harvest, wildfire suppression and a permanent road system. Roads would be brought up to BMP standards or stored or decommissioned to minimize water routing and sediment delivery, culverts would be removed or replaced to provide for natural stream function and aquatic organism passage, and roads would be maintained to prevent drainage system failures and mass wasting. Timber sales would be managed to result in minimal compacted areas that route water and resist infiltration, and sediment delivery would be minimized. Riparian areas would be allowed to recover from past harvest activities and would be managed to provide appropriate riparian functions including groundwater storage, sediment buffers, large woody debris, stream shading, and bank stability.

# ENVIRONMENTAL CONSEQUENCES

The measurement indicators are used to determine effects of proposed activities on watersheds in the project area. The Methodology section of this analysis provides more detailed information about these indicators, including assumptions and limitations of these indicators.

### *Water Yield*

**Indicators: Cumulative percent equivalent clearcut acres (ECA) and cumulative peak flow increase (PFI) compared to stream channel stability and stream channel sensitivity.**

The effects of timber harvest and prescribed burning on water yield changes and stream channel conditions will be evaluated for Meadow, Hellroaring, Spread, Cody, and Whitetail watersheds. As discussed in the Methodology section cumulative ECA less than 17 percent and PFIs less than 10 percent are assumed to have no effect on stream flow.

### *Sediment Delivery*

**Indicators: Miles of haul road required to be upgraded to BMP standards and number of haul road/stream crossings committed to be upgraded to BMP standards.**

**Miles of road to be stored and decommissioned and number of road/stream crossings to be restored or treated for stabilization if funding allows.**

Stream crossings on haul roads were assessed for current and potential sediment delivery conditions. Streams where sediment delivery can be prevented by implementation of BMPs were identified as required BMPs in Chapter 2, Design Features (see Table 2.17). Stream crossing conditions with existing or potential sediment delivery included damaged or plugged culverts or other stream crossing structures, severely undersized culverts, ditches draining directly into the stream and sediment delivery directly to streams from road surfaces.

The storage work will include cleaning culverts, providing controlled overflow relief for culverts, removing high risk culverts, stabilizing unstable fills, waterbarring, scarifying and seeding. The decommissioning work will include removing existing stream crossing structures and rebuilding stream channels, recontouring unstable slopes, ripping non-recontoured areas, waterbarring, and placing slash and duff on the road way. Implementation of this work is subject to funding availability.

## Direct and Indirect Effects

### Alternative 1

The No Action Alternative would not implement any of the Buckhorn proposed activities. No timber harvest, prescribed burning, road reconstruction, road storage or road decommissioning would occur. Normal road maintenance activities such as ditch cleaning and culvert replacement would contribute short term sediment, but would be expected to reduce overall long term sediment yield. There would also be continued sedimentation from roads proposed for road storage and decommissioning. There would be no direct positive or negative effects to water resources because of the No Action alternative. The effects of Alternative 1-No Action provide a baseline from which to compare the action alternatives.

### Alternatives 2, 3 and 4

The analysis watershed boundaries with the proposed activities for Alternative 2 are shown on Map M-7. Briefly, the proposed activities are as follows.

The proposed timber harvest activities are listed in Table 2.2 for Alternative 2, Table 2.10 for Alternative 3 and Table 2.12 for Alternative 4. The timber harvest activities proposed are the same for Meadow and Hellroaring watersheds under all action alternatives. The timber harvest activities in Spread, Cody and Whitetail watersheds vary by alternative.

The road system needed for log haul is the same under Alternatives 2 and 3 in all watersheds, and different under Alternative 4 for Spread, Cody and Whitetail watersheds. The temporary road proposed to access Unit 9 in the Spread Creek watershed is the same for all action alternatives. The required BMP work proposed for the stream crossings is described on Table 2.17 in the Design Features. The objectives of the required BMP work are to reduce sediment delivery to streams, reduce runoff concentration by roads, and reduce the risk of mass failures and washouts. Other road reconstruction work such as grading, ditch cleaning and maintenance of drainage structures will likely be implemented depending on funding. The implementation of reconstruction work is subject to standard BMPs to protect water quality and is not expected to have measurable impacts.

The prescribed burn activities, road storage and road decommissioning are the same in all watersheds under the action alternatives.

The estimated canopy cover reduction, existing conditions and objectives for the burns are shown in Appendix B – Prescribed Burn Summary. The fire behavior is expected to be quite variable across many of the burn areas because of the wide range of landscape conditions. Areas of high reduction in crown cover are expected to be limited and are most likely to occur on steep south facing slopes with high existing canopy closure such as Burns E and K-1. For the most part crown reduction will be patchy or non-existent.

The proposed road storage and decommissioning work is listed in Chapter 2 in Table 2.5, 2.6, and 2.7 and in Appendix C – Road Work Summary. The storage work will include cleaning culverts, providing controlled overflow relief for culverts and removing high risk culverts. Other work will include stabilizing unstable fills, waterbarring, scarifying and seeding. The decommissioning work will include removing existing stream crossing structures and rebuilding stream channels, recontouring unstable slopes, ripping non-recontoured areas, waterbarring, and placing slash and duff on the road way. The objectives are to reduce sediment delivery, reduce runoff concentration by roads, reduce the risk of mass failures and washouts, and on decommissioned roads to improve infiltration and restore native vegetation.

## Meadow Creek

### *Water Yield Measurement Indicator*

As shown in Table 3.62 there would be no increase in ECA and PFI in Meadow Creek watershed resulting from the proposed activities under any of the action alternatives because of the low level of harvest proposed and the limit in crown cover reduction expected from the proposed burns. The slight increase in water yield resulting from these activities would be offset by the ongoing reduction in ECA and PFI occurring as the previously harvested units regenerate. There would be no effect on stream channel conditions from water yield changes as a result of the proposed project.

**Table 3. 62 - Meadow Creek Water Yield Effect Indicators by Alternative**

| Alt. | Existing ECA (%) | Project ECA (%)* | Cumulative ECA (%) | Existing PFI (%) | Project PFI (%) | Cumulative PFI (%) | Forest Plan Allowable PFI (%) | Response Reach Channel Stability Rating | Response Reach Sensitive to PFI? (Yes/No)** |
|---|---|---|---|---|---|---|---|---|---|
| 1 (No Action) | 12 | 0 | 12 | 6 | 0 | 6 | 12-15 | Fair | No |
| 2 | 12 | 0 | 12 | 6 | 0 | 6 | 12-15 | Fair | No |
| 3 | 12 | 0 | 12 | 6 | 0 | 6 | 12-15 | Fair | No |
| 4 | 12 | 0 | 12 | 6 | 0 | 6 | 12-15 | Fair | No |

*Project ECA for Alternatives 2, 3 and 4 is less than 0.5% and rounds to zero.

**Channels are considered potentially sensitive if gradient is <2% and substrate is gravel size or smaller.

### *Sediment Yield Measurement Indicator*

The required BMP work (see Table 3.62) will minimize sediment delivery from the timber sale activities and decrease long term chronic sediment delivery. The BMP work will improve water quality in the tributary streams to Meadow Creek and lead to an overall improvement in long term watershed conditions. The main stem of Meadow Creek is not sensitive to fine sediment increases because of its steep gradient and no measurable reduction in fine sediment in Meadow Creek is likely as a result of the BMP work. Replacement of this undersized culvert on a steep high energy stream on Road 393 at MP 3.83 will reduce the risk of a road failure and a possible debris torrent which could have measurable impacts to Meadow Creek.

Although areas of slope instability are found in the Meadow Creek watershed, no areas of potential instability were identified in or adjacent to the proposed harvest or burn units. Road 393 crosses a slide path that initiated on the slope several hundred feet above the road, but no stability issues associated with the road itself were identified.

The proposed road storage and decommissioning work, if implemented, would reduce sediment delivery in South Fork Meadow Creek by removing undersized and failing culverts, stabilizing eroding fillslopes and disconnecting ditches and roadways from streams. Sediment production would increase temporarily during the implementation of this work primarily as a result of culvert removals (Foltz 2007). Once the newly constructed stream channels have stabilized, the sediment yield is expected decline from the stored and decommissioned roads (Madej 2001). This work will reduce sediment delivery to the smaller tributaries and headwaters of South Meadow Creek, including some fish bearing reaches. The work will also prevent road failures that may become debris flows.

**Table 3. 63 - Meadow Watershed Sediment Reduction Work by Alternative**

| Alternative | Miles of Road Upgraded to Meet BMP Standards* | Number of Haul Road/Stream Crossings Upgraded to Meet BMP Standards* | Miles of Road Actively Stored or Decom-missioned** | Number of Road/Stream Crossings Treated on Roads Stored or Decommissioned** |
|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 |
| 2 | 4.4 | 6 | 4.9 | 16 |
| 3 | 4.4 | 6 | 4.9 | 16 |
| 4 | 4.4 | 6 | 4.9 | 16 |

*Work required to as part of the timber sale

**Work not required to because funding is uncertain.

## Hellroaring Creek

### *Water Yield Measurement Indicator*

As shown in Table 3.64 there would be no increase in ECA and PFI in Hellroaring Creek watershed resulting from the proposed activities under any of the action alternatives because of the low level of harvest proposed and the limit in crown cover reduction expected from the proposed burns. The slight increase in water yield resulting from these activities would be offset

by the ongoing reduction in ECA and PFI occurring as the previously harvested units regenerate. There would be no effect on stream channel conditions from water yield changes as a result of the proposed project.

**Table 3. 64 - Hellroaring Creek Water Yield Effect Indicators by Alternative**

| Alt. | Existing ECA (%) | Project ECA (%)* | Cumulative ECA (%) | Existing PFI (%) | Project PFI (%) | Cumulative PFI (%) | Forest Plan Allowable PFI (%) | Response Reach Channel Stability Rating | Response Reach Sensitive to PFI? (Yes/No)** |
|---|---|---|---|---|---|---|---|---|---|
| 1 (No Action) | 10 | 0 | 10 | 5 | 0 | 5 | 12-15 | Fair | No |
| 2 | | 0 | 10 | | 0 | 5 | | | |
| 3 | | 0 | 10 | | 0 | 5 | | | |
| 4 | | 0 | 10 | | 0 | 5 | | | |

*Project ECA for Alternatives 2, 3 and 4 is less than 0.5% and rounds to zero.

**Channels are considered potentially sensitive if gradient is <2% and substrate is gravel size or smaller

### *Sediment Yield Measurement Indicator*

There are no haul roads in Hellroaring Creek watershed and no BMP work. There are no haul road/stream crossings. There is no road decommissioning or storage proposed. There would be no effect to sediment yield as a result of any of the action alternatives.

## Spread Creek

### *Water Yield Measurement Indicator*

As shown in Table 3.65 there would be a 4 percent increase in ECA and 3 percent increase in PFI in Spread Creek watershed resulting from the proposed activities under Alternative 2. The cumulative PFI would be 7 percent which is not measurable. The slight increase in water yield resulting from these activities would be offset by the ongoing reduction in ECA and PFI occurring as the previously harvested units regenerate. There would be no effect on stream channel conditions from water yield changes as a result of Alternative 2. Alternatives 3 and 4 have less effect on water yield than Alternative 2 and also would have no effect on stream channel conditions.

**Table 3. 65 - Spread Creek Water Yield Effect Indicators by Alternative**

| Alt. | Existing ECA (%) | Project ECA (%) | Cumulative ECA (%) | Existing PFI (%) | Project PFI (%) | Cumulative PFI (%) | Forest Plan Allowable PFI (%) | Response Reach Channel Stability Rating | Response Reach Sensitive to PFI? (Yes/No)* |
|---|---|---|---|---|---|---|---|---|---|
| 1 (No Action) | 9 | 0 | 9 | 4 | 0 | 4 | 12-15 | Fair | No |
| 2 | | 4 | 13 | | 3 | 7 | | | |

| Alt. | Existing ECA (%) | Project ECA (%) | Cumulative ECA (%) | Existing PFI (%) | Project PFI (%) | Cumulative PFI (%) | Forest Plan Allowable PFI (%) | Response Reach Channel Stability Rating | Response Reach Sensitive to PFI? (Yes/No)* |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | 2 | 11 | | 1 | 5 | | | |
| 4 | | 2 | 11 | | 1 | 5 | | | |

*Channels are considered potentially sensitive if gradient is <2% and substrate is gravel size or smaller

### *Sediment Yield Measurement Indicator*

The required BMP work (see Chapter 2 - Design Features Table 2.17) will minimize sediment delivery from the timber sale activities and decrease long term sediment delivery. The BMP work will improve water quality in the tributary streams to Spread Creek and lead to an overall improvement in long term watershed conditions. The main stem of Spread Creek is not sensitive to fine sediment increases because of its steep gradient and no measurable reduction in fine sediment in Spread Creek is likely as a result of the BMP work. Alternatives 2 and 3 will result in the implementation of more BMP work than Alternative 4. Under all action alternatives a temporary road will be constructed into Unit 9. The road will follow an existing template that has two existing stream crossings where water is currently running across the road because the crossing structures were removed or have failed. Temporary culverts will be installed in these crossings and then removed after harvest. The stream channels will be restored to their natural width and gradient which will be an improvement over the existing condition.

The proposed road storage and decommissioning work (implementation subject to funding availability) would reduce sediment delivery in Spread Creek tributaries by removing undersized and failing culverts and buried log structures, stabilizing eroding and slumping fillslopes, and disconnecting ditches and roadways from streams. Sediment production would increase temporarily during the implementation of this work primarily as a result of culvert removals (Foltz 2007). Once the newly constructed stream channels have stabilized, the sediment yield is expected decline from the stored and decommissioned roads (Madej 2001). The proposed work will reduce sediment delivery to the smaller tributaries and headwaters of Spread Creek, including some fish bearing reaches. The work will also prevent road failures that may become debris flows with severe scouring potential.

**Table 3. 66 - Spread Watershed Sediment Reduction Work by Alternative**

| Alternative | Miles of Road Upgraded to Meet BMP Standards* | Number of Haul Road/Stream Crossings Upgraded to Meet BMP Standards* | Miles of Road Actively Stored or Decom-missioned** | Number of Road/Stream Crossings Treated on Roads Stored or Decommissioned** |
|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 |
| 2 | 12.1 | 16 | 13.8 | 24 |
| 3 | 12.1 | 16 | 13.8 | 24 |

| Alternative | Miles of Road Upgraded to Meet BMP Standards* | Number of Haul Road/Stream Crossings Upgraded to Meet BMP Standards* | Miles of Road Actively Stored or Decom-missioned** | Number of Road/Stream Crossings Treated on Roads Stored or Decommissioned** |
|---|---|---|---|---|
| 4 | 8.8 | 7 | 13.8 | 24 |

*Work required to as part of the timber sale.

**Work not required to because funding is uncertain.

## Cody Creek

### *Water Yield Measurement Indicator*

As shown in Table 3.67 there would be increases in ECA and PFI in Cody Creek watershed resulting from the proposed activities under the action alternatives. The increase in ECA is due entirely to the proposed harvest and not due to the prescribed burning because of the limited crown cover reduction expected from the proposed burn.

Alternative 2 would result in a 25 percent cumulative ECA and a 15 percent cumulative PFI. Increases of this magnitude in small watersheds are potentially measurable. The channel stability is good and the channel type is insensitive to peak flow increases. The expected PFI is allowable under the Forest Plan for channels with good stability. The increased peak flows from the proposed harvest under Alternative 2 are not expected to result in a decline in channel condition or have an adverse effect on aquatic species.

Alternative 3 will result not result in measurable increases in peak flow and Alternative 4 will have no increases in peak flow. There would be no channel effects from peak flows under either of these alternatives.

**Table 3. 67 - Cody Creek Water Yield Effect Indicators by Alternative**

<table>
<tr><th>Alt.</th><th>Existing ECA (%)</th><th>Project ECA (%)</th><th>Cumulative ECA (%)</th><th>Existing PFI (%)</th><th>Project PFI (%)</th><th>Cumulative PFI (%)</th><th>Forest Plan Allowable PFI (%)</th><th>Response Reach Channel Stability Rating</th><th>Response Reach Sensi-tive to PFI? (Yes/No)*</th></tr>
<tr><td>1<br>(No Action)</td><td rowspan="4">6</td><td>0</td><td>6</td><td rowspan="4">3</td><td>0</td><td>3</td><td rowspan="4">15-18</td><td rowspan="4">Good</td><td rowspan="4">No</td></tr>
<tr><td>2</td><td>19</td><td>25</td><td>12</td><td>15</td></tr>
<tr><td>3</td><td>10</td><td>16</td><td>6</td><td>9</td></tr>
<tr><td>4</td><td>0</td><td>6</td><td>0</td><td>3</td></tr>
</table>

*Channels are considered potentially sensitive if gradient is <2% and substrate is gravel size or smaller

### *Sediment Yield Measurement Indicator*

Under Alternatives 2 and 3 Road 5932G would be reconstructed. This reconstruction would include required BMP work at stream crossings including replacing deteriorating and inadequate

stream crossing structures. There may be a minor short term sediment increase as a result of disturbance at the stream crossings, but long term sediment delivery is not anticipated and the stable stream channel conditions and high water quality in Cody Creek would be maintained. A 0.53 mile long temporary road will be constructed off of Road 5932G under Alternatives 2 and 3. It will not have any stream crossings and there will be no risk of sediment delivery. There would be no BMP work in Cody Creek under Alternative 4 and consequently change in the current sediment delivery conditions. The high quality conditions in Cody Creek would be maintained under Alternative 4. Table 3.68 shows the sediment reduction work in Cody Creek by Alternative.

There is no proposed road storage and decommissioning work in Cody Creek watershed.

**Table 3. 68 - Cody Watershed Sediment Reduction Work by Alternative**

| Alternative | Miles of Road Upgraded to Meet BMP Standards* | Number of Haul Road/Stream Crossings Upgraded to Meet BMP Standards* | Miles of Road Actively Stored or Decom-missioned** | Number of Road/Stream Crossings Treated on Roads Stored or Decommissioned** |
|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 |
| 2 | 1.9 | 4 | 0 | 0 |
| 3 | 1.9 | 4 | 0 | 0 |
| 4 | 1.9 | 1 | 0 | 0 |

*Work required to as part of the timber sale.

**Work not required to because funding is uncertain.

## Whitetail Creek

### *Water Yield Measurement Indicator*

As shown in Table 3.69 there would be a 4 percent increase in ECA and 2 percent increase PFI in Whitetail Creek watershed resulting from the proposed activities under Alternative 2 and 3. The cumulative PFI of 11 percent just exceeds the threshold (10 percent) of being potentially measurable and the middle stream reach has a poor stability rating. The expected PFI meets Forest Plan guidelines for a channel with poor stability and there are a number of mitigating circumstances that make detrimental effects on stream channel conditions highly unlikely. The slight increase in water yield resulting from this project would be soon offset by the ongoing reduction in ECA and PFI occurring as the previously harvested units regenerate. Although the watershed has a high road/crossing density, the scour channels that do exist below the roads do not show excessive scour from ditch water contribution. Although the middle reach has poor stability, the remainder of the stream both above and below this reach has good stability. The steep stream gradient and large cobble/boulder substrate makes the stream channel insensitive to peak flow increases. No adverse effect on stream channel conditions or beneficial uses from water yield changes as a result of Alternatives 2 and 3 are expected. There would be no harvest and no water yield effects in Whitetail watershed under Alternative 4.

**Table 3. 69 - Whitetail Creek Water Yield Effect Indicators by Alternative**

<table>
<tr><th>Alt.</th><th>Existing ECA (%)</th><th>Project ECA (%)</th><th>Cumulative ECA (%)</th><th>Existing PFI (%)</th><th>Project PFI (%)</th><th>Cumulative PFI (%)</th><th>Forest Plan Allowable PFI (%)</th><th>Response Reach Channel Stability Rating</th><th>Response Reach Sensi-tive to PFI? (Yes/No)*</th></tr>
<tr><td>1 (No Action)</td><td rowspan="4">17</td><td>0</td><td>17</td><td rowspan="4">9</td><td>0</td><td>9</td><td rowspan="4">10-12</td><td rowspan="4">Poor</td><td rowspan="4">No</td></tr>
<tr><td>2</td><td>4</td><td>21</td><td>2</td><td>11</td></tr>
<tr><td>3</td><td>4</td><td>21</td><td>2</td><td>11</td></tr>
<tr><td>4</td><td>0</td><td>17</td><td>0</td><td>9</td></tr>
</table>

*Channels are considered potentially sensitive if gradient is <2% and substrate is gravel size or smaller.

### *Sediment Yield Measurement Indicator*

Alternative 2 and 3 would implement the same BMP work. The required BMP work will improve water quality in the tributary streams to Whitetail Creek and lead to an overall improvement in long term watershed conditions. There would be no BMP work under Alternative 4. BMP work on Road 5932 will reduce sediment delivery at road/stream crossing sites identified that currently have sediment delivery potential as shown on Table 3.70. The project is expected to result in upgrading the haul roads in Whitetail Creek watershed to BMP standards which will minimize sediment delivery. Since the existing road stream crossings contribute minor quantities of fine sediment, the total sediment reduction achieved will be low and no measurable change in fine sediment in Whitetail Creek is likely as a result of this work. Whitetail Creek is not sensitive to fine sediment increases because of its steep gradient.

There is no proposed road storage and decommissioning work in Whitetail Creek watershed.

**Table 3. 70 - Cody Watershed Sediment Reduction Work by Alternative**

| Alternative | Miles of Road Upgraded to Meet BMP Standards* | Number of Haul Road/Stream Crossings Upgraded to Meet BMP Standards* | Miles of Road Actively Stored or Decom-missioned** | Number of Road/Stream Crossings Treated on Roads Stored or Decommissioned** |
|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 |
| 2 | 1.1 | 2 | 0 | 0 |
| 3 | 1.1 | 2 | 0 | 0 |
| 4 | 0 | 0 | 0 | 0 |

*Work required to as part of the timber sale.

**Work not required to because funding is uncertain

## Cumulative Effects

### Effect of Past Management Actions on Current Conditions

As discussed in detail under the Affected Environment/Past Management History and Effect on Current Conditions section of the water resources analysis the past timber harvest and road construction activities have had a range of effects on the analysis area watersheds. Water yield increases have been a minor factor on main stem channel conditions in the larger watersheds, but may have affected high elevation tributaries in the 1950s and 1960s. Water yield may also have affected Whitetail Creek after harvest in the 1970s and 1980s. However, currently peak flow increases are not affecting stream channel conditions in any of the analysis watersheds.

Currently fine sediment from roads may be contributing measurable fine sediment in some tributaries, but is not affecting the main channels of any of the analysis watersheds. Bedload material and forest debris from road-related landslides in the 1990s may still be affecting channel conditions in portions of Meadow Creek. Past riparian harvest related bank erosion may still be affecting reaches in Meadow Creek and Hellroaring Creek. These effects appear localized and not currently contributing to overall channel instability. An increased level of natural channel instability is found in Meadow, Hellroaring and Spread creeks as compared to many other Yaak tributary watersheds because of precipitation events and geomorphology.

Large woody debris may be slightly reduced as compared to historical conditions as a result of past riparian harvest and woody debris removal, however the reduction in large instream wood is thought to be minor given the extent of mature riparian forest along the main stream channels.

### Current Condition and Trends

There has been an overall trend downward trend in water yield in the project area since the large 1931 wildfire. Timber harvest projects between 1950 and 1990 resulted in spikes of increased water yield on this overall downward trending line. Since 1990 the rate of timber harvest has been very low and consequently the effect on water yield has been low. Current low peak flows are reflecting the recovery from past wildfires and timber harvest and are too low to affect channel conditions (Grant et al. 2008). Without additional harvest or wildfires a slow downward trend will continue.

Sediment levels have declined from the peak of timber harvest and road construction in the late 1980s. Most of the management-related sediment was from logging roads. Roads have gradually stabilized and revegetated. BMP work has been implemented and sediment sources have been reduced. This decline in road-related sediment has allowed the steams to naturally flush the accumulated sediment from past activities.

### Contrasting Effects of Past Actions with the Proposed Actions

Past timber sale practices had adverse effects on watershed condition and water quality. Current practices have a much lower risk of adverse effects. Table 3.71 summarizes the changes in management practices over the last fifty years.

**Table 3. 71 - Comparison of Past and Current Timber Sale Practices**

| Past Practices | Current Practices |
|---|---|
| New road construction - Between 1950 and 1990 most of the road built in the Buckhorn project area was constructed for timber harvest. | No new permanent road construction is proposed and 1.1 miles of temporary road is proposed. |
| Use of dozers instead of excavators to build roads and install culverts resulted in sidecast of material into streams. | Excavators are used for any excavation work and can more carefully control placement of soil. |
| Stream culverts were often undersized for flood events. | New stream culverts are sized for 100 year flood events. |
| Lack of BMPs during road construction and maintenance to protect water quality resulted in sedimentation during and after road construction. | BMPs are required and included in timber sale and road contracts to reduce sediment delivery at stream crossings and improve road cross drainage so runoff intercepted by roads is more dispersed – see Appendix D for list of timber sale BMPs that will be part of this project. |
| Lack of BMPs in unit layout and skidding operations – skid trails crossed streams and were located in ephemeral draws; high skid trail densities on steep slopes concentrated water runoff. | BMPs required and included in timber sale and road contracts – see Appendix D for list of timber sale BMPs that will be part of this project. |
| Minimal protection of riparian areas and stream channels during harvest activities – harvest was allowed to occur to the edge of stream channels and in wetlands. | RHCAs protect riparian functions, channel stability, provide shading, protect sensitive soils and trap sediment. |
| Removal of large wood debris from stream channels destabilized channels. | No removal of down wood from streams is allowed and protected RHCAs will provide future large woody debris recruitment. |
| Use of dozers to build fire lines that were 8-10 feet wide – water was channelized down fire lines to road ditches where it carried sediment to streams. | Excavators used to build 2 to 3 foot wide fire lines. |
| No rehabilitation of excavated skid trails or temporary roads – excavated templates intercepted and channelized runoff. | Recontouring of excavated trails and temporary roads are required by timber sale contract. |
| Hot broadcast burns slowed vegetative recovery and caused heat damage to soils. | Light intensity underburns or excavator slash piling minimizes mortality to vegetation and damage to soils. |
| Dozers were used to pile slash resulting in extensive displaced soil and scarification that increased erosion. | Excavators are used to selective pile slash resulting in minimal compaction and scarification. |

### Effects of Current and Reasonably Foreseeable Actions

The effects of current and reasonably foreseeable activities in the project activity areas are considered cumulatively with all alternatives. The effects are described as contributing no effect, contributing indiscernible effects, or contributing measurable effects to water resources.

See Table 3.3 at the beginning of Chapter 3 for a detailed description of the current and reasonably foreseeable actions.

***Vegetation Management***

The current Grizzly Vegetation and Transportation Management project has four harvest units and a prescribed burn unit located on the Yaak River face within the proposed Buckhorn project area, but not within the analysis watersheds. Activities in these units will have no effect on water or sediment yield in the analysis area watersheds. Precommercial thinning is proposed on 263 acres and daylight thinning of western whitepine is proposed on 866. This work will be done by hand and would no effect on sediment yield due to the lack of ground disturbance and an indiscernible effect on water yield because of the minor amount of tree canopy change.

***Grizzly Timber Sale Road Reconstruction***

Roads 435X and 435Y will be reconstructed for the Grizzly Timber Sale project. Approximately 0.3 mile of Road 435 is located within the Spread Creek watershed. There are no tributary stream crossings and there would be no anticipated sediment delivery to Spread Creek. The remainder of Road 435Y and the entire length of the Road 435X are located on the Yaak River face. Therefore, there would be no effect on water or sediment yield in the analysis watersheds.

***Road Maintenance***

Road maintenance activities will continue to occur in all the watershed analysis areas. Frequency of maintenance depends on level of use, road design standards, and funding. Road maintenance activities include brushing, blading, graveling roads, applying dust abatement, applying and repairing asphalt, repairing washouts, cleaning catch basins and culverts, replacing and upgrading culverts and bridges, adding drain dips and surface water deflectors, and cleaning ditches. BMPs apply to these activities and permits are required for work in stream channels.

As a whole these activities maintain or decrease current rates of sediment delivery. Activities such as ditch cleaning and culvert replacement can generate short term sediment, but maintenance of a functional drainage system prevents more severe erosion that might occur if the drainage system failed. The foreseeable road maintenance is expected to have no effect on water yield and no measurable effect on current sediment yield.

***Minerals***

Exploratory drilling is proposed in the Hellroaring watershed. It is expected to occur on Road 745 in the fall of 2015. A Decision Memo has been issued for this project with the following conclusions: “Activities associated with this decision will comply with state water quality standards, and incorporate Best Management Practices (BMPs) to ensure protection of soil and water.” The project area is within Inland Native Fish Strategy (INFISH) Riparian Habitat Conservation Areas (RHCAs). Although activities are confined to the road, there is a stream that has been routed into a nearby road ditch. The project requirements will minimize sediment delivery into this ditch (USDA 2013). As a result, there will be no effect on water yield and no measurable effect on sediment yield.

***Recreation***

Snowmobile grooming, use of Baldy Mountain Rental Lookout, trail maintenance and outfitting operations will have no effect on water or sediment yield. Minor amounts of vegetation or ground

disturbing activities may occur with snowmobile grooming or trail maintenance, but these are so limited in scope that they would have no effect on water or sediment yield. Baldy Mountain Lookout rental and hunter outfitting operations are not ground or vegetation disturbing activities and will have no effect on water or sediment yield.

### *Administrative Site*

Maintenance of electronic equipment on top of Mt. Baldy will have no effect on water or sediment yield because it is not a ground or vegetation disturbing activity.

### *Fire Suppression*

Fire suppression can have short term negative effects on the watershed due to suppression activities such as fire line construction, development of water sources, opening of revegetated roads for access, and rehabilitation of fire lines and other disturbed areas. Due to the unpredictability of wildfires, the direct, indirect and cumulative impacts of fire suppression on the watershed cannot be quantified and therefore are indiscernible. Fire suppression actions generally do not increase water yield. Fire suppression can have short term effects on sediment yield. Forest Service fire management guidelines emphasize minimizing resource impacts during suppression and immediate rehabilitation.

### *Noxious Weed Treatments*

Noxious weeds are sprayed annually along District roads in accordance with the 2007 KNF Invasive Plant Management Plan and Decision Notice (USDA 2007). Spraying under the guidelines of this decision minimizes the possibility of adverse effects on aquatic species. No adverse water quality effects are expected with the current weed spraying program, and this action would not cumulatively contribute to the water quality condition of the area streams. Weed spraying would have an indiscernible effect on water quality. Weed spraying has no effect on water or sediment yield.

### *Public Actions on National Forest*

Personal firewood cutting is a common activity in the Buckhorn project area. Since people are cutting down logs or dead trees there is no effect on water yield. Some minor damage occurs to ditches and road surfaces as a result of woodcutting, but overall the effect on sediment yield is not measurable. Due to terrain and vegetation, most vehicles are unable to maneuver off roads and drive cross country. Off-highway vehicle (OHV) use is legally limited to existing trails and open roads (USDA and USDI 2001) and there is little evidence of OHV use in the project area except on open roads. No measurable soil disturbance and related erosion is expected from OHV use. Therefore, there would be no effect from other public actions on the National Forest with respect to water or sediment yield.

### *Actions on Private Lands*

Very little private land exists in the project area. There is private land along the Yaak River. There are no water or sediment yield effects to the analysis watersheds expected from private land activities.

In summary, none of these current and foreseeable actions are expected to have an effect on water or sediment yield in the analysis watersheds with the possible exception of future wildfire

suppression. However, the effects of wildfire activities are indiscernible due to unpredictable nature of wildfire ignition, spread and extent.

### Alternative 1 - No Action – Cumulative Effects of Past, Current, Reasonably Foreseeable and Proposed Project Actions

As previously discussed in the Affected Environment/ Past Management History and Effect on Current Watershed Conditions, harvest related water yield is low and declining. Roads will continue intercepting and routing runoff preventing a complete recovery to reference conditions. However, the effect of roads on peak flow increases is not measurable. No current or foreseeable actions would affect water yield. Eventually wildfire can be expected to affect all of these watersheds and increase water yield for a period of time.

Management related sediment yield from road/stream crossings is generally low with occasional higher inputs during storm events. The sediment generated by the road systems in the analysis watersheds has substantially declined since their construction because cut and fill slopes have revegetated and many of the most vulnerable stream crossings have already failed and naturally stabilized or have been upgraded. Recent BMP work on open roads has reduced fine sediment and water routing by the road systems in all three of the larger watersheds. The roads closed to motorized use are not being maintained. These roads are annually contributing small amounts of sediment, but have the potential for periodic larger amounts of sediment resulting from failing drainage systems. When these watersheds experience future major flood events, failures may occur which could impact water quality and channel conditions, especially in the tributaries.

The No Action Alternative would maintain the current level of sediment contribution and the current risk with respect to road failures on both the proposed haul roads and the closed roads proposed for storage or decommissioning activities.

Ongoing and foreseeable actions are not expected to have a discernible effect on water or sediment yield. Road maintenance may result in short term sediment increases, but long term decreases in sediment. Wildfire suppression may result in short term sediment increases. However, due to the unpredictability of wildfires, the likelihood of occurrence and potential effects of future fire suppression on the analysis area watersheds cannot be determined.

The main stem channels of Meadow, Hellroaring and Spread creeks are naturally less stable than other streams in the Yaak watershed due to climate and geology. The lack of recent major flood events has allowed the streams to stabilize after possibly several flood events in the 1980s and 1990s. Conditions in Meadow, Hellroaring, Spread and Whitetail will continue to fluctuate in response to natural floods. Previously logged riparian areas will recover and stability will improve in these reaches. Cody Creek is a naturally a more stable stream.

### Alternative 2, 3 and 4 - Cumulative Effects of Past, Current, Reasonably Foreseeable and Proposed Actions

As previously discussed none of the current and reasonably foreseeable actions would have a measurable effect on water or sediment yield in the analysis watersheds, and therefore would not contribute cumulatively to the effects from the proposed project activities.

### *Meadow Creek*

**Water Yield**: There currently is no measurable effect on peak flows due to past management activities. There would be no measurable effect on peak flows or stream channel stability as a result of the proposed activities under any of the action alternatives. The combined effect of past activities, current, reasonably foreseeable actions and the action alternatives on water yield is very low because of the limited proposed harvest acreage and the low extent of crown reduction expected as a result of the prescribed burns (see Table 3.62). Water yield will continue to decrease as previously harvested areas regenerate. The required BMP work, and the proposed road storage and decommissioning work, will improve cross drainage and lessen the effect of water routing on roads. These activities will have a slight beneficial effect by decreasing how rapidly water is routed to stream channels, which will improve stability in tributary streams, but will not be measurable in the main stem of Meadow Creek.

**Sediment Yield**: Roads are currently a source of fine sediment and infrequently cause mass failures which deliver considerable sediment. As a result of the required BMP work under the action alternatives there will be a long term decrease in fine sediment (see Table 3.36). Although the reduction in fine sediment will not measurably affect channel conditions in the main stem of Meadow Creek due to the steep channel gradients, the decrease in sediment will improve conditions in the tributary streams and overall water quality. The required BMP work would reduce the risk of mass failure at one site that currently has an undersized culvert. The combined effect of past activities, current activities, reasonably foreseeable actions and any of the action alternatives would be a slight decline in fine sediment yield in the watershed.

If the road storage and decommissioning work is implemented failures at stream crossings may be prevented. This would benefit the tributary streams and the main stem of Meadow Creek.

**Summary:** The combined effect of past activities, current activities, reasonably foreseeable actions and any of the action alternatives would be a continued slow decline in water yield, a slight decline in sediment yield, and less risk of major sediment delivery and channel scour resulting from road failures. There is no overall difference in effects between the action alternatives in Meadow Creek.

Stream channel conditions in Meadow Creek are expected to continue to slowly improve from past post-flood and landslide events, but there will continue to be instability related to the natural geomorphology. Regrowth of harvested riparian areas and recruitment of wood to the stream channel through natural blowdown should improve stream channel conditions over the next several decades.

### *Hellroaring Creek*

**Water Yield:** There currently is no measurable effect on peak flows due to past management activities. There would be no measurable effect on peak flows or stream channel stability as a result of the proposed activities under any of the action alternatives. The combined effect of past activities, current, reasonably foreseeable actions and the action alternatives on water yield is very low because of the limited proposed harvest acreage and the low extent of crown reduction expected as a result of the prescribed burns (see Table 3.64). Water yield will continue to decrease as previously harvested areas regenerate.

**Sediment Yield:** There will be no change in sediment yield as a result of any of the action alternatives because no road work is proposed and no sediment yield is expected directly from the harvest or prescribed burning. The combined effect of past activities, current, reasonably foreseeable actions and the action alternatives on sediment yield is very low.

**Summary:** The combined effect of past activities, current, reasonably foreseeable actions and the action alternatives is that water yield will slowly decline, and sediment yield from road-related sources will continue at a low level. The risk of future road related mass failures is low in this watershed. There is no difference in effects between the action alternatives.

Stream channel conditions in Hellroaring Creek are expected to continue to slowly improve from past flood events, but there will continue to be instability related to the natural geomorphology. Regrowth of harvested riparian areas and recruitment of wood to the stream channel through natural blowdown should improve stream channel conditions over the next several decades.

### *Spread Creek*

**Water Yield:** There currently is no measurable effect on peak flows due to past management activities. There would be no measurable effects on water yield or stream channel stability as a result of any action alternatives because the cumulative PFI is less than 10 percent (see Table 3.65). The combined effect of past activities, current, reasonably foreseeable actions and the action alternatives on water yield is low because of the proportion of proposed harvest acreage relative to the watershed size and the low extent of crown reduction expected as a result of the prescribed burns relative to the watershed size. Water yield will continue to decrease as previously harvested areas regenerate. The required BMP, and the road storage and decommissioning work, if implemented, will improve cross drainage and lessen the effect of water routing by the road system. This work should improve channel stability in the tributary channels, but will not have a measurable effect on flows in the main stem of Spread Creek.

**Sediment Yield:** Roads are currently a source of fine sediment which primarily impacts tributary channels. As a result of the required BMP work under the action alternatives there will be a long term decrease in fine sediment (see Table 3.66). Although the reduction in fine sediment will not measurably affect channel conditions in the main stem of Spread Creek due to the steep channel gradients, the decrease in fine sediment will improve conditions in the tributary streams and overall water quality. The combined effect of past activities, current activities, reasonably foreseeable actions and any of the action alternatives would be a slight decline in fine sediment yield. Alternative 4 will implement about 30 percent less BMP work than Alternatives 2 and 3, and so will provide proportionately less benefit to water quality.

Although road-related landslides are uncommon in Spread Creek watershed, washouts at road/stream crossings continue to be a concern. If the road storage and decommissioning work is implemented failures at stream crossings may be prevented. These potential failures are most damaging to the downstream conditions of the tributary streams that are directly affected and are not likely to affect the main stem of Spread Creek.

**Summary:** The combined effect of past activities, current activities, reasonably foreseeable actions and any of the action alternatives would be a slight increase in water yield as a result of the timber harvest followed by a slow decline for the next 60 to 75 years. Sediment yield will slightly decline as a result of the required BMP work, and if the road storage and

decommissioning work is implemented, there will be less risk of major sediment delivery and channel scour from road failures. Although there are differences in the extent of harvest activities and road BMP work between the alternatives, there would be no measurable difference in effects to channel conditions in the main stem of Spread Creek between the alternatives because of the channel type and stream size. The road storage and decommissioning work proposed under all alternatives would benefit stream conditions, particularly in the smaller tributary channels.

Stream channel conditions in Spread Creek are expected to continue to slowly improve from past flood events, but there will continue to be instability related to the precipitation and natural geomorphology. Regrowth of burned riparian areas from the 1931 fire should lead to larger size trees being recruited by the stream and provide gradually improving channel conditions over the next several decades.

### *Cody Creek*

**Water Yield:** There currently is no measurable effect on peak flows due to past management activities. There would be measurable effects on water yield as a result of harvest activities under Alternative 2, but no effects on stream channel stability because of the steep channel gradient and large substrate size (see Table 3.67). There would be no measurable effects of water yield on stream channel stability as a result of Alternatives 3 and 4 because the cumulative PFI would be less than 10 percent. During the next decade water yield increases will be partially offset by water yield declines in units harvested in the late 1990s. Waterbarring Road 5932G after use will minimize the effect of the road on Cody Creek. The combined effect of past activities, current activities, reasonably foreseeable actions and any of the action alternatives on water yield is low.

**Sediment Yield:** Roads are currently a low source of fine sediment in the watershed. The reconstruction required on Road 5932G for Alternatives 2 and 3 will possibly increase fine sediment to Cody Creek in the short term. However, the required BMP work will limit the duration of the sediment increase, and in the long term sediment may be slightly reduced (see Table 3.68). The combined effect of past activities, current activities, reasonably foreseeable actions and proposed actions under Alternatives 2 or 3 on fine sediment yield would be a temporary increase for several years before returning to the current low sediment yield condition. The combined effect of past activities, current activities, reasonably foreseeable actions and implementation of Alternative 4 would be the continued low sediment yield of the current condition.

**Summary:** The combined effect of past activities, current activities, reasonably foreseeable actions and the action alternatives would be a moderate increase in water yield under Alternative 2, less of an increase under Alternative 3 and no increase under Alternative 4. Under Alternative 2 water yield will remain elevated for several years and then decline over several decades as the trees grow back. The effect of Alternative 3 on water yield is similar, but less in magnitude. Under Alternatives 2 and 3 there may be short term increases in fine sediment yield which could persist for several years. Over the long term sediment yields in Cody Creek will be low. Under Alternative 4, there is would be little proposed activity in Cody Creek watershed and there would be no effect to water or sediment yield.

The combined effects of past activities, current activities, reasonably foreseeable actions and the action alternatives on stream channel conditions in Cody Creek are expected to be minor under Alternatives 2 and 3 and non-existent under Alternative 4. Cody Creek is expected to remain

stable and in good condition under all alternatives. The fine sediment that may occur as result of Alternatives 2 and 3 is expected to annually flush out of Cody due to the steep gradients and not adversely affect beneficial uses including aquatic species.

### *Whitetail Creek*

**Water Yield:** There currently is no measurable effect on peak flows due to past management activities. The combined effect of past activities, current activities, reasonably foreseeable actions and Alternatives 2 or 3 on water yield would be low because of the limited proposed harvest acreage and the low extent of crown reduction expected as a result of the prescribed burns (see Table 3.69). The slight increase in water yield resulting from these activities would be soon offset by the ongoing reduction in ECA and PFI occurring as the previously harvested units regenerate. The required BMP work will improve cross drainage and lessen the effect of water routing on the roads. This work will have a slight beneficial effect by decreasing how rapidly water is routed to stream channels, but will probably not be measurable in Whitetail Creek. The combined effect of past activities, current activities, reasonably foreseeable actions and Alternative 4 would be a continued decline as the previously harvested units regenerate.

**Sediment Yield:** Roads currently are a low source of fine sediment. As a result of the required BMP work under the action alternatives there will be a long term decrease in fine sediment. The combined effect of past activities, current activities, reasonably foreseeable actions and Alternatives 2 or 3 on fine sediment yield in the watershed would be a slight decline (see Table 3.70). There would be no required road work and therefore no change in road-related sediment under Alternative 4.

**Summary:** The combined effect of past activities, current activities, reasonably foreseeable actions and Alternatives 2 or 3 is that water yield will increase slightly and then slowly decline, and sediment yield will slightly decline. The combined effect of past activities, current, reasonably foreseeable actions and Alternative 4 is that water yield will continue to slowly decline and sediment yield will remain at its current low level.

Under all action alternatives stream channel stability in Whitetail Creek will continue to slowly improve. Whitetail Creek watershed is highly responsive to precipitation events and segments of the stream channel are sensitive to flood events so periods of instability following such events is expected to occur. The action alternatives would have no effect on the frequency or intensity of such events.

## Consistency with the Forest Plan and Other Management Direction

All alternatives of the Buckhorn project would comply with the Clean Water Act and the Montana Water Quality Act by maintaining or improving stream water quality and protecting beneficial uses in the project area streams.

There is no need for special management emphasis with respect to impaired streams as defined the Clean Water Act. Except for Spread Creek there are no streams in the project area that are on the State’s 303(d) list or have a completed TMDL. As discussed under the Regulatory Framework section Spread Creek is expected to be removed from the State’s 303(d) list in 2014.

No increases in sediment or suspended sediment would occur above naturally occurring concentrations because all reasonable land, soil and water conservation practices would be applied. This expectation is based on implementation of the following conservation practices: a water yield analysis has been conducted and demonstrates that peak flow increases would not affect channel stability; the protection of riparian areas through the designation of RHCAs and SMZs; the application of BMPs to all proposed timber harvest, road reconstruction, fuels reduction and burning activities; evidence from Forest monitoring results that the BMPs are effective; and the conclusion that the effects of BMP improvements to roads will reduce existing water and sediment contributions from the road network. If funded, road storage and decommissioning activities will further reduce both existing and potential sediment contributions.

BMP monitoring on the Kootenai National Forest has been shown to be 95 percent effective in reducing sediment (KNF 2011). The Montana BMP 2012 Monitoring report states that "across all ownerships, BMPs were effective in protecting soil and water resources 99% of the time" (Montana DNRC 2012). The report goes on to say that across all ownerships "for all applied BMPs, 98 percent were shown to be effective in preventing sediments from reaching draws or streams" .

The 2011 data summary for BMP reviews from 1991 to 2011 shows that 96 percent of activities evaluated had appropriate BMPs implemented, and 94 percent of those activities were effective (see project file). BMPs that apply to timber sales are listed in Appendix F. These BMPs would be translated into required activities through the timber sale contract. BMP implementation would be monitored to ensure proper implementation. Project specific BMPs for haul roads are listed in Table 2.17 Design Features. The results of BMP monitoring would be evaluated during BMP monitoring field trips conducted by the district and the forest. The monitoring plan for this project is outlined in Appendix E. The results of BMP monitoring for this project will be used to design future projects.

The Buckhorn project would comply with Executive Order 11990 that requires that federal agencies protect wetlands. On the Kootenai National Forest wetlands are protected through implementation of RHCAs as required by the forest plan. No timber harvest, road construction or fuels reduction activities would occur in wetlands, including perennial seeps and springs. No prescribed fire would be ignited in wetlands although low intensity fire may be allowed to burn into adjacent small wetlands or intermittent stream channel riparian areas. Due to the expected low intensity of any burning no adverse effects are expected on the wetland communities.

The Buckhorn project would comply with Executive Order 11988 by designating all floodplains as RHCAs and requiring that any management activities meet riparian goals and objectives which include protecting the stream channel stability, native riparian plant community, potential large woody debris recruitment and thermal shade. No proposed activities are within active floodplains.

The proposed project would comply with the Montana Stream Management Zone Law and Rules. Stream management zones have been identified in or adjacent to the proposed units. These zones would be subject to all restrictions required by law. Assessing compliance with the SMZ law is an integral part of BMP monitoring. An alternative practice permit may be required in Unit 9 (see Table 2.17 Design Features).

The proposed Buckhorn project is consistent with the Kootenai Forest Plan with respect to protection of water resources.

Specifically:

- There would be no effect of water yield increases on stream channel conditions or beneficial uses.
- Soil and water conservation practices would be followed through implementation of BMPs.
- Actions would meet State of Montana standards for protecting water quality as previously discussed under the Consistency with Regulatory Framework / Clean Water Act and Montana Water Quality Act section.
- The cumulative effect of this action combined with private land actions would not lead to a degradation of watershed conditions.
- Long term sediment yields from existing and potential sources would be slightly decreased.
- Opportunities to mitigate adverse effects on beneficial uses through implementation of BMPs were identified and are required to with this project.
- All actions would comply with INFISH standards and guidelines.
- The only harvest activity proposed within an RHCA in this project is Unit 4. A portion of this unit is located between 200 and 300 feet from Meadow Creek. Treatment in this unit would not affect water quality or riparian management objectives. See project file for details.

No federal permits would be needed for this project. Section 404 of the CWA authorizes the Secretary of the Army to issue permits for the discharge of dredged or fill material into wetland. Silvicultural activities are exempt from the 404 permit process, as are associated road construction and maintenance that adhere to BMPs (CFR-Title 33-Part 323.4). Culvert replacements in live streams would require state permits (Montana Stream Protection Act 124 and 318 Authorization for Short-Term Water Quality Standard for Turbidity Related to Construction Activity). Any additional permits that become required prior to completion of this project would be acquired.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will have no effect to the water resource.

## Statement of Findings

Water resources and associated beneficial uses would be adequately protected under all alternatives in accordance with the regulatory framework. Stream channel conditions and water quality is expected to be maintained or improved under all action alternatives.

With respect to water yield there would be a small measurable increase in peak flow in Cody Creeks under Alternatives 2 and 3, and Whitetail under Alternative 2 but stream channel stability would not be adversely affected. The effect of roads on concentrating runoff would be decreased with improved cross drainage on both the haul roads and roads to be stored or decommissioned, when funding is available.

With respect to sediment yield there would be continued sediment contributions from haul roads under the No Action Alternative and a decrease in sediment from these roads with all the action alternatives. Required BMP work would minimize sediment delivery from timber sale activities and contribute to long term sediment reduction in the affected watersheds. Road storage and decommissioning work, if implemented, is designed to reduce the risk of potential road failures and reduce sediment delivery in Meadow and Spread Creek watersheds.

# Soil Resources

## Introduction

This section discusses effects of the proposed Buckhorn project on soil productivity. The following analysis concludes that soil resources will be adequately protected under all alternatives in accordance with the regulatory framework.

## Regulatory Framework

The regulatory framework providing direction for protecting the soil resource so that it can sustain vegetative productivity and other inherent functions comes from the following principal sources: Table 3.72 shows the guiding document used in the analysis and the direction it provides.

**Table 3. 72 – Guiding Documents and Direction for Soil Resources**

| Guiding Document | Direction |
|---|---|
| The Multiple Use-Sustained Yield Act of 1960 | Federal law directing the Forest Service to achieve and maintain outputs of various renewable resources in perpetuity without permanent impairment of the land's productivity. |
| National Forest Management Act of 1976 | Federal law governing the administration of national forests and an amendment to the Forest and Rangeland Renewable Resources Planning Act of 1974, which called for the management of renewable resources on national forest lands. |
| 1999 Region1 Soil Quality Monitoring Supplement | Forest Service Region 1 direction requiring that soil quality standards be applied to land management projects and that impacts to the soil resource be monitored. |
| 1988 Region 1/Region 4 Soil and Water Conservation Practices Handbook | Forest Service Regions 1 and 4 direction for protecting soil and water resources during implementation of management activities. |
| 1987 Kootenai National Forest Plan | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |

The **National Forest Management Act (NFMA) -** Section 6(g)(3)(C) states that harvest cuts shall be "carried out in a manner consistent with the protection of soil resources" and that "soil, slope or other watershed conditions will not be irreversibly damaged". To comply with NFMA, the Chief of the Forest Service has charged each Forest Service region with developing soil quality standards for detecting soil disturbance and monitoring the loss in long-term productive potential.

The **Region 1 Soil Quality Monitoring Supplement** (hereafter referred to as the R1 Supplement) provides soil quality standards to assure the statutory requirements of NFMA are met. The R1 Supplement states that at least 85 percent of a discrete activity area (e.g. harvest, fuels treatment or burn unit) must have soil maintained in a satisfactory condition with respect to detrimental impacts, including the effects of compaction, displacement, rutting, severe burning, surface erosion, loss of surface organic matter, and soil mass movement. In areas where more than 15 percent detrimental soil conditions already exist from prior activities, the cumulative detrimental effects from project implementation and restoration should not exceed the conditions existing prior to the planned activity and should move toward a net improvement in soil quality. These standards do not apply to infrastructure and intensively developed sites such as permanent roads, mines, and developed recreation and administrative sites.

The **1987 Kootenai Forest Plan** states that soil and water conservation practices (SWCPs) as outlined in the R1/R4 Soil and Water Conservation Practices Handbook will be incorporated into all land use and project plans as a principle mechanism for protecting soil and water resources. The handbook outlines a process of identifying appropriate SWCPs for a project, implementing those SWCPs, and monitoring their effectiveness. The analogous term, best management practices (BMPs), is more widely used in the forest practices industry and will be used in this document. On National Forests in Montana the Forest Service has agreed to follow the State of Montana's guidance for BMPs when implementing timber sales. BMPs have evolved over time as harvest and fuels abatement methods have changed and scientific knowledge has improved. An explanation of the KNF's BMP program and a list of BMPs that will be used for this project are found in Appendix F - Best Management Practices. The Kootenai Forest Plan states that effects on soil productivity will be evaluated for each project that uses heavy equipment and that the total area allocated to concentrated equipment travel should be minimized.

## Analysis Area and Scope of Analysis

The project area is the entire watershed areas of Meadow, Hellroaring, Spread creeks, and adjacent Yaak face drainage watersheds as outlined on Map M-7. The analysis area for the soil resource is only the activity areas as defined by the R1 Supplement: "An activity area is a discrete land area affected by a management activity to which soil quality standards are applied. Activity areas must be feasible to monitor and include harvest units within timber sale areas and prescribed burn areas. All temporary roads, skid trails, and landings are considered to be part of an activity area." The proposed activity areas that will be analyzed for this project are the timber harvest units, including landings and temporary roads, prescribed burn units and the land area occupied by roads to be decommissioned. The road storage work is proposed on roads that are needed for the long term transportation system. System roads are not managed or monitored for soil productivity.

The R1 Supplement states that the soil management objective is to manage the land without permanent impairment of productivity. The primary indication of impairment in areas managed

for timber products would be the decline in productivity of the next rotation of trees. The time scale of this analysis will be approximately 100 years which is equivalent to a rotation.

## Methodology

This effects analysis will address the laws, regulations, and policies guiding the maintenance of soil productivity on the Kootenai National Forest.

Because soil structure and fertility are difficult to quantify, surrogate soil parameters will be used. Existing detrimental soil disturbance in the activity areas was determined by a visual assessment of past human-related soil impacts that have the potential to reduce the innate soil productivity of a site. Soil disturbance was classified as compaction, displacement, rutting, severe burning, surface erosion, loss of organic surface matter, or soil mass movement.

Existing soil conditions were determined with a pre-treatment assessment of each proposed harvest unit. Field surveys for this project were conducted in 2012 and 2013 by the forest soil scientist. Transects were conducted across representative portions of the proposed activity areas. Every other step was considered an evaluation point. Each point was evaluated for detrimental disturbance as defined by Region 1 Supplement. The proportion of detrimentally disturbed points relative to the total number of points sampled in a given activity area is the existing percent detrimental disturbance. Field soil survey data forms for each unit are in the project file.

Coarse woody debris (CWD) surveys were also conducted. CWD is defined as branches, logs, or wood fragments that are over 3 inches in diameter. These surveys were conducted according to the Handbook for Inventorying Downed Woody Material (Brown 1974).

Effects of the proposed project activities on soil disturbance are estimated based on past KNF post-activity soil monitoring results (described in the Environmental Consequences section).

### Data Sources

The primary data sources for this analysis are the pre-treatment soil surveys, previous forest soil monitoring results over the last two decades, forest landtype maps, satellite photos (Google Earth) and field visits to units.

### Assumptions and Limitations

Impacts to soil resources are analyzed for activity areas as opposed to the entire watershed because loss of soil productivity in one treatment unit would not lead to a loss in soil productivity elsewhere. Soil related impacts that affect water quality or quantity such as erosion and infiltration are analyzed at the watershed scale in the Water Resources section.

Soil productivity depends on complex chemical, physical, and climatic factors that interact within a biological framework. For any given soil, a change in any key soil variable (e.g. bulk density, soil loss, or nutrient availability) can lead to changes in soil productivity. The intent is to prevent extensive detrimental soil disturbance that results in a measurable decline in timber productivity for a site. The R1 Supplement requires that detrimental disturbance should be limited to 15 percent or less of an activity area. The value of 15 percent is based on the assumption that site quality and productivity will be maintained if less than 15 percent of an area is detrimentally impacted after disturbance (Page-Dumroese et al. 2000).

Organic material performs many functions in forest ecosystems. Decomposition of decaying vegetative material provides most of the available nutrients for plant uptake especially sulfur, phosphorus, and nitrogen which are necessary for new plant growth. Organic material hosts mycorrhizal fungi, micro-organisms that play critical role in the uptake of nutrients and water by woody plants. Larger organic debris disrupts airflow and provides shade, which insulates and protects new forest growth. Organic material also has significant water holding capacity, making it an important source of moisture for vegetation during dry periods.

Natural levels of organic material varies by habitat type and guidelines have been developed for ranges of coarse woody debris (CWD) that should remain on site after harvest activities are completed (Graham et al. 1994). The R1 Supplement states that the recommendations in the Graham (1994) paper should be followed unless more site specific local guidelines are developed.

It is not definitively known what the effects of changes in soil quality such as compaction have on tree growth or overall vegetative productivity. Currently effects of disturbance on soil quality and productivity are being studied across North America by a cooperative research project called the North American Long Term Soil Productivity Study (Powers et al. 2004). This study began in 1990 and is ongoing in order to provide the best available science to forest managers. The ten year results (from the first test site plantations established in California and Louisiana) indicate that there is little evidence of adverse effects of surface organic removal or soil compaction on productivity as measured by total biomass production, and the growth and vigor of the planted trees. The data is not considered conclusive at this point in time because it is possible that effects on productivity may not be evident until the sites reach their carrying capacity and there is more competition for water, nutrients and sunlight.

### Measurement Indicators

The measurement indicators used for determining the existing condition and potential project effects to the soil resource are:

**Detrimental Soil Disturbance** – Percent of an activity area detrimentally disturbed

**Coarse Woody Debris** – Tons per acre of coarse woody debris (CWD) in each activity area

## Affected Environment

### Overview

The dominant bedrock in the project area is composed of metamorphosed Precambrian-aged sediments of the Belt Supergroup typical of much of the Kootenai National Forest. The original sedimentary rock included claystones, mudstones, and siltstones. These sedimentary rocks were metamorphosed under the earth's surface by heat and pressure, and then uplifted to form the mountains in the project area. In a portion of the Buckhorn area molten igneous material intruded into this sedimentary rock and was also slightly metamorphosed. Most of this rock is classified as a metadiorite.

During the last ice age the continental glacier extended south from what is now Canada and covered the Buckhorn project area with several thousand feet of ice. Alpine glaciers descended from the higher terrain, particularly Buckhorn Ridge which forms the west edge of the project

area. The alpine glaciers scoured and shaped the higher terrain often creating steep headwalls above gently sloped alpine basins.

Overall slopes are gentle to moderate in most of the rest of the project area except near the lowest reaches of the Meadow, Hellroaring, Spread and Whitetail creeks where there are areas of bedrock exposure and short canyon sections.

The subsoil material in the project area is primarily derived from the past glacial activity and includes till, moraines and outwash material. The subsoil is mostly classified as sandy loam. Rock fragments that are greater than three inches commonly range from 30 to 50% of the soil material. The glacial deposits have pockets of fine soil without much rock that can slough when saturated. These unstable areas are not widespread, but are evident in places where road cuts and stream channel erosion has exposed the subsoil.

The top soil is generally a fine silty loam influenced by volcanic ash that was deposited when Mt. Mazama erupted in southwestern Oregon about 7,600 years ago (Zdanowicz 1999). The high inherent soil productivity in this area is primarily the result of this low bulk density surface soil layer, which is known as an ash cap. The ash cap in this area typically varies from 4-14 inches thick (USDA and NRCS 1995). Moist climatic conditions have promoted decay of organic material which also contributes substantially to the inherent soil productivity. The soils in this area have adequate phosphorus and are not considered nutrient limited.

There are generally high levels of organic material in the Buckhorn project area derived primarily from needles, cones, twigs, branches, tree boles and root wads of coniferous trees. Shrubs, forbs and grasses also supply organic matter.

## Existing Soil Conditions in the Proposed Activity Areas

Landtypes are soil map units.  There are fifty recognized landtypes on the Kootenai National Forest. The KNF classification of landtypes is based on five criteria: landforms, geology, soils, vegetation, climate, and drainage type. The landtype maps and descriptions are found in the Soil Survey of Kootenai National Forest Area, Montana and Idaho (USDA and NRCS 1995). Landtype classification helps determine physical soil characteristics, inherent productivity, and management concerns.

The KNF landtype delineation is not precise a small scale such as an individual harvest unit, and field assessments need to be conducted if there are special concerns. No special concerns with respect to inherent productivity, erosion potential or landslide potential were identified in the proposed harvest areas based on field reconnaissance. Surface erosion is generally not a concern because of duff, organic debris and ground vegetation. Subsurface erosion can be a concern with roads. See the Water Resources section for a discussion of potential project effects on sediment delivery.

The landtypes occurring in the Alternative 2 Buckhorn harvest units are listed in Table 3.73. Harvest unit locations for Alternatives 3 and 4 are within the Alternative 2 boundaries and so do not include any additional landtypes. Landtypes and proposed activities are shown on Map M-15.

**Table 3. 73 – Landtypes* in Proposed Alternative 2 Harvest Units**

| Landtype | Description | Acres in Harvest Units | Percent of Harvest Area |
|---|---|---|---|
| 103, 106 | Glacial outwash terraces | 85 | 7 |
| 104 | Kames and kettles (hills and depressions left by glaciers) | 16 | 13 |
| 108 | Lacustrine terraces (lake deposits) | 7 | 1 |
| 352, 353, 355 | Glaciated mountain slopes | 677 | 62 |
| 360 | Glaciated mountain ridges | 31 | 3 |
| 522 | Glaciated mountain slopes of granitic origin | 175 | 14 |

*Landtypes based on the KNF landtype deliniation. The acres are approximate.

Except for Landtype 360 these landtypes are considered highly productive and well suited for timber management (USDA and NRCS 1995). Landtype 360 has low productivity due to frequent bedrock exposure. Further review by the team determined that the upper portions of Units 9 and 11 do not actually extend into Landtype 360 as shown on the landtype map. The rock outcrops and corresponding change in vegetation type that indicate Landtype 360 occurs above the unit boundaries.

Shallow subsurface water occurs on benches and basins in the project area, and contributes to an extended season of high moisture soil conditions on these sites. Units 1, 16A, 17 and 18 are located on benches that may be particularly vulnerable to damage from mechanical equipment during wet conditions.

Landslides have occurred in the project area on a variety of landtypes. Most of these slides were natural and originated from bank failures along the main stream channels. These sites are located within Riparian Habitat Conservation Areas (RHCAs), which have been excluded from the proposed harvest areas. No landslide prone areas were identified within the proposed units. Some road segments proposed for storage and decommissioning are located on landslide prone areas.

Three quarters of the area proposed for burning is in the high elevation ridges and basins in the headwaters of Meadow, Hellroaring and Spread watersheds. The remainder of the burn areas are in the lower to mid elevation areas. The burn areas are generally considered high in soil productivity except for the rocky outcrops and ridges.

Past timber harvest and other activities have occurred in portions of the proposed harvest and burn areas. Field surveys in the proposed harvest units found that existing detrimental disturbance resulting from these past activities ranges from 0 to 6 percent (see Table 3.73). Types of past management disturbance affecting soils that were observed include old road templates, skid trails, landing areas, and fire lines. Most of the existing disturbance in the proposed harvest units is the result of compacted or displaced soil related to skid trails from previous harvest entries. Most of this activity occurred in the 1960s. No evidence of past dozer piling activity was observed. There is previous harvest activity from the 1950s in some of the proposed burns. The burn areas were not surveyed because no additional detrimental disturbance is expected from project activities.

Due to the terrain and dense forest cover little off-road vehicle traffic occurs in this area, and is prohibited. No ATV-related disturbance was identified. There is no evidence of grazing and no legally permitted grazing on national forest lands in the project area.

Soil health is correlated with mychorrizal fungi activity (fungus that helps tree roots take up moisture and nutrients) in the soil (Graham et al. 1994). Mychorrizal fungi activity is correlated with the amount of coarse woody debris (CWD) on a site. The CWD consists of a variety of sizes of wood fragments and down logs in various states of decay. In the moist forest habitat type where the harvest units are located 17-33 tons/acre is recommended to sustain soil productivity (Graham et al. 1994). Surveys of the units found current CWD levels range from 8 to 69 tons per acre with an overall average of 40 tons/acre. The current level of coarse woody debris (CWD) is considered sufficient to support long term soil productivity.

The forests in the project area evolved with a combination of biological and fire decomposition processes that regulate nutrient availability and cycling. Wildfires have been effectively suppressed for many decades allowing organic material to accumulate. This accumulation supports high soil productivity in the short term, however the high level of organic material is also a high fuel load condition and could contribute to excessive soil damage from overheating if a wildfire occurs. Severe fires can cause long-term effects to soils by consuming large amounts of organic matter and vegetation, reducing soil biota, evaporating nutrients, and altering physical soil properties (KNF 2000, USDA and USDI 1997).

### Desired Condition

The desired condition for the soil resource is that ecologically appropriate physical, biological, and chemical properties of soil are maintained and that the natural processes of soil development and function are supported.  These soil properties enhance nutrient cycling; maintain the role of carbon storage, and support soil microbial and biochemical processes.

The desired condition of the soil resource in areas managed by timber harvest is that soil impacts are minimized with each entry so that desired vegetative conditions and hydrologic function can be maintained over the long term. These goals can be achieved by minimizing the physical alteration of the soil due to compaction and displacement by heavy equipment, leaving adequate organic matter and woody debris, and avoiding burning under conditions that would result in intense soil heating. It is also desired that slopes with mass failure potential are not destabilized as a result of management activities.

The desired condition for the soil resource in the proposed burn units is that the prescribed burns mimic natural burns, and have similar effects to natural fire consistent with the ecology of the areas burned. Desired soil effects from the burns include the increased availability of nutrients.  It is desirable that excessive soil heating is minimized because that will retard the desired vegetative response.

The desired condition of the soil resource on the decommissioned roads is that recovery to more natural hydrologic and vegetative conditions is accelerated by treatment activities including decompaction of road beds and placement of organic material on the road surfaces. It also is desirable that potential mass failures originating from roads are prevented by decommissioning and storage activities.

# Environmental Consequences

## Alternative 1 - Direct and Indirect Effects

The Alternative 1 is the No Action Alternative and does not propose any new management activities that would result in soil disturbance. Alternative 1 would not implement 3.5 miles (14 acres) of road decommissioning so there would be no beneficial effect on soil resources for those activity areas. Alternative 1 would have no direct or indirect effect on detrimental soil disturbance.

## Alternative 1 - Cumulative Effects

### Past Actions and their effect on current conditions

Past logging activities have occurred in most of the proposed harvest units. Selective logging of large larch and cedar trees in the 1960s resulted in long skid trails accessing the target trees. Trees were felled by hand and skidded back to the road using tractors. In some cases the trails are visible as two parallel ruts of compacted soil. In other areas no ground disturbance is visible, but a clearing in the trees shows the path of the skidding. On steeper slopes trails were excavated to provide stability for the equipment, displacing the top soil. In Units 3, 9, and 12 selective harvest of blister rust infected western white pine occurred in the 1990s using mechanized harvesters and rubber tired skidders. There generally is less excavation on these trails, but some ruts are apparent. Where skidding from the two entries overlap, there is a relatively high density of trails. Units 2, 9, 12, 13, 14 and 19 have abandoned road segments within the units. These past disturbances were accounted for during the soil monitoring surveys and are included in the existing soil disturbance values displayed in Table 3.77.

### Current condition and trend

Soil recovers from disturbance via natural processes including freezing and thawing, wetting and drying, root growth, and the actions of soil fauna. The contribution and decay of organic material leads to ongoing soil building. The time required for recovery of soil quality after compaction varies with the severity of compaction and with soil physical characteristics, chemical characteristics and climate (Miller et al. 2004). Recovery of compacted silty loam soil such as is found in the Buckhorn activity areas appears to take several decades (Froehlich et al 1983; Froehlich and McNabb 1983; Miller et al. 2004). The time it takes a soil to recover from soil displacement may be longer than from compaction if the most productive soil layer is completely removed from the site.

In 2012 the KNF resampled 118 harvest units in 57 timber sales which had been previously monitored from 1992 to 2006. Units were resampled using the same procedures as the original sampling. Approximately 80% of the units which were resampled currently have less detrimental soil compaction as compared to compaction levels initially measured after the harvest (Gier 9/6/2013). The 2012 monitoring results indicate that partial recovery in most of the units has occurred over the 6-20 year period since the last harvest entry. Based on this data it is assumed that recovery from past harvest activities is occurring and will continue to occur in the proposed harvest and burn units.

### Current and Reasonably Foreseeable Actions

With respect to soils, current and reasonably foreseeable actions only contribute to cumulative effects if they occur in the same activity areas as the proposed Buckhorn harvest, burning or road decommissioning. Table 3.3 provides a list of ongoing and reasonably foreseeable actions, most of which would have no effect on the cumulative effects on the soil resource for this project because they do not occur in the Buckhorn activity areas. The activities listed below are the ongoing and reasonably foreseeable activities which could potentially occur in the Buckhorn activity areas.

**Idaho Panhandle National Forest Prescribed Burning**: The Idaho Panhandle National Forest is proposing prescribed burns on the west side of Buckhorn Ridge. These burns have the potential to burn over or spot across the ridge into the Buckhorn project prescribed burn areas. Because burning conditions are closely monitored before and after ignition it is unlikely that high intensity burning that may adversely affect soil conditions will occur beyond the prescribed boundaries, and it is unlikely that there will be any effect on soil conditions in the Buckhorn soil analysis area.

**Fire Suppression:** Suppression of wildfires can have measurable effects to soils including soil compaction, displacement, and erosion. Impacts from suppression activities such as fireline construction are mitigated by immediate post-fire rehabilitation of disturbed areas. Implementation of the proposed vegetation management would reduce the potential severity of wildfires in the harvest units by reducing fuels and may have the indirect effect of reducing the extent of ground disturbance required for fire suppression if it is needed. Due to the spatial and temporal unpredictability of wildfire occurrence, effects of future fire suppression on the soils in the activity areas are unknown.

**Noxious Weed Treatments:** The 2007 Kootenai National Forest Invasive Plant Management Record of Decision guides weed treatment activities for the Forest. Noxious weed control is expected to occur in some of the proposed harvest areas over the next ten years under these guidelines. Most herbicide applications would be along roads that are adjacent to or in activity areas. Some applications may occur on landing roads and skid trails within the activity areas. Effects of weed control are disclosed in the KNF Invasive Plant Management EIS. Based on the findings in the EIS, weed control within the activity areas would not adversely affect soil productivity and may have a beneficial effect where native plant populations replace weeds as a result of weed control activities.

**Public Actions on Forest Service Lands:** Public actions involving foot travel such as hunting and berry picking would have no effect on soil disturbance or CWD. Firewood cutting can result in soil compaction if vehicles are used to drive off the roads. Off road motorized travel is prohibited and generally does not occur in this area due to topography, vegetation and organic debris. The extent of future disturbance related to woodcutting is expected to be minor (less than 1 percent of the activity areas). Woodcutters would likely remove some snags from harvest units within about 200 feet of open roads by winching logs or hand carrying log rounds. This would reduce future CWD in the affected areas, however the overall reduction in CWD is expected to be minor because most of the proposed harvest areas are beyond this distance from open roads and even within 200 feet of the roads not all remaining snags will be desirable to woodcutters.

In summary, current and foreseeable actions are not expected to affect the soil resource in the analysis area. Soil productivity would gradually recover in areas previously detrimentally

disturbed. By maintaining the forest in its current condition the No Action Alternative would allow CWD to continue to accumulate and decay. The cumulative effect would be a gradual increase in soil productivity from organic additions until the maximum productivity for the site was achieved or until a severe wildfire caused a setback in soil productivity. In the case of a severe wildfire soil productivity could be impaired for decades, but would gradually recover through natural soil processes.

## Alternative 2 – Direct & Indirect Effects

### Overview of Effects of Proposed Activities on Soils

Direct and indirect effects to soil productivity may occur when soil is displaced and compacted by heavy equipment used for timber harvest or fuels reduction. Compaction affects soil function by decreasing soil particle pore size which decreases water holding capacity (Johnson et al. 2007). Soil compaction, churning, rutting, mixing, displacement, and removal are types of disturbance that can reduce tree root growth through their influence on soil physical, chemical, and biological properties. Removal or displacement of surface soil can also expose deeper subsoil, which may be less suitable for root growth due to its greater bulk density and soil strength (Miller et al. 2004). Furthermore, weeds can invade disturbed sites and out-compete native plants (Sheley and Petroff 1999).

**Tractor Harvest:** All the units proposed for the Buckhorn project would be designated as tractor harvest. Ground-based skidding (i.e. tractor harvest) is used in units with slopes up to 40 percent. The degree of disturbance that occurs during harvest operations depends on many factors including soil texture, soil moisture, slope steepness, amount of material being removed, harvest unit design and operator skill. Track-mounted mechanized feller-bunchers fell the trees and bunch them. Rubber-tired skidders grab the butt ends of the trees with grapple hooks and drag the trees to the landings where mechanized processors are used to limb the trees and cut the logs to length. Most of the soil disturbance occurs from the skidding portion of the operation where soil is compacted and displaced by dragging the trees to the landings. Soil compaction and rutting also occur from the weight, vibration and churning action of the tracks on the feller-bunchers and the wheels of the rubber-tired skidders. Monitoring results on the KNF indicate that winter season operations typically result in half as much disturbance as summer operations because the ground is often frozen or covered by snow and the soil is more protected from compaction and displacement (see Table 3.75). Log landings are generally about one half acre in size and soils in the landing area are usually detrimentally disturbed as a result of the high activity levels. Landing activities include processing trees, sorting and logs, and piling slash. Landing slash disposal is usually accomplished by burning, but can be accomplished by chipping and loading chip trucks.

**Underburning Harvest Units with Fireline Construction**: The purpose of underburning is to consume small diameter fuels without killing most of the leave trees. Burn prescriptions would be prepared that specified the operational range of weather conditions and fuel moistures. No detrimentally burned soil is expected from underburning because of the low fire intensity and short residency times.

Firelines would be constructed by an excavator or by hand around most underburn units. Detrimental soil disturbance occurs where the line is excavated. Machine lines are typically three feet wide and about 12 inches deep. Hand lines are generally more narrow and shallow. Occasionally there also is disturbance from the tracks of the excavator. The amount of potential

disturbance depends on the length of line relative to the unit area. Roads are used as firelines where present.

**Excavator Piling and Burning:** Excavator piling followed by pile burning would be used in harvest or fuels units where underburning or yarding tops would not result in the desired outcome. Excavators can cause soil compaction from the vibration of the machine and displacement when turning, especially on steeper slopes. Typically excavators operate on existing skid trails which minimizes additional disturbance because the piling operations reimpact that same ground that was disturbed by the harvest operations. Additional disturbance from excavators seems likely when piling units harvested in the winter because less ground was initially disturbed. However, there is limited KNF monitoring data on the specific impacts from piling. Pile burning can result in detrimental heating of the soil depending on material size, pile size and moisture content of fuels. High heat can chemically and biologically alter the soil which can limit the native species that will grow on the burned site for many years (Korb etal. 2004). The extent of disturbance is usually limited to the pile perimeter.

**Prescribed Burns:** Proposed activities include prescribed burning to restore natural processes and promote wildlife forage in areas (Burns A-O). The high elevation burns would be ignited by helicopter in the late summer or fall when conditions are expected to have reduced risk for burns to escape into unplanned areas. The lower elevation burns will be implemented with helicopter ignition or hand ignition in either the spring or fall. The burns are intended to be of mixed severity. Some areas with drier fuels and steeper slopes will likely burn at higher intensities. Other areas will not burn at all. Overall less than one percent bare mineral soil from burning of duff is expected within the perimeter of the burns. No fire lines will be constructed around these burns.

**Road Storage and Decommissioning:** Roads that are stored are still considered part of the transportation system and are not being managed for soil productivity. Therefore road storage has no effect on soil productivity except to the extent that road storage activities lessen the risk of road-related mass failures. Road decommissioning often includes ripping or recontouring the road surface, and adding organic debris which improves infiltration, revegetation and accelerates restoration of soil productivity. Full soil restoration on these sites would still take decades. The area improved is limited to the roadway which averages four acres per mile treated.

The risk of landslides can also be reduced by treatment of unstable fillslopes. Landslides adversely affect soil productivity by displacing the productive top soil and organic material from a site.

### Contrasting Effects of Past Actions with Proposed Actions

There are marked differences between past and current land management practices. The evolution of land management practices is the result of science, technology, ongoing monitoring, and changing public values.

Prior to 1990 there was not much emphasis on protecting soils during logging or slash disposal operations. As a result detrimental soil disturbance in harvest units was often 30 to 50 percent (Kuennen 2007). Today detrimental disturbance rates are usually at or below 10 percent (KNF 2011a). In the past CWD levels were often reduced below recommended levels using dozer piling or broadcast burning. In addition to low levels of CWD these activities resulted in additional soil

disturbance. Table 3.74 compares past practices with current practices to show how current practices result in lower levels of soil disturbance and higher levels of CWD.

**Table 3. 74 - Comparison of Past and Current Timber Sale Practices**

| Past Practices | Current Practices |
|---|---|
| Lack of BMPs in unit layout and skidding operations resulted in high skid trail densities, skidding under wet conditions, and skidding on steep slopes. | BMPs are required and included in timber sale and road contracts – see Appendix G for list of timber sale BMPs that will be part of this project. Issues addressed include minimizing trails, control of operations in wet conditions, and requiring cable operations on steep slopes. |
| Intentional scarification of units with dozers to create bare soil for planting. Dozers were used to pile slash resulting in extensive compacted and displaced soils. | No intentional scarification with machines. Excavators are used to selective pile slash resulting in minimal compaction and scarification. |
| Intentional removal of most CWD by dozer piling or hot slash burns. | Desired levels of CWD are left during slash piling or underburning. |
| Minimal protection of riparian areas and stream channels during harvest activities – harvest was allowed to occur to the edge of stream channels and in wetlands. Landslide prone areas were harvested. | Designated RHCAs protect sensitive soils adjacent to streams, wetlands and landslide prone areas. Stream Management Zones restrict equipment activity next to streams. |
| Dozers used to build 12 foot wide firelines. | Excavators used to build 2 to 3 foot wide firelines. |
| No rehabilitation of excavated skid trails or temporary roads. | Recontouring of excavated trails and temporary roads are required by the timber sale contract. |
| Hot broadcast burns slowed vegetative recovery and caused heat damage to soils. | Light intensity underburns or excavator slash piling minimizes mortality to vegetation and damage to soils. |

## Timber Harvest – Detrimental Soil Disturbance

KNF soils monitoring data from 2000 to 2005 (Gier 2009, Kuennen 2006) was used to estimate the detrimental disturbance that is expected from this project for each type of activity. Although actual unit disturbance rates would vary from the average values shown, the values displayed represent a reasonable expectation of disturbance rates from activities proposed for the Buckhorn project because the soil conditions in the activity areas are typical of soil conditions found across the Forest. The KNF has found that, by using BMPs, detrimental disturbance can be consistently limited to less than 15 percent of the total area in a timber sale unit. Of the 238 harvest units that were monitored on the Kootenai National Forest between 2003 and 2010, less than 1 percent of the units exceeded15 percent detrimental disturbance (KNF 2011a).

**Table 3. 75- Estimated Disturbance By Activity Type Based On KNF Monitoring**

| Category | Average Detrimental Disturbance (Percent of Harvest Unit) |
|---|---|
| Winter Tractor | 4[1] |
| Summer Tractor | 8[1] |
| Excavator Piling | 1-2[2] |
| Underburning | 0 |

[1]Monitoring data includes fireline disturbance.
[2]One percent disturbance is applied for summer tractor units and two percent is applied for designated winter tractor units.

The detrimental disturbance resulting from temporary roads is attributed to the specific units being serviced by those roads. The acres of disturbance shown in Table 3.76 are converted to percent soil disturbance for the applicable units in Table 3.77, 3.78, and 3.79.

**Table 3. 76- Acres Of Disturbance From Temporary Roads**

| Alternative | Unit | Miles of Temporary Road | Acres of Temporary Road[1] |
|---|---|---|---|
| 2 | 9 | 0.5 | 1.0 |
| | 14 | 0.5 | 1.0 |
| 3 | 9 | 0.5 | 1.0 |
| | 11c | 0.1 | 0.2 |
| | 14 | 0.5 | 1.0 |
| 4 | 9 | 0.5 | 1.0 |

[1]Two acres of disturbance estimated per mile of road.

Although the temporary roads will be ripped or recontoured after use, the soil condition would still be considered detrimentally disturbed because of the inevitable mixing of the top soil and subsoil.

A number of design features and BMPs are included in the project design and timber sale contract that help limit soil disturbance. Unit layout excluded areas that are considered Riparian Habitat Conservation Areas (RHCAs) except for unit 4. A portion of this unit is located between 200 and 300 feet from Meadow Creek and harvest in this unit would not affect water quality or riparian management objectives (see Water Resources project file for more details). No wetlands or moist riparian areas will be entered with ground-based equipment. Areas of wet soils that are not considered RHCAs, but sensitive to compaction would be protected by prohibiting equipment in the designated wet areas or by requiring winter harvest as detailed in the Design Features. Harvest

in units that have extended periods of wet soils or a shallow subsurface water table were designated as required winter harvest.

Unit layout excluded areas that exceeded 40 percent because tractor operations on steep ground can result in excessive soil damage. The exception is Unit 2 where there is a pitch of 200-300 feet at 45 percent. Use of an existing old mining road in Unit 2 will be required to avoid possible soil disturbance resulting from skidding on the steep portion of the slope. Skidding will be limited to approved trails and existing trails will be used to the extent possible. The timber sale contract requires that logging operations be shut down if excessive soil damage is occurring due to rain or thawing. Slash piling would be done as much as possible from existing skid trails. Slash and waterbars would be placed on skid trails to minimize erosion. Disturbed areas would be seeded after operations are completed.

Table 3.77 displays existing detrimental disturbance determined by field surveys, expected new disturbance from the proposed project, and cumulative expected disturbance by activity area. The anticipated project disturbance is based on past KNF monitoring as previously discussed. The cumulative disturbance is the sum of the existing disturbance plus the expected project disturbance.  All units are expected to have less than 15 percent cumulative detrimental soil disturbance at the completion of harvest and fuels reduction activities.

It is unknown what percentage of the existing skid trails will be reused. In this project area it appears that many of the skid trails cannot be effectively reused because their orientation does not fit the existing road system. Consequently the assumption for this analysis is that the new logging disturbance will be completely additive to the existing disturbance. This is a conservative assumption and it is likely that some of the existing trails will be reused.

**Table 3. 77– Alternative 2 Estimated Detrimental Soil Disturbance in Harvest Units**

| Unit | Acres | Percent Existing Disturbance | Percent Project Disturbance By Activity | | | | Percent Total Project Disturbance | Percent Cumulative Disturbance (Existing + Project) |
|---|---|---|---|---|---|---|---|---|
| | | | *Summer Tractor* | *Winter Tractor*[1] | *Excavator Slash Piling* | *Temp Road*[2] | | |
| **1** | 35 | 0 | | 4 | 2 | | 6 | **6** |
| **2** | 33 | 2 | 8 | | | | 8 | **10** |
| **3** | 15 | 2 | 8 | | 1 | | 9 | **11** |
| **4** | 5 | 0 | 8 | | | | 8 | **8** |
| **4A** | 6 | 0 | 8 | | | | 8 | **8** |
| **5** | 13 | 2 | 8 | | | | 8 | **10** |
| **6** | 24 | 0 | 8 | | | | 8 | **8** |
| **8** | 23 | 6 | 8 | | | | 8 | **14** |

| Unit | Acres | Percent Existing Disturbance | Percent Project Disturbance By Activity | | | | Percent Total Project Disturbance | Percent Cumulative Disturbance (Existing + Project) |
|---|---|---|---|---|---|---|---|---|
| | | | *Summer Tractor* | *Winter Tractor [1]* | *Excavator Slash Piling* | *Temp Road[2]* | | |
| **9** | 101 | 4 | | 4 | 1[3] | 1 | 6 | **10** |
| **9A** | 3 | 4 | | 4 | 2 | | 6 | **10** |
| **9B** | 4 | 4 | | 4 | 2 | | 6 | **10** |
| **10** | 94 | 4 | | 4 | | | 4 | **8** |
| **11** | 144 | 4 | | 4 | | | 4 | **8** |
| **12** | 68 | 4 | 8 | | | | 8 | **12** |
| **13** | 45 | 4 | 8 | | | | 8 | **12** |
| **14** | 278 | 3 | 8 | | 1[3] | 0[2] | 9 | **12** |
| **15** | 101 | 2 | 8 | | 1 | | 9 | **11** |
| **16** | 70 | 2 | 8 | | 1 | | 9 | **11** |
| **16A** | 40 | 2 | | 4 | 2 | | 6 | **8** |
| **17** | 24 | 0 | | 4 | 2 | | 6 | **6** |
| **18** | 13 | 2 | | 4 | 2 | | 6 | **8** |
| **19** | 76 | 3 | | 4 | | | 4 | **7** |
| **20** | 29 | 0 | 8 | | | | 8 | **8** |
| **21** | 19 | 3 | 8 | | 1 | | 9 | **12** |

[1]Winter harvest required to limit potential soil disturbance because of wet soil conditions and subsurface water.

[2]Detrimental disturbance less than 0.5% is rounded to zero.

[3]50% of Unit 9 and Unit 14 will be piled. The remainder will be burned.

Landslides are considered detrimental soil disturbance because the top soil is displaced. The likelihood of the proposed activities causing landslides was evaluated by ground review of the proposed haul roads, temporary road(s), and harvest units. No areas of concern with respect to landslide risk were identified. Project BMPs will improve roadway drainage and decrease the risk of road failure as compared to the current condition. Further discussion of landslides and sediment delivery potential can be found in the Water Resources section.

## Timber Harvest – Coarse Woody Debris Retention

Timber harvest and fuels reduction activities may indirectly affect soil productivity by reducing coarse woody debris (CWD). The design features found in Chapter 2 include a range of CWD

(tons/acre) to be left in each activity unit. These levels are considered adequate to maintain the benefits of CWD necessary for forest ecosystem function (Graham et al. 1994).

### Prescribed Burning

The direct and indirect effect of the prescribed burns on soil productivity is expected to be minor. The expectation is that the burns will be of mixed severity with minor positive and negative effects on soil nutrients and minor adverse effects from soil overheating. It is expected that the proposed burns will vary in fire intensity because of different burning conditions (i.e. wind, temperature, and humidity), aspects and slopes, and fuel types and fuel loadings. Likewise areas within each burn will also vary in fire intensity and result. Portions of some of the burn units will excluded from ignition because of wet basins and water features included within the burn perimeters. Overall canopy reductions are expected to be less than 20 percent for most of the burns (see Appendix B – Prescribed Burn Table). The fires would be conducted during moderate moisture levels which would protect the soil from overheating. Detrimental soil disturbance is expected to be well under one percent of the burn areas.

CWD surveys were not conducted in the burns because most of these burn areas have not been previously harvested and would be expected to have natural levels of CWD appropriate for the habitat type. Lower intensity fires induce the release of nutrients and convert large woody debris into smaller, more readily decomposed material. Fire decreases total site organic matter on the ground because that is the material that fuels the fire and is consumed during the burn. However, plenty of CWD, although charred, would remain and trees killed during the fire would provide a future long term source of organic material and coarse woody debris. Overall, research has found that low-to-moderate intensity fires in productive habitats do not significantly affect productivity (Neary et al. 1999, Scnef et al. 2009).

### Road Decommissioning

Road decommissioning activities would have direct and indirect effects on soil productivity on the 3.5 miles (fourteen acres) of roadway proposed for active decommissioning activities. Ripping or recontouring would immediately improve infiltration which indirectly improves soil productivity by allowing root growth to occur. Placement of topsoil, humus and organic material on the roadways would indirectly improve productivity by improving growing conditions on the roadway.

Roads 524C in South Fork Meadow Creek watershed, Road 591 below Baldy Mountain and Road 748M in North Creek watershed are in areas that have landslide histories or are located on landslide prone landtypes. The proposed treatments will address drainage and fill slope stability issues along these roads and would lessen the risk of future landslides.

## Alternative 2 - Cumulative Effects

The cumulative effects analysis considers past actions and their effect on current conditions, the trend in current conditions, other current and reasonably foreseeable actions, and the proposed project activities. The cumulative effect area for soils resource is the project activity areas (harvest units, prescribed burn units and decommissioned roads).

### Timber Harvest – Detrimental Disturbance

The past actions that affect the current conditions in the proposed harvest areas are past harvest activities which resulted in skid trails and temporary roads, and a limited amount of mining activity in Units 2 and 8. These past activities affect the current conditions because the soil is still detrimentally compacted or displaced. The level of this disturbance is shown in Table 3.77 as the existing disturbance. Although there was no monitoring when these activities occurred it is probable that the level of disturbance at that time was much higher, and that the disturbance has ameliorated over the last several decades. This recovery will continue on the skid trails and other disturbed areas that are not reimpacted with the new proposed harvest activities. For the purposes of this analysis it was assumed that completely new areas would be impacted and the cumulative impact would be additive. This assumption was made because many of the trails are not in locations that are useful or desirable to reuse. However, it is likely that some portion of these trails will be reused and the cumulative disturbance will be less than shown in Table 3.77. After the project is completed all pre-existing disturbed areas in the harvest units will continue to recover and newly disturbed areas will start recovering. Soil recovery is a multi-decade process and the older disturbance will be further along the path to full recovery than the more newly disturbed areas. There are no current or reasonably foreseeable activities in the harvest units that would change the values in the table or the rate of recovery in the future.

### Timber Harvest – Coarse Woody Debris Retention

Past selective harvest of the largest trees reduced potential CWD, but field surveys show existing CWD levels in the proposed harvest areas are still quite high, averaging 40 tons per acre.

CWD would be retained at recommended levels to maintain soil productivity and other ecosystem functions (see Chapter 2 - Design Features) if that amount is currently available. Generally in this project the levels of current coarse woody debris meet or exceed the recommended levels. The planned regeneration harvests will reduce future recruitment of CWD for decades. By leaving sufficient CWD on the ground and standing snags, it is anticipated that adequate levels of CWD would be retained to protect long term soil productivity. As the forest grows back it will contribute increasing amounts of CWD. The only current and foreseeable action that would affect CWD is that of woodcutters harvesting snags along open roads. Since only a small portion of the total harvest area is accessible from open roads and most CWD is not desirable firewood, woodcutters are expected to have minimal impact on CWD (see wildlife section for CWD analysis).

### Prescribed Burning

Some of the proposed burns have areas of existing detrimental disturbance (skid trails and abandoned roads) from previous harvest activities within their boundaries. Because the proposed burns will not cause detrimental disturbance there will be no measurable increase in cumulative detrimental disturbance as a result of the proposed burning. The natural recovery of these disturbed areas will continue and should not be affected by the burning because it will generally be low intensity particularly in the moist alpine basins where most the previous harvest activities occurred.

The proposed burns will consume some coarse woody debris, but this will compensated for by recruitment of coarse woody debris from trees killed by the burning within one or two decades

after the burns. Overall, it is expected that the burning will maintain levels of coarse woody debris appropriate for the habitat types.

The reintroduction of fire in the project area is consistent with the ecological understanding of these forest types (see Forest Vegetation and Fire/Fuels sections). The current relatively high level of soil productivity found in this area has evolved with periodic fires with a range of burn intensities (see Fire/Fuels section).

### Road Decommissioning

Road construction displaces most of the productive top soil and road use compacts the remaining soil in the road, especially under the wheel tracks. Similar to skid trail recovery this disturbance is gradually ameliorated over time, but the period of recovery is expected to be longer due to the loss of top soil and the high levels of compaction that occur with log truck traffic. The road decommissioning work would accelerate the natural restoration of soil productivity by mechanically decompacting the roadbed and then adding organic material that would gradually become new top soil. Recovery of soil productivity would be expected to occur in a shorter time frame than if the roads were not treated although full recovery will still take decades. There are no current or foreseeable actions that would affect the soil recovery on the decommissioned roads.

## Alternative 3 – Direct, Indirect and Cumulative Effects

Under Alternative 3 the size of harvest units would not exceed 40 acres. Alternative 2 units that exceed 40 acres in size would be broken into smaller units that do not exceed 40 acres. Treatment of the forest between these units would be deferred until sufficient vegetative regrowth occurs to provide hiding cover for animals. The revised Alternative 3 units are within the same boundaries of the larger units proposed in Alternative 2 and thus have the same existing soil conditions. The Alternative 2 units that are less than 40 acres would not change under Alternative 3. The types of proposed treatments and design features would remain the same, except that an additional 0.1 miles of temporary road would be required for accessing Unit 11C. The disturbance associated with these temporary roads is included in the project disturbance for the affected units. Although the length of the temporary roads accessing Units 9D and 14C is the same as under Alternative 2 the percentage of disturbance attributed to the units increases as the unit size decreases. Table 3.78 shows the existing disturbance, expected disturbance from the proposed activities and expected cumulative disturbance. All units are expected to have less than 15 percent detrimental soil disturbance and meet recommended levels of coarse woody debris.

The effects for Alternative 3 are similar to Alternative 2. There would be the same direct, indirect and cumulative effects in the activity areas with the exception of Unit 11C which would have one percent additional disturbance resulting from the temporary road. The effects in the areas that would not be treated would be as described in the No Action Alternative. In the unharvested areas soil productivity would be expected to cycle in response to various biological, chemical and physical factors including wildfire. Existing detrimental disturbance from past management activities would continue to recover over time as previously described under Current Conditions and Trend.

**Table 3. 78 – Alternative 3 Estimated Detrimental Soil Disturbance in Harvest Units**

| Unit | Acres | Percent Existing Disturbance | Percent Project Disturbance By Activity | | | | Percent Total Project Disturbance | Percent Cumulative Disturbance (Existing + Project) |
|---|---|---|---|---|---|---|---|---|
| | | | Summer Tractor | Winter Tractor[1] | Excavator Slash Piling | Temp Road | | |
| **1** | 35 | **0** | | 4 | 2 | | **6** | **6** |
| **2** | 33 | **2** | 8 | | | | **8** | **10** |
| **3** | 15 | **2** | 8 | | 1 | | **9** | **11** |
| **4** | 5 | **0** | 8 | | | | **8** | **8** |
| **4A** | 6 | **0** | 8 | | | | **8** | **8** |
| **5** | 13 | **2** | 8 | | | | **8** | **10** |
| **6** | 24 | **0** | 8 | | | | **8** | **8** |
| **8** | 23 | **6** | 8 | | | | **8** | **14** |
| **9A** | 3 | **4** | | 4 | 2 | | **6** | **10** |
| **9B** | 4 | **4** | | 4 | 2 | | **6** | **10** |
| **9C** | 34 | **4** | | 4 | 2 | | **6** | **10** |
| **9D** | 40 | **4** | | 4 | | 2 | **6** | **10** |
| **10A** | 40 | **4** | | 4 | | | **4** | **8** |
| **10B** | 24 | **4** | | 4 | | | **4** | **8** |
| **11A** | 40 | **4** | | 4 | | | **4** | **8** |
| **11B** | 38 | **4** | | 4 | | | **4** | **8** |
| **11C** | 23 | **4** | | 4 | | 1 | **5** | **9** |
| **12A** | 40 | **4** | 8 | | | | **8** | **12** |
| **13A** | 29 | **4** | 8 | | | | **8** | **12** |
| **14A** | 40 | **3** | 8 | | | | **8** | **11** |
| **14B** | 40 | **3** | 8 | | | | **8** | **11** |
| **14C** | 40 | **3** | 8 | | | 2 | **10** | **13** |
| **14D** | 36 | **3** | 8 | | | | **8** | **11** |
| **15A** | 34 | **2** | 8 | | 1 | | **9** | **11** |
| **15B** | 40 | **2** | 8 | | 1 | | **9** | **11** |
| **16A** | 40 | **2** | | 4 | 2 | | **6** | **8** |
| **16B** | 25 | **2** | | 4 | 2 | | **6** | **8** |
| **17** | 24 | **0** | | 4 | 2 | | **6** | **6** |



FS-047033

| Unit | Acres | Percent Existing Disturbance | Percent Project Disturbance By Activity | | | | Percent Total Project Disturbance | Percent Cumulative Disturbance (Existing + Project) |
|---|---|---|---|---|---|---|---|---|
| | | | Summer Tractor | Winter Tractor[1] | Excavator Slash Piling | Temp Road | | |
| **18** | 13 | **2** | | 4 | 2 | | **6** | **8** |
| **19A** | 40 | **3** | | 4 | | | **4** | **7** |
| **20** | 29 | **0** | 8 | | | | **8** | **8** |
| **21** | 19 | **3** | 8 | | 1 | | **9** | **12** |

[1]Winter harvest required to limit potential soil disturbance because of wet soil conditions and subsurface water.

The prescribed burn and road decommissioning activities would be the same in Alternative 3 as compared to Alternative 2, and therefore the direct, indirect and cumulative effects would be identical.

## Alternative 4 – Direct, Indirect and Cumulative Effects

Under Alternative 4 the units on the north side of Spread Creek that are in the Three Rivers Special Management Area as defined in the Forest Jobs and Recreation Act of 2013 would be dropped. The treatments in the remaining proposed harvest area and associated design features would remain the same as in Alternative 2, and treatments of those units would have the same expected direct, indirect and cumulative effects. Table 3.79 shows the existing disturbance, disturbance from the proposed activities and cumulative disturbance. Approximately 0.5 miles of temporary road is planned to access Unit 9 under Alternative 4. All units are expected to have less than 15 percent detrimental soil disturbance and meet recommended levels of coarse woody debris.

In the Special Management Area the effects of dropping the units would be the same as the No Action. In this area soil productivity would be expected to cycle in response to various biological, chemical and physical factors including wildfire. Existing detrimental disturbance from past management activities would continue to recover over time as previously described under Current Conditions and Trend.

The prescribed burn and road decommissioning activities would be the same in Alternative 4 as compared to Alternative 2, and therefore the direct, indirect and cumulative effects would be identical.

**Table 3. 79 – Alternative 4 Estimated Detrimental Soil Disturbance in Harvest Units**

| Unit | Acres | Percent Existing Disturbance | Percent Project Disturbance By Activity | | | | Percent Total Project Disturbance | Percent Cumulative Disturbance (Existing + Project) |
|---|---|---|---|---|---|---|---|---|
| | | | Summer Tractor | Winter Tractor[1] | Excavator Slash Piling | Temp Road | | |
| **1** | 35 | 0 | | 4 | 2 | | 6 | 6 |
| **2** | 33 | 2 | 8 | | | | 8 | 10 |
| **3** | 15 | 2 | 8 | | 1 | | 9 | 11 |
| **4** | 5 | 0 | 8 | | | | 8 | 8 |
| **4A** | 6 | 0 | 8 | | | | 8 | 8 |
| **5** | 13 | 2 | 8 | | | | 8 | 10 |
| **6** | 24 | 0 | 8 | | | | 8 | 8 |
| **8** | 23 | 6 | 8 | | | | 8 | 14 |
| **9** | 101 | 4 | | 4 | 1 | 1 | 6 | 10 |
| **9A** | 3 | 4 | | 4 | 2 | | 6 | 10 |
| **9B** | 4 | 4 | | 4 | 2 | | 6 | 10 |
| **10** | 94 | 4 | | 4 | | | 4 | 8 |
| **11** | 144 | 4 | | 4 | | | 4 | 8 |
| **12** | 63 | 4 | 8 | | | | 8 | 12 |
| **13** | 29 | 4 | 8 | | | | 8 | 12 |
| **14** | 12 | 3 | 8 | | | | 8 | 11 |
| **16A** | 40 | 2 | | 4 | 2 | | 6 | 8 |
| **17** | 24 | 0 | | 4 | 2 | | 6 | 6 |
| **18** | 13 | 2 | | 4 | 2 | | 6 | 8 |

[1]Winter harvest required to limit potential soil disturbance because of wet soil conditions and subsurface water.

## Comparison of Effects between Action Alternatives

The total project related detrimental soil disturbance is proportional to the total harvest activity acres. Alternatives 3 and 4 would harvest fewer acres than Alternative 2 and there would be proportionately less soil disturbance as shown in Table 3.80. No detrimental disturbance is expected as a result of the prescribed burning.

**Table 3. 80 - Estimated Cumulative Acres of Detrimental Disturbance in Harvest Area**

| | Alternative 2 Acres | Alternative 3 Acres | Alternative 4 Acres |
|---|---|---|---|
| Total Harvested Area | 1263 | 889 | 681 |
| Disturbance from Past Activities | 37 | 22 | 22 |
| Proposed Project Disturbance | 89 | 49 | 41 |
| Total Cumulative Disturbance | 126 | 71 | 62 |

### Effects of Potential KV Watershed Improvement Projects

Under all action alternatives there is the potential of implementing KV improvement projects with funds generated from the timber sale. A potential project is to rehabilitate existing old logging roads and skid trails in the sale area. The rehabilitation work would depend on the post-harvest conditions. The existing roads and trails would be used for equipment access so no additional disturbance would occur. Rehabilitation may benefit the soil resource by decompacting soil and adding organic material, but the benefit would be small due to the limited extent of areas treated. Another potential project would be to rehabilitate landing areas primarily by scarifying and seeding. Although this would improve infiltration and reduce noxious weeds no significant improvement in detrimental soil conditions is expected due to the high level of disturbance typically found in most landing areas.

## Consistency with the Forest Plan and Other Management Direction

The Multiple Use Sustained Yield Act and the National Forest Management Act require that lands be managed to prevent permanent damage to the soil resource. The proposed project is consistent with this direction. Detrimental soil disturbance caused by the proposed activities would not be permanent or irreversible because recovery would occur over time.

The R1 Supplement requires that activities be managed so that detrimental disturbance does not exceed 15 percent. One hundred and seventy five harvest units were monitored between 2006 and 2010 (KNF 2011a). Less than one percent of these units exceeded 15 percent detrimental disturbance. The majority of units had less than 6 percent detrimental disturbance. The activity areas proposed in the action alternatives are expected to comply with the R1 Supplement by not exceeding 15 percent detrimental soil disturbance and retaining recommended levels of CWD.

The Kootenai Forest Plan requirement that effects on soil productivity be evaluated for each project using heavy equipment is satisfied by this analysis. The Forest Plan requirement that SWCPs will be incorporated into all land use and project plans is satisfied by incorporation of BMPs as listed in Appendix D - Best Management Practices. The SWCPs that correlate to the BMPs are listed in Appendix D. As required by the Forest Plan Appendix D includes BMPs that require that the area subject to compaction and displacement by logging operations be minimized.

BMP implementation and effectiveness are monitored and documented on the Kootenai National Forest. Forest plan monitoring data shows that for all 54,275 BMP practices rated between 1991 and 2011, BMPs were effective 95 percent of the time (KNF 2011b).

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will not contribute additional soil disturbance and will have no effect to the soils resource.

### Statement of Findings

Soil resources would be adequately protected under all alternatives in accordance with the regulatory framework. There would be some detrimental disturbance from skidding, temporary road construction and landing construction. The cumulative detrimental disturbance in any activity area is expected to be less than 15 percent of the activity area. Because there would fewer total acres harvested under Alternatives 3 and 4 than under Alternative 2 there would be proportionately fewer acres detrimentally disturbed by these two alternatives. The prescribed burns are expected to result in less than one percent detrimental soil disturbance across the burn unit areas and effects would be the same under all action alternatives. The road decommissioning would result in accelerated soil restoration on 14 acres under all three action alternatives.

# Noxious Weeds

## Introduction

This section addresses the existing condition and the effects of the alternatives on the noxious weeds of the Buckhorn project area. The term “noxious” is a legal designation. To be considered noxious, a plant species must be listed by a state or county in their noxious weed list. The Montana list is provided below.

## Regulatory Framework

The Montana Local County Weed Act (MCA 7-22-2116) states “it is unlawful for any person to permit any noxious weed to propagate or go to seed on the person’s land, except that any person who adheres to the noxious weed management program of the person’s weed management district or who has entered into and is in compliance with a noxious weed management agreement is considered to be in compliance with this section.” The Kootenai National Forest (KNF) has entered into an agreement with Lincoln County in the form of a Memorandum of Understanding (MOU). This MOU states “the purpose of this agreement is to document the sharing of expenses and materials between the Forest Service and the County to accomplish mutually beneficial objectives related to the control of invasive and noxious weeds on National Forest System (NFS) lands and/or private lands” within specific provisions and in accordance with a Financial and Operating Plan. The noxious weed list for Montana, effective as of September 2010 is included in Table 3.81 below.

**Table 3. 81 - Montana Noxious Weed List**

| Priority Level | Description of Priority significance and associated weed species |
|---|---|
| Priority 1A | These weeds are not present in Montana. Management criteria will require eradication if detected; education; and prevention.<br>- Yellow starthistle (*Centaurea solstitialis*) |
| Priority 1B | These weeds have limited presence in Montana. Management criteria will require eradication or containment and education.<br>- Dyer's woad (*Isatis tinctoria*)<br>- Flowering rush (*Butomus umbellatus*)<br>- Japanese knotweed complex (*Polygonum spp.*)<br>- Purple loosestrife (*Lythrum spp*.)<br>- Rush skeletonweed (*Chondrilla juncea*)<br>- Eurasian watermilfoil (*Myriophyllum spicatum*)<br>- Scotch broom (*Cytisus scoparius*)<br>- Curlyleaf pondweed (*Potamogeton crispus*) |
| Priority 2A | These weeds are common in isolated areas of Montana. Management criteria will require eradication or containment where less abundant. **Management shall be prioritized by local weed districts.**<br>- Tansy ragwort (*Senecio jacobaea*)<br>- Meadow hawkweed complex (*Hieracium spp*.)<br>- Orange hawkweed (*Hieracium aurantiacum*)<br>- Tall buttercup (*Ranunculus acris*)<br>- Perennial pepperweed (*Lepidium latifolium*)<br>- Yellowflag iris (*Iris pseudacorus*)<br>- Blueweed (*Echium vulgare*)<br>- Hoary alyssum (*Berteroa incana*) |
| Priority 2B | These weeds are abundant in Montana and widespread in many counties. Management criteria will require eradication or containment where less abundant. **Management shall be prioritized by local weed districts.**<br>- Canada thistle (*Cirsium arvense*)<br>- Field bindweed (*Convolvulus arvensis*)<br>- Leafy spurge (*Euphorbia esula*)<br>- Whitetop (*Cardaria draba*)<br>- Russian knapweed (*Centaurea repens*)<br>- Spotted knapweed (*Centaurea stoebe* or *maculosa*)<br>- Diffuse knapweed (*Centaurea diffusa*)<br>- Dalmatian toadflax (*Linaria dalmatica*)<br>- St. Johnswort (*Hypericum perforatum*)<br>- Sulfur cinquefoil (*Potentilla recta*)<br>- Common tansy (*Tanacetum vulgare*)<br>- Oxeye daisy (*Chrysanthemum leucanthemum or Leucanthemum vulgare*)<br>- Houndstongue (*Cynoglossum officinale*)<br>- Yellow toadflax (*Linaria vulgaris*)<br>- Saltcedar (*Tamarix spp*.) |

| Priority Level | Description of Priority significance and associated weed species |
|---|---|
| Priority 3 | Regulated Plants: (NOT MONTANA LISTED NOXIOUS WEEDS)<br>These regulated plants have the potential to have significant negative impacts. The plant may not be intentionally spread or sold other than as a contaminant in agricultural products. The state recommends research, education and prevention to minimize the spread of the regulated plant.<br>- Cheatgrass (*Bromus tectorum*)<br>- Hydrilla (*Hydrilla verticillata*)<br>- Russian olive (*Elaeagnus angustifolia*) |

**Executive Order 13112 of 1999** directs federal agencies to prevent the introduction of invasive species; detect and respond rapidly to and control populations of such species in a cost-effective and environmentally sound manner; to monitor invasive species populations accurately and reliably; to provide for restoration of native species and habitat conditions in ecosystems that have been invaded; to conduct research on invasive species and develop technologies to prevent introduction; and to provide for environmentally sound control of invasive species; and promote public education on invasive species and the means to address them. The agencies are also not to authorize, fund or carry out actions that are likely to cause or promote the introduction and spread of invasive species. All these actions are subject to the availability of appropriations.

The **Federal Noxious Weed Act of 1974** directs each federal agency to establish and adequately fund an undesirable plants management program, complete and implement cooperative agreements with State agencies regarding the management of undesirable plant species on Federal lands under the agency's jurisdiction, and establish an integrated management system to control or contain undesirable plant species targeted under cooperative agreements.

The **Federal Insecticide Fungicide and Rodenticide Act (FIFRA) Public Law 92-516** requires all pesticides to be registered with the EPA. It also states that it is unlawful to use any registered pesticide in a manner inconsistent with its labeling.

The **Carlson-Foley Act, Public Law 90-583 of 1968** authorizes and directs heads of Federal Departments and Agencies to permit control of noxious plants by State and local governments on a reimbursement basis in connection with similar and acceptable weed control programs being carried out on adjacent non-federal land. In other words, this act permits county and state officials to manage noxious weeds with herbicides on Federal lands and to be reimbursed for that management, given that other applicable laws such as NEPA are also met.

**Public Law 94-579, the Federal Land Policy and Management Act of 1976**, provides authority to control weeds on rangelands as part of a rangeland improvement program.

The **Kootenai National Forest Plan** lists Forest wide goals in Chapter II of the plan. On page II-2, goal #23 states:

> "Attempt to stop the spread and suppress the existing levels of noxious weeds through land management and weed suppression activities. An integrated pest management program including the use of herbicides will be used in accordance with the Noxious Weed Treatment Program Final Environmental Impact Statement for the Kootenai National Forest (July 1986)."

The noxious weed direction found in the Kootenai National Forest Plan EIS and ROD have been superseded by the Kootenai National Forest Invasive Plant Management EIS and ROD of 2007.

Additionally, under Forest Plan Objectives, on page II-10, under the heading of Protection, the Plan states:

> "The use of biological agents, insecticides, or herbicides will be considered as protection and management alternatives in project environmental analyses.
>
> "Through land management practices and coordination with Local, State, and other Federal agencies, the Forest will attempt to control the spread of noxious weeds on National Forest System lands. This will include, but not necessarily be limited to preventive, physical, chemical, and biological means, as well as through public awareness. Any use of herbicides will include procedures outlined by NEPA.
>
> "Disturbed sites are the primary sites for noxious weed invasion. To help control the spread of noxious weeds, all roads, including the surfaces of roads that are closed for significant time periods, will be revegetated. Project planning will consider the need for revegetation on excavated/designated skid trails, landings and other areas of surface disturbance."

The Forest Plan Monitoring and Evaluation Plan includes monitoring item D-2, under the heading of Range. The objective of this item is to identify changes in noxious weed infestations. Three variables that "initiate further action" are listed. They are a 10 percent increase in number of acres infested; a 10 percent increase in density of existing infestations; and a change in the diversity of noxious weed species.

**Forest Service Manual (FSM) 2080** (USDA 2001) has been replaced by FSM 2900 (USDA 2011) which stipulates that all proposed projects analyze potential weed risk and ensure that unnecessary increases of weeds do not occur. FSM 2900 states "Management activities for aquatic and terrestrial invasive species (including vertebrates, invertebrates, plants, and pathogens) will be based upon an integrated pest management approach on all areas within the National Forest System, and on areas managed outside of the National Forest System under the authority of the Wyden Amendment (P.L. 109-54, Section 434), prioritizing prevention and early detection and rapid response actions as necessary." Strategic objectives listed include prevention, early detection and rapid response (EDRR), control and management, restoration, and organizational collaboration.

**Forest Service Handbook (FSH) 2109.14**, the Pesticide-Use Management and Coordination Handbook, guides the use of pesticides on NFS lands.

Table 3.82 lists the species of concern on the Kootenai National Forest (Kootenai National Forest 2002). This list was developed prior to development of the current Montana noxious weed list (2010) which dropped common crupina and poison hemlock. Common crupina was dropped because monitoring over time appeared to show that the species was not able to establish in habitat available in Montana. Poison hemlock, which is different than the native water hemlock though both are quite poisonous, was dropped from the Montana list as a result of confusion about which species was listed, and that the target species was actually native (Burch personal communication). Because the Forest is on the western border of Montana, some species that are a problem in Idaho and Washington have been added to the Forest list of concern. These include

species such as plumeless thistle and bugloss. The Montana noxious weed list has added several species that have become a threat within the state. These species are flowering rush, curlyleaf pondweed, perennial pepperweed, and yellowflag iris. Future revisions of the Forest invasive plant species of concern list will likely include these species.

**Table 3. 82 - Noxious and Invasive Plant Species of Concern on the Kootenai National Forest**

| | |
|---|---|
| **Category 3 - Potential invaders**, not known to occur – high probability of causing economic and environmental damage; goal is to prevent and eradicate promptly, if found. | |
| Flowering rush | *Berteroa incana* |
| Hoary allysum | *Butomus umbellatus* |
| Plumeless thistle | *Carduus acanthoides* |
| Yellow starthistle | *Centaurea solstitialis* |
| Common crupina | *Crupina vulgaris* |
| Dyer's woad | *Isatis tinctoria* |
| Purple loosestrife | *Lythrum salicaria* |
| Eurasian watermilfoil** | *Myriophyllum spicatum* |
| Saltcedar | *Tamarix spp.* |
| **Category 2 - New Invaders –** high probability of causing severe economic and environmental damage; goal is to eradicate small infestations and reduce larger infestations. Divided into subcategories based on size and number of known populations. | |
| Bugloss | *Anchusa officinalis* |
| White briony | *Bryonia alba* |
| Whitetop (hoarycress) | *Cardaria draba* |
| Musk thistle | *Carduus nutans* |
| Meadow knapweed | *Centaurea pratensis* |
| Russian knapweed | *Centaurea repens* |
| Dwarf snapdragon | *Chaenorrhinum minus* |
| Rush skeletonweed | *Chondrilla juncea* |
| Chicory | *Cichorium intybus* |
| Poison-hemlock | *Conium maculatum* |
| Scot's broom | *Cytisus scoparius* |
| Blueweed | *Echium vulgare* |
| Russian olive | *Elaeagnus angustifolia* |
| Leafy spurge | *Euphorbia esula* |
| Spotted cat's-ear | *Hypochaeris radicata* |
| Kochia | *Kochia scoparia* |
| Dalmatian toadflax | *Linaria dalmatica* |
| Yellow toadflax | *Linaria vulgaris* |
| Scentless chamomile | *Matricaria maritima var. agrestis* |
| Scotch thistle | *Onopordum acanthium* |
| Japanese knotweed | *Polygonum cuspidatum* |
| Tall buttercup | *Ranunculus acris* |
| Tansy ragwort | *Senecio jacobaea* |
| **Category 1 - Established and widespread -** high probability of causing severe economic and environmental damage; goal is to contain inside infested area and reduce plant populations. | |
| Common burdock | *Arctium minus* |
| Absinth wormwood | *Artemisia absinthium* |
| Cheatgrass | *Bromus tectorum* |
| Diffuse knapweed | *Centaurea diffusa* |
| Spotted knapweed | *Centaurea maculosa* |
| Oxeye daisy | *Chrysanthemum leucanthemum* |
| Canada thistle | *Cirsium arvense* |
| Field bindweed | *Convolvulus arvensis* |
| Common hound's-tongue | *Cynoglossum officinale* |
| Orange hawkweed | *Hieracium aurantiacum* |
| Meadow hawkweed complex (Yellow hawkweed, king devil hawkweed, mouse-ear hawkweed, meadow hawkweed) | *Hieracium sp. (H. caespitosum, H. floribundum, H. piloselloides, H. pretense)* |
| Common St. John's-wort | *Hypericum perforatum* |
| Sulfur cinquefoil | *Potentilla recta* |

| **Category 1 - Established and widespread -** high probability of causing severe economic and environmental damage; goal is to contain inside infested area and reduce plant populations (conti.) | |
|---|---|
| Common tansy | *Tanacetum vulgare* |
| Mullein | *Verbascum spp.* |
| Germander speedwell | *Veronica chamaedrys* |
| Common speedwell | *Veronica officinalis* |

****** Eurasian watermilfoil has since been located in the Noxon Reservoir on the Kootenai National Forest, Cabinet Ranger District. Future revisions of this list would move watermilfoil to category 2.

Kootenai National Forest Noxious Weed Handbook 2008

## Analysis Area and Scope of Analysis

The analysis area for noxious weeds is the Buckhorn project area.

## Methodology

This analysis considers information from weed surveys, project area herbicide application records, and field visits within the project area as well as experience across the District and Forest. Forest Plan monitoring reports provide summary information for the Forest over a number of years. Activities likely to spread noxious weeds are quantified, and design features identified to reduce weed spread. An estimate of acres of soil disturbance is made based on the soil analysis for this project. A comparison of acres of soil disturbance by alternative is then made.

## Affected Environment

### Existing Condition

For a number of years, the KNF completed roadside weed surveys while searching for new invader weed species such as rush skeletonweed. These surveys were used to monitor trends in noxious weed infestation across the Forest. Table 3.83 shows the findings from the 2002 KNF Roadside Weed Survey (USDA FS 2003).

**Table 3. 83 - 2002 KNF Roadside Weed Survey***

| Weed Species | Percent of Roadside surveys that detected weed species |
|---|---|
| Spotted Knapweed (*Centaurea maculosa)* | 83 |
| Canada thistle (*Cirsium arvense)* | 74 |
| Oxeye daisy (*Chrysanthemum leucanthemum)* | 62 |
| Hawkweed (*Hieracium spp).* | 55 |
| St. John's-wort (*Hypericum perforatum)* | 52 |

* 2002 represents the latest available data for this type of survey.

The above composition of weed species is generally descriptive of the Buckhorn Planning Subunit. Records from 2007-2011 weed spraying seasons document established populations of


FS-047042

state listed noxious weeds and regulated plants in the project area including the species listed above as well as common tansy (Tanacetum vulgare) and common mullein (Verbascum thapsus).

Roadsides have generally been the first areas infested with weeds over the last several decades, with some species staying largely on roadsides and disturbed sites, and others spreading out into other undisturbed or only lightly disturbed areas. Orange hawkweed and the meadow hawkweed complex (several yellow exotic hawkweed species) have been the most invasive in both disturbed and undisturbed areas within the project area. In many cases, hawkweeds have spread from roadsides into harvest units of various ages, and have colonized old road beds.

**Spotted knapweed** is a very successful invasive plant in the project area in addition to being the number one problem weed on rangeland in western Montana. It was introduced from Europe as a contaminant in alfalfa crop seed (Muller et al. 1988) and in soil used as ships' ballast (Roche and Talbott 1986 as cited in Sheley and Petroff 1999 pg. 351). Knapweeds may be annuals, biennials, or perennials, meaning they take one, two, or more years, respectively, to complete their life cycle (Wilson and Randall 2005). Like other invasive plants, knapweeds are prolific seed producers; a robust plant can produce tens of thousands of viable seeds in one growing season. Knapweed seeds are known for their longevity and durability and have the potential to germinate shortly after maturity. Several studies have shown that knapweed seeds are readily transported by vehicles travelling through infested areas (Trunkle and Fay 2010, Taylor and Rew 2011). Once established, spotted knapweed is able to form monotypic stands because its age class hierarchy allows it to occupy all available niches. It is believed to produce allelopathic chemicals which render the soil unfit for competing plants; this helps it occupy a habitat as a monoculture, excluding all other vegetation (Bais et al. 2003). Knapweed infestations have been shown to increase soil erosion and sediment loss, and to reduce surface water quality compared to native species compositions (Lacey and Marlow 1990). The enemy release hypothesis states that plant species, when introduced to a new region, experience a decrease in regulation by herbivores and other natural enemies, resulting in a rapid increase in plant distribution and abundance (Keane and Crawley 2002). Classical biological control (biocontrol) re-unites invasive plants with their host-specific natural enemies, usually insects, from the plants' native range. These natural enemies have been quarantined and extensively tested to ensure that they will not attack non-target plants. Biocontrol agents may feed on a weed's flowers, seeds, roots, foliage, and/or stems. At many locations in Montana, knapweed biocontrols have succeeded in reducing seed production and plant densities (Duncan et al. 2001).

The deceptively named **Canada thistle** is actually native to North Africa and Eurasia. It was reported in 1952 to infest more acreage than any other noxious weed in the states of Idaho, Montana, Oregon, and Washington (Rees et al. 1996). It is present in the project area in disturbed sites such as roadsides and old harvest landings. Biocontrols have been released in the Yaak but their establishment and impact have not been documented or monitored.

**Oxeye daisy** is prevalent throughout the project area. Monitoring across the Forest has indicated that this is one of the most prevalent noxious weeds on the Forest. Grazing encourages the spread of this weed because livestock avoid it and graze competitive grasses (Olson and Wallander in Sheley and Petroff 1999). The potential for soil erosion is higher in areas with high levels of oxeye daisy because bare soil is prominent (Ibid). Plants produce as many as 26,000 seeds per year, and these seeds are long-lived, with 82 percent of seeds still viable after 6 years, and 1 percent of seed still viable after 39 years (Ibid). No biological controls are available for this species.

Invasive hawkweeds, including **orange hawkweed** (Hieracium aurantiacum), and the **meadow hawkweed** complex possess several adaptations which give them a competitive advantage over native plants. These include multiple modes of reproduction including seeds, rhizomes, stolons, and adventitious root buds (Wilson and Callihan in Sheley and Petroff 1999). Originally from northwestern Eurasia, orange hawkweed has successfully colonized North America from Alaska to Florida (USDA PLANTS database), probably through multiple introductions as a showy flower in gardens. The orange hawkweed found in the project area is genetically identical to orange hawkweed found in an area of Czech Republic, where it is believed to have originated (Loomis and Fishman 2009). This area is characterized by temperate forest and high mountain meadows and lies at almost exactly the same latitude and elevation range as the project area. This means orange hawkweed is pre-adapted to many of the conditions it finds here, which helps to explain why it is thriving in northwest Montana. Like spotted knapweed, the exotic hawkweeds are believed to release allelopathic chemicals into the surrounding soil that can kill neighboring plants (Makepeace et al. 1985). The invasive hawkweeds are known to produce allelopathic pollen that can inhibit a competitor's seed germination, seedling emergence, sporophytic growth, or sexual reproduction (Murphy and Aarssen 1995).

The signature feature of an established hawkweed infestation is a dense mat of vegetation in which no other forbs or grasses can survive. Hawkweed seeds are small and ribbed, with minute barbs that facilitate hitching a ride on animal fur or your shoelaces; and with a pappus, a parachute-like structure of fine hairs for wind dispersal.

Orange hawkweed and the meadow hawkweed complex can quickly colonize disturbed or compacted soil areas in succession, with orange being the pioneer and the yellow hawkweeds filing in the gaps. Hawkweeds do not require any soil disturbance to invade into an established native plant community where they can begin to completely take over (McDougall and Michelmore 2009). At least five species of biocontrol insects have been released in New Zealand where hawkweed is found in pastures, roadsides, and national parks. However, there are no hawkweeds native to New Zealand. Here in Montana there are several native hawkweed species, and as many as 14 native species exist in western North America. For this reason, development of biological controls that will not attack native hawkweeds has been difficult. As a result, only one type of biocontrol insect has been released in the United States. This insect is a gall wasp (Aulcidea subterminalis) that lays its eggs in the stolons of exotic hawkweeds. Native hawkweeds lack this stolon and thus, are not attacked. Several releases of this insect have been made on the Forest; none of these have been in the project area or on the District.

**St. John's-wort**, also known as goatweed or Klamath weed, is a perennial, herbaceous plant with many flowers. Seed production averages between 15,000-33,000 seeds per plant (Piper in Sheley and Petroff 1999) and the seeds can persist in the soil for many years. The species also reproduces asexually. Seeds are disseminated short distances by wind (Tisdale et al. 1959) or longer distances through adherence to animals, facilitated by a gelatinous seed coat, ingestion by animals, water movement, and human activities (Piper in Sheley and Petroff 1999).

References often describe St. John's-wort as a species of rangelands, but it is also common in forest openings on the district. In the Buckhorn project area, this species is found on many of the roads. The Klamath beetle, a biological control insect, is established on this weed on portions of the district.

**Common tansy** is a large perennial forb growing up to six feet tall and producing up to an estimated 50,000 seeds per plant. It also reproduces via rhizomatous roots and prefers soil disturbance. It is toxic to horses and cattle. It exists in sporadic patches on roadsides and landings within the project area. Biological controls are not yet available for this species.

No new invader weed species such as rush skeletonweed are known to occur within the project area.

## Desired Condition

Historically, noxious and invasive plant species did not occur in the project area. The ideal desired condition would bring the project area back to natural or historic conditions with native plant communities in pre-settlement abundance and a complete absence of noxious weeds or other invasive species. As this ideal condition is potentially unrealistic, the next most desirable condition would be for noxious and invasive species to be suppressed through a variety of management methods to the point of no longer dominating plant communities, and being replaced by native plant species to the extent possible.

## Noxious Weed Control

Since the mid 1990's, the Three Rivers Ranger District has had an Integrated Weed Management program. Integrated Weed Management refers to weed management that employs a variety of control measures such as herbicides, hand pulling, and biological control. These efforts have resulted in some roads being converted from long contiguous patches of seed-bearing weed infestation to native forbs along with native and exotic grasses with a lower component of invasive weeds than was previously the case. Distribution of biocontrol agents for spotted knapweed continues to reduce the dominance of that species in some parts of the district. Integrated Weed Management recognizes that prevention is the least expensive management alternative, and prioritizes education and awareness of our human ability to spread invasive species in our everyday outdoor activities. It also includes a component known as Early Detection and Rapid Response (EDRR) to high priority new invader species that have the potential to spread quickly and cause significant negative economic or ecological impact. EDRR is sometimes referred to as the second line of defense after prevention. The goal of EDRR is containment and eradication of these new invader species.

### *Recent Weed Control Measures:*

**Table 3. 84 – 2007-2013 Herbicide Treatment in the Buckhorn Project Area**

| Drainage Location | Application Site and Year | Acres | Spot or Broadcast |
|---|---|---|---|
| **2007** | | | |
| Yaak River/Spread Creek | Whitetail Face Rd 5932 | 2.20 | Broadcast |
| Spread Creek | Spread Creek Rd 435 | 4.00 | Broadcast |
| Spread Creek | Whitetail Face E spur 5932E | 3.00 | Broadcast |

| Drainage Location | Application Site and Year | Acres | Spot or Broadcast |
|---|---|---|---|
| **2009** | | | |
| Pete Creek | Whitetail Face Rd 5932 | 6.75 | Broadcast |
| Yaak River | Whitetail Face Rd 5932 | 27.75 | Broadcast |
| Meadow Creek | Redtop Cyclone Rd 393 | 18.00 | Broadcast |
| Spread Creek | Spread Creek Rd 435/ Whitetail Rd. 5932 | 2.00 | Spot |
| **2010** | | | |
| Meadow Creek | North Fork Meadow Rd 5961 | 12.75 | Broadcast |
| Spread Creek | Beetle Creek Rd 748 | 13.00 | Broadcast |
| Spread Creek | Beetle Creek Rd. 748 and 748C | 2.25 | Broadcast |
| Spread Creek | Spread Creek Rd. 435 | 20.50 | Broadcast |
| Pete Creek | Slim Creek Rd. 5874 | 15.00 | Broadcast |
| Spread Creek | Upper Whitetail Rd 5932, 5932E | 2.50 | Spot |
| Yaak River/Meadow Creek | Forest Creek Rd 393 | 2.75 | Broadcast |
| Meadow Creek | Meadow Creek Rd. 524 | 24.00 | Broadcast |
| **2011** | | | |
| Hellroaring Creek | Baldy Mountain Lookout Rd 591 | 15.75 | Broadcast |
| Hellroaring Creek | Hellroaring Creek Rd. 745 | 9.50 | Broadcast |
| **2013** | | | |
| Spread Creek | Left Spread Rd. 5955 | 10.50 | Broadcast |
| Spread/Whitetail Creek | Upper Whitetail Rd. 5932E, 5932D | 6.50 | Spot |
| Whitetail Creek | Whitetail Face 6135 | 4.00 | Spot |
| **Total** | | **202.70** | |

**Biological Control in the Project Area:** In 2012, eight releases of *Cyphocleonus achates*, commonly known as the knapweed root weevil, were made in the project area along the Yaak Highway at the northeast portion of the project area. This species has been successfully established in Lincoln County. It mines and galls the central vascular tissue of the roots (Rees et al. 1996). Monitoring results at other locations indicate that this biological control agent is associated with reduced density of spotted knapweed at release sites where the insect successfully establishes (Sturdevant et al. 2006) though showing a direct cause and effect relationship is difficult. Another study in Canada concludes that knapweed biocontrol is the most plausible reason for declines of spotted and diffuse knapweeds there (Gayton 2012).

Knapweed root weevils have been established in Libby, Montana, in large enough quantities for collection and redistribution. These collections generally also gather Larinus minutus, or lesser knapweed flower weevil, which also are found in large numbers at the collection site. This species is originally from Greece and attacks the seed head, reducing seed production.

Another biological control species for spotted knapweed, the banded gall fly (*Urophora sp.*) is well established in the project area. This species also attacks the seed head and reduces seed production.

**Agapeta zoegana**, also known as the sulphur knapweed moth, has been released on the District, and is established as close to the project area as Hensley Hill. This species attacks the roots of spotted knapweed.

Biological controls for Canada thistle have also been released on the District. *Ceutorhynchus litura* is another stem boring weevil that allows other insects and pathogens to attack the plant and reduce its vigor. *Urophora cardui*, the thistle stem gall fly, has also been released on the district. This species damages the host by creating a gall that looks like a small green crab apple in the middle of the stem (Rees et al. 1996), reducing overall plant vigor. This species has been released in the vicinity of Meadow Creek along the Yaak highway. No monitoring has been completed to examine establishment or impact from these biological controls.

In general, biological controls need large infested areas, ideally of ten acres or more, to establish and thrive. Most weed infestations on the district are linear along road systems. These are not ideal locations for establishment of biocontrols, and can be managed with periodic herbicide application in many cases. Biological controls are ideally suited to weeds that are already well established. Biological controls are not effective for eliminating new invader weed species.

## Environmental Consequences

### Alternative 1 - Direct and Indirect Effects

This alternative would not implement any of the management activities described in Chapter 2. Noxious weed management would proceed in the project area in accordance with the KNF Invasive Plant Management EIS and ROD and as funding and priorities allow. No new soil disturbance or overstory removal would be implemented, thus the potential for noxious weed spread would not be increased in the short-term. Long-term effects are less obvious or certain. Stands would continue to be unnaturally dense, fuel ladders would remain present, susceptibility to bark beetles and other forest pathogens would remain high, western larch and white pine stands would not be restored, fuel loadings would remain high, browse for wildlife would not be regenerated, and timber products would not be contributed to the economy. While minimization of soil disturbance and maximization of tree canopy would help reduce the total area susceptible to weed infestation in the short term, long-term effects regarding weeds would likely be detrimental. Lack of management of extremely dense stands would ultimately result in more intense wildfires at some unknown future time. These more intense fires are more conducive to establishment of noxious and invasive plant species than lower intensity prescribed burning. So a lack of management now may have the long-term effect of higher disturbance due to fire. Higher disturbance would result in a risk of greater spread of noxious weeds.

## Cumulative Effects

Activities throughout the proposed treatment area have affected the spread of weeds. Past soil disturbing activity and vehicle traffic have helped spread noxious weeds into the analysis area; this would include areas of past logging and road building and maintenance activities. Recreation, private development, construction of or burying utility lines, fire-fighting efforts, and management burning have also contributed to the spread of weeds in the area. Equipment washing, required in all timber sale contracts and special use permits since the late 1990's has greatly reduced introductions of weed seed from some of these sources.

Currently all open and gated roads within the project area are listed for noxious weed treatment on a rotational basis in the district pesticide use proposal, under the 2007 KNF Invasive Plant Management EIS and ROD. This management would continue. Releases of biocontrol agents would similarly continue as availability and priorities across the District dictate. Management of noxious weeds is also prioritized at recreation areas and project-area trailheads and trails. Active gravel pits containing established weed populations are a priority for treatment, in order to reduce the number of seeds and other reproductive plant parts that will be transported elsewhere in material for road construction, maintenance, and improvement.

Weed dispersal events would still continue in the project area due to existing populations and dispersal activities including vehicle travel, activities on adjacent private lands, and various natural modes of seed dispersal such as wind, water, animals, and the vegetative spread of adventitious roots, buds, and shoots.

Biological control agents already present in the project area will continue to establish and reduce the vigor of project area weeds, giving native species a slightly better chance to compete and reoccupy infested sites on some level. As more biological control agents become available and established in the project area, the potential for reducing the dominance of noxious weeds will increase.

## Alternative 2 – Direct and Indirect Effects

As described in Chapter 2, Alternative 2 proposes approximately 1,263 acres of timber harvest, including 13 acres of intermediate harvest and 1,250 acres of regeneration harvest, along with associated fuels treatments. Alternative 2 also proposes prescribed burning on approximately 11,623 acres and 21 miles of road stabilization work for watershed improvement. Approximately 1 mile of temporary road construction would be required to access these units. Road maintenance work would be completed on approximately 23 miles of haul route. Maintenance work would include weed treatment with herbicide as approved under the Kootenai National Forest Invasive Plant Management ROD (2007).

**Effects of Timber Harvest:** Timber harvest may result in soil disturbance. The amount of soil disturbance depends on the season of harvest, the soil and vegetation types, logging system, and soil moisture. Timber harvest is designed to feasibly harvest timber while still protecting soil and keeping detrimental disturbance to less than 15 percent of the harvest area. Disturbed areas of soil are vulnerable to noxious weed infestation. Design features that minimize soil impacts also help minimize areas vulnerable to weed infestation. Conversely, treatment areas with the highest levels of soil disturbance are most vulnerable to weed infestation. Table 3.75 in the soils section shows average soil disturbance by harvest type on the Forest as determined by field monitoring. As is displayed in the table, summer tractor operations have higher soil disturbance than other

logging systems, and therefore have the highest potential for increasing weed spread. Approximately 42 percent of harvest operations in the project are proposed to be winter logged, on frozen ground, which will minimize soil disturbance and therefore weed spread.

Regeneration harvest areas are more susceptible to weed infestation than partial harvest treatments due to higher levels of sunlight reaching the forest floor. Within the project area, past regeneration harvest units with depauperate understories (very little understory vegetation due to very little light reaching the forest floor prior to harvest) have partially revegetated to noxious weeds and ruderal species (both native and non-native non-invasive) after harvest. Monitoring in the project area has found that weeds are suppressed by the growth of new trees as they reach pole timber size and native vegetation does return.

Regeneration harvest in stands with established understory vegetation does not necessarily result in weed infestations. The extent of weed invasion into these treatment areas is more related to amount of soil disturbance (more disturbance results in more potential for weeds) and whether weed seed is transported onto disturbed soils from adjacent areas. Washing of logging equipment to remove weed seed, and spraying of weeds adjacent to or within harvest units is prescribed to reduce the spread of weeds into harvest units.

Fourteen harvest units are proposed for summer harvest in Alternative B for a total treatment area of approximately 731 acres. Excavator piling of summer logged units also adds an average of 2 percent detrimental soil disturbance to approximately 483 acres. These summer log units may also be winter logged at the discretion of the contractor, which would result in reduced soil disturbance. Mandatory winter logged units that include summer excavator piling would have another 2 percent detrimental soil disturbance on 314 acres (See Table 2.3 in Chapter 2 for a list of harvest methods, seasons and fuels treatment by unit).

Table 3.77 in the Soil Resource section of this Chapter shows estimated disturbance for each proposed harvest unit in Alternative 2, based on an estimation of existing disturbance, harvest method and season of harvest. Table 3.85 below calculates estimated total soil disturbance from timber harvest for all of the action alternatives and includes the estimated disturbance from proposed temporary roads. These numbers are estimates based on monitoring of projects on Forest, and are most useful for comparing disturbance levels across alternatives. For Alternative 2 it is estimated that 89 acres will have detrimental disturbance from proposed timber harvest and fuels treatment activities.

**Table 3. 85 – Estimated Soil Disturbance from Harvest Related Activities**

| | Alternative 2 (Acres) | Alternative 3 (Acres) | Alternative 4 (Acres) |
|---|---|---|---|
| Total Harvested Area | 1,263 | 889 | 681 |
| Disturbance from Past Activities | 37 | 22 | 22 |
| * Proposed Project Disturbance | 87 | 45 | 37 |
| Total Cumulative Disturbance | 117 | 67 | 59 |

* Proposed project disturbance includes estimated soil disturbance from temporary roads.

Design features included in Chapter 2 of this document will reduce the potential for noxious weed spread into timber harvest units. These features include: spraying haul routes as needed to reduce

or eliminate noxious weed seed adjacent to harvest units; washing all off-road logging equipment and all road maintenance equipment prior to entry on NFS lands.

**Effects of Prescribed Fire:** Underburning to reduce fuels can increase risk of weed spread or establishment by exposing bare soil, and reducing native plants and the competition needed to help keep weeds in check. However, broadcast burning within prescription, or selectively piling and burning in within prescription (high soil moisture levels), has little or no effect on the surface soil material (Meurisse 1996 as quoted in Kuennen 2007). The effect of fire on noxious weed spread varies with burn intensity, composition of understory vegetation, and presence or absence of weeds in the pre-fire stand. Most of the noxious weed infestations have been found to occur along roads within the project area, and design features are included for this project that includes pre-spraying of these infestations before the project occurs. The prescribed burning proposed in this project is designed to reduce fuel loadings while still maintaining a healthy overstory. Because burn severities would generally be low, the post-burn stands would maintain healthy understory plant communities and any soil exposure would be spotty, small, and short-lived, and less vulnerable to weeds than intensely burned stands. Therefore proposed burning should only slightly increase the risk of weed spread as compared to current conditions.

Fuels augmentation, in the form of slashing smaller understory trees, is proposed in burns D, E, G, H, I, and K. This slashing is designed to achieve objectives of burning by helping fire spread throughout the burn and by reducing potential for crowning of desirable overstory trees. Because no soil disturbance or seed dispersal is likely from this activity, the slashing will not result in additional affects to weed spread in these burns.

**Effects of Road Storage and Decommissioning for Watershed Stabilization:** In the short term, road storage and decommissioning work may increase the spread of on-site noxious weeds and increase the risk for transport off site through seeds in dirt attached to equipment leaving the site. The disturbance from ripping the road surface and removing or installing various drainage structures creates a favorable seed bed for weed seed. Monitoring has shown that herbicide treatment of existing weeds prior to storage work helps reduce weed densities and population size post treatment. Long-term effects of road storage include reduced rates of spread to and from these areas due to lack of vehicle traffic. This is especially true for new invaders as they are not typically introduced to an area without a mechanism of spread. Required washing of road storage equipment prior to delivery to NFS lands prevents introduction of additional weed seed to the project area.

Once stored or decommissioned roads revegetate, they become less susceptible to weed infestation. Long-term experience on the District has shown that native species do re-establish on these road beds over time. Some weed species, particularly the hawkweeds, do seem to benefit from leaving an existing compacted area in the old road bed. It seems likely that the stoloniferous habit of exotic hawkweeds would give an adaptive advantage on compacted areas where most plants would not be able to establish a root system. No research has been done and this observation is anecdotal but has been observed across the district.

**Effects of Road Status Changes to Conduct Harvest Activities in BMU 14**: To allow for timber harvest in areas that do not currently have roaded access, some currently restricted (gated) roads would become barriered core habitat while a currently barriered road would become restricted (gated). The road that would go from barriered, to restricted, which does not allow for public motorized vehicle access, is Upper Whitetail G Rd. 5935G. This road is 2.6 miles long

and is currently extensively brushed in with alder and has a very low noxious weed presence in only isolated locations. Brushing and reconstruction of this road followed by utilization for timber harvest is likely to provide suitable habitat for weed colonization. Because weeds are present in some adjacent areas, seed will likely be introduced even if only by wind dispersal. Design features including equipment sanitation will greatly reduce the rate of weed spread into this area.

Roads that would go in to core habitat using an earthen barrier would no longer be accessible with motorized vehicles. These include roads 5932D (Whitetail Face D spur), 6135, and 6135A and total 5.59 miles. These road systems have patchy existing infestations of weeds, including spotted knapweed, oxeye daisy, hawkweeds, St. John's-wort, and common tansy. No storage treatment of these roads is proposed; they will be closed with earthen barriers. Field reconnissance of these roads showed that native species are also becoming re-established in these road beds. Knapweed has colonized some more open areas adjacent to the road bed but only in very limited amounts. Evidence of knapweed seed head flies in these areas is abundant.

Weed infestations on these roads will be treated in accordance with the 2007 Invasive Plant Management ROD prior to placement in to stored status. While it is expected that some level of weed presence would continue on these roads, observation on the district indicates that weed occupancy of the roads will decrease as native forbs, shrubs, and trees become re-established. Lack of vehicle traffic eliminates that source of seed dispersal, which also helps reduce weed presence. Weediness in these areas is greatest in areas of disturbance, but would decrease as desirable vegetation reoccupies the site. On most barriered roads in the project area, alder establishes thickly within ten years. Some noxious weeds that are present on the road bed prior to closure persist, but most often these weeds are reduced due to competition for light from taller species such as alder and tree canopy. It is common for weeds to continue to occupy the wheel ruts on some of these roads, but even then, they become less dominant and sometimes completely fade away, to be replaced by native species. No long term monitoring of specific roads is available but this trend has been demonstrated in areas within the Fowler Creek fire that were closed in the 1990s. The Fowler Creek fire is located within the Upper Yaak River drainage within 15 air miles of the project area.

## Alternative 3 – Direct and Indirect Effects

As described in Chapter 2, Alternative 3 proposes approximately 889 acres of timber harvest, including 13 acres of intermediate harvest and 876 acres of regeneration harvest, along with associated fuels treatments. Like Alternative 2, Alternative 3 also proposes prescribed burning over approximately 11,623 acres, and 21 miles of road stabilization work for watershed improvement. Approximately 1.1 mile of temporary road construction would be required to access these units. Road maintenance work would be completed on approximately 23 miles of haul route. Maintenance work would include weed treatment with herbicide as approved under the Kootenai National Forest Invasive Plant Management ROD (2007).

**Effects of Timber Harvest:** For Alternative 3, approximately 48 percent of harvest operations in the project are proposed to be winter logged, which will minimize soil disturbance, and therefore, weed spread. Table 3.78 in the soils section displays levels of soil disturbance by logging system and season as determined by soil monitoring on the Forest. Summer tractor harvest units have the highest soil disturbance and therefore are more susceptible to weed invasion.

Seventeen harvest units are proposed for summer harvest in Alternative 3 for a total treatment area of approximately 468 acres. Excavator piling adds an average of 2 percent detrimental soil disturbance to approximately 264 acres. These summer log units may also be winter logged, resulting in reduced soil disturbance. Mandatory winter logged units that include summer excavator piling would have another 2 percent detrimental soil disturbance on 282 acres (See Table 2.11 in Chapter 2 for a list of harvest methods, seasons, and fuels treatment by unit). For Alternative 3 it is estimated that 49 acres will have detrimental disturbance from proposed timber harvest and fuels treatment activities.

Table 3.85 above calculates estimated total soil disturbance from timber harvest for all of the action alternatives. Table 3.78 in the Soil Resource section of this Chapter shows estimated disturbance for each proposed harvest unit in Alternative 3. These numbers are estimates based on monitoring of projects on Forest, and are most useful for comparing disturbance levels across alternatives.

Design features included in Chapter 2 of this document will reduce the potential for noxious weed spread into timber harvest units. These features include: spraying haul routes as needed to reduce or eliminate noxious weed seed adjacent to harvest units; washing all off-road logging equipment and all road maintenance equipment prior to entry on NFS lands.

**Road Storage and Decommissioning:** These effects for these activities are the same as described for Alternative 2.

**Effects of Prescribed Fire:** These effects for these activities are the same as described for Alternative 2.

**Effects of Road Status Changes to Conduct Harvest Activities in BMU 14:** These effects would be the same as those described for Alternative 2.

## Alternative 4 – Direct and Indirect Effects

Alternative 4 closely resembles Alternative 2, except that the proposed timber harvest within the Three Rivers Special Management area in Spread Creek has been removed. This alternative would harvest approximately 668 acres of regeneration harvest and 13 acres of intermediate harvest for a total of 681 acres of timber harvest. Harvest methods, prescriptions, and fuels treatments for the remaining units are the same as for Alternative 2. Alternative 3 also proposes prescribed burning over approximately 11,623 acres; 21 miles of road stabilization work for watershed improvement. There would be 16 miles of haul route. These would be treated where needed for noxious weeds pre and post timber sale. Approximately 0.5 mile of temporary road would be needed to access Unit 9. This temporary road would be recontoured and seeded following use.

**Effects of Timber Harvest:** For Alternative 4 approximately 67 percent of harvest operations in the project are proposed to be winter logged, on frozen ground, which will minimize soil disturbance and therefore weed spread. Table 3.79 in the soils section displays levels of soil disturbance by logging system and season as determined by soil monitoring on the Forest.

Summer tractor harvest units have the highest soil disturbance and therefore are more susceptible to weed invasion. Ten harvest units are proposed for summer harvest in Alternative 4 for a total treatment area of approximately 225 acres. Excavator piling also adds an average of 2 percent

detrimental soil disturbance to approximately 27 acres. These summer log units may also be winter logged at the contractor's discretion, resulting in reduced soil disturbance. Mandatory winter logged units that include summer excavator piling would have another 2 percent detrimental soil disturbance on 213 acres (see Table 2.13 in Chapter 2 for a list of harvest methods, seasons, and fuels treatment by unit). For Alternative 4 it is estimated that 41 acres will have detrimental disturbance from proposed timber harvest and fuels treatment activities.

Table 3.85 above calculates estimated total soil disturbance from timber harvest for all of the action alternatives. Table 3.79 in the Soil Resource section of this chapter shows estimated disturbance for each proposed harvest unit. These numbers are estimates based on monitoring of projects on Forest, and are most useful for comparing disturbance levels across alternatives.

Design features included in Chapter 2 of this document will reduce the potential for noxious weed spread into timber harvest units. These features include: spraying haul routes as needed to reduce or eliminate noxious weed seed adjacent to harvest units; washing all off-road logging equipment and all road maintenance equipment prior to entry on NFS lands.

**Effects of Road Decommissioning and Storage:** Alternative 4 includes the same road decommissioning and storage work as included in Alternative 2; therefore the effects of this work are the same as described in Alternative 2 above. These effects are separate from timber sale effects and would not have a different combined effect resulting from different harvest levels.

**Effects of Prescribed Burning:** These effects for these activities are the same as described for Alternative 2.

**Effects of Road Status Changes to Conduct Harvest Activities in BMU 14:** These effects would be the same as those described for Alternative 2.

## Alternative 2, 3, and 4 – Cumulative Effects

### Past Actions and their Effects on Current Conditions

Commercial timber harvesting on a large scale and the subsequent logging road building in the project area started in the 1940s, peaked in the 1980s, and continues at a much smaller scale today. Prior to the 1980s ground-based timber harvest methods often resulted in large amounts of soil disturbance. At that time, few invasive species were found in the project area, so the risk of infestation was small. The biggest influence on noxious weed spread from timber harvest probably occurred in the 1970s with spotted knapweed. The seed source for knapweed was present, but the potential for spread was relatively unknown, as was the effect of soil disturbance on weed spread.

Other past activities that have negatively influenced weed spread across the Forest are wildfire and firefighting efforts, motor vehicle traffic, use of contaminated forage products, wood gathering, fuel reduction burning, and any other activities that would transport seeds or plant parts or disturb soil.

As described for the No Action alternative, biological control agents are present in the project area and are reducing the competitiveness of weeds through reduced seed production and plant vigor. As additional releases are made and new agents become available, these effects should increase over the long term.

### Contrasting Effects of the Proposed Actions with Past Actions

Prior to the mid-1990s there were few noxious weed prevention mitigations in place. Preventative measures to avoid weed spread have been adopted and implemented on the Forest, including integrated pest management strategies authorized in the 1997 KNF Herbicide Weed Control Decision Notice, Region 1 weed best management practices (BMPs), which include contractual provisions requiring washing of equipment to remove weed seeds and plant parts prior to entry onto NFS land, contractor herbicide spraying of haul routes, and use of weed-seed-free grass seed to re-vegetate disturbed ground. These weed control measures have been included with timber harvest, road building, and fire suppression activities to reduce the risk of weed spread. Equipment washing prior to entry onto NFS lands was first required as mitigation for weed spread on the District in the Wood Rat EA (USDA Forest Service 1998b), as was seeding with weed-seed-free grass seed. The Spar Copter Timber Sale in 2001 was the first timber sale on the District to require contractor herbicide spraying of haul routes. Since then, treatment of haul routes infested with weeds has been a contract requirement on all major timber sales on the District. In 2007, the Kootenai National Forest Invasive Plant Management Record of Decision was signed and continues to guide weed control efforts on the Forest today.

The FY 2007 KNF Monitoring and Evaluation Report states "The KNF has used herbicides to control noxious weeds with success. Spraying of roadsides, administrative sites, and gravel pits has visibly reduced weed populations in many areas and prevented weeds from spreading to un-infested areas." The Kootenai spends approximately $200,000 per year for the weed control program with an annual accomplishment of 600 to 900 acres of forest land treated with herbicides and other integrated methods. Since the last monitoring report, over 2,500 miles of roads have been treated. In 1996, a timber sale contract provision, Noxious Weed Control Provision C(T) 6.26, was added to timber sale contracts. This is a mandatory provision that applies to all new sales and will be included when sales are modified or extended. The clause requires off-road equipment such as tractors, skidders, and processors to be washed prior to delivery to NFS lands. This clause is expected to continue to help prevent the establishment of new weeds to disturbed sites. Washing of equipment, use of weed-free seed, and herbicide spraying of haul routes by a contractor will be included in timber sales that could result from this environmental impact statement.

### Effects of Ongoing and Reasonably Foreseeable Actions

Some future activities that have the potential to contribute to the spread of weeds are routine road maintenance, road improvement work, along with the continued recreational activities by forest visitors, and private land development. See Table 3.3 in this chapter to see a complete list of ongoing and foreseeable activities.

### Combined Effects from Past, Proposed, Ongoing and Foreseeable Actions

The project activities, when considered with these past, foreseeable, and ongoing activities would increase the risk of weed spread due to associated soil disturbance; however, the design features found in Chapter 2 have been included to minimize this risk.

## Comparison of Alternatives

**Table 3. 86– Comparison of Estimated Disturbance Acres for All Activities by Alternative**

| Alternative | Total Harvest Acres | Miles of Temporary Roads/ Acres Disturbed | Total Prescribed Burning Acres | Estimated Soil Disturbance for Proposed Project Activity | Cumulative Soil Disturbance (Within Proposed Activity Areas) |
|---|---|---|---|---|---|
| **1** | 0 | 0 / 0 | 0 | 0 | 0 |
| **2** | 1,263 | 1 / 2 | 11,623 | 87 | 117 |
| **3** | 889 | / 2.2 | 11,623 | 45 | 67 |
| **4** | 681 | 0.5 / 1 | 11,623 | 37 | 59 |

Conversion of miles of temporary road to acres is done considering two acres of disturbance per mile of temporary road. Acres of disturbance are estimates used for the sake of comparison and based on estimates of disturbance used for soil analysis and determined through monitoring of activities on Forest.

A comparison of total estimated acres of disturbance by alternative shows that Alternative 2 has the highest levels of soil disturbance of all alternatives, with Alternative 3 the second highest, and Alternative 4 the lowest. Prescribed burn activities are consistent through alternatives and, in general, do not cause soil disturbance. Therefore the alternative with the highest level of timber harvest also has the highest level of soil disturbance and potential for weed spread. However, these planned treatments may have benefits in the form of reduced burn intensity should a wildfire burn through the area in the future and the proposed activities also provide emphasis for treatment of weeds in the project area. Design features included in the project will help reduce the potential for weed spread for any chosen alternative.

# Consistency with the Forest Plan and Other Management Direction

The design features described in Chapter 2 would be applied to this project to help meet the goal for noxious weed management as stated in the Forest Plan, and in compliance with the Participating Agreement with the Lincoln County Weed District and the Federal Noxious Weed Act. Forest Service Regional Supplement 2000-2001-1 requires that BMPs be used for many aspects of the operations required to accomplish the activities discussed above. Those practices would also help reduce the potential negative effects on the spread of noxious weeds from the activities. Herbicide application is authorized under the Forest's Invasive Plan Management decision (USDA Forest Service 2007).

The project also complies with the National Strategy and Implementation Plan for Invasive Species Management with noxious weed management as outlined by FSM 2080 (USDA 2001) and replaced by FSM 2900 (USDA 2011) which stipulate that all proposed projects analyze potential weed risk and ensure that unnecessary increases of weeds does not occur.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will not increase disturbance and will allow these roads to be treated for noxious weeds, therefore this amendment will not likely have a measurable effect to noxious weeds.

# Proposed, Threatened, Endangered and Sensitive (PTES) Plants

## Introduction

Activities associated with timber harvesting, site preparation, fuels reduction, and prescribed burning have the potential to affect proposed, threatened, endangered and sensitive (PTES) plant populations.

The purpose of this analysis is to:

1) Determine if the alternatives will adversely affect any of the PTES plant species that have potential to occur in the analysis area, and if so, list mitigation measures;
2) Insure that the alternatives do not contribute to the loss of viability of any sensitive plant species or cause a trend toward Federal listing;
3) Comply with USDA Forest Service Region 1 policy to insure that sensitive plant species receive full consideration in the decision-making process; and
4) Comply with the Endangered Species Act (ESA).
5) This analysis considers the short- and long-term management of the project area because management activities:
    a. may affect existing and potential habitat,
    b. may affect welfare of existing plants,
    c. have potential for human disturbance, and/or
    d. have potential cumulative effects.

## Analysis Area

The analysis area for direct impacts to PTES plant populations is the Buckhorn Project area. The analysis area for species viability is range-wide for each PTES plant species.

## Regulatory Framework

Table 3.87 shows the documents that guide the analysis of Proposed, Threatened, Endangered and Sensitive species of plants.

**Table 3. 87– Guiding Documents for PTES Plans**

| Guiding Document | Direction |
|---|---|
| 1973 Endangered Species Act | Directs agencies to carry out specific actions for the conservation of endangered and threatened species of plants and animals. |
| 1987 Kootenai National Forest Plan | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |
| 1976 National Forest Management Act | A federal law directing the Forest Service to disclose specific findings when implementing the Forest Plan. |

The **Endangered Species Act (ESA) of 1973** declares that all Federal agencies "utilize their authorities in furtherance of the purposes of this Act by carrying out programs for the conservation of endangered species and threatened species listed pursuant to section 4 of this Act." The ESA requires Federal agencies to ensure that any agency action (any action authorized, funded, or carried out by the agency) is not likely to jeopardize the continued existence of any threatened, endangered, or proposed species. Agencies are further required to develop and carry out conservation programs for these species.

The **National Forest Management Act (NFMA)** directs the Forest Service to "provide for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives."

Sensitive species are administratively designated by the Regional Forester (FSM 2670.5) and managed under the authority of the NFMA. FSM 2670.5 section 19 defines sensitive species as "those plant and animal species identified by a Regional Forester for which population viability is a concern, as evidenced by:

a. Significant current or predicted downward trends in population numbers or density.

b. Significant current or predicted downward trends in habitat capability that would reduce a species' existing distribution."

The **Kootenai Forest Plan** establishes forest-wide goals, objectives, standards, guidelines, and monitoring requirements. Direction for sensitive species includes determining the status of sensitive species and providing for their environmental needs as necessary to prevent them from becoming endangered (Forest Plan, II-1).

No proposed, threatened, or endangered plant species are known to occur on the Kootenai National Forest (KNF). *Silene spaldingii* (Spalding's catchfly) is known to occur on private land in the Tobacco Valley near USFS-managed lands. Spalding's catchfly, a threatened plant species, is suspected for the KNF. Note: "suspected" means that this species are believed to have potential to occur but, to date, have not been found on the KNF. One candidate plant species *Pinus albicaulis* (Whitebark pine) is known to occur on the KNF.

Within the Buckhorn project area, one candidate plant species is known to occur, one sensitive species is known to occur, and 12 additional sensitive species are believed to have potential to occur. These fourteen plant species plus *Silene spaldingii*, are listed on Table 3.90 in the PTES Plant Species Biological Assessment/Evaluation at the end of the PTES analysis. *S. spaldingii* is included because it is a listed threatened species.

## Whitebark Pine (*Pinus albicaulis)*

### Data Sources, Methods, Assumptions, Bounds of Analysis

The following methodology was taken to complete this analysis for whitebark pine:

1) A map of areas providing probable habitat for whitebark pine (Shotzberger 2013) was overlaid on the Buckhorn Project area (for the PTES plant analysis, this area will be referred to as the analysis area). The map shows potential whitebark pine habitat at a large scale, and does not adequately map micro-sites that may also provide habitat (hence, it is not intended to replace field surveys). The map of probable habitat can be found in the project file.

2) District records and Montana Natural Heritage Program data were then reviewed to determine if this species already known to exist in the analysis area.

3) Field surveys were completed in areas with potential to provide habitat for whitebark pine. In general, these areas included the areas proposed for prescribed burning over 6,000 ft. elevation. Notes and photos were taken to document the presence of white pine blister rust, size class observed, vegetation encroachment, and fuel loadings. High elevation landscape features have more potential to provide habitat for whitebark pine than lower elevation landscape features, so these were emphasized during surveys. Surveys were completed in the proposed treatment units during the field season of 2012 and 2013 for the Buckhorn project.

4) This analysis was completed using the maps, surveys completed to date, literature, experts, and personal knowledge about the requirements of whitebark pine.

#### *Survey Results*

Approximately 1,062 acres of the project area has been identified as potential or occupied whitebark pine habitat within the project area. An abundance of *Cronartium ribicola*, which causes the disease white pine blister rust, was observed, and some of the potential habitat appears to be suffering from encroachment by other plant species. When whitebark pine was discovered within any proposed activity areas, changes were made in the project design to protect them. Also, if any whitebark pine are found during the layout phase of the project, additional mitigation will be applied to protect any new occurrences that may be found. These populations are included on the analysis map located in the project record. Areas of proposed activity were overlaid on this map to determine actions with moderate to high potential to impact whitebark pine.

### Affected Environment / Existing Condition

There are several scattered populations of *Pinus albicaulis* (White-bark pine) in the project area, and some of the populations are within proposed prescribed burning units. Due to continued

decline in its range, in July 2011 white-bark pine was determined to be warranted for protection under the Endangered Species Act by the U.S. Fish and Wildlife Service threatened species list but adding the species to the list is precluded by the need to address other listings of a higher priority, placing whitebark pine in “candidate status”. Therefore in December 2011, Region 1 classified whitebark pine as a "sensitive" species for this area.

It has been estimated that the Kootenai National Forest has about 6,000 acres in the whitebark pine forest type (AMS 2003). As compared with areas like the Flathead National Forest or the Gallatin National Forest, whitebark pine presence on the Kootenai National Forest is quite limited. Nonetheless, throughout its natural range, concern about the species has arisen because whitebark pine populations have diminished as a result of mountain pine beetle mortality, blister rust infection, replacement by shade tolerant species such as subalpine fir, wildfires, and most recently, climate change. These threats also operate together, increasing the mortality rates in whitebark pine. Competition for light and moisture by encroaching mountain hemlock and subalpine fir can directly impact whitebark pine sustainability. In addition, to the competitive challenges of this in-growth, the dense multistoried condition also makes whitebark pine particularly vulnerable to the effects of wildfires. A century of fire exclusion is partially responsible for the increase in competitive species and stand density in whitebark pine habitat.

All of the probable and occupied whitebark pine habitat within the project area falls within VRU 9 (Cool and Moderately dry) and VRU 10 (Upper Sub-alpine). A GIS analysis utilizing the historic wildfire map layers, and the probable and occupied whitebark pine habitat within VRU 10 indicate that 442 acres was last burned by wildfires in 1931, 100 acres in 1918, and 316 acres have no wildfire records. Fire group 10 dominates this vegetative group. Fires are typically of low or mixed severity, except where canopy cover is dense and fuels are heavy. Stands are susceptible to severe fires that originate at lower elevations. Historical fire frequencies in this group range from 35 – 300 years (Gautreaux 1999).

Many of the whitebark pine populations discovered during surveys in 2013 also fall within VRU 9. Nonlethal under-burns in this vegetation group occurred during mild summers of mild burning periods, along the edges of large burns and on sheltered or moist locations in severe burns (Gautreaux 1999). These fires would likely have resulted in a natural thinning of trees as the fire crept through the forest understory community. Intervals between these nonlethal fires averaged 30 to 50 years (Smith and Fisher 1997). A GIS analysis utilizing the historic wildfire map layers and VRU 9 (Table 3.88) indicates that out of 7,929 acres of VRU 9 within the project area, between 1903 and 1940 a total of 4,672 acres have burned, with the last major fire in 1931, and 3,257 acres have no fire records.

This analysis would indicate that whitebark pine habitat in these VRUs is somewhat outside the historic fire cycle, and could benefit by some prescribed burning.

**Table 3. 88 - Fire History in VRU - 9 and 10**

| Fire Year | Recorded Acres Burned |
|---|---|
| **VRU - 9** | |
| 1903 | 228 |
| 1918 | 316 |

| Fire Year | Recorded Acres Burned |
|---|---|
| 1925 | 101 |
| 1931 | 3,682 |
| 1934 | 284 |
| 1940 | 61 |
| Fire Records Not Available | 3,257 |
| **VRU - 10** | |
| 1918 | 100 |
| 1931 | 442 |
| Fire Records Not Available | 316 |

Opportunities exist to not only improve whitebark pine reproduction in this area (through genetically superior tree selection, cone collection, seedling grow-out, site preparation, and interplanting), but also to enhance health, vigor, and potential expansion of the existing population (through efforts to remove encroaching conifer competition with prescribed. burning).

## Environmental Consequences

### Alternative 1 – Direct and Indirect Effects to Whitebark Pine

Alternative 1 is the No Action Alternative, under which no prescribed burns, tree harvest, fuels reduction, or watershed improvement would take place. Only natural processes and fire suppression would occur within these stands and the response of whitebark pine to management activity is not fully known, but it appears that the species is in decline within the project area.

Whitebark pine, and all the native vegetation of the KNF evolved with and are adapted to the climate, soils, and natural processes that took place prior to settlement of this area by Europeans. Any management (or lack thereof) that causes these natural processes to be altered may have a negative impact on native vegetation. An example of altered natural processes would be the removal of fire from the ecosystem. Under the No Action alternative, fire suppression will continue in the project area and no prescribed burning will occur. This absence of fire could have a negative impact on whitebark pine due to an unnatural build-up of fuels, increased wildfire intensities, a decrease in seral plant communities, increased canopy closure with a resulting decrease in light to the forest floor, and a decrease in naturally occurring open meadows.

Increased fire intensity due to increased fuels is likely to be detrimental to native and rare plant species. Whitebark pine forests are declining throughout their range in North America because of climate change, the combined effects of historical and current mountain pine beetle outbreaks, fire exclusion management policies, and the introduced pathogen Cronartium ribicola, which causes the disease white pine blister rust in five-needle white pines (Keane et al 2012). Wildfire is an important vegetation recycling force in *Pinus albicaulis* (whitebark pine) stands, but there are usually long intervals between these events. These fires are often fueled by stands or trees killed by the mountain pine beetle. A major reduction in high-elevation fires since circa 1929 has

led to the successional replacement of whitebark pine with subalpine fir on the more productive sites in some parts of its range. Whitebark pine will continue to decline as long as fire exclusion limits wildland fire from creating caching sites for the nutcracker in competition-free growing environments suitable for whitebark pine regeneration, and blister rust kills trees faster than whitebark pine can regenerate. Burning creates good caching habitat for Clark's nutcrackers by exposing the ground to create optimal growing conditions for whitebark regeneration by removing its competitors. Burning near areas with moderate to high levels of blister rust infection and mortality would favor natural selection of rust-resistant individuals because the surviving cone-bearing trees would likely contain rust-resistant genes unless nutcrackers reclaim most of their cached seed (Keane et al 2012).

Whitebark pine occurs mainly in post fire plant communities, and may be eliminated from ecosystems if fire intervals become too long. Surveys have discovered many new whitebark pine individuals within the project area during the 2013 field season. Approximately 1,062 acres of the project area has been identified as probable or occupied whitebark pine habitat. One healthy, cone producing population was identified during survey efforts near line point. Cone and mostly non-cone bearing individuals have been identified elsewhere along the ridgelines in the project area. Generally, whitebark pine in the project area, are widely scattered individuals and most of the healthy whitebark pine occur in open areas with a minimum of surface fuels, in areas with little competition from other plant species. Populations of whitebark pine have been observed in habitats adjacent to the project area near Northwest peaks and have also been discovered recently along Buckhorn Ridge on the Idaho Panhandle National Forest.

### Alternative 2, 3 and 4 - Direct and Indirect Effects

Alternative 2, 3, and 4 propose to conduct timber harvest and prescribed burning to accomplish the purpose and need described in Chapter 1. Approximately 1,062 acres of the project area has been identified as potential or occupied whitebark pine habitat. No timber harvest will occur within potential or occupied habitat and no whitebark pine trees have been observed in harvest units. Therefore this analysis will focus on the potential effects that proposed burning could have to whitebark pine individuals in the project area.

The 11,623 acres of prescribed burning without timber harvest in the Buckhorn project includes approximately 758 acres potential or occupied whitebark pine habitat. Cone bearing individuals of whitebark pine have been located in proposed prescribed burning units A, B, F, M and N. The boundary of prescribed burn unit A has been adjusted to exclude a healthy, cone producing population identified during survey efforts. Cone bearing, and Non-cone bearing, individuals are present elsewhere in the units along ridgelines. Efforts to protect cone producing whitebark pine populations will be conducted during burning wherever feasible. These methods will include fuel pull-back, or ignition avoidance within and/or proximate to population areas. As was described above, key populations have been identified and coordinates will be provided to the prescribed burn operations team, with instructions of where ignition should be avoided and areas where fire should be cautiously applied.

Most of the known whitebark pine in the project area occur in areas of sparse fuels, and should not be damaged by the burning operations. Whitebark pine can survive low-intensity surface fires better than most of its competitors, especially subalpine fir, because it has somewhat thicker bark, higher and thinner crowns, and deeper roots (Keane et al 2012). Portions of burn units M (19 acres) and F (37 acres) as well as some small populations in some of the other units (all under 8

acres) have widely scattered whitebark pine mixed with contiguous fuel loadings of subalpine fir and Engelmann spruce encroachment. Most of these whitebark pine trees appeared to be in poor condition due to blister rust infection. While it is likely that a few of the whitebark pine may be impacted by lethal fire intensities, it is believed that these losses will be offset by the benefits of fire, such as the creation of suitable sites for whitebark pine regeneration.

Whitebark pine populations (approximately 8 acres) within the area proposed for fuels augmentation in unit K will be protected by design criteria to remove the encroaching conifer competition from around the base of the existing whitebark pine. The removal of competition (day-lighting) will enhance the health and vigor of existing whitebark pine trees, and the fuels augmentation (light slashing, to increase intensities, and carry the fire) will create potential habitat for the expansion of the existing population.

Monitoring of whitebark pine would be conducted to validate the effectiveness of design features during and following the activity. Monitoring plots will be will be established within proposed activity areas that contain whitebark pine, and will be re-measured after implementation. A copy of the monitoring plan can be found in the project file.

Whitebark pine seed collection would be pursued within the project area at the Line Point population as well as outside the project area at Northwest Peaks. After the burning is completed, suitable sites for whitebark pine regeneration will be evaluated for potential re-colonization, and the accessible areas may be planted with whitebark pine seedlings as funding allows.

## Cumulative Effects to Whitebark Pine

Whitebark pine (*Pinus albicaulis*) forests are declining across most of its range in North America because of the combined effects of three factors (Keane and Parsons 2010). First, there have been several major mountain pine beetle (*Dendroctonus ponderosae*) outbreaks that have killed many cone-bearing whitebark pine trees over 20 cm in diameter at breast height. The effects of an extensive and successful fire-exclusion management policy since the 1930s have also reduced the area burned in whitebark pine forests, resulting in a decrease of suitable conditions for whitebark pine regeneration. Finally, the introduction of the exotic fungus white pine blister rust (*Cronartium ribicola*) to the western United States circa 1910 has killed many five-needle pine trees, and whitebark pine is susceptible to the disease. The cumulative effects of these three agents have resulted in a rapid decrease in mature whitebark pine over the last 20 years, especially in the more mesic parts of its range (Keane and Arno 1993). Predicted changes in northern Rocky Mountain climate brought about by global warming could further exacerbate whitebark pine decline by increasing the frequency and duration of beetle epidemics, blister rust infections, and severe wildfires (Keane and Parsons 2010).

### Statement of Findings

Alternative 1 (the no action alternative) may impact individuals or habitat but will not likely contribute to a trend towards federal listing or cause a loss of viability to the population or species for *Pinus albicaulis* (whitebark pine). Alternative 2, 3, and 4 may also impact individuals or habitat but will not likely contribute to a trend towards federal listing or cause a loss of viability to the population or species for *Pinus albicaulis* (whitebark pine). However it is believed that Alternatives 2, 3, and 4 would benefit whitebark pine habitat by reversing a negative trend of

vegetation encroachment created by the absence of fire, and it is believed that the potential loss of a few individuals will be offset by the benefits of returning controlled fire to the project area.

Based upon this evaluation and the available information on these species needs, the proposed project may impact individuals or habitat but will not likely contribute to a trend towards federal listing or cause a loss of viability to the population or species for *Pinus albicaulis* (whitebark pine).

## Sensitive Plant Species

### Affected Environment / Existing Condition

One candidate plant species *Pinus albicaulis* (whitebark pine) is known to occur within the project area, and has been analyzed in the previous section. Whitebark pine is also included on the R1 sensitive plant list. One other sensitive species *Phegopteris connectilis* (Northern beech-fern) is also known to occur, and 12 additional sensitive species are believed to have potential to occur in the analysis area. These fourteen plant species are listed on Table 3.90 in the PTES Plant Species Biological Assessment/Evaluation section.

There are three populations of the sensitive plant species *Phegopteris connectilis* (Northern beech-fern) within the project area. There are no known populations of sensitive plant species in any proposed harvest unit.

### Data Sources, Methods, Assumptions, Bounds of Analysis

The following steps were taken to complete this analysis for PTES plants:

1) A map of areas with moderate to high potential for providing habitat for PTES plant species was completed for the Buckhorn Project area (for the PTES plant analysis, this area will be referred to as the analysis area). The map shows potential plant habitat at a large scale, and does not adequately map micro-sites that may also provide habitat (hence, it is not intended to replace field surveys). The map of potential habitat can be found in the project file.

2) District records and Montana Natural Heritage Program data were then reviewed to determine species already known to exist in the analysis area. These populations are included on the analysis map located in the project record. Areas of proposed activity were overlaid on this map to determine actions with moderate to high potential to impact PTES plants.

3) The next step was to complete field surveys for all proposed harvest units, burns, and temporary roads, with emphasis on areas with moderate to high potential to provide habitat for PTES plants. In general, these areas included streams, wetlands, and riparian zones, mesic coniferous forest with a component of mature western redcedar, moist cliffs, talus slopes, and dry meadows. Unique landscape features have more potential to provide habitat for rare plants than more common landscape features, so these are emphasized during surveys. Surveys have been completed in the proposed treatment units during the field season of 2012 and 2013 for the Buckhorn project, as well as during past projects within this analysis area. When PTES plant species are discovered within any proposed activity areas, changes are made in the project design to protect the populations. Also, if

any PTES populations are found during the layout phase of the project, additional mitigation will be applied to protect any new occurrences that may be found.

4) This analysis was completed using the maps, surveys completed to date, literature, experts, and personal knowledge about the requirements of each suspected plant species of concern.

## Environmental Consequences

### Alternative 1 – Direct and Indirect Effects to sensitive plant species

This alternative proposes no ground-disturbing activity. The response of each of the PTES plant species to management activity varies by species, and in some cases, is not fully known. These rare plants and all the native vegetation of the KNF evolved with and are adapted to the climate, soils, and natural processes that took place prior to settlement of this area by Europeans. Any management (or lack thereof) that causes these natural processes to be altered may have a negative impact on native vegetation, including rare plants. An example of altered natural processes would be the removal of fire from the ecosystem. If the no action alternative is selected and fire is continuously excluded from the analysis area, there could be a negative impact on PTES plant species due to an unnatural build-up of fuels, increased wildfire intensities, a decrease in seral plant communities, increased canopy closure with a resulting decrease in light to the forest floor, and a decrease in naturally occurring open meadows.

*Corydalis sempervirens* has potential to occur within this project area. This species occurs mainly in post fire plant communities, and may be eliminated from ecosystems if fire intervals become too long. This species flourishes following stand replacing fires, and appears for only a few years following fire. There is a decrease in the number of plants as succession occurs, and seed are then banked in duff and soil until the next fire event, which may be hundreds of years later.

### Alternative 2 -Direct and Indirect Effects to Sensitive Plant Species

Alternative 2, the modified proposed action proposes to treat approximately 12,886 acres to accomplish the purpose and need described in Chapter 1. This would include 1,263 acres of ground-based timber harvest and associated fuels treatments, and 11,623 acres of planned prescribed burning.

Several treatment areas have potential to provide habitat for rare plants based on the probability mapping done for the analysis area. New occurrences of *Botrychium minganense*, and *Phegopteris connectilis* have been discovered within the project area. *Botrychium minganense*, though no longer a sensitive species, often occurs in genus communities with rare *Botrychium* species, and can be utilized as an indicator of rare *Botrychium* species (Vanderhorst 1997). Modifications have been made to the layout of the units to avoid the known populations of *Botrychium minganense*, and *Phegopteris connectilis*.

Many rare *Botrychium* species including *Botrychium ascendens*, *Botrychium paradoxum*, *Botrychium crenulatum*, and *Botrychium pedunculosum*, occur in bottomland habitats with a riparian influence, as well as moist/mesic habitats and micro-sites with a high component of western redcedar (MNHP rare plant guide). All riparian areas associated with streams and wetlands would be buffered, avoiding potential impacts to riparian habitats that have potential for the occurrence of sensitive plant species.

Approximately 167 acres of proposed harvest treatments proposed under this alternative include a component of *Thuja plicata* (western redcedar) series habitat types (as described in Cooper et al. 1991). *Thuja* habitats have a moderate to high potential to provide habitat for sensitive *Botrychium* species. *Tsuga* series habitats with a high component of western redcedar can also provide low to moderate potential habitat for sensitive *Botrychium* species. It should be noted that many stands of western redcedar do not provide habitat for *Botrychium* species. These areas have the potential for the occurrence of *Botrychium ascendens*, *Botrychium crenulatum, Botrychium paradoxum*, and *Botrychium pedunculosum*. These sites were surveyed in 2012 and 2013, and no populations were discovered.

The action alternatives have the potential to spread noxious weeds by increasing disturbed areas that are vulnerable to weed infestation, and through increased vehicle traffic. Recreational and logging traffic, equipment, contaminated gravel, livestock, and wildlife can transport weed seeds into non-infested areas. Noxious weeds have a detrimental effect on PTES plant species and other native vegetation by more effectively competing for soil moisture, sunlight, and nutrients.

Eliminating noxious weed seed transport mechanisms into populations of PTES plants can reduce these impacts. Design features to reduce the spread of noxious weed seeds are described in Chapter 2. A complete effects analysis for noxious weed is located in Chapter 3.

### Alternative 3 - Direct and Indirect Effects to Sensitive Plant Species

Approximately 12,512 acres are proposed for treatment in Alternative 3 would be treated. This would include 889 acres of ground-based timber harvest and associated slash treatments, and 11,623 acres of planned prescribed burning.

Approximately 125 acres of proposed harvest treatments proposed under this alternative include a component of *Thuja plicata* (western redcedar) series habitat types (as described in Cooper et al. 1991). *Thuja* habitats have a moderate to high potential to provide habitat for sensitive *Botrychium* species. This alternative will impact 42 fewer acres of potential habitat for rare *Botrychium* species than the proposed action. *Tsuga* series habitats with a high component of western redcedar can also provide low to moderate potential habitat for sensitive *Botrychium* species. It should be noted that many stands of western redcedar do not provide habitat for *Botrychium* species. These areas have the potential for the occurrence of *Botrychium ascendens*, *Botrychium crenulatum, Botrychium paradoxum*, and *Botrychium pedunculosum*. These sites have been surveyed and no *Botrychium* species were discovered.

Unique landscape features with potential to provide habitat for rare plants were surveyed in 2012 and 2013, No sensitive plants have been found within any of the harvest units. New populations of *Phegopteris connectilis*, and *Botrychium minganense,* have been found within the project area, and have been excluded from the treatment areas. These populations are included on the analysis map located in the project record.

### Alternative 4 - Direct and Indirect Effects

Alternative 4 proposes treatment on approximately 12,304 acres. This would include 681 acres of ground-based timber harvest and associated slash treatments, and 11,623 acres of planned prescribed burning.

Approximately 83 acres of proposed harvest treatments proposed under this alternative include a component of *Thuja plicata* (western redcedar) series habitat types (as described in Cooper et al. 1991). *Thuja* habitats have a moderate to high potential to provide habitat for sensitive *Botrychium* species. This alternative will impact 84 fewer acres of potential habitat for rare *Botrychium* species than the proposed action, *Tsuga* series habitats with a high component of western redcedar can also provide low to moderate potential habitat for sensitive *Botrychium* species. It should be noted that many stands of western redcedar do not provide habitat for *Botrychium* species. These areas have the potential for the occurrence of *Botrychium ascendens*, *Botrychium crenulatum, Botrychium paradoxum*, and *Botrychium pedunculosum*. These sites have been surveyed and no *Botrychium* species were discovered.

Unique landscape features with potential to provide habitat for rare plants were surveyed in 2012 and 2013, No sensitive plants have been found within any of the harvest units. New populations of *Phegopteris connectilis*, and *Botrychium minganense,* have been found within the project area, and have been excluded from the treatment areas. These populations are included on the analysis map located in the project record.

### Cumulative Effects to Sensitive Plants for Alternatives 2, 3 and 4

Past effects to sensitive plant species in the project area may have occurred due to soil disturbance, overstory removal, fire suppression, the introduction of white pine blister rust, and the recent introduction of noxious weeds.

Whitebark pine (*Pinus albicaulis*) forests are declining across most of its range in North America because of the combined effects of three factors (Keane and Parsons 2010). First, there have been several major mountain pine beetle (*Dendroctonus ponderosae*) outbreaks that have killed many cone-bearing whitebark pine trees over 20 cm in diameter at breast height. The effects of an extensive and successful fire-exclusion management policy since the 1930s have also reduced the area burned in whitebark pine forests, resulting in a decrease of suitable conditions for whitebark pine regeneration. Finally, the introduction of the exotic fungus white pine blister rust (*Cronartium ribicola*) to the western United States circa 1910 has killed many five-needle pine trees, and whitebark pine is one of the most susceptible to the disease. The cumulative effects of these three agents have resulted in a rapid decrease in mature whitebark pine over the last 20 years, especially in the more mesic parts of its range (Keane and Arno 1993). Predicted changes in northern Rocky Mountain climate brought about by global warming could further exacerbate whitebark pine decline by increasing the frequency and duration of beetle epidemics, blister rust infections, and severe wildfires (Keane and Parsons 2010).

There are no records of extirpations of any PTES plant species within the analysis area. The first analysis that addressed PTES plant species that had potential occur within the project area was conducted for timber sales analyzed under the Upper Yaak EIS (completed in 1990). Before this time no specific inventories were conducted for PTES plant species within the analysis area; any unique species would have been noted during other vegetation inventories. Whether any PTES species were impacted during these earlier projects is not known with certainty. PTES plant species were analyzed and PTES plant inventories were also conducted as part of the West Yaak EA (completed in 1997), and the Grizzly EIS (completed in 2007). These PTES inventories discovered populations *Phegopteris connectilis,* as well as *Botrychium* genus communities within the project area, and these projects were designed to avoid impacts to these populations.

Though no known PTES plant populations have been impacted by any of the past timber sale projects, there is potential that some populations that were undetected may have been inadvertently impacted. Past effects to sensitive plant species in the project area may have occurred due to wildfires that have occurred within the project area. No known populations of sensitive plant species have been impacted by past wildfires within the project area; however such impacts are likely for undetected populations. Native plant species' distribution and ecology have developed with the influence of wildfires, and it is likely that fire suppression has been detrimental to some rare species in the lower 48 states. Fire line construction also has the potential to affect PTES plant populations, by both direct impacts, as well as by spreading non-native species and noxious weeds.

There is evidence of trends indicating cumulative effects on some PTES plant species throughout their range. The Montana Natural Heritage Program (MTNHP) serves as the state's clearinghouse and principle information source on Species of Concern for plants and animals that are at risk or potentially at risk in Montana. The MNHP 2013 "Plant Species of Concern Report" identifies 412 Species of Concern, and 88 plant species of Potential Concern in the state, based on information gathered from field inventories, publications and reports, herbarium specimens, and the knowledge of Montana botanists.

The international network of Natural Heritage Programs employs a standardized ranking system to denote global (range-wide) and state status. Species are assigned numeric ranks ranging from 1 (high risk) to 5 (demonstrably secure), reflecting the relative degree of risk, based upon available information. A number of factors are considered in assigning ranks including the number, size, and distribution of known occurrences or populations, trends (if known), habitat sensitivity, and definable threats. Factors in a species' life history that make it especially vulnerable are also considered (e.g., dependence on a specific pollinator). Montana Plant Species of Concern are those with a state ranking of S1 through S2 (including S2S3) or SH (known only from historical records). Species ranked S3 (including S3S4), SU, SNR (not ranked) or other special rank designations are treated as Species of Potential Concern. Rank definitions are given below and reflect some updates in terminology in an attempt to avoid terms like "imperiled" that may be perceived as implying "endangered" or "threatened". The meaning and criteria for ranks remain unchanged, to maintain consistency with international standards.

### Ranks and Definitions used by the Natural Heritage Program

G1/S1 - At very high risk of extinction or extirpation in the state due to extremely limited and/or rapidly declining population numbers, range, and/or habitat or extirpation in the state.

G2/S2 - At high risk of extinction or extirpation in the state due to very limited and/or declining population numbers, range, and/or habitat or extirpation in the state.

G3/S3 - At risk of extinction or extirpation in the state due to limited and/or declining numbers, range and/or habitat, even though it may be abundant in some areas.

G4/S4 - Apparently secure, though it may be quite rare in parts of its range, and/or suspected to be declining.

G5/S5 - Common, widespread, and abundant (although it may be rare in parts of its range). Not vulnerable in most of its range.

GX/SX - Presumed Extinct or Extirpated - Species is believed to be extinct throughout its range or extirpated in Montana. Not located despite intensive searches of historical sites and other appropriate habitat, and small likelihood that it will ever be rediscovered.

GH/SH - Historical, known only from records usually 40 or more years old; may be rediscovered.

GNR/SNR - Not Ranked as of yet.

GU/SU - Unrankable - Species currently unrankable due to lack of information or due to substantially conflicting information about status or trends.

**Table 3. 89 – PTES Plants known or suspected in Buckhorn Project Area**

| PTES Plant Species Known or Suspected to Occur Within the Buckhorn Project Area | Current Global and State Rankings (MNHP Plant Field Guide 2013) |
|---|---|
| *Botrychium ascendens* (upward-lobed moonwort) | G3 – S3 |
| *Botrychium crenulatum* (wavy moonwort) | G4 – S3 |
| *Botrychium hesperium* (western moonwort) | G4 – S3 |
| *Botrychium paradoxum* (peculiar moonwort) | G3/G4 – S3 |
| *Botrychium pedunculosum* (stalked moonwort) | G2/G3 – S2 |
| *Corydalis sempervirens* (pink corydalis) | G4/G5 – S2 |
| *Heterocodon rariflorum* (western pearl-flower) | G5 – S2 |
| *Lomatium geyeri* (Geyer's biscuit-root) | G4 – S2 |
| *Lycopodium dendroideum (prickly tree clubmoss)* | G5 – S2 |
| *Mimulus ampliatus (*stalk-leaved monkeyflower) | G3 – S3 |
| *Mimulus breviflorus* (short-flower monkeyflower) | G4 – S1/S2 |
| *Mimulus clivicola* (bank monkeyflower) | G4 – S2? |
| *Phegopteris connectilis* (northern beech-fern) | G5 – S2/S3 |
| *Pinus albicaulis* (whitebark pine) | G3/G4 – S3 |

G#G# or S#S# : Indicates a range of uncertainty about the status of the species (ie. G1G3 = Global Rank Ranges between G1 and G3 inclusive.

?: Inexact Numeric Rank – denotes uncertainty

Reasonably foreseeable activities adjacent to the project area include 4,000 acres of prescribed burning proposed by the Idaho Panhandle National Forest on the west facing slopes of Buckhorn ridge. Much of the burning in the Idaho Panhandle project has been proposed to remove encroaching conifer competition for the restoration of whitebark pine habitat, and also proposes inter-planting of whitebark pine seedlings. It is believed that the prescribed fire treatments proposed by the Idaho Buckhorn Prescribed Burning Project may indirectly impact some individual whitebark pine; however it will have a positive effect on whitebark pine habitat as a whole. The Idaho Buckhorn Prescribed Burning Project Rare Plant Report rated the risk to whitebark pine, and moonwort (*Botrychium*) species that may occur within potential habitat as low/moderate.

Ongoing activities within the project area include road maintenance, herbicide application, and fire suppression. These activities may impact rare plants through ground disturbance, toxicity, or removal of overstory canopy. Potential future impacts to PTES species include noxious weed invasion. Weed treatments have occurred within the project area, and additional mitigation to

prevent noxious weed invasion is included in the project design. Therefore, this project will not contribute to cumulative effects from noxious weed encroachment. All proposed future ground-disturbing activities will be evaluated through surveys and biological assessments/evaluations as to their impact on PTES plant species. Based on the above information it is believed that this project will not contribute to any negative cumulative effects to any PTES plant species.

### PTES Plant Species Biological Assessment/Evaluation

Table 3.90 summarizes the biological assessment/evaluation for the plants considered in this analysis.

### Statement of Findings

Based upon this evaluation and the available information on these species needs, the proposed project and associated activities will have no effect on *Silene spaldingii*, may impact individuals or habitat but will not likely contribute to a trend towards federal listing or cause a loss of viability to the population or species for *Pinus albicaulis*, and no impact on the viability of any of the other known and suspected sensitive plant species of the KNF.

## Consistency with the Forest Plan and Other Management Direction

All alternative comply with the Forest Plan (p.II-1) goal to: "Determine the status of sensitive species and provide for their environmental needs as necessary to prevent them from becoming threatened or endangered." All alternatives are in compliance with Forest Service policy on sensitive species (FSM 2670.32) and the ESA. Clause B(T) 6.25 - "Protection of Threatened, Endangered, and Sensitive Species", will be used in the timber sale contract to modify the action as necessary to protect PTES plant populations if missed by field surveys and found after the timber sale contract is awarded.

**Table 3. 90 -PTES Plant Species Biological Evaluation Summary**

| Species | Habitat | Conclusion | Justification |
|---|---|---|---|
| **Threatened, and Candidate Species** | | | |
| *Silene spaldingii* (Spalding's catchfly) | Palouse Prairie grassland | No effect | Habitat absent from activity areas |
| *Pinus albicaulis* (whitebark pine) | High elevation forest sites near timberline | May impact individuals* | Surveys have been completed, and the project design will protect the known populations |
| **Sensitive Species** | | | |
| *Botrychium ascendens* (upward-lobed moonwort) | Roadsides, Riparian forests | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Botrychium crenulatum* (wavy moonwort) | Riparian forests, open wet meadows, and roadsides | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Botrychium hesperium* (western moonwort) | Snow fields, moist road ditches, meadows and grasslands in the montane zone | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Botrychium paradoxum* (peculiar moonwort) | Mature western redcedar stands or grasslands and meadows | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Botrychium pedunculosum* (stalked moonwort) | Old growth western redcedar in floodplains and meadows | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Corydalis sempervirens* (pink corydalis) | Post fire plant communities and forest openings | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Heterocodon rariflorum* (western pearl-flower) | Road shoulders, open soil areas near talus slopes, submaritime bedrock meadows | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Lomatium geyeri* (Geyer's biscuit-root) | Rock outcrops, submaritime bedrock meadows | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Lycopodium dendroideum (prickly tree clubmoss)* | Mesic coniferous valley bottoms | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Mimulus ampliatus* (stalk-leaved monkeyflower) | Road shoulders, open soil areas near talus slopes, vernally moist submaritime bedrock meadows | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Mimulus breviflorus* (short-flower monkeyflower) | open soil areas near talus slopes, vernally moist submaritime bedrock meadows | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Mimulus clivicola* (bank monkeyflower) | open soil areas near talus slopes, vernally moist submaritime bedrock meadows | No impact | Surveys have been completed, and this species is not known to occur within the project area |
| *Phegopteris connectilis* (northern beech-fern) | Moist old growth, riparian areas, stream edges, and weeping walls | No impact | Surveys have been completed, and the project design will protect the known populations |

***** may impact individuals or habitat but will not likely contribute to a trend towards federal listing or cause a loss of viability to the population or species

# Fire and Fuels

## Introduction

The fire and fuels section analyzes the effects that the activities proposed in the Buckhorn Project will have on fire behavior and fuels in the project area. It also describes how prescribed fire and harvest treatments relate to the purpose and need to: "Promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading and species composition." (see Chapter 1 for detailed discussion of the Purpose and Need). There are several assumptions that set the basis for this analysis.

The first assumption is that as vegetation grows, live and dead vegetative fuels build up and natural processes such as decay cannot reduce the fuels fast enough to prevent a high severity, stand replacing fire (Agree and Skinner 2005; Keane and others 2002; Arno and others 2000). If the stand is left untreated, it becomes more susceptible to a high severity wildland fire as fuel loads increase overtime. Vegetation treatment, through prescribed fire or timber harvest, reduces fuel loads by either consuming fuel during the fire or removal of fuel from the site (timber harvest) which can influence fire behavior in treated areas. The use of prescribed fire following timber harvest will treat additional fuels (limbs, broken tops, shrubs, non-merchantable trees, etc.) left behind after the timber is harvested.

The second assumption made is that low fuel loadings create a safer environment for fire fighters and the public during a wildland fire event. When a wildland fire burns into a treatment unit, the fire behavior would be modified in such a way that fire suppression activities could be safely conducted under average conditions.

The final assumption made in this analysis is that a low or mixed severity fire, such as is expected to occur during a prescribed or controlled wildland fire, can provide benefits to ecosystems (Neary and others 2005; Graham and others 2004; Brown and Smith 2000; Smith 2000) . Reducing vegetation through prescribed fire can result in new growth of shrubs, grasses, and forbes that provide wildlife forage. The trees killed during a prescribed fire can thin forest stands and allow more space for trees and understory vegetation to grow due to the increased availability of resources such as sunlight and water. Killing some of the trees that are non-fire tolerant while favoring trees that are fire adapted can maintains species that are long-lived and resilient to other disturbance processes like insects and disease. By using prescribed fire, managers can provide the benefits of low and mixed severity fire while managing some of the negative effects that occur during a wildland fire which is more likely to be a high severity fire that could consume all vegetation and damage soils.

## Regulatory Framework

Three guiding documents establish direction and provide the framework for fire management. These documents provide specific goals, standards, and objectives for implementing a fire management program. The Lincoln County Community Wildfire Protection Plan was also considered during project development as were fire handbooks, guides, research, and technical papers. Table 3.91 provides a summary of the documents that guided this analysis.

**Table 3. 91 – Guidance documents used for Fire and Fuels analysis**

| Guiding Document | Direction |
|---|---|
| Kootenai National Forest Plan 1987 | The Forest Plan details the direction for managing land and resources on the Kootenai National Forest. |
| Kootenai National Forest Fire Management Plan 2013 | Defines the program to manage wildland and prescribed fires for the Kootenai National Forest. |
| Healthy Forest Restoration Act 2003 | Defines the wildland urban interface (WUI) and lays ground work for the Lincoln County Community Wildfire Protection Plan. |

The **Kootenai Forest Plan (1987)** has several goals and objectives related to fire. Two in particular are important to mention because of their relevance to the proposed activities in the Buckhorn Project.

> Forest Plan goal #17 (USDA 1987 II-2) is to "Use prescribed fire to simulate natural ecological processes, prevent excessive natural and activity fuel buildups, create habitat diversity for wildlife, reduce suppression costs, and maintain ecosystems."
>
> Forest Plan goal #24 (USDA 1987 II-2) for fire suppression is to "Protect Forest users, property, and resources from wildfire."

Table 1.1, found in Chapter 1, shows the Management Areas (MA) found in the Buckhorn Project area and summarizes the direction provided for each MA. Map M-2 displays the location of the Management Areas found in the project area.

The **Kootenai National Forest Fire Management Plan (2013),** located in the project file, defines a program to manage wildland and prescribed fires and documents the fire management program for the Kootenai Forest Plan. It is a detailed program of action to carry out the fire management and fire protection objectives identified in the Forest Plan. In the KNF Fire Management Plan, Fire Management Units (FMU's) have been developed to assist in organizing information about managing fire in complex landscapes.

The Buckhorn proposed treatments fall within FMU 1 and FMU 2 and its description from the KNF Fire Management Plan is summarized below:

> FMU1: Modified Suppression Zone consists of MA's 2, 3, 7, 8, 9, and 29, which allow consideration of a confine strategy and fire for resource benefit during non-critical fire season.
>
> FMU 2: Full Suppression Zone includes MA's 10, 11, 12,13,14,15,16,17,19, 21, 24 and private lands where control is the primary strategy during the critical fire season. It also includes the wildland-urban interface (WUI) that requires aggressive initial attack action with an objective of containing each fire at the smallest possible size.

Map M-2 displays the Management Areas found in the Buckhorn project area.

The **Healthy Forests Restoration Act (2003)** defines the term wildland-urban interface (WUI) as an area within or adjacent to an at-risk community that is identified in recommendations to the Secretary in a community wildfire protection plan. The **Lincoln County Community Wildfire Protection Plan (2005)** defines the WUI as being "the zone where structures and other human development meet and intermingle with undeveloped wildland and vegetative fuels. The WUI poses tremendous risks to life, property, and infrastructure…is one of the most dangerous and complicated situations fire fighters face."

# Methodology

## Measurement Indicators

The following indicators were used to evaluate each alternative's ability to address the purpose and need to "Promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading and species composition."

1. Acres of vegetation treatment proposed in each alternative.
2. The predicted changes in fire behavior as a result of proposed vegetation treatments.

## Fire Behavior Model

Fire behavior modeling was accomplished using BehavePlus to compare pre and post treatment fuel conditions by evaluating the expected change in fire behavior based on how the fuel models and canopy characteristics would change as a result of the proposed treatments.

The BehavePlus fire modeling system is a computer program that is based on mathematical models that describe wildland fire behavior, effects, and the fire environment. Primary fire behavior outputs include estimates of surface and crown fire rate of spread, fire intensity at the fireline, spotting distance, probability of ignition, and flame lengths. It produces tabular data, graphs, charts, and tables from a range of inputs representing varying climate or fuel conditions (see project file for more information about the fire models used).

The following assumptions are embedded in BehavePlus :

- there is a continuous, uniform, and homogenous fuel bed;
- the model does not take into consideration fire spread from fire brands or embers, fire whirls and other fire-induced phenomenon that are expected in extreme fire behavior conditions;
- independent fire behavior calculations for every location are independent of one another so there is no predictor of fire movement;
- weather and wind information are held constant;

## Fuels Model Used in Fire Behavior Model.

BehavePlus (Andrews 2009) uses fuel models (descriptions of fuels) as described by Scott and Burgans (2005). The dominant fuel models represented in the Buckhorn project area are defined below.

As Table 3.96 shows, fuel models TU5, GS2, and GR2, are the fuels most representative of fire behavior concerns within the proposed treatment units. A map of the fuel model and proposed units can be found in the project file. Please note that only the primary fuel models of concern are used to characterize each unit despite several fuel models existing in some treatment areas. The fuel models discussed represent 95 percent of project unit acres.

**Fuel Model TU5 (High load conifer litter)** – 84 percent of the project area. Heavy forest litter with a shrub and small tree understory.

**Fuel Model GS2 (Grass and shrubs)** – 6 percent of the project area. The primary carrier of fire in GS2 is grass and shrubs combined.Shrubs are 1 to 3 feet high, grass load is moderate.

**Fuel Model GR2 (Grass) –** 5 percent of the project area. The primary carrier of fire is grass, though small amounts of fine dead fuel may be present. Moderately coarse continuous grass, average depth about 1 foot.

While the fire behavior model can be helpful as a decision support tool, the reader should keep in mind that a model cannot predict reality. While fire behavior models can help to approximate fire behavior outcomes, it cannot predict the reality of fire behavior in a wildfire event.

### Other Data Sources

Fire occurrence was derived from KNF fire history records which are contained within the Geographical Information System (GIS) for point (small) fires and large fires. Fuels, fire regime and vegetation condition class GIS layers were obtained from www.landfire.gov/. Current and historic conditions were compared to desired conditions and proposed treatments are displayed to show how this project could move the existing condition toward the desired condition.

## Affected Environment

### Historical Condition

Prior to European settlement, fires in the project area typically resulted from either lightning or ignition by indigenous peoples (Zweifel 2005). In times when there was average summer weather conditions with moderate rainfall low to mixed severity fires were likely to burn slowly, creeping across the landscape with occasional small runs that created a mosaic of conditions. These low and mixed severity fires reduced understory fuels and killed small trees and patches of mature trees. During dry seasons, conditions for high intensity, stand replacing fires were more likely. Although these high intensity fires likely occurred less frequently, they had significant effects to vegetation, soils, and wildlife, and helped shape the forest conditions (age class, species composition, patch size) that we see today.

### Fire History

Forest records show that approximately 36,209 acres have been affected by fire in the project area from 1889 to 2011. Seventy-six ignitions were recorded between the years 1986 and 2009, but fire suppression efforts allowed very few of these ignitions to grow into large wildland fires.

Table 3.92 shows the large fire events that have been recorded in the project area. The Fire History Map M-9, shows the history of all recorded wildfires fires in the Buckhorn project area.

**Table 3. 92 – Large Fire Statistics**

| Large Fire Statistics | |
|---|---|
| **Year** | **Acres** |
| **1889** | 8,988 |
| **1903** | 1,812 |
| **1910** | 4,303 |
| **1917** | 1,600 |
| **1918** | 1,959 |
| **1919** | 179 |
| **1931** | 14,909 |
| **1934** | 1,041 |
| **1940** | 603 |
| **1994** | 324 |
| **2000** | 423 |

## Fire Regime Groups

Fire regime is a general classification of the role fire would play across the landscape in the absence of modern human intervention, but including the influence of aboriginal burning (Agee 1993, Brown 1995). The historical fire regimes are classified by number of years between fires (frequency or fire return interval) and the severity of the fires effects on the dominant overstory vegetation.

A low severity fire would consist mostly of light intensity surface fire where less than 25 percent of the dominant overstory vegetation would be killed. A mixed severity fire is mostly surface fires with flare-ups of passive crown fires and could result in up to 75 percent mortality of the dominant overstory vegetation. A high severity fire is either a crown fire or a high-intensity surface fire that would result in greater that 75 percent of the dominant overstory vegetation being killed.

The Buckhorn project area contains the fire regime groups I, III, IV. The descriptions below detail fire characteristics of fire regimes and the associated Vegetation Response Unit (VRU, a vegetation classification described in the Forest Vegetation section of Chapter 3 and displayed on Map M-11).

**Fire Regime Group I-** Fire return interval of 0-35 years of low to mixed severity fires with rare stand replacing fires.

In the project area, Fire Regime Group I is represented by Vegetation Response Units (VRU) 2 and 3. VRU 2 is moderately warm and dry with a fire return interval (FRI) of 15-45 years. VRU 3 is moderately warm and moderately dry with a FRI of 25-50 years.

Forest stands on these sites are dominated by ponderosa pine, Douglas-fir and western larch.

**Fire Regime Group III-** Fire frequency of 35-200+ years of low and mixed severity. These sites are moister than fire regime group I. Stands on these sites are dominated by western larch, Douglas-fir, western white pine, and some lodgepole pine on the drier portions and cedar, hemlock and grand fir on the moister sites. Fire Regime Group III is well represented by VRU 5 which is moderately cool and moist with FRI on south aspects from 17-113 years and 110-340 on north aspects.

**Fire Regime Group IV-** Fire frequency of 35-200+ years of high severity stand replacing fires. These sites consist of mixed conifer species with a heavier component of shade-tolerant species like grand fir, lodgepole pine, Engelmann spruce, and subalpine fire. Other sites are cooler and dryer than Fire Regime Group III with western larch, Engelmann spruce, and Douglas-fir common. Fire regime group IV is represented by VRUs 7, 8, 9 10. FRI in these groups cover a wide range 35 year at low severity to 200 years high severity.

The Forest Vegetation section provides a more detailed discussion about Vegetative Response Units in the project area and Table 3.93 displays the percentage of each fire regime in the project area.

**Table 3. 93- Fire Regime Groups**

| Fire Regime Group | Description | Percent of Project Area |
|---|---|---|
| I | 0-35 year frequency at low to mixed severity | 13 |
| III | 35-200+ year frequency at low to mixed severity | 43 |
| IV | 35-200+ year frequency at high severity | 44 |

## Fire Behavior

Fire behavior has many contributing factors including: topography (slope, aspect, and elevation), weather (climate, air temperature, wind, relative humidity) and fuels (size, type, moisture content, total loading) (Agee 1993). These three elements comprise the fire environment which determines fire behavior (NWCG 1996). Fuel loading and composition is the only factor that fire management can directly manipulate.

Fire behavior can be measured primarily through flame length, rate of spread, and fireline intensity (Rothermel 1983). Flame length and rate of spread are readily observed in the field, and intensity is estimated by observed flame length.

Crown fires are one of the biggest challenges of fire management and can create undesirable effects such as soil damage, erosion and water quality concerns. Crown fire is an indicator of fire behavior that exceeds firefighter capability depending on if crowing is passive (single trees torching) or active (fire spread through the tree tops). Favorable conditions for crown fires include heavy accumulations of dead and downed litter, thick conifer reproduction/dense ladder fuels, and continuous conifer tree forest (Rothermel 1991). Fire-suppression has reduced fire

occurrence and resulted in dense tree crowns, which has in turn increased the probabilities and intensities of future crown fires (Mutch 1994).

## Existing Condition

The existing condition of fuel loadings in the Buckhorn project area are, in part, a result of fire suppression. Although much of the project area is not outside the historic Fire Return Interval, without wildfires thinning and reducing fuels naturally, the fuel loadings increase as trees become more crowded. The implication is an increased fuel hazard and a decline of resilient and healthy forest conditions from what occurred naturally.  Fire suppression in combination with past human activities, such as timber harvesting that removed the larger fire-tolerant trees, have created undesirable conditions (see the Forest Vegetation section of Chapter 3 for detailed discussion of forest stand conditions).

A comparison of a 1933 aerial photo (Fire Fig 3.7) to a 2005 Google Earth photo (Fire Figure 3.8) of the Mount Baldy face, located in the project area, provides insight to historic vegetative conditions in the project area as compared to the forest vegetation conditions found today.

**Figure 3.7 – 1933 Photo of Mount Baldy face above the Yaak River**



**Figure 3.8 - 2005 Google Earth image of Mount Baldy Face**




The stands in the Buckhorn project area have changed from their historical conditions for several reasons. It is possible that the conditions depicted in the historic photo shown in Figure 3.7 above could be the result of indigenous people burning the site repeatedly to provide forage and hunting areas. The Forest Service began actively suppressing fires in the 1920's. While records show that several large fires have occurred in the project area since then, it is also reasonable to assume that many other ignitions were suppressed, changing the forest composition over time.

Forest Service records also show that timber harvesting began in the project area in the 1940s and increased in the 1950s and 1960s (See Chapter 3 Introduction, Forest Vegetation section and Appendix G for more information on past harvest). These harvest activities removed large, fire tolerant species such as western larch and Douglas-fir. The removal of this overstory in combination with fire suppression, allowed for fire intolerant tree species to regenerate in dense forest stands. The combined influences have altered species composition and diversity, stand ages, stand densities, stand structure, and fuel loadings resulting in an accumulation of understory fuels and vegetation, increased ladder fuels, fewer large trees, and an increased potential for crown fires (Agee 1993).

This change in species composition, age classes, and densities have resulted in an increased potential for surface fires to develop into crown fires because the understory ladder fuels lower the effective canopy base height and the overstory trees have become more dense, allowing for crown fire initiation and spread. Scott and Reinhardt (2001) define crown base height as the lowest height above ground at which there is significant canopy fuel to propagate fire vertically through the canopy. Active crown fires and high intensity surface fires are the main concern for the project area. The existing condition of the forest stands proposed for treatments have dense

fuel loads, and in some areas, abundance of ladder fuels have set the stage for high intensity, high severity surface and crown wildfires.

Past prescribed burning has also occurred in the project area as part of the Pete Creek Fuels salvage in the1990s and the Rock Candy burn in 2003. These treatments have been effective at reducing fuel loads within the burn units and based on field observation it appears that the vegetative understory has responded positively to these treatment (see Table 3.1 for a description of past activities).

### Desired Condition

With respect to fuels conditions, the desired condition of forest stands in the project area is represented by the Principles of Fire-Resilient Forest (Agee 2002) outlined in Table 3.94.

**Table 3. 94– Principles of Fire-Resilient Forests ***

| Objective | Effect | Advantage | Comments |
|---|---|---|---|
| **Reduce surface and ladder fuels** | Reduces potential flame length | Fire control easier, less torching | Surface disturbance less with fire than other techniques |
| **Increase canopy base height** | Reduces crown fire initiation. | Less torching | Opens understory, may allow surface wind to increase |
| **Decrease crown density** | Makes independent crown fire less probable | Reduces crown fire propagation | Surface wind may increase, surface fuels may be drier |
| **Increase proportion of fire-resilient tree species** | Thicker bark, taller crowns, higher canopy base height | Increases survivability of trees | Removing smaller trees is sometimes problematic |

* Adapted from Agee 2002B

The forest stands in the project area would have more resilient forest conditions through reduction of surface, ladder, and crown fuels while retaining and promoting large tree health and vigor. The tree canopies would be well-spaced with non-continuous and patchy horizontal and vertical forest structure. Forest stands would be dominated by fire adapted tree species such as western larch, Douglas-fir and Western white pine.

## Environmental Consequences

### Alternative 1 - Direct and Indirect Effects

Under Alternative 1, the no action alternative, no timber harvest or prescribed burning is proposed. Many stands in the project area are in a condition conducive to stand-replacing fire. If a fire were to escape initial attack suppression efforts and burn into the extensive fuel accumulations, especially during dry, windy conditions, it would likely burn under conditions that could not be effectively or safely suppressed. Ladder fuels exist in many of the stands and fire

could easily reach the crowns and become a stand-replacing crown fire. Alternative 1 would maintain or increase the risk of stand-replacement fire, which could result in the mortality of existing large overstory trees that would have survived a surface fire. The historical mixed-severity fire regimes would trend further towards an increasingly more lethal fire regime. Alternative 1 would not meet the purpose and need of promoting resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading and species composition. No acres of low and mixed severity fire would be restored under Alternative 1.

## Alternative 1 - Cumulative Effects

Past fires, fire suppression efforts, and timber harvest activities have had the greatest influence on present conditions of fuels and fire hazard in the project area (see Table 3.1, 3.2 and the Forest Vegetation section of Chapter 3 and Appendix G for detailed information about past harvest activities).

### Past actions and their Effects on Current Conditions

Fire suppression has extinguished the majority of the fires in the project area within the last 100 years. The effects from fire suppression activities have been accumulations of natural fuels in the project area creating a greater risk of a high severity fire event. Although much of the project area is not outside the fire frequency for the identified fire regime class, the absence of fire has led to an accumulation of fuels outside the desired condition.

### Current Condition and Trend

Some stands in the project area are in a condition conducive to stand-replacing fire. Ladder fuels exist in many stands where fire could easily reach the crowns and become a stand-replacing crown fire. With no fuel reduction treatments this trend is likely to continue over time. The fire regimes would trend further towards increasingly more lethal fire regimes.

### Effect of Current and Reasonably Foreseeable Actions

The prescribed burning activities proposed on the Idaho side of the Buckhorn ridge would help to reduce fuel loads on the west facing side of the ridge and thereby reduce the intensity of a fire coming from the west side of the project area.

### Combined effects from Past, Proposed and Current and Foreseeable Actions

Under Alternative 1, the effects of a large, high intensity wildfire in the project area could be of high magnitude depending on the conditions it burns under and the origin location. Following a high intensity fire, fuel loading would be low where the fire burned intensely until regeneration is well established and snags fall to the ground starting the cycle again of increasing fuel loadings. Following a mixed severity fire, it is expected that wildland fires in the project area would likely be easier to control and could potentially provide a margin of safety for firefighters and residences.

While the proposed activities in the Idaho Buckhorn Project would help to reduce fuel loads on the west side of Buckhorn Ridge, under Alternative 1, the fuels that would remain in the Buckhorn project area would still likely create high severity fire effects.

Additionally, particulate emissions generated from wildland fires are estimated to be three times greater than what are produced by prescribed burning (Ward et al. 1976) (see Air Quality section for more information).

## Alternative 2, 3, and 4 – Direct and Indirect Effects

The three action alternatives would implement strategically located commercial timber harvest with harvest-related fuels treatments, and prescribed burning. For all action alternatives, prescribed burning, where no harvest would occur, account for 11,623 acres. For this analysis timber harvest and prescribed burning are collectively referred to as vegetation treatments.

Table 3.95 below displays the acres associated with each type of treatment for each alternative.

**Table 3. 95- Acres of Fuels Treatment for each Alternative**

| Alternative | Excavator Piling Following Harvest | Prescribed Burning Following Harvest | Prescribed Burning Only | Total Acres Treated | Percent of Project Area |
|---|---|---|---|---|---|
| **1** | 0 | 0 | 0 | 0 | 0 |
| **2** | 505 | 758 | 11,623 | 12,886 | 23 |
| **3** | 278 | 611 | 11,623 | 12,512 | 22 |
| **4** | 188 | 514 | 11,623 | 12,325 | 22 |

Alternative 2 includes vegetation treatments on approximately 12,886 acres. Timber harvest followed by excavator piling would treat 505 acres, while timber harvest followed by prescribed burning is proposed for 758 acres. This alternative would treat the greatest acreage of fuels. This alternative also proposes regeneration harvest over 40 acres in size that have been designed to mimic historic fire events. The design of the harvest units and the prescribed burn units across the landscape could serve as a fuels break that would assist in fire suppression efforts. This alternative proposes 366 acres of timber harvest and 1,066 acres of prescribed burning within the WUI.

Alternative 3 includes vegetation treatments on 12,512 acres. All of these units encompass the same area as Alternative 2 except that no regeneration harvest units are over 40 acres in size. Timber harvest followed by excavator piling is proposed to treat 278 acres, while timber harvest followed by prescribed burning accounts for 611. This alternative proposes to treat fewer acres than Alternative 2, but more important is the design of the harvest units which would occur in 40 acre patches across the landscape with untreated areas of fuels between harvest units. While the 40 acre harvest units could modify the fire behavior within the area of treatment, these treatments would have less effect on the way that a fire could move across the landscape and would provide less benefits to fire suppression efforts.

Alternative 4 includes fuel treatment on 12,325 acres. This alternative is very similar to Alternative 2, with fewer acres of treatment proposed on the north side of the Spread Creek drainage, resulting in 561 less acres of fuels treatment. Timber harvest followed by excavator piling is proposed on 188 acres, while timber harvest followed by prescribed burning is proposed

for 514 acres. This alternative would treat the smallest combined acreage of fuels but does propose some larger landscape units that would provide landscape level fuels reduction in treated areas.

Alternatives 2, 3, and 4 would all reduce potential fire behavior within proposed treatment areas by removing ladder and surface fuels, reducing canopy densities, and would provide a safer environment for firefighters and the public. Forest resilience would be enhanced, trending towards a more characteristic vegetation pattern, structure, composition, and patch size, including a decreased vulnerability to insects and disease. The proposed harvest units – especially the large units (over 40 acres) - are beneficial to fire suppression efforts in that they provide a broad-level of reduced fuels that would be more effective at reducing fire behavior of a wildfire and assist firefighters by providing a large area to anchor firefighting tactics. Alternative 3, which does not propose large treatment units, would not provide this added benefit. Forty acre and less treatment units could allow a fire to burn between units and present additional tactical challenges.

### Effects of Treatments on Fire Behavior

The direct effects of the proposed fuel reduction treatments through harvest activities and excavator piling or prescribed burning, would be a modification of potential fire behavior within the treated areas. A reduction in surface and ladder fuel loadings creates lower flame lengths and fire intensity and a surface fire that burns on the ground and not in the tree crowns. Reduced flame lengths and lower fire intensity produces the type of fire behavior that can more easily be controlled or extinguished. Fire behavior within the treated areas would be reduced, resulting in safer conditions for firefighters and/or the public.

The direct effects of the proposed prescribed burning with no harvest would be variable as described earlier. Lower elevation burns without harvest activities will be highly variable and of low- to mixed-severity depending on topography, fuel conditions, and weather factors. Mid and high elevation burns would create patchy results, ranging from lower severity to patches of higher severity, which can provide opportunity for firefighters to safely engage in future wildfires.

Table 3.96 displays the fire behavior elements resulting from the activities proposed under Alternative 2 but is very similar across all alternatives because, the proposed units for Alternative 3 are located within the boundaries of the units in Alternative 2, and Alternative 4 has many of the same unit boundaries as Alternative 2, with fewer acres of proposed treatment.

**Table 3. 96 – Predicted Changes in Fire Behavior as a result of Proposed Treatments**

| Proposed Treatment Units | Pre-Treatment | | | | Post-Treatment | | | |
|---|---|---|---|---|---|---|---|---|
| | Fuel Model | Flame Length* | Fire Type | Severity | Fuel Model | Flame Length* | Fire Type | Severity |
| 1,2,3,4,5,9, 9a,10,11,12, 13,14,15,16, 17,18,19,20, 21,A,B,C,D,F, I,J,K,L,M,N, O, O-1 | TU5 | 4-17 ft. | Surface Passive & Active Crown | Mixed to High | TU1 | 1-4.5 | Surface | Low to Mixed |

| Proposed Treatment Units | Pre-Treatment | | | | Post-Treatment | | | |
|---|---|---|---|---|---|---|---|---|
| | Fuel Model | Flame Length* | Fire Type | Severity | Fuel Model | Flame Length* | Fire Type | Severity |
| M | GR2 | 2-10 ft. | Surface Passive & Active Crown | High | GR1 | .5-2 | Surface | Low to Mixed |
| 6,8,E,G, G-1,H | GS2 | 2-14 ft. | Surface & Passive Crown | High | GS1 | 1.5-8 | Surface | Low to Mixed |

*The range of flame length values encompasses a range of wind speed values.

Fuel reduction treatments in all units contribute to the reduction of fire behavior characteristics by changing the crown fire to surface fire potential. Proposed vegetation treatments that fall within fuel model TU5 show a range of fire behavior reductions, from flame lengths as high as 17 feet pre-treatment to as little as 1 foot high, and reducing severity from mixed-high to mixed-low. Prescribed burn unit M is modeled to reduce flame lengths from as high as 10 to a low as a half of a foot, and reduce severity from high severity to low and mixed. Proposed treatments in fuel model GS2 show a reduction of flame lengths from 14 feet in height down to 1.5 feet, and reducing high severity to mixed-low severity.

One possible effect of the removal of trees in the overstory as proposed with this project, is that this could increase surface winds depending on topography and surrounding trees (Albini and Baughman 1979). The decrease in shading could also cause drying of both live and dead surface fuels (Pollet and Omi 2002). The indirect effect on fire behavior could be an increase in rates of spread of a surface fire, depending on vegetative characteristics, terrain influences, position on slope, and time of day. However, the possible benefits associated with reducing crown fire potential, outweighs the increased winds and drying of surface fuels because the primary concerns are flame lengths and intensity thereby increasing opportunities for safe suppression activities (Estes and others 2012; Graham and others 2004). It is also important to recognize that until treatment of the slash created during harvest operations occurs, it is possible that wildfire severity would be temporarily increased until the hazard has been abated (Omi and others 2006).

Many researchers suggest strong support in the current scientific literature and multiple case studies demonstrating fuel treatment effectiveness in reducing fire behavior, the probability of crown fire, and fire severity (Stephens and others 2012;Hudak and others 2011; Bostwick and others 2011; Mooney 2010; Safford and others 2009; Graham and others. 2009; Harbert and others 2007; Omi and others 2006; Peterson and others 2005; Raymond and Peterson 2005; Agee and Skinner 2005; Graham and others 2004; Pollet and Omi 2002; Graham and others 1999; van Wagtendonk 1996; Weatherspoon 1996). Based on current research, the effectiveness of treatments would remain for 7-30 years or more into the future depending on treatment type and the relative intensity and severity of that treatment.

### Effects of Timber Harvesting and Fuel Treatments

Fuel treatments occurring in harvest units following timber harvest are necessary for this project, and will be implemented through the application of prescribed burning or piling (see Table 3.95 for acres of each treatment per alternative). Where piling occurs, the slash would be burned by the Forest Service. In all harvest units, the intent is to reduce surface fuel loadings while leaving large woody debris for long term soil nutrient cycling (amount vary depending on the habitat type). Most units would be designed to retain 12-33 tons per acre of large woody debris, with unit 8 retaining 8-16 tons within 200 feet of private land and Unit 5 which would retain 8-16 tons/acre as an intermediate type harvest. Fuel loads will be assessed post-harvest to determine if residual fuel loading results meet project objectives and follow up treatment could be prescribed if objectives are not adequately met.

Leave islands located in harvest units 8, 10, 11, and 12 can increase the complexity of successful implementation of prescribed burns but are important for other resource considerations such as wildlife. The leave islands will be laid out and designed to use natural topographic and environmental barriers to protect the leave islands (ie. existing roads, rock outcroppings, wetlands).

Treatments in close proximity to private property would reduce fire behavior adjacent to homes and property. Also, the probability that a wildland fire would escape from the treated areas and burn down into private lands in the WUI would decrease.

Road maintenance and reconstruction proposed for timber harvest purpose will also create better access for fire suppression activities and contributes to safer conditions for firefighters.

### Effects of Prescribed Burning without Harvest

Implementation of prescribed burn units will occur over a 10 year period following a project decision. Weather and fuel moistures will dictate when burn unit will be within pre-determined conditions that can best meet fuel objectives (an other resource objective, such as wildlife). The location of the units to burn will be staggered from year to year to reduce impact to a common ridge/watershed. The intent is also to minimize impacts to any particular resource by varying the location of burns from year to year. Not every acre within the boundary of each unit would be ignited; in fact many areas are too wet or don't have available fuels to ignite. Riparian areas, bogs, or wet bottoms will be avoided during ignition, but fire would be allowed to back into those areas by slowly burning into the duff or ground cover). Crown cover reduction in the prescribed burn units will be highly variable and are displayed in Appendix B – Prescribed Burn Table.

Any prescribed burning affecting ridgelines or areas adjacent to ridgelines would provide fuel breaks, which would serve to slow fire spread, reduce intensities, and create opportunities for firefighters to safely engage wildfires.

## Alternative 2, 3, and 4 –Cumulative Effects

### Past actions and their Effects on Current Conditions

Fire suppression has extinguished the majority of the fires in the project area within the last 100 years. The effects from fire suppression activities have been accumulations of natural fuels in the project area creating a greater risk of a high severity fire event. Although much of the project

area is not outside the fire frequency for the identified fire regime class, the absence of fire has led to an accumulation of fuels outside the desired condition.

### Current Condition and Trend

Some stands in the project area are in a condition conducive to stand-replacing fire. Ladder fuels exist in many stands where fire could easily reach the crowns and become a stand-replacing crown fire. With no fuel reduction treatments this trend is likely to continue over time. The fire regimes would trend further towards increasingly more lethal fire regimes.

### Contrasting effects of Past Actions with Alternative 2, 3, and 4

Past management activities in the project area have focused on harvest activities that created openings of 40 acres or less in patches across the landscape. These projects created small patches of reduced fuel loads for approximately 20 years after harvest, but after revegetation began to occur fuel loading increased again. While it is expected that the harvest proposed in Alternatives 2, 3, and 4 will also provide a reduction in fuel loading for 7-30 years after harvest and will gradually increase with revegetation.

More recent vegetation management projects in the project area such as the Rock Candy prescribed burn (2003) have increased understory and native plant production in treated areas. The prescribed burning proposed in Alternatives 2, 3, and 4 would similarly reduce fuels in the upper elevations, but would eventually re-vegetate and accumulate fuels over time as occurs naturally with succession.

### Effect of Current and Reasonably Foreseeable Actions

The prescribed burning activities proposed on the Idaho side of the Buckhorn ridge would help to reduce fuel loads on the west facing side of the ridge and thereby reduce the intensity of a fire coming from the west side of the project area.

### Combined effects from Past, Proposed and Current and Foreseeable Actions

Although the practice of fire suppression on the Kootenai National Forest has led to a fuels build up, the activities proposed in the Buckhorn Project and the Idaho Buckhorn project are anticipated to have a beneficial effect to the landscape by reducing fuel loads and restoring fire to the landscape through the 10 year implementation of prescribed burns units. Because it is expected that fire suppression will continue into the future, the prescribed burning proposed by this project will serve as an opportunity to reduce fuel loading and provide the multiple benefits to other resources that fire can have on the landscape.

## Summary of Effects

The purpose and need of the Buckhorn project "to manage towards characteristic landscape level vegetation attributes" recognizes the value of treating forests at characteristic scales (to the greatest extent possible) and restoring fire's natural role on the landscape. The landscape scale burns proposed in this project would not only restore fires role as a disturbance process but also serves to promote the heterogeneity and structural diversity so important to the health of a naturally functioning system.

## Consistency with the Forest Plan and Other Management Direction

The vegetation treatments proposed to reduce fuels in all alternatives are consistent with the Kootenai National Forest Plan direction to "Use prescribed fire to simulate natural ecological processes, prevent excessive natural and activity fuel buildups, create habitat diversity for wildlife, reduce suppression costs, and maintain ecosystems." and to "Protect Forest users, property, and resources from wildfire." (Forest Plan goal #17, p. II-2) Proposed vegetation manipulation and prescribed burning activities would meet the Forest Plan goal in those stands proposed for treatment. The proposed treatments of the Buckhorn Project meet the intent of both the Healthy Forests Restoration Act and the Lincoln County Community Wildfire Protection Plan in terms of reducing fire intensities in the WUI through harvest activities and fuels treatments, including prescribed burning.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will have no effect to the fire and fuels resource.

# Air Quality

## Introduction

This analysis discloses the potential effects to air quality from Alternative 1, the no action alternative, and Alternative 2, 3 and 4 to provide the decision maker with a means of comparing proposed alternatives. The analysis of all alternatives includes the effects of smoke from wildland fires, smoke from prescribed fire, and fugitive dust.

Smoke produced from the prescribed burning of slash generated during timber harvest and natural fuels can have an adverse effect on air quality. Depending on market conditions for biomass it may be possible to utilize sub-merchantable material, which could reduce the amount of fuel remaining after timber harvest, thereby reducing the amount of smoke produced. The type and timing of burning, and weather conditions, can influence the amount of smoke produced.

Air quality is also affected by fugitive dust produced by vehicular traffic, especially on native surface roads. The silt content of the road surface layer, the distance traveled, the weight and speed of the vehicle as well as weather conditions, influence the amount of dust produced. Paved roads produce a smaller amount of dust than do native surface roads, especially during dry weather. Measures that reduce the availability of fine silt particles, such as watering or dust suppressants, are effective at reducing fugitive dust as well as reducing the speed of vehicles can reduce localized impacts.

## Regulatory Framework

Table 3.97 displays the documents that guide the effects analysis for air quality in the Buckhorn Project Area.

**Table 3. 97 – Guiding Documents**

| Guiding Document | Direction |
|---|---|
| Clean Air Act 1977 | Established Class I, II, II airsheds and established the Prevention of Significant Deterioration (PSD) program in Montana. |
| Kootenai National Forest Plan 1987 | The Forest Plan details the direction for managing land and resources on the Kootenai National Forest. |
| National Air Quality Standards 1977 | Establishes standards for ozone and particulate matter. |

Under the **Clean Air Act (1977) amendments (42 U.S.C. 7401 et seq.),** areas of the country were designated as belonging to Class I, II, or III Airsheds for Prevention of Significant Deterioration purposes.

- **Class I** areas are all international parks, national parks greater than 6,000 acres, and national wilderness areas greater than 5,000 acres which were created prior to August 7, 1977. Class 1 areas provide the most protection to pristine lands by severely limiting the amount of additional, human-induced air pollution, which can be added to these areas.
- **Class II** areas are currently all other areas of the country that are not Class I. The Buckhorn project is located in a Class II airshed.
- **Class III.** To date, there are no Class III areas.

The 1977 amendments to the Clean Air Act contained provisions for the **Prevention of Significant Deterioration (PSD)** program. The PSD program was created to prevent the growth of stationary industrial sources from causing a significant deterioration of air quality in areas that meet present air quality standards of **National Ambient Air Quality Standards (NAAQS)**, and placement of limits on the "increment" of clean air that can be used by industrial projects. The PSD Program is administered by the State air regulatory agencies with oversight authority retained by EPA.

The Clean Air Act authorizes states with approved PSD Programs to exclude particulate matter emissions caused by temporary activities from consuming increment. EPA expects the states, on an individual basis, to decide the extent to which prescribed fires (and the resulting emission increases) should be considered temporary sources of air pollution when determining increment consumption in specific areas.

The majority of the legal entities in Montana (including the Forest Service), which create particulates as a result of their burning activities, formed the Montana/Idaho State Airshed Group. Through a Memorandum of Understanding with the Montana Air Quality Bureau, this group has established a smoke monitoring system that provides daily air quality predictions and air quality restrictions to its members. The Montana Air Quality Bureau issues an annual burn permit to the Forest Service. Issuance of this permit is based on participation and compliance with burning restrictions set by the Montana/Idaho State Airshed Group.

The **Kootenai Forest Plan (1987)** requires the Forest Service to "Maintain the excellent air quality on the Forest. Protect local and regional air quality by cooperating with the Montana Air Quality Bureau in the PSD program and State Implementation Plan (SIP)". (KNF Forest Plan p. II-6). Prescribed burning is reported to the Airshed Coordinator on a daily basis. If the monitoring unit forecasts ventilation problems, prescribed burning is either restricted by elevation or curtailed until acceptable ventilation exists.

Federal and State ambient air quality standards have been established for particulate matter (PM), which is the pollutant of most concern from smoke. Specifically, PM less than or equal to 10 micrometers in aerodynamic diameter (PM-10) is the size which can penetrate the inner recesses of the lungs, causing health problems. It is also the size that most severely impacts local and regional visibility (Ward and Hardy 1991).

If a community does not meet or "attain" the National Ambient Air Quality Standards, it is designated as a non-attainment area and must demonstrate to the public and the EPA, how it will meet standards in the future. This demonstration is accomplished through the SIP.

**National Air Quality Standards (1977)**: In July 1997, the EPA issued revised national air quality standards for ozone and particulate matter in the 2.5 micron class (PM-2.5). The EPA proposed the following implementation plan for the new standards, which took effect on January 17, 2007:

- Nationwide fine particulate monitors in place.
- States and EPA collect data from nationwide network.
- States submit to EPA their State Implementation Plans (SIPs) describing how they will meet and enforce the new standards.
- States implement their Plan to assure they attain the standards.

The current Federal and State standards (http://www.epa.gov/air/criteria.html ) are:

> **PM 10:** 1) the concentration of PM 10 must not exceed 150 micrograms per cubic meter over a 24-hour period; or 2) the annual arithmetic average must not exceed 50 micrograms per cubic meter.
>
> **PM 2.5:** 1) the concentration of PM 2.5 must not exceed 35 micrograms per cubic meter over a 24-hour period; or 2) the annual arithmetic average must not exceed 15 micrograms per cubic meter.

PM 10 and PM 2.5 monitors are located in Thompson Falls, Libby, Kalispell, Whitefish, Missoula, and Helena, Montana.

## Analysis Area

The analysis area for air quality includes the Buckhorn project area, a Class II Airshed. The Class I airsheds closest to the project area includes Glacier National Park, and Cabinet Mountain Wilderness. Other areas of concern include Libby, Whitefish, and Eureka, Montana which are non-attainment areas. All these areas will likely not be impacted by the proposed prescribed burning due to prevailing wind patterns, amount of fuels consumed by fire, and distance from the proposed burn areas, but warrant mentioning within the analysis due to their sensitivity.

# Affected Environment

## Airshed Characteristics

Smoke and dust coming into the project area from the west, as a result of the prevailing wind, are the predominant influences on air quality in the Class II Airsheds where the project area is located. This includes grass and agricultural burning on the Rathdrum and Palouse Prairies, located between Sandpoint and Lewiston, Idaho, and agricultural areas in Washington and northern Oregon. Smoke impacts from agricultural burning have been curtailed due to population increases in the affected airsheds and this has resulted in a reduction of burning activities over time. Prescribed burning of logging residue by private and other government entities adds smoke to the air mass. Wildfires burning in the localized area, in parts of Canada, and from areas as far west as the coastal range of Oregon and Washington can also contribute to air quality degradation. Dust, originating from tilled farmland during dry windy weather, can add to local haze and reduce air quality.

The principal impact to air quality in Class II areas from prescribed burning and wildfires is the temporary visibility impairment caused by smoke. This may reduce the quality of forest recreation experiences, as vistas beyond the boundaries of the Class II areas may be temporarily obscured. The conditions that may reduce visibility also produce visual benefits, such as spectacular sunsets.

The effects of smoke from prescribed burning within the analysis area can be affected by a number of factors, including: the season of burning, the atmospheric stability, topography, and the time of day the burning occurs.

**Season -** Smoke dispersal is usually best during the spring and early summer because daytime heating and general wind flows help smoke rise above ridge tops and into the free-air winds where it is transported and dispersed.

**Atmospheric Stability-** Stable high-pressure systems that often occur during late summer and fall hamper the vertical motion of air reducing the smoke dispersion potential. Infrequent low-pressure systems improve smoke dispersal until high pressure is re-established. In late summer, as nighttime temperatures drop, air quality deteriorates as nighttime inversions become more prevalent. Inversions trap smoke in valley bottoms until adequate heating breaks the inversion later in the day. During the fall, weather patterns change with periodic cold front passages being interspersed with periods of stable high pressure. These cold fronts can be dry or wet. Wind associated with cold fronts provides good ventilation. Wind also increases risk that a prescribed burn may escape control. Late fall marks the return of wet, foggy, and cloudy conditions. During this time, periods of good ventilation occur with frontal passage. Valley inversions often hamper the dispersion of smoke. Winter weather is similar, with smoke dispersion being poor.

**Topography -** The mountainous topography of the analysis area also influences the dispersion of smoke. Smoke produced at high elevations is closer to the free-air winds that occur so dispersion is improved over low elevation units. Conversely, smoke produced at lower elevations is affected by valley inversions and must rise farther to enter the free-air wind. Burns on south aspects are more likely to be affected by thermal winds

than on north aspects. Burns on slopes exposed to the prevailing wind would have better smoke dispersion than units located on the lee slope.

**Time of Day -** Smoke dispersal is best between 1:00 and 6:00 PM-when daytime heating is greatest. This usually coincides with the period of greatest atmospheric instability for the day. Free-air winds penetrate into lower elevation at this time resulting in good vertical motion and smoke dilution. Smoke dispersal is usually poor for nighttime burning due to atmospheric stability.

### Historical Conditions

Quantitative air quality data is not available for the period prior to settlement of the analysis area late in the 19th century. However, it is known that fire played a major role in the development of vegetative patterns throughout western Montana. Between the years of 1946-1973, the area including the Kootenai, Flathead, Idaho Panhandle and Lolo National Forests averaged approximately 480 lightning caused fires per year (Barrows, Sandberg, and Hart, 1977). Additionally, journals from early day explorers and newspaper articles often mention the smoky conditions from summer fires burning in western Montana and northern Idaho (White undated).

The annual amount of smoke generated from forest fires has generally decreased since the early 1900's. Prior to the advent of effective fire suppression, fires generally burned unchecked from the time of ignition until weather changes stopped their spread. Smoke production varied as environmental factors changed. Smoke could have been produced for just a few hours or for as long as several months. During severe fire seasons, especially when stagnant high pressure systems persisted, regional air quality was probably poor. The acreage burned by wildfires decreased as effective fire suppression evolved resulting in improved air quality. During the last half of the 20th century, natural fuels resulting from decades of fire suppression have reached a level where larger, more intense fires are possible.

## Existing Conditions

As was stated earlier in this section, dust and smoke have been identified as the primary influencing factors for the local Class II airshed.

### Fugitive Dust

Fugitive road dust is a result of motorized vehicle use when road surfaces are dry. When a motorized vehicle travels on an unpaved road, the force of the wheels moving across the road surface causes pulverization of surface material. Dust is lofted by the rolling wheels as well as by the turbulence caused by the vehicle itself. This air turbulence can persist for a period of time after the vehicle passes.

The quantity of dust emissions from a given segment of unpaved road varies linearly with the volume of traffic. Variables that influence the amount of dust produced include the average vehicle speed, the average vehicle weight, the average number of wheels per vehicle, the road surface texture, the fraction of road surface material which is classified as silt and moisture content of the road surface.

The moisture content of the road surface has the greatest influence on the amount of fugitive dust produced. Within the Buckhorn project area, unpaved roads are generally closed during the winter months from snow or for wildlife habitat security. July, August and September are generally dry so most dust production would occur during this period. Precipitation during these months is usually limited, so it would only reduce dust production for short periods.

## Prescribed Burning

Forest management requires treatment of forest fuels resulting from timber sale activities. Prescribed fire is a common technique used to dispose of these fuels. Because prescribed fire is a forest management adaptation of wildfire, it provides nutrients and simulates natural processes better than other fuel treatment alternatives. Hall (1972) summarized the chemical and thermal processes involved with fire and concluded that the adverse effects of prescribed burning are compensated for by the reduction in wildfire hazard. According to the EPA's website on Compilation of Air Pollution Emission Factors "prescribed fire is a cost effective and ecologically sound tool for forest, range, and wetland management. Its use reduces the potential for destructive wildfires and thus maintains long term air quality."

Studies conducted by the Montana Health and Environmental Sciences Department demonstrate that prescribed burning of logging slash, when burned in compliance with State regulations, is not a major contributor to reduced air quality in the Libby area (Carlin 2008). Source apportionment studies taken in Libby (approximately 40 miles to the southeast of the project area), a non-attainment area, have shown that localized slash burning contributes less than three percent of the total PM 10, with road dust and wood stove smoke being major contributors (Ward et al 2006; Carlin 2008). PM 10 readings taken in Libby since 1988 have shown a trend toward improvement in air quality from September through November when the majority of the proposed prescribed burns are likely to occur. The highest reading taken from monitors in Kalispell (approximately 85 miles to the east), another non-attainment area, was 8.8 percent. Potential impacts of smoke due to prescribed burning are minimized through successful airshed coordination.

### Measures to Reduce Prescribed Burning Emissions

The amount of smoke emissions, resulting from prescribed burning of both natural fuels and logging slash, would be mitigated by five general methods: alternative treatments, fuel loading reduction, fuel consumption reduction, flaming combustion optimization and impact avoidance.

**Fuel Loading Reduction:** The Kootenai National Forest has encouraged, through sale contract provisions, increased removal of material that is smaller than the established utilization standard for a given timber sale. Purchasers may be required to pay for, and therefore encouraged to utilize, top wood smaller than the utilization standard. Sub-merchantable material may also be removed from commercial thinning units with prior Forest Service agreement. All these measures help decrease the amount of woody fuel that must be burned but are also dependent on current market conditions.

**Reduction in the Amount of Fuel Consumed:** The reduction of the amount of fuel consumed by prescribed burning can be accomplished through the use of underburning. Harvested areas located on east, southeast, south, southwest and west aspects could be burned, to the extent possible, during the spring burn season. Typically, the season spans from late March through June. During

this timeframe larger diameter fuels and the duff layer usually have relatively high moisture contents that reduces the amount of fuels consumed by prescribed burning, which reduces smoke emissions.

**Flaming Combustion Optimization:** Methods that increase the flaming combustion phase would be used when prescribed burning is determined to be the most appropriate fuel treatment. Concentration of logging slash by whole tree yarding or excavator piling increases the amount of material consumed during flaming combustion and also allows material to be burned in the late fall during cloudy weather when smoke is less obvious and the risk of escape is low. Purchasers are required to construct piles so they are compact and free of excess soil.

**Impact Avoidance:** Smoke impact avoidance would be accomplished through daily monitoring of airshed conditions. In Montana, the open burning season runs from March 1 through November 30. All open burning in the state is regulated by the State of Montana Air Quality Bureau. Major prescribed burners, including the Forest Service, have formed the Montana/Idaho Airshed Group. Through a Memorandum of Understanding with the Montana Air Quality Bureau, this group has established a smoke monitoring system that provides daily air quality predictions and restrictions to its members. To accomplish this, the Airshed Group has a monitoring unit consisting of meteorologists and technicians that use weather forecasts, balloon soundings, burn plans, and air quality conditions to determine, on a daily basis, the need for restrictions on prescribed burning. The Forest Service is issued an annual permit to burn by the Montana Air Quality Bureau. Issuance of this permit is based on participation and compliance with burning restrictions issued by the Montana/Idaho Airshed Group. Proposed prescribed burns on the Three Rivers Ranger District are reported to the Airshed Coordinator on a daily basis. If ventilation problems are forecasted by the monitoring unit, prescribed burning is either restricted by elevation or curtailed until good ventilation conditions return. The Forest Service will cooperate with the State in meeting the Requirements of the State Implementation Plan and the Smoke Management Plan (Forest Plan, II-26).

**Coarse Woody Debris for Long-term Soil Development:** Current research indicates it is desirable to leave coarse woody debris (CWD) (3"+ in diameter) on site to facilitate long-term nutrient recycling. The actual tons per acre (TPA) to be left on site depends on the habitat type, see Design Features in Chapter 2 for CWD requirements. Generally the drier habitat types require less (5-15 TPA) while the wetter habitat types require more (20-33 TPA). In order to meet these objectives less material is consumed in the fire with a corresponding reduction in the amount of smoke produced.

**Trained and Qualified Prescribed Fire Practitioners:** Individuals are trained in smoke management techniques prior to being qualified as burn bosses. Part of a burn boss responsibility is to evaluate smoke dispersion and halt burning operations in the event the actual smoke dispersion is not as was forecasted or will cause significant harmful impacts.

## Monitoring

The Forest Service is a member of the Montana/Idaho Airshed Group, which monitors air quality on a daily basis during burning season. The Monitoring Unit is activated when prescribed fire activity begins in the spring and continues until the end of November when the open burn season closes. The amount of burning allowed for any given day is based on this monitoring as well as forecast weather conditions. Air quality monitoring is performed daily at several locations within

the area covered by this group. The amount of burning allowed within each airshed is tied directly to the daily monitoring of ambient air quality. The process of monitoring and forecasting has been effective at achieving the Airshed Group's objectives, which are listed in the Montana/Idaho Smoke Management Agreement.

One objective is to minimize or prevent accumulation of smoke during the fall prescribed burning season when burning is necessary for conducting accepted forest management practices such as hazard reduction, site preparation and wildlife habitat improvement. This is done by prohibiting or restricting burning at times and places where stagnant weather conditions result in poor smoke dispersion, and by conducting prescribed burns when ventilation and air quality conditions are good. The development of alternative methods is encouraged when such methods are practical.

A second objective is to develop a smoke management plan for reporting and coordinating burning operations on all forest and rangelands within Montana and Idaho. Guidelines in the plan will be based upon technical information currently available on smoke dispersion and on State and Federal air quality regulations.

The third objective is to improve the smoke management program through regular review and evaluation. One or two general meetings of members are held annually to exchange ideas, review operations and offer suggestions for improving the program.

In addition, each burn plan (required for every Forest Service burn) includes the provision for a test fire. The purpose of this test fire is to allow the burn boss to determine if burn objectives would be met as well as determining if smoke dispersal would be adequate.

## Environmental Consequences

### Alternative 1 – Direct and Indirect Effects

The potential for a high-intensity wildfire occurring in the project area is greatest with the No Action Alternative. The direct effects of a wildfire from implementing the no-action alternative is that fire occurrence, intensity, size, duration would be greater than what would be produced from implementation of the preferred alternative because wildfire are largely unmanageable in terms of the timing and duration of the event. Smoke from wildfires is unmanageable and would likely produce greater quantities of particulates, last longer in duration, and likely impact a larger area than planned ignitions from prescribed fire. These impacts were all demonstrated from fires occurring in the Northern Rockies during 1988, 1994, 2000, 2001, and 2003 and 2012. It is estimated that smoke emissions caused by wildfires are approximately three times greater than that produced by prescribed burning (Ward et al. 1976).

### Alternatives 2, 3, and 4 – Direct and Indirect Effects

#### *Prescribed Burning Associated with Harvest and Non-harvest Activities*

Effects from both alternatives are portrayed in Table 3.98. The smoke emitted by prescribed burning is managed by timing of implementation when air quality and dispersion are favorable. Fire intensities, fuel moisture levels, and utilization of the flaming phase of combustion would all be monitored and used to reduce particulate production and airshed impact. By burning under favorable conditions, particulate amounts would be drastically reduced compared to amounts generated by a wildfire of the same acreage. PM 2.5 and PM 10 levels would rapidly disperse as



FS-047093

they are carried by local and general winds. Limiting the number of acres ignited will reduce the amount of particulate released at a time thus giving the particulate an opportunity to disperse before introducing more into the airshed.

Smoke from fuel treatment is related to fuel loading. The current fuel loading in the proposed timber harvest units range from 10 to 100 tons per acre. The preferred range of post-harvest coarse woody debris to be left on site is based on multiple resource concerns and habitat type, will be between 12-33 tons per acre. Regardless of the fuel treatment type, preferred material to be left on site is 12 inches and greater in diameter if it is available, see design features in Chapter 2 for coarse woody debris requirements.

The estimated amount of smoke emissions, produced by prescribed burning associated with the action alternatives, is portrayed in the following table. Quantity of smoke resulting from fuel treatments results from numerous factors which are managed through parameters addressed in the burn prescription but is primarily influenced by fuel loadings resulting from harvest activities.

**Table 3. 98 - Total Particulate Emissions by Burn Type**

| | Alternative 1 | | | Alternative 2 | | | Alternative 3 | | | Alternative 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treatment Type | Acres | PM 2.5 | PM 10 | Acres | PM 2.5 | PM 10 | Acres | PM 2.5 | PM 10 | Acres | PM 2.5 | PM 10 |
| Underburn in Harvest Units PM10=1084lbs/ac PM2.5=919lbs/ac | 0 | 0 | 0 | 613 | 563347 | 664492 | 427 | 392413 | 462868 | 369 | 339111 | 399996 |
| Underburn Non-Harvest Units PM10=463lbs/ac PM2.5=393lbs/ac | 0 | 0 | 0 | 11,623 | 4585131 | 5401821 | 11,623 | 4585131 | 5401821 | 11,623 | 4585131 | 5401821 |
| Excavator Pile Burning PM10=453lbs/ac PM2.5=393lbs/ac | 0 | 0 | 0 | 650 | 255450 | 294450 | 462 | 181566 | 209286 | 333 | 130869 | 150849 |



FS-047095

Fuel treatments proposed with the use of prescribed fire and the associated smoke emissions in the Buckhorn project area will occur in pulses over a range of days or weeks in the short term and over a period of 10 years in the long term. Hence PM 10 and PM 2.5 produced from prescribed burning will vary by acreage and environmental conditions at the time of implementation.

Even though a prescribed fire of large scale can contribute larger quantities of particulates resulting from the associated smoke production, it will be greatly dispersed in comparison to the particulate a wildland fire would produce. In addition to the methods described to reduce smoke impacts, burns will be conducted within prescriptive guidelines and last for days as compared to months. The acreage to be ignited will be specific as compared to a wildfire.

The direct effects of prescribed burning smoke include the potential of reduced visibility and an elevated pulse of small diameter particulates, specifically PM 10 and PM 2.5, of concern to human health. Due to the close proximity to the town of Yaak, it is likely that there will be temporary smoke impacts to these locations resulting from prescribed burning. The degree of impact will depend on fuel loading, fuel moistures, weather conditions, size of the prescribed burn, and other individuals/groups burning concurrently. Impacts will be mitigated by coordinating with the Montana/Idaho Air Quality Group. Burns will only occur on days when dispersion forecasts will be favorable. Alternative 2, 3, and 4 would not violate any PM 10 or PM 2.5 air quality standards.

The indirect effects of prescribed burning smoke produced as a result of the implementation of the action alternatives would be limited to the local and downwind airshed air quality degradation. PM 10 and PM 2.5 particulates have an effect of increased visual haze. Levels rapidly disperse from the source as they are mixed out and carried by local and general transport winds. Short periods of smoke concentration may occur in the local area during night and early morning inversions following the day of ignition. Diurnal heating and mixing will disperse smoke as the inversions break in the early morning and mixing continues throughout the afternoon hours. Residual smoke production from large logs, stumps, and piles can be expected for several days. These impacts will have their greatest effect on landowners immediately adjacent to the burn area; therefore, close coordination and communication will occur with local homeowners prior to any burning activities taking place.

## Cumulative Effects

The cumulative effects on air quality from smoke produced as a result of the implementation of Alternative 2, 3, and 4, would result in an incremental decrease in air quality as PM 10 and PM 2.5 particles from this source combine with other particles produced both by the implementation of other aspects of this project, specifically fugitive road dust, as well as other local and regional sources located upwind. Prescribed burning of logging slash, on other federal, state or private lands, would also contribute particulates, as would agricultural burning and fugitive dust from tilled ground. Particulates from industrial and automotive sources also can contribute to regional particulate loading. It is not possible to predict the amount of particulates contributed by these other sources.

There may be days when regional air quality does not meet the established standards, but because of the monitoring done by the Montana/Idaho Airshed Group, it is unlikely that any source associated with this project or any other present or reasonably foreseeable future burning project, would be a significant contributor. This would not be the case in a wildfire situation. The

cumulative effect on Class I Airsheds from the implementation of the action alternatives and other present and reasonably foreseeable future actions is not known at this time but would likely be minimal. The nearest Class I airshed, Cabinet Mountain Wilderness area, is located approximately 35 miles south of the project but due to prevailing wind patterns this airshed is unlikely to be impacted. Glacier National Park, is approximately 120 miles to the east, but again, would not likely receive prescribed fire smoke from the proposed burning in the Buckhorn project area. The production of air pollutants associated with the implementation of this project would vary over time and would not be continuous. Therefore, impacts would be episodic in nature and the potential of occurrence would end when the implementation of this project is completed.

Tables 3.1 and 3.2 at the beginning of this chapter describe the past activities that have occurred in the project area and Table 3.3 lists the ongoing and reasonably foreseeable activities. Those activities that cumulatively affect air quality are discussed below.

Some cumulative effects from fugitive dust would be mitigated through the implementation of winter logging.

### Vegetation Management

The cumulative effects on air quality by smoke produced from implementation of an action alternative could result in an incremental decrease in air quality if unmanaged. PM 2.5 and PM 10 particulates from this source would combined with other particulates from local and regional sources located upwind. Prescribed burning of logging slash in the Grizzly Vegetation and Transportation Management Project would contribute particulates during short periods of management activities Smoke produced by implementation would be managed through the Montana/Idaho State Airshed Group to stay within the EPA Standards mitigating negative cumulative effects.

### Fire Suppression

The cumulative effects of wildfire smoke on air quality includes all pollution sources contributing particulates to the air mass in addition to the smoke produced by wildfires within the analysis area. The largest impacts occur when wildfires are burning upwind of the analysis area and within the analysis area concurrently. The cumulative effect of these particulate sources could result in extended periods of poor air quality.

### Private Land Development

Smoke associated with burning on private land is expected to occur. Conditions resulting from private land burning would be taken into account when determining whether to implement proposed burns.

### Fugitive Road Dust

Fugitive road dust results from motorized vehicle use on dry road surfaces. Techniques that may be used to reduce fugitive road dust emissions include: the application of chemicals that increase the moisture retention of road surfaces (specifically magnesium chloride), watering during high use periods or during road maintenance operations, and speed restrictions in sensitive areas.

## Consistency with the Forest Plan and Other Management Direction

The Forest Plan objectives for air quality are to meet State Air Quality Standards, and cooperate with the State in meeting the requirements of the State Implementation Plan and the Smoke Management Plan (Forest Plan Volume 1, page II-26). The Montana/Idaho State Airshed Group regulates smoke management for air quality.

The Kootenai National Forest coordinates and schedules burning activities to maintain air quality. Prescribed burn plans describe how and under what conditions the burning would take place and are prepared by qualified personnel.

By participating in the Montana/Idaho State Airshed Group, complying with the Memorandum of Understanding with the Montana Air Quality Bureau and meeting the requirements of the State Implementation Plan and the Smoke Management Plan, the activities proposed in Alterantive 1, 2, 3, and 4 would comply with the Forest Plan and the 1977 Clean Air Act.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will have no effect to air quality.

# Inventoried Roadless Areas (IRAs)

## Introduction

In Montana, Inventoried Roadless Areas (IRAs) are those areas identified in a set of inventoried roadless area maps within the Forest Service Roadless Area Conservation Rule, Final Environmental Impact Statement, Volume 2, dated November 2000. These are held at the national headquarters of the Forest Service, with any updates, corrections, or revisions.

In Idaho, IRAs are those areas designated as Idaho Roadless Areas and identified in a set of maps maintained at the national headquarters office of the Forest Service (36 CFR 294 Subpart C).

The project area boundary encompasses parts of two IRAs totaling approximately 59,230 acres Table 3.102 displays IRA acres within the Buckhorn project area and Map M-1, Vicinity Map displays the IRAs within the Buckhorn project area).

The Buckhorn Ridge IRA is located on the Montana-Idaho border, along the divide between the Moyie and Yaak Rivers. Portions of the Buckhorn Ridge IRA lie in both Montana and Idaho and administration of the IRA is shared by the Kootenai National Forest and the Idaho Panhandle National Forests. Prominent points along the ridge include, Buckhorn Mountain, Buckhorn Ridge, Keno Mountain, Thunder Mountain, Line Point, and Newton Mountain.

The Northwest Peaks IRA is located in the very northwest part of Montana and is bordered by Canada to the north and Idaho to the west. All of the Northwest Peak IRA acres are located in the State of Montana but the administration of this IRA is shared by the Kootenai National Forest and the Idaho Panhandle National Forests.

This section displays the effects of the proposed activities (including prescribed burning, fuels augmentation, timber harvest, and road stabilization activities) on Inventoried Roadless Areas in the Buckhorn project area.

## Regulatory Framework

Table 3.99 below shows the documents that guide the analysis of effects to Inventoried Roadless Areas in the Buckhorn project area.

**Table 3. 99– Guiding Documents for IRA Analysis**

| Guiding Document | Direction |
|---|---|
| Roadless Area Conservation Rule 2001 | Directs the management of Inventoried Roadless Areas outside of Idaho. |
| Idaho Roadless Areas 2008 | Directs the management of Inventoried Roadless Areas in the State of Idaho. |
| Forest Service Manual 1923 (FSM 1923) | Directs evaluation of Inventoried Roadless Areas for recommendation as potential wilderness. |
| Kootenai National Forest Plan 1987 | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |

**Roadless Area Conservation Rule (2001) (RACR)** directs the management of Inventoried Roadless Areas outside of Idaho pursuant to 35 CFR 294 Subpart B. This includes areas identified in a set of inventoried roadless area maps contained in Forest Service Roadless Area Conservation, Final Environmental Impact Statement, Volume 2, dated November 2000. The Kootenai National Forest validations for the Buckhorn Ridge IRA (1998) and the Northwest Peak IRA (1997) were conducted according to national protocol and included review of all unroaded areas contiguous with the existing IRA (see project file for validation letters).

**Idaho Roadless Rule (36 CFR 294 Subpart C) (2008) (IRR)** identifies Idaho Roadless Areas on a set of maps maintained at the national headquarters office of the forest service. Portions of the Buckhorn Ridge IRA and the Northwest Peaks IRA are managed under the Idaho Roadless Rule.

**Forest Service Manual 1923 (FSM 1923)** directs evaluation of inventoried roadless areas for recommendation as potential wilderness. The wilderness characteristics and inventory criteria are listed in FSH 1909.12 Chapter 70.

The **Kootenai National Forest Plan (1987)** Management Areas (MAs) provide site-specific management planning guidelines for land managed by the Kootenai National Forest. Prescribed burning and fuels augmentation is proposed within the boundaries of IRAs in the Buckhorn project area and these activities are located within the following MAs 2, 10, 11, 12, 13, and 14. Prescribed burning is identified as an acceptable means for fuels management and wildlife habitat

enhancement" in all affected MAs (See Table 1.1 in Chapter 1 for a description of MAs and allowable activities for each MA).

## Determination of IRA Boundaries and Consideration of Unroaded Areas

Roadless area inventories have been an ongoing process in the Buckhorn project area. Initial inventories of roadless areas started with the RARE I (1973) and RARE II (1979) inventories. The Northwest Peak IRA #663 validation conducted in March 5, 1997, and the Buckhorn Ridge IRA #661 validation conducted in February 8, 1998, included the IRA identified by name, number and acreages as well as the unroaded areas (see project file for validation letter).

The inclusion of unroaded areas into IRA validation acres used the inventory criteria in FSH 1909.12.71.1 to determine if the unroaded lands contiguous to a roadless area meet the inventory criteria for inclusion in the IRA. The acres listed in the tables below include the unroaded lands that met the inventory criteria and were included in the 2001 RACR.

In 2005, an IRA evaluation was conducted on the KNF and IPNF to consider boundaries for recommended wilderness. IRA acres based on the mapped areas may change slightly over time due to better GIS mapping.

Table 3.100 displays the Buckhorn Ridge IRA acres and administration and Table 3.101 displays the Northwest Peaks IRA acres and administration.

**Table 3. 100– Buckhorn Ridge IRA Acres**

| Buckhorn Ridge IRA #661 | Acres Validated through RACR and IRR* |
|---|---|
| **KNF Total** | **28,788** |
| **MT** | 28,688 |
| **ID**** | 100 |
| **IPNF Total** | **9,500** |
| **MT** | 2,900 |
| **ID***** | 6,600 |
| **Total IRA Acres** | **38, 389** |

* RACR – Roadless Area Conservation Rule 2001, IRR – Idaho Roadless Rule 2008

** Lands managed by KNF under the 2008 IRR

***Lands managed by IPNF under the 2008 IRR

**Table 3. 101 – Northwest Peaks IRA Acres**

| Northwest Peaks IRA #663 | Acres Validated through RACR* |
|---|---|
| **KNF Total** | **15,341** |
| **MT** | 15,341 |
| **IPNF Total** | **5,500** |

| Northwest Peaks IRA #663 | Acres Validated through RACR* |
|---|---|
| **MT**** | 5,500 |
| **Total IRA Acres** | **20,841** |

* RACR – Roadless Area Conservation Rule 2001
** Lands managed by the IPNF under the RACR

## Analysis Area

The analysis area for effects to the roadless resource is the portion of the two IRAs located within the project area. The area selected for analysis is of a scale suitable for the recognition of cumulative effects on the resource.

Portions of two IRAs are located in the project area (see Vicinity Map, M-1). Table 3.102 shows the IRA acres within the project area and the acres of proposed prescribed burning.

**Table 3. 102 – IRA Acres within the Buckhorn Project Area**

| IRA | Total IRA Acres | IRA Acres in the Buckhorn project area | Acres of Proposed Prescribed Burning within IRA acres in the Buckhorn project area |
|---|---|---|---|
| **Buckhorn Ridge #661** | 38,389 | 15,296 | 6,118 |
| **Northwest Peak #663** | 20,841 | 4,611 | 2,291 |

## Analysis Methods

The analysis uses the five capability criteria described in FSH 1909.12 (72.1). The capability of a potential wilderness is the degree to which that area contains the basic characteristics that make it suitable for wilderness recommendation without regard to its availability for or need as wilderness. The evaluation characteristics to consider are natural, undeveloped, outstanding opportunities for solitude or primitive and unconfined recreation, special features and values, and manageability.

Activities that could affect or have affected potential wilderness attributes of the IRAs are analyzed. For this project, those activities include timber harvest, and watershed improvement activities which occur outside the IRA boundaries and prescribed burning and 100 acres of fuels augmentation that occur within the IRA boundaries. The following table describes the five evaluation characteristics used when considering the effects of each alternative on the roadless value of project area IRAs.

**Table 3. 103 - Wilderness Characteristics and Descriptions**

| Wilderness Characteristics | Description |
|---|---|
| **Natural** | The area's ecological systems are substantially free from the effects of modern civilization and generally appear to have been affected |

| Wilderness Characteristics | Description |
|---|---|
| | primarily by forces of nature. Consider such factors as:<br>a. The presence of non-native species that alter the composition of natural plant and animal communities (such as non-native plants, animals, fish, livestock, invertebrates, and pathogens).<br>b. Developments that degrade the free-flowing condition of rivers and streams (such as dams or other water diversions and impoundments).<br>c. The presence of light pollution that degrades night sky quality and night sky quality related values<br>d. The presence of pollutants that degrade water quality; and<br>e. The health of ecosystems, plant communities, and plant species that are rare or at risk. |
| **Undeveloped** | The degree to which the area is without permanent improvements or human habitation. A measure of undeveloped is the level of human occupation and modification of the area including evidence of structures, construction, habitations, or other forms of human presence, use, and occupation. |
| **Outstanding Opportunities for Solitude or Primitive and Unconfined Recreation** | An area's capability of providing solitude or primitive and unconfined types of recreation. This includes providing a wide range of experiential opportunities such as: physical and mental challenge, adventure and self-reliance, feelings of solitude, isolation, self-awareness, and inspiration.<br>Solitude is the opportunity to experience isolation from sights, sounds, and the presence of others from the developments and evidence of humans. To determine opportunities for solitude, look at the size of the area, presence of screening, distance from impacts, and degree of permanent intrusions. |
| **Special Features and Values** | The area's capability to provide other values such as those with ecologic, geologic, scientific, educational, scenic, historical, or cultural significance. Examples include unique fish and wildlife species, unique plants or plant communities, connectivity, potential or existing research natural areas, outstanding landscape features, and significant cultural resource sites. Identify and describe any such values and their contribution to wilderness character. |
| **Manageability** | A measure of the Forest Service's ability to manage an area as wilderness as required by the Wilderness Act. Section 2(c) of the Wilderness Act defines Wilderness as an area that "...(3) Has at least 5,000 acres of land or is of sufficient size to make practicable its preservation and use in an unimpaired condition…, Forest Service ability to manage an area as an enduring resource of wilderness, untrammeled by humans, retaining its primeval character, and to protect and manage its natural character are all factors to consider. |

## Affected Environment

### Existing Condition

Since the IRA validation occurred in 1997 and 1998, no management activities have been implemented which would affect the character of the areas to the extent they would be precluded from future wilderness inclusion. The management activities which have occurred include trail management, surveys for noxious weeds, surveys for sensitive plants, prescribed burning, and ongoing studies for grizzly bear and other species. The existing condition of each IRA is characterized below.

### Buckhorn IRA #661

A large portion of the Buckhorn IRA is located in the Buckhorn project area and would be considered a dominant feature of the project area. The main drainages of the IRA include Meadow, Hellroaring and Spread Creek. The dominate MA allocation is MA 2 –although some portions of MAs 6, 8, 12, 13, 14, and 18 are included as well.

The Buckhorn area is popular for recreational use including backpacking, hunting, berry picking and snowmobiling. The area is scenic and rugged. Popular areas for access and recreation from Montana include the Meadow Creek and Spread Creek areas.

The **natural** attribute of the IRA is very high. With the exception of wildfire suppression, human-induced changes in the area have been minimal. Some signs of timber harvest activity remain along the southeast border of the IRA. Old road prisms and stumps can be found inside and adjacent to the IRA although vegetation growth has obscured most evidence.

Long-term ecological processes are predominantly intact. Storm events, including wind, snow, rains, and insect and disease outbreaks continue to reshape the vegetation and landscape. Historical fires of varying sizes and intensities also contributed to shaping the vegetation and wildlife that inhabit the area. Current fire management does allow for natural fires (unplanned ignition) to burn under some circumstances (see the Fire/Fuels section in Chapter 3). Although most fires in recent decades have been controlled (see Map M-10, Fire History Map).

The **undeveloped** attribute of the area is good. There is little evidence of manmade features or structures in most of the IRA. There is evidence along some of the IRA boundaries of old road prisms. These are heavily overgrown and brushed in. There are relatively few miles of trails and no constructed recreation sites. The main areas of concentrated use are during hunting season in the fall (September through November) along the ridgeline and trails system and then in the winter (January through March) from snowmobiling along the ridgeline and open areas from the upper Spread creek road to Buckhorn Mountain. During the remainder of the year use is relatively light in the area.

**Opportunity for remoteness and solitude** are very good. The area is large and has many steep valleys that are heavily timbered as well as high rugged peaks. Recreational use is well distributed through the area.

**Special features** include the abundant and diverse wildlife that inhabit the area. Mule deer, grizzly bears, black bears, and elk can be found in this area as well as many other large and small mammals and a variety of birds and plant life.

The **manageability** and boundaries are well defined and most of the boundary is easily recognizable.

### Northwest Peak IRA #663

Only a portion of the Northwest Peak IRA is in the project area. The area included is in the Rock Candy area. The area has good habitat for a variety of big game animals and provides hunting opportunities (See Forest Plan Appendix C, p. C-311-322).

The **natural** attribute of the area is good; human-induced changes have been minimal in the area, again with the exception of wildfire suppression. Otherwise, long-term ecological processes are intact and operating. Weather events and insect and disease agents continue to shape the vegetation of the area. Current fire direction does allow natural fires (unplanned ignition) to burn in the IRA under certain circumstances.

The **undeveloped** attribute is very good. The area has not had much human activity. There are a few hiking trails and some evidence of fire suppression efforts, but for the most part the area is natural in appearance. There is an old fire lookout on Northwest Peak.

The area offers a good sense of remoteness and **opportunity to experience solitude**.

The area offers a variety of experiences for users in a variety of habitats. **Special features** would be grizzly bear habitat and headwaters for bull trout.

The boundary of this IRA is varied and irregular. Validation efforts have utilized boundaries that can be readily found and allow for **manageability**.

## Environmental Consequences

### Alternative 1 – Direct, Indirect, and Cumulative Effects

Natural ecological processes would continue with the exception of fire, which would continue to be controlled through fire suppression efforts during the critical fire season. Unplanned ignitions may be allowed to burn in some areas under certain circumstances during the non-critical fire season (see Fire and Fuels section of Chapter 3). Other natural processes including weather, insect, disease and time would continue to shape the IRAs. The apparent **naturalness** of the IRAs would continue for persons viewing and entering the IRA. The **undeveloped** attribute would remain unchanged for most areas, but this and the **opportunity for solitude** may decrease over time as more persons utilize the IRAs for recreational activities and private land development continues in the Yaak Valley. No **special features** would be affected nor would the **manageability** of the IRAs change.

The continued suppression of fire in the IRAs would allow existing openings to continue to see encroachment from a variety of trees and vegetation, and also reduced huckleberry, mountain ash and other shrub and forage components. Lack of fire in these areas reduces the release of nutrients into soils, create higher fuel loadings for future wildfires, and affect those plants and animals that are dependent on fire and fire ecology.

The old road prisms along the boundaries of the both IRA's would continue to naturalize over time and evidence of their existence would eventually be obscured. **Opportunity for solitude, special features and manageability** are currently good and would remain unchanged.

## Alternative 2, 3 and 4 – Direct and Indirect and Effects

There are no proposed harvest treatments, road building or watershed improvement activities in either IRA in Alternative 2, 3 and 4. The only activity that would occur within the IRA boundaries is the proposed prescribed burning and 100 acres of fuels augmentation that could occur in prescribed burn unit K, which are the same across all action alternatives.

### Effects of Prescribed Burning Activity

There are eight proposed burn units (A, B, C, F, K, L, M, and N) in the action alternatives totaling 8,409 acres within two IRAs (6,118 acres within the Buckhorn Ridge IRA, 2,291 acres within the Northwest Peak IRA).

There are seven prescribed burn units (A, B, C, F, K, L, and M) in the Buckhorn Ridge IRA totaling approximately 6,118 acres. There is one 2,291 acres prescribed burn treatment unit area (N) in the Northwest Peak IRA.

Proposed fuel augmentation activities in burn Unit K would treat approximately 100 acres by hand crews slashing small diameter trees in patches approximately 1/3 acre in size across the 100 acres. This slashing would occur on the north facing slope of Unit K and target subalpine fir, lodgepole and Douglas fir. This fuel augmentation would help to increase the probability of accomplishing objectives and provide pockets of fuel to carry the fire. This work would occur within the IRA and be accomplished with hand crews. There would be the short term effects of the slashing and saw cuts visually. These would become less evident after burning and over time as the area vegetation grew back after the fire. Within 15 years the visual affect would be non-existent.

The objective of these proposed burn areas is to return fire to the ecosystem, accentuating existing openings and improve wildlife habitat. Returning fire would stimulate browse, kill small encroaching trees, and open up the stands, provide opportunity for whitebark pine regeneration (see the Fire/Fuels section in this Chapter 3).

The **natural** attribute of the both IRA's would be improved by introducing fire to areas that have been excluded from burning. Historical fire records and stand data show that the exclusion of fire (through wildfire suppression) is a threat to the natural character of these areas. Many plant and animal species found in these areas are dependent on the element of fire to maintain the habitats and vegetative stands they need (see Wildlife and PTES sections of Chapter 3). Exclusion of fire allows for encroachment of fire-intolerant species and may actually reduce the biological values of these areas. Managing fire with prescribed burning would meet the natural integrity and apparent naturalness characteristics, while providing for the protection of other values (water quality, air quality, and public/firefighter safety) that may necessitate suppression activities in the case of wildfire events. Current impacts to the IRA from fire exclusion would be reduced by reintroducing fire related processes. The apparent naturalness would be improved with a landscape shaped by the effects of fire.

The identification of large prescribed burn units where ignition will not occur across every acre will minimize the need for fireline construction. It is expected the fire can be naturally contained within the prescribed burn units (based on fuel availability and moisture conditions – see the Fire and Fuels analysis). This would protect the **undeveloped** characteristic of these IRAs.

The concept of **remoteness and solitude** may be interrupted for a brief time during ignition of the prescribed burning by field crews. This would be a very short-term effect and overall the remoteness and solitude related to the proposed action would remain unchanged.

One of the **special features** listed for the IRAs is grizzly bears and other wildlife. Restoring fire to these areas would enhance those attributes and benefit this special feature. Other special features would see no changes.

The **manageability** and boundaries of the IRA would not be affected.

## Alternative 2, 3, and 4 - Cumulative Effects

### Past Actions and their Effects on Current Conditions

Timber harvest, road building, watershed restoration, and wildfire suppression are a few of the activities that have occurred in the project area. All of these activities, with the exception of fire suppression, have occurred outside, adjacent or within short distances of the currently established boundaries of these IRAs. The effects of the past timber harvest and road building have diminished over time and current conditions meet the natural, undeveloped, opportunity for solitude, special features, and manageability characteristics.

### Contrasting Effects of Proposed Actions with Past Actions

With the exception of fire suppression, past actions within the boundaries of the IRAs occurred prior to their establishment and there was no consideration given to wilderness character. All currently proposed activities were designed to maintain wilderness characteristics and in the case of the prescribed burns, re-establish natural fire ecology.

### Effects of Ongoing and Reasonably Foreseeable Actions

Table 3.3 at the beginning of Chapter 3 displays ongoing and reasonably foreseeable actions that are expected to occur during the project. The reasonably foreseeable activity that has the potential to affect the IRAs within the Buckhorn project area is the Idaho Buckhorn Project being proposed by the Bonners Ferry Ranger District of the Idaho Panhandle National Forests (IPNF). The IPNF has proposed 4,000 acres of prescribed burning with 2,770 of those acres lying within the Buckhorn Ridge IRA, directly adjacent to the Buckhorn project area. Implementation of prescribed burning activities will be coordinated between the Three Rivers Ranger District and the Bonners Ferry Ranger District to accommodate wildlife displacement needs and to minimize overall impacts to forest users. Because of the mosaic nature of these burns and the requirements for very specific fuel and weather conditions prior to ignition, it is not anticipated that the combined burning across the two districts will have a detrimental effect to the natural, developed, remoteness, or manageability of the Buckhorn Ridge IRA. Maintaining a mosaic of forest openings across the landscape will create conditions more inline with historic vegetation patterns and be beneficial for wildlife and human forest users by providing varied habitat conditions that

will provide improved grass production and native shrub production, such as huckleberries (*Vaccinium spp*.) (see the Forest Vegetation and Wildlife Habitat sections of Chapter 3 for more information).

Outside of prescribed burning by the IPNF and KNF, fire suppression efforts would continue during the critical fire season and would continue to affect natural processes and associated changes in vegetation and habitat conditions. Some use of wildfire for resource benefit within appropriate MAs may be considered as weather and fuel conditions allowed.

### Combined Effects from Past, Proposed, Ongoing, and Foreseeable Actions

Since wilderness characteristics are maintained with this project, there would be no adverse cumulative effects to IRAs as a result of the proposed activities. With the exception of fire suppression, natural processes would continue to influence conditions in IRAs. Trail maintenance would continue on existing trails as budget and funding allow.

## Consistency with the Forest Plan and Other Management Direction

The proposed prescribed burning included in Alternative 2, 3, and 4 would enhance the natural ecological processes in these areas and would be consistent with the 2001 Roadless Area Conservation Rule and the 2008 Idaho Roadless Rule. The proposed activities are also consistent with the direction for roadless areas and Management Areas in the Kootenai Forest Plan (1987). The Buckhorn Project was designed to keep all proposed harvest located in roaded areas. All of the proposed watershed improvement activities are outside the validated IRA boundaries. Proposed prescribed burning inside and outside the IRA boundary is consistent with Forest Plan management area direction to enhance wildlife habitat (see Table 1.1 in Chapter 1 and the Wildlife Habitat analysis in Chapter 3, Wildlife Habitat analysis) and would not preclude future wilderness consideration.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will use existing roads and would have no effect to Inventoried Roadless Areas.

# Recreation

## Introduction

The Buckhorn project area provides a variety of recreational opportunities for users from both Montana and Idaho. While the project area does offer a rental recreational facility at Baldy Mountain, most of the recreation in the project area is undeveloped recreation activities, including but not limited to hiking, berry picking, hunting, mountain biking, snowmobiling, fire wood gathering, fishing, skiing, and snowshoeing. This section analyses the potential effects to the recreational resource from proposed activities.

## Regulatory Framework

**Table 3. 104– Guiding Documents for Recreation Analysis**

| Guiding Document | Direction |
|---|---|
| Kootenai National Forest Plan 1987 | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |
| Forest Service Manual 2300 | Provides overall direction and guidance for managing recreation use on National Forest lands. |

The **Kootenai National Forest (1987)** identifies the following objectives for recreation on the Kootenai National Forest that pertain to recreational resources in the Buckhorn project area:

> "Trails will be maintained and new trails may be constructed where they can increase the number of roadless recreation visitor days or prevent resource damage. (p. II-5)"
>
> "Increase the amount of groomed cross country ski trails and snowmobile trails. (p. II-5)"

**Forest Service Manual 2300** provides the overall objectives and policies to be used with managing the variety of recreational opportunities on National Forest System (NFS) lands. It encourages the use of the Recreation Opportunity Spectrum (ROS) in identifying appropriate types of recreation opportunities on NFS lands.

## Analysis Area

The analysis area for recreation resources is the Buckhorn project area and developed recreation sites that service the project area. (See Vicinity Map, M-1).

## Affected Environment

The Buckhorn project area provides a variety of recreational opportunities and settings. Developed recreational facilities are limited in this area, but those that exist are considered to be in good condition. The public use of recreational facilities is increasing or holding constant, and conflicts among users is rare. Vandalism is the exception rather than the rule but does occur at developed sites and trailheads on an annual basis. The trails system provides access and opportunities for users in a variety of settings. Most of the trails are in fair to good shape. Recreational opportunities are almost unlimited in this area and include but are not limited to hunting, fishing, gathering forest products (firewood, huckleberries), snowmobiling, cross country skiing, snowshoeing and trapping. The area is included in the hunter access program and designated gated roads are available for use by disabled hunters during the fall big game season.

### Existing Condition of the Buckhorn Project Area

The Buckhorn project area is currently providing opportunities for recreation in a variety of settings, characterizations and experiences as defined in the Recreation Opportunity Spectrum

(ROS - 1986). All settings defined in the ROS are in the Buckhorn project area with the exception of the urban setting. Activities vary from backpacking in the Northwest Peaks and Buckhorn Inventoried Roadless Areas (IRAs) to camping in a fully developed campground along the Yaak River or renting a retired fire lookout – Baldy Lookout. The area provides many recreational opportunities and is very popular both locally and regionally. Many Idaho and Washington recreationists come to this area. Summer months can find persons from anywhere in the nation traveling and using this area. The area has also grown in popularity for winter recreation primarily from snowmobilers and to a lesser degree cross county skiers.

There are portions of two Inventoried Roadless Areas (IRAs) in the subunit. They are the Buckhorn Ridge IRA #661 and Northwest Peak IRA #663. (See the Roadless Resources section of Chapter 3 for more information).

The Northwest Peak IRA has several small mountain lakes that provide camping and fishing opportunities. The area has good habitat for a variety of big game animals and provides hunting opportunities. (See Kootenai National Forest Plan Appendix C – Inventoried Roadless Areas Volume 1).

A large portion of the Buckhorn Ridge IRA is located in the Buckhorn project area and would be considered a dominant feature of the project area. The Buckhorn area is very popular for recreational use ranging from backpacking, hunting, berry picking and snowmobiling. The area is scenic and rugged. Other popular areas for access and recreation in the Buckhorn project area include the Spread Creek drainage and Whitetail Face area. There are 3 developed recreation sites within or directly adjacent to this project area. Baldy Mountain Lookout is located within the project area while Pete Creek and Whitetail Campgrounds are adjacent to the project area and are used by recreationalists that use the project area. All of these recreational facilities receive light to moderate use with the peak periods being June through mid-September.

Recreational activities include camping, fishing, boating, and other related activities. Pete Creek Campground has 13 campsites. There is a $7.00 per night fee; (95 percent of the fees collected at this site are used for maintenance and operations of the site). Peak use is in July and August.

Whitetail Campground has 12 campsites and a primitive river access site. There is a $7.00 per night fee; (95 percent of the fees collected at this site are used for maintenance and operations of the site). Peak use is in July and August. Baldy Mountain Lookout is an extremely popular rental site. The lookout is available through the National Recreation Reservation System; fees are $35 per night. The site is moderately to heavily used from July through September with peak use occurring August through September. Fees collected at this site are used to operate and maintain the facility.

Snowmobile use in the Buckhorn project area has been increasing over the years, both in numbers and in popularity. Spread Creek Road 435 is used as a groomed snowmobile route from December to April. The Troy Snowmobile Club grooms the trail through an agreement with Montana Fish, Wildlife and Parks and the Forest Service. Other areas gaining in popularity are the Buckhorn Ridge and Buckhorn Mountain areas accessed both from Spread Creek roadand Hellroaring Creek trail. Bigger, faster, more powerful snowmobiles are opening up areas without groomed trails that were previously inaccessible. A Challenge Cost Share agreement with the Troy Snowmobile Club helps to operate and maintain the groomed winter trails.

There are several hiking and winter use trails located throughout the Buckhorn project area. Recreation table 2 displays the trails in the project area.

**Recreation Table 1 – Trails in the Buckhorn Project Area**

| Trail Name | Trail Number | Length (miles) | Additional Trail Information |
|---|---|---|---|
| Red Top | 29 | 8 | |
| Baldy Lookout | 160 | 4 | |
| North Fork Meadow Creek | 262 | 3 | |
| Rock Candy | 461 | 11.36 | |
| Hellroaring Snowmobile | SNO745 | 9 | Non-groomed route |
| Spread Creek Snowmobile | SNO435 | 12 | Approved groomed route |
| North Cree/Beetle Creek Snowmobile | SNO748 | 5 | Approved groomed route |

The Buckhorn area offers many opportunities for dispersed recreation in a variety of settings.

There are two outfitters permitted in this subunit – they provide hunting services including spring bear, fall archery, fall bear, fall general season and lion hunts. The two outfitters have averaged about 50 Service Days total in this area.

# Environmental Consequences

## Alternative 1 – Direct and Indirect Effects

In Alternative 1, the no action alternative, the Buckhorn project area would continue to provide a variety of recreational opportunities in a variety of settings. It is expected that recreational use would stay the same or slightly increase in these areas to some degree. Use records have shown a small increase in recreational, with fluctuations due to weather and other factors. Cold wet summers show lower use in developed sites and summer recreation. Heavy snow years show some increase in snowmobile and winter activities. Overall, recreational use is showing slight increases and this can be expected to continue in this area.

Developed sites will continue to be maintained within budget limits. The trails systems will continue to be maintained within budget limits. Other recreational activities would continue to be dispersed and varied across the area.

Access on closed roads within the area would continue to be by foot and horse travel with some roads open to snowmobiling. Some roads may become impassible over time due to vegetation and blow down. Roads in the analysis area that are currently restricted for motorized use would continue to see vegetation encroach upon the road (trail) prism and over time this may limit access by hikers, horseback and other non-motorized users. A few of these restricted roads in the area are currently being maintained as trails by the Forest Service and by volunteers through cost/share agreements, and these would continue to be maintained as funding allows (Hellroaring Creek, North Creek and Red Top trails).

Opportunities for gathering forest products including huckleberries would continue and be dependent on weather and other natural forces. Vegetation would continue to encroach upon existing openings and are expected to limit forage and berry production over time in areas that currently are providing forage and berry production. This trend is also expected to continue on the ridges and opening that occur in the two IRA's, as vegetation and trees encroach upon natural openings in the absence of a fire event.

## Alternative 1 – Cumulative Effects

### Past Actions and their Effects on Current Conditions

Many of the past actions in this area have had an effect on recreation. The roads built for timber harvest have provided access to National Forest lands for recreationists and for gathering forest products (firewood, huckleberries). Timber harvest, prescribed burning, and other vegetation activities historically provided opportunities for hunting, viewing wildlife, firewood gathering, and other activities. Many of the harvest units in this area, from the 1970's and 1980's are growing in and no longer provide the openings for viewing and forage for wildlife that they once did. These areas may still provide recreational opportunities but in a different setting. Many of the roads in this area are now closed to motorized use and many have become impassable due to vegetation.

### Effects of Ongoing and Reasonably Foreseeable Actions

Trails and recreation sites would continue to be maintained within budget constraints.

## Combined Effects from Past, Proposed and Foreseeable Actions

Past harvest units and burn areas would continue to vegetate. Roads with motorized restrictions would continue to grow in and become more impassable over time. Trails, recreation sites and roads would continue to be maintained within budget constraints.

## Alternative 2, 3, and 4 - Direct and Indirect Effects

Alternative 2, 3 and 4 would have very similar effects to recreational resources and will be discussed together for the purposes of this analysis.

The direct effects to recreational opportunities from timber harvest activities would include the sights and sounds of timber harvest, increased traffic in areas where harvest activities were occurring and temporary displacement of some recreational users in those areas where harvest or burning would occur. There are no proposed activities within the developed recreational sites from this alternative. The visual effect of proposed activities to the forest used is discussed in the scenic resources section of Chapter 3.

In all of the alternatives, Units 16A, 17, 18, 19 are proposed for winter harvest which would require plowing of portions of the Spread Creek Road. This road is a winter snow trail for snowmobiles and is groomed intermittently. Winter harvest of these units would require temporary restrictions to snowmobiling during harvest and hauling activities to provide for public safety. Spread Creek Road would be available for snowmobilers on weekends during this period. This would be a short term effect, lasting intermittently over one or two winter seasons.

Trails 262 -North Fork Meadow Creek, 461- Rock Candy and Buckhorn Baldy -179 are within prescribed burn units, common to all alternatives. Recreational users of these trails would be temporarily displaced during burning activities, because trails would be closed to recreational use during burning activities. The trail closures and user displacement would be short term in nature. The trails would be cleared after burning to remove any debris and fallen trees that may occur as a result. The trail tread and clearing width would not be affected by burning activities. The trail and area around the trail would show the effects from fire but would not change the recreational opportunities related to the trail.

The effect of road storage activities, common to all alternatives are expected to be variable and to change over time. The direct effect of active road storage work to the recreational use of the roadway will likely be that users will not be able to use the roads for non-motorized activities while equipment is working. On roads 5948, 748M, 591, and 5971, where the public identified an interest in hiking and livestock use, road beds and stream crossings will be designed to accommodate non-motorized use of these road beds. It is expected that the indirect effects of these activities will be beneficial to recreational users in the short term because of the improved access that will be provided as a result of the road stabilization activities. The Forest Service is not proposing to maintain these roadways as trails and as a result it is expected that vegetation will return and that the roads could return to their vegetated state within 5 to 10 years.

On Road 5948, where the public expressed interest in improving an existing snow access point, road stabilization activities are expected to have a beneficial indirect effect to winter recreational users. The clearing of vegetation to conduct road stabilization activities and the design of stream crossings to accommodate winter use, will improve winter recreation access.

The prescribed burning activities proposed in Alternative 2, 3 and 4 could have a potentially beneficial effect to recreational resources by creating more clearings at higher elevations for over the snow use. Public comment on the proposed action indicated that members of the public were interested in the potential benefits that burning could have on over the snow recreation opportunities.

In Alternative 3 and 4, there will be less acres of timber management and as a result there will be fewer opportunities created through vegetation management for gathering forest products (ie. berries and mushrooms), fewer clearings would be created and less habitat improved for big game.

## Alternative 2, 3, and 4 – Cumulative effects

The cumulative effects of Alternative 2, 3, and 4 will be similar in nature and are described below.

### Past Actions and their Effects on Current Conditions

Many of the past actions in this area have had an affect on recreation. The roads built for timber harvest have provided access to National Forest lands for recreationists and for gathering forest products (firewood, huckleberries). Timber harvest, prescribed burning and other vegetation activities historically provided opportunities for hunting, viewing wildlife, firewood gathering and other activities. Many of the harvest units in this area, from the 1970's and 1980's are growing in and no longer provide the openings and forage they once did. These areas may still

provide recreational opportunities but in a different setting. Many of the roads in this area are now closed to motorized use and many have become impassable due to vegetation.

### Contrasting Effects of Proposed Actions with Past Actions

Past actions in the Buckhorn area have included timber harvest, prescribed burning, road and trails maintenance and other similar projects. The proposed actions would be similar to past actions and provide opportunities for recreationists. Harvest and burning improve habitat for a variety of wildlife and can improve opportunities for hunting, wildlife viewing, access, and gathering forest products (firewood, mushrooms, huckleberries). The opportunities created by harvesting and prescribed burning have a timeline of initial opportunities when the activity occurs, the duration of opportunity that occurs from the initial activity and then a slow change in opportunity over time as the affects from the harvest and burning are reduced from re-vegetation.

Past harvest activities are growing in and providing fewer openings, many roads in the area have been closed to motorized activity and many are becoming impassable even for hikers due to vegetation. This can reduce recreational opportunities in these areas over time as access is reduced and habitats change providing less opportunity for berry picking, mushroom gathering and less productive habitat for big game.

### Effects of Ongoing and Reasonably Foreseeable Actions

Access and opportunities for recreationists using forest roads and trails will continue to be provided through road maintenance (brushing, blading, drainage repairs) and trails maintenance (clearing, tread work and drainage work) as budgets and funding allow. Other activities may occur in the area also if funding is available, these include watershed work on existing roads, thinning and fuels reduction projects, wildlife habitat burning and other projects (minerals exploration, outfitter and guide activities).

### Combined Effects from Past, Proposed and Foreseeable Actions

Recreation will continue to be an important component of this area and opportunities will also continue to be varied across the planning area. Effects to recreation opportunities will continue to change with the landscape over time, some areas will become thicker and more timbered, other openings and clearing will be created. Access to some areas may become more restricted due to brush, while new areas will be opened. Overall the opportunities for recreation will remain good in this area for the foreseeable future.

## Consistency with the Forest Plan and Other Management Direction

All alternatives are consistent with direction provided by the Kootenai Forest Plan and follow the guidance provided by Forest Service Manual 2300 for recreational resources. Trails will be maintained to provide forest visitors access to the forest and inventoried roadless areas in a way that prevents resource damage. Management activities such as road storage and decommissioning will provide improved access for both snowmobiles and non-motorized users to forest areas.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment would not change public access and will have no effect to the recreation resource.

# Scenic Resources

## Introduction

This section addresses the environmental effects of the proposed activities on the scenic resource. The units of measure are whether the change in the viewing landscape meets inventoried Visual Quality Objectives (VQOs) in the Kootenai National Forest Plan.

The Kootenai National Forest (KNF) manages visual resources according to visual quality objectives developed through the Visual Management System and further specified in the Forest Plan. These objectives provide a comparison tool for analyzing effects of proposed activities to the visual resource.

## Analysis Area

The analysis area for scenic resources is the Buckhorn project area (see Vicinity Map M-1). This area includes the Spread Creek, Meadow Creek, Red Top Creek, Hellroaring Creek and Yaak River areas.

## Regulatory Framework

**Table 3. 105– Guiding documents for Scenery Analysis**

| Guiding Document | Direction |
|---|---|
| Kootenai National Forest Plan 1987 | The Forest Plan details the direction for managing Forest land and resources on the Kootenai National Forest. |
| Forest Service Handbook 701: Landscape Aesthetics | Provides guidance on how to conduct scenery analysis on NFS lands. |

The **Kootenai National Forest Plan (1987)** contains direction on what Visual Quality Objectives (VQOs) are appropriate for each Management Area (MA) and when the VQOs can be exceeded

The U.S. Department of Agriculture developed **Agriculture Handbook 701: Landscape Aesthetics: A Handbook for Scenery Management in 1995** to guide the analysis and management of scenic resources on National Forest System (NFS) lands under the Scenery Management System. It identifies the terminology, procedures and standards that have been used in this report to analyze impacts to scenic resources.

## Analysis Methods

To define the existing condition of the visual resource in the project area, the visual character of the landscape is assessed in terms of how it has been altered by human activities (not including fire). The method used categorizes the landscape into four condition classes based on the percent of apparent visual alteration of the characteristic landscape by human activities. The four classes are defined as follows:

**Natural Appearing:** No more than 5 percent of the area appears to be visually altered by management activities.

**Slightly Altered:** No more than 10 percent of the area appears to be visually altered by management activities.

**Moderately Altered:** No more than 20 percent of the area appears to be visually altered by management activities.

**Heavily Altered:** More than 20 percent of the area appears to be visually altered by management activities.

### Visual Management System VQOs

The Visual Management System (VMS) was developed to inventory the visual resource on all lands, whether public or private, and provide measurable VQOs for its management. VQOs specify the degree of acceptable landscape alteration by management activities.

A visual resource inventory of the project area was conducted using the Visual Management System to identify key landscape elements. The Visual Management System elements used to help define and determine the VQO for an area include:

**Variety Classes:** measure of visual variety or diversity of landscape character.

Class A – Distinctive
Class B – Common
Class C – Minimal

**Sensitivity Levels:** measure of viewer interest in the scenic qualities of the landscape.

Level 1 – Highest Sensitivity
Level 2 – Average Sensitivity
Level 3 - Lowest Sensitivity

These elements, along with distance zones from highways and roads, were combined to develop the VQOs for the analysis area. These objectives set measurable standards for the appearance of management activities. The Visual Management System VQOs developed for the project area and referred to are defined as:

**Retention (R):** Management activities are not evident to the casual forest visitor.

**Partial Retention (PR):** Management activities may be evident, but must remain visually subordinate to the characteristic (natural-appearing) landscape.

**Modification (M):** Management activities may visually dominate the characteristic (natural appearing) landscape, but must, at the same time, utilize established form, line, color and texture and should appear as a natural occurrence when viewed in middle-ground or background.

**Maximum Modification (MM):** Management activities may visually dominate the characteristic (natural-appearing) landscape, but they must look like natural occurrences when viewed as background.

### Kootenai Forest Plan Visual Quality Objectives (VQOs)

The Kootenai Forest Plan contains direction on what VQOs are appropriate for each Management Area (MA) and when the VQOs can be exceeded (see Management Area map M-2 for a display of MAs within the project area). The Forest Plan allows some deviation from these VQOs for some MAs.

# Affected Environment

## Existing Condition

### Landscape Character

**Table 3. 106– Existing Landscape Character in the Buckhorn Project Area**

| Place within the Buckhorn Project Area | Existing Landscape Character |
|---|---|
| Spread Creek | Moderately Altered |
| Meadow Creek | Moderately Altered |
| Whitetail Face | Moderately Altered |
| Hellroaring Creek | Moderately Altered |
| Red Top Creek | Slightly Altered |
| Yaak River | Moderately Altered |

### Visual Management System VQOs

The main travel routes which traverse the area and from which the area is viewed are:

**Sensitivity Level 1 travel route**: Yaak Highway 508 is a Sensitivity Level 1 travel route from the intersection with U.S. Hwy 2 up to the northern project area boundary.

**Sensitivity Level 2 travel routes:** Road 524 (Meadow Creek), 745, 5954 (Hellroaring, Baldy Mountain), 435 (Spread Creek), and portions of 5932 (Whitetail Face).

**Sensitivity Level 3 travel routes:** The remainders of the roads within the assessment area are Sensitivity Level 3 roads.

Based upon the existing views from the major viewing points in the area, the assessment area was broken down into 6 viewing areas. Also, an assessment was made of proposed management activities as viewed from Baldy Mountain Lookout and as viewed from level 2 and 3 travel routes within the project area. The areas, and the existing landscape character of each, are:

## Viewing Areas

### *Yaak River Corridor (moderately altered).*

This area is the most visible and outstanding feature within the project area. It is characterized by foreground views of the Yaak River and a mix of Forest Service and private landownership with human developments (roads, houses, etc.) in the bottom lands. As the topography rises in elevation out of the bottom lands it is framed by the timbered slopes beyond it.

#### *Viewing Points*

For this analysis viewing locations from Yaak Highway 508 and a general view from the other level 2 and 3 travel routes within the project area were meaningful to evaluate the effects from the proposed management activities. The following viewing points were used.

**(VP-3) Location is on FSR 5955 (Left Spread Creek Road) -** The foreground area was classified as “partial retention”, the middle ground was classified as “modification”, and the background was classified as “maximum modification”.

**(VP-4) Location is on FSR 338 Pete Creek Road -** The foreground area was classified as “partial retention”, the middle ground was classified as “modification”, and the background was classified as “maximum modification”.

**(VP-5) Location is on FSR 5932 – Whitetail Face**. The foreground area was classified as “partial retention”, the middle ground was classified as “modification”, and the background was classified as “maximum modification”.

### *Baldy Mountain Lookout*

Location is Baldy Mountain Lookout, (moderately altered). From this location, a view of much of the Yaak and Yaak Valley is available. Viewing is a variety of landscapes including heavily altered landscapes in the valley and along private lands, to mid-slope viewing with moderately altered viewing and evidence of different age class harvest and roading to the higher ridges including Inventoried Roadless Areas with naturally appearing landscapes and evidence of wildfire and naturally occurring events.

This Lookout is part of the National Recreation Reservation System (NRRS) and is available from July through September as rental lookout. It is used by local and regional visitors and is also a popular viewing point. The viewing point for assessing proposed management activities is at the mountain top and lookout location.

### *Level 2 and 3 Travel Routes*

These travel routes are used by forest users for the general purpose of access to and from the national forest lands within the project area to utilize the lands for a variety of reasons, viewing scenery is often not the user’s primary purpose (Forest User surveys conducted in 2002-2003, 2007-2008, 2011-2012). Many of the roads in the project area are restricted to motorized travel; many are heavily grown over and brushed in. Some of these roads that are restricted to motorized travel are open to snowmobiling in the winter.

#### *Remainder of the Assessment Area.*

The remainder of the area was not inventoried, as there are no proposed activities within it. In general, the area would be modification or maximum modification VQOs.

### Forest Plan VQOs

The Forest Plan specified VQOs by Management area (MA); but the visual analysis for the Forest Plan was done on a very broad scale. The project specific analysis for visuals is done on a site-specific scale without regard for the VQOs specified by the Forest Plan.

The scenic resource analysis was conducted as follows: The units are first analyzed in relation to the inventoried VQO. If the units met the inventoried VQO, and the inventoried VQO was as restrictive as or more restrictive than the Forest Plan VQO, then the units would meet the Forest Plan VQO. If the units did not meet the inventoried VQO, then they would also be assessed under "Forest Plan Consistency" to determine if they met the Forest Plan VQO.

The proposed action for the project analysis area contains management activity (harvest, thinning) in MA-11, MA-12, and MA-14. The forest plan VQO for these areas are:

> MA-11, MA-12, and MA-14: "maximum modification" for areas of low viewing significance, "modification" in areas of moderate viewing significance, and "partial retention" in areas of high viewing significance.

The proposed action for project area contains management activity (prescribed burn treatment) in MA- 2, MA10, MA-11, MA-12, MA-13, and MA-14. The forest plan VQO for these areas are:

> MA-2 – Retention, MA-10,MA-11, MA 12, MA-14- "maximum modification" for areas of low viewing significance, "modification" in areas of moderate viewing significance, and "partial retention" in areas of high viewing significance.

## Environmental Consequences

### Alternative 1- Direct and Indirect Effects

Alternative 1 is the no-action alternative and would not alter the existing condition for visual quality through management actions, and is consistent with the Forest Plan for scenery management.

### Alternatives 2, 3 and 4 - Direct and Indirect Effects.

**Watershed Improvement**: The watershed improvement planned for the project area would have no effect upon the overall visual quality of the area. This limited effect is because of the small size of the projects, low impacts, and is not readily seen from any major viewpoint.

**Prescribed Burning:** This treatment is proposed where fuel loads are light enough to underburn with an estimated 10 to 25 percent mortality to overstory trees. In the first season after underburning some tree trunks (boles) would be blackened and some needle mortality would be evident. However in one to three years regrowth from shrubs, forbs, and grasses would buffer any noticeable effects. This activity would meet all inventoried VQOs of partial retention, modification, and maximum modification, and there would be no long-term effect on the visual resource.

**Machine Piling/Pile Burning:** This activity would create ground disturbance that would reduce understory vegetation and accentuate bare soil color. Pile burning would leave scattered residual tree trunks (boles) blackened, scorch the soil, and result in some needle mortality. However in one to three years regrowth from shrubs, forbs, and grasses would buffer any noticeable effects. This activity would meet all inventoried VQOs and there would be no long-term effect on the visual resource.

## Alternative 2 - Direct and Indirect Effects.

The timber harvest activities proposed in Alternative 2, the proposed action, have the potential to change the visual characteristics of the area, depending on the distance from the viewpoint, and the type of changes. The effects are discussed based upon specific viewing points as described below.

### Yaak Highway 508

Proposed management activities consist of harvest Units 3 and 8 along Yaak 508 and Prescribed Burn Units E, G, H and I along this travel route. Burn units proposed are for wildlife habitat, primarily winter range and would have some black burn areas and some trees with red needles initially. These are low intensity burns intended to rejuvinate shrubs and forbs. The burn units would be revegetated within one to three years with natural grasses, forbs, shrubs and trees from adjacent areas. These units would meet the VQO of modification.

The harvest units would meet the VQOs of modification and maximum modification as identified from viewing points along Highway 508. All the units would create a viewing depth in the landscape that currently isn't there because of the "wall" effect that the tree density currently creates.

### Baldy Mountain Lookout –

This viewing point has a panorama of much of the project area.

The majority of this area has a VQO of maximum modification but is dependent on MA designation and taking into account other factors. This view point has all levels of VQO and is not unique. Most mountain view points have similar viewing and scenery across a broad landscape.

This level of management activity is within in the standards for meeting the maximum modification VQO.

Prescribed Burn Unit F, L, M and K are relatively close to the Lookout and would have some black burn areas and some "red" needle trees visible. However the units would be revegetated within one to three years with natural grasses, forbs, shrubs and trees from adjacent areas. The burns would be simlar to a naturally occurring event. All units would meet the VQO of modification at the end of three years. (A prescribed burn was implemented on Rock Candy in 2003 utilizing similar methods proposed in these burn units and VQO's were met in completing that burn treatment).

Harvest units in the lower Spread Creek drainage would be the most visible from this viewpoint (units 12,13,14,15,16,17,18 and 19). They are in the modification VQO. These units would meet

the modification VQO by keeping unit shape and size equivalent or smaller to surrounding natural opening shapes and sizes and retaining tree canopy.

**(VP-1) Yaak 508, (VP-2) Yaak 508 and (VP-6) Yaak 508**. None of the proposed activities would be visible from this view point. These viewpoints are rated as variety class B- common and Sensitivity Level 2 – average sensitivity.

**(VP-3) NFS Road 5955 (Left Spread Creek).** The actual view from this road is through a scattered timber canopy along the road edge in an older harvest unit. Within three years this viewpoint will no longer be available due to the growth of trees blocking the view. For Alternative 2 the units located across the spread creek drainage that would be visible would be units 14, 15 and 16. This view point is a variety Class C, Sensitivity Level 3 viewing point. The area affected by activities has a VQO of modification (middle ground) and maximum modification (background).

**(VP-4) NFS Road 338 -** The area affected by activities has a VQO of modification (middle ground) and maximum modification (background). This view point is a Variety Class B, Sensitivty Level 2 view point.

Units 12 and 20 would be partially visible from this view point.

**(VP-5) NFS Road 5932 (Whitetail Face)**. The area affected by proposed activities has a VQO of modification (middle ground) and maximum modification (background). This view point is a Variety Class B, Sensitivity Level 2 view point.

Harvest Unit 14 and prescribed burn Unit J are located in the middle ground area. Other harvest units are not seen from the viewing point due to topography. If these units were seen from the viewing point they would meet modification VQO because these units would have shapes and sizes equivalent to surrounding natural opening shapes and sizes. For Prescribed Burn Unit J, initially, there would be black burn areas and some trees with red needles. However the unit would be revegetated within one to three years with natural grasses, forbs, shrubs and trees from adjacent areas. All harvest units would meet the modification VQO.

### Level 2 and 3 Travel Routes

Proposed management activities consist of harvest units and burn units along these travel routes. These activities would meet the VQOs of modification and maximum modification as identified.

## Alternative 3 and 4 – Direct and Indirect Effects

**Direct and Indirect Effects**. The visual effects of the actions proposed in these alternative are similar as those described in Alternative 2. The openings created with Units 12 and 14 would be smaller under these alternatives then Alternative 2.

## Alternative 2, 3, and 4 - Cumulative Effects

**Past Actions and Effects on Current Conditions:** Past actions (previous timber sales) have included small units located along the Yaak Highway and previous burning for big game winter range. These activities have had a minor effect on the scenic resource in the short term. These previous activities were designed to minimize the visual impact along the Yaak Corridor.

**Contrasting Effects of Proposed Actions with Past Actions:** The proposed actions entail intermediate harvest, regeneration harvest activities, and include design features to minimize visual impacts when viewed by motorized users on Yaak Highway 508.

**Effects of Ongoing and Reasonable Foreseeable Actions:** Other ongoing and foreseeable actions (such as precommercial thinning) would not contribute cumulatively to visual effects in the project area.

**Combined Effects from Past, Proposed, Ongoing and Foreseeable Actions:** Cumulatively, the Buckhorn Project would have a short-term effect on the visual resource when combined with past actions. These effects would be consistent with Forest Plan standards for the scenic resource.

## Consistency with the Forest Plan and Other Management Direction

It is expected that all proposed treatments would meet Forest Plan VQOs under Alternatives 2, 3, and 4. All alternatives would be consistent with the Forest Plan.

Alternative 2 and 4 would require one project specific amendment to exceed the Open Road Density standard for MA12 during project activities (see Chapter 1, Relationship to the Forest Plan for further discussion). This amendment will have no effect to scenic resources.

# Economics

## Introduction

The management of the Kootenai National Forest (KNF) has the potential to affect local economies. People and economies are an important part of the ecosystem. Use of resources and recreational visitation to the Forest generate employment and income in the surrounding communities and counties and generate revenues that are returned to the federal treasury.

This section presents concepts used to delineate an affected area and methods used to analyze the economic effects of the project, including the project feasibility, financial efficiency, and economic impacts. Project feasibility and financial efficiency relate to the costs and revenues of doing the action. Economic impacts relate to how the action affects the local economy in the surrounding area.

## Regulatory Framework

The preparation of NEPA documents is guided by CEQ regulations for implementing NEPA [40 CFR 1500-1508]. NEPA requires that consequences to the human environment be analyzed and disclosed. The extent to which these environmental factors are analyzed and discussed is related to the nature of public comments received during scoping. NEPA does not require a monetary benefit-cost analysis. If an agency prepares an economic efficiency analysis, then one must be prepared and displayed for all alternatives [40 CFR 1502.23].

OMB Circular A-94 promotes efficient resource use through well-informed decision-making by the Federal Government. It suggests agencies prepare an efficiency analysis as part of project decision-making. It prescribes present net value as the criterion for an efficiency analysis.

The development of timber sale programs and individual timber sales is guided by agency direction found in Forest Service Manual (FSM) 2430. Forest Service Handbook (FSH) 2409.18 guides the financial and, if applicable, economic efficiency analysis for timber sales.

## Analysis Area

The analysis area for the efficiency analysis is the project area. All costs and revenues associated with the project decision were included.

Timber management activities within the project area have the potential to impact the economic conditions of local communities and counties. To estimate the potential effect on jobs and income, a zone of influence (or impact area) was delineated. Counties were selected based on commuting data suggesting a functioning economy and where the timber is likely to be processed (log flows). Recent data on log flows from the KNF was provided by the University of Montana's Bureau of Business and Economic Research. The zone of influence for this project is comprised of Lincoln, Sanders, and Flathead counties in Montana and Boundary and Bonner counties in Idaho.

## Affected Environment

The combination of small towns and rural settings, along with people from a wide variety of backgrounds, provide a diverse social environment for the geographical region around the Kootenai National Forest. Local residents pursue a wide variety of life-styles, but many share a common theme, an orientation to the outdoors and natural resources. This is reflected in both vocational and recreational pursuits including employment in logging and milling operations, outfitter and guide businesses, hiking, hunting, fishing, camping and many other recreational activities.

Timber, tourism and agricultural industries are important to the economy of local areas. Despite the common concern for, and dependence on, natural resources within the local communities, social attitudes vary widely with respect to their management. Local residents hold a broad spectrum of perspectives and preferences ranging from complete preservation to maximum development and utilization of natural resources.

A comprehensive socio-economic analysis was recently completed for the KNF (Russell et al, 2006). This document provides a description of the employment, income and social composition of the counties comprising the analysis area and the impact on counties from management of the KNF. This analysis indicates the counties within the analysis area are affected by timber management on the forest. In addition, the final Environmental Impact Statement for the revised Forest Plan described the affected environment for the planning area and the effect of forest management on the local communities and economy. See pages 556-573 of the final Environmental Impact Statement (USDA Forest Service 2013).

## Methodology

Four measures are appropriate for the economic analysis: project feasibility, financial efficiency, and economic impacts. These measures are described below, including methodologies.

**Project feasibility** is used to determine if a project is feasible – will it sell, given current market conditions. It relies on the Region 1 Transaction Evidence Appraisal (TEA) System and delivered log prices. The TEA uses regression analysis of recently sold timber sales to predict bid prices. The most recent appraisal and feasibility model for the area of interest was used to estimate the stumpage value (expected high bid resulting from the timber sale auction) for the timber project. The estimated stumpage value for each alternative was compared to the base rates (revenues considered essential to cover regeneration plus minimum return to the federal treasury) for that alternative. The project is considered to be feasible if the estimated stumpage value exceeds the base rates. If the feasibility analysis indicates that the project is not feasible (estimated stumpage value is less than the base rates), the project may need to be modified. The infeasibility indicates an increased risk that the project may not attract bids and may not be implemented.

**Financial efficiency** provides information relevant to the future financial position of the program if the project is implemented. Financial efficiency considers anticipated costs and revenues that are part of Forest Service monetary transactions. Present Net Value (PNV) is used as an indicator of financial efficiency and presents one tool to be used in conjunction with many other factors in the decision-making process. PNV combines benefits and costs that occur at different times and discounts them into an amount that is equivalent to all economic activity in a single year. A positive PNV indicates that the alternative is financially efficient.

Many of the costs and benefits associated with a project are not quantifiable. For example, the benefits to wildlife from prescribed burning to stimulate browse and reduced fuel loadings, are not quantifiable. These costs and benefits are described qualitatively, in the individual resource sections of this document. Title 40, Code of Federal Regulations for NEPA (40 CFR 1502.23) indicates "For the purposes of complying with the Act, the weighing of the merits and drawbacks of the various alternatives need not be displayed in a monetary cost-benefit analysis and should not be when there are qualitative considerations."

Management of the forest is expected to yield positive benefits, but not necessarily financial benefits. Costs for various vegetation, recreation, wildlife, road and burning activities are based on recent experienced costs and professional estimates. Non-harvest related costs are included in the PNV analysis, but they are not included in appraised timber value.

**Economic impacts** are used to evaluate potential direct, indirect and cumulative effects on the economy. Economic impacts are estimated using input-output analysis. Input-output analysis is a means of examining relationships within an economy, both between businesses and between businesses and final consumers. It captures all monetary market transactions for consumption in a given time period. The resulting mathematical representation allows one to examine the effect of a change in one or several economic activities on an entire economy, all else constant. This examination is called impact analysis. IMPLAN (Impact Analysis for Planning) translates changes in final demand for goods and services into resulting changes in economic effects, such as labor income and employment of the affected area's economy. The IMPLAN modeling system allows the user to build regional economic models of one or more counties for a particular year. The regional model for this analysis used the 2009 IMPLAN data.

The economic impact effects are measured by estimating the direct jobs and labor income generated by the 1) processing of the timber volume from the project, and 2) dollars resulting from any other activities of the project into the local economy affected by the treatments proposed. The direct employment and labor income benefit employees and their families and therefore directly affect the local economy. Additional indirect and induced, multiplier effects (ripple effects) are generated by the direct activities. Together the direct and multiplier effects comprise the total economic impacts to the local economy. The data used to estimate the direct effects from timber harvest is information provided by University of Montana's Bureau of Business and Economic Research. The economic effects tied to restoration activities and the multiplier effects (of both timber harvest and restoration activities) were estimated using IMPLAN.

Potential limitations of these estimates are the time lag in IMPLAN data and the data intensive nature of the input-output model. Significant changes in economic sectors since the latest data for IMPLAN have been adjusted using information from the University of Montana's Bureau of Business and Economic Research.

There is local demand for stumpage from the Forest, as evidenced by the amount of timber sales sold on the Kootenai in recent years. In addition, recent analysis indicates timber processing capacity is well above timber supply for the analysis area (Sorenson et al, 2012). Most sales offered have been sold with strong competition. The outlook for the timber market is to improve over the next several years, with modest improvement in 2013 and more substantial improvements in 2014 and beyond (Sorenson et al, 2012).

## Environmental Consequences

### Project Feasibility

The estimation of project feasibility was based on a transaction-evidence and delivered log price appraisal, which took into account logging system, timber species and quality, volume removed per acre, lumber market trends, costs for slash treatment, and the cost of specified roads, temporary roads and road maintenance. The estimated high bid was compared to base rates (revenues considered essential to cover regeneration plus minimum return to the federal treasury). The estimated high bid and base rates for each alternative are displayed in Table 3.107. Given the predicted high bids and the base rates, all alternatives are feasible.

The predicted high bid is the basis for the timber revenue estimate. The actual timber value will depend on the market when the timber is sold, and may be higher or lower than the predicted high bid. The analysis included a relatively low Western Wood Products Association (WWPA) average value per thousand board feet (MBF).

### Financial Efficiency

The financial efficiency analysis is specific to the timber harvest and ecosystem management activities associated with the alternatives (as directed in Forest Service Manual 2400, Timber Management and guidance found in the Forest Service Handbook 2409.18). Costs for sale preparation, sale administration, regeneration, and other activities are included. All costs, timing, and amounts were developed by the specialists on the project's interdisciplinary team. The expected revenue for each alternative is the corresponding predicted high bid from the transaction evidence and delivered log price appraisal. The present net value (PNV) was calculated using

Quicksilver, a program for economic analysis of long-term, on-the-ground resource management projects. A four percent discount rate was used over the 12-year project lifespan (2014-2025). For more information on the values or costs, see the project file.

This analysis is not intended to be a comprehensive benefit-cost or present net value analysis that incorporates a monetary expression of all known market and non-market benefits and costs that is generally used when economic efficiency is the sole or primary criterion upon which a decision is made. Many of the values associated with natural resource management are best handled apart from, but in conjunction with, a more limited benefit-cost framework. These values are discussed throughout this document, for each resource area.

Changes to resources like fisheries and wildlife habitats and recreation are further discussed in the corresponding sections of this EIS. These resources will not be described in this section in financial or economic terms. The economic efficiency analysis included costs for road decommissioning, road storage, prescribed burning, and weed spraying outside the timber sale to provide for other benefits, such as reduced fuel loading and improved wildlife habitat. There is no generated revenue from these activities. These activities would be funded by some means other than the timber sale.

Planning costs (NEPA) were not included in any of the alternatives since they are sunk costs at the point of alternative selection.

Table 3.107 summarizes the project feasibility and financial efficiency for each alternative. Values for Alternative 1 are zero, since the no action alternative would not harvest, plant trees, enhance wildlife habitat, implement BMP's on haul routes, return fire to the landscape or take other restorative actions and, therefore, incur no costs. Because all costs of the project are not related to the timber sale, two PNVs were calculated. One PNV indicates the financial efficiency of the timber sale, including all costs and revenues associated with the timber harvest and design features. A second PNV includes all costs for each alternative, including other activities that are non-timber harvest related (burning to reduce fuels and to improve wildlife habitat, road decommissioning, etc.).

Table 3.107 indicates Alternative 2 has the highest PNV and is financially efficient for the timber harvest and required design features, as well as costs associated with non-timber harvest activities. Alternatives 3 and 4 are also financially efficient for the timber harvest and required design features. However, Alternatives 3 and 4 are financially inefficient when the non-timber harvest activities are included in the PNV.

A reduction of financial PNV in any alternative as compared to the most efficient solution is a component of the economic trade-off, or opportunity cost, of achieving that alternative. As indicated earlier, many of the values associated with natural resource management are non-market benefits. These benefits should be considered in conjunction with the financial efficiency information presented here. These non-market values are discussed in the various resource sections found in this document.

**Table 3. 107 - Project Feasibility and Financial Efficiency Summary (2013 dollars)**

| Category | Measure | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| **Timber Harvest Information** | Acres Harvested | 0 | 1,263 | 889 | 681 |
| | Total Sawtimber Volume Harvested (CCF) | 0 | 24,350 | 16,530 | 12,990 |
| | Base Rates ($/CCF) | N/A | $47.51 | $48.19 | $49.13 |
| | Predicted High Bid ($/CCF) | N/A | $112.69 | $109.80 | $109.80 |
| | Total Revenue | $0 | $2,744,001 | $1,814,994 | $1,426,302 |
| **Timber Harvest and Design Features** | PNV | $0 | $1,044,115 | $658,173 | $502,124 |
| **Timber Harvest and Other Planned Activities** | PNV | $0 | $276,994 | -$108,947 | -$264,997 |

When evaluating trade-offs, the use of efficiency measures is one tool used by the decision-maker in making the decision. Many things cannot be quantified, such as effects on wildlife, impacts on local economies, and restoration of watersheds and vegetation. The decision-maker takes many factors into account in making the decision.

## Economic Impact Effects (Jobs and Labor Income)

Timber production from this proposed KNF project would have direct and indirect effects on local jobs and labor income. The Forest used an input-output model, IMPLAN (Impact Analysis for Planning) to estimate effects on employment and labor income within the zone of influence (impact area).

For timber harvest, the direct employment and labor income response coefficients (e.g., jobs and labor income per million cubic feet) were derived by the University of Montana's Bureau of Business and Economic Research. The indirect and induced multiplier effects were estimated using the IMPLAN model for the economic impact area.

For restoration and reforestation activities, the direct, indirect and induced effects were derived using IMPLAN. The resulting direct, indirect and induced employment and labor income coefficients have been incorporated into a spreadsheet developed by the Regional Economist for the USFS, Northern Region.

The analysis calculated the jobs and labor income associated with timber harvest and other resource activities. In order to estimate jobs and labor income associated with timber harvest, the timber harvest levels were proportionally broken out by product type with an estimated 80% of the sale going towards sawtimber and 20 percent to post and poles. In order to estimate jobs and

labor income associated with reforestation and restoration activities, expenditures for these activities were developed for each alternative (see Table 3.108).

**Table 3. 108 - Reforestation and Other Restoration Activity Expenditures by Alternative over a twelve-year period (2012 dollars) (does not include overhead costs)**

| Activity | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| Road Decommissioning | $0 | $52,050 | $52,050 | $52,050 |
| Road Storage | $0 | $211,440 | $211,440 | $211,440 |
| Weed Spraying | $0 | $2,438 | $2,438 | $2,438 |
| Prescribed Burning (aerial) | $0 | $575,550 | $575,550 | $575,550 |
| Prescribed Burning (hand) | $0 | $39,200 | $39,200 | $39,200 |
| Fuels Augmentation | $0 | $39,780 | $39,780 | $39,780 |
| Site prep and planting | $0 | $688,420 | $473,280 | $380,308 |
| **Total** | **$0** | **$1,556,828** | **$1,342,228** | **$1,248,716** |

Table 3.109 displays both direct and total estimates for employment (part and full-time) and labor income that may be attributed to each alternative. Since the expenditures occur over a twelve-year period, the estimated impacts of jobs and labor income would be spread out over the life of the project. These are not new jobs or income, but rather jobs and income that can be attributed to this project.

**Table 3. 109 – Total Employment and Income (2010 dollars) Over the Life of the Project**

| Analysis Item | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| Direct Employment (persons) | 0 | 142 | 105 | 89 |
| Total Employment (persons) | 0 | 227 | 165 | 137 |
| Direct Labor Income | $0 | $5,797,000 | $4,129,000 | $3,396,000 |
| Total Labor Income | $0 | $8,928,000 | $6,293,000 | $5,135,000 |

**Definitions: Employment** is the total full- and part-time wage, salaried, and self-employed jobs in the region.**, Labor income** includes the wages, salaries and benefits of workers who are paid by employers and income paid to proprietors.

Estimates in Table 3.109 indicate that Alternative 2 would maintain the highest number of jobs and labor income with total employment at 227 persons and total labor income nearly $9 million dollars. Alternatives 3 and 4 maintain fewer jobs and labor income. Alternative 1 maintains no jobs or income because there are no activities associated with this alternative.

The analysis assumes the timber volume processed would occur within the Kootenai zone of influence. However, if some of the timber were processed outside the region, then a portion of the jobs and income would be lost by this regional economy.

### Cumulative Effects

Management of the Kootenai National Forest has an impact on the economies of local counties. However, there are many additional factors that influence and affect the local economies, including changes to industry technologies, management of adjacent national forests and private lands, economic growth, and international trade.

Ongoing and reasonably foreseeable projects that may affect local economies include the following:

The sale of timber on private lands near the project area will have a positive impact on the local economy, maintaining jobs and labor income in the surrounding counties.

Large-scale mining activities take place near the project area. Most significant for the economy is the possible reopening of the Troy Mine and the proposed Montanore and Rock Creek mines. The reopening or development of additional mines would could bring a significant amount of jobs and labor income to Lincoln County.

Private timber lands owned by Plum Creek Timber Company are either for sale or sold and actively being subdivided in the zone of influence. Real estate transactions could potentially be a significant short-term contributor to the local economy, though the loss of natural resource management activities associated with these lands would have a negative impact to the economy.

The project area is very popular for recreation activities such as hiking, hunting, camping, horseback riding, and berry picking. These activities generate income in the local economy through local and non-local participants who purchase goods and services in the area.

## Consistency with the Forest Plan and Other Management Direction

**For the Buckhorn project**, the jobs and labor income associated with timber harvest, restoration and reforestation activities in the action alternatives, would contribute to the stability of the local economy during the life of the project and also for the future.

# Cultural Resources

## Introduction

Cultural and heritage resources include both archaeological sites and historic structures that reflect past human interactions as well as human use of the landscape and its resources. These historic properties have value for their association with important events or people in our history, their distinctive historical style, or their potential to provide information about our past. Cultural resources that are determined to be eligible to the National Register of Historic Places (NRHP) are considered historic properties that are managed to avoid or mitigate impacts to their integrity.

## Regulatory Framework

The Forest Service and other Federal Agencies are required to manage historic properties in the United States under several statutes, most notably the **National Historic Preservation Act of 1966** (NHPA). These requirements are regulated through 36 CFR 800 and are carried forward in the standards found in the Kootenai National Forest Plan (Forest Plan, Volume 2, Appendix 19).

Historic properties are identified by a cultural resource inventory and are determined as eligible to the National Register of Historic Places based on their ability to yield information about the past or their relation to important events, persons or historical styles. Cultural resource inventories must be completed prior to temporary road construction, timber harvest, or any other ground-disturbing activities that may have the potential to impact historic properties. Historic properties are managed to either protect them in-place or to mitigate adverse project effects. The **State Historic Preservation Office (SHPO)** reviews eligibility and management provisions and provides comments about project effects on cultural resources. The process of consultation with SHPO must take place prior to impacts on the ground unless the inventory results fall within a scope of a memorandum of understanding between the Kootenai National Forest (KNF) and SHPO that streamlines consultation.

The location of cultural resource sites is exempt from public disclosure as described in **Forest Service Handbook (FSH 6209.13 11.2 & 11.22)**. The exemption protects sites from harm and retains confidentiality of sites culturally significant to American Indian Tribes.

## Analysis Area

The Buckhorn project area encompasses three major watersheds: Hellroaring, Meadow and Spread Creeks. Areas of potential effects (APE) to cultural resources include the harvest units, prescribed ecosystem burning areas, and any new and existing roads used to access these areas.

## Methodology Used to Collect Data and Make Scientific Findings

Analysis of cultural resources within the Buckhorn project area began with a review and synthesis of all pertinent literature, records, and documentation available on the history and prehistory of the project and surrounding areas. This information is both from background historic information and prehistoric research as well as from many years of Forest Service heritage resource inventories within and adjacent to the project area. Our information on previously documented sites also allowed some idea of the type, frequency and location of sites likely to be found within the analysis area.

This synthesis of past data was then used during field inventories of the proposed areas of potential effect and adjacent areas of high probability for sites. These inventories included both pedestrian surveys and subsurface testing, with the method of survey adjusted according to the probability of historic or prehistoric materials being recovered in the area. Information from past KNF inventories was used to cover a current area of potential effect if upon review it met current inventory standards. Additional inventory was then conducted of the APE in areas where no previous inventory was conducted, where previous inventory was not adequate or around known sites to relocate and verify their location.

Areas of low, medium and high probability for the occurrence of cultural resources within proposed areas of activity were identified on a map prior to the undertaking of inventories. High probability areas for both historic and prehistoric properties, such as ridges and terraces adjacent to stream bottoms, were chosen for more intensive inventory and were selectively shovel tested for subsurface artifacts, as well. Harvest units and areas planned for prescribed burning, on the other hand, are generally steep and will have a low probability for prehistoric sites. These areas are most likely to contain historic mining or logging properties, which can often be previously identified in historic records. Therefore such areas were generally not subsurface tested, but covered with pedestrian transects.

Once inventory is complete, identified cultural resources within the project's area of potential effect are analyzed to determine their eligibility to the National Register of Historic Places. For those considered eligible, the potential effects of the project on that historic property is analyzed. Where adverse effects may occur to a historic property, measures are designed to mitigate these effects. The State Historic Preservation Office is consulted for concurrence on each of these three steps. The consultation on all three steps is usually conducted simultaneously.

### Measurement Indicators

Indicators for heritage resources are measured in terms of beneficial or adverse effects to historic properties eligible to the National Register of Historic Places.

Beneficial effects could include stabilizing a historic property by controlling erosion of an archaeological site, restoring and maintaining a historic building, or reducing fuel concentrations around a historic property. Beneficial effects are designed and agreed upon through consultation conducted under Section 106 of the NHPA with the SHPO. In some cases where a beneficial action is possible, a no action determination that does not implement the beneficial action could be adverse if it allows greater degradation or deterioration of the historic property.

Adverse effects are impacts to the integrity of the property which destroy a portion or all of the property and the information it could yield. A direct adverse impact occurs during an activity itself, such as when a road is built through a historic property and the construction process destroys or damages the site. Indirect adverse impacts are a side effect of the activity or occur after the activity is complete, like when runoff from a road eventually erodes a historic property adjacent to it. In some cases where a beneficial action is possible, a no action determination that does not implement the beneficial action could be adverse if it allows greater degradation or deterioration of the historic property.

This planning process allows adverse impacts to be avoided altogether through project design or mitigated through scientific investigation so that there are no adverse impacts to eligible historic properties. These avoidance or mitigation measures are agreed to in consultation conducted under Section 106 of the NHPA with the Montana SHPO and allow the project to proceed in compliance with the National Historic Preservation Act.

## Affected Environment

The archaeological record suggests that the Kootenai and Yaak River Valleys were not inhabited until around 8000 BP, after the continental ice sheets that once covered the region had retreated, and the glacial lakes that filled the area had drained. These early native inhabitants were foraging

peoples, whose hunting and gathering lifestyle meant that they were highly mobile and lived most of the year in small groups. They moved camps to take seasonal advantage of fish runs, animal migrations, and seasonal plants. Base camps, where groups would remain for longer periods of time, were often located on river or stream terraces, where plants, animals and fish were both harvested and processed for storage. Native peoples also used special purpose camps, which are smaller sites that were exploited for a specific purpose and a shorter period of time. From these camps they hunted, collected particular plants and gathered raw tool materials such as argillite and quartzite. The archaeological remnants of these prehistoric native peoples are found in campsites, in rock art, in trees peeled for their bark, in stone hunting blinds, and any number of other types of sites. These early inhabitants of the Kootenai and the Yaak were ancestral to the Salish and Kootenai tribes. Other tribes also used the area, including the Upper Pend Oreille, Coeur d'Alene and Kalispel people.

The Yaak River Valley was part of a prehistoric travel corridor that both provided access to the entire Yaak Valley and offered a north-south route through the heart of the Kootenai River drainage. According to Kootenai ethnographer Harry Turney-High, an anthropologist who worked with the Kootenai in the early 1900s, the confluence of the Yaak and the Kootenai was a recognized border between Upper and Lower Kootenai territory (1941:15). The designation of Upper and Lower Kootenai is recognized as a cultural definition amongst the prehistoric Kootenai, differentiating between groups with slightly different subsistence patterns and different dialects of the Kootenai language. In addition, Turney-High believes there was a Kootenai band who was based in this area, known as the "a Kiyienek," or arrow band (1941:16). The word Yaak is believed to be derived from the Kootenai word for arrow, which is sometimes spelled "A'ak."

Archaeological evidence suggests the Yaak River drainage was utilized frequently, but the artifacts that have been found suggest that long-term residential camps were not common in the Yaak. In general, it appears prehistoric people were visiting the area either to travel through or for specific hunting, foraging, or other resource-gathering forays.

In the early 1800s fur trappers entered northwest Montana, including the Kootenai River Valley. The Northwest and Hudson's Bay Fur Companies established early fur trading posts near Kootenai Falls and in other places along the Kootenai and in Northern Idaho. Though European fur traders may not have spent large quantities of time in the Yaak at this time, the demand for furs and hides changed the aboriginal economy, causing native peoples to focus more time and energy on trapping then they had previously. In the 1860s European trappers began to give way to miners. In 1864, miners on their way to a gold rush in Wild Horse Creek in Canada made their way through the Yaak Valley, and although they did find some placer gold in the river, they did not stay to work it. In the 1880s, prospectors began to return to the valley, and by 1890 a number of claims had been filed in the Lower Yaak. In 1893-1895, there was a gold rush in the Yaak, and the boom town of Sylvanite sprang up. By 1897 Sylvanite had a population of 600 people, but by 1898 most of those people had disappeared. Much of what remained of the town of Sylvanite burned in 1910, putting a halt to activity at several mines that continued to operate in the area. The 1930s saw the resumption of some mining activity in the Yaak, particularly with the reopening of the Keystone Mine.

By the end of April 1892 two sections of the Great Northern Railroad, one that was being built from Bonners Ferry towards Libby and another being built from Libby toward Bonners met at what became the "Yakt" railroad siding, on the west side of the Kootenai near the confluence of the Yaak and the Kootenai. The coming of the railroad forever changed the Kootenai and the

Yaak by lessening the geographic isolation of the region and opening it up for settlement (Historic Overview of the Kootenai National Forest, 1994). The railroad carried both people and products to and from the mines, lumber camps, homesteads and fledgling towns that were springing up along the major drainages. The 1910 fires had a profound influence on the area as a whole because of their intensity and the immense area they covered. Most of the forest in the project area is a product of this fire.

Some early logging took place in the Yaak in the 1910s and 1920s, but access to the valley and transportation for the logs was still difficult at this point. A logging railroad was constructed some distance up Pipe Creek, but never up the mainstem of the Yaak itself. In the 1940s and 1950s, the demand for spruce, improvements in the Yaak Highway and the use of logging trucks opened the Yaak up for logging in earnest. Specifically in the project area, in 1949 a series of events beginning with a large, destructive windstorm and a subsequent spruce bark beetle infestation created large quantities of down and dying timber in the area. Heavy salvage logging resulted, with an emphasis on spruce to curb the spread of the insects and satisfy the strong market for spruce at the time. This was the first large-scale commercial, road-based logging in the project area.

The Buckhorn project area has prehistoric sites that are largely concentrated along the Yaak River and other large drainages. The project has been designed so that all activities, including cutting units, burning units and road work, will avoid all prehistoric sites.

There are also historic sites in the project area, none of which are eligible to the national register of historic places. These include the former site of the Rock Candy Lookout, which was burned in the 1970s, and the current site of the Baldy Mountain Lookout. There is evidence of historic mining in the area as well, with much of this activity also clustered on the slopes above the mainstem Yaak River.

The evidence of these past occupations can be diminished in value by any change in their historical, architectural, archaeological, or cultural character. Adverse impacts to cultural resource sites can result in their damage or complete destruction, the effects of which are irreversible. In cases of partial damage, the undisturbed portion of the site may still yield valuable information. The Forest Plan, in accordance with Section 106 of the NHPA, requires integration of cultural resource management into the overall multiple resource management effort in order to avoid adverse impacts. In addition, the KNF must work closely with the appropriate scientific community and American Indian Tribes concerning this resource.

## Environmental Consequences

### Alternative 1 - Direct and Indirect Effects

Under this alternative, no actions are proposed and any previously recorded or as yet undiscovered sites would remain undisturbed. Historic properties would be subject to natural deterioration and decay.

### Alternative 2, 3, and 4 - Direct and Indirect Effects

There will be no adverse or beneficial effects to historic properties under Alternatives 2, 3, or 4. No known NRHP eligible sites will be impacted by any of the action alternatives.

If additional sites are encountered in the course of further inventory or project implementation, Forest Archaeologists or Heritage Specialists would consult with the State Historic Preservation Office, as required by law, to determine the significance of the discovery and the effects of the project upon them. The Confederated Salish and Kootenai Tribes would be included in discussions concerning properties with aboriginal affiliation. Mitigation designed and reviewed by the Montana State Historic Preservation Office may include avoidance of sites, protection or scientific investigation.

## Alternatives, 2, 3, and 4 - Cumulative Effects

The cumulative effects geographic analysis area for historic properties is the Buckhorn project area and temporally we are analyzing for the present, meaning that this cumulative effects analysis operates under the condition that prehistoric and historic sites exist in the project area.

**Past Actions and Effects on Current Conditions:** Before the National Historic Preservation Act (NHPA) of 1966 was implemented; project planning did not consider impacts to cultural resources. Projects such as timber harvest, road building, fire suppression, or any other ground disturbing activity prior to NHPA had the potential to adversely impact cultural resources, and many of these projects occurred in areas considered high probability for cultural materials and most likely impacted cultural sites. Conversely, the remains of some of these activities that took place longer than 50 years ago may now be considered historic properties, and so have added to the historic record. While past actions may have affected cultural resources, no ongoing effects are known to be occurring currently from those past actions.

**Contrasting Effects of Proposed Actions with Past Actions:** Since implementation of NHPA, cultural resource inventories have been conducted to locate cultural resources prior to project implementation. Known sites found during earlier inventories, and the refinement of the inventory process to locate properties during current inventories, allows impacts from projects to be avoided or mitigated. While natural deterioration of the resources is ongoing (processes include weathering, decay, and erosion) the current condition and trend of the historic record is that historic properties are being protected from project impacts. Knowledge of the location and condition of historic properties allows the potential for management action to abate or mitigate those natural processes that can adversely affect the historic record.

As described in the direct and indirect effects section, there will be no significant adverse or beneficial effects to historic properties from the action alternatives. Locating and documenting historic properties allows their protection from proposed undertakings.

**Effects of Ongoing and Reasonably Foreseeable Actions:** Ongoing and foreseeable activities were considered in this analysis. Fire suppression activities can impact historic properties through the construction of fireline, the movement of equipment and people, etc. Appendix 3 of the Northern Region Programmatic Agreement regarding Cultural Resources Management on National Forests in the State of Montana sets guidelines to limit impacts fire suppression activities may have on historic properties.

**Combined Effects from Past, Proposed, Ongoing and Foreseeable Actions:** There will be no cumulative effects to historic properties from the Buckhorn Project. The post-project condition and trend will continue the current condition and trend, which protects historic properties through inventory and project design so no historic properties are impacted by project implementation.

### Consistency with the Forest Plan and Other Management Direction

The guidelines of the Forest Plan and that of other jurisdictions were recognized in the development of all alternatives. In addition, the laws and policies that govern cultural resource management on Federal lands are coordinated with the State Historic Preservation Officer (SHPO) of Montana, who serves in an advisory capacity. The policies of the Forest Service and the SHPOs are consistent. All alternatives would be consistent with the Forest Plan and applicable regulations and laws regarding historic properties.

# American Indian Consultation

## Introduction

Federal laws, regulations and treaties direct the forest to consult with federally-recognized tribes who may have concerns about federal actions that may affect religious practice, traditional cultural uses, and cultural resource sites and remains associated with American Indian ancestors. The analysis area lies within the aboriginal territory of the Kootenai Tribe. The Confederated Salish and Kootenai Tribes (CSKT) and the Kootenai Tribe of Idaho are the federally-recognized tribes representing the modern members of the Kootenai Tribe. The specific laws, regulations and treaties are further described under regulatory framework below.

## Regulatory Framework

The Forest Service has a government-to-government responsibility to all federally-recognized Tribes. In addition, American Indian Tribes are afforded consideration under the National Historic Preservation Act (Section 2), NEPA, the Native American Graves Protection and Repatriation Act (NAGPRA), and the American Indian Religious Freedom Act (AIRFA) among other Executive orders and policy. Federal guidelines direct Federal agencies to consult with modern American Indian tribal representatives and traditionalists who may have concerns regarding Federal actions that may affect religious practices, and other traditional cultural uses, as well as cultural resource sites and remains associated with American Indian heritage. Any Tribe whose aboriginal territory falls within a project area is afforded the opportunity to voice concerns for issues governed by NHPA, NAGPRA, or AIRFA.

**American Indian Religious Freedom Act (AIRFA)** protects the “inherent right of the freedom to believe, express, and exercise their traditional religions” (P.L. 95-442, 92 Stat. 1065; 7 U.S.C. 2269). The forest has identified the Confederated Salish and Kootenai Tribes and Kootenai Tribe of Idaho as having general concerns about the management of the project area. These concerns include, but are not limited to, access to sites, use and possession of sacred objects, and the freedom to practice sacred worship ceremonies.

The project area is located within lands encompassed by the **Hellgate Treaty of 1855**. The Hellgate Treaty was signed between the United States and the Flathead, Upper Pend d’Oreilles, and the Kootenai Tribes, and the Federal government has consultation responsibilities to insure that the Tribes’ reserved rights are protected. The treaty-reserved rights include the "right of taking fish at all usual and accustomed places, in common with citizens of the Territory, and of erecting temporary buildings for curing; together with the privilege of hunting, gathering roots

and berries, and pasturing their horses and cattle upon open and unclaimed land". The District fits the description of "usual and accustomed places," and lies within the aboriginal territory of the Kootenai and the Salish (Flathead). Ongoing consultation with the Confederated Salish and Kootenai Tribes ensures that their treaty rights are protected.

## Analysis Area

The analysis area for tribal consultation issues is the Buckhorn Project Area. The Kootenai National Forest lies within the aboriginal territory of the Kootenai Tribe. Modern members of the Kootenai Tribe and the Salish are represented by the Confederated Salish and Kootenai Tribes (CSKT) and the Kootenai Tribe of Idaho. Area maps of the Buckhorn Project area were given to the identified tribes during both the NFMA and the DEIS phases of project planning.

## Affected Environment

The Buckhorn project area falls within the lands encompassed by the Hellgate Treaty of 1855. The forest has identified the Confederated Salish and Kootenai Tribes and Kootenai Tribe of Idaho as having general concerns about the management of the project area. These concerns include, but are not limited to, huckleberry productivity, access to resources, sites, use and possession of sacred objects, and the freedom to practice sacred worship ceremonies.

## Methodology

This analysis uses tribal consultation as a means of determining the effects of the proposed vegetation management and transportation projects. Consultations with the Kootenai Tribe of Idaho and the Confederated Salish and Kootenai Tribes in early planning phases helps the Forest Service meet their responsibilities.

Analysis methods used in this section consists of consultation with the tribes who have been identified as having an interest in the project area. The concerns of the CSKT and the Kootenai Tribe of Idaho were solicited through project scoping. In addition, the CSKT has provided a Tribal Liaison to work in partnership with the Kootenai National Forest to review project proposals and provide Tribal input. Information obtained from the CSKT and Kootenai Tribe of Idaho is taken into account to assess impact to issues related to cultural sites, traditional plants, and other resources related to treaty rights. Information exchanged through consultation is considered confidential.

Measurement indicators for Tribal Consultation include notification of the proposed activities and opportunity for the Tribes to be informed of the proposed activity and discuss potential impacts with the Forest. Other indicators include adverse or beneficial impacts to areas of concern for the Tribe, and adverse or beneficial impacts to the rights the tribes retain under Treaty.

## Environmental Consequences

### Alternative 1 - Direct and Indirect Effects

Under this alternative, no actions are proposed, and any previously recorded or as yet undiscovered sites would remain undisturbed.

### Alternative 1 - Cumulative Effects

With no action the current condition and trend of the subunit would continue.

### Alternatives 2, 3, and 4 - Direct and Indirect Effects

On-going consultation with the Confederated Salish and Kootenai Tribe and the Kootenai Tribe of Idaho has not indicated any direct or indirect effects from this project.

### Alternative 2, 3, and 4 - Cumulative Effects

Before the NHPA of 1966 was implemented, project planning did not include consideration of impacts to historic properties. Any projects such as timber harvest, road building, and fire suppression activities that occurred prior to this, had the potential to adversely impact historic properties, and many of these projects occurred in areas considered high probability for cultural resources and so probably damaged or destroyed cultural sites. While past actions may have affected cultural resources, no ongoing processes from those past actions are known to be having an effect on cultural resources now.

Since the 1970s, cultural resource inventories have been conducted to locate cultural resources prior to project implementation. Known sites found during earlier inventories, and the refinement of the inventory process to locate properties during current inventories, allows impacts from projects to be avoided or mitigated. While natural deterioration of the resource is ongoing, the current condition and trend of the historic record is that historic properties are being protected from project impacts. Knowledge of the location and condition of historic properties also allows the potential for management action to abate or mitigate natural processes which adversely affect the historic record.

Since the 1980s, the Forest has worked with tribal liaisons from the Confederated Salish and Kootenai Tribe to protect areas of cultural value to the tribes.

The ongoing and foreseeing activities listed in Table 3.3 at the beginning of this analysis were considered in this analysis. Fire suppression activities can impact cultural and other resources important to the tribes; however, Appendix 3 of the Northern Region Programmatic Agreement regarding Cultural Resources Management on National Forests in the State of Montana seeks to limit the potential of fire suppression activities to impact sites by setting out guidelines for protecting cultural resources during these activities. In addition, the Forest works with the tribal liaison of the Confederated Salish and Kootenai Tribes during wildfires to allow protection of resources important to the tribe.

Cumulatively, when considering past, proposed, and ongoing and foreseeable actions, the Buckhorn Project will not exacerbate effects to historic properties. The post-project condition and trend would continue the current condition and trend, which protects resources important to the tribes through on-going consultation.

## Consistency with the Forest Plan and Other Management Direction

All alternatives are consistent with the Kootenai Forest Plan as well as laws and executive orders concerning Government-to-Government Consultation.

# Buckhorn Project

## Draft Environmental Impact Statement

## Maps


Map M - 1 – Vicinity Map

Map M - 2 – Management Areas

Map M - 3 – Alternative 2

Map M - 4 – Alternative 3

Map M - 5 – Alternative 4

Map M - 6 – Alternative considered but not studied in detail

Map M - 7 – Watershed and Road Work Map

Map M - 8 – Cumulative Action Map

Map M - 9 – Harvest History Map

Map M - 10 – Fire History Map

Map M - 11 – Vegetative Response Units Map

Map M - 12 – Bear Management Unit Map

Map M - 13 – Lynx Analysis Unit

Map M - 14 – Fish Distribution Map

Map M - 15 – Landtype Map


**GIS DISCLAIMER**

The Forest Service uses the most current and complete data available. GIS data and product accuracy may vary. They may be: developed from sources of differing accuracy, accurate only at certain scales, based on modeling or interpretation, incomplete while being created or revised, etc. These maps are to be used as a reference only, and are not intended for use in site-specific planning. Using GIS products for purposes other than those, for which they were created, may yield inaccurate or misleading results. The Forest Service reserves the right to correct, update, modify, or replace GIS products without notification. For more information, contact Three Rivers Ranger District.


Buckhorn Draft
Environmental Impact Statement
Vicinity Map
Northwest Peaks IRA #663
Hidden Cr
Rock Candy Mtn
Trail # 461
Trail # SNO435
Trail # SNO748
748
Buckhorn Mtn
Trail # 179
Green Cr
Spread Cr
Large Cr
Runt Cr
435
Sunshine Cr
Whitetail Cr
Hellroaring Cr
Trail # 262
Mt Baldy Lookout
5955
5954
Buckhorn Ridge IRA #661
Zero Cr
Blind Cr
Baldy Cr
745
Meadow Cr NF
Idaho
Montana
Thunder Mtn
508
Yaak R
Trail # 160
Trail # SNO745
5961
Meadow Cr SF
524
Forest Cr
393
Trail # 29
Red Top Mtn
General Vicinity
Eureka
Yaak
Buckhorn Project Area
Troy
Libby
Three Rivers Ranger District
Idaho
Montana
Legend
Project Area
Streams
Open Roads
Trails
Non FS lands
Inventoried Roadless Area
Campgrounds
WUI Boundary
0 0.5 1 1.5 2
Miles
N
W
E
S
GMA - 03 Jan 2014
FS-047138
M-1

Buckhorn Draft
Environmental Impact Statement
## Management Areas




## Legend

- Project Area
- Open Roads
- Streams

**Alternative 2 Proposed Activities**

- Improvement Harvest
- Regeneration Harvest
- Prescribed Burns
- Temporary Roads
- Haul Routes

**Management Areas**

- 2 - Semi-primitive Non-motorized Rec
- 2og - Old Growth
- 3 - Semi-primitive Motorized Recreation
- 6 - Developed Recreation Sites
- 10 - Widlife Winter Range
- 10og - Old Growth
- 11 - Big Game Winter Range
- 12 - Big Game Summer Range
- 13 - Old Growth
- 14 - Grizzly Habitat Management
- 18 - Regeneration Problem Areas
- 18og - Old Growth
- 19 - Steep Lands
- 21 - Special Interest Areas
- Non-Federal Land







GMA - 03 Jan 2014




*Other roads are gated, barriered, or impassable, due to vegetation.

0 0.5 1 Miles

**Buckhorn Draft**
**Environmental Impact Statement**
**Alternative 2**

N W E S

GMA - 03 Jan 2014

**M-3**




*Other roads are gated, barriered, or impassable, due to vegetation.

0 0.5 1 Miles

# Buckhorn Draft Environmental Impact Statement

## Alternative 3

M-4

GMA - 03 Jan 2014

FS-047141




Buckhorn Draft
Environmental Impact Statement
Alternative 4

M-5

# Buckhorn Draft Environmental Impact Statement

## Alternative Considered but Not Studied in Detail to Explore Harvest Outside of the Forest Jobs and Recreation Act




M-6




## Legend

- Project Area
- Stream
- Open Roads
- Other Roads*

**Watershed Work**

- Decommissioning - Active
- Decommissioning - Passive
- Storage - Active
- Storage - Passive
- Haul Routes (BMP work)
- Temporary Roads

**Analysis Watersheds**

- Cody Creek
- Hellroaring Creek
- Meadow Creek
- Spread Creek
- Whitetail Creek
- Yaak River

*Other roads are gated, barriered, or impassable, due to vegetation.

**Buckhorn Draft**
**Environmental Impact Statement**
**Watershed Improvement and**
**Timber Harvest Related Road Work**

**M-7**

Bull Corner Draft

# Environmental Impact Statement
## Ongoing and Reasonably Foreseeable Activities



# Buckhorn Draft
# Environmental Impact Statement
## Harvest History




FS-047146

M-9

# Buckhorn Draft Environmental Impact Statement
## Fire History




GMA - 07 Jan 2014

# Buckhorn Draft Environmental Impact Statement
## Vegetation Response Units (VRU)




0 0.5 1 1.5 2 2.5 Miles

N W E S

GMA - 07 Jan 2014

### Legend

- Project Area
- Stream
- Open Roads

**Alternative 2**
**Proposed Activities**

- Improvement
- Regeneration
- Prescribed Burns
- Temp Roads
- Haul Routes

**Vegetation Response Units**

- VRU2 - Moderately Warm and Dry
- VRU3 - Moderately Warm and Moderately Dry
- VRU4 - Moderately Warm and Moist
- VRU5 - Moderately Cool and Moist
- VRU6 - Moderately Cool and Wet
- VRU7 - Cool and Moist
- VRU8 - Cool and Wet
- VRU9 - Cool and Moderately dry
- VRU10 - Upper Sub-alpine
- XX1 - Agricultural Lands




## Legend

- Project Area
- Streams
- Open Roads
- Hwy 508
- BMU Boundaries
- Grizzly Bear Existing Core Area

### Alternative 2

**Proposed Activities**

- Improvement Harvest
- Regeneration Harvest
- Prescribed Burns
- Temporary Roads
- Haul Routes

### Active Watershed Work

- Decommission
- ISS
- Roads Barriered for In-Kind Replacement of Core
- Road Changed to Restricted Status

# Buckhorn Draft Environmental Impact Statement
## Bear Management Units (BMU)

M-12

FS-047149

# Buckhorn Draft Environmental Impact Statement
## Lynx Analysis Units (LAU)




GMA - 22 Jan 2014

FS-047150

**M-13**

# Buckhorn Draft
# Environmental Impact Statement
## Fisheries



# Buckhorn Draft
## Environmental Impact Statement
## Landtypes




## Legend

| | |
|---|---|
| Project Area | **Landtype** |
| Streams | 101 Flood Plains |
| Open Roads | 103 Alluvial Terraces |
| **Alternative 2** | 104 Kames and Kettles |
| **Proposed Activities** | 106 Glacial Outwash Terraces |
| Improvement Harvest | 108 Complex Glacial Outwash Terraces |
| Regeneration Harvest | 251 Rock Outcrop Complex, Breaklands |
| Prescribed Burns | 252 Breaklands |
| Haul Routes | 351 Dissected Glaciated Mountain Slopes |
| Temp Roads | 352 Glaciated Mountain Slopes |
| | 353 Glaciated Mountain Ridges |
| | 355 Glaciated Mountain Slopes |
| | 360 Glaciated Mountain Ridges |
| | 381 Dissected Glacial Mountain Slopes. Dry |
| | 403 Cirque Headwalls and Alpine Ridges |
| | 404 Steep Moraines |
| | 405 Rock Outcrop Complex, Glaciated Mountain Ridges |
| | 406 Glaciated Mountain Ridges |
| | 407 Moraines |
| | 522 Granitic Substratum |

FS-047152

# Buckhorn Project

## Draft Environmental Impact Statement

## Appendices

| | | |
|---|---|---|
| **Appendix A** | **–** | **Harvest Treatment Summary Table** |
| **Appendix B** | **–** | **Prescribed Burn Table** |
| **Appendix C** | **–** | **Watershed Improvement Table** |
| **Appendix D** | **–** | **Access Management Plan and Map** |
| **Appendix E** | **–** | **Monitoring Plan** |
| **Appendix F** | **–** | **Best Management Practices** |
| **Appendix G** | **–** | **List of Past Timber Sales in Project Area** |
| **Appendix H** | **–** | **Glossary and Acronyms** |
| **Appendix I** | **–** | **Literature Cited** |
| **Appendix J** | **–** | **List of Preparers and Recipients** |

# Buckhorn Project

## Draft Environmental Impact Statement

## Appendices

Appendix A – Harvest Treatment Summary Table
Appendix B – Prescribed Burn Table
Appendix C – Watershed Improvement Table
Appendix D – Access Management Plan and Map
Appendix E – Monitoring Plan
Appendix F – Best Management Practices
Appendix G – List of Past Timber Sales in Project Area
Appendix H – Glossary and Acronyms
Appendix I – Literature Cited
Appendix J – List of Preparers and Recipients

# Harvest Treatment Summary

| Unit # | Management Area | Acres | Alternative 2 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 1 | 12 | 35 | Mixed conifer C, WH, GF, WL, WP, ES. Low vigor, small crowns. High stem disease occurrence. Dead WP and LP. In WUI. | Regenerate – Seedtree cut via winter tractor leaving WL, DF, WP. Underburn below road and exc pile above. Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 2 | 12 | 33 | Mixed conifer WL, WH, C, GF, LP, DF, WP. Portions are LP dominated. Declining health and mortality in WP, LP. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 3 | 11 | 15 | Varied with dense C, WL, ES, WP and more open areas where WP was salvaged. RR in patches in DF and C. High stem disease occurrence. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, C, A, ES. Spot exc pile, plant WL, WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 4 | 11 | 5 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |
| 4A | 11 | 6 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |

| Unit # | Management Area | Acres | Alternative 2 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 5 | 12 | 13 | Mixed conifer WL dominated with LP, C, DF 4-10" dbh. Low vigor due to density and tough growing site. In WUI | Improvement cut via tractor. Yard tops. Future underburn as part of D. | Reduce density to improve growing conditions, reduce fuel load, | X | | | X | |
| 6 | 11 | 24 | LP dominated with WL, DF and small area of C, WH at east end. Scattered MPB mortality in LP and condition is in decline. In WUI | Regenerate-seedtree cut via tractor leaving WL, DF. Underburn, Natural regen interplant WP, | Initiate regeneration. Salvage declining LP, start stand over to improve overall health and vigor. Provide forage | X | | X | X | |
| 8 | 11 | 23 | WL, DF dominated. Heavy DMT in WL. Rocky soils. Heavy ladder fuels. In WUI | Regenerate-shelterwood cut via tractor leaving WL, DF. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | X | X | X | |
| 9 | 12 | 101 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile hakf/underburn half, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9A | 12 | 3 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9B | 12 | 4 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | Management Area | Acres | Alternative 2 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 10 | 12 | 94 | Previous mgmt removed dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. | Regenerate-seedtree cut via winter tractor leaving WL, DF, WP. underburn, Natural regen, interplant WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |
| 11 | 12 | 144 | In south half previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. North ¼ GF, WL, C, WP dominated and condition may allow for intermediate treatment. Rest of unit is mixed conifer C, GF, with areas of very high fuel loads from dead WP, GF. And very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | Management Area | Acres | Alternative 2 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 12 | 11, 12 | 68 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. South ¼ is C, GF, ES, LP dominated and in poor health generally. LP is fading/small crowns. Scattered, good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 13 | 12 | 45 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. Scattered, very good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 14 | 12 | 278 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn half and exc pile half. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |

| Unit # | Management Area | Acres | Alternative 2 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 15 | 12 | 101 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer with WL, LP, AF, C, GF, WP. Many dead WP. Generally in very poor health with abundant stem disease, DMT, and WPBR. Very heavy fuel loads with dead WP. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Exc pile. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape. Reduce fuel loads. | X | | X | X | X |
| 16 | 12 | 70 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by WH, GF with scattered WP, DF, WL, C. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 16A | 12 | 40 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by WH, GF with scattered WP, DF, WL, C. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 17 | 12 | 24 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |

| Unit # | Management Area | Acres | Alternative 2 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 18 | 12 | 13 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF, with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |
| 19 | 11, 12 | 76 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. LP is fading/small crowns. Scattered, good/healthy large WL, DF, and some WP. Partly in WUI | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 20 | 14 | 29 | Mixed conifer dominated by WL, C, LP, DF, ES, GF – very dense. WL is generally in good/healthy – other species in decline. In WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | |
| 21 | 14 | 19 | Mixed conifer dominated by WL, C, LP, DF, ES, GF- very dense. WL is generally in good/healthy – other species in decline. Very heavy down fuel from dead WP, GF and LP. In WUI | Regenerate – clearcut with reserves via tractor leaving WL, DF, WP. Exc pile, plant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | |
| **Total** | | 1,263 | | | | | | | | |



FS-047160

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 1 | 12 | 35 | Mixed conifer C, WH, GF, WL, WP, ES. Low vigor, small crowns. High stem disease occurrence. Dead WP and LP. In WUI. | Regenerate – Seedtree cut via wintertractor leaving WL, DF, WP. Underburn below road and exc pile above. Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 2 | 12 | 33 | Mixed conifer WL, WH, C, GF, LP, DF, WP. Portions are LP dominated. Declining health and mortality in WP, LP. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 3 | 11 | 15 | Varied with dense C, WL, ES, WP and more open areas where WP was salvaged. RR in patches in DF and C. High stem disease occurrence. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, C, A, ES. Spot exc pile, plant WL, WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 4 | 11 | 5 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |
| 4A | 11 | 6 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |
| 5 | 12 | 13 | Mixed conifer WL dominated with LP, C, DF 4-10" dbh. Low vigor due to density and tough growing site. In WUI | Improvement cut via tractor. Yard tops. Future underburn as part of D. | Reduce density to improve growing conditions, reduce fuel load, | X | | | X | |



FS-047161

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 6 | 11 | 24 | LP dominated with WL, DF and small area of C, WH at east end. Scattered MPB mortality in LP and condition is in decline. In WUI | Regenerate-seedtree cut via tractor leaving WL, DF. Underburn, Natural regen interplant WP, | Initiate regeneration. Salvage declining LP, start stand over to improve overall health and vigor. Provide forage | X | | X | X | |
| 8 | 11 | 23 | WL, DF dominated. Heavy DMT in WL. Rocky soils. Heavy ladder fuels. In WUI | Regenerate-shelterwood cut via tractor leaving WL, DF. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | X | X | X | |
| 9A | 12 | 3 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9B | 12 | 4 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9C | 12 | 34 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9D | 12 | 40 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. underburn, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 10A | 12 | 40 | Previous mgmt removed dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. | Regenerate-seedtree cut via winter tractor leaving WL, DF, WP. underburn, natural regen, interplant WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |
| 10B | 12 | 24 | Previous mgmt removed dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. | Regenerate-seedtree cut via winter tractor leaving WL, DF, WP. underburn, natural regen, interplant WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |
| 11A | 12 | 40 | In south half previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. North ¼ GF, WL, C, WP dominated and condition may allow for intermediate treatment. Rest of unit is mixed conifer C, GF, with areas of very high fuel loads from dead WP, GF. And very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 11B | 12 | 38 | In south half previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. North ¼ GF, WL, C, WP dominated and condition may allow for intermediate treatment. Rest of unit is mixed conifer C, GF, with areas of very high fuel loads from dead WP, GF. And very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |
| 11C | 12 | 23 | In south half previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. North ¼ GF, WL, C, WP dominated and condition may allow for intermediate treatment. Rest of unit is mixed conifer C, GF, with areas of very high fuel loads from dead WP, GF. And very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 12A | 11, 12 | 40 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. South ¼ is C, GF, ES, LP dominated and in poor health generally. LP is fading/small crowns. Scattered, good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 13A | 12 | 29 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. Scattered, very good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 14A | 12 | 40 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn half and exc pile half. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 14B | 12 | 40 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn half and exc pile half. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 14C | 12 | 40 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn half and exc pile half. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 14D | 12 | 36 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn half and exc pile half. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 15A | 12 | 34 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer with WL, LP, AF, C, GF, WP. Many dead WP. Generally in very poor health with abundant stem disease, DMT, and WPBR. Very heavy fuel loads with dead WP. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Exc pile. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape. Reduce fuel loads. | X | | X | X | X |
| 15B | 12 | 40 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer with WL, LP, AF, C, GF, WP. Many dead WP. Generally in very poor health with abundant stem disease, DMT, and WPBR. Very heavy fuel loads with dead WP. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Exc pile. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape. Reduce fuel loads. | X | | X | X | X |
| 16A | 12 | 40 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by WH, GF with scattered WP, DF, WL, C. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 16B | 12 | 25 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by WH, GF with scattered WP, DF, WL, C. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 17 | 12 | 24 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |
| 18 | 12 | 13 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF, with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |
| 19A | 11, 12 | 40 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. LP is fading/small crowns. Scattered, good/healthy large WL, DF, and some WP. Partly in WUI | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 20 | 14 | 29 | Mixed conifer dominated by WL, C, LP, DF, ES, GF – very dense. WL is generally in good/healthy – other species in decline. In WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | |
| 21 | 14 | 19 | Mixed conifer dominated by WL, C, LP, DF, ES, GF- very dense. WL is generally in good/healthy – other species in decline. Very heavy down fuel from dead WP, GF and LP. In WUI | Regenerate – clearcut with reserves via tractor leaving WL, DF, WP. Exc pile, plant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | |

| Unit # | MA | Acres | Alternative 3 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| **Total** | | 889 | | | | | | | | |

| Unit # | Management Area | Acres | Alternative 4 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 1 | 12 | 35 | Mixed conifer C, WH, GF, WL, WP, ES. Low vigor, small crowns. High stem disease occurrence. Dead WP and LP. In WUI. | Regenerate – Seedtree cut via winter tractor leaving WL, DF, WP. Underburn below road and exc pile above. Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 2 | 12 | 33 | Mixed conifer WL, WH, C, GF, LP, DF, WP. Portions are LP dominated. Declining health and mortality in WP, LP. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 3 | 11 | 15 | Varied with dense C, WL, ES, WP and more open areas where WP was salvaged. RR in patches in DF and C. High stem disease occurrence. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, C, A, ES. Spot exc pile, plant WL, WP. | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 4 | 11 | 5 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |
| 4A | 11 | 6 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |
| 5 | 12 | 13 | Mixed conifer WL dominated with LP, C, DF 4-10” dbh. Low vigor due to density and tough growing site. In WUI | Improvement cut via tractor. Yard tops. Future underburn as part of D. | Reduce density to improve growing conditions, reduce fuel load, | X | | | X | |

| Unit # | Management Area | Acres | Alternative 4 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 6 | 11 | 24 | LP dominated with WL, DF and small area of C, WH at east end. Scattered MPB mortality in LP and condition is in decline. In WUI | Regenerate-seedtree cut via tractor leaving WL, DF. Underburn, Natural regen interplant WP, | Initiate regeneration. Salvage declining LP, start stand over to improve overall health and vigor. Provide forage | X | | X | X | |
| 8 | 11 | 23 | WL, DF dominated. Heavy DMT in WL. Rocky soils. Heavy ladder fuels. In WUI | Regenerate-shelterwood cut via tractor leaving WL, DF. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | X | X | X | |
| 9 | 12 | 101 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile half/underburn half, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9A | 12 | 3 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9B | 12 | 4 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 10 | 12 | 94 | Previous mgmt removed dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. | Regenerate-seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | Management Area | Acres | Alternative 4 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 11 | 12 | 144 | In south half previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. North ¼ GF, WL, C, WP dominated and condition may allow for intermediate treatment. Rest of unit is mixed conifer C, GF, with areas of very high fuel loads from dead WP, GF. And very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |
| 12 | 11, 12 | 63 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. South ¼ is C, GF, ES, LP dominated and in poor health generally. LP is fading/small crowns. Scattered, good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 13 | 12 | 29 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. Scattered, very good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |

| Unit # | Management Area | Acres | Alternative 4 | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 14 | 12 | 12 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. exc pile. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 16 A | 12 | 40 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by WH, GF with scattered WP, DF, WL, C. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 17 | 12 | 24 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |
| 18 | 12 | 13 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF, with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |
| **Total** | | 681 | | | | | | | | |

<u>Glossary of terms used in Harvest Treatment Summary Tables</u>

C – Western redcedar
Clearcut regeneration harvest; leaves approximately 5 - 20 trees per acre for structure, future DWD; snag replacements.
DBH – diameter of a tree at breast height (4.5 feet above the ground)
DF – Douglas-fir
DMT – dwarf mistletoe (a parasitic plant)
ES – Englemann spruce
Exc – Excavator
GF – grand fir
Improvement cut – thinning of mature trees to improve tree and forage growth/health
LP - lodgepole pine
MPB – Mountain Pine Beetle
PP – ponderosa pine
Regeneration cut – harvest designed to regenerate the stand
RR – Root rot, root disease – generally Armillaria ostoyae in DF
Seedtree cut with reserve trees regeneration harvest – leaves approximately 10-25 trees per acre for seed, shelter.
Shelterwood cut regeneration harvest - leaves approximately 15-35 trees per acre for seed, shelter.
Tractor – rubber tire or track based machine for log skidding
WH – western hemlock
WL – western larch
WP – western white pine

## Prescribed Burn Treatment Summary – Common to Alternatives 2, 3, and 4

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| A | 2<br>14 | 479 | 13-26<br>(20-40 in Lodgepole;10-20 in SAF) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may move into these areas as would occur under natural conditions. | | X | X | X |

[1] Crown reduction will not be uniform. Some areas of the burns may have no tree mortality and therefore no reduction in tree crown cover. Other areas may have high tree mortality with nearly complete crown reduction. The ranges displayed represent the average crown reduction expected across the entire burn unit.

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| B | 2<br>14<br>18 | 284 | 18-35<br>(30-50 on steep slopes; 5-20 on gentle slopes) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may move into these areas as would occur under natural conditions. | | X | X | X |
| C | 2 | 269 | 18-35<br>(30-50 on south slopes; other aspects 5-20) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| D | 11<br>12 | 85 | 20-30 of tree canopies | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams. | X | | X | X |
| E | 11<br>12<br>14<br>19 | 462 | 20-30 of tree canopies | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams and wetlands.<br><br>Exclude Coeur d" Alene. Salamander habitat found in rock scree at bottom of the unit. | | X | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| F | 2<br>14 | 1,776 | 10-20 of tree canopies | Buckhorn Ridge IRA | Higher elevation sites Forage and huckleberry production stagnant due to tree canopy closure, tree encroachment of brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |
| G | 10<br>12<br>14 | 287 | 6-12 of tree canopies (50 is non-forested) | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6” DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| G-1 | 11 | 27 | 5-15 of tree canopies (40 non-forested) | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6” DBH may precede hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams and wetlands. | | | X | |
| H | 10<br>11 | 231 | 8-18 of tree canopies | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6” DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Adjacent to flammulated owl habitat. Where possible, direct fire in a manner that would retain some thickets of young regenerating conifer for forage opportunities. | X | | X | X |
| I | 10<br>11 | 115 | 8-18 of tree canopies | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6” DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Within flammulated owl habitat. Where possible, direct fire in a manner that would retain some thickets of young regenerating conifer for forage opportunities. | X | | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| J | 10<br>11<br>12<br>14 | 342 | 5-15 of tree canopies | No | Mid elevation sites Forage and berry production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | | | X | X | X |
| K | 2<br>12<br>14 | 1,744 | 10-25 | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory 10" DBH or less will precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands.<br><br>North aspect burning will be supplemented with fuels augmentation activity. | | X | X | X |
| K-1 | 2<br>14 | 351 | 10-30 of tree canopies | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | | X | X |



FS-047180

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| L | 2<br>14 | 503 | 10 in tree canopies | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |
| M | 2 | 1,452 | 3-5<br>(10-20 in tree canopies) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |
| N | 2<br>14<br>21 | 2,631 | 10-20 of tree canopies (40 non-forested) | Northwest Peaks IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |



FS-047181

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| O | 2<br>14 | 250 | 10-20 of tree canopies | No | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |
| O-1 | 12<br>14<br>18 | 379 | 2-5 of tree canopies (50 non-forested) | No | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |
| **Total** | | 11,623 | | | | | | | | | | |

Glossary of terms used in Prescribed Burn Treatment Table:
IRA: Inventoried Roadless Area
WUI: Wildland Urban Interface

# Watershed Improvement Work

## Intermittent Stored Service (Road Storage)

Road storage work is proposed on roads that are currently closed to public motorized use, but the Forest Service would like to keep them on the National Forest System (NFS). Field work has determined whether active work is needed to improve watershed conditions, or if these roads can be passively decommissioned without active work. The active storage work will include cleaning culverts, providing controlled overflow relief for culverts and removing high risk culverts. Other work will include stabilizing fillslopes by limited recontouring, waterbarring, scarifying the road bed and seeding. Upon completion of the road storage work, barriers will be installed to maintain motorized closure.

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 524 | Meadow Creek | 6.5 | 6.9 | 0.4 | Active | Remove undersized culvert on Forest Creek. |
| 524 | Meadow Creek | 6.9 | 9.6 | 2.7 | Passive | |
| 524C | Meadow Creek C | 0.0 | 0.9 | 0.9 | Active | Stabilize slide area. |
| 524C | Meadow Creek C | 0.9 | 1.6 | 0.7 | Passive | |
| 591 | Zero Creek Spread Creek | 2.5 | 6.9 | 4.4 | Active | Remove buried log structures and old culverts. Stabilize slide area. |
| 5924 | North Cr Connection | 0.0 | 3.3 | 3.3 | Active | |
| 5924 | North Cr Connection | 3.3 | 4.8 | 1.5 | Passive | |
| 5948 | Hidden Creek | 0.3 | 2.9 | 2.6 | Active | Provide snowmobile access at treated stream crossings. Install barrier at mile post 0.23 to maintain public access to dispersed camp site. |
| 5948 | Hidden Creek | 2.9 | 3.1 | 0.3 | Passive | |
| 5948D | Hidden Creek D | 0.0 | 0.4 | 0.4 | Active | |
| 5948D | Hidden Creek D | 0.4 | 0.6 | 0.2 | Passive | |
| 5971 | South Fork Meadow Basin | 0.0 | 1.3 | 1.3 | Active | |



FS-047183

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 5971A | South Fork Meadow Basin A | 0.0 | 1.1 | 1.1 | Active | Remove fish barrier culvert on SF Meadow Creek. Provide hiking access. |
| 5977 | Forest Creek | 2.8 | 3.0 | 0.2 | Active | |
| 7483 | No Name | 0.0 | 3.2 | 3.2 | Active | |
| Total Active Storage Miles | | | | 17.6 | | |
| Total Passive Storage Miles | | | | 5.3 | | |
| **Total Miles of Road Storage** | | | | **22.9** | | |

## Road Decommissioning

Road decommissioning work is proposed for roads that have been determined that they are no longer needed for forest management. Decommissioned roads will be removed from the NFS road system. Active decommissioning work will include removing existing stream crossing structures and rebuilding stream channels, recontouring unstable slopes, ripping non-recontoured areas, waterbarring, and placing slash and duff on the road way.

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 14167A | Thunder Knob A | 0.0 | 0.8 | 0.8 | Passive | |
| 524B | Meadow Creek B | 0.0 | 0.7 | 0.7 | Passive | |
| 524D | Meadow Creek D | 0.0 | 0.7 | 0.7 | Active | Remove culverts that run water and undersized culvert at Forest Creek. |
| 524D | Meadow Creek D | 0.7 | 1.2 | 0.5 | Passive | |
| 5932F | Upper Whitetail F | 0.0 | 1.4 | 1.4 | Passive | |
| 5948B | Hidden Creek B | 0.0 | 0.9 | 0.9 | Active | Remove buried log structures and wood culverts. |
| 5948B | Hidden Creek B | 0.9 | 1.6 | 0.7 | Passive | |

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 5964C | Meadow Cr Connection C | 0.0 | 0.5 | 0.5 | Passive | |
| 5971 | South Fork Meadow Basin | 1.3 | 2.2 | 1.0 | Passive | |
| 5971B | South Fork Meadow Basin B | 0.0 | 0.3 | 0.3 | Active | |
| 748M | Beetle Creek North Creek M | 0.0 | 1.7 | 1.7 | Active | Recontour slide areas. Provide hiking access. |
| Total Active Decommissioning | | | | 3.5 | | |
| Total Passive Decommissioning | | | | 5.5 | | |
| **Total Proposed Road Decommissioning** | | | | **9.0** | | |

# Access Management Plan for Alternative 2 and 3

| Map Index | Road | Location (Milepost) | Existing Status | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|---|
| 1 | 5948 | 0.23 | Road open to over the snow machines Dec. 1 – April 30 | Road open to over the snow machines Dec. 1 – March 31 | Record of Decision | Grizzly Bear Denning Habitat Security | USFS |
| 2 | 745 | 4.56 | Road open to milepost 4.56 and barriered roadway serves as Trail 204/SNO745 | Remove Barrier | Following completion watershed work on road 5971 road system. | Improve Management Access | Access Management |
| 2 | 745 | 4.56 | Same as above | Install Gate to allow for administrative access, roadway will continue to serve as Trail 204/SNO745 | Following completion watershed work on road 5971 road system. | Improve Management Access | Access Management |
| 3 | 745 | 5.99 | Same as above | Install Barrier and maintain roadway as Trail 204/SNO745 | Following completion watershed work on road 5971 road system. | Wildlife Habitat Security | Access Management |
| 4 | 5932D | 0 | Road is gated to allow for administrative access | Replace gate with barrier | Prior to road reconstruction on 5932G | Wildlife Habitat Security | Access Management |
| 5 | 6135 | 0 | Road is gated to allow for administrative access | Replace gate with barrier | Prior to road reconstruction on 5932G | Wildlife Habitat Security | Access Management |
| 6 | 5932G | 0 | Road is impassible due to dense vegetation | Remove Vegetative Barrier | During road reconstruction | Harvest Access | Purchaser |
| 6 | 5932G | 0 | Same as above | Install Gate | During road reconstruction | Habitat Security | Purchaser |
| 6 | 5932G | 0 | Same as above | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 7 | 5932E | 0 | Road is gated for administrative access. | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 8 | 5955 | 2.49 | Road is gated at milepost 2.49 to provide administrative access. | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 9 | 5956 | 0 | Road is accessed through gate on road 5956 | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 10 | 14738 | 0 | Road is barriered | Remove Barrier to use roadway for skidding. | During Harvest Activities | Harvest Access | Purchaser |
| 10 | 14738 | 0 | Road is barriered. | Install Barrier | Following Harvest Activities | Habitat Security | Purchaser |

# Access Management Map for Alternative 2 and 3






FS-047187

# Access Management Plan for Alternative 4

| Map Index | Road | Location (Milepost) | Existing Status | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|---|
| 1 | 5948 | 0.23 | Road open to over the snow machines Dec. 1 – April 30 | Road open to over the snow machines Dec. 1 – March 31 | Record of Decision | Grizzly Bear Denning Habitat Security | USFS |
| 2 | 745 | 4.56 | Road open to milepost 4.56 and barriered roadway serves as Trail 204/SNO745 | Remove Barrier | Following completion watershed work on road 5971 road system. | Improve Management Access | Access Management |
| 2 | 745 | 4.56 | Same as above | Install Gate to allow for administrative access, roadway will continue to serve as Trail 204/SNO745 | Following completion watershed work on road 5971 road system. | Improve Management Access | Access Management |
| 3 | 745 | 5.99 | Same as above | Install Barrier and maintain roadway as Trail 204/SNO745 | Following completion watershed work on road 5971 road system. | Wildlife Habitat Security | Access Management |
| 8 | 5955 | 2.49 | Road is gated at milepost 2.49 to provide administrative access. | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 9 | 5956 | 0 | Road is accessed through gate on road 5956 | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 10 | 14738 | 0 | Road is barriered | Remove Barrier to use roadway for skidding. | During Harvest Activities | Harvest Access | Purchaser |
| 10 | 14738 | 0 | Road is barriered. | Install Barrier | Following Harvest Activities | Habitat Security | Purchaser |

# Access Management Map for Alternative 4






FS-047189

# Monitoring Plan

| ITEM # | RESOURCE | OBJECTIVE | TIMING | METHODOLOGY | RESPONSIBLE |
|---|---|---|---|---|---|
| **1** | Watershed | Monitor implementation and effectiveness of Best Management Practices (BMPs) used for project activities (includes monitoring RHCAs) | During and post project activities | Review a representative sample of timber sale units, road reconstruction, road storage and road decommissioning and complete BMP monitoring reports. | Sale Administrator/Engineering Representative/IDT/ District Staff |
| **2** | Watershed | Monitor the effectiveness of project specific design features | During and post timber sale activities | Review Units 9 and 10 to determine if project activities | Sale Administrator/ IDT/ District Staff |
| **4** | Soils | Monitor detrimental soil disturbance | Post treatment | Randomly sample timber sale units using approved methodology (walk through transects) | Soil Scientist |
| **5** | Soils | Monitor the effectiveness of project specific design features. | Post treatment | Review Units 1, 2, 9, 16A, 17 and 18 to determine effectiveness of design features. | Soil Scientist |
| **6** | Soils/ Silviculture | Monitor coarse woody debris (CWD) to see if recommended amounts were retained | Post treatment | Measure tons per acre of CWD within a representative sample of both burned and piled units. | Soil Scientist/ Silviculturist |
| **7** | Silviculture /Fuels/ Wildlife | Determine whether treatment objectives were accomplished. | Post treatment | Review selected treatment areas. Evaluate silvicultural objectives and prescribe burn objectives. | Fuels Specialist/ Silviculturist/ IDT |
| **8** | Silviculture | Track insect and diseases | Post treatment | Annual insect and disease mortality surveys; ongoing program accomplished by Forest Health Protection (FHP) | R-1 Forest Health Protection |
| **9** | Silviculture/ Botany | Monitor whitebark pine health & survival | Pre and Post treatment | Establish pre, and post, burn monitoring plots in units to validate the effectiveness of design features to minimize impacts to WBP survival, health and vigor within a sampling of prescribed fire treatment areas. | Botany |
| **10** | Silviculture | Assure regeneration harvest is stocked with trees in 5 years | Post treatment | Reforestation surveys the 1st, 3rd and 5th year after planting | Silviculture |
| **11** | Wildlife | Verify maintenance and retention of cavity habitat | Post-treatment | Representative sample of units taken to determine retention of cavity habitat. | Wildlife Biologist |
| **12** | Noxious Weeds | Monitor noxious weed infestations | Pre-treatment and following timber sale activities | Monitor project area to determine effectiveness of weed spraying. | District Weed Specialist |
| **13** | Wildlife | Determine effectiveness of burning to increase browse | 1- 3 years after burning | Survey selected underburn treatments to determine the species of browse and to what extent burning has stimulated browse and | WildlifeBiologist/ Fuels Specialist |

| ITEM # | RESOURCE | OBJECTIVE | TIMING | METHODOLOGY | RESPONSIBLE |
|---|---|---|---|---|---|
| | | | | huckleberry production. | |
| **14** | Wildlife | Monitor the status and effectiveness of closure devices - Gates-EB-Signing | 1-2 times a year | District employees will monitor the status of closure devices and their effectiveness through their daily field work and once a year through the Adopt-a-Road program. | District Access Management Program/ Law Enforcement |

# Best Management Practices (BMP)

## Introduction

Federal agency compliance with pollution control is addressed through Section 313 of the Clean Water Act, Executive Order 12580 (January 23, 1987), National Nonpoint Source Policy (December 12, 1984), USDA Nonpoint Source Water Quality Policy (December 5, 1986) and the Environmental Protection Agency in their guidance "Nonpoint Source Controls and Water Quality Standards" (August 19, 1987). In order to comply with State and local non-point pollution controls the Forest Service will apply Best Management Practices (BMPs) to all possible non-point sources which may result from management activities proposed in this DEIS. These BMPs are the Soil and Water Conservation Practices described in the Forest Service Handbook (FSH) 2509.22.

BMPs are the primary mechanism for achievement of water quality standards (EPA, 1987). This appendix describes the Forest Service's BMP process in detail, and lists the key Soil and Water Conservation Practices that have been selected to be used in the action alternatives analyzed in this DEIS.

BMPs include, but are not limited to, structural, and non-structural controls, operations, and maintenance procedures. BMPs can be applied before, during, or after pollution-producing activities to reduce or eliminate the introduction of pollutants into the receiving watershed (40 CFR 130.2, EPA Water Quality Standards Regulation). BMPs are usually applied as a system of practices rather than a single practice. They are selected on the basis of site-specific conditions that reflect natural background conditions and political, social, economic, and technical feasibility.

The Forest Plan states that soil and water conservation practices, as outlined in the Soil and Water Conservation Practices Handbook (FSH 2509.22, May 1988), will be incorporated into all land use project plans as a principal mechanism for controlling non-point pollution sources, meeting soil and water quality goals, and protecting beneficial uses. Activities found not to comply with the soil and water conservation practices or State standards will be brought into compliance, modified, or stopped (USDA Forest Service, 1987a, pp. 11-23). Montana State Water Quality Standards require the use of reasonable land, soil, and water conservation practices (analogous to BMPs) as the controlling mechanism for non-point pollution. The use of BMPs is also required in the Memorandum of Understanding between the Forest Service and the State of Montana as part of the agency's responsibility as the designated water quality management agency on National Forest System lands.

## BMP Implementation Process

In cooperation with the State, the Forest Service's primary strategy for the control of non-point sources of pollution is based on the implementation of preventive practices (i.e., BMPs). The BMPs have been designed and selected to protect the identified beneficial uses of the watershed.

The Forest Service non-point source management system consists of the following steps:

1. BMP Selection and Design - Water quality goals are identified in the Forest Plan. These goals meet or exceed applicable legal requirements including State water quality regulations, the Clean Water Act, and the National Forest Management Act. Environmental assessments for projects are tiered to Forest Plans using the National Environmental Policy Act process. The appropriate BMPs are selected for each project by an interdisciplinary team. In each new location, there is flexibility to design different BMPs depending on local conditions and values and downstream beneficial uses of water. The BMP selection and design are dictated by the proposed activity, water quality objectives, soils, topography, geology, vegetation, and climate. Environmental impacts and water quality protection options are evaluated, and alternative mixes of practices are considered. A final collection of practices are selected that not only protect water quality but meet other resource needs. These final selected practices constitute the BMPs for the project.
2. BMP Application - The BMPs are translated into contract provisions, special use permit requirements, project plan specifications, and so forth. This ensures that the operator or person responsible for applying the BMPs actually is required to do so. Site-specific BMP prescriptions are taken from plan-to-ground by a combination of project layout and resource specialists (hydrology, fisheries, soils, etc.). This is when final adjustments to fit BMP prescriptions to the site are made.
3. BMP Monitoring - When the resource activity begins (e.g., timber harvest or road building), timber sale administrators, engineering representatives, resource specialists, and others ensure the BMPs are implemented according to plan. BMP implementation monitoring is done before, during, and after resource activity implementation. This monitoring answers the question: Did we do what we said we were going to do? Once BMPs have been implemented, further monitoring is done to evaluate if the BMPs are effective in meeting management objectives and protecting beneficial uses. If monitoring indicates that water quality standards are not being met or beneficial uses are not being protected, corrective action will consider the following:
    a. Is the BMP technically sound? Is it really best or is there a better practice that is technically sound and feasible to implement?
    b. Was the BMP applied entirely as designated? Was it only partially implemented? Were personnel, equipment, funds, or training lacking which resulted in inadequate or incomplete implementation?
    c. Do the parameters and criteria that constitute water quality standards adequately reflect human-induced changes to water quality and beneficial uses?

4. Feedback - Feedback on the results of BMP evaluation is both short- and long-term in nature. Where corrective action is needed, immediate response will be undertaken. This action may include: modification of the BMP, modification of the activity, ceasing the activity, or possibly modification of the State water quality standard. Cumulative effects over the long-term may also lead to the need for possible corrective actions.

## KNF BMP SELECTION AND DESIGN FORM (KNF-BMP-1) (Revised 3/08 for D-4)

## SITE-SPECIFIC BEST MANAGEMENT PRACTICES

Description of the soil and water conservation practices from the Forest Service Soil and Water Conservation Handbook (FSH 2509.22) will be applied in all alternatives. The location where the practices will be applied is specified in the table below. For a more detailed description of a specific BMP, refer to the Soil and Water Conservation Handbook.

Glossary of Terms used in the Best Management Practices Table:

SPS - Special Project Specification
KNF - Kootenai National Forest
TSC - Timber Sale Contract
PSF - Pre-sale Forester
TSA - Timber Sale Administrator
ER - Engineering Representative
SMZ - Streamside Management Zone
IDT - Interdisciplinary Team
SAM - Sale Area Map
INFISH - Inland Native Fish Strategy
SWCP - Soil and Water Conservation Practice
RHCA - Riparian Habitat Conservation Area
FP - Kootenai Forest Plan

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.01 | TIMBER SALE PLANNING - To incorporate soil and water resource considerations into Timber Sale Planning | All Units | IDT considers watershed characteristics and expected responses to proposed activities. EIS identifies BMPs and Design Features needed to protect soil and water resources. Timber sale contracts include provisions to protect water quality, soil quality, and other resources as directed by the Decision. | Buckhorn project design considered water and soil quality impacts. TSC will include Design Features from Decision. | IDT | N/A |
| 14.02 | TIMBER HARVEST UNIT DESIGN - To insure that timber harvest unit design will secure | All Units | Proposed activities are evaluated to estimate the potential watershed response. Prescriptions are designed to assure an | Cumulative effects analysis and unit design were performed by IDT. The proposed actions are consistent | IDT | N/A |



FS-047194

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | favorable conditions of water flow, maintain water quality and soil productivity, and reduce soil erosion and sedimentation. | | acceptable level of protection for soil and water resources. Management protects soil/water resources by project design, implementing the Forest Plan including INFISH, and applying the results of past monitoring. | with the Forest Plan and best management practices. Buckhorn unit boundaries were located so as to protect water and soil resources. | | |
| 14.03 | USE OF SALE AREA MAPS (SAMs) FOR DESIGNATING SOIL AND WATER PROTECTION NEEDS - To delineate the location of protected areas and available water sources and ensure their recognition, proper consideration, and protection on the ground. | All Units | The IDT and PSF will identify water courses to be protected, locate unit boundaries accordingly, and prepare SAMs showing water features and wet areas requiring protection. PSA will prepare implementation notes for TSA detailing specific soil and water resource concerns by unit. TSA will review areas of concern with Purchaser before operations. Default RHCAs widths are used unless modified through further analysis. | Default RHCA widths are used for this project. No harvest or fuels reduction activities will occur in RHCAs except for Unit 4. Where possible streams were excluded from units. Small streams, springs and wet areas that occur within the units will be buffered. No harvest or slash disposal activities will occur within designated RHCAs. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5<br>C(T)6.50# |
| 14.04 | LIMITING THE OPERATION PERIOD OF TIMBER SALE ACTIVITIES - To minimize soil erosion, sedimentation, and a loss in soil productivity by insuring that the Purchaser conducts his/her operations in a timely manner. | See Design Features and Mitigations | If required, limited operating periods are specified in the Decision. The PSF prepares a contract that includes provision C(T)6.316 and/or C(T)6.4#. Activities restricted to limited operating periods may include both harvesting and mechanical slash treatment. | Buckhorn units with required winter harvest and frozen ground conditions are identified in the Design Features. Mechanized slash treatment will be restricted to dry or frozen conditions. | IDT; PSF; TSA | B(T)6.31<br>B(T)6.311<br>B(T)6.6<br>C(T)6.6<br>C(T)6.316#<br>C(T)6.4# |
| 14.05 | PROTECTION OF UNSTABLE AREAS - To protect unstable areas and avoid triggering mass movements of the soil mantle and resultant erosion and sedimentation. | All Units | BMPs are specified to prevent irreversible soil and water damage on unstable soil types. Landslide-prone areas are protected as RHCAs. TSA will inform Hydrologist and PSF if it appears logging operations may cause a mass failure. | Based on ground verification, no landslide prone areas are located within proposed treatment areas. | Hydrologist; PSF; TSA | C(T)6.4# |
| 14.06 | RIPARIAN AREA DESIGNATION - To minimize the adverse effects on riparian areas with prescriptions that manage nearby logging and related land disturbance activities. | All Units; Unit 4 | Management in or near streams and wetlands in the decision area will comply with the Forest Plan and the State SMZ law. These features and appropriate boundaries will be included on the sale area map and marked on the ground. This information will be included in the timber sale contract. | Default RHCA widths will be used. Unit 4 is partially within the 300 foot RHCA for Meadow Creek. Field evaluation determined there would be no effect to riparian function, RMOs or water quality. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5,<br>C(T)6.4#<br>C(T)6.41#<br>C(T)6.50# |
| 14.07 | DETERMINING TRACTOR-LOGGABLE GROUND - To protect water quality from degradation caused by tractor | All Units; Unit 2 | IDT identifies tractor ground during transportation and timber sale planning process. Slopes in tractor units should generally be less than 40%. PSF will | All units have been determined to be tractor loggable by PSF. Special mitigation required in Unit 2 because of pitches that exceed 40%. See Design | IDT; PSF | N/A |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | logging ground disturbance. | | prepare a TSC that includes provisions stating areas and conditions under which tractors can operate. | Features. | | |
| 14.08 | TRACTOR SKIDDING DESIGN - To minimize erosion and sedimentation and protect soil productivity by designing skidding patterns to best fit the terrain. | All Units | PSF proposes economically feasible harvest plan for each unit that meets Forest Plan standards and guidelines and minimizes adverse impacts to soil and water resources. PSF reviews difficult or complex situations with TSA during planning. TSA approves all skidding operations after consultation with Purchaser and consideration of which design will yield the least impact to the soil resource. Existing skid trails are used to the extent feasible. IDT documents project requirements in Design Features and recommendations in implementation notes. During implementation potential changes to direction in Design Features and/or implementation notes are reviewed with the appropriate personnel to assure compliance with NEPA and the Forest Plan. | See Design Features. Unit specific concerns that are not contractual requirements will be included in implementation notes after review with TSA. | IDT; TSA; Hydrologist | B(T)6.422 C(T)6.4# |
| 14.09 | SUSPENDED LOG YARDING IN TIMBER HARVESTING - To protect the soil from excessive disturbance and accelerated erosion and maintain the integrity of the riparian areas and other sensitive areas. | Not Applicable | If cable logging occurs through riparian areas, full suspension will be required. These areas will be identified by the IDT and PSF will include in TSC. | | IDT; PSF; TSA | B(T)6.42 C(T)6.4# C(T)6.50# |
| 14.10 | LOG LANDING LOCATION AND DESIGN - To locate in such a way as to avoid soil erosion and water quality degradation. | All Units; Unit 9 | TSA approves landing locations proposed by Purchaser. Approved landing locations will meet the criteria of minimal size, least excavation needed, located outside RHCAs, no side-cast material into sensitive areas, and control of runoff that may carry sediment into streams. | Skid trails and landings for Unit 9 will be located or mitigated so that sediment does not enter stream channels. Streams will be identified on SAM and/or in implementation notes. | TSA | B(T)6.422 C(T)6.422 |
| 14.11 | LOG LANDING EROSION PREVENTION AND CONTROL- To reduce erosion and subsequent sedimentation from log landing through the | All Units | PSF, Hydrologist and ER will consult on designing road BMP work so that cross drainage is installed in appropriate locations that prevent sedimentation in streams. | Landing conditions will be reviewed by IDT after completion of harvest area activities and additional rehabilitation needs will be determined. Funding will be sought for additional work identified | TSA; IDT; District Ranger | CT6.6 BT6.64 BT6.6 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | use of mitigating measures. | | TSA assesses what is necessary to prevent erosion and takes necessary action to protect soil and water resources during operations including temporary construction/installation of drainage structures and other sediment control measures. Landings will be rehabilitated to the full extent possible under the TSC considering future activities. | that cannot be completed under the TSC. | | |
| 14.12 | EROSION PREVENTION AND CONTROL MEASURES DURING THE TIMBER SALE OPERATION - To ensure that the Purchaser's operations shall be conducted reasonably to minimize soil erosion. | All Units | TSA ensures that erosion control is kept current. TSA shuts down operations when unacceptable resource damage is occurring. | See Design Features for units designated as winter harvest to protect soil and water resources. | PSF; TSA | B(T)6.6<br>B(T)6.64<br>C(T)6.6<br>C(T)6.601#<br>C(T)6.633#<br>B(T)6.661 |
| 14.13 | SPECIAL EROSION PREVENTION MEASURES ON AREAS DISTURBED BY HARVEST ACTIVITIES - To prevent erosion and sedimentation on disturbed areas. | All Units; Unit 9 and 10 | | Skid trails in Unit 9 and 10 will be rehabilitated so that sediment does not enter stream channels via road ditch. This is a particular concern in these units because existing skid trails connect to road ditches which connect to stream channels. | TSA; IDT | C(T)6.601#<br>C(T)6.32#<br>C(T)6.633# |
| 14.14 | REVEGETATION OF AREAS DISTURBED BY HARVEST ACTIVITIES - To establish a vegetative cover on disturbed areas to prevent erosion and sedimentation. | All Units | IDT establishes vegetation and fertilizer mix to be used in the project area consistent with KNF policy. PSF puts in contract. TSA is responsible for seeing that revegetation work required by Purchaser is done correctly and in a timely manner. | On roadways and landings seed and fertilize disturbed areas with KNF approved seed and fertilizer mix for roads. On temporary roads and skid trails within units seed and fertilize only where specified or where natural vegetation and slash do not appear adequate for erosion control. In these cases use KNF approved mix for skid trails. | IDT; PSF; TSA | C(T)6.01#<br>C(T)6.633# |
| 14.15 | EROSION CONTROL ON SKID TRAILS - To protect water quality by minimizing erosion and sedimentation derived from skid trails. | All Units | Erosion control measures may be recommended by the IDT, but site-specifically adjusted by the TSA. TSA will ensure erosion control is kept current and installed before winter. Maintenance of erosion control structures by the Purchaser may be necessary and requested by the TSA. | Pull slash across trails and lightly tamped into the ground so as to trap runoff in lieu of waterbars. Use waterbars where slash is unavailable or inadequate. Seed trails where needed to prevent erosion or control weeds. | IDT; PSF; TSA | C(T)6.6<br>B(T)6.6<br>B(T)6.64<br>B(T)6.65<br>B(T)6.66 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.16 | MEADOW PROTECTION DURING TIMBER HARVESTING - To avoid damage to the ground cover, soil, and water in meadows. | Not Applicable | IDT identifies areas needing special protection. PSF will verify the areas needing protection and prepare the contract to prevent damage to meadows. The TSA will be responsible for on-the-ground protection of meadows. If meadows are found by the TSA during operations, it is their responsibility to either afford them the proper protection or pursue a contract modification. | No meadows have been identified within the timber sale units. | IDT; PSF; TSA | B(T)1.1<br>B(T)5.1<br>B(T)6.422<br>B(T)6.61<br>C(T)6.4#<br>C(T)6.62# |
| 14.17 | STREAM CHANNEL PROTECTION (IMPLEMENTATION AND ENFORCEMENT) - Protect natural stream flows; provide unobstructed passage of flows; reduce sediment input; and restore flow if diverted by timber sale activity. | All Units | IDT has identified the location of channels in the decision area. PSF will prepare a SAM locating the channels needing protection. Layout crew marks boundaries and trees according SMZ and FP guidelines. TSA will review any proposed stream channel crossings by skid trails or temporary roads with hydrologist. An Alternative Practice or 124 Permit may be required. TSA will see that TSC items are carried out on the ground. | Default RHCA widths apply, except in Unit 4, which has been modified. State SMZ law will be complied with. See 15.15 for temporary road construction. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5<br>B(T)6.6<br>C(T)6.50#<br>C(T)6.6 |
| 14.18 | EROSION CONTROL STRUCTURE MAINTENANCE - To insure that constructed erosion control structures are stabilized and working effectively. | All Units | During the period of the TSC, the Purchaser is responsible for maintaining the erosion control features. TSA ensures contract compliance. | | TSA | B(T)6.67 |
| 14.19 | ACCEPTANCE OF TIMBER SALE EROSION CONTROL MEASURES BEFORE SALE CLOSURE - To assure the adequacy of required erosion control work on timber sales. | All Units | TSA reviews erosion control work in each harvest unit for implementation and effectiveness. Erosion control measures are not considered acceptable if they do not meet standards or do not protect soil/water values. TSA documents acceptance of erosion control features in daily diary. TSA informs IDT where problems with effective implementation are encountered. | | TSA | B(T)6.36 |
| 14.20 | SLASH TREATMENT IN SENSITIVE AREAS - To protect water quality by protecting sensitive tributary areas from degradation that would result from using | All Units; Unit 1 | All activities will comply with the KNF Forest Plan and State SMZ law. Mechanical fuels treatments should not be prescribed for areas with slopes greater than 40%. TSA will not permit piling operations if high soil moistures will result | Mechanical piling is limited to units with slopes less than 40%. An equipment exclusion zone has been identified for Unit1. Mechanical piling in units requiring frozen ground for skidding operations will be limited to dry or | IDT; TSA | B(T)6.5<br>C(T)6.50#<br>B(T)6.7<br>C(T)6.7<br>C(T)6.71<br>C(T)6.753 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | mechanized equipment for slash disposal. | | in rutting. Prescribed burning ignition will not occur within RHCAs. | frozen ground conditions. | | |
| 14.22 | MODIFICATION OF THE TSC - To modify the TSC if new circumstances or conditions indicate the timber sale will cause irreversible damage to soil, water, or watershed values. | All Units | If TSC is not adequate to protect soil/water resources, the TSA and Contracting Officer are responsible for recommending modification of the TSC. IDT and District Ranger will be consulted on problem and proposed remedy. | | TSA; Contracting Officer; IDT; District Ranger | B(T)8.3 |
| 15.01 | GENERAL GUIDELINES FOR TRANSPORTATION PLANNING - To introduce soil and water resource considerations into transportation planning. | All Roads | Complete or update transportation analysis. The IDT evaluates watershed characteristics and response of soil and water resources to existing transportation system, proposed transportation alternatives and road-related activities. | A transportation analysis for the Buckhorn area has been completed and identified roads of most concern for soil and water resources. Opportunities for addressing these concerns have been identified and prioritized. | IDT; ER | N/A |
| 15.02 | GENERAL GUIDELINES FOR THE LOCATION AND DESIGN OF ROADS AND TRAILS - To locate and design roads and trails with minimal soil and water impact while considering all design criteria. | All New Permanent or Temporary Roads | The IDT ensure that location and design of roads have considered best options for soil and water resource protection. Mitigation measures have been identified to protect the soil and water resources. Design and contract will be prepared by the ER that meets the soil and water resource protection requirements. | No new permanent roads are planned for this project.<br><br>For any temporary roads: Design temporary roads so as to minimize total ground disturbance considering skidding and landing needs. Avoid unstable or wet soils during location. Avoid slopes over 50%. Apply appropriate design features and BMPs at stream crossings to minimize sediment delivery. | IDT; ER | N/A |
| 15.03 | ROAD AND TRAIL EROSION CONTROL PLAN - To prevent, limit, and mitigate erosion, sedimentation, and resulting water quality degradation during construction by timely implementation of erosion control practices. | All Roads | IDT identifies priority road-related work. Engineering works with specialists on BMP design for sites of special concern and implements BMP work according to Decision. ER prepares contract that has adequate BMPs. ER will see that erosion control measures are completed in a timely manner. ER/TSA documents compliance in daily diary. | Required BMPs to minimize sediment delivery to stream crossings on the timber sale haul roads have been identified and will be included in the timber sale contract. See Design Features. | ER; SA | B(T)6.31<br>B(T)6.6<br>B(T)6.312 |
| 15.04 | TIMING OF CONSTRUCTION ACTIVITIES - To minimize erosion by conducting operations during minimal runoff periods. | All Roads | Road work should only be performed when ground conditions are suitable. Wet or frozen conditions prevent good compaction and can result in excessive sedimentation. IDT identifies any unusual timing | No special timing for road work required other than normal operating season. | IDT; ER; SA | B(T)6.31<br>B(T)6.312<br>B(T)6.6<br>SPS 204 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | | | restrictions. PSA puts appropriate timing into TSC. ER/TSA permit construction within allowed periods and when ground conditions are such that water quality impacts are minimized. | | | |
| 15.05 | SLOPE STABILIZATION AND PREVENTION OF MASS FAILURES - To reduce sedimentation by minimizing the chances for road-related mass failures, including landslides and embankment slumps. | All Roads; Road 393 | IDT identifies slope stability concerns and recommended solutions. PSF and ER translate required design features into TSC. ER/TSA implement required mitigation and review any concerns/changes with hydrologist. | Road 393 MP 3.78. Potentially unstable area. Use good compaction techniques and avoid sidecasting material. | | N/A |
| 15.06 | MITIGATION OF SURFACE EROSION AND STABILIZATION OF SLOPES - To minimize soil erosion from road cutslopes, fill slopes, and travel ways. | All Roads | Stabilization techniques are included in contract provisions. Compliance is ensured by ER. | Seed and fertilize cut and fill slopes and disturbed ditches. Buttress cut slopes and catch basins that may slump and plug ditches or culverts. | ER | SPS 203, 204, 206A 210, 412 619, 625, 626 630 B(T)5.3, B(T)6.31 B(T)6.6, B(T)6.62 B(T)6.66 B(T)6.312 C(T)6.6, C(T)6.601 |
| 15.07 | CONTROL OF PERMANENT ROAD DRAINAGE - To minimize the erosive effects of concentrated water and degradation of water quality by proper design and construction of road drainage systems and drainage control structures. | All Permanent Roads | Hydrologist works with ER to identify road segments and road/stream crossings that need BMP work. Work necessary to prevent sediment delivery to streams is identified in Design Features and included in TSC. | See Design Features for BMP work identified for this project. | Hydrologist; ER | B(T)5.3 C(T)5.31 B(T)6.311 B(T)6.6 C(T)6.6 |
| 15.08 | PIONEER ROAD CONSTRUCTION - To minimize sediment production and mass wasting associated with pioneer road construction. | Not Applicable | ER will be responsible for enforcing contract specifications. The Purchaser is responsible for submitting an operating plan that includes erosion control measures. | | ER | B(T)6.6 B(T)5.23 B(T)6.31 B(T)6.312 B(T)6.311 SPS 204 |
| 15.09 | TIMELY EROSION CONTROL MEASURES ON INCOMPLETE ROADS AND | All Roads | Avoid construction during wet periods. Use slash filter windrows and sediment traps where needed. Seed and fertilize disturbed | | ER; TSA | B(T)6.31 B(T)6.6 B(T)5.23 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | STREAM CROSSING PROJECTS - To minimize erosion of and sedimentation from disturbed ground on incomplete projects. | | areas. Protective measures will be kept current on all areas of disturbed, erosion-prone areas.ER/TSA ensures contract compliance. | | | B(T)6.66<br>C(T)6.6 |
| 15.10 | CONTROL OF ROAD CONSTRUCTION, EXCAVATION, AND SIDE-CAST MATERIAL - To reduce sedimentation from unconsolidated excavated and side-cast material caused by road construction, reconstruction, or maintenance. | All Roads | Do not sidecast material into waterways or sensitive areas. Consider replacement or extension of culverts that are not long enough to protect stream from sidecast of roadway material during road blading. Protective measures will be kept current on all areas of disturbed, erosion-prone areas. ER/TSA ensure contract compliance. | | ER; TSA | BT5.3<br>CT5.31<br>SPS 203<br>SPS 204 |
| 15.11 | SERVICING AND REFUELING EQUIPMENT - To prevent contamination of waters from accidental spills of fuels, lubricants, bitumens, and other harmful materials. | All Units and Roads | ER/TSA will approve location, size, and uses of service refueling and fuel storage areas. Fueling should not occur within RHCAs or in locations where fuel spills could contaminate water bodies or riparian areas. ER/TSA will ensure contract compliance. ER/TSA will follow KNF Hazardous Substance Spill Plan in case of accidents. | | ER; TSA | BT6.222<br>BT6.34<br>B(T)6.341 |
| 15.12 | CONTROL OF CONSTRUCTION IN RIPARIAN AREAS - To minimize the adverse effects on riparian areas from roads. | All Roads | Construction of proposed new and temporary roads will comply with Forest Plan and Montana SMZ Law. All construction will be performed so as to minimize impact to water quality and the riparian area. ER/TSA will pay particular attention to activities in riparian areas. | Road width will be kept to the minimum at stream crossings. Excess material will not be sidecast into riparian area. Cross drainage will be provided on approaches so that surface runoff is diverted before crossing. Culverts will be installed during periods of low or no flow and according to specifications. Erosion control measures will be implemented. | ER; TSA | B(T)6.5<br>B(T)6.62<br>C(T)6.50<br>SPS 206<br>SPS 206A |
| 15.13 | CONTROLLING IN-CHANNEL EXCAVATION - To minimize stream channel disturbances and related sediment production. | All Roads | See 15.12. | See 15.12. | ER; TSA | B(T)6.5<br>SPS 204<br>SPS 206<br>206A |
| 15.14 | DIVERSION OF FLOWS AROUND CONSTRUCTION SITES - To minimize | All Roads | Divert stream flow around construction sites. Live stream crossings require a State 124 permit. The ER will acquire permit in | | ER; Hydrologist | BT6.5<br>BT6.31<br>CT6.50 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | downstream sedimentation by insuring all stream diversions are carefully planned. | | consultation with hydrologist. | | | CT6.52 CT6.6 |
| 15.15 | STREAM CROSSINGS ON TEMPORARY ROADS - To keep temporary roads from unduly damaging streams, disturbing channels, or obstructing fish passage. | Temporary Roads; Road into Unit 9 | Avoid temporary road locations with stream crossings if possible. Live streams require a State 124 permit. TSA will acquire permits in consultation with an engineering representative or hydrologist | Two temporary stream crossings have been identified. See Design Features. Perform installation and removal work during suitable ground conditions and low flow periods in accordance with terms of the 124 permit. | Hydrologist; Aquatic Specialist; PSF; TSA | |
| 15.16 | BRIDGE AND CULVERT INSTALLATION - To minimize sedimentation and turbidity resulting from excavation for in-channel structures. | All Roads | The hydrologist and ER will cooperate on design and mitigations. The ER will ensure the design and contract language are sufficient to protect water resources. Live streams require a State 124 permit. ER will acquire permits in consultation with hydrologist. | Culvert replacements in stream crossings on haul roads have been identified. See Design Features. Perform installation and removal work during suitable ground conditions and low flow periods in accordance with terms of the 124 permit. Work that may impact westslope cutthroat fish or their habitat cannot begin until July 15th. | Hydrologist; Aquatic Specialist; ER | CT6.5 |
| 15.17 | REGULATION OF BORROW PITS, GRAVEL SOURCES, AND QUARRIES - To minimize sediment production from borrow pits, gravel sources, and quarries and limit channel disturbance in those gravel sources suitable for development in floodplains. | | ER will consult hydrologist if there are water quality concerns. ER ensures contract compliance | | ER | BT6.5 CT6.50 |
| 15.18 | DISPOSAL OF RIGHT-OF-WAY AND ROADSIDE DEBRIS - To insure that debris generated during road construction is kept out of streams and prevent slash and debris from subsequently obstructing channels. | All Roads | Proposed road construction will adhere to the Forest Plan guidelines and Montana SMZ law. The TSC requires that debris and slash generated during road construction will not be side cast into streams. | | ER | Std Spec 201 SPS 201 |
| 15.19 | STREAM BANK PROTECTION – To minimize sediment production from stream banks and structural abutments in natural waterways. | All Roads | Take precautions to minimize or eliminate disturbance to stream banks. Maintain instream structures. Protective measures will be kept current on all areas of disturbed soils. TSA and ER ensure contract compliance. | | ER;TSA | Std Spec 619 |
| 15.20 | WATER SOURCE | All Roads and | Take precautions to eliminate the transfer of | Ensure all equipment operated in or | ER; FMO; | Std Spec 207 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | DEVELOPMENT CONSISTENT WITH WATER QUALITY PROTECTION - To supply water for road construction and maintenance and fire protection while maintaining water quality. | Units | aquatic invasive species between waterbodies. | adjacent to the waterbody is clean of aquatic invasive species, as well as oil and grease, and is well maintained. Avoid drafting from water bodies with known infestations of aquatic invasive species. | Aquatic Specialist | |
| 15.21 | MAINTENANCE OF ROADS - To maintain all roads in a manner that provides for soil and water protection by minimizing rutting, failures, side-cast, and blockage of drainage facilities. | All Roads | Road maintenance associated with a timber sale is the responsibility of Purchaser. The ER/TSA will ensure that the Purchaser maintains roads according to the appropriate maintenance level. | | ER; SA | BT5.12<br>BT5.3<br>BT6.6<br>CT6.6<br>CT5.9<br>CT5.42<br>CT5.31<br>BT6.31 |
| 15.22 | ROAD SURFACE TREATMENT TO PREVENT LOSS OF MATERIALS - To minimize the erosion of road surface materials and, consequently, reduce the likelihood of sediment production. | All Roads | Maintenance of road surface includes proper blading and/or dust abatement. Use crushed gravel where necessary. Protective measures will be kept current on all areas of disturbed, erosion-prone areas. ER ensures contract compliance. | | ER | BT5.3<br>CT5.31<br>CT5.314 |
| 15.23 | TRAFFIC CONTROL DURING WET PERIODS - To reduce the potential for road surface disturbance during wet weather and reduce sedimentation. | All Roads | Road restrictions and traffic control measures will be implemented on roads when damage would occur during spring breakup and wet weather. Avoid hauling during wet periods. | | ER; TSA | BT6.6<br>CT6.6<br>CT5.316<br>CT5.41 |
| 15.24 | SNOW REMOVAL CONTROLS - To minimize the impact of snow melt on road surfaces and embankments and reduce the probability of sediment production resulting from snow removal operations. | All Winter Haul Roads | Snow removal will be kept current on all roads associated with winter logging operations. TSC requires opening sections of berm to allow water to leave road surface. Where a berm cannot be avoided or is desired, insure proper drainage by opening sections of the berm to allow surface water to leave the road. The TSA ensures compliance with contract provisions. | | TSA | CT5.316<br>Std Spec 203.09 |
| 15.25 | OBLITERATION OF TEMPORARY ROADS - To reduce sediment generated from temporary roads by | All Temporary Roads | Temporary roads will be fully recontoured, and slash will be pulled back onto the disturbed surface. To the extent possible the top soil should be placed back on top | The temporary road in Unit 9 will be obliterated by recontouring, ripping, and placement of duff and slash. The stream crossings will be completely | TSA | BT6.63<br>CT6.6<br>CT6.632<br>CT6.633 |

| SWCP | SWCP OBJECTIVE | APPLICABLE UNITS/ ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| | obliterating them at the completion of their intended use. | | as the road is recontoured. The TSA will ensure contract compliance. | recontoured. | | |
| 18.03 | PROTECTION OF SOIL AND WATER FROM PRESCRIBED BURNING EFFECTS - To maintain soil productivity, minimize erosion, and prevent ash, sediment, nutrients, and debris from entering surface water. | All Units | Broadcast burning adjacent to riparian areas will adhere to Forest Plan and Montana SMZ law. Prescribed burn plans identify the conditions necessary to prevent soil damage and meet site preparation objectives. The IDT will monitor results. | No ignition will occur within the RHCAs of harvest units. | Fuels Specialist; IDT | N/A |

# Past Timber Sales in Buckhorn Project Area

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100500120 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 13 | | 420 | GRIZZLY | 1 |
| A100500121 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 17 | | 420 | GRIZZLY | 2 |
| A100500122 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 17 | | 420 | GRIZZLY | 3 |
| A100500123 | Seed-tree Seed Cut (with and without leave trees) (EA/RH/NFH) | 23 | | 420 | GRIZZLY | 4 |
| A070500101 | Salvage Cut (intermediate treatment, not regeneration) | 110 | 2/1/2000 | 424 | NORTH POLE SALVAGE | 24 |
| A070500120 | Salvage Cut (intermediate treatment, not regeneration) | 39 | 2/1/2000 | 424 | NORTH POLE SALVAGE | 25 |
| A070500129 | Salvage Cut (intermediate treatment, not regeneration) | 21 | 2/1/2000 | 424 | NORTH POLE SALVAGE | 24 |
| A070500131 | Salvage Cut (intermediate treatment, not regeneration) | 54 | 2/1/2000 | 424 | NORTH POLE SALVAGE | 31 |
| A070500132 | Salvage Cut (intermediate treatment, not regeneration) | 12 | 2/1/2000 | 424 | NORTH POLE SALVAGE | 25 |
| A060100175 | Seed-tree cut (w/res) (EA/RN/NFH) | 23 | 2/1/2000 | 493 | ROARING MEADOW SALV | 38A |
| A060100102 | Salvage Cut (intermediate treatment, not regeneration) | 81 | 2/1/2000 | 492 | ROARING MEADOW SALV | 38 |
| A060100103 | Salvage Cut (intermediate treatment, not regeneration) | 180 | 2/1/2000 | 492 | ROARING MEADOW SALV | 38 |
| A060100180 | Salvage Cut (intermediate treatment, not regeneration) | 20 | 2/1/2000 | 492 | ROARING MEADOW SALV | 38 |
| A100300146 | Sanitation (salvage) | 7 | 10/1/1999 | 424 | HUNTER'S HOE DOWN | 8 |
| A100400119 | Sanitation (salvage) | 14 | 10/1/1999 | 424 | HUNTER'S HOE DOWN | 8 |
| A100400129 | Sanitation (salvage) | 3 | 10/1/1999 | 424 | HUNTER'S HOE DOWN | 8 |
| A100600107 | Sanitation (salvage) | 38 | 9/1/1999 | 454 | DOWN AND OUT SALVAGE | 1A |
| A100600107 | Sanitation (salvage) | 38 | 9/1/1999 | 454 | DOWN AND OUT SALVAGE | 1 |
| A060100179 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 21 | 12/1/1998 | 493 | ROARING MEADOW SALV | 38G |
| A060100176 | Seed-tree cut (w/res) (EA/RN/NFH) | 9 | 12/1/1998 | 492 | ROARING MEADOW SALV | 38B |
| A060100177 | Seed-tree cut (w/res) (EA/RN/NFH) | 15 | 12/1/1998 | 492 | ROARING MEADOW SALV | 38C |
| A060100178 | Seed-tree cut (w/res) (EA/RN/NFH) | 10 | 12/1/1998 | 492 | ROARING MEADOW SALV | 38D |
| A060100104 | Sanitation (salvage) | 25 | 12/1/1998 | 493 | ROARING MEADOW SALV | 38F |
| A060100105 | Sanitation (salvage) | 45 | 12/1/1998 | 493 | ROARING MEADOW SALV | 38F |



FS-047205

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060100106 | Sanitation (salvage) | 31 | 12/1/1998 | 493 | ROARING MEADOW SALV | 38F |
| A060100103 | Salvage Cut (intermediate treatment, not regeneration) | 180 | 12/1/1998 | 493 | ROARING MEADOW SALV | 38F |
| A060100103 | Salvage Cut (intermediate treatment, not regeneration) | 180 | 12/1/1998 | 492 | ROARING MEADOW SALV | 38E |
| A050300139 | Salvage Cut (intermediate treatment, not regeneration) | 40 | 12/1/1998 | 424 | ROARING MEADOW SALV | 47 |
| A050300143 | Salvage Cut (intermediate treatment, not regeneration) | 22 | 12/1/1998 | 424 | ROARING MEADOW SALV | 47 |
| A050400169 | Salvage Cut (intermediate treatment, not regeneration) | 40 | 12/1/1998 | 424 | ROARING MEADOW SALV | 45 |
| A050400170 | Salvage Cut (intermediate treatment, not regeneration) | 47 | 12/1/1998 | 424 | ROARING MEADOW SALV | 45 |
| A050400174 | Salvage Cut (intermediate treatment, not regeneration) | 39 | 12/1/1998 | 424 | ROARING MEADOW SALV | 45 |
| A050400175 | Salvage Cut (intermediate treatment, not regeneration) | 8 | 12/1/1998 | 424 | ROARING MEADOW SALV | 45 |
| A050400176 | Salvage Cut (intermediate treatment, not regeneration) | 29 | 12/1/1998 | 424 | ROARING MEADOW SALV | 45 |
| A050400176 | Salvage Cut (intermediate treatment, not regeneration) | 29 | 12/1/1998 | 000 | ROARING MEADOW SALV | 49 |
| A050400177 | Salvage Cut (intermediate treatment, not regeneration) | 27 | 12/1/1998 | 000 | ROARING MEADOW SALV | 49 |
| A050400178 | Salvage Cut (intermediate treatment, not regeneration) | 57 | 12/1/1998 | 000 | ROARING MEADOW SALV | 49 |
| A100400125 | Sanitation (salvage) | 79 | 11/1/1998 | 492 | BLISTSED LUNG SSTS | 77 |
| A100400127 | Sanitation (salvage) | 26 | 11/1/1998 | 492 | BLISTSED LUNG SSTS | 7 |
| A100400128 | Sanitation (salvage) | 110 | 11/1/1998 | 492 | BLISTSED LUNG SSTS | 77 |
| A100400128 | Sanitation (salvage) | 110 | 11/1/1998 | 492 | BLISTSED LUNG SSTS | 7 |
| A050300198 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 7 | 11/1/1998 | 492 | ROARING MEADOW SALV | 51C |
| A050300196 | Seed-tree cut (w/res) (EA/RN/NFH) | 2 | 11/1/1998 | 492 | ROARING MEADOW SALV | 51A |
| A050300197 | Seed-tree cut (w/res) (EA/RN/NFH) | 2 | 11/1/1998 | 492 | ROARING MEADOW SALV | 51B |
| A100500107 | Improvement Cut | 56 | 10/1/1998 | 424 | FLAMING WHITETAIL SS | 53 |
| A050500105 | Sanitation (salvage) | 47 | 10/1/1998 | 424 | RUST IN HELL SSTS | 13 |
| A100700108 | Sanitation (salvage) | 90 | 10/1/1997 | 424 | PETE CREEK FUELS SAL | 3 |
| A100700108 | Sanitation (salvage) | 90 | 10/1/1997 | 424 | PETE CREEK FUELS SAL | 1 |
| A100300143 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 7 | 10/1/1997 | 424 | SOUTH SPREAD | 9 |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100300144 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 6 | 10/1/1997 | 430 | SOUTH SPREAD | 8A |
| A100300146 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 7 | 10/1/1997 | 424 | SOUTH SPREAD | 8 |
| A100400119 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 14 | 10/1/1997 | 424 | SOUTH SPREAD | 8 |
| A100400129 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 3 | 10/1/1997 | 424 | SOUTH SPREAD | 8 |
| A100400132 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 3 | 10/1/1997 | 424 | SOUTH SPREAD | 2A |
| A100400133 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 9 | 10/1/1997 | 424 | SOUTH SPREAD | 2A |
| A100400130 | Seed-tree cut (w/res) (EA/RN/NFH) | 36 | 10/1/1997 | 424 | SOUTH SPREAD | 7 |
| A100100107 | Sanitation (salvage) | 56 | 10/1/1997 | 401 | SOUTH SPREAD | 37A |
| A100100114 | Sanitation (salvage) | 62 | 10/1/1997 | 401 | SOUTH SPREAD | 25A |
| A100700106 | Sanitation (salvage) | 11 | 2/1/1997 | 424 | PETE CREEK FUELS SAL | 1 |
| A100700106 | Sanitation (salvage) | 11 | 2/1/1997 | 424 | PETE CREEK FUELS SAL | 3 |
| A100700107 | Sanitation (salvage) | 16 | 2/1/1997 | 424 | PETE CREEK FUELS SAL | 2 |
| A100100147 | Seed-tree cut (w/res) (EA/RN/NFH) | 35 | 1/1/1997 | 424 | SOUTH SPREAD | 33 |
| A100700102 | Sanitation (salvage) | 33 | 12/1/1996 | 424 | PETE CREEK FUELS SAL | 1 |
| A100100148 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 18 | 12/1/1996 | 424 | SOUTH SPREAD | 25 |
| A100400117 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 47 | 12/1/1996 | 424 | SOUTH SPREAD | 6 |
| A100400134 | Seed-tree cut (w/res) (EA/RN/NFH) | 19 | 12/1/1996 | 424 | SOUTH SPREAD | 1 |
| A100400131 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 29 | 11/1/1996 | 424 | SOUTH SPREAD | 5 |
| A100500119 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 3 | 11/1/1996 | 424 | SOUTH SPREAD | 5 |
| A060300143 | Sanitation (salvage) | 28 | 9/1/1996 | 430 | SEE NO EVIL SSTS | 1 |
| A100100144 | Seed-tree cut (w/res) (EA/RN/NFH) | 10 | 1/1/1996 | 424 | SOUTH SPREAD | 37 |
| A100100149 | Seed-tree cut (w/res) (EA/RN/NFH) | 7 | 1/1/1996 | 424 | SOUTH SPREAD | 37 |
| A050400159 | Sanitation (salvage) | 116 | 12/1/1995 | 424 | RUST BUCKET | 1 |
| A050400182 | Sanitation (salvage) | 20 | 12/1/1995 | 424 | RUST BUCKET | 2 |
| A050400186 | Sanitation (salvage) | 63 | 12/1/1995 | 424 | RUST BUCKET | 3 |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100300145 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 13 | 6/1/1995 | 424 | SPREAD THIN SSTS | 11 |
| A100100145 | Shelterwood cut (w/res) (EA/RN/NFH) | 18 | 1/1/1995 | 424 | SOUTH SPREAD | 30 |
| A100100146 | Shelterwood cut (w/res) (EA/RN/NFH) | 28 | 1/1/1995 | 430 | SOUTH SPREAD | 45 |
| A180400128 | Sanitation (salvage) | 17 | 8/1/1994 | 410 | PETE SAKES SALV SSTS | 1 |
| A060100173 | Sanitation (salvage) | 7 | 7/1/1994 | 424 | GO BOOM SSTS | 1 |
| A070500123 | Sanitation (salvage) | 32 | 1/1/1994 | 424 | LARGE RUNT SALVAGE | 1 |
| A070500131 | Sanitation (salvage) | 54 | 1/1/1994 | 424 | LARGE RUNT SALVAGE | 3 |
| A070500131 | Sanitation (salvage) | 54 | 1/1/1994 | 424 | LARGE RUNT SALVAGE | 2 |
| A070500132 | Sanitation (salvage) | 12 | 1/1/1994 | 424 | LARGE RUNT SALVAGE | 1 |
| A100600115 | Sanitation (salvage) | 37 | 10/1/1993 | 466 | REWHITE SALV SSTS | 1 |
| A100500111 | Sanitation (salvage) | 47 | 7/1/1993 | 424 | SPINE TINGLER SALV | 1 |
| A100600130 | Sanitation (salvage) | 39 | 7/1/1993 | 424 | SPINE TINGLER SALV | 1A |
| A100600131 | Sanitation (salvage) | 69 | 7/1/1993 | 424 | SPINE TINGLER SALV | 1A |
| A050200110 | Sanitation (salvage) | 30 | 10/1/1992 | 000 | CEDAR HEAP SSTS | 1 |
| A100700110 | Sanitation (salvage) | 56 | 10/1/1992 | 424 | TICKS ME OFF SAL | 2 |
| A100700120 | Sanitation (salvage) | 42 | 10/1/1992 | 424 | TICKS ME OFF SAL | 1 |
| A050300193 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 33 | 8/1/1992 | 401 | RUSTY PINE | 1 |
| A050400199 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 13 | 1/1/1992 | 401 | BOOMING VOICE | 3 |
| A060100173 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 7 | 1/1/1992 | 424 | BOOMING VOICE | 3 |
| A060100109 | Two-aged Shelterwood Final Removal Cut (w/res) (2A/NRH/FH) | 28 | 1/1/1992 | 424 | BOOMING VOICE | 1 |
| A070500128 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 21 | 12/1/1991 | 424 | NORTH CREEK SALVAGE | 2 |
| A050300194 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 34 | 12/1/1991 | 424 | RUSTY PINE | 2 |
| A100600142 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 15 | 11/1/1991 | 424 | DOORNAIL SALVAGE | 1 |
| A070500127 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 25 | 11/1/1991 | 424 | NORTH CREEK SALVAGE | 1 |
| A060100105 | Two-aged Shelterwood Final Removal Cut (w/res) (2A/NRH/FH) | 45 | 11/1/1991 | 424 | WHITE GOLD | 2 |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060100112 | Two-aged Shelterwood Final Removal Cut (w/res) (2A/NRH/FH) | 21 | 11/1/1991 | 424 | WHITE GOLD | 2 |
| A050100139 | Stand Clearcut (EA/RH/FH) | 29 | 7/1/1990 | 430 | MEADOW CREEK | 36 |
| A050100137 | Stand Clearcut (EA/RH/FH) | 29 | 6/1/1989 | 466 | MEADOW CREEK | 22 |
| A050300190 | Stand Clearcut (EA/RH/FH) | 8 | 5/1/1989 | 466 | MEADOW CREEK | 14 |
| A050100178 | Stand Clearcut (EA/RH/FH) | 2 | 12/1/1988 | 401 | MEADOW CREEK | 34 |
| A050400160 | Seed-tree cut (w/res) (EA/RN/NFH) | 22 | 12/1/1988 | 454 | MEADOW CREEK | 27 |
| A050400196 | Stand Clearcut (EA/RH/FH) | 16 | 11/1/1988 | 466 | MEADOW CREEK | 28 |
| A060300153 | Stand Clearcut (EA/RH/FH) | 27 | 9/1/1987 | 454 | GROUND ZERO | 1 |
| A100100102 | Stand Clearcut (EA/RH/FH) | 38 | 9/1/1987 | 454 | GROUND ZERO | 1 |
| A060100109 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 28 | 9/1/1987 | 454 | HELLROARING | 11 |
| A050200102 | Stand Clearcut (EA/RH/FH) | 34 | 7/1/1987 | 430 | MEADOW CREEK | 24 |
| A050300109 | Stand Clearcut (EA/RH/FH) | 25 | 7/1/1987 | 430 | MEADOW CREEK | 18 |
| A050300112 | Stand Clearcut (EA/RH/FH) | 20 | 7/1/1987 | 430 | MEADOW CREEK | 16 |
| A050300133 | Stand Clearcut (EA/RH/FH) | 19 | 7/1/1987 | 466 | MEADOW CREEK | 10 |
| A050100132 | Stand Clearcut (EA/RH/FH) | 27 | 1/1/1987 | 430 | MEADOW CREEK | 23 |
| A100600123 | Stand Clearcut (EA/RH/FH) | 81 | 12/1/1986 | 401 | ANTLER PC | 1 |
| A100600125 | Stand Clearcut (EA/RH/FH) | 72 | 12/1/1986 | 401 | ANTLER PC | 2 |
| A050400198 | Stand Clearcut (EA/RH/FH) | 8 | 12/1/1986 | 466 | MEADOW CREEK | 25 |
| A050400183 | Stand Clearcut (EA/RH/FH) | 11 | 12/1/1986 | 401 | MEADOW CREEK | 26 |
| A050400163 | Seed-tree cut (w/res) (EA/RN/NFH) | 31 | 12/1/1986 | 454 | MEADOW CREEK | 33 |
| A060200149 | Stand Clearcut (EA/RH/FH) | 39 | 11/1/1986 | 424 | HELLROARING | 5 |
| A060100137 | Stand Clearcut (EA/RH/FH) | 37 | 9/1/1986 | 424 | HELLROARING | 3 |
| A050300147 | Stand Clearcut (EA/RH/FH) | 23 | 9/1/1986 | 466 | MEADOW CREEK | 4 |
| A050300192 | Stand Clearcut (EA/RH/FH) | 2 | 9/1/1986 | 466 | MEADOW CREEK | 3 |



FS-047209

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060200196 | Stand Clearcut (EA/RH/FH) | 37 | 8/1/1986 | 454 | HELLROARING | 13 |
| A060200199 | Stand Clearcut (EA/RH/FH) | 34 | 8/1/1986 | 454 | HELLROARING | 12 |
| A060200124 | Commercial Thin | 287 | 8/1/1986 | 424 | HELLROARING | 1 |
| A100600137 | Sanitation (salvage) | 10 | 8/1/1986 | 424 | WHITECAMP | |
| A050400197 | Stand Clearcut (EA/RH/FH) | 7 | 7/1/1986 | 401 | MEADOW CREEK | 32 |
| A050400181 | Stand Clearcut (EA/RH/FH) | 25 | 7/1/1986 | 401 | MEADOW CREEK | 31 |
| A100700121 | Sanitation (salvage) | 24 | 7/1/1986 | 410 | SODBUSTER | |
| A100700123 | Sanitation (salvage) | 51 | 7/1/1986 | 410 | SODBUSTER | |
| A060200170 | Stand Clearcut (EA/RH/FH) | 21 | 6/1/1986 | 466 | HELLROARING | 9 |
| A060100104 | Stand Clearcut (EA/RH/FH) | 25 | 4/1/1986 | 466 | HELLROARING | 8 |
| A060100116 | Stand Clearcut (EA/RH/FH) | 39 | 4/1/1986 | 454 | HELLROARING | 10 |
| A050300187 | Stand Clearcut (EA/RH/FH) | 4 | 4/1/1986 | 466 | MEADOW CREEK | 2 |
| A050300189 | Stand Clearcut (EA/RH/FH) | 3 | 4/1/1986 | 466 | MEADOW CREEK | 1 |
| A050100117 | Stand Clearcut (EA/RH/FH) | 11 | 2/1/1986 | 430 | MEADOW CREEK | 21 |
| A050200135 | Stand Clearcut (EA/RH/FH) | 19 | 2/1/1986 | 454 | MEADOW CREEK | 17 |
| A050300142 | Stand Clearcut (EA/RH/FH) | 17 | 2/1/1986 | 454 | MEADOW CREEK | 8 |
| A050300150 | Stand Clearcut (EA/RH/FH) | 14 | 2/1/1986 | 466 | MEADOW CREEK | 7 |
| A050300156 | Stand Clearcut (EA/RH/FH) | 21 | 2/1/1986 | 454 | MEADOW CREEK | 6 |
| A060100120 | Stand Clearcut (EA/RH/FH) | 35 | 1/1/1986 | 466 | HELLROARING | 7 |
| A060100105 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 45 | 1/1/1986 | 424 | HELLROARING | 4 |
| A060100112 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 21 | 1/1/1986 | 454 | HELLROARING | 2 |
| A050100110 | Stand Clearcut (EA/RH/FH) | 25 | 1/1/1986 | 454 | MEADOW CREEK | 20 |
| A050300117 | Stand Clearcut (EA/RH/FH) | 15 | 1/1/1986 | 454 | MEADOW CREEK | 15 |
| A050300131 | Stand Clearcut (EA/RH/FH) | 19 | 1/1/1986 | 454 | MEADOW CREEK | 12 |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A050300154 | Stand Clearcut (EA/RH/FH) | 9 | 1/1/1986 | 466 | MEADOW CREEK | 5 |
| A050300191 | Stand Clearcut (EA/RH/FH) | 7 | 1/1/1986 | 454 | MEADOW CREEK | 11 |
| A050100113 | Seed-tree cut (w/res) (EA/RN/NFH) | 4 | 1/1/1986 | 454 | MEADOW CREEK | 19 |
| A050300121 | Seed-tree cut (w/res) (EA/RN/NFH) | 25 | 1/1/1986 | 454 | MEADOW CREEK | 13 |
| A050300186 | Seed-tree cut (w/res) (EA/RN/NFH) | 8 | 1/1/1986 | 454 | MEADOW CREEK | 19 |
| A050100177 | Stand Clearcut (EA/RH/FH) | 10 | 12/1/1985 | 430 | MEADOW CREEK | 35 |
| A050300139 | Stand Clearcut (EA/RH/FH) | 40 | 12/1/1985 | 454 | MEADOW CREEK | 9 |
| A050400175 | Stand Clearcut (EA/RH/FH) | 8 | 12/1/1985 | 454 | MEADOW CREEK | 29 |
| A060100115 | Stand Clearcut (EA/RH/FH) | 37 | 10/1/1985 | 424 | HELLROARING | 6 |
| A050400165 | Stand Clearcut (EA/RH/FH) | 11 | 10/1/1985 | 466 | MEADOW CREEK | 30 |
| A050400173 | Stand Clearcut (EA/RH/FH) | 18 | 7/1/1985 | 401 | WIRE CEDAR | 1 |
| A070500118 | Sanitation (salvage) | 18 | 12/1/1984 | 401 | SPREAD PULP | |
| A070500127 | Sanitation (salvage) | 25 | 12/1/1984 | 401 | SPREAD PULP | |
| A070500128 | Sanitation (salvage) | 21 | 12/1/1984 | 401 | SPREAD PULP | |
| A070500129 | Sanitation (salvage) | 21 | 12/1/1984 | 401 | SPREAD PULP | |
| A070500130 | Sanitation (salvage) | 23 | 12/1/1984 | 401 | SPREAD PULP | |
| A050400155 | Stand Clearcut (EA/RH/FH) | 11 | 9/1/1983 | 401 | MEADOW CREEK CEDAR | |
| A100700106 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 11 | 9/1/1983 | 424 | WEST PETE | 26 |
| A100700107 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 16 | 9/1/1983 | 424 | WEST PETE | 12 |
| A100700108 | Sanitation (salvage) | 90 | 9/1/1983 | 424 | WEST PETE | 54 |
| A100600135 | Seed-tree cut (w/res) (EA/RN/NFH) | 14 | 9/1/1983 | 401 | WHITEFACE SLVG | |
| A100700131 | Seed-tree cut (w/res) (EA/RN/NFH) | 30 | 9/1/1983 | 401 | WHITEFACE SLVG | |
| A100700134 | Seed-tree cut (w/res) (EA/RN/NFH) | 38 | 9/1/1983 | 401 | WHITEFACE SLVG | 2 |
| A100700124 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 28 | 8/1/1983 | 424 | WEST PETE | 56 |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100700109 | Seed-tree cut (w/res) (EA/RN/NFH) | 17 | 8/1/1983 | 424 | WEST PETE | 13 |
| A100700124 | Sanitation (salvage) | 28 | 8/1/1983 | 424 | WEST PETE | 56 |
| A050400138 | Stand Clearcut (EA/RH/FH) | 11 | 7/1/1983 | 401 | N MEADOW CEDAR | 1 |
| A050400150 | Stand Clearcut (EA/RH/FH) | 12 | 7/1/1983 | 401 | N MEADOW CEDAR | 2 |
| A070500102 | Stand Clearcut (EA/RH/FH) | 2 | 1/1/1983 | 401 | LARGE CREEK WP | |
| A100700139 | Seed-tree cut (w/res) (EA/RN/NFH) | 14 | 10/1/1982 | 401 | WHITEFACE SLVG | |
| A050100179 | Stand Clearcut (EA/RH/FH) | 3 | 9/1/1982 | 401 | MEADOW CEDAR | |
| A070600171 | Stand Clearcut (EA/RH/FH) | 23 | 8/1/1982 | 401 | SUNDAY PULP | |
| A100100130 | Stand Clearcut (EA/RH/FH) | 34 | 8/1/1982 | 401 | SUNDAY PULP | |
| A070600164 | Stand Clearcut (EA/RH/FH) | 24 | 9/1/1981 | 401 | SUNSHINE PULP | |
| A100100118 | Stand Clearcut (EA/RH/FH) | 16 | 9/1/1981 | 401 | SUNSHINE PULP | |
| A100100126 | Stand Clearcut (EA/RH/FH) | 21 | 9/1/1981 | 401 | SUNSHINE PULP | |
| A050200115 | Stand Clearcut (EA/RH/FH) | 42 | 11/1/1980 | 401 | FOREST CREEK | |
| A060100114 | Sanitation (salvage) | 71 | 10/1/1980 | 401 | ROARING CEDAR #5 | |
| A050300164 | Stand Clearcut (EA/RH/FH) | 8 | 9/1/1980 | 401 | FOREST CREEK PULP | |
| A070600152 | Stand Clearcut (EA/RH/FH) | 193 | 8/1/1980 | 401 | LEFT SPREAD SALVAGE | |
| A050300158 | Sanitation (salvage) | 31 | 7/1/1980 | 401 | THUNDER BURN | |
| A050200108 | Stand Clearcut (EA/RH/FH) | 13 | 6/1/1980 | 401 | FOREST CREEK PULP | |
| A050200114 | Stand Clearcut (EA/RH/FH) | 9 | 6/1/1980 | 401 | FOREST CREEK PULP | |
| A050200118 | Stand Clearcut (EA/RH/FH) | 24 | 6/1/1980 | 401 | FOREST CREEK PULP | |
| A050300168 | Stand Clearcut (EA/RH/FH) | 24 | 6/1/1980 | 401 | FOREST CREEK PULP | |
| A100200136 | Liberation Cut | 53 | 1/1/1980 | 401 | BEETLE BOUNDARY | |
| A050400156 | Stand Clearcut (EA/RH/FH) | 8 | 9/1/1979 | 401 | MEADOW CREEK CEDAR | |
| A050400180 | Stand Clearcut (EA/RH/FH) | 10 | 6/1/1979 | 401 | | |
| A060200216 | Sanitation (salvage) | 15 | 6/1/1979 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060100163 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 34 | 10/1/1978 | 401 | BUCKHORN RDG CEDAR | |
| A050200135 | Sanitation (salvage) | 19 | 10/1/1978 | 401 | EAST FORK PULP | |
| A050200134 | Stand Clearcut (EA/RH/FH) | 11 | 10/1/1978 | 401 | | |
| A060100140 | Group Selection Cut (UA/RH/FH) | 44 | 6/1/1977 | 401 | BUCKHORN BASN CEDAR | |
| A050300158 | Stand Clearcut (EA/RH/FH) | 31 | 10/1/1976 | 401 | | |
| A050400161 | Stand Clearcut (EA/RH/FH) | 56 | 10/1/1976 | 401 | | |
| A050400167 | Stand Clearcut (EA/RH/FH) | 57 | 10/1/1976 | 401 | | |
| A050400169 | Stand Clearcut (EA/RH/FH) | 40 | 10/1/1976 | 401 | | |
| A050100144 | Seed-tree cut (w/res) (EA/RN/NFH) | 25 | 7/1/1976 | 401 | SOUTH FORK CEDAR | |
| A050100109 | Seed-tree cut (w/res) (EA/RN/NFH) | 44 | 6/1/1976 | 401 | SOUTH THUNDER CEDAR | |
| A050400177 | Stand Clearcut (EA/RH/FH) | 27 | 6/1/1976 | 401 | | |
| A060300160 | Stand Clearcut (EA/RH/FH) | 10 | 10/1/1975 | 466 | BALDY FACE | |
| A060300161 | Stand Clearcut (EA/RH/FH) | 44 | 10/1/1975 | 466 | BALDY FACE | |
| A060200174 | Stand Clearcut (EA/RH/FH) | 117 | 10/1/1975 | 401 | BALDY FACE | |
| A060200185 | Stand Clearcut (EA/RH/FH) | 244 | 10/1/1975 | 401 | BALDY FACE | |
| A060200209 | Stand Clearcut (EA/RH/FH) | 40 | 10/1/1975 | 466 | BALDY FACE | |
| A060200213 | Stand Clearcut (EA/RH/FH) | 25 | 10/1/1975 | 466 | BALDY FACE | |
| A050400171 | Stand Clearcut (EA/RH/FH) | 19 | 10/1/1975 | 401 | | |
| A050400179 | Stand Clearcut (EA/RH/FH) | 35 | 10/1/1975 | 401 | | |
| A060200187 | Stand Clearcut (EA/RH/FH) | 134 | 10/1/1975 | 401 | | |
| A100600138 | Stand Clearcut (EA/RH/FH) | 13 | 6/1/1975 | 401 | | |
| A070600152 | Stand Clearcut (EA/RH/FH) | 193 | 10/1/1974 | 401 | | |
| A100600108 | Stand Clearcut (EA/RH/FH) | 17 | 10/1/1974 | 401 | | |
| A100600109 | Stand Clearcut (EA/RH/FH) | 96 | 10/1/1974 | 401 | | |
| A100600110 | Stand Clearcut (EA/RH/FH) | 25 | 10/1/1974 | 401 | | |



FS-047213

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100600116 | Stand Clearcut (EA/RH/FH) | 159 | 10/1/1974 | 401 | | |
| A060200214 | Stand Clearcut (EA/RH/FH) | 36 | 10/1/1973 | 466 | BALDY FACE | |
| A050100130 | Stand Clearcut (EA/RH/FH) | 18 | 10/1/1973 | 401 | | |
| A100600105 | Stand Clearcut (EA/RH/FH) | 78 | 10/1/1973 | 401 | | |
| A070400114 | Liberation Cut | 185 | 10/1/1973 | 401 | | |
| A100600119 | Liberation Cut | 45 | 10/1/1973 | 401 | | |
| A070400112 | Stand Clearcut (EA/RH/FH) | 21 | 6/1/1973 | 401 | NORTH CREEK | 6 |
| A070400113 | Stand Clearcut (EA/RH/FH) | 5 | 6/1/1973 | 401 | NORTH CREEK | |
| A070400119 | Stand Clearcut (EA/RH/FH) | 37 | 6/1/1973 | 401 | NORTH CREEK | 2 |
| A070400121 | Stand Clearcut (EA/RH/FH) | 73 | 6/1/1973 | 401 | NORTH CREEK | 3 |
| A070300136 | Liberation Cut | 93 | 6/1/1973 | 401 | NORTH CREEK | |
| A070400114 | Liberation Cut | 185 | 6/1/1973 | 401 | NORTH CREEK | |
| A070400156 | Liberation Cut | 20 | 6/1/1973 | 401 | NORTH CREEK | |
| A070500106 | Liberation Cut | 22 | 6/1/1973 | 401 | NORTH CREEK | |
| A070500116 | Liberation Cut | 23 | 6/1/1973 | 401 | NORTH CREEK | |
| A070500133 | Liberation Cut | 24 | 6/1/1973 | 401 | NORTH CREEK | |
| A100200102 | Liberation Cut | 75 | 6/1/1973 | 401 | NORTH CREEK | |
| A100200104 | Liberation Cut | 12 | 6/1/1973 | 401 | NORTH CREEK | |
| A100300137 | Liberation Cut | 23 | 6/1/1973 | 401 | NORTH CREEK | |
| A070400155 | Stand Clearcut (EA/RH/FH) | 24 | 6/1/1973 | 401 | | |
| A070400163 | Stand Clearcut (EA/RH/FH) | 10 | 6/1/1973 | 401 | | |
| A070500119 | Stand Clearcut (EA/RH/FH) | 15 | 6/1/1973 | 401 | | |
| A070500124 | Stand Clearcut (EA/RH/FH) | 7 | 6/1/1973 | 401 | | |
| A070500126 | Stand Clearcut (EA/RH/FH) | 11 | 6/1/1973 | 401 | | |
| A060100166 | Stand Clearcut (EA/RH/FH) | 9 | 10/1/1972 | 401 | HELLR-NG CEDAR SHL | 3 |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060100164 | Stand Clearcut (EA/RH/FH) | 93 | 10/1/1971 | 401 | HELLR-NG CEDAR SHL | 3 |
| A060100174 | Stand Clearcut (EA/RH/FH) | 13 | 10/1/1971 | 401 | HELLR-NG CEDAR SHL | 3 |
| A070400159 | Stand Clearcut (EA/RH/FH) | 12 | 10/1/1971 | 401 | NORTH CREEK | |
| A070400160 | Stand Clearcut (EA/RH/FH) | 6 | 10/1/1971 | 401 | NORTH CREEK | |
| A070400161 | Stand Clearcut (EA/RH/FH) | 30 | 10/1/1971 | 401 | NORTH CREEK | |
| A070500117 | Stand Clearcut (EA/RH/FH) | 48 | 10/1/1971 | 401 | NORTH CREEK | |
| A070500122 | Stand Clearcut (EA/RH/FH) | 11 | 10/1/1971 | 401 | NORTH CREEK | |
| A060200211 | Stand Clearcut (EA/RH/FH) | 45 | 10/1/1971 | 401 | | |
| A070100109 | Liberation Cut | 265 | 10/1/1971 | 401 | | |
| A070100129 | Liberation Cut | 46 | 10/1/1971 | 401 | | |
| A050200106 | Stand Clearcut (EA/RH/FH) | 4 | 10/1/1970 | 401 | FOREST CREEK | |
| A050200119 | Stand Clearcut (EA/RH/FH) | 28 | 10/1/1970 | 401 | FOREST CREEK | |
| A050300167 | Stand Clearcut (EA/RH/FH) | 20 | 10/1/1970 | 401 | FOREST CREEK | |
| A050300182 | Stand Clearcut (EA/RH/FH) | 12 | 10/1/1970 | 401 | FOREST CREEK | |
| A050400164 | Stand Clearcut (EA/RH/FH) | 35 | 10/1/1970 | 401 | FOREST CREEK | |
| A050400174 | Stand Clearcut (EA/RH/FH) | 39 | 10/1/1970 | 401 | FOREST CREEK | |
| A050400188 | Stand Clearcut (EA/RH/FH) | 45 | 10/1/1970 | 401 | FOREST CREEK | |
| A050500112 | Liberation Cut | 41 | 10/1/1970 | 401 | FOREST CREEK | |
| A050200111 | Liberation Cut | 15 | 10/1/1970 | 401 | FOREST CREEK | |
| A050200145 | Liberation Cut | 1 | 10/1/1970 | 401 | FOREST CREEK | |
| A050300178 | Liberation Cut | 47 | 10/1/1970 | 401 | FOREST CREEK | |
| A050300180 | Liberation Cut | 32 | 10/1/1970 | 401 | FOREST CREEK | |
| A050400135 | Stand Clearcut (EA/RH/FH) | 155 | 10/1/1970 | 401 | KENO | |
| A100100137 | Liberation Cut | 35 | 10/1/1970 | 401 | | |
| A100100138 | Liberation Cut | 23 | 10/1/1970 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100100139 | Liberation Cut | 62 | 10/1/1970 | 401 | | |
| A050200109 | Sanitation (salvage) | 25 | 10/1/1970 | 401 | | |
| A050500117 | Stand Clearcut (EA/RH/FH) | 2 | 10/1/1969 | 401 | FOREST CREEK | |
| A050100134 | Stand Clearcut (EA/RH/FH) | 12 | 10/1/1969 | 401 | FOREST CREEK | |
| A050200115 | Stand Clearcut (EA/RH/FH) | 42 | 10/1/1969 | 401 | FOREST CREEK | |
| A050200132 | Stand Clearcut (EA/RH/FH) | 12 | 10/1/1969 | 401 | FOREST CREEK | 23 |
| A050300128 | Stand Clearcut (EA/RH/FH) | 31 | 10/1/1969 | 401 | FOREST CREEK | |
| A050300163 | Stand Clearcut (EA/RH/FH) | 13 | 10/1/1969 | 401 | FOREST CREEK | |
| A050300175 | Stand Clearcut (EA/RH/FH) | 12 | 10/1/1969 | 401 | FOREST CREEK | |
| A050300184 | Stand Clearcut (EA/RH/FH) | 20 | 10/1/1969 | 401 | FOREST CREEK | |
| A050200133 | Liberation Cut | 130 | 10/1/1969 | 401 | FOREST CREEK | |
| A050400189 | Liberation Cut | 32 | 10/1/1969 | 401 | FOREST CREEK | |
| A050400139 | Stand Clearcut (EA/RH/FH) | 15 | 10/1/1969 | 401 | | |
| A050300137 | Liberation Cut | 26 | 10/1/1969 | 401 | | |
| A050100114 | Stand Clearcut (EA/RH/FH) | 53 | 10/1/1968 | 401 | FOREST CREEK | |
| A050300195 | Stand Clearcut (EA/RH/FH) | 3 | 10/1/1968 | 401 | FOREST CREEK | |
| A050400194 | Stand Clearcut (EA/RH/FH) | 41 | 7/1/1968 | 401 | FOREST CREEK | |
| A050400185 | Stand Clearcut (EA/RH/FH) | 31 | 6/1/1968 | 401 | FOREST CREEK | |
| A100100128 | Stand Clearcut (EA/RH/FH) | 165 | 10/1/1967 | 401 | LEFT SPREAD CREEK | |
| A100100107 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 56 | 10/1/1967 | 401 | LEFT SPREAD CREEK | |
| A100100114 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 62 | 10/1/1967 | 401 | LEFT SPREAD CREEK | |
| A100100147 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 35 | 10/1/1967 | 401 | LEFT SPREAD CREEK | |
| A100100148 | Shelterwood Establishment Cut (with or without leave trees) (EA/RH/NFH) | 18 | 10/1/1967 | 401 | LEFT SPREAD CREEK | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100100109 | Shelterwood cut (w/res) (EA/RN/NFH) | 42 | 10/1/1967 | 401 | LEFT SPREAD CREEK | |
| A100100111 | Shelterwood cut (w/res) (EA/RN/NFH) | 65 | 10/1/1967 | 401 | LEFT SPREAD CREEK | |
| A070500101 | Stand Clearcut (EA/RH/FH) | 110 | 10/1/1967 | 401 | LOWER N. CK SLVG | |
| A060200143 | Sanitation (salvage) | 129 | 7/1/1966 | 424 | | |
| A060100125 | Sanitation (salvage) | 84 | 1/1/1966 | 401 | UPPER HELLR-NG BLDN | |
| A060100172 | Sanitation (salvage) | 196 | 1/1/1966 | 401 | UPPER HELLR-NG BLDN | |
| A060100165 | Sanitation (salvage) | 150 | 10/1/1965 | 401 | UPPER HELLR-NG BLDN | |
| A050300111 | Stand Clearcut (EA/RH/FH) | 15 | 6/1/1964 | 401 | | |
| A050300126 | Stand Clearcut (EA/RH/FH) | 17 | 6/1/1964 | 401 | | |
| A050300130 | Stand Clearcut (EA/RH/FH) | 33 | 6/1/1964 | 401 | | |
| A050300140 | Stand Clearcut (EA/RH/FH) | 30 | 6/1/1964 | 401 | | |
| A050300144 | Stand Clearcut (EA/RH/FH) | 35 | 6/1/1964 | 401 | | |
| A050300149 | Stand Clearcut (EA/RH/FH) | 21 | 6/1/1964 | 401 | | |
| A050300151 | Stand Clearcut (EA/RH/FH) | 29 | 6/1/1964 | 401 | | |
| A100600126 | Stand Clearcut (EA/RH/FH) | 3 | 6/1/1964 | 401 | | |
| A100600140 | Stand Clearcut (EA/RH/FH) | 12 | 6/1/1964 | 401 | | |
| A100600141 | Stand Clearcut (EA/RH/FH) | 10 | 6/1/1964 | 401 | | |
| A100500110 | Single-tree Selection Cut (UA/RH/FH) | 26 | 6/1/1964 | 401 | | |
| A100600132 | Single-tree Selection Cut (UA/RH/FH) | 11 | 6/1/1964 | 401 | | |
| A100600134 | Single-tree Selection Cut (UA/RH/FH) | 29 | 6/1/1964 | 401 | | |
| A100700110 | Single-tree Selection Cut (UA/RH/FH) | 56 | 6/1/1964 | 401 | | |
| A100700114 | Single-tree Selection Cut (UA/RH/FH) | 62 | 6/1/1964 | 401 | | |
| A100700127 | Single-tree Selection Cut (UA/RH/FH) | 5 | 6/1/1964 | 401 | | |
| A100700128 | Single-tree Selection Cut (UA/RH/FH) | 51 | 6/1/1964 | 401 | | |
| A100700129 | Single-tree Selection Cut (UA/RH/FH) | 25 | 6/1/1964 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100700130 | Single-tree Selection Cut (UA/RH/FH) | 23 | 6/1/1964 | 401 | | |
| A100700120 | Group Selection Cut (UA/RH/FH) | 42 | 6/1/1964 | 401 | | |
| A050400151 | Single-tree Selection Cut (UA/RH/FH) | 14 | 10/1/1963 | 401 | FOREST CREEK | |
| A050100118 | Group Selection Cut (UA/RH/FH) | 31 | 10/1/1963 | 401 | FOREST CREEK | |
| A070400118 | Stand Clearcut (EA/RH/FH) | 43 | 10/1/1963 | 401 | NORTH CREEK | |
| A050300135 | Stand Clearcut (EA/RH/FH) | 12 | 10/1/1963 | 401 | | |
| A050300160 | Stand Clearcut (EA/RH/FH) | 7 | 10/1/1963 | 401 | | |
| A070500101 | Stand Clearcut (EA/RH/FH) | 110 | 10/1/1963 | 401 | | |
| A100200125 | Stand Clearcut (EA/RH/FH) | 7 | 10/1/1963 | 401 | | |
| A100600139 | Stand Clearcut (EA/RH/FH) | 31 | 10/1/1963 | 401 | | |
| A050300134 | Liberation Cut | 23 | 10/1/1963 | 401 | | |
| A050300146 | Stand Clearcut (EA/RH/FH) | 4 | 6/1/1963 | 401 | | |
| A050300188 | Stand Clearcut (EA/RH/FH) | 7 | 6/1/1963 | 401 | | |
| A070500123 | Stand Clearcut (EA/RH/FH) | 32 | 6/1/1963 | 401 | | |
| A060100168 | Sanitation (salvage) | 9 | 3/1/1963 | 401 | HELLROARING SLVG | |
| A060100169 | Sanitation (salvage) | 12 | 3/1/1963 | 401 | HELLROARING SLVG | |
| A100200108 | Liberation Cut | 49 | 10/1/1962 | 401 | | |
| A100300103 | Liberation Cut | 56 | 10/1/1962 | 401 | | |
| A100300139 | Liberation Cut | 24 | 10/1/1962 | 401 | | |
| A050400124 | Sanitation (salvage) | 81 | 10/1/1962 | 401 | | |
| A050400143 | Sanitation (salvage) | 30 | 10/1/1962 | 401 | | |
| A050400144 | Sanitation (salvage) | 75 | 10/1/1962 | 401 | | |
| A100700125 | Stand Clearcut (EA/RH/FH) | 18 | 6/1/1962 | 401 | | |
| A050300125 | Stand Clearcut (EA/RH/FH) | 14 | 6/1/1961 | 401 | | |
| A050300153 | Stand Clearcut (EA/RH/FH) | 50 | 6/1/1961 | 401 | | |



FS-047218

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060200168 | Stand Clearcut (EA/RH/FH) | 19 | 6/1/1961 | 401 | | |
| A070300133 | Stand Clearcut (EA/RH/FH) | 48 | 6/1/1961 | 401 | | |
| A070300137 | Stand Clearcut (EA/RH/FH) | 56 | 6/1/1961 | 401 | | |
| A070400116 | Stand Clearcut (EA/RH/FH) | 10 | 6/1/1961 | 401 | | |
| A070400158 | Stand Clearcut (EA/RH/FH) | 8 | 6/1/1961 | 401 | | |
| A070500121 | Stand Clearcut (EA/RH/FH) | 21 | 6/1/1961 | 401 | | |
| A070500125 | Stand Clearcut (EA/RH/FH) | 10 | 6/1/1961 | 401 | | |
| A100400113 | Stand Clearcut (EA/RH/FH) | 24 | 6/1/1961 | 401 | | |
| A100500112 | Stand Clearcut (EA/RH/FH) | 16 | 6/1/1961 | 401 | | |
| A100600130 | Stand Clearcut (EA/RH/FH) | 39 | 6/1/1961 | 401 | | |
| A050300155 | Liberation Cut | 28 | 6/1/1961 | 401 | | |
| A070500103 | Liberation Cut | 53 | 6/1/1961 | 401 | | |
| A070500104 | Liberation Cut | 122 | 6/1/1961 | 401 | | |
| A070500105 | Liberation Cut | 19 | 6/1/1961 | 401 | | |
| A070500106 | Liberation Cut | 22 | 6/1/1961 | 401 | | |
| A070500107 | Liberation Cut | 16 | 6/1/1961 | 401 | | |
| A070500108 | Liberation Cut | 50 | 6/1/1961 | 401 | | |
| A070500133 | Liberation Cut | 24 | 6/1/1961 | 401 | | |
| A100200109 | Liberation Cut | 34 | 6/1/1961 | 401 | | |
| A050100135 | Stand Clearcut (EA/RH/FH) | 11 | 10/1/1960 | 401 | | |
| A050100145 | Stand Clearcut (EA/RH/FH) | 19 | 10/1/1960 | 401 | | |
| A050200146 | Stand Clearcut (EA/RH/FH) | 2 | 10/1/1960 | 401 | | |
| A070200106 | Stand Clearcut (EA/RH/FH) | 186 | 10/1/1960 | 401 | | |
| A070200126 | Sanitation (salvage) | 245 | 10/1/1960 | 401 | | |
| A050200109 | Stand Clearcut (EA/RH/FH) | 25 | 6/1/1960 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060200159 | Stand Clearcut (EA/RH/FH) | 135 | 6/1/1960 | 401 | | |
| A060100122 | Stand Clearcut (EA/RH/FH) | 208 | 10/1/1959 | 401 | | |
| A060100167 | Stand Clearcut (EA/RH/FH) | 53 | 10/1/1959 | 401 | | |
| A060100170 | Stand Clearcut (EA/RH/FH) | 8 | 10/1/1959 | 401 | | |
| A060100171 | Stand Clearcut (EA/RH/FH) | 24 | 10/1/1959 | 401 | | |
| A060200150 | Stand Clearcut (EA/RH/FH) | 3 | 10/1/1959 | 401 | | |
| A060200167 | Stand Clearcut (EA/RH/FH) | 89 | 10/1/1959 | 401 | | |
| A060200182 | Stand Clearcut (EA/RH/FH) | 67 | 10/1/1959 | 401 | | |
| A060300113 | Stand Clearcut (EA/RH/FH) | 60 | 10/1/1959 | 401 | | |
| A060300163 | Stand Clearcut (EA/RH/FH) | 13 | 10/1/1959 | 401 | | |
| A070100129 | Stand Clearcut (EA/RH/FH) | 46 | 10/1/1959 | 401 | | |
| A070100109 | Stand Clearcut (w/ leave trees) (EA/RH/FH) | 265 | 10/1/1959 | 401 | | |
| A060300138 | Sanitation (salvage) | 55 | 10/1/1959 | 401 | | |
| A060200180 | Sanitation (salvage) | 48 | 10/1/1959 | 401 | | |
| A060200181 | Sanitation (salvage) | 101 | 10/1/1959 | 401 | | |
| A060200187 | Sanitation (salvage) | 134 | 10/1/1959 | 401 | | |
| A060200190 | Sanitation (salvage) | 33 | 10/1/1959 | 401 | | |
| A060200191 | Sanitation (salvage) | 25 | 10/1/1959 | 401 | | |
| A060200215 | Sanitation (salvage) | 37 | 10/1/1959 | 401 | | |
| A050100134 | Sanitation (salvage) | 12 | 9/1/1959 | 401 | | |
| A060100147 | Stand Clearcut (EA/RH/FH) | 41 | 10/1/1958 | 401 | | |
| A070100126 | Sanitation (salvage) | 80 | 10/1/1958 | 401 | | |
| A060200186 | Stand Clearcut (EA/RH/FH) | 67 | 6/1/1958 | 401 | | |
| A060200210 | Stand Clearcut (EA/RH/FH) | 34 | 6/1/1958 | 401 | | |
| A060200212 | Stand Clearcut (EA/RH/FH) | 26 | 6/1/1958 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A060300153 | Group Selection Cut (UA/RH/FH) | 27 | 6/1/1957 | 401 | | |
| A060300154 | Group Selection Cut (UA/RH/FH) | 51 | 6/1/1957 | 401 | | |
| A060300155 | Group Selection Cut (UA/RH/FH) | 29 | 6/1/1957 | 401 | | |
| A060300156 | Group Selection Cut (UA/RH/FH) | 36 | 6/1/1957 | 401 | | |
| A060300157 | Group Selection Cut (UA/RH/FH) | 34 | 6/1/1957 | 401 | | |
| A050100159 | Stand Clearcut (EA/RH/FH) | 40 | 10/1/1956 | 401 | | |
| A060100161 | Liberation Cut | 79 | 10/1/1956 | 401 | | |
| A060200102 | Liberation Cut | 53 | 10/1/1956 | 401 | | |
| A060200103 | Liberation Cut | 38 | 10/1/1956 | 401 | | |
| A070600141 | Liberation Cut | 167 | 10/1/1956 | 401 | | |
| A070600146 | Liberation Cut | 147 | 10/1/1956 | 401 | | |
| A100300142 | Liberation Cut | 19 | 10/1/1956 | 401 | | |
| A050100103 | Sanitation (salvage) | 119 | 10/1/1956 | 401 | | |
| A050100104 | Sanitation (salvage) | 15 | 10/1/1956 | 401 | | |
| A050100105 | Sanitation (salvage) | 49 | 10/1/1956 | 401 | | |
| A050100107 | Sanitation (salvage) | 64 | 10/1/1956 | 401 | | |
| A050100108 | Sanitation (salvage) | 33 | 10/1/1956 | 401 | | |
| A050100123 | Sanitation (salvage) | 33 | 10/1/1956 | 401 | | |
| A050100124 | Sanitation (salvage) | 19 | 10/1/1956 | 401 | | |
| A050100125 | Sanitation (salvage) | 38 | 10/1/1956 | 401 | | |
| A050100126 | Sanitation (salvage) | 64 | 10/1/1956 | 401 | | |
| A050100143 | Sanitation (salvage) | 39 | 10/1/1956 | 401 | | |
| A050100149 | Sanitation (salvage) | 122 | 10/1/1956 | 401 | | |
| A050100150 | Sanitation (salvage) | 23 | 10/1/1956 | 401 | | |
| A050100151 | Sanitation (salvage) | 43 | 10/1/1956 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A050100152 | Sanitation (salvage) | 37 | 10/1/1956 | 401 | | |
| A050100153 | Sanitation (salvage) | 324 | 10/1/1956 | 401 | | |
| A050100154 | Sanitation (salvage) | 54 | 10/1/1956 | 401 | | |
| A050100158 | Sanitation (salvage) | 90 | 10/1/1956 | 401 | | |
| A050100170 | Sanitation (salvage) | 77 | 10/1/1956 | 401 | | |
| A050100171 | Sanitation (salvage) | 73 | 10/1/1956 | 401 | | |
| A050100172 | Sanitation (salvage) | 200 | 10/1/1956 | 401 | | |
| A050100179 | Sanitation (salvage) | 3 | 10/1/1956 | 401 | | |
| A050300107 | Sanitation (salvage) | 68 | 10/1/1956 | 401 | | |
| A090100143 | Sanitation (salvage) | 28 | 10/1/1956 | 401 | | |
| A090100144 | Sanitation (salvage) | 76 | 10/1/1956 | 401 | | |
| A090100147 | Sanitation (salvage) | 51 | 10/1/1956 | 401 | | |
| A100300130 | Sanitation (salvage) | 103 | 10/1/1956 | 401 | | |
| A100300132 | Sanitation (salvage) | 33 | 10/1/1956 | 401 | | |
| A100300135 | Sanitation (salvage) | 71 | 10/1/1956 | 401 | | |
| A100400112 | Sanitation (salvage) | 101 | 10/1/1956 | 401 | | |
| A100400108 | Liberation Cut | 120 | 5/1/1956 | 401 | | |
| A100400109 | Liberation Cut | 172 | 5/1/1956 | 401 | | |
| A100400115 | Liberation Cut | 76 | 5/1/1956 | 401 | | |
| A100400120 | Liberation Cut | 16 | 5/1/1956 | 401 | | |
| A100400124 | Liberation Cut | 69 | 5/1/1956 | 401 | | |
| A100400125 | Liberation Cut | 79 | 5/1/1956 | 401 | | |
| A100400127 | Liberation Cut | 26 | 5/1/1956 | 401 | | |
| A100400128 | Liberation Cut | 110 | 5/1/1956 | 401 | | |
| A100400130 | Liberation Cut | 36 | 5/1/1956 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100400131 | Liberation Cut | 29 | 5/1/1956 | 401 | | |
| A100400132 | Liberation Cut | 3 | 5/1/1956 | 401 | | |
| A100400134 | Liberation Cut | 19 | 5/1/1956 | 401 | | |
| A100400135 | Liberation Cut | 19 | 5/1/1956 | 401 | | |
| A100500101 | Liberation Cut | 29 | 5/1/1956 | 401 | | |
| A100500102 | Liberation Cut | 153 | 5/1/1956 | 401 | | |
| A100500104 | Liberation Cut | 18 | 5/1/1956 | 401 | | |
| A100500105 | Liberation Cut | 40 | 5/1/1956 | 401 | | |
| A100500106 | Liberation Cut | 47 | 5/1/1956 | 401 | | |
| A100500107 | Liberation Cut | 56 | 5/1/1956 | 401 | | |
| A100500110 | Liberation Cut | 26 | 5/1/1956 | 401 | | |
| A100500113 | Liberation Cut | 48 | 5/1/1956 | 401 | | |
| A100500114 | Liberation Cut | 87 | 5/1/1956 | 401 | | |
| A100500115 | Liberation Cut | 38 | 5/1/1956 | 401 | | |
| A100500116 | Liberation Cut | 61 | 5/1/1956 | 401 | | |
| A050400128 | Stand Clearcut (EA/RH/FH) | 112 | 10/1/1955 | 401 | | |
| A050400133 | Stand Clearcut (EA/RH/FH) | 39 | 10/1/1955 | 401 | | |
| A050400195 | Stand Clearcut (EA/RH/FH) | 8 | 10/1/1955 | 401 | | |
| A070200106 | Stand Clearcut (EA/RH/FH) | 186 | 10/1/1955 | 401 | | |
| A070200126 | Stand Clearcut (EA/RH/FH) | 245 | 10/1/1955 | 401 | | |
| A070200135 | Stand Clearcut (EA/RH/FH) | 106 | 10/1/1955 | 401 | | |
| A070200145 | Stand Clearcut (EA/RH/FH) | 25 | 10/1/1955 | 401 | | |
| A070500110 | Stand Clearcut (EA/RH/FH) | 22 | 10/1/1955 | 401 | | |
| A100100136 | Stand Clearcut (EA/RH/FH) | 184 | 10/1/1955 | 401 | | |
| A100200112 | Stand Clearcut (EA/RH/FH) | 148 | 10/1/1955 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A100200116 | Stand Clearcut (EA/RH/FH) | 112 | 10/1/1955 | 401 | | |
| A100200119 | Stand Clearcut (EA/RH/FH) | 51 | 10/1/1955 | 401 | | |
| A100200124 | Stand Clearcut (EA/RH/FH) | 81 | 10/1/1955 | 401 | | |
| A100200129 | Stand Clearcut (EA/RH/FH) | 126 | 10/1/1955 | 401 | | |
| A100300106 | Stand Clearcut (EA/RH/FH) | 25 | 10/1/1955 | 401 | | |
| A050400200 | Sanitation (salvage) | 57 | 10/1/1955 | 401 | | |
| A050400119 | Sanitation (salvage) | 47 | 10/1/1955 | 401 | | |
| A050400120 | Sanitation (salvage) | 31 | 10/1/1955 | 401 | | |
| A050400130 | Sanitation (salvage) | 52 | 10/1/1955 | 401 | | |
| A050400131 | Sanitation (salvage) | 86 | 10/1/1955 | 401 | | |
| A050400132 | Sanitation (salvage) | 48 | 10/1/1955 | 401 | | |
| A050400142 | Sanitation (salvage) | 63 | 10/1/1955 | 401 | | |
| A050400153 | Sanitation (salvage) | 130 | 10/1/1955 | 401 | | |
| A070200105 | Sanitation (salvage) | 35 | 10/1/1955 | 401 | | |
| A070400120 | Sanitation (salvage) | 125 | 10/1/1955 | 401 | | |
| A070400123 | Sanitation (salvage) | 85 | 10/1/1955 | 401 | | |
| A070400124 | Sanitation (salvage) | 37 | 10/1/1955 | 401 | | |
| A070400125 | Sanitation (salvage) | 20 | 10/1/1955 | 401 | | |
| A070400126 | Sanitation (salvage) | 82 | 10/1/1955 | 401 | | |
| A070400127 | Sanitation (salvage) | 31 | 10/1/1955 | 401 | | |
| A070400129 | Sanitation (salvage) | 87 | 10/1/1955 | 401 | | |
| A070400130 | Sanitation (salvage) | 47 | 10/1/1955 | 401 | | |
| A070400131 | Sanitation (salvage) | 45 | 10/1/1955 | 401 | | |
| A070400140 | Sanitation (salvage) | 77 | 10/1/1955 | 401 | | |
| A070400141 | Sanitation (salvage) | 107 | 10/1/1955 | 401 | | |



FS-047224

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A070400144 | Sanitation (salvage) | 86 | 10/1/1955 | 401 | | |
| A070400145 | Sanitation (salvage) | 31 | 10/1/1955 | 401 | | |
| A070400146 | Sanitation (salvage) | 41 | 10/1/1955 | 401 | | |
| A070400148 | Sanitation (salvage) | 72 | 10/1/1955 | 401 | | |
| A070500111 | Sanitation (salvage) | 11 | 10/1/1955 | 401 | | |
| A070500112 | Sanitation (salvage) | 30 | 10/1/1955 | 401 | | |
| A100100120 | Sanitation (salvage) | 41 | 10/1/1955 | 401 | | |
| A100100122 | Sanitation (salvage) | 59 | 10/1/1955 | 401 | | |
| A100100123 | Sanitation (salvage) | 66 | 10/1/1955 | 401 | | |
| A100200128 | Sanitation (salvage) | 71 | 10/1/1955 | 401 | | |
| A100200135 | Sanitation (salvage) | 68 | 10/1/1955 | 401 | | |
| A100200136 | Sanitation (salvage) | 53 | 10/1/1955 | 401 | | |
| A070600159 | Stand Clearcut (EA/RH/FH) | 14 | 10/1/1954 | 401 | | |
| A070600162 | Stand Clearcut (EA/RH/FH) | 21 | 10/1/1954 | 401 | | |
| A070600167 | Stand Clearcut (EA/RH/FH) | 33 | 10/1/1954 | 401 | | |
| A070600169 | Stand Clearcut (EA/RH/FH) | 39 | 10/1/1954 | 401 | | |
| A100100143 | Stand Clearcut (EA/RH/FH) | 20 | 10/1/1954 | 401 | | |
| A100100150 | Stand Clearcut (EA/RH/FH) | 18 | 10/1/1954 | 401 | | |
| A070600154 | Sanitation (salvage) | 51 | 10/1/1954 | 401 | | |
| A070600158 | Sanitation (salvage) | 75 | 10/1/1954 | 401 | | |
| A050400116 | Stand Clearcut (EA/RH/FH) | 8 | 10/1/1952 | 401 | | |
| A050400115 | Sanitation (salvage) | 89 | 10/1/1952 | 401 | | |
| A050400118 | Sanitation (salvage) | 80 | 10/1/1952 | 401 | | |
| A060200192 | Stand Clearcut (EA/RH/FH) | 55 | 10/1/1951 | 401 | | |
| A050500104 | Group Selection Cut (UA/RH/FH) | 98 | 10/1/1951 | 401 | | |

| FACTS Identification | Type of Harvest Activity | Unit Acres | Completion Date | Equipment Type | Timber Sale Name | Unit ID |
|---|---|---|---|---|---|---|
| A050500118 | Group Selection Cut (UA/RH/FH) | 10 | 10/1/1951 | 401 | | |
| A060200208 | Group Selection Cut (UA/RH/FH) | 47 | 10/1/1951 | 401 | | |
| A060300162 | Stand Clearcut (EA/RH/FH) | 27 | 10/1/1945 | 466 | BALDY FACE | |

# Glossary and Acronyms

## A

**ACTIVITY AREA.** Area within the project area where activities are proposed.
**ACTIVITY FUELS**. See Slash
**AFFECTED ENVIRONMENT**. The natural, physical, and human-related environment that is sensitive to changes due to proposed actions.
**AGE CLASSES**. A distinct group of trees, or portion of growing stock recognized on the basis of age (i.e., seedling, pole, mature.)
**AGGRADATION.** When more sediment enters a reach than leaves it, there is a buildup of sediment. This is called aggradation.
**AIR QUALITY**. Refers to standards for various classes of land as designated by the Clean Air Act, P.L. 88-206: Jan. 1978
**AIRSHED**. A geographical area that, because of topography, meteorology, and climate, shares the same air.
**ALTERNATIVE**. A mix of management prescriptions applied to specific land areas to achieve a set of goals and objectives. Each alternative represents a different way of achieving a set of similar management objectives. Sometimes the term "action alternative" is used when it is desirable to recognize that there is a "no action" alternative under which the proposed activity would not take place.
**ANALYSIS AREA.** The geographic area defining the scope of analysis for a particular resource. This area may be larger than the project area when effects have potential to extend beyond the boundaries of the proposed action.
**APPEAL**. A request by any party dissatisfied with a decision of a forest officer to have that decision reviewed at a higher organizational level within the Forest Service and, where appropriate, by the Secretary.

## B

**BANKFULL**. The level water reaches in the stream that is at or near the lowest terrace.
**BEAR ANALYSIS AREA (BAA)**. Management subunits of a BMU approximately 5,000 to 15,000 acres in size.
**BEAR MANAGEMENT UNIT (BMU)**. A geographic subdivision of grizzly bear habitat, which approximates the home range size of a reproductive, female grizzly bear (about 100 square miles in the Cabinet-Yaak ecosystem).
**BEST MANAGEMENT PRACTICES**. A set of practices in the Forest Plan which, when applied during implementation of a project, ensures that water related beneficial uses are protected and that State water quality standards are met.
**BIG GAME**. Those species of large mammals normally managed as a sport hunting resource.
**BIOLOGICAL ASSESSMENT**. Information (document) prepared by or under the direction of the Federal agency concerning listed and proposed threatened and endangered species and proposed critical habitat that may be present in the action area and the evaluation of potential effects of the action on such species and habitats.
**BIOLOGICAL EVALUATION**. A documented Forest Service review of programs or activities in sufficient detail to determine how an action or proposed action may affect any sensitive species.
**BLIND DRAIN.** A drainage structure installed in the subgrade of a road which intercepts, collects, and redirects subsurface water.
**BLOWDOWN.** See windthrow.
**BOARD FOOT (BF)**. A unit of measurement equal to an unfinished board one foot square by one inch thick. Timber volumes are often expressed in terms of thousands of board feet (mbf).
**BOGS.** Perennially saturated areas that usually have wetland and riparian plants surrounding them.
**BOLE.** The trunk or main stem of the above ground part of a tree.
**BROADCAST BURN**. See prescribed burning.

## C

**CANOPY**. The more or less continuous cover of branches and foliage formed collectively by the crowns of adjacent trees and other woody growth. Layers of canopy may be called stories.
**CANOPY CLOSURE**. The progressive reduction of space between tree crowns as they spread laterally; a measure of the percent of potential open space occupied by the collective tree crowns in a stand.
**CAVE**. A natural underground chamber that is open to the surface.
**CAVITY**. The hollow, excavated in snags by birds; used for roosting and reproduction by many birds and mammals.
**CAVITY HABITAT**. Snags, broken-topped live trees and down logs used by wildlife species that excavate and/or occupy cavities in these trees.
**CAVITY NESTERS**. Wildlife species that nest in cavities.
**CLEARCUT HARVEST**. A regeneration method under which the entire mature stand is cut. Some snags and potential snags may be left to benefit snag-dependent wildlife species.
**CLEARCUT WITH RESERVES.** A variation of the clearcutting method where reserve trees are left for all or part of a stand rotation and serve a specific function that is consistent with management objectives.
**CLOSED CANOPY**. The condition that exists when the canopy created by trees or shrubs or both is dense enough to exclude most of the direct sunlight from the forest floor.
**CODE OF FEDERAL REGULATIONS (CFR)**. The official, legal tabulation or regulations directing Federal Government activities.
**COLLABORATION OR COLLABORATIVE PROCESS:** A structured manner in which a collection of people with diverse interests share knowledge, ideas, and resources while working together in an inclusive and cooperative manner toward a common purpose.
**COMMUNITY**. A group of one or more populations of plants and animals in a common spatial arrangement; an ecological term used in a broad sense to include groups of various sizes and degrees of integration.

**COMPARTMENTS**. A geographic area delineated by a watershed drainage for management planning purposes.
**CONIFER**. Any of a group of needle and cone bearing evergreen trees.
**CONNECTORS**. Strips or patches of vegetation used by wildlife to move between habitats.
**CORE AREA**. An area of secure habitat within a BMU that contains no motorized travel routes or high use non-motorized trails during the non-denning season and is more than 0.3 miles (500 meters) from a drivable road. Core areas do not include any gated roads but may contain roads that are impassible due to vegetation or constructed barriers. Core areas strive to contain the full range of seasonal habitats that are available in the BMU.
**CORE SAMPLE.** Stream bed material removed from the stream for analysis.
**CORRIDORS**. Areas of vegetation (may be linear or patch-like) available to wildlife to facilitate movement between habitats. Corridors may vary in size by species need. For big-game, forested areas of at least 600 feet in width is generally acceptable.
**COVER**. Vegetation used by wildlife for protection from predators, breeding and rearing of young (hiding cover), or to ameliorate conditions of weather (thermal cover).
**COVER/FORAGE RATIO**. The ratio, in percent, of the amount of area in cover conditions to that in forage conditions.
**COVER TYPE.** See forest cover type
**CROWN FIRE.** A fire burning into the crowns of the vegetation, generally associated with an intense understory fire.
**CULTURAL RESOURCES**. The physical remains of human activity (artifacts, ruins, burial mounds, petroglyphs, etc.) having scientific, prehistoric, or social values.
**CUMULATIVE EFFECT**. The impact on the environment which results from the incremental impact of the action when added to other actions. Cumulative impacts can also result from individually minor but collectively significant actions taking place over a period of time.

**D**

**DEADFALL.** Previously dead trees that have fallen.
**DEBRIS**. The scattered remains of some things broken or destroyed; ruins; rubble; fragments.
**DECADENT**. Deteriorating; when used in reference to stand condition there are inferences of the loss of trees from the overstory and of the presence of disease, or indications of loss of vigor in dominant trees so that the mean annual increment is negative.
**DECISION AREA**. The geographic area defining the scope of this document and the alternatives proposed by it.
**DEGRADATION.** This occurs when a stream has excess energy and more sediment leaves a reach than enters it. This is associated with channel scouring.
**DECOMMISSION.** Demolition, dismantling, removal, obliteration and/or disposal of a deteriorated or otherwise unneeded asset or component, including necessary cleanup work. This action eliminates the deferred maintenance needs for the fixed asset. Portions of an asset or component may remain if they do not cause problems nor require maintenance. (Financial Health – Common Definitions for Maintenance and Construction Terms, July 22, 1998.)
**DENNING SITE**. A place of shelter for an animal; also where an animal gives birth and raises young.
**DETRIMENTAL SOIL DISTURBANCE**. The condition where established threshold values for soil properties exceed and result in significant change. (FSH 2509.18, section 2.05, 9).
**DESIRED FUTURE CONDITION.** A portrayal of the land or resource conditions which are expected to result if goals and objectives are fully achieved.
**DISPERSED RECREATION.** Outdoor recreation in which visitors are diffused over relatively large areas. Where facilities or developments are provided, they are more for access and protection of the environment than for the comfort or convenience of the people.
**DISPLACEMENT AREA**. An area of suitable habitat reserved for use by a local population of a wildlife species while that population is displaced from, or caused to vacate, its former habitat by disturbance from human activities.
**DISTURBANCE.** Any event which affects the successional development of a plant community (examples: fire, insect attack, windthrow, timber harvest).
**DIVERSITY**. The relative distribution and abundance of different plant and animal communities and species within an area.
**DOWN WOODY COMPONENT**. A component of forest habitats used by wildlife for feeding, denning, and shelter. (See Old Growth Habitat.)
**DRAINAGE EFFICIENCY.** The net runoff for a given amount of precipitation in a drainage.
**DUFF**. An organic surface soil layer, below the litter layer, in which the original form of plant and animal matter cannot be identified with the unaided eye.

**E**

**ECOSYSTEM**. The complete system formed by the interaction of a group of organisms and their environment. In this context of activities on National Forest lands, humans are considered a part of the ecosystem.
**ECOSYSTEM MANAGEMENT**. A management practice and philosopy aimed at selecting, maintaining, and/or enhancing the ecological integrity of an ecosystem in order to ensure continued ecosystem health while providing resources, products, or non-consumptive values for humans.
**ECOLOGICAL SUSTAINABILITY**. The maintenance or restoration of the composition, strucutre, and processes of ecosystems including the diversity of plant and animal communities and the productive capacity of ecological systems. Ecological integrity, historical range of variability, and vegetation response units are means of measuring ecological sustainability.
**ECOLOGICAL INTEGRITY**. The capability of supporting and maintaining a balanced, integrated, adaptive, community of organisms having species composition, diversity, and functional organization comparable to that of natural habitats of the region.
**ECOSYSTEM PROCESSES**. Ecological functions such as photosynthesis, energy flow, nutrient cycling, water movement, disturbance, and succession.

**EFFECTS** (or impacts). Environmental consequences (the scientific and analytical basis for comparison of alternatives) as a result of a proposed action. Effects may be either direct, which are caused by the action and occur at the same time and place, or indirect, which are caused by the action and are later in time or farther removed in distance, but are still reasonably foreseeable, or cumulative.
**ENDANGERED SPECIES**. Any plant or animal species which is in danger of extinction throughout all or a significant portion of its range. (Endangered Species Act of 1973).
**ENDEMIC**. Plant or animal species occurring only in a restricted geographic area.
**ENVIRONMENT**. The aggregate of physical, biological, economic, and social factors affecting organisms in an area.
**ENVIRONMENTAL ANALYSIS**. An analysis of alternative actions and their predictable environmental effects, including physical, biological, economic, and social consequences and their interactions; short- and long-term effects; direct, indirect, and cumulative effects.
**ENVIRONMENTAL ASSESSMENT (EA)**. A concise public document which serves to: (a) Briefly provide sufficient evidence and analysis for determining whether to prepare an EIS or a Finding of No Significant Impact; (b) Aid an agency's compliance with NEPA when no EIS is necessary; (c) Facilitate preparation of an EIS when necessary.
**ENVIRONMENTAL IMPACT STATEMENT (EIS)**. A detailed statement prepared by the responsible official in which a major Federal action which significantly affects the quality of the human environment is described, alternatives to the proposed action provided, and effects analyzed.
**EPHEMERAL STREAMS**. Streams that flow only as a direct response to rainfall or snowmelt events. They have no baseflow.
**EPIDEMIC**. The populations of plants, animals, and diseases that buildup, often rapidly, to highly abnormal and generally injurious levels .
**EQUIVALENT CLEARCUT AREA (ECA).** Equivalent Clearcut Area is an indicator of basin condition and is calculated from the total amount of crown removal that has occurred from harvesting, road building, and other activities based on the current state of vegetative recovery.
**EROSION**. Detachment or movement of soil or rock fragments by water, wind, ice, or gravity. Accelerated erosion is much more rapid than normal, natural, or geologic erosion, primarily as a result of the influence of activities of people animals, or natural catastrophes.
**EVEN-AGED MANAGEMENT**. Deliberate planned actions that result in stands of trees of essentially the same age, growing together. Clearcut, shelterwood, or seed tree cutting methods produce even-aged stands.
**EXCAVATOR PILE.** Waste woody material piled using an excavator or backhoe for later burning. These machines are preferred for piling because they cause less soil compaction than other machines and have the ability to create clean, well made piles, pull materials to be piled from between remaining trees and sort materials to leave residual Down Woody Debris.
**EXTIRPATION** . Complete loss.

**F**

**FEDERAL REGISTER**. A daily publication which reports Presidential and Federal Agency documents.
**FLOODPLAIN**. The lowland and relatively flat areas adjoining inland and coastal waters, including, at a minimum, that area subject to a 1 percent or greater chance of flooding in any given year.
**FIRE PERIMETER.** The outer edge limits of a fire-burned area.
**FIRE REGIME.** The combination of fire frequency characteristics, predictability, intensity, seasonality and extent in an ecosystem.

> **Class 1** Fire regimes are within the natural (historical) range, and the risk of losing key; ecosystem components is low. Vegetation attributes (species composition, structure, and pattern) are intact and functioning withinm the natural (historical) range.
> **Class 2** Fire regimes have been moderately altered from their natural (historical) range. Risk of losing key ecosystem components is moderate. Fire frequencies have departed from natural fesquencies by one or more return intervals (either increased or decreased). This result in moderate changes to one or more of the following: fire size, intensity and severity, and landscape patterns. Vegetation and fuel attributes have been moderately altered from their natural (historical range).
> **Class 3** Fire regimes have been substantially altered form their natural (historical) range. The risk of losing key ecosystem components is high. Fire frequencies have departed from natural frequencies by multiple return intervals. Dramatic changes occur to one or more of the following: fire size, intensity, severity, and landscape patterns. Vegetation attributes have been substantially altered from their natural (historical) range.

**FIRE INTENSITY.** A measure of the rate of heat released for a fire at a specific point in time, usually expressed in BTUs/second/foot. It includes both radiant and convectional heat.
**FIRE SEVERITY.** A qualitative assessment of the heat pulse directed toward the ground during a fire. Burn severity relates to soil heating, large fuel, and duff consumption, consumption of the litter and organic layer beneath trees and isolated shrubs, and mortality of buried plant parts.
**FIRE TOLERANT.** A plant which has properties or charistics which enable it to survive fire.
**FORAGE**. Vegetation used for food by wildlife, particularly big game wildlife and domestic livestock.
**FORAGE AREAS.** Vegetated areas with less than 60 percent combined canopy closure of tree and tall shrub (greater than 7 feet in height).
**FOREST COVER TYPE.** A descriptive classification of forestland based on the present vegetative species composition and/or locality (ie: lodgepole pine, mixed conifer). Most stands are given a classification (stratum label), based on aerial photo interpretation, that includes the forest cover type, the size class, density class, and stand development phase. For example: a stand with the stratum label of LP2W would be considered a lodgepole pine cover type (LP) that is of a pole/small sawtimber size class (2) and is well stocked with coniferous trees (W).
**FOREST DEVELOPMENT ROAD.** A forest road under the jurisdiction of the Forest Service. (PL 95-599), section 106 and FSM 7705. Also see 36 CFR 2161.2) These roads are not public roads. (FSM 7700)

**FOREST HEALTH**. An ecological perspective that looks at the resiliency of an ecosystem and its ability to be sustainable.
**FOREST LAND**. Land at least 10 percent occupied by forest trees or formerly having had such tree cover and not currently developed for nonforest use.
**FROST HEAVING.** Occurs when moist or saturated soils are frozen, causing seedlings which are not yet deeply rooted to be ejected from the soil. This occurs mostly in low elevation areas that have frost before there is a cover of snow.
**FUELS**. Combustible materials present in the forest which potentially contribute a significant fire hazard.
**FUEL LOADING.** The amount of available fuels, usually expressed in tons per acre.
**FUELBED.** The arrangement of available fuels, continuity and amount.
**FUELS MANAGEMENT**. Manipulation or reduction of fuels to meet Forest protection and management objectives while preserving and enhancing environmental quality.

**G**

**GAP.** An opening in the stand or canopy caused by some disturbance.
**GENETIC INTROGRESSION** . The entry or introduction of genetic material from one gene complex to another.
**GRADIENT**. The rise or fall of a ground surface expressed in degrees of slope.

**H**

**HABITAT**. The sum total of environmental conditions of a specific place occupied by a wildlife species or a population of such species.
**HABITAT COMPONENT**. A simple part, or a relatively complex entity regarded as a part, or an area or type of environment in which an organism or biological population normally lives or occurs.
**HABITAT DIVERSITY.** The variation in types, sizes, and shapes of landscape elements or vegetation types.
**HABITAT EFFECTIVENESS**. The ability of an area to support a species (individual or population) based on a potential of 100%.
**HABITAT TYPE.** An aggregation of all land areas potentially capable of producing similar plant communities at climax. Within the analysis area the following habitat types are present: western redcedar/queencup beadlily (531), western hemlock/queencup beadlily (571), western hemlock/menziesia (579), subalpine fir/queencup beadlily (620), subalpine fir/menziesia (670), subalpine fir/beargrass (690), subalpine fir/beargrass, grouse whortleberry (692), subalpine fir/grouse whortleberry, pinegrass (731), subalpine fir/alder (740).
**HABITAT TYPE GROUP**. A category of habitat types with similar ecological amplitudes and environmental conditions. Combined with information on stand conditions, habitat type groups can be used to develop silvicultural stand treatment priorities during the IDT process.
**HAND PILE.** Waste woody material piled by; hand for later burning.
**HARDWOODS**. A conventional term for the wood of broadleaf trees. In the decision area these trees are generally confined to areas near water.
**HIDING COVER**. Vegetation capable of hiding 90 percent of a standing adult deer or elk at 200 feet or less. Includes some shrub stands and all forested stand conditions with adequate tree stem density or shrub layer to hide animals. In some cases, topographic features also can provide hiding cover.
**HIGH RISK**. Individual or groups of trees that are live (green) but have the physical characteristics favorable to insect infestation. Trees in this category are subject to mortality and loss of economic value.
**HOST TREE.** A tree in which other organisms, parasites, or insects live for part of their life cycle.

**I**

**INDICATOR SPECIES**. See management indicator species.
**INDIRECT EFFECTS.** Secondary effects which occur in locations other than the initial action or significantly later in time.
**INFISH.** (Inland Native Fish Strategy) On July 31, 1995, the Decision Notice for Inland Native Fish Strategy Environmental Assessment (INFISH) was signed. This strategy was developed to provide interim (approximately 18 months) direction to protect habitat and populations of native resident fish and supersedes the Kootenai Riparian Guidelines previously used.
**INSTREAM FLOWS**. The minimum water volume (cubic feet/second) in each stream necessary to meet seasonal streamflow requirements for maintaining aquatic ecosystems, visual quality, recreational opportunities and other uses.
**INTERAGENCY GUIDELINES**. A document which was originally developed in the Yellowstone grizzly bear ecosystem and later applied to all grizzly habitat through congressional mandate. Previously known as the "Yellowstone Guidelines" , it identifies important, specific management measures regarding the conduct of multiple use activities in grizzly bear habitat and parameters for identifying the sensitivity of grizzly bear habitat to human activities.
**INTERDISCIPLINARY TEAM (IDT)**. A group of resource professionals with different expertise that collaborate to develop and evaluate resource management decisions.
**INTERMEDIATE HARVEST.** Any harvest in an even-age stand rotation which retains the major stand components and does not regenerate the stand.
**INTERMITTENT STORED SERVICE.** Closed to traffic. The road is in a condition that there is little resource risk if maintenance is not performed (self-maintaining). (FSH 5409.17-94-2).
**INTERMITTENT STREAM.** A stream which flows only at certain times of the year when it receives water from springs or from some surface source such as melting snow.
**INVENTORIED ROADLESS AREA.** Roadless areas studied for wilderness designation. Forest Plan, Appendix C.
**IRREVERSIBLE.** A term that describes the loss of future options. Applies primarily to the effects of use of nonrenewable resources, such as minerals or cultural resources, or to those factors, such as soil productivity that are renewable only over long periods of time.

**IRRETRIEVABLE.** A term that applies to the loss of production, harvest, or use of natural resources. For example, some or all of the timber production from an area is lost irretrievably while an area is serving as a winter sports site. The production lost is irretrievable, but the action is not irreversible. If the use changes, it is possible to resume timber production.

**L**

**LADDER FUELS.** Small trees and understory shrubs that allow fire to burn up into the canopy of larger trees.
**LANDING PILE.** Mechanically piled waste woody materials lacated at the landing, where the loggers process, sort and load logs for transport to the mill. Landing piles are later burned.
**LANDSCAPE**. The aspect of the land that is characteristic of a particular region or area.
**LANDTYPE.** A unit of land with similar designated soil, vegetation, geology, topography, climate and drainage. The basis for mapping units in the land systems inventory.
**LARGE WOODY MATERIAL**. (Also large woody debris; LWD)- Branches and/or tree trunks located within a stream channel, originating from trees growing in or near the channel. Such material is considered "large" if it is of sufficient size that it remains at least partially submerged during all but major flood events. These materials are important in stream systems because they serve a variety of functions related to channel hydraulics and morphology. Functions would include flow energy reduction due to friction and turbulence on downstream side of debris, and sediment storage on upstream side of materials. LWD is delivered to stream channels by decay and/or windfall of trees in close proximity to stream channels.
**LETHAL FIRES** A descriptor of fire response and effect in forested ecosystems of high-severity or sever fire that burns through the overstory and understory which consumes large woody surface fuels and may consume entire duff layer. Stand is essentially destroyed and will be replaced as stand is set back to initiation stage.
**LIMITING FACTOR**. The environmental influence through which the toleration limit of an organism is first reached, which acts, therefore, as the immediate restriction in one or more of its functions or activities or in its geographic distribution.
**LODGEPOLE PINE.** See explanation under timber type.

**M**

**MACHINE PILE.** Waste woody material mechanically piled by any machine including excavator, backhoe, cat, skidder, etc. For later burning.
**MANAGEMENT AREA**. Geographic areas, not necessarily contiguous, which have common management direction, consistent with the Forest Plan allocations.
**MANAGEMENT DIRECTION**. A statement of multiple use and other goals and objectives, along with the associated management prescriptions and standards and guidelines to direct resource management.
**MANAGEMENT INDICATOR SPECIES (MIS)**. A species of wildlife, fish, or plant whose health and vigor are believed to accurately reflect the health and vigor of other species having similar habitat and protection needs to those of the selected indicator species.
**MANAGEMENT SITUATIONS**. The following classes identify management situations which are used to stratify grizzly bear habitat consistent with definitions in the Interagency Grizzly Bear guidelines:

**SITUATION 1.** (Grizzly Bear Management Situation 1.) Habitat contains grizzly population centers and habitat components needed for the survival and recovery of the species. Management decisions will favor the needs of the grizzly. Habitat maintenance and improvement and grizzly/human conflict minimization will receive the highest management priority.
**SITUATION 3.** (Grizzly Bear Management Situation 3.) Areas where grizzly presence is possible but infrequent. Developments such as campgrounds, resorts, or other high human use associated facilities, and human presence result in conditions which make grizzly presence untenable for humans and/or grizzlies. Grizzly habitat maintenance and improvement are not management considerations in these areas. Grizzly/human conflict minimization is a high priority management consideration.

**MASS EROSION (also called mass wasting)** Downslope movement of a unit of soil. Mass erosion includes landslides, debris flows, debris avalanches, debris torrents, slumps and soil creeping.
**MATURE**. On lands allocated for timber harvest, mature is defined as trees or stands that have reached rotation age, generally around 100 years. In the context of wildlife - Mature forest habitat with characteristics needed to provide habitat for species such as pine marten and pileated woodpecker (generally occurs around age 100).
**MID-SERAL.** A middle transitory stage in forest succession.
**MITIGATION**. Actions to avoid, minimize, reduce, eliminate, replace, or rectify the impact of a management practice.
**MIXED CONIFER.** See explanation under timber type.
**MIXED LETHAL FIRES** A descriptor of fire response and effect in forested ecosystems of moderate fire, burns in surface fuels but may involve a tree understory. It consumes litter, upper duff, understory plants and foliage on understory trees. Individual and groups of overstory trees may torch out if fuel ladders exist. Enough of the stand's overstory survives to provide for the major portion of the regeneration that results.
**MONITORING AND EVALUATION**. The evaluation, on a sample basis, of Forest Plan management practices to determine how well objectives are being met, as well as the effects of those management practices on the land and environment.
**MONOCULTURE.** A pure stand of a single species.
**MOSAIC**. The intermingling of plant communities and their successional stages in such a manner as to give the impression of an interwoven design.
**MOTOR VEHICLE**. Any vehicle which is self-propelled, other than:

1) A vehicle operated on rails; and
2) Any wheelchair or mobility device, including one that is battery-powered, that is designed solely for use by a mobility-impaired person for locomotion, and that is suitable for use in an indoor pedestrian area. (36 CFR 212.1.)

**MOTOR VEHICLE USE MAP**. A map reflecting designated road, trails, and arias on an administrative unit or a Ranger District of the National Forest System. (36 CFR 212.1.)

**MOUNTAIN PINE BEETLE**. The common name for the bark beetle (Dendroctonous ponderosae, Hopkins) which is an insect pest that has caused more tree mortality in the intermountain west than any other
**MULTI-STORY.** A forest stand or plant community having more than two main canopy layers or "stories".

**N**

**NATIONAL FOREST SYSTEM ROAD**. A forest road other than a road which has been authorized by a legally documented right-of-way held by a State, county, or other local public road authority. (36 CFR 212.1.)
**NATIONAL FOREST SYSTEM TRAIL.** A forest trail other than a trail which has been authorized by a legally documented right-of-way held by a State, county, or other local public road authority. (36 CFR 212.1)
**NEPA PROCESS**. An interdisciplinary process, mandated by the National Environmental Policy Act, which concentrates decisionmaking around issues, concerns, alternatives and the effects of alternatives on the environment.
**NO ACTION ALTERNATIVE**. The No Action alternative is required by regulations implementing the National Environmental Policy Act (NEPA) (40 CFR 1502.14). The no action alternative provides a baseline for estimating the effects of other alternatives. Where a project activity is being evaluated, the no action alternative is defined as one where no action or activity would take place.
**NONGAME SPECIES**. All wild animals not subject to sport hunting, trapping or fishing regulations.
**NON-LETHAL FIRES** A descriptor of fire response and effect in forested ecosystems of low-severity or cool fire. Has minimal impact on the site. It burns in surface fuels consuming only the litter, herbaceous fuels, and foliage and small twigs on woody undergrowth. Little heat travels downward through the duff. None of the large (commercial size) trees are killed.
**NONSTOCKED**. A stand of trees or aggregation of stands that have a stocking level below the minimum specified for meeting the prescribed management objectives.
**NOXIOUS WEEDS**. Rapidly spreading plants which can cause a variety of major ecological impacts to both agricultural and wild lands.
**NUTRIENT.** An element found in the soil that is needed for plant growth.

**O**

**OBLITERATION.** The reclamation and/or restoration of land to resource production from that of a transportation facility. This may include, but is not limited to, one or more of the following: ripping, seeding, pulling culverts, or recontouring.
**OLD GROWTH HABITAT**. Old growth is a distinct successional stage in the development of a timber stand that has special significance for wildlife, generally characterized by: (1) large diameter trees (often exceeding 20" dbh) with a relatively dense, often multilayer canopy. (2) the presence of large, standing dead or dying trees. (3) down and dead trees, (4) stand decadence associated with the presence of various fungi and heartrots, (5) and an average age often in excess of 200 years.
**OLD GROWTH (EFFECTIVE).** Forested stands that contain the attributes necessary to meet the old growth criteria and guidelines described in the Kootenai Forest Plan, and “Old Growth Forest Types of the Northern Region” (Green et al.). Additionally, old growth habitat that meet these criteria may be further analyzed and described as effective, or not effective, for individual wildlife and plant species that are associated with old growth habitat. Effective old growth is described as "Designated Effective Old Growth" (DEFF) or "Undesignated Effective Old Growth" (UEFF) dependent on whether the stands are designated into old growth management areas (i.e. MA 13). Designated effective old growth stands are designated into old growth management areas to meet the Forest Plan Standard of 10% old growth designations for each 3rd order drainage / timber compartment.
**OLD GROWTH (REPLACEMENT).** Forested stands that do not have all of the old growth attributes to meet the old growth criteria described in the Kootenai Forest Plan, and “Old Growth Forest Types of the Northern Region” (Green et al.), but are the next best stands available that will develop these old growth attributes in the future. Generally replacement stands are identified in areas where there is not enough effective old growth habitat presently to meet the Forest Plan standard of 10% old growth designations for each 3rd order drainage / timber compartment. But also, stands are considered to be replacement old growth if they have been identified as good candidates for future old growth designation to provide connectivity between existing old growth stands, and/or to replace old growth stands that are losing attributes elsewhere in the analysis area. Stands that are needed to meet the 10% standard are designated into old growth management areas (i.e. MA 13) and are categorized as "Designated Replacement Old Growth" (DREP) and managed following the guidelines described in the Forest Plan for old growth management areas. Replacement old growth stands that are not needed to meet the 10% standard are categorized as "Undesignated Replacement Old Growth" (UREP) and are managed to develop old growth attributes, but may be managed using the forest plan standards described for the management area in which they are designated (i.e. using standards for big game winter range or other management area, but with an emphasis to develop old growth attributes for the future).
**OPEN ROAD DENSITY**. A measure of the amount of open roads per area of land, usually expressed as miles per square mile
**OUTBREAK.** Sudden occurrence of a disease or insect pest.
**OUTSLOPE.** When the slope from inside of shoulder to outside of shoulder exceeds the alignment grade.
**OVERMATURE**. The condition that exists after an even-aged stand reaches maturity and decline in vigor, health and soundness.
**OVERSTOCKED.** Stands exceeding a prescribed standard or expected number of trees or basal area per acre.
**OVERSTORY**. The portion of trees in a forest which forms the uppermost layer of foliage.

**P**

**PATCH.** An area of vegetation that is relatively homogeneous internally with respect to composition and successional stage and that differs from what surrounds it.
**PATHOGEN** An organism which causes disease in another organism.
**PAYMENTS TO STATES (or Payments to Counties)** The portion of receipts derived from Forest Service resource management that is distributed to State and county governments as the Forest Service 25 percent fund payments.

**PEAK FLOW**. The greatest flow attained during the melting of the winter snowpack.
**PERENNIAL STREAMS**. Streams that flow continuously throughout the year.
**PHYSIOGRAPHIC AREA (PA)**. Large areas of associated landtypes used in the mid-scale analysis of ecosystems. These areas typically have similar features in geology, soil types, fire occurrence and vegetative communities.
**PLANT ASSOCIATION.** A potential natural plant community of definite floristic composition and uniform appearance.
**PLANTATIONS.** Areas in the forest where trees have been planted.
**POPULATION**. In statistics, the aggregate of all units forming the subject of study; otherwise, a community of individuals that share a common gene pool.
**PRE-COMMERCIAL THINNING** A felling made in an immature stand in order primarily to accelerate diameter increment but also, by suitable selection, to improve the average form of the trees that remain. Usually occurs in crowded (by crown competition or stems per acre) stands to give remaining trees (a prescribed desired number of trees) a competitive advantage for full development.
**PREFERRED ALTERNATIVE**. The agency's preferred alternative, one or more, that is identified in the impact statement (40 CFR 1502.14).
**PRESCRIBED BURNING**. The intentional application of fire to wildland fuels in either their natural or modified state under such conditions as to allow the fire to be confined to a predetermined area and at the same time to produce the intensity of heat and rate of spread required to further certain planned objectives (ie: silviculture, wildlife management, reduction of fuel hazard, etc.)
**PRESCRIBED FIRE**. A wildland fire burning under preplanned specified conditions to accomplish specific planned objectives. It may result from either a planned or unplanned ignition.
**PRESCRIPTION**. Management practices selected and scheduled for application on a designated area to attain specific goals and objectives.
**PRIMARY CONSTITUENT ELEMENTS**-Elements required to in analyzing critical bull trout habitat.
**PROGRAMMATIC EIS**. An environmental impact statement that establishes a broad management direction for an area by establishing a goal, objective, standard, management prescription and monitoring and evaluation requirement for different types of activities which are permitted. It also can establish what activities are not permitted within the specific area(s). This document does not mandate or authorize the permitted activities to proceed.
**PROJECT AREA.** The geographic area defining the scope of this document and the alternatives proposed by it.
**PROJECT FILE.** An assemblage of documents that contains all the information developed or used during an environmental analysis. This information may be summarized in an Environmental Assessment or an Environmental Impact Statement. The project file becomes part of the administrative record for judicial review in case of legal action.

**R**

**RANGER DISTRICT**. An administrative subdivision of the Forest, supervised by a District Ranger who reports to the Forest Supervisor.
**RANGE OF VARIABILITY.** The spectrum of conditions possible in ecosystem composition, structure, and function considering both temporal and spatial factors**.**
**REBURN.** Re-ignition and burning on incompletely burned fuels.
**RECONDITIONING.** This work consists of cleaning ditches and culverts, including inlets and outlets; removing slide material; scarifying turnouts, and approach road connections.
**RECONTOUR.** A form of obliteration where the road prism is eliminated by pulling back fill material to re-establish the natural sideslope.
**RECORD OF DECISION**. A concise public document disclosing the decision made following preparation of an EIS and the rationale used by the deciding officer to reach that decision.
**RECREATION OPPORTUNITY SPECTRUM (ROS)**. A range of possible combinations or recreation activities, settings, and experience opportunities, from Primitive to Urban, arranged along a continuum. Classes used herein are:

> **Primitive (PRIM)** - Area is characterized by essentially unmodified natural environment of fairly large size. Interaction between users is very low and evidence of other area users in minimal. The area is managed to be essentially free from evidence of man-induced restrictions and controls. Motorized use within the area is not permitted.
> **Semi-Primitive Non-Motorized (SPNM)**- Area is characterized by a predominantly natural or natural-appearing environment of moderate-to-large size. Interaction between users is low, but there is often evidence of other users. The area is managed in such a way that minimum on-site controls and restrictions may be present, but are subtle. Motorized use is not permitted.
> **Semi-Primitive Motorized (SPM)**- Area is characterized by a predominately natural or natural-appearing environment of moderate-large size. Concentration of users is low, but there is often evidence of other area users. The area is managed in such a way that minimum on-site controls and restrictions may be present, but are subtle. Motorized use is permitted.
> **Roaded Natural Appearing (RNA)**- Area is characterized by predominantly natural appearing environment with moderate evidences of the sights and sounds of man. Such evidences usually harmonize with the natural environment. Interaction between users may be low to moderate, but with evidence of other users prevalent. Resource modification and utilization practices are evident, but harmonize with the natural environment. Conventional motorized use is provided for in the construction standards and design facilities.
> **Rural (R)**- Area is characterized by substantially modified natural environment. Resource modification and utilization practices are primarily to enhance specific recreation activities and to maintain vegetative cover and soil. Sights and sounds of man are readily evident, and the interaction between users if often moderate to high. A considerable number of facilities are designed for use by a large number of people. Facilities are often provided for special activities. Moderate densities are provided far away from developed sites. Facilities for intensified motorized use and parking are available.

**REFORESTATION**. The natural or artificial restocking of an area with forest trees. It may include tree planting and seeding measures to obtain natural regeneration.

**REGENERATION**. The renewal of a tree crop, whether by natural or artificial means. This term may also refer to the crop (seedlings, saplings) itself.
**REGENERATION HARVEST**. Used in reference to clearcut, seedtree and shelterwood harvest methods which remove an existing stand to prepare a site for regeneration.
**REHABILITATION**. Returning of land to farm use or to productivity in conformity with a prior land use plan, including a stable ecological state that does not contribute substantially to environmental deterioration and is consistent with surrounding aesthetic values.
**RELIC.** A tree that has survived several stand replacing events.
**RESERVE TREE.** Trees retained after the regeneration period (pole sized or larger) under the clearcutting, seed tree, or shelterwood methods.
**RESIDUAL TREE.** Trees remaining after any harvest.
**RESTOCKING.** The process of adding additional trees by planting or seeding to bring the stocking up to prescribed conditions.
**RESTORATION.** The act of returning to historic site conditions or ecological processes that existed before the disruption or interruption of these processes.
**RESTRICTED ROAD**. A National Forest road or segment which is restricted from a certain type of use or all uses during certain seasons of the year or yearlong. The use being restricted and the time period must be specified. The closure is legal when the Forest Supervisor has issued an Order and posted that Order in accordance with 36 CFR 261.
**RHIZOME.** A rootlike stem under or on top of the ground, ordinarily in a horizontal position, which usually sends out roots from its lower surface and leafy shoots from its upper surface.
**RIFFLE STABILITY INDEX (RSI)**. A system of measure that predicts channel substrate stability.
**RIPARIAN AREAS/HABITATS**. Land areas where the vegetation and microclimate are influenced by perennial and/or intermittent water.
**RIPARIAN MANAGEMENT OBJECTIVES (RMOs).** Quantifiable measures of stream and streamside conditions that define good fish habitat and serve as indicators against which attainment or progress toward attainment of goals will be measured.
**RIPARIAN HABITAT CONSERVATION AREAS (RHCAs).** Portions of watersheds where riparian-dependent resources receive primary emphasis, and management activities are subject to specific standards and guidelines. RHCAs include traditional riparian corridors, wetlands, intermittent headwater streams, and other areas where proper ecological functioning is crucial to maintenance of the stream's water, sediment, woody debris, and nutrient delivery systems.
**RIPPING.** A form of obliteration; a method of aerating the surface and subsurface material of a road, landing, and/or skid trail to allow water infiltration by tilling the soil with a piece of machinery equipped with ripper bars.
**ROAD.** A motor vehicle route over 50 inches wide, unless identified and managed as a trail (36 CFR 212).
**ROADLESS**. Area characterized by its lack of roads; i.e. unroaded.
**ROAD CONSTRUCTION OR RECONSTRUCTION.** Supervising, inspecting, actual building, and incurrence of all costs incidental to the construction or reconstruction of a road (36 CFR 212).
**ROAD MAINTENANCE**. The upkeep of the entire Forest Development Transportation Facility including surface and shoulders, parking and side areas, structures, and such traffic-control devices as are necessary for its safe and efficient utilization.
**ROAD MANAGEMENT OBJECTIVE.** Defines the intended purpose of an individual road based on management area direction and access management objectives. Road management objectives contain design criteria, operation criteria, and maintenance criteria. (FSM 7721.31 and FSH 7790.55--33).
**ROOT CROWNS.** The point at or just below the surface of the ground where the stem and root join.
**ROOT DISEASE.** A fungal organism which lives in organic matter i the soil and invades the living roots systems of trees.
**ROSGEN CHANNEL CLASSIFICATION**. A system of measure that utilizes various channel features to rate a stream or river into reproducible classes.
**ROTATION.** The planned number of years required to establish (including the regeneration period) and grow timber crops to a specified condition or maturity for regeneration harvest.

**S**

**SALMONIDS** . Members of the family of elongate soft-finned fishes Salmonidae - the trout and salmon family.
**SALVAGE HARVEST**. The cutting of trees that are dead, dying, or deteriorating before they lose commercial value as sawtimber. The removed trees are generally overmature, damaged by fire, wind, insects, fungi or other injurious agencies.
**SCOPING**. The procedures by which the Forest Service determines the extent of analysis necessary for a proposed action, i.e., the range of actions, alternatives, and impacts to be addressed, identification of significant issues related to a proposed action, and establishing the depth of environmental analysis, data, and task assignments needed.
**SCREE** Refers to slopes covered with loose rock fragments, including the accumulation of rock at a cliff or slope base (talus) as well as loose, unstable material lying on slopes without cliffs.
**SEDIMENT**. Any material carried in suspension by water, which will ultimately settle to the bottom. Sediment has two main sources: from the channel area itself and from disturbed sites.
**SEDIMENT TRAP.** Any natural or man-made feature in a stream that traps sediment.
**SEED TREE**. A tree selected as a natural seed source within a shelterwood or seedtree harvest cut; sometimes also reserved for seed collection.
**SEEDTREE HARVEST**. A regeneration method under an even-aged silvicultural system. A portion of the mature stand, usually 10-15 trees/acre, is retained as a source of seed for regeneration of the stand. The seed trees are intended for removal after regeneration is considered to be established. Note: where there is no intention of removing the seed trees once the stand is regenerated, a seedtree seed cut with reserves is the appropriate silvicultural system.
**SEEDLINGS AND SAPLINGS**. Non-commercial-size young trees, generally occurring in plantations.
**SENSITIVE LANDTYPE.** The landtypes most vulnerable to slumping and associated erosion, particularly when subject to natural or management related disturbance.

**SENSITIVE SPECIES**. Those species identified by the Regional Forester for which population viability is a concern as evidenced by significant current or predicted downward trends in (a) population numbers or density, or (b) habitat capability that would reduce a species' existing distribution.
**SENSITIVITY LEVEL**. A particular degree or measure of viewer interest in the scenic qualities of the landscape.
**SERAL STAGE**. A transitory or developmental stage of a biotic community in an ecological succession (does not include climax successional stage or pioneer stage).
**SEROTINOUS** Late in developing; particularly applied to plants that flower or fruit late in the season and to fruit and cones that remain closed for a year or more after the seeds mature, but also to bud opening, leaf shedding etc. . Applies to the nature of lodgepole pine cones, as a positive adaptive trait for fire dependent ecosystems.
**SHELTERWOOD HARVEST**. A regeneration method under an even-aged silvicultural system. A portion of the mature stand is retained as a source of seed and site protection during the regeneration period.
**SHRUB**. A plant with persistent woody stems and relatively low growth form; usually produces several basal shoots as opposed to a single bole; differs from a tree by its low stature and nonarborescent form.
**SIGNIFICANT**. As used in NEPA, requires consideration of both context and intensity. Context means that the significance of an action must be analyzed in several contexts such as society as a whole, and the affected region, interests, and locality. Intensity refers to the severity of impacts (40 CFR 1508.27).
**SILVICULTURE**. The art and science of growing and tending forest vegetation, i.e., controlling the establishment, composition, and growth of forests, for specific management goals.
**SILVICULTURAL DIAGNOSIS.** The process of comparing existing stand conditions to a desired condition or "target stand", and determining a need for treatment to bring the stand to the desired condition.
**SILVICULTURAL SYSTEM**. A management process whereby forests are tended, harvested, and replaced, resulting in a forest of distinctive form. Systems are classified according to the method of carrying out the cuttings that remove the mature crop and provide for regeneration, and according to the type of forest thereby produced.
**SITE PREPARATION**. A general term for a variety of activities that remove or treat competing vegetation, slash, and other debris that may inhibit the establishment of regeneration.
**SIZE CLASS.** A classification of forest stands based on live trees in the stand. The classification uses a four letter acronym based on descriptive adjectives. For example, a stand that is designated as a size class MLRS is a mature stand (M) that is considered low risk to damaging insects or disease (LR) and is stocked with sawtimber sized trees of a specified diameter and stocking level (S).
**SLASH**. The residue left on the ground after felling and other silvicultural operations and/or accumulating there as a result of storm, fire, girdling, or poisoning of trees.
**SLASH BURNING**. The treatment or burning of slash so as to reduce fire or insect hazards.
**SNAG**. A standing dead tree usually without merchantable value for timber products, but may have characteristics of benefit to some cavity nesting wildlife species.
**SNAG DEPENDENT WILDLIFE**. Wildlife species that are dependent on snags for nesting or roosting habitat or for food.
**SPECIAL USE PERMIT.** A permit issued under established laws and regulations to an individual, organization, or company for occupancy or use of National Forest land for some special purpose.
**SPECIES**. A unit of classification of plants and animals consisting of the largest and most inclusive array of sexually reproducing and cross-fertilizing individuals which share a common gene pool.
**SPECIFIED ROAD**. A Forest System Road, including related transportation facilities and appurtenances, shown on a Timber Sale Area Map and listed in Table A9 of the Timber Sale Contract.
**STAGNATION** Refers to stand growth, implying that there is a failure to express dominance due to poor site conditions, competition of other trees that limit development of the crowns which suppresses individual tree growth and over all stand development. Usually diameter growth is severely limited and height growth still occurs but slowly.
**STAND**. A community of trees or other vegetation uniform in composition, constitution, spatial arrangement, or condition to be distinguishable from adjacent communities.
**STAND COMPOSITION.** The representation of tree species in a forest stand, expressed by some measure of dominance (ie % volume, number, basal area).
**STAND DENSITY** A measure of the degree of crowding of trees within stocked areas, commonly expressed by various growing-space ratios such as crown length to tree height, crown diameter to diameter at breast height, crown diameter to tree height, or of stem spacing to tree height.
**STAND REPLACING FIRE.** A fire that kills most or all of a stand, and causes a new stand to be started.
**STAND STRUCTURE.** The horizontal and vertical arrangement of the vegetation in a stand.
**STANDARD**. A particular action, level of performance, or threshold specified by the Forest Plan for resource protection or accomplishment of management objectives. Unlike "guidelines" which are optional, standards specified in the Forest Plan are mandatory.
**STOCKED.** Stands falling within a prescribed standard or expected number of trees or basal area per acre.
**STOCKING**. The degree to which trees occupy the land, measured by basal area and/or number of trees by size and spacing, compared with a stocking standard; that is, the basal area and/or number of trees required to fully utilize the land's growth potential.
**STREAM CHANNEL STABILITY.** A classification system that utilizes ocular estimates of various channel, bank, and riparian area features to evaluate channel health.
**STREAM ORDER.** It is often convenient to classify streams within a drainage basin by systematically defining the network of branches. Each nonbranching channel segment (smallest size) is designated a first-order stream. A stream which receives only first-order segments is termed a second-order stream, and so on. The order of a particular drainage basin is determined by the order of the principle or largest segment.
**STRUCTURAL DIVERSITY.** The variation in sizes and shapes of landscape elements, as well as diversity of pattern (ie: heterogeneity).
**SUCCESSION**. The changes in vegetation and in animal life that take place as the plant community evolves from bare ground to climax.

**SUCCESSIONAL STAGE**. A stage or recognizable condition of a plant community which occurs during its development from bare ground to climax.
**SUMMER RANGE**. A range, usually at higher elevation, used by deer and elk during the summer; a summer range is usually much more extensive than a winter range.
**SUITABLE FOREST LAND**. Forest land (as defined in CFR 219.3, 219.14) for which technology is available that will insure timber production without irreversible resource damage to soils, productivity, or watershed conditions; for which there is reasonable assurance that such lands can be adequately restocked (as provided in CFR 219.4); and for which there is management direction that indicates that timber production is an appropriate use of that area.
**SUPPRESSED** Refers to individual trees, very slowly growing trees with crowns entirely below the general level of the crown cover, receiving no direct light either from above or from the sides, common in stands that are considered overstocked.
**SURFACE EROSION.** Downslope movement of individual particles of soil by water transport. Surface erosion includes sheet erosion, riling and gullying.

**T**

**TEMPORARY ROADS.** Any short-lived road not intended to be a part of the forest development transportation system and not necessary for future resource management. (FSM 7705. Also see Timber Sale Contract 2400-6T).
**THERMAL COVER**. Vegetation used by animals to modify the adverse effects of weather. A forest stand that is at least 40 feet in height with tree canopy cover of at least 70 percent provides thermal cover. These stand conditions are achieved in closed sapling-pole stands and by all older stands unless the canopy cover is reduced below 70 percent. Deciduous stands may serve as thermal cover in summer, but not in winter.
**THINNING.** A cutting made to reduce stand density of trees primarily to improve growth, enhance forest health, or recover potential mortality.
**THREATENED SPECIES**. Any species of plant or animal which is likely to become endangered within the foreseeable future throughout all or a significant portion of its range.

**TIERING**. The use of a previously written environmental document with a broad scope to cover discussion of issues common to both.
**TIMBER TYPES.** A descriptive classification of forestland based on present occupancy of an area by tree species (ie: lodgepole, mixed conifer). More appropriately called forest cover types, this category is further defined by the composition of its vegetation and/or environmental factors that influence its locality. See Appendix A (Silvicultural Prescriptions) for more information.
**TRAMPLING.** A method of treating fuels by knocking down by walking over or through small trees with a piece of machinery.
**TURBIDITY.** An optical measure of how fine sediment inhibits the transmission light in a given water sample due to scattering and absorption by suspended particles.
**TWO-STORIED.** A forest stand or plant community having two main canopy layers or "stories".

**U**

**UNAUTHORIZED ROAD OR TRAIL.** A road or trail that is not a forest road or trail or a temporary road or trail and that is not included in a forest transportation atlas (36 CFR 215). Sometimes refered to as Undetermined as defined in the Infra Travel Routes Database Data Dictionary.
**UNDERBURN.** Understory fuels treatment.
**UNDERSTORY**. Vegetation (trees or shrubs) growing under the canopy formed by taller trees.
**UNSUITABLE FOREST LAND**. Lands not selected for timber production in Step II and III of the suitability analysis during the development of the Forest Plan due to: (1) the multiple-use objectives for the alternative preclude timber production, (2) other management objectives for the alternative limit timber production activities to the point where management requirements cannot be met, and (3) the lands are not cost-efficient over the planning horizon in meeting forest objectives that include timber production. Land not appropriate for timber production shall be designated as unsuitable in the Forest Plan.

**V**

**VEGETATION RESPONSE UNIT.** An aggregation of lands with similar patterns in potential natural communities, soils, hydrologic function, landform and topography, climate, air quality, and natural processes (ie: nutrient and biomass cycling, sucession, productivity, and fire regimes). Each VRU has an associated description of its ecological structure, composition, and function. VRUs provide a means to describe and define the components of ecosystems
**VERTICAL DIVERSITY**. The diversity in an area that results from the complexity of the above ground structure of the vegetation; the more tiers of vegetation or the more diverse the species makeup is, the higher the degree of vertical diversity
**VIABLE POPULATION**. A wildlife population of sufficient size to maintain its existence over time in spite of normal fluctuations in population levels.
**VIEWSHED**. Sub-units of the landscape where the visitor's view is contained by topography similar to a watershed.
**VISUAL QUALITY OBJECTIVE (VQO)**. A system of indicating the potential expectations of the visual resource by considering the frequency an area is viewed and the type of landscape.

> Maximum Modification: A Visual Quality Objective meaning man's activity may dominate the characteristic landscape but should appear as a natural occurrence when viewed as background.
>
> Modification: A Visual Quality Objective meaning man's activity may dominate the characteristic landscape but must, at the same time, utilize naturally established form, line, color, and texture. It should appear as a natural occurrence when viewed in foreground or middleground.

Partial Retention: A Visual Quality Objective which in general means man's activities may be evident but must remain subordinate to the characteristic landscape.
Retention: A Visual Quality Objective which in general means man's activities are not evident to the casual forest visitor.
Preservation: A Visual Quality Objective that provides for ecological change only.
Variety Class: Diversity of landscape character
Sensitivity Level: A particular degree or measure of viewer interest in the scenic qualities of the landscape.

**VARIETY CLASS.** A particular level of visual variety or diversity of landscape character.

**VISUAL RESOURCE**. The composite of landforms, water features, vegetative patterns and cultural features which create the visual environment.

**W**

**WATER ROUTING.** Spring snowmelt and storm runoff intercepted and redirected by roads, ditches, and trails.

**WATER YIELD**. The measured output of the Forest's streams.

**WILDERNESS**. All lands included in the National Wilderness Preservation System by public law; generally defined as undeveloped Federal land retaining its primeval character and influence without permanent improvements or human habitation.

**WILDFIRE**. Any fire not designated and managed as a prescribed fire with an approved prescription.

**WINDTHROW**. The action of wind uprooting trees.

**WINTER RANGE**. A range, usually at lower elevation, used by migratory deer and elk during the winter months; usually better defined and smaller than summer ranges.

**Y**

**YARDING**. A method of bringing logs in to a roadside area or landing, for truck transport. Methods may include forms of skyline cable logging systems, ground-based skidding, balloon, helicopter, etc.

# Abbreviations and Acronyms

| | |
|---|---|
| AEUI | Aquatic Ecological Unit Inventory |
| AIRFA | American Indian Religious Freedom Act of 1978 |
| ALT | Alternative |
| BA | Biological Assessment |
| BAA | Bear Analysis Area |
| BE | Biological Evaluation |
| BFW | Bank Full Width |
| BMP | Best Management Practices |
| BMU | Bear Management Unit |
| BO | Biological Opinion |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulation |
| CFS | Cubic Feet Per Second |
| CWA | Clean Water Act |
| CWD | Coarse Woody Debris |
| CYE | Cabinet-Yaak Ecosystem |
| DBH | Diameter Breast Height |
| DEIS | Draft Environmental Impact Statement |
| EA | Environmental Assessment |
| ECA | Equivalent Clearcut Acres |
| EIS | Environmental Impact Statement |
| EMU | Elk Mangement Unit |
| EPA | United States Environmental Protection Agency |
| ESA | Endangered Species Act |
| FDR | Forest Development Road |
| FEIS | Final Environmental Impact Statement |
| FP | Forest Plan |
| FSH | Forest Service Handbook |
| FSM | Forest Service Manual |
| GIS | Global Information Systems |
| HE | Habitat Effectiveness |
| HFRA | Healthy Forest Restoration Act |
| IDT | Interdisciplinary Team |
| IGBC | Interagency Grizzly Bear Committee |
| IGBG | Interagency Grizzly Bear Guidelines |
| INFISH | Inland Native Fish Strategy |
| IRA | Inventoried Roadless Area |
| KNF | Kootenai National Forest |
| KV | Knutson-Vandenberg Act of 1924 |
| MA | Management Area |
| MIS | Management Indicator Species |
| MBF | Thousand Board Feet |
| MBTSG | Montana Bull Trout Scientific Group |
| MDEQ | Montana Department of Environmental Quality |
| MDFWP | Montana Dept. Fish Wildlife and Parks |
| MMBF | Million Board Feet |
| MOU | Memorandum of Understanding |
| MS | Management Situation |
| NCDE | Northern Continental Divide Ecosystem |
| NEPA | National Environmental Policy Act |
| NFMA | National Forest Management Act |
| NFS | National Forest System |
| NFSR | National Forest System Road |
| NFST | National Forest System Trail |
| NRIS | Natural Resource Information System |
| NRLMD | Norther Rockies Lynx Management Direction |
| OG | Old Growth |
| OMRD | Open Motorized Road Density |
| ORD | Open Road Density |
| PA | Physiographic Area |
| PCE | Primary Constituent Elements |
| PFA | Post-Fledgling Area |
| PFI | Peak Flow Increase |
| PL | Public Law |
| PM | Particulate Matter |
| PNF | Present Net Value |
| PPI | Potential Population Increase |
| PSD | Prevention of Significant Deterioration |
| PTES | Proposed, Threatened, Endangered and Sensitive Plants |
| RARE I & II | Roadless Area Review and Evaluation I & II |
| RHCA | Riparian Habitat Conservation Area |
| RMO | Road Management Objective |
| ROG | Replacement Old Growth |
| ROS | Recreation Opportunity Spectrum |
| RSI | Riffle Stability Index |
| SCS | Stream Channel Stability |
| SHPO | State Historic Preservation Officer |
| SIP | State Implementation Plan |
| SWCP | Soil and Water Conservation Practices |
| TES | Threatened and Endangered Species |
| TMDL | Total Maximum Daily Load |
| TMRD | Total Motorized Access Route Density |
| USC | United States Code |
| USDA | United States Department of Agriculture |
| USDI | United States Department of the Interior |
| USGS | United States Geological Survey |
| USFS | United States Forest Service |
| USFWS | USDI-Fish & Wildlife Service |
| VQO | Visual Quality Objectives |
| VRU | Vegetation Response Unit |
| VMS | Visual Management system |
| WQLS | Water quality Limited Segments |

# Literature Cited

## General References

USDA, Forest Service. 1987. Kootenai National Forest Plan. USDA Forest Service, Northern Region. Missoula, MT.

USDA Forest Service. 2005. “Analysis of the Management Situation for Forest Plan Revision, Kootenai and Idaho Panhandle National Forests”, 2004.

USDA Forest Service. 2012. Forest Plan Monitoring and Evaluation Report Fiscal Year 2011 Kootenai National Forest. Libby, MT. (Monitoring Item C-7)

## Forest Vegetation

Agee, James K 1993. *Fire ecology of Pacific Northwest forests.* Island Press,Washington, DC. 493 p

Alexander, M.E.; and Hawksworth, F.G. 1975 "Wildland Fires and Dwarf Mistletoes; a literature review of ecology and prescribed burning”. Gen. Tech. Report RM-14. Fort Collins, CO. USDA, Forest Service, Rocky Mountain Forest and Range Experiment Station. 12 p.

Arno, Stephen F. 1976. The Historical Role of Fire on the Bitterroot National Forest. INT-187, December.

Arno, Stephen F. and Davis, D.F. 1980. “Fire History of Western Redcedar and Hemlock Forest in Northern Idaho”. In *Proceedings of the Fire History Workshop*: General Technical Report RM-81. Fort Collins, CO: Rocky Mountain Forest and Range Experiment Station, USDA Forest Service.

Brown, J. K. 1995. “Fire Regimes and their relevance to ecosystem management.” In Proceedings of Society of American

Brown, James K.; Smith, Jane Kapler, eds. 2000. Wildland fire in ecosystems: effects of fire on flora. Gen. Tech. Rep. RMRS-GTR-42-vol. 2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 257 p.

Barney, Danny L. 1999. Growing Western Huckleberries. University of Idaho. December 1999.

Byler, J.W.; Zimmer-Gorve, S. 1991. “A forest health perspective on interior Douglas-fir management”. In *interior Douglas-fir the species and its management*. symposium proceeding. Dept. of Natural Resource Sciences, Washington State Univ. Pullman, WA.

Christiansen, Erik, Richard H. Waring, and Alan A Berryman. 1987. Resistance of Conifers to Bark Beetle Attack: Searching for General Relationships. *Forest Ecology and Management* 22 (1987) 89-106.

Fischer, W. and A. Bradley. 1987. “Fire Ecology of Western Montana Forest Habitat Types”. General Technical Report INT-223, Ogden, UT: USDA Forest Service, Intermountain Research Station. pp. 95.

Frissell, C.A. & Bayles, D. 1996. Ecosystem Management and the Conservation of Aquatic Biodiversity and Ecological Integrity. *Water Resources Bulletin*, 32(2).

Gautreaux, R., L. Kuennen, and W. Johnson. 1997. *Coarse Woody Material Guidelines*. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, MT. 5pp.

Gautreaux, R. 1999. “Vegetation Response Unit Characterizations and Target Landscape Prescriptions”. USDA Forest Service. NFMA Report. Kootenai National Forest, Supervisor’s Office.

Habeck-Mutch. 1973. Fire Dependent Forests in the Rocky Mountains *Quaternay Research*. 3: 408-424.

Harvey and others. 2008. Harvey Alan E., Byler, J., McDonald, G., Neuenschwander, L., Tonn, J. Death of an Ecosystem: Perspectives on Western White Pine Ecosystems of North America at the End of the Twentieth Century. General Technical Report. RMRS-GTR-208. Fort Collins,CO: USDA Forest Service, Rocky Mountain Research Station 16pp

Helms, John A. 1998. The Dictionary of Forestry. The Society of American foresters. Bethesda, MD.

Hessburg, Paul F., Russel G. Mitchell, and Gregory M. Filip. 1994. Historical and Current Roles of Insects and Pathogens in Eastern Oregon and Washington Forested Landscapes. General Technical Report PNW-GTR-327. Portland, OR : USDA Forest Service PNW Research Station. pp. 39

Johnson, Wayne J., Gautreaux, Russ. 2008. "Vegetation Management Prescriptions for Grizzly Bear Habitat Enhancement or Restoration in the Cabinet-Yaak Ecosystem". Unpublished. USDA Forest Service, Kootenai National Forest, Libby, MT..

Keane, Robert E., Hessburg, Paul F., Landres, Peter B., Swanson, Fred J. (2009). The use of historical range and variability (HRV) in landscape management. In Elsevier Forest Ecology and Management 258 (2009) 1025–1037. Pg 1034.

Kerns, Becky K., Alexander, Susan J., Bailey, John D. 2004. "Huckleberry Abundance, Stand Conditions, and use is Western Oregon: Evaluation the Role of Forest Management". (Bronx, NY: The New York Botanical Garden Press), *Economic Botany* 58 (4): 668-678.

King, J. N., David, A., Noshad, D. and Smith, J. (2010), A review of genetic approaches to the management of blister rust in white pines. *Forest Pathology* 40: 292–313.

Koonce, A.L. and Roth, L.F. 1985. The effects of dwarf mistletoe on fuels in precommercial ponderosa pine stands-Proceedings of the 8th Conference on Fire and Forest Meteorology, 1985. In: Hawksworth, F.G. and D. Wiens. 1996. Dwarf Mistletoes: Biology, Pathology, and Systematics. USDA Forest Service, Agriculture Handbook 709, 1996. Pg 70

Losensky, J. 1994. Historical Vegetation Types of the Interior Columbia River Basin. Prepared under Contract INT-94951-RJVA for Systems for Environmental Management. 108 p.

Miller, Melanie. 1977. "Response of Blue Huckleberry to Prescribed Fires in a Western Montana larch-fir Forest". Res. Paper INT-188 Ogden, UT: USDA Forest Service, Intermountain Forest and Range Experiment station, , 33p.

Neuenschwander, Leon F. et al., 1999. "White Pine in the American West: A Vanishing Species- Can We Save It?" General Technical Report RMRS-GTR-35. Fort Collins,CO: USDA Forest Service, Rocky Mountain Research Station and University of Idaho.

Parker, T., Clancy, K., Mathiasen, R. 2006. "Interactions among fire, insects and pathogens in coniferous forests of the interior western United States and Canada. *Agricultural and Forest Entomology*. 8: 167-189.

Quigley, T.M.; Haynes, R.W.; Graham, R.T. tech. Eds. 1996. Integrated scientific assessment for ecosystem management in the interior Columbia Basin and portions of the Klamath and Great Basins. Gen. Tech. Rep. PNW-GTR-382 Portland, OR: USDA Forest Service, Pacific Northwest Research Station. 303 p.

Rehfeldt, G., Jaquish, C.. 2010. "Ecological impacts and management strategies for western larch in the face of climate-change". Journal of Mitigation and Adaptation Strategies for Global Change. March, 2010. Pp 283-306. Page 295

Schmidt, W.C.; Shearer, R.C. 1995. Larix occidentalis: a pioneer of the North American west. In: Ecology and management of Larix forests: a look ahead, Symposium Proceedings. Gen. Tech. Rep. INT-GTR-319. Ogden, UT: USDA Forest Service Intermountain Research Station. pp. 33-38.

Scott, Donald W., Craig L. Schmitt, and Lia H. Spiegel. 2002. Factors Affecting Survival of Fire Injured Trees: A Rating System for Determining Relative Probability of Conifers in the Blue and Wallowa Mountains. USDA Forest Service, Pacific Northwest Region, Wallowa-Whitman National Forest, Blue Mountains Pest Management Service Center, BMPMSC-03-01, November 25, 2002.

Shiplett, B.; Neuenschwander, L.F. 1994. Fire ecology in the cedar-hemlock zone of North Idaho. In*, interior cedar-hemlock-white pine forests: ecology on management symposium. P*roceedings. Dept. of Natural Resource Sciences. Washington State Univ. Pullman, WA. pp. 41-51

Simonin, Kevin A. 2000. Vaccinium membranaceum. In: Fire Effects Information System, [Online]. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory (Producer). Available: http://www.fs.fed.us/database/feis/ [ 2010, February 2]. Pages 11, 13, 15, 16.

Smith, J. and W. Fischer. 1997. "Fire Ecology of the Forest Habitat Types of Northern Idaho". General Technical Report INT-GTR-363. Fort Collins, CO: USDA Forest Service Intermountain Research Station .pp. 142

Spittlehouse, D., and Stewart, R.. 2004. "Adaptation to Climate Change in Forest Management". *Journal of Ecosystems and Management, North America*, 4,11 http://www.jem.forrex.org/forrex/index.php/jem/article/view/254.

USDA Forest Service. 2003. Diseases and Insect Pests of Northern and Central Rocky Mountains Report R1-89-54. Missoula, MT. Pp 106.

USDA Forest Service. 2005. "Analysis of the Management Situation for Forest Plan Revision, Kootenai and Idaho Panhandle National Forests", 2004. Chapter 1. pp. 30.

USDA Forest Service. 2009. "Comprehensive Evaluation Report for Forest Plan Revision of the Kootenai and Idaho Panhandle National Forests". 2009. Ch 2 Vegetation, Pp. 14. And Appendix I Vegetation Treatments and Timber Harvest Tools, pp. 15

Westerling, A., Hidalgo, H., Cayan, D., Swetnam, T. 2006. "Warming and Earlier Spring Increase Western U.S. Forest Wildfire Activity". Science Magazine, 18 August, 2006. pp. 940-943

## Climate Change

Allen, C.D. 2007. "Interactions across spatial scales among forest dieback, fire, and erosion in northern New Mexico." *Ecosystems* 10: 797-808.

Barton, A. M. 2002. "Intense wildfire in southeastern Arizona: transformation of a Madrean oak-pine forest to oak woodland". *Forest Ecology and Management* 165: 205-212.

Boisvenue, C. and S.W. Running. 2010. "Simulations show decreasing carbon stocks and potential for carbon emissions in Rocky Mountain forests over the next century." *Ecological Applications* 20(5): 13-2-1319.

Breashears, D.D., and C.D. Allen. 2002. "The importance of rapid, disturbance-induced losses in carbon management and sequestration". *Global Ecology and Biogeography* 11:1-5.

Conant, R.T., K. Paustian, F. García-Oliva, H.H. Janzen, V.J. Jaramillo, D.E. Johnson, S.N. Kulshreshtha. 2007. Chapter 10 Agricultural and Grazing Lands. In: CCSP, 2007. The First State of the Carbon Cycle Report (SOCCR): The North American Carbon Budget and Implications for the Global Carbon Cycle. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [King, A.W., L. Dilling, G.P. Zimmerman, D.M. Fairman, R.A. Houghton, G. Marland, A.Z. Rose, and T.J. Wilbanks (eds.)]. National Oceanic and Atmospheric Administration, National Climatic Data Center, Asheville, NC, USA, 242 pp. http://www.globalchange.gov/publications/reports/scientific-assessments/saps/sap2-2

Dale, V.H, L.A. Joyce, S. McNulty, R.P. Neilson, M.P. Ayres, M.D. Flannigan, P.J. Hanson, L.C. Irland, A.E. Lugo, C.J. Peterson, D. Simberloff, F.J. Swanson, B.J. Stocks, and B.M. Wotton. 2001. " Climate change and forest disturbances." *BioScience* 51:723–734.

Denman, K.L., G. Brasseur, A. Chidthaisong, P. Ciais, P.M. Cox, R.E. Dickinson, D. Hauglustaine, C. Heinze, E. Holland, D. Jacob, U. Lohmann, S. Ramachandran, P.L. da Silva Dias, S.C. Wofsy and X. Zhang. 2007. Couplings Between Changes in the Climate System and Biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)], (Cambridge, United Kingdom and New York, NY, USA, Cambridge University Press)

Depro, B.M., B.C. Murray, R.J. Alig, and A. Shanks. 2008. Public land, timber harvests, and climate mitigation: Quantifying carbon sequestration potential on U.S. public timberlands. *Forest Ecology and Management* 255 1122–1134.

Finkral, A.J. and A.M. Evans. 2008. "Effects of a thinning treatment on carbon stocks in a northern Arizona ponderosa pine forest." *Forest Ecology and Management* 255: 2743-2750.

Galik, C.S. and R.B. Jackson. 2009. " Risks to forest carbon offset projects in a changing climate." *Forest Ecology and Management* 257 (2009) 2209–2216.

Gan, J. and B.A. McCarl. 2007. "Measuring transnational leakage of forest conservation" *Ecological Economics* 64, pp. 423–432.

Harmon, Mark E. 2009. Testimony before the Subcommittee on National Parks, Forests, and Public Lands of the Committee of Natural Resources for an oversight hearing on "The Role of Federal Lands in Combating Climate Change", March 3, 2009. Includes attachments.

Heath, L.S., J.E. Smith, C.W. Woodall, D.L. Azuma, and K.L. Waddell. 2011. " Carbon stocks on forestland of the United States, with emphasis on USDA Forest Service ownership". *Ecosphere* 2(1):

Houghton, R.A. 2003. Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850-2000. Tellus B: 378-390.

Houghton, R.A. 2005. "Aboveground forest biomass and the global carbon balance." Global Change *Biology* 11: 945-958.

IPCC. 2007. Climate Change 2007: Synthesis Report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K and Reisinger, A. (eds.)]. IPCC, Geneva, Switzerland, 104 pp.

Joyce, L.A., G.M. Blate, J.S. Littell, S.G. McNulty, C.I. Millar, S.C. Moser, R.P. Neilson, K. O'Halloran, and D.L. Peterson. 2008. National Forests. In: Preliminary review of adaptation options for climate-sensitive ecosystems and resources. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [Julius, S.H., J.M. West (eds.), J.S. Baron, B. Griffith, L.A. Joyce, P. Kareiva, B.D. Keller, M.A. Palmer, C.H. Peterson, and J.M. Scott (Authors)]. U.S. Environmental Protection Agency, Washington, DC, USA, pp. 3-1 to 3-127. Available online at: http://downloads.climatescience.gov/sap/sap4-4/sap4-4-final-report-Ch3-Forests.pdf

Kashian, D.M., W.H. Romme, D.B. Tinker, M.G. Turner, and M.G. Ryan. 2006. "Carbon storage on landscapes with stand-replacing fires." *BioScience* 56: 598-606.

Kurz, W.A., C.C. Dymond, G. Stinson, G.J. Rampley, E.T. Neilson, A.L. Carroll, T. Ebata, and L. Safranyik. 2008a. "Mountain pine beetle and forest carbon feedback to climate change". *Nature* 452: 987-990.

Kurz, W.A., G. Stinson, G.J. Rampley, C.C. Dymond, and E.T. Neilson. 2008b. Risk of natural disturbances makes future contributions of Canada's forest to the global carbon cycle highly uncertain. Proceedings of the National Academy of Sciences of the United States of America 105: 1551-1555.

Littell, J.S., D. McKenzie, D.L. Peterson, and A.L. Westerling. 2009. " Climate and wildfire area burned in western U.S. ecoprovinces, 1916-2003." *Ecological Applications* 19: 1003-1021.

McKinley, D.C., M.G. Ryan, R.A. Birdsey, C.P. Giardina, M.E. Harmon, L.S. Heath, R.A. Houghton, R.B. Jackson, J.F. Morrison, B.C. Murray, D.E. Pataki, and K.E. Skog. 2011. " A synthesis of current knowledge on forests and carbon storage in the United States." In press. Ecological Applications.

Millar, Constance I., Nathan L. Stephenson, and Scott L. Stephens. 2007. "Climate Change and Forests of the Future: Managing in the Face of Uncertainty." *Ecological Applications* 17(8): 2145-2151.

Mitchell , S.R., M.E. Harmon, and K.E.B. O'Connell. 2009. " Forest fuel reduction alters fire severity and long-term carbon storage in three Pacific Northwest ecosystems." *Ecological Applications* 19: 643-655.

Murray, B.C. 2008. Leakage from an avoided deforestation compensation policy: Concepts, empirical evidence, and corrective policy options. Nicholas Institute for Environmental Policy Solutions, Duke University, Durham, NC. 32p.

North, M., M. Hurteau, and J. Innes. 2009. "Fire suppression and fuels treatment effects on mixed-conifer carbon stocks and emissions". *Ecological Applications*, 19(6), 2009, pp. 1385–1396.

Pregitzer, K.S. and E.S. Euskirchen. 2004. "Carbon cycling and storage in world forests: biome patterns related to forest age." *Global Change Biology* 10: 2052-2077. Available online at: http://www3.interscience.wiley.com/cgi-bin/fulltext/118805398/PDFSTART

Reinhardt, E. and L. Holsinger. 2010. Effects of fuel treatments on carbon-disturbance relationships in forests of the northern Rocky Mountains. Forest Ecol. Manage. (2010), doi:10.1016/j.foreco.2010.01.015.

Running, S.W. 2006. "Is global warming causing more, larger wildfires?" *Science* 313: 927-928.

Ryan, M.G., D.M. Kashian, E.A.H. Smithwick, W.H. Romme, M.G. Turner, and D.B. Tinker. 2008a. Joint Fire Science Program Project Number: 03-1-1-06. Final Report on Carbon cycling at the landscape scale: the effect of changes in climate and fire frequency on age distribution, stand structure, and net ecosystem production. Unpublished report for BLM Agreement/Task Order Number: 1422RAH03-0041 available online at: http://www.firescience.gov/projects/03-1-1-06/project/03-1-1-06_03-1-1-06_final_report.pdf

Ryan, M.G., S.R. Archer, R. Birdsey, C. Dahm, L. Heath, J. Hicke, D. Hollinger, T. Huxman, G. Okin, R. Oren, J. Randerson, and W. Schlesinger. 2008b. Land Resources. In: The effects of climate change on agriculture, land resources, water resources, and biodiversity in the United States. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. Washington, DC., USA. 362 pp. Available online at: http://www.sap43.ucar.edu/documents/SAP_4.3_6.18.pdf

Ryan M.G., M.E. Harmon, R.A. Birdsey, C.P. Giardina, L.S. Heath, R.A. Houghton, R.B. Jackson, D.C. McKinley, J.F. Morrison, B.C. Murray, D.E. Pataki, and K.E. Skog. 2010. A Synthesis of the Science on Forests and Carbon for U.S. Forests. Issues in Ecology, Report Number 13. 17 p.

Savage, M. and J.N. Mast. 2005. " How resilient are southwestern ponderosa pine forests after crown fires?" *Can. J. For. Res.* 35: 967–977.

Strom, B.A. and P.Z. Fulé. 2007. "Pre-wildfire fuel treatments affect long-term ponderosa pine forest dynamics." *International Journal of Wildland Fire* 16: 128-138.

US EPA 2013. Chapter 7. Land Use, Land-Use Change, and Forestry, in Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2011. The entire report is available online at: http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html

Wear, D.N. and B.C. Murray. 2004. " Federal timber restrictions, interregional spillovers, and the impact on US softwood markets." *Journal of Environmental Economics and Management* 47(2): 307-330.

Westerling, A.L. and B.P. Bryant. 2008. Climatic change and wildfire in California. Climatic Change: 87(Suppl. 1): S231-S249.

## Old Growth

Agee, James K 1993. *Fire ecology of Pacific Northwest forests*. Washington, DC: Island Press. 493 p.

Askins, R. A. 2000. Restoring North America's Birds: Lessons from Landscape Ecology. Yale Univeristy Press. 319 pp.

Camp, A.E. 1995. Predicting late-successional fire refugia from physiography and topography. Seattle, WA: University of Washington. 135 p. Ph.D. Dissertation.

Camp, A.E., Oliver, C.D., Hessburg, P.F., and Everett, R.L. 1997. Predicting late-successional fire refugia from physiography and topography. For. Ecol. Manage. 95, 63-77.

Carey, A. B. 1996. "Interactions of northwest forest canopies and arboreal mammals" *Northwest Science*. 70: 72-78.

Casteneda, B. 2004. Kootenai National Forest Considerations for Management of Old Growth USDA Forest Service, Kootenai National Forest, Libby, MT. 61pp.

Chen, Jiquan, J.F. Franklin and T.A. Spies. 1995. "Growing-season microclimatic gradients from clearcut edges into old-growth Douglas-fir forests." *Ecological Applications*, Vol. 5, No. 1 (Feb. 1995) 74-86.

Goward, T. 1994. "Notes on Oldgrowth-dependent Epiphytic Macrolichens in Inland British Columbia, Canada." *Acta Botanica Fennica* 150: 31-8.

Green, P.; Joy, J.; Sirucek, D.; Hann, W.; Zack, A.; Naumann, B. 1992 (errata corrected 02/2005). *Old growth forest types of the Northern Region*. Missoula, MT: U.S. Department of Agriculture, Forest Service, Northern Region. 60 p.

Habeck, J. R. 1988. Old-growth forests in the northern rocky mountains". *Natural Areas Journal* 8(3):202-210.

Harris, L.D. 1984. *The Fragmented Forest: Island Biogeography Theory and the Preservation of Biotic Diversity*. 211 pp.

Helms, J. A., ed. 1998. *The Dictionary of Forestry*. The Society of American Foresters. Bethesda, MD.20814(page 39).

Kootenai Supplement No. 85 to FSM 2432.22 (1991)

Lesica, P., B. McCune, S. V. Cooper, and W. S. Hong. 1991. "Differences in lichen and bryophyte communities between old-growth and managed second-growth forests in the Swan Valley, Montana." *Canadian Journal of Botany*, 69:1745-1755.

Morrison, Michael L., B.G. Marcot, R.W. Mannan. 1992. *Wildlife-Habitat Relationships Concepts and Applications.* The University of Wisconsin Press. Madison, Wisconsin 337 pp.

Pfister, R.D., W.L. Baker, C.E. Fiedler, and J. W. Thomas. 2000. Contract review of old growth management on school trust lands: supplemental bio-diversity guidance 8/02/00. DNRC, State of MT, Helena, MT. 31 pp.

Province of British Columbia. 1995. *Forest practices code guidebook: Biodiversity*. Government Publication Services, Ministry of Forests, Forest Practices Branch, Victoria, BC

Rose, F. 1976. "Lichenological Indicators of Age and Environmental Continuity in Woodlands," *Lichenology: Progress and Problems* edited by D. H. Brown, D. L. Hawksworth, and R. H. Bailey, 279-307. Academic Press, New York, NY.

Russell, William H., J.R. McBride, K. Carnell. 2000. "Edge effects and the effective size of old-growth coast redwood preserves". USDA Forest Service Proceedings RMRS-P-15 Vol. 3. pp. 128-136

Russell, William H., and Cristina Jones. 2001. "The effects of timber harvesting on the structure and composition of adjacent old-growth coast redwood forest, California, USA." *Landscape Ecology* 16: 731-741, 2001.

Tibell, L. 1992. "Crustose Lichens as Indicators of Forest Continuity in Boreal Coniferous Forests," *Nordic Journal of Botany* 12: 427-50.

USDA Forest Service. 2012. Forest Plan Monitoring and Evaluation Report Fiscal Year 2011 Kootenai National Forest. Libby, MT. (Monitoring Item C-7)

USDA Forest Service. 1987. *Kootenai National Forest Plan*, Volume I. USDA Forest Service. Northern Region Missoula, MT.

Zack, A and P. Morgan. 1994. *Fire History on the Idaho Panhandle National Forest*. Unpublished Report. Idaho Panhandle National Forest, Couerd'Alene, Idaho.

## Wildlife

Allen, L., B. Lyndacker, and G. Harris. 2011. A review of the Wakkinen and Kasworm (1997) report as best available science for the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones." Unpublished report. USDA Forest Service, Idaho Panhandle National Forests, Coeur d'Alene, Idaho. 32 p.

Annis, K. (bear management specialist). 2011. Personal Communication to M. Rockwell, wildlife biologist, Three Rivers Ranger District, Troy, Montana. April 13, 2011.

Annis, K. (bear management specialist). 2012. Montana, Fish, Wildlife & Parks spring update for IGBC-CYE Subcommittee. Unpublished report. 2 p.

Aubry, K., S. Wiseley, C. Raley, and S. Buskirk. 2004. "Zoogeography, Spacing Patterns, and Dispersal in Fishers: Insights Gained from Combining Field and Genetic Data." In: Martens and Fishers (Martes) in Human-

Altered Environments: An International Perspective. (New York, New York: Spring Science+Business Media, Inc.), 201-220.

Banci, V. 1994. “Wolverine.” In: The scientific basis for conserving forest carnivores: American marten, fisher, lynx, and wolverine in the western United States. General Technical Report RM-254. Fort Collins, CO: USDA Forest Service Rocky Mountain, Forest and Range Experiment Station. 184 pp.

Barney. D. 1999. Growing western huckleberries. University of Idaho, Moscow, Idaho, 28 p.

Bate, L. and M. Wisdom. 2004. Snag resources in relation to roads, and other indices of human access on the Flathead National Forest (Revised). USDA Forest Service, Pacific Northwest Research Station, La Grande, OR. 28 p.

Bartelt, P., and C. Peterson. 1994. Riparian habitat utilization by western toads (*Bufo boreas*) and spotted frogs (*Ranapretiosa*) on the Targhee National Forest. Unpublished report. Idaho State University and Idaho Museum of Natural History. 54 p.

Bertram, T., and J. Claar. 2008. Horizontal cover: Interim guidance for assessing multi-storied stands within lynx habitat. Unpublished report. USDA Forest Service Northern Region, Missoula, MT. 3 p.

Bollenbacher, B., R. Bush, and R. Lundberd. 2009. Estimates of snag densities for western Montana MT forests in the Northern Region. Unpublished Report. USDA Forest Service, Northern Region, Missoula, Montana. 53 p.

Bradley, L., J. Gude, N. Lance, K. Laudon, A Messer, A. Nelson, G. Pauley, M. Ross, T. Smucker, and J. Steuber. 2013. Montana gray wolf conservation and management 2012 annual report. Montana Fish, Wildlife & Parks. Unpublished Report, Helena, Montana. 55 p.

Bratkovich, A. (wildlife biologist) 2007. Personal communication with Libby Ranger District Wildlife Biologist regarding Kootenai National Forest bird species and neotropical migratory bird classification. USDA Forest Service, Kootenai National Forest, Libby, Montana. November 2007. 1 p.

Brooks, C. 1992. Summary Notes of the Ant Flat Meeting between the U.S. Fish and Wildlife Service and Kootenai National Forest. Kootenai National Forest, Libby, MT. 4 p.

Brown, J., E. Reinhardt, and K. Kramer. 2003. Coarse woody debris: Managing benefits and fire hazard in the recovering forest. General Technical Report RMRS-GTR-105. Fort Collins, CO:USDA Forest Service, Rocky Mountain Research Station. 20 p.

Bull, E. 1987. “Ecology of the pileated woodpecker in northeastern Oregon.” The Journal of Wildlife Management 51(2): 472-481.

Bull, E. 1975. Habitat utilization of the pileated woodpecker, Blue Mountains, Oregon. M.S. Thesis, Oregon State University, Corvallis, Oregon. 68 p.

Bull, E., and R. Holthausen. 1993. “Habitat use and management of pileated woodpeckers in northeastern Oregon.” The Journal of Wildlife Management 57: 335-345.

Bull, E., R. Holthausen, and M. Henjum. 1992. “Roost trees used by pileated woodpeckers in northeastern Oregon.” The Journal of Wildlife Management 56(4): 786-793.

Bull, E., and E. Meslow. 1977. “Habitat requirements of the pileated woodpecker in northeastern Oregon.” Journal of Forestry 75(6): 335-337.

Bull, E., C. Parks, and T. Torgersen. 1997. Trees and logs important to wildlife in the Interior Columbia River Basin. General Technical Report, PNW-GTR-391. Portland, OR: USDA Forest Service, Pacific Northwest Research Station. 55 p.

Bury, R., D. Major, and D. Pilliod. 2000. “Responses of amphibians to fire disturbance in Pacific Northwest forests: A review.” In: The role of fire in nongame wildlife management and community restoration: Traditional uses and new directions. GTR-NE-288. Newtown Square, PA: USDA Forest Service, Northeastern Research Station. p. 34-42.

Bush. 2013. Biological opinion for the revised land and resource management plan (forest plan) for the Kootenai National Forest. USDI Fish and Wildlife Service, Ecological Services Montana Field Office, Helena, Montana, August 28, 2013.

Buterbaugh, G. 1991. Biological opinion, Grouse-Keeler timber sale. USDI Fish and Wildlife Service, Denver, CO. 22 p.

Cassirer, E., C. Groves, and D. Genter. 1994. Coeur d'Alene salamander conservation assessment. USDA Forest Service, Region One, Missoula, MT. 55 p.

Chilton-Radandt, T. (wildlife biologist). 2011. Personal Communication to M. Rockwell, wildlife biologist, Three Rivers Ranger District, Troy, Montana. March 2, 2011.

Christensen, G., and M. Madel. 1982. Cumulative effects analysis process: Grizzly bear habitat component mapping. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, MT. 38 p.

Christensen, G., L. J. Lyon, and J. Unsworth. 1993. Elk management in the Northern Region: Considerations in forest plan updates or revisions. General Technical Report INT-303. Ogden, UT: USDA Forest Service, Intermountain Research Station. 12 p.

Christy, R., and S. West. 1993. Biology of bats in Douglas-fir forests. General Technical Report PNW-GTR 308. Portland, OR: USDA Forest Service, Pacific Northwest Research Station. 28 p.

Claar, J., N. Anderson, D. Boyd, M. Cherry, B. Conard, R. Hompesch, S. Miller, G. Olson, H. Ihsle Pac, J. Waller, T.Wittinger, H. Youmans. 1999. "Carnivores." In: Effects of recreation on Rocky Mountain wildlife: A review for Montana. Committee on Effects of Recreation on Wildlife, Montana Chapter of the Wildlife Society. 307 p.

Clinton, W. 2001. "Responsibilities of federal agencies to protect migratory birds." In: Federal Register (Vol. 66, No. 11), January 17, 2001. Pp. 3853-3856.

Cook, J., L. Irwin, L. Bryant, R. Riggs, and J. Thomas. 1998. "Relations of forest cover and condition of elk: A test of the thermal cover hypothesis in summer and winter." Wildlife Monographs 141: 3-61.

Copeland, J. K. McKelvey, K. Aubry, A. Landa, J. Persson, R. Inman, J. Krebs, E. Lofroth, H. Golden, J. Squires, A. Magoun, M. Schwartz, J. Wilmot, C. Copeland, R. Yates, I. Kojola, and R. May. 2010. "The bioclimatic envelope of the wolverine (Gulo gulo): Do climatic constraints limit its geographic distribution?" Canadian Journal of Zoology, 88: 233-246.

Copeland, J., and R. Yates. 2008. Wolverine population assessment in Glacier National Park: Comprehensive summary update. Unpublished report. USDA Forest Service, Rocky Mountain Research Station, Missoula, MT. 16 p.

Copeland, J., J. Peek, C. Groves, W. Melquist, K. McKelvey, G. McDaniel, C. Long, and C. Harris. 2007. "Seasonal habitat associations of the wolverine in central Idaho." The Journal of Wildlife Management 71(7): 2201-2212.

Corn, P., P. Hendricks, T. Koch, B. Maxell, C. Peterson, and K. Werner. 1998. "Boreal toad (*Bufo boreas boreas*) listing as a sensitive species for all Region 1 forests." Unpublished letter to Members of the Sensitive Species Task Group. 8 p.

DeCesare, N. 2008. Map of Canada lynx movement from research on the Kootenai National Forest. 1 p.

deMaynadier, P., and M. Hunter, Jr. 1998. "Effects of silvicultural edges on the distribution and abundance of amphibians in Maine." Conservation Biology 12(2): 340-352.

DuBois, K. 2010. 2009 bald eagle nesting season summary. Unpublished report. Montana, Fish, Wildlife & Parks, Missoula, Montana. 19 p.

Erickson, J. and S. West. 1996. "Managed Forests in the Western Cascades: The Effects of Seral Stage on Bat Habitat Use Patters." In: Bats and Forests Symposium. (Victoria, British Columbia, Canada: Research Branch, British Columbia Ministry of Forests), 216-227.

ERG. 2012. Wildlife habitat assessment for the Kootenai and Idaho Panhandle Plan Revision Zone (KIPZ). Unpublished Report. Ecosystem Research Group. 13 p. plus appendix.

Fellers, G., and E. Pierson 2002. "Habitat use and foraging behavior of Townsend's big-eared bat (*Corynorhinus Townsendii*) in Coastal California." Journal of Mammalogy 83(1):167-177 11 p.

Franzeb, K., and R. Ohmart. 1978. "The effects of timber harvesting on breeding birds in a mixed-coniferous forest." The Condor 80(4): 431-441.

Frederick, G. 1991. Effects of forest roads on grizzly bears, elk, and gray wolves: A literature review. USDA Forest Service, Kootenai National Forest, Libby, Montana. 53 p.

Graham, R., A. Harvey, M. Jurgensen, T. Jain, J. Tonn, and D. Page-Dumroese. 1994. Managing coarse woody debris in forests of the Rocky Mountains. Research Paper INT-RP-477. Ogden, UT: USDA Forest Service, Intermountain Research Station. 12 p.

Grindal, S. 1996. "Habitat use by bats in fragmented forest." In: Bats and forests symposium. (Victoria, British Columbia: B.C. Ministry of Forests), 260-272.

Grindal, S., and R. M. Brigham. 1999. "Impacts of forest harvesting on habitat use by foraging insectivorous bats at different spatial scales." Ecoscience 6(1): 25-24.

Groves, C., T. Frederick, G. Frederick, E. Atkinson, M. Atkinson, J. Shepherd, and G. Servheen. 1997. "Density, distribution, and habitat of flammulated owls in Idaho." Great Basin Naturalist 57(2): 116-123.

Gruver, J., and D. Kenaith. 2006. Townsend's Big-eared Bat (*Corynorhinus townsendii*):a technical conservation assessment. Unpublished Report. USDA Forest Service, Rocky Mountain Region. 93 p. Available: http://www.fs.fed.us/r2/projects/scp/assessments/townsendsbigearedbat.pdf.

Guscio, C., B. Hossack, L. Eby, and P. Corn. 2008. "Post-breeding habitat use by adult boreal toads (Bufo boreas) after wildfire in Glacier National Park, USA." Herpetological Conservation and Biology 3(1): 55-62.

Guscio, C. 2007. Responses of western toads (*Bufo boreas*) to changes in terrestrial habitat resulting from wildfire. M. S. Thesis, University of Montana, Missoula, Montana. 19 p.

Hagar, J., W. McComb, and W. Emmingham. 1996. "Bird communities in commercially thinned and unthinned Douglas-fir stands of Western Oregon." Wildlife Society Bulletin 24(2):353-366.

Hanauska-Brown, L., L. Bradley, J. Gude, N. Lance, K. Laudon, A. Messer, A. Nelson, M. Ross, and J. Stueber. 2012. Montana gray wolf conservation and management 2011 annual report. Unpublished Report. Montana, Fish, Wildlife & Parks, Helena, Montana. 54 p.

Hannon, S., C. Paszkowski, S. Boutin, J. DeGroot, S. Macdonald, M. Wheatley, and B. Eaton. 2002. "Abundance and species composition of amphibians, small mammals, and songbirds in riparian forest buffer strips of varying widths in the boreal mixed wood of Alberta." Canadian Journal of Forest Resources 32: 1784-1800.

Harestad, A., and D. Keisker. 1989. "Nest tree use by primary cavity-nesting birds in south central British Columbia." Canadian Journal of Zoology 67(4): 1067-1073.

Harms, D. 1990. Summary of Interagency biologist meeting of February 22, 1990: Grizzly bear standards and guidelines. Unpublished Report. USDI Fish and Wildlife Service, Helena, Montana. 20 p.

Harris, R. 1999. Abundance and characteristics of snags in western Montana forests. General Technical Report RMRSGTR-31. Ogden, UT: USDA Forest Service, Rocky Mountain Research Station. 24 p.

Hayward, G., and J. Verner, tech. editors. 1994. Flammulated, Western, and great gray owls in the United States: A technical conservation assessment. Gen. Tech. Rep. RM-253. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 214 p. 3 maps.

Heinemeyer, K. 2012. Central Idaho wolverine and winter recreation research study – project update. Unpublished Report. Project Updates at www.forestcarnivores.org

Heinemeyer, K., and J. Squires. 2012. Idaho wolverine – winter recreation research project: investigating the interactions between wolverines and winter recreation – 2011-2012 progress report. Unpublished Report. Report available at www.forestcarnivores.org

Hendricks, P., K. Jurist, D. Genter, and J. Reichel. 1995. Bat survey of the Kootenai National Forest, Montana: 1994. Unpublished report. Montana Natural Heritage Program, Helena, Montana. 65 p.

Hendricks, P., K. Jurist, D. Genter, and J. Reichel. 1996. Bats of the Kootenai National Forest, Montana. Unpublished report. Montana Natural Heritage Program, Helena, Montana. 99 p.

Hillis, J., M. Thompson, J. Canfield, L. Lyon, C. Marcum, P. Dolan, and D. McCleery. 1991. "Defining elk security: The Hillis Paradigm." In: Proceeding of a symposium on elk vulnerability. (Bozeman, Montana: Montana Chapter of The Wildlife Society), 38-43.

Hornocker, M., and H. Hash. 1981. "Ecology of the wolverine and northwestern Montana." Canadian Journal of Zoology 59: 1286-1301.

Hossack, B., and P. Corn. 2008. "Wildfire effects on water temperature and selection of breeding sites by the boreal toad *(Bufo Boreas)* in seasonal wetlands." Herpetological Conservation and Biology 3(1):46-54.

Hossack, B., and P. Corn. 2007. "Responses of pond-breeding amphibians to wildfire: Short-term patterns in occupancy and colonization." Ecological Applications 17(5): 1403-1410.

Hossack, B., L. Eby, C. Guscio, and P. Corn. 2009. "Thermal characteristics of amphibian microhabitat in a fire-disturbed landscape." Forest Ecology and Management 258: 1414-1421.

Hutto, R., and J. Young. 1999. Habitat relationships of landbirds in the Northern Region, USDA Forest Service. General Technical Report, RMRS-GTR-32. Ogden, UT: USDA Forest Service, Rocky Mountain Research Station. 72 p. IGBC. 1998. Selkirk/Cabinet-Yaak Grizzly Bear Recovery Areas: Interim access management rule set. Unpublished report. Interagency Grizzly Bear Committee, Missoula, Montana. 10 p.

IDFG & Nez Perce Tribe 2012. 2011 Idaho wolf monitoring progress report. Unpublished Report. Idaho Department of Fish and Game, 600 South Walnut, Boise, Idaho; Nez Perce Tribe Wolf Recovery Project, P.O. Box 365, Lapwai, Idaho. 94 pp.

IDFG & Nez Perce Tribe. 2013. 2012 Idaho wolf monitoring progress report. Unpublished Report. Idaho Department of Fish and Game, 600 South Walnut, Boise, Idaho; Nez Perce Tribe Wolf Recovery Project, P.O. Box 365, Lapwai, Idaho. 72 pp.

IGBC. 2013. Meeting notes from December 3, 2013 Selkirk/Cabinet-Yaak Subcommittee meeting. Trout Creek, Montana, 3 p.

IGBC 1998. *Interagency Grizzly Bear Committee Taskforce Report.* Grizzly Bear/Motorized Access Management. 8 p.

IGBC. 1994. *Grizzly bear/motorized access management task force report.* Unpublished report. Interagency Grizzly Bear Committee, Missoula, Montana. 8 p.

IGBC. 1990. CEM – A model for assessing effects on grizzly bears. Unpublished report. Interagency Grizzly Bear Committee, Missoula, Montana. 24 p.

IGBC. 1986. Interagency grizzly bear guidelines. Unpublished report. Interagency Grizzly Bear Committee, Missoula, Montana. 100 p.

ILBT (Interagency Lynx Biology Team). 2013. Canada lynx conservation assessment and strategy. 3rd edition. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication R1-13-19, Missoula, Montana, 128 p.

Illg, C., and G. Illg 1994. "The ponderosa and the flammulated." American Forests, March/April 1994:36-37, 58.

IMI (Inland Maritime Initiative). 2011. Inland Maritime Initiative: Maintaining multi-Species connectivity in a changing climate – 2012 Annual Progress Report. Unpublished Report. Idaho Department of Fish and Game, USDA Idaho Panhandle National Forest, and USDA Forest Service Rocky Mountain Research Station. 20 p.

IMI (Inland Maritime Initiative). 2012. Winter 2012 detections map. Unpublished Report. Idaho Department of Fish and Game, USDA Idaho Panhandle National Forest, and USDA Forest Service Rocky Mountain Research Station. 1 p.

Johnson, W. 2006. Cumulative effects of past projects on wildlife. Unpublished Report. Kootenai National Forest, Libby, Montana. 25 p. plus attachments.

Johnson, W. (Ed.). 2004a. A conservation plan based on the 1987 Kootenai National Forest Land Management Plan as amended. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 17 p. plus appendices.

Johnson, W. (Ed.). 2004b. Wolverine and fisher hierarchical approach to conservation on the Kootenai National Forest. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 8 p.

Johnson, W. 2003. Old growth and pileated woodpecker: Analysis update. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 4 p.

Johnson, W. 2002. Historical access management in a small population of grizzly bear. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 2 p.

Johnson, W. 1999a . Sensitive species status summary: Kootenai National Forest. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 36 p.

Johnson, W. 1999b. Old growth and pileated woodpecker analysis. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 4 p.

Johnson, W., and F. Lamb. 1998. Forest Plan monitoring: Snags. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 4 p.

Jones 1991. Habitat use of fisher in North-central Idaho. A Thesis Presented in Partial Fulfillment of the Requirements for the Degree of Master of Science with a Major in Wildlife Resources in the College of Graduate Studies. University of Idaho. 152 p.

Jones, J., and E. Garton. 1994. “Selection of successional stages by fishers in North-Central Idaho.” In: Martens, sables, and fishers: Biology and Conservation. (Ithaca, New York, Cornell University Press), 377-387.

Kasworm, W. (bear researcher). 2013a. Personal Communication to M. Rockwell, wildlife biologist, Three Rivers Ranger District, Troy, Montana. May 15, 2013.

Kasworm, W. (bear researcher). 2013b. Personal Communication to M. Rockwell, wildlife biologist, Three Rivers Ranger District, Troy, Montana. May 22, 2013.

Kasworm, W., H. Carriles, and T. Radandt. 2004. Cabinet-Yaak Grizzly Bear Recovery Area 2003 research and monitoring progress report. Unpublished report. USDI Fish and Wildlife Service, Missoula, Montana. 62 p.

Kasworm, W., H. Carriles, and T. Radandt. 2003. Cabinet-Yaak Grizzly Bear Recovery Area 2002 research and monitoring progress report. Unpublished report. USDI Fish and Wildlife Service, Missoula, Montana. 53 p.

Kasworm, W., H. Carriles, and T. Radandt. 2000. Cabinet-Yaak Grizzly Bear Recovery Area 1999 research and monitoring progress report. Unpublished report. USDI Fish and Wildlife Service, Missoula, Montana. 48 p.

Kasworm, W., H. Carriles, T. Radandt, T. Teisberg, M. Proctor, and C. Servheen. 2012. Cabinet-Yaak Grizzly Bear Recovery Area 2011 research and monitoring progress report. Unpublished report. USDI Fish and Wildlife Service, Missoula, Montana. 90 p.

Kasworm, W., H. Carriles, T. Radandt, M. Proctor, and C. Servheen. 2011. Cabinet-Yaak Grizzly Bear Recovery Area 2010 research and monitoring progress report. Unpublished report. USDI Fish and Wildlife Service, Missoula, Montana. 78 p.

Kasworm, W., H. Carriles, T. Radandt, M. Proctor, and C. Servheen. 2007. Cabinet-Yaak Grizzly Bear Recovery Area 2006 research and monitoring progress report. Unpublished report. USDI Fish and Wildlife Service, Missoula, MT. 69 pp.

Kasworm, W., and T. Manley. 1990. “Road and trail influences on grizzly bears and black bears in northwest Montana.” In: Bears: Their biology and management. (Victoria, British Columbia, Canada: International Association for Bear Research and Management), 79-84.

Kasworm, W., and T. Manley. 1988. Grizzly bear and black bear ecology in the Cabinet Mountains of northwest Montana. Unpublished report. Montana Fish, Wildlife, & Parks, Helena, Montana. 122 p.

Kasworm, W., T. Radandt, T. Teisberg, M. Proctor, and C. Servheen. 2013. Cabinet-Yaak Grizzly Bear Recovery Area 2012 research and monitoring progress report. Unpublished report, USDI Fish and Wildlife Service, Missoula, Montana 98 p.

KNF Lynx Taskforce. 1997. Lynx conservation strategy Kootenai National Forest. Unpublished report. USDA Forest Service, Kootenai National Forest, Libby, Montana. 6 p.

Kunz, T., and R. Martin. 1982. “*Plecotis townsendii*.” In: Mammalian species. (The American Society of Mammalogists), 1-6.

Laudon, K. 2013 (wolf management specialist). Personal Communication to M. Rockwell, wildlife biologist, Three Rivers Ranger District, Troy, Montana. April 29, 2013.

Lehmkuhl, J., E. Burger, E. Drew, J. Lindsey, M. Haggard, and K. Woodruff. 2007. “Breeding birds in riparian and upland dry forests of the Cascade Range. The Journal of Wildlife Management 71(8): 2632-2643.

Lenard, S., P. Hendricks, and B. Maxell. 2009. Bat surveys of USFS Northern Region lands in Montana: 2007. Unpublished report. Montana Natural Heritage Program, Helena, Montana. 21 p. plus appendices.

Linkhart, B. 2001. Life history characteristics and habitat quality of flammulated owls (*Otus flammeolus*) in Colorado. Ph. D. Dissertation. University of Colorado, Boulder, CO. 221 pages.

Linkhart, B., and R. Reynolds. 1997. Territories of flammulated owls (*Otus flammeolus*): is occupancy a measure of habitat quality? Pages 250-254 in J. R. Duncan, D. H. Johnson, and T. H. Nicholls, editors. Biology and Conservation of owls in the Northern Hemisphere. U.S.D.A. Forest Service General Technical Report NC-190.

Linkhart, B., R. Reynolds, and R.A. Ryder. 1998. “Home range and habitat of breeding flammulated owls in Colorado.” Wilson Bull., 110(3): 342-351.

Lofroth, E., J. Higley, R. Naney, C. Raley, J. Yaeger, S. Livingston, and R. Truex. 2011. Conservation of Fishers (*Martes pennanti*) in South-Central British Columbia, Western Washington, Western Oregon, and California–Volume II: Key Findings From Fisher Habitat Studies in British Columbia, Montana, Idaho, Oregon, and California. USDI Bureau of Land Management, Denver, Colorado, USA.

Lofroth, E., C. Raley, J. Higley, R. Truex, J. Yaeger, J. Lewis, P. Happe, L. Finley, R. Naney, L. Hale, A. Krause, S. Livingston, A. Myers, and R. Brown. 2010. Conservation of fishers (*Martes pennanti*) in South-Central British Columbia, Western Washington, Western Oregon, and California–Volume I. Conservation Assessment. USDI Bureau of Land Management, Denver, Colorado, USA.

Lyon, L. 1985. “Habitat effectiveness for elk as influenced by roads and cover. Journal of Forestry 77(10): 658-660.

Lyon, L. 1983. “Road density models describing habitat effectiveness for elk.” Journal of Forestry 81(9): 592-613.

Lyon, L., T. Lonner, J. Weigand, C. Marcum, W. Edge, J. Jones, D. McCleerey, and L. Hicks. 1985. Coordinating elk and timber management: Final report of the Montana Cooperative Elk-Logging Study 1970-1985. Montana Fish, Wildlife & Parks, Bozeman, Montana. 60 p.

Lyon, L., E. Telfer, D. Schreiner. 2000. “Direct effects of fire and animal responses.” In: Wildland fire in ecosystems: Effects of fire on fauna. General Technical Report, RMRS-GTR-42-vol. 1. Ogden, UT: USDA Forest Service, Rocky Mountain Research Station. 83p.

Mace, R., and J. Waller. 1997. Final report: Grizzly bear ecology in the Swan Mountains, Montana. Unpublished report. Montana Fish, Wildlife & Parks, Helena, Montana. 191 p.

Mace, R., J. Waller, T. Manley, L. Lyon, and H. Zuuring. 1996. "Relationships among grizzly bears, roads, and habitat in the Swan Mountains, Montana. Journal of Applied Ecology 33: 1395-1404.

Magoun, A., and J. Copeland. 1998. "Characteristics of wolverine reproductive den sites." The Journal of Wildlife Management 62(4): 1313-1320.

Maser, C., and J. Trappe (Tech. Eds.). 1984. The seen and unseen world of the fallen tree. General Technical Report, PNW-164. Portland, OR: USDA Forest Service, Pacific Northwest Range and Experiment Station. 56 p.

Maser, C., R. Tarrant, J. Trappe, and J. Franklin (Tech. Eds.). 1988. From the forest to the sea: A story of fallen trees. General Technical Report, PNW-GTR-229. Portland, OR: USDA Forest Service, Pacific Northwest Research Station. 153 p.

Maxell, B. 2000. Management of Montana's amphibians: A review of factors that may present a risk to population viability and accounts on the identification, distribution, taxonomy, habitat use, natural history, and the status and conservation of individual species. Unpublished report. USDA Forest Service, Northern Region, Missoula, Montana. 161 p.

Maxell , B., P. Hendricks, M. Gates, and S. Lenard. 2009. Montana amphibian and reptile status assessment, literature review, and conservation plan. Unpublished report. Montana Natural Heritage Program, Helena, Montana. 643 p.

Maxell, B., J. Werner, P. Hendricks, and D. Flath. 2003. Herpetology in Montana: A history, status summary, checklists ,dichotomous keys, accounts for native, potentially native and exotic species, and indexed bibliography. Society for Northwestern Vertebrate Biology. Olympia, Washington. 140 p.

Mazurek, M. 2004. "A maternity roost of Townsend's big-eared bats (*Corynorhinus Townsendii*) in coast redwood basal hollows in northwestern California." Northwestern Naturalist 85(2): 60-62.

MBEWG. 2010. Montana bald eagle management guidelines: An addendum to Montana bald eagle management plan, 1994. Unpublished report. Montana Bald Eagle Working Group, Montana Fish, Wildlife & Parks, Helena, Montana. 13 p.

MBEWG. 1994. Montana bald eagle management plan. Montana Bald Eagle Working Group, USDI Bureau of Land Management, Billings, Montana. 51 p. plus appendices.

MBEWG. 1991. Habitat management guide for bald eagles in northwestern Montana. Montana Bald Eagle Working Group, USDA Forest Service, Missoula, Montana. 29 p.

McClelland, B. 1979. "The pileated woodpecker in forests of the northern Rocky Mountains. In: The role of insectivorous birds in forest ecosystems: Proceedings of a symposium. (New York, New York: Academic Press, Inc.), 283-299.

McClelland, B. 1977. Relationship between hole-nesting birds, forest snags, and decay in western larch-Douglas-fir forests of the northern Rocky Mountains. Ph. D Dissertation, University of Montana, Missoula, Montana. 246 p.

McClelland, B., S. Frissell, W. Fisher, and C. Halvorson. 1979. "Habitat management for hole-nesting birds in forests of western larch and Douglas-fir." Journal of Forestry 77(8): 480-483.

McClelland, B., and P. McClelland. 1999. "Pileated woodpecker nest and roost trees in Montana: Links with old-growth and forest "health". Wildlife Society Bulletin 27(3): 846-857.

McLellan, B. 1990. "Relationships between human industrial activity and grizzly bears." International Conference on Bear Research and Management 8: 57-64.

McLellan, B., and D. Shackleton. 1989. "Grizzly bears and resource-extraction industries: Habitat displacement in response to seismic exploration, timber harvesting, and road maintenance." Journal of Applied Ecology 26: 371-380.

McMaster, K. 1995. Amended biological opinion on the Kootenai Forest Plan to include an incidental take statement. USDI Fish and Wildlife Service, Helena, Montana. 15 p.

McWethy, D., A. Hansen, and J. Vershuyl. 2010. “Bird response to disturbance varies with forest productivity in the Northwestern United States.” Landscape Ecology 25: 523-549.

Mellen, T., E. Meslow, and R. Mannan. 1992. “Summertime home range and habitat use of pileated woodpeckers in western Oregon.” The Journal of Wildlife Management 56(1): 96-103.

MFWP 1985. Appendix S Coordinating Elk and Timber Management Recommendations From the Final Report of the Montana cooperative Elk-Logging Study 1970-1985. 6 p.

MFWP. 2003. Final environmental impact statement, Montana gray wolf conservation and management plan. Montana Fish, Wildlife & Parks, Helena, Montana. 420 p.

MFWP. 2004a. Amended record of decision, Montana gray wolf conservation and management plan. Montana Fish, Wildlife & Parks, Helena, Montana. 3 p.

MFWP. 2004b. Statewide elk management plan for Montana. Montana Fish, Wildlife & Parks, Helena, Montana. p. 65-129.

Morrison, M., and M. Raphael. 1993. “Modeling the dynamics of snags.” Ecological Applications 3(2): 322-330.

NABCI. 2011. The state of the birds 2011: Report on public lands and waters. North American Bird Conservation Initiative, U.S. Department of the Interior, Washington DC. 48 p.

NABCI. 2009. The state of birds, United States of America, 2009. North American Bird Conservation Initiative, U.S. Department of Interior, Washington DC. 36 p.

NatureServe. 2012. Fisher ecology. Accessed from http://www.natureserve.org/explorer/servlet/NatureServe?sourceTemplate=tabular_report.wmt&loadTemplate=species_RptComprehensive.wmt&selectedReport=RptComprehensive.wmt&summaryView=tabular_report.wmt&elKey=103714&paging=home&save=true&startIndex=1&nextStartIndex=1&reset=false&offPageSelectedElKey=103714&offPageSelectedElType=species&offPageYesNo=true&post_processes=&radiobutton=radiobutton&selectedIndexes=103714&selectedIndexes=101770&selectedIndexes=143329 on December 6, 2012. 5 p.

Pierson, E., M. Wachenhut, J. Altenbach, P. Bradley, P. Call, D. Genter, C. Harris, B. Keller, B. Lengus, L. Lewis, B. Luce,K. Navo, J. Perkins, S. Smith, and L. Welch. 1999. Species conservation assessment and strategy for Townsend’s big-eared bat. Idaho Conservation Effort, Boise, Idaho. 35 p.

PIF (Partners in Flight). 2000. Partners in Flight, Draft Bird Conservation Plan Montana. Version 1.0, 288 p.

Powell, H. 2000. The influence of prey density on post-fire habitat use of the black-backed woodpecker. M.S. Thesis, University of Montana, Missoula, Montana. 99 p.

Powell, R., and W. Zielinski. 1994. “Fisher.” In: The scientific basis for conserving forest carnivores: American marten, fisher, lynx, and wolverine in the western United States. General Technical Report RM-254. Fort Collins, CO: USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Pp. 38-73.

Powers, L.R., A. Danle, P.A. Gaede, C. Rodes, L. Nelson, J.J. Dean, and J.D. May. 1996. “Nesting and food habits of the flammulated owl (*Otus flammeolus*) in South-Central Idaho.” Journal of Raptor Research. 30: 15-20.

Raley, C., E. Lofroth, R. Truex, J. Yaeger, and J. Higley. 2012. “Habitat ecology of fishers in western North America: a new synthesis.” In: Biology and conservation of martens, sables, and fishers: a new synthesis. (Ithaca, New York: Cornell University Press), 231-254.

Reichel, J., and D. Flath. 1995. “Identification guide to the amphibians and reptiles of Montana.” Montana Outdoors 26(3): 15-34.

Renkin, R., W. Gram, D. Fantz, S. Richter, T. Miller, K. Ricke, B. Russell, X. Wang. 2004. “Effects of forest management on amphibians and reptiles in Missouri Ozark forests.” Conservation Biology 18(1): 174-188.

Ruediger, B., J. Claar, S. Gniadek, B. Holt, L. Lewis, S. Mighton, B. Naney, G. Patton, T. Rinaldi, J. Trick, A. Vandehay, F. Wahl, N. Warren, D. Wenger, and A. Williamson. 2000. Canada lynx conservation assessment

and strategy. USDA Forest Service, USDI Fish and Wildlife Service, USDI Bureau of Land Management, and USDI National Park Service. Forest Service Publication #R1-00-53, Missoula, Montana. 142 p.

Ruediger, B. 1994. Wolverine, lynx, and fisher habitat and distribution maps, draft hierarchical approach and draft conservation strategies. Unpublished letter. USDA Forest Service Northern Region, Missoula, Montana. 5 p. plus attachments.

Ruggiero, L., K. Aubry, S.Buskirk, G. Koehler, C. Krebs, K. McKelvey, and J. Squires. 1999. Ecology and conservation of lynx in the United States. General Technical Report RMRS-GTR-30WWW. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station. 474 p. plus appendix.

Ruggerio, L., G. Hayward, J. Squires. 1994. "Viability analysis in biological evaluations: Concepts of population viability analysis, biological population, and ecological scale." Conservation Biology 8(2): 364-372.

Russell, R., V. Saab, J. Dudley, and J. Rotella. 2006. "Snag longevity in relation to wildfire and postfire salvage logging." Forest Ecology and Management 232: 179-187.

Russell, K., D. Van Lear, and D. Guynn, Jr. 1999. "Prescribed fire effects on herpetofauna: Review and management implications." Wildlife Society Bulletin 27(2): 374-384.

Schwartz, M., J. Copeland, N. Anderson, J. Squires, R. Inman, K. McKelvey, K. Pilgrim, L. Waits, and S. Cushman. 2009. "Wolverine gene flow across a narrow climatic niche." Ecology 90(11): 3222-3232.

Schwartz, M. K., T. Ulizio, and B. Jimenez. 2006. U. S. Rocky Mountain Fisher Survey Protocol. USFS Rocky Mountain Research Station, Missoula, MT. 13 pp.

Semlitsch, R. 2000. "Principles for management of aquatic-breeding amphibians." The Journal of Wildlife Management 64(3): 615-631.

Semlitsch, R. 1998. "Biological delineation of terrestrial buffer zones for pond-breeding salamanders." Conservation Biology 12(5): 1113-1119.

Siegel, R., and D. DeSante. 2003. "Bird communities in thinned versus unthinned Sierran mixed conifer stands." The Wilson Bulletin 115(2): 155-165.

Sime, C., V. Asher, L. Bradley, N. Lance, K. Laudon, M. Ross, A. Nelson, and J. Steuber. 2011. Montana gray wolf conservation and management 2010 annual report. Unpublished report. Montana Fish, Wildlife & Parks. Helena, Montana. 127 p. plus appendices.

Sime, C. 2002. Montana wolf conservation and management planning document (draft). Montana Fish, Wildlife & Parks, Helena, Montana. 91 p. plus appendices.

Smith, J. (Ed.). 2000. Wildland fire in ecosystems: Effects of fire on fauna. General Technical Report, RMRS-GTR-42 Vol. 1. Ogden, UT: USDA Forest Service, Rocky Mountain Research Station. 89 p.

Smucker, K., and A. Cilimburg. 2008. Flammulated owl surveys – summary of 2008 results. Unpublished Report. Avian Science Center, Missoula, Montana. 12 p.

Squires, J. (lynx researcher). 2012. Personal Communication to J. Anderson, wildlife biologist, Kootenai National Forest Supervisor's Office, Libby, Montana. September 6, 2012.

Squires, J., N. Decesare, L. Olson, J. Kolbe, M. Hebblewhite. 2013. "Combining resource selection and movement behavior to predict corridors for Canada lynx at their southern range periphery." Biological Conservation 157: 187-195.

Squires, J., N. Decesare, J. Kolbe, and L. Ruggiero. 2010. "Seasonal resource selection of Canada lynx in managed forests of the Northern Rockies." Journal of Wildlife Management 74(8): 1648-1660

Squires, J., N. Decesare, J. Kolbe, and L. Ruggiero. 2008. "Hierarchical den selection of Canada lynx in western Montana." Journal of Wildlife Management 72(7): 1497-1506.

Squires, J., L. Ruggiero, J. Kolbe, and N. Decesare. 2006. Lynx ecology in the Intermountain West – Research program summary. Unpublished Report. USDA Forest Service, Rocky Mountain Research Station, Missoula, Montana. 51 p.

Summerfield, B., W. Johnson, and D. Roberts. 2004. "Trends in road development and access management in the Cabinet-Yaak and Selkirk Grizzly Bear Recovery Zones." Ursus 15(1) Workshop Supplement: 115-122.

Summerfield, R. 1991. Coordinating big game and grizzly bear standards. 2600 letter. USDA Forest Service, Kootenai National Forest, Libby, MT. 4 p.

Thiel, R., S. Merrill, and L. Mech. 1998. "Tolerance by denning wolves, Canis lupus, to human disturbance." Canadian Field-Naturalist 122(2): 340-342.

Thomas, J. (Tech. Ed.). 1979. Wildlife habitats in managed forests, the Blue Mountains of Oregon and Washington. USDA Forest Service Handbook, Agriculture Handbook No. 553. Wildlife Management Institute, Washington D.C. 511 p.

Tincher, D. 2003. Snag levels by VRU and management condition on the Fortine Ranger District. Unpublished report. USDA Forest Service, Fortine Ranger District, Fortine, Montana. 4 p.

Tincher, D. 1998. Estimating snag levels within 200 feet of open roads on the Fortine Ranger District. USDA Forest Service, Fortine Ranger District, Fortine, Montana. 1 p.

Toweill, D., and J. Thomas (Eds.). 2002. North American Elk: Ecology and Management. Smithsonian Institution Press, Washington D.C. 962 pp.

Tobalske, B., R. Shearer, and R. Hutto. 1991. Bird populations in logged and unlogged western larch/Douglas-fir forest in northwestern Montana. Research Paper INT-442. Ogden, UT: USDA Forest Service, Intermountain Research Station. 16 p.

USFS. 2013. Kootenai National Forest fiscal year 12 monitoring and evaluation report. Unpublished Report. USDA Forest Service, Kootenai National Forest, Libby, Mt. 51 p.

USFS. 2012. Fisher monitoring report for the Northern U. S. Rocky Mountains/Region One USFS. Unpublished Report. Missoula, Montana. 3 p.

USFS. 2011a. Final supplemental environmental impact statement, Forest Plan amendments for motorized access management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones. Kootenai, Lolo, and Idaho Panhandle National Forests (Lincoln, Sanders, Bonner, Boundary, and Pend Oreille Counties), Montana, Idaho, and Washington. USDA Forest Service. 447 p.

USFS. 2011b. Record of decision, Forest Plan amendments for motorized access management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones. Kootenai, Lolo, and Idaho Panhandle National Forests (Lincoln,Sanders, Bonner, Boundary, and Pend Oreille Counties), Montana, Idaho, and Washington. USDA Forest Service. 68 p.

USFS. 2011c. Food storage and sanitation special order. Forest Supervisor Order F14-083-L-11. USDA Forest Service,Kootenai National Forest, Libby, Montana. 5 p.

USFS. 2011d. Regional Forester's sensitive species list. USDA Forest Service, Northern Region, Missoula, Montana. 5 p.

USFS. 2008a. Forest Plan monitoring and evaluation reports fiscal year 2007. Unpublished Report. USDA Forest Service, Kootenai National Forest, Libby, Montana. Pp. 36-38.

USFS. 2008b. Landbird species compilation for the Kootenai National Forest. USDA Forest Service, Northern Region Landbird Monitoring Program, Missoula, Montana. 3 p.

USFS. 2007a. Final environmental impact statement, northern Rockies lynx management direction. USDA Forest Service, Northern Region, Missoula, Montana. 534 p.

USFS. 2007b. Record of decision, Northern Rockies Lynx Management Direction. USDA Forest Service, Northern Region, Missoula, Montana. 52 p. plus attachment.

USFS. 2003a. Technical report: Analysis of the management situation for revision of the Kootenai and Idaho Panhandle Forest Plans, March 2003. USDA Forest Service, Kootenai and Idaho Panhandle National Forests, Montana:149p.

USFS. 2003b. Landbird species compilation for the Kootenai National Forest. USDA Forest Service, Northern Region Landbird Monitoring Program, Missoula, Montana. 4 p.

USFS. 1995. Decision notice and finding of no significant impact, inland native fish strategy (INFISH). USDA Forest Service Intermountain, Northern, and Pacific Northwest Regions and USDI Bureau of Land Management. 17 p. plus attachments.

USFS. 1993. Habitat type groups and target stands. Unpublished Report. USDA Forest Service, Kootenai National Forest, Libby, Montana. p. 11.

USFS. 1987. Kootenai national Forest Plan. Available online at: http://www.fs.usda.gov/detail/kootenai/landmanagement/planning?cid=stelprdb534732

USFS and USFWS. 2009. Guide to effects analysis of helicopter use in grizzly bear habitat – Final version September 17, 2009. Unpublished Report. Montana/Northern Idaho Level 1 Terrestrial Biologists Team. 19 p.

USFS and USFWS. 2008. Memorandum of understanding between the U.S. Department of Agriculture Forest Service and the U.S. Fish and Wildlife Service to promote the conservation of migratory birds. USDA Forest Service and USDI Fish and Wildlife Service. Forest Service Agreement #08-MU-1113-2400-264. 13 p.

USFWS. 2013a. “Proposed rule for the revised designation of critical habitat for the contiguous U.S. distinct population segment of the Canada lynx and revised distinct population segment boundary.” In: Federal Register (Vol. 78, No. 187), September 26, 2013, Pp. 59430-59474.

USFWS. 2013b. “Proposed rule to list the distinct population segment of the North American wolverine occurring in the contiguous United States, as a threatened species under the Endangered Species Act.” In: Federal Register (Vol. 78, No. 23), February 4, 2013. Pp. 7864-7890.

USFWS. 2011a. “12-Month finding on a petition to list a distinct population segment of the fisher in its United States Northern Rocky Mountain Range as endangered or threatened with critical habitat.” In: Federal Register (Vol.76, No. 126), June 30, 2011. Pp. 38504-38532.

USFWS. 2011b. “Reissuance of the final rule to identify the northern Rocky Mountain population of gray wolf as a distinct population segment and to revise the list of endangered and threatened wildlife.” In: Federal Register (Vol. 76, No. 87), May 5, 2011. Pp. 25590-25592.

USFWS. 2009. “Final rule to designate critical habitat for the contiguous United States distinct population segment of the Canada lynx (*Lynx canadensis*).” In: Federal Register (Vol. 74, No. 36), February 25, 2009. Pp. 8616-8702.

USFWS. 2008a. “Proposal to revise designated critical habitat for the contiguous United States distinct population segment of the Canada lynx (*Lynx canadensis*).” In: Federal Register (Vol. 73, No. 40), February 28, 2008. Pp. 10860-10896.

USFWS. 2008b. Birds of Conservation Concern. USDI Fish and Wildlife Service, Division of Migratory Bird management, Arlington, Virginia. 85 p.

USFWS. 2007a. National bald eagle management guidelines. Unpublished report. USDI Fish and Wildlife Service. 24 p.

USFWS. 2007b. “Final rule to remove (delist) the bald eagle (*Haliaeetus leucocephalus*) in the lower 48 states of the United States from the federal list of endangered and threatened wildlife.” In: Federal Register (Vol. 72, No. 130), July 9, 2007. pp. 37346-37372.

USFWS. 2006. “Final rule – Designation of critical habitat for the contiguous United States distinct population segment of the Canada lynx.” In: Federal Register (Vol. 71, No. 217), November 9, 2006. Pp. 66008-66016.

USFWS. 2000. “Final rule for the determination of threatened status for the contiguous U.S. distinct population segment of the Canada lynx and related rule.” In: Federal Register (Vol. 65 No. 58.), March 24, 2000. Pp. 16051-16086.

USFWS. 1999. “Proposed rule to remove the bald eagle in the lower 48 States from the list of endangered and threatened wildlife.” In: Federal Register (Vol. 64, No. 128), July 6, 1999. Pp. 36454-36464.

USFWS. 1995. “Final rule to reclassify the bald eagle from endangered to threatened in all of the Lower 48 States.” In: Federal Register (Vol. 60, No. 133), July 12, 1995. Pp.

USFWS. 1993. Grizzly bear recovery plan. USDI Fish and Wildlife Service, Missoula, MT. 181 p.

USFWS. 1987. Northern Rocky Mountain wolf recovery plan. USDI Fish and Wildlife Service, Denver, CO. 119 p.

USFWS and NMFS. 1998. Endangered species consultation handbook: Procedures for conduction consultation and conference activities under section 7 of the Endangered Species Act. USDI Fish and Wildlife Service and National Marian Fisheries Service. Available online at: http://www.fws.gov/endangered/esalibrary/pdf/esa_section7_handbook.pdf

Vinkey, R. 2003. An evaluation of fisher (*Martes pennanti*): Introductions in Montana. M. S. Thesis, University of MT, Missoula, Montana. 97 p.

Wakkinen, W., and W. Kasworm. 1997. Grizzly bear and road density relationships in the Selkirk and Cabinet-Yaak recovery zones for the Interagency Grizzly Bear Committee. Unpublished report. USDI Fish and Wildlife Service and Idaho Department of Fish and Game. Libby, Montana. 28 p.

Weydemeyer,W.,and D.Weydemeyer. 1928. “The woodpeckers of Lincoln County, Montana.” The Condor 30(6): 339-346.

Wielgus, R., and P. Vernier. 2003. “Grizzly bear selection of managed and unmanaged forests in the Selkirk Mountains.” Canadian Journal of Forest Research 33: 822-829.

Wielgus, R., P. Vernier, and T. Schivatcheva. 2002. “Grizzly bear use of open, closed, and restricted forestry roads.” Canadian Journal of Forest Research 32: 1597-1606.

Wilson, R. M. 2011a. Biological opinion, Forest Plan amendments for motorized access management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones. Kootenai, Lolo, and Idaho Panhandle National Forests (Lincoln, Sanders, Bonner, Boundary, and Pend Oreille Counties), Montana, Idaho, and Washington. USDI Fish and Wildlife Service, Helena, Montana. 227 p.

Wilson, R. M. 2011b. Errata to the biological opinion, Forest Plan amendments for motorized access management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones. Kootenai, Lolo, and Idaho Panhandle National Forests (Lincoln, Sanders, Bonner, Boundary, and Pend Oreille Counties), Montana, Idaho, and Washington. USDI Fish and Wildlife Service, Helena, Montana. 4 p.

Wilson, R. 2007. Biological opinion, effects of the northern Rocky Mountains lynx amendment of the distinct population segment of Canada lynx (Lynx canadensis) in the contiguous United States. USDI Fish and Wildlife Service, Helena, Montana. 85 p.

Wilson 2006. Biological Opinion Revett Silver Company’s Rock Creek Copper/Silver Mine Project. 622 p.

Wilson, M. 2001. Letter of concurrence including maps of threatened and endangered species potential distribution on the Kootenai National Forest. USDI Fish and Wildlife Service, Helena, Montana. 2 p. plus attachments.

Wittinger, T. 2004. USFS Region 1 sensitive species list – wildlife (final). USDA Forest Service, Northern Region, Missoula, Montana. 4 p.

Wright, V. 1996. Multi-scale analysis of flammulated owl habitat use: owl distribution, habitat management, and conservation. M.S. Thesis. University of Montana, Missoula, MT. 91 pages

Wright, V., S.J. Hejl, and R.L. Hutto. 1997. Conservation implications of a multi-scale study of flammulated owls (Otus flammeolus) habitat use in the northern Rocky Mountains, USA. Pgs. 506-516 in J. R. Duncan, D. H. Johnson, and T. H. Nicholls, editors. Biology and Conservation of owls of the Northern Hemisphere. USDA Forest Service Gen. Tech. Rep. NC-190.

## Fish

Archer, E.K. and B.B. Roper. 2008. Trend in physical stream habitat attributes in the interior Columbia river basin, from 2001 to 2007. Memo to Regional Foresters Regions 1, 4, and 6 and BLM – MT, ID, OR/WA District Managers.

Hickenbottom, Jennifer A.S. 2001. A comparative analysis of surface erosion and water runoff from existing and recontoured forest service roads: o'brien creek watershed. Lolo National Forest, MT. Master's Thesis, University of Montana, Missoula, MT. 23 pp.

Kershner, J.L. and B.B. Roper. 2010. "An evaluation of management objectives used to assess stream habitat conditions on federal lands within the interior columbia basin. Fisheries." *American Fisheries Society.* l 35( 6): 269 – 278.

MFISH Database. 2013. Montana Fish, Wildlife, and Parks. http://fwp.mt.gov/

Montana State University Agriculture Experiment Station Analytical Laboratory. Memo to Dan Leavell, Report of Analyses for Invoice Number 1,746. Heidi Hickes. Bozeman, MT. Pp. 14.

Obama, B. Executive Order No. 12962. Recreational fisheries as amended by executive order 13474 on September 26, 2008. 3 pp.

USDA, Forest Service. 1987. Kootenai National Forest Plan. USDA Forest Service, Northern Region. Missoula, MT

USDA Forest Service. 2003. Analysis of the management situation for revision of the Kootenai and Idaho Panhandle forest plans. 71 pp.

USDA Forest Service. 1995. Inland native fish strategy environmental assessment decision notice. Attachment A. Intermountain, Northern and Pacific Northwest Regions. 13 pp.

USDA Forest Service. 1997. West yaak environmental assessment. Chapter III – Fisheries section. Kootenai National Forest, Three Rivers Ranger District, Troy, MT. 24 pp.

USDA Forest Service. 2006. Draft region 1 aquatic ecological unit inventory technical guide for wadeable streams. Region 1. Missoula, MT. 152 pp.

USDA Forest Service. 2007. Kootenai National Forest invasive plant management. Record of Decision. Libby, MT. 24 pp.

Walker, Kate and Scott Spaulding. 2011. Summary of fish and aquatic species sensitive species list update. Northern Region Office, Missoula, MT. 10 pp.

Wegner, S. 1999. Monitoring results of watershed restoration activities. Quartz creek – middle Kootenai bull trout recovery area. Wildland Hyrdology. American Water Resources Association. Pp 317 -324.

Wilson, Mark. 2001. Memo to Bob Castaneda, KNF Supervisor regarding consultation areas. USFWS, Helena, MT. 5 pp.

Wilson, Mark. 2010. Federally Listed Fish Species in Region 1 Table. USFWS, Helena, MT. 1 p.

## Water

Administrative Rules of Montana (ARM) 17.30.602 Definitions. 3p.; 17.30.609 Water-use classifications-Kootenai River. 1p.; 17.30.623 B-1 Classification standards. 2p. http://www.mtrules.org/

Black, Tom. 2012. Inventory and modeling the hydro-geomorphic impacts of forest roads on the Middle Fork of the Payette River, Idaho. Presentation at a conference "Resource Roads in British Columbia: Environmental challenges at the site level" held by the Columbia Mountains Institute of Applied Ecology in Revelstoke, BC. 16p.

Booth, Derek B. and C Rhett Jackson. October 1997." Urbanization of aquatic systems—degredation thresholds, stormwater detention, and the limits of mitigation." *Journal of the American Water Resources Association.* 22( 5): 20 p.

USDoD Corp of Engineers. 1986. 33 CFR part 323.4 Discharges not requiring permits. Federal Register 51 FR 41232, Nov. 13, 1986. pp 416-419.

Council on Environmental Quality. 1978. 40 CFR part 1502.25 Environmental review and consultation requirements. 43 FR 55994, Nov. 29, 1978. p 988. http://www.gpo.gov/fdsys/browse/collectionCfr.action?collectionCode=CFR

Executive Order No.11988. Floodplain Management. May 24, 1977., 42 FR 26951. 1p.

Executive Order No. 11990. Protection of Wetlands. May 24, 1977. 42 FR 26961. 1p.

Federal Water Pollution Control Act. 2011. Title 33-Navigation And Navigable Waters-Chapter 26-Water Pollution Prevention And Control-Subchapter III-SEC. 303. [33 U.S.C. 1313] Water Quality Standards and Implementation Plans. As Amended Through Pub.L. 111-378, January 4, 2011. (33 U.S.C. § 1251 et seq.) 7p. http://www.waterboards.ca.gov/laws_regulations/docs/fedwaterpollutioncontrolact.pdf

Foltz, Randy B., K.A.Yanosek, and T.M. Brown. 2007. "Sediment concentration and turbidity changes during culvert removals" *Journal of Environmental Management* 87: 329-340.

Grant, G.E., S.L. Lewis, F.J. Swanson, J.H. Cissel and J.J.McDonnell. 2008. Effects of forest practices on peak flows and consequent channel response: a state-of-science report for western Oregon and Washington. PNW-GTR-760. Portland, OR: USDA Forest Service Pacific Northwest Research Station. 84 p.

Johnson, Steve. March 13, 1991. Clarification of Forest Plan water yield analysis procedure; channel stability/allowable peak flow increase; and protection of lower order tributaries. Internal letter to district rangers. USDA Forest Service. Kootenai N.F. Libby, MT. File code 1950; 2530. 6p.

Jones, J.A. and Grant, G.E. 1996. Peak flow responses to clear-cutting and roads in small and large basins, western Cascades, Oregon. *Water Resources Research* 32 (4): 959-974.

Kootenai National Forest. 2011. Kootenai National Forest BMP tracking-documentation. Summary: 1991-2011. Internal report – Excel spreadsheet. 3p.

Kootenai National Forest. January 2002. Kootenai National Forest - Key consensus - watershed condition evaluation factors. Internal report. 4p.

Madej, M.A. 2001. Erosion and sediment delivery following removal of forest roads. U.S. Geological Survey Western Ecological Research Center, 1655 Heindon Road, Arcata, CA 95521. 24 p.

Montana Code Annotated (MCA) 77-5-3 Streamside Management Zones. 2001. 4p.

Montana Code Annotated (MCA) 75-5-703 Development and implementation of total maximum daily loads. 2013. 2p. http://leg.mt.gov/bills/mca_toc/75_5.htm

Montana Department of Environmental Quality (M DEQ). 2006. Standard operating procedure: water quality assessment process and methods. Appendix A to 303(d) 2000-2004. WQPBWQM-001. Rev# 02. 17p.

Montana Department of Environmental Quality (M DEQ). 2011. Water Quality Standards Attainment Record. Reporting Cycle 2012. Assessment Record MT76B002_080. 29p.

Montana Department of Environmental Quality (M DEQ) and USDA Forest Service – Northern Region. 2008. Memorandum of understanding on fostering collaboration and efficiencies to address water quality impairments on national forest system lands in Montana. 11p.

Montana Department of Natural Resources and Conservation (Montana DNRC) 1995. Montana guide to the streamside management zone law & rules. 36 p.

Montana Department of Natural Resources and Conservation. (Montana DNRC) 2012. Forestry best management practice (BMP) 2012 monitoring report - executive summary. 6p. http://dnrc.mt.gov/forestry/assistance/practices/fpractices.asp

Parrett, Charles and D.R. Johnson. 2004. Methods for estimating flood frequency in Montana based on data through water year 1998. Water Resources Investigations Report 03-4308. USDI Geological Survey, Helena, Montana. 26p.

Pfankuch, Dale .J. 1975. Stream reach inventory and channel stability evaluation. USDA Forest Service/Northern Region, R1-75-002. US Government Printing Office 1978-797.051/31 Region 10, Washington D.C. 26 p.

Rosgen, Dave. 1996. Applied river morphology. Wildland Hydrology. 1481 Stevens Lake Road, Pagosa Springs, Colorado. ch5-p6, ch6-p30, ch8-p9.

Solem, Steve. October 2, 1995. Forest plan water yield guidelines. Internal letter to district rangers. USDA Forest Service. Kootenai N.F. Libby, MT. File code 2500. 2p.

Suplee, Michael and Rosie Sada de Suplee. December 2011. Assessment method for determining wadeable stream impairment due to excess nitrogen and phosphorus levels. Montana Department of Environmental Quality. 70p.

USDA Forest Service. 1974. Forest hydrology, Part II, hydrologic effects of vegetation manipulation. Northern Region, Missoula, Montana. Section 2b – p.22, 39-40. Appendix p.49.

USDA Forest Service. 1987. Kootenai National Forest Plan. Vol. 1. Kootenai National Forest, Libby, MT.

USDA Forest Service. 1987. Kootenai National Forest Plan. Vol. 2. Kootenai National Forest, Libby, MT. Appendix 18: 1-20.

USDA Forest Service. May 1988. Region 1 and Region 4 FSH 2509.22 – Soil and Water Conservation Practices Handbook. 113 p

USDA Forest Service.1995. Decision notice and finding of no significant impact for the inland native fish strategy. Interim strategies for managing fish-producing watersheds in eastern Oregon and Washington, Idaho, western Montana and portions of Nevada. USDA Forest Service, Northern, Intermountain and Pacific Northwest Regions. 38 p.

USDA Forest Service. 2013. Hellroaring Fat Tire plan of operations. Decision Memo. August 2013. Three Rivers Ranger District, Kootenai National Forest, Troy, MT. 14 p.

USDA Forest Service. 2007. Kootenai National Forest invasive plant management. Record of Decision. Libby, MT. 37 p.

USDA Forest Service and USDI Bureau of Land Management, 2001. Off-highway vehicle record of decision for Montana, North Dakota and portions of South Dakota. Missoula, MT.

USDI Geological Survey. 2013. Montana flood frequency and basin characteristic data: 12304250 Whitetail Creek near Yaak, MT. Retrieved 9/24/2013 from http://mt.water.usgs.gov/freq?page_type=site&site_no=12304250.

Wemple, B.C., J.A. Jones and G.E. Grant. 1996. Channel network extension by logging roads in two basins, western Cascades, Oregon. *Water Resources Bulletin AWRA* 32( 6): 13 p.

## Soils

Brown, J.K. 1974. Handbook for inventorying down woody material. General Technical Report INT 16. Ogden, Utah: USDA Forest Service, Intermountain Forest and Range Experiment Station.. 24 p.

Froehlich, H.A., R.W. Robbins, D.W.R. Miles, and J.K. Lyons. 1983. Monitoring recovery of compacted skid trails in central Idaho. Soil Monitoring Project Report on Payette National Forest and Boise Cascade Lands. Payette NF, McCall, ID. 58 p.

Froehlich, H.A. and D.H. McNabb. 1983. Minimizing Soil Compaction in Pacific Northwest Forests. In *E.L. Stne (Ed.) Forest Soils and Treatment Impacts*, Proc. of 6th North Am. For. Soils Conf., Knoxville, TN: U of TN Conf., pp. 159-192.

Gier, J. 2013. Tracking ash cap soils on the Kootenai National Forest (1988-2013). Powerpoint presentation at Western Forestry and Conservation Association conference "Volcanic-derived Soils of the Pacific Northwest" in Couer d'Alene, Idaho on November 15, 2013.

Gier, J., L. Kuennen, and K. Kindel. 2009. Forest soil disturbance NEPA consistency on the KNF. Internal document. 2p. 3/11/2009

Graham, R.T., A.E. Harvey, M.F. Jurgensen, T.B. Jain, J.R. Tonn, and D.S. Page-Dumroese. 1994. "Recommendations for managing coarse woody debris in forests of the Rocky Mountains", INT-RP-477. Ogden, UT; USDA, Forest Service, Intermountain Research Station.13 p.

Johnson, L.R., D. Page-Dumroese, and H. Han. 2007. Effects of machine traffic on the physical properties of ash-cap soils. In volcanic-ash-derived forest soils of the Inland Northwest: properties and implications for management and restoration. 9-10 November 2005. Coeur D'Alene, ID. Proceedings RMRS-P-44; Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station. p. 69-82.

Kootenai National Forest. October 2000. Forest assessment of major fires 2000, Appendix E: fire effects on soils. 10 p.

Kootenai National Forest. August 2011a. Forest plan monitoring and evaluation report fiscal year 2010. USDA Forest Service. p. 33-39.

Kootenai National Forest. 2011b. *Kootenai National Forest BMP tracking-documentation*. Unpublished report Summary: 1991-2011.. 3 p.

Korb, J.E., N.C. Johnson and W.W. Covington. 2004." Slash pile burning effects on soil biotic and chemical properties and plant establishment: recommendations for amelioration". *Restoration Ecology* 12(1): 52-62.

Kuennen, L. 2006. Appendix C: average disturbance by activity for years 1988-2005. Kootenai National Forest. Internal report. 3 p.

Kuennen, L. 2007. Thirty-five years of studying, learning about, and interpreting soil on the Kootenai National Forest. Internal report. 19 p.

Miller, R.E., S.R. Colbert, and L.A. Morris. 2004. "Effects of heavy equipment on physical properties of soils and on long-term productivity: a review of the literature and current research." Technical Bulletin No. 887. National Council for Air and Stream Improvement, Inc.

Multiple-Use Sustained Yield Act of 1960. Public Law 86–517; Approved June 12, 1960; as Amended through December 31,1996, P.L. 104-333.

National Forest Management Act of 1976. Approved October 22,1976 (P.O. 94-588, 90 Stat. 2949, as amended; 16 U.S.C).

Neary, D.G., C.C. Klopatek, C.C. DeBano, L.F. and P.F. Folliott. 1999. Fire effects on below ground sustainability: a review and synthesis.*: Forest Ecology and Management* 122: 51-71.

Page-Dumroese, D., M. Jurgensen, W. Elliot, T. Rice, J. Nesser, T. Collins and R. Meurisse. 2000. Soil quality standards and guidelines for forest sustainability in northwestern North America. Forest Ecology and Management 138. Elsevier Science B.V. p. 445-462.

Powers, R.F., F.G. Sanchez, D.A. Scott, and D. Page-Dumroese. 2004. "The North American long-term soil productivity experiment: coast-to coast findings from the first decade." Proceedings RMRS-P-34. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station, pp. 191-206.

Schnepf, C., R.T. Graham, S. Kegley, and T.B. Jain. 2009. "Managing organic debris for forest health: reconciling fire hazard, bark beetles, wildlife, and forest nutrition needs". PNW 609. A Pacific Northwest Extension Publication. University of Idaho, Oregon State University and Washington State University. 66 p.

Sheley, R.L., and J.K. Petroff, ed. 1999. Biology and management of noxious rangeland weeds.1999. (Corvallis, OR: Oregon State University Press), 4-5.

USDA Forest Service. 1987 Kootenai National Forest Plan.Vol. 1.USDA Forest Service Northern Region Missoula, MT. pp. 7-8; 23-24.

USDA Forest Service. May 1988. Region 1 and Region 4 FSH 2509.22 – Soil and Water Conservation Practices Handbook. 113 p.

USDA Forest Service.11/12/1999. FSM 2500 – Watershed and Air Management, R-1 Supplement 2500-99-1. 6 p.

USDA Forest Service Northern Region. April 2007. Kootenai National Forest invasive plant management. Record of Decision. 37 p.

USDA Forest Service Pacific Northwest Research Station and USDI Bureau of Land Management. June 1997. An assessment of ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins. PNW-GTR-405. Volume I:203-207.

USDA Forest Service and Natural Resources Conservation Service. 1995. Soil Survey of Kootenai National Forest Area, Montana and Idaho. 249 p.

Zdanowicz,C.M and G.A. Zielinski and M.S. Germani. 1999. Mount Mazama eruption: calendrical age verified and atmospheric impact assessed. Geological Society of America. *Geology* 27: 621:624.

## Noxious Weeds

Bais, Harsh P., Ramarao Vepachedu, Simon Gilroy, Ragan M. Callaway, Jorge M. Vivanco. 2003. Allelopathy and Exotic Plant Invasion: from molecules and genes to species interactions. *Science* 301: 1377-1380.

Duncan, Celestine; Jim Story; Roger Sheley. 2001. Montana Knapweeds: Identification, Biology, and Management. MSU Extension Service. 15 pages. (Available online 12/14/2011 http://www.sheepinstitute.montana.edu/articles/eb311.html )

Gayton, Don; Val Miller. 2012. Impact of Biological Control on Two Knapweed Species in British Columbia. *Journal of Ecosystems and Management* 13(3):1-14. Published by FORREX Forum for Research and Extension in Natural Resources.

Keane, Ryan M.; Michael J. Crawley. 2002. Exotic plant invasions and the enemy release hypothesis. *TRENDS in Ecology and Evolution*,17(4) (Available online 12/14/2011 http://www.sciencedirect.com/science/article/pii/S0169534702024990 )

USDA Forest Service. 2007. Kootenai National Forest Invasive Plant Management. Record of Decision. April 2007. Kootenai National Forest. Libby, MT 31p.

Kuennen L. 2007. *Thirty-five Years of Studying, Learning About, and Interpreting Soil on the Kootenai National Forest*.. Unpublished Report. USDA Forest Service. Kootenai National Forest, Libby, MT. pp.19

Lacey, John R.; Clayton B. Marlow. 1990. Effects of Spotted Knapweed on Soil Erosion. TechLine January 1990. (available online 12/14/2011 http://www.techlinenews.com/TLJanuary1990.pdf )

Loomis, Eli S.; and Lila Fishman. 2009. A Continent-Wide Clone: Population Genetic Variation of the Invasive Plant *Hieracium aurantiacum* (Orange Hawkweed; *Asteraceae*) In North America. *Int. J. Plant Sci*. 170(6):759-765 (available online 12/14/2011 http://dbs.umt.edu/research_labs/fishmanlab/documents/LoomisFishman2009.pdf )

Makepeace, W., A. T. Dobson. 1985. Interference phenomena due to mouse-ear and king devil hawkweed. *New Zealand Journal of Botany* 23: 79-90.

McDougall, Keith; Michael Michelmore. 2009. Hawkweed a looming new curse in the Alps. Agriculture Today February 2009. 3 pages. (Available online 12/14/2011 http://www.dpi.nsw.gov.au/__data/assets/pdf_file/0006/265632/Agriculture-today-february-2009.pdf )

Meurisse, Robert T. 1996. Soil Quality and Health – Some applications to forest ecosystems. Pages 65-76. IN National Cooperative Soil Survey, Western Regional Soil Survey Conference Proceedings; Bozeman, Montana, June 2-7, 1996. 996 pages.

Muller H., D. Schroeder, and A. Gassmann. 1988. *Agapeta zoegana* (L.) (*Lepidoptera: Cochylidae*), a suitable prospect for biological control of spotted and diffuse knapweed, *Centaurea maculosa* Monnet de la Marck and *Centaurea diffusa* Monnet de la Mark (*Compositae*) in North America. *Can. Ent*. 120: 109-124.pp. 16.

Murphy, Stephen D.; Lonnie W. Aarssen. 1995. In Vitro Allelopathic Effects of Pollen from Three *Hieracium* Species (*Asteraceae*) and Pollen Transfer to Sympatric *Fabaceae*. *American Journal of Botany* 82(1) pp. 37-45. (available online 12/14/2011 http://www.jstor.org/stable/2445784 )

Rees, Norman F.; Paul C. Quimby, Jr.; Gary L. Piper; Eric M. Coombs; Charles E. Turner; Neal R. Spencer; Lloyd V. Knutson. 1996. *Biological Control of Weeds in the West*. Western Society of Weed Science in cooperation with USDA Agricultural Research Service, Montana Department of Agriculture, Montana State University. Pages unnumbered; referenced spotted knapweed, *Agapeta zoegana*, *Cyphocleonus achates*, *Larinus minutus*, *Urophora affinis*, *Urophora quadrifaciata*, Canada thistle, *Ceutorhynchus litura*, and *Urophora cardui*.

Sheley, R. and Janet Petroff. 1999. Biology and Management of Noxious Rangeland Weeds. Oregon State University Press. Pages 238-248, 282-289, 350-361, 372-381.

Sturdevant, Nancy. 2001. Biological Control of Knapweed; Forest Health Progress Report. Letter to Knapweed Cooperators. Unpublished Report. USDA Forest Service. 6 pages.

Sturdevant, Nancy; Sandy Kegley; Yvette Ortega; Dean Pearson. 2006. Evaluation of Establishment of *Cyphocleonus achates* and its Potential Impact on Spotted Knapweed. USDA Forest Service, Forest Health Protection Numbered Report 06-08, July 2006. 9 pages.

Taylor, Kimberly; Lisa J. Rew. 2011. Weed Seed Dispersal by Vehicles, Montana State University Extension MontGuide,. 4 pages. (Available online 12/14/2011 http://www.msuextension.org/publications/AgandNaturalResources/MT201105AG.pdf)

Tisdale, E. W., M. Hironaka, and W. L. Pringle. 1959. Observations on the Autecology of *Hypericum perforatum*. Forest, Wildlife and Range Experiment Station, University of Idaho, Moscow, Idaho. *Ecology* 40(1): 54-62.

Trunkle, Phil; Pete Fay. 2010. Transportation of Spotted Knapweed Seeds by Vehicles. Montana State University Department of Plant and Soil Science. One page. (Available online 12/14/2011 http://www.mtweed.org/library/wp-content/uploads/2010/01/transport-s-knapweed-seeds-vehicles.pdf)

USDA Forest Service. 1998b. Wood Rat Environmental Assessment, Three Rivers District, Kootenai National Forest. Troy, MT pg. ???

USDA Forest Service. 2001. Forest Service Manual (FSM) 2080 (USDA 2001) has been replaced by FSM 2900 (USDA 2011)

USDA Forest Service. 2003. Kootenai National Forest. Forest Plan Monitoring and Evaluation Report Fiscal Year 2002; September 2003. 64 pages.

USDA PLANTS Database, 2011. (available online 12/14/2011 http://plants.usda.gov/java)

USDA Forest Service. 2011. Forest Service Manual 2900.

Wilson, Linda, and Carol Bell Randall. 2005. Biology and Biological Control of Knapweed; third edition. USDA Forest Service-Forest Health Technology Enterprise Team. 110 pages.

## Proposed, Threatened, Endangered and Sensitive Plants

Cooper, Stephen V.: Neiman; Steele, Robert; Roberts, David W. 1991. Forest habitat types of northern Idaho: a second approximation. Gen. Tech. Rep. INT-236. Ogden UT: USDA Forest Service, Intermountain Research Station. 135p.

Gautreaux, R. 1999. *Vegetation Response Unit Characterizations and Target Landscape Prescriptions*. USDA Forest Service. NFMA Report. Kootenai National Forest, Supervisor's Office. Libby, Montana.

Hitchcock, C. L., and A. Cronquist. 1973. Flora of the Pacific Northwest. University of Washington Press. P. 496.

Keane, R.E. and S.F. Arno. 1993. Rapid decline of whitebark pine in Western Montana: Evidence from 20-year remeasurements. Western Journal of Applied Forestry 8:44–47.

Keane, R. E. and R. A. Parsons. 2010. Restoring Whitebark Pine Forests of the Northern Rocky Mountains, USA. Ecological Restoration 28:1.

Keane, Robert E.; Tomback, D.F.; Aubry, C.A.; Bower, A.D.; Campbell, E.M.; Cripps, C.L.; Jenkins, M.B.; Mahalovich, M.F.; Manning, M.; McKinney, S.T.; Murray, M.P.; Perkins, D.L.; Reinhart, D.P.; Ryan, C.; Schoettle, A.W.; Smith, C.M. 2012. A range-wide restoration strategy for whitebark pine (Pinus albicaulis). Gen. Tech. Rep. RMRS-GTR-279. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 108 p.

Leavell, D. 1993. Conservation Assessment for Thelypteris Phegopteris, Kootenai National Forest. USDA Forest Service. P. 6-7.

Montana Natural Heritage Program. 2013. On-line Rare Plant Field Guide. http://nris.state.mt.us/mtnhp/plants/index

Shotzberger , D. 2013. Draft Whitebark Pine Restoration Strategy for the Kootenai National Forest. USDA Forest Service. P. 7.

Smith, Jane Kapler; Fischer, William C. 1997. Fire ecology of the forest habitat types of northern Idaho. Gen. Tech. Rep. INT-GTR-363. USDA, Forest Service, Intermountain Research Station. 142 p.

U. S. Forest Service. 2006. Kootenai National Forest Sensitive Plant Field Guide.

U. S. Forest Service. 2011. Updated Northern Region Sensitive Species List. http://fsweb.r1.fs.fed.us/wildlife/wwfrp/TESnew.htm

Vanderhorst, J. 1997. Conservation assessment of sensitive moonworts (***Botrychium*** subg. ***Botrychium***) on the Kootenai National Forest. Montana Natural Heritage Program, Helena, MT. P. 1-82.

## Fire/Fuels

Agee, J.K. 1993. *Fire Ecology of Pacific Northwest Forests*. Island Press, Washington, DC. 493 p.

Agee, J.K. 2002. “Fire behavior and fire-resilient forests.” In S. Fitzgerald (ed.), *Fire in Oregon’s Forests: Risks, Effects, and Treatment Options*. (Portland, OR: Oregon Forest Resources Institute), 119-126.

Agee, J.K. and C. N. Skinner 2005. “Basic Principles of Forest Fuel Reduction Treatments”. *Forest Ecology and Management* 211: 83-96

Albini, F. and R.G. Baughman. 1979. Estimating windspeeds for predicting wildland fire behavior. Res. Pap. INT-221. Ogden, UT: U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 92 p.

Andrews, Patricia L. 2009. BehavePlus fire modeling system, version 5.0: Variables. Gen. Tech. Rep. RMRS-GTR-213WWW Revised. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 111 p. http://www.fs.fed.us/rm/pubs/rmrs_gtr213.pdf

Arno, S. F., & Brown, J. K. 1991. “Overcoming the paradox in managing wildland fire.” *Western Wildlands* 171: 40-46.

Bostwick, P, J. Menakis, and T. Sexton. 2011. *How fuel Treatments Saved Homes from the 2011Wallow Fire*. Unpublished report. USDA Wildland Fire Lessons Learned Center, National Advanced Fire & Resource Institute, Tucson, Arizona. 14 p. https://higherlogicdownload.s3.amazonaws.com/WILDFIRELESSONS/Wallow_Fuel_Treatment_Effectiveness.pdf?AWSAccessKeyId=AKIAJH5D4I4FWRALBOUA&Expires=1388094223&Signature=yux%2BudkP7WFiYMHklK7Au0MXjLE%3D

Brown, James K.; Smith, Jane Kapler, eds. 2000. Wildland fire in ecosystems: effects of fire on flora. Gen. Tech. Rep. RMRS-GTR-42-vol. 2. Ogden, UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 257 p.

Brown, J.K., S.F. Arno, S.W. Barrett S.W. and J.P. Menakis. 1994. “Comparing the Prescribed Natural Fire Program With Presettlement Fires in the Selway-Bitterroot Wilderness”. *International Journal of Wildland Fire.* 4:157-168

Brown, J. K. 1995. “Fire Regimes and their relevance to ecosystem management.” In Proceedings of Society of American

Estes, B.L., E.E. Knapp, C.N. Skinner, and F.C.C. Uzoh. 2012. “Seasonal Variation in Surface Fuel Moisture Between Thinned and Unthinned Mixed Conifer Forest, Northern California, USA.” *International Journal of Wildland Fire* 21: 428-435.

Graham, R.T., A.E. Harvey, T.B. Jain, and J.R. Tonn. 1999. "The effects of thinning and similar stands treatments on fire behavior in western forests." General Technical Report PNW-GTR-46.3. Portland, OR : USDA Forest Service, Pacific Northwest Research Station. 36 pp.

Graham, R. T., S. McCaffrey, T.B. Jain. 2004. " Science Basis for Changing Forest Structure to Modify Wildfire Behavior and Severity." Gen. Tech. Rep. RMRS-GTR-120. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station. 43 pp.

Graham, R. T., T. B. Jain, M. Loseke. 2009. " Fuel Treatments, Fire Suppression, and Their Interactions with Wildfire and its Effects: The Warm Lake Experience During the Cascade Complex of Wildfires in Central Idaho, 2007." RMRS-GTR-229. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station. 44 pp.

Harbert, S., H. Hudak, L. Mayer, T. Rich, and S. Robertson. 2007. "An Assessment of Fuel Treatments on Three Large 2007 Pacific Northwest Fires." A report to Fire Directors Ken Snell and Carl Gossard USDA Forest Service. http://www.forestsandrangelands.gov/success/stories/2007/documents/pnw-fuel-treatment-effectiveness-assessment-2007.pdf Last accessed 12/19/13. 51 pgs.

Hudak, A. T., I. Rickert, P. Morgan, E. Strand, S. A. Lewis, P. R. Robichaud, C. Hoffman, and Z.A. Holden. 2011. "Review of Fuel Treatment Effectiveness in Forests and Rangelands and a Case Study From the 2007 Megafires in Central Idaho USA." RMRS-GTR-252. Fort Collins, CO: USDA Forest Service, Rocky Mountain Research Station. 65 pp.

Keane, R. E., K.C. Ryan, T.T. Veblen, C.D. Allen, J. Logan, and B. Hawkes. Cascading Effects of Fire Exclusion in Rocky Mountain Ecosystems: A Literature Review. USDA, RMRS-GTR-91. 24pgs.

Lincoln County Community Wildfire Protection Plan 2005. http://fsweb.kootenai.r1.fs.fed.us/staffs/fire/LincolnCountyFirePlan2005.pdf Accessed 12/19/13

Mooney, C. 2010. Fuelbreak Effectiveness in Canada's Boreal Forests: A Synthesis of Current Knowledge. Http://scholar.googleusercontent.com/scholar?q=cache:HCKgWcHeIHAJ:scholar.google.com/+Fuelbreak+Effectiveness+in+Canada%E2%80%99s+Boreal+Forests:+A+Synthesis+of+Current+Knowledge&hl=en&as_sdt=0,27 Last accessed 12/19/13.

Mutch, R. W. 1994. " Fighting fire with prescribed fire-a return to ecosystem health." *J. For*. 92(11):31-33.

Neary, Daniel G.; Ryan, Kevin C.; DeBano, Leonard F., eds. 2005. (revised 2008). Wildland fire inecosystems: effects of fire on soils and water. Gen. Tech. Rep. RMRS-GTR-42-vol.4. Ogden ,UT: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 250 p.

Omi, Philip N., Martinson, Erik J., Chong, Geneva W. 2006. Effectiveness of Pre-Fire Fuel Treatments. JFSP Project 01-2-1-07. Final report submitted to the Joint Fire Science Program Governing Board. Colorado State University, Fort Collins. 29 p.

Peterson, David L.; Johnson, Morris C.; Agee, James K.; Jain, Theresa B.; McKenzie, Donald; Reinhardt, Elizabeth D. 2005. " Forest structure and fire hazard in dry forests of the Western United States". Gen. Tech. Rep. PNW-GTR-628. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 30 pp.

Pollet, J. and P.N. Omi. 2002. " Effect of Thinning and Prescribed Burning on Crown Fire Severity in Ponderosa Pine Forests". *Int. J. Wildland Fire* 11:1-10

Raymond, C. L. and D. L. Peterson 2005. " Fuel Treatments Alter the Effects of Wildfire in a Mixed-Evergreen Forest, Oregon, USA." *Can. J. For. Res*. 35: 2981-2995.

Rothermel, R. C. 1983. How to Predict the Spread and Intensity of Forest and Range Fires. Gen. Tech. Rep. INT-143. 161 p.

Rothermel, R. 1991. Predicting behavior and size of crown fires in the northern Rocky Mountains. , Research Paper INT-438.Ogden, UT: USDA Forest Service, Intermountain Research Station, 46 pp.

Safford, H. D., D. A. Schmidt, C. H. Carlson 2009. " Effects of Fuel Treatments on fire severity in an area of wildland-urban interface, Angora Lake, Tahoe Basin, California." *Forest Ecology and Management* 258: 773-787.

Scott, J. H. and Reinhardt, E.D. 2001. Assessing crown fire potential by linking models of surface and crown fire behavior. Research Paper RMRS-RP-29 . Fort Collins, CO: USDA Forest Service Rocky Mountain Research Station. 66 pp.

Scott, J.H. and Burgan, R.E. 2005. Standard Fire Behavior Fuel Models: A Comprehensive Set for Use with Rothermel's Surface Fire Spread Model. Gen. Tech. Rep. RMRS-GTR-153. 80 pgs.

Stratton R. 2004. " Assessing the Effectiveness of Landscape Fuel Treatments on Fire Growth and Behavior." *J. of Forestry* 102:7

Stratton R. 2006. Guidance on Spatial Wildland Fire Analysis:Models, Tools, and Techniques USDA Forest Service Gen. Tech. Rep. RMRS-GTR-183. 15 p.

Stephens, S. L., J. D. McIver, R. E. J. Boerner, C. J Fettig, J. B. Fontaine, B. R. Hartsough, P. L. Kennedy, and D. W. Schwilk 2012. The Effects of Forest Fuel-Reduction Treatments in the United States. Bioscience 62:6. Pgs 549-560.

USDA Forest Service. 1987. Kootenai National Forest Plan.

USDA Forest Service. 2013. Kootenai National Forest Fire Management Plan. Section III p. 18

USDA and USDI. 2000. National Fire Plan. http://www.forestsandrangelands.gov/ Accessed 12/19/13

USDA and USDI. 2002. A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment: 10-Year Comprehensive Strategy Implementation Plan http://www.forestsandrangelands.gov/resources/plan/documents/7-19-en.pdf Accessed 12/26/13

Van Wagtendonk, J. W. 1996. Use of a Deterministic Fire Growth Model to Test Fuel Treatments. Sierra Nevada Ecosystem Project: Final Report to Congress, Vol. II, Assessments and Scientific Basis For Management Options. Davis: University of California, Centers for Water and Wildland Resources. 12 pp.

Weatherspoon, C. P. 1996. Fire-Silviculture Relationships in Sierra Forests. Sierra Nevada Ecosystem Project: Final Report to Congress, Vol. II, Assessments and Scientific Basis For Management Options. Davis: University of California, Centers for Water and Wildland Resources. 11 pp.

Zweifel, M. 2005. Report Excavations at Archaeological Site 24LN1478. Unpublished Technical Report for the Kootenai National Forest, Libby, Montana.

## Air Quality

Barrows, Sandberg, and Hart, 1977. Lightning fires in northern Rocky Mountain Forest. USDA: Intermountain Forest and Range Experimental Station and the Department of Forest and Wood Sciences, Colorado State University. 1977 p.31

Carlin, James 2008. Libby, Montana, PM-2.5 Annual Standard 2005 PM-2.5 Emission Inventory. Montana DEQ report, Helena, MT. Accessed 1/7/14. http://deq.mt.gov/search.mcpx?cx=013380590290877010950%3Aktunnrc3e7a&cof=FORID%3A11&ie=UTF-8&q=libby+emissions

Environmental Protection Agency. Compilation of Air Pollutant Emission Factors, Stationary Point and Area Sources http://www.epa.gov/ttn/chief/ap42/ Last accessed on 1/7/14.

Hall, J. A. 1972. Forest Fuels, Prescribed Fire, and Air Quality. Pacific Northwest Forest and Range Experiement Station. USDA Forest Service. Portland, OR.

USDA Forest Service. Kootenai National Forest Forest Plan, II-26

Ward, T.J., Rinehart, L.R., and Lange, T 2006. The 2003/2004 Libby, Montana PM 2.5 Source Apportionment Research Study. Aerosol Science and Technology. Vol. 40: 166-177. 2006.

Ward, D. E. and C.C. Hardy 1991. "Smoke Emissions From Wildland Fires." *Environmental International*, Vol17, p117-134.

Ward, D. E., C.K. McMahon, and R.W. Johanson 1976. An Update on Particulate Emissions from Forest Fires. Paper 67-2.2, Portland, OR 15p.

## Inventoried Roadless Areas

USDA Forest Service. 1987. Kootenai National Forest Plan. Vol. 1. USDA Forest Service Region 1.

USDA Forest Service Handbook. 2007. Land Management Planning Handbook, Chapter 70 – Wilderness Evaluation. FSH 1909.12. 25 pp

USDA Forest Service. 1997. Northwest Peaks Inventoried Roadless Area #663 Validation letter. Kootenai National Forest. 2 pp.

USDA Forest Service. 1997. Buckhorn Ridge Inventoried Roadless Area #661 Validation letter. Kootenai National Forest. 2 pp.

USDA Forest Service. 2008. Idaho Roadless Area Management. Final Rule. Federal Register. Vol. 73. No. 201. p. 61456-61496

USDA Forest Service. 2001. Roadless Area Conservation. Final Rule. Federal Register Vol. 66, No. 9. p. 3244-3273.

USDA Forest Service. 2000. Forest Service, roadless area conservation, final environmental impact statement. USDA Forest Service, Washington, D.C., USA.

USDA Forest Service. 2005. Kootenai National Forest Revised Land Management Plan, Final Environmental Impact Statement, Appendix C Wilderness Evaluation. p. 154-156, p. 184-186.

## Recreation

USDA, Forest Service. 1987. Kootenai National Forest Plan, Volume 1. USDA Forest Service, Northern Region. Missoula, MT

USDA, Forest Service. 2011. Forest Service Manual (FSM)2330.

USDA, Forest Service. 1986. Recreational Opportunity Spectrum Book

## Scenic Resources

USDA, Forest Service. 1995. Landscape Aesthetics, A Handbook for Scenery Management. Agriculture Handbook #701. 264 pp

## Economics

Russell, John C., and Peggy A. Adams-Russell, Ellen Frament, and Mike Niccolucci. 2006. Conditions and Trends: Social and Economic Systems for the Kootenai and Idaho Pandhandle Plan Revision Zone. Report to USDA Forest Service.

Sorenson, Colin B., Chelsea P. McIver, Charles E. Keegan, Charles Gale, and Todd A. Morgan. 2012. Capacity and Capability of Mills in the Kootenai National Forest Impact Zone. Bureau of Business and Economic Research, the University of Montana – Missoula.

USDA Forest Service. 2013. Final Environmental Impact Statement for the revised Land Management Plan, Kootenai National Forest. Libby, MT: USDA Forest Service, Northern Region, Kootenai National Forest.

## Cultural Resources

Advisory Council on Historic Preservation. 2004. 36 CFR Part 800.16 (d) Archaeological Resources Protection Act (ARPA) 69 FR 40555, July 6, 2004.

American Indian Religious Freedom Act of 1978 P.L. 95-442, 92 Stat. 1065; 7 U.S.C. 2269 (available online 11/16/2006 http://www.cr.nps.gov/local-law/FHPL_IndianRelFreAct.pdf

Native American Graves Protection and Repatriation Act of 1990 (NAGPRA) (available online 11/16/2006 http://www.cr.nps.gov/nagpra/MANDATES/25USC3001etseq.htm )

National Historic Preservation Act of 1966 as amended through 1992: Pub. L. 89-665 (available online 11/16/2006http://www.cr.nps.gov/local-law/FHPL_HistPrsrvt.pdf )

Northern Region Programmatic Agreement regarding Cultural Resources Management on National Forests in the State of Montana

Schaeffer, C.E. 1940 The Subsistence Quest of the Kutenai, a Study of the Interaction of Culture and Environment.Unpublished PhD Dissertation, Anthropology Department, University of Pennsylvania, Philadelphia, Pennsylvania.

The Hellgate Treaty, 1855 (available online 11/16/2006 http://www.cskt.org/documents/gov/helgatetreaty.pdf )

USDA Forest Service 1987. Kootenai National Forest Plan. Volume 2. Appendix 19. Kootenai National Forest, Libby, Montana

## American Indian Consultation

American Indian Religious Freedom Act of 1978 P.L. 95-442, 92 Stat. 1065; 7 U.S.C. 2269 (available online 11/16/2006 http://www.cr.nps.gov/local-law/FHPL_IndianRelFreAct.pdf )

Native American Graves Protection and Repatriation Act of 1990 (NAGPRA) (available online 11/16/2006 http://www.cr.nps.gov/nagpra/MANDATES/25USC3001etseq.htm )

The Hellgate Treaty, 1855 (available online 11/16/2006 http://www.cskt.org/documents/gov/helgatetreaty.pdf )

## List of Preparers

The following interdisciplinary team members contributed to the development of the Buckhorn project and this Draft Environmental Impact Statement.

| Preparer | Position | Experience | Contribution |
|---|---|---|---|
| Anderson, Shelly | Transportation Planner | 25 | Prepared travel analysis report and access management plan. |
| Arvidson, Michael | Botanist | 30 | Prepared reports for old growth, PTES plants, whitebark pine, maintained GIS coverage, prepared project maps, and assisted in data queries and modeling. |
| Canepa, Sarah | NEPA Planner | 9 | Project co-team leader, writer/editor, project documentation, public involvement and collaboration, and provided NEPA advice. |
| Giesey, Mike | IDT Leader, Silviculturist | 28 | Project co-team leader, diagnosis of stand treatment needs, vegetation effects, silvicultural prescriptions, and fire ecology. |
| Frament, Ellen | Forest Economist | 30 | Economic Analysis. |
| Hubbell, Linda | District FMO | 27 | Advice on prescribed burning and fuels treatments. |
| Mason, Mark | Recreation Planner | 30 | Prepared recreation, scenery, and inventoried roadless area analysis. |
| Markel, Scott | Civil Engineer | 7 | Design of road reconstruction and maintenance activities. |
| McDougall, Leslie | Weeds Specialist, District Resource Staff | 30 | Prepared the noxious weed analysis and provided NEPA advice. |
| Newgard, Kris | Hydrologist | 30 | Prepared water resources and soils analysis, and contributed to project design. |
| Osborn, Lisa | NEPA Assistant | 1 | Project file documentation. |
| Price, Pat | Fish Biologist | 22 | Prepared fisheries analysis. |
| Reckin, Rachel | Archeologist | 6 | Cultural Resources analysis and American Indian Consultation. |
| Rockwell, Mandy | Wildlife Biologist | 10 | Wildlife habitat analysis and project design. |
| Sedler, Ed | Timber Sale Preparation | 10 | Timber Harvest design, project development. |
| Shira, Pat | Supervisory Forester and Operations | 30 | Project team leading, advice on timber harvest design. |
| Smith, Brian | Engine Foreman | 10 | Assisted with design of prescribed burns. |
| Stephens, Vicki | Fuels Planner | 13 | Prepared Fire/Fuels and Air Quality analysis. |
| Tisher, Connie | Timber Sale Administration | 30 | Logging systems and timber operations |

## List of Recipients

The following is a list of recipients to whom this Draft EIS or notice of availability has been sent. Additional copies of this Draft EIS are available upon request from the Three Rivers Ranger District in Troy, Montana

### Local Government and Elected Officials

Lincoln County Commissioners
Boundary County Commissioners

### Federal Agencies

Advisory Council on Historic Preservation
Northwest Power Planning Council
Environmental Protection Agency - Region 8
US Army Corps of Engineers - Northwest Division
US Coast Guard
US Department of Homeland Security - Border Patrol
USDA - Animal and Plant Health Inspection Service
USDA - Natural Resource Conservation Service
USDA-National Agricultural Library
USDI – Fish and Wildlife Service
US Department of Energy

### Organizations

Alliance for the Wild Rockies
Kootenai Forest Stakeholder Coalition
Kootenai Valley Resource Initiative
Idaho Forest Group
Montana Wilderness Association
The Lands Council
Yaak Valley Forest Council

### State Agencies

Montana Department of Environmental Quality
Montana Department of Fish, Wildlife and Parks

### Native American Tribes and Organizations

Confederated Salish and Kootenai Tribe
Kootenai Tribe of Idaho
Kootenai Salish Tribal Liaison

### Individuals

Artley, Richard
Bier, Jeff
Brown, Ron
Byars, Bob
Chandler, Gary
Fortier, Phil
Fuqua, Pam
Higgins, Ron
Hoff, George
Janssen, Sue
Johnson, Jim
Johnson, Tony
Kuropat, Betty and Ed
Linehan, Tim
Murphy, Dennis
McAfee, Sean
Public, Jean
Ruestow, Judith
Shelton, Russ
Stehlick, Linda
Strohl, Dan
Wandler, Jerry
Weatherbee, Fred
Wimer, Ken and Laurie