# Exhibit 7
# Buckhorn Project Record of Decision

United States
Department of
Agriculture

Forest
Service

August 2014

# Buckhorn Project

## Final Record of Decision



## Three Rivers Ranger District
## Kootenai National Forest
## Lincoln County, Montana

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202)720-6382 (TDD). USDA is an equal opportunity provider and employer.

# Buckhorn Project
# Final Record of Decision

| | |
|---|---|
| **Lead Agency:** | USDA Forest Service |
| **Responsible Official** | Chris Savage, Forest Supervisor<br>Kootenai National Forest Service<br>31374 US Highway 2<br>Libby, MT 59923 |
| **For Further Information Contact:** | Kirsten A. Kaiser, District Ranger<br>Three Rivers Ranger District<br>12858 US Highway 2<br>Troy, MT 59935<br>(406) 295-4693 |

# Table of Contents

## Buckhorn Project Record of Decision


I. Introduction ........ 1
II. Summary of the Decision ........ 1
III. Project Area ........ 2
IV. Purpose and Need for Action ........ 3
V. Public Involvement and Collaboration ........ 3
VI. Issues ........ 5
VII. Brief Description of Alternatives ........ 7
A. Alternatives Studied in Detail ........ 7
B. Alternatives Considered but not Studied in Detail ........ 8
VIII. Description of the Decision ........ 9
IX. Rationale for the Decision ........ 11
X. Findings Required by Laws, Regulations, and Policies ........ 19
A. National Forest Management Act ........ 19
B. Clean Water Act and Montana State Water Quality Standards ........ 27
C. Clean Air Act ........ 28
D. Consideration of Best Available Science ........ 28
E. National Historic Preservation Act, American Indian Religious Freedom Act, and Native American Graves Protection and Repatriation Act ........ 28
F. Government to Government Relations ........ 28
G. The Endangered Species Act ........ 28
H. Administration of the Forest Development Transportation System – Roads Policy ........ 29
I. Migratory Birds Act ........ 29
J. Roadless Area Conservation Rule and Idaho Roadless Rule ........ 29
K. Environmental Justice ........ 30
L. Global Climate Change Prevention Act ........ 30
M. Compliance with Other Laws, Regulations and Policies ........ 30
N. Environmentally Preferred Alternative ........ 30
XI. Pre-decisional Administrative Review (Objection) Process ........ 31
XII. Implementation ........ 31
XIII. Contact Information ........ 31


## APPENDICES


Appendix 1 - Treatment Summary Table, Selected Alternative ........ 1-1
Appendix 2 – Design Features, Selected Alternative ........ 2-1
Appendix 3 – Monitoring Plan, Selected Alternative ........ 3-1
Appendix 4 – Access Management Plan ........ 4-1
Appendix 5 – Forest Plan Amendment for Exceeding MA 12 Facilities Standard #3 ........ 5-1


## MAPS


Map of the Selected Alternative ........ M-A


#### GIS DISCLAIMER

The Forest Service uses the most current and complete data available. GIS data and product accuracy may vary. They may be: developed from sources of differing accuracy, accurate only at certain scales, based on modeling or interpretation, incomplete while being created or revised, etc. These maps are to be used as a reference only, and are not intended for use in site-specific planning. Using GIS products for purposes other than those, for which they were created, may yield inaccurate or misleading results. The Forest Service reserves the right to correct, update, modify, or replace GIS products without notification. For more information, contact Three Rivers Ranger District.

# Buckhorn Project Final Record of Decision

## I. Introduction

This Final Record of Decision (ROD) documents my decision and rationale for selecting Alternative 2, with modifications, as described in the Draft and Final Environmental Impact Statements (DEIS and FEIS) for the Buckhorn Project on the Three Rivers District of the Kootenai National Forest. In making my decision on the Buckhorn Project, I am following the pre-decisional administrative review process (objection process) as described in Subpart B of 36 CFR 218. This final ROD is now issued after the conclusion of the objection process.

## II. Summary of the Final Decision

After careful consideration of the potential impacts of the management activities analyzed and documented in the Buckhorn Project Draft Environmental Impact Statement (DEIS) issued February 2014, I have decided to implement Alternative 2, with modifications.

The decision implements vegetation treatments from the DEIS Alternative 2 with the following modifications. In response to public comment, I have made some modification to project design, including: adding a design feature to provide roadside screening by agreement with the purchaser along open roads adjacent to harvest units over 40 acres; and adding Monitoring Item # 10 that requires huckleberry monitoring in prescribed burn units in conjunction with whitebark pine monitoring; adding a design feature that explains the procedures used by the Three Rivers District to notify the public of prescribed burning activities. To protect soil and water resources, I have created three separate units from the area previously analyzed as Unit 14, with different logging requirements where high soil moisture content and subsurface water flows have been identified (see map of Selected Alternative). A complete list of design features for the project is located in Appendix 2 of this document.

In response to further field recon I have made minor changes to separate out slash reduction methods. These include splitting unit 14C from 14, and changing units 14A to all excavator piling, 14 and 14B to all under burning. Unit 9 is changed from half piling, half burning, to all under burn, with unit 9C split out with all excavator piling. Similarly Unit 1A has been split out from Unit 1, with 1 being under burned, and 1A excavator piled. Finally Units 10 and 11 have been combined as Unit 10.

I have also decided to drop Unit 21 from further consideration due to concerns identified during further field reconnaissance. Additional streams were identified in the unit leading to infeasibility of logging systems as each would require a 100 foot buffer and many stream crossings would have been necessary on skid trails. Therefore the unit was dropped to protect watershed health and avoid impacting this resource.

A summary of the actions in my decision include:

- Regeneration harvest treatments on an estimated 1,227 acres and intermediate harvest treatment on approximately 13 acres, removing commercial products totaling an estimated volume of 15.5 million board feet (MMBF) or 30,058 hundred cubic board feet (CCF). Materials that may be removed include both saw and non-saw timber.

Treatments will use tractor logging systems and post-harvest fuels treatments will include excavator piling and prescribed burning. Sixty-three percent of the harvest, or 785 acres, will occur in the winter to protect soils and water quality. Approximately 366 acres of harvest will occur within the Wildland Urban Interface (WUI).

- Eight of the proposed regeneration harvest units will create openings over 40 acres. The district began scoping a proposal for the creation of large openings with the public on February 5, 2013, when the Notice of Intent (NOI) appeared in the *Federal Register*. The district received Regional Forester Approval for large openings on March 11, 2014.
- Prescribed burning without commercial harvest on an estimated 11,623 acres of upper and mid elevation forest and shrub fields, using aerial and hand ignition methods. An estimated 1,066 acres of prescribed burning will occur in the Wildland Urban Interface (WUI).
- Decommissioning work on approximately nine miles of roads that are no longer needed for future management, and 23 miles of Intermittent Stored Service (storage) work will occur on roads that are needed for future management of forest resources. Both decommissioning and storage work could include, but is not limited to removing undersized culverts or providing armored overflows, recontouring unstable sections of road, water barring, scarifying the road surface, and seeding
- Adding nine miles of road that already exists on the landscape, but is currently closed to wheeled motorized use, to the National Forest System (NFS) road network for future use for management.
- Construction of approximately one mile of temporary road, constructed in two separate segments, in order to implement silvicultural prescriptions and to provide for product removal. The construction of these roads will apply Best Management Practices (BMP) for their use during project activities and will be reclaimed following their use.
- Application of BMPs on 23 miles of haul road as part of the timber sale to reduce sediment yield and improve water quality.
- Implementation of project-specific design features (ROD, Appendix 2) and monitoring actions (ROD, Appendix 3).
- Approval of a project-specific Forest Plan Amendment to exceed Open Road Density during project activities in Management (MA) 12 during project activities.

Management Actions are described in detail in Appendix 1 (Treatment Summary Table) and in Appendix 2 (Design Features) of this document. My decision authorizes commercial timber harvest, temporary road construction to access harvest units, fuels augmentation activities, prescribed burning without harvest, road storage, and road decommissioning activities.

## III. Project Area

The Buckhorn project area is located along the Montana/Idaho state line and is approximately six miles from the border between the United States and Canada. The legal description includes Townships 35 and 36 North, Ranges 34 and 33 West, Lincoln County, Montana; and Township 64 North and Range 3 East, Boundary County, Idaho.

The project area encompasses approximately 56,000 acres in the Yaak River watershed. This includes the Spread Creek, Meadow Creek, and Hellroaring Creek drainages and several small tributaries to the Yaak River. The elevation of the project area ranges from approximately 2,760 feet at the confluence of Red Top Creek and the Yaak River up to 7,540 feet on the summit of Ewing Mountain. This elevation range gives the project area a variety of habitat types which are also influence by the inland maritime climate found on the west side of the Kootenai National Forest.

The project area includes 333 acres of privately owned land, located near the Yaak River and Yaak Highway #508. Approximately 8,400 acres of the project area lie within the WUI.

## IV. Purpose and Need for Action

The 1987 Kootenai Forest Plan (Forest Plan) provides the primary management direction related to the goals and desired condition of natural resources on the forest. Public input and field review by an Interdisciplinary Team (IDT or team) helped to develop the following purpose and need for the project area.

- Promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading and species composition. The district proposes to accomplish this in the project area by applying timber harvest and prescribed fire techniques that:
  - Promote western white pine, whitebark pine and western larch;
  - Restore fire's role on the landscape;
  - Improve vigor, extent and long-term productivity of huckleberry and other native plants to increase forage availability;
  - Provide long-term wildlife security and forage.
- Maintain or improve water quality and native aquatic species habitat;
- Provide wood products to contribute to local and regional economies.

The purpose and need for the Buckhorn Project is discussed in greater detail in the DEIS on pages 7-12.

## V. Public Involvement and Collaboration

Public participation helps the Forest Service identify concerns with possible effects of its proposals. It is also a means of disclosing to the public the nature and consequences of actions proposed for NFS lands.

The Forest Service developed a mailing list and email list to ensure that potentially interested members of the public and other government agencies received timely information about proposed activities and opportunities for public comment and participation so they would be able to participate in the process (see project file for mailing lists). The Forest Service developed an original mailing list that included members of the public that fit into the following categories: landowners in the project area; county government in Idaho and Montana; tribal governments, other federal agencies; Montana state agencies; local, regional, and national organizations, and individuals who have expressed interest in management activities that occur on the Three Rivers District.

On January 23, 2013, a packet of information including a cover letter, proposed action, and map of the proposed action was mailed to a mailing list of approximately 300 individuals, other agencies, and groups as described in the categories listed above. A request for comments was published in the *Daily Inter Lake,* the newspaper of record, on January 30, 2013, and display ads were published in the *Western News* and *Kootenai Valley Record*. On February 5, 2013, a NOI to prepare an EIS was published in the *Federal Register* which began the 45 day comment period. In addition, the Buckhorn Project appeared in the April 1, 2013; July 1, 2013; October 1, 2013; January 1, 2014; and April 1, 2014 editions of the USDA Forest Service's Schedule of Proposed Actions (SOPA). This listing informed the public of our plan to analyze the Buckhorn area for land management activities. The SOPA list is displayed nationally and locally on the internet sites located at the Forest Service's Washington Office and Kootenai National Forest.

The Forest Service received written letters, email comments, phone calls and personal communication from 34 individual, groups and agencies regarding the proposed action. Participation with the Salish and Kootenai Tribe and the Kootenai Tribe of Idaho was conducted during conversations with the cultural resource specialists and during annual meetings between tribal representatives and the Three Rivers District employees and ranger.

During the proposed action scoping period, a member of the public asked to meet with the team to discuss public access and proposed road decommissioning and storage. Ten members of the public came to the Troy District Office on February 28, 2013, to meet with specialists to discuss the proposed road work and potential effects that road work could have on public use of these roads for over-the-snow use or non-motorized activities. The Forest Service held an additional two field trips to see proposed storage and decommissioning work with members of the public. The Forest Service also met with the Kootenai Forest Stakeholders Coalition, a collaborative group of diverse stakeholders with local and regional representation, multiple times during the spring and summer of 2013 and invited members of this coalition to go into the field with specialists to review and discuss proposed management activities. Project meetings are documented in the project record.

Additionally, the Three Rivers Ranger District held a public open house on the evening of July 23, 2013, to provide information about resources and proposed activities to interested members of the public. On July 24, 2013, the District held a public field trip and reviewed proposed treatments units along road 5932E with five members of the public. Another meeting and field trip was held on July 25, 2013, at the request of the Kootenai Forest Stakeholders Coalition, to see proposed activities.

The DEIS Notice of Availability (NOA) was published in the *Federal Register* and made available for public comments on February 7, 2014, with a 45-day comment period. Letters were sent by mail and email to parties that had provided comments during the proposed action scoping informing the public of the availability of the DEIS. Hard copies of the DEIS were sent or given to members of the public that requested them and the DEIS was made available at the Kootenai National Forest's website at http://www.fs.usda.gov/projects/kootenai/landmanagement/projects. A legal notice was published in the *Daily Inter Lake* on February 8, 2014, announcing the availability of the DEIS and included the date that the NOA was published in the *Federal Register* and display ads were placed in the *Western News* and *Kootenai Valley Record*. The agency received 13 letters commenting on the DEIS. These comments from the public and Forest

Service responses to these comments are included in Chapter 5 of the FEIS. I considered these comments in my decision and used them to help shape the Selected Alternative.

A notice of availability for the FEIS appeared in the *Federal Register* on May 2, 2014. A notice of opportunity to object to the project appeared in the Daily Inter Lake, newspaper of record, on April 18, 2014. Display ads appeared in the Kootenai Valley Record on April 22, 2014, and in the Western News on April 18, 2014. On May 19, 2014, a timely objection to the project was received. Additional information on the objection is located in Section XI of this document.

ID team members met with and corresponded with representatives of the Kootenai Forest Stakeholder Coalition (KFSC) repeatedly during the process regarding several issues including concerns about regeneration harvest units over 40 acres in size, and the possibility of leaving trees between roads and harvest units for visual screening and protection of wildlife. The team found KFSC input to be valuable because they represent forest user groups from a broad variety of backgrounds and interests. Specifically, I received letters from KFSC during scoping, on the DEIS, and after the issuance of the FEIS and draft Record of Decision (ROD). The District also held several field trips and meetings with the KFSC as described above. As a result of the KFSC input, I have included additional design features as described in Section VIII below as well as in Appendix 2 of this document. Documentation of these meetings and field trips is located in the project record.

Formal consultation for the project was conducted with the US Fish and Wildlife Service (USFWS) during the planning process because of the potential effects that could result from project implementation on threatened and endangered wildlife populations or habitat. On May 30, 2014, the Forest received a letter from USFWS concurring that, for grizzly bear, the Buckhorn project is in compliance with the Access Amendment and the 2011 programmatic biological opinion issued for the Access Amendment therefore provides ESA Section 7 compliance for the Buckhorn project. The letter also stated concurrence with the *Not Likely to Adversely Affect* call on Canada lynx and lynx critical habitat. No terms or conditions were included in the concurrence letter. Please refer to Section G of this document, which discusses Endangered Species Act compliance, as well as the DEIS and project record for additional information on ESA compliance and consultation with USFWS. The project has no effect on bull trout, thus no consultation was necessary.

In arriving at a decision for this project, I recognized that I would not be able to satisfy all public concerns, as some of them are mutually exclusive. I made a decision that is based upon sound analytical and ecological principles and that I feel appropriately balances concerns expressed while striving to meet the purpose and need of the project.

## VI. Issues

The IDT reviewed and compiled a list of potential issues based upon comments from the public, organizations, and government agencies. These issues were then evaluated against the following criteria to determine the appropriate methodology for resolution:

- Is the issue relevant to, and within the scope of the purpose and need, the decisions being made, and does it pertain directly to the proposed action?
- Is the issue already decided by law, regulation, policy, or existing plans, or not supported by scientific or factual evidence?

- Could the issue be resolved through design and location of activities in the proposed action or mitigated by avoiding the impact by not taking action, minimizing the impact by limiting the action, rectifying the impact by rehabilitation, reducing the impact by maintenance, or compensating for the impact by replacement?

Issues representing an unresolved conflict with the proposed action were brought forward as "key" issues and were used to help formulate the alternatives to the proposed action. The project file contains the content analysis documents that display what issues were identified during the scoping process and how those issues were accounted for during the analysis process.

## Key Issues Used for Alternative Development

Issues for the Buckhorn Project were identified from public comments received, field review conducted by specialists, information about historic and current conditions in the project area, review of the Forest Plan and other planning and scientific documents (see DEIS, p. 7). Based on this information, the planning team and I identified two "key" issues, for which action alternatives were developed.

**Issue #1 - Effects of large openings:** The public expressed concern that large openings resulting from regeneration harvest could affect wildlife habitat and scenic resources in the project area. The regeneration harvest units proposed in Alternative 2 would create eight openings over 40 acres in size. The largest of these openings would be approximately 278 acres in size.

**Issue #2 - Effects of timber harvesting activities on the proposed Three Rivers Special Management Area in the Forest Jobs and Recreation Act of 2013**. Members of the public expressed a concern that 560 acres of timber harvest proposed in Alternative 2 is located within the boundaries of the Three Rivers Special Management Area as defined in the Forest Jobs and Recreation Act of 2013 (FJRA). The Three Rivers Special Management area was designated for use by snowmobiles but did not allow timber harvest within the boundaries except under specific circumstances. The FJRA is a piece of legislation that has been introduced to Congress but to date has not been passed into law.

In subsequent communication, the Yaak Valley Forest Council, a proponent of the legislation, provided written comment to the District stating that the language in the FJRA has been modified such that there is no longer conflict between the Buckhorn proposed action and the provisions of the FJRA, as discussed in the DEIS on p. 22:

> "On pg. 50 of Senate Bill 37 after line 11. The statement reads: (E) TIMBER HARVEST - Timber harvest is limited, and may only occur within the USFS suitable timber base of the Three Rivers and Roderick Special Management Areas for the purposes of improving wildlife habitat; or to maintain or restore forest resiliency, composition and/or structure".

