# Exhibit 8
# Lower Yaak, O'Brien, Sheep Project Record of Decision

United States Department of Agriculture

Forest Service

**Northern Region**

10/2016

# Lower Yaak, O'Brien, Sheep

## Record of Decision

### Three Rivers Ranger District
### Kootenai National Forest
### Lincoln County, Montana



# Lower Yaak, O'Brien, Sheep (OLY) Project
# Record of Decision

**Lead Agency:** USDA Forest Service

**Responsible Official**

Christopher S. Savage, Forest Supervisor
Kootenai National Forest
31374 US Highway 2
Libby, MT 59923

**For Further Information Contact:**

Kirsten A. Kaiser, District Ranger
Three Rivers Ranger District
12858 US Highway 2
Troy, MT 59935
(406) 295-4693

USDA Non-Discrimination Policy Statement

DR 4300.003 USDA Equal Opportunity Public Notification Policy (June 2, 2015)

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov .

USDA is an equal opportunity provider, employer and lender.

Printed on recycled paper – 10/2016

# Table of Contents

I. Introduction .......... 1
II. Summary of the Decision .......... 1
III. Project Area .......... 4
IV. Purpose and Need for Action .......... 5
V. Public Involvement and Collaboration .......... 6
VI. Issues .......... 9
VII. Brief Description of Alternatives .......... 10
VIII. Description of the Decision .......... 14
IX. Biological Opinions / Terms and Conditions .......... 14
XI. Rationale for the Decision .......... 20
XII. Findings Required by Laws, Regulations, and Policies .......... 26
XIII. Pre-decisional Administrative Review (Objection) Process and Findings .......... 44
XIV. Implementation .......... 44
XV. Contact Information .......... 45

# Table of Tables

Table 1: Comparison of Proposed Activities by Alternative .......... 19
Table 2: Comparison of Road Work by Alternative .......... 20
Table 3: Comparison of Purpose and Need Objectives by Alternative .......... 21
Table 4: Sensitive Species Determinations in the OLY EIS .......... 38
Table 5: Threatened, Endangered and Proposed Species in the OLY Project Area .......... 41
Table 6: Coarse Woody Debris Retention by Biophysical Setting by Unit .......... Appendix 3-1
Table 7: Timber Sale Related Road BMP .......... Appendix 3-7
Table 8: Unit Specific Design Features to Maintain and Protect Resource Values .......... Appendix 3-13
Table 9: Soil, Cultural, Wildlife and Fuels Design Features for Alternative 3 .......... Appendix 3-13

# Table of Figures

Figure 1: NFSR 2380 and 2380A proposed road work (reroute) .......... 4
Figure 2: Proposed Watershed Improvement Work in the Pulpit Mountain/O'Brien Creek Area Occuring Prior to Harvest or Harvest Associated Road Work. .......... Appendix 3-11
Figure 3: NFSR 14321 and 14321A Proposed Road Work .......... Appendix 3-12

# Appendices

Appendices Index ........ Index – 1
Appendix 1: Alternative 3 – OLY Harvest Treatment Summary ........ Appendix 1-1
Appendix 2: OLY Alternative 3 – Fuels Treatment Summary ........ Appendix 2-1
Appendix 3: Design Features ........ Appendix 3-1
Appendix 4: OLY Monitoring Plan ........ Appendix 4-1
Appendix 5: Best Management Practices (BMP) ........ Appendix 5-1
Appendix 6: OLY Access Management Plan and Map ........ Appendix 6-1
Appendix 7: Alternative 3 Harvest and Fuels Maps ........ Appendix 7-1
Alternative 3 Map: All Harvest and Fuels Units ........ Maps-1
Alternative 3 Subset Map: Zoomed into Northern Units ........ Maps-2
Alternative 3 Subset Map: Zoomed into Southern Units ........ Maps-3
Alternative 3 Subset Map: Zoomed into Central Units ........ Maps-4

**GIS DISCLAIMER**

The Forest Service uses the most current and complete data available. GIS data and product accuracy may vary. They may be: developed from sources of differing accuracy, accurate only at certain scales, based on modeling or interpretation, incomplete while being created or revised, etc. These maps are to be used as a reference only, and are not intended for use in site-specific planning. Using GIS products for purposes other than those, for which they were created, may yield inaccurate or misleading results. The Forest Service reserves the right to correct, update, modify, or replace GIS products without notification. For more information, contact the Three Rivers Ranger District.

# Lower Yaak, O'Brien, Sheep (OLY) Project Record of Decision

## I. Introduction

This Record of Decision (ROD) documents my decision and rationale for selecting Alternative 3 as described in the Final Environmental Impact Statement (FEIS) for the Lower Yaak, O'Brien, Sheep (OLY) Project on the Three Rivers District of the Kootenai National Forest. In making my decision on the OLY project, I am following the pre-decisional administrative review process (objection process) as described in Subpart B of 36 CFR 218. This final ROD is being issued following the objection process.

## II. Summary of the Decision

After careful consideration of the potential impacts of the management activities analyzed and documented in the OLY project Final Environmental Impact Statement (FEIS) published August 05, 2016, I have decided to implement Alternative 3.

This decision implements integrated restoration activities from the FEIS Alternative 3 across this project area. Restoration will be accomplished primarily through an integrated resource stewardship contract, capturing available funds to ensure high priority integrated management activities will be implemented. Alternative 3 includes various project design elements benefiting numerous resources such as wildlife, fisheries, hydrology, soils and heritage. Integration provides the opportunity to effectively manage the design of the project across multiple restoration activity types to facilitate positive end results.

A summary of the actions in my decision include:

- Regeneration harvest treatments on an estimated 2,061 acres, intermediate harvest treatment on approximately 623 acres, and 385 acres of intermediate/regeneration harvest removing commercial products totaling an estimated volume of 36.9 million board feet (MMBF)/72,400 100 cubic feet (CCF). Materials to be removed include both saw and non-saw timber. Treatments will use tractor and skyline logging systems and post-harvest fuels treatments will include excavator piling and prescribed burning. Nineteen percent of the harvest, or 581 acres, requires winter logging designed to help protect soils, water quality, and/or historic properties. Approximately 2,690 acres of harvest, or 88 percent, will occur within the Wildland Urban Interface (WUI). Approximately 155 acres if harvest treatment in old growth is included. These treatments will retain old growth characteristics.
- Prescribed burning without commercial harvest will occur on an estimated 1,616 acres of upper, mid and low elevation forest, using aerial and hand ignition methods. Slashing and grinding will occur on approximately 31 acres, slashing and grapple piling on another 12 acres, and slashing with hand piling and underburning will occur on approximately 85 acres. Total fuel reduction without timber harvest will occur on 1,744 acres. An estimated 1,037 acres of this work will occur in the WUI and 172 acres of prescribed burning is located in an Inventoried Roadless Area (IRA). Approximately 376 acres of prescribed

fuels reduction will occur in old growth. These treatments will retain old growth characteristics.

- Decommissioning work will occur on approximately 9.7 miles of roads that are no longer needed for future management, and 18.1 miles of Intermittent Stored Service (storage) will occur on roads that are needed for future management of forest resources but are not currently needed. Both decommissioning and storage work could include, but is not limited to, removing undersized culverts or providing armored overflows, recontouring unstable sections of road, water barring, scarifying the road surface, and seeding. Of the total miles to be stored, 11.1 miles will be active storage, while 7.0 miles would be passive storage. Of the miles to be decommissioned, 1.6 miles are planned for active decommissioning while 8.1 miles are planned for passive decommissioning. These roads are currently closed to wheeled public motorized vehicle access.
- Decommissioning of non-system (undetermined) roads for approximately 3.3 miles, with 0.9 miles of active decommissioning and 2.4 miles of passive decommissioning. Undetermined roads are road segments or prisms that exist on the landscape from previous management activities or were illegally created by forest users. They are not currently part of the National Forest System Roads (FEIS p. 79).
- Adding approximately 4.6 miles of non-system (undetermined) road that already exists on the landscape, but is currently closed to wheeled motorized use, to the National Forest System (NFS) road network for future use for management.
- Construction of approximately 0.2 mile of temporary road to access Unit 52, and 0.70 mile of permanent road (0.4 reroute on National Forest System Road (NFSR) 14321 accessing Unit 52A; 0.3 reroute on 14309B near Troy Shooting Range accessing Unit 4), in order to implement silvicultural prescriptions and to provide for product removal. The construction of these road segments will apply Best Management Practices (BMPs) for their use during project activities. The 0.2 mile of temporary road to Unit 52 will be reclaimed following its use.
- Rerouting of a portion of NFSR 2380 through NFSR 2380A. Approximately 0.3 mile of NFSR 2380 would be decommissioned and revegetated from the junction of NFSR 752 and NFSR 2380 to the junction of NFSR 2380 and 2380A (Figure 1 below). Concurrent with this work, 0.7 mile of NFSR 2380A would be reconstructed so as to provide continued access to the North Fork O'Brien area.
- Application of BMPs on 45 miles of haul road as part of the timber sale to reduce sediment yield and improve water quality.
- Recreation improvements, including:
    - Upgrading a portion of the Alvord Lake trail to be accessible to all under Forest Service Accessibility Guidelines (FSTAG) standards, including construction of a paved trail to the Outdoor Classroom located on the northwest side of the lake;
    - Upgrading the Kilbrennan Lake Campground boat ramp by replacing the native material with concrete;
    - Improvements to a portion of the tread and one stream crossing on the Arbo Wee Lake Trail (Trail196) for recreation and watershed improvement. The trail would be rebuilt to a better grade with waterbars to prevent sediment delivery;

    - Creating a parking area utilizing the landing in Harvest Unit 29, near the bottom of NFSR 4445, Lynx Creek, to facilitate existing snowmobile use;
    - Improvements to portions of NFSR 4429, Pulpit Jeep Road, which will include implementation of improved drainage, brushing and construction of turnouts;
    - Parking area improvements, including widening, at the following: #43 China Rim; #366 Pulpit Mountain National Recreation Trail; #709 Pulpit Ridge; and #706 Skyline Ridge.
- In-kind replacement of grizzly bear core habitat will allow harvest in BMU 10 as follows:
    - The following roads are currently barriered and contribute to core habitat. They would be opened to allow motorized access for management purposes, but would continue to be restricted to motorized public access:
        - NFSRs 14393, 14393A, 14321, 176F;
        - the temporary road off 14321A (the road system between the Eastside Road and the Kilbrennan Lake Road);
        - NFSR 2365 into unit 57;
        - NFSR 2394A and 2394I off Kilbrennan Lake Road;
        - a portion of NFSR 4447 in the Sears Flat area;
        - NFSR 14309 and NFSR 4445C near the Troy Shooting Range.
    - The following roads will be stored or barriered to compensate for core lost:
        - 2376 Feeder O'Brien (1.5 miles);
        - 4425 Upper Rabbit Creek (1.7 miles);
        - 4433 North Fork Lynx Creek (2.2 miles);
        - Additional roads identified for passive decommissioning would contribute to the in-kind replacement of core (NFSRs 2394B, 2394D, 2394J).
- Construction of 0.16 mile of road across NFS lands to provide access for Stimson Lumber Company to their lands on Yaak Mountain.
- Road reconstruction and reconditioning not related to timber harvest, including 4.5 miles on NFSR 4429 (Pulpit Jeep Trail) and 6.3 miles of NFSR 4445 (Lynx Creek) to improve the driving surface, replace deteriorating drainage structures, and reduce sediment delivery to streams.
- Stream rehabilitation in four sites in O'Brien Creek watershed, located on previously decommissioned roads where the old road/stream crossings are still eroding. Removal of additional fill material is needed to fully stabilize these sites.
- Implementation of project-specific design features (ROD, Appendix 2) and monitoring actions (ROD, Appendix 3).

Thirty of the proposed regeneration harvest units will contribute to openings over 40 acres. The district began scoping a proposal for the creation of large openings with the public on October 6,

2014, when the Notice of Intent (NOI) appeared in the *Federal Register*. The district received Regional Forester Approval for large openings on February 2, 2016.

Management Actions are described in detail in Appendix 1 (Harvest Treatment Summary Table), Appendix 2 (Fuels Treatment Summary Table), and in Appendix 3 (Design Features) of this document. My decision authorizes commercial timber harvest, permanent and temporary road construction to access harvest units, fuels reduction activities, prescribed burning without harvest, road storage, road decommissioning, road rerouting, adding non-system roads to the road system, and recreation improvements.




**Figure 1: NFSR 2380 and 2380A Proposed Road Work (Reroute)**

## III. Project Area

The OLY project area is in the immediate vicinity of Troy, Montana, and encompasses approximately 67,500 acres. The legal description includes Townships 31, 32, 33, and 34 North; Ranges 32, 33, and 34 West; Lincoln County, Montana.

The project area includes 9,628 acres located within two IRAs, 2,614 acres within eligible wild and scenic river corridors, 589 acres of State lands, 9,433 acres of private industrial forest land, and 3,811 acres of privately owned land. The project area includes 34,911 acres within the WUI

as well as areas that are somewhat higher in elevation and more remote. The private lands and WUI are mainly located near Troy, Montana and along U.S. Highway 2.

Some of the lowest elevation, warm habitats found on the Three Rivers Ranger District are located within the project area. Both warm/dry and warm/moist biophysical settings are abundant, as well as some higher elevation subalpine fir/mixed conifer areas along the project area's eastern boundary (USDA-FS 2015).

## IV. Purpose and Need for Action

The 2015 Kootenai Forest Plan (Forest Plan) provides the overarching direction for management activities on the Kootenai National Forest. Forest wide management goals, as well as specific management area direction represent the desired condition that management actions are designed to achieve. Public input and field review by an Interdisciplinary Team (IDT or team) helped to develop the following purpose and need for the project area:

- Promote resilient vegetation conditions by managing towards the 2015 Forest Plan desired conditions for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition;
    - Promote early seral tree species including western larch, ponderosa pine, and western white pine.
    - Maintain old growth character and improve resilience and resistance to insect, disease, and fire.
    - Contribute to fire's role on the landscape.
- Maintain or improve water quality and native aquatic species habitat;
    - Implement BMPs on Forest Service roads to be used for timber sale activities.
    - Implement BMPs on non-haul routes where conditions warrant and on roads important for public motorized access.
    - Implement stabilization and drainage work on roads currently stored or proposed for intermittent storage by removing culverts at risk for failure, recontouring failing stream crossings, constructing armored overflows, and water barring.
    - Decommission roads by recontouring stream crossings and unstable fills, water barring, ripping, and revegetating.
    - Rehabilitate road/stream crossings on currently decommissioned or closed roads by removing the road fill where actively eroded by streams.
- Provide forage opportunities while maintaining wildlife security;
    - Maintain or increase the forage component and seedling/sapling age class in the project area through timber harvest and prescribed fire.
    - Maintain areas of secure habitat through access management.
- Provide wood products that are in demand by the American public, contribute to the local economy by generating jobs and income, and provide a safe and efficient transportation system;

    - Provide vegetation management projects including commercial timber sales and other vegetation management projects.
    - Complete necessary construction, reconstruction, and maintenance of roads.
- Treat hazardous fuels to reduce crown fire potential and stand replacing wildfire within the WUI and other areas while promoting fire behavior characteristics and fuel conditions that allow for safe and effective fire management.
    - Implement fuels reduction treatments within the WUI, including timber harvest, slashing, grapple and hand piling and ecosystem burning.
    - Implement prescribed burning of fuels both in timber harvest and non-commercial treatment areas.

The purpose and need for the OLY project is discussed in greater detail on FEIS pages 7-15.

## V. Public Involvement and Collaboration

Public participation helps the Forest Service identify concerns with possible effects of its proposals. It is also a method of disclosing to the public the nature and consequences of actions proposed for NFS lands.

On March 7, 2014 a pre-scoping request for information letter was sent to gather general information about the OLY project area and begin the public involvement process. Thirty-nine different parties responded. The pre-scoping comments can be found at the Three Rivers Ranger District and in the OLY project file. A summary of the comments received included:

- Concern about noxious weeds in the project area (with some site specific comments);
- Support for selective thinning, commercial thinning, and pre-commercial thinning;
- Interest in seeing improved wildlife forage and habitat, including huckleberries;
- Concern about the condition of fisheries in O'Brien Creek and Arbo Creek;
- Support for fuels reduction activities in project area (with some site specific comments);
- Desire for access to firewood;
- Desire for increased access, but many were comfortable with the current road system and wanted to see maintenance occur;
- Concern about logging resulting in landslides with multiple references to the Yaak Mountain slide which occurred during 2007;
- Multiple comments supporting "restoration" logging on the landscape and encouragement for the team to look at resiliency across the landscape.

The Forest Service developed a mailing list and email list to ensure that potentially interested members of the public and other government agencies received timely information about proposed activities and opportunities for public comment and participation. The Forest Service developed an original mailing list that included members of the public that fit into the following categories: landowners in the project area, county government in Idaho and Montana, tribal governments, other federal agencies, Montana state agencies, local, regional, and national organizations, and individuals who have expressed interest in management activities that occur on the Three Rivers Ranger District.

Site-specific public comments on the OLY Proposed Action were requested on October 2, 2014 through a legal ad in the *Daily Interlake* and a display ad in the *Western News* on October 3, 2014. Based on requests from the public, the scoping period was extended until November 4, 2014, through a display ad in the *Western News* on October 24, 2014. A letter requesting comments was also mailed to interested individuals, groups, officials, and landowners in the vicinity of the project area. The scoping period formally began on October 6, 2014, when the NOI was published in the Federal Register to inform the public that an Environmental Impact Statement would be prepared to analyze proposed activities in the OLY project area. Comments from 25 different parties were received through letters, emails, phone calls, and requests to meet with the interdisciplinary team members. These comments varied from support, to concern, to suggestions for specific projects or areas. They helped the team refine the Proposed Action and develop alternatives. Individual scoping comments can be found in the project record.

The concerns identified from the scoping comments for the OLY project were:

- Concerns about access on NFSR 4429 O'Brien-Lynx Creek (Jeep Trail);
- Concern about the westslope cutthroat in O'Brien Creek;
- Opposition to management activities within the project area;
- Concern about dead/down material within the project area creating a fire hazard;
- Concern about applying a landscape scale design feature that is in line with the Kootenai Stakeholder Vegetation Guidelines;
- Concern about road systems, construction, reconstruction, decommissioning of roads in relation to resource affects and public access;
- Concerns in regard to IRAs within the project area, including management near IRAs, and the visual impacts to, and in the vicinity of, IRAs;
- Concern whether 10 percent old growth is enough for species viability. Note: this comment was made in 2014, and was relevant to the 1987 Forest Plan. The Forest now is under the 2015 Forest Plan. It no longer includes a minimum percentage standard for old growth. The 2015 Forest Plan includes the desired condition to increase the amount of old growth at the forestwide scale (FW-DC-VEG-03);
- Concern about using the WUI as an excuse to conduct harvest activities (logging);
    - Yet also received support to conduct fuels reduction and logging in the WUI;
- Concern about prescribed burning on air quality;
- Concern over Open Motorized Road Density and grizzly bear Core habitat;
- Concern about maintaining sensitive species on the landscape;
- Concern about safety and timing restrictions at the Troy Shooting Range;
- Concern about the spread of noxious weeds within the project area;
- Concern about impacts to aquatic resources;
- Concern for protection of historic properties.

The District Ranger made several presentations to local community groups in the Troy community, encouraging members of the public to provide comments and contact the team if they wanted to learn more detailed information about the project. The team also organized meetings, open houses, and field trips to provide the public with opportunities to ask questions and provide

comment. Team members also contacted tribal representatives and other Federal and State agencies to gather feedback on the proposed activities.

On the evening of November 4, 2014, the team held a public open house at the Three Rivers Ranger District. Attendees were provided information on the Proposed Action and maps of proposed activities were displayed. Twenty-one members of the public attended to ask questions about proposed activities in the project area. Attendees asked questions about the National Environmental Policy Act (NEPA) process, motorized access, and how they could stay informed about the proposal. Meeting attendees clearly expressed that they did not want NFSR 4429, locally known as the Jeep Trail, closed to motorized vehicles.

On September 30, 2014, the district hosted a public field trip to the project area. Two people attended the field trip. The participants and district staff visited Units 30 and 63, and discussed treatment options and design features.

The District Ranger and IDT participated in numerous meetings with the Kootenai Forest Stakeholders Coalition (Stakeholders), a diverse local collaborative group, to discuss pre-project scoping, collaborate during project development, provide updates on the OLY project's progress, and discuss their comments on the Draft and Final Environmental Impact Statement (DEIS) and well as this Decision. The Stakeholders participated in three field trips, August 2014, October 2014 and May 2016. The 2014 field trips reviewed proposed harvest and burn units on the ground. The District Ranger and Forest Supervisor attended quarterly meetings from 2014 to present, to update Stakeholders on OLY project plans and status. Additionally, the District Ranger and IDT met with and corresponded with the Stakeholders many times throughout the planning process. Documentation of these meetings, field trips and communication is in the project record.

Throughout the planning process, the Stakeholders expressed the desire that regeneration harvest units had more retention (retention of an average of 30% with a range of 5-50%) and in July of 2016 the Forest Supervisor and District Ranger participated in discussions with the Stakeholders resulting from the Stakeholders sharing their observations of three units. Correspondence and discussion of these three units (18, 20, 40) resulted in retention of 15% in all units which exceeds the desire for at least 5% retention.

In response to the KFSC's July 31, 2016 letter, the three aforementioned units were revisited to address concerns related to retention and diversity of retention, specifically the retention of white pine. As a result, additional tree species were identified for retention in units 18, 20 and 40.

The District and Forest will continue to work with the Stakeholders thru project implementation and plans to be consistent with the monitoring results from members of the Stakeholders (Yaak Forestry Council) that have found that the District has a 95% success rate of project implementation.

Throughout the project development process, the IDT has shared information about proposed activities with the Confederated Salish and Kootenai Tribes (CSKT) and the Kootenai Tribe of Idaho. The District Ranger, District Planning Staff, Forest Archaeologist, and Tribal Liaison met with the CSKT representatives on March 2, 2015 to discuss the Tribe's concerns about protection of historic properties in the project area. The Tribal Liaison and District Planning Staff attended the CSKT Elder's meeting on November 12, 2014. The Planning Staff presented the scoping package to the Elders, introduced the components of the project, and explained the project's current status. A meeting with the CSKT Tribal Liaison was held on March 15 at the Troy Ranger

Station to ensure that the preferred alternative addressed all tribal concerns with respect to the project. Ongoing communication with the Tribal Liaison keeps the Tribe informed on project status, provides feedback of the Tribe's input, and fosters collaboration. The District Ranger communicated, verbally and in writing, with the Tribe throughout the process, keeping them informed as to how their concerns were being incorporated into this decision. Communication documentation is in the project record.

Communication and consultation with Montana Fish, Wildlife, and Parks and the U.S. Fish and Wildlife Service has been ongoing throughout the project. These discussions have influenced the design of proposed activities so that they can benefit habitat conditions through vegetation management and minimize potential impacts to wildlife during these activities.

The DEIS Notice of Availability (NOA) was published in the *Federal Register* and made available for public comments on December 31, 2015 The NOA started the 45-day comment period on the DEIS. Letters were sent by mail and email to parties that had provided comments during the scoping process informing them of the availability of the DEIS. Hard copies of the DEIS were sent or given to members of the public that requested them and the DEIS was made available at the Kootenai National Forest's website at http://www.fs.usda.gov/projects/kootenai/landmanagement/projects. A legal notice was published in the *Missoulian* on December 29, 2015, announcing the availability of the DEIS and included the expected date that the NOA would be published in the *Federal Register*. Display ads were placed in the *Western News* and *Kootenai Valley Record* (December 29, 2015). The agency received 16 letters commenting on the DEIS, one of which came after the close of the comment period. These comments from the public and Forest Service responses to these comments are included in Chapter 4 of the FEIS. I considered these comments in my decision and used them to help shape the Selected Alternative.

In arriving at a decision for this project, I recognized that I would not be able to satisfy all public concerns, as some of them are mutually exclusive. I made a decision that is based upon sound analytical and ecological principles and that I feel appropriately balances concerns expressed while striving to meet the purpose and need of the project.

## VI. Issues

The IDT reviewed and compiled a list of potential issues based upon comments from the public, organizations, and government agencies. These issues were then evaluated against the following criteria to determine the appropriate methodology for resolution:

- Issue is beyond the scope of the project;
- Issue is already decided by law, regulation, Forest Plan, or other higher level decision;
- Issue can be addressed through adopting design criteria or mitigation;
- Issue can be addressed through effects analysis;
- Issue can be addressed by developing alternatives to the proposed action.

Issues representing an unresolved conflict with the proposed action were brought forward as "key" issues and were used to help formulate the alternatives to the proposed action. The project file contains the content analysis documents that display what issues were identified during the scoping process and how those issues were accounted for during the analysis process.

## Key Issues Used for Alternative Development

Issues for the OLY project were identified from public comments received, field review conducted by specialists, information about historic and current conditions in the project area, review of the Forest Plan and other planning and scientific documents. Based on this information, the planning team and I identified three "key" issues, for which action alternatives were developed.

**Issue #1 Harvest units creating large openings, including openings over 40 acres** –

The public expressed concern that large openings could affect wildlife habitat security and connectivity as well as visual quality in the project area. Another concern was that these large openings might impact wilderness values in the Saddle IRA. In Alternative 2, the Modified Proposed Action, 32 regeneration harvest units would either create or contribute to a total of 23 regeneration openings over 40 acres. See Table 2 of the FEIS for more detailed information.

**Issue #2: Protection of historic properties –** The CSKT expressed concerns for protection of historic properties and special places in the OLY project area and especially the Sears Flat and Yaak River Campground areas.

**Issue #3: Existing detrimental soil disturbance (DSD) approaching 15 percent or greater –** Concern was expressed that harvest units with DSD approaching 15 percent or greater would not meet Northern Region soil quality standards.

# VII. Brief Description of Alternatives

This section describes and compares the alternatives considered by the Forest Service for the OLY project. The alternatives are grouped into two categories: A) Alternatives Studied in Detail, and B) Alternatives Considered but Eliminated from Detailed Study.

## A. Alternatives Studied in Detail

The FEIS considered the Modified Proposed Action (Alternative 2) and two other action alternatives, Alternatives 3 and 4, in detail. Alternative 1, the no action alternative required by NEPA, served as a baseline to compare action alternatives. More information about the alternatives can be found in the OLY project FEIS.

