# Exhibit 9
# Starry Goat Project Record of Decision

United States Department of Agriculture

Forest Service

Northern Region

6/22/18

# Starry Goat

## Record of Decision

## Three Rivers Ranger District
## Kootenai National Forest

## Lincoln County, Montana



# Starry Goat Project
# Record of Decision

**Lead Agency:** USDA Forest Service

**Responsible Official** Christopher S. Savage, Forest Supervisor

Kootenai National Forest Service
31374 US Highway 2
Libby, MT 59923

**For Further Information Contact:** Kirsten A. Kaiser, District Ranger
Three Rivers Ranger District
12858 US Highway 2
Troy, MT 59935
(406) 295-4693

USDA Non-Discrimination Policy Statement

DR 4300.003 USDA Equal Opportunity Public Notification Policy (June 2, 2015)

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.
Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.
To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer and lender.

Printed on recycled paper – 6/2018

# Table of Contents

**Starry Goat Project Record of Decision** ........ **1**
Introduction ........ 1
Summary of the Decision ........ 1
Project Area ........ 4
Purpose and Need for Action ........ 4
Public Involvement and Collaboration ........ 5
Issues ........ 9
Key Issues Used for Alternative Development ........ 9
Brief Description of Alternatives ........ 10
Alternatives Studied in Detail ........ 10
Description of the Decision ........ 11
Biological Opinion ........ 12
Biological Opinion ........ 12
Findings ........ 12
Terms and Conditions ........ 13
Summary of Activities under the Selected Alternative ........ 13
Rationale for the Decision ........ 16
Meeting the Purpose and Need ........ 16
Consideration of Key Issues ........ 18
Public Comments Received on the DEIS ........ 23
Cumulative Effects ........ 24
Findings Required by Laws, Regulations, and Policies ........ 24
The National Forest Management Act (NFMA) ........ 24
Clean Water Act and Montana State Water Quality Standards ........ 38
Clean Air Act ........ 39
Consideration of Best Available Science ........ 39
National Historic Preservation Act, American Indian Religious Freedom Act, and Native American Graves Protection and Repatriation Act ........ 39
Government to Government Relations ........ 40
The Endangered Species Act [16 USC 1531 ET. SEQ] ........ 40
Administration of the Forest Development Transportation System- Roads Policy- 36 CFR Part 212 et al. (Published in the Federal Register on January 12, 2001) ........ 41
Migratory Bird Treaty Act of 1918; Executive Order 13186 of January 2001 ........ 41
Roadless Area Conservation Rule ........ 41
Environmental Justice ........ 42
Global Climate Change Prevention Act ........ 42
Compliance with Other Laws, Regulations, and Policies ........ 42
Environmentally Preferable Alternative ........ 42
Pre-decisional Administrative Review (Objection) Process ........ 43
Implementation ........ 43
Contact Information ........ 44
**Appendices** ........ **1**
Appendix Index ........ 1
Appendix 1: Alternative 2 Harvest Treatment Summary ........ 2
Appendix 2: Non-harvest Fuels Units and Treatments in Alternative 2 ........ 11



FS-047552

Appendix 3: Design Features ........ 20
Appendix 4: Starry Goat Monitoring Plan (Items #1-11 are the BO Terms and Conditions) 31
Appendix 5: Best Management Practices (BMP)........ 37
Appendix 6: Access Management Plan ........ 51
Appendix 6: Alternative 2 Access Management Plan Map ........ 55
Appendix 7: Harvest and Non-harvest Fuels Unit Map ........ 56

GIS DISCLAIMER
The Forest Service uses the most current and complete data available. GIS data and product accuracy may vary. They may be: developed from sources of differing accuracy, accurate only at certain scales, based on modeling or interpretation, incomplete while being created or revised, etc. These maps are to be used as a reference only, and are not intended for use in site-specific planning. Using GIS products for purposes other than those, for which they were created, may yield inaccurate or misleading results. The Forest Service reserves the right to correct, update, modify, or replace GIS products without notification. For more information, contact the Three Rivers Ranger District.

# Starry Goat Project Record of Decision

## Introduction

This Record of Decision (ROD) documents my decision and rationale for selecting Alternative 2 as described in the Draft and Final Environmental Impact Statements (DEIS and FEIS) for the Starry Goat Project on the Three Rivers District of the Kootenai National Forest (KNF). In making my preliminary decision on the Starry Goat Project, I am following the pre-decisional administrative review process (objection process) as described in Subpart B of 36 CFR 218.

## Summary of the Decision

After careful consideration of the potential impacts of the management activities analyzed and documented in the Starry Goat Project Final Environmental Impact Statements (FEIS) issued December 2017, I have decided to implement Alternative 2.

This decision implements activities from the FEIS Alternative 2.

A summary of the actions in my decision include:

- Regeneration harvest treatments on an estimated 1,393 acres and intermediate harvest treatment on approximately 441 acres removing commercial products totaling an estimated volume of 24 million board feet (MMBF)/46,000 hundred cubic feet (CCF). Materials to be removed include both saw and non-saw timber. Treatments will use tractor and skyline logging systems and post-harvest fuels treatments will include excavator piling and prescribed burning. Twenty percent of the harvest, or 367 acres, requires design features (see Table 7 on Appendix Page 24) to help protect soils and reduce the spread of invasive plant species. Approximately 1,030 acres of harvest, or 56 percent, will occur within the Wildland Urban Interface (WUI). Approximately 10 acres of intermediate harvest in dry site old growth is included. These treatments will retain old growth characteristics and are consistent with the 2015 Forest Plan.
- Seventeen of the proposed regeneration harvest units will contribute to openings over 40 acres. The district began scoping a proposal for the creation of large openings with the public on November 7, 2016, when the Notice of Intent (NOI) appeared in the *Federal Register*. The Forest received Regional Forester Approval for these openings on August 4, 2017.
- Non-harvest fuel treatments including prescribed burning without commercial harvest on an estimated 9,700 acres of upper, mid and low elevation forest, using aerial and hand ignition methods. Slashing with hand piling and burning will occur on approximately 18 acres. An estimated 3,500 acres of this work will occur in the Wildland Urban Interface (WUI) and 5,900 acres of prescribed burning is located in an Inventoried Roadless Area (IRA). An estimated 655 acres of non-harvest fuels treatment will occur in dry site old growth. These treatments will retain old growth characteristics and are consistent with the 2015 Forest Plan.
- Pre-commercial thinning (PCT) treatments on 400 acres are designed to reduce competition among younger trees and manage species composition within a plantation setting. Plantations range in age from 15-35 years and are experiencing mortality due to

reduced individual tree vigor, high stand densities, and insects and disease. Stands with western white pine will be pruned to reduce the likelihood of blister rust infections. The objectives within these stands are to reduce stand densities and promote seral tree species such as ponderosa pine, western larch, western white pine, and lodgepole pine. The target trees per acre after treatment will range from 400 - 600 trees per acre and have a natural appearance. Pruning is done with non-mechanized lopping shears.

- The Starry Goat Travel Analysis Report (TAR) and the Forest-wide TAR, located in the project file has identified the minimum road system for the Starry Goat project area. Should the Forest re-enter this project area for future management, it is likely the Forest will go through a new travel analysis process, at which time it may identify different roads and actions to be implemented through a NEPA decision.
- Decommissioning work on approximately 15 miles of roads that are no longer needed for future management, and 23 miles of Intermittent Stored Service (storage) on roads that are needed for future management of forest resources but are not currently needed. Both decommissioning and storage work could include, but is not limited to, blocking the entrance, restoring vegetation, scarifying, installing water bars, shallow ripping, removing unstable fills, pulling back road shoulders, scattering slash on roadbed, or partial recontouring. Of the total miles to be stored, 11.1 miles will be Level 1 storage, while 11.8 miles will be Level 2 storage. Of the miles to be decommissioned, 9.39 miles are planned for Level 3 or 4 decommissioning while 6 miles are planned for Level 1 decommissioning. These roads are currently closed to public motorized vehicle access. See FEIS glossary for a definition of decommissioning levels.
- Decommissioning of non-system (undetermined) roads on 0.3 miles, all of it Level 1 decommissioning. Undetermined roads are road segments or prisms that exist on the landscape from previous management activities or were illegally created by forest users. They are not currently part of the National Forest System Roads (FEIS page 75- 76).
- Adding approximately 0.62 miles of non-system (undetermined) roads that already exist on the landscape to the National Forest System road (NFSR) network for current and future use for management.
- Construction of approximately 1.5 mile of permanent road to access Harvest Units 49, 50 and 51 in order to implement silvicultural prescriptions and to provide for product removal. The construction of these road segments will apply Best Management Practices (BMPs) for their use during project activities.
- Application of BMPs on 51.5 miles of haul road as part of the timber sale to help reduce potential sediment yield and improve water quality.
- Watershed and Other Road Work not associated with Road Storage or Decommissioning:
  - Callahan sediment trap improvement disconnects the ditch adjacent to NFSR 414 from North Callahan Creek;
  - Raymond Creek bridge removal at milepost 4.5 on the barriered portion of NFSR 415. The bridge is located just beyond the existing berm;
  - Goat Creek culvert removal and associated stream stabilization;
  - Road maintenance work could include up to 8 feet of vegetation removal from the edge on both sides of the road as needed to clean out overgrown ditches and facilitate improved access for road maintenance and improve road drainage;

  - Approximately 1.2 miles of NFSR 414A that is currently barriered and being used as a trail to connect to the northern end of Goat Creek trail 152, will be removed from the NFS road system and added to the NFS trail system.
- Recreation improvements, including:
  - Threemile Bicycle Flow Trail- 13 miles of new construction and improvements to the parking areas located on Callahan Creek road and NFSR 4478 (Threemile Road);
  - McConnell Snowshoe Trail- this trail will start on Lincoln County property then travel 1 mile on a gated Stimson road and then continue on Forest Service land where 4 miles of new construction will occur;
  - Convert bermed NFSR 414A to a non-motorized hiking trail on the north end of Goat Creek Trail 152;
  - Additional 0.25 miles of road access on Smith Mountain.
- Fuel mitigation work will occur adjacent to open roadways to facilitate fuels reduction, and safe ingress and egress for the public in case of a wildland fire. Approximately 444 acres of thinning along 23 miles will occur along Forest Service roads open to yearlong motorized use.
- The following sites are proposed for free use rock picking on the district and the public will be able to get a personal use permit (approximately 2 tons per permit). These areas are accessed from open roads and will be hand load only.
  - Star Creek Quarry: Along NFSR 1055 at junction of NFSR 4402 to the gate;
  - North Fork 7 mile Quarry 1 acre near milepost 7 on NFSR 427;
  - Airport Gravel Pit: 6 acre existing pit adjacent to the Troy airstrip.

  There are proposed changes in the Airport Pit and North Fork 7 Mile Quarry along with weed mitigation work that will be identified in the pit plan.
- In-kind replacement of grizzly bear core habitat will allow harvest in BMU 9 as follows:

  These roads will be opened to allow motorized access for management purposes, but will continue to be restricted to public motorized access:
  - NFSRs 414B, 4455B, 582, 582D, 582G, 4405, 1055F, 14377.
  - Stimson Lumber Company road 582D.

  Roads Stored or Barriered to Compensate for Impacts to Grizzly Bear Core Habitat:
  - To allow administrative access on the NFSRs listed above, 5.7 miles of NFSR 4556, Goat Callahan will be barriered to motorized use. This 5.7 mile loop road is currently restricted to motorized use.
  - To help compensate for a potential increase in TMRD associated with the access management changes, a portion of currently gated NFSR 14373 as well as gated NFSRs 14373A and 14373B will be barriered to motorized use. These roads are currently restricted to motorized use.
- Implementation of project-specific design features (ROD, Appendix 3) and monitoring actions (ROD, Appendix 4).

Management Actions are described in detail in Appendix 1 (Harvest Treatment Summary) and in Appendix 2 (Non-harvest Fuels Units and Treatments), and in Appendix 3 (Design Features) of this document. The following activities will occur with this decision, commercial timber harvest, and permanent road construction to access harvest units, non-harvest fuels treatment, road storage, road decommissioning, and adding non-system roads to the road system, recreation

improvements, roadside fuel mitigation work, and in-kind replacement of grizzly bear core habitat.

## Project Area

The Starry Goat project area is located immediately west of Troy, Montana and runs from the Kootenai River west to the boundary between the Kootenai and Idaho Panhandle National Forests. The legal description includes Townships 30, 31, and 32 North; Ranges 33 and 34 West; Lincoln County, Montana and Townships 58, 59, 60 and 61 North; Ranges 2 and 3 East; Bonner and Boundary Counties, Idaho.

The project area encompasses approximately 90,776 acres (48,471 acres in Montana and 42,305 acres in Idaho). Within the project area are 9,364 acres of private timber land, 661 acres of Montana State land, and 2,569 acres of other private land. The project area is dominated by two inventoried roadless areas (IRAs): Roberts IRA #691 and the Willard Estelle IRA #173. The total IRA acres is 37,472. Callahan Creek, Brush Creek, Ruby Creek, and Star Creek are the major drainages in the project area which all flow into the Kootenai River at the project area boundary. Callahan Creek Road, National Forest System Road (NFSR) 427 and the South Side Road (NFSR 4402) are major travel routes through the project area.

Some of the lowest elevation, warm habitats found on the Three Rivers Ranger District are located within the project area. Warm/moist habitat types are abundant, as well as some warm/dry areas in the lower elevation areas along the Kootenai River and Callahan Creek and some higher elevation subalpine fir/mixed conifer areas to the south of Troy.

## Purpose and Need for Action

The 2015 Kootenai National Forest Land Management Plan (2015 Forest Plan) provides the overarching direction for management activities on the KNF. Forest wide management goals, as well as specific management area direction, represent the desired condition that management actions are designed to achieve. Public input and field review by an Interdisciplinary Team (IDT or team) helped to develop the following purpose and need for the project area:

- **Promote resilient vegetation conditions by managing towards the 2015 Forest Plan desired conditions for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition**
    - Promote early seral tree species including western larch, ponderosa pine, and western white pine
    - Maintain or improve old growth character within existing old growth
    - Encourage fire’s ecological function on the landscape
    - Improve resilience and resistance to insects, disease and fire
    - Design size of treatments to be consistent with the patch size and pattern of the respective biophysical setting
- **Maintain or improve watershed conditions in order to provide water quality, water quantity, and stream channel conditions that support ecological functions, beneficial uses, and native aquatic species habitat.**
    - Reduce sediment delivery by implementing Best Management Practices (BMP) on Forest Service roads
    - Stabilize and improve drainage on closed roads

- **Improve big game winter range conditions and promote forage opportunities while maintaining secure habitat for wildlife**
  - Maintain or increase the forage component of forested stands in the project area, including an increase of seedling/sapling age class and early seral species, through timber harvest and prescribed fire
  - Maintain areas of secure habitat through access management
- **Provide a variety of wood products to the American public, and contribute to the local economy by generating jobs and income**
- **Maintain and improve the recreation opportunities in the project area**
  - Maintain public access to national forest land
  - Create new recreational opportunities
- **Reduce the potential for high intensity wildfire while promoting desirable fire behavior characteristics and fuel conditions**

The purpose and need for the Starry Goat Project is discussed in greater detail in the FEIS on pages 2-10.

## Public Involvement and Collaboration

Public participation helps the Forest Service identify concerns with possible effects of its proposals. It is also a method of disclosing to the public the nature and consequences of actions proposed for NFS lands.

On March 2, 2016 a pre-scoping letter requesting information was sent to the public and posted on the Kootenai Forest website to gather general information about the Starry Goat project area. Ten different parties responded. The pre-scoping comments can be found at the Three Rivers Ranger District and in the Starry Goat project file. A summary of the comments received included:

- Concern about noxious weeds in the project area (with some site specific comments);
- Support for selective thinning, commercial thinning and pre-commercial thinning;
- Interest in seeing improved wildlife forage and habitat, including huckleberries;
- Support for management activities that yield commercial saw logs;
- Support for fuels reduction activities in project area (with some site specific comments);
- Desire for access to firewood;
- Desire for public road access to remain the same within the area;
- Desire for the Forest Service to communicate and coordinate with the Bonners Ferry District on the Boulder Creek Project located adjacent to Starry Goat;
- Request to send information about this project to the Bonners Ferry area newspapers;
- Comments supporting “restoration” logging on the landscape and encouragement for the team to look at resiliency across the landscape;
- Concern about the Callahan Creek flooding during December 2015 (with site specific comments);
- Concern about a “catastrophic” wildfire in the Callahan drainage (with site specific comments);
- Support for more intermediate harvest;

- Support for recreation improvements close to Troy and to consider creating some “mountain bike specific” trails within the project area;
- Recommendation for no harvest in the IRAs;
- Support for maintaining wildlife linkage and movement corridors;
- Support for stream restoration and culvert work;
- Recommendation to improve the quantity and quality of grizzly bear habitat.

The Forest Service developed a mailing list and email list to ensure that potentially interested members of the public and other government agencies received timely information about proposed activities and opportunities for public comment and participation. The Forest Service developed an original mailing list that included members of the public that fit into the following categories: landowners in the project area, county government in Idaho and Montana, Tribal governments, other federal agencies, Montana state agencies, local, regional, and national organizations, and individuals who have expressed interest in management activities that occur on the Three Rivers Ranger District.

Site-specific public comments on the Starry Goat Proposed Action were requested on November 6, 2016 through a legal ad in the *Missoulian* and a display ad in the *Western News, Kootenai Valley Record, Bonners Ferry Herald, and Bonner County Daily Bee* from November 6 to 8, 2016. A letter requesting comments was also mailed to interested individuals, groups, officials, and landowners in the vicinity of the project area. The scoping period formally began on November 7, 2016, when the notice of intent (NOI) was published in the Federal Register to inform the public that an Environmental Impact Statement would be prepared to analyze proposed activities in the Starry Goat project area. Comments from 24 different parties were received through letters, emails, phone calls, and requests to meet with the interdisciplinary team members. These comments varied from support, to concern, to suggestions for specific projects or areas. They helped the team refine the Proposed Action and develop alternatives. Individual Scoping comments can be found in the project record.

The concerns identified from the scoping comments for the Starry Goat project were:

- Desire to apply a landscape scale design feature that is in line with the Kootenai Stakeholder Vegetation Guidelines;
- Concerns about road systems, construction, reconstruction, and decommissioning of roads in relation to resource affects and public access;
- Concerns in regard to impacts to IRAs within the project area;
- Concern about large openings in harvest units;
- Concerns about activities related to the WUI;
- Concerns about prescribed burning on air quality;
- Concerns over grizzly bear core habitat;
- Concerns about the roadside fuels mitigation areas;
- Concerns about impacts to the watershed;
- Concerns about climate change due to land management practices;
- Concerns about treatment in old growth stands;

- Concerns about the treatment proposals from the Stakeholders and Idaho Conservation League;
- Concerns about the spread of noxious weeds within the project area;
- Concerns about impacts to aquatic resources;
- Concerns over the lack of recreation opportunities for motorized users;
- Interest in non- motorized recreation opportunities;
- Desire for the Forest Service to coordinate this project with the Boulder Creek project occurring in a similar time frame on the Bonners Ferry Ranger District adjacent to the Starry Goat project area.
- Opposition to any management activities within the project area;

The team organized meetings, an open house, and a field trip to provide the public with information and provide opportunities to ask questions and provide comment. Team members also contacted Tribal representatives and other Federal and State agencies to gather feedback on the proposed activities.

On the evening of November 17, 2016, the team held a public open house at the Three Rivers Ranger District. One member of the public attended to ask questions about proposed activities in the project area. The attendee was provided information on the Proposed Action and maps of proposed activities were displayed. The attendee asked questions about the NEPA process, motorized access, and how to stay informed about the proposal. The attendee supported the management activities proposed in this project.

The District Ranger and IDT participated in numerous meetings with the Kootenai Forest Stakeholders Coalition (Stakeholders), a diverse local collaborative group, to discuss pre-project comments and project scoping comments, to collaborate during project development, to provide updates on the project's progress and to discuss the Stakeholder's Forest Management Guidelines (December 2015).

The Stakeholders participated in field trips with the IDT on July 13th and August 9th, 2016. The field trips reviewed proposed vegetation treatments and how or when use of their guidelines could contribute to desired conditions for the project at the landscape scale. The Stakeholders expressed their support for this project on February 22nd, 2018 in a meeting with the Forest Supervisor and District Ranger.

The District Ranger and Forest Supervisor attended quarterly meetings to present and to update Stakeholders on project plans and status. Additionally, the District Ranger and IDT corresponded with the Stakeholders many times throughout the planning process.

Throughout the planning process, the Stakeholders expressed their desire to incorporate their guidelines into project design and implementation. Primary discussion topics included vegetation management treatments in Inventoried Roadless Areas (IRAs), desired levels of overstory retention in regeneration harvest units, Stakeholders' desire for more intermediate treatments, and roadside screening from treatment units. Concerns were discussed, reviewed and considered specifically as related to achieving the purpose and need of the project. Design features, such as tree retention along the edges of specific units or roads and identifying leave islands in specific units, were incorporated into the project by the IDT to provide structural diversity in those particular units. Spatial variation was incorporated into project design by excluding uncharacteristic patches, excluding hardwood stands, excluding rocky outcrops and extending

riparian exclusion areas. These common project design elements incorporate aspects of several of the Stakeholders' areas of concern. Documentation of meetings, field trips and correspondence with the Stakeholders is located in the project record.

Throughout the project development process, the IDT has shared information about proposed activities with the Confederated Salish and Kootenai Tribes (CSKT) and the Kootenai Tribe of Idaho (KTOI). The District Ranger, Forest Supervisor, and District Resource Staff met with the KTOI representatives on May 6, 2016, May 4, 2017 and November 1, 2017 to discuss the Tribes' interest and concerns about the project area.

Communication and consultation with Montana Fish, Wildlife, and Parks (MDFWP) and the U.S. Fish and Wildlife Service has been ongoing throughout the project. These discussions have influenced the design of proposed activities so that they can benefit habitat conditions through vegetation management and minimize potential impacts to wildlife during these activities. After reviewing the DEIS comments from the MDFWP, the Project Wildlife Biologist again discussed measures with MDFWP to improve public signage for the Threemile Bike trail and the McConnell Mountain snowshoe trail. The MDFWP and Forest Service will continue working together and with the USFWS to ensure that public education signs are installed on the pending trails.

The Idaho Department of Fish and Game (IDFG) submitted a comment letter on September 20, 2017 after the deadline for the DEIS comment period ended. The IDT however reviewed and discussed their letter and is working with them to address their concerns. IDFG had a concern that the removal of the Goat Creek culvert barrier on NFSR 4554 could compromise the genetic integrity of interior redband trout and recommended communication with the Interior Redband Conservation Team (IRCT). The Fisheries Biologist discussed this issue with the IRCT (B. Naples and R. Ryan, personal communication, 5/14/18 and 5/22/18) and MDFWP (B. Naples and M. Hensler, personal communication, 5/14/18) who each concurred that this project would not diminish the genetic integrity of redband trout due to the project location in the upper margins of redband distribution and because of the lack of non-native fish presence in Goat Creek. IDFG also recommended timing the instream work to avoid impacts to spring spawning redband trout and fall spawning bull trout. The design features in this ROD and discussed in the FEIS on page 93 are responsive to IDFG concerns as instream work will take place after July 15 and before September 1.

The DEIS Notice of Availability (NOA) was published in the *Federal Register* and made available for public comments on July 28, 2017. The NOA started the 45-day comment period on the DEIS. Letters were sent by mail and email to parties that had provided comments during the scoping process informing them of the availability of the DEIS. Hard copies of the DEIS were sent or given to members of the public that requested them and the DEIS was made available at the Kootenai National Forest's website at http://www.fs.usda.gov/projects/kootenai/landmanagement/projects. A legal notice was published in the *Missoulian* on July 30, 2017, announcing the availability of the DEIS and included the expected date that the NOA would be published in the *Federal Register*. Display ads were placed in the *Western News* (July 28, 2017), *Kootenai Valley Record* (August 1, 2017), *Bonners Ferry Herald, and Bonner County Daily Bee* (August 2017). After communications with the EPA on the date of the NOA publication in the Federal Register the comment period was extended for an additional 7 days until September 18, 2017. The agency received 8 letters commenting on the DEIS. These comments from the public and Forest Service responses to these comments are

included in Chapter 4 of the FEIS. I considered these comments in my decision and used them to help choose a Selected Alternative.

In arriving at a decision for this project, I recognized that I will not be able to satisfy all public concerns, as some of them are mutually exclusive. I made a decision that is based upon sound analytical and ecological principles and that I feel appropriately balances concerns expressed while striving to meet the purpose and need of the project which is consistent with the 2015 Forest Plan desired conditions and other direction.

# Issues

The IDT reviewed and compiled a list of potential issues based upon comments from the public, organizations, and government agencies. These issues were then evaluated against the following criteria to determine the appropriate methodology for resolution:

- Issue is beyond the scope of the project;
- Issue is already decided by law, regulation, forest plan, or other higher level decision;
- Issue can be addressed through adopting design criteria or mitigation;
- Issue can be addressed through effects analysis;
- Issue can be addressed by developing alternatives to the proposed action.

Some issues were brought forward as “key” issues and were used to help formulate the alternatives to the proposed action. The project file contains the content analysis documents that display what issues were identified during the public comment process and how those issues were accounted for during the analysis process.

## Key Issues Used for Alternative Development

Issues for the Starry Goat Project were identified from public comments received, field review conducted by specialists, information about historic and current conditions in the project area, review of the Forest Plan and other planning and scientific documents. Based on this information, the planning team and I identified two “key” issues, for which action alternatives were developed.

### *Issue 1: Harvest and road related impacts to grizzly bear core habitat*

After reviewing public comment on the Proposed Action and considering potential environmental effects, the IDT considered an additional alternative based on a suggestion to drop proposed harvest units within grizzly bear core habitat. Alternative 3 was developed so that road use associated with harvest would not result in the reduction of existing Core habitat that would, in turn, require an in-kind replacement of Core elsewhere in the bear management unit (BMU). As a result, some harvest units and/or haul routes would be dropped from this Alternative. The following units would be dropped in Alternative 3: 23, 25A, B & C, 32, and 53A & B.

### *Issue 2: Regeneration Harvest units creating large openings, including openings over 40 acres.*

The public expressed concern that large openings could affect wildlife habitat security and connectivity as well as visual quality in the project area. In Alternative 2, the Modified Proposed Action, 17 regeneration harvest units would either create or contribute to a total of 12 regeneration openings over 40 acres. See Table 2 of the FEIS for more detailed information.

