# Exhibit 10
# Darelius Email

**From:** Darelius, Jason - FS <jason.darelius@usda.gov>
**Sent:** Thursday, January 23, 2020 9:44 AM
**To:** Ann Brown <ABrown@biologicaldiversity.org>
**Cc:** FOIA <foia@biologicaldiversity.org>
**Subject:** RE: Forest Service Referral 2020-FS-R1-01814-F Final Response (Black Ram Decision File)

Good Morning Ann,

Here is what I was able to gather on the BA:

First, per the wording in your request the forest informed that they the BA was not a record that was relied upon for the Draft Decision Notice (DDN) and Finding of No Significant Impact, which is why it was not included with the responsive records.

Second, they told me that the DDN incorrectly states that the BA is complete. It is still a draft, in review, and has not been finalized or signed. I asked when they thought it would be signed, and they do not have a timeline for completion.

I believe the forest is looking at what the next steps will be given this new information. I recommend contacting them directly to discuss these issues.

-Jason

**Jason Darelius**
**Regional FOIA Coordinator**

**Forest Service**
**Regional Office - Northern Region - R1**

**p: 406-329-3256**
**c: 406-370-7973**
**jason.darelius@usda.gov**

26 Fort Missoula Rd
Missoula, MT 59804

**From:** Ann Brown [mailto:ABrown@biologicaldiversity.org]
**Sent:** Wednesday, January 22, 2020 2:20 PM
**To:** Darelius, Jason - FS <jason.darelius@usda.gov>
**Cc:** FOIA <foia@biologicaldiversity.org>
**Subject:** RE: Forest Service Referral 2020-FS-R1-01814-F Final Response (Black Ram Decision File)

Hi Jason,

I should have mentioned the time-sensitivity of this – receiving the BA is of top priority for us. Any movement in being able to produce it?

Thanks,
Ann