# Exhibit 16
# Aceituno Email

**From:** Aceituno, Kevin
**To:** Lewis, Carly
**Subject:** Re: surrogates for bears
**Date:** Thursday, July 7, 2022 2:22:04 PM
**Attachments:** 20220216 BO FNF Plan Revision (REDLINE Version No Apps).pdf
DN 116 - opinion and order.pdf

---

Sorry, meeting with Dan went way longer than expected! The judge's discussion on the road density/secure core surrogates starts on pg. 41 of the order, and most of the beefing up we did to address the surrogates issue starts on pg. 94 of the grizz chapter of the BO.

Enjoy!

-----------------------------------------
Kevin Aceituno
Fish and Wildlife Biologist
U.S. Fish and Wildlife Service
Creston Fish and Wildlife Center
780 Creston Hatchery Road
Kalispell, MT 59901
(406) 758-6871

---

**From:** Lewis, Carly <carly_lewis@fws.gov>
**Sent:** Thursday, July 7, 2022 1:50 PM
**To:** Aceituno, Kevin <kevin_aceituno@fws.gov>
**Subject:** RE: surrogates for bears

Thanks for sending me the red-line version of the FNF BO when you get a chance. And a copy of the court order, if you have it handy. Thanks!

---

**From:** Aceituno, Kevin <kevin_aceituno@fws.gov>
**Sent:** Wednesday, July 6, 2022 4:24 PM
**To:** Lewis, Carly <carly_lewis@fws.gov>
**Subject:** Re: surrogates for bears

Yep, surrogates were involved in the first round of Flathead litigation. We won on a couple points, but lost on a couple. You want to chat tomorrow? I'm around anytime besides 11:00-12:00.

-----------------------------------------
Kevin Aceituno
Fish and Wildlife Biologist
U.S. Fish and Wildlife Service
Creston Fish and Wildlife Center
780 Creston Hatchery Road
Kalispell, MT 59901
(406) 758-6871

---

**From:** Lewis, Carly <carly_lewis@fws.gov>
**Sent:** Wednesday, July 6, 2022 3:05 PM
**To:** Aceituno, Kevin <kevin_aceituno@fws.gov>
**Subject:** surrogates for bears

Hey Kevin,
Wasn't part of the litigation on the Flathead Plan BO related to our use of surrogates? If so, can we chat? I am working on a response to an NOI which calls into question our use of surrogates for grizzly bears. If something has already been worked out and gone through SOL review, I'd love to use it.
Thanks!

Carly Lewis
USFWS/USFS Liaison
26 Fort Missoula Rd
Missoula, MT 59808
Ph: 406-329-3091
Em: carly_lewis@fws.gov