# Exhibit 19
# Annis Email

**From:** Annis, Kim
**To:** Kasworm, Wayne; Lewis, Carly
**Subject:** [EXTERNAL] RE: another question
**Date:** Thursday, September 9, 2021 7:30:53 AM

Yes, on both the LNF and the KNF, at dispersed camp sites and hosted campgrounds. All have been black bears. Let me know if you need details Carly.

Cheers,
Kim

Kim Annis
MFWP Grizzly Bear Management Specialist
Sent from my cell phone

On Sep 9, 2021 7:24 AM, "Kasworm, Wayne" <wayne_kasworm@fws.gov> wrote:
Carly,

You should ask this of Kim. I believe there is a t least one incident at a campground and maybe more.

Wayne

---

**From:** Lewis, Carly <carly_lewis@fws.gov>
**Sent:** Wednesday, September 8, 2021 9:03 PM
**To:** Kasworm, Wayne <wayne_kasworm@fws.gov>
**Subject:** another question

This may be better for Kim? If so, let me know and I'll pester her.

Have we managed bears due to food attractants on National Forest lands in the CYE since the Forestwide food storage went into effect in 2011?