TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

JESSE LASLOVICH
United States Attorney

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22-114-M-DWM |
| Plaintiffs, and | Member Case No. CV 23-3-M-DWM |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | |
| Consolidated Plaintiffs, | FEDERAL DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S JANUARY 12, 2023 [Lead Case ECF No. 36] AND |
| v. | |

| | | |
|---|---|---|
| U.S. Forest Service, et al.<br><br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor and Proposed Consolidated Defendant-Intervenor, and<br><br>KRISTEN KAISER, District Ranger, Kootenai National Forest, et al.,<br><br>Consolidated Defendants. | ) | OCTOBER 21, 2022 SCHEDULING ORDER [Lead Case ECF No. 25], AND IN THE ALTERNATIVE, MOTION TO AMENDED THE CASE MANAGEMENT ORDER<br><br>EXPEDITED CONSIDERATION REQUESTED |

To avoid prejudice to Defendants and Consolidated Defendants, and to benefit judicial economy, the Court should clarify that its January 12, 2023 Consolidation Order (ECF No. 36) and October 21, 2022 Scheduling Order (ECF No. 25) require Consolidated Plaintiffs and Plaintiffs to file a single, combined opening brief and single, combined response and reply brief, limited to 10,000 and 9,000 words, respectively. In the alternative, Defendants and Consolidated Defendants propose a staggered briefing schedule that will prevent duplication and hold Consolidated Plaintiffs to reasonable word limits.

If the Court is not inclined to grant either of these requests, Defendants and Consolidated Defendants respectfully ask the Court for a modest extension of all

deadlines after January 27 to respond to double the amount of briefing as was contemplated in the original case management plan. Defendants and Consolidated Defendants also respectfully ask the Court to relieve them of the requirement to file an answer to Plaintiffs' Consolidated Complaint because such an answer would be filed during summary judgment briefing.

Expedited consideration of this motion is requested because the first summary judgment brief is due on January 27, 2023.

In accordance with D. Mont. L.R. 7.1(c)(1), Defendants and Consolidated Defendants contacted the other parties prior to filing this motion. The positions of Plaintiffs and Consolidated Plaintiffs is reproduced verbatim in the accompanying brief in support. Summarized here, Defendant-Intervenor and Proposed Defendant Intervenor do not oppose any of the relief sought in this motion. Plaintiffs and Consolidated Plaintiffs oppose clarification of the Court's earlier orders. Plaintiffs and Consolidated Plaintiffs do not oppose the staggered briefing schedule, but Consolidated Plaintiffs want the same, or nearly the same, amount of words as Plaintiff and Plaintiffs defer to Consolidated Plaintiffs. Plaintiffs stated they take no position on the staggered briefing schedule when the question was about extending deadlines after January 27. Consolidated Plaintiffs do not oppose the extension of time. Plaintiffs take no position on foregoing and answer and

Consolidated Plaintiffs oppose.

Respectfully submitted on this 19th day of January, 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ John P. Tustin*
JOHN P. TUSTIN
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

JESSE LASLOVICH
United States Attorney

*Attorneys for Federal Defendants*