FILED
MAR 1 9 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>and<br><br>SWAN VIEW COALITION, et al.,<br><br>Consolidated Plaintiffs,<br><br>vs.<br><br>KURTIS E. STEELE, et al.,[1]<br><br>Defendants,<br><br>and<br><br>DAVID BERNHARDT, et al.,<br><br>Consolidated Defendants. | Lead Case No.<br>CV 19–56–M–DWM<br><br>Member Case No.<br>CV 19–60–M–DWM<br><br>ORDER |

The parties having submitted a joint proposed case management plan (Doc. 54) in the above-captioned matter,

IT IS ORDERED that the following schedule will govern all further proceedings:

[1]Kurtis E. Steele, in his capacity as Forest Supervisor, is substituted for Bill Mulholland, and Aurelia Skipwith, in her capacity as Director of the U.S. Fish and Wildlife Service, is substituted for Margaret Everson. Fed. R. Civ. P. 25(d).

| | |
|---|---|
| Lodge administrative record | June 10, 2020 |
| Motions to complete or supplement administrative record | July 1, 2020 |
| Plaintiffs' motions for summary judgment and joint brief (10,000 words) | August 5, 2020 |
| Defendants' combined cross-motion for summary judgment and response (10,000 words) | October 6, 2020 |
| Plaintiffs' joint combined reply and response (10,000 words) | November 20, 2020 |
| Defendants' reply (5,000 words) | January 12, 2021 |

This schedule is not subject to revision absent a Court order. Motions to continue will be granted only upon a showing of good cause. Local Rule 7.1 governs the briefing schedule and word limits for all motions that are not specifically discussed in this Order. The filing of such motions will not stay this Order's deadlines.

Plaintiffs WildEarth Guardians and Swan View shall file a single joint brief in support of their motions for summary judgment and a single joint reply/response by the deadlines set forth above. Duplicate briefs will be rejected.

The parties are advised that there will be no separate briefing to address remedies. Accordingly, the parties shall address remedies in their summary judgment briefs.

IT IS FURTHER ORDERED that within two days of filing their summary judgment briefs according to the schedule set forth above, the parties shall

conventionally file a thumb drive or CD that contains PDF versions of the brief and relevant portions of the administrative record. The citations in the brief shall be hyperlinked to the relevant pages in the administrative record.

IT IS FURTHER ORDERED that in all filings with the Court, the parties shall not use acronyms except for the following commonly understood acronyms in record review cases: NEPA, NFMA, APA, ESA, EIS, and EA.

IT IS FURTHER ORDERED that the parties must seek leave of the Court before filing amended pleadings.

DATED this 19th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court