IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br> Consolidated Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> KOOTENAI TRIBE OF IDAHO, <br><br> Defendant-Intervenor, <br><br> and <br><br> KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., <br><br> Consolidated Defendants. | Lead Case No. CV 22–114–M–DWM <br><br> Member Case No. CV 23–3–M–DWM <br><br><br> ORDER |

Federal Defendants, in both the lead and consolidated cases, move for clarification and guidance following the Court's January 12, 2023 Order

1

consolidating the above-captioned cases. (Doc. 36.) There, the Court ordered that the original briefing schedule, (*see* Doc. 25), remain in place until the parties requested a different schedule. Having considered Federal Defendants' proposals and Plaintiffs' and Consolidated Plaintiffs' correspondence,

IT IS ORDERED that Defendants' and Consolidated Defendants' motion, (Doc. 38), is GRANTED IN PART and DENIED IN PART. It is granted to the extent outlined in the updated briefing schedule below and denied in all other respects.

IT IS FURTHER ORDERED that the following schedule will govern all further proceedings:

| | |
|---|---|
| Plaintiffs' (10,000 words) and Consolidated Plaintiffs' (6,500 words) motions for summary judgment and briefs | January 27, 2023 |
| Defendants' and Consolidated Defendants' combined cross-motion for summary judgment and response brief (15,000 words) | March 9, 2023 |
| Defendant-Intervenor's and Proposed Consolidated Defendant-Intervenor's combined cross-motion for summary judgment and response brief (11,000 words) | March 20, 2023 |
| Plaintiffs' (9,000 words) and Consolidated Plaintiffs' (4,500 words) reply and response briefs | April 20, 2023 |

| | |
|---|---|
| Defendants' and Consolidated Defendants' reply brief (8,000 words) | May 18, 2023 |
| Defendant-Intervenor's and Proposed Consolidated Defendants Intervenor's reply brief (5,000 words) | May 25, 2023 |

This schedule is not subject to revision absent a Court order. Motions to continue will be granted only upon a showing of good cause. Local Rule 7.1 governs the briefing schedule and word limits for all motions that are not specifically discussed in this Order. The filing of such motions will not stay this Order's deadlines.

Although Plaintiffs and Consolidated Plaintiffs have leave to file separate briefs with the above word limits, duplicative briefing will not be considered. Plaintiffs and Consolidated Plaintiffs must coordinate to ensure issues common to their respective complaints are addressed by only one party. Credit will be given to Plaintiffs for Consolidated Plaintiffs' arguments, and vice versa. Additionally, Plaintiffs and Consolidated Plaintiffs should only file one combined joint statement of undisputed facts.

Similarly, Defendant-Intervenor's briefing should not be duplicative of Federal Defendant's briefing.

The parties are advised that there will be no separate briefing to address remedies. Accordingly, the parties shall address remedies in their summary judgment briefs.

IT IS FURTHER ORDERED that Federal Defendants need not answer Consolidated Plaintiffs' Complaint. Consolidated Federal Defendants' Motion to Clarify the Court's January 12, 2023 Order, (Doc. 38), and accompanying brief, (Doc. 39), marks their appearance in this matter.

IT IS FURTHER ORDERED that within two days of filing their summary judgment briefs according to the schedule set forth above, the parties shall conventionally file a thumb drive or CD that contains PDF versions of the brief and relevant portions of the administrative record. The citations in the brief shall be hyperlinked to the relevant pages in the administrative record.

IT IS FURTHER ORDERED that in all filings with the Court, the parties shall not use acronyms except for the following commonly understood acronyms in record review cases: NEPA, NFMA, APA, ESA, EIS, and EA.

DATED this 20th day of January, 2023.

Donald W. Molloy, District Judge
United States District Court