IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22–114–M–DWM |
| Plaintiffs, | Member Case No. CV 23–3–M–DWM |
| and | |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | ORDER |
| Consolidated Plaintiffs, vs. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants, | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., | |
| Consolidated Defendants, | |
| and | |
| KOOTENAI TRIBE OF IDAHO, | |
| Defendant-Intervenor / Consolidated Defendant-Intervenor. | |

The Kootenai Tribe of Idaho (the "Tribe") moves to intervene as a defendant in the member case in this consolidated matter. (Doc. 42.) The Tribe has already

1

intervened on the side of the Federal Defendants in the lead case challenging the Forest Service's Black Ram Project on the Kootenai National Forest. (*See* Doc. 26.) Plaintiffs and Consolidated Plaintiffs do not oppose this motion. (*See* Doc. 42.) The Court granted the Tribe's motion to intervene in the lead case under Federal Rule of Civil Procedure 24(a) in its October 21, 2022 Order, (Doc. 23), and incorporates by reference that reasoning here.

Accordingly, IT IS ORDERED that the Tribe's motion to intervene (Doc. 42) is GRANTED. The caption is modified as reflected above. Consolidated Defendant-Intervenor shall re-file its answer.

IT IS FURTHER ORDERED that Consolidated Defendant-Intervenor shall abide by the terms of the existing case management order, including the term that Consolidated Defendant-Intervenor's briefing should not be duplicative of Consolidated Federal Defendant's briefing. (Doc. 40.)

DATED this 25 day of January, 2023.

Donald W. Molloy, District Judge
United States District Court