IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22–114–M–DWM |
| Plaintiffs, | Member Case No. CV 23–3–M–DWM |
| and | |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | ORDER |
| Consolidated Plaintiffs, vs. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants, | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., | |
| Consolidated Defendants, | |
| and | |

1

KOOTENAI TRIBE OF IDAHO,

Defendant-Intervenor /
Consolidated
Defendant-Intervenor.

Defendant-Intervenor moves unopposed for the admission of Julie A. Weis to practice before this Court in this consolidated case with Kris A. McLean to act as local counsel. Attorney Weis's application appears to be in order, and she has already been admitted *pro hac vice* in the lead case. (*See* Doc. 29.)

Accordingly, IT IS ORDERED that Defendant-Intervenor's unopposed motion to admit Julie A. Weis *pro hac vice* (Doc. 43) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all

2

decisions related to the administration of this case as the primary point of contact

for the opposing party.

DATED this ___25th___ day of January, 2023.

Donald W. Molloy, District Judge
United States District Court