IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22–114–M–DWM |
| Plaintiffs, | |
| and | Member Case No. CV 23–3–M–DWM |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | JUDGMENT |
| Consolidated Plaintiffs, | |
| vs. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants, | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., | |
| Consolidated Defendants, | |
| and | |
| KOOTENAI TRIBE OF IDAHO, | |
| Defendant-Intervenor. | |

This action came before the Court for hearing or determination on the

record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, that Judgment is entered in accordance with the Court's Opinion and Order, signed and dated August 17, 2023 (Doc. 93 in 9:22-cv-00114-DWM, Doc. 60 in 9:23-cv-00003-DWM).

Dated this 17th day of August, 2023.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ Nicole Stephens
                                     Nicole Stephens, Deputy Clerk