IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22–114–M–DWM |
| Plaintiffs, | Member Case No. CV 23–3–M–DWM |
| and | |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | ORDER |
| Consolidated Plaintiffs, vs. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants, | |
| KOOTENAI TRIBE OF IDAHO, | |
| Defendant-Intervenor, | |
| and | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., | |
| Consolidated Defendants. | |

Federal Defendants, having moved unopposed to stay briefing on Consolidated Plaintiffs' motion for attorneys' fees and costs,

1

IT IS ORDERED that the motion (Doc. 99) is GRANTED. Federal Defendants shall file their response to Consolidated Plaintiffs' fees motion either thirty days after the deadline to file a notice of appeal of the August 17, 2023 Order and Judgment (Docs. 93, 94), or thirty days after resolution of any appeal.

DATED this 5th day of September, 2023.

_____
Donald W. Molloy, District Judge
United States District Court