TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
CAITLYN F. COOK (MD Bar No. 2112140244)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-3022 (Tustin)
        (202) 305-0242 (Carpenter)
        (202) 305-0424 (Furlong)
        (202) 305-0269 (Cook)
Fax:    (202) 305-0275

JESSE LASLOVICH
United States Attorney

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) | Lead Case No. CV 22-114-M-DWM |
| Plaintiffs, and | ) ) ) | Member Case No. CV 23-3-M-DWM |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | ) ) ) | **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |
| Consolidated Plaintiffs, | ) ) | |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| U.S. Forest Service, et al. | ) |
|  | ) |
| Federal Defendants, | ) |
|  | ) |
| KOOTENAI TRIBE OF IDAHO, | ) |
|  | ) |
| Defendant-Intervenor, and | ) |
|  | ) |
| KRISTEN KAISER, District Ranger, | ) |
| Kootenai National Forest, et al., | ) |
|  | ) |
| Consolidated Defendants. | ) |
|  | ) |

PLEASE TAKE NOTICE that Federal Defendants—the United States Forest Service; Chad Benson, in his official capacity as Supervisor of the Kootenai National Forest; Leanne Marten, in her official capacity as Regional Forester for the Northern Region of the United States Forest Service; the United States Fish and Wildlife Service; Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; and Adam Zerrenner, in his official capacity as Field Supervisor for the United States Fish and Wildlife Service's Montana Ecological Services Office—and Consolidated Defendants—Keith Lannom, in his official capacity as Deputy Regional Forester for the United States Forest Service Region One; and Kirsten Kaiser, in her official capacity as District

Ranger for the Kootenai National Forest—hereby appeal this Court's August 17, 2023, Order and Judgment, ECF Nos. 93, 94, to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted this 11th day of October, 2023.

>TODD KIM
>Assistant Attorney General
>Environment and Natural Resources Division
>United States Department of Justice
>
>*/s/   Hayley A. Carpenter*
>JOHN P. TUSTIN (TX Bar No. 24056458)
>Senior Attorney, Natural Resources Section
>HAYLEY A. CARPENTER (CA Bar No. 312611)
>Trial Attorney, Natural Resources Section
>ERIKA A. FURLONG (PA Bar No. 319350)
>Trial Attorney, Wildlife & Marine Resources Section
>CAITLYN F. COOK (MD Bar No. 2112140244)
>Trial Attorney, Wildlife & Marine Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>Phone:   (202) 305-3022 (Tustin)
>         (202) 305-0242 (Carpenter)
>         (202) 305-0424 (Furlong)
>         (202) 305-0269 (Cook)
>Fax:     (202) 305-0275
>
>JESSE LASLOVICH
>United States Attorney
>
>*Attorneys for Federal Defendants*