IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br> Consolidated Plaintiffs, <br> vs. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> KOOTENAI TRIBE OF IDAHO, <br><br> Defendant-Intervenor, <br><br> and <br><br> KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., <br><br> Consolidated Defendants. | Lead Case No. <br> CV 22–114–M–DWM <br><br> Member Case No. <br> CV 23–3–M–DWM <br><br><br> ORDER |

On August 31, 2023, Plaintiffs in the member case to the above-captioned

matter filed a motion for attorney fees. (Doc. 66 in 9:23-cv-00003-DWM.) On

1

motion from the parties, the briefing schedule for that motion was stayed pending the resolution of an appeal, if an appeal was filed. (Doc. 100.) Because an appeal is now filed,

IT IS ORDERED that the motion (Doc. 66 in 9:23-cv-00003-DWM) is TERMINATED. Plaintiffs may refile their motion within 30 days of the resolution of the appeal.

DATED this 4th day of December, 2023.

Donald W. Molloy, District Judge
United States District Court