UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CENTER FOR BIOLOGICAL DIVERSITY; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES FOREST SERVICE; et al.,

Defendants - Appellants,

KOOTENAI TRIBE OF IDAHO,

Intervenor-Defendant.

No. 23-2882

D.C. No. 9:22-cv-00114-DWM

District of Montana, Missoula

MANDATE

CENTER FOR BIOLOGICAL DIVERSITY; et al.,

Plaintiffs - Appellees,

v.

CHAD BENSON; et al.,

Defendants,

KOOTENAI TRIBE OF IDAHO,

Intervenor-Defendant - Appellant.

No. 23-2886

D.C. No. 9:22-cv-00114-DWM

District of Montana, Missoula

YAAK VALLEY FOREST COUNCIL; et

No. 23-3146

al.,

Plaintiffs - Appellants,

and

ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE; et al.,

Defendants - Appellees,

KOOTENAI TRIBE OF IDAHO,

Intervenor-Defendant - Appellee.

D.C. No.
9:22-cv-00114-DWM

District of Montana,
Missoula

The judgment of this Court, entered February 24, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT