Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Attorneys for Consolidated Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br>Plaintiffs,<br>and<br><br>ALLIANCE FOR THE WILD ROCKIES, et al.,<br>Consolidated Plaintiffs,<br>vs.<br><br>U.S. FOREST SERVICE, et al,<br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br>Defendant-Intervenor,<br>and<br><br>KIRSTEN KAISER, et al.,<br>Consolidated Defendants. | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>CONSOLIDATED PLAINTIFFS' MOTION FOR ATTORNEYS' FEES & OTHER COSTS & EXPENSES |

Consolidated Plaintiffs respectfully move this Court for attorneys' fees and other costs/expenses of litigation. Consolidated Plaintiffs file a brief and declarations in support of this motion. Defendants have been contacted regarding this motion and they reserve their position on the motion until they have a chance to review the motion.

Respectfully submitted this 25th Day of April, 2025.

*/s/Rebecca K. Smith*
REBECCA K. SMITH
Public Interest Defense Center, P.C.
Attorney for Consolidated Plaintiffs