Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Attorneys for Consolidated Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br>Plaintiffs,<br>and<br><br>ALLIANCE FOR THE WILD ROCKIES, et al.,<br>Consolidated Plaintiffs,<br>vs.<br><br>U.S. FOREST SERVICE, et al,<br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br>Defendant-Intervenor,<br>and<br><br>KIRSTEN KAISER, et al.,<br>Consolidated Defendants. | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>DECLARATION OF REBECCA K. SMITH |

I, Rebecca K. Smith, declare:

1. I am an attorney licensed to practice law in state and federal courts in Montana and Idaho, as well as before the Ninth Circuit Court of Appeals. I have been a member of the State Bar of Montana since October 7, 2008. I was admitted to the State Bar of Idaho in April 2010.

2. I am also an adjunct law professor at the Alexander Blewett III School of Law at the University of Montana, where I teach Appellate Advocacy and serve as the head coach of the National Environmental Moot Court team.

3. In 2018, I received a lifetime achievement award – the Kerry Rydberg Award for Excellence in Public Interest Environmental Law from the University of Oregon School of Law – Public Interest Environmental Law Conference.

4. I have presented lectures on federal environmental law for the University of Montana ABIII School of Law's Public Land and Resources Law Review Conference, the Vermont Law School's Montana Field Study course, and the University of Oregon's Public Interest Environmental Law Conference.

5. I obtained my law degree in 2008 from the University of Montana School of Law. I graduated with high honors as Class Valedictorian, and received a Certificate in Environmental and Natural Resources Law. While in law school I served two years, first as a staff member and then as an editor, on the Public Land & Resources Law Review, and was a member of the National Moot Court team. In law school, I also published three law review articles on environmental policy issues.

6. In 2008, I also received my master's degree – Masters of Science in Environmental Studies – from the University of Montana Graduate School.

7. My law practice is primarily focused on public interest environmental litigation. I have worked on dozens of cases involving federal environmental law. I have secured successful rulings for my clients in numerous cases in Montana, Idaho, and before the Ninth Circuit. *See e.g. Alliance for the Wild Rockies v. Bradford*, 720 F.Supp.2d 1193 (D. Mont. 2010); *The Lands Council v. Cottrell*, 731 F.Supp.2d 1074 (D. Id. 2010); *Hapner v. Tidwell*, 621 F.3d 1239 (9th Cir. 2010); *Native Ecosystems Council v Weldon*, 848 F.Supp.2d 1207 (D. Mont. 2012); *Native Ecosystems Council v. Krueger*, 946 F.Supp.2d 1060 (D. Mont. 2013); *Alliance for the Wild Rockies v. Krueger*, 950 F.Supp.2d 1172 (D. Mont. 2013); *Swan View Coalition v.*