However it should be noted that at this writing, the language above was not included in the current version of the bill. Proposed legislation is subject to edit during committee, and may or may not be passed into law. Therefore the exact relation of the project to any final piece of legislation is unknown. The current language in the FJRA would not allow timber harvest in the Three Rivers Special Management Area with exception made for insect, disease, or fire salvage.

## VII. Brief Description of Alternatives

This section describes and compares the alternatives considered by the Forest Service for the Buckhorn Project. The IDT grouped the alternatives into two categories A) Alternatives Studied in Detail and B) Alternatives Considered but Eliminated from Detailed Study.

### A. Alternatives Studied in Detail

The DEIS considered the proposed action (Alternative 2) and two alternatives in detail, Alternatives 3 and 4. Alternative 1, the no action alternative required by the National Environmental Policy Act (NEPA), served as a baseline to compare action alternatives. More information about the alternatives can be found in the Buckhorn Project DEIS and FEIS.

**Alternative 1:** This alternative is the no action alternative that provides a baseline for comparison of environmental consequences of the other alternatives to the existing condition (36 CFR 1502.14) and is a management option that could be selected by the deciding official. The no action alternative is based on the premise that ecosystems change, even in the absence of active management. It is essentially a "status quo" strategy that allows current activities and policies, such as recreation administration, road maintenance, and fire suppression to continue. Ongoing and reasonably foreseeable activities are listed in the DEIS on p. 64.

**Alternative 2 (Proposed Action and Preferred Alternative):** This alternative reflects the agency’s original proposed action which was developed to respond to the purpose and need for the Buckhorn Project. Modifications were made to this alternative between the proposed action and Alternative 2 that was analyzed in the DEIS. Those changes are described in the DEIS on page 27. This alternative:

- Promotes resilient vegetation conditions in the project area by using commercial timber harvest on 1,263 acres with fuels treatments of excavator piling and underburning.
- Prescribed burning without harvest is proposed on 11,623 acres, with approximately 204 acres of fuels augmentation proposed to meet burn objectives (Activities common to Alternative 2, 3, and 4, DEIS beginning on page 34).
- Approximately one mile of temporary road would be constructed to access harvest units.
- BMPs would be implemented on 23 miles of haul road.
- Nine miles of road decommissioning and 23 miles of road storage will occur on roads currently closed to wheeled motorized use (Activities common to Alternative 2, 3, and 4).
- Adding nine miles of road that already exists on the landscape to the NFS road network (Activity common to Alternative 2, 3, and 4).
- Alternative 2 requires a project-specific Forest Plan Amendment to exceed open road densities in Management Area (MA) 12 during project activities.
- Alternative 2 also requires Regional Forester Approval to create openings larger than 40 acres in size.
- Alternative 2 complies with the 2011 Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recover Zones (Access Amendment)

**Alternative 3:** Alternative 3 was designed to address the issue of the potential effects of large openings by designing all harvest units to be 40 acres or less. Prescribed burning and road work activities are common to Alternatives 2, 3, and 4. This alternative would not require any project-specific Forest Plan amendments. This project would implement:

- Commercial timber harvest on 889 acres with fuels treatments of excavator piling and underburning;
- Approximately 1.1 miles of temporary road is proposed to access harvest units;
- BMPs would be implemented on 23 miles of haul road;
- Alternative 3 complies with the Access Amendment.

**Alternative 4:** Alternative 4 was designed to address the issue of proposed timber harvest within a special management area in the FJRA that had prohibited timber harvest except under certain circumstances. Prescribed burning and road work activities are common to Alternative 2, 3, and 4. This alternative includes:

- Commercial timber harvest on 681 acres;
- Approximately 0.5 miles of temporary road to access harvest units would be constructed;
- BMPs would be implemented on 16 miles of haul road;
- Alternative 4 requires a project-specific Forest Plan Amendment to exceed open road densities in Management Area 12 during project activities;
- Alternative 4 also requires Regional Forester Approval to create openings larger than 40 acres in size;
- Alternative 4 does not comply with the Access Amendment.

## B. Alternatives Considered but not Studied in Detail

This section discusses five alternatives that were considered by the team because of issues identified in public comment, but were not studied in detail for reasons that are explained on pages 23-26 in the DEIS.

1. **Develop an alternative that proposes timber harvesting on more of the project area:** The DEIS explains how the team conducted a thorough review of the project area and their considerations for law, policy, and resources that led to the proposed activities being located as described in the proposed action.

2. **Develop an alternative that removes the proposed timber harvest from within the boundaries of the Forest Jobs and Recreation Act and identify other areas in the project area where harvest could occur.** The DEIS explains how the team looked for opportunities to relocate the 560 acres that overlapped with the Three Rivers Special Management Area in the FJRA and the resource concerns that arose when exploring these other areas.

3. **Develop an alternative that excludes prescribed burning in the presence of whitebark pine regeneration.** The DEIS explains that the team surveyed the proposed prescribed burns for whitebark pine. Areas where cone-bearing whitebark pines have



FS-047360

been located are excluded from the proposed prescribed burns and design features were developed to reduce impacts to individual whitebark pine trees that could be located during implementation. The team's review of the literature, information gathered during field surveys, and communication with specialists, led to the conclusion that there was a potential benefit to the species by conducting prescribed burning and that this benefit could be achieved through prescribed burning in potential whitebark pine habitat. (Chapter 3, p. 433-438)

4. **Develop an alternative that provides improved access to the public for recreation, firewood gathering, and other uses of forest products.** The DEIS shared the concerns that were heard from the public requesting increased motorized access and explains that the Three Rivers Ranger District is limited in the wheeled motorized access they can provide because of the provisions under the Access Amendment. The DEIS goes on to explain how other concerns regarding over-the-snow use and non-motorized use of roadways where watershed work was proposed were addressed through the design of road stabilization activities.

5. **Analyze the Proposed Action as scoped with the public in February 2013.** The DEIS explains why it was necessary to make modifications to the proposed action after scoping was conducted in February 2013 and why Alternative 2 was studied in detail.

# VIII. Description of the Decision

As the responsible official for this project, I have selected Alternative 2 from the Buckhorn DEIS, February 2014, with modifications. Based upon my careful review of public comments and other information included in the FEIS, I have determined that the Selected Alternative will best meet the purpose and need; address issues; respond to public comments; and comply with the law, regulation, and policy. It is within the range of actions and effects analyzed and disclosed in the FEIS.

## Modifications Included in the Selected Alternative

I am adopting the following modifications to Alternative 2 with this decision:

1. In response to public comments requesting additional leave islands and roadside screening in units along open roads, the following design features has been developed:

### Design Features in Response to Public Comment

When the existing conditions and operator feasibility allow, the following actions should be implemented in Units 1, 10, 12, 13, 14A, 15, 16, and 16A:

- Screening will occur through leave islands, retention of hardwoods and brush, and where species composition, slope, aspect and fuel accumulations will assist to provide screening;
- The retention of small diameter residual trees will occur within view of roadways to "break up and soften" the view of harvest and fuel treatment activities;
- Landings will be located off roads and within harvest units to reduce their visual impact;

- The timber sale administrator and the purchaser/field representatives will work together, based on site-specific skid patterns and landing locations, to provide roadside screening that can be maintained through the active logging operations; and
- Prescribed burning of harvest units will avoid ignitions directly into the roadside screening areas. Radiant heat and existing ground fuels may make it difficult to prevent mortality of the screening vegetation but ignition patterns (identified on site specific burn plans) are designed to minimize mortality.

2. In response to public comment requesting more information about the monitoring of huckleberry response to prescribed burning, I have added monitoring item #10 that commits the district to monitoring huckleberry plants in conjunction with whitebark pine monitoring in the prescribed burns without harvest (ROD, Appendix 3 – Monitoring Plan).
3. In response to public comment requesting a commitment from the district to notify the public of prescribed burn activities, I have included a design feature that explains the general procedures that the Three Rivers District uses to notify the public and local residents prior to prescribed burning activities (ROD,. Appendix 2 – Design Features).
4. Due to concerns about high soil moisture content and subsurface water flow in unit 14, as described in Alternative 2 in the DEIS, three separate units were created from the analyzed area.

   - Unit 14A is a 10 acre unit with required winter logging with excavator piling prescribed for fuels treatment.
   - Unit 14B is a 23 acres unit with underburning prescribed for fuels treatment.
   - Unit 14C was split out from Unit 14, to consolidate the area with excavator piling for fuels reduction.
   - Unit 14 is now a 238 acre unit with required winter logging and underburning for fuels reduction.

   These changes in logging methods have been designed to decrease the potential project soil disturbance from 9 percent to 6 percent, with an expected cumulative soil disturbance of 9 percent.

5. Units 10 and 11 have been consolidated into Unit 10 since both units have the same objectives and treatments, and they are adjacent.

Following my review of the IDT assessment of Alternative 2, with modifications, I have determined that the changes are minor, consistently result in the same or lesser environmental impact than that disclosed under Alternative 2, and are within the scope and context of the environmental effects disclosed in the DEIS, Biological Assessments (BA), Biological Evaluation (BE) and supporting documentation.

I have also incorporated into my decision project Design Features (ROD, Appendix 2), Monitoring Plan (ROD, Appendix 3), and Access Management Plan (ROD, Appendix 4) as well as Best Management Practices (DEIS, Appendix F).

## Summary of Activities under the Selected Alternative

Table 1 provides a summary of activities that will occur under the Selected Alternative in comparison to Alternatives 2, 3, and 4. Specific activity information is provided in Appendix1-Treatment Summary Table, and Appendix 2 – Design Features.

**Table 1 – Comparison of Proposed Activities by Alternative**

| Proposed Activities | | Alt. 1 (No Action) | Alt. 2 (Modifications) | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| Regeneration Harvest* | (acres) | 0 | 1,227 | 876 | 668 |
| Intermediate Harvest** | (acres) | 0 | 13 | 13 | 13 |
| **Total Harvest** | **(acres)** | **0** | **1,240** | **889** | **681** |
| **Total Harvest Volume** | **(MMBF/CCF)** | **0** | **15.5/30,058** | **10.5/20,463** | **8.3/16,078** |
| Yard Tops and Excavator Pile | (acres) | 0 | 342 | 287 | 185 |
| Yard Tops and Underburning | (acres) | 0 | 898 | 602 | 498 |
| **Total Fuels Treatment with timber harvest** | **(acres)** | **0** | **1,240** | **889** | **681** |
| **Total Prescribed Burning without harvest** | **(acres)** | **0** | **11,623** | **11,623** | **11,623** |
| Temporary Roads | (miles) | 0 | 1 | 1.1 | 0.5 |
| Best Management Practices | (miles) | 0 | 23 | 23 | 16 |
| **Total Harvest Related Road Work** | **(miles)** | **0** | **24** | **24.1** | **16.5** |
| Intermittent Stored Service | (miles) | 0 | 23 | 23 | 23 |
| Decommissioning | (miles) | 0 | 9 | 9 | 9 |
| **Total Road Stabilization Work** | **(miles)** | **0** | **32** | **32** | **32** |
| **Roads to be Added to the NFS System** | **(miles)** | **0** | **9** | **9** | **9** |
| **Forest Plan Management Area 12 Amendment for Open Road Density (ORD)*** ** | | **No** | **Yes** | **No** | **Yes** |

*Regeneration Harvest Prescriptions: Seedtree Cut, Shelterwood Cut, Clearcut with Reserves

**Intermediate Harvest Prescriptions: Improvement Cut

*** See DEIS p.14, 34, and 276-292 for discussion on the Forest Plan Amendment to MA 12

# IX. Rationale for the Decision

I have made my decision based on the information in the EIS, the supporting project file, consideration of issues, review of public comments, discussions with the interdisciplinary team, members of the public, and meetings with a collaborative group called the Kootenai Forest Stakeholders coalition. I have determined that the project-specific forest plan amendment to exceed the open road density standard in MA 12 during project activities is not a significant amendment to the Kootenai Forest Plan (ROD, Appendix 5). Apart from the project-specific forest plan amendment mentioned above, my decision is consistent with all other aspects of the Kootenai Forest Plan as well as applicable laws, regulations, and agency policies. The district received Regional Forester approval for openings larger than 40 acres on March 11, 2014. I have

also considered the potential cumulative effects of other activities occurring on both public and private lands.

My criteria for making a decision on this project are based on:

- Achievement of the project's purpose and need;
- Relationship key issues and public comments received.

### Meeting the Purpose and Need

The purpose and need for the Buckhorn Project and the desired condition are based upon the Kootenai National Forest Plan (Forest Plan) standards, goals and objectives and review of the project area by the inter-disciplinary team. The team's review of the project area showed that past fire events, fire suppression, and forest management activities have led to forest stands in the mid- and lower-elevations with dense canopies and little understory vegetation.

Loss of the fire-resistant large-tree component to past fire events, harvest, and white pine blister rust has reduced the resiliency of stands, while also affecting ecosystem function by virtue of the roles that the large trees historically played in providing nesting sites, large snags, and large coarse woody debris. An increase in homogeneity in fuel loadings and stand structure as a result of fire suppressions has led to a higher hazard of stand-replacing fire. Many stands in the mid to lower elevations are at high densities and would likely experience active tree torching and/or crown fire. This equates to a higher risk of losing the remaining large-tree component in these stands, with the associated effects to future old growth (DEIS p. 72).

The dense canopy found in the project area has suppressed the growth of vegetation in the understory, resulting in limited forage for big game and other wildlife species. The Forest Plan recommends a cover forage ratio of 30/70 percent for elk winter range and in summer range the recommended cover forage ratio is 60/40. The existing conditions in the project area are 87/13 cover forage in winter range and 88/12 cover forage in summer range (see Table 3 and DEIS p.279).

These conditions led the team to identify a need to **promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition.** Alternative 2, with modifications, would regenerate stands where larch is a minor component and convert them to larch and white pine dominated stands with a wide mix of other species including Douglas-fir, western redcedar, grand fir, and lodgepole pine. The proposed harvest units would increase sunlight on the forest floor and prescribed burning as part of the fuels treatments are expected to allow the existing understory plants including huckleberry, buffalo berry, service berry, snowberry, mountain maple, and pinegrass, to increase in abundance within 3 to 5 years (DEIS p. 91). The large, irregularly shaped harvest units in Alternative 2 mimic natural disturbance processes and over time will provide a more natural looking disturbance pattern. These openings also allow for more opportunities for variability and unique habitat features within the greater unit area boundary. The irregular shape of the units will create ample edge habitat and could result in variable forest conditions along the boundaries (DEIS p. 141).

In the higher elevations, Alternative 2 will use low- to moderate-intensity prescribed fire to achieve a minor reduction in canopy cover and a mosaic of burned and unburned ground cover.

Openings in forest cover will be maintained and created with prescribed burning and are expected to result in shrub and forb development which would improve wildlife habitat conditions (DEIS p. 266). Both harvest and prescribed burning would serve to reduce fuel loads in the project area and approximately 366 acres of timber harvest and 1,066 acres of prescribed burning would occur in the WUI.

The IDT also identified a need to **maintain or improve water quality and native aquatic species habitat** by stabilizing road-related sediment sources and repair stream crossings on roads that are on haul roads and on roads already closed to wheeled motorized travel. Alternative 2, with modifications, will allow for nine miles of road decommissioning on roads no longer needed for NFS land management following work required to address the moderate to high sediment delivery risks. Alternative 2 will also allow for 23 miles of intermittent stored service (storage) to address areas of high-sediment risk on roads needed for future management but currently closed to public use. Decommissioning and storage work could include but is not limited to removing undersized culverts or providing armored overflows, recontouring unstable sections of road, water barring, scarifying the road surface, and seeding (DEIS, p. 38). Public comment identified NFS Roads 5948, 748M, 591 and 5971 as roads used for non-motorized recreation such as a hiking and horse packing. Design of the stabilization work on these roads would include specific provisions for foot and stock access on these roads. NFS Road 5948 was identified as an over the snow access point of interest for winter recreation. With this in mind, road stabilization work would be designed with provisions that would continue to allow snowmobile access on this road from December 1 to March 31 to minimize disturbance to grizzly bears as they emerge from the den in spring (DEIS, p. 38).

As the Buckhorn Project seeks to achieve the desired condition on the landscape using timber harvest as a tool, the team identified an opportunity to **provide wood products to contribute to local and regional economies.**

I did not select Alternative 1, the no action alternative. Although Alternative 1 would not result in disturbances to the biological and physical environment, this alternative fails to address the pressing environmental objectives identified in the purpose and need of the project; developing resilient forest conditions; maintaining and improving water quality and native aquatic species habitat. Under the no action alternative low-to mid-elevation stands would maintain dense canopies with little understory vegetation to provide forage for wildlife. These stands would remain at high risk for a stand replacing fire. Western larch and western white pine would continue to decline in the project area due to disease, and fire suppression would inhibit future regeneration of these species. The lack of fire in higher elevations would allow the encroachment of sub-alpine fire to continue on ridge tops with shrubs and forb species declining. Alternative 1 would not move the project area towards the Forest Plan goals and would not meet the purpose and need identified for the Buckhorn Project.

I did not select Alternative 3 because it would not allow for the creation of landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition because the areas treated would be much smaller in size with more abrupt unit boundaries. Alternative 3 would not mimic natural disturbance patterns or the effects of mixed severity fire through the design of harvest units. Because prescribed burning activities were the same between Alternative 2 and 3, the benefits to wildlife habitat and fire adapted ecosystems would be accomplished to a similar extent in the high-elevation habitat. Alternative 3 also includes the implementation of BMPs on haul roads, the stabilization of road-related sediment sources, and the repair stream crossings on


FS-047365

roads that are already closed to wheeled motorized travel which would maintain or improve water quality and native aquatic species habitat in the project area. Alternative 3 would also provide wood products to contribute to local and regional economies. I also reviewed public comment on the DEIS and no comments were received from the public requesting the implementation of Alternative 3, and instead provided specific comments on project design features that they wanted to see modified in the Selected Alternative.