**Alternative 1:** This alternative is the no action alternative that provides a baseline for comparison of environmental consequences of the other alternatives to the existing condition (36 CFR 1502.14) and is a management option that could be selected by the deciding official. The no action alternative is based on the premise that ecosystems change, even in the absence of active management. It is essentially a "status quo" strategy that allows current activities and policies, such as recreation administration, road maintenance, and fire suppression to continue. Ongoing and reasonably foreseeable activities are listed in the FEIS on pp. 115-119. Analysis of this alternative also displays the consequences of not taking action, both positive and negative.

**Alternative 2 (Modified Proposed Action):** The Proposed Action was scoped with the public in September of 2014 and modified based on public comment and additional field review. Alternative 2, the Modified Proposed Action, was designed to address those public scoping comments, meet the purpose and need of the project, and improve feasibility. The following changes were made and have been carried forward in the analysis as Alternative 2:

- A portion of Harvest Unit 66A was dropped from the Proposed Action because field surveys identified lynx multi-story habitat in this proposed unit.
- Harvest Units 66, 66A, and 67 would not be economically feasible and were therefore dropped from the alternatives.
- Harvest Unit 10 was dropped. It was proposed to include Unit 10 within Unit 9. However, it was dropped because of old growth within the area between the two units.
- Harvest Unit 61 has been split into two units, 61 and 61A, to protect the Riparian Habitat Conservation Area (RHCA).
- Fuels Unit F23, a burn that was proposed on both NFS and Stimson Lumber Company lands, was dropped due to concerns raised by Stimson to protect regeneration on their lands in the proposed burn area.
- Field reconnaissance discovered that a portion of Harvest Unit 3B should be treated with an intermediate harvest. Therefore that portion will be incorporated into Unit 4 and would be an intermediate harvest.
- Harvest Unit 2 and 4 were combined into Harvest Unit 4, because field reconnaissance found they should receive the same fuels treatment and they are adjacent to each other.
- A portion of Harvest Unit 4 has been dropped because field reconnaissance discovered that the stand age did not warrant treatment at this time.
- Field reconnaissance determined that Harvest Units 40 and 41 had the same treatments, so they were combined into one unit, Harvest Unit 40.
- Field reconnaissance determined that Harvest Units 37B and 39 had the same treatments, so they were combined into one unit, Harvest Unit 39.
- Based on field reconnaissance, the eastern portion of Harvest Unit 17 was combined into Harvest Unit 21 due to skidding concerns (a portion of the unit was located across a steep RHCA or draw that could not be skidded across). The remainder of Harvest Unit 17 was changed into two fuels units, F26 and F29, to retain treatment of fuels.
- Both portions of Harvest Unit 21 were combined into one piece. It was originally split into a tractor harvest piece and skyline piece. However, it was decided the entire unit should be skyline and thus combined back into one treatment.
- Field reconnaissance found that Harvest Unit 76 was very young and not currently needing harvest. Therefore it was changed to Fuels Unit, F31, which would be thinned, spot piled, and underburned.
- The fuels treatment for Harvest Unit 6 was changed to grapple pile due to predicted heavy residual fuels. The fuel treatment to Harvest Unit 28 and 38 were changed to grapple pile because they are off-site ponderosa pine plantations which would likely deteriorate rapidly if exposed to an underburn. The fuels treatment for Harvest Units 46 and 50 were changed to grapple pile due to off-site western white pine plantation which would likely not withstand an underburn treatment after harvest.
- Five acres in Harvest Unit 9 were dropped to protect old growth.
- Four acres of Harvest Unit 8 were split out to form Harvest Unit 8A because of a different fuels treatment. Harvest Unit 8 would have an underburn and Harvest Unit 8A would be grapple piled and burned.
- Fuels Unit F24 was dropped from the Proposed Action after concerns were raised by the fire management specialist, hydrologist, and fisheries biologist regarding the feasibility of

implementing this burn and potential effects to China Creek, which is one of four water bodies on the Three Rivers Ranger District that contains a pure strain of redband trout. These specialists agreed that there is a risk of burning fuels within the RHCA as a result of down logs from the China Basin burn of 1994. A burn within this RHCA would likely have negative effects to the redband trout.

- Fuels Unit F25 was added as a result of stakeholder input. This unit is a prescribed burn near Yaak Mountain.
- Harvest Unit 41A, an intermediate skyline logging system unit, was dropped due to safety concerns of running a skyline machine under a high-voltage power line. This unit was converted to Fuels Unit F30.
- Fuels Units F26, F27, F28, and F29 were added. These units are portions of the original Harvest Unit 21 that are not feasible to log due to either a lack of treatment need or an inability to apply logging systems due to steepness or the presence of RHCAs that cannot be crossed with conventional logging systems.
- Harvest Unit 31A was combined with Harvest Unit 31B, because Unit 31A is a decadent lodgepole pine stand in need of regeneration harvest. The combined unit would be called Harvest Unit 31B which is a regeneration harvest that would create an opening of approximately 60 acres. Thus this unit is added to the analysis of openings larger than 40 acres.

**Alternative 3 (Preferred Alternative):** Alternative 3 is the Forest Service's preferred alternative. It addresses Tribal, heritage, and soil concerns through design features or by dropping harvest treatments in highly sensitive areas where design features were not feasible or effective. In this alternative, some harvest units were converted to fuels units to allow for treatment options while helping to protect resources. The following changes were made to address resource concerns and/or improve feasibility. These are carried forward in the analysis as Alternative 3.

- Harvest Units 35, 35A, 35B, 36, and 41B would be converted to Fuels Units F33, F34, F35, F36, and F32 respectively to retain some fuels reduction activities and help protect historic properties, soils, and Tribal concerns.
- The treatment for Fuels Unit F32 was changed from slashing, hand piling, and burning to slashing and grinding to better protect historic properties and Tribal concerns.
- Fuels Unit F30 was dropped due to potential concerns associated with ground disturbance necessary for fire line construction.

**Alternative 4:** Alternative 4 was designed to address the publicly raised issue of creating large openings (defined as openings over 40 acres for the purposes of this project) through regeneration harvest. Alternative 4 responds to this issue by modifying the design of harvest units so that no regeneration harvest opening, or opening created by a combination of units, exceeds 40 acres. For Alternative 4, Harvest Units 31A and 31B would not be combined into a 60-acre regeneration harvest as proposed in Alternatives 2 and 3. For Alternative 4, Unit 31A would continue to be an improvement cut with seed tree or shelterwood openings. Table 2 of the FEIS, pages 31 and 32, displays the harvest units that create or contribute to openings larger than 40 acres. Changes were made to each of these proposed units or combinations of units to avoid creating regeneration harvest unit openings that exceed 40 acres while leaving a potentially manageable stand in between harvest openings for future treatment. The harvest units in Alternative 4 are located within the boundaries of the harvest units in Alternative 2. Additional information is located in the project record.

## B. Alternatives Considered but Eliminated from Detailed Study

This section discusses three alternatives that were considered by the team because of issues identified in public comment, but were not studied in detail for reasons that are explained on pages 34-35 in the FEIS.

1. **Develop an alternative that dropped proposed harvest units within grizzly bear core:** The FEIS explains how the team decided that wildlife, vegetation and other resources would benefit from treating units within these areas as well as provide wood products supplied to local mills. Conversely, not treating these areas would not meet the Forest-wide Desired Conditions for vegetation and wildlife and would not meet the purpose and need for the project.

   > "After reviewing public comment on the Proposed Action and considering potential environmental affects, the team considered an additional alternative based on a suggestion to drop proposed harvest units within grizzly bear core habitat. The team considered such an alternative, but decided not to develop it in detail because the area available for treatment using timber harvest would be reduced by as much as one third of the total proposed action. While prescribed burning also contributes to achievement of the desired conditions described in the Forest Plan, much of the project area could not be feasibly or safely treated with fire without a previous timber harvest treatment due to the quantity of fuels present. These fuels, which include trees with viable timber products, would burn with too much intensity to control, and would leave a great deal of biomass post fire. While these conditions would contribute to the desired condition and be acceptable on some remote parts of the project area, they would not be desirable or acceptable on lands that may be accessed by existing roads, though they may be within core habitat." (FEIS p. 34)

2. **Develop an alternative that considered some limited timber harvest within the Lynx Creek drainage.** Any harvest treatments in Lynx Creek would haul down NFSR 4445. This road is very steep and in some locations is located quite close to the stream making prevention of sediment delivery difficult. The FEIS explains the difficulty of implementing BMPs and there is a limited area suitable and accessible for timber harvest in this steep drainage, so the team recommended no timber harvest in Lynx Creek at this time.

   > "The team also considered some limited timber harvest within the Lynx Creek drainage. Any harvest treatments in Lynx Creek would haul down the NFSR 4445. This road is very steep and in some locations is located quite close to the stream making prevention of sediment delivery to the stream difficult. Sediment in Lynx Creek has a high potential to be delivered directly to bull trout spawning habitat in O'Brien Creek. In order to use the Lynx Creek road as a haul route, BMPs would have needed to be implemented to minimize sediment delivery. These BMPs would have included installation of additional drainage structures, replacement of undersized culverts, and other measures which would be costly to implement and difficult to maintain in an operational condition during haul.

Additionally, harvest upslope from the Lynx Creek NFSR 4445 would be impossible from the road itself due to steep terrain. Skyline logging systems would be necessary and would require new road construction above NFSR 4445. Any new road built in this area would require at least portions of full bench excavation, would be very expensive to build, and difficult to maintain. This situation also results in timber harvest in the drainage being economically infeasible.

Relocating NFSR 4445 further upslope and away from Lynx Creek was also considered, but would again be prohibitively expensive and would have potential impacts to Lynx Creek at least until the new construction stabilized.

As a result of the difficulty of implementing BMPs, and the limited area suitable and accessible for timber harvest in this steep drainage, and economic feasibility concerns, the team recommended no timber harvest in Lynx Creek at this time." (FEIS p. 35)

3. **Analyze the Proposed Action as scoped in October 2014.** Pages 37 and 38 of the FEIS explain the modifications made to the original proposed action as scoped in October of 2014 and why Alternative 2, the Modified Proposed Action, was studied in detail.

# VIII. Description of the Decision

As the responsible official for this project, I have selected Alternative 3 from the OLY FEIS, published August 05, 2016. Based upon my careful review of public comments and other information included in the project record, I have determined that the Selected Alternative will best meet the purpose and need; address issues; respond to public comments; and comply with the law, regulation, and policy. It is within the range of actions and effects analyzed and disclosed in the FEIS.

I entered into formal consultation with the Fish and Wildlife Service (USFWS) during the planning process for this project because of the potential effects that could result from project implementation on threatened and endangered wildlife populations or habitat. The USFWS completed two separate Biological Opinions on August 4, 2016. The Terms and Conditions provided in those Biological Opinions are included in the decision (See IX Biological Opinions / Terms and Conditions section below).

I have also incorporated into my decision project Design Features (ROD, Appendix 2), Monitoring Plan (ROD, Appendix 3), and Access Management Plan (ROD, Appendix 4) as well as BMPs (ROD, Appendix 5).

# IX. Biological Opinions / Terms and Conditions

## Biological Opinions

The USFWS completed two separate Biological Opinions on August 4, 2016:

- The first Biological Opinion considered the OLY project's effects on bull trout (*Salvelinus confluentus*), designated bull trout critical habitat, grizzly bear (*Ursus*

*arctos horribilis*), and informal consultation for Canada lynx (*Lynx canadensis*), and designated Canada lynx critical habitat. The Forest determined that the proposed project is "**likely to adversely affect**" bull trout, bull trout critical habitat, and grizzly bear. The Forest also determined that the proposed project "**may affect, but is not likely to adversely affect**" Canada lynx or Canada lynx critical habitat. The OLY project would adhere to management direction associated with 2015 Forest Plan standard FW-STD-WL-02.

- The second, separate Biological Opinion considered that the Three Rivers Ranger District would permit Stimson Lumber Company to construct and use a road on NFS Lands. This includes 0.16 miles of new road on NFS lands and 1.6 miles of new road on Stimson lands. The project was analyzed for effects on federally listed threatened and endangered species: specifically grizzly bear (*Ursus arctos horribilis*). The Kootenai National Forest (Forest) determined that the proposed project "**may affect, and is likely to adversely affect**" grizzly bear. The Stimson road proposal would adhere to management direction associated with 2015 Forest Plan standard FW-STD-WL-02.

## Findings / Incidental Take / Terms and Conditions

### *Findings for grizzly bear, Canada lynx, and Canada lynx critical habitat within the OLY Biological Opinion:*

- **Grizzly Bear –** The USFWS stated, "In summary, we reviewed: the biological assessment regarding the environmental baseline for the action area, the effects of the action, and the cumulative effects within the action area; the Forest Plan biological opinion; the information we relied upon to develop this opinion; and information in our files. After our review of the those documents and the status of grizzly bears, the environmental baseline, the effects of the action, and the cumulative effects, it is the Service's biological opinion that the OLY Project is **not likely to jeopardize** the continued existence of grizzly bears."
- **Canada lynx and Canada lynx critical habitat** – The USFWS stated, "Given the temporary nature of lynx disturbance, the lack of vegetation treatment activities in foraging habitat, and the adherence to the NRLMD, we expect effects of the OLY Project on Canada lynx to be insignificant and/or discountable.

  The OLY Project is located within Canada lynx designated critical habitat (Unit 3). Vegetation management components of the project will occur in areas that provide Primary Constituent Element (PCE) 1d (Matrix Habitat). However, treatment in these areas will not preclude lynx from using the stands as movement corridors, which is the primary role of PCE 1d. The proposed project will not impact snowshoe hare habitat (PCE 1a), the presence of deep, fluffy snow (PCE 1b), or the abundance of denning habitat (PCE 1c). As a result, we expect the effects of the OLY Project on Canada lynx critical habitat to be insignificant and/or discountable. USFWS also stated, "The Service has reviewed the biological assessment and concurs with the determinations that the proposed action is not likely to adversely affect the threatened Canada lynx or designated critical habitat for Canada lynx. Therefore, pursuant to 50 C.F.R. § 402.13 (a), formal consultation on this species and critical habitat is not required."

#### *Incidental Take Statement*

There was no Incidental Take Statement for grizzly bear or Canada lynx.

#### *Terms and Conditions*

There were no terms and conditions for grizzly bear, Canada lynx, or Canada lynx critical habitat. The OLY project would adhere to management direction associated with 2015 Forest Plan standards FW-STD-WL-01 and FW-STD-WL-02.

### *Findings for bull trout and bull trout critical habitat within the OLY Biological Opinion:*

- **Bull Trout** – The USFWS stated, "After reviewing the current status of bull trout, the environmental baseline for the action area, the effects of the proposed management actions, and the cumulative effects, it is the Service's biological opinion that the actions, as proposed, are **not likely to jeopardize the continued existence** of bull trout. This conclusion is based on the magnitude of the project effects (to reproduction, distribution, and abundance) in relation to the listed population. Implementing regulations for section 7 (50 CFR 402) defines "jeopardize the continued existence of" as "to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species.""
- **Bull Trout Critical Habitat** – The USFWS stated, "After reviewing the current status of the Kootenai River Critical Habitat Subunit and its relationship to the Kootenai River bull trout population, the environmental baseline for the action area, the effects of the proposed action, and the cumulative effects, the Service concludes that while these effects will temporarily lower the function of spawning and rearing habitat in the action area due to some level of unavoidable sediment loading, these effects are unlikely to significantly change the functional capacity of the Kootenai River Critical Habitat Subunit. On that basis, it is the Service's opinion that **implementation of the OLY Project is not likely to destroy or adversely modify bull trout critical habitat** of the Kootenai River basin."

#### *Incidental Take Statement*

The USFWS stated, "The Service anticipates that project activities will likely result in incidental take of bull trout in the form of harm, harassment or mortality related to the expected short-term degradation of aquatic habitat parameters. This degradation will be a result of project activities that will deliver additional sediment to O'Brien Creek. Activity-created sediment, when additively combined with elevated background sediment (baseline conditions), may impact bull trout habitat parameters including sediment and substrate embeddedness. Sedimentation from associated project activities is anticipated to have short-term adverse effects and will likely result in mortality to some individuals during the egg, larval and juvenile life history stages by harming or impairing feeding and sheltering patterns of juvenile bull trout."

> **Effect of Take** (Biological Opinion p. 38) – "In the accompanying biological opinion, the Service determined that the extent and type of take described is **not likely to jeopardize** the continued existence of bull trout in the Kootenai River Core Area of the Columbia Headwaters Recovery Unit."

**Reasonable and Prudent Measures** (Biological Opinion pp. 38-39) – "The Service believes the following reasonable and prudent measures are necessary and appropriate to minimize impacts of incidental take of bull trout.

1. Identify and implement means to reduce the potential for incidental take of bull trout that results from sedimentation due to increase road use, road treatments, and watershed improvement features.
2. Monitor timber harvest, road use, road treatments and water shed improvement features associated with the OLY Project to ensure that actions comply with the biological assessment and biological opinion, and that the specified level of incidental take associated with these elements in not exceeded.
3. Implement reporting requirements as outlined in the terms and conditions below."

### *Terms and Conditions*

ROD Appendix 4: Monitoring Plan displays the monitoring plan for the following Terms and Conditions.

(Biological Opinion pp. 39-40) – "In order to be exempt from the prohibitions of section 9 of the Act, the Forest must comply with the following terms and conditions that implement the reasonable and prudent measure described above and outline reporting and monitoring requirements. These terms and conditions are non- discretionary:

To fulfill reasonable and prudent measure #1, the following terms and conditions shall be implemented:

1. The Forest shall ensure that all road treatments designed to decrease sediment delivery on timber haul routes, as described in the Proposed Action section of this biological opinion and the biological assessment, are implemented and functional prior to the first log hauling season.
2. The Forest shall ensure the replacement and removal of culverts identified in the project description and biological assessment will provide passage for all life stages of bull trout, and accommodate a 100-year flood event without backwater conditions and/or erosion of associated streambanks or road fill.
3. During all road management actions associated with the project, the Forest shall implement soil and water best management practices (BMPs) and the specific minimization measures identified for each Activity Type as developed in the Biological Assessment of Road Related Actions on Western Montana Federal Lands that are Likely to Adversely Affect Bull Trout (U.S. Forest Service 2007)
4. Prior to harvest treatments, along perennial, intermittent, or ephemeral streams within the action area, the Forest shall verify the RHCAs of an appropriate width are being implemented on the ground. Verification shall be in a visual manner that ensures landslide-prone and other sensitive areas have been incorporated into the RHCA. Should new stream channels develop, or existing stream channels be functionally reclassified, prior to, or during project implementation, the Forest shall re-delineate RHCAs of appropriate width prior to further timber harvest.

5. The Forest shall maintain and monitor all implemented road BMPs for effectiveness to ensure they are minimizing sediment delivery. Maintenance and monitoring shall occur throughout the projects ten year timeframe.
6. Upon discovery of ineffective road BMPs, road treatments, or watershed improvement elements, the Forest shall implement corrective actions within 10 working days, or as agreed to by the Service.

To fulfill reasonable and prudent measure #2, the following terms and conditions shall be implemented:

7. The Forest shall monitor RHCA buffers during project implementation to ensure they are not compromised by management activities or climactic events that may influence buffer efficacy.
8. The Forest shall annually monitor the condition and use of forest roads that receive BMPs or additional treatments to ensure that delivery of sediment and debris is being minimized to the greatest extent possible. These monitoring efforts shall include periodic field review of haul routes and haul traffic volume.

To fulfill reasonable and prudent measure #3, the following terms and conditions shall be implemented:

9. Upon locating dead, injured or sick bull trout, or upon observation of redd destruction, notification must be made within 24 hours to the U.S. Fish and Wildlife Service's Montana Field Office at 406-758-6868. In addition to notification, information pertaining to the date, time, location and potential cause of sick, injured or dead bull trout shall also be collected and conveyed to the Montana Field Office.
10. The Forest shall provide the results of any annual monitoring conducted as described in the terms and conditions described above. Annual monitoring results shall be provided by May 1st for activities occurring in the preceding calendar year, or by an alternative date as specified by the Service. Annual monitoring reports shall follow the format used in the Biological Opinion on the Effects to Bull Trout and Bull Trout Critical Habitat from Road Management Activities on National Forest System and Bureau of Land Management Lands in Western Montana, Appendix H: Roads Programmatic Field Audit Form to Ensure that Drainage Features are Functioning as Planned (U.S. Fish and Wildlife Service 2007). The annual monitoring report shall include a narrative on the compliance of proposed actions identified in the biological assessment and this biological assessment. The annual monitoring report shall expressly describe if the level of incidental take associated with this project has been exceeded.

### *Findings for the Stimson Road Project Biological Opinion:*

- The USFWS stated, "In summary, we reviewed: the biological assessment regarding the environmental baseline for the action area, the effects of the action, and the cumulative effects within the action area; the Forest Plan biological opinion; the information we relied upon to develop this opinion; and information in our files. After our review of the those documents and the status of grizzly bears, the environmental baseline, the effects of the action, and the cumulative effects, it is the Service's biological opinion that the Stimpson [sic] Road Project is **not likely to jeopardize** the continued existence of grizzly bears."

### *Terms and Conditions*

There were no Terms and Conditions provided within the Stimson Road Project Biological Opinion.

## X. Summary of Activities under the Selected Alternative

Table 1 and Table 2 provide a summary of activities that will occur under the Selected Alternative in comparison to Alternatives 2, 3, and 4. Specific activity information is provided in Appendix1 - Treatment Summary Table, and Appendix 2 – Design Features.

**Table 1: Comparison of Proposed Activities by Alternative**

| Proposed Activities | Alt. 1 Acres | Alt. 2 Acres | Alt. 3 Acres | Alt. 4 Acres |
|---|---|---|---|---|
| Harvest Activities | | | | |
| Regeneration Harvest | 0 | 2,116 | 2,061 | 1,569 |
| Intermediate Harvest | 0 | 626 | 623 | 652 |
| Intermediate/Regeneration Harvest* | 0 | 385 | 385 | 385 |
| Total Harvest (acres) | 0 | 3,127 | 3,069 | 2,606 |
| Total Harvest Volume (MMBF) | 0 | 38.6 | 36.9 | 30.5 |
| Harvest Related Fuels Treatment | | | | |
| Slash, Grapple Pile | 0 | 1,152 | 1,133 | 1,010 |
| Underburn | 0 | 1,974 | 1,936 | 1,596 |
| Total Fuels Treatment with Timber Harvest | | 3,126 | 3,069 | 2,606 |
| Non-harvest Related Fuels Treatments | | | | |
| Ecosystem Burn | 0 | 868 | 868 | 868 |
| Underburn | 0 | 737 | 748 | 752 |
| Slash and Grind | 0 | 14 | 31 | 14 |
| Grapple Pile (burn piles) | 0 | 12 | 12 | 12 |
| Slash and Underburn or Slash and Hand Pile (burn piles) | 0 | 85 | 85 | 85 |
| Total Non-harvest Fuels Treatment | 0 | 1,716 | 1,744 | 1,731 |
| Total Harvest and Non-harvest Prescribed Burning | 0 | 4,828 | 4,782 | 4,323 |

* Intermediate/Regeneration Harvest: This is a combination of intermediate harvest and regeneration harvest. The size of regeneration patches is generally 5 acres or less. The silvicultural prescription results in an Improvement Cut with Seed Tree or Shelterwood Openings

**Table 2: Comparison of Road Work by Alternative**

| | Alt. 1 No Action | Alt. 2 (miles) | Alt. 3 (miles) | Alt. 4 (miles) |
|---|---|---|---|---|
| **Harvest Related Road Work** | | | | |
| Temporary Road Construction | 0 | 0.2 | 0.2 | 0.2 |
| Permanent Road Construction for Timber Access | 0 | 0.7 | 0.7 | 0.7 |
| Road Reconstruction and Reconditioning on NFSRs | 0 | 45.0 | 44.7 | 45.0 |
| Road Storage (active and Passive) for Core Offset | 0 | 5.3 | 5.3 | 5.3 |
| **Other Road Work** | | | | |
| Road Storage (active and passive) not for Core | 0 | 12.8 | 12.8 | 12.8 |
| Permanent Road Construction allowing Stimson Lumber Company access to their land | 0 | 0.2 | 0.2 | 0.2 |
| NFSRs 4429 and 4445 Reconstruction not required for timber harvest | 0 | 10.8 | 10.8 | 10.8 |
| NFSR 2380A Reconstruction[A] | 0 | 0.7 | 0.7 | 0.0 |
| Undetermined Road Decommissioning (active and passive) | 0 | 3.3 | 3.3 | 3.3 |
| NFSR 2380 Decommissioning[B] (active) | 0 | 0.3 | 0.3 | 0.0 |
| Other NFSR Decommissioning besides NFSR 2380 (active and passive) | 0 | 9.4 | 9.4 | 9.4 |
| **Totals** | | | | |
| Total Road Storage[C] | 0 | 18.1 | 18.1 | 18.1 |
| Total NFSR Decommissioning[D] | 0 | 9.7 | 9.7 | 9.4 |

[A] NFSR 2380A reconstruction is a connected action with the decommissioning of NFSR 2380 in Alternatives 2 and 3.

[B] NFSR 2380 will not be decommissioned in Alternative 4. Decommissioning in Alternatives 2 and 3 is a connected action with the reconstruction of NFSR 2380A.

[C] Total Road Storage includes road storage for Core offset (5.3 miles) and road storage not for Core (12.8 miles).

[D] Total Decommissioning = NFSR 2380 (0.3 miles) added other NFSR decommissioning (9.4 miles).

# XI. Rationale for the Decision

I have made my decision based on the information in the draft and final EIS, the supporting project file, consideration of issues, review of public comments and Tribal concerns, discussions with the interdisciplinary team, members of the public, and meetings with a collaborative group called the Kootenai Forest Stakeholders Coalition. My decision is consistent with all aspects of the Kootenai Forest Plan as well as applicable laws, regulations, and agency policies. The district received Regional Forester approval for openings larger than 40 acres on February 2, 2016. I have also considered the potential cumulative effects of other activities occurring on both public and private lands.

My criteria for making a decision on this project are based on:

- Achievement of the project's purpose and need.
- Relationship to key issues and public comments received.
- How the project makes progress toward meeting the desired conditions and other Plan components included in the 2015 Forest Plan.