# Brief Description of Alternatives

This section describes and compares the alternatives considered by the Forest Service for the Starry Goat Project.

## Alternatives Studied in Detail

The DEIS considered the modified proposed action (Alternative 2) and two other action alternatives, Alternatives 3 and 4, in detail. Alternative 1, the no action alternative required by the National Environmental Policy Act (NEPA), served as a baseline to compare action alternatives. More information about the alternatives can be found in the Starry Goat Project DEIS and FEIS.

**Alternative 1:** This alternative is the no action alternative that provides a baseline for comparison of environmental consequences of the other alternatives to the existing condition (36 CFR 1502.14) and is a management option that could be selected by the deciding official. The no action alternative is based on the premise that ecosystems change, even in the absence of active management. It is essentially a "status quo" strategy that allows current activities and policies, such as recreation administration, road maintenance, and fire suppression to continue. Ongoing and reasonably foreseeable activities are listed in the FEIS on pages 105 and 106. Analysis of this alternative also displays the consequences of not taking action, both positive and negative.

**Alternative 2 (Modified Proposed Action):** Alternative 2 is the Forest Service’s preferred alternative. The Proposed Action was scoped with the public in November of 2016 and modified based on public comment and additional field review. Alternative 2, the Modified Proposed Action, was designed to address those public scoping comments, meet the purpose and need of the project, respond to field findings from additional review, and improve economic feasibility. The following changes were made and have been carried forward in the analysis as Alternative 2:

- Harvest Unit 2 was dropped due to wildlife concerns;
- Harvest Unit 6 was dropped due to wildlife concerns;
- Harvest Unit 7 became Units 7A, 7B and 7C due to 7B changing to an improvement cut in the middle of the original unit;
- Harvest Unit 10 was split into two units, 10A and 10B because of the need to protect historic resources and a change in fuels treatment between the 2 units;
- Harvest Unit 12 was split into two units, 12A and 12B as ground reconnaissance modified treatments;
- A portion of Harvest Unit 16 was dropped due to wildlife concerns;
- Harvest Unit 18 was dropped due to economic feasibility and the need to increase the number of grizzly bear core acres in another place to be able to access this unit;
- Harvest Unit 19 decreased from 23 to 19 acres because unit specific design features were incorporated;
- Harvest Unit 20 decreased from 35 to 32 acres because unit specific design features were incorporated;
- Harvest Unit 21 decreased from 74 to 43 acres because unit specific design features were incorporated;
- Harvest Unit 22 increased from 37 to 42 acres due to a GIS mapping inaccuracy;
- Harvest Unit 24 decreased from 65 to 59 acres because unit specific design features were incorporated;

- Harvest Unit 25 became Unit 25A and decreased from 166 to 161 acres due to watershed concerns and old growth conditions found;
- Harvest Unit 42 became Harvest Unit 42A and Non-harvest Fuels Unit X and Z due to additional field reconnaissance;
- Harvest Unit 45 decreased from 13 to 10 acres because of the need to protect historic resources;
- Harvest Unit 48 was split into two units, 48A and 48B to help protect the RHCA;
- Non-harvest Fuels Unit H increased from 418 to 456 acres due to a mapping error in the scoping package;
- The end of Goat Creek Road, NFSR 4554, identified for watershed improvement work changed from active storage to Level 3-4 decommissioning;
- Roadside Fuel Mitigation work decreased to 444 acres of thinning along 23 miles along open Forest Service roads. The decreased acres and miles are due to the removal of past and proposed harvest and non-harvest fuels units located within the project area. All roads located in North Fork Callahan and Goat Creek drainages were removed from treatment. These treatment areas were modified because of additional reconnaissance and feasibility;
- The proposed amount of new permanent road construction decreased from 1.84 miles to 1.5 miles. The decrease in road miles is due to dropping Harvest Unit 6;
- Three Mile Quarry was dropped as a rock picking area.

**Alternative 3 (No Grizzly Bear Core Habitat Changes):** After reviewing public comment on the Proposed Action, the IDT considered an additional alternative to drop proposed harvest units that would impact grizzly bear core habitat. Alternative 3 responds to this issue by dropping the following Harvest Units: 23, 25A, 25B, 25C, 32, 53A, and 53B. Harvest Units 12A and 34 would stay in Alternative 3 but they would be accessed from existing open and gated roads that do not contribute to Core habitat.

**Alternative 4: Alternative 4 was designed to address the publicly raised issue of creating large openings** (defined as openings over 40 acres for the purposes of this project) through regeneration harvest. Alternative 4 responds to this issue by modifying the design of harvest units so that no regeneration harvest opening, or opening created by a combination of units, exceeds 40 acres. The harvest units in Alternative 4 are located within the boundaries of the harvest units in Alternative 2. Additional information can be found in the FEIS on pages 46-50.

## Description of the Decision

As the responsible official for this project, I have selected Alternative 2 from the Starry Goat FEIS, published May 18, 2018. Based upon my careful review of public comments and other information included in the project record, I have determined that the Selected Alternative will best meet the purpose and need; address issues; respond to public comments; and comply with the law, regulation, and policy.

I entered into formal consultation with the US Fish and Wildlife Service (USFWS) during the planning process for this project because of the potential effects that could result from project implementation on threatened and endangered wildlife populations or habitat. The USFWS

completed the Biological Opinions on April 13, 2018. The Terms and Conditions provided in those Biological Opinions are included in the decision.

I have also incorporated into my decision project Design Features (ROD, Appendix 3), a Monitoring Plan (ROD, Appendix 4), the Best Management Practices (ROD, Appendix 5) as well as an Access Management Plan and Map (ROD, Appendix 6).

# Biological Opinion

## Biological Opinion

The USFWS completed the Biological Opinion on April 13, 2018. The Biological Opinion considered the Starry Goat project's effects on bull trout (Salvelin*us confluentus*), designated bull trout critical habitat, grizzly bear (*Ursus arctos horribilis*), and informal consultation for Canada lynx (*Lynx canadensis*), and designated Canada lynx critical habitat. The Forest determined that the proposed project would "**may affect, and is likely to adversely affect**" bull trout, bull trout critical habitat, and grizzly bear. The Forest determined that the proposed project "**may affect, but is not likely to adversely affect**" Canada lynx. The Forest also determined that the proposed project would have **No Effect** on Canada lynx critical habitat.

## Findings

### *Findings for grizzly bear, Canada lynx, and Canada lynx critical habitat within the Starry Goat Biological Opinion:*

- **Grizzly Bear-** The USFWS stated, "In summary, we reviewed: the biological assessment regarding the environmental baseline for the action area, the effects of the action, and the cumulative effects within the action area; the Forest Plan biological opinion; the information we relied upon to develop this opinion; and information in our files. After our review of the those documents and the status of grizzly bears, the environmental baseline, the effects of the action, and the cumulative effects, it is the Service's biological opinion that the Starry Goat Project is **not likely to jeopardize** the continued existence of grizzly bears."
- **Canada lynx and Canada lynx critical habitat** – The USFWS stated, "Given the temporary nature of lynx disturbance, the lack of vegetation treatment activities in foraging habitat, and the adherence to the NRLMD, we expect effects of the Starry Goat project on Canada lynx to be insignificant and/or discountable. The Service has reviewed the biological assessment and concurs with the determinations that the proposed action is **not likely to adversely affect** the threatened Canada lynx or designated critical habitat for Canada lynx. Therefore, pursuant to 50 C.F.R. § 402.13 (a), formal consultation on this species and critical habitat is not required."

### *Findings for bull trout, bull trout critical habitat within the Starry Goat Biological Opinion:*

- **Bull Trout** – The USFWS stated, "After reviewing the current status of bull trout, the environmental baseline for the action area, the effects of the proposed management actions, and the cumulative effects, it is the Service's biological opinion that the actions, as proposed, are **not likely to jeopardize the continued existence of bull trout.** This conclusion is based on the magnitude of the project effects (to reproduction, distribution,

and abundance) in relation to the listed population. Implementing regulations for section 7 (50 CFR 402) defines "jeopardize the continued existence of" as "to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species.""

- **Bull Trout Critical Habitat** – The USFWS stated, "The Service has reviewed the environmental baseline for the action area, the effects of the proposed action, the cumulative effects, the current status of the Kootenai River Critical Habitat Subunit and its relationship to the Kootenai River bull trout population. The Service concludes while the effects of the proposed action may temporarily lower the function of spawning and rearing habitat in the action area due to some unavoidable sediment loading, these effects are unlikely to significantly change the functional capacity of the Callahan Creek Drainage. However, due to lingering effects associated with the County's unauthorized manipulation of the FMO portion of Callahan Creek lower in the drainage, and the lack of remediation, the persistence of the Callahan Creek population is in question. Bull trout densities in the Kootenai River Core Area are lower than recent historic levels, and this Core Area appears to be experiencing significant reductions in bull trout to the point of causing significant concern about persistence. Loss of Callahan Creek would incrementally change the functional capacity of the larger Kootenai River Critical Habitat Subunit, but not the larger Kootenai River Basin Critical Habitat Unit, or the Range of Bull Trout. Therefore, it is the Service's opinion that implementation of the Starry Goat Project with design features, and with Terms and Conditions, will help improve the environmental baseline, and **is not likely to destroy or adversely modify bull trout critical habitat** of the Kootenai River Basin Critical Habitat Unit.

### Terms and Conditions

Appendix 4 in this document displays the monitoring plan for the Terms and Conditions of the Biological Opinion.

## Summary of Activities under the Selected Alternative

Table 1 and Table 2 provide a summary of activities that will occur under the Selected Alternative (Alternative 2) in comparison to Alternatives 1, 3, and 4. Specific activity information is provided in Appendix 1: Harvest Treatment Summary Table, Appendix 2: Non-harvest Fuels Units and Treatments, and Appendix 3: Design Features.

**Table 1– Comparison of Proposed Activities by Alternative**

| Proposed Activities | Alt. 1 Acres | Alt. 2 Acres | Alt. 3 Acres | Alt. 4 Acres |
|---|---|---|---|---|
| **Harvest Activities** | | | | |
| Regeneration Harvest | 0 | 1,393 | 1,009 | 1,086 |
| Intermediate Harvest | 0 | 441 | 371 | 441 |
| **Total Harvest (acres)** | 0 | 1,834 | 1,380 | 1,527 |
| **Total Harvest Volume (MMBF)** | 0 | 24 | 18 | 19 |
| **Harvest Related Fuels Treatment** | | | | |



FS-047566

| Proposed Activities | Alt. 1 Acres | Alt. 2 Acres | Alt. 3 Acres | Alt. 4 Acres |
|---|---|---|---|---|
| Slash, Excavator Pile (burn piles) | 0 | 803 | 551 | 650 |
| Underburn | 0 | 617 | 485 | 464 |
| **Total Fuels Treatment with Timber Harvest** | **0** | **1,420** | **1,036** | **1,114** |
| **Non-harvest Related Fuels Treatments** | | | | |
| Ecosystem Burn | 0 | 9,695 | 9,695 | 9,742 |
| Slash and Hand Pile (burn piles) | 0 | 18 | 18 | 18 |
| **Total Non-harvest Fuels Treatment** | **0** | **9,713** | **9,713** | **9,760** |
| **Non-harvest Related Fuels Treatments loacted within the WUI** | | | | |
| **Number of Units/ Number of Total Acres** | **0** | **11 units 3,497 acres** | **11 units 3,497 acres** | **11 units 3,497 acres** |
| **Roadside Fuel Mitigation Work** | | | | |
| Roadside Thinning along 23 miles of road [1] | 0 | 444 | 444 | 444 |
| **Treatment within Old Growth** | | | | |
| Harvest Treatment within Old Growth | 0 | 10 | 10 | 10 |
| Non-harvest Fuels Treatment within Old Growth | 0 | 655 | 655 | 655 |
| Harvest Treatment within Recruitment Potential Old Growth | 0 | 90 | 90 | 90 |
| Non-harvest Fuels Treatment within Recruitment Potential Old Growth | 0 | 304 | 304 | 304 |
| **Regeneration Openings over 40 Acres** | | | | |
| Units Creating Openings over 40 Acres | 0 | 17 | 13 | 0 |

[1] Thinning will include conifer regeneration less than 6 inches DBH. The thinning and hand piling of material along the open roads could include up to 100 feet of thinning from the edge of the road into the forest on both sides of the road.

**Table 2-- Comparison of Road Work by Alternative**

| | Alt. 1 No Action | Alt. 2 (miles) | Alt. 3 (miles) | Alt. 4 (miles) |
|---|---|---|---|---|
| **Harvest Related Road Work** | | | | |
| Permanent New Road Construction for Forest Management to access Harvest Units 49,50 and 51 in All Alts and Harvest Unit 32 in Alts 2 and 4[1] | 0 | 1.5 | 0.5 | 1.5 |
| Road Reconstruction and Reconditioning on NFSRs | 0 | 51.5 | 44.4 | 51.5 |
| Access Management Related Road Work | | | | |
| Road Storage specific to providing an in-kind replacement of Core for access management changes associated with Smith Mountain and harvest access | 0 | 6.65 | 0 | 6.65 |

| | Alt. 1 No Action | Alt. 2 (miles) | Alt. 3 (miles) | Alt. 4 (miles) |
|---|---|---|---|---|
| **Other Road Work** | | | | |
| Road maintenance work[2] | 0 | 40 | 40 | 40 |
| Undetermined Level 1 Road Decommissioning | 0 | 0.3 | 0.3 | 0.3 |
| Undetermined Roads Added to NFSR | 0 | 0.62 | 0.62 | 0.62 |
| Level 2 Road Storage not specific to providing an in-kind replacement of Core for access management changes | 0 | 11.8 | 9.32 | 11.8 |
| Level 1 Road Storage not specific to providing an in-kind replacement of Core for access management changes | 0 | 11.1 | 6.89 | 11.1 |
| NFSR Level 1 Decommissioning[3] | 0 | 6.03 | 6.03 | 6.03 |
| NFSR Level 3 or 4 Decommissioning | 0 | 9.39 | 9.16 | 9.39 |
| **Totals** | | | | |
| Total Road Storage[4] | 0 | 22.9 | 16.21 | 22.9 |
| Total NFSR Decommissioning[3] (NFSR miles removed from the Road System) | 0 | 15.42 | 15.19 | 15.42 |

[1]Part of these miles are on a previously decommissioned road (See Harvest Related Road Work section in Alternative 2).

[2] Where merchantable material exists (7 inches DBH or greater) it may be removed and or sold commercially.

[3] NFSR 414A South Fork Callahan Creek conversion to trail includes Level 1 decommissioning work and contributes to the total miles removed from the system and the portion of NFSR 4554 Goat Creek road conversion to trail includes Level 3 or 4 decommissioning work and contributes to the total miles removed from the system.

[4] Total Road Storage includes road storage for in-kind replacement of Core (6.65 miles) and road storage not for Core (15.25 miles).

## Rationale for the Decision

I have made my decision based on the information in the draft and final EIS, the review of the biological opinion, the supporting project file, consideration of issues, review of public comments, discussions with the interdisciplinary team, Tribes, members of the public, and meetings with a collaborative group called the Kootenai Forest Stakeholders Coalition. My decision is consistent with all aspects of the Kootenai Forest Plan as well as applicable laws, regulations, and agency policies. The district received Regional Forester approval for openings larger than 40 acres on August 4, 2017. I have also considered the potential cumulative effects of other activities occurring on both public and private lands.

I have selected Alternative 2 because it treats the most acres to promote resilient vegetation conditions, creates more big game forage opportunities, provides more wood products, increases the recreational opportunities in the local communities, and it reduces the potential for high intensity wildfires by treating more acres than Alternative 3. Additionally Alternative 2, versus 3, includes more watershed improvement work which includes an increase in storage and decommissioning work to remove 4 stream crossings and more miles of road reconstruction/reconditioning in Ruby Creek drainage which will result in improving/replacing several tributary crossing in Ruby Creek. Alternative 2 also treats more acres, increases the wildlife forage component and seedling / sapling age class, produces more wood products, and has the most fuels reduction work both in the WUI and across the project area versus Alternative 4.

My criteria for making a decision on this project are based on:

- Achievement of the project's purpose and need.
- Relationship to key issues and public comments received.
- How the project makes progress toward meeting the desired conditions and other Plan components included in the 2015 Forest Plan.

### Meeting the Purpose and Need

The purpose and need for the Starry Goat Project and the desired condition are based upon the Kootenai National Forest Plan (2015 Forest Plan) standards, goals and objectives, and review of the project area by the interdisciplinary team (IDT or team).

As summarized in Table 3 below, **Alternative 2,** is the most responsive to the purpose and need statements for the Starry Goat Project.

**Table 3 Comparison of Purpose and Need Objectives by Alternative**

| Purpose and Need Objective | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| **Promote resilient vegetation conditions by managing towards the 2015 Forest Plan desired conditions for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition** | | | | |
| Promote early seral tree species including western larch, ponderosa pine, and western white pine (acres) | 0 | 9,506 | 9,052 | 9,199 |
| Contribute to fire's ecological function on the landscape (acres) | 0 | 11,468 | 11,084 | 11,208 |

| Purpose and Need Objective | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 4 |
|---|---|---|---|---|
| **Maintain or improve watershed conditions in order to provide water quality, water quantity, and stream channel conditions that support ecological functions, beneficial uses, and native aquatic species habitat** | | | | |
| BMP work on haul roads (miles) | 0 | 53 | 45 | 53 |
| Road Storage (miles) on closed roads | 0 | 22.9 | 16.21 | 22.9 |
| Decomissioning (miles) on closed roads | 0 | 15.42 | 15.19 | 15.42 |
| Stabilize and improve drainage on closed roads | No | Yes | Yes | Yes |
| **Improve big game winter range conditions and promote forage opportunities while maintaining secure habitat for wildlife** | | | | |
| Maintain or increase the wildlife forage component and seedling/sapling age class (acres) | 0 | 1,393 | 1,009 | 1,086 |
| Maintain areas of secure grizzly bear habitat through access management (Yes/No) | Yes | Yes, with an increase in core acres | Yes | Yes, with an increase in core acres |
| Maintain areas of habitat with no change to calculated elk security (Yes/No) | Yes | Yes | Yes | Yes |
| Improve the quality and the area of big game winter range forage | No | Yes | Yes | Yes |
| **Provide a variety of wood products to the American public, and contribute to the local economy by generating jobs and income** | | | | |
| Timber Volume (MMBF) | 0 | 24 | 18 | 19 |
| Complete necessary construction, reconstruction and maintenance of roads (Yes/No) | No | Yes | Yes | Yes |
| **Maintain and improve the recreation opportunities in the project area** | | | | |
| Maintain public access to National Forest land | Yes | Yes | Yes | Yes |
| Create new recreational opportunities – Threemile bike trail, McConnell snowshoe trail, and NFSRs converted to trail (miles) | 0 | 18.36 | 18.21 | 18.36 |
| Additional road access on Smith Mountain (miles) | 0 | 0.25 | 0 | 0.25 |
| **Reduce the potential for high intensity wildfire while promoting desirable fire behavior characteristics and fuel conditions within and outside the wildland urban interface (WUI)** | | | | |
| Fuels reduction in Harvest and Non-harvest Units (prescribed burning) in the WUI (acres) | 0 | 4,525 | 4,515 | 4,364 |
| Prescribed burning outside the WUI (acres) | 0 | 6,607 | 6,234 | 6,510 |

## Consideration of Key Issues

In addition to evaluating the purpose and need, I also carefully considered the analysis of the key issues identified following the development of the proposed action and public comment received on the DEIS.

### *Issue 1: Harvest and road related impacts to grizzly bear core habitat*

Alternative 3 was developed to address Issue 1 so that road use associated with harvest would not result in the reduction of existing Core habitat and not require an in-kind replacement of Core elsewhere in the bear management unit (BMU). Alternative 2 proposes the in-kind replacement of Core to allow for forest management and improvement activities to occur in existing Core areas while increasing grizzly bear core by 289 acres over Alternative 3

Alternative 2 treats the most acres to promote resilient vegetation conditions, includes more watershed improvement treatments, improves more big game conditions by increasing forage opportunities, provides more wood products, increases the recreational opportunities in the local communities and it reduces the potential for high intensity wildfires by treating more acres than Alternative 3. The EIS analyzes how wildlife, vegetation and other resources will benefit from treating units within existing Core habitat. Conversely, not treating these areas will not meet the Forest-wide Desired Conditions for vegetation and wildlife and will not meet the purpose and need for the project.

After reviewing the environmental analysis in the FEIS of the effects of the in-kind replacement of Core, I have determined that Alternative 2 will best meet Forest wide Desired Conditions (FW-DC-WL-02, FW-DC-WL -03, FW-DC-WL-04, FW-DC-WL-17, FW-DC-WL-19) and will best emulate the natural range of variability for patch size while still retaining cover and increasing forage for wildlife, provide better interior habitat in the long term for some wildlife species, provide a landscape-scale fuels management strategy with barriers to interrupt crown fire spread and better economic feasibility than Alternative 3

The FEIS aquatic habitat and species, forest vegetation, wildlife and water resource sections support this determination as follows:

- Alternative 2 helps move more of the project area stream conditions toward Forest Plan desired conditions. Streams will be maintained or improved through the implementation of RHCAs, culvert barrier removal, and watershed restoration/road stabilization. The Callahan Creek watershed is an active restoration sub watershed. Watershed restoration/road stabilization and implementation of BMPs on roads, will all improve conditions for Threatened, Endangered and Sensitive (TES) species present in the watershed. In the biological opinion from the USFWS, they concluded that the proposed actions are not likely to jeopardize the continued existence of bull trout. See the biological opinion section in Appendix 4. The USFWS's bull trout critical habitat determination of "is not likely to destroy or adversely modify bull trout critical habitat" is dependent upon the Starry Goat project following the implementation of the design features, and the Terms and Conditions listed in the biological opinion (see Appendix 4).

- The proposed harvest and non-harvest fuels treatments in Alternative 2 rather than Alternatives 3 and 4 will result in better approximation of stand patch size and species composition, protection of riparian habitats, improved stand health, and general movement towards the desired vegetative condition based on historic range of variation

with the stands for this area. Also, the creation of edge habitat that provides habitat diversity in both forage species occurrence and abundance as well as cover that may be beneficial to grizzly bears. Forage species, including huckleberries where present, will respond to increased sunlight (through overstory reduction or maintenance) and nutrient levels post-activities. Alternative 2 treats about 400 more acres than Alternative 3 and about 300 more acres than Alternative 4.

- The BMU is currently in a good condition for bear occupancy and survival with a high level of Core habitat that provides large areas with little to no human disturbance for foraging, movement, denning, rearing of young, and use during periods of proposed activities as well as low levels of potential sources of mortality. The current Core level for BMU 9 is 59 percent which is better than the BMU standard of 55 percent.

- Alternatives 2 proposes forest management in Core blocks that have experienced a minimum of 10 years of Core area benefit. This allows for proposed and future motorized access for vegetation and other forest management in areas that are currently inaccessible. The required in-kind replacement of Core results in the increase of approximately 289 acres in BMU 9 which, through timing design features, will maintain the Core percent within the BMU during and post-harvest activities. For more information about the Core exchange acres see Table 141 in the FEIS. This is consistent with the 2015 Forest Plan. The largest increase in Core acres will occur in the Long Mountain area. Also, an increase of Core will occur in the northern portion of the BMU which helps provide an increase in secure habitat in this area as well as help facilitate movement to the north/northeast to the identified movement area near the confluence of the Yaak and Kootenai Rivers. For more information about the Core exchange acres see Table 141 in the FEIS.

- Alternative 2 includes small portions of harvest units and several pre-commercial thin units in grizzly bear core areas. These treatments have been designed to benefit grizzly bears because habitat conditions will be improved after treatment (i.e. improved forage conditions). In comparison, harvest and thinning will occur on fewer acres of core in Alternative 3. See FEIS page 526 for a comparison. In-kind replacement of core will allow for harvest and thinning activities accessed by currently barriered roads, primarily in the North Fork Ruby Creek drainage. In order to accomplish this, core areas were added in exchange for these accessed areas.
- Alternative 2 will result in the greatest change towards meeting desired vegetative conditions for the project area because it treats about 300 more acres which influences meeting the desired improvement in wildlife forage opportunities and habitat diversity while maintaining features such as movement areas. Alternative 3 will treat the fewest acres among the action alternatives due to fewer harvest units. Alternative 2 will have more early seral vegetation available for wildlife, including grizzly bear, forage opportunities in the next several decades.

- Alternative 2 rather than Alternative 3 better meets the 2015 Forest Plan goal, GOAL-WTR-01: to maintain or improve watershed condition in order to provide water quality, water quantity, and stream channel conditions that support ecological functions and beneficial uses because it includes 7 more miles of Intermittent Stored Service (road storage) and 0.25 more miles of decommissioning

- Alternative 2 helps move the project area waters toward Forest Plan desired conditions FW-DC-RIP-03, FW-DC-AQH-01, FW-DC-AQH-02, and FW-DC-AQH-03. There could be an increase in benefits to aquatic habitat in the long term by choosing Alternative 2 because Alternative 3 does not include Level 2 storage work on NFSR 4556, so stream crossing removal will not occur on two stream crossings (tributaries to South Callahan Creek) on NFSR 4556, both at risk of failure. Proposed road decommissioning work in Alternative 2 will remove a total of approximately 12 stream and draw crossings; Alternative 3 does not include Level 3-4 decommissioning work on a 0.23 mile segment of NFSR 4554, which will include removal of two stream crossings (tributaries to Goat Creek) in Alternative 2. Alternative 3 will include a few miles less of storage/decommissioning work and will not remove approximately 4 at-risk stream crossings. Alternative 3 will also not include several miles of road reconstruction/reconditioning work in the Ruby Creek drainage, which will include improving or replacing several at-risk Ruby Creek tributary crossings. In the biological opinion from the USFWS, the Service concluded that the proposed actions are not likely to jeopardize the continued existence of bull trout. See the biological opinion section in Appendix 4. The USFWS's bull trout critical habitat determination of "is not likely to destroy or adversely modify bull trout critical habitat" is dependent upon the Starry Goat project following the implementation of the design features, and the Terms and Conditions listed in the biological opinion (see Appendix 4).