*Weber*, 52 F.Supp.3d 1133 (D. Mont. 2014); *Native Ecosystems Council v. Krueger*, 63 F.Supp.3d 1246 (D. Mont. 2014); *Alliance for the Wild Rockies v. U.S. Dept. of Agriculture*, 772 F.3d 592 (9th Cir. 2014); *Alliance for the Wild Rockies v. Marten*, 200 F. Supp. 3d. 1110 (D. Mont. 2016); *Alliance for the Wild Rockies v. Christensen*, 663 Fed Appx 515 (9th Cir. 2016); *Alliance for the Wild Rockies v. Marten*, 2016 WL 6901264 (D. Mont. 2016); *Alliance for the Wild Rockies v. Zinke*, 265 F.Supp.3d 1161 (D. Mont. 2017); *Alliance for the Wild Rockies v. Marten*, 253 F.Supp.3d 1108 (D. Mont. 2017); *Alliance for the Wild Rockies v. Marten*, 2018 WL 2943251 (D. Mont. 2018); *Native Ecosystems Council v. Marten*, 2018 WL 3831339 (D. Mont. 2018); *Alliance for the Wild Rockies v. Savage*, 897 F.3d 1025 (9th Cir. 2018); *Alliance for the Wild Rockies v. Probert*, 412 F.Supp.3d 1188 (D. Mont. 2019); *Native Ecosystems Council v. Marten*, 612 F.Supp.3d 1146 (D. Mont. 2020); *All. for Wild Rockies v. Burman*, 477 F.Supp.3d 1151 (D. Mont. 2020); *Yellowstone to Uintas Connection v. Bolling*, 524 F.Supp.3d 1081 (D. Id. 2021); *Alliance for the Wild Rockies v. Higgins*, 535 F.Supp.3d 957 (D. Id. 2021); *Alliance for the Wild Rockies v. Pierson*, 550 F.Supp.3d 894 (D. Id. 2021); *Alliance for the Wild Rockies v. Marten*, 585 F.Supp.3d 1252 (D. Mont. 2021); *Friends of Clearwater v. Petrick*, 588 F. Supp. 3d 1071 (D. Id. 2022); *Native Ecosystems Council v. Lannom*, 598 F. Supp. 3d 957 (D. Mont. 2022); *Alliance for Wild Rockies v. Cooley*, 661 F.Supp.3d 1025 (D. Mont. 2023); *Alliance for the Wild Rockies v. Gassmann*, 678 F.Supp.3d 1249 (D. Mont. 2023); *Alliance for the Wild Rockies v. Marten*, -685 F.Supp.3d 971 (D. Mont. 2023); *Yellowstone to Uintas Connection v. Marten*, 2024 WL 3400524, at *1 (D. Mont. 2024); *All. for Wild Rockies v. U.S. Forest Serv.*, - - - F.Supp.3d - - - -, 2025 WL 963777 (D. Idaho 2025).

8. I am considered to be a specialist with distinctive skills in federal environmental law by the non-profit environmental community, and my services are highly sought after by that community.

9. I am requesting to be compensated at a district court hourly rate of $420/hour for 2022, $460/hour for 2023, $500/hour for 2024, and $540/hour for 2025, and at an appellate court rate of $560/hour for 2023, $600/hour for 2024, and $640/hour for 2025. These rates are based on the rates awarded me for prior litigation work. In *Alliance for the Wild Rockies v. Savage*, 2019 WL 3293425 (D. Mont. 2019), this Court awarded me $350 per hour for district court work performed in 2019, based on a $10 per year increase from the previously-awarded amounts. I am now asking for a $20 per year increase from rates approved in *Savage* for 2020 and 2021, a $30 per year increase in 2022, and $40 per year increase in 2023, 2024, and 2025 due to the increases

in cost of living adjustments, in addition to increases in expertise. The appellate rates are $100/hour higher than the district court rates as authorized by the Ninth Circuit Appellate Commissioner and this Court.

10. I maintain detailed, contemporaneous daily records for each tenth of an hour of work time. These records are broken down by time expended and general purpose of the work. The daily records of my work accompany this declaration as Attachment A.

11. In reviewing the daily time records for work performed in connection with this case, I have exercised billing judgment. My daily records do not include any unnecessary, redundant, or duplicative hours.

12. In my opinion, the professional hours detailed in my daily records that I am submitting to the Court were reasonable and necessarily expended for the preparation and successful presentation of this case. In my opinion, these hours represent time that would properly be charged to a commercial client. As detailed in Attachment A, my total fee request, at this time, at rates discussed above, is $303,618.00.

13. The total request for other costs and expenses is $402.00 for the complaint filing fee, and $806.48 for travel costs to the Ninth Circuit oral argument in Portland, Oregon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th Day of April, 2025.