I did not select Alternative 4 because it would not allow for vegetative treatments in portion of the landscape in the Spread Creek drainage that was identified by the team as an area that could benefit from the promotion of resilient vegetation conditions. The removal of this area of need from proposed activities would diminish the ability for Alternative 4 to accomplish the purpose and need to "promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition." Because prescribed burning activities were the same between Alternative 2, 3, and 4, it is expected that the benefits to wildlife habitat and fire adapted ecosystems would be accomplished to a similar extent in the high-elevation habitat across all action alternatives. Alternative 4 also includes the implementation of BMPs on haul roads, the stabilization of road-related sediment sources, and the repair stream crossings on roads that are already closed to wheeled motorized travel which would maintain or improve water quality and native aquatic species habitat in the project area. Alternative 4 would also provide wood products to contribute to local and regional economies. I also reviewed public comment on the DEIS and although Alternative 4 was developed to address a key issue of public concern, comment received on the DEIS indicated that the public did not want to see Alternative 4 implemented and instead provided specific comments on project design features that they wanted to see modified in the Selected Alternative.

I believe that Alternative 2, with modifications, best meets the purpose and need for the Buckhorn Project while also being responsive to resource issues identified through the analysis process and public input provided on the proposed action and DEIS.

My decision to select **Alternative 2, with modifications,** is expected to increase resilient forest conditions by managing towards characteristic landscape-level vegetation patterns. Forest structure and species composition will be addressed through vegetation management techniques that promote western white pine, whitebark pine, and western larch. Both fuels treatments and prescribed burning without harvest will help to restore fire's role on the landscape and restore characteristic patch sizes and fuel loads. The vegetative treatments will help to improve the vigor, extent and long-term productivity of huckleberry and other native plants to increase forage availability for wildlife. The design of management activities will provide for long-term wildlife security and increased forage in the project area.

As summarized in Table 2 below, **Alternative 2, with modifications,** is the most responsive to the purpose and need statements for the Buckhorn Project.

**Table 2 - Comparison of Purpose and Need Objectives by Alternative**

| Purpose and Need Objective | | Alt. 1 (No Action) | Alt. 2 (Modifications) | Alt. 3 | Alt. 4 |
|---|---|---|---|---|---|
| **Promote resilient vegetation conditions by managing towards characteristic landscape level vegetation patterns, structure, patch size, fuel loading, and species composition.** | | | | | |
| Promote White Pine and Western Larch | (acres) | 0 | 1,694 | 1,320 | 1,112 |
| Improve Huckleberry Habitat Areas | (acres) | 0 | 11,376 | 11,231 | 11,306 |
| Improve Big Game Forage | (acres) | 0 | 12,873 | 12,499 | 12,291 |
| Characteristic Patch size in (number of burn and harvest units that achieve this) | (acres) | 0 | 12,619 (26 units)* | 11,596 (17 units) | 12,005 (21 units) |
| **Maintain or improve water quality and native aquatic species habitat** | | | | | |
| BMP work on haul roads | (miles) | 0 | 23 | 23 | 23 |
| Intermittent Stored Service | (miles) | 0 | 23 | 23 | 23 |
| Decommissioning | (miles) | 0 | 9 | 9 | 9 |
| **Provide wood products to contribute to local and regional economies** | | | | | |
| Timber Volume | (MMBF/CCF) | 0 | 15.7/30,438 | 10.5/20,463 | 8.3/16,078 |

*Harvest units that achieve this Purpose and Need include = 9, 9a, 9b, 10, 11, 12, 13, 14, 15, 16, 16a, 19

All burn units except G-1 achieve this Purpose and Need and are common to Alternatives 2, 3, and 4. Burn unit G-1 was determined not to restore a characteristic patch size but would benefit wildlife habitat and address fuel loading.

## Consideration of Key Issues

In addition to evaluating the purpose and need, I also carefully considered the key issues identified following the development of the proposed action and public comment received on the DEIS.

### Key Issues identified in the DEIS

These key issues were identified from public comments made in response to the proposed action and were used for environmental analysis in the Buckhorn DEIS. The key issues were presented earlier in this document on p. 4-5 and are discussed below.

#### *Effects of large openings*

Alternative 2, with modifications, includes eight regeneration harvest openings over 40 acres. The largest of these regeneration units is approximately 278 acres in size. After reviewing the environmental analysis in the DEIS and FEIS of the effects of these large openings I have determined that the vegetative treatments proposed in Alternative 2, with modifications, would best promote resilient vegetative conditions by managing towards characteristic landscape-level vegetation patterns and provide for wildlife habitat needs in the project area, as compared to Alternative 3, which limited the regeneration harvest opening size to 40 acres or less.

While there are concerns with respect to large regeneration harvest openings in this project, I'd like to explain that this approach is used in this project area due to the condition of the existing vegetation across a portion of the project area. This portion of the project area was created during

a large, stand-replacing fire about 125 years ago (DEIS pg. 78). Many of the resulting stands have become single-storied with little understory vegetation. Over-story trees have stagnated in their growth, and the overall condition of these stands does not lend them to intermediate harvest treatments. While these stands may contribute thermal and hiding cover for wildlife, there is an overabundance of cover in the project area with limited foraging habitat (DEIS pg. 245). Fortunately the project area also contains large, contiguous blocks of late-seral stands which are being retained (see DEIS map M-2).

The DEIS forest vegetation and wildlife habitat analyses support this determination as follows:

- A larger regeneration patch size would be more characteristic of the historic range of variability and would mimic the results of the stand-replacing fires that would occur with a 250 year frequency. These fires left fire-adapted species as single trees or groups of trees to re-seed the area and perpetuate the early seral larch, white pine, and ponderosa pine. Two-storied stands consisting of a sparse overstory and understory seedlings and saplings were likely common. (DEIS, p. 85)
- These large patch sizes allow for more opportunities for variability and unique habitat features within the greater cut area boundary. Edge habitat would be created along the boundary of the units, but also within the unit between areas of heavier and less overstory retention. In the long-term, larger patch sizes would provide more interior forested habitat as these patches go through the successional stages. (DEIS, p. 140)
- Movement areas would be maintained through the project area. These include unharvested and recovered harvest stands adjacent to proposed units and Riparian Habitat Conservation Areas (RHCAs) applied to riparian areas. At a minimum, corridors between units are approximately 200 feet apart and many are 300 feet or more (DEIS, p. 283).
- Larger regeneration units would increase the economic viability of logging systems by concentrating management (DEIS, p. 11).

I incorporated design features into Alternative 2 modified as requested during public comments. These features include the following and are also listed in Appendix 2 of this document.

When the existing conditions and operator feasibility allow, the following actions should be implemented in units 1, 10, 12, 13, 14A, 15, 16, and 16A:

- Screening will occur through leave islands, retention of hardwoods and brush; and where species composition, slope, aspect and fuel accumulations will assist to provide screening;
- The retention of small diameter residual trees will occur within view of roadways to “break up and soften” the view of harvest and fuel treatment activities;
- Landings will be located off roads and within harvest units to reduce their visual impact;
- The timber sale administrator and the purchaser/field representatives will work together, based on site-specific skid patterns and landing locations, to provide roadside screening that can be maintained through the active logging operations;



FS-047368

- Prescribed burning of harvest units will avoid ignitions directly into the roadside screening areas. Radiant heat and existing ground fuels may make it difficult to prevent mortality of the screening vegetation but ignition patterns (identified on site specific burn plans) are designed to minimize mortality.

Again, careful consideration was given to comments received from the KFSC regarding large, regeneration harvest openings. A letter from the KFSC was received after issuance of the FEIS and Draft ROD. The letter, dated June 17, 2014, expressed disappointment that the KFSC believes the project does not incorporate their draft vegetation guidelines for regeneration harvest (see KFSC letter located in the project record). Specifically, the KFSC felt that the project did not incorporate leave islands and security screening within each unit. The design features above have been developed and included in order to address these concerns. Additionally, project design and layout did incorporate these concerns at a landscape level, rather than within each harvest unit, as discussed with KFSC during a meeting with the District Ranger. The process the ID team used is described in the DEIS on pages 9 through 13. While I regret that the KFSC were not able to reach consensus that these concerns have been addressed, I believe that the ID team did a thorough job of reviewing landscape conditions, resource needs, and public concerns in the development of the selected alternative. In addition, the ID team looked to see how and where aspects of the KFSC draft vegetation guidelines could be incorporated into the project design.

I carefully weighed the benefits of Alternatives 2, 3 and 4 analyzed in the DEIS and have determined that implementing Alternative 2, with modifications, would best meet Forest Plan direction to move towards the goals for big game cover/forage ratios (see Table 3 below), and best meet the purpose and need described in the DEIS. Regional Forester approval for this action was obtained on March 11, 2014 (see project file).

### *Effects of timber harvesting activities on the proposed Three Rivers Special Management Area in the Forest Jobs and Recreation Act of 2013.*

The concerns expressed by members of the public that 560 acres of proposed timber harvest in the proposed action is located within the boundaries of the Three Rivers Special Management Area as defined in the FJRA was addressed through the development of Alternative 4. Subsequent communication with the members of the public who expressed this concern indicated that the potential conflict between Alternative 2 and the proposed legislation had been resolved and expressed that it was unnecessary for the Forest Service to analyze Alternative 4 in detail (DEIS p. 22). Since that communication, however, the proposed legislation appears to have changed in committee, and the language allowing the Buckhorn harvest in the Three Rivers Special Management Area was not accepted. At the time of this writing, the language in the proposed legislation does not allow for logging in the Three Rivers Special Management Area except in the case of fire, insects, and disease. The harvest included in Alternative 2-modified would not meet the terms of this exception; however communication with Senator Tester's staff on August 1, 2014 indicated the Three Rivers Special Management Area boundary was recently modified, and therefore any mechanical work for Alternative 2 would occur outside the Special Management Area.

I did not select Alternative 4 because it did not fully achieve the purpose and need for the project and public comment received on the DEIS did not indicate that it continued to be an issue of concern for members of the public that commented.

Table 3 below displays the comparison of the action alternatives in responding to the issues.

**Table 3 - Comparison of Measurement Indicators by Alternative**

| Key Issues | Alt. 1 (No Action) | Alt. 2 (Modifications) | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| **Issue #1 - Effects of large openings** | | | | |
| **Measurement Indicator 1:** Number of regeneration openings greater than 40 acres proposed in MA 11 (big game winter range) and MA 12 (big game summer range) | 0 | 8 | 0 | 4 |
| **Measurement Indicator 2:** The cover/forage ratio in MA 11 and 10 (big game winter range). Forest Plan Standard 30/70 (see Chapter 3, Wildlife) | 87/13 | 84/16 | 85/15 | 85/15 |
| **Measurement Indicator 3:** The cover/forage ratio in MA 12 (big game summer range) Summerfield Recommendation 60/40 (See Chapter 3, Wildlife) | 88/12 | 81/19 | 85/15 | 86/14 |
| **Issue #2 – Effects of timber harvesting on the proposed Three Rivers Special Management Area in the Forest Jobs and Recreation Act of 2013** | | | | |
| **Measurement Indicator:** Acres of timber harvest proposed in the Three Rivers Special Management Area of the Forest Jobs and Recreation Act of 2013 (FJRA). | 0 | *582 | 343 | 0 |

*Communication with Senator Tester's staff on August 1, 2014 indicated the Three Rivers Special Management Area boundary was recently modified, and therefore any mechanical work for Alternative 2 would occur outside the Special Management Area.

## Public Comments Received on the DEIS

The public comments received after the release of the Buckhorn DEIS were carefully considered and the agency response to these comments can be found in Chapter 5 of the FEIS. The public comments received asked that the Forest Service consider making changes to Alternative 2 which led to the modifications of the Selected Alternative described on p. 8 of this ROD. As described above, additional design features were added to the Draft and Final ROD for this project as a result of comments received on the DEIS. These design features are found under the section titled "Design Features in Response to Public Comment" found in Appendix 2.

## Cumulative Effects

In addition to the purpose and need and public issues, I've considered the potential for cumulative effects from past, present, ongoing and reasonably foreseeable actions (DEIS, p. 59-64) in conjunction with project activities and have determined that there will be no significant cumulative effects. In making this determination I examined past, present, ongoing, proposed and reasonably foreseeable actions and the cumulative effects analysis is consistent with Forest Service NEPA Regulations [36 CFR 220.4(f), July 24, 2008] in accordance with the Council on

Environmental Quality Memorandum, *Guidance on the Consideration of Past Actions in Cumulative Effects Analysis.*

My conclusion is based on: 1) the project's consistency with CEQ direction, 2) on-the-ground review and discussions with District resource specialists, and 3) review of the extensive project environmental documentation, including biological assessments, and findings that through project design resources are protected.

# X. Findings Required by Laws, Regulations, and Policies

Numerous laws, regulations, and agency directives require that my decision be consistent with their provisions. I have determined that my decision is consistent with the laws, regulations, and agency policies related to this project. The following summarizes findings required by major environmental laws:

## A. The National Forest Management Act (NFMA)

The National Forest Management Act (NFMA) and accompanying regulations require that several specific findings be documented at the project level. These are:

### 1. Consistency with Forest Plan

The 1987 Kootenai Forest Plan of (Forest Plan) establishes the management direction for the Kootenai National Forest. This management direction is achieved through the establishment of Forest-wide goals, objectives, and standards. Additional goals and accompanying standards have been established for specific Management Areas (MA) across the forest. Project implementation consistent with this direction is the process in which the goals described by the Forest Plan are achieved. The NFMA requires that all projects must be consistent with the governing Forest Plan (16 USC 1604 (i)) or request project-specific amendments when appropriate.

The DEIS displays the Forest Plan and MA goals, objectives, and standards applicable to the Buckhorn project area (DEIS Chapter 1, 2, and 3). The alternative development process is detailed in Chapter 2 of the DEIS, while the environmental consequences of the alternatives in relation to the Forest Plan standards and guidelines are displayed in Chapter 3 of the DEIS with supporting information in the project files (as noted in each Chapter 3 resource discussion).

#### *Forest Plan Amendment*

The Selected Alternative will require a project-specific Forest Plan Amendment that is required to exceed open road density (ORD) standards in MA 12 during project activities (ROD, Appendix 5 – Forest Plan Amendment). I have reviewed the analysis of this amendment in the DEIS and have determined that this project-specific Forest Plan Amendment allows achievement of the overall Forest Plan goal for MA 12 by allowing for a concentration of management activities both temporally and spatially to minimize the effects of displacement on big game. The ORD increase during project activities is based on the possibility that all harvest associated roads could be used at once which is not likely to occur. The ORD levels in MA 12 would return to the existing condition

post-project and other MAs that provide suitable summer range would not have an increase in open road use.

### Grizzly Bears

The Selected Alternative meets Forest Plan Standards for grizzly bears and demonstrates how the project was made compatible with grizzly bear needs (DEIS, p. 118-119). Meeting Objectives 1-4 has been determined to meet the intent of the IGBC Guidelines (Buterbaugh 1991) and the Kootenai Forest Plan direction found in Appendix 8. The relevant language from the IGBC Guidelines (IGBC 1986) states:

*Management decisions will favor the needs of the grizzly bear when grizzly habitat and other land use values compete. Land uses which can affect grizzlies and/or their habitat will be made compatible with grizzly needs or such uses will be disallowed or eliminated (IGBC Guidelines p. 3).*

The IGBC guidelines do not provide a specific definition of “compete” or “compatible,” however, the intent of these provisions is made clear by the discussion in the IGBC guidelines regarding Forest Service grizzly bear management policy:

*The FS (Forest Service) will manage habitats essential to bear recovery for multiple land use benefits, to the extent these land uses are compatible with the goal of grizzly recovery.*

*Land uses which cannot be made compatible with the goal of grizzly recovery, and are under FS control, will be redirected or discontinued. Management guidelines and objectives, the cumulative effects process, and goals for habitat capability and mortality will be used to guide activities which are compatible with grizzly bear recovery. It is also the policy of the Forest Service to facilitate recreation use in occupied grizzly habitat to the extent such levels or use are compatible with both human safety and grizzly recovery objectives (IGBC Guidelines p. 2).*

Thus, it is apparent that the IGBC Guidelines recognize the multiple use nature of National Forest management. Furthermore, it is apparent that land uses which are, or can be made, compatible with grizzly bear recovery do not “compete” even if there is an impact on individual bears. The IGBC Guidelines provide a detailed process for determining compatibility between land uses and grizzly bear recovery which utilizes the consultation process to assist in determining compatibility between proposed land uses and grizzly bear recovery (IGBC Guidelines p. 6).

The determination of compatibility is based on the proposed federal action, not on individual components of such action. This is apparent from the IGBC guidelines which utilize the consultation process to assist in determining the compatibility of proposed land uses with grizzly bear recovery goals.

Thus, the relevant consideration in the present case is whether the Buckhorn project, as consulted on with the USFWS, is compatible with grizzly bear recovery goals and objectives. If it is, or can be made compatible, then the land uses encompassed by this project do not “compete” within the meaning of the IGBC guidelines.

Further, the Kootenai Forest Plan established guidelines and standards for its programs to provide for a more consistent interpretation and implementation of the Interagency Guidelines on the KNF. These guidelines provide broad direction that should be strived for in all management activities but may be altered on the basis of site specific needs as determined in the biological evaluation (Forest Plan, Appendix 8-7).