## Meeting the Purpose and Need

The purpose and need for the OLY project and the desired condition are based upon the Forest Plan standards, goals and objectives, and review of the project area by the IDT.

As summarized in Table 3 below, **Alternative 3,** is the most responsive to the purpose and need statements for the OLY project.

**Table 3: Comparison of Purpose and Need Objectives by Alternative**

| Purpose and Need Objective | Alt 1 | Alt 2 | Alt 3 | Alt 4 |
|---|---|---|---|---|
| **Promote resilient vegetation conditions by managing towards the 2015 Forest Plan desired conditions for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition.** | | | | |
| Promote early seral tree species including western larch, ponderosa pine, and western white pine (acres) | 0 | 4,842 | 4,813 | 4,337 |
| Maintain old growth character and improve resilience and resistance to insect, disease, and fire (acres) | 0 | 155 | 155 | 155 |
| Contribute to fire's role on the landscape (acres) | 0 | 1,579 | 1,575 | 1,579 |
| **Maintain or improve water quality and native aquatic species habitat.** | | | | |
| BMP work on haul roads (miles) | 0 | 45 | 45 | 45 |
| BMP work on non-haul routes important to public motorized access, where needed (miles) | 0 | 10.8 | 10.8 | 10.8 |
| Intermittent Stored Service (miles) | 0 | 18.1 | 18.1 | 18.1 |
| Decommissioning (miles) | 0 | 9.7 | 9.7 | 9.7 |
| Stream Crossings Restored:<br>4 sites on previously decommissioned roads;<br>3 sites on roads to be decommissioned by this project. | 0 | 7 crossings | 7 crossings | 7 crossings |
| **Provide forage opportunities while maintaining wildlife security.** | | | | |

| Purpose and Need Objective | Alt 1 | Alt 2 | Alt 3 | Alt 4 |
|---|---|---|---|---|
| Maintain or increase the wildlife forage component and seedling/sapling age class (acres) | 0 | 4,842 | 4,813 | 4,337 |
| Maintain areas of secure habitat through access management (Yes/No) | Yes | Yes | Yes | Yes |
| Grizzly Bear Core Habitat During and Post project (%)* | 54 | 54 | 54 | 54 |
| Elk Secure Habitat (% by Planning Subunit (PSU), Lower Yaak/O'Brien/Sheep) | 46/34/36 | 46/34/36 | 46/34/36 | 46/34/36 |
| **Provide wood products that are in demand by the American public, contribute to the local economy by generating jobs and income, and provide a safe and efficient transportation system.** | | | | |
| Timber volume (MMBF) | 0 | 38.6 | 36.9 | 30.5 |
| Complete necessary construction, reconstruction, and maintenance of roads (Yes/No) | No | Yes | Yes | Yes |
| **Treat hazardous fuels to reduce crown fire potential and stand replacing wildfire within the WUI and other areas while promoting fire behavior characteristics and fuel conditions that allow for safe and effective fire management.** | | | | |
| Fuels reduction without burning (acres) | 0 | 14 | 31 | 14 |
| Fuels reduction treatment in the WUI including timber harvest and non-harvest treatments (acres) | 0 | 3,752 | 3,722 | 3,312 |
| Prescribed burning treatments (acres) | 0 | 4,828 | 4,782 | 4,323 |

*Note that secure habitat for grizzly bears is also used as a surrogate for wolves (FEIS p. 716, 720).

## Consideration of Key Issues

In addition to evaluating the purpose and need, I also carefully considered the key issues identified following the development of the proposed action and public comment received on the FEIS.

## Key Issues identified in the FEIS

These key issues were identified from public comments made in response to the proposed action and were used for environmental analysis in the OLY FEIS. The key issues were presented earlier in this document on pages 6-7 and are discussed below.

#### *Issue 1: Harvest units creating large openings, including openings over 40 acres.*

Alternative 3 includes 30 regeneration harvest units would either create or contribute to a total of 22 openings over 40 acres. The largest of these openings, created by the combination of Units 18 and 20, is analyzed as 190 acres in size. Because of public concerns, these units will be modified, creating an opening of an estimated 100 acres. The next largest opening in Alternative 3 is 162 acres created by Unit 68.

After reviewing the environmental analysis in the FEIS of the effects of these large openings I have determined that Alternative 3 would best meet Forestwide Desired Conditions (FW-DC-VEG-05, FW-DC-VEG-11, FW-DC-WL-19) and would best emulate the natural range of variability for patch size while still retaining cover between Units 33 and 34 to facilitate wildlife movement through the Sears Flat area.

The FEIS forest vegetation and wildlife analyses support this determination as follows:

- These characteristic patches would trend the project area landscape towards a more natural appearing and functioning landscape (FEIS p. 252).
- Forest composition of these units are currently dominated on the drier sites by a dense mixture of Douglas-fir and grand fir where ponderosa pine and western larch historically made up a fire-maintained open landscape. Similar conditions exist on the moister sites, except where Douglas-fir and grand fir have taken over sites in which western larch, western white pine, and, to a lesser extent, ponderosa pine historically dominated. Root rot is present in these stands and dwarf mistletoe occurs in patches of western larch throughout. The intent of the proposed treatments is to create stand conditions somewhat similar to what would occur post wildfire, with the larger, fire-tolerant trees remaining, and the smaller and non-fire tolerant trees being killed (FEIS p. 252).
- The location of these large openings relative to roads, especially open roads, and season of use may have more influence on the use of clearcuts by grizzly bears than the size of the opening themselves (Mace et al. 1996, Wielgus et al. 2002, Wielgus and Vernier 2003). Large openings associated with open roads are expected to have less and/or conditional use by grizzly bears. For example, bears may use these areas to some extent at night when roads experience little to no motorized activity or while moving between areas of more secure habitat. Some units are located entirely within the influence of open roads in BMU 10, such as Alternative 2 (and similarly Alternative 3) Harvest Units 14, 18, 20, 25, 42, 43, 61, 68, 70, and 74 and are expected to have limited grizzly bear use currently. However, portions of other units move away from the influence of the open roads or are only associated with restricted roads. Greater use of these latter units or portions of units by grizzly bears is expected now and into the future. Proposed harvest units are found within lower elevation sites that provide spring range for grizzly bears in the Yaak. (FEIS pp. 515-516)
- Although limited, large openings in these areas would improve spring range and foraging opportunities during this narrow window when no motorized activity occurs along open roads. (FEIS p. 516)
- In the long-term, there would be fewer re-entries in the area for vegetation management compared to not fully treating stands experiencing disease or lack of growth from trees not suited to the site or in an area with a checkerboard of smaller units such as would occur under Alternative 4. Overall there would be fewer periods of mechanized

disturbance to manage the area and less post-harvest administrative road use on restricted roads for associated activities like burning, planting, and pre-commercial thinning. (FEIS p. 516)

- Alternatives 2 and 3 propose 32 and 30 regeneration harvest units, respectively, that would create openings greater than 40 acres in size, either on their own or in combination with an adjacent unit. Tree species composition and health is variable among and/or within stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover would be retained where available. Post-harvest retention would range from few trees per acre to portions resembling an intermediate harvest. In all units, where feasible, retained trees would be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available and along open roads. This is intended to better protect the leave trees as well as provide small areas of forested habitat for wildlife use, including use by big game. Also, the establishment of forbs, shrubs, and conifers within a few years following harvest would provide increased foraging habitat. In some areas, topography would also provide some cover due to the rolling/broken nature of the land. (FEIS p. 515).

I carefully weighed the benefits of Alternatives 2,3, and 4 analyzed in the FEIS and have determined that implementing Alternative 3 would best meet Forest Plan desired conditions and the Purpose and Need for the project while protecting other resource values. Regional Forester approval for this action was received February 2, 2016.

### *Issue 2: Protection of historic properties*

Alternative 3 was developed to respond to the need to protect historic properties to meet various laws protecting cultural resources as well as to address concerns expressed by the CSKT. On-going consultation with the CSKT and the Kootenai Tribe of Idaho resulted in identification of site-specific concerns with the proposed action (Alternative 2). This was one of the key issues used to develop Alternative 3 along with soils concerns (see Issue Identification section of this document).

After considering the concerns expressed by the CSKT and the measures included in Alternative 3 that are needed to address those concerns, I have concluded that these Alternative 3 best meets the Purpose and Need for the project while addressing concerns expressed by the Tribes. Relevant sections of the FEIS are shown below.

- Throughout the project development process, the IDT has shared information about proposed activities with the CSKT and the Kootenai Tribe of Idaho. The District Ranger, IDT leader, Forest Archaeologist, and Tribal Liaison met with the CSKT representatives on March 2, 2015 to discuss the Tribes' concerns about protection of historic properties in the project area. The Tribal Liaison and IDT leader attended the CSKT Elder's meeting on November 12, 2014. The IDT leader presented the scoping package to the Elders, introduced the components of the project, and explained the project's current status. Ongoing communication with the Tribal Liaison keeps the Tribe informed on project status, provides feedback of the Tribe's input, and fosters collaboration. (FEIS p. 29)
- The CSKT expressed concerns for protection of historic properties and special places in the OLY project area and especially the Sears Flat and Yaak River Campground areas. This was not addressed in the Proposed Action, therefore Alternative 3 was created.

> The team has had ongoing collaboration with CSKT and developed specific Design Features to protect historic properties. With Tribal input, ground disturbing activities, prescribed burning, and harvest activities in Alternative 3 would adhere to specific requirements in Alternative 3. For example in some units, ground disturbance is prohibited, in others prescribed fire is excluded and in others winter logging designed to protect historic properties is required (See Design Features in Chapter 2)." (FEIS p. 32)

From FEIS pp. 135-136:

> On-going consultation with the CSKT and the Kootenai Tribe of Idaho resulted in identification of site-specific concerns with the proposed action (Alternative 2). This was one of the key issues used to develop Alternative 3 along with soils concerns (see Issue Identification section of this document). Specifically, the following changes were made to Alternative 2 in response to concerns raised by the CSKT:

- Harvest Units 35, 35A, 35B, 36, and 41B would be converted to Fuels Units F33, F34, F35, F36 and F32 respectively to retain some fuels reduction activities and help protect historic properties.
- The fuels treatment for Fuels Unit F32 was changed from hand piling/burning to slash and grinding due to historic properties.
- Fuels Unit F30 was dropped due to potential concerns associated with ground disturbance necessary for fire line construction.
- Only Alternative 3 includes these changes as requested by the CSKT. Therefore Alternatives 2 and 4 do not address concerns expressed by the Tribes. Alternatives 2 and 4 would have adverse impacts to sites of cultural importance to the CSKT. Alternative 3 would not have adverse impacts to sites of cultural importance because of dropping treatment on these areas and because of design features as described in Chapter 2.

### *Issue 3: Existing detrimental soil disturbance (DSD) approaching 15 percent or greater.*

Alternative 2 includes timber harvest on five units (35, 35A, 35B, 36, and 41B) that do not meet Region 1 soil quality standards for detrimental soil disturbance (DSD). While Units 51 and 63 also already exceed R1 standards for DSD because of past management activities, post-harvest rehabilitation measures are prescribed (FEIS pg. 94) to reduce DSD and meet R1 standards. Units 35, 35A, 35B, 36, and 41B cannot receive these rehabilitation measures due to concerns for historic properties and tribal concerns.

Alternative 3 converts Units 35, 35A, 35B, 36, and 41B to hand fuel reduction treatments (F32, F33, F34, F35, and F36) which will not increase soil DSD by avoiding the use of equipment. These treatments still allow for fuel reduction and treatment of vegetation while protecting soils and historic properties. Therefore I conclude that Alternative 3 best meets the purpose and need for the project while protecting soils and historic properties.

- Based on this analysis, it is expected that if Alternative 2 is selected, Harvest Unit 41B will only become more compacted based on the proposed harvest activities and the inability to sub-soil. Under Alternative 2 the remaining 10 units of concern are anticipated to increase in soil disturbance values which would be offset by required post-harvest soil monitoring and related soil restoration as needed. If either Alternative 3 or 4 is selected then unit 41B is not a concern as the unit is converted to Fuels Unit F32 which is a hand slash and burn treatment. Similarly, additional soil disturbance regarding

> Harvest Unit 35B is not expected to occur under Alternative 3 because this unit is converted to fuels unit F35 which is a hand slash and grind treatment. (FEIS p. 411)

After harvest activities, six units would be at or exceed 15 percent DSD (Units 28, 45B, 48, 51, 63, and 77) (FEIS Table 114, pp. 402-406). These units will receive soil restoration to reduce the DSD. In the cases of Units 51 and 63; soil restoration will reduce DSD to pre-treatment levels, 17 percent or less and 21 percent or less, respectively. It the cases of Units 28, 45B, 48, and 77, soil restoration will reduce DSD to 15 percent or less.

### Public Comments Received on the DEIS

The public comments received after the release of the OLY DEIS were carefully considered and the agency response to these comments can be found in Chapter 4 of the FEIS, as well as the Tribal Consultation section found in Chapter 2 (FEIS p. 29). Additional analysis was provided in the FEIS to better respond to questions raised by the public including additions to the visuals, soils, IRAs, and a section in Chapter 2 describing the project development process.

### Cumulative Effects

In addition to the purpose and need and public issues, I've considered the potential for cumulative effects from past, present, ongoing, and reasonably foreseeable actions (FEIS, pp. 109-120) in conjunction with project activities and have determined that there will be no significant cumulative effects. In making this determination I examined past, present, ongoing, proposed, and reasonably foreseeable actions and the cumulative effects analysis is consistent with Forest Service NEPA Regulations [36 CFR 220.4(f), July 24, 2008] in accordance with the Council on Environmental Quality (CEQ) Memorandum, *Guidance on the Consideration of Past Actions in Cumulative Effects Analysis.*

Resources will be protected by project design; my conclusion is based on: 1) the project's consistency with CEQ direction; 2) on-the-ground review and discussions with District resource specialists; 3) completed formal and informal consultation with USFWS; and 4) review of the extensive project environmental documentation, including biological assessments and findings.

## XII. Findings Required by Laws, Regulations, and Policies

Numerous laws, regulations, and agency directives require that my decision be consistent with their provisions. I have determined that my decision is consistent with the laws, regulations, and agency policies related to this project. The following summarizes findings required by major environmental laws.

### A. The National Forest Management Act (NFMA)

The National Forest Management Act (NFMA) requires the development, maintenance, amendment, and revision of land management plans (forest plans) for each unit of the National Forest System. These plans provide for multiple use and sustained yield of renewable resources in accordance with the Multiple Use Sustained Yield Act of 1960 and include coordination of outdoor recreation, range, timber watershed, wildlife and fish, and wilderness. Subject to valid existing rights, all project and activities authorized by the Forest Service after approval of the forest plan must be consistent with the applicable plan components [16 U.S.C. 1604].

On April 9, 2012 the Department of Agriculture issued a final planning rule for the National Forest System land management planning (2012 Rule) [77 FR 68 [21162-21276]). At that time, the Kootenai National Forest was in the process of revising the forest plan under prior planning regulations. Per 36 CFR 219.7(c), none of the requirements of the 2012 Rule apply to projects and activities on the Kootenai National Forest, except as described in the revised forest plan. Furthermore, the 2012 Rule explains, "[The 2012 Rule] supersedes any prior planning regulation. No obligations remain from any prior planning regulation, except those that are specifically included in a unit's existing plan. Existing plans will remain in effect until revised".

The 2015 Revision of the Kootenai National Forest Land Management Plan (2015 Forest Plan) became effective February 17, 2015. Per the January 2015 ROD approving the 2015 Forest Plan, all project or activity approval documents after the effective date must describe how the project or activity is consistent with the Plan by the criteria listed at 36 CFR 219.15(d)." Pages 2 through 4 of the 2015 Forest Plan provide additional direction for project and activity plan component consistency.

## Forest Plan Goals, Desired Conditions, and Objectives

The OLY project contributes to the maintenance and/or attainment of several 2105 Forest Plan goals and desired conditions including the following (FEIS pp. 261-264, 469-471; 782-783):

### Goals

**GOAL-VEG-01**: Plant communities are trending toward the desired conditions for composition, structure, patterns, and processes. The ecological integrity of the communities is high and they exhibit resistance and resiliency to natural and man-caused disturbances and stressors, including climate change.

Alternative 3 would contribute to progress achieving this goal.

**GOAL-TBR-01**: Provide a sustainable level of timber products for current and future generations. Production of timber from NFS lands contributes to an economically viable forest products industry.

Alternative 3 would contribute 28 MMBF of saw timber and 10.0 MMBF non-saw timber to the economy.

**GOAL-WTR-01**: Maintain or improve watershed conditions in order to provide water quality, water quantity, and stream channel conditions that support ecological functions and beneficial uses.

The vegetation management activities of the OLY project will be implemented so as to maintain water quality, water quantity, and stream channel conditions. The OLY watershed restoration work will improve water quality and stream channel conditions. Overall, the OLY project will contribute positively to this goal.

## Desired Conditions

**FW-DC-VEG-01**: The composition of the forest is within the desired ranges for the dominance groups. More of the forest is dominated by western white pine, ponderosa pine, western larch, and whitebark pine. Conversely, less of the forest is dominated by grand fir, western hemlock, western redcedar, Douglas-fir, and subalpine fir. Although they are not depicted in figure 2, more hardwood trees occur in the Forest such as quaking aspen, black cottonwood, and paper birch.

> Alternative 3 would promote ponderosa pine, western white pine, and western larch and would contribute to progress achieving this desired condition.

**FW-DC-VEG-05**: The pattern of forest conditions across the landscapes consists of a range of patch sizes that have a diversity of successional stages, densities, and compositions. Formerly extensive, homogenous patches of forests that are dominated by species and size classes that are very susceptible to disturbance agents have been diversified. Generally, there is an increase in the size of forest patches dominated by trees in the seedling/sapling size class, as well as in the large size class. There is a decrease in the size of the patches that are dominated by trees in the small and medium size classes.

> Alternative 3 would create patches that are characteristic of a diversified heterogeneous landscape. The landscape will be more resilient to a variety of disturbance agents and would contribute to progress achieving this desired condition.

**FW-DC-TBR-01**: Production of timber contributes to ecological, social, and/or economic sustainability, and associated desired conditions. A sustainable mix of timber products (including both sawtimber and non-sawtimber) is offered under a variety of harvest and contract methods in response to market demand. Salvage of dead and dying trees captures as much of the economic value of the wood as possible while retaining the amount needed for wildlife habitat, soil productivity, and ecosystem functions.

> Alternatives 3 proposes timber harvest that will contribute to ecological, social, and/or economic sustainability, and associated desired conditions. Additionally, the action alternatives would contribute to a sustainable mix of timber products offered under a variety of harvest and contract methods.

**FW-DC-TBR-02**: Lands identified as suitable for timber production have a regularly scheduled timber harvest program. Where appropriate, thinning or other types of stand treatments are used to increase tree growth and create additional growing space for the desirable tree species, to address forest resilience objectives, and reduce mortality and fuel loading. Lands are adequately restocked within 5 years of final regeneration harvest, following a site-specific silvicultural prescription.

> Alternative 3 proposes timber harvest in 2,062acres of lands identified as suitable for timber. There are no known regeneration issues that would preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys would be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting would be implemented if the early stocking surveys are not satisfactory.

**FW-DC-TBR-03**: Timber cutting on other than suitable for timber production lands occurs for such purposes as salvage, fuels management, insect and disease mitigation,

protection or enhancement of biodiversity or wildlife habitat, or to perform research or administrative studies, or recreational and scenic-resource management consistent with other management direction. Restocking of these lands varies, based on the purpose and need for the project, and is determined through the project-level interdisciplinary process and the silvicultural prescription. Based on the site-specific silvicultural prescription and desired conditions, lands may be restocked within 5 years. In some instances, such as when lands are harvested to create openings for fuel breaks and vistas or to prevent encroaching trees, these lands may not be restocked.

> Alternative 3 proposes timber harvest on 826 acres on lands where timber harvest is allowed, but are outside of the timber production lands. There are no known regeneration issues that would preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys would be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting would be implemented if the early stocking surveys are not satisfactory.

**FW-DC-WTR-01**: Watersheds and associated aquatic ecosystems retain their inherent resilience to respond and adjust to disturbance without long-term, adverse changes to their physical or biological integrity.

> The implementation of the OLY project will maintain intact riparian areas and riparian function which protect aquatic habitat resiliency by implementing the 2015 Forest Plan riparian standards and guidelines. Roads can affect watershed resiliency by contributing sediment and increasing peak flows. As a result of the OLY project improvements to road conditions will be made through BMP work, road storage, road decommissioning, and stream site rehabilitation that will reduce road-related hydrologic and sediment effects. This will improve the resilience of the affected aquatic ecosystems to hydrologic events and contribute toward this desired condition.

**FW-DC-WTR-02**: Water quality meets applicable state water quality standards and fully supports beneficial uses. Flow conditions in watersheds, streams, lakes, springs, wetlands, and groundwater aquifers fully support beneficial uses, and meet the ecological needs of native and desirable non-native aquatic species and maintain the physical integrity of their habitats.

> Water quality meets applicable State standards; however sediment conditions in some reaches in Kilbrennan and O'Brien creeks are not optimal for fisheries. Although much of this sediment is likely due to natural factors, roads are known to contribute sediment in these watersheds. The OLY project will protect and improve water quality in Kilbrennan and O'Brien creeks by reducing the sediment contributed by roads through road BMP, storage, and decommissioning work and contribute toward attaining this desired condition. (FEIS p. 469)

**FW-DC-WL-02**: A forestwide system of large remote areas is available to accommodate species requiring large home ranges and low disturbances.

> No road construction or use would occur within MA 5a, MA 5c, or IRAs nor would there be any increase in the current access management of open motorized routes found within the project area Planning Subunits (PSUs); therefore, there would be no impacts to the large remote areas that would help provide security

habitat for elk (see the "Direct and Indirect Effects" discussion and Table 184). Therefore, the OLY project would contribute to progress toward achieving FW-DC-WL-02. (FEIS p. 782)

The OLY project would adhere to management direction associated with 2015 Forest Plan standard FW-STD-WL-02.

**FW-DC-WL-16**: Habitat for native ungulates is managed in coordination with state agencies. Cover and forage are managed according to FW-DC-VEG-01, FW-DC-VEG-02, FW-DC-VEG-04, FW-DC-VEG-05, and FW-DC-VEG-11.

The proposed timber harvest and prescribed fire (FW-DC-FIRE-03) treatments would result in a trend towards the desired vegetative condition and better represent stand patch size, structure (including a diversity of cover and openings with early seral conditions that provide forage opportunities), and species composition based on historic conditions and consistent with what elk evolved with in this area (See Forest Vegetation analysis and the "Direct and Indirect Effects" discussion). Therefore, the OLY project would contribute to progress toward achieving FW-DC-WL-16. (FEIS pp. 782-783)

## Objectives

The project contributes to meeting several 2015 Forest Plan objectives including the following:

**FW-OBJ-WTR-01**: Over the life of the Plan, trend at least 15 percent of subwatersheds toward an improved watershed condition. Improvements in these watersheds may include passive or active restoration efforts, depending on opportunities and/or funding.

The OLY project will actively trend subwatersheds in a positive direction by addressing road conditions that are adversely affecting streams through sediment delivery. The proposed road storage, road decommissioning, and stabilization of road/stream crossing sites will reduce sediment delivery to Kilbrennan and O'Brien creeks. Therefore, the OLY project contributes to the attainment of this objective. See Road Storage, Decommissioning, and Stream Site Stabilization discussion in the Direct and Indirect Effects section. (FEIS p. 469)

**FW-OBJ-WL-02**: Elk: Over the life of the Plan, increase by 1 each the number of planning subunits that provide at least 30 percent elk security and the number of high emphasis planning subunits that provide at least 50 percent elk security.

The existing security habitat levels for each PSU would be maintained throughout the project (see Table 184). Therefore, the OLY project would not prevent the attainment of FW-OBJ-WL-02. (FEIS p. 783)

In addition, no part of the OLY project forecloses the opportunity to achieve any other 2015 Forest Plan goals, desired conditions, or objectives over the long term.

## Forest Plan Standards, Guidelines, and Suitability

The OLY project complies with all applicable standards and is designed to meet the purpose of all relevant guidelines.

Consistency with 2015 Forest Plan standards and guidelines assures the proposed vegetation management will be carried out in a manner consistent with the protection of soil, watershed, fish, wildlife, recreation, and esthetic resources, and the regeneration of the timber resource (16 USC 1604(g)(3)(F)(v)). In addition, the project is specifically consistent with:

- **FW-STD-TBR-01**: Regulated timber harvest activities shall occur only on those lands classified as suitable for timber production; and FW-GDL-TBR-01: Timber harvest on other than suitable lands may occur for such purposes as salvage, fuels management, insect and disease mitigation, protection or enhancement of biodiversity or wildlife habitat, or to perform research or administrative studies, or recreation and scenic-resource management consistent with other management direction. (Consistent with 16 USC 1604(k)).

Page 266 of the FEIS addresses FW-STD-TBR-01. Alternative 3 would have 2,062 acres of timber harvest on lands classified as suitable for timber production. However, these treatments are proposed because their existing conditions do not match the desired conditions of the purpose and need.

Alternative 3 also includes 826 acres of timber harvest on lands that are not suitable for timber production, thus not part of the suitable base, but where timber harvest is allowed to meet other resource needs.

With respect to this standard, regulated timber harvest means harvest calculated from lands in the suitable base that are used to calculate the amount of timber volume the Forest is capable of producing on a regular, sustainable basis. With respect to unsuitable lands, NFMA states the following:

> In developing land management plans pursuant to this Act, the Secretary shall identify lands within the management area which are not suited for timber production, considering physical, economic, and other pertinent factors to the extent feasible, as determined by the Secretary, and shall assure that, except for salvage sales or sales necessitated to protect other multiple-use values, no timber harvesting shall occur on such lands for a period of 10 years. Lands once identified as unsuitable for timber production shall continue to be treated for reforestation purposes, particularly with regard to the protection of other multiple-use values. The Secretary shall review his decision to classify these lands as not suited for timber production at least every 10 years and shall return these lands to timber production whenever he determines that conditions have changed so that they have become suitable for timber production. (16 USC 1604(k))

Thus harvest proposed on unsuitable lands will not be "regulated" timber harvest as those lands have not been used to calculate the programmed yield of the Kootenai National Forest, also known as the allowable sale quantity (ASQ). To illustrate, the 2015 Forest Plan FEIS, page 17, describes MA 6 General Forest this way:

> Most of this MA consists of relatively large areas with roads, trails, structures, and signs of forest management activities. This MA provides a variety of recreation opportunities, both motorized and non-motorized. ***This MA contains lands suitable for timber production, with timber harvest contributing to***

> ***regulated timber harvest estimates. Some lands within this MA are not suitable for timber production, based on the timber suitability analysis.***

Emphasis added. See also Appendices to the Forest Plan FEIS, Appendix B – Description of the Analysis Process, Identification of Lands Suitable for Timber Production beginning on page 16. FEIS Appendix B also includes a map of lands suitable for timber production for Alternative B Modified, which is the basis for the 2015 Forest Plan (see project file).