### *Issue 2: Regeneration Harvest units creating large openings, including openings over 40 acres.*

Alternative 4 was developed to address Issue 2 so that regeneration harvest units will not create openings larger than 40 acres. In Alternative 2, the Modified Proposed Action, 17 regeneration harvest units will either create or contribute to a total of 12 regeneration openings over 40 acres. The largest of these openings, is Unit 25A which is 161 acres. Units 1, 4, 9, 32 and 34 are each about 75 acres in size in Alternative 2. Alternative 2 treats more acres, increases the wildlife forage component and seedling / sapling age class, produces the most wood products, and has the most fuels reduction work both in the WUI and across the project area as contrasted with Alternative 4.

After reviewing the environmental analysis in the FEIS of the effects of these large openings I have determined that Alternative 2 will best meet Forest wide Desired Conditions (FW-DC-VEG -01, FW-DC-VEG -05, FW-DC-VEG-11, FW-DC-WL-09, FW-DC-WL -14, FW-DC-WL-19) and will best emulate the natural range of variability for patch size while still retaining cover and increasing forage for wildlife, provide better interior habitat in the long term for some wildlife species, provide a landscape-scale fuels management strategy with barriers to interrupt crown fire spread and better economic feasibility.

The FEIS forest vegetation, wildlife and fuels management analysis support this determination as follows:

- These characteristic patches in Alternative 2 will trend the project area landscape towards a more natural appearing and functioning landscape (FEIS page 244) rather than the smaller units in Alternative 4.
- Within regeneration units, applications of Ziegler et. al. 2016 have been incorporated which emphasize the desire for a matrix of individual trees, clumps and openings where appropriate leave trees exist. In the warm/moist biophysical setting, mixed severity fire

will leave a mosaic of more patches, clumps and openings. Creation of multi-structural stands (uneven-aged management) was not a common occurrence in these biophysical settings historically. Stand replacing fires were the dominant disturbance process that created single or 2 age classes. In addition, uneven-age management favors shade tolerant and root disease susceptible trees, requires frequent and continual entries for harvest which effects wildlife security, economics, and soil disturbance issues.

- Harvest Units 1, 4, 5, 7A, 10A, 10B, 11, 12A, 12B, 21, 22, 23, 25A, 25B, 32 and 34 will create or contribute to openings greater than 40 acres in size. Aside from 12B and 34 which have portions in MA 2 (wild and scenic rivers), these units are in MA 6 (general forest). Forest composition of these units are currently dominated on the drier sites by a dense mixture of Douglas-fir and grand fir where ponderosa pine and western larch historically made up a fire-maintained open landscape. Similar conditions exist on the moister sites, except where Douglas-fir and grand fir have taken over sites in which western larch, western white pine, and, to a lesser extent, ponderosa pine historically dominated. Root rot is present in these stands and dwarf mistletoe occurs in patches of western larch throughout. As for western white pine, Fins et al. stated, "We can restore our white pine ecosystems to health and vigor, but it is going to take a concerted effort to do so. To really have an impact, an aggressive planting program using blister rust-resistant white pine must be used. This will require much larger forest openings than are favored by the strong current emphasis on selection cutting." Alternative 2 will create these larger forest openings better than Alternative 4. In Harvest Units 4, 5, 10A, 10B, 11, 12A, 12B, 21, 22, 23, 25A, 25B, 32, and 34, after harvesting blister rust-resistant white pine will be planted.
- Reducing fuel loadings through mechanical treatments and/or burning as will occur in Alternative 2 will restore the low- and mixed-severity fire regimes. Stand densities will be lowered to desired conditions. Regenerating these stands to be dominated by a mix of (some or all) ponderosa/larch/white pine with scattered overstory will maintain these species and allow for a future large-tree component on the landscape. These treatments in Alternative 2 have been designed to mimic the historic effects of stand-replacing and mixed severity fires versus the smaller units in Alternative 4 The intent of the proposed treatments is to create stand conditions somewhat similar to what will occur post wildfire, with the larger, fire-tolerant trees remaining, and the smaller and non-fire tolerant trees being killed. The above mentioned harvest units will provide open grown conditions similar to a naturally occurring wildfire. Reforestation will focus on the establishment of western larch, western white pine, ponderosa pine and Douglas-fir in the stand with western red cedar, lodgepole pine, Engelmann spruce, grand fir and western hemlock; additionally some naturally regenerating seral species will contribute to the species mix (FEIS pages 246-247).
- Larger unit boundaries in Alternative 2 are adjacent to different types of habitat (e.g., RHCAs) which were excluded from units, past harvested areas, unharvested areas, and old growth, resulting in different combinations of forested and more open habitats. In the long-term, larger patch sizes will provide more interior forested habitat as these patches go through the successional stages. In addition, variability of vegetation within or along the edge of larger units (e.g., irregularity of edge shape), such as Harvest Units 1, 4, 5, 7A, 10A, 10B, 11, 12A, 12B, 21, 22, 23, 25A, 25B, 32 and 34 could provide more forage and cover opportunities during movements through the area whereas availability of

forage opportunities created under Alternative 4 will be patchier in nature with more linear edges.

- The location of these large openings relative to roads, especially open roads, and season of use may have more influence on the use of clearcuts by grizzly bears than the size of the opening themselves (Mace et al. 1996, Wielgus et al. 2002, Wielgus and Vernier 2003). Large openings associated with open roads are expected to have less and/or conditional use by grizzly bears. For example, bears may use these areas to some extent at night when roads experience little to no motorized activity or while moving between areas of more secure habitat. Some units are located entirely within the influence of open roads in BMU 9, such as Alternative 2 Harvest Units 1, 4, 5, and 34 and are expected to have limited grizzly bear use currently. However, portions of other units move away from the influence of the open roads or are only associated with restricted roads. Greater use of these latter units or portions of units by grizzly bears is expected now and into the future. Proposed harvest units are found within lower to mid elevation sites that provide spring range for grizzly bears in the Cabinet Mountains.
- Although limited, large openings in these areas as seen in Alternative 2 will improve spring range and foraging opportunities during this narrow window when no motorized activity occurs along open roads. (FEIS page 556)
- Alternative 2 in the long-term, will have fewer re-entries in the area for vegetation management compared to not fully treating stands experiencing disease or in an area with a checkerboard of smaller units such as will occur under Alternative 4. Overall there will be fewer periods of mechanized disturbance to manage the area and less post-harvest administrative road use on restricted roads for associated activities like burning, planting, and pre-commercial thinning. (FEIS pages 556)
- In the long term, Alternative 2 will have more early seral and mixed age stands which moves toward the desired conditions on the KNF versus Alternative 4. Thus, productive plant communities, with a mosaic of successional stages, structures, and species, will be available for migratory landbirds. These habitats support nesting activities or use during bird migration across the Forest. In addition to openings created by harvest, prescribed fire will improve and maintain a mosaic of habitats on the KNF (FW-DC-WL-09). The non-harvest fuels treatments will have the most extensive effect because these treatments encompass the largest area of all proposed activities. A mosaic in burn severity and patchiness is expected to increase habitat diversity in a shorter timeframe and over a greater area than the harvest treatments. See FEIS page 751.
- Implementing Alternative 2 over Alternatives 3 and 4 treats the greatest number of acres and best emulates natural patch sizes with creating openings over 40 acres. The IDT designed these large, irregularly shaped openings to adhere to several of the 2015 Forest Plan's desired conditions which includes providing a landscape-scale fuels management strategy with barriers to interrupt crown fire spread across the landscape. The proposed harvest units especially the large units (over 40 acres) are beneficial to fire suppression efforts in that they provide a broad-level of reduced fuels that will be more effective at reducing fire behavior of a wildfire and assist firefighters by providing a large area to anchor firefighting tactics as well as potential safety zones for firefighters. These openings over 40 acres will also provide open grown conditions similar to a naturally occurring wildfire with a higher percentage of fire tolerant species remaining. Alternative 4, which does not propose large treatment units, will not provide this added benefit. Forty

acre and less treatment units could allow a fire to burn between units and present additional tactical challenges.

- Alternatives 2 and 3 propose 17 and 13 regeneration harvest units, respectively, that will create openings greater than 40 acres in size, either on their own or in combination with an adjacent unit. Tree species composition and health is variable among and/or within stands and although categorized as regeneration harvest, a range of overstory structure and canopy cover will be retained where available. Post-harvest retention will range from few trees per acre to portions resembling an intermediate harvest. In all units, where feasible, retained trees will be grouped together in clumps of 4-12 or more trees especially in those areas with fewer, quality leave trees available and along open roads. (FEIS pages 555).

I carefully weighed the benefits of Alternatives 2, 3, and 4 analyzed in the FEIS and have determined that implementing Alternative 2 will best meet 2015 Forest Plan desired conditions and the Purpose and Need for the project while protecting other resource values. Regional Forester approval for this action was received August 4, 2017.

## Public Comments Received on the DEIS

The public comments received after the release of the Starry Goat DEIS were carefully considered and the agency response to these comments can be found in Chapter 4 of the FEIS.

Additional information and analysis was provided in the FEIS to better respond to questions raised by the public. The following was added to better respond to public comments:

- More information was added in Chapter 3 about the Forestwide Young Growth Project (FWYG) in the Past, Ongoing and Reasonably Foreseeable Actions section on page 107, and in the Cumulative Effects of Ongoing and Reasonably Foreseeable Actions sections of Aquatics Habitat and Species on page 150, Forest Vegetation on page 258, Water Resources on page 497, and Wildlife on pages 580, 609, 622, 643, 658, 687, 694, 701, 707, 714, 723, 730 and 753.
- In Table 112 and Table 113 in the Recreation Section of the FEIS, ORVs were added to describe the specific ORV for Callahan Creek, South Fork Callahan Creek, and the Kootenai River.
- Map M-8 was updated in the Map index to show bull trout habitat in relation to the decommissioning and road storage proposed in Alternatives 2 and 4.
- A map (Map M-17) was added to show bull trout habitat in Alternative 2,
- The following additions were made to the Water Resources section:
  - FEIS page 456, clarifies that the ECA method includes past disturbances such as wildfires and timber harvest.
  - FEIS page 495, includes a statement that there are no grazing allotments on Federal lands on the Three Rivers Ranger District.
  - FEIS pages 475, updates the Recreation analysis with more specific information on trail work.
  - FEIS pages 468 and 473, includes description of low order tributary stability based on 2017 field reviews.

  - FEIS page 479, stream reach surveys and other stream descriptions and data were added to the Existing Watershed Conditions section as well as numerous other sections.
  - FEIS page 482, additional sediment analysis was added to the Direct and Indirect Effects on Water Quality section.
  - FEIS pages 480-481, the discussion of RHCA buffers in the Water Resources section was clarified and a discussion of RHCA modifications was added.
  - FEIS page 447, added information about the Clean Water Act's 303(d) list.
  - FEIS page 470, clarified the Existing Conditions section on water quality regarding streams in the project area to include information on the Kootenai River's impairment status.
  - FEIS pages 467-470, further described the field reviews, intent, and examples of ground work done during storage and decommissioning work.
- The following additions were made to the Aquatic Habitat and Species section:
  - FEIS pages 139 and 140 provide more information on the past road use and timber harvest in the Goat Creek and Star Creek watersheds and their effects to aquatic habitat and species.

### Cumulative Effects

In addition to the purpose and need and public issues, I've considered the potential for cumulative effects from past, present, ongoing, and reasonably foreseeable actions (FEIS, pages 99-107) in conjunction with project activities and have determined that there will be no significant cumulative effects. In making this determination I examined past, present, ongoing, proposed, and reasonably foreseeable actions and the cumulative effects analysis is consistent with Forest Service NEPA Regulations [36 CFR 220.4(f), July 24, 2008] in accordance with the Council on Environmental Quality Memorandum, *Guidance on the Consideration of Past Actions in Cumulative Effects Analysis.*

My conclusion is based on: 1) the project's consistency with CEQ direction, 2) on-the-ground review and discussions with District, Forest, and Regional resource specialists, 3) review of similar projects before and after implementation, 4) review of the extensive project environmental documentation, including biological assessments, and findings that through project design, resources are protected and 5) the review of the USFWS's biological opinion.

## Findings Required by Laws, Regulations, and Policies

Numerous laws, regulations, and agency directives require that my decision be consistent with their provisions. I have determined that my decision is consistent with the laws, regulations, and agency policies related to this project. The following summarizes findings required by major environmental laws.

### The National Forest Management Act (NFMA)

The National Forest Management Act (NFMA) requires the development, maintenance, amendment, and revision of land management plans (forest plans) for each unit of the National Forest System. These plans provide for multiple use and sustained yield of renewable resources in accordance with the Multiple Use Sustained Yield Act of 1960 and include coordination of outdoor recreation, range, timber watershed, wildlife and fish, and wilderness. Subject to valid

existing rights, all project and activities authorized by the Forest Service after approval of the forest plan must be consistent with the applicable plan components [16 U.S.C. 1604].

On April 9, 2012 the Department of Agriculture issued a final planning rule for the National Forest System land management planning (2012 Rule) [77 FR 68 [21162-21276]). At that time, the Kootenai National Forest was in the process of revising the forest plan under prior planning regulations. Per 36 CFR 219.7(c), none of the requirements of the 2012 Rule apply to projects and activities on the Kootenai National Forest, except as described in the revised forest plan. Furthermore, the 2012 Rule explains, "[The 2012 Rule] supersedes any prior planning regulation. No obligations remain from any prior planning regulation, except those that are specifically included in a unit's existing plan. Existing plans will remain in effect until revised".

The 2015 Revision of the Kootenai National Forest Land Management Plan (2015 Forest Plan) became effective February 17, 2015. Per the January 2015 record of decision approving the Forest Plan, all project or activity approval documents after the effective date must describe how the project or activity is consistent with the Plan by the criteria listed at 36 CFR 219.15(d)." Pages 2 through 4 of the 2015 Forest Plan provide additional direction for project and activity plan component consistency.

## *Forest Plan Goals, Desired Conditions, and Objectives*

The Starry Goat Project contributes to the maintenance and/or attainment of several forest plan goals and desired conditions including the following

### From pages 153-154, 176, 199-200, 263-268, 380-381, 403, 427, 500-501, 588, 590, 623, 730, and 737-738 of FEIS:

### Goals:

**GOAL-VEG-01**: Plant communities are trending toward the desired conditions for composition, structure, patterns, and processes. The ecological integrity of the communities is high and they exhibit resistance and resiliency to natural and man-caused disturbances and stressors, including climate change.

Alternative 2 will contribute to progress achieving this goal.

**GOAL-TBR-01**: Provide a sustainable level of timber products for current and future generations. Production of timber from NFS lands contributes to an economically viable forest products industry.

Alternative 2 will contribute 19 MMBF of saw timber and 5 MMBF non-saw timber to the economy.

**GOAL-WTR-01**. Maintain or improve watershed conditions in order to provide water quality, water quantity, and stream channel conditions that support ecological functions and beneficial uses.

Alternative 2 is consistent with this goal to maintain or improve watershed condition in order to provide water quality, water quantity, and stream channel conditions that support ecological functions and beneficial uses. The vegetation management activities proposed will maintain water quantity, water quality, and stream channel conditions. The proposed watershed restoration work will

improve water quality and stream channel conditions. Watershed condition, ecological functions, and beneficial uses will be maintained or improved under this alternative.

**GOAL-SES-01:** Contribute to the social and economic well-being of local communities by promoting sustainable use of renewable natural resources. Provide timber for commercial harvest, forage for livestock grazing, opportunities for gathering firewood and other special forest products, and settings for recreation consistent with goals for watershed health, sustainable ecosystems, biodiversity, and scenic/recreation opportunities.

Alternative 2 contributes to GOAL-SES-01 by providing timber harvest opportunities, opportunities for forest products, and settings for recreation.

## Desired Conditions:

**FW-DC-VEG-01**: The composition of the forest is within the desired ranges for the dominance groups. More of the forest is dominated by western white pine, ponderosa pine, western larch, and whitebark pine. Conversely, less of the forest is dominated by grand fir, western hemlock, western red cedar, Douglas-fir, and subalpine fir. Although they are not depicted in figure 2 (2015 Forest Plan page 12), more hardwood trees occur in the Forest such as quaking aspen, black cottonwood, and paper birch.

Alternative 2 will promote ponderosa pine, western white pine, and western larch and will contribute to progress achieving this desired condition.

**FW-DC-VEG-05:** The pattern of forest conditions across the landscapes consists of a range of patch sizes that have a diversity of successional stages, densities, and compositions. Formerly extensive, homogenous patches of forests that are dominated by species and size classes that are very susceptible to disturbance agents have been diversified. Generally, there is an increase in the size of forest patches dominated by trees in the seedling/sapling size class, as well as in the large size class. There is a decrease in the size of the patches that are dominated by trees in the small and medium size classes.

Alternative 2 will create patches that are characteristic of a diversified heterogeneous landscape. The landscape will be more resilient to a variety of disturbance agents and will contribute to progress achieving this desired condition.

**FW-DC-TBR-01** Production of timber contributes to ecological, social, and/or economic sustainability, and associated desired conditions. A sustainable mix of timber products (including both sawtimber and non-sawtimber) is offered under a variety of harvest and contract methods in response to market demand. Salvage of dead and dying trees captures as much of the economic value of the wood as possible while retaining the amount needed for wildlife habitat, soil productivity, and ecosystem functions.

Alternatives 2 proposes timber harvest that will contribute to ecological, social, and/or economic sustainability, and associated desired conditions. Additionally, this alternative will contribute to a sustainable mix of timber products offered under a variety of harvest and contract methods.

**FW-DC-TBR-02** Lands identified as suitable for timber production have a regularly scheduled timber harvest program. Where appropriate, thinning or other types of stand

treatments are used to increase tree growth and create additional growing space for the desirable tree species, to address forest resilience objectives, and reduce mortality and fuel loading. Lands are adequately restocked within 5 years of final regeneration harvest, following a site-specific silvicultural prescription.

> Alternative 2 proposes timber harvest in 1,429 acres of land identified as suitable for timber production. These treatments are designed to follow the purpose and need to help move the landscape towards the desired condition. There are no known regeneration issues that will preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys will be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting will be implemented if the early stocking surveys are not satisfactory.

**FW-DC-TBR-03** Timber cutting on other than suitable for timber production lands occurs for such purposes as salvage, fuels management, insect and disease mitigation, protection or enhancement of biodiversity or wildlife habitat, or to perform research or administrative studies, or recreational and scenic-resource management consistent with other management direction. Restocking of these lands varies, based on the purpose and need for the project, and is determined through the project-level interdisciplinary process and the silvicultural prescription. Based on the site-specific silvicultural prescription and desired conditions, lands may be restocked within 5 years. In some instances, such as when lands are harvested to create openings for fuel breaks and vistas or to prevent encroaching trees, these lands may not be restocked.

> Alternative 2 proposes 354 acres of timber harvest on lands where timber harvest is allowed, but are outside of the timber production lands in MA 6. These treatments are designed to follow the purpose and need to help move the landscape towards the desired condition. There are no known regeneration issues that will preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys will be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting will be implemented if the early stocking surveys are not satisfactory. From pages 265-266 of the FEIS.

**FW-DC-WTR-01.** Watersheds and associated aquatic ecosystems retain their inherent resilience to respond and adjust to disturbance without long-term, adverse changes to their physical or biological integrity.

> The activities proposed in Alternative 2 will result in minor changes to ECAs in the watersheds of the project area and will continue to be within historic ranges. Implementation of the proposed activities, including the Design Features ( Appendix 3) and BMPs (Appendix 5) in the ROD, EIS's and Project File, will maintain or improve inherent resilience of the watersheds to respond and adjust to disturbance in the project area.

**FW-DC-WTR-02.** Water quality meets applicable state water quality standards and fully supports beneficial uses. Flow conditions in watersheds, streams, lakes, springs, wetlands, and groundwater aquifers fully support beneficial uses, and meet the ecological needs of native and desirable non-native aquatic species and maintain the physical integrity of their habitats.

Water quality in the project area meets all applicable State standards and fully supports beneficial uses. Alternative 2 is expected to maintain and potentially improve stream conditions in some areas, in the project area. This expectation is based on: surveys of existing watershed conditions; the conclusion that ECAs will not exceed historic levels; the designation of RHCAs; the application of BMPs to all proposed activities; evidence from forest monitoring results and literature regarding the effectiveness of BMPs; and the conclusion that the effects of BMP improvements to roads will reduce existing water and sediment contributions from the road network. Additionally sediment reduction through road storage and decommissioning and other watershed restoration activities will contribute to improved stream conditions in the project area.

**FW-DC-WL-02**: A forestwide system of large remote areas is available to accommodate species requiring large home ranges and low disturbances, such as some wide-ranging carnivores (e.g., grizzly bear).

Large grizzly bear Core blocks are found within the affected BMU as well as IRAs and MAs that provide non-motorized or limited motorized access during the active (4/1-11/30) bear year. Activity free areas will remain available during project implementation. Also, project activities will maintain the existing Core percent. For Alternative 2, this will result in an increase of 289 Core acres in the North Fork Ruby and Long Mountain areas as well as the inclusion of a small block of Core into the largest Core block in the Long Mountain area. The majority of the project area will be free from project activities. In addition, adjacent areas are also generally free from disturbance-causing activities. As a result, suitable remote, undisturbed areas will remain widely available. Large areas of secure habitat are found within the project area that currently provide for grizzly bears and elk and also provide security for other big game species. Prescribed burning will occur in these areas, but will not change their existing management with respect to motorized access. Adherence to management direction for grizzly bears (FW-STD-WL-02) and elk (FW-GDL-WL-10, FW-OBJ-WL-02), backcountry areas, and inventoried roadless areas will continue to maintain secure habitat within the project area for big game use. Large remote areas in the elk subunit will remain in the current condition. Roadless areas will continue to contribute large secure areas. New road construction will not occur within elk security areas. Therefore, the Starry Goat project will contribute to progress toward achieving FW-DC-WL-02.

**FW-DC-WL-16**: Habitat for native ungulates is managed in coordination with state agencies. Cover and forage are managed according to FW-DC-VEG-01, FW-DC-VEG-02, FW-DC-VEG-04, FW-DC-VEG-05, and FW-DC-VEG-11.

The proposed timber harvest and prescribed fire (FW-DC-FIRE-03) treatments will result in a trend towards the desired vegetative condition and better represent stand patch size, structure (including a diversity of cover and openings with early seral conditions that provide forage opportunities), and species composition based on historic conditions and consistent with what elk evolved with in this area. Therefore, the Starry Goat project will contribute to progress toward achieving FW-DC-WL-16. (FEIS page 738)

**FW-DC-AR-05**: A variety of motorized and non-motorized winter and summer recreation opportunities are available. Well-designed and maintained trailheads exist and offer adequate parking and turnaround areas. Trails are designed and maintained for the given users (saddle stock, snowmobiles, OHV users, hikers, mountain bikers, etc.).

New trails for mountain biking and snowshoeing will be available. The parking area associated with these trails will be improved. Parking areas and turn arounds will be improved with the increased access to the Smith Mountain road (NFSR 4530) and the additions to Goat Creek Trail 152.

**FW-DC-AR-08**: Motor vehicle use designations are complete, accurate signing is in place, and motorized vehicle use maps are available. User conflicts are reduced. Loop opportunities are a part of both the road and trail systems. Community involvement is promoted and user awareness programs (educational and informational) enhance the recreational experience. Partnerships are developed with various interest and user groups to participate in evaluation, planning, and maintenance programs for both roads and trails. Easements are obtained to help provide access to NFS lands.

The new Threemile Bicycle trail system will enhance the recreational experience for mountain bikers, this trail is not open to stock use. The McConnell snowshoe trail will do the same for people who snow shoe, hike and use stock. Informational signs will be posted at the trail head for the new Threemile Bicycle Trail system to inform and educate mountain bike riders of measures that could be taken to reduce their risk of an encounter with wildlife. Also, a pack-in/pack-out policy will be in place for the trailheads and trails to minimize the potential for attractants and human-grizzly conflict associated with this activity. Community involvement and partnerships have developed, and interested user groups will be participating in evaluation and maintenance programs for both these trails.

**FW-DC-FIRE-02:** Hazardous fuels are reduced within the WUI and other areas where values are at risk. Fire behavior characteristics and fuel conditions exist in these areas that allow for safe and effective fire management. Fire behavior is characterized by low-intensity surface fires with limited crown fire potential. Forest conditions, and the pattern of conditions across the landscape, exist in these areas such that the risk is low for epidemic levels of bark beetles, high levels of root disease, and large scale, stand replacement wildfires.

Alternative 2 proposes 9,713 acres of prescribed burning with 3,497 acres in the WUI.

The project contributes to meeting several forest plan objectives including the following:

## Objectives

**FW-OBJ-VEG-01. Forest Resilience -** Over the life of the Plan, the outcome per decade is: Increased relative representation of early seral, shade-intolerant, drought- and fire-tolerant, insect/disease resistant species dominance types (e.g., ponderosa pine, white pine, western larch, whitebark pine, and hardwoods) on approximately 120,000 to 150,000 acres. Treatment of approximately 250,000 acres to maintain and/or improve forest resilience, natural diversity, and productivity and to reduce negative impacts of non-native organisms. Treatments may include timber harvest, planting, thinning, management of fire (including

planned and unplanned ignitions), mechanical fuel treatments, revegetation with native species, blister rust pruning, integrated tree improvement activities, noxious weed treatments, and other integrated pest management activities including forest health protection suppression and prevention activities.

> Alternatives 2 is designed specifically to contribute 11,947 acres towards forest resilience and contribute towards progress of achieving this objective. The combination of harvest treatments and planned prescribed fire within regeneration units promotes early seral species. Fuels treatments also provide seed beds and nutrient availability to foster planting efforts

**FW-OBJ-TBR-01.** Annually offer timber for sale at the estimated predicted volume sold of 47.5 MMBF.

> Alternative 2 will contribute 24 MMBF.

**FW-OBJ-WTR-01**. Over the life of the Plan, trend at least 15 percent of subwatersheds toward an improved watershed condition. Improvements in these watersheds may include passive or active restoration efforts, depending on opportunities and/or funding.

> The project will actively trend subwatersheds in a positive direction by addressing road conditions that are adversely affecting streams through sediment delivery. The proposed road storage, road decommissioning, and stabilization of road/stream crossing sites will help reduce sediment delivery to project area streams. Therefore, the project contributes to the attainment of this objective. See Road Storage, Decommissioning, and Stream Channel Processes discussion in the Direct and Indirect Effects section. (FEIS page 487-492)

**FW-OBJ-WL-02. Elk**: Over the life of the Plan, increase by 1 each the number of planning subunits that provide at least 30 percent elk security and the number of high emphasis planning subunits that provide at least 50 percent elk security.