*/s/Rebecca K. Smith*
Rebecca K. Smith
Attorney for Consolidated Plaintiffs

| | | | | |
|---|---|---|---|---|
| Alliance for the Wild Rockies v. Kaiser | | | | |
| CV-23-03-DWM | | | | |
| 9th Cir. No. 23-2882 | | | | |
| Black Ram Project, Kootenai National Forest | | | | |
| | | | | |
| Attorney Hours, Rebecca K Smith | | | | |
| | | | | |
| | | | | |
| **DATE** | **TASK** | **HOURS** | **RATE** | |
| 6.22.22 | client conference | 1.3 | 420 | |
| 6.23.22 | client conference | 0.2 | 420 | |
| 6.30.22 | client conference | 0.2 | 420 | |
| 7.12.22 | client conference | 0.1 | 420 | |
| 7.22.22 | client conference | 0.1 | 420 | |
| 7.26.22 | client conference | 0.2 | 420 | |
| 7.27.22 | client conference | 0.1 | 420 | |
| 8.01.22 | client conference | 0.1 | 420 | |
| 8.03.22 | complaint | 4.6 | 420 | |
| 8.04.22 | complaint | 6.1 | 420 | |
| 8.05.22 | complaint | 2.6 | 420 | |
| 8.08.22 | complaint | 6.6 | 420 | |
| 8.09.22 | complaint | 8.2 | 420 | |
| 8.10.22 | complaint | 5.4 | 420 | |
| 8.11.22 | complaint | 6.4 | 420 | |
| 8.12.22 | complaint | 3.6 | 420 | |
| 8.15.22 | complaint | 7.8 | 420 | |
| 8.16.22 | complaint | 5.4 | 420 | |
| 8.17.22 | complaint | 9 | 420 | |
| 8.18.22 | complaint | 7 | 420 | |
| 8.31.22 | client conference | 0.1 | 420 | |
| 9.14.22 | client conference | 0.1 | 420 | |
| 9.28.22 | client conference | 0.2 | 420 | |
| 10.05.22 | client conference | 0.1 | 420 | |
| 10.21.22 | client conference | 0.1 | 420 | |
| 11.23.22 | client conference | 0.1 | 420 | |
| 12.07.22 | client conference | 0.1 | 420 | |
| 12.09.22 | client conference | 0.7 | 420 | |

| | | | | |
|---|---|---|---|---|
| 12.22.22 | complaint | 4.3 | 420 | |
| 12.23.22 | complaint | 4.2 | 420 | |
| 12.26.22 | complaint | 5.1 | 420 | |
| 12.27.22 | complaint | 4.9 | 420 | |
| 12.28.22 | complaint | 4.8 | 420 | |
| 12.29.22 | complaint | 4.3 | 420 | |
| 12.30.22 | complaint | 5.3 | 420 | |
| | **2022 DISTRICT COURT TOTAL HOURS** | **109.4** | **45948** | |
| 1.02.23 | complaint | 2.1 | 460 | |
| 1.03.23 | complaint | 1.7 | 460 | |
| 1.04.23 | complaint | 3.6 | 460 | |
| 1.05.23 | complaint | 4.3 | 460 | |
| 1.06.23 | complaint | 4.3 | 460 | |
| 1.07.23 | summary judgment | 4.5 | 460 | |
| 1.08.23 | client conference | 0.3 | 460 | |
| 1.08.23 | summary judgment | 6.1 | 460 | |
| 1.09.23 | DOJ email | 0.1 | 460 | |
| 1.09.23 | summary judgment | 4.7 | 460 | |
| 1.10.23 | DOJ email | 0.1 | 460 | |
| 1.10.23 | client conference | 0.2 | 460 | |
| 1.10.23 | summary judgment | 5.1 | 460 | |
| 1.11.23 | review ECF filing | 0.1 | 460 | |
| 1.11.23 | client conference | 0.1 | 460 | |
| 1.12.23 | review ECF filing | 0.1 | 460 | |
| 1.13.23 | review ECF filing | 0.4 | 460 | |
| 1.17.23 | review ECF filing | 0.1 | 460 | |
| 1.17.23 | DOJ emails | 0.1 | 460 | |
| 1.18.23 | DOJ emails | 0.1 | 460 | |
| 1.19.23 | DOJ emails | 0.1 | 460 | |
| 1.19.23 | review ECF filing | 0.5 | 460 | |
| 1.20.23 | review ECF filing | 0.1 | 460 | |
| 1.21.23 | summary judgment | 5.4 | 460 | |
| 1.22.23 | summary judgment | 9.1 | 460 | |
| 1.23.23 | summary judgment | 9.3 | 460 | |
| 1.24.23 | summary judgment | 10.1 | 460 | |
| 1.25.23 | summary judgment | 9.5 | 460 | |
| 1.26.23 | summary judgment | 9.3 | 460 | |