With the exception of activities near private land found along the Yaak River, which would be (Management Situation) MS-3[1] lands, nearly all of the Buckhorn project activities lie in Grizzly Bear MS-1 as designated by the Forest Plan and the Interagency Grizzly Bear Guidelines. Buckhorn project design ensures that habitat parameters and conditions are maintained or improved post-project (see DEIS, p. 125-144) and minimizes potential impacts or effects of resource competition between bears and humans during the life of the project. Many of the prescribed burn units were proposed in part to improve habitat conditions for bears, especially in Core habitat, based upon discussion with Wayne Kasworm, USFWS biologist. This would maintain habitat conditions favorable for grizzly bears throughout the project area and both affected BMUs.

All habitat parameters currently meet or are better than the standards for BMUs 13 and 14. Movement corridors between project and adjacent BMUs would be maintained. Proposed timber harvest and prescribed burn treatments would maintain and/or introduce a variety of age classes and successional stages within the project area. Maintaining open conditions with prescribed fire and creating open conditions through timber harvest would provide favorable habitat conditions for huckleberries and other forage for grizzly bears and other species where it exists in the soil bed. Mortality risk to grizzly bears associated with management related sources of attractants is low.

Large areas of unroaded and roadless Core habitat in the project area is providing security habitat for grizzly bears. Core area in BMUs 13 and 14 is 60 and 56 percent, respectively, and exceed each BMU's specific standard by one percent. During the Buckhorn project, displacement area for activities is provided and all recommendations for protection of the grizzly bear are met for Alternatives 2. Total Motorized Route Density (TMRD) would not change during harvest for all alternatives. Open Motorized Route Density (OMRD) would temporarily increase, but would remain at or better than standards during harvest operations. Although standards would not temporarily be met during watershed improvement activities, a once per 10-year entry per Core block for the sole purpose of completing road decommissioning/stabilization activities is allowed under design element I. B. 2. a. of the 2011 Access Amendment. The effects of such activities were analyzed in the 2011 Access Amendment (USFS 2011a, b) and programmatic BO and incidental take related to such activity was exempted (Wilson 2011a, b). There would be no permanent reduction in Core or increases in route densities with this project. No mechanized activities are allowed during the spring bear season to protect this important habitat. Harvest units were designed to maintain movement

[1] **Management Situation** 3 lands are areas where grizzly presence is possible but infrequent due to high human use, and human presence results in conditions which make grizzly presence untenable for humans and/or grizzlies. **Management Situation 1** habitat contains grizzly population centers and habitat components needed for the survival and recovery of the species.

corridors between units and retention of cover within units where available. All gates or barriers opened for harvest and watershed improvement operations would remain closed to public wheeled motorized travel during non-operational periods (see ROD, Appendix 4 - Access Management Plan).

The Buckhorn Project was designed to improve forage habitat for grizzly bears. As explained in the Forest Vegetation section of the DEIS, p. 91, both prescribed burning activities and harvest activities are expected to improve conditions for huckleberries and other species that provide forage for grizzly bears and other wildlife species. Approximately 63 percent of harvest activities will occur in the winter and will avoid the active bear season. No mechanized activities are allowed during the spring bear season to protect this important habitat. Timing of timber harvest and watershed implementation activities will be scheduled to maximize displacement area (ROD, Appendix 2 – Design Features). Harvest units were designed to maintain movement corridors with hiding cover. Gates opened for harvest operations would remain closed to public wheeled motorized travel during non-operational periods (ROD, Appendix 4-Access Management Plan).

### *Old Growth*

All activities are compatible with Forest Plan standards for old growth. No harvest in old growth is proposed and prescribed burn units have been designed to avoid ignition in old growth stands. There are 16 miles of existing open roads through old growth but no new roads or temporary roads would be constructed through old growth stands. The project maintains 14 percent of designated old growth and replacement old growth in the project area, well distributed across dominant habitat types of suitable National Forest acres below 5,500 feet elevation. All alternatives would maintain a sufficient amount and distribution of old growth forest habitat as directed by the Forest Plan. The Forest Plan Monitoring and Evaluation Report for Fiscal Year 2012 documents the forest-wide status of old growth. Forest-wide analysis of old growth, which is disclosed in the 2012 Monitoring Report, concludes that 16 percent of the National Forest acres below 5,500 feet on the Kootenai National forest are managed as old growth as required in the Forest Plan (DEIS, p. 106).

### *Visual Quality Objectives*

For each management area, the Forest Plan established visual quality objectives (VQOs) based on methods described in the Visual Management System-Landscape Management Handbook Number 462 (USDA Forest Service 1974). These objectives identify standards of visual quality that proposed activities in those areas should meet. The Selected Alternative would be consistent with the Forest Plan VQOs (DEIS p.489-496).

### *Soil and Water Resources*

The NFMA requires that timber will be harvested from NFS lands only where soil, slope, or other watershed conditions will not irreversibly damage [16 USC 1604(g)(3)(E)(i)]. All activities proposed are consistent with this direction.

The Forest Plan states that project plans for activities requiring the use of ground-based equipment will establish standards for the area allocated to skid trails, landings, temporary roads, or similar areas of concentrated equipment use (USDA Forest Service 1987a). None of the activities would exceed the Regional Soil Quality guidelines for detrimentally disturbed soils (FSM R1 Supplement 2550-2014-1). For more information refer to the soils analysis in Chapter 3 of the DEIS p. 390-412 and information in the project file.

The proposed project is consistent with the goals, objectives, and standards for soil and water resources set for the Forest Plan because project design features and BMPs have been included to protect soil and water resources. The BMPs include Soil and Water Conservation Practices at a minimum to control non-point source pollution and protect soil and water resources from permanent damage. In addition, the project will implement the National Core Best Management Practices related to road management activities and mechanical vegetation management activities to maintain and improve water quality conditions.

The 2011 data summary for BMP reviews from 1991 to 2011 shows that 96 percent of activities evaluated had appropriate BMPs implemented, and 94 percent of those activities were effective (DEIS p. 388).

### *Diversity of Plants and Animals*

The NFMA requires that Forest Plans shall provide for the diversity of plant and animal communities based on the suitability and capability of the specific land area [16 USC 1604(g)(3)(B)]. Sensitive species are managed under the authority of the NFMA and are administratively designated by the Regional Forester (FSM 2670.5). In making my decision, I have reviewed the analysis and project effects on all sensitive species listed as possibly occurring on the Kootenai National Forest. Based upon consideration of the Forest Plan, the Monitoring Plan and Design Features of this Decision, the analysis of effects of the Buckhorn Project presented in the DEIS and the FEIS, I concluded that my decision poses little risk to the diversity of native species. In addition, my conclusion is based on a review of the record that shows a thorough review of relevant scientific information, a consideration of opposing views, and the acknowledgment of incomplete or unavailable information, scientific uncertainty, and risk.

Table 4 shows the Sensitive Species Determinations and where they can be located in the Buckhorn EIS.

**Table 4 – Sensitive Species Determinations in the Buckhorn EIS**

| Species | Determination | DEIS, Chapter 3 Page |
|---|---|---|
| Bank monkeyflower | No Impact | 445 |
| Geyer's biscuit root | No Impact | 445 |
| Northern beech-fern | No Impact | 445 |
| Peculiar moonwort | No Impact | 445 |
| Pink corydalis | No Impact | 445 |
| Prickly tree clubmoss | No Impact | 445 |
| Short-flower monkeyflower | No Impact | 445 |
| Stalked moonwort | No Impact | 445 |
| Stalk-leaved monkeyflower | No Impact | 445 |

| Species | Determination | DEIS, Chapter 3 Page |
|---|---|---|
| Upswept moonwort | No Impact | 445 |
| Upward-lobed moonwort | No Impact | 445 |
| Water Marigold | No Impact | 445 |
| Wavy moonwort | No Impact | 445 |
| Western moonwort | No Impact | 445 |
| Western pearl-flower | No Impact | 445 |
| Whitebark pine | May Impact Individuals | 445 |
| American Peregrine Falcon | No Impact | 207 |
| Bald Eagle | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 207 |
| Bighorn Sheep | No Impact | 207 |
| Black-Backed Woodpecker | No Impact | 207 |
| Coeur d'Alene Salamander | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 208 |
| Common Loon | No Impact | 208 |
| Fisher | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 208 |
| Flammulated Owl | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 208 |
| Gray Wolf | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 208 |
| Harlequin Duck | No Impact | 208 |
| Northern Bog Lemming | No Impact | 208 |
| Northern Leopard Frog | No Impact | 208 |
| Townsend's big-eared bat | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 208 |
| Western Toad | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 208 |
| Columbia basin redband trout | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 350 |
| Western Pearlshell Mussel | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 350 |
| Westslope cutthroat trout | May impact individuals or habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability to the population or species | 350 |

After reviewing the DEIS, the activities authorized in Alternative 2, with modifications, are consistent with Forest Plan , except for the project-specific amendment identified above and shown in Appendix 5.

## 2. Suitability for Timber Production

The NFMA directs that no timber harvesting shall occur on lands classified as not suited for timber production except for salvage sales, or sales necessary to protect multiple use values [16 USC 1604(k)].

Stands proposed for harvest treatment in the Buckhorn project area were examined for suitability by a certified silviculturist and determined to be suitable for timber production and capable of being regenerated within five years of timber harvest (DEIS pg. 101). All units proposed for timber harvest are in MA 11, 12, and 14. Each of these management areas is classified as suitable for timber management where timber harvest is to be scheduled (Forest Plan and Buckhorn DEIS p. 14-17).

Previous regeneration harvest records on the district show that 90 percent of even-aged management units have been satisfactorily stocked within 5 years and 98 percent of these units are progressing or certified as stocked now (DEIS, p. 101-102).

### 3. Timber Harvest on National Forest System Lands

A Responsible Official may authorize site-specific projects and activities to harvest timber on National Forest System lands only where:

a. Soil slope, or other watershed conditions will not be irreversibly damaged - [16 USC 1604(g)(3)(E)(i)]. This determination is supported by the disclosures in the DEIS on p. 390 – 412, the application of Design Features (ROD, Appendix 2), the application of Best management Practices (DEIS, Appendix F) and contained in the Soil and Water Conservation Practices Handbook 2509.22 (USDA Forest Service, 1988) to prevent the loss of soil. Documentation of the effects of the Selected Alternative to site productivity and soil and water resources are contained in the soils analysis and the project file. The estimated cumulative disturbance by harvest unit ranges from 6-14 percent, meeting regional guidelines limiting detrimental disturbance to 15 percent. Watershed improvement activities and BMPs are designed to improve the overall conditions of the watershed.

b. There is reasonable assurance that lands can be restocked within 5 years of final harvest [16 USC 1604(g)(E)(ii)]. The knowledge and technology currently exists to adequately restock the harvested areas and is documented in the vegetation analysis (DEIS p. 101-102).

c. Streams, wetlands, and other bodies of water are protected from detrimental changes in water temperatures, blockages of water courses, and deposits of sediment where harvests are likely to seriously and adversely affect water conditions or fish habitat [16 USC 1604(g)(3)(E)(iii)]. The Selected Alternative meets all Forest Plan standards as amended by Inland Native Fish Strategy (INFISH) (DEIS, p. 350, 389).

d. The harvesting system to be used is not selected primarily because it will give the greatest dollar return or the greatest unit ouput of timber [16 USC 1604(g)(3)(E)(iv)]. My decision to implement the Buckhorn Project is not based primarily on the greatest dollar return, but rather the promotion of resilient forest conditions to reduce the risk of stand replacing fire and to improve foraging habitat for wildlife species and aquatic species. Economics was one of many factors which I considered.

### 4. Clearcutting and Even-Aged Management

A Responsible Official may authorize projects and activities on NFS lands using cutting methods, such as clearcutting, seed tree cutting, shelterwood cutting, and other cuts designed to regenerate an even-aged stand of timber only where:

a. For clearcutting, it is the optimum method; or where seed tree, shelterwood, and other cuts are determined to be appropriate to meeting the objectives and requirements of the relevant plan [16 USC 1604(g)(3)(F)(i)]. My determination is based upon field reviews; discussion of alternative silvicultural systems, prescriptions and the use of even-aged management found in the diagnosis (see project file); the evaluation of effects found in Chapter 3 of the DEIS; and the forest vegetation section of the project file. Based on this information, I have determined that clearcutting is the optimal method of treatment for units 9, 9A, 9B, 9C, 16, 16A, 17, and 18. I have also determined that prescribing other even-aged systems under the selected alternative is appropriate for Units1, 1A, 2, 3, 4, 4A, 6, 8, 10, 12, 13, 14, 14A, 14B, 14C, 15, 19, and 20.
b. The interdisciplinary review has been completed and the potential environmental biological, aesthetic, engineering, and economic impacts have been assessed on each advertised sale area and the cutting methods are consistent with the multiple use of the general area [16 USC 1604(g)(3)(F)(ii)]. As discussed in the DEIS, the environmental analyses were completed by an interdisciplinary team (see DEIS, Appendix J – list of preparers).
c. Cut blocks, patches, or strips are shaped and blended to the extent practicable with the natural terrain [16 USC 1604 (g)(3)(f)(iii)]. The Selected Alternative meets the visual quality objectives (VQOs) as is discussed in the Scenic Resources section of the DEIS p.489-496.
d. Cuts are carried out according to the maximum size limit requirements for areas to be cut during one harvest operation [16 USC 1604(g)(3)(F)(iv)]. The Selected Alternative proposes eight regeneration harvest units larger than 40 acres to achieve characteristic landscape-level patch sizes and vegetation patterns. These openings were identified to the public in the proposed action and I received Regional Forester approval for these openings on March 11, 2014.
e. Timber cuts are carried out in a manner consistent with the protection of soil, watershed fish, wildlife recreation, esthetic resources, cultural and historic resources, and the regeneration of timber resources [16 USC 1604(g)(3)(F)(v)]. The timber harvest conducted under the Selected Alternative provides the necessary protection for the above resources. This determination is supported by disclosures in Chapter 3 of the DEIS. The standards contained in the Forest Plan are designed to provide the desired effects of management practices on the other resource values. The Selected Alternative meets applicable standards except for one project-specific forest plan amendment to exceed open road density standards as is discussed under the "Consistency with Forest Plan" section of this ROD. My consideration of these factors is documented throughout Chapter 2 and 3 of the DEIS, the FEIS, and the project file.

### 5. Roads

The NFMA requires that the necessity for roads be documented, and that road construction be designed to standards appropriate for the intended uses, considering safety, cost of transportation, and impacts on land and resources [16 USC 1608 (c)].

Management actions associated with the Buckhorn Project do not include the construction of specified permanent roads. An estimated one mile of temporary roads will be constructed and

reclaimed after their use (ROD, Appendix 2 – Design Features) to access harvest units. I believe that we have met the requirements of [16 USC 1608 (c)].

## B. Clean Water Act and Montana State Water Quality Standards

The Clean Water Act requires states to establish water quality standards that provide for protection of the beneficial uses made of their waters. State water quality standards consist of classifying streams, designating the beneficial uses, and developing water quality criteria sufficient to protect the designated beneficial uses.

The designated beneficial uses of most streams in the Kootenai River basin, including the Buckhorn area streams, are drinking, culinary, and food processing purposes, after conventional water treatment; bathing, swimming and recreation; growth and propagation of salmonid fishes, associated aquatic life, waterfowl and furbearers; and agricultural and industrial water supply.

Montana has developed numeric or narrative criteria for various pollutants that may impact these beneficial uses. The pollutant of primary concern with land management operations is sediment, and the beneficial use of most concern in these waters is generally fish. No increases of sediment or suspended sediment are allowed above naturally occurring concentrations which will render the waters harmful, detrimental, or injurious to fish (ARM 17.30.623). The Forest Service addresses this requirement through application of best management practices (BMPs).

States are required to assess whether streams established water quality standards, and if they do not states must establish total maximum daily loads (TMDLs) for those pollutants causing the impairment. Streams that are identified as not meeting water quality standards are put on what is called the “303(d) list” which is updated every two years. According to a May 29, 2014 letter from EPA on the Buckhorn FEIS, Spread Creek has no 303(d) listing, but not all uses have been assessed. Both Meadow Creek and North Fork Meadow Creek in the project area are listed as category 3, which means there is insufficient data to assess beneficial use support. This information updates the information found in the DEIS.

The EPA letter went on to say “[t]he EPA remains concerned about the current state of use attainability, continued protection of the current relatively pristine state of some streams and water bodies in and around the project area, and continued potential impacts on aquatic resources, primarily due to roads use and management. The Draft and Final EISs state that implementation of some aquatic resource protection and mitigation Best Management Practices (BMPs) are subject to USFS budgeting decisions or potential outside organization funding resource availability. Therefore, the EPA continues to support and recommend the USFS maintain its commitment for demonstrating road reconstruction, decommissioning, storage and new road activities are closely monitored.” The project monitoring plan is located in Appendix 5 of this document. The monitoring plan includes “monitoring implementation and effectiveness of Best Management Practices (BMPs)” in harvest units and on road work. This monitoring would take place during and post timber sale activity.

Upon review of the Buckhorn Project DEIS and the project file, I find that the activities associated with the Selected Alternative will comply with the Clean Water Act and Montana State Water Quality standards. My decision includes project Design Features (ROD, Appendix 2) and Best Management Practices (DEIS, Appendix F) which are designed to protect the water resource and achieve water quality standards. In addition, INFISH RHCAs will be established along all wetlands and stream courses that are in or adjacent to treatment areas.

The Environmental Protection Agency (EPA) Region VIII Denver Office was notified of this project and sent a copy of the DEIS. A letter was received from the Denver Office with recommendations which the Forest Service has responded to in Chapter 5 of the FEIS.

### C. Clean Air Act

After reviewing Chapter 3 of the DEIS, I find that the activities in the Selected Alternative will be coordinated to meet the requirements of the State Implementation Plans, Smoke Management Plan, and Federal Air Quality requirements (p.461-473).

### D. Consideration of Best Available Science

My decision is based on the best available science. This science is thoroughly discussed throughout the DEIS and FEIS, in Response to Comments, and in the project file documentation.