The FEIS does not address FW-GDL-TBR-01 directly but does discuss harvest on lands other than suitable when addressing FW-DC-TBR-03. Timber cutting on other than suitable for timber production lands occurs for such purposes as salvage, fuels management, insect and disease mitigation, protection or enhancement of biodiversity or wildlife habitat, or to perform research or administrative studies, or recreational and scenic-resource management consistent with other management direction. Restocking of these lands varies, based on the purpose and need for the project, and is determined through the project-level interdisciplinary process and the silvicultural prescription. Based on the site-specific silvicultural prescription and desired conditions, lands may be restocked within 5 years. In some instances, such as when lands are harvested to create openings for fuel breaks and vistas or to prevent encroaching trees, these lands may not be restocked. (FEIS p. 266)

Alternative 3 proposes timber harvest on 826 acres on lands where timber harvest is allowed, but is outside of the timber production lands. There are no known regeneration issues that would preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys would be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting would be implemented if the early stocking surveys are not satisfactory. (FEIS pp. 266)

- **FW-STD-TBR-02**: If individual harvest openings created by even-aged silvicultural practices are proposed that would exceed 40 acres, then NFMA requirements regarding public notification and approval shall be followed. These requirements do not apply to the size of areas harvested because of catastrophes such as, but not limited to, wildfire, insect and disease attacks, or wind storms (consistent with FSM R1 supplement 2400-2001-2 2471.1, 16 USC 1604(g)(3)(F)(iv)).

  Alternative 3 includes 30 regeneration harvest units would either create or contribute to a total of 22 openings over 40 acres. Please refer to the discussion about openings larger than 40 acres located in this document under the Key Issues section.

  I carefully weighed the benefits of Alternatives 2,3, and 4 analyzed in the FEIS and have determined that implementing Alternative 3 would best meet 2105 Forest Plan desired conditions and the Purpose and Need for the project while protecting other resource values. Regional Forester approval for this action was received February 2, 2016.

- **FW-STD-TBR-03**: Timber harvest activities shall only be used when there is reasonable assurance of restocking within 5 years after final regeneration harvest. Restocking level is prescribed in a site-specific silviculture prescription for a project treatment unit and is determined to be adequate depending on the objectives and desired conditions for the Plan area. In some instances, such as when lands are harvested to create openings for fuel

breaks, wildlife habitat, and vistas or to prevent encroaching trees, it is adequate not to restock (consistent with 16 USC 1604(g)(3)(E)(ii)).

Alternative 3 would have a restocking level prescribed in a site-specific silvicultural prescription. There are no regeneration issues that would preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys would be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting would be implemented if the early stocking surveys are not satisfactory. The FACTS database was used to summarize reforestation survey records on the District. All regeneration harvests from 1976 to 2014 were analyzed (see project file). Results show that 92 percent have been satisfactorily stocked within 5 years and 98 percent are progressing or certified as stocked now. Poor performance was typically due to droughty conditions in the mid-1980s and late-1990s and early-2000s, and on harsh sites with shallow soils. All sites that did not get certified within 5 years had trees growing but not at the desired density. This information demonstrates assurance that the proposed regeneration harvest can be adequately restocked within the required timeframe. The Forest Service is required by law to reforest per the Knutson-Vandenberg Act (16 USC 576b, 6/9/30). (FEIS p. 265)

- **FW-STD-TBR-04**: Even-aged stands shall generally have reached or surpassed culmination of mean annual increment (95 percent of CMAI, as measured by cubic volume) prior to regeneration harvest, unless the following conditions have been identified during project development:

  - When such harvesting would assist in reducing fire hazard within the WUI; and
  - When harvesting of stands will trend landscapes toward vegetation desired conditions (consistent with (16 USC 1604(m)).

  All regeneration harvests in Alternative 3 would assist in reducing fire hazard within the WUI and would trend the landscapes toward vegetation desired conditions. (FEIS p. 265)

- **FW-STD-RIP-03** and all incorporated Inland Native Fish Strategy (INFISH) standards and guidelines (consistent with (16 USC 1604(g)(3)(E)(iii)):

  Stream buffers have been incorporated into sale layout and unit design. The wet areas and corresponding INFISH RHCAs would be avoided. All proposed activities were designed in accordance with this Forest Plan standard.

  Based on these factors it is determined that all action alternatives are consistent with the Forest Plan. (FEIS p. 173)

- **FW-STD-TBR-05**: Harvesting systems shall be selected based on their ability to meet desired conditions and not strictly on their ability to provide the greatest dollar return (consistent with (16 USC 1604(g)(3)(E)(iv)).

  Alternative 3 is designed in accordance with this standard. (FEIS p. 266)

- **FW-STD-TBR-06**: Clearcutting shall be used only where it is the optimum method for meeting Forest Plan direction; and FW-STD-TBR-07: Even-aged prescriptions other than clearcutting (seed tree, shelterwood, etc.) shall be used when appropriate to meet Forest Plan direction (consistent with (16 USC 1604(g)(3)(F)(i)).

  Clearcutting (with reserves) in Alternative 3 is proposed on 663 acres, and would be prescribed by a Certified Silviculturist as the optimum method to contribute to progress achieving the desired condition. (FEIS p. 266)

  My determination is based upon field reviews; discussion of alternative silvicultural systems, prescriptions and the use of even-aged management found in the diagnosis (see project file); the evaluation of effects found in Chapter 3 of the FEIS; and the forest vegetation section of the project file. Based on this information, I have determined that clearcutting with reserves is the optimal method of treatment for Units 3A, 14, 18, 25, 31B, 33, 38A, 45, 47, 48, 49, 51, 52A, 52D, 53, 54, 61, 61A, and 77. I have also determined that prescribing other even-aged systems under the selected alternative is appropriate for Units 3B, 5, 7, 9, 11, 12, 15, 20, 29, 30, 34, 37, 39, 40, 42, 43, 44, 45A, 45C, 52B, 55B, 56, 57, 58, 59, 60, 62, 68, 69, 70, 71, 73, and 74.

- **FW-STD-WL-02**: The Motorized Access Management within the Selkirk and Cabinet Yaak Grizzly Bear Recovery Zone Management Direction and ROD is included in appendix B, and shall be applied.

  There would be no increase in the amount of roads open to public motorized use during the active bear year. Restricted, barriered, new, and temporary roads opened or constructed for activities would return to the designated status post-project. All roads that may exceed administrative trips were considered open for the bear year. Although this road use would result in project changes to OMRD and TMRD levels, these increases would be minor and post-project levels would be the same as the existing condition. Routine forest management in areas currently providing Core would occur through the in-kind replacement of Core acres. These activities would result in a slight but negligible increase in Core acres, which would maintain the existing Core percent in BMU 10 and be consistent with Access Amendment design element I. B. 3. Watershed improvement activities occurring in Core would comply with design element I. B. 2. a. See the Access Management Plan (Appendix E) and "Road Impacts." Therefore, the OLY project is designed in accordance with this standard. (FEIS p. 544)

- **FW-GDL-AR-01**: Management activities should be consistent with the mapped scenic integrity objective, see Plan set of documents. The scenic integrity objective is High to Very High for scenic travel routes, including Pacific Northwest National Scenic Trail, designated Scenic Byways, and National Recreation Trails (consistent with (16 USC 1604(g)(3)(F)(iii)).

  The intent of the project is to put vegetation on track to be healthier, more vigorous and resilient through harvest and prescribed burning. As disclosed in this analysis, harvest units and prescribed burning would have short-term ( 1 to 3 year) effects on scenic resources, but the harvest unit layout design criteria and project contribution to trending the landscape toward desired

conditions for forest composition, structure, and pattern would be consistent with all 2015 Forest Plan SIOs. This contributes to progress toward achieving the FW-DC-AR-02 and meets the intent of guidelines: FW-GDL-AR-01, MA2-GDL-AR-07, MA6-GDL-AR-05, MA5a,b,c-GDL-AR-06. (FEIS p. 379)

- **FW-GDL-SOIL-04**: Ground-disturbing management activities on landslide prone areas should be avoided. If activities cannot be avoided, they should be designed to maintain soil and slope stability; **FW-GDL-SOIL-05**: Project specific best management practices (BMPs) should be incorporated in to all land management activities as a principle mechanism for protecting soil resources; and **FW-GDL-WTR-03**: Project specific best management practices (BMPs) will be incorporated in all land use and project plans as a principle mechanism for controlling non-point pollution sources, meet soil and water goals, and protect beneficial uses. To the extent practicable, ditch and road surface runoff should be disconnected from streams and other water bodies.

The NFMA requires that timber will be harvested from NFS lands only where soil, slope, or other watershed conditions will not irreversibly damage [16 USC 1604(g)(3)(E)(i)]. All activities proposed are consistent with this direction. The 2015 Forest Plan contains desired conditions, objectives, and guidelines with respect to soils. Project compliance with these is displayed in the FEIS on pages 419-422. Alternative 3 meets all 2015 Forest Plan Guidelines for soils.

None of the activities in Alternative 3 would exceed the Regional Soil Quality guidelines for detrimentally disturbed soils (FSM R1 Supplement 2500-99-1). For more information refer to the soils analysis in Chapter 3 of the FEIS p. 378-422 and information in the project file.

Best management practices are outlined in the Water Conservation Practices Handbook R-1/R-4 Amendment No. 1 (FSH 2509.22) and National Core BMP direction and consist of practices that fulfill the 2015 Forest Plan objectives and are designed to minimize soil disturbance during harvest and road construction activities.

The proposed project is consistent with the goals, objectives, and standards for soil and water resources set for the Forest Plan because project design features and BMPs have been included to protect soil and water resources. The BMPs include Soil and Water Conservation Practices at a minimum to control non-point source pollution and protect soil and water resources from permanent damage. The 2011 data summary for BMP reviews from 1991 to 2011 shows that 97 percent of activities evaluated had appropriate BMPs implemented, and 95 percent of those activities were effective. (FEIS p. 472)

Two harvest units in Alternative 3, Units 51 and 63, exceed 15 percent DSD in their current condition prior to any management activity (FEIS p. 411) due to past dozer piling, a practice no longer used.

*Harvest Units 51 and 63 currently exceed 15 percent DSD and will require post-harvest soil decompaction following harvest and fuel treatment activities in order to reduce soil disturbance values. Harvest*

> *units currently below 15 percent DSD may require soil decompaction if they exceed 15 percent DSD following treatment. See Table 110 for those units which are predicted to equal or approach 15 percent DSD. These units will be re-sampled following harvest and fuel treatment activities to determine post-harvest soil disturbance values. If the measured values exceed 15 percent DSD, these units will require soil decompaction to loosen compacted soils and enhance second growth activities as required under Norther Region guidance. Soil decompaction activities will be completed on approximately 2 acres per unit.* (FEIS p. 411)

Where needed and feasible, winter logging is required to minimize additional soil disturbance on harvest units where cumulative DSD is a concern (FEIS pp. 94, 101-103, 411).

After harvest activities, six units would be at or exceed 15 percent DSD (Units 28, 45B, 48, 51, 63, and 77) (FEIS Table 114, pp. 402-406). These units will receive soil restoration to reduce the DSD. In the cases of Units 51 and 63; soil restoration will reduce DSD to pre-treatment levels, 17 percent or less and 21 percent or less, respectively. It the cases of Units 28, 45B, 48, and 77, soil restoration will reduce DSD to 15 percent or less.

Because units will be monitored post-harvest and decompaction implemented to reduce soil DSD as needed; the project will meet regional guidelines for those six units requiring decompaction by reducing DSD to pre-activity levels, or limiting detrimental disturbance to 15 percent for other activity areas (FEIS 421). Watershed improvement activities and BMPs are designed to improve the overall conditions of the watershed.

**FW-GDL-WL-10, Elk**: Management activities in PSUs should maintain existing levels of elk security with improvements made, where possible, in high and medium emphasis PSUs.

Alternative 3 would maintain the existing level of elk security habitat with the Lower Yaak, O'Brien, and Sheep PSUs (see Table 184) which are better than the minimum desired level. Therefore, the OLY project was designed in accordance to this guideline. (FEIS p. 784)

Therefore, my decision meets the requirements at 16 USC 1604.

## Other NFMA Considerations

### *Analysis*

The potential environmental, biological, esthetic, engineering, and economic impacts of the timber sales associated with OLY project, as well as the consistency of the activities with the multiple uses of the general area, were assessed by an interdisciplinary review team consistent with (16 USC 1604(g)(3)(F)(ii)). (FEIS Appendix I)

### *Roads*

***In consideration of 16 USC 1608(b),*** temporary roads shall be designed with the goal of reestablishing vegetative cover on the roadway and areas where the vegetative cover has been

disturbed by the construction of the road, within 10 years after the termination of the timber sale contract either through artificial or natural means. Such action shall be taken unless later travel analysis determines the road is needed for use as a part of the National Forest Transportation System.

In addition, roads constructed and reconstructed on the Kootenai National Forest shall be designed to standards appropriate for the intended uses, considering safety, cost of transportation, and impacts on land and resources (in compliance with16 USC 1608(c) and to make progress toward achieving FW-DC-AR-07).

The Transportation analysis in the FEIS (pp. 424-437), the OLY Travel Analysis Report (TAR), and the Forest-wide TAR, located in the project file inform my decision. While my decision is informed by the Forest-wide TAR, the OLY project TAR provided valuable site-specific information upon which my decision is based. I have determined the project meets the requirements of 16 USC 1608 (b) and (c).

Management actions associated with the OLY project include the construction of 0.7 miles specified permanent roads. An estimated 0.2 mile of temporary road will be constructed and reclaimed after use. This temporary road will access harvest unit 52 (FEIS p. 45).

Additionally, the first 0.3 mile of NFSR 2380A will be reconstructed for public use concurrently with the decommissioning 0.3 miles of NFSR 2380. This work would be implemented, if funded, after the timber sale activities in the area are completed. I believe that we have met the requirements of [16 USC 1608 (c)].

A portion of NFSR 14321 will be decommissioned and a new segment of road constructed on NFSR 14321A to relocated the haul road out of a wetland area (FEIS pp. 45-46).

Approximately 0.16 mile of new road would be constructed on Yaak Mountain to provide Stimson Lumber Company reasonable access to their lands for land management purposes (see FEIS p. 75, Figure 17 in Chapter 2). This addition to the Forest Service system of roads would meet the Forest's legal responsibility to provide reasonable access to private in-holdings. The proposed new road construction would be designed to meet Forest Service standards appropriate for the intended uses, considering safety, cost of transportation, and impacts on land and resources.

### *Diversity*

The NFMA directs the Forest Service to "provide for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives." The vegetation management approach in the 2015 Forest Plan is one that provides for ecosystem diversity by providing the ecological components, patterns, and processes at multiple scales on the landscape, and thereby provides the full spectrum of habitats and conditions needed for all of the biological organisms associated with the various ecosystems (USDA Forest Service 2013). This includes the goal that "the KNF manages wildlife habitat through a variety of methods (e.g., vegetation alteration, prescribed burning, invasive species treatments, etc.) to promote the diversity of species and communities and to contribute toward the recovery of threatened and endangered terrestrial wildlife species" (GOAL-WL-01).

In addition, the 2015 Forest Plan provides management direction in the form of vegetation and wildlife desired conditions, coarse woody debris and snag guidelines, and old growth standards and guidelines. The companion approach to ecosystem diversity (coarse filter) is the "fine filter" approach in which conservation strategies are used to for individual species or groups of species to contribute to species diversity. The fine filter approach narrows the focus to those species that require habitat that maybe outside the range of variation and are not covered under the coarse filter. The 2015 Forest Plan provides fine filter management direction in the form of grizzly bear, lynx, and other species-specific desired conditions, standards, and guidelines.

Based on consideration of consistency with the 2015 Forest Plan, the monitoring and design criteria of the OLY project decision, analysis of effects, and the biological assessments/evaluations (in the FEIS and/or the project record), I find this decision will continue to provide for a diversity of species and communities.

Sensitive species are managed under the authority of the NFMA and are administratively designated by the Regional Forester (FSM 2670.5). In making my decision, I have reviewed the analysis and project effects on all sensitive species listed as possibly occurring on the Kootenai National Forest. Based upon consideration of the 2105 Forest Plan, the Monitoring Plan and Design Features of this Decision, the analysis of effects of the OLY project presented in the FEIS, I concluded that my decision poses little risk to the diversity of native species. In addition, my conclusion is based on a review of the record that shows a thorough review of relevant scientific information, a consideration of opposing views, and the acknowledgment of incomplete or unavailable information, scientific uncertainty, and risk.

Table 4 shows the Sensitive Species Determinations and where they can be located in the OLY FEIS.

**Table 4: Sensitive Species Determinations in the OLY EIS**

| Species | Determination | FEIS, Chapter 3 Page |
|---|---|---|
| *Botrychium ascendens* (upward-lobed moonwort) | No impact | 338 |
| *Botrychium crenulatum* (wavy moonwort) | No impact | 338 |
| *Botrychium hesperium* (western moonwort) | No impact | 338 |
| *Botrychium paradoxum* (peculiar moonwort) | No impact | 338 |
| *Botrychium pedunculosum* (stalked moonwort) | No impact | 338 |
| *Corydalis sempervirens* (pink corydalis) | No impact | 338 |
| *Heterocodon rariflorum* (western pearl-flower) | No impact | 338 |
| *Lomatium geyeri* (Geyer's biscuitroot) | May impact individuals or habitat but would not likely contribute to a trend towards Federal listing or cause a loss of viability to the population or species. | 338 |
| *Lycopodium dendroideum* (prickly tree clubmoss) | No impact | 338 |
| *Mimulus ampliatus* (stalk-leaved monkeyflower) | No impact | 339 |
| *Mimulus breviflorus* (short-flower monkeyflower) | No impact | 339 |

| Species | Determination | FEIS, Chapter 3 Page |
|---|---|---|
| *Mimulus clivicola* (bank monkeyflower) | No impact | 339 |
| *Phegopteris connectilis* (northern beech-fern) | No impact | 339 |
| Westslope Cutthroat Trout (*Oncorhynchus clarki lewisi)* | May impact individuals or habitat but would not likely contribute to a trend towards Federal listing or cause a loss of viability to the population or species. | 173 |
| Columbia Basin (Interior) Redband Trout (*Oncorhynchus mykiss gairdneri*) | May impact individuals or habitat but would not likely contribute to a trend towards Federal listing or cause a loss of viability to the population or species. | 173 |
| Western Pearlshell Mussel (*Margaritifera falcata)* | No Impact | 173 |
| American Peregrine Falcon (*Falco peregrinus anatum*) | No Impact | 602 |
| Bald Eagle (*Haliaeetus leucocephalus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Bighorn Sheep (*Ovis canadensis*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Black-backed Woodpecker (*Picoides arcticus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Coeur d'Alene Salamander (*Plethodon vandykei idahoensis*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Common loon (*Gavia immer*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Fisher (*Pekania pinnanti*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Flammulated Owl (*Otus flammeolus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Gray Wolf (*Canus lupus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 602 |
| Harlequin Duck (*Histrionicus histrionicus*) | No Impact | 602 |
| Northern Bog Lemming (*Synaptomys borealis*) | No Impact | 603 |
| Northern Leopard Frog (*Rana pipiens*) | No Impact | 603 |
| Townsend's Big-Eared Bat (*Corynorhinus townsendii*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 603 |
| Western Toad (*Bufo boreas*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 603 |

After reviewing the FEIS, the activities authorized in Alternative 3 are consistent with Forest Plan.

## B. Clean Water Act and Montana State Water Quality Standards

The Clean Water Act requires States to establish water quality standards that provide for protection of the beneficial uses made of their waters. State water quality standards consist of

classifying streams, designating the beneficial uses, and developing water quality criteria sufficient to protect the designated beneficial uses.

The designated beneficial uses of most streams in the Kootenai River basin, including the OLY area streams, are drinking, culinary, and food processing purposes, after conventional water treatment; bathing, swimming, and recreation; growth and propagation of salmonid fishes, associated aquatic life, waterfowl, and furbearers; and agricultural and industrial water supply.

Montana has developed numeric or narrative criteria for various pollutants that may impact these beneficial uses. The pollutant of primary concern with land management operations is sediment, and the beneficial use of most concern in these waters is generally fish. No increases of sediment or suspended sediment are allowed above naturally occurring concentrations which will render the waters harmful, detrimental, or injurious to fish (ARM 17.30.623). The Forest Service addresses this requirement through application of BMPs.

States are required to assess whether streams meet established water quality standards, and if they do not States must establish total maximum daily loads (TMDLs) for those pollutants causing the impairment. Streams that are identified as not meeting water quality standards are put on what is called the "303(d) list". No streams in this project area have been or are currently on the 303(d) list other than the Kootenai River which forms the southern boundary of the project area. The Kootenai River is on the 303(d) list due to hydrological changes caused by the construction and operation of Libby Dam which is not under the jurisdiction of the Forest Service (FEIS pp. 440-441).

Upon review of the OLY project FEIS and the project file, I find that the activities associated with the Selected Alternative will comply with the Clean Water Act and Montana State Water Quality standards. My decision includes project Design Features (ROD, Appendix 3) and Best Management Practices (ROD Appendix 5) which are designed to protect the water resource and achieve water quality standards. In addition, INFISH RHCAs will be established along all wetlands and stream courses that are in or adjacent to treatment areas.

The Environmental Protection Agency (EPA) Region VIII Denver Office was notified of this project and sent a copy of the DEIS. A letter was received from the Denver Office with recommendations which the Forest Service has responded to in Chapter 4 of the FEIS.

## C. Clean Air Act

After reviewing Chapter 3 of the FEIS, I find that the activities in the Selected Alternative will be coordinated to meet the requirements of the State Implementation Plans, smoke Management Plan, and Federal Air Quality requirements (FEIS p. 133).

## D. Consideration of Best Available Science

My decision is based on the best available science and includes a review of the science presented by the public. This science is thoroughly discussed throughout the FEIS, in Response to Comments, and in the project file documentation.

## E. National Historic Preservation Act, American Indian Religious Freedom Act, and Native American Graves Protection and Repatriation Act

Cultural resource reviews have been completed on all areas to be impacted by ground-disturbing activities. The Selected Alternative is consistent with the 2015 Forest Plan and applicable regulations and laws regarding historic properties. Recognizing that the potential exists for unidentified sites to be encountered or disturbed during project activity, special provisions for their protection will be included in all contracts used to implement this project. These provisions will allow the Forest Service to unilaterally modify or cancel a contract to protect cultural resources, regardless of when they are identified. This provision will be used if a site were discovered after a harvest operation had begun. This project complies with the Region 1 programmatic agreement (1991) with the State Historic Preservation Office (SHPO) and the Advisory Council on Historic Preservation. Concurrence for the project was received from the SHPO on June 22, 2016.

## F. Government to Government Relations

The Forest Service consulted with the Confederated Salish and Kootenai tribes and the Kootenai Tribe of Idaho during the analysis process. The intent of this consultation has been to remain informed about the tribal concerns regarding the American Indian Religious Freedom Act and other tribal issues. In addition, the Salish, Kootenai, and Upper Pend d'Oreilles have rights under the Hellgate Treaty of 1855 (July 16, 1855). These rights include the "right of taking fish at all usual and accustomed places, in common with citizens of the Territory, and of erecting temporary buildings for curing; together with the privilege of hunting, gathering roots and berries, and pasturing their horses and cattle upon open and unclaimed land." The federal government has trust responsibilities to Tribes under a government-to-government relationship to insure that the Tribes reserved rights are protected. Consultation with the tribes throughout the project planning helped insure that these trust responsibilities were met.

## G. The Endangered Species Act [16 USC 1531 ET. SEQ]

Under the provisions of this Act, Federal agencies are directed to seek to conserve endangered and threatened species and to ensure that actions are not likely to jeopardize the continued existence of any of these species. Biological Assessments for threatened and endangered species have been completed for the project.

Table 5 shows the threatened, endangered, and proposed plant and animal species on the Kootenai National Forest and the determinations made for these species in the FEIS.

**Table 5: Threatened, Endangered and Proposed Species in the OLY Project Area**

| Species | Determination* | FEIS, Chapter 3 Page |
|---|---|---|
| Grizzly Bear (*Ursus arctos horribilis*) Threatened | MALAA | 475 |
| Canada Lynx (*Lynx canadensis*) Threatened | MANLAA | 546 |



FS-047470

| **Species** | **Determination*** | **FEIS, Chapter 3 Page** |
|---|---|---|
| Canada Lynx Critical Habitat | MANLAA | 571 |
| North American wolverine (*Gulo gulo luscus*) Proposed | NLJ | 588 |
| Spalding's catchfly (*Silene spaldingii*) Threatened | No Effect | 338 |
| Bull Trout (*Salvelinus confluentus*) Threatened | MALAA | 146 |
| White sturgeon (*Acipenser transmontanus*) Endangered | No Effect | 146 |

*Determination Key:
MALAA = May Affect, Likely to Adversely Affect
MANLAA = May Affect, Not Likely to Adversely Affect
NLJ = Not Likely to Jeopardize

In accordance with the Endangered Species Act, Section 7, I have requested formal consultation with regard to the project effects to grizzly bear and bull trout.

- The activities in the Selected Alternative with the determination of **likely to adversely affect** grizzly bears are consistent with the design features identified as part of FW-STD-WL-02 of the 2015 Forest Plan.
- Effect of Take (Biological Opinion p. 38) – "In the accompanying biological opinion, the Service determined that the extent and type of take described is **not likely to jeopardize** the continued existence of bull trout in the Kootenai River Core Area of the Columbia Headwaters Recovery Unit." The OLY project will accomplish the Reasonable and Prudent Measures by adhering to the Terms and Conditions presented by the USFWS concerning Incidental Take of bull trout.
- I have also requested concurrence with regards to our determination for effects to Canada lynx and designated Canada lynx critical habitat. It was determined that proposed activities would **not jeopardize the continued existence** of the proposed wolverine and, therefore, conferencing with USFWS was not required.
- The wolverine BA is available in the project record.