> The Callahan elk planning subunit provides 50 percent elk security in large blocks (greater than 250 acres) and is at 51 percent when including smaller blocks. On KNF managed land within the project area, elk security is 59 percent. The elk security measure is already at or above 50 percent and therefore already meets the 'high emphasis' status. Therefore, the Starry Goat project will not prevent the attainment of the objective.

**FW-OBJ-FIRE-01:** The outcome is the treatment of fuels on approximately 5,000 to 15,000 acres annually on NFS lands, primarily through planned ignitions, mechanical vegetation treatments, and unplanned ignitions. NFS lands within the WUI are the highest priority for fuel treatment activities.

> Alternative 2 proposes 9,713 acres of prescribed burning with 3,497 acres in the WUI and 1,834 acres of harvest units in the project area.

In addition, no part of the Starry Goat Project forecloses the opportunity to achieve any other forest plan goals, desired conditions, or objectives over the long term.

### *Forest Plan Standards, Guidelines, and Suitability*

The Starry Goat Project complies with all applicable standards and is designed to meet the purpose of all relevant guidelines.

Consistency with 2015 Forest Plan standards and guidelines assures the proposed vegetation management will be carried out in a manner consistent with the protection of soil, watershed, fish, wildlife, recreation, and esthetic resources, and the regeneration of the timber resource (16 USC 1604(g)(3)(F)(v)). In addition, the project is specifically consistent with:

**FW-STD-TBR-01**: Regulated timber harvest activities shall occur only on those lands classified as suitable for timber production.

Page 267 of the FEIS addresses FW-STD-TBR-01. Alternative 2 will have 1,350 acres of timber harvest on lands classified as suitable for timber production. These treatments are proposed because their existing conditions do not match the desired conditions of the purpose and need.

**FW-STD-TBR-02**: If individual harvest openings created by even-aged silvicultural practices are proposed that would exceed 40 acres, then NFMA requirements regarding public notification and approval shall be followed. These requirements do not apply to the size of areas harvested because of catastrophes such as, but not limited to, wildfire, insect and disease attacks, or wind storms (consistent with FSM R1 supplement 2400-2001-2 2471.1, 16 USC 1604(g)(3)(F)(iv)).

Alternative 2 includes 17 regeneration harvest units that will either create or contribute to a total of 12 openings over 40 acres. Please refer to the discussion about openings larger than 40 acres located in this document under the Key Issues section.

**FW-STD-TBR-03**: Timber harvest activities shall only be used when there is reasonable assurance of restocking within 5 years after final regeneration harvest. Restocking level is prescribed in a site-specific silviculture prescription for a project treatment unit and is determined to be adequate depending on the objectives and desired conditions for the Plan area. In some instances, such as when lands are harvested to create openings for fuel breaks, wildlife habitat, and vistas or to prevent encroaching trees, it is adequate not to restock (consistent with 16 USC 1604(g)(3)(E)(ii)).

Alternative 2 will have a restocking level prescribed in a site-specific silvicultural prescription. There are no regeneration issues that will preclude successful reforestation either through planting or natural regeneration. Regeneration stocking surveys will be completed the first, third, and fifth year after harvest to monitor the natural and planted regeneration. Replanting will be implemented if the early stocking surveys are not satisfactory. The FACTS database was used to summarize reforestation survey records on the District. All regeneration harvests from 1982 to 2016 were analyzed (see project file for more information). Results show that 91 percent have been satisfactorily stocked within 5 years and 95 percent are progressing or certified as stocked now. Poor performance was typically due to droughty conditions in the mid- 1980s and late-1990s and early-2000s, and on harsh sites with shallow soils. All sites that did not get certified within 5 years had trees growing but not at the desired density. This

information demonstrates assurance that the proposed regeneration harvest can be adequately restocked within the required timeframe. The Forest Service is required by law to reforest per the Knutson-Vandenberg Act (16 USC 576b, 6/9/30). (FEIS page 268)

**FW-STD-TBR-04**: Even-aged stands shall generally have reached or surpassed culmination of mean annual increment (95 percent of CMAI, as measured by cubic volume) prior to regeneration harvest, unless the following conditions have been identified during project development:

- When such harvesting would assist in reducing fire hazard within the WUI; and
- When harvesting of stands will trend landscapes toward vegetation desired conditions (consistent with (16 USC 1604(m)).

All regeneration harvests in Alternative 2 will assist in reducing fire hazard within the WUI and will trend the landscapes toward vegetation desired conditions. (FEIS page 268)

**FW-STD-TBR-05:** Harvesting systems shall be selected based on their ability to meet desired conditions and not strictly on their ability to provide the greatest dollar return (consistent with (16 USC 1604(g) (3) (E) (iv)).

Alternative 2 is designed in accordance with this standard. (FEIS page 268)

**FW-STD-TBR-06:** Clearcutting shall be used only where it is the optimum method for meeting Forest Plan direction; and **FW-STD-TBR-07:** Even-aged prescriptions other than clearcutting (seed tree, shelterwood, etc.) shall be used when appropriate to meet Forest Plan direction.

Clearcutting (with reserves) in Alternatives 2 is proposed on 831 acres and has been prescribed by a silviculturist as the optimum method to contribute to progress achieving the desired condition. (FEIS page 268). Even-aged prescriptions, other than clearcutting, in Alternative 2 are proposed on 562 acres and will be prescribed by a silviculturist as the optimum method to contribute to progress achieving the desired condition. (FEIS page 268)

Based upon field reviews; discussion of alternative silvicultural systems, prescriptions and the use of even-aged management found in the diagnosis (see project file), and the evaluation of effects found in Chapter 3 of the FEIS it has been determined that clearcutting with reserves is the optimal method of treatment for Units 5, 7A, 7C, 8, 10A, 10B, 11, 12B, 13, 20, 21, 22, 23, 26, 28, 30, 32, 33, 34, 36, 43, and 51. It has also been determined that prescribing other even-aged systems under Alternative 2 is appropriate for Units 1, 3, 4,12A, 14, 16, 19, 25A, 25B, 25C, 46, 48A, and 48B.

**FW-GDL-SOIL-04**: Ground-disturbing management activities on landslide prone areas should be avoided. If activities cannot be avoided, they should be designed to maintain soil and slope stability; **FW-GDL-SOIL-05:** Project specific best management practices (BMPs) should be incorporated in to all land management activities as a principle mechanism for protecting soil resources; and **FW-GDL-WTR-03**: Project specific best management practices (BMPs) will be incorporated in all land use and project plans as a principle

mechanism for controlling non-point pollution sources, meet soil and water goals, and protect beneficial uses. To the extent practicable, ditch and road surface runoff should be disconnected from streams and other water bodies.

> All project activities will incorporate project specific BMPs as a principle mechanism for protecting soil resources. RHCA buffers and design features to exclude any landslide prone areas found during sale layout will be implemented to maintain soil and slope stability. Best management practices (BMPs) are outlines in the Water Conservation Practices Handbook R-1/R-4 Amendment no. 1 (FSH 2509.22) and National Core BMP direction (USDA, 2012), which consist of practices to minimize soil disturbance (Appendix 5).
>
> The NFMA requires that timber will be harvested from NFS lands only where soil, slope, or other watershed conditions will not irreversibly damage [16 USC 1604(g)(3)(E)(i)]. All activities proposed are consistent with this direction. The 2015 Forest Plan contains desired conditions, objectives, and guidelines with respect to soils. Project compliance with these is displayed in the FEIS on pages 427 and 500. Alternative 2 meets all 2015 Forest Plan Guidelines for soils.
>
> Water quality in the project area meets all applicable State standards and fully supports beneficial uses. Each alternative has been designed to maintain and potentially improve stream conditions in the project area. The expectation for maintenance and/or improvement is based on: surveys of existing watershed conditions; the conclusion that ECAs will not exceed historic levels; the designation of RHCAs; the application of BMPs to all proposed activities; evidence from forest monitoring results and literature regarding the effectiveness of BMPs; and the conclusion that the effects of BMP improvements to roads will reduce existing water and sediment contributions from the road network. Additionally sediment reduction through road storage and decommissioning and other watershed restoration activities will contribute to improved stream conditions in the project area.

**FW-STD-RIP-03** and all incorporated Inland Native Fish Strategy standards and guidelines (consistent with (16 USC 1604(g) (3) (E) (iii)).

> Stream buffers have been incorporated into sale layout and unit design. The INFISH RHCAs will be avoided. All proposed activities were designed in accordance with this 2015 Forest Plan standard. Based on these factors it is determined that all action alternatives are consistent with the 2015 Forest Plan. (FEIS page 153-154)

**FW-STD-WL-02:** The Motorized Access Management within the Selkirk and Cabinet Yaak Grizzly Bear Recovery Zone Management Direction and ROD is included in Appendix B, and shall be applied.

> There will be no increase in the amount of roads open to public motorized use during the active bear year (4/1- 11/30). Restricted, barriered, and new roads constructed and opened for activities will return to the designated status post-project. All roads that may exceed administrative trips were considered open for the bear year. Although this road use will result in project changes to OMRD and TMRD levels, these increases will be minor and post-project levels will be the

same as the existing condition. For Alternatives 2 forest management in areas currently providing Core will occur through the in-kind replacement of Core acres. These activities will result in a post-project increase of 289 Core acres, which will maintain the existing Core percent in BMU 9 and be consistent with Access Amendment design element I. B. 3. Watershed improvement activities occurring in Core will comply with design elements I. B. 2. a. and I. B. 2. b. Refer to the Access Management Plan (Appendix 6) and "Road Impacts." Therefore, the Starry Goat project is designed in accordance with this standard. (FEIS page 590)

**FW-GDL-WL-10.Elk:** Management activities in planning subunits (see glossary) should maintain existing levels of elk security with improvements made, where possible, in high and medium emphasis planning subunits (determined in cooperation with Montana Fish, Wildlife, and Parks; see FW-DC-WL-16) should improve elk security.

The project will retain existing levels of elk security. Project units may decrease cover and improve forage, thereby changing the effectiveness of those blocks of elk security. The road access management change on NFSR 4530 (Smith Mountain road) will negligibly change the calculated elk security. Effectively, elk security will remain the same as the existing condition. Therefore, the Starry Goat project was designed in accordance to this guideline. (FEIS page 738)

**FW-GDL-AR-01**: Management activities should be consistent with the mapped scenic integrity objective, see Plan set of documents. The scenic integrity objective is High to Very High for scenic travel routes, including Pacific Northwest National Scenic Trail, designated Scenic Byways, and National Recreation Trails (consistent with (16 USC 1604(g)(3)(F)(iii)).

The intent of the project is to put vegetation on track to be healthier, more vigorous and resilient through harvest and prescribed burning. As disclosed in this analysis, harvest units and prescribed burning will have short-term (1 to 3 years) effects on some scenic resources, but the harvest unit layout design criteria and project contribution to trending the landscape toward desired conditions for forest composition, structure, pattern and will be consistent with all forest plan Scenic Integrity Objectives (SIOs). See the FEIS Forest Vegetation section for more details. This contributes to progress toward achieving the FW-DC-AR-02 and meets the intent of guidelines: FW-GDL-AR-01, MA2-GDL-AR-07, MA6-GDL-AR-05, MA5a, b, c-GDL-AR-06. (FEIS pages 403)

Therefore, my decision meets the requirements at 16 USC 1604.

### *Management Area Direction*

MA2 (Eligible wild and Scenic Rivers) applies to river segments that have been identified as eligible for inclusion as part of the Wild and Scenic Rivers System (WSR) under the authority granted by the Wild and Scenic Rivers Act of 1968, as amended. Segments of Callahan Creek, South Fork Callahan Creek, and the Kootenai River within the project area are in MA2, Eligible Wild and Scenic Rivers. These segments are classified as recreational, with outstandingly remarkable values of history for Callahan; and scenery, fisheries, recreation, wildlife and history for the Kootenai River.

A recent court ruling requires the Forest to provide an additional opportunity to object to Callahan Creek as an Eligible Wild and Scenic River.

The Callahan Creek segments will continue to be managed as eligible Wild and Scenic River to conserve the initial outstandingly remarkable values identified until the KNF completes the Courts instructions.

## *Other NFMA Considerations*

### Analysis

The potential environmental, biological, aesthetic, engineering, and economic impacts of the timber sales associated with Starry Goat Project, as well as the consistency of the activities with the multiple uses of the general area, were assessed by an interdisciplinary review team consistent with (16 USC 1604(g)(3)(F)(ii)). (FEIS Appendix G)

### Roads

In consideration of 16 USC 1608(b), temporary roads shall be designed with the goal of reestablishing vegetative cover on the roadway and areas where the vegetative cover has been disturbed by the construction of the road, within 10 years after the termination of the timber sale contract either through artificial or natural means. Such action shall be taken unless later travel analysis determines the road is needed for use as a part of the National Forest Transportation System.

In addition, roads constructed and reconstructed on the Kootenai National Forest shall be designed to standards appropriate for the intended uses, considering safety, cost of transportation, and impacts on land and resources (in compliance with16 USC 1608(c) and to make progress toward achieving FW-DC-AR-07).

The Transportation analysis in the FEIS (pages 429-445), the Starry Goat Travel Analysis Report (TAR), and the Forest-wide TAR, located in the project file inform my decision. While my decision is informed by the Forest-wide TAR, the Starry Goat project TAR provided valuable site-specific information upon which my decision is based. I have determined the project meets the requirements of 16 USC 1608 (b) and (c).

The Starry Goat analysis has identified the minimum road system for the Starry Goat project area. Should the Forest re-enter this project area for future management, it is likely the Forest will go through a new travel analysis process, at which time it may identify different roads and actions to be implemented through a NEPA decision.

Management actions associated with the Starry Goat Project include the construction of 1.5 miles of permanent roads to access Harvest Units 32, 49, 50, and 51. (FEIS page 37).

### Diversity

The National Forest Management Act (NFMA) directs the Forest Service to “provide for diversity of plant and animal communities based on the suitability and capability of the specific land area in order to meet overall multiple-use objectives.” The vegetation management approach in the 2015 Forest Plan is one that provides for ecosystem diversity by providing the ecological components, patterns, and processes at multiple scales on the landscape, and thereby provides the full spectrum of habitats and conditions needed for all of the biological organisms associated with

the various ecosystems (USDA Forest Service 2013). This includes the goal that “the KNF manages wildlife habitat through a variety of methods (e.g., vegetation alteration, prescribed burning, invasive species treatments, etc.) to promote the diversity of species and communities and to contribute toward the recovery of threatened and endangered terrestrial wildlife species” (Forest Plan, GOAL-WL-01).

In addition, the 2015 Forest Plan provides management direction in the form of vegetation and wildlife desired conditions, coarse woody debris and snag guidelines, and old growth standards and guidelines. The companion approach to ecosystem diversity (coarse filter) is the “fine filter” approach in which conservation strategies are used for individual species or groups of species to contribute to species diversity. The fine filter approach narrows the focus to those species that require habitat that maybe outside the range of variation and are not covered under the coarse filter. The 2015 Forest Plan provides fine filter management direction in the form of grizzly bear, lynx, and other species-specific standards and guidelines.

Based on consideration of consistency with the forest plan, the monitoring and design criteria of the Starry Goat Project decision, analysis of effects, the biological assessments/evaluations (in the FEIS and the project record), and the USFWS’s biological opinion, I find this decision will continue to provide for a diversity of species and communities.

Sensitive species are managed under the authority of the NFMA and are administratively designated by the Regional Forester (FSM 2670.5). In making my decision, I have reviewed the analysis and project effects on all sensitive species listed as possibly occurring on the Kootenai National Forest. Based upon consideration of the 2015 Forest Plan, the Monitoring Plan and Design Features of this Decision, the analysis of effects of the Starry Goat Project presented in the FEIS, the biological assessments/evaluations, I concluded that my decision poses little risk to the diversity of native species. In addition, my conclusion is based on a review of the record that shows a thorough review of relevant scientific information, a consideration of opposing views, and the acknowledgment of incomplete or unavailable information, scientific uncertainty, and risk.

Table 4 shows the Sensitive Species Determinations and where they can be located in the Starry Goat FEIS.

**Table 4– Sensitive Species Determinations in the Starry Goat FEIS**

| Species | Determination | FEIS, Chapter 3 Page |
|---|---|---|
| *Botrychium ascendens* (upward-lobed moonwort) | No impact | 356 |
| Botrychium crenulatum (wavy moonwort) | No impact | 356 |
| Botrychium hesperium (western moonwort) | No impact | 356 |
| Botrychium paradoxum (peculiar moonwort) | No impact | 356 |
| Botrychium pedunculosum (stalked moonwort) | No impact | 356 |
| Corydalis sempervirens (pink corydalis) | No impact | 356 |

| Species | Determination | FEIS, Chapter 3 Page |
|---|---|---|
| Heterocodon rariflorum (western pearl-flower) | No impact | 356 |
| Lomatium geyeri (Geyer's biscuitroot) | May impact individuals or habitat but will not likely contribute to a trend towards Federal listing or cause a loss of viability to the population or species. | 356 |
| Lycopodium dendroideum (prickly tree clubmoss) | No impact | 356 |
| Mimulus ampliatus (stalk-leaved monkeyflower) | No impact | 356 |
| Mimulus breviflorus (short-flower monkeyflower) | No impact | 356 |
| Mimulus clivicola (bank monkeyflower) | No impact | 356 |
| Phegopteris connectilis (northern beech-fern) | No impact | 356 |
| Westslope Cutthroat Trout (Oncorhynchus clarki lewisi) | May impact individuals or habitat but will not likely contribute to a trend towards Federal listing or cause a loss of viability to the population or species. | 155 |
| Columbia Basin (Interior) Redband Trout (*Oncorhynchus mykiss gairdneri*) | May impact individuals or habitat but will not likely contribute to a trend towards Federal listing or cause a loss of viability to the population or species. | 155 |
| Interior redband trout *(Oncorhynchus mykiss gairdneri)* | May impact individuals or habitat but will not likely contribute to a trend towards Federal listing or cause a loss of viability to the population or species. | 155 |
| Western Pearlshell Mussel (*Margaritifera falcata)* | No Impact | 155 |
| American Peregrine Falcon (*Falco peregrinus anatum*) | No Impact | 627 |
| Bald Eagle (*Haliaeetus leucocephalus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 629 |
| Bighorn Sheep (*Ovis canadensis*) | No Impact | 627 |
| Black-backed Woodpecker (*Picoides arcticus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 649 |
| Coeur d'Alene Salamander (*Plethodon vandykei idahoensis*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 666 |

| Species | Determination | FEIS, Chapter 3 Page |
|---|---|---|
| Common loon<br>(*Gavia immer*) | No impact. | 627 |
| Fisher<br>(*Pekania pinnanti*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 690 |
| Flammulated Owl<br>(*Otus flammeolus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 697 |
| Gray Wolf<br>(*Canus lupus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 703 |
| Harlequin Duck<br>(*Histrionicus histrionicus*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 708 |
| Northern Bog Lemming<br>(*Synaptomys borealis*) | No Impact | 628 |
| Northern Leopard Frog<br>(*Rana pipiens*) | No Impact | 628 |
| Townsend's Big-Eared Bat<br>(*Corynorhinus townsendii*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 717 |
| Western Toad<br>(*Bufo boreas*) | May impact individuals or their habitat but will not likely contribute to a trend toward federal listing or cause a loss of viability the population or species. | 724 |

As discussed in the FEIS and this decision, the activities authorized in Alternative 2 are consistent with the 2015 Forest Plan.

## Clean Water Act and Montana State Water Quality Standards

The Clean Water Act requires States to establish water quality standards that provide for protection of the beneficial uses made of their waters. State water quality standards consist of classifying streams, designating the beneficial uses, and developing water quality criteria sufficient to protect the designated beneficial uses.

The designated beneficial uses of most streams in the Kootenai River basin, including the Starry Goat area streams, are drinking, culinary, and food processing purposes, after conventional water treatment; bathing, swimming, and recreation; growth and propagation of salmonid fishes, associated aquatic life, waterfowl, and furbearers; and agricultural and industrial water supply.

Montana has developed numeric or narrative criteria for various pollutants that may impact these beneficial uses. The pollutant of primary concern with land management operations is sediment,

and the beneficial use of most concern in these waters is generally fish. No increases of sediment or suspended sediment are allowed above naturally occurring concentrations which will render the waters harmful, detrimental, or injurious to fish (ARM 17.30.623). The Forest Service addresses this requirement through application of best management practices (BMPs).

States are required to assess whether streams meet established water quality standards, and if they do not States must establish total maximum daily loads (TMDLs) for those pollutants causing the impairment. Streams that are identified as not meeting water quality standards are put on what is called the "303(d) list". No streams in this project area have been or are currently on the 303(d) list other than the Kootenai River which forms the southern boundary of the project area. The Kootenai River is on the 303(d) list due to hydrological changes caused by the construction and operation of Libby Dam which is not under the jurisdiction of the Forest Service (FEIS pages 447).

Upon review of the Starry Goat Project FEIS and the project file, I find that the activities associated with the Selected Alternative will comply with the Clean Water Act and Montana State Water Quality standards. My decision includes project Design Features (ROD, Appendix 3) and Best Management Practices (ROD Appendix 5) which are designed to protect the water resource and achieve water quality standards. In addition, INFISH RHCAs will be established along all wetlands and stream courses that are in or adjacent to treatment areas.

The Environmental Protection Agency (EPA) Region VIII Denver Office was notified of this project and sent a copy of the DEIS. A letter was received from the Denver Office with recommendations which the Forest Service has responded to in Chapter 4 of the FEIS.

## Clean Air Act

After reviewing Chapter 3 of the FEIS, I find that the activities in the Selected Alternative will be coordinated to meet the requirements of the State Implementation Plans, smoke Management Plan, and Federal Air Quality requirements (FEIS page 119).

## Consideration of Best Available Science

My decision is based on the best available science and includes a review of the science presented by the public. This science is thoroughly discussed throughout the DEIS and FEIS, in Response to Comments, and in the project file documentation.

## National Historic Preservation Act, American Indian Religious Freedom Act, and Native American Graves Protection and Repatriation Act

Cultural resource reviews have been completed on all areas to be impacted by ground-disturbing activities. The Selected Alternative is consistent with the 2015 Forest Plan and applicable regulations and laws regarding historic properties. Recognizing that the potential exists for unidentified sites to be encountered or disturbed during project activity, special provisions for their protection will be included in all contracts used to implement this project. These provisions will allow the Forest Service to unilaterally modify or cancel a contract to protect cultural resources, regardless of when they are identified. This provision will be used if a site were discovered after a harvest operation had begun. This project complies with the Region 1 programmatic agreement (1991) with the State Historic Preservation Office (SHPO) and the

Advisory Council on Historic Preservation. I have requested concurrence with regards to our determination for effects to cultural resources.

## Government to Government Relations

The Forest Service consulted with the Confederated Salish and Kootenai Tribes and the Kootenai Tribe of Idaho during the analysis process. The intent of this consultation has been to remain informed about the tribal concerns regarding the American Indian Religious Freedom Act and other tribal issues. In addition, the Salish, Kootenai, and Upper Pend d'Oreilles have rights under the Hellgate Treaty of 1855 (July 16, 1855). These rights include the "right of taking fish at all usual and accustomed places, in common with citizens of the Territory, and of erecting temporary buildings for curing; together with the privilege of hunting, gathering roots and berries, and pasturing their horses and cattle upon open and unclaimed land." The federal government has trust responsibilities to Tribes under a government-to-government relationship to insure that the Tribes reserved rights are protected. Consultation with the Tribes throughout the project planning helped insure that these trust responsibilities were met.

## The Endangered Species Act [16 USC 1531 ET. SEQ]

Under the provisions of this Act, Federal agencies are directed to seek to conserve endangered and threatened species and to ensure that actions are not likely to jeopardize the continued existence of any of these species. Biological Assessments for threatened and endangered species have been completed for the project. The project received USFWS concurrence on April 13, 2018. The biological opinion findings can be found on page 12 and 13 of this document and in the project file.

Table 5 shows the threatened, endangered, and proposed plant and animal species on the Kootenai National Forest and the determinations made for these species in the FEIS.

**Table 5 Threatened, Endangered and Proposed Species in the Starry Goat Project Area**

| Species | Determination* | FEIS, Chap. 3 Page |
|---|---|---|
| Grizzly Bear<br>(*Ursus arctos horribilis*)<br>Threatened | MALAA | 592 |
| Canada Lynx<br>(*Lynx canadensis*)<br>Threatened | MANLAA | 615 |
| Canada Lynx Critical Habitat | No Effect | 616 |
| *Silene spaldingii*<br>(Spalding's catchfly)<br>Threatened | No Effect | 354 |
| Bull Trout<br>(*Salvelinus confluentus*)<br>Threatened | MALAA | 154 |
| Bull Trout Critical Habitat | MALAA | 154 |
| White sturgeon<br>(*Acipenser transmontanus*) | No Effect | 154 |

| Species | Determination* | FEIS, Chap. 3 Page |
|---|---|---|
| Endangered | | |
| Wolverine (Gulo gulo luscus) | NLJ | 625 |

*Determination Key: MALAA = May Affect, Likely to Adversely Affect and MANLAA = May Affect, Not Likely to Adversely Affect and NLJ= Not likely to Jeopardize the Continued Existence.

In accordance with the Endangered Species Act, Section 7, I have completed formal consultation with regard to the project effects to grizzly bear and bull trout. The activities in the Selected Alternative with the determination of likely to adversely affect grizzly bears are consistent with the 2015 Forest Plan and are covered by the Incidental Take Statement issued as a result of that consultation. I have also completed concurrence with regards to our determination for effects to Canada lynx.

## Administration of the Forest Development Transportation System- Roads Policy- 36 CFR Part 212 et al. (Published in the Federal Register on January 12, 2001)

A roads analysis has been prepared for the Starry Goat project area (see Transportation Section of the FEIS beginning on page 429, the Starry Goat Transportation Analysis Report, and the Forest-wide Transportation Analysis Report, located in the project file). The Starry Goat analysis has identified the minimum road system for the Starry Goat project area. Should the Forest re-enter this project area for future management, it is likely the Forest will go through a new travel analysis process, at which time it may identify different roads and actions to be implemented through a NEPA decision. I have determined that the Selected Alternative, which includes 1.5 miles of new permanent road construction, the addition of 0.62 miles of existing road to the NFS roads system, the decommissioning of 15.42 miles of closed roads, and the storage of 22.9 miles of closed road to address high risk sediment sources, complies with the Roads Policy.