| | | | | |
|---|---|---|---|---|
| 1.27.23 | summary judgment | 11.1 | 460 | |
| 1.30.23 | client conference | 0.2 | 460 | |
| 1.31.23 | review ECF filing | 0.1 | 460 | |
| 1.31.23 | client conference | 0.1 | 460 | |
| 3.02.3 | review ECF filing | 0.1 | 460 | |
| 3.02.23 | DOJ email | 0.1 | 460 | |
| 3.08.23 | DOJ email | 0.1 | 460 | |
| 3.09.23 | review ECF filings | 2.1 | 460 | |
| 3.10.23 | DOJ email | 0.1 | 460 | |
| 3.13.23 | review ECF filing | 0.1 | 460 | |
| 3.22.23 | strike response | 5.1 | 460 | |
| 3.23.23 | strike response | 4.3 | 460 | |
| 4.07.23 | review ECF filing | 0.2 | 460 | |
| 4.04.23 | sj response/reply | 5.6 | 460 | |
| 4.06.23 | sj response/reply | 6.1 | 460 | |
| 4.11.23 | sj response/reply | 7.4 | 460 | |
| 4.13.23 | sj response/reply | 6.9 | 460 | |
| 4.14.23 | sj response/reply | 7 | 460 | |
| 4.15.23 | sj response/reply | 7.1 | 460 | |
| 4.16.23 | sj response/reply | 8.5 | 460 | |
| 4.18.23 | sj response/reply | 5.3 | 460 | |
| 4.20.23 | sj response/reply | 10.1 | 460 | |
| 5.02.23 | notice of supp authority | 1.1 | 460 | |
| 5.09.23 | client conference | 0.2 | 460 | |
| 5.18.23 | review ECF filing | 0.8 | 460 | |
| 6.20.23 | DOJ email | 0.1 | 460 | |
| 6.20.23 | review ECF filing | 0.1 | 460 | |
| 7.08.23 | prepare oral argument | 6.1 | 460 | |
| 7.09.23 | prepare oral argument | 7.2 | 460 | |
| 7.10.23 | prepare oral argument | 5.5 | 460 | |
| 7.11.23 | prepare oral argument | 6.1 | 460 | |
| 7.12.23 | prepare oral argument | 9.8 | 460 | |
| 7.13.23 | prepare oral argument | 1.5 | 460 | |
| 7.13.23 | oral argument | 1.2 | 460 | |
| 7.13.23 | client conference | 0.8 | 460 | |
| 8.04.23 | notice of supp authority | 0.8 | 460 | |
| 8.17.23 | review ECF filing | 0.4 | 460 | |

| | | | | |
|---|---|---|---|---|
| 8.17.23 | client conference | 0.9 | 460 | |
| 8.18.23 | client conference | 0.3 | 460 | |
| 8.19.23 | client conference | 0.1 | 460 | |
| 8.22.23 | client conference | 0.1 | 460 | |
| 8.24.23 | review ECF filing | 0.1 | 460 | |
| 8.29.23 | review ECF filing | 0.1 | 460 | |
| 8.28.23 | fee motion | 3.1 | 460 | |
| 8.29.23 | fee motion | 2.7 | 460 | |
| 8.30.23 | fee motion | 2.5 | 460 | |
| 8.31.23 | fee motion | 1.1 | 460 | |
| 9.05.23 | review ECF filing | 0.1 | 460 | |
| 10.02.23 | review ECF filing | 0.1 | 460 | |
| 10.11.23 | review ECF filing | 0.1 | 460 | |
| 10.19.23 | review ECF filing | 0.1 | 460 | |
| 12.04.23 | review ECF filing | 0.1 | 460 | |
| | **2023 DISTRICT COURT TOTAL HOURS** | **232.4** | **106904** | |
| 10.18.23 | review ECF filing | 0.2 | 560 | |
| 10.19.23 | review ECF filing | 0.2 | 560 | |
| 10.23.23 | review ECF filing | 0.1 | 560 | |
| 10.26.23 | review ECF filing | 0.1 | 560 | |
| 10.27.23 | review ECF filing | 0.1 | 560 | |
| 10.30.23 | review ECF filing | 0.1 | 560 | |
| 11.09.23 | review ECF filing | 0.1 | 560 | |
| 11.13.23 | review ECF filing | 0.1 | 560 | |
| 11.14.23 | review ECF filing | 0.1 | 560 | |
| 12.11.23 | DOJ emails | 0.1 | 560 | |
| 12.11.23 | review ECF filing | 0.1 | 560 | |
| 12.21.23 | review ECF filing | 0.1 | 560 | |
| | **2023 APPELLATE COURT TOTAL HOURS** | **1.4** | **784** | |
| 1.03.24 | review ECF filing | 0.1 | 600 | |
| 1.09.24 | DOJ email | 0.1 | 600 | |
| 1.09.24 | co-counsel & client conference | 0.6 | 600 | |
| 1.10.24 | DOJ email | 0.1 | 600 | |
| 1.12.24 | review ECF filing | 0.1 | 600 | |
| 1.17.24 | co-counsel & client conference | 0.3 | 600 | |
| 1.19.24 | extension response | 0.3 | 600 | |
| 1.22.24 | review ECF filing | 0.1 | 600 | |