### E. National Historic Preservation Act, American Indian Religious Freedom Act, and Native American Graves Protection and Repatriation Act

Cultural resource reviews have been completed on all areas to be impacted by ground-disturbing activities. No cultural resources are expected to be affected by the Selected Alternative. Recognizing that the potential exists for unidentified sites to be encountered or disturbed during project activity, special provisions for their protection will be included in all contracts used to implement this project. These provisions will allow the Forest Service to unilaterally modify or cancel a contract to protect cultural resources, regardless of when they are identified. This provision will be used if a site were discovered after a harvest operation had begun. This project complies with the Region 1 programmatic agreement (1991) with the State Historic Preservation Office and the Advisory Council on Historic Preservation.

### F. Government to Government Relations

The Forest Service consulted with the Confederated Salish and Kootenai tribes and the Kootenai Tribe of Idaho during the analysis process. The intent of this consultation has been to remain informed about the tribal concerns regarding the American Indian Religious Freedom Act and other tribal issues. In addition, the Salish, Kootenai, and Upper Pend d 'Oreilles have rights under the Hellgate Treaty of 1855 (July 16, 1855). These rights include the "right of taking fish at all usual and accustomed places, in common with citizens of the Territory, and of erecting temporary buildings for curing; together with the privilege of hunting, gathering roots and berries, and pasturing their horses and cattle upon open and unclaimed land." The federal government has trust responsibilities to Tribes under a government-to-government relationship to insure that the Tribes reserved rights are protect. Consultation with the tribes throughout the project planning helped insure that these trust responsibilities were met.

### G. The Endangered Species Act [16 USC 1531 ET. SEQ]

Under the provisions of this Act, Federal agencies are directed to seek to conserve endangered and threatened species and to ensure that actions are not likely to jeopardize the continued existence of any of these species. Biological Assessments for threatened and endangered species have been completed for the project.

Table 5 shows the threatened, endangered, and proposed plant and animal species on the Kootenai National Forest and the determinations made for these species in the DEIS.

**Table 5 – Threatened, Endangered, and Proposed Species Determinations**

| Species | Determination | EIS, Chap. 3 Page |
|---|---|---|
| Spalding's Catchfly | No Effect | 445 |
| Grizzly Bear | May Affect, Likely To Adversely Affect | 115 |
| Canada Lynx | May Affect, Not Likely To Adversely Affect | 115 |
| Canada Lynx Critical Habitat | May Affect, Not Likely To Adversely Affect | 115 |
| Wolverine | Not likely to Jeopardize the Continued Existence | 115 |
| Bull Trout | No Effect | 343 |
| White Sturgeon | No Effect | 343 |

In accordance with the Endangered Species Act, Section 7, I have received concurrence through formal consultation with regard to the project effects to grizzly bear. The activities in the Selected Alternative with the determination to likely adversely affect grizzly bears are consistent with the 2011 Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones (Access Amendment) and are covered by the Incidental Take Statement issued as a result of that consultation. I have also received concurrence with regards to our determination for effects to Canada lynx and designated Canada lynx critical habitat. Concurrence from USFWS was received May 30, 2014. The letter is located in the project record.

## H. Administration of the Forest Development Transportation System-Roads Policy- 36 CFR Part 212 et al. (Published in the Federal Register on January 12, 2001)

A roads analysis has been prepared for the Buckhorn project area (see Transportation Section of the project file). I have determined that the Selected Alternative, which includes no new permanent road construction, the addition of nine miles of closed road to the NFS roads system, the decommissioning of nine miles of closed roads, and the storage of 23 miles of closed road to address high risk sediment sources, complies with the Roads Policy.

## I. Migratory Bird Treaty Act

On January 10, 2001, President Clinton signed an Executive Order outlining responsibilities of Federal agencies to protect migratory birds. Upon review of the information in the DEIS (p. 306-318) and the FEIS, Chapter 5, Response to Comment (p. 26), I find that the Selected Alternative complies with this Executive Order.

## J. Roadless Area Conservation Rule and Idaho Roadless Rule

I have considered the effects of prescribed burning and 109 acres of fuels augmentation using hand tools (i.e. chainsaws) proposed in the Buckhorn Ridge Inventoried Roadless Area #661 and the Northwest Peaks Inventoried Roadless Area #663, and have determined these activities to be

consistent with the Roadless Area Conservation Rule (35 CFR 294 Subpart B) and the Idaho Roadless Rule (36 CFR 294 Subpart C).

## K. Environmental Justice

I have considered the effects of this project on low income and minority populations and concluded that this project is consistent with the intent of the Environmental Justice Act of 1994 (EO 12898). This project was designed to contribute to the economic well-being of local communities (see DEIS, Chapter 1 and Chapter 3). The Economics analysis disclosed no disproportionate effects to low income or minority populations.

## L. Global Climate Change Prevention Act

The importance of carbon storage capacity of the world's forests is tied to their global role in removing atmospheric carbon that is contributing to ongoing global warming. Meaningful and relevant conclusions on the effects of a relatively minor land management action such as the Buckhorn Project on global greenhouse gas emissions or global climate change is neither possible nor warranted.

Forests are in a continual flux, emitting carbon into the atmosphere and removing it through photosynthesis. The proposed activities may alter the rates and timing of that flux within the individually-affected forest stands. However, these changes would be localized and infinitesimal in relation to the role the world's forests play in climate change, and indistinguishable from the effects of not taking action in the Buckhorn Project Area. Therefore, this issue was not addressed further. For additional information, refer to the climate discussion in the DEIS on p. 82-83 and the climate change specialist report in the project file.

## M. Compliance with Other Laws, Regulations, and Policies

Compliance with other laws, regulations, and policies are listed in various sections of the project file, the Forest Plan, and the DEIS (primarily in the "Regulatory Framework" discussion at the beginning of each resource analysis and the "Consistency" discussion at the end of resource sections in Chapter 3).

## N. Environmentally Preferred Alternative

The DEIS analyzed one no-action and three action alternatives in detail. It is also required by law that one or more of those alternatives be identified in the Record of Decision as the environmentally preferred alternative. The environmentally preferable alternative is not necessarily the alternative that will be implemented, and it does not have to meet the underlying need of the project. It does, however, have to cause the least damage to the biological and physical environment and best protect, preserve, and enhance historical, cultural and natural resources (36 CFR 220.6). The environmentally preferred alternative must also "encourage productive and enjoyable harmony between man and his environment," "promote efforts which will prevent or eliminate damage to the environment and biosphere" and stimulate the health and welfare of man" (42 USC § 4321).

Alternative 2-modified is the environmentally preferred alternative because it does the most to respond to the purpose and need, including promoting western white pine and western larch,

improving huckleberry habitat, and improving big game forage. Alternative 1 would not be the environmentally preferred alternative because it fails to address the pressing environmental objectives identified in the purpose and need of the project: developing resilient forest conditions; maintaining and improving water quality and native aquatic species habitat. Alternative 2-modified best preserves natural resources, in the long-term, by promoting long-lived tree species, improved forage and habitat for big game and other wildlife species, improving watershed conditions and fish habitat. While Alternative 2-modified will result in short-term impacts, which are described in the EIS, these impacts will be outweighed in the long-term by the benefits of actions that promote resilient forest conditions and improve water quality and aquatic species habitat.

## XI. Pre-decisional Administrative Review (Objection) Process

This project was subject to review and objection pursuant to 36 CFR 218 regulations (Subparts A and B). On May 19, 2014, a written objection, including attachments, was submitted by Dick Artley. The objector had submitted comments on the project proposed action during scoping as well as on the DEIS. This objection met the requirement of 36 CFR 218.8.

Neither the comments on the DEIS nor the objection were specific to the Buckhorn proposed action or project activities. An offer to meet with the objector was extended by the reviewing official on July 2, 2014. The objector declined this offer. Therefore there was no opportunity to discuss or resolve the objection or any specific points contained in it.

On July 7, the reviewing official stated he had reviewed the objector's assertions that the project violates various environmental laws and regulations and the Forest Plan, and determined that the project is in compliance with all laws, regulations, policies and the Forest Plan. The reviewing official determined that the Forest Supervisor may sign the Record of Decision for the Buckhorn project. Specifics of the objection and the review may be found in the project record.

## XII. Implementation

Per direction in the July 7, 2012 objection reviewing official's letter, the ROD may be signed and this project may begin immediately.

## XIII. Contact Information

For further information on this decision, contact Kirsten Kaiser, District Ranger, Three Rivers Ranger District, 12858 US Hwy 2, Troy, MT 59935, (406) 295-4693, kakaiser@fs.fed.us .

CHRISTOPHER S. SAVAGE
Forest Supervisor

8/5/2014
Date



FS-047383

# Appendix 1 – Treatment Summary Table, Selected Alternative

## Harvest Treatment Summary Table

| Unit # | Management Area | Acres | Selected Alternative: Existing Condition | Selected Alternative: Proposed Treatment | Selected Alternative: Objectives | Purpose and Need: Promote White Pine and Western Larch | Purpose and Need: Improve Huckleberry Production | Purpose and Need: Improve Big Game Forage | Purpose and Need: Provide Wood Products | Purpose and Need: Characteristic Patch Size |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 | 27 | Mixed conifer C, WH, GF, WL, WP, ES. Low vigor, small crowns. High stem disease occurrence. Dead WP and LP. In WUI. | Regenerate – Seedtree cut via winter tractor leaving WL, DF, WP. Underburn. Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 1A | 12 | 8 | Mixed conifer C, WH, GF, WL, WP, ES. Low vigor, small crowns. High stem disease occurrence. Dead WP and LP. In WUI | Regenerate – Seedtree cut via winter tractor leaving WL, DF, WP. exc pile. Interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 2 | 12 | 33 | Mixed conifer WL, WH, C, GF, LP, DF, WP. Portions are LP dominated. Declining health and mortality in WP, LP. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, WP. Underburn, Natural regen, interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |
| 3 | 11 | 15 | Varied with dense C, WL, ES, WP and more open areas where WP was salvaged. RR in patches in DF and C. High stem disease occurrence. In WUI | Regenerate-Shelterwood cut via tractor leaving WL, DF, C, A, ES. Spot exc pile, plant WL, WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, reduce fuel load, increase productivity by fully stocking stand, promote huckleberry and forage. | X | X | X | X | |

| Unit # | Management Area | Acres | Selected Alternative | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 4 | 11 | 5 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |
| 4A | 11 | 6 | Mixed conifer WL, DF dominated. Many small WL that are suppressed. Dense understory/ladder fuels in places. In WUI | Regenerate – Seedtree cut via tractor leaving WL, DF. Underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | | X | X | |
| 5 | 12 | 13 | Mixed conifer WL dominated with LP, C, DF 4-10" dbh. Low vigor due to density and tough growing site. In WUI | Improvement cut via tractor. Yard tops. Future underburn as part of D. | Reduce density to improve growing conditions, reduce fuel load, | X | | | X | |
| 6 | 11 | 24 | LP dominated with WL, DF and small area of C, WH at east end. Scattered MPB mortality in LP and condition is in decline. In WUI | Regenerate-seedtree cut via tractor leaving WL, DF. Underburn, Natural regen interplant WP, | Initiate regeneration. Salvage declining LP, start stand over to improve overall health and vigor. Provide forage | X | | X | X | |
| 8 | 11 | 23 | WL, DF dominated. Heavy DMT in WL. Rocky soils. Heavy ladder fuels. In WUI | Regenerate-shelterwood cut via tractor leaving WL, DF. Underburn, Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, Provide forage | X | X | X | X | |
| 9 | 12 | 53 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Underburn. Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |

| Unit # | Management Area | Acres | Selected Alternative | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 9A | 12 | 3 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9B | 12 | 4 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 9C | 12 | 47 | Mixed conifer GF, C, WH, WL, WP, DF, LP. WP, LP mortality throughout – heavy in places. Moderate to heavy fuel loading. Partly in WUI | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 10 | 12 | 235 | Previous mgmt removed dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, WP, DF, ES. Many dead WP and GF. Low stocking in areas. | Regenerate-seedtree cut via winter tractor leaving WL, DF, WP. underburn, Natural regen, interplant WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote huckleberry and forage. Mimic natural patch size and shape | X | X | X | X | X |
| 12 | 11, 12 | 68 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. South ¼ is C, GF, ES, LP dominated and in poor health generally. LP is fading/small crowns. Scattered, good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |

| Unit # | Management Area | Acres | Selected Alternative | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 13 | 12 | 45 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. Scattered, very good/healthy large WL, DF, and some WP. in WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 14 | 12 | 238 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 14A | 12 | 10 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Exc pile. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |

| Unit # | Management Area | Acres | Selected Alternative | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 14B | 12 | 23 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 14C | 12 | 7 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES with many dead WP and GF in south 1/3. Center 1/3 is WL, DF, LP, WP. Northern 1/3 varies with dominance of DF, LP, ES. Scattered, very good/healthy large WL, DF, and some WP | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Exc pile. Interplant WL, DF, WP. | | X | | X | X | X |
| 15 | 12 | 101 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer with WL, LP, AF, C, GF, WP. Many dead WP. Generally in very poor health with abundant stem disease, DMT, and WPBR. Very heavy fuel loads with dead WP. Scattered, very good/healthy large WL, DF, and some WP. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Exc pile. Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape. Reduce fuel loads. | X | | X | X | X |

| Unit # | Management Area | Acres | Selected Alternative | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 16 | 12 | 70 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by WH, GF with scattered WP, DF, WL, C. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 16A | 12 | 40 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by WH, GF with scattered WP, DF, WL, C. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. Mimic natural patch size and shape | X | X | X | X | X |
| 17 | 12 | 24 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |
| 18 | 12 | 13 | Previous mgmt removed some scattered dominant WL, WP, C. Mixed conifer dominated by C, WH, GF, with scattered WP, DF, WL, C. WP mortality throughout – heavy in places. Moderate to heavy fuel loading. | Regenerate-clearcut with reserves via winter tractor leaving WL, DF, WP. Exc pile, Plant WL, DF, WP | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Reduce fuel load, Provide forage. | X | | X | X | |

| Unit # | Management Area | Acres | Selected Alternative | | | Purpose and Need | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Existing Condition | Proposed Treatment | Objectives | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Provide Wood Products | Characteristic Patch Size |
| 19 | 11, 12 | 76 | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF, ES. Many dead WP and GF. LP is fading/small crowns. Scattered, good/healthy large WL, DF, and some WP. Partly in WUI | Regenerate - Seedtree cut via winter tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | X |
| 20 | 14 | 29 | Mixed conifer dominated by WL, C, LP, DF, ES, GF – very dense. WL is generally in good/healthy – other species in decline. In WUI | Regenerate - Seedtree cut via tractor leaving WL, DF, WP. Underburn, Interplant WL, DF, WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape | X | | X | X | |
| **Total** | | 1,240 | | | | | | | | |

## Prescribed Burn Treatment Summary

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| A | 2<br>14 | 479 | 13-26<br>(20-40 in Lodgepole;10-20 in SAF) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may move into these areas as would occur under natural conditions. | | X | X | X |

[1] Crown reduction will not be uniform. Some areas of the burns may have no tree mortality and therefore no reduction in tree crown cover. Other areas may have high tree mortality with nearly complete crown reduction. The ranges displayed represent the average crown reduction expected across the entire burn unit.

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| B | 2<br>14<br>18 | 284 | 18-35<br>(30-50 on steep slopes; 5-20 on gentle slopes) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may move into these areas as would occur under natural conditions. | | X | X | X |
| C | 2 | 269 | 18-35<br>(30-50 on south slopes; other aspects 5-20) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |
| D | 11<br>12 | 85 | 20-30 of tree canopies | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams. | X | | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need: Promote White Pine and Western Larch | Purpose and Need: Improve Huckleberry Production | Purpose and Need: Improve Big Game Forage | Purpose and Need: Create characteristic Patch Size |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 11<br>12<br>14<br>19 | 462 | 20-30 of tree canopies | WUI | Lower elevation sites<br>Big game winter range<br>Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams and wetlands.<br><br>Exclude Coeur d" Alene. Salamander habitat found in rock scree at bottom of the unit. | | X | X | X |
| F | 2<br>14 | 1,776 | 10-20 of tree canopies | Buckhorn Ridge IRA | Higher elevation sites<br>Forage and huckleberry production stagnant due to tree canopy closure, tree encroachment of brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, reduce encroachment into natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |
| G | 10<br>12<br>14 | 287 | 6-12 of tree canopies (50 is non-forested) | WUI | Lower elevation sites<br>Big game winter range<br>Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| G-1 | 11 | 27 | 5-15 of tree canopies (40 non-forested) | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Ignition pattern designed to avoid streams and wetlands. | | | X | |
| H | 10<br>11 | 231 | 8-18 of tree canopies | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Adjacent to flammulated owl habitat. Where possible, direct fire in a manner that would retain some thickets of young regenerating conifer for forage opportunities. | X | | X | X |
| I | 10<br>11 | 115 | 8-18 of tree canopies | WUI | Lower elevation sites Big game winter range Forage production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6" DBH may precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: spring/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | Within flammulated owl habitat. Where possible, direct fire in a manner that would retain some thickets of young regenerating conifer for forage opportunities. | X | | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| J | 10<br>11<br>12<br>14 | 342 | 5-15 of tree canopies | No | Mid elevation sites Forage and berry production stagnant due to tree canopy closure, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire on the landscape; thin encroaching conifers with fire and implement fuel augmentation (slashing) where needed; improve browse and forage availability on south/southwest aspects in big game winter range and spring foraging habitat in grizzly bear core habitat. | | | X | X | X |
| K | 2<br>12<br>14 | 1,744 | 10-25 | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory 10" DBH or less will precede aerial and/or hand ignition to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands.<br><br>North aspect burning will be supplemented with fuels augmentation activity. | | X | X | X |
| K-1 | 2<br>14 | 351 | 10-30 of tree canopies | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| L | 2<br>14 | 503 | 10 in tree canopies | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |
| M | 2 | 1,452 | 3-5<br>(10-20 in tree canopies) | Buckhorn Ridge IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |
| N | 2<br>14<br>21 | 2,631 | 10-20 of tree canopies (40 non-forested) | Northwest Peaks IRA | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams, wetlands and spruce basins; however, fire may back into these areas as would occur under natural conditions. | | X | X | X |

| Unit # | Management Area | Acres | Estimated Canopy Cover Reduction[1] (Percent) | Within IRA or WUI | Existing Condition | Proposed Treatment | Objectives | Implementation Notes | Purpose and Need | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Promote White Pine and Western Larch | Improve Huckleberry Production | Improve Big Game Forage | Create characteristic Patch Size |
| O | 2<br>14 | 250 | 10-20 of tree canopies | No | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |
| O-1 | 12<br>14<br>18 | 379 | 2-5 of tree canopies (50 non-forested) | No | Higher elevation sites Forage & huckleberry production stagnant due to tree canopy closure, encroachment of trees on brushfield, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire.<br><br>Timeframe: typically late summer/fall | Reintroduce fire to a fire adapted ecosystem, enhance natural openings and stimulate forage/browse reproduction; enhance the conditions for optimum huckleberry production to benefit grizzly bear recovery efforts as well as other wildlife species; provide opportunities for whitebark pine regeneration. | Ignition pattern designed to avoid streams and wetlands. | | X | X | X |
| **Total** | | 11,623 | | | | | | | | | | |

## Watershed Improvement Work

### Intermittent Stored Service (Road Storage)

Road storage work is proposed on roads that are currently closed to public motorized use, but the Forest Service would like to keep them on the National Forest System (NFS). Field work has determined whether active work is needed to improve watershed conditions, or if these roads can be passively decommissioned without active work. The active storage work will include cleaning culverts, providing controlled overflow relief for culverts and removing high risk culverts. Other work will include stabilizing fillslopes by limited recontouring, waterbarring, scarifying the road bed and seeding. Upon completion of the road storage work, barriers will be installed to maintain motorized closure.