## H. Administration of the Forest Development Transportation System- Roads Policy- 36 CFR Part 212 et al. (Published in the Federal Register on January 12, 2001)

A roads analysis has been prepared for the OLY project area (see Transportation Section of the FEIS beginning on page 422, the OLY Transportation Analysis Report, and the Forest-wide Transportation Analysis Report, located in the project file). I have determined that the Selected Alternative, which includes 0.7 mile of new permanent road construction, 0.2 mile of temporary road, the addition of 4.6 miles of existing road to the NFS roads system, the

decommissioning of 9.4 miles of closed roads, the storage of 18.1 miles of closed road to address high risk sediment sources, and the rerouting of a portion of NFSR 2380 to NFSR 2380A complies with the Roads Policy.

## I. Migratory Bird Treaty Act of 1918; Executive Order 13186 of January 2001

The Migratory Bird Treaty Act of 1918 was implemented to protect migratory birds and includes treaties between the U.S. and Great Britain (for Canada), Mexico, Japan, and the Soviet Union (now Russia). The Selected Alternative is in compliance with the Migratory Bird Treaty Act of 1918 (FEIS p. 810).

On January 10, 2001, President Clinton signed an Executive Order outlining responsibilities of Federal agencies to protect migratory birds. Upon review of the information in the FEIS (pp. 786-810) I find that the Selected Alternative complies with this Executive Order.

## J. Roadless Area Conservation Rule

I have considered the effects of prescribed burning (Unit F1) proposed in the Saddle Mountain IRA #168 and have determined this activity to be consistent with the Roadless Area Conservation Rule (35 CFR 294 Subpart B).

## K. Environmental Justice

I have considered the effects of this project on low income and minority populations and concluded that this project is consistent with the intent of the Environmental Justice Act of 1994 (EO 12898). This project was designed to contribute to the economic well-being of local communities (see FEIS, Chapter 1 and Chapter 3). The Economics analysis disclosed no disproportionate effects to low income or minority populations.

## L. Compliance with Other Laws, Regulations, and Policies

Compliance with other laws, regulations, and policies are listed in various sections of the project file, the Forest Plan, and the FEIS (primarily in the "Regulatory Framework" discussion at the beginning of each resource analysis and the "Consistency" discussion at the end of resource sections in Chapter 3).

## M. Environmentally Preferable Alternative

The FEIS analyzed one no-action and three action alternatives in detail. It is also required by law that one or more of those alternatives be identified in the ROD as the environmentally preferable alternative. The environmentally preferable alternative is not necessarily the alternative that will be implemented, and it does not have to meet the underlying need of the project. It does, however, have to cause the least damage to the biological and physical environment and best protect, preserve, and enhance historical, cultural and natural resources. The environmentally preferable alternative must also "encourage productive and enjoyable harmony between man and his environment," "promote efforts which will prevent or eliminate damage to the environment and biosphere" and stimulate the health and welfare of man" (42 USC § 4321).

Alternative 3 is the environmentally preferable alternative. In the short-term, Alternative 1 would seem to be the environmentally preferable alternative because it would not result in disturbances to the biological and physical environment. However, Alternative 1 fails to address the pressing environmental objectives identified in the purpose and need of the project: promoting resilient forest vegetation; maintaining and improving water quality and native aquatic species habitat; providing forage and security for wildlife; providing wood products; and treating hazardous fuels. Alternative 3 best preserves natural resources, in the long-term, by promoting long-lived tree species, improved forage and habitat for big game and other wildlife species, improving watershed conditions and fish habitat. Alternative 3 also does the most, of the action alternatives, to protect soils and cultural resources. While Alternative 3 will result in short-term impacts, which are described in the EIS, these impacts will be outweighed in the long-term by the benefits of actions that promote resilient forest conditions and improve water quality and aquatic species habitat.

# XIII. Pre-decisional Administrative Review (Objection) Process and Findings

This project was subject to review and objection pursuant to 36 CFR 218 regulations (Subparts A and B). Two written objections were submitted to the reviewing officer within the 45-calendar-day period following publication of the legal notice of the objection period in the *Missoulian*, which is the newspaper of record.

The Objection Reviewing Officer responded to the objections with official letters dated July 15, 2016. Instructions to the Forest concerning the OLY project have been addressed within the FEIS and project record. These included the following:

- A clarification was added to emphasize that no regeneration harvest openings would occur within the 16-acre old growth portion of the 50-acre Harvest Unit 75. Only an improvement cut would occur within this 16-acre old growth portion of Unit 75. This was clarified with a table note and additionally within the text of the FEIS.
- A column entitled "Predicted Detrimental Soil Disturbance (DSD) After Soil Decompaction" was added to Table 114 in the FEIS, and a table note was also added to describe that the predicted DSD after decompaction would be at or below the pre-activity DSD, and that soil decompaction would not rotate or mix the soil horizons.
- The Inventoried Roadless Areas section of the FEIS, pp. 298-307, was edited to address unroaded areas contiguous to IRA boundaries. These unroaded areas were identified and analyzed to determine if those areas have any characteristics that may have potential to qualify as roadless, or if the project would impact those qualities.
- The FEIS addressed the following citations: Sallabanks et al. 2001, McRae et al. 2001, and Kauffman 2004, in Chapter 4, response to comments [09, 05] p. 815 and [09, 06] p. 816. Additionally, Sallabanks et al. 2001 was addressed in response to comments [09, 100 {B}] FEIS p. 826.

# XIV. Implementation

Implementation of the decision may occur on, but not before, the fifth business day following the end of the objection filing period, depending upon the availability of funding.

Because objections were filed, approval of project activities will not occur until the pre-decisional review process is complete and a ROD issued. In accordance with 36 CFR 218, the objection process is now complete, and the project may begin immediately.

## XV. Contact Information

For further information on this decision, contact Kirsten A. Kaiser, District Ranger, kkaiser@fs.fed.us , or Miles Friend, Project Leader, mfriend@fs.fed.us , Three Rivers Ranger District, 12858 US Hwy 2, Troy, MT 59935, (406) 295-4693.

**Approved By:**

Christopher S. Savage
Forest Supervisor
Kootenai National Forest

10/7/2016
Date

# Appendices Index


| Appendix | Title |
|---|---|
| Appendix 1 | Harvest Treatment Summary, Selected Alternative |
| Appendix 2 | Fuels Treatment Summary, Selected Alternative |
| Appendix 3 | Design Features, Selected Alternative |
| Appendix 4 | Monitoring Plan |
| Appendix 5 | Best Management Practices |
| Appendix 6 | Access Management Plan |
| Appendix 7 | Alternative 3 Maps |

# Appendix 1: Alternative 3 – OLY Harvest Treatment Summary

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 1 | 6 | 54 | Mixed conifer WL, DF, LP, PP, w/ dense understory. Mix of dry/moist forest types. In WUI. | Improvement cut w/ seed tree or shelterwood openings. Slash, grapple pile | Tractor | Improve health and vigor of manageable component of WL, PP, DF. Initiate regeneration, provide browse, reduce fuel loadings | Recreation and Public Safety<br>Vegetation |
| 3A | 6 | 12 | Mixed conifer DF, PP, WL, GF, LP, WH w/ root rot in DF. In WUI | Clear cut w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Recreation and Public Safety |
| 3B | 6 | 13 | Mixed conifer DF, PP, WL, GF, LP, WH w/ root rot in DF. In WUI | Seed tree w/ reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Recreation and Public Safety<br>Tree Retention along Roadways |
| 4 | 6 | 176 | Mixed conifer WL, DF, PP, LP, GF, WP w/ patchy understory w/ root disease. In WUI. | Improvement cut, slash, underburn | Tractor | Improve health and vigor of manageable component of WL, PP, DF. Promote resilience, reduce fuel loading, provide browse | Recreation and Public Safety<br>Vegetation<br>Soils |
| 5 | 6 | 8 | Mixed conifer DF, WRC, WL, GF, H, PP w/ multi-layer understory. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 6 | 6 | 42 | Open stand DF, WL, PP w/ insect and disease issues. In WUI. | Improvement cut with seed tree or shelterwood openings, slash, grapple pile | Tractor | Improve health and vigor of manageable component of WL, PP, DF. Initiate regeneration, provide browse, reduce fuel loadings | Soils |

# Appendix 1: Alternative 3 – Harvest Treatment Summary

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 7 | 6 | 8 | Multi-layer overstory DF, PP, GF, WP, GF, WRC w/ root disease in DF. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 8 | 6 | 66 | Mixed conifer DF, PP, WL w/GF, WRC in lower portion. In WUI. | Improvement cut, slash, underburn | Tractor | Improve health and vigor of manageable component of WL, PP, DF. Promote resilience, reduce fuel loading provide browse | Soils |
| 8A | 6 | 4 | Mixed conifer DF, PP, WL, GF, WRC. In WUI. | Improvement cut, slash, grapple pile | Tractor | Improve health and vigor of manageable component of WL, PP, DF. Promote resilience, reduce fuel loading provide browse | Soils |
| 9 | 6 | 16 | Mixed conifer WL, GF, PP, WRC, WP, DF w/ root disease issues. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 11 | 6 | 11 | DF, PP stand w/ DF understory; absence of PP reproduction. In WUI. | Seed tree w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 12 | 6 | 25 | Mixed conifer DF, GF, WRC, PP w/ dense GF understory and mid-canopy. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 14 | 6 | 70 | Mixed conifer WL, DF, GF, PP, WP, LP w/ GF understory. Cankers and root disease noted. In WUI | Clear cut w/reserves, slash, underburn | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Invasive Plant Species |

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 15 | 6 | 27 | Two-storied stand of DF w/ PP, WP, WL present. DF in poor health. In WUI. | Seed tree w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 16 | 6 | 6 | Mixed conifer PP, DF, WL, LP, GF, WRC w/ incidental root disease. In WUI. | Improvement cut, slash, underburn | Tractor | Improve health and vigor of manageable component of PP, WL, DF. Promote resilience, provide browse, reduce fuel loading | |
| 18 | 6 | 81 | Mixed conifer GF, SAF, WL, DF, LP w/ moderate blowdown and root disease. In WUI. | Clear cut w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading | Recreation and Public Safety |
| 20 | 6 | 109 | Mixed conifer GF, DF, WL w/ moderate to heavy root disease in GF. In WUI. | Seed tree w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading | Recreation and Public Safety<br>Soils |
| 21 | 6 | 129 | Dry site DF, PP w/ low to moderate incidence of root disease in DF. In WUI. | Improvement cut, slash, underburn | Skyline | Improve health and vigor of manageable component of PP, DF. Promote resilience, protect old growth character, provide browse, reduce fuel loading | Old Growth<br>Recreation and Public Safety<br>RHCAs |
| 23 | 6 | 24 | Mixed conifer DF, GF, WL, WH w/ root disease in DF, GF. In WUI. | Improvement cut with seed tree or shelterwood openings, slash, grapple pile | Tractor | Improve health and vigor of manageable component of PP, WL, DF. Promote resilience, provide browse, reduce fuel loading, initiate regeneration | Tree Retention along Roadways<br>Soils |

# Appendix 1: Alternative 3 – Harvest Treatment Summary

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 24 | 6 | 25 | Mixed conifer DF, GF, WL, WH w/ root disease in DF, GF, in WUI | Improvement cut, slash, underburn | Skyline | Improve health and vigor of manageable component of PP, WL, DF. Promote resilience, provide browse, reduce fuel loading | Historic Properties |
| 25 | 6 | 65 | Mixed conifer of GF, WH, DF, WL, LP, WRC, PP w/ low incidence of root disease in DF, GF. In WUI. | Clear cut w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Tree Retention along Roadways |
| 27 | 6 | 11 | Two-storied stand of PP, WL, DF w/ low incidence of root disease in DF. In WUI. | Improvement cut, slash, underburn | Skyline | Improve health and vigor of manageable component of WL, PP, DF. Provide browse, reduce fuel loadings | Historic Properties |
| 28 | 6 | 80 | Older plantation of PP w/ LP, GF, DF natural regen. PP is off-site. In WUI. | Improvement cut, selective thin understory, slash and pile | Tractor | Improve health and vigor of manageable component of PP, WL, DF. Provide browse, reduce fuel loadings | Vegetation<br>Soils |
| 29 | 6 | 25 | Multi-stored DF, WL, WRC, WP, PP, GF, LP, ES. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 30 | 6 | 37 | Mixed conifer DF, GF, WL, WRC, PP, WP, LP, WH w/ patchy GF seedling/sapling understory. In WUI. | Shelterwood w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 31B | 6 | 60 | Mixed conifer LP, GF, WP, DF, WL, WH, WRC w/ heavy Mountain Pine Beetle activity in LP. In WUI. | Clear cut w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Wildlife<br>Soils |
| 32 | 2, 6 | 34 | Mixed PP, DF, WL with an open to moderate understory. DF in poor health; evidence of root rot. In WUI. | Improvement cut, slash, underburn | Tractor | Improve health and vigor of manageable component of PP, WL, DF. Promote resilience, protect developing old growth character, provide browse, reduce fuel loading | Recreation and Public Safety |
| 33 | 2, 6 | 30 | Older plantation of PP, LP w/ thick GF/DF understory. PP is off-site. In WUI. | Clear cut w/reserves, slash, underburn | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Historic Properties<br>Recreation and Public Safety<br>Vegetation |
| 34 | 6 | 40 | Mixed conifer stand of LP, GF, DF, WL, WH w/ root rot in DF/GF. In WUI | Seed tree w/reserves, slash, underburn | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Historic Properties<br>Recreation and Public Safety<br>Soils |
| 37 | 6 | 68 | Mixed conifer DF, GF, WL, WRC, PP, LP w/ GF in understory. Root rot in DF. In WUI. | Seed tree w/reserves, slash, underburn | Tractor, Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Historic Properties<br>Recreation and Public Safety |
| 37A | 6 | 34 | Stand of DF, PP, WL w/ root rot in DF w. little understory. In WUI. | Improvement cut, slash, underburn | Skyline | Improve health and vigor of manageable component of WL, PP, DF. Provide browse, reduce fuel loadings | Recreation and Public Safety<br>Historic Properties |

# Appendix 1: Alternative 3 – Harvest Treatment Summary

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 38 | 6 | 71 | Older plantation of PP, LP GF w/ root disease in LP, PP, GF. PP is off-site but not deteriorating too badly. Light understory. In WUI. | Improvement cut w/ seed tree or shelterwood openings, slash, grapple pile | Tractor | Improve health and vigor of manageable component of PP, WL, DF. Initiate regeneration, provide browse, reduce fuel loadings | Recreation and Public Safety<br>Vegetation<br>Historic Properties<br>Soils |
| 38A | 6 | 6 | Older plantation of PP, LP w/ understory of GF, DF, WP. In WUI. | Clear cut w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Recreation and Public Safety<br>Historic Properties<br>Soils |
| 39 | 6 | 52 | Mixed conifer WRC, WH, GF, PP, DF, WP, LP w/ dense understory w/ observations of root rot. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 40 | 2, 6 | 109 | Multi-storied, multi-aged GF, WL, DF, PP, WRC, LP, WP w/ GF understory. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 42 | 2, 6 | 85 | Mixed conifer DF, WL, PP, LP w/ root disease, DF bark beetles, Mountain Pine beetle. In WUI. | Seed tree w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Recreation and Public Safety |
| 43 | 6 | 48 | Mixed conifer DF, LP, GF, WRC, WH, WL w/ dense understory. Root disease in DF; Mountain Pine beetle in LP. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 44 | 6 | 20 | Mixed conifer GF, DF, WH, LP, WL, WRC w/ root disease and dense understory GF, WH. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 45 | 6 | 33 | DF, PP, LP. Severe root rot in DF. In WUI. | Clear cut w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 45A | 6 | 63 | Generally understocked stand DF, PP, LP w/WL, GF. In WUI. | Seed tree w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 45B | 6 | 26 | Stand of DF, PP, LP. Healthy but dense. In WUI. | Improvement cut, slash, underburn | Tractor | Improve health and vigor of manageable component of WL, PP, DF. Provide browse, reduce fuel loadings | Soils |
| 45C | 6 | 35 | Mixed conifer DF, GF, WL, WRC w/ patchy stocking and evidence of root rot. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 46 | 6 | 16 | Older plantation of PP, LP, DF, WL. In WUI. | Improvement cut, slash, grapple pile | Tractor/ Winter | Improve health and vigor of manageable component of WL, PP, DF. Provide browse, reduce fuel loadings | Vegetation<br>Soils |
| 47 | 6 | 17 | Older plantation of PP, DF, LP, WL w/ insect and disease issues. PP is off site and sustaining significant mortality. In WUI. | Clear cut w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 48 | 6 | 23 | Older plantation of PP, DF, WL, LP w/ insect and disease issues. PP is off site w/ significant mortality. In WUI. | Clear cut w/reserves, slash, underburn | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |

# Appendix 1: Alternative 3 – Harvest Treatment Summary

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 49 | 6 | 6 | Older plantation of PP, LP, DF w/ insect and disease issues. PP is off site and sustaining significant mortality. In WUI. | Clear cut w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 50 | 6 | 21 | Older PP plantation w/ health issues and ingrowth. PP is off site but not experiencing significant mortality. In WUI. | Improvement cut, slash, grapple pile | Tractor | Improve health and vigor of manageable component of WL, PP, DF. Provide browse, reduce fuel loadings | Vegetation<br>Soils |
| 51 | 6 | 36 | Older plantation of PP, DF, LP, WL w/ insect and disease issues. PP is off site and sustaining significant mortality. In WUI. | Clear cut w/reserves, slash, underburn | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 52 | 6 | 56 | Mixed conifer DF, LP, WL w/ root rot in DF. Workable PP, WL component. In WUI. | Improvement cut w/ seed tree or shelterwood openings, slash, underburn | Tractor | Improve health and vigor of manageable component of PP, WL, DF. Initiate regeneration, provide browse, reduce fuel loadings | Soils |
| 52A | 6 | 39 | DF dominated w/LP, WL, PP, GF. Significant root disease in DF/GF. Light to moderate understory. In WUI. | Clear cut w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 52B | 2, 6 | 65 | DF dominated w/LP, WL, PP. Significant root disease in DF. Light to moderate understory. In WUI. | Seed tree w/reserves, slash, underburn | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 52C | 6 | 31 | DF, PP, LP, WL w/light understory. Low levels of root disease. | Improvement cut w/ seed tree or shelterwood openings, slash, underburn | Tractor/ Winter | Improve health and vigor of manageable component of PP, WL, DF. Provide browse, reduce fuel loadings, initiate regeneration | Soils |
| 52D | 6 | 14 | DF, WL, GF, WP with moderate understory and high levels of root disease in DF/GF. In WUI. | Clear cut w/reserves, slash, grapple pile | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 53 | 6 | 49 | Older plantation of PP, DF, LP, WL w/ insect and disease issues. PP is off site and sustaining significant mortality. In WUI. | Clear cut w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 54 | 6 | 24 | Dense, stagnant stand of DF, LP w/ incidental PP, WL w/ root rot in DF. In WUI. | Clear cut w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 55 | 6 | 31 | Fairly open stand of DF, PP, LP, WL w/light understory. | Improvement cut w/ seed tree or shelterwood openings, slash, underburn | Tractor | Improve health and vigor of manageable component of PP, DF. Provide browse, reduce fuel loadings, initiate regeneration | |

# Appendix 1: Alternative 3 – Harvest Treatment Summary

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 55A | 2, 6 | 10 | DF, PP, LP, WL w/ patches of dense DF/LP regeneration. | Improvement cut, slash, underburn | Tractor | Improve health and vigor of manageable component of PP, WL, DF. Provide browse, reduce fuel loadings | |
| 55B | 2 | 18 | DF, WL, PP, LP w/severe root disease in the DF. Light understory. In WUI. | Shelterwood w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 56 | 2, 6 | 29 | Mixed conifer WRC, WH, WL, GF, DF, LP, WP w/ dense understory of WRC/WH/GF. Root rot noted. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Tree Retention along Roadways |
| 57 | 6 | 68 | Mixed conifer WRC, WH, WL, GF, DF, WP w/ dense WRC/WH understory. Stagnant. Root disease in DF/GF. In WUI. | Seed tree w/reserves, slash, underburn | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 58 | 2 | 15 | Mixed conifer DF, WRC, GF, LP, WL, WH w/dense WRC understory. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 59 | 2 | 11 | Mixed conifer WRC/WH, GF, LP, DF, WL w/dense GF, WH understory. In WUI. | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 60 | 2, 6 | 24 | Mixed conifer GF, WRC, WH, WL, DF, WP w/moderate understory. | Seed tree w/reserves, slash, grapple pile | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 61 | 2, 6 | 51 | Mixed conifer WH, LP, WRC, GF, WL, DF w/moderate understory and patches of dense, suppressed LP. | Clear cut w/reserves, slash, grapple pile | Tractor/ Winter | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Tree Retention along Roadways<br>Soils |
| 61A | 2, 6 | 34 | Mixed conifer WH, LP, WRC, GF, WL, DF w/moderate understory and patches of dense, suppressed LP. | Clear cut w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Tree Retention along Roadways<br>Soils |
| 62 | 2, 6 | 24 | Mixed conifer LP, WL, WRC, GF, DF w/ pockets of dense GF understory | Seed tree w/reserves, slash, grapple pile | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Soils |
| 63 | 6 | 10 | Mixed conifer WH, WL, GF, DF, WP, WRC, LP. In WUI. | Improvement cut, slash, grapple pile | Tractor/ Winter | Improve health and vigor of WL, PP, DF component. Provide browse, reduce fuel loadings, protect developing old growth character | Old Growth<br>Soils |
| 68 | 6 | 70 | Scattered PP overstory w/in DF dominated stand. Root disease present in DF. | Shelterwood w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 69 | 6 | 27 | Mixed conifer DF, GF, PP, WL, WP. | Seed tree w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 70 | 6 | 67 | DF stand w/ scattered PP, WL, GF w/ severe root disease and bark beetles. | Seed tree w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |

# Appendix 1: Alternative 3 – Harvest Treatment Summary

| Unit # | MA/Suitability | Acres | Current Condition | Proposed Treatment | Logging System/ Season | Objectives | Design Features |
|---|---|---|---|---|---|---|---|
| 71 | 6 | 39 | Stand of WL, DF, GF w/ root rot pockets. | Seed tree w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 73 | 6 | 18 | DF stand w/scattered PP. Root disease in DF. | Seed tree w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 74 | 6 | 100 | Stand of dense DF w/ remnant DF/PP. Root disease noted. | Seed tree w/reserves, slash, underburn | Skyline | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | |
| 75 | 6 | 50 | DF dominated stand w/scattered large PP. Root disease noted. | Improvement cut with seed tree or shelterwood openings, slash, underburn | Skyline | Improve health and vigor of manageable component of PP, DF. Provide browse, protect developing old growth character, reduce fuel loadings, initiate regeneration. | Old Growth |
| 77 | 6 | 41 | Older PP plantation w/ LP, DF, WL, GF and moderate DF/GF understory. PP is off-site and suffering significant mortality. | Clear cut w/reserves, slash, underburn | Tractor | Initiate regeneration, promote resilience, reduce fuel loading, provide browse | Recreation and Public Safety<br>Vegetation<br>Soils |
| **Total** | | **3,069** | | | | | |

**Glossary of Terms**

CC – Clear cut regeneration harvest; leaves approximately 5 - 25 trees per acre for structure, future DWD; snag replacements

DBH – Diameter of a tree at breast height (4.5 feet above the ground)

DF – Douglas-fir

DMT – Dwarf mistletoe (a parasitic plant)

DWD – Downed woody debris

ES – Engelmann spruce

GF – Grand fir

Improvement cut – Thinning of mature trees to improve tree and forage growth/health

Jackpot burn – Burning only the concentrations of fuel

LP – Lodgepole pine

MPB – Mountain pine beetle

PP – Ponderosa pine

Regeneration cut – Harvest designed to regenerate the stand

RR – Root rot, root disease

SAF – Subalpine fir

Seed tree cut with reserve trees regeneration harvest – Leaves approximately 5-15 trees per acre for seed, and shelter

Shelterwood cut regeneration harvest - Leaves approximately 15-30 trees per acre for seed, shelter

Skyline – Cable yarding where one end of the log is suspended

Tractor – Rubber tire or track based machine for log skidding

WH – Western hemlock

WL – Western larch

WP – Western white pine

WRC – Western redcedar

WUI – Wildland urban interface

# Appendix 2: OLY Alternative 3 – Fuels Treatment Summary

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F1* | 5a | 172 | Higher elevation site. Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire. Timeframe: spring/late summer/fall | Objective A | |
| F2 | 2, 6 | 76 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede hand ignition to create a low severity fire. Timeframe: spring/fall | Objective B | Old Growth<br>RHCAs |
| F3 | 2,6 | 83 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Hand ignition will be used to create a mixed severity fire. Timeframe: spring/fall | Objective B | |

## Appendix 2: Alternative 3 – Fuels Treatment Summary

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F4 | 6 | 17 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede hand ignition to create a low severity fire. Timeframe: spring/fall | Objective B | |
| F5 | 6 | 88 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede hand and/or aerial ignition to create a low severity fire. Timeframe: spring/fall | Objective B | Wildlife<br>Old Growth<br>RHCAs |
| F6 | 6 | 43 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire. Timeframe: spring/fall | Objective A | RHCAs |
| F7 | 6 | 9 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 4” DBH. Slash will be either lop and scattered, hand piled or a combination of both. | Objective D | RHCAs |

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F8 | 6 | 23 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be either lop and scattered, hand piled or a combination of both. | Objective D | RHCAs |
| F9 | 6 | 18 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Selective slashing of understory less than 6 inch DBH. Slash will be lopped and scattered | Objective C | Timing (FEIS Table 26) |
| F10 | 6 | 23 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Selective slashing of understory less than 6 inch DBH. Slash will be lopped and scattered | Objective C | Timing (FEIS Table 26) |
| F11 | 2, 6 | 49 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede hand ignition to create a low severity fire. Timeframe: spring/fall | Objective B | Historic Properties<br>Invasive Plants |

## Appendix 2: Alternative 3 – Fuels Treatment Summary

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F12 | 6 | 107 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede hand and/or aerial ignition to create a low severity fire. Timeframe: spring/fall | Objective B | |
| F13 | 6 | 231 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire. Timeframe: spring/late summer/fall | Objective A | Old Growth |
| F15 | 6 | 5 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be either lop and scattered, hand piled or a combination of both. | Objective D | RHCAs |
| F16 | 2 | 14 | Lower elevation site associated with private property. Existing fuel loads have been reduced through past treatment. | Hand ignition will be used to create a low severity fire. Timeframe: spring/fall | Objective D | Historic Properties |
| F17 | 2, 6 | 12 | Lower elevation site associated with private property. Existing fuel loads have been reduced through past treatment. | Hand ignition will be used to create a low severity fire. Timeframe: spring/fall | Objective D | Historic Properties |

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F18 | 2 | 14 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be hauled by hand to the road and chipped. | Objective D | RHCAs<br>Historic Properties |
| F19 | 6 | 339 | Higher elevation site. Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire. Timeframe: spring/late summer/fall | Objective A | Old Growth |
| F20 | 6 | 4 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be either lop and scattered, hand piled or a combination of both. | Objective D | |
| F22 | 6 | 8 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be grapple piled and burned. | Objective D | |

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F25 | 6 | 242 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Aerial and/or hand ignition will be used to create a mixed severity fire. Timeframe: spring/late summer/fall | Objective A | Old Growth<br>Historic Properties |
| F26 | 6 | 4 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be grapple piled and burned. | Objective D | Old Growth |
| F27 | 6 | 11 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede hand and/or aerial ignition to create a low severity fire. Timeframe: spring/fall | Objective B | RHCAs |
| F28 | 6 | 21 | Lower elevation site with drier habitat and associated species (e.g., ponderosa pine). Forage and berry production reduced due to tree canopy closure, encroachment, lack of fire, and/or browse pressure. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede hand and/or aerial ignition to create a low severity fire. Timeframe: spring/fall | Objective B | |

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F29 | 6 | 3 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be either lop and scattered, hand piled or a combination of both. | Objective D | Old Growth |
| F31 | 6 | 96 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Fuels augmentation involving selective slashing of understory less than 6 inch DBH will precede spot hand piling and/or hand ignition to create a low severity fire. Timeframe: spring/fall | Objective D | Historic Properties |
| F32 | 2, 6 | 15 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Hand ignition will be used to create a low severity fire. Timeframe: spring/fall<br>Slash, hand pile, burn hand piles | Objective D | Historic Properties |
| F33 | 2 | 10 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be hauled by hand to the road and chipped. | Objective D | Historic Properties |

| Unit # | MA | Treatment Acres | Current Condition | Proposed Treatment | Objectives | Design Features |
|---|---|---|---|---|---|---|
| F34 | 2 | 2 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be hauled by hand to the road and chipped. | Objective D | Historic Properties |
| F35 | 2 | 3 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be hauled by hand to the road and chipped. | Objective D | Historic Properties |
| F36 | 2 | 2 | Lower elevation site associated with private property. Existing fuel loads and ladder fuels contribute to increased fire risk and hamper potential fire-fighting efforts. | Selective slashing of understory less than 6 inch DBH. Slash will be hauled by hand to the road and chipped. | Objective D | Historic Properties |
| **Total acres** | | **1,744** | | | | |

*Represents fuels units located within Inventoried Roadless Areas

**Objective A:** Reintroduce fire on the landscape maintain existing open conditions; stimulate forage/browse reproduction for big game and other wildlife species; potential for improved huckleberry production in higher elevation locations, where present, that would benefit grizzly bear recovery efforts.