## Migratory Bird Treaty Act of 1918; Executive Order 13186 of January 2001

The Migratory Bird Treaty Act of 1918 was implemented to protect migratory birds and includes treaties between the U.S. and Great Britain (for Canada), Mexico, Japan, and the Soviet Union (now Russia). The Selected Alternative is in compliance with the Migratory Bird Treaty Act of 1918 (See FEIS wildlife sections).

On January 10, 2001, President Clinton signed an Executive Order outlining responsibilities of Federal agencies to protect migratory birds. Upon review of the information in the FEIS (pages 740-756) I find that the Selected Alternative complies with this Executive Order.

## Roadless Area Conservation Rule

I have considered the effects of prescribed burning (Non-harvest Fuels Units C, D, G, H, I, P, Q, R, and Y) proposed in the Roberts and Willard-Estelle Inventoried Roadless Areas and have determined this activity to be consistent with the 2001 Roadless Area Conservation Rule (35 CFR 294 Subpart B) and the Idaho Roadless Rule (36 CFR 294 Subpart C).

## Environmental Justice

I have considered the effects of this project on low income and minority populations and concluded that this project is consistent with the intent of the Environmental Justice Act of 1994 (EO 12898). This project was designed to contribute to the economic well-being of local communities (see FEIS, Chapter 1 and Chapter 3). The Economics analysis disclosed no disproportionate effects to low income or minority populations.

## Global Climate Change Prevention Act

The importance of carbon storage capacity of the world's forests is tied to their global role in removing atmospheric carbon that is contributing to ongoing global warming. Meaningful and relevant conclusions on the effects of a relatively minor land management action such as the Starry Goat Project on global greenhouse gas emissions or global climate change is neither possible nor warranted.

Forests are in a continual flux, emitting carbon into the atmosphere and removing it through photosynthesis. The proposed activities may alter the rates and timing of that flux within the individually-affected forest stands. However, these changes will be localized and infinitesimal in relation to the role the world's forests play in climate change, and indistinguishable from the effects of not taking action in the Starry Goat Project Area. Therefore, this issue was not addressed further. For additional information, refer to the climate discussion in the FEIS on pages 211-215 and 236 and the climate change specialist report in the project file.

## Compliance with Other Laws, Regulations, and Policies

Compliance with other laws, regulations, and policies are listed in various sections of the project file, the 2015 Forest Plan, and the FEIS (primarily in the "Regulatory Framework" discussion at the beginning of each resource analysis and the "Consistency" discussion at the end of resource sections in Chapter 3).

## Environmentally Preferable Alternative

The FEIS analyzed one no-action and three action alternatives in detail. It is also required by law that one or more of those alternatives be identified in the Record of Decision as the environmentally preferable alternative. The environmentally preferable alternative is not necessarily the alternative that will be implemented, and it does not have to meet the underlying need of the project. It does, however, have to cause the least damage to the biological and physical environment and best protect, preserve, and enhance historical, cultural and natural resources. The environmentally preferable alternative must also "encourage productive and enjoyable harmony between man and his environment," "promote efforts which will prevent or eliminate damage to the environment and biosphere" and stimulate the health and welfare of man" (42 USC § 4321).

Alternative 2 is the environmentally preferable alternative. In the short-term, Alternative 1 would seem to be the environmentally preferable alternative because it will not result in disturbances to the biological and physical environment. However, Alternative 1 fails to address the pressing environmental objectives identified in the purpose and need of the project: promoting resilient forest vegetation; maintaining and improving watershed conditions that support ecological functions and native aquatic species habitat; providing forage and security for wildlife; providing wood products; maintaining and improving recreational opportunities and reducing the potential for high intensity wildfire. Alternative 2 best preserves natural resources, in the long-term, by

promoting long-lived tree species, improved forage and habitat for big game and other wildlife species, improving watershed conditions and fish habitat and moving toward the desired conditions in the 2015 Forest Plan Alternative 2 also does the most of the action alternatives to protect soils. While Alternative 2 will result in short-term impacts, which are described in the EIS, these impacts will be outweighed in the long-term by the benefits of actions that promote resilient forest conditions and improve water quality, aquatic species habitat, maintain and improve recreational opportunities.

## Pre-decisional Administrative Review (Objection) Process

This project was subject to review and objection pursuant to 36 CFR 218 regulations (Subparts A and B). Two written objection were submitted to the reviewing officer within the 45 day calendar period following publication of the legal notice of the objection period in the *Missoulian*, which is the newspaper of record.

The Objection Reviewing Officer (ORO) responded to the objections with the official letters dated March 21, 2018. The Alliance for the Wild Rockies declined a meeting with the ORO to try and resolve the objection issues. Instructions to the Forest concerning the Starry Goat project have been addressed within the FEIS and project record. These include the following:

- The FEIS clarified the intent to apply fire within portions of the Lynx Analysis Unit (LAU), while specifically excluding stand initiation or multistory foraging habitat in the application.
- The FEIS and the project record include maps of the roadless expanse with proposed activities by alternative, and specify the expected timeframes and geographical extent of the effects to wilderness characteristics described on pages 313 to 329 of the FEIS. Additionally, a conclusion of effects to future wilderness recommendations was added to the FEIS.

The objection from Wild Earth Guardians (WEG) was resolved after the ORO and the Kootenai Forest Supervisor participated in an objection resolution phone call with WEG. The Starry Goat analysis identified the minimum road system for the project area. As a result of their discussion, future projects will make the project-level Travel Analysis Report accessible on the web page. Should the Forest re-enter this project area for future management, it is likely the Forest will go through a new travel analysis process, at which time it may identify different roads and actions to be implemented through a NEPA decision.

## Implementation

Implementation of the decision may occur on, but not before, the fifth business day following the end of the objection filing period, depending upon the availability of funding.

Objections were filed so approval of project activities will not occur until the pre-decisional review process is complete and a Record of Decision issued. In accordance with 36 CFR 218, the objection process is now complete, and the project may begin immediately.

## Contact Information

For further information on this decision, contact Kirsten Kaiser, District Ranger, kakaiser@fs.fed.us , or Lisa Osborn, Project Leader, losborn@fs.fed.us , Three Rivers Ranger District, 12858 US Hwy 2, Troy, MT 59935, (406) 295-4693.

Approved By:

Christopher S. Savage
Forest Supervisor
Kootenai National Forest

# Appendices

## Appendix Index

Appendix 1: Alternative 2 –Harvest Treatment Summary
Appendix 2: Non-harvest Fuels Units and Treatments in Alternative 2
Appendix 3: Design Features
Appendix 4: Monitoring Plan with Biological Opinion Terms and Conditions
Appendix 5: Best Management Practices (BMP)
Appendix 6: Access Management Plan and Map
Appendix 7: Alternative 2 - Harvest and Non-harvest Fuels Units Map

## Appendix 1: Alternative 2 Harvest Treatment Summary

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| 1 | 6 | 75 | 75 | - | Mixed conifer DF dominated with PP, WL, WP, LP, GF with scattered open areas. Low vigor in PP and WL due to dense understory/ladder fuels. In WUI. | Regenerate – Seedtree cut via tractor leaving WL, PP, WP, and some DF. Slash and underburn. Natural regen. | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, promote desired species composition of early seral species, and promote forage. |
| 3 | 6 | 32 | 32 | - | Varied with WL, DF, GF, LP, C. Patchy areas with dwarf mistletoe in the WL. High stand densities. In WUI. | Regenerate-Seedtree cut via tractor above road above road and skyline below leaving WL, WP, DF, C. Slash and underburn. Interplant WP | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, and promote forage. |
| 4 | 6 | 79 | 79 | - | Mixed conifer WL, DF, C, WP, LP, WH, few PP. Patches of WL with dwarf mistletoe. Dense understory/ladder fuels in places. In WUI. | Regenerate – Seedtree cut via tractor leaving WL, DF, and PP (where not too wet). Slash and underburn. Natural regen, interplant WP | Initiate regeneration to improve overall health and vigor, reduce fuel load, and provide forage. |
| 5 | 6 | 27 | 27 | - | Mixed conifer C, WH, DF, ES, very few WL. Low vigor due to high density. In WUI. | Regenerate-Clearcut with Reserves via tractor. Slash and excavator pile. Plant WL/WP mix. | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, promote WL and WP. |
| 7A | 6 | 59 | 59 | - | Evidence that past mgmt removed large PP and WL. DF dominated with scattered WL, PP. Some pockets of GF, C, WH. A lot of root rot in DF and GF, especially along edges. In WUI. | Regenerate- clearcut with reserves via tractor leaving PP, WL, and DF. Slash and excavator pile. Plant PP, WL, mix. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and less root disease prone species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 7B | 6 | 22 | 22 | - | PP, DF, WL dominated stand with mistletoe in the WL. Fire suppression has increased DF understory and caused high densities and fuel loads. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor leaving PP,WL,DF. Slash and underburn, | Improve growing conditions for leave trees and reduce stand densities. |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| 7C | 6 | 31 | 31 | - | Evidence that past mgmt removed large PP and WL. DF dominated with scattered WL, PP. Some pockets of GF, C, WH. A lot of root rot in DF and GF. In WUI. | Regenerate- clearcut with reserves via tractor leaving PP, WL, and DF. Slash and underburn. Plant PP, WL, WP mix. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and less root disease prone species composition. Promote forage and reduce fuel load. |
| 8 | 6 | 43 | 43 | - | Evidence that past mgmt removed large PP and WL. DF dominated with scattered WL, PP, LP. Some pockets of GF, C, WH. A lot of root rot in DF and GF. In WUI. | Regenerate- Clearcut with Reserves via tractor leaving WL, DF. Slash and underburn. Plant PP/WL/WP mix | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and less root disease prone species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 9 | 6 | 77 | 77 | - | Evidence that past mgmt removed large PP and WL. DF dominated with scattered WL, PP, LP, C. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor. Yard tops and maintenance underburn. | Improve growing conditions for leave trees and reduce stand densities. Mimic natural patch size and shape. |
| 10A | 6 | 18 | 18 | - | Previous mgmt removed dominant WL and C. Now dominated by GF, C with some WL, WP, LP, PP. Some pockets of root rot in DF/GF. In WUI. | Regenerate- Clearcut with Reserves via tractor leaving WL, PP, DF. Slash and excavator pile. Plant PP/WL/WP mix | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and less root disease prone species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 10B | 6 | 41 | 41 | - | Previous mgmt removed dominant WL and C. Now dominated by GF, C with some WL, WP, LP, PP. Some pockets of root rot in DF/GF. In WUI. | Regenerate- Clearcut with Reserves via tractor leaving WL, PP, DF. Slash and underburn. Plant PP/WL/WP mix | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and less root disease prone species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 11 | 6 | 46 | 46 | - | Previous mgmt removed many dominant WL, WP, C. Now dominated by WH, GF, C, and some WL, LP, WP, DF. Very few | Regenerate - Clearcut with Reserves via skyline leaving WL, DF, C, WP. Slash and underburn. Plant WL/WP mix | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| | | | | | WP – most likely WPBR mortality. Very few and declining health and mortality in WP, LP (due to MPB). In WUI. | | Mimic natural patch size and shape. |
| 12A | 6 | 43 | 43 | - | Unit was planted in 1968 with off-site PP and WP. The stand is more appropriate for WL/WP and there is a decline in vigor with some mortality in PP/WP. In WUI. | Regenerate- Shelterwood via tractor leaving WL, and some healthy PP/WP. Slash and excavator pile. Plant WL/WP mix | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL that is suited to the site. Promote forage. Mimic natural patch size and shape |
| 12B | 2, 6 | 42 | 42 | - | Unit was planted in 1968 with off-site PP and WP. The stand is more appropriate for WL/WP and there is a decline in vigor with some mortality in PP/WP. In WUI. | Regenerate- Clearcut with Reserves via tractor leaving WL, and some healthy PP/WP. Slash and excavator pile. Plant WL/WP mix | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL that is suited to the site. Promote forage. Mimic natural patch size and shape |
| 13 | 6 | 16 | 16 | - | Dominated by WH, GF, C, and some WL, LP, WP, DF. Many dead WP and GF. Some dwarf mistletoe in WL. Root disease and Indian paint in DF/GF. In WUI. | Regenerate- Clearcut with Reserves via tractor leaving some WL, WP, C, DF. Slash and excavator pile. Plant WL/WP mix | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. |
| 14 | 2,3, 6 | 21 | 21 | - | Varied with WL, DF, GF, LP, C. LP dominated near the bottom w/ WP in the understory. High stand densities. In WUI. | Regenerate - Seedtree cut via tractor and skyline swing leaving WL, DF, WP. Slash and underburn. Interplant WP. | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, increase productivity by fully stocking stand, and promote WL and WP. |
| 15 | 6 | 4 | 4 | - | Dense mixed conifer- WL, C, GF, LP, DF, ES. High stand densities and nice WL scattered throughout. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor leaving WL, DF, C. Slash and excavator pile. | Improve growing conditions for leave trees and reduce stand densities. |
| 16 | 6 | 9 | 9 | - | DF dominated with mix of WL, C, GF, LP, WH. LP mortality from MPB. High stand densities. In WUI. | Regenerate – Seedtree cut via tractor leaving WL, DF, C. Slash and excavator pile. Natural regen, interplant WP/WL | Initiate regeneration. Salvage dead and dying trees, reduce fuel load, reduce fuel load, and promote WL/WP and forage. |
| 19 | 6 | 19 | 19 | - | Evidence that past mgmt removed large PP and WL. DF dominated | Regenerate - Shelterwood cut via tractor leaving WL, DF, PP. Slash | Initiate regeneration to improve overall health and vigor, and re- |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| | | | | | with scattered WL, PP, LP. Scattered pockets of GF, C, WH. In WUI. | and underburn. Interplant WL, PP, WP (in mesic areas). | establish WP, WL, and PP. Promote forage. Mimic natural patch size and shape. |
| 20 | 6 | 32 | 32 | - | LP dominated stand with MPB caused mortality. Mix of DF, C, WH, WL. Some rocky areas and a unique leave island on the south end. In WUI. | Regenerate - Clearcut with reserves via tractor leaving WL, DF. Slash and excavator pile. Plant PP/WL | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL, and PP. Promote forage. Mimic natural patch size and shape. |
| 21 | 6 | 43 | - | - | Mixed conifer dominated by C, GF, WH- very dense. Very few healthy WP and DF – other species in decline. Very heavy down fuel from dead. | Regenerate – Clearcut with reserves via tractor leaving WL, DF, WP. Slash and excavator pile. Plant WL/WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage. Mimic natural patch size and shape. |
| 22 | 6 | 42 | - | - | Dense mixed conifer dominated by GF, C, WH with patches of LP dominated with MPB mortality. Root disease is evident throughout the stand. Past mgmt. removed large portion of big PP, DF, and some WL. | Regenerate - Clearcut with reserves via tractor. Slash and underburn. Plant PP/WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and less root disease prone species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 23 | 6 | 66 | - | - | Very Dense mixed conifer dominated by GF, C, WH, DF with patches of LP with MPB mortality. WL mortality high due to suppression and dwarf mistletoe. High densities causing poor crowns and a lot of dead and dying trees. | Regenerate – Clearcut with reserves via tractor leaving WL, DF, WP. Slash and underburn. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 24 | 6 | 59 | - | - | Fairly dense mixed conifer with nice WL, C, WP, ES scattered throughout. Some large diameter trees live and dead to retain for snag and CWD recruitment. | Thin - improvement cut to reduce stem densities and favor large tree retention via tractor. leaving WL, WP, C, ES. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| 25A | 6 | 161 | - | - | Dense mixed conifer dominated by GF, C, WH with patches of LP dominated with MPB mortality. Root disease is evident throughout the stand in DF/GF. High incidence of dwarf mistletoe in WL. | Regenerate – Seedtree via tractor leaving WL, DF, WP, C. Slash and excavator pile. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 25B | 6 | 66 | - | - | Dense mixed conifer dominated by GF, C, WH with pockets of WL. Root disease is evident throughout the stand in DF/GF. High incidence of dwarf mistletoe in WL. | Regenerate – Seedtree via skyline leaving WL, DF, WP, C. Slash and underburn. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 25C | 6 | 15 | - | - | Dense mixed conifer dominated by GF, C, WH with patches of LP dominated with MPB mortality. Root disease is evident throughout the stand in DF/GF. High incidence of dwarf mistletoe in WL. | Regenerate – Seedtree via tractor leaving WL, DF, WP, C. Slash and excavator pile. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 26 | 6 | 37 | - | - | Old DF plantation planted in the 1940s w/ scattered nice WL. High incidence of root rot in planted DF which is starting to unravel. Aspen scattered throughout and some huckleberry. | Regenerate – Clearcut with reserves via tractor leaving WL, WP, and aspen. Slash and excavator pile. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote aspen and huckleberry. Reduce fuel load. |
| 28 | 6 | 29 | - | - | Very Dense mixed conifer dominated by GF, C, WH, DF with scattered WL with poor height to crown ratios and dwarf mistletoe. High densities causing poor crowns and high fuel load. | Regenerate – Clearcut with reserves via tractor leaving WL, WP. Slash and excavator pile. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| 29 | 6 | 19 | - | - | Fairly dense mixed conifer with nice WL scattered throughout (some with dwarf mistletoe). Some large diameter trees live and dead to retain for snag and CWD recruitment. | Thin - improvement cut to reduce overstory canopy via tractor leaving WL, C, DF. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. |
| 30 | 6 | 20 | - | - | Very Dense mixed conifer dominated by GF, C, WH, DF with scattered WL with poor height to crown ratios and dwarf mistletoe. High densities causing poor crowns and high fuel load. | Regenerate – Clearcut with reserves via tractor leaving WL, WP. Slash, excavator pile. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. |
| 31 | 6 | 14 | - | - | Fairly dense mixed smaller diameter conifer with nice WL scattered throughout (some with dwarf mistletoe). Armillaria root disease in DF/GF. Some aspen in the bottom of the unit. | Thin - improvement cut to reduce overstory canopy via tractor leaving WL,C,DF. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. |
| 32 | 6 | 76 | - | - | Dense mixed conifer-DF, GF, C with nice WL, WP, PP scattered throughout. Some large diameter trees live and dead to retain for snag and CWD recruitment. | Regenerate – Clearcut with reserves via tractor leaving WL, WP, PP. Slash and excavator pile. Plant PP/WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 33 | 6 | 21 | 18 | - | Old post and poles unit that needs cleaned up. Dense mixed conifer-DF, C, WH with some LP, AF, ES. High fuel loading. In WUI. | Regenerate – Clearcut with reserves via tractor leaving mix of healthy conifers. Slash and excavator pile. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. |
| 34 | 2,6 | 79 | - | - | Previous mgmt removed many dominant WL, WP, C. Now dominated by dense, smaller diameter WH, GF, C, and some | Regenerate – Clearcut with reserves via tractor leaving WL, WP, PP. Slash and excavator pile. Plant PP/WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| | | | | | WL, LP, WP, DF. Poor crowns and high density causing steady decline. High fuel loading. | | Promote forage and reduce fuel load. Mimic natural patch size and shape. |
| 35 | 2,6 | 12 | - | - | Fairly dense mixed smaller diameter C, WH, DF, LP with nice WL scattered throughout and a few WP. High density shade tolerant species causing unfavorable conditions for WL. | Thin - improvement cut to reduce stand densities via tractor leaving WL, C. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. |
| 36 | 6 | 10 | - | - | Very Dense mixed conifer dominated by GF, C, WH, DF with scattered WL/WP. High densities causing poor crowns and high fuel load. Some aspen patches along the sides and top. | Regenerate – Clearcut with reserves via tractor leaving WL, WP. Slash and excavator pile. Plant WL/WP. | Initiate regeneration to improve overall health and vigor, and re-establish WP, WL. Promote forage and aspen. |
| 42A | 2,6 | 9 | 9 | - | District Compound- mix of DF, PP, C, WL, ES, GF. Root rot in large DF posing hazard near buildings. | Intermediate cut via single tree selection to reduce improve stand health. Whole tree yard. | Improve growing conditions and health for leave trees. Remove hazard trees. |
| 43 | 6 | 19 | 19 | - | Mixed conifer-DF, GF, C, LP with scattered WL. High densities causing suppression and some mortality. In WUI. | Regenerate – Clearcut with reserves via tractor leaving WL, WP. Slash and excavator pile. Plant WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. |
| 44 | 2,3, 6 | 27 | 27 | - | Dry site stand with PP,DF,WL. Fire suppression has increased DF understory and caused high densities and fuel loads. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor leaving PP,WL,DF. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. Mimic low intensity fire. |
| 45 | 3,2 | 10 | 10 | - | Dry site old growth stand with PP,DF,WL. Fire suppression has increased DF understory and caused high densities and fuel loads. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor leaving PP,WL,DF. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| 46 | 6 | 10 | 10 | - | Mixed conifer-WL, WH, RC, DF with scattered WP. High densities causing suppression and some mortality. In WUI. | Regenerate - Seedtree cut via tractor leaving WL, DF, WP, RC. Slash and excavator pile. Interplant WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. |
| 48A | 6 | 26 | 26 | | 1940s WP plantation that was thinned in the 1960s favoring WP and WL. WP/WL and some scattered RC, DF, PP. In WUI. | Regenerate- Seedtree cut via tractor leaving WP/WL/C Slash and excavator pile. | Reduce mtn pine beetle hazard rating and lower densities to improve overall stand health. Improve chances that WP and WL will persist into the future. |
| 48B | 6 | 6 | 6 | - | 1940s WP plantation that was thinned in the 1960s favoring WP and WL. WP/WL and some scattered RC, DF, PP. In WUI. | Regenerate- Seedtree cut via tractor leaving WP/WL/C Slash and excavator pile. | Reduce mtn pine beetle hazard rating and lower densities to improve overall stand health. Improve chances that WP and WL will persist into the future. |
| 49 | 6 | 53 | 53 | - | Mixed conifer DF dominated with PP, WL, GF with scattered open areas. Small area of dry site old growth. Low vigor in PP and WL due to dense understory/ladder fuels. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor leaving PP,WL,DF. Yard tops and maintenance underburn. | Improve growing conditions and health for leave trees and reduce stand densities. |
| 50 | 6 | 45 | 45 | - | Dry site stand with PP,DF,WL. Fire suppression has increased DF understory and caused high densities and fuel loads. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor leaving PP,WL,DF. Yard tops and maintenance underburn. | Improve growing conditions and health for leave trees and reduce stand densities. |
| 51 | 6 | 34 | 34 | - | Mixed conifer-WL, WH, RC, DF with scattered WP. High densities causing suppression and some root disease. In WUI. | Regenerate – Clearcut with reserves via skyline leaving PP, WL, DF, WP, C. Slash and underburn. Plant PP/WL/WP. | Initiate regeneration. Salvage declining trees. Start stand over to improve overall health, vigor, and desired species composition. Promote forage and reduce fuel load. Mimic natural patch size and shape. |

| Unit | MA | Acres | WUI Acres | IRA Acres | Current Condition | Proposed Treatment | Objectives |
|---|---|---|---|---|---|---|---|
| 52 | 6 | 20 | 20 | - | Dry site stand with PP,DF,WL. Fire suppression has increased DF understory and caused high densities and fuel loads. In WUI. | Thin - improvement cut to reduce overstory canopy via tractor leaving PP,WL,DF. Yard tops and maintenance underburn. | Improve growing conditions and health for leave trees and reduce stand densities. |
| 53A | 6 | 49 | - | - | Mixed conifer-WL, WH, RC, DF with scattered WP. High densities causing suppression and some root disease. | Thin via commercial thin to reduce overstory canopy via tractor leaving WL, C, and diversity of species mix. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. |
| 53B | 6 | 21 | - | - | Mixed conifer-WL, WH, RC, DF with scattered WP. High densities causing suppression and some root disease. | Thin via commercial thin to reduce overstory canopy via tractor leaving WL, C, and diversity of species mix. Yard tops. | Improve growing conditions and health for leave trees and reduce stand densities. |