| | | | | |
|---|---|---|---|---|
| 1.30.24 | review ECF filing | 0.1 | 600 | |
| 2.12.24 | DOJ email | 0.1 | 600 | |
| 2.13.24 | DOJ email | 0.1 | 600 | |
| 2.13.24 | review ECF filings | 0.2 | 600 | |
| 2.18.24 | extension response | 0.2 | 600 | |
| 2.20.24 | review ECF filing | 0.1 | 600 | |
| 2.27.24 | review ECF filing | 0.1 | 600 | |
| 3.22.24 | review ECF filings | 3.1 | 600 | |
| 3.22.24 | client conference | 0.8 | 600 | |
| 3.25.24 | review ECF filing | 0.1 | 600 | |
| 3.28.24 | review ECF filing | 0.1 | 600 | |
| 4.15.24 | co-counsel & client conference | 0.1 | 600 | |
| 4.15.24 | extension request | 0.1 | 600 | |
| 4.16.24 | review ECF filing | 0.1 | 600 | |
| 5.02.24 | scheduling emails | 0.1 | 600 | |
| 5.03.24 | scheduling emails | 0.1 | 600 | |
| 5.06.24 | extension request | 0.2 | 600 | |
| 5.06.24 | review ECF filing | 0.1 | 600 | |
| 5.07.24 | review ECF filing | 0.1 | 600 | |
| 5.18.24 | answering brief | 6.1 | 600 | |
| 5.19.24 | answering brief | 9.2 | 600 | |
| 5.20.24 | answering brief | 9.5 | 600 | |
| 5.21.24 | answering brief | 8.1 | 600 | |
| 5.22.24 | answering brief | 8 | 600 | |
| 5.23.24 | answering brief | 8.2 | 600 | |
| 5.24.24 | answering brief | 10.1 | 600 | |
| 5.25.24 | answering brief | 11.3 | 600 | |
| 5.26.24 | answering brief | 13.4 | 600 | |
| 5.27.24 | answering brief | 10 | 600 | |
| 5.28.24 | answering brief | 7.8 | 600 | |
| 5.29.24 | answering brief | 8.1 | 600 | |
| 5.30.24 | answering brief | 7.9 | 600 | |
| 5.31.24 | answering brief | 13.3 | 600 | |
| 6.03.24 | court email | 0.1 | 600 | |
| 6.03.24 | revise filings | 0.2 | 600 | |
| 6.04.24 | court email | 0.1 | 600 | |
| 6.05.24 | review ECF filing | 0.1 | 600 | |