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 524 | Meadow Creek | 6.5 | 6.9 | 0.4 | Active | Remove undersized culvert on Forest Creek. |
| 524 | Meadow Creek | 6.9 | 9.6 | 2.7 | Passive | |
| 524C | Meadow Creek C | 0.0 | 0.9 | 0.9 | Active | Stabilize slide area. |
| 524C | Meadow Creek C | 0.9 | 1.6 | 0.7 | Passive | |
| 591 | Zero Creek Spread Creek | 2.5 | 6.9 | 4.4 | Active | Remove buried log structures and old culverts. Stabilize slide area. |
| 5924 | North Cr Connection | 0.0 | 3.3 | 3.3 | Active | |
| 5924 | North Cr Connection | 3.3 | 4.8 | 1.5 | Passive | |
| 5948 | Hidden Creek | 0.3 | 2.9 | 2.6 | Active | Provide snowmobile access at treated stream crossings. Install barrier at mile post 0.23 to maintain public access to dispersed camp site. |
| 5948 | Hidden Creek | 2.9 | 3.1 | 0.3 | Passive | |
| 5948D | Hidden Creek D | 0.0 | 0.4 | 0.4 | Active | |
| 5948D | Hidden Creek D | 0.4 | 0.6 | 0.2 | Passive | |
| 5971 | South Fork Meadow Basin | 0.0 | 1.3 | 1.3 | Active | |

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 5971A | South Fork Meadow Basin A | 0.0 | 1.1 | 1.1 | Active | Remove fish barrier culvert on SF Meadow Creek. Provide hiking access. |
| 5977 | Forest Creek | 2.8 | 3.0 | 0.2 | Active | |
| 7483 | No Name | 0.0 | 3.2 | 3.2 | Active | |
| Total Active Storage Miles | | | | 17.6 | | |
| Total Passive Storage Miles | | | | 5.3 | | |
| **Total Miles of Road Storage** | | | | **22.9** | | |

## Road Decommissioning

Road decommissioning work is proposed for roads that have been determined that they are no longer needed for forest management. Decommissioned roads will be removed from the NFS road system. Active decommissioning work will include removing existing stream crossing structures and rebuilding stream channels, recontouring unstable slopes, ripping non-recontoured areas, waterbarring, and placing slash and duff on the road way.

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 14167A | Thunder Knob A | 0.0 | 0.8 | 0.8 | Passive | |
| 524B | Meadow Creek B | 0.0 | 0.7 | 0.7 | Passive | |
| 524D | Meadow Creek D | 0.0 | 0.7 | 0.7 | Active | Remove culverts that run water and undersized culvert at Forest Creek. |
| 524D | Meadow Creek D | 0.7 | 1.2 | 0.5 | Passive | |
| 5932F | Upper Whitetail F | 0.0 | 1.4 | 1.4 | Passive | |
| 5948B | Hidden Creek B | 0.0 | 0.9 | 0.9 | Active | Remove buried log structures and wood culverts. |
| 5948B | Hidden Creek B | 0.9 | 1.6 | 0.7 | Passive | |

| Road # | Road Name | Beginning Milepost | Ending Milepost | Length (miles) | Active/ Passive | Implementation Notes |
|---|---|---|---|---|---|---|
| 5964C | Meadow Cr Connection C | 0.0 | 0.5 | 0.5 | Passive | |
| 5971 | South Fork Meadow Basin | 1.3 | 2.2 | 1.0 | Passive | |
| 5971B | South Fork Meadow Basin B | 0.0 | 0.3 | 0.3 | Active | |
| 748M | Beetle Creek North Creek M | 0.0 | 1.7 | 1.7 | Active | Recontour slide areas. Provide hiking access. |
| Total Active Decommissioning | | | | 3.5 | | |
| Total Passive Decommissioning | | | | 5.5 | | |
| **Total Proposed Road Decommissioning** | | | | **9.0** | | |

# Appendix 2 - Design Features, Selected Alternative

To avoid or minimize potential adverse impacts to resources from this project, the following design features will be incorporated into the selected alternative for the Buckhorn Project. Contract provisions are shown in parentheses where applicable.

## Design Features in Response to Public Comment

When the existing conditions and operator feasibility allow, the following actions should be implemented in units 1, 10, 12, 13, 14A, 15, 16, and 16A:

- Screening will occur through leave islands, retention of hardwoods and brush; and where species composition, slope, aspect and fuel accumulations will assist to provide screening;
- The retention of small diameter residual trees will occur within view of roadways to “break up and soften” the view of harvest and fuel treatment activities;
- Landings will be located off roads and within harvest units to reduce their visual impact;
- The timber sale administrator and the purchaser/field representatives will work together, based on site-specific skid patterns and landing locations, to provide roadside screening that can be maintained through the active logging operations;
- Prescribed burning of harvest units will avoid ignitions directly into the roadside screening areas. Radiant heat and existing ground fuels may make it difficult to prevent mortality of the screening vegetation but ignition patterns (identified on site specific burn plans) are designed to minimize mortality.

## Water Quality

- Ensure all equipment operated in or adjacent to the water body is clean of aquatic invasive species, as well as oil and grease, and is well maintained. Avoid drafting from water bodies with known infestations of aquatic invasive species. (B6.34, B6.35, C6.31)
- Harvest, burning, and road work activities have been designed to meet the federal Clean Water Act and Montana State water quality regulations primarily through the implementation of best management practices (BMPs). See Buckhorn DEIS - Appendix F for a description of the Kootenai National Forest (KNF) BMP program and a table listing BMPs applicable to the proposed timber sale(s) authorized by this analysis.
- Table 2.1 shows the minimum site specific BMPs for the timber sale road work to maintain and protect water resource values. Implemented work may vary from Table 2.1 if equivalent water quality protection can be achieved.
- Some road work in stream channels will require a Montana Stream Protection Act 124 Permit from Montana Fish Wildlife and Parks, a 318 Authorization from Montana Department of Environmental Quality, or an Alternative Practices Permit from Montana Department of Natural Resources and Conservation which will be obtained prior to implementation.



FS-047401

**Table 2.1 – Required Road BMP Work to Maintain and Protect Water Resource Values**

| Road | Stream Location (Milepost) | Tributary to: | Road /Stream Crossing BMP Work |
|---|---|---|---|
| 393 | 0.52 | Yaak | Install 18" culvert. Install ditch relief culvert and drain dip upgrade of crossing. |
| | 1.94 2.40 2.73 2.78 3.83 | SF Meadow | Install ditch relief culverts and road surface cross drains upgrade of stream crossings. |
| | 3.78 | SF Meadow | Replace 24" culvert with squash 36" culvert. Install road surface cross drain. |
| | 3.83 | SF Meadow | Replace 18" culvert with 24" culvert. |
| 435 | 0.91 1.10 1.26, 2.01 | Yaak/Spread/Cody | Install ditch relief culverts and road surface upgrade of stream crossings. |
| 5932 | 0.22 0.43 0.82 1.05[2]1.18[2] | Spread | Install ditch relief culverts and road surface cross drains upgrade of stream crossings. |
| | 2.50[2] | Whitetail | Install sediment basin in ditch upstream of culvert. |
| | 3.00[2] | Whitetail | Construct berm over culvert on outside shoulder to prevent runoff at stream. |
| 5932E (Alternative 2 and 3 only) | 1.20 1.32 | Spread | Install ditch relief culverts and road surface cross drains upgrade of stream crossings. |
| 5932G (Alternative 2 and 3 only) | 14+40 | Yaak | Replace 18" culvert. Install ditch relief culvert and road surface cross drain. |
| | 31+40 | Yaak | Install 18" culvert. Install road surface cross drain. |
| | 32+75 | Yaak | Install ditch relief culvert and road surface cross drain. |
| | 68+00 | Cody/Spread | Replace 18" culvert with 24" culvert. Install road surface cross drain. |
| | 76+95 | Cody/Spread | Install 24" culvert. Install ditch relief culvert and road surface cross drain. |
| | 81+00 | Cody/Spread | Install 18" culvert. Install ditch relief culvert and road surface cross drain. |
| 5955 | 0.96-2.14 | Spread | Skidding from the harvest units onto the road will require crossing the road ditch which carries substantial water flow during periods of high runoff. During harvest operations maintain capacity for runoff in the ditches and take measures to minimize sediment delivery to stream channels that are connected to the ditch at MP 0.96, 1.2, 1.67, 1.89, and 1.92. Where flowing water in the ditch is connected to these stream |

| Road | Stream Location (Milepost) | Tributary to: | Road /Stream Crossing BMP Work |
|---|---|---|---|
| | | | channels an Alternative Practices Permit from Montana DNRC may be required. |
| | 0.96-2.14 | | Minimize disturbance to the ditch and cutslopes. Apply seed as soon as weather conditions permit where road work or logging activities result in disturbed ground. |
| | 0.96 | Spread | Replace 18" culvert with 24" culvert. Construct berm along outside shoulder to prevent runoff at stream crossing. Install three ditch relief culverts and two drain dips between 0.96 and 1.27 to minimize sediment delivery to stream. |
| | 1.67 | Spread | Install 24" culvert to drain perennial spring area. Install drain dip. |
| | 1.89 | Spread | Replace 18" culvert with 24" culvert. |
| | 1.92 | Spread | Install ditch relief culvert and drain dip. |
| 5955 Temp Road | 0.06. 0.14 | Spread | Install 18" culverts. Install road surface cross drains as needed to prevent sediment delivery at crossings. After use remove culverts, recontour slopes to match natural ground and reconstruct stream channels to natural widths and gradients. |
| 5956 | 0.07 | Spread | Replace 18" culvert with 24" culvert and install drain dip. |

## Riparian Habitat Conservation Areas (RHCAs)

- All activities will comply with the Forest Plan as amended by the Inland Native Fish Strategy (INFISH). Perennial and intermittent streams, springs, ponds, wetlands and landslide prone areas in the timber harvest area have been identified and protected by establishing RHCAs around these features. Several springs without connected channels have been identified within the harvest units. These springs will be protected by a combination of leave islands, equipment exclusion zones and marking leave trees. No activities will occur in RHCAs that will retard attainment of riparian management objectives or adversely affect inland native fish.
- RHCAs will be established around any new water features that are found within harvest units during sale preparation or implementation (B2.37).

## Special Provisions for Public Access on Decommissioned and Stored Roadways

- Decommissioning work on the segment of Road 748M east of North Creek, stored service work on Road 5948 that accesses Hidden Creek and stored service work on Roads

5971 and 5971A that access upper South Meadow Creek will be designed to allow for hiking and livestock access along these road segments after the work is completed.
- Stored service work on Road 5948 (Hidden Creek) will be designed to allow for snowmobile access.
- Stored service work on Road 5948 will begin past the existing dispersed campsite location on the south side of Spread Creek. Following work, a barrier will be installed past the existing dispersed campsite to maintain grizzly bear habitat parameters (see Appendix 3 – Access Management Plan for more information).
- Roads treated for decommissioning and storage will be closed to motor vehicles by berms, recontouring, rocks, or slash.

## Soils

- Existing skid trails and other disturbed areas will be reused where possible for harvest operations and machine piling in order to minimize new soil disturbance. (B6.4)
- Any units logged during the winter will be required to have a minimum of 18 inches of settled snow or frozen ground on the active skid trails. (C6.4#)
- Excavated skid trails and temporary roads constructed for the project will be recontoured and have slash placed on the recontoured slopes after use. (C6.632)
- Landing areas will be scarified and seeded following harvest activities (C6.633).
- All units are designated as tractor units and have sustained slopes less than 40% except for Unit 2 which is subject to special design features (see Table 2.2).

**Table 2.2 – Unit Specific Design Features to Maintain and Protect soil resource values**

| Unit | Description |
| --- | --- |
| **1, 1A, 9, 9A, 9B, 9C, 10, 14A, 14, 14C, 16A, 17, 18, 19** | These units will be required winter harvest because of high water tables and moist soil conditions. Skid trails must be frozen or have a minimum of 18” of settled snow during operations. Excavator piling will be restricted to dry or frozen conditions. (C6.4#) |
| **1** | An equipment exclusion zone 50-60 feet wide will be maintained both above and below the road where an ephemeral channel with primarily subsurface flow exists. The purpose of the equipment exclusion zone is to prevent equipment from intercepting the subsurface flow and compacting the ground. The equipment exclusion zone will apply to all ground-based machinery during logging and slash reduction activities. C6.4#. |
| **2** | Slopes in a portion of this unit exceed 40%. In order to minimize disturbance, which may occur because of the slope steepness, the existing old mining road will be used as a go-back trail for the skidding operation. (B6.4, C6.4#) |
| **9 – below temp road location, 9A, 9B, 9C** | Existing skid trails will be used to the fullest extent possible in order to avoid the development of new trails which may channelize water. (B6.4, C6.4#) |
| **9, 9A, 9B, 9C** | Where cross drainage will not be effective due to terrain rehabilitate skid trails by pressing slash onto trail surfaces so as to trap sediment and slow runoff. Construct shallow water bars where slash is not available. (B6.65) |

## Coarse Woody Debris (CWD) Retention Recommendations for Soils and Wildlife

- CWD is defined as material greater than 3 inches in diameter at the small end.
- Retain 12-33 tons of coarse woody debris per acre in all units except:
  - Unit 5 will be 8-16 tons/acre.
  - Unit 8, within 200 feet of private land, will be 3-5 tons/acre.
- The largest diameter material is desired. If available leave 20-30 pieces per acre at least 12 feet long and greater than 12” in diameter, with at least 10 pieces greater than 20 inches in diameter. This will equate to approximately 9-15 tons/acre depending on soundness of pieces. (C6.406#, C6.7#)

## Snag Retention

- An average of 6-12 snags and/or recruitment snags/acre will be retained within harvest units. (C2.303#, C2.358#)
- All snags felled for safety will be left onsite ( C2.303#) and will be cut as high as possible, to retain some use as a snag (e.g. foraging opportunities), where it is safe and reasonable to do so.

## Wildlife

- Protection measures needed for endangered, threatened, proposed and sensitive animals will be included in the contract to provide for the protection of these animals found during implementation (B6.24).
- No raptor nests are known in the project area. Nest protection measures (i.e. timing restrictions, unit boundary adjustments) would be applied if an active nest is identified prior to or during implementation (B6.24).
- A site with a known Coeur d’Alene salamander population will be excluded from Burn E during implementation.
- Some small conifer thickets will be retained during the implementation of Burns H and I to maintain foraging habitat for flammulated owls.
- Treatments have been designed to be consistent with lynx habitat needs for multistory foraging habitat.
- Vegetated movement corridors will remain between harvest units.

### Grizzly Bear

- No harvest, machine piling, machine fireline construction, road reconstruction, road storage, road decommissioning, fuels augmentation activities, or watershed improvement work will occur during the spring bear use period (4/1 – 6/15). (C6.316#)
- Access management activities as displayed in Appendix 3, the Access Management Plan, will be implemented to ensure 2011 Access Amendment habitat parameter standards are met. (C5.12#, C5.41#)
- Currently gated or barriered/impassable roads will remain restricted to wheeled motorized use when project activities occur during the bear year (4/1-11/30). (C5.41#)
- Reconditioning and harvest activities on road 5932G will not occur until roads 5932D, 6135, and 6135A are barriered.

- When the vegetation is removed on road 5948, a barrier will be placed at milepost 0.23, past the dispersed campsite.
- There are three watershed activity areas (road decommissioning and storage work) in the project area – north side of Spread Creek, south side of Spread Creek[1], and South Fork of Meadow Creek. To minimize grizzly bear displacement:
  - Work within each watershed activity area will be completed within a single bear year.
  - Work within each watershed activity area will be completed in separate bear years from the others (i.e., no overlap of watershed work within a given bear year).
  - Watershed work will be planned so as not to conflict with timber harvest activities. Watershed work in the Spread Creek drainage will not occur if any harvest activities (including mechanical piling) are going to occur in Spread Creek drainage in the same bear year (April 1 through November 30).
  - Watershed activity in the South Fork of Meadow Creek area may occur within the same bear year as harvest activities.
- Seed mixes used for project activities will not include clover. (C6.601#)
- After storage work has been completed on Roads 5971 and 5971A, the berm on Road 745 at MP 4.56 will be replaced with a gate and a new berm will be installed at MP 5.99.
- The use of helicopters to ignite prescribed burns will not last more than two days per burn season (spring and fall) and not exceed a total of four days of helicopter use per bear year.