**Objective B:** Reintroduce fire on the landscape; thin encroaching conifers with fuel augmentation (slashing) where needed; promote ponderosa pine restoration and improve future suitability for flammulated owl use; promote growing conditions that maintain or encourage the development of old growth characteristics; improve browse and forage availability in big game winter ranges and spring foraging habitat for grizzly bear.

**Objective C:** Simulate fire's role on the landscape by thinning encroaching conifers; promote ponderosa pine restoration which includes the maintenance/development of old

growth characteristics through improved growing conditions; maintain existing browse and forage by reducing competition and overstory cover; improve suitability for flammulated owl use.

**Objective D:** Reducing and/or maintaining low fuel conditions in the wildland urban interface; increasing defensible space around private property; and improving accessibility for emergency responders and public in the event of a wildfire.

# Appendix 3: Design Features

To avoid or minimize potential adverse impacts to resources from this project, the following design features will be incorporated into the selected alternative for the OLY Project. Contract provisions are shown in parentheses where applicable.

## Aquatic Species and Habitat

- Culvert replacements, culvert removals, and/or other in-stream work in live streams that are known to contain or are connected to streams that are known to contain westslope cutthroat trout or bull trout would be permitted only during the specified timeframe listed below to protect spawning and incubation periods for westslope cutthroat trout and bull trout (which exist downstream and outside of the project area). These road activities may occur outside of this timeframe only if dry channel exists downstream of the project site.
  - Westslope cutthroat trout timeframe: After July 15
  - Bull trout timeframe: Before August 31
  - Both westslope cutthroat trout and bull trout: Between July 15 and August 31

Paving of FSR 4445 bridge approaches may occur outside of the above timeframe for bull trout if measures are taken to prevent sediment contribution to O'Brien Creek (e.g. placement of straw waddles) and if a Forest Service biologist inspects the operation.

## Coarse Woody Debris (CWD) Retention Recommendations for Soils and Wildlife

- CWD to be left on site shall follow the guidelines below except within 200 feet from private property.
- The largest diameter material is desired. Any material larger than 3 inches in diameter at the small end is considered CWD.

Table 6 shows the preferred tons per acre of CWD for the Warm/Dry and Warm/Moist biophysical setting.

**Table 6: Coarse Woody Debris Retention by Biophysical Setting by Unit**

| Biophysical Setting | Tons per Acre | Unit(s)* |
|---|---|---|
| Warm/Dry | Drier Sites: 5 - 12 | 27, 37A, 68, 68A, 73, 75 |
| | Moister Sites: 10 - 20 | 1, 3A, **4**, 6, **8**, 8A, 11, 14, 14A, 15, 21, 28, **32**, **35B**, **38**, **38A**, 42, 45, 45A, **45B**, 45C, **46**, 47, **48**, **49**, 50, **51**, **52**, 52A, 52B, **52C**, **52D**, 52E, 53, 53A, 54, 55, 55A, 55B, 69, 74, 74A, **77** |
| Warm/Moist | Drier Sites: 12 - 33 | 3B, 5, 7, 9, **12**, 16, 18, 20, 23, 24, 29, 30, 33, 34, **35**, **35A**, **36**, 37, 37C, **39**, 40, 40A, 41B, 44, 60, **63**, 70, 70A, 71 |

# Appendix 3: Design Features

| Biophysical Setting | Tons per Acre | Unit(s)* |
|---|---|---|
| | Moister Sites: 17-33 | 25, 25A, 25B, **31A**, **31B**, **43**, **56**, 57, 57A, **58**, 59, 61, 61A, 61B, 62 |

*Units in **BOLD** are known to be deficient in CWD

## Fire/Air Quality

- Burn plans will be prepared prior to the use of prescribed fire. These plans will determine the limits of weather conditions and fuel moistures to control fire intensity and meet air quality standards.
- All burning operations will be scheduled in accordance with the Memorandum of Understanding for air quality protection between the State of Montana Air Quality Bureau and the Forest Service, which allows burning only when adequate smoke dispersal will occur.
- Prior to conducting prescribed burns, the Three Rivers District will conduct the following activities to notify the local public of burning activities. These include but are not limited to: posting news releases in local newspapers, displaying maps and burn information in district newsletter(s), providing information at the local Forest Service office, and prepare a list of contacts for each prescribed burn to be notified by phone, site visit, or mail.

## Historic Properties

- During any ground disturbing activities, if an inadvertent discovery occurs of historic properties, project work in the area shall stop and the District Archaeologist and Tribal Liaison will be notified immediately. If human remains are uncovered, all activities in the area will be immediately suspended and the District Archaeologist, Tribal Liaison and local law enforcement will be notified. Project work in the area of the inadvertent discovery can resume once the discovery has been assessed by KNF Heritage Personnel and appropriate resource protection measures have been implemented.
- Known and identified intact portions of eligible or unevaluated historic properties will be flagged and avoided during project implementation.
- In culturally sensitive areas with previous surficial[1] disturbance (Units 23, 24, 25, 27, 28, 32, 38A, 39, 40), with known and identified historic properties or potentially intact subsurface cultural deposits, activities must be conducted over dry or frozen ground. See specifics below.
- New temporary road construction and reconstruction of existing roads beyond standard maintenance (e.g. expanding the road prism, adding pull-outs, or adding new culverts, etc.) will be assessed by the District Archaeologist prior to implementation.
- Landings placed outside harvest units will be assessed by the District Archaeologist prior to any ground disturbing activities.

[1] Surficial: Of or related to the earth's surface.

- Any areas subject to ground disturbance in association with expansion of trails or parking areas for recreational use will be assessed by the District Archaeologist prior to implementation.
- Filter cloth and fill (gravel or pit run) will be placed on the segment of NFSR 4447 through historic property, as identified by the District Archaeologist, and on NFSR 4458G from the powerline to the intersection with NFSR 14476.
- Avoid slash piling on historic properties, specifically in Units 44 and 37 (in Alternative 2), and Fuels Unit F31 (all alternatives).
- In Fuels Unit F30 hand fire line construction is limited to predetermined locations to protect historic properties. Fire line construction must be monitored at all times by the Tribal Liaison and may be halted if any cultural materials are found. These requirements are only applicable to Alternatives 2 and 4.
- The Tribal Liaison and/or KNF Heritage Personnel must be present for pre- and post-burn monitoring for Fuels Units F11, F16, F17, F30-F36, and Harvest Units 24, 27, 33, 34, 35, 35A, 36, and 38A.
- Winter logging over frozen ground and a cut-to-length system (log forwarding) is required in Harvest Units 33, 34, 35, 35A, 36, 37 (west side of powerline only), and 41B. Winter logging in these units will require a cut-to-length system operating on at least 1 inch of frozen soil. During harvest operations, the harvester shall place tops and limbs evenly in the skid trail as it proceeds. Landing locations in these units will be specified in advance of the award of the contract (C6.4#, C6.42#).
- Reuse existing skid trails, roads, and landings to the greatest extent feasible.

## Invasive Plant Species

Measures will be taken to reduce the risk of noxious weed introduction and spread. Weed spraying in the project area will be conducted in accordance with the April 2007 KNF Invasive Plant Management Record of Decision.

- The District will pre-spray weeds in portions of Harvest Unit 14, where concentrations of noxious weeds occur. Harvest operations will occur on 4 inches of frozen soil OR 1 inch of frozen soil and cut-to-length (log forwarding). During harvest operations, the harvester shall place tops and limbs evenly in the skid trail as it proceeds. (C6.4#, C6.42#)
- Prior to and after harvest operations, roads open to public use or gated for administrative use that provides access for boom truck or UTV will be treated by either the District weeds crew or the purchaser.
- Timber sale contracts will include Contract Provision C6.351# Washing Equipment, that requires all off-road vehicles associated with harvest operations to be cleaned and inspected prior to entering the sale area. These actions will also be applied to equipment used in fuels reduction activities.
- To help minimize the transport of noxious weeds via machinery, reconditioning of existing roads needed for timber hauling will be held to the minimum necessary to protect and maintain the road surface and drainage structures, and provide for public safety.
- Soil disturbing activities on NFSR 4425, Rabbit Creek, will be minimized. Soil disturbance on this road is likely to stimulate a long-suppressed population of rush

skeletonweed and should be avoided to the extent possible. Walk in access must be maintained for monitoring and control of this new invader weed species.

- Knapweed will be targeted in Fuels Unit F11 with the release of biocontrol methods.

## Old Growth

- Tree removal and fuels reduction is proposed in old growth in Harvest Units 21, 63 and 75. Silvicultural prescriptions and unit layout notes identify site specific measures necessary to guide the implementation and contract administration efforts. Fuels reduction in old growth is also proposed for Fuels Units F13, F19, F25, F26 and F29. All treatments will maintain or improve old growth characteristics as defined by Green et.al. (1992).

## Proposed Threatened, Endangered, and Sensitive Plants Species (PTES)

- PTES surveys have been completed. Therefore, to provide for inadvertent discovery, protection measures needed for endangered, threatened, proposed and sensitive plants will be included in the contract to provide for the protection of sensitive plants found during implementation and harvest activities (B6.24).

## Recreation and Public Safety

- Temporary restrictions to over-snow motorized use and other public use of NFSR 4445 and NFSR 752 will be put in place during winter harvest activities for public safety. These roads will be open to the public for snowmobile use and other recreation activities on the weekends and during periods of inactivity.
- Temporary closures and/or travel restrictions will occur in the following locations prior to road work, harvest activities and burning: Yaak Mountain Lookout, Kilbrennan Campground\boat access, Alvord Lake Day-Use Site, Sears Flat Cross-Country Ski Area, and Troy Shooting Range. Public notification will occur prior to the above mentioned work. Safety signage will be placed in accordance with the proper Contract Provision.
- When logging Harvest Unit 42, the Eastside Road will be temporarily closed because of harvest activities. Notification to public and private land owners will occur.

## Riparian Habitat Conservation Areas (RHCAs)

- Perennial and intermittent streams, springs, ponds, wetlands and landslide prone areas in the timber harvest units are identified and protected by establishing RHCAs around these features. No activities will occur in RHCAs that will retard attainment of riparian management objectives or adversely affect inland native fish.
- RHCAs will be established around any new water features and landslide prone areas that are found within harvest units during implementation (B2.37).

## Snag Retention

- The Forestwide Desired Condition (FW-DC-VEG-07) and Guidelines (FW-GDL-VEG-04 and FW-GDL-VEG-05) provide guidance for snag retention. However, at times snags would need to be felled for safety concerns. All snags felled for safety reasons would be left on site (C2.303#) and would be cut as high as possible, to retain some value for wildlife use (foraging opportunities or habitat), where it is safe and reasonable to do so.

## Soils

- Use equipment with a bucket and thumb for mechanized slash piling and mechanized fire line construction.
- Existing skid trails and other disturbed areas will be reused during harvest operations and machine piling as much as feasible in order to minimize new soil disturbance. (B6.4)
- Units required to be logged during the winter to minimize soil impacts shall have 4 inches of frozen soil OR 1 inch of frozen soil utilizing a cut-to-length system (log forwarding). During harvest operations, the harvester shall place tops and limbs evenly on the skid road as it proceeds. (C6.4#, C6.42#)
- Excavated skid trails and temporary roads constructed or used for the project will be recontoured after use. Slash and duff will be placed on the recontoured slopes (C6.633)
- Skid trails would be placed a minimum of 75 to 100 feet apart in order to reduce soil disturbance.
- Temporary roads or compacted landing areas will be decompacted or recontoured following harvest activities.
- All disturbed areas except firelines will be seeded.
- Final unit boundaries for Unit 20 will exclude potentially unstable slopes identified by field verification.
- In Unit 63 no landing is allowed due to existing detrimental soil disturbance (DSD) over 15 percent. Landing is anticipated to be located in Unit 29.
- Post-harvest soil restoration will be implemented in Units 51 and 63 in order to reduce soil disturbance values to 15 percent or less in a 3-year timeframe.
- Units determined by post-harvest monitoring to exceed 15 percent DSD will require restoration work to reduce soil disturbance to 15 percent or less. Restoration efforts will vary by unit, but are anticipated to include decompacting soil, recontouring excavated trails and/or spreading adjacent top soil, duff and slash over disturbed areas. Decompaction of soils (regardless of equipment or method) will not mix the soil horizons. Funding to accomplish such activities might be accomplished through KV funding or through retained receipts from previous stewardship contracting.

## Special Provisions for Public Access on Decommissioned and Stored Roadways

- Stored service work on NFSR 4433 up to the junction with NFSR 4433B, and NFSR 4433B up to milepost 1.0 will be designed to allow for existing snowmobile access. The

culvert at milepost 2.1 on NFSR 4433 will be replaced with a 48-inch squash corrugated metal pipe culvert.

- Historically, portions of NFSRs 4433 and 4433B have been used by snowmobilers as a route to access the open terrain found within the identified over-snow use area on and around Pulpit Mountain. Snowmobile use is currently allowed through April 30 which extends into the early part of the spring emergence period. To reduce potential disturbance effects to grizzly bears during this period, especially sows with cubs of the year, a forest order would prohibit motorized over-snow use of this road after March 31 to be consistent with the 2015 Forest Plan guideline FW-GDL-WL-01.

## Tree Retention along Roadways

- When existing ground conditions and operational feasibility provide the opportunity in Harvest Units 03B, 23, 25, 56, 61 and 61A:
    - Retain small diameter residual trees (hardwoods or conifers) and/or brushy vegetation within view of roadways to "break up and soften" the view of harvest and fuel treatment activities;
    - Generally locate landings off of roads and within harvest units to reduce their visual impact;
    - Avoid ignition along roads where possible and design ignition patterns to minimize mortality of small diameter trees and brush along roads (identified on site specific burn plans).

## Vegetation

- If winter logging occurs in Harvest Units 1, 4, 28, 33, 38, 46, 50, or 77, accumulated post-harvest ponderosa pine and lodgepole pine slash will be monitored to determine the potential for *Ipps* beetle overwintering habitat and need for *Ipps* trapping. If the slash is determined to be a potential threat to remaining or neighboring pine trees, *Ipps* beetle traps will be implemented by the Forest Service.

## Water Quality

- Harvest, burning, and road work activities have been designed to meet the Federal Clean Water Act and Montana State water quality regulations primarily through the implementation of best management practices (BMPs). See OLY FEIS - Appendix B for a description of the Kootenai National Forest (KNF) BMP program and a table listing BMPs applicable to the proposed timber sale(s) authorized by this analysis.
- Table 7 shows the site specific BMPs on NFS roads designed to maintain and help protect water resource values.
- NFSRs 4433, 4433A and 4433B (Lynx Creek) will be treated to minimize erosion and help restore natural hydrologic function before being barriered to non-winter motorized access (see Appendix E Access Management Plan for additional information).

- Road work that disturbs stream channel banks, such as culvert removal or replacement, will require a Montana Stream Protection Act 124 Permit from Montana Fish Wildlife and Parks.

**Table 7: Timber Sale Related Road BMP**

| NFSR Number | Stream Location (Milepost) | Stream | Road /Stream Crossing BMP Work |
|---|---|---|---|
| 4445 | 0.17 | O'Brien Creek | Pave approaches to bridge. |
| 4445 | 0.06 | Lynx Creek | Pave road over top of culvert or install surface cross drains on both sides of crossing. |
| 4445 | 2.26 | Surprise Gulch | Construct berm along outside shoulder to divert road surface water past stream crossing. |
| 4445 | 2.28 | Surprise Gulch | Install ditch relief culvert upgrade of stream crossing. |
| 4445 | 4.08 | Surprise Gulch | Install surface cross drains on both sides of crossing. |
| 4445 | 9.00 | Koot Creek | Install surface cross drain upgrade of crossing. |
| 752 | 0.24 | North Fork O'Brien | Install ditch relief culvert and surface cross drain upgrade of stream crossing at NFSR 2380/752 junction. |
| 196 | 0.01 | Kilbrennan, Arbo. Seventeenmile, Yaak Tributaries | Road is not under Forest Service jurisdiction so BMP work is not required. |

## Wildlife: General

- Protection measures needed for endangered, threatened, proposed, and sensitive animals will be included in the contract to provide for the protection of these animals found during implementation (B6.24).
- Provide protection for active den or nest sites discovered during project implementation, through timing restrictions, distance buffers around the site, etc. Coordination with Montana Fish, Wildlife and Parks biologists would occur if needed.
- To protect nesting bald eagles and common loons at Kilbrennan Lake and common loons at Alvord Lake, recreation improvements and thinning activities would be restricted during the early spring to mid-summer period (March 1st to July 15th) with the exception of potential spring burning in Fuels Unit F5.
- To protect nesting bald eagles and common loons at Kilbrennan Lake, ignition of Fuels Unit F5 would be by hand rather than helicopter if implemented during the spring period.
- To protect nesting common loons on Kilbrennan Lake, boating use would be monitored following installation of the boat ramp on Kilbrennan Lake. If an increase in use is detected such that it impacts nesting use and success, the district biologist would coordinate with Montana Fish, Wildlife and Parks biologists to identify appropriate measures to mitigate this disturbance.

- Design features may be applied to Harvest Units 31A and/or 31B to protect a goshawk nest. Design features may include timing restrictions, adjusting the unit boundaries and/or prescriptions, or dropping units if necessary.
- No dust abatement chemicals or herbicides would be applied within an exclusion area (known Coeur d'Alene salamander habitat) found between milepost 12.8 and 13.0 on the East Side Road. Refinement of the exclusion area will be identified on the ground and documented by the District Biologist.

## Wildlife: Grizzly Bear

- No harvest or associated slashing, machine piling, machine fire line construction, road construction or reconstruction, road storage, road decommissioning, or watershed improvement work will occur during the spring bear use period (4/1 – 6/15). (C6.316#) Along open roads, routine road maintenance activities (e.g., blading, culvert cleaning, brushing, and other activities of a similar nature), loading/hauling of logs, and hand thinning of Fuels Units F7, F8, F18, F20, F22, F26, F29, F31, F32, F33, F34, F35, F36 may occur during this period. Also, road maintenance activities may occur on gated roads during the spring bear use period but must be completed within administrative use levels.
- Access management activities as displayed in Appendix E, the Access Management Plan, will be implemented to ensure that changes to grizzly bear habitat parameters are consistent with FW-STD-WL-02 design elements. (C5.12#, C5.41#).
- Currently gated or barriered/impassable roads will remain restricted to public motorized use when project activities occur during the bear year (4/1-11/30). Purchaser shall install a Temporary Activity Barrier on roads where physical barriers are removed. (C5.41#).
- The use of helicopters to ignite prescribed burns will not last more than 2 days per burn season (spring and fall) and not exceed a total of 4 days of helicopter use per bear year.
- Due to management activities on NFSRs 4433 and 4445 (along Lynx Creek) that will provide continued snowmobile access into predicted grizzly bear denning habitat, a forest order would prohibit over-snow motorized use of these roads in the spring after March 31 to reduce potential disturbance effects to grizzly bears during the spring emergence period.
- Prior to road construction/reconstruction and/or harvest use of currently barriered roads on Kilbrennan Ridge (NFSRs 14393, 14393A, 14321, 176F, and temporary road), Sears Flats (portion of NFSR 4447), near the Troy Shooting Range (NFSRs 14309 and 4445C), near Arbo Creek (NFSR 2365), and off of Kilbrennan Lake Road (NFSRs 2394A and 2394I) that would reduce existing Core habitat, NFSRs #2376 (Feeder-O'Brien), #4425 (Upper Rabbit Creek), and #4433 (North Fork Lynx) would be barriered to non-winter motorized use to provide in-kind replacement of Core habitat. The newly created Core areas will remain in place for a minimum of 10 years barring unforeseen circumstances. Harvest of 13 units accessed via open county roads could occur prior to or concurrent with watershed and barrier installation work associated with the in-kind replacement of Core; allowed units include units 5, 6, 7, 15, 16, 23, 24, 25, 27, 42, 50, 55, and 55A.
- Stimson Lumber Company has proposed road construction and harvest associated road use on Yaak Mountain.
  - Proposed activities will not occur during the spring bear use period (4/1 – 6/15).

- To compensate for the loss of grizzly bear Core habitat:
  - Stimson would provide for the in-kind replacement of Core by placing barriers on five of its roads #4407A, #4407C, portion of #4407E, #9905, and #9909. All other roads located behind these barriers would also be barriered to motorized use and includes roads #14115, #14369, #9905A, #9905B, #9905C, and #9909B. These roads are located on Stimson property and are currently restricted (gated) to public motorized use.
  - The in-kind replacement of Core would occur prior to the initiation of the proposed Stimson road construction on Yaak Mountain.
  - Newly created areas of Core will remain in place for a minimum of 10 years barring unforeseen circumstances.
- To reduce potential cumulative effects to grizzly bear open motorized route density (OMRD):
  - Implementation of Stimson's proposed road construction and harvest could not occur until OLY's proposed harvest/machine piling of fuels, harvest associated road work, and watershed improvement activities have been completed on Yaak Mountain.
  - Similarly, Stimson's proposed work could not occur until OLY's harvest/machine piling of fuels and harvest associated roadwork activities have been completed on Kilbrennan Ridge.
  - OLY's post-harvest fuels treatments and planting activities on Yaak Mountain and Kilbrennan Ridge would be planned to minimize road use in these areas. Specifically, if these activities occur within the same bear year as Stimson's activities on Yaak Mountain, then road use on Kilbrennan Ridge and/or NFSR 4408 on Yaak Mountain would be managed to keep motorized use within administrative use levels.
- OLY's post-harvest fuels treatments and planting activities on Yaak Mountain will be coordinated with Stimson's activities, if necessary, to minimize potential safety issues associated with the two activities occurring on the same road system.

- Following completion of harvest on Harvest Unit 55B and the prescribed fire on Fuels Unit F2, NFSR 2393 would be barriered near the junction with NFSR 176 (East Side Road) to contribute to the improvement of grizzly bear habitat parameters within the bear management unit (BMU).
- There are six areas of proposed watershed improvement work (i.e., road storage, road decommissioning, and site restoration work) in the project area, grouped into five different activity areas: Pulpit Mountain/O'Brien Creek, Yaak Mountain, Hummingbird Creek, NFSR 2380 reroute, and Prospect Creek (please refer to Bear Management Unit Map M-19 displaying Watershed Improvement work). To minimize potential grizzly bear displacement:
  - Work within each watershed activity area would be completed within a single bear year.
  - Work within the Pulpit Mountain/O'Brien Creek, Yaak Mountain, and Hummingbird Creek activity areas would be completed in separate bear years from the other (e.g., no overlap of watershed work within a given bear year for these areas).
  - Watershed work on Yaak Mountain will occur at the same time as harvest or harvest related road work occurring on Yaak Mountain.