## Appendix 2: Non-harvest Fuels Units and Treatments in Alternative 2

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| A | 6 | 266 | 266 | 112 | 0 | Lower elevation site with dry habitat species. Burned in 1910. Forage production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Enhance natural openings and open forest conditions, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| C | 5a, 5c | 778 | 778 | 0 | 778 | High elevation site. Burned in 1910. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brushfields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| D | 5c | 1,102 | 1,102 | 0 | 1,102 | High elevation site. Burned in 1910. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brushfields, and/or lack of fire. | Apply fire to a fire adapted ecosystem maintain fire-adapted species and capture ecosystem benefits of emulated fire. Enhance natural openings and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| G | 5c,6 | 658 | 658 | 0 | 504 | High elevation site. Burned in 1910. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brushfields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| H | 2,5a,6 | 456 | 456 | 167 | 289 | Low to mid–elevation site with dry habitat species. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire will thin encroaching conifers and enhance natural openings which will improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production within grizzly bear core habitat to benefit recovery efforts. Maintain and enhance open Douglas-fir/ponderosa pine stands to benefit flammulated owls. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| I | 2,5a,6 | 1,081 | 1,081 | 0 | 1,081 | Low to mid-elevation site with dry habitat species. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire. Fire will thin encroaching conifers and enhance natural openings which will improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production within grizzly bear core habitat to benefit recovery efforts. Maintain and enhance open Douglas-fir/ponderosa pine stands to benefit flammulated owls. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| K | 2,3,6 | 787 1 (762 acres excluding the harvest units) | 787 1 (762 acres excluding the harvest units) | 787 | 0 | Lower elevation site with dry habitat species. Limited documented fire history. Forage production stagnant due to canopy closure, tree encroachment, and/or lack of recent fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire will thin encroaching conifers, enhance natural openings, promote expansion of hardwood species, and improve growing conditions for ponderosa pine where present which will improve browse and forage availability in big game winter range and benefit flammulated owls and a variety of migratory bird species. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. Selective slashing of understory less than 6” DBH. Slash will be lopped and scattered. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| L | 6 | 928 | 928 | 928 | 0 | Lower elevation site with dry habitat species. Limited documented fire history. Forage production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire will thin encroaching conifers, enhance natural openings, promote expansion of hardwood species, and improve growing conditions for ponderosa pine where present which will improve browse and forage availability in big game winter range and benefit flammulated owls and a variety of migratory bird species. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. Selective slashing of understory less than 6” DBH. Slash will be lopped and scattered. |
| M | 6 | 2822<br>(240 acres excluding the harvest units) | 2822<br>(251 acres excluding the harvest units) | 99 | 0 | Lower elevation site with dry habitat species. Limited documented fire history. Increased fire risk due to ladder/high fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Enhance natural openings and open forest conditions, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife species. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| P | 5a,6 | 672 | 672 | 0 | 593 | Mid to higher -elevation site. Some relatively recent fire history. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or limited recent fire. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire. Fire will thin encroaching conifers and enhance natural openings which will improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production within grizzly bear core habitat to benefit recovery efforts. Maintain and enhance open Douglas-fir/ponderosa pine stands to benefit flammulated owls. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| Q | 5a,6 | 361 | 361 | 0 | 354 | Mid to high -elevation site. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire. Fire will thin encroaching conifers and enhance natural openings which will improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production within grizzly bear core habitat to benefit recovery efforts. Maintain and enhance open Douglas-fir/ponderosa pine stands to benefit flammulated owls. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| R | 5a,6 | 941 | 941 | 0 | 906 | Mid to high elevation site. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire. Fire will thin encroaching conifers and enhance natural openings which will improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production within grizzly bear core habitat to benefit recovery efforts. Maintain and enhance open Douglas-fir/ponderosa pine stands to benefit flammulated owls. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| S | 6 | 695 | 695 | 695 | 0 | Lower elevation site with dry habitat species. Limited documented fire history. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Enhance natural openings and open forest conditions, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife species. Maintain and enhance open Douglas-fir/ponderosa pine stands to benefit flammulated owls. | Natural fuels underburn with hand ignition. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| T | 2,3,6 | 223 | 223 | 223 | 0 | Lower elevation site with dry habitat species. Previously treated underburn. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire will thin encroaching conifers, enhance natural openings, and maintain and enhance open Douglas-fir/ponderosa pine stands which will improve browse/forage availability for a variety of wildlife species as well as benefit flammulated owls. | Natural fuels maintenance underburn with hand ignition |
| U | 6 | 1753 (100 acres excluding the harvest units) | 1753 (123 acres excluding the harvest units) | 175 | 0 | Lower elevation site with dry habitat species. No documented fire history. Forage production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire will thin encroaching conifers, enhance natural openings, and maintain and enhance open Douglas-fir/ponderosa pine stands which will improve browse/forage availability for a variety of wildlife species as well as benefit flammulated owls. | Natural fuels underburn with hand ignition. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| V | 6 | 2934 (120 acres excluding the harvest units) | 2934 (133 acres excluding the harvest units) | 293 | 0 | Lower elevation site with dry habitat species. No documented fire history. Forage production stagnant due to canopy closure, tree encroachment, and/or lack of recent fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire will thin encroaching conifers, enhance natural openings, and maintain and enhance open Douglas-fir/ponderosa pine stands which will improve browse/forage availability for a variety of wildlife species as well as benefit flammulated owls. | Natural fuels underburn with hand ignition. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| Y | 5a,6 | 312 | 312 | 0 | 306 | Low to mid- elevation site with dry habitat species. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire. Fire will thin encroaching conifers and enhance natural openings which will improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production within grizzly bear core habitat to benefit recovery efforts. Maintain and enhance open Douglas-fir/ponderosa pine stands to benefit flammulated owls. | Aerial and/or hand ignition will be used to create mixed severity fire effects. Ignition pattern designed to avoid riparian areas; however fire may move into these areas as will occur under natural conditions. |
| X | 6 | 6 | 6 | 6 | | Low elevation site with dry habitat species. Forage stagnant due to canopy closure, tree encroachment, and or lack of fire. Increased fire risk due to ladder/fuel loads. | Reduce hazardous fuel loadings in the WUI. | Selective slashing of understory vegetation less than 6” DBH, handpile and burning of handpiles. |

| Fuels Unit | MA | Acres in Alt. 2 & 3 | Acres in Alt. 4 | WUI Acres | IRA Acres | Current Condition | Objective | Fuels Treatment |
|---|---|---|---|---|---|---|---|---|
| Z | 6 | 12 | 12 | 12 | | Low elevation site with dry habitat species. Forage stagnant due to canopy closure, tree encroachment, and or lack of fire. Increased fire risk due to ladder/fuel loads. | Reduce hazardous fuel loadings in the WUI. | Selective slashing of understory vegetation less than 6” DBH, handpile and burning of handpiles. |

# Appendix 3: Design Features

To avoid or minimize potential adverse impacts to resources from this project, the following design features will be incorporated into the selected alternative for the Starry Goat Project. Contract provisions are shown in parentheses where applicable

## *Coarse Woody Debris (CWD) Retention Recommendations for Soils and Wildlife*

- CWD retention shall follow the guidelines in Table 26 except within 200 feet of non-Forest Service property. Within 200’ of non-Forest Service property, unsound decomposing woody material and woody material 7 inches DBH or greater will be the only material left on site;
- The largest diameter material is desired, however material larger than 3 inches in diameter at the small end is considered CWD.

Table 6 shows the preferred tons per acre of CWD for the Warm/Dry, Warm/Moist, and Subalpine biophysical setting.

**Table 6. Coarse Woody Debris Retention by Biophysical Setting by Unit**

| Biophysical Setting | Tons per Acre | Unit(s)* |
|---|---|---|
| Warm/Dry (VRUs 1-3) | Drier Sites: 5 - 12 | 1, 14, 49, 50, 51, and 52 |
| | Moister Sites: 10 - 20 | 7A, 7B, 9, 44, and 45 |
| Warm/Moist (VRUs 4-6) | 12 - 33 | **3**, 4, 5, **7C,** 8, 10A, **10B**, 11, 12A, 12B, 13, 15, 16, 19, 20, 21, 22, 23, 25B, 25C, 26, 29, 30, 31, 32, 33, 34, **35**, 42A, **43**, 46, 48A, 48B, 53A, and 53B |
| | 17-33 | 24, 25A, 28, 36 |
| Subalpine (VRUs 7-10) | Moister Sites: 12-25 | No Units within this Biophysical Setting |
| | Drier Sites: 7-15 | No Units within this Biophysical Setting |

*Units in BOLD are known to be deficient in CWD by at least 1 ton per acre

## *Fire and Fuels*

- Burn plans will be prepared prior to the use of prescribed fire. These plans will determine the limits of weather conditions and fuel moistures to control fire intensity and meet air quality standards.
- All burning operations will be scheduled in accordance with the Memorandum of Understanding for air quality protection between the State of Montana Air Quality Bureau and the Forest Service, which allows burning only when adequate smoke dispersal will occur.
- Prior to conducting prescribed burns, the Three Rivers District will conduct the following activities to notify the local public of burning activities. These include but are not limited to: posting news releases in local newspapers, displaying maps and burn information in district newsletter(s), providing information at the local Forest Service office, and prepare a list of contacts for each prescribed burn to be notified by phone, site visit, or mail.

### *Historic Resources*

- If an inadvertent discovery occurs of historic resources during any ground disturbing activities, project work in the area shall stop and KNF heritage personnel and District Ranger will be notified immediately. Project work in the area of inadvertent discovery may resume once KNF heritage personnel have assessed the discovery and appropriate resource protection measures have been implemented.
- Known and identified intact portions of eligible or unevaluated historic resources will be flagged and avoided during project implementation.
- New road construction and reconstruction to existing roads beyond standard maintenance, to include expanding the road prism and adding pull-outs, will be assessed by KNF heritage personnel prior to implementation.
- Areas subject to ground disturbance in association with landings, expansion of trails or parking areas for recreation use will be assessed by KNF heritage personnel prior to implementation.
- No ground disturbing activities will occur within the exclusion area between units 10A and 10B. Vehicles and equipment must remain on NFSR 4455 through the sensitive area.

### *Invasive Plant Species*

Measures will be taken to reduce the risk of noxious weed introduction and spread. Weed spraying in the project area will be conducted in accordance with the April 2007 KNF Invasive Plant Management Record of Decision. Any work requiring reseeding will use the KNF approved seed mix.

- Biological controls will be released in the area between Units 7A and 9 to help reduce the spread of knapweed. These units will be winter logged to minimize the spread of existing noxious weeds.
- If feasible, herbicide will be used to treat all roads prior to reconstruction activities. If not feasible due to lack of access, herbicide will be used to treat cut-slopes and fill-slopes following reconstruction activities.
- Accessible roads open to public use or gated for administrative use will be treated with herbicide once harvest operations are complete.
- Purchaser shall be required to clean all "Off-Road Equipment" prior to entry on to the Sale Area. This cleaning shall remove all soil, plant parts, seeds, vegetative matter, or other debris that could contain or hold seeds (C6.351#). These requirements also apply to equipment used in fuels reduction activities.
- Landings will be scarified and reseeded following use (C6.633# and C6.601#).
- To help minimize the transport of noxious weeds via machinery, reconditioning of existing roads (i.e., blading, scarification of ditches and catch basins) needed for timber haul will be held to the minimum necessary to protect and maintain the road surface and drainage structures, and provide for public safety.
- Prior to ground disturbing work during decommissioning and/ or storing of roads, weeds will be treated with herbicide where applicable and accessible. Use KNF approved seed mix following ground-disturbing activities where applicable.
- Survey for weeds before new trail construction. Clean all equipment prior to new trail construction. Monitoring trails for weeds after construction. Pre and post activity

spraying as needed. Protect *lomatium geyeri* which is located near the new Three Mile bike trail from herbicide application.

- The Airport Gravel Pit and the North Fork 7 mile Quarry pit plans will include required weed mitigation work.

### Old Growth

- Timber harvest is proposed in old growth in Harvest Unit 45. Prescribed burning in old growth is proposed for Non-harvest Fuels Units M, R, S, T, X and Z. All treatments will maintain or improve old growth characteristics as defined by Green et.al. (1992).

### Proposed, Threatened, Endangered, and Sensitive Plant Species (PTES)

- To provide for the protection of PTES inadvertently discovered during implementation, protection measures will be included in the contract (B6.24 and C6.24#).
- *Lomatium geyeri* was found within Non-harvest Fuel Unit S. The area where the plants are located will be excluded from a prescribed spring burn.

### Public Safety/ Access Management

The following measures have been designed to help ensure public safety:

- The Callahan Sediment Trap improvement must be coordinated with harvest activities occurring along NFSR 414 (South Fork Callahan Creek).
- The watershed improvement work in the Long Mountain area may occur at the same time as harvest; however, this work must be coordinated with harvest activities occurring along or accessed via NFSRs 427 and 414 (Callahan Creek and South Fork Callahan Creek).
- During prescribed burning operations for Non-harvest Fuels Units D, I, P, and Y the following trails, Roberts Mountain 407, Goat Creek 152 and North Callahan 548 may be closed for public safety; public notification will occur before and during the burn operations.

### Recreation

Design parameters (technical guidelines) for the survey, design, construction, maintenance, and assessment of National Forest System trails, based on their Designed Use and Trail Class and consistent with their management content will be implemented for the following:

- Threemile Bicycle Flow Trail will have a designed use for a Bicycle -Trail Class 3 trail. This trail system will be designed for bicycle use with hiker and pedestrian use allowed but no pack and saddle or motorized use allowed. This trail will be signed to inform users they are riding within grizzly bear country to help reduce the potential for negative human-bear encounters that could occur with this activity.
- McConnell Mountain Trail will have a designed use for a Snowshoe-Trail Class 3 trail. This trail system will be designed for snowshoe and hiker/ pedestrian use with bicycle and pack and saddle allowed, but no motorized use allowed.

### Riparian Habitat Conservation Areas (RHCAs)

- Perennial and intermittent streams, springs, ponds, lakes, reservoirs, wetlands, landslides, and landslide prone areas in the timber harvest units are identified and protected by establishing RHCAs around these features. No activities will occur in RHCAs that will retard attainment of Riparian Management Objective (RMO) or adversely affect inland native fish.
- RHCAs will be established around any new water features and landslide prone areas that are inadvertently discovered within harvest units during implementation. (B2.37).
- Site-specific RHCA widths may be increased where necessary to achieve riparian management goals and objectives, or decreased where interim widths are not needed to attain RMOs or avoid adverse effects. Units where site specific data support the change in default RHCA widths include Harvest Units 8.10A 10B, 12A, 48A and 48B. Documentation of these changes can be found in the project file and the effects analysis in Chapter 3.

### Snag Retention

- All snags felled for safety reasons will be left on site (C2.303#) and will be cut as high as possible, to retain some value for wildlife use (foraging opportunities or other habitat), where it is safe and reasonable to do so.

### Soils

- Use equipment with a bucket and thumb for mechanized slash piling and mechanized fire line construction (C6.7#).
- Locate skid trails a minimum of 75 feet apart except where converging in order to reduce soil disturbance (C6.4#).
- In harvest units use the KNF approved seed mix for revegetation on all disturbed areas with exposed mineral soil except for scarified areas in harvest units and on most firelines. (C6.601#).
- Reuse existing skid trails and other disturbed areas during harvest and machine piling operations where feasible in order to minimize new soil disturbance (B6.4).
- Excavated skid trails, temporary roads and compacted landings constructed for the project will be scarified or recontoured following harvest activities. Slash and duff will be placed on the recontoured slopes. (C6.632# and C6.633#)
- Previously existing excavated skid trails, temporary roads and compacted landings used for the project will be scarified following harvest activities. (C6.633#)
- Required soil monitoring and restoration (see Table 7):
  - For units where soil concerns were noted in Table 7 tractor skidding is allowed only over 12 inches or more of settled snow or frozen ground OR harvest shall occur using a Log Forwarding system on a slash mat as specified under C6.42#;
  - For units where weeds concerns were noted in Table 7 tractor skidding is allowed only over 12 inches or more of settled snow or frozen ground.
  - Units where existing (pre-activity) DSD does not exceed 15 percent will require post activity soil monitoring where post-activity DSD is predicted to exceed 15 percent.

- If post-activity monitoring results show DSD exceeds 15 percent, soil restoration efforts will be conducted to the extent necessary to reduce DSD to 15 percent or less;
- If post-activity monitoring results show DSD to be 15 percent or lower, no soil restoration efforts will be required.

▪ Units where existing (pre-activity) DSD exceed 15 percent will require post-activity soil monitoring.

- If post-activity monitoring results show DSD exceeds pre-activity levels, soil restoration efforts will be conducted to the extent necessary to reduce DSD to pre-activity levels or less.
- If post-activity monitoring results show that DSD has not increased above pre-activity levels, no soil restoration efforts will be required.

▪ Soil restoration efforts will be limited to dry soil conditions and may vary by unit as approved by the hydrologist or soils specialist. Restoration may include soil decompaction, recontouring of excavated trails, and/or spreading adjacent top soil, duff and slash over disturbed areas. Decompaction of soils will not mix the soil horizons.

**Table 7. Soil and Invasive Plant Species Design Features for Alternatives 2, 3, and 4**

| Unit Number | Required Harvest Limitations for Soils (S)[1] or Weeds (W)[2]. | Post-Activity Soil Monitoring Required for Soils (S) | Post-Activity Soil Restoration Planned Based on Anticipated DSD >15% for Soils | Post-Activity Soil Restoration Required Based on Existing DSD > 15% for Soils |
|---|---|---|---|---|
| 1 | | S | S | |
| 1D3 | | S | S | |
| 1E3 | | S | S | |
| 3 | | S | | |
| 4 | | S | | |
| 4D3 | | S | | |
| 4E3 | | S | | |
| 7A | W | | | |
| 9 | W | | | |
| 10A | S | S | | |
| 10B | S | S | | |
| 10D3 | S | S | | |
| 10E3 | S | S | | |
| 12A | S | S | | |
| 12B | S | S | | |
| 12D3 | S | S | | |
| 12E3 | S | S | | |

| Unit Number | Required Harvest Limitations for Soils (S)[1] or Weeds (W)[2]. | Post-Activity Soil Monitoring Required for Soils (S) | Post-Activity Soil Restoration Planned Based on Anticipated DSD >15% for Soils | Post-Activity Soil Restoration Required Based on Existing DSD > 15% for Soils |
|---|---|---|---|---|
| 13 | | S | | |
| 22 | | S | | |
| 22D3 | | S | | |
| 22E3 | | S | | |
| 28 | | S | | |
| 31 | S | S | S | |
| 34 | | S | | |
| 34D3 | | S | | |
| 34E3 | | S | | |
| 45 | | S | | S |
| 49 | S | S | S | |
| 52 | S | S | S | |
| 53A4 | | S | | |

[1] For units where soil concerns were noted tractor skidding is allowed only over 12 inches or more of settled snow or frozen ground OR harvest shall occur using a Log Forwarding system on a slash mat as specified under C6.42#.

[2] For units where weeds concerns were noted tractor skidding is allowed only over 12 inches or more of settled snow or frozen ground.

[3] These units are only in Alternative 4.

[4] These units are not included in Alternative 3.

## *Vegetation*

- When existing ground conditions and operational feasibility provide the opportunity in Harvest Units 3, 4, 34, and 36 retain small diameter residual trees (hardwoods or conifers) and/or brushy vegetation within view of roadways to “break up and soften” the view of harvest and fuel treatment activities;
- Due to homogeneous vegetative conditions, consisting of small diameter shade tolerant tree species, retain one or more leave islands of 1-2 acres in size for structure in Units 5, 21, and 25A;
- In Harvest Units 28 and 34, retain in clumps or islands, if available and to the extent practicable, large diameter unmerchantable trees with signs of damage, heart rot, and broken tops (etc.) to be determined during layout for fisher habitat;
- In Harvest Units 1, 7B, 7C, 8, 9, 10B, 44, 49, and 52 consisting of dry Douglas-fir/ponderosa pine habitat, retain small areas of dense understory saplings for flammulated owl habitat. Patch size and percent retention will vary by unit and is dependent upon the availability of existing understory structure (i.e., these actions will occur where available). These areas will generally be approximately ¼ to 1 acre in size, but smaller patches could be identified if necessary. The patches will be scattered about

the unit, utilizing features such as low lying areas, natural gaps in the overstory, along roads, or as part of other areas retained for structural diversity, etc. to help protect the sites during subsequent underburn treatments planned for most units. These islands will occur on approximately 5 percent, and no more than 10 percent, of the total unit acres;

- In units 7B (western edge), 7C (western edge), 21 (southwestern edge), and 25A (eastern edge) retain more trees where possible for structural stability;
- For Non-harvest Fuels Units C, D, G, and P, additional ground reconnaissance prior to burning activity will be done in those portions of the units above 5500 ft. in order to verify if any stands of cone-bearing whitebark pine exist. Any occurrence of whitebark pine found in these units will result in prescription modifications to incorporate whitebark pine objectives.

## *Water Quality*

- Work in and adjacent to live streams is generally permitted during the specified timeframes shown in Table 8 to help protect spawning and incubating periods in streams that support westslope cutthroat, Interior redband, and bull trout populations. These activities may occur outside of the timeframes only if flow is disconnected from habitat, during ground disturbing activities or if specific data indicate the species of concern will not be affected.

**Table 8. Timeframe for Permitted Work in Live Streams in the Project Area.**

| Drainage | Fish Species Present | Timeframe |
|---|---|---|
| Star Creek and tributaries | westslope cutthroat trout<br>Interior redband trout | After July 15 |
| Ruby Creek and tributaries | westslope cutthroat trout | After July 15 |
| Callahan Creek and tributaries | bull trout<br>Interior redband trout | July 16 through September 1 |

- Harvest, burning, and roadwork activities are designed to meet the Federal Clean Water Act and State water quality regulations primarily through the implementation of BMPs. See Appendix 5 for a description of the KNF BMP program and a table listing BMPs applicable to the proposed timber sale(s) authorized by this analysis.
- Appropriate permits will be obtained for any work that disturbs the bed or banks of a water body, causes turbidity in a water body or fills a wetland, riparian area or floodplain. These permits may include:
    - 124 Permit – Montana Stream Protection Act;
    - 318 Authorization: Short-Term Water Quality Standard for Turbidity Related to Construction Activity;
    - “Joint Application for Permits” from Idaho Division of Water Resources (IDWR) and Army Corps of Engineers.

## *Wildlife: General*

Protection measures needed for endangered, threatened, proposed, and sensitive wildlife species as well as other species of concern will be included in the contract to provide for the protection of these animals found during implementation (B6.24).



FS-047623

- Provide protection for active den or nest sites of threatened, endangered, sensitive, or raptor species discovered during project implementation, through timing restrictions, distance buffers around the site, etc. Coordination with Montana Fish, Wildlife and Parks biologists will occur if needed.
- Within identified harvest units treating dry Douglas-fir/ponderosa pine habitat, thickets of regenerating Douglas-fir will be retained where available to improve the current and future suitability of the stand/area for flammulated owls. The specifics of this design feature are detailed within the Vegetation design features.
- Design features have been identified in two units to help provide for the continued and future suitability of the mesic habitat for fisher. The specifics of these design features are detailed within the Vegetation design features.
- To limit disturbance to a breeding pair of northern goshawks in the Logan Ridge area, the following design features have been identified:
    - Proposed vegetation management (i.e., timber harvest, post-harvest fuels treatments, pre-commercial thinning, and prescribed fire) associated with Harvest Units 7A, 7B, 7C, 8, 9 and 33, PCT-01, and Non-harvest Fuels Unit V could not occur between April 15 and August 15. Restrictions could be modified during the life of the project based upon the district wildlife biologist's monitoring of the nest site and nesting activity, and review of the proposed change.
    - Pre-harvest road construction or reconstruction on gated NFSRs 4418, 4418A, 4418B, 4418C, and 4418D could not begin until after June 15th and coincides with spring bear restrictions for the area (refer to grizzly bear design features below).
    - Post-haul road maintenance on haul roads used for winter harvest on gated NFSRs 4418, 4418A, 4418B, 4418C, and 4418D could occur between April 15 and August 15 as well as pre-harvest road work on open NFSR 4402.
- To limit disturbance to a breeding pair of bald eagles located along NFSR 4402, the following design features will be implemented from February 1 – July 15:
    - Between milepost 1.2 and milepost 1.5 on NFSR 4402, harvest and log truck traffic speed will be reduced.
    - Harvest and log truck use of the pullout at milepost 1.3 on NFSR 4402 will be minimized, generally limiting use to short-term parking to allow for loaded log trucks to pass. The pullout could continue to be used for emergency use or use related to public safety.
    - The identified restrictions could be modified during the life of the project based upon the district wildlife biologist's monitoring of the nest site and nesting activity, and review of the proposed change.

### *Wildlife: Grizzly Bear*

- The use of helicopters to ignite prescribed burns will not last more than 2 days per burn season (spring and fall) and not exceed a total of 4 days of helicopter use per bear year (4/1 – 11/30).
- Activity allowances and restrictions during the spring bear use period (4/1 – 6/15) to minimize disturbance to bears emerging from their dens.
    - The following activities are not allowed from April 1 through June 15:

    - Vegetation Management: No harvest or associated slashing, fuels augmentation, pre-commercial thinning, machine piling, machine fire line construction, or machine soils restoration work;
    - Road Work: Access management change on Smith Mountain and pre-harvest construction or reconstruction of the following gated or barriered roads – Logan Creek system (NFSRs 4418, 4418A, 4418B, 4418C, and 4418D), Down Creek system (NFSRs 4455, 4455A, 4455B, and 4455C), North Fork Ruby system (NFSRs 1055, 1055F, 14339, 14376, 14377, 582, 582D and 582G, as well as Stimson roads 582 and582D), Logan Overlook (NFSR 4405), and Troy Overlook (NFSRs 4476, 14368, and new road);
    - Watershed Improvement Work: Road storage, road decommissioning, and watershed stabilization work associated with the following activity areas – Long Mountain, Ruby Creek, Timber Mountain, and Raymond Creek Bridge;
    - Recreation: Construction of the Threemile Bicycle Flow Trail.
  - The following activities are allowed throughout the bear year including the spring bear use period of April 1 through June 15:
    - Vegetation Management: Roadside fuel mitigation work occurring along open roads, prescribed fire, and post-harvest planting;
    - Road Work: Post-haul road maintenance on all haul roads used for winter harvest, loading/hauling of logs along open roads, road construction and reconstruction along open NFSRs 1055, 414, 415, 427, 4402, and 4478, and short segments of gated or currently barriered NFSRs 414B and 4479, and routine road maintenance along open roads;
    - Watershed Improvement Work: Callahan Sediment Trap improvement;
    - Use and/or expansion of existing mineral sites which are located along open roads.
    - Activities occurring entirely outside BMU 9 and within the Troy Polygon: Treatment of Harvest Unit 42A and Non-harvest Fuels Units X and Z, use and expansion of the Airport Pit, and construction of the McConnell Mountain Trail.
- Access management activities as displayed in Appendix 6, the Access Management Plan, will be implemented to ensure that changes to grizzly bear habitat parameters are consistent with FW-STD-WL-02 design elements. (C5.12#, C5.41#).
- Currently gated or barriered/impassable roads will remain restricted to public motorized use when project activities occur during the bear year. For currently barriered NFSRs 4405 and 414B that are located off of yearlong open roads and will have the existing physical barriers removed, the purchaser shall install a new gate to restrict public motorized use. (C5.41#).
- For Alternatives 2 and 4, in-kind replacement of Core will be provided to compensate for the reduction of existing Core associated with routine forest management:
  - The southern portion of gated NFSR 4556 (Goat Callahan) will be barriered to non-winter motorized use to provide the in-kind replacement of Core acres associated with a reduction incurred through the use of currently barriered NFSRs 414B, 4405, 4455B, and 4530. Road construction/reconstruction and planned harvest use of these roads could occur concurrent with this in-kind replacement of Core;
  - Before the north end of NFSR 4556 (Goat Callahan) can be barriered to non-winter motorized use to provide the remaining acres of in-kind replacement of Core, required watershed improvement work must be completed. Road

construction/reconstruction and harvest use of the NFSR 1055 (North Fork Ruby) system could not begin until the watershed work and in-kind replacement of Core has been completed;
  - The newly created Core areas will remain in place for a minimum of 10 years barring unforeseen circumstances, which will require independent analysis and consultation with USFWS.
  - To help compensate for a potential increase in TMRD associated with the access management changes requiring an in-kind replacement of Core, a portion of currently gated NFSR 14373 as well as gated NFSRs 14373A and 14373B will be barriered to motorized use.