| | | | | |
|---|---|---|---|---|
| 6.06.24 | review ECF filing | 0.1 | 600 | |
| 6.06.24 | court email | 0.1 | 600 | |
| 6.17.24 | review ECF filing | 0.1 | 600 | |
| 8.01.24 | review ECF filing | 0.1 | 600 | |
| 8.05.24 | review ECF filing | 0.1 | 600 | |
| 8.08.24 | review ECF filing | 0.1 | 600 | |
| 8.22.24 | review ECF filing | 0.3 | 600 | |
| 9.24.24 | review ECF filing | 0.1 | 600 | |
| 11.24.24 | review ECF filing | 0.2 | 600 | |
| 12.09.24 | review ECF filing | 0.1 | 600 | |
| 12.09.24 | review ECF filing | 0.1 | 600 | |
| 12.10.24 | review ECF filing | 0.1 | 600 | |
| 12.10.24 | confer co-counsel | 0.3 | 600 | |
| 12.10.24 | acknowledge hearing notice | 0.1 | 600 | |
| | **2024 APPELLATE COURT TOTAL HOURS** | **141** | **84600** | |
| 1.02.25 | client correspondence | 0.1 | 640 | |
| 1.20.25 | oral argument prep | 7.1 | 640 | |
| 1.21.25 | oral argument prep | 4.5 | 640 | |
| 1.22.25 | oral argument prep | 4.1 | 640 | |
| 1.23.25 | oral argument prep | 5.1 | 640 | |
| 1.24.25 | oral argument prep | 9.3 | 640 | |
| 1.27.25 | oral argument prep | 6.7 | 640 | |
| 1.28.25 | oral argument prep | 3.2 | 640 | |
| 1.29.25 | oral argument prep | 3.8 | 640 | |
| 1.30.25 | oral argument prep | 3.3 | 640 | |
| 1.31.25 | oral argument prep | 10 | 640 | |
| 2.02.25 | confer co-counsel | 0.2 | 640 | |
| 2.03.25 | oral argument prep | 6.5 | 640 | |
| 2.04.25 | oral argument prep | 4.6 | 640 | |
| 2.05.25 | travel | 8.5 | 640 | |
| 2.06.25 | oral argument | 1.7 | 640 | |
| 2.06.25 | co-counsel & client conference | 0.7 | 640 | |
| 2.06.25 | travel | 9.5 | 640 | |
| 2.24.25 | review court order | 0.3 | 640 | |
| 2.24.25 | co-counsel & client conference | 0.8 | 640 | |
| 4.18.25 | review ecf filing | 0.1 | 640 | |
| 4.22.25 | DOJ email | 0.1 | 640 | |

| | | | | |
|---|---|---|---|---|
| 4.23.25 | motion to transfer fees | 0.4 | 640 | |
| | **2025 APPELLATE COURT TOTAL HOURS** | **90.6** | **57984** | |
| 2.24.25 | review ecf filing | 0.1 | 540 | |
| 4.18.25 | review ecf filing | 0.1 | 540 | |
| 4.21.25 | fee motion | 1.1 | 540 | |
| 4.22.25 | fee motion | 1.5 | 540 | |
| 4.23.25 | fee motion | 2.3 | 540 | |
| 4.24.25 | fee motion | 4.5 | 540 | |
| 4.25.25 | fee motion | 4.1 | 540 | |
| | **2025 DISTRICT COURT RUNNING TOTAL HOURS** | **13.7** | **7398** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **OTHER EAJA EXPENSES:** | | | | |
| Appellate Oral Argument -- Airfare | | 607.99 | | |
| Appellate Oral Argument -- Hotel | | 162.47 | | |
| Appellate Oral Argument -- Taxi | | 36.02 | | |
| | **OTHER EAJA EXPENSES TOTAL** | **806.48** | | |
| | | | | |
| | | | | |
| 2022 DISTRICT COURT ATTY FEES | | 45948 | | |
| 2023 DISTRICT COURT ATTY FEES | | 106904 | | |
| 2023 APPELLATE COURT ATTY FEES | | 784 | | |
| 2024 APPELLATE COURT ATTY FEES | | 84600 | | |
| 2025 APPELLATE COURT ATTY FEES | | 57984 | | |
| 2025 DISTRICT COURT ATTY FEES | | 7398 | | |
| | **ATTORNEY FEES RUNNING TOTAL** | **303618** | | |
| | | | | |