## Endangered, Threatened, Proposed and Sensitive Plants

- Protection measures needed for endangered, threatened, proposed and sensitive plants will be included in the contract to provide for the protection of sensitive plants found during implementation (B6.24)
- Disturbance to any sensitive plant populations observed during sale activity will be avoided through cooperation between sale administrators and sale purchaser.
- The boundary of burn unit A has been adjusted to exclude the healthy, cone producing population but individuals are present elsewhere in the unit along ridgelines.
- Cone bearing populations of whitebark pine have been located in units A, B, F, M and N. Where feasible, efforts to protect cone producing whitebark pine populations will be implemented. These methods may include fuel pull-back, ring firing or ignition avoidance within and/or proximate to population areas. Key populations have been identified, and will be incorporated into Burn Plans during implementation.
- Monitoring plots will be will be established within proposed activity areas within identified whitebark pine habitat before implementation.

## Fire/Air Quality

- Burn plans will be prepared prior to the use of prescribed fire. These plans will determine the limits of weather conditions and fuel moistures to control fire intensity and meet air quality standards.

[1] Watershed work on roads 591, 591D, and 1591 on the south side of Spread Creek is accessed via road 591 from the Hellroaring drainage to the south.

- All burning operations will be scheduled in accordance with the Memorandum of Understanding for air quality protection between the State of Montana Air Quality Bureau and the Forest Service, which allows burning only when adequate smoke dispersal will occur.
- The prescribed burn treatment summary found in Appendix B provides more detail on objectives and implementation of prescribed burn units.
- Prior to conducting prescribed burns the Three Rivers District will conduct the following activities to notify the local public of burning activities, these include but are not limited to: posting news releases in local newspapers, displaying maps and burn information in spring and fall newsletter, providing information at the local USFS office, and prepare a list of contacts for each prescribed burn to be notified by phone or mail..

## Noxious Weeds

Measures will be taken to reduce the risk of noxious weed introduction and spread. Spraying will be conducted in accordance with the April 2007 KNF Invasive Plant Management Record of Decision.

- The District will spray weeds prior to project activities where concentrations of noxious weeds occur. These locations include but are not limited to:
  - The area between Unit 15 and Road 435
  - Road 5932D prior to being barriered
  - Skid trails in Unit 9
  - Existing landings on 5932E and 5955
- Prior to and after harvest operations, haul roads with current access for spray boom truck or ATV/UTV will be treated by either the District weeds crew or the purchaser. (C6.27#)
- Timber sale contracts will contain Special Provision C6.351#, which requires all off-road vehicles associated with harvest operations to be cleaned and inspected prior to entering the sale area. These actions will also be applied to equipment used in fuels reduction activities.
- Reconditioning of existing roads needed for hauling will be held to the minimum necessary to protect and maintain the road surface and drainage structures, and provide for public safety. Scarification of ditches and catch basins will be done only where necessary to provide for adequate function. Blading of native road surfaces will only be done where necessary for hauling or adequate drainage.
- Where motorized access is available roads to be decommissioned or stored will be treated if needed with herbicide prior to ground disturbing work. Stored roads will be seeded using native seed or the KNF seed mix. Decommissioned roads will be revegetated with native seed or by spreading forest duff to initiate native plant growth.

## Cultural Resources

Protection measures needed for cultural resources will be included in the contract to provide for the protection of historic properties found during implementation. The Forest Service may modify or cancel the contract to protect cultural resources, regardless of when they were identified (B6.24)

### Recreation and Public Safety

Temporary restrictions to snowmobile use and other public use of Road 435 (Spread Creek Road) and Road 745 will be put in place during winter harvest activities for public safety. These roads will be open to the public for snowmobile use and other recreation activities on the weekends and during periods of inactivity.

## Funding Dependent Resource Improvement Work

The following activities are not required project design features or mitigation for project activities. These activities have been designed to improve existing resource conditions. Implementation of these activities is dependent upon available funding. One sources of funding could be Knutsen Vanderberg (K-V) funds in association with the timber sale. Activities will not be implemented until sufficient funding is available.

- Inter-planting of rust resistant western white pine;
- Girdle mistletoe infected western larch in those units being planted with western larch;
- Monitor effects to soil resources from KV-funded activities;
- After landing piles have been burned, landing sites will be restored, weeds will be treated and sites will be seeded with native vegetation to improve visuals;
- Spray noxious weeds in areas where concentrations of noxious weeds occur;
- Remove culvert from abandoned road segment at stream crossing and restore natural channel between Units 13 and 14;
- Perform restoration and drainage work on abandoned road and old skid trail segments in harvest units 9, 10, 11, 15 and 19 after logging is completed;
- Monitor slash treatment work funded by KV;
- Monitor huckleberry production using R1 monitoring protocol;
- Remove culvert from abandoned road segment at stream crossing and restore natural channel between Units 12 and 13;
- Replace two culverts on Road 435 at Runt Creek with one structure sized for 100 year flow and desired aquatic organism passage;
- Replace culvert on Road 435 at Large Creek with structure designed for 100 year flow and desired aquatic organism passage;
  Road maintenance on open roads in the project area to improve access for recreation and management, including but not limited to the following NFS Roads: 745, 435, 5945, 5961, 524, 393, 5955, 748, and 5932.

# Appendix 3 – Monitoring Plan, Selected Alternative

| ITEM # | RESOURCE | OBJECTIVE | TIMING | METHODOLOGY | RESPONSIBLE |
|---|---|---|---|---|---|
| **1** | Watershed | Monitor implementation and effectiveness of Best Management Practices (BMPs) used for project activities (includes monitoring RHCAs) | During and post project activities | Review a representative sample of timber sale units, road reconstruction, road storage and road decommissioning and complete BMP monitoring reports. | Sale Administrator/Engineering Representative/IDT/ District Staff |
| **2** | Watershed | Monitor the effectiveness of project specific design features | During and post timber sale activities | Review Units 9 and 10 to determine if project activities | Sale Administrator/ IDT/ District Staff |
| **4** | Soils | Monitor detrimental soil disturbance | Post treatment | Randomly sample timber sale units using approved methodology (walk through transects) | Soil Scientist |
| **5** | Soils | Monitor the effectiveness of project specific design features. | Post treatment | Review Units 1, 2, 9, 16A, 17 and 18 to determine effectiveness of design features. | Soil Scientist |
| **6** | Soils/ Silviculture | Monitor coarse woody debris (CWD) to see if recommended amounts were retained | Post treatment | Measure tons per acre of CWD within a representative sample of both burned and piled units. | Soil Scientist/ Silviculturist |
| **7** | Silviculture /Fuels/ Wildlife | Determine whether treatment objectives were accomplished. | Post treatment | Review selected treatment areas. Evaluate silvicultural objectives and prescribe burn objectives. | Fuels Specialist/ Silviculturist/ IDT |
| **8** | Silviculture | Track insect and diseases | Post treatment | Annual insect and disease mortality surveys; ongoing program accomplished by Forest Health Protection (FHP) | R-1 Forest Health Protection |
| **9** | Silviculture/ Botany | Monitor whitebark pine health & survival | Pre and Post treatment | Establish pre, and post, burn monitoring plots in units to validate the effectiveness of design features to minimize impacts to WBP survival, health and vigor within a sampling of prescribed fire treatment areas. | Botany |
| **10** | Silviculture/ Botany | Monitor huckleberry plant health and vigor in response to prescribed fire | Pre and Post treatment | In conjunction with the WBP monitoring described in Item #9, pre, and post, burn monitoring plots for huckleberries will be established to evaluate the health and vigor of huckleberry plants in response to prescribed burning. | Botany |
| **11** | Silviculture | Assure regeneration harvest is stocked with trees in 5 years | Post treatment | Reforestation surveys the 1st, 3rd and 5th year after planting | Silviculture |

| ITEM # | RESOURCE | OBJECTIVE | TIMING | METHODOLOGY | RESPONSIBLE |
|---|---|---|---|---|---|
| **12** | Wildlife | Verify maintenance and retention of cavity habitat | Post-treatment | Representative sample of units taken to determine retention of cavity habitat. | Wildlife Biologist |
| **13** | Noxious Weeds | Monitor noxious weed infestations | Pre-treatment and following timber sale activities | Monitor project area to determine effectiveness of weed spraying. | District Weed Specialist |
| **14** | Wildlife | Determine effectiveness of burning to increase browse | 1- 3 years after burning | Survey selected underburn treatments to determine the species of browse and to what extent burning has stimulated browse and huckleberry production. | WildlifeBiologist/ Fuels Specialist |
| **15** | Wildlife | Monitor the status and effectiveness of closure devices - Gates-EB-Signing | 1-2 times a year | District employees will monitor the status of closure devices and their effectiveness through their daily field work and once a year through the Adopt-a-Road program. | District Access Management Program/ Law Enforcement |

# Appendix 4 – Access Management Plan, Selected Alternative

| Map Index | Road | Location (Milepost) | Existing Status | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|---|
| 1 | 5948 | 0.23 | Road open to over the snow machines Dec. 1 – April 30 | Road open to over the snow machines Dec. 1 – March 31 | Record of Decision | Grizzly Bear Denning Habitat Security | USFS |
| 2 | 745 | 4.56 | Road open to milepost 4.56 and barriered roadway serves as Trail 204/SNO745 | Remove Barrier | Following completion watershed work on road 5971 road system. | Improve Management Access | Access Management |
| 2 | 745 | 4.56 | Same as above | Install Gate to allow for administrative access, roadway will continue to serve as Trail 204/SNO745 | Following completion watershed work on road 5971 road system. | Improve Management Access | Access Management |
| 3 | 745 | 5.99 | Same as above | Install Barrier and maintain roadway as Trail 204/SNO745 | Following completion watershed work on road 5971 road system. | Wildlife Habitat Security | Access Management |
| 4 | 5932D | 0 | Road is gated to allow for administrative access | Replace gate with barrier | Prior to road reconstruction on 5932G | Wildlife Habitat Security | Access Management |
| 5 | 6135 | 0 | Road is gated to allow for administrative access | Replace gate with barrier | Prior to road reconstruction on 5932G | Wildlife Habitat Security | Access Management |
| 6 | 5932G | 0 | Road is impassible due to dense vegetation | Remove Vegetative Barrier | During road reconstruction | Harvest Access | Purchaser |
| 6 | 5932G | 0 | Same as above | Install Gate | During road reconstruction | Habitat Security | Purchaser |
| 6 | 5932G | 0 | Same as above | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 7 | 5932E | 0 | Road is gated for administrative access. | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 8 | 5955 | 2.49 | Road is gated at milepost 2.49 to provide administrative access. | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 9 | 5956 | 0 | Road is accessed through gate on road 5956 | Public motorized use restricted, Lock Gate Nights and Weekends | During Road Work and Harvest Activities | Habitat Security | Purchaser |
| 10 | 14738 | 0 | Road is barriered | Remove Barrier to use roadway for skidding. | During Harvest Activities | Harvest Access | Purchaser |
| 10 | 14738 | 0 | Road is barriered. | Install Barrier | Following Harvest Activities | Habitat Security | Purchaser |

# Access Management Map for the Selected Alternative



USDA United States Department of Agriculture Forest Service
Kootenai National Forest
406 293-6211
Forest Supervisor's Office
31374 US Highway 2 West
Libby, MT 59923-3022

File Code: 1920/1950 Date: July 1, 2014
Subject: Buckhorn Project-Specific Amendment – MA 12 Facilities Standard #3

**Introduction**

The Buckhorn Record of Decision (ROD) would suspend the following Forest Plan standard in order to implement the Preferred Alternative:

**Management Area (MA) 12 Facilities Standard #3**
"Roads open to public use will not exceed an average density of 0.75 miles per square mile within the contiguous MA"
(Forest Plan, Vol. 1, III-51).

**Background**

The Buckhorn project area is located north of Troy, Montana. It is situated along the Montana/Idaho state line and is approximately six miles from the border between the United States and Canada. The legal description includes Townships 35 and 36 North, Ranges 34 and 33 West, Lincoln County, Montana; and Township 64 North and Range 3 East, Boundary County, Idaho.

The project area encompasses approximately 56,000 acres in the Yaak River watershed on the Kootenai National Forest. There are approximately 55,580 acres (99.2%) of National Forest System land and 333 acres (0.59%) of private land within the Buckhorn project area. Approximately 8,400 acres of the project area lie within the Wildland Urban Interface (WUI) as defined by the 2003 Lincoln County Wildfire Protection Plan.

This project specific Forest Plan amendment is for the Buckhorn project area only and does not apply to other areas. During the design of the Buckhorn project, management practices necessary to meet the long-term goals for lands of the Kootenai National Forest were determined to be in conflict with current Forest Plan standards.

The Three Rivers Ranger District proposes a project specific Forest Plan amendment to this standard to allow the open road density (ORD) to exceed the Forest Plan standard during project activities. The purpose of this document is to analyze the effects of the amendment so that the Forest Supervisor can determine whether it constitutes a significant amendment.

**Purpose and Need for the Amendment**

The Purpose and Need for this project is to: A) Promote resilient vegetation conditions by managing towards characteristic landscape-level vegetation patterns, structure, patch size, fuel loading and species composition. The district proposes to accomplish this in the project area by applying timber harvest and prescribed fire techniques that: promote western white pine, whitebark pine and western larch; restore fire's role on the landscape; improve vigor, extent and



 

long-term productivity of huckleberry and other native plants to increase forage availability; and provide long-term wildlife security and forage. B) Maintain or improve water quality and native aquatic species habitat; and C) Provide wood products to contribute to local and regional economies.

Existing conditions in some of the MA 12 portions of the Decision Area do not represent the desired conditions identified in the Buckhorn Project DEIS. Existing conditions and trends are affecting forest health due to a lack of diversity in species composition, age class and patch sizes. These conditions limit the amount of wildlife forage available to big game species and threatened species such as grizzly bear. Portions of the project area have heavy fuel loadings in very homogenous stands that have stagnated in growth and are susceptible to high severity fires.

In order to implement this action, which responds to the purpose and need of the NEPA document, exceeding the ORD is necessary to concentrate management activities temporally and spatially to minimize the effects of displacement on big game during project activities. Operation behind the closure on roads 5932E, 5932G, and 5955, which are in MA 12, would result in a temporary increase in ORD but would facilitate achievement of desired conditions in that portion of the project area, improving forage for big game species.

**Existing Condition**

Currently there are 0.70 miles per square mile in MA 12 of road open yearlong in the Buckhorn Planning Subunit (DEIS page 280). Most open roads in the area are main arterial roads that are important to the local population that depends on their availability for firewood cutting and recreational access.

**Proposed Activity**

The Preferred Alternative would amend the Forest Plan on a project-specific basis to exceed ORD in MA 12 for the Buckhorn Planning Subunit during the implementation of the Buckhorn project.

The Preferred Alternative would implement a variety of management activities that would result in the existing ORD of 0.70 mi/mi² being increased to 0.85 mi/mi² during project-related management activities. The estimate of ORD during project-related management activities is based on all restricted roads being used at the same time, which is unlikely to occur. After project activities have been completed the ORD would return to the exiting condition of 0.70 mi/mi².

**Alternative Considered for Meeting ORD**

Alternative 3 in the Buckhorn DEIS met the Forest Plan standard for ORD. This alternative was considered in detail and analyzed by the Interdisciplinary Team.

To meet the MA 12 standard of 0.75 mi/mi², the following strategies were considered to maintain ORD at the required standard:

1) Alternative 3 proposed to meet the Forest Plan standard by implementing timing restrictions on harvest activities. Requiring that harvest related work occurring on the 5932E road system, the 5932G road system, and the 5955 road system could not occur simultaneously. This would meet the MA 12 standard of 0.75 mi/mi² during project activities.

Although this alternative would meet the Forest Plan standard during project activities, it would be less effective in accomplishing the purpose and need to promote resilient forest conditions. Alternative 3 also creates 4 percent less forage in the project area than Alternative 2. The project area has an existing forage level of only 12 percent. Recommended forage level for elk is 40%.

**Public Notification**

In accordance with 36 CFR 219.27(d)(2)(ii), the public was notified during project scoping that the Proposed Action contains a project-specific amendment to the Forest Plan. The Notice of Intent was published in the Federal Register on February 5, 2013, and included notice of a possible amendment. Information about the proposed amendment was also included in the Forest's quarterly Schedule of Proposed Actions published during 2013.

**Direct and Indirect Effects**

The Preferred Alternative contains the following Design Criteria and habitat conditions to help reduce the effects of the during-project increase in ORD for MA 12:

- The Preferred Alternative includes treatment units accessed by roads that are or will be restricted year-round to public motorized use. All restricted roads used for timber sale purposes would retain public motorized restrictions while timber harvest and associated activities were occurring (DEIS, Chapter 2, p. 55).
- Other Management Areas (MA 2, 13, 14, 15, 16, 17) that provide summer habitat for big game will not have an increase in open road density (DEIS, Chapter 3, p. 290).
- Elk security habitat is maintained at 56% during and post project activities (DEIS, Chapter 3, p. 279).

The DEIS (Chapter 3, p. 284-285) disclosed the anticipated effects of the short-term increase in ORD on big game species. Because elk could use all lands within the PSU during summer, the analysis focuses on habitat effectiveness due to increased open road densities. Habitat effectiveness typically decreases as open road density increases. Implementation of Alternative 2 is expected to have some short-term effects on big game, mostly in the form of temporary disturbance and possible avoidance of activity area during implementation. As was stated earlier, the calculation of ORD during project activities is based on all restricted roads being used at once, which is not expected to occur. Long-term effects to the big game populations are not expected. Both ORD and habitat effectiveness would return to the existing condition levels post project (DEIS, Chapter 3, p. 279).