- Watershed work will be planned so as not to conflict with timber harvest activities.
  - Watershed work in the Pulpit Mountain/O'Brien Creek area would occur prior to most harvest or harvest associated road work as the Pulpit Mountain work would provide the majority of the in-kind replacement of Core habitat as described above (see Figure 2). Harvest of 13 units accessed via open county roads could occur prior to or concurrent with the watershed work in this area; allowed units include units 5, 6, 7, 15, 16, 23, 24, 25, 27, 42, 50, 55, and 55A (See Figure 3).
  - Watershed work in the Hummingbird Creek activity area would not occur until all harvest activities (including mechanical piling and roadwork) are completed within the Project Area, including Stimson's proposed activities, and could not occur within the same bear year (April 1 through November 30).
- The Prospect Creek and NFSR 2380 reroute watershed improvement work may occur within the same bear year as harvest or other watershed activities.




**Figure 2: Proposed Watershed Improvement Work in the Pulpit Mountain/O'Brien Creek Area Occurring Prior to Most Harvest or Harvest Associated Road Work.**

# Appendix 3: Design Features



**Figure 3: NFSR 14321 and 14321A Proposed Road Work**

## Unit-Specific Design Feature Tables

The following tables show specific design features for the OLY project. Table 8 displays unit specific design features for the OLY project. Table 9 displays the soils, cultural, wildlife and fuels design features for Alternatives 3.

**Table 8: Unit Specific Design Features to Maintain and Protect Resource Values**

| Unit | Description |
|---|---|
| F02, F05, F13, F19, F25, F26, F29 | Any microsites that may experience detrimental effects from prescribed fire will be identified and excluded during the layout of this project. Snags within these old growth or recruitment potential old growth maintenance burn units would be protected through ignition and timing of the burn. |
| F02, F05, F06, F07, F08, F15, F18 | Ignition will not occur within the RHCAs but fire **is** allowed to back through these areas. |
| Fuels Unit F27, Harvest Unit 21 | Ignition will not occur within the RHCAs and fire is **not** allowed to back through these areas. |
| F09, F10 | Slashing in these units will occur only after Fuels Unit F27 and Harvest Unit 21 have been burned to prevent the potential for fire to spread onto adjacent Stimson Lumber Company land. Slash created within Fuels Units F09 and F10 will be lopped and scattered to prevent adverse fuel accumulations. |
| F16, F17 | Wet line, existing roads, and natural barriers will be used to control fire spread in these units to protect known historic properties. |
| Harvest Units 24, 27, 34, 37, 37A, 38A, Fuels Units F11, F16, F17, F25, F30, F31, F33, F34, F35, F36 | During prescribed burn mop up operations no digging should occur within these units. The burns will be monitored after ignition and any stumps, large woody debris or other burning material of concern will be extinguished using water. |
| F18 (F33, F34, F35, F36 in Alternative 3) | To minimize potential detrimental effects to historic properties, all slash that is felled will be transported by hand to the road where slash will be ground by a wood chipper. The wood chipper will remain on the road or road right of way and shoot/scatter chips back into the unit while avoiding chip pile accumulations. Right of ways will only be used if it is determined to be safe by the contract administrator. If it is determined there is a commercial market for wood chips, chips will be removed by the purchaser. |

**Table 9: Soil, Cultural, Wildlife and Fuels Design Features for Alternative 3**

| Unit Number | Required Winter Harvest[1] for Soils (S) or Weeds (W) or Historic Properties (HP) | Post-Harvest Soil Monitoring Required | Post-Harvest Soil Restoration Required Based on Existing DSD > 15% | Post-Harvest Soil Restoration Planned Based on Anticipated DSD >15% | Special Requirements to Protect Historic Properties[2] |
|---|---|---|---|---|---|
| **Harvest Units** | | | | | |
| 4 | | X | | | |

| Unit Number | Required Winter Harvest[1] for Soils (S) or Weeds (W) or Historic Properties (HP) | Post-Harvest Soil Monitoring Required | Post-Harvest Soil Restoration Required Based on Existing DSD > 15% | Post-Harvest Soil Restoration Planned Based on Anticipated DSD >15% | Special Requirements to Protect Historic Properties[2] |
|---|---|---|---|---|---|
| 6 | | X | | | |
| 7 | | X | | | |
| 8 | | X | | | |
| 8A | | X | | | |
| 14 | X (W) | | | | |
| 15 | | X | | | |
| 23 | | X | | | |
| 24, 27 | | | | | X |
| 28 | | X | | X | |
| 31B | | X | | | |
| 33 | X (HP) | | | | |
| 34 | X (S) (HP) | X | | | X |
| 35* | X (HP) | | | | X |
| 35A* | X (HP) | | | | X |
| 35B* | X (S) | X | DSD > 15%, however, no ground disturbing activities allowed due to historic property concerns | Not Allowed | X |
| 36* | X (HP) | X | | | X |
| 37 | X (HP) | | | | X |
| 37A | | | | | X |
| 38 | | X | | Not allowed | X |
| 38A | | X | | Not allowed | X |
| 41B* | X (S, HP) | X | | Not allowed | X |
| 43 | | X | | | |
| 45A | | X | | | |
| 45B | | X | | X | |
| 45C | X (S) | X | | | |

| Unit Number | Required Winter Harvest[1] for Soils (S) or Weeds (W) or Historic Properties (HP) | Post-Harvest Soil Monitoring Required | Post-Harvest Soil Restoration Required Based on Existing DSD > 15% | Post-Harvest Soil Restoration Planned Based on Anticipated DSD >15% | Special Requirements to Protect Historic Properties[2] |
|---|---|---|---|---|---|
| 46 | X (S) | X | | | |
| 47 | | X | | | |
| 48 | X (S) | X | | X | |
| 49 | | X | | | |
| 50 | | X | | | |
| 51 | X(S) | X | X | | |
| 52 | | X | | | |
| 52B | X(S) | X | | | |
| 52C | X (S) | X | | | |
| 52D | X (S) | X | | | |
| 57 | X (S) | X | | | |
| 58 | | X | | | |
| 60 | X (S) | X | | | |
| 61 | X (S) | X | | | |
| 61A | | X | | | |
| 62 | | X | | | |
| 63 | X (S) | X | X | | |
| 77 | | X | | X | |
| **Fuels Units** | | | | | |
| F11, F16, F17, F25, F30, F31, F32, F33, F34, F35, F36 | | | | | X |

[1] Units are required to have 4 inches of frozen ground or OR 1 inch of frozen soil utilizing a cut-to-length system (log forwarding). During harvest operations, the harvester shall place tops and limbs evenly on the skid trail as it proceeds. (C6.4#, C6.42#). See Soils Design Features

[2] Special requirements include pre and post burn treatment monitoring by a Tribal Liaison or heritage personnel. No ground disturbing activities and no ignition within historic properties but backing fire is acceptable. See Historic Properties design features above.

* These Units are not included in Alternative 3

DSD = Detrimental Soil Disturbance

# Appendix 4: OLY Monitoring Plan

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 1 | Aquatic Species and Habitat: Biological Opininion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall ensure that all road treatments designed to decrease sediment delivery on timber haul routes, as described in the Proposed Action section of this biological opinion and the biological assessment, are implemented and functional prior to the first log hauling season. | Pre Treatment | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |
| 2 | Aquatic Species and Habitat: Biological Opininion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall ensure the replacement and removal of culverts identified in the project description and biological assessment will provide passage for all life stages of bull trout, and accommodate a 100-year flood event without backwater conditions and/or erosion of associated streambanks or road fill. | Ongoing | Any culverts replaced will be designed to accommodate a 100-year flood event. | Hydrologist/ Fisheries Biologist |
| 3 | Aquatic Species and Habitat: Biological Opininion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | During all road management actions associated with the project, the Forest shall implement soil and water best management practices (BMPs) and the specific minimization measures identified for each Activity Type as developed in the Biological Assessment of Road Related Actions on Western Montana Federal Lands that are Likely to Adversely Affect Bull Trout (U.S. Forest Service 2007) | Ongoing | Review road work on timber haul routes and other storage & decommissioning projects for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |

# Appendix 4: Monitoring Plan

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 4 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | Prior to harvest treatments, along perennial, intermittent, or ephemeral streams within the action area, the Forest shall verify the RHCAs of an appropriate width are being implemented on the ground. Verification shall be in a visual manner that ensures landslide-prone and other sensitive areas have been incorporated into the RHCA. Should new stream channels develop, or existing stream channels be functionally reclassified, prior to, or during project implementation, the Forest shall re-delineate RHCAs of appropriate width prior to further timber harvest. | Pre Treatment | Visual verification of appropriate RHCA widths | Fisheries Biologist |
| 5 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall maintain and monitor all implemented road BMPs for effectiveness to ensure they are minimizing sediment delivery. Maintenance and monitoring shall occur throughout the projects ten year timeframe. | Ongoing | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |
| 6 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | Upon discovery of ineffective road BMPs, road treatments, or watershed improvement elements, the Forest shall implement corrective actions within 10 working days, or as agreed to by the Service. | Ongoing | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |
| 7 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall monitor RHCA buffers during project implementation to ensure they are not compromised by management activities or climactic events that may influence buffer efficacy. | Pre and Post Treatment | Visual verification of RHCA efficacy | Fisheries Biologist |

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 8 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall annually monitor the condition and use of forest roads that receive BMPs or additional treatments to ensure that delivery of sediment and debris is being minimized to the greatest extent possible. These monitoring efforts shall include periodic field review of haul routes and haul traffic volume. | Annually | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Fisheries Biologist/ Hydrologist |
| 9 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | Upon locating dead, injured or sick bull trout, or upon observation of redd destruction, notification must be made within 24 hours to the U.S. Fish and Wildlife Service's Montana Field Office at 406-758-6868. In addition to notification, information pertaining to the date, time, location and potential cause of sick, injured or dead bull trout shall also be collected and conveyed to the Montana Field Office. | Ongoing | Visual inspection of stream crossing treatments | Contracting Officer Representative (COR) / Fisheries Biologist |
| 10 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall provide the results of any annual monitoring conducted as described in the terms and conditions described above. Annual monitoring results shall be provided by May 1st for activities occurring in the preceding calendar year, or by an alternative date as specified by the Service. Annual monitoring reports shall follow the format used in the Biological Opinion on the Effects to Bull Trout and Bull Trout Critical Habitat from Road Management Activities on National Forest System and Bureau of Land Management Lands in Western Montana, Appendix H: Roads Programmatic Field Audit Form to Ensure that Drainage Features are Functioning as Planned (U.S. Fish and Wildlife Service 2007). The annual monitoring report shall include a narrative on the compliance of proposed actions identified in the biological assessment and this biological assessment. The annual monitoring report shall expressly describe if the level of incidental take associated with this project has been exceeded. | Annually | Compiling of the above monitoring results into an annual report, providing a narrative on the compliance of proposed actions and the level of incidental take. | Contracting Officer Representative (COR) / Fisheries Biologist |

# Appendix 4: Monitoring Plan

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 11 | Cultural Resources | Ensure effectiveness of historic properties protection measures and survey for newly exposed cultural resources | Pre and Post Fuels Treatment | Pedestrian survey will be conducted over newly disturbed or exposed surfaces within specified units. Fire line construction will be actively monitored in specified units. | Kootenai NF Heritage personnel and/or Tribal liaison (where applicable) |
| 12 | Noxious Weeds | Monitor noxious weed infestations | Pre Treatment and following timber sale activities | Monitor project area to determine effectiveness of weed spraying. | District Weed Specialist |
| 13 | Silviculture | Track insect and diseases | Post Treatment | Annual insect and disease mortality surveys; ongoing program accomplished by Forest Health Protection (FHP). | R-1 Forest Health Protection |
| 14 | Silviculture | Assure regeneration harvest units are stocked with trees in 5 years | Post Treatment | Reforestation surveys the 1st, 3rd and 5th year after planting. | Silviculture |
| 15 | Silviculture/ Botany | Monitor old growth characteristics and effectiveness of harvest and fuels treatments | Pre and Post Treatment | Walk through transects or old growth plots | Botany |
| 16 | Silviculture/ Fuels/ Wildlife | Determine whether fuels treatment objectives were accomplished | Post Treatment | Review selected treatment areas. Evaluate silvicultural objectives and prescribed burn objectives. | Fuels Specialist/ Silviculturist/IDT |

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 17 | Soils | Monitor detrimental soil disturbance | Post Treatment | Randomly sample timber sale units using approved methodology (walk through transects). | Soil Scientist |
| 18 | Soils | Monitor the effectiveness of project specific design features | Post Treatment | | Soil Scientist |
| 19 | Soils/ Silviculture | Monitor coarse woody debris (CWD) to see if recommended amounts were retained | Post Treatment | Measure tons per acre of CWD within a representative sample of both burned and piled units. | Soil Scientist/ Silviculturist |
| 20 | Watershed | Monitor implementation and effectiveness of Best Management Practices (BMPs) used for project activities (includes monitoring RHCAs) | During and post project activities | Review a representative sample of timber sale units, road reconstruction, road storage and road decommissioning and complete BMP monitoring reports. | Sale Admin/ Engineering Representative/IDT/ District Staff |
| 21 | Watershed | Monitor the effectiveness of project specific design features | During and post timber sale activities | | Sale Admin/ IDT/District Staff |
| 22 | Wildlife | Verify maintenance and retention of cavity habitat | Post Treatment | Representative sample of units taken to determine retention of cavity habitat. | Wildlife Biologist |
| 23 | Wildlife | Determine effectiveness of burning to increase browse. | 1-3 years after burning | Survey selected underburn treatments to determine the species of browse and to what extend burning has stimulated browse. | Wildlife Biologist/ Fuels Specialist |

# Appendix 4: Monitoring Plan

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 24 | Wildlife | Monitor the status and effectiveness of closure devices – gates, earthen barriers, signing | 1-2 times per year | District employees will monitor the status of closure devices and their effectiveness through their daily field work and once a year through the Adopt—Road program. | District Access Management Program/ Law Enforcement |

# Appendix 5: Best Management Practices (BMP)

## Introduction

Federal agency compliance with pollution control is addressed through Section 313 of the Clean Water Act, Executive Order 12580 (January 23, 1987), National Nonpoint Source Policy (December 12, 1984), USDA Nonpoint Source Water Quality Policy (December 5, 1986) and the Environmental Protection Agency in their guidance "Nonpoint Source Controls and Water Quality Standards" (August 19, 1987). In order to comply with State and local non-point pollution controls the Forest Service will apply Best Management Practices (BMPs) to all possible non-point sources which may result from management activities proposed in this FEIS. These BMPs are the Soil and Water Conservation Practices described in the Forest Service Handbook (FSH) 2509.22.

BMPs are the primary mechanism for achievement of water quality standards (EPA, 1987). This appendix describes the Forest Service's BMP process in detail, and lists the key Soil and Water Conservation Practices that have been selected to be used in the action alternatives analyzed in this FEIS.

BMPs include, but are not limited to, structural, and non-structural controls, operations, and maintenance procedures. BMPs can be applied before, during, or after pollution-producing activities to reduce or eliminate the introduction of pollutants into the receiving watershed (40 CFR 130.2, EPA Water Quality Standards Regulation). BMPs are usually applied as a system of practices rather than a single practice. They are selected on the basis of site-specific conditions that reflect natural background conditions and political, social, economic, and technical feasibility.

The Forest Plan states that soil and water conservation practices, as outlined in the Soil and Water Conservation Practices Handbook (FSH 2509.22, May 1988), will be incorporated into all land use project plans as a principal mechanism for controlling non-point pollution sources, meeting soil and water quality goals, and protecting beneficial uses. Activities found not to comply with the soil and water conservation practices or State standards will be brought into compliance, modified, or stopped (USDA Forest Service, 1987a, pp. 11-23). Montana State Water Quality Standards require the use of reasonable land, soil, and water conservation practices (analogous to BMPs) as the controlling mechanism for non-point pollution. The use of BMPs is also required in the Memorandum of Understanding between the Forest Service and the State of Montana as part of the agency's responsibility as the designated water quality management agency on National Forest System lands.

## BMP Implementation Process

In cooperation with the State, the Forest Service's primary strategy for the control of non-point sources of pollution is based on the implementation of preventive practices (i.e., BMPs). The BMPs have been designed and selected to protect the identified beneficial uses of the watershed.

The Forest Service non-point source management system consists of the following steps:

1. <u>BMP Selection and Design</u> - Water quality goals are identified in the Forest Plan. These goals meet or exceed applicable legal requirements including State water quality regulations, the

Clean Water Act, and the National Forest Management Act. Environmental assessments for projects are tiered to Forest Plans using the National Environmental Policy Act process. The appropriate BMPs are selected for each project by an interdisciplinary team. In each new location, there is flexibility to design different BMPs depending on local conditions and values and downstream beneficial uses of water. The BMP selection and design are dictated by the proposed activity, water quality objectives, soils, topography, geology, vegetation, and climate. Environmental impacts and water quality protection options are evaluated, and alternative mixes of practices are considered. A final collection of practices are selected that not only protect water quality but meet other resource needs. These final selected practices constitute the BMPs for the project.

2. BMP Application - The BMPs are translated into contract provisions, special use permit requirements, project plan specifications, and so forth. This ensures that the operator or person responsible for applying the BMPs actually is required to do so. Site-specific BMP prescriptions are taken from plan-to-ground by a combination of project layout and resource specialists (hydrology, fisheries, soils, etc.). This is when final adjustments to fit BMP prescriptions to the site are made.
3. BMP Monitoring - When the resource activity begins (e.g., timber harvest or road building), timber sale administrators, engineering representatives, resource specialists, and others ensure the BMPs are implemented according to plan. BMP implementation monitoring is done before, during, and after resource activity implementation. This monitoring answers the question: Did we do what we said we were going to do? Once BMPs have been implemented, further monitoring is done to evaluate if the BMPs are effective in meeting management objectives and protecting beneficial uses. If monitoring indicates that water quality standards are not being met or beneficial uses are not being protected, corrective action will consider the following:

    Is the BMP technically sound? Is it really best or is there a better practice that is technically sound and feasible to implement?

    Was the BMP applied entirely as designated? Was it only partially implemented? Were personnel, equipment, funds, or training lacking which resulted in inadequate or incomplete implementation?

    Do the parameters and criteria that constitute water quality standards adequately reflect human-induced changes to water quality and beneficial uses?

4. Feedback - Feedback on the results of BMP evaluation is both short- and long-term in nature. Where corrective action is needed, immediate response will be undertaken. This action may include: modification of the BMP, modification of the activity, ceasing the activity, or possibly modification of the State water quality standard. Cumulative effects over the long-term may also lead to the need for possible corrective actions.

## KNF BMP SELECTION AND DESIGN FORM (KNF-BMP-1)

## (Revised 3/08 for D-4)

## SITE-SPECIFIC BEST MANAGEMENT PRACTICES

Description of the soil and water conservation practices from the Forest Service Soil and Water Conservation Handbook (FSH 2509.22) will be applied in all alternatives. The location where the practices will be applied is specified in the table below. For a more detailed description of a specific BMP, refer to the Soil and Water Conservation Handbook.