- For Alternative 3, routine forest management will not require an in-kind replacement of Core. However, to maintain existing Core acres, Alternative 3 will not use NFSR 414B or the barriered portion of NFSR 4455B to access or haul from Harvest Units 34 and 12A, respectively.
- There are six areas/sites of proposed watershed improvement work (i.e., road storage, road decommissioning, and watershed stabilization work) in the project area, including Long Mountain, Ruby Creek, Timber Mountain, Callahan Sediment Trap, Goat Creek Culvert, and Raymond Creek Bridge occurring in five different activity areas (please refer to Bear Management Unit Map M-15 in the FEIS displaying Watershed Improvement work). To minimize grizzly bear displacement:
  - Watershed work will be planned so as minimize potential conflicts with timber harvest activities;
  - Work within each watershed activity area will be completed within a single bear year;
  - With the exception of the Callahan Sediment Trap improvement work, work within each watershed activity area will be completed outside the spring bear period;
  - Work within the Long Mountain, Ruby Creek, and Timber Mountain activity areas will be completed in separate bear years from the other (e.g., no overlap of watershed work within a given bear year for these areas);
  - Watershed work in the Ruby Creek and Timber Mountain activity areas will not occur until all harvest activities (including mechanical piling and roadwork) are completed within the project area and could not occur within the same bear year as harvest (4/1 – 11/30). For Timber Mountain, this includes harvest activities on NFSR 1304 and spurs for the Idaho Panhandle National Forest's Boulder Creek project;
  - The Raymond Creek Bridge removal will not occur until all harvest activities (including mechanical piling and road work) are completed along the Star Creek road (NFSRs 415 and 4405). This activity could occur within the same bear year as Ruby Creek or Timber Mountain watershed activities;
  - The Callahan Sediment Trap improvement work may occur within the same bear year as harvest or other watershed activities;
  - Features related to the Long Mountain activity area:
    - For all alternatives:
      - The Goat Creek culvert removal will occur as part of the proposed work in this activity area;
      - Planned watershed work located in the West Fork Keeler/Benning Creek area from the adjacent Sparring Bulls project could not occur during the same bear year as this activity area.
    - For Alternatives 2 and 4:

    - The southern portion of gated NFSR 4556 (Goat Callahan) will be barriered to non-winter motorized use to provide the first portion of the required in-kind replacement of Core acres. All road construction/reconstruction and planned use of project roads, with the exception of the North Fork Ruby system, could begin concurrent with this in-kind replacement of Core;
    - Proposed watershed work accessed via the north end of NFSR 4556 (Goat Callahan) must be completed before this road can be placed into Core and provide the full amount of in-kind replacement of Core as described above (see Map M-8 in the FEIS). Road construction/reconstruction and harvest use of the NFSR 1055 (North Fork Ruby) system could not begin until the watershed work and in-kind replacement of Core has been completed;
- For Alternative 3:
    - Activities in the Long Mountain area may occur at the same time as harvest.

### *Funding Dependent Resource Improvement Work*

The following activities are not required project design features or mitigation for project activities. These activities have been designed to improve existing resource conditions. Implementation of these activities is dependent upon available funding. One source of funding could be Knutsen Vanderberg (KV) funds in association with the timber sale, or other sources of funding. Activities will not be implemented until sufficient funding is available.

- Inter-plant rust resistant western white pine;
- Girdle mistletoe infected western larch in the project area being planted with western larch;
- Pre-commercial Thinning or Timber Stand Improvement work;
- Raymond Creek bridge removal at milepost 4.5 on the barriered portion of NFSR 415;
- Goat Creek culvert removal and associated stream stabilization on NFSR 4554;
- Move barrier on NFSR 4530 (Smith Mountain Road) approximately 0.25 farther up the road to improve access for Alternatives 2 and 4 (refer to the access management changes section on page 76 );
- Monitor effects of KV funded site preparation activities;
- Landing rehabilitation including decompaction, seeding and spreading duff and slash;
- Additional spraying of invasive weeds in areas where their concentrations occur;
- Road signs, grizzly bear interpretive sign, mile markers and gate signs installed or replaced;
- Road storage, decommissioning and stream site rehabilitation in the Starry Goat project area as identified in the FEIS Chapter 2, Tables 17, 18 and 24, that are not required for in-kind replacement of Core in Alternatives 2 and 4;
- Enhance productivity through restoration activities;
- Thinning, piling and burning of hazardous fuels in the WUI;
- Prescribed burning to enhance wildlife habitat;
- Design work and construction of the Threemile Bike trails and McConnell Mountain trail;
- Parking area improvements for the Threemile Bike trails and McConnell Mountain trail.

# Appendix 4: Starry Goat Monitoring Plan

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 1 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall ensure that all road treatments designed to decrease sediment delivery on timber haul routes, as described in the Proposed Action section of this biological opinion and the biological assessment, are implemented and functional prior to the first log hauling season. | Pre Treatment | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |
| 2 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall ensure the watershed improvement activities identified in the project description and biological assessment will provide passage for all life stages of bull trout, and accommodate a 100-year flood event without backwater conditions and/or erosion of associated streambanks or road fill. | Ongoing | Any culverts replaced will be designed to accommodate a 100-year flood event. | Hydrologist/ Fisheries Biologist |
| 3 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | During all road management actions associated with the project, the Forest shall implement soil and water best management practices (BMPs) and the specific minimization measures identified for each Activity Type as developed in the Biological Assessment of Road Related Actions on Western Montana Federal Lands that are Likely to Adversely Affect Bull Trout (U.S. Forest Service 2015) | Ongoing | Review road work on timber haul routes and other storage & decommissioning projects for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |
| 4 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | Prior to harvest treatments, along perennial, intermittent, or ephemeral streams within the action area, the Forest shall verify the RHCAs of an appropriate width are being implemented on the ground. Verification shall be in a visual manner that ensures landslide-prone and other sensitive areas have been incorporated into the RHCA. Should new stream channels develop, or existing stream channels be functionally reclassified, prior to, or during project implementation, the Forest shall re-delineate RHCAs of appropriate width prior to further timber harvest. | Pre Treatment | Visual verification of appropriate RHCA widths | Fisheries Biologist |

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 5 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall maintain and monitor all implemented road BMPs for effectiveness to ensure they are minimizing sediment delivery. Maintenance and monitoring shall occur throughout the projects ten year timeframe. | Ongoing | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |
| 6 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | Upon discovery of ineffective road BMPs, road treatments, or watershed improvement elements, the Forest shall implement corrective actions within 10 working days, or as agreed to by the Service. | Ongoing | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Hydrologist/ Fisheries Biologist |
| 7 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall monitor RHCA buffers during project implementation to ensure they are not compromised by management activities or climactic events that may influence buffer efficacy. | Pre and Post Treatment | Visual verification of RHCA efficacy | Fisheries Biologist |
| 8 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall annually monitor the condition and use of forest roads that receive BMPs or additional treatments to ensure that delivery of sediment and debris is being minimized to the greatest extent possible. These monitoring efforts shall include periodic field review of haul routes and haul traffic volume. | Annually | Review road work on timber haul routes for compliance with BMPs and complete inspection report. | Fisheries Biologist/ Hydrologist |
| 9 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall maintain up-to-date records of project-related activity within the Callahan Creek sub-watersheed, specifically, the location, dates and duration of watershed improvements associated with the Goat Creek culvert removal and South Callahan sediment trap improvements. | During and post project activities | Review project activity and complete inspection report | Hydrologist/ Fisheries Biologist |

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 10 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | Upon locating dead, injured or sick bull trout, or upon observation of redd destruction, notification must be made within 24 hours to the U.S. Fish and Wildlife Service's Montana Field Office at 406-758-6878. In addition to notification, information pertaining to the date, time, location and potential cause of sick, injured or dead bull trout shall also be collected and conveyed to the Montana Field Office. | Ongoing | Visual inspection of stream crossing treatments | Fisheries Biologist |
| 11 | Aquatic Species and Habitat: Biological Opinion Terms and Conditions for Bull Trout and Bull Trout Critical Habitat | The Forest shall provide the results of any annual monitoring conducted as described in the terms and conditions described above. Annual monitoring results shall be provided by May 1st for activities occurring in the preceding calendar year, or by an alternative date as specified by the Service. Annual monitoring reports shall follow the format used in the Biological Opinion on the Effects to Bull Trout and Bull Trout Critical Habitat from the Implementation of Proposed Actions Associated with the Road-related Activities that May affect Bull Trout and Bull Trout Critical Habitat in Western Montana, Appendix H: Roads Programmatic Field Audit Form to Ensure that Drainage Features are Functioning as Planned (U.S. Fish and Wildlife Service 2007). The annual monitoring report shall include a narrative on the compliance of proposed actions identified in the biological assessment and this biological opinion. The annual monitoring report shall expressly describe if the level of incidental take associated with this project has been exceeded. | Annually | Compiling of the above monitoring results into an annual report, providing a narrative on the compliance of proposed actions and the level of incidental take. | Fisheries Biologist |
| 12 | Botany | Monitor Lomatium geyeri population characteristics and effectiveness of fuels treatments | Pre and Post Treatment | Walk through Sensitive plant surveys | Botanist |
| 13 | Cultural Resources | Ensure effectiveness of historic properties protection measures and survey for newly exposed cultural resources | Pre and Post Fuels Treatment | Pedestrian survey will be conducted over newly disturbed or exposed surfaces within specified units. Fire line construction will be actively monitored in specified units. | Kootenai NF Heritage personnel and/or Tribal liaison (where applicable) |

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 14 | Noxious Weeds | Monitor noxious weed infestations | Pre Treatment and following timber sale activities | Monitor project area to determine effectiveness of weed spraying. | District Weed Specialist |
| 15 | Silviculture | Track insect and diseases | Post Treatment | Annual insect and disease mortality surveys; ongoing program accomplished by Forest Health Protection (FHP). | R-1 Forest Health Protection |
| 16 | Silviculture | Assure regeneration harvest units are stocked with trees in 5 years | Post Treatment | Reforestation surveys the 1st, 3rd and 5th year after planting. | Silviculture |
| 17 | Silviculture/ Botany | Monitor old growth characteristics and effectiveness of harvest and fuels treatments | Pre and Post Treatment | Walk through transects or old growth plots | Botany |
| 18 | Silviculture/ Fuels/ Wildlife | Determine whether fuels treatment objectives were accomplished | Post Treatment | Review selected treatment areas. Evaluate silvicultural objectives and prescribed burn objectives. | Fuels Specialist/ Silviculturist/I DT |
| 19 | Soils | Monitor detrimental soil disturbance | Post Treatment | Randomly sample timber sale units using approved methodology (soil transect measurements). | Soil Scientist |

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 20 | Soils | Monitor the effectiveness of project specific design features | Post Treatment | Review a representative sample of timber sale units, and associated temporaary roads, skid trails, and landings and complete BMP monitoring reports. | Soil Scientist |
| 21 | Soils/ Silviculture | Monitor coarse woody debris (CWD) to see if recommended amounts were retained | Post Treatment | Measure tons per acre of CWD within a representative sample of both burned and piled units. | Soil Scientist/ Silviculturist |
| 22 | Watershed | Monitor implementation and effectiveness of Best Management Practices (BMPs) used for project activities (includes monitoring RHCAs) | During and post project activities | Review a representative sample of timber sale units, road reconstruction, road storage and road decommissioning and complete BMP monitoring reports. | Sale Admin/ Engineering Representative/ IDT/District Staff |
| 23 | Wildlife | Verify maintenance and retention of cavity habitat | Post Treatment | Representative sample of units taken to determine retention of cavity habitat. | Wildlife Biologist |
| 24 | Wildlife | Determine effectiveness of burning to increase browse. | 1-3 years after burning | Survey selected underburn treatments to determine the species of browse and to what extend burning has stimulated browse. | Wildlife Biologist/ Fuels Specialist |

| Item # | Resource | Objective | Timing | Methodology | Responsible Official |
|---|---|---|---|---|---|
| 25 | Wildlife | Monitor the status and effectiveness of closure devices – gates, earthen barriers, signing | 1-2 times per year | District employees will monitor the status of closure devices and their effectiveness through their daily field work and once a year through the Adopt—Road program. | District Access Management Program/ Law Enforcement |

*Items #1-11 are the Biological Opinion Terms and Conditions

# Appendix 5: Best Management Practices (BMP)

## *Introduction*

Federal agency compliance with pollution control is addressed through Section 313 of the Clean Water Act, Executive Order 12580 (January 23, 1987), National Nonpoint Source Policy (December 12, 1984), USDA Nonpoint Source Water Quality Policy (December 5, 1986) and the Environmental Protection Agency in their guidance "Nonpoint Source Controls and Water Quality Standards" (August 19, 1987). In order to comply with State and local non-point pollution controls the Forest Service will apply Best Management Practices (BMPs) to all possible non-point sources which may result from management activities proposed in this FEIS. These BMPs are the Soil and Water Conservation Practices described in the Forest Service Handbook (FSH) 2509.22.

BMPs are the primary mechanism for achievement of water quality standards (EPA, 1987). This appendix describes the Forest Service's BMP process in detail, and lists the key Soil and Water Conservation Practices that have been selected to be used in the action alternatives analyzed in this FEIS.

BMPs include, but are not limited to, structural, and non-structural controls, operations, and maintenance procedures. BMPs can be applied before, during, or after pollution-producing activities to reduce or eliminate the introduction of pollutants into the receiving watershed (40 CFR 130.2, EPA Water Quality Standards Regulation). BMPs are usually applied as a system of practices rather than a single practice. They are selected on the basis of site-specific conditions that reflect natural background conditions and political, social, economic, and technical feasibility.

The 2015 Forest Plan states that Best Management Practices will be incorporated into all land use project plans as a principal mechanism for controlling non-point pollution sources, meeting soil and water quality goals, and protecting beneficial uses. To the extent practicable, ditch and surface runoff should be disconnected from streams and other water bodies. Activities found not to comply with the BMPs or State standards will be brought into compliance, modified, or stopped. Montana State Water Quality Standards require the use of reasonable land, soil, and water conservation practices (analogous to BMPs) as the controlling mechanism for non-point pollution. The use of BMPs is also required in the Memorandum of Understanding between the Forest Service and the State of Montana as part of the agency's responsibility as the designated water quality management agency on National Forest System lands.

## *BMP Implementation Process*

In cooperation with the State, the Forest Service's primary strategy for the control of non-point sources of pollution is based on the implementation of preventive practices (i.e., BMPs). The BMPs have been designed and selected to protect the identified beneficial uses of the watershed.

The Forest Service non-point source management system consists of the following steps:

1. <u>BMP Selection and Design</u> - Water quality goals are identified in the 2015 Forest Plan. These goals meet or exceed applicable legal requirements including State water quality regulations, the Clean Water Act, and the National Forest Management Act. Environmental assessments for projects are tiered to forest plans using the National Environmental Policy Act process. The appropriate BMPs are selected for each project by an interdisciplinary team. In each new location, there is flexibility to design different BMPs depending on local conditions and values and downstream beneficial uses of water. The BMP selection and design are dictated by the proposed activity, water quality objectives, soils, topography, geology, vegetation, and climate. Environmental impacts and water quality protection options are evaluated, and alternative mixes of practices are considered. A final collection

of practices are selected that not only protect water quality but meet other resource needs. These final selected practices constitute the BMPs for the project.

2. BMP Application - The BMPs are translated into contract provisions, special use permit requirements, project plan specifications, and so forth. This ensures that the operator or person responsible for applying the BMPs actually is required to do so. Site-specific BMP prescriptions are taken from plan-to-ground by a combination of project layout and resource specialists (hydrology, fisheries, soils, etc.). This is when final adjustments to fit BMP prescriptions to the site are made.

3. BMP Monitoring - When the resource activity begins (e.g., timber harvest or road building), timber sale administrators, engineering representatives, resource specialists, and others ensure the BMPs are implemented according to plan. BMP implementation monitoring is done before, during, and after resource activity implementation. This monitoring answers the question: Did we do what we said we were going to do? Once BMPs have been implemented, further monitoring is done to evaluate if the BMPs are effective in meeting management objectives and protecting beneficial uses. If monitoring indicates that water quality standards are not being met or beneficial uses are not being protected, corrective action will consider the following:

    Is the BMP technically sound? Is it really best or is there a better practice that is technically sound and feasible to implement?

    Was the BMP applied entirely as designated? Was it only partially implemented? Were personnel, equipment, funds, or training lacking which resulted in inadequate or incomplete implementation?

    Do the parameters and criteria that constitute water quality standards adequately reflect human-induced changes to water quality and beneficial uses?

4. Feedback - Feedback on the results of BMP evaluation is both short- and long-term in nature. Where corrective action is needed, immediate response will be undertaken. This action may include: modification of the BMP, modification of the activity, ceasing the activity, or possibly modification of the State water quality standard. Cumulative effects over the long-term may also lead to the need for possible corrective actions.

## KNF BMP SELECTION AND DESIGN FORM (KNF-BMP-1)

**(Revised 3/08 for D-4)**

## SITE-SPECIFIC BEST MANAGEMENT PRACTICES

Description of the soil and water conservation practices from the Forest Service Soil and Water Conservation Handbook (FSH 2509.22) will be applied in all alternatives. The location where the practices will be applied is specified in the table below. For a more detailed description of a specific BMP, refer to the Soil and Water Conservation Handbook.