**Cumulative Effects**

This modification is for the Buckhorn Planning Subunit only. It does not apply to other areas on the Kootenai National Forest, although other situations have arisen on the Forest where a similar modification has been needed. For example: Pilgrim Creek Timber Sale Project DEIS (2013); Young Dodge DSEIS (2012); Young J Fire Rehabilitation EA (2002); Gold/Boulder/Sullivan EIS (2001); Pink Stone Fire Recovery EIS (2001); White Pine Creek Project FEIS (2004); Pipestone FEIS (2004); Bristow Area Restoration Project EA (2004); McSutton EIS (2005); Alder and Cow EA's (Riverview Planning Subunit) (2005); and Brush Creek Fire Salvage (2008). These all included Forest Plan amendments for MA 12 Facilities Standard #3. The cumulative effects of amendments to the Kootenai Forest Plan were analyzed in the *Cumulative Effects of Past Projects on Wildlife, Kootenai National Forest* (Johnson 2006) and the findings were considered in evaluating the potential effects of this project-specific amendment (see APPENDIX 1at the end of this document for a list of all past project-specific amendments to MA12 Facilities Standard #3).

Forest-wide, monitoring results show that overall, open road density has decreased (KNF Forest Plan Monitoring and Evaluation Report, Fiscal Year 2007). These reductions in open roads have improved security habitat conditions. The KNF Forest Plan Monitoring and Evaluation Report, Fiscal Year 2007 (page 14), goes on to say:

"Forest-wide (including MAs 15 and 16): Since there is limited historical (first 10 years) data available for just MA 12 or the biological summer range on habitat effectiveness, the information for all Forest lands (all MAs) is used to show the probable trend. The trend in habitat effectiveness shows an improving condition (shown in Table C-1-2). This same trend is likely on summer range (both MA 12 and biological).

**Table 1 Forest-wide Elk Habitat Effectiveness Trend**

| Year | Open Miles | Closed Miles | Total Miles | % Closed | ORD* (mi/sq mi) | Habitat Effectiveness %** |
|---|---|---|---|---|---|---|
| 1987 | 4,530 | 1,670 | 6,200 | 27 | 1.3 | 56 |
| 1988 | 3,707 | 3,195 | 6,972 | 46 | 1.1 | 58 |
| 1992 | 3,364 | 3,785 | 7,149 | 53 | 1.0 | 60 |
| 1997 | 3,082 | 4,275 | 7,357 | 57 | 0.91 | 62 |
| 2002 | 2,934 | 4,982 | 7,954 | 63 | 0.86 | 63 |
| 2007 | 2,905 | 4,978 | 7,883 | 63 | 0.86 | 63 |

* ORD = Open miles/3,373 square miles (Area of KNF capable of providing elk habitat- summer and winter)

** Figure 2 pg. 13 in: USDA FS, MFWP, C S & K Tribes, PC Timber Inc. 1985. *Elk Habitat Timber Management Relations Central Zone Northern Region* (20 pp.).

In 1988, when Forest-wide habitat effectiveness (HE) was 58 percent, the elk population potential index was 5,000 elk. At the end of the 10 year monitoring period (1997) habitat effectiveness has reached 62 percent, with a resulting increase (31 percent) in the elk potential population index (6,555 elk). At the end of the third five-year reporting period, habitat effectiveness was up to 63 percent. At the end of 2007, HE remains at 63 percent. This maintains the elk potential population index at 6,660 elk. Although HE did not increase between 2002 and 2007, there was a 71 mile road decrease with road decommissioning. The Plan projected a population potential increase of 3,000 elk over a 30-year timeframe. The increases in the elk potential population index are occurring quicker than projected in the Forest Plan. One reason is the less than expected road construction on MA 16 and others. These lands have been able to provide higher summer range habitat values than projected in the Plan. See monitoring item C-2 for more information on the elk population."

**Evaluation of NFMA significance**

Based on the consideration of the four factors identified in the Forest Service Land Management Planning Manual, 1926.51, and considering the Forest Plan in its entirety, I have determined that the adoption of this project specific amendment to the Kootenai Forest Plan is not significant based on the following. This amendment is fully consistent with, but further refines the means to achieve current Forest Plan goals and objectives.

1. **Actions that do not significantly alter the multiple-use goals and objectives for long-term land and resource management.**

   This project-specific amendment would be short-term in nature. The proposed change for open road density would not exceed the life of the Buckhorn Project. Timber harvest activities are expected to last approximately 3-6 years. Open road densities could exceed the standard during the implementation harvest related activities, which includes harvest, fuels treatments such as excavator piling and prescribed burning, reforestation, and road maintenance. Roads that are currently restricted to motor vehicle access would remain

restricted to the public during and following harvest. Following harvest activities open road densities would return to the existing condition levels and would meet the MA 12 ORD standard of 0.75 mi/mi².

This project-specific amendment is for MA 12 lands in portions of the Buckhorn Project Decision Area only. The total MA 12 acres used for calculating ORD within the Decision Area is approximately 32,098 acres or about 2% of the 1.3 million acres of MA 12 on the Kootenai National Forest (USDA Forest Service, 1987c, III-61, 64, and 66). Analysis for project-specific amendments on the Kootenai National Forest has been approved for exceeding open road density. Analysis for these amendments has concluded that there would be sufficient effective habitat for big game within the Decision Areas; therefore, forest-wide, the goals and objectives of MA 12 would be met. Forest-wide monitoring results indicate that open road densities have decreased since 1987 with a resulting increase in habitat security.

2. **Adjustments of management area boundaries or management prescriptions resulting from further on-site analysis when the adjustments do not cause significant changes in the multiple-use goals and objectives for long-term land and resource management.**

   This MA 12 amendment does not adjust management area boundaries or management prescriptions. The goal of MA 12 is to maintain or enhance non-winter big game habitat and produce a programmed yield of timber. The goal would not change with this amendment and because the ORD standard would only be exceeded during project activities the effect to big game habitat in the Buckhorn project area would not be diminished in the long-term.

3. **Minor changes in standards and guidelines**

   This change allows for achievement of the dual MA goals to produce a programmed yield of timber while maintaining big game habitat. This is a minor reduction because it affects only 2 percent of MA 12, designated summer range, on the Forest. Timber outputs would be unaffected since this modification would allow timber to be removed in a timely, cost-effective manner. Also, as noted in the FY 2007 Monitoring Report, page 14:

   > "The Plan specifies that 0.75 miles per square mile of road would be open to the public on MA 12 lands, which correlates to a 68% habitat effectiveness level. In the last five years, five Forest Plan amendments resulted in increases in MA 12 ORDs. Over the past twenty years, there have been 17 such amendments. The amendments affected 31% of the MA 12 lands. The current habitat effectiveness level is 68%, which includes the MA 12 amendments (USDA, Johnson 2006)."

   While the Forest Plan ORD level in MA 12 is not met on the Forest as a whole (ORD = 0.86 mi/ mi² for all MAs), it has improved since the FY 1997 Monitoring Report, where ORD was 0.91 mi/mi² and has remained the same since the FY02 Monitoring Report, where it was 0.86 mi/mi². At the end of 2007, habitat effectiveness remains at 63%. Although HE did not increase between 2002 and 2007, there was a 71-mile road decrease with road decommissioning (FY2007 Monitoring Report, p. 14).

4. **Opportunities for addition projects or activities that will contribute to achievement of the Management Prescription.**

This MA 12 ORD amendment permits activities to take place that improve the cover/forage ratio for elk through increasing the amount of forage. This existing cover/forage ratio in MA 12 for the Buckhorn Project area is 88/12 in summer range and 87/13 in winter range. The Preferred Alternative would improve the cover/forage ratio to 81/19 for summer range and 84/16 for winter range.

**Conclusion/Determination of Significance**

We have determined that this project-specific forest plan amendment is not a significant amendment to the Kootenai Forest Plan.

| Recommended By: | | Approved By: | |
|---|---|---|---|
| Leslie McDougall (signature) | 7/1/14 | Chris Savage (signature) | 7/30/14 |
| LESLIE MCDOUGALL<br>Forest Planner | Date | CHRIS SAVAGE<br>Forest Supervisor | Date |

# APPENDIX 1
## LIST OF PAST PROJECT-SPECIFIC AMENDMENTS TO MA 12 FACILITIES STANDARD #3

| Project Specific Amendments | | | | | | |
|---|---|---|---|---|---|---|
| FY Year | District | Date Signed | Decision Name | Standard Amended | Description | Years in effect |
| 1992 | Three Rivers | 06/09/92 | Arbo Creek | Exceed water yield, MA 12 ORD, MA 12 cover/forage ratios, allow timber salvage in MA 2 | Water yield created by existing situation | ORD increase for this life of the sales; MA 2 salvage for the life of the sale, cover forage ratios for 10-15 years |
| | Three Rivers | 06/09/92 | 4th of July | Exceed water yield, MA 12 ORD, MA 12 cover/forage ratios, allow timber salvage in MA 2 | Water yield created by existing situation | ORD increase for this life of the sales; MA 2 salvage for the life of the sale, cover forage ratios for 10-15 years |
| 1993 | Rexford | 7/23/93 | Compartment 10 | MA 12, FS#3 | Exceed ORD until 1994 | 2 years |
| | Rexford | 04/25/93 | Dodge Creek Heli | MA 12, FS #3 | Exceed ORD until 1994 | 2 years |
| | Fortine | 07/12/93 | Meadow View | MA 12, FS #3 | ORD of 1.0 during sale; .75 after | 2 years |
| | Libby | 12/14/93 | Purcell | MA 12 FS #3; MA 14 FS#4 in comp 504; MA 15/16/17/18, WS #2 in comp 503 | ORD increase during project activities. | 2 years |
| | Libby | 06/14/93 | Thomas/Gulch Rainy Blue | MA 12, FS #3 | ORD of 3.3 (max) during Dec-Aug; .6 after | 2 years |
| | Canoe Gulch | 07/02/93 | Weigel Creek | MA 12, FS #3 | ORD of 1.9; .6 after | 2 years |

## Project Specific Amendments

| FY Year | District | Date Signed | Decision Name | Standard Amended | Description | Years in effect |
|---|---|---|---|---|---|---|
| 1994 | Libby | 04/29/94 | Tepee Salvage | MA 12, FS #3 | ORD max 2.3 in Comp 33; 1.5 in Comp 43; ORD after sale .7 in Comp 33, 0 in Comp 43 | 2 years |
| | Cabinet | 10/19/93 | Gray Woodchuck | MA 12, FS #3 | ORD 1.85 during sale; .75 after | 3 years |
| 1995 | Rexford | 07/27/95 | Webb | MA 12, FS #3 | ORD 1.12 during sale; .44 after | 2 years |
| | Rexford | 01/05/95 | Compartment 2 | MA 12, FS #3 | ORD 1.3 during sale; .75 after | 2 years |
| 1995 | Libby | 04/26/95 | Dry Fork Salvage | MA 12, FS #3 | ORD 2.1during sale; .75 after | 1 year |
| | Libby | 05/11/95 | Road 4904K; Mushroom harvest | MA 12, FS #3 | ORD1.5 during picking | 1 year |
| | Libby | 06/27/95 | Cripple Horse Salvage | MA 12, FS #3 | ORD 2.1during sale; .7 after | 1 year |
| | Libby | 06/27/95 | Brush Creek Salvage | MA 12, FS #3 | ORD 1.4 during sale; .75 after | 1 year |
| | Libby | 08/18/95 | Peace Alexander Salvage | MA 12, FS #3 | ORD up to 2.5 during sale; .75 after | 1 year |
| 1996 | Libby | 01/10/96 | Little Wolf | MA 12, FS #3 | ORD max 2.3 in Comp 33; 1.5 in Comp 43; ORD after sale .7 in Comp 33, 0 in Comp 43. | 2 years |
| | Rexford | 09/24/96 | Huckleberry Salvage | MA 12, FS #3 | Existing ORD .65, during sale 1.03, after sale .65 | 2 years |
| 1997 | Libby | 10/21/96 | Warland Salvage | MA 12, FS #3 | Existing ORD 2.6, during sale 2.05, after sale .66 | 2 years |
| | Libby | 10/23/96 | Bristow Salvage | MA 12, FS #3 | Existing ORD 1.27, during sale 1.27, after sale 0.74 | 2 years |
| | Rexford | 11/18/96 | Burro Face Salvage | MA 12, FS #3 | Existing ORD 1.01, during sale 1.49, after sale 0.75 | 3 years |
| | Rexford | 06/06/97 | McSutton Slavage | MA 12, FS #3 | Existing ORD .81 , during sale 1.53 , after sale 0.75 | 3 years |
| | Libby | 06/19/97 | Cripple Horse Timber Sale | MA 12, FS #3 | Comp 609 Existing ORD 1.4 , during sale 2.2 , after sale 1.4 (this is allowed for under amendment #8) Comp 610 existing ORD .9, during sale 2.2, after sale 0.0 | 2 years |
| 1998 | Libby | 1/23/98 | Alexander Salvage Timber Sale | MA 12 FS #3 | Comp 601, overlaps with amendments for Peace Alexander, Will allow ORD to go to 2.0, after sale .63 | 2 years |
| | Libby | 6/9/98 | Grubb Salvage Timber Sale | MA 12 FS#3 | Comp 643, existing ORD 0.0, during project 1.53, after 0.0 | 1-2 years |

**Project Specific Amendments**

| FY Year | District | Date Signed | Decision Name | Standard Amended | Description | Years in effect |
|---|---|---|---|---|---|---|
| 1998 | Libby | 06/17/98 | North Fork Jackson SalvageTimber Sale | MA 12, FS #3 | Comp 602 Existing ORD .75 , during sale 1.5 , after sale .75 | 1 years |
| 1999 | Rexford | 6/16/99 | Pinkham Timber Sales | MA 12 FS#3 | Comp. 18 and 21 Existing ORD is 1.51 and will increase to 1.81 during activity. | 3-5 years |
| | Libby | 6/23/99 | Dry Pocks Timber Sale | MA 12 FS#3 | Comp 579, existing ORD 0.0, during project 1.0, after 0.0. | 3 years |
| 2000 | Libby | 6/16/00 | Syrup Salvage | MA 12, FS#3 | Comp 578, existing ORD .34, During 2.1, after .34 | 3 years |
| 2001 | Libby | 10/00 | Alexander Timber Sale | MA 12, FS #3 | Comp 551, existing ORD .33, During 2.0, after .33 | 3 years |
| 2002 | Rexford | 10/5/01 | Pink Stone Fire Recovery | MA12, FS #3 | ORD to increase to 2.70 during activities | 2-5 years |
| | Rexford | 12/14/01 | Gold/Boulder/Sullivan | MA 12, FS #3 | ORD Increase to 1.52 during activities. | 5-7 years |
| | Cabinet | 6/17/02 | White Pine | MA 12, FS #3 | Temporary increase in ORD from 0.71 to 2.23 | 5 years |
| 2003 | Rexford | 10/11/02 | Young J | MA 12, FS #3 | ORD Increase to 1.19 during activities. | 2 years |
| 2004 | Libby | 6/2/04 | Pipestone | MA 12, FS #3 | ORD increases in 3 compart-ments during activities. Post-project ORDs at or below existing levels for 5 compartments. | 3-5 years |
| | Libby | 6/16/04 | South McSwede | MA 12, FS #3 | Comp 539 existing and during project ORD of 3.88, post-project ORD of 2.44. Comp 540 existing and during project ORD of 1.20, post-project ORD of 1.20. | 3-5 years |
| | Libby | 6/16/04 | Bristow | MA 12, FS #3 | For subplanning unit, ORD increase from existing level of 1.0 to 1.5 during activity period. Post-project ORD of 0.78 | 3-5 years |
| 2005 | Rexford | 5/14/05 | McSutten | MA 12, FS #3 | ORD increase to 1.00 during activities. | 10 years |
| | Libby | 6/15/05 | Riverview (Alder, Cow) | MA 12, FS #3 | ORD of 1.30 during activities, post project ORD of 0.96 compared to existing ORD of 2.00. | 5 years |
| 2008 | Libby | 4/28/08 | Brush Creek Fire Salvage | MA12, FS #3 | Existing ORD of 0.84 to increase during project activities to 1.28. Post-project ORD reduced to 0.69. | 3 years |
| 2009 | Libby | 06/08/09 | Miller West Fisher | MA12, FS#3 | Existing ORD of 1.30 to increase during project activities to 2.13. Post-project ORD to return to 1.30. | 1-2 years |

**Project Specific Amendments**

| FY Year | District | Date Signed | Decision Name | Standard Amended | Description | Years in effect |
|---|---|---|---|---|---|---|
| 2012 | Rexford | 05/02/12 | Young Dodge | MA12, FS#3 | ORD above 0.75 per square mile over the life of the project | 5 years |
| 2013 | Cabinet | 04/08/13 | Pilgrim Creek | MA 12, FS #3 | ORD above 0.75 miles per square mile over the life of the project. | Life of the project |







**Legend**

- Project Area
- Streams
- Open Roads
- Other Roads*
- Inventoried Roadless Area
- Non FS lands

**Alternative 2**

**Proposed Activities**

- Improvement Harvest
- Regeneration Harvest
- Prescribed Burns
- Haul Routes
- Temporary Roads

**Watershed Work ****

- Decommissioning - Active
- Decommissioning - Passive
- Storage - Active
- Storage - Passive

*Other roads are gated, barriered, or impassable, due to vegetation.

** All watershed work is occuring on roads currently closed to wheeled motorized use.

0 0.5 1 Miles

# Buckhorn Final Record of Decision

## Selected Alternative

N W E S

GMA - 05 Aug 2014



FS-047423