ER - Engineering Representative

FP - Kootenai Forest Plan

IDT - Interdisciplinary Team

INFISH - Inland Native Fish Strategy

KNF - Kootenai National Forest

PSF - Pre-sale Forester

RHCA - Riparian Habitat Conservation Area

SAM - Sale Area Map

SMZ - Streamside Management Zone

SPS – Special Project Specification

SWCP - Soil and Water Conservation Practice

TSA - Timber Sale Administrator

TSC - Timber Sale Contract

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.01 | TIMBER SALE PLANNING - To incorporate soil and water resource considerations into Timber Sale Planning | All Units | IDT considers watershed characteristics and expected responses to proposed activities. EIS identifies BMPs and Design Features needed to protect soil and water resources. Timber sale contracts include provisions to protect water quality, soil quality, and other resources as directed by the Decision. | OLY project design considered water and soil quality impacts. TSC will include Design Features from Decision. | IDT | N/A |
| 14.02 | TIMBER HARVEST UNIT DESIGN - To insure that timber harvest unit design will secure favorable conditions of water flow, maintain water quality and soil productivity, and reduce soil erosion and sedimentation. | All Units | Proposed activities are evaluated to estimate the potential watershed response. Prescriptions are designed to assure an acceptable level of protection for soil and water resources. Management protects soil/water resources by project design, implementing the Forest Plan including INFISH, and applying the results of past monitoring. | Cumulative effects analysis and unit design were performed by IDT.<br><br>The proposed actions are consistent with the Forest Plan and best management practices. OLY unit boundaries were located so as to protect water and soil resources. | IDT | N/A |
| 14.03 | USE OF SALE AREA MAPS (SAMs) FOR DESIGNATING SOIL AND WATER PROTECTION NEEDS - To delineate the location of protected areas and available water sources and ensure their recognition, proper consideration, and protection on the ground. | All Units | The IDT and PSF will identify water courses to be protected, locate unit boundaries accordingly, and prepare SAMs showing water features and wet areas requiring protection. PSA will prepare implementation notes for TSA detailing specific soil and water resource concerns by unit. TSA will review areas of concern with Purchaser before operations. Default RHCAs widths are used unless modified through further analysis. | Default RHCA widths are used for this project. Where possible streams were excluded from units. Small streams, springs and wet areas that occur within the units will be buffered. No harvest or slash disposal activities will occur within designated RHCAs. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5<br>C(T)6.50# |
| 14.04 | LIMITING THE OPERATION PERIOD OF TIMBER SALE ACTIVITIES - To minimize soil erosion, sedimentation, and a loss in soil productivity by insuring that the Purchaser conducts his/her operations in a timely manner. | See Design Features and Mitigations | If required, limited operating periods are specified in the Decision. The PSF prepares a contract that includes provision C(T)6.316 and/or C(T)6.4#. Activities restricted to limited operating periods may include both harvesting and mechanical slash treatment. | OLY units with required winter harvest and frozen ground conditions are identified in the Design Features. Mechanized slash treatment will be restricted to dry or frozen conditions. | IDT; PSF; TSA | B(T)6.31<br>B(T)6.311<br>B(T)6.6<br>C(T)6.6<br>C(T)6.316#<br>C(T)6.4# |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.05 | PROTECTION OF UNSTABLE AREAS - To protect unstable areas and avoid triggering mass movements of the soil mantle and resultant erosion and sedimentation. | All Units | BMPs are specified to prevent irreversible soil and water damage on unstable soil types. Landslide-prone areas are protected as RHCAs. TSA will inform Hydrologist and PSF if it appears logging operations may cause a mass failure. | Based on ground verification, no landslide prone areas are located within proposed treatment areas. | Hydrologist; PSF; TSA | C(T)6.4# |
| 14.06 | RIPARIAN AREA DESIGNATION - To minimize the adverse effects on riparian areas with prescriptions that manage nearby logging and related land disturbance activities. | All Units | Management in or near streams and wetlands in the decision area will comply with the Forest Plan and the State SMZ law. These features and appropriate boundaries will be included on the sale area map and marked on the ground. This information will be included in the timber sale contract. | Default RHCA widths will be used. Field evalution dtermines there will be no effecto to riparian function, RMOs or water quality. | IDT; PSF; TSA | B(T)1.1 B(T)6.5, C(T)6.4# C(T)6.41# C(T)6.50# |
| 14.07 | DETERMINING TRACTOR-LOGGABLE GROUND - To protect water quality from degradation caused by tractor logging ground disturbance. | All Units | IDT identifies tractor ground during transportation and timber sale planning process. Slopes in tractor units should generally be less than 40%. PSF will prepare a TSC that includes provisions stating areas and conditions under which tractors can operate. | Tractor units have been determined through field verification of slope steepness and other ground conditions.. | IDT; PSF | N/A |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.08 | TRACTOR SKIDDING DESIGN - To minimize erosion and sedimentation and protect soil productivity by designing skidding patterns to best fit the terrain. | All Units | PSF proposes economically feasible harvest plan for each unit that meets Forest Plan standards and guidelines and minimizes adverse impacts to soil and water resources. PSF reviews difficult or complex situations with TSA during planning. TSA approves all skidding operations after consultation with Purchaser and consideration of which design will yield the least impact to the soil resource. Existing skid trails are used to the extent feasible. IDT documents project requirements in Design Features and recommendations in implementation notes. During implementation potential changes to direction in Design Features and/or implementation notes are reviewed with the appropriate personnel to assure compliance with NEPA and the Forest Plan. | See Design Features. Unit specific concerns that are not contractual requirements will be included in implementation notes after review with TSA. | IDT; TSA; Hydrologist | B(T)6.422<br>C(T)6.4# |
| 14.09 | SUSPENDED LOG YARDING IN TIMBER HARVESTING - To protect the soil from excessive disturbance and accelerated erosion and maintain the integrity of the riparian areas and other sensitive areas. | Not Applicable | If cable logging occurs through riparian areas, full suspension will be required. These areas will be identified by the IDT and PSF will include in TSC. | | IDT; PSF; TSA | B(T)6.42<br>C(T)6.4#<br>C(T)6.50# |
| 14.10 | LOG LANDING LOCATION AND DESIGN - To locate in such a way as to avoid soil erosion and water quality degradation. | All Units | TSA approves landing locations proposed by Purchaser. Approved landing locations will meet the criteria of minimal size, least excavation needed, located outside RHCAs, no side-cast material into sensitive areas, and control of runoff that may carry sediment into streams. | Skid trails and landings will be located or mitigated so that sediment does not enter stream channels. Streams will be identified on SAM and/or in implementation notes. | TSA | B(T)6.422<br>C(T)6.422 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.11 | LOG LANDING EROSION PREVENTION AND CONTROL- To reduce erosion and subsequent sedimentation from log landing through the use of mitigating measures. | All Units | PSF, Hydrologist and ER will consult on designing road BMP work so that cross drainage is installed in appropriate locations that prevent sedimentation in streams.<br>TSA assesses what is necessary to prevent erosion and takes necessary action to protect soil and water resources during operations including temporary construction/installation of drainage structures and other sediment control measures. Landings will be rehabilitated to the full extent possible under the TSC considering future activities. | Landing conditions will be reviewed by IDT after completion of harvest area activities and additional rehabilitation needs will be determined. Funding will be sought for additional work identified that cannot be completed under the TSC. | TSA; IDT; District Ranger | C(T)6.6<br>B(T)6.64<br>B(T)6.6 |
| 14.12 | EROSION PREVENTION AND CONTROL MEASURES DURING THE TIMBER SALE OPERATION - To ensure that the Purchaser's operations shall be conducted reasonably to minimize soil erosion. | All Units | TSA ensures that erosion control is kept current. TSA shuts down operations when unacceptable resource damage is occurring. | See Design Features for units designated as winter harvest to protect soil and water resources. | PSF; TSA | B(T)6.6<br>B(T)6.64<br>C(T)6.6<br>C(T)6.601#<br>C(T)6.633#<br>B(T)6.661 |
| 14.13 | SPECIAL EROSION PREVENTION MEASURES ON AREAS DISTURBED BY HARVEST ACTIVITIES - To prevent erosion and sedimentation on disturbed areas. | All Units | | | TSA; IDT | C(T)6.601#<br>C(T)6.32#<br>C(T)6.633# |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.14 | REVEGETATION OF AREAS DISTURBED BY HARVEST ACTIVITIES - To establish a vegetative cover on disturbed areas to prevent erosion and sedimentation. | All Units | IDT establishes vegetation and fertilizer mix to be used in the project area consistent with KNF policy. PSF puts in contract. TSA is responsible for seeing that revegetation work required by Purchaser is done correctly and in a timely manner. | On roadways and landings seed disturbed areas with KNF approved seed mix for roads. On temporary roads and skid trails within units seed only where specified or where natural vegetation and slash do not appear adequate for erosion control. In these cases use KNF approved mix for skid trails. | IDT; PSF; TSA | C(T)6.01#<br>C(T)6.633# |
| 14.15 | EROSION CONTROL ON SKID TRAILS - To protect water quality by minimizing erosion and sedimentation derived from skid trails. | All Units | Erosion control measures may be recommended by the IDT, but site-specifically adjusted by the TSA. TSA will ensure erosion control is kept current and installed before winter. Maintenance of erosion control structures by the Purchaser may be necessary and requested by the TSA. | Pull slash across trails and lightly tamped into the ground so as to trap runoff in lieu of waterbars. Use waterbars where slash is unavailable or inadequate. Seed trails where needed to prevent erosion or control weeds. | IDT; PSF; TSA | C(T)6.6<br>B(T)6.6<br>B(T)6.64<br>B(T)6.65<br>B(T)6.66 |
| 14.16 | MEADOW PROTECTION DURING TIMBER HARVESTING - To avoid damage to the ground cover, soil, and water in meadows. | Not Applicable | IDT identifies areas needing special protection. PSF will verify the areas needing protection and prepare the contract to prevent damage to meadows. The TSA will be responsible for on-the-ground protection of meadows. If meadows are found by the TSA during operations, it is their responsibility to either afford them the proper protection or pursue a contract modification. | No meadows have been identified within the timber sale units. | IDT; PSF; TSA | B(T)1.1<br>B(T)5.1<br>B(T)6.422<br>B(T)6.61<br>C(T)6.4#<br>C(T)6.62# |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.17 | STREAM CHANNEL PROTECTION (IMPLEMENTATION AND ENFORCEMENT) - Protect natural stream flows; provide unobstructed passage of flows; reduce sediment input; and restore flow if diverted by timber sale activity. | All Units | IDT has identified the location of channels in the decision area. PSF will prepare a SAM locating the channels needing protection. Layout crew marks boundaries and trees according SMZ and FP guidelines. TSA will review any proposed stream channel crossings by skid trails or temporary roads with hydrologist. An Alternative Practice or 124 Permit may be required. TSA will see that TSC items are carried out on the ground. | Default RHCA widths apply. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5<br>B(T)6.6<br>C(T)6.50#<br>C(T)6.6 |
| 14.18 | EROSION CONTROL STRUCTURE MAINTENANCE - To insure that constructed erosion control structures are stabilized and working effectively. | All Units | During the period of the TSC, the Purchaser is responsible for maintaining the erosion control features. TSA ensures contract compliance. | | TSA | B(T)6.67 |
| 14.19 | ACCEPTANCE OF TIMBER SALE EROSION CONTROL MEASURES BEFORE SALE CLOSURE - To assure the adequacy of required erosion control work on timber sales. | All Units | TSA reviews erosion control work in each harvest unit for implementation and effectiveness. Erosion control measures are not considered acceptable if they do not meet standards or do not protect soil/water values. TSA documents acceptance of erosion control features in daily diary. TSA informs IDT where problems with effective implementation are encountered. | | TSA | B(T)6.36 |
| 14.20 | SLASH TREATMENT IN SENSITIVE AREAS - To protect water quality by protecting sensitive tributary areas from degradation that would result from using mechanized equipment for slash disposal. | All Units | All activities will comply with the KNF Forest Plan and State SMZ law. Mechanical fuels treatments should not be prescribed for areas with slopes greater than 40%. TSA will not permit piling operations if high soil moistures will result in rutting. Prescribed burning ignition will not occur within RHCAs. | Mechanical piling is limited to units with slopes less than 40%. | IDT; TSA | B(T)6.5<br>C(T)6.50#<br>B(T)6.7<br>C(T)6.7<br>C(T)6.71<br>C(T)6.753 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 14.22 | MODIFICATION OF THE TSC - To modify the TSC if new circumstances or conditions indicate the timber sale will cause irreversible damage to soil, water, or watershed values. | All Units | If TSC is not adequate to protect soil/water resources, the TSA and Contracting Officer are responsible for recommending modification of the TSC. IDT and District Ranger will be consulted on problem and proposed remedy. | | TSA; Contracting Officer; IDT; District Ranger | B(T)8.3 |
| 15.01 | GENERAL GUIDELINES FOR TRANSPORTATION PLANNING - To introduce soil and water resource considerations into transportation planning. | All Roads | Complete or update transportation analysis. The IDT evaluates watershed characteristics and response of soil and water resources to existing transportation system, proposed transportation alternatives and road-related activities. | A transportation analysis for the OLY area has been completed and identified roads of most concern for soil and water resources. Opportunities for addressing these concerns have been identified and prioritized. | IDT; ER | N/A |
| 15.02 | GENERAL GUIDELINES FOR THE LOCATION AND DESIGN OF ROADS AND TRAILS - To locate and design roads and trails with minimal soil and water impact while considering all design criteria. | All New Permanent or Temporary Roads | The IDT ensure that location and design of roads have considered best options for soil and water resource protection. Mitigation measures have been identified to protect the soil and water resources. Design and contract will be prepared by the ER that meets the soil and water resource protection requirements. | Two new permanent road segments are planned in order to decrease the impacts of the existing road on water resources.<br><br>For any temporary roads: Design temporary roads so as to minimize total ground disturbance considering skidding and landing needs. Avoid unstable or wet soils during location. Avoid slopes over 50%. Apply appropriate design features and BMPs at stream crossings to minimize sediment delivery. | IDT; ER | N/A |
| 15.03 | ROAD AND TRAIL EROSION CONTROL PLAN - To prevent, limit, and mitigate erosion, sedimentation, and resulting water quality degradation during construction by timely implementation of erosion control practices. | All Roads | IDT identifies priority road-related work. Engineering works with specialists on BMP design for sites of special concern and implements BMP work according to Decision. ER prepares contract that has adequate BMPs. ER will see that erosion control measures are completed in a timely manner. ER/TSA documents compliance in daily diary. | BMPs that would minimize sediment delivery to stream crossings on the timber sale haul roads have been identified and will be included in the timber sale contract. See Design Features. | ER; SA | B(T)6.31<br>B(T)6.6<br>B(T)6.312 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 15.04 | TIMING OF CONSTRUCTION ACTIVITIES - To minimize erosion by conducting operations during minimal runoff periods. | All Roads | Road work should only be performed when ground conditions are suitable. Wet or frozen conditions prevent good compaction and can result in excessive sedimentation. IDT identifies any unusual timing restrictions. PSA puts appropriate timing into TSC. ER/TSA permit construction within allowed periods and when ground conditions are such that water quality impacts are minimized. | No special timing for road work required other than normal operating season. | IDT; ER; SA | B(T)6.31<br>B(T)6.312<br>B(T)6.6<br>SPS 204 |
| 15.05 | SLOPE STABILIZATION AND PREVENTION OF MASS FAILURES - To reduce sedimentation by minimizing the chances for road-related mass failures, including landslides and embankment slumps. | All Roads | IDT identifies slope stability concerns and recommended solutions. PSF and ER translate required design features into TSC. ER/TSA implement required mitigation and review any concerns/changes with hydrologist. | | | N/A |
| 15.06 | MITIGATION OF SURFACE EROSION AND STABILIZATION OF SLOPES - To minimize soil erosion from road cutslopes, fill slopes, and travel ways. | All Roads | Stabilization techniques are included in contract provisions. Compliance is ensured by ER. | Seed and fertilize any disturbed areas caused by road maintenance, reconstruction or new construction. . Buttress cut slopes and catch basins that may slump and plug ditches or culverts. | ER | SPS 203,<br>SPS 204<br>SPS 206A<br>SPS 210<br>SPS 412<br>SPS 619<br>SPS 625<br>SPS 626<br>SPS 630<br>B(T)5.3<br>B(T)6.31<br>B(T)6.6<br>B(T)6.62<br>B(T)6.66<br>B(T)6.312<br>C(T)6.6<br>C(T)6.601 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 15.07 | CONTROL OF PERMANENT ROAD DRAINAGE - To minimize the erosive effects of concentrated water and degradation of water quality by proper design and construction of road drainage systems and drainage control structures. | All Permanent Roads | Hydrologist works with ER to identify road segments and road/stream crossings that need BMP work. Work necessary to prevent sediment delivery to streams is identified in Design Features and included in TSC. | See Design Features for BMP work identified for this project. | Hydrologist; ER | B(T)5.3<br>C(T)5.31<br>B(T)6.311<br>B(T)6.6<br>C(T)6.6 |
| 15.08 | PIONEER ROAD CONSTRUCTION - To minimize sediment production and mass wasting associated with pioneer road construction. | Not Applicable | ER will be responsible for enforcing contract specifications. The Purchaser is responsible for submitting an operating plan that includes erosion control measures. | | ER | B(T)6.6<br>B(T)5.23<br>B(T)6.31<br>B(T)6.312<br>B(T)6.311<br>SPS 204 |
| 15.09 | TIMELY EROSION CONTROL MEASURES ON INCOMPLETE ROADS AND STREAM CROSSING PROJECTS - To minimize erosion of and sedimentation from disturbed ground on incomplete projects. | All Roads | Avoid construction during wet periods. Use slash filter windrows and sediment traps where needed. Seed and fertilize disturbed areas. Protective measures will be kept current on all areas of disturbed, erosion-prone areas.ER/TSA ensures contract compliance. | | ER; TSA | B(T)6.31<br>B(T)6.6<br>B(T)5.23<br>B(T)6.66<br>C(T)6.6 |
| 15.10 | CONTROL OF ROAD CONSTRUCTION, EXCAVATION, AND SIDE-CAST MATERIAL - To reduce sedimentation from unconsolidated excavated and side-cast material caused by road construction, reconstruction, or maintenance. | All Roads | Do not sidecast material into waterways or sensitive areas. Consider replacement or extension of culverts that are not long enough to protect stream from sidecast of roadway material during road blading. Protective measures will be kept current on all areas of disturbed, erosion-prone areas. ER/TSA ensure contract compliance. | | ER; TSA | BT5.3<br>CT5.31<br>SPS 203<br>SPS 204 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 15.11 | SERVICING AND REFUELING EQUIPMENT - To prevent contamination of waters from accidental spills of fuels, lubricants, bitumens, and other harmful materials. | All Units and Roads | ER/TSA will approve location, size, and uses of service refueling and fuel storage areas. Fueling should not occur within RHCAs or in locations where fuel spills could contaminate water bodies or riparian areas. ER/TSA will ensure contract compliance. ER/TSA will follow KNF Hazardous Substance Spill Plan in case of accidents. | | ER; TSA | B(T)6.222<br>B(T)6.34<br>B(T)6.341 |
| 15.12 | CONTROL OF CONSTRUCTION IN RIPARIAN AREAS - To minimize the adverse effects on riparian areas from roads. | All Roads | Construction of proposed new and temporary roads will comply with Forest Plan and Montana SMZ Law. All construction will be performed so as to minimize impact to water quality and the riparian area. ER/TSA will pay particular attention to activities in riparian areas. | Road width will be kept to the minimum at stream crossings. Excess material will not be sidecast into riparian area. Cross drainage will be provided on approaches so that surface runoff is diverted before crossing. Culverts will be installed during periods of low or no flow and according to specifications. Erosion control measures will be implemented. | ER; TSA | B(T)6.5<br>B(T)6.62<br>C(T)6.50<br>SPS 206<br>SPS 206A |
| 15.13 | CONTROLLING IN-CHANNEL EXCAVATION - To minimize stream channel disturbances and related sediment production. | All Roads | See 15.12. | See 15.12. | ER; TSA | B(T)6.5<br>SPS 204<br>SPS 206<br>SPS 206A |
| 15.14 | DIVERSION OF FLOWS AROUND CONSTRUCTION SITES - To minimize downstream sedimentation by insuring all stream diversions are carefully planned. | All Roads | Divert stream flow around construction sites. Live stream crossings require a State 124 permit. The ER will acquire permit in consultation with hydrologist. | | ER; Hydrologist | B(T)6.5<br>B(T)6.31<br>C(T)6.50<br>C(T)6.52<br>C(T)6.6 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 15.15 | STREAM CROSSINGS ON TEMPORARY ROADS - To keep temporary roads from unduly damaging streams, disturbing channels, or obstructing fish passage. | Temporary Roads | Avoid temporary road locations with stream crossings if possible. Live streams require a State 124 permit. TSA will acquire permits in consultation with an engineering representative or hydrologist | There are no stream crossings on temporary roads proposed for this project. | Hydrologist; Aquatic Specialist; PSF; TSA | |
| 15.16 | BRIDGE AND CULVERT INSTALLATION - To minimize sedimentation and turbidity resulting from excavation for in-channel structures. | All Roads | The hydrologist and ER will cooperate on design and mitigations. The ER will ensure the design and contract language are sufficient to protect water resources. Live streams require a State 124 permit. ER will acquire permits in consultation with hydrologist. | Perform culvert removal and installation work during suitable ground conditions and low flow periods in accordance with terms of the applicable Montana 124 permit, and, if applicable, the FWS Biological OpinionTerms and Conditions for bull trout. | Hydrologist; Aquatic Specialist; ER | C(T)6.5 |
| 15.17 | REGULATION OF BORROW PITS, GRAVEL SOURCES, AND QUARRIES - To minimize sediment production from borrow pits, gravel sources, and quarries and limit channel disturbance in those gravel sources suitable for development in floodplains. | | ER will consult hydrologist if there are water quality concerns. ER ensures contract compliance | | ER | B(T)6.5<br>C(T)6.50 |
| 15.18 | DISPOSAL OF RIGHT-OF-WAY AND ROADSIDE DEBRIS - To insure that debris generated during road construction is kept out of streams and prevent slash and debris from subsequently obstructing channels. | All Roads | Proposed road construction will adhere to the Forest Plan guidelines and Montana SMZ law. The TSC requires that debris and slash generated during road construction will not be side cast into streams. | | ER | Std Spec 201<br>SPS 201 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 15.19 | STREAM BANK PROTECTION – To minimize sediment production from stream banks and structural abutments in natural waterways. | All Roads | Take precautions to minimize or eliminate disturbance to stream banks. Maintain instream structures. Protective measures will be kept current on all areas of disturbed soils. TSA and ER ensure contract compliance. | | ER;TSA | Std Spec 619 |
| 15.20 | WATER SOURCE DEVELOPMENT CONSISTENT WITH WATER QUALITY PROTECTION - To supply water for road construction and maintenance and fire protection while maintaining water quality. | All Roads and Units | Take precautions to eliminate the transfer of aquatic invasive species between waterbodies. | Ensure all equipment operated in or adjacent to the waterbody is clean of aquatic invasive species, as well as oil and grease, and is well maintained. Avoid drafting from water bodies with known infestations of aquatic invasive species. | ER; FMO; Aquatic Specialist | Std Spec 207 |
| 15.21 | MAINTENANCE OF ROADS - To maintain all roads in a manner that provides for soil and water protection by minimizing rutting, failures, side-cast, and blockage of drainage facilities. | All Roads | Road maintenance associated with a timber sale is the responsibility of Purchaser. The ER/TSA will ensure that the Purchaser maintains roads according to the appropriate maintenance level. | | ER; SA | B(T)5.12<br>B(T)5.3<br>B(T)6.6<br>C(T)6.6<br>C(T)5.9<br>C(T)5.42<br>C(T)5.31<br>B(T)6.31 |
| 15.22 | ROAD SURFACE TREATMENT TO PREVENT LOSS OF MATERIALS - To minimize the erosion of road surface materials and, consequently, reduce the likelihood of sediment production. | All Roads | Maintenance of road surface includes proper blading and/or dust abatement. Use crushed gravel where necessary. Protective measures will be kept current on all areas of disturbed, erosion-prone areas. ER ensures contract compliance. | | ER | B(T)5.3<br>C(T)5.31<br>C(T)5.314 |

| WCP | SWCP OBJECTIVE | APPLICABLE UNITS/ROADS | CONSIDERATIONS FOR BEST MANAGEMENT PRACTICES | PROJECT SPECIFIC RECOMMENDED BEST MANAGEMENT PRACTICES | PERSON(S) RESPONSIBLE | CONTRACT PROVISIONS |
|---|---|---|---|---|---|---|
| 15.23 | TRAFFIC CONTROL DURING WET PERIODS - To reduce the potential for road surface disturbance during wet weather and reduce sedimentation. | All Roads | Road restrictions and traffic control measures will be implemented on roads when damage would occur during spring breakup and wet weather. Avoid hauling during wet periods. | | ER; TSA | B(T)6.6<br>C(T)6.6<br>C(T)5.316<br>C(T)5.41 |
| 15.24 | SNOW REMOVAL CONTROLS - To minimize the impact of snow melt on road surfaces and embankments and reduce the probability of sediment production resulting from snow removal operations. | All Winter Haul Roads | Snow removal will be kept current on all roads associated with winter logging operations. TSC requires opening sections of berm to allow water to leave road surface. Where a berm cannot be avoided or is desired, insure proper drainage by opening sections of the berm to allow surface water to leave the road. The TSA ensures compliance with contract provisions. | | TSA | C(T)5.316<br>Std Spec 203.09 |
| 15.25 | OBLITERATION OF TEMPORARY ROADS - To reduce sediment generated from temporary roads by obliterating them at the completion of their intended use. | All Temporary Roads | Temporary roads will be fully recontoured, and slash will be pulled back onto the disturbed surface. To the extent possible the top soil should be placed back on top as the road is recontoured. The TSA will ensure contract compliance. | Temporary roads will be obliterated by recontouring, ripping, and placement of duff and slash. Any stream crossings will be completely recontoured. | TSA | B(T)6.63<br>C(T)6.6<br>C(T)6.632<br>C(T)6.633 |
| 18.03 | PROTECTION OF SOIL AND WATER FROM PRESCRIBED BURNING EFFECTS - To maintain soil productivity, minimize erosion, and prevent ash, sediment, nutrients, and debris from entering surface water. | All Units | Broadcast burning adjacent to riparian areas will adhere to Forest Plan and Montana SMZ law. Prescribed burn plans identify the conditions necessary to prevent soil damage and meet site preparation objectives. The IDT will monitor results. | No ignition will occur within the RHCAs of harvest units. | Fuels Specialist; IDT | N/A |

# Appendix 6: OLY Access Management Plan and Map

## OLY Access Management Plan

| Map Index | Road | Location (Milepost) | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|
| 1 | 2365 | MP 0.0 | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |
| 1 | 2365 | MP 0.0 | Install Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 1 | 2365 | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 1 | 2365 | MP 0.0 | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 2 | 2365 | MP 0.3 | Install barrier at the end of haul route | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 3 | 14321 | MP 3.6 (north end) | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |
| 3 | 14321 | MP 3.6 (north end) | Install Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 3 | 14321 | MP 3.6 (north end) | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 3 | 14321 | MP 3.6 (north end) | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 4 | 14321A | MP 0.0 | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |
| 4 | 14321A | MP 0.0 | Restrict public motorized access via gates on 14321; see map indices 3 and 8 | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 5 | 14321 | MP 1.6 | New construction associated with rerouted segment; ties into NFSR 14393A at MP 0.3 | During Road Reconstruction | Stream Restoration | Purchaser |
| 6 | 14393 | MP 0.0 | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |

# Appendix 6: Access Management Plan

| Map Index | Road | Location (Milepost) | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|
| 6 | 14393 | MP 0.0 | Restrict public motorized access, this road system is located behind the gates on 14321; see map indices 3 and 8 | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 7 | 14393A | MP 0.0 | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |
| 7 | 14393A | MP 0.0 | Restrict public motorized access, this road system is located behind the gates on 14321; see map indices 3 and 8 | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 8 | 14321 | MP 0.0 (south end) | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |
| 8 | 14321 | MP 0.0 (south end) | Install Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 8 | 14321 | MP 0.0 (south end) | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 8 | 14321 | MP 0.0 (south end) | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 9 | 176F | MP 0.0 | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |
| 9 | 176F | MP 0.0 | Install Temporary Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 9 | 176F | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 9 | 176F | MP 0.0 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 10 | 2393 | MP 0.1 | Install Barrier | Following Harvest and Burning Activities | Wildlife Habitat Security | USFS |
| 11 | 4446 | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 11 | 4446 | MP 0.0 | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |

| Map Index | Road | Location (Milepost) | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|
| 12 | 4447 | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 12 | 4447 | MP 0.0 | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 13 | 4447 | MP 0.5 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 13 | 4447 | MP 0.5 | Restrict public motorized access, this road system is located behind the gate on 4447; see map index 12 | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 14 | 4447 | MP 0.9 | Install Barrier (at the end of Unit 37) | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 15 | 4447C | MP 0.0 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 15 | 4447C | MP 0.0 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 16 | 2394A | MP 0.0 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 16 | 2394A | MP 0.0 | Install Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 16 | 2394A | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 16 | 2394A | MP 0.0 | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 17 | 2394C | MP 0.0 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 17 | 2394C | MP 0.0 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 17A | 2394C | MP 0.1 | Install Barrier (where it crosses unit boundary) | During Road Reconstruction | Wildlife Security | Purchaser |
| 18 | 2394I | MP 0.0 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 18 | 2394I | MP 0.0 | Install Temporary Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 18 | 2394I | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 18 | 2394I | MP 0.0 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |

# Appendix 6: Access Management Plan

| Map Index | Road | Location (Milepost) | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|
| 19 | 9933 | MP 0.0 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 19 | 9933 | MP 0.0 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 19A | 9933 | MP 0.1 | Install Barrier (at end of unit boundary) | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 20 | 4407 | MP 0.0 | Public motorized use restricted; lock gate Nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 20 | 4407 | MP 0.0 | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 21 | 2376 | MP 0.0 | Remove Gate, Install Barrier | Prior to All Harvest Activities | Wildlife Habitat Security | USFS |
| 22 | 2380A | MP 0.7 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 22 | 2380A | MP 0.7 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 23 | 2380 | MP 0.0 | Actively decommission to junction with NFSR 2380A* | Funding Dependent | Stream Restoration | USFS |
| 23A | 2380A | MP 0.0 | Reconstruct entire length from NFSR 2380 to the junction with NFSR 752, to allow public access to North Fork O'Brien* | Prior to decommissioning section of NFSR 2380* | Stream Restoration | USFS |
| 24 | 4425 | MP 0.0 | Remove Gate, Install Barrier | Prior to All Harvest Activities | Wildlife Habitat Security | Access Management |
| 25 | 4433 | MP 0.0 | Remove Gate, Install Barrier | Following completion of watershed improvement work; all to occur prior to all harvest activities | Wildlife Habitat Security | Access Management |
| 26 | 14309B | MP 0.2 | New construction associated with rerouted segment; begins at MP 0.16 on 14309B and connects to NFSR 14309 at MP 0.58 | During Road Reconstruction | Harvest Access | Purchaser |
| 26 | 14309B | MP 0.2 | Install Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |

| Map Index | Road | Location (Milepost) | Proposed Action | Timing | Reason For Action | Who |
|---|---|---|---|---|---|---|
| 26 | 14309B | MP 0.2 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 26 | 14309B | MP 0.2 | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 27 | 4445C | MP 0.0 | Remove Barrier** | During Road Reconstruction | Harvest Access | Purchaser |
| 27 | 4445C | MP 0.0 | Install Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 27 | 4445C | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 27 | 4445C | MP 0.0 | Close gate; maintained as gated road for administrative use | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 28 | 4445G | MP 0.0 | Remove Barrier | During Road Reconstruction | Harvest Access | Purchaser |
| 28 | 4445G | MP 0.0 | Install Temporary Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 28 | 4445G | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 28 | 4445G | MP 0.0 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |
| 29 | 14344 | MP 0.0 | Remove Barrier | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 29 | 14344 | MP 0.0 | Install Temporary Gate | During Road Reconstruction | Wildlife Habitat Security | Purchaser |
| 29 | 14344 | MP 0.0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser |
| 29 | 14344 | MP 0.0 | Install Barrier | Following Harvest Activities | Wildlife Habitat Security | Purchaser |


Lower Yaak, O'Brien, Sheep
Access Management Plan
Legend
Existing Open Roads
Existing Gated Roads
Existing Barriered Roads
Project Area Boundary
Major Hwys
Streams
Units
Lakes
Non-Federal Land
Map Index #
SEE ACCESS MANAGEMENT PLAN TABLE - APPENDIX E
Yaak Hwy
Troy
No Scale
sja - 8/23/16

# Appendix 7: Alternative 3 Harvest and Fuels Maps

**Alternative 3 Map: All Harvest and Fuels Units**



**Alternative 3 Subset Map: Zoomed into Northern Units**



**Alternative 3 Subset Map: Zoomed into Southern Units**



**Alternative 3 Subset Map: Zoomed into Central Units**



Because objections were filed, approval of project activities will not occur until the pre-decisional review process is complete and a ROD issued. In accordance with 36 CFR 218, the objection process is now complete, and the project may begin immediately.

## XV. Contact Information

For further information on this decision, contact Kirsten A. Kaiser, District Ranger, kkaiser@fs.fed.us , or Miles Friend, Project Leader, mfriend@fs.fed.us , Three Rivers Ranger District, 12858 US Hwy 2, Troy, MT 59935, (406) 295-4693.

**Approved By:**

Christopher S. Savage
Forest Supervisor
Kootenai National Forest

10/7/2016
Date