COR – Contracting Officer's Representative

ER - Engineering Representative

FP - Kootenai Forest Plan

IDT - Interdisciplinary Team

INFISH - Inland Native Fish Strategy

KNF - Kootenai National Forest

PSF - Pre-sale Forester

RHCA - Riparian Habitat Conservation Area

SAM - Sale Area Map

SMZ - Streamside Management Zone

SPS – Special Project Specification

SWCP - Soil and Water Conservation Practice

TSA - Timber Sale Administrator

TSC - Timber Sale Contract

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| 14.01 | TIMBER SALE PLANNING - To incorporate soil and water resource considerations into Timber Sale Planning | 94% | 1. Unit design, mitigation, and effects analysis was done by IDT.<br>2. TSC will be prepared by PSF that includes Design Criteria from the decision.<br>3. Use standard RHCA widths unless modified (requires documentation of rationale).<br>4. Use existing skid trails where feasible. | IDT has evaluated watershed characteristics and estimated response to proposed activities. EIS identifies design criteria to protect soil and water resources. Timber sale contracts will include provisions to meet water quality, soils, and other resource requirements as directed by the Decision. | IDT; PSF | N/A |
| 14.02 | TIMBER HARVEST UNIT DESIGN - To ensure that timber harvest unit design will secure favorable conditions of water flow, maintain water quality and soil productivity, and reduce soil erosion and sedimentation. | 95% | 1. Cumulative effects analysis and unit design were performed by IDT.<br>2. The prescriptions and unit design are consistent with direction outlined in the considerations for Best Management Practices.<br>3. Use standard RHCA widths unless modified (requires documentation of rationale).<br>4. Use existing skid trails where feasible.<br>5. Suitable logging system used for topography, soil type, and season of operation. | Proposed activities were evaluated to estimate the potential watershed response. Prescriptions will be designed to assure an acceptable level of protection for soil and water resources. Management will protect soil/water values by avoiding sensitive areas, adjusting unit boundaries, adding specific BMPs to meet specific SWCPs, applying mitigation, and applying implementation/effectiveness monitoring to trend toward desired conditions. | IDT; PSF | N/A |
| 14.03 | USE OF SALE AREA MAPS (SAMs) FOR DESIGNATING SOIL AND WATER PROTECTION NEEDS - To delineate the location of protected areas and available water sources and ensure their recognition, proper consideration, and protection on the ground. | 93% | 1. Water courses identified and protected using RHCA/SMZ buffers as a minimum.<br>2. Skidding on dry, frozen, or snow-covered soil conditions.<br>3. Designated skid trails in units with previous harvest.<br>4. Use standard RHCA widths unless modified (requires documentation of rationale). | The IDT will identify water courses to be protected, unit boundaries, and other features required by other means such as "C" provisions. Ground verification and preparation of SAMs to be included in TSC will be done by PSF. TSA reviews areas of concern with purchaser before operations. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5<br>C(T)6.50# |
| 14.04 | LIMITING THE OPERATION PERIOD OF TIMBER SALE ACTIVITIES - To minimize soil erosion, sedimentation, and a loss in soil productivity by insuring that the purchaser conducts his/her operations in a timely manner. | 99% | 1. Units located on soils sensitive to compaction and/or displacement have been identified.<br>2. Designate units needing harvest on frozen or snow covered ground.<br>3. All other ground disturbing activities will occur during dry, frozen, or snow-covered conditions to minimize soil compaction and displacement. | If limited operating periods are identified and recommended during the analysis by the IDT, the PSF will prepare a contract that includes provision C(T)6.316 and/or C(T)6.4#. | IDT; PSF; TSA | B(T)6.31<br>B(T)6.311<br>B(T)6.6<br>C(T)6.6<br>C(T)6.316 #<br>C(T)6.4# |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| 14.05 | PROTECTION OF UNSTABLE AREAS - To protect unstable areas and avoid triggering mass movements of the soil mantle and resultant erosion and sedimentation. | 96% | 1. Unstable landtypes will be identified during the planning process.<br>2. Units found to need further protection will use alternative yarding techniques, seasonal restrictions, and/or unit boundary adjustments. | If the NEPA analysis concluded that soils/geology in the area were unstable, then BMPs are designed to prevent irreversible soil and water damage. | IDT; PSF; TSA | C(T)6.4# |
| 14.06 | RIPARIAN AREA DESIGNATION - To minimize the adverse effects on riparian areas with prescriptions that manage nearby logging and related land disturbance activities. | 90% | 1. Identify areas with or adjacent to wet areas.<br>2. Default RHCA widths will be adhered to unless modified (requires documentation of rationale).<br>3. SMZ widths will be used as a minimum if modification is proposed.<br>4. Areas found during sale layout will be reported to the Hydrologist and afforded the same protections as those identified during the planning process. | All activities near streams and wetlands in the decision area will comply with the 2015 KNF Forest Plan and the SMZ law (HB-731). These widths will be included on the sale area map and marked on the ground. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5,<br>C(T)6.4#<br>C(T)6.41#<br>C(T)6.50# |
| 14.07 | DETERMINING TRACTOR-LOGGABLE GROUND - To protect water quality from degradation caused by tractor logging ground disturbance. | 97% | 1. Avoid tractor logging on unstable slopes and sustained slopes greater than 40% (small areas of the unit may have slopes > 40%).<br>2. Areas unsuitable for tractor logging were designated as cable, forwarder, or winter harvest units; or were dropped from the unit. | IDT (in conjunction with personnel from timber operations) identified tractor-loggable ground during transportation and timber sale planning. The results have been used to determine intensity of and restrictions for land disturbance activities. PSF will prepare a TSC that includes provisions stating areas and conditions under which tractors may operate. | IDT; PSF | C(T)6.4#<br>SAM |
| 14.08 | TRACTOR SKIDDING DESIGN - To minimize erosion and sedimentation and protect soil productivity by designing skidding patterns to best fit the terrain. | 97% | 1. Identify units with designated or dispersed skid trails.<br>2. TSA and purchaser agree on proposed locations before operation.<br>3. Skidding operation minimizes soil displacement and compaction. | IDT has identified sensitive areas during the planning process. The TSA will execute the plan on the ground by locating the skid trails with the timber purchaser or by agreeing to the purchaser's proposed locations prior to operation. | IDT; PSF; TSA | B(T)6.422<br>C(T)6.4# |
| 14.09 | SUSPENDED LOG YARDING IN TIMBER HARVESTING - To protect the soil from excessive disturbance and accelerated erosion and maintain the integrity of the riparian areas and other sensitive areas. | 95%. | 1. Units that have slopes that are unsuitable for or sensitive to ground base skidding will be identified during analysis and listed in the Design Criteria.<br>2. Units with sustained slopes >40% will be designated cable harvest units. | IDT recognizes the hazards associated with operating on steep and/or rocky slopes. Areas found to be of concern will use appropriate harvest systems that provide for a safe work environment and protect natural resources. | IDT; PSF | B(T)6.42<br>C(T)6.4#<br>C(T)6.50# |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| 14.10 | LOG LANDING LOCATION AND DESIGN - To locate in such a way as to avoid soil erosion and water quality degradation. | 99% | 1. TSA and purchaser agree on landing locations before operation.<br>2. Use suitable number, size, and location of landings.<br>3. Use least excavation needed.<br>4. Do not side-cast material into sensitive areas or waterways.<br>5. Install proper drainage. | TSA must agree to landing locations proposed by the purchaser. Approved landing locations will meet the criteria of: minimal size, least excavation needed, minimum skid roads necessary, no side-cast of material into sensitive areas, and have proper drainage. | PSF; TSA | B(T)6.422<br>C(T)6.422 |
| 14.11 | LOG LANDING EROSION PREVENTION AND CONTROL- To reduce erosion and subsequent sedimentation from log landing through the use of mitigating measures. | 98% | 1. Proper drainage will be installed and maintained during operation.<br>2. Landings will be scarified, seeded, and fertilized upon completion of harvest activities.<br>3. TSA will assess conditions and take necessary steps to ensure soil and water protection. | PSF and TSA assess what is necessary to prevent erosion from landing and to ensure stabilization. It is up to the TSA to request technical assistance as needed. | PSF; TSA | C(T)6.6<br>BT6.64<br>B(T)6.6<br>C(T)6.633 # |
| 14.12 | EROSION PREVENTION AND CONTROL MEASURES DURING THE TIMBER SALE OPERATION - To ensure that the purchaser's operations shall be conducted reasonably to minimize soil erosion. | 91% | 1. Designate units with seasonal restrictions.<br>2. Do not operate during wet periods including spring-snowmelt and/or intense or long-duration rain storms.<br>3. TSA ensures that erosion control is kept current and prevents operation when excessive impacts are possible. | PSF and TSA sets purchaser's responsibility to prevent soil/water resource damage in TSC. TSA ensures that erosion control is kept current and prevents operation when excessive impacts are possible. | PSF; TSA | A13<br>B(T)6.6<br>B(T)6.64<br>C(T)6.6<br>C(T)6.601 #<br>C(T)6.633 # |
| 14.13 | SPECIAL EROSION PREVENTION MEASURES ON AREAS DISTURBED BY HARVEST ACTIVITIES - To prevent erosion and sedimentation on disturbed areas. | 93% | 1. Use waterbars, KNF approved seed and fertilizer, and placed woody debris to stabilize soils on skid trails, landings.<br>2. Scarify or recontour excavated skid trails, temporary roads and compacted landings constructed for the project. Place slash and duff on disturbed areas.<br>3. Scarify previously existing excavated skid trails, temporary roads and compacted landings used for the project.<br>4. BMPs may be adjusted by the TSA to meet operational requirements. | IDT identifies locations needing special stabilization measures. If any such areas are identified, BMPs may be adjusted by the TSA to meet operational requirements. | IDT; PSF; TSA | C(T)6.601 #<br>C(T)6.32#<br>C(T)6.633 # |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| 14.14 | REVEGETATION OF AREAS DISTURBED BY HARVEST ACTIVITIES - To establish a vegetative cover on disturbed areas to prevent erosion and sedimentation. | 95% | 1. Seed and fertilize areas of exposed soil with KNF approved seed and fertilizer mix.<br>2. Cover disturbed areas with slash and/or mulch as necessary. | The KNF has established seed and fertilizer mix to be used in the project area with outlines on the extent to which it should be used. TSA is responsible for seeing that revegetation work required by purchaser is done correctly and in a timely manner. The purchaser will be responsible for revegetation immediately after the completion of harvest. Funds will be collected for the District to do follow-up seeding/fertilizing in years two and three after harvest. | IDT; TSA | C(T)6.01#<br>C(T)6.633 # |
| 14.15 | EROSION CONTROL ON SKID TRAILS - To protect water quality by minimizing erosion and sedimentation derived from skid trails. | 89% | 1. Ensure proper skid trail location.<br>2. Ensure proper drainage on skid trails; avoid concentrating runoff.<br>3. Recontour, seed, and place woody debris on constructed skid trails and temporary roads.<br>4. Ensure maintenance of erosion control structures by purchaser.<br>5. Ensure adequate erosion control on temporary roads, skid trails, and harvest-disturbed areas within the unit. | Erosion control measures may be recommended by the IDT, but site-specifically adjusted by the TSA. TSA will ensure erosion control measures are applied prior to expected hydrologic events (spring runoff, high-intensity storms, etc.). Maintenance of erosion control structures by the purchaser may be necessary and requested by the TSA. | TSA | C(T)6.6<br>C(T)6.633 #<br>B(T)6.6<br>B(T)6.65<br>B(T)6.66 |
| 14.16 | WET MEADOW PROTECTION DURING TIMBER HARVESTING - To avoid damage to the ground cover, soil, and water in meadows. | 87% | 1. Units with, or adjacent to, wet meadows, wetlands, and/or ponds will have buffers clearly identified in the sale map and on the ground.<br>2. Units with unmapped wet areas will be reported to a Hydrologist and afforded the same protection as those identified during the planning process.<br>3. Standard RHCA widths will be adhered to unless modification is in place.<br>4. The SMZ law will be met or exceeded. | IDT has identified areas needing special protection. PSF will verify the areas needing protection and prepare the contract to prevent damage to meadows. The TSA will be responsible for on-the-ground protection of meadows. If meadows are found by the TSA during operations, it is their responsibility to either afford them the proper protection or pursue a contract modification. | IDT; PSF; TSA | B(T)1.1<br>B(T)5.1<br>B(T)6.422<br>B(T)6.61<br>C(T)6.4#<br>C(T)6.62# |
| 14.17 | STREAM CHANNEL PROTECTION (IMPLEMENTATION AND ENFORCEMENT) - Protect natural stream flows; provide unobstructed passage of flows; reduce sediment input; and | 92% | 1. Use standard RHCA widths unless modified (requires documentation of rationale).<br>2. SMZ widths will be met or exceeded regardless of RHCA modification. | IDT has identified the location of channels in the decision area. PSF will prepare a SAM locating the channels needing protection. Layout crew marks boundaries and trees according to HB-731. TSA will see that TSC items are carried out on the ground. | IDT; PSF; TSA | B(T)1.1<br>B(T)6.5<br>B(T)6.6<br>C(T)6.50#<br>C(T)6.6 |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| | restore flow if diverted by timber sale activity. | | | Technical assistance will be consulted as needed. | | |
| 14.18 | EROSION CONTROL STRUCTURE MAINTENANCE - To ensure that constructed erosion control structures are stabilized and working effectively. | 92% | 1. During the period of the TSC, the purchaser is responsible for maintaining their erosion control features. | If work is needed beyond the period of the TSC, the District will pursue other sources of funding. | IDT; PSF; TSA | B(T)6.66<br>B(T)6.67 |
| 14.19 | ACCEPTANCE OF TIMBER SALE EROSION CONTROL MEASURES BEFORE SALE CLOSURE - To assure the adequacy of required erosion control work on timber sales. | 97% | 1. TSA reviews erosion prevention work before each harvest unit is considered complete.<br>2. The inspection will determine if the work is acceptable and will meet the objective of the erosion control feature. | A careful review of erosion prevention work will be made by the TSA before each harvest unit is considered complete. The inspection will determine if the work is acceptable and will meet the objective of the erosion control feature. A feature is considered not acceptable if it does not meet standards or is not expected to protect soil/water resources. Technical assistance will be used as necessary. | TSA | B(T)6.36 |
| 14.20 | SLASH TREATMENT IN SENSITIVE AREAS - To protect water quality by protecting sensitive tributary areas from degradation that would result from using mechanized equipment for slash disposal. | 93% | 1. Where harvest is proposed within riparian areas, slash should be removed with the tree or scattered and not treated.<br>2. Limit mechanical fuels treatment to slopes < 40%.<br>3. Mechanical slash piling should not excessively disturb soil surface.<br>4. Scarification is limited to extent necessary to meet management objectives. | All activities will comply with the 2015 KNF forest plan. | TSA; FMO | B(T)6.5<br>C(T)6.50#<br>B(T)6.7<br>C(T)6.7<br>C(T)6.71<br>C(T)6.753 |
| 14.22 | MODIFICATION OF THE TSC - To modify the TSC if new circumstances or conditions indicate the timber sale will cause irreversible damage to soil, water, or watershed values. | 100% | 1. Environmental modification procedure. | If TSC is not adequate to protect soil and water resources, the TSA and Contracting Officer are responsible for recommending modification of the TSC. | TSA | B(T)8.33 |
| 15.01 | GENERAL GUIDELINES FOR TRANSPORTATION PLANNING - To introduce soil and water resource considerations into transportation planning. | 100% | 1. Complete a roads analysis.<br>2. Transportation plans include proper drainage installation and maintenance. | A roads Analysis has been completed. The IDT has evaluated watershed characteristics and estimated the response of soil and water resources to proposed transportation alternatives and activities. | IDT; ER | N/A |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| 15.02 | GENERAL GUIDELINES FOR THE LOCATION AND DESIGN OF ROADS AND TRAILS - To locate and design roads and trails with minimal soil and water impact while considering all design criteria. | 95% | 1. Follow the 2015 KNF forest plan.<br>2. Avoid sensitive landtypes, riparian areas, and wetlands during planning.<br>3. Use the minimum amount of roads and trails necessary to accomplish work.<br>4. Design roads for drainage efficiency.<br>5. Route road drainage through adequate filtration before entering streams.<br>6. Ensure proper size of stream crossings structures. New or replacement structures should pass the 100 year flow event.<br>7. Ensure culverts conform to natural streambed and slope.<br>8. Ensure ditch relief culverts have stable catch basins, inflow end protected from plugging, and appropriate skew. | The IDT has ensured that the location and design of roads and trails are based on multiple resource objectives. Mitigation measures have been designed to protect the soil and water resources identified in the NEPA process. Contract provisions will be prepared by the ER that meets the soil and water resource protection requirements. | IDT; ER | N/A |
| 15.03 | ROAD AND TRAIL EROSION CONTROL PLAN - To prevent, limit, and mitigate erosion, sedimentation, and resulting water quality degradation prior to the initiation of construction by timely implementation of erosion control practices. | 96% | 1. Seed and fertilize disturbed areas.<br>2. Install proper ditching and road slope.<br>3. Install proper drainage.<br>4. Incorporate road grade breaks.<br>5. Use minimum road or trail length/width necessary.<br>6. Avoid wet areas or areas of sensitive soil types.<br>7. Slash filter windrows used where needed and feasible. | IDT has established soil/water conservation objectives and mitigation measures. ER will prepare a contract that reflects the objectives. ER will see that erosion control measures are approved and completed in a timely manner. IDT reviews projects to check effectiveness of erosion control features. | IDT; ER | B(T)6.31<br>B(T)6.6<br>B(T)6.312 |
| 15.04 | TIMING OF CONSTRUCTION ACTIVITIES - To minimize erosion by conducting operations during minimal runoff periods. | 98% | 1. Avoid construction during wet periods.<br>2. Follow timing restrictions for aquatic species if applicable. | If limited operating periods are identified and recommended during the analysis by the IDT, the ER will put these measures into contract provisions. Compliance is assured by Contracting Officer or ER. | IDT; ER | B(T)6.31<br>B(T)6.312<br>B(T)6.6<br>SPS 204 |
| 15.05 | SLOPE STABILIZATION AND PREVENTION OF MASS FAILURES - To reduce sedimentation by minimizing the chances for road-related mass | 99% | Avoid construction across unstable areas.<br>Construct embankments following approved engineering practices.<br>3. Use minimum road or trail length/width necessary. | Road and trail construction in mountainous terrain requires cutting and loading natural slopes which may lead to landslides and/or embankment failures. In areas with intrinsic slope stability problems, appropriate technical resource personnel must be | IDT; ER | N/A |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| | failures, including landslides and embankment slumps. | | 4. Do not incorporate woody debris incorporated into road-fill. | involved in an interdisciplinary approach to route location. | | |
| 15.06 | MITIGATION OF SURFACE EROSION AND STABILIZATION OF SLOPES - To minimize soil erosion from road cutslopes, fill slopes, and travel ways. | 95% | 1. Seed and fertilize cut and fill slopes.<br>2. Install proper ditching and road slope.<br>3. Install proper drainage.<br>4. Incorporate road grade breaks.<br>5. Install ditch relief culverts before/after stream crossings.<br>6. Cut and fill slopes at stable angles. | If the IDT has outlined erosion control measures outside the normal BMPs they will be outlined in the Design Criteria section of the NEPA document. Stabilization techniques are included in contract provisions. Compliance is assured by Contracting Officer or ER. | IDT; ER | SPS 203, 204, 206A 210, 412 619, 625, 626 630<br>B(T)5.3, B(T)6.31 B(T)6.6, B(T)6.62 B(T)6.66 B(T)6.312, C(T)6.6<br>C(T)6.601 # |
| 15.07 | CONTROL OF PERMANENT ROAD DRAINAGE - To minimize the erosive effects of concentrated water and degradation of water quality by proper design and construction of road drainage systems and drainage control structures. | 94% | 1. Avoid long sustained steep grades.<br>2. Install/maintain adequate surface drainage and ditch relief culverts (inlet clean, skewed).<br>3. Prevent erosion of culvert and bridge fills.<br>4. Maintain ditches.<br>5. New roads/temp roads should be constructed outside SMZs/RHCAs.<br>6. Energy dissipaters place at structure outlets. | If the IDT has outlined erosion control measures outside the normal BMPs they will be outlined in the Design Criteria section of the NEPA document. Compliance will be assured by the ER/Contracting Officer. | ER | B(T)5.3<br>C(T)5.31#<br>B(T)6.311<br>B(T)6.6<br>C(T)6.6 |
| 15.08 | PIONEER ROAD CONSTRUCTION - To minimize sediment production and mass wasting associated with pioneer road construction. | 100% | 1. Ensure stable slopes during construction.<br>2. Seed and fertilize exposed soil.<br>3. Avoid construction during wet periods.<br>4. Use slash filter windrows. | ER/Contracting Officer will be responsible for enforcing contract specifications. The purchaser is responsible for submitting an operating plan that includes erosion control measures. | ER | B(T)6.6<br>B(T)5.23<br>B(T)6.31<br>B(T)6.312<br>B(T)6.311<br>SPS 204 |
| 15.09 | TIMELY EROSION CONTROL MEASURES ON INCOMPLETE ROADS AND STREAM CROSSING PROJECTS - To minimize | 96% | 1. Avoid construction during wet periods.<br>2. Use slash filter windrows or silt fence.<br>3. Seed and fertilize disturbed areas. | IDT has identified project location and mitigation measures in NEPA process. Protective measures will be kept current on all areas of disturbed, erosion-prone areas. TSA ensures contract compliance. | IDT; TSA | B(T)6.31<br>B(T)6.6<br>B(T)5.23<br>B(T)6.66 |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| | erosion of and sedimentation from disturbed ground on incomplete projects. | | | | | C(T)6.6 |
| 15.10 | CONTROL OF ROAD CONSTRUCTION, EXCAVATION, AND SIDE-CAST MATERIAL - To reduce sedimentation from unconsolidated excavated and side-cast material caused by road construction, reconstruction, or maintenance. | 96% | 1. Do not side-cast into waterways or sensitive areas.<br>2. Waste material from activities not place in a problem location.<br>3. Use slash-filter windrows or silt fence. | IDT has identified project location and mitigation measures in NEPA process. Protective measures will be kept current on all areas of disturbed, erosion-prone areas. TSA ensures contract compliance. | IDT; TSA | B(T)5.3<br>C(T)5.31#<br>SPS 203<br>SPS 204 |
| 15.11 | SERVICING AND REFUELING EQUIPMENT - To prevent contamination of waters from accidental spills of fuels, lubricants, asphalt, or other harmful materials. | 99% | 1. Ensure proper fuel storage and transportation.<br>2. Keep fuel, shop debris, and waste oil from streams, wetlands, ponds, and lakes. | ER/TSA/Contracting Officer will designate the location, size, and uses of service refueling areas. All projects will adhere to the KNF Hazardous Substance Spill Plan in case of accidents. | ER; TSA | B(T)6.222<br>B(T)6.34<br>B(T)6.341 |
| 15.12 | CONTROL OF CONSTRUCTION IN RIPARIAN AREAS - To minimize the adverse effects on riparian areas from roads. | 98% | 1. Follow the 2015 KNF Forest Plan for construction within riparian areas.<br>2. Use slash filter windrows or silt fence.<br>3. Install/maintain adequate surface drainage and ditch relief culverts.<br>4. Number of stream crossings minimized on new and temp road construction. | Proposed new and temporary roads will adhere to guidelines in the Montana Streamside Management Zone Law (HB-731). All road activities will follow 2015 KNF Forest Plan. All required permits will be obtained. | ER; TSA | B(T)6.5<br>B(T)6.62<br>C(T)6.50#<br>SPS 206<br>SPS 206A |
| 15.13 | CONTROLLING IN-CHANNEL EXCAVATION - To minimize stream channel disturbances and related sediment production. | 96% | 1. Use silt fence to minimize introduced sediment.<br>2. Use minimum amount of road.<br>3. Construct minimum number of crossings.<br>4. Stream channel disturbance minimized, on-site erosion prevented, and sedimentation prevented. | BMP improvements at stream crossings will adhere to the guidelines in Montana Streamside Management Zone Law (HB-731) and the 2015 KNF Forest Plan. All required permits will be obtained. | ER; TSA | B(T)6.5<br>SPS 204<br>SPS 206<br>206A |
| 15.14 | DIVERSION OF FLOWS AROUND CONSTRUCTION SITES - To minimize downstream sedimentation by insuring all stream diversions are carefully planned. | 93% | 1. Divert stream flow around construction.<br>2. Use silt fence to minimize introduced sediment.<br>3. Construct during low-flow. | All required permits will be obtained. Compliance with contract provisions will be done by the ER. | HYD; FB; ER | B(T)6.5<br>B(T)6.31<br>C(T)6.50#<br>C(T)6.6 |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| 15.15 | STREAM CROSSINGS ON TEMPORARY ROADS - To keep temporary roads from unduly damaging streams, disturbing channels, or obstructing fish passage. | 97% | 1. Consult Watershed Personnel on placement.<br>2. Use minimum number of stream crossings.<br>3. Construct during low-flow.<br>4. Follow the 2015 KNF Forest Plan guidelines for construction within riparian areas.<br>5. Stream crossings are installed at right angles, if practical.<br>6. Ensure temporary stream crossings are adequately removed and channel cross-section is restored. | The IDT identifies areas in need of a temporary road during the NEPA process. Proposed stream crossings will adhere to the guidelines in Montana Streamside Management Zone Law (HB-731). All required permits will be obtained. | PSF; TSA | N/A |
| 15.16 | BRIDGE AND CULVERT INSTALLATION - To minimize sedimentation and turbidity resulting from excavation for in-channel structures. | 97% | 1. Install during periods of low flow.<br>2. Use instream sediment retention devices throughout implementation. | IDT has identified project location and mitigation measures in NEPA process. Protective measures will be kept current on all areas of disturbed, erosion-prone areas. TSA ensures contract compliance. All required permits will be obtained. | IDT; TSA; ER | C(T)6.5# |
| 15.17 | REGULATION OF BORROW PITS, GRAVEL SOURCES, AND QUARRIES - To minimize sediment production from borrow pits, gravel sources, and quarries and limit channel disturbance in those gravel sources suitable for development in floodplains. | 98% | Permit sand and gravel removal in RHCAs only if no alternative exists and adverse effects to water resources are minimized or avoided.<br>Borrow and gravel pits located and left in a condition to prevent sediment delivery.<br>Limit the area of operation to a minimum while providing sufficient area for material processing and stockpiling.<br>Phase development where practicable. | Construct and operate borrow pits, gravel sources, and quarries in a manner that minimizes effects to soil and water resources. | ER | B(T)6.5<br>C(T)6.50# |
| 15.18 | DISPOSAL OF RIGHT-OF-WAY AND ROADSIDE DEBRIS - To ensure that debris generated during road construction is kept out of streams and prevent slash and debris from subsequently obstructing channels. | 98% | 1. Debris and slash generated during road construction should not be side-cast into streams. | Proposed road construction will adhere to the guidelines in the Montana Streamside Management Zone Law (HB-731). | ER | Std Spec 201<br>SPS 201 |
| 15.19 | STREAM BANK PROTECTION – To minimize sediment production from | 98% | 1. Take precautions to minimize or eliminate disturbance to stream banks.<br>2. Maintain instream structures. | IDT has identified project location and mitigation measures during NEPA process. Protective measures will be kept current on | IDT; ER; TSA | Std Spec 619 |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| | stream banks and structural abutments in natural waterways. | | | all areas of disturbed soils. TSA and ER ensure contract compliance. | | |
| 15.20 | WATER SOURCE DEVELOPMENT CONSISTENT WITH WATER QUALITY PROTECTION - To supply water for road construction and maintenance and fire protection while maintaining water quality. | 93% | 1. Clean equipment before drafting and when changing between water sources to prevent the spread of aquatic invasive species.<br>2. When drafting water, pumps should be screened to prevent entrainment of fish or other aquatic organisms. | Conduct water drafting at suitable locations and in a manner that avoids or minimizes adverse effects to water quality, fisheries, and other aquatic organisms. | ER; FMO | Std Spec 207 |
| 15.21 | MAINTENANCE OF ROADS - To maintain all roads in a manner that provides for soil and water protection by minimizing rutting, failures, side-cast, and blockage of drainage facilities. | 96% | 1. Road grading sufficient to maintain road surface where necessary.<br>2. Erosion control features maintained in an operational condition.<br>3. Road grading avoids cutting toe of cut-slope.<br>4. Road and/or culvert maintenance did not side-cast sediment into or near a water body. | Road maintenance associated with a timber sale is the responsibility of purchaser. The ER/SA will ensure that the purchaser maintains roads according to the appropriate maintenance level. | ER; TSA | B(T)5.12<br>B(T)5.3<br>B(T)6.6<br>C(T)6.6<br>C(T)5.31#<br>C(T)5.32#<br>B(T)6.31 |
| 15.22 | ROAD SURFACE TREATMENT TO PREVENT LOSS OF MATERIALS - To minimize the erosion of road surface materials and, consequently, reduce the likelihood of sediment production. | 98% | 1. Maintenance of road surface should include proper blading and/or dust abatement.<br>2. Use crush-gravel where necessary. | Protective measures will be kept current on all areas of disturbed, erosion-prone areas. ER ensures contract compliance. | IDT; ER | B(T)5.3<br>C(T)5.31#<br>C(T)5.314 # |
| 15.23 | TRAFFIC CONTROL DURING WET PERIODS - To reduce the potential for road surface disturbance during wet weather and reduce sedimentation. | 97% | 1. Road use avoided during wet periods. | Road restrictions and traffic control measures will be implemented on all haul roads when damage will occur during spring break up or considerably wet periods. The decision to restrict a road is made by the ER. Hauling restrictions will be controlled by the TSA. | ER; TSA | B(T)6.6<br>C(T)6.6<br>C(T5).316 #<br>C(T)5.41# |
| 15.24 | SNOW REMOVAL CONTROLS - To minimize the impact of snow melt on road surfaces and embankments and reduce the probability of sediment production resulting from snow removal operations. | 97% | 1. Be careful not to leave snow berm at edge of road where possible.<br>2. Where a berm cannot be avoided, ensure proper drainage by opening sections of berm to allow water to leave road surface. | Snow removal will be kept current on all roads associated with winter logging operations. The TSA ensures compliance with contract provisions. | IDT; TSA | C(T)5.316 #<br>Std Spec 203.09 |

| SWCP | SWCP Objective | Percent Effective | Recommended Best Management Practices by IDT/TSA | Considerations for Best Management Practices | Person(s) Responsible | Contract Provisions |
|---|---|---|---|---|---|---|
| 15.25 | OBLITERATION OF TEMPORARY ROADS - To reduce sediment generated from temporary roads by obliterating them at the completion of their intended use. | 97% | 1. Re-contour road fully where feasible.<br>2. Seed and fertilize exposed soil.<br>3. Pull slash and woody debris back onto rehabilitated road. | This work will be done on all new temporary roads in the decision area. The work will be done by the purchaser with compliance by the TSA. Roads will be left in a condition to provide adequate drainage without further maintenance. | TSA | B(T)6.63<br>C(T)6.6<br>C(T)6.632 #<br>C(T)6.633 # |
| 18.03 | PROTECTION OF SOIL AND WATER FROM PRESCRIBED BURNING EFFECTS - To maintain soil productivity, minimize erosion, and prevent ash, sediment, nutrients, and debris from entering surface water. | 100% | 1. Follow 2015 KNF Forest Plan Riparian Guidelines for burning in RHCAs.<br>2. Adhere to SMZ Law.<br>3. Where harvest within riparian areas is proposed, either the slash should be removed with the tree or scattered and not treated.<br>4. Limit soil and water quality impact of prescribed fire.<br>5. Adequate erosion protection on fire lines, sufficient until stabilized by vegetation. | Broadcast burning adjacent to riparian areas will adhere to guidelines in the Montana Streamside Management Zone Law (HB-731). Prescribed burn plans identify the conditions necessary to prevent soil damage and meet site preparation objectives. | FMO | N/A |

## Appendix 6: Access Management Plan

| MAP INDEX | ROAD | LOCATION Milepost (MP) | PROPOSED ACTION | TIMING | REASON FOR ACTION | WHO | ALTERNATIVE |
|---|---|---|---|---|---|---|---|
| 1 | 4401 | MP 1.1 | Public motorized use restricted; lock gate nights and weekends | During Road Reconstruction and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 2 | 4405 | MP 0 | New Permanent Construction | During Road Construction | Harvest Access | Purchaser | 2, 4 |
| 2 | 4405 | MP 0 | Install Gate | During Road Construction | Wildlife Habitat Security | Purchaser | 2, 4 |
| 2 | 4405 | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |
| 3 | 4418D | MP 0 | Remove Vegetation Barrier and Install Gate | During Road Reconstruction | Harvest Access | Purchaser | 2, 3, 4 |
| 3 | 4418D | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 4 | 4418C | MP 0 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 3, 4 |
| 4 | 4418C | MP 0 | Public motorized use restricted via gate on 4418 (index item 5) | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 5 | 4418 | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 6 | 4455 | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 7 | 4455B | MP 0.15 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 4 |
| 7 | 4455B | MP 0.15 | Public motorized use restricted via gate on 4455, MP 0 (index item 6) | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |

| MAP INDEX | ROAD | LOCATION Milepost (MP) | PROPOSED ACTION | TIMING | REASON FOR ACTION | WHO | ALTERNATIVE |
|---|---|---|---|---|---|---|---|
| 8 | 14373 | MP 1.2 | Remove Gate, Install Barrier | Prior to All Harvest Activities | Wildlife Habitat Security | USFS | 2, 4 |
| 9 | 14339 | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Reconstruction and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 10 | 14376 | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Reconstruction and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 11 | 1055 | MP 3.2 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 12 | 1055F | MP 0 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 4 |
| 12 | 1055F | MP 0 | Public motorized use restricted via gate on 1055 (index item 11) | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |
| 13 | 14377 | MP 0 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 4 |
| 13 | 14377 | MP 0 | Public motorized use restricted via gate on 1055 (index item 11) | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |
| 14 | 582 | MP 12.0 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 4 |
| 14 | 582 | MP 12.0 | Public motorized use restricted via gate on 1055 (index item 11) | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |
| 15 | 582G | MP 0 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 4 |
| 15 | 582G | MP 0 | Public motorized use restricted via gate on 1055 (index item 11) | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |

| MAP INDEX | ROAD | LOCATION Milepost (MP) | PROPOSED ACTION | TIMING | REASON FOR ACTION | WHO | ALTERNATIVE |
|---|---|---|---|---|---|---|---|
| 16 | 582D | MP 0 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 4 |
| 16 | 582D | MP 0 | Public motorized use restricted via gate on 1055 (index item 11) as well as Stimson gate on 582 at MP 7.7 | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |
| 17 | 4476 | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Reconstruction and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 18 | 4476D | MP 0 | New Permanent Construction | During Road Construction | Harvest Access | Purchaser | 2, 3, 4 |
| 18 | 4476D | MP 0 | Public motorized use restricted via gate on 4476 (index item 17) | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 19 | 4479 | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Reconstruction and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 3, 4 |
| 20 | 414B | MP 0 | Remove Vegetation Barrier | During Road Reconstruction | Harvest Access | Purchaser | 2, 4 |
| 20 | 414B | MP 0 | Install Gate | During Road Construction | Wildlife Habitat Security | Purchaser | 2, 4 |
| 20 | 414B | MP 0 | Public motorized use restricted; lock gate nights and weekends | During Road Work and Harvest Activities | Wildlife Habitat Security | Purchaser | 2, 4 |
| 21 | 4556 | MP 0 | Remove Gate, Install Barrier | Following completion of watershed improvement work; all to occur prior to road work and harvest activities on gated portion of NFSR 1055 | Wildlife Habitat Security | USFS | 2, 4 |

| MAP INDEX | ROAD | LOCATION Milepost (MP) | PROPOSED ACTION | TIMING | REASON FOR ACTION | WHO | ALTERNATIVE |
|---|---|---|---|---|---|---|---|
| 22 | 4556 | MP 5.7 | Remove Gate, Install Barrier | Prior to All Harvest Activities | Wildlife Habitat Security | USFS | 2, 4 |

## Appendix 6: Alternative 2 Access Management Plan Map






FS-047652

## Appendix 7: Harvest and Non-harvest Fuels Unit Map

