Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>KEITH LANNOM, UNITED STATES FOREST SERVICE, and U.S. FISH & WILDLIFE SERVICE,<br><br>Defendants, | CV-21-51-M-DLC<br><br>DECLARATION OF TIMOTHY BECHTOLD |

Pursuant to 28 U.S.C. § 1746, I, Timothy Bechtold, declare as follows:

1. I make this declaration in support of the petition for attorney fees and other expenses filed by Plaintiffs in this case. I am competent to make this Declaration.

2. I received an A.B. from Harvard College in 1984. My academic concentration was biology, with a focus on ecology. I received an M.S. in Environmental Studies from the University of Montana in 1992. My academic focus while in this master's program was public land use policy and law. My master's thesis was an analysis of timber management on the former Northern Pacific landgrant in Montana. I received a J.D. with high honors from the University of Montana in 2000, and was admitted to the Montana bar on October 6, 2000. While in law school, I was editor of the *Public Land and Resources Law Review*, and published a law review article on the listing of the bull trout under the Endangered Species Act.

3. After graduation from law school, I clerked for the Honorable Donald W. Molloy, then Chief Judge of the District of Montana, for two years. During the course of this clerkship I also had opportunity to assist Judge Molloy when he sat with the Ninth Circuit.

4. After my clerkship with Judge Molloy, I entered into private practice on September 1, 2002 with the law firm of Rossbach Brennan, PC, which became Rossbach Hart Bechtold, PC in November, 2003. In January, 2008 I left Rossbach Hart Bechtold, PC and formed a solo practice, Bechtold Law Firm, PLLC.

5. I was chairman of the Federal Practice Section of the Montana State Bar Association from 2004-2012, and was President of the Montana Chapter of the Federal Bar Association from 2010-2012. I was also a member of the Local Rules Committee for the District of Montana from 2001-2006. I have served on the Board of Directors of the Montana Trial Lawyers Association since 2010, and I am a Past President of the Board of the Montana Trial Lawyers Association. I am rated Martindale-Hubbard AV-Preeminent, I am a National Trial Lawyer Top 100 Trial Lawyer, and I am a Life Fellow of the American Bar Foundation. In 2023, I was the recipient of the Montana Trial Lawyers Association's Appellate Advocacy Award for my work in *L.B. v. United States*, 8 F.4th 868 (9th Cir. 2021); *L.B. v. United States*, 2022 MT 166; and *L.B. v. United States*, 49 F.4th 1241 (9th Cir. 2022).

6. I am admitted to practice in the State of Montana; the State of Washington; the United States District Courts for the District of Montana, the District of Colorado; and the District of Columbia; the Second, Third, Sixth, Ninth, Tenth, and District of Columbia Circuit Courts of Appeals; the Court of Federal Claims; and the United States Supreme Court. Additionally, I have appeared *pro hac vice* in district court litigation in Alaska, Oregon, California, Utah, Kentucky, and Pennsylvania.

7. I specialize primarily in the litigation of environmental matters. I have taught a graduate-level seminar on the National Forest Management Act and the National Environmental Policy Act at the University of Montana, I have been a guest lecturer on environmental topics at the University of Montana School of Law and the Vermont Law School, and I have presented on environmental topics at Continuing Legal Education seminars. My case load includes suits involving environmental restoration and remediation, management of federal public land and wildlife, land use, citizen suits under the Clean Water Act, as well as suits brought under the citizen suit and cost recovery provisions of CERCLA and RCRA.

8. Representative federal cases on which I have been actively involved as an attorney include *Montanans for Multiple Use v. Barbouletos*, 568 F.3d 225 (D.C. Cir. 2009) (representing defendant-intervenors in challenge to Forest Service authority to manage various aspects of the Flathead National Forest based on, *inter alia*, Organic Act and Multiple Use Sustained Yield Act ); *Cabinet Resources Group v. Asarco*, CV 02-209-M-DWM (D. Mont.)(a case alleging violations of RCRA and CERCLA, eventually settled in bankruptcy); *Friends of the Wild Swan v. US Forest Service*, CV 03-161-M-DWM (D. Mont.); *Swan View Coalition v. Barbouletos*, CV 03-112-M-DWM (D. Mont.), 348 Fed.Appx. 295 (9th Cir. 2009)(requiring the Forest Service to establish a standard when forest uses compete with grizzly bears); *Forest Service Employees for Environmental Ethics v. US Forest Service*, 397 F.Supp.2d 391 (D. Mont. 2005)(requiring Forest Service to comply with NEPA and ESA for aerial application of fire retardant); *Forest Service Employees for Environmental Ethics v. US Forest Service*, 530 F.Supp.2d 1126 (D.Mont. 2008)(contempt hearing appropriate for Forest Service's failure to comply with court order); *Forest Service Employees for Environmental Ethics v. US Forest Service,* 726 F.Supp.2d 1195 (D.Mont 2010)(Forest Service violated NEPA, NFMA, and ESA in preparing fire retardant EA); *Alliance for the Wild Rockies v. Bradford*, 720 F.Supp.2d 1193 (D.Mont 2010) (Kootenai National Forest violated NEPA, NFMA, and

ESA in preparing three timber sale projects); *Alliance for the Wild Rockies v. Lyder,* 726 F.Supp.2d 1126 (D.Mont. 2010)(U.S. Fish & Wildlife Service critical habitat designation for lynx insufficient); *Alliance for the Wild Rockies v. Krueger*, 950 F.Supp.2d 1172 (D.Mont. 2013)(federal agencies must conduct consultation for migratory species). *Swan View Coalition v. Weber*, 52 F.Supp.3d 1133 (D. Mont. 2014)(federal agency must conform to law on newly-acquired lands); *Alliance for the Wild Rockies v. USDA*, 772 F.3d 592 (9th Cir. 2014)(complaints may be amended to include ESA claims after 60-day notice runs); *WildEarth Guardians v. U.S. Department of the Interior,* 205 F.Supp.3d 1176 (D. Mont. 2016) (critical habitat designation for lynx insufficient); *Alliance for the Wild Rockies v. Marten*, 200 F.Supp.3d. 1110 (D. Mont. 2016)(enjoining timber sale for irrigation ditch maintenance); *Wild Rockies v. Zinke*, 265 F.Supp.3d 1161 (D. Mont. 2017)(FWS not warranted finding for Cabiinet Yaak grizzly bears arbitrary and capricious); *Alliance for the Wild Rockies v. Marten*, 253 F.Supp.3d 1108 (D. Mont. 2017)(enjoining timber sale in critical habitat); *Alliance for the Wild Rockies v. Marten*, 2018 WL 2943251 (D. Mont. 2018)(vacatur proper upon voluntary remand); *Alliance for the Wild Rockies v. Savage*, 897 F.3d 1025 (9th Cir. 2018) (timber sale violated forest plan); *Alliance for the Wild Rockies v. U.S. Army Corps of Engineers*, 736 Fed. App'x 160 (9th Cir. 2018) (agencies failed to consult on bull trout critical habitat); *Indigenous Environmental Network v. U.S. Department of State*, 317 F.Supp.3d 1118 (D. Mont. 2018)(Keystone XL pipeline requires additional NEPA analysis). *Forest Service Employees for Environmental Ethics v. US Forest Service*, 2023 WL 3687454 (D. Mont. 2023)(requiring Forest Service to comply with CWA for aerial application of fire retardant);

9. In 2019, I was awarded the Kerry Rydberg Award for Excellence in Public Interest Environmental Litigation at the Public Interest Environmental Law Conference. This award is presented annually to one attorney in the United States for lifetime achievements in the practice of public interest environmental law.

10. The area of federal environmental litigation is complex and specialized. It requires an understanding of the complexities of federal case law, statutes, and regulations.

11. Because environmental litigation is an area of my specialty, I was able to litigate this matter efficiently and effectively. Because I am in private practice and do not earn a salary from an organization, I carry a heavy

caseload that requires me to allocate my time efficiently. In this case, we obtained a favorable result for Plaintiff while expending very reasonable hours.

12. I am requesting to be compensated at an hourly rate of $380/hour in 2020, $390/hour for 2021, $420/hour for 2022, $460/hour for 2023 for district court work; and $560/hour in 2023, $600/hour in 2024, and $640/hour in 2025 for circuit court work. As explained in the brief in support of attorney's fees in this case, these rates are based on the rates awarded me for prior litigation work.

13. I maintain detailed, contemporaneous daily records for each tenth of an hour of work time. These records are broken down by time expended and general purpose of the work. The daily records of my work accompany this declaration as Exhibit 1.

14. In reviewing the daily time records for work performed in connection with this case, I have exercised billing judgment and eliminated excess and duplicative entries.

15. In my opinion, the professional hours detailed in my daily records that I am submitting to the Court were reasonable and necessarily expended for the preparation and successful presentation of this case. In my opinion, these hours represent time that would properly be charged to a commercial client. As detailed in Exhibit 1, the total number of hours expended is 56.2. At the rates explained above, and as detailed in Exhibit 1, my total fee request at this time is for $26,089.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of April, 2025.

/s/Timothy M. Bechtold

| Date | Description | Rate | Time Billed | Amount billed |
|---|---|---|---|---|
| 1/6/20 | call, email w Client re Black Ram | 380 | 0.30 | 114.00 |
| 1/6/20 | emails w Rick Bass re roads | 380 | 0.90 | 342.00 |
| 1/23/20 | call w client re objections | 380 | 0.50 | 190.00 |
| 1/24/20 | objections | 380 | 1.20 | 456.00 |
| 1/24/20 | emails w Rick Bass re roads, objections | 380 | 0.10 | 38.00 |
| 2/20/20 | call w client re road closures | 380 | 0.40 | 152.00 |
| 8/26/21 | emails w Rick Bass re roads | 390 | 0.10 | 39.00 |
| 8/31/21 | emails w Rick Bass re roads | 390 | 0.20 | 78.00 |
| 9/3/21 | emails w client re status of BiOp | 390 | 0.10 | 39.00 |
| 9/10/21 | calls, emails w client, Matt Holloway re roads | 390 | 0.80 | 312.00 |
| 9/15/21 | BiOp | 390 | 2.70 | 1,053.00 |
| 9/15/21 | emails w Rebecca, client re roads, BiOp | 390 | 0.30 | 117.00 |
| 9/19/21 | call w client re BiOp | 390 | 0.20 | 78.00 |
| 9/23/21 | emails w client, Rebecca, TedZ re BiOp | 390 | 0.50 | 195.00 |
| 9/30/21 | emails w client re status | 390 | 0.10 | 39.00 |
| 10/18/21 | FOIA response | 390 | 2.90 | 1,131.00 |
| 10/18/21 | call w client re FOIA | 390 | 0.10 | 39.00 |
| 10/28/21 | email w client re roads | 390 | 0.10 | 39.00 |
| 11/9/21 | emails w client, MattH re roads | 390 | 0.30 | 117.00 |
| 11/12/21 | emails w client, MattH, revise road closure survey | 390 | 4.60 | 1,794.00 |
| 12/15/21 | FS response to closure survey | 390 | 0.10 | 39.00 |
| 3/25/22 | DellaSala article, emails, calls w client | 420 | 1.20 | 504.00 |
| 6/22/22 | review DN, call w client | 420 | 0.30 | 126.00 |
| 6/30/22 | review TedZ complaint | 420 | 0.40 | 168.00 |
| 7/22/22 | emails w client re trail building | 420 | 0.20 | 84.00 |
| 7/26/22 | emails w TedZ, client re implementation | 420 | 0.30 | 126.00 |
| 7/27/22 | review project file | 420 | 3.50 | 1,470.00 |
| 8/2/22 | emails w client re status | 420 | 0.10 | 42.00 |
| 8/3/22 | CMP | 420 | 0.10 | 42.00 |
| 8/8/22 | CBD FOIA response from TedZ | 420 | 0.30 | 126.00 |
| 8/8/22 | call w client re status | 420 | 0.20 | 84.00 |
| 9/14/22 | revised BiOp | 420 | 1.20 | 504.00 |
| 9/28/22 | TedZ 60-day, FS answer | 420 | 0.40 | 168.00 |
| 10/4/22 | emails w client , TedZ re status | 420 | 0.10 | 42.00 |
| 10/21/22 | briefing schedule order | 420 | 0.10 | 42.00 |
| 11/23/22 | call w client re complaint | 420 | 0.20 | 84.00 |
| 12/7/22 | TedZ amended complaint | 420 | 0.20 | 84.00 |
| 1/6/23 | review-revise complaint | 460 | 0.60 | 276.00 |
| 1/9/23 | emails w client re status | 460 | 0.20 | 92.00 |
| 1/9/23 | call w clinet re status | 460 | 0.20 | 92.00 |
| 1/10/23 | DOJ email | 460 | 0.10 | 46.00 |
| 1/11/23 | new judge order | 460 | 0.10 | 46.00 |
| 1/12/23 | consolidation order | 460 | 0.10 | 46.00 |
| 1/12/23 | CMO | 460 | 0.10 | 46.00 |
| 1/12/23 | call w client re schedule, status | 460 | 0.20 | 92.00 |
| 1/13/23 | AR notice | 460 | 0.10 | 46.00 |
| 1/17/23 | John Tustin NOA | 460 | 0.10 | 46.00 |
| 1/19/23 | Tustin clarify motion | 460 | 0.30 | 138.00 |
| 1/20/23 | order on DOJ motion | 460 | 0.10 | 46.00 |
| 1/23/23 | emails on words | 460 | 0.10 | 46.00 |
| 1/25/23 | intervene order | 460 | 0.10 | 46.00 |
| 1/27/23 | review SUF | 460 | 2.80 | 1,288.00 |
| 1/27/23 | revise SJ brief | 460 | 3.50 | 1,610.00 |
| 1/27/23 | review TedZ brief | 460 | 0.50 | 230.00 |
| 1/30/23 | call w client re complaint, status | 460 | 0.10 | 46.00 |
| 1/31/23 | hearing order | 460 | 0.10 | 46.00 |

| | | | | |
|---|---|---|---|---|
| 3/2/23 | Caitlyn NOA | 460 | 0.10 | 46.00 |
| 3/9/23 | conf w Rebecca re strike, call w client | 460 | 0.20 | 92.00 |
| 3/9/23 | DOJ strike motion | 460 | 0.30 | 138.00 |
| 3/10/23 | review DOJ SJ brief | 460 | 1.00 | 460.00 |
| 3/11/23 | review SUF, SDF | 460 | 0.70 | 322.00 |
| 3/23/23 | review strike response | 460 | 0.30 | 138.00 |
| 4/7/23 | strike reply | 460 | 0.20 | 92.00 |
| 4/20/23 | SJ reply | 460 | 1.10 | 506.00 |
| 5/2/23 | supp authority | 460 | 0.20 | 92.00 |
| 5/9/23 | emails w cliient re status, call w client | 460 | 0.10 | 46.00 |
| 5/18/23 | DOJ SJ reply | 460 | 0.40 | 184.00 |
| 6/15/23 | emails re implementation | 460 | 0.10 | 46.00 |
| 6/27/23 | emails w TedZ re Ripley supp authority | 460 | 0.10 | 46.00 |
| 6/30/23 | supp authority | 460 | 0.10 | 46.00 |
| 7/7/23 | order on supp authority | 460 | 0.10 | 46.00 |
| 8/4/23 | conf w Rebecca re supp authority | 460 | 0.10 | 46.00 |
| 8/15/23 | order on supp authority | 460 | 0.10 | 46.00 |
| 8/17/23 | SJ order | 460 | 2.30 | 1,058.00 |
| 8/17/23 | call w client | 460 | 0.30 | 138.00 |
| 8/29/23 | fee dec | 460 | 0.60 | 276.00 |
| 8/31/23 | USA stay motion | 460 | 0.10 | 46.00 |
| 8/31/23 | stay order | 460 | 0.10 | 46.00 |
| 10/11/23 | USA appeal | 460 | 0.10 | 46.00 |
| 10/11/23 | call w client re appeal | 460 | 0.40 | 184.00 |
| 10/18/23 | time schedule order | 560 | 0.10 | 56.00 |
| 10/19/23 | Ben Richmond NOA | 560 | 0.10 | 56.00 |
| 10/23/23 | mediation questionnaire | 560 | 0.10 | 56.00 |
| 10/26/23 | mediation order | 560 | 0.10 | 56.00 |
| 10/26/23 | call w client re status | 560 | 0.20 | 112.00 |
| 10/30/23 | schedule order | 560 | 0.10 | 56.00 |
| 10/30/23 | callw client re status | 560 | 0.10 | 56.00 |
| 10/30/23 | Ben NOA | 560 | 0.10 | 56.00 |
| 11/25/23 | emails, calls w client re status, strategy | 560 | 0.80 | 448.00 |
| 12/4/23 | DWM order on fees | 460 | 0.10 | 46.00 |
| 12/11/23 | emails w counsel re more time | 560 | 0.20 | 112.00 |
| 12/11/23 | more time motion | 560 | 0.10 | 56.00 |
| 12/21/23 | more time order | 560 | 0.10 | 56.00 |
| 1/3/24 | consolidation order | 600 | 0.10 | 60.00 |
| 1/9/24 | Ben email re more time | 600 | 0.10 | 60.00 |
| 1/9/24 | conf w Rebecca, calls w client re more time | 600 | 0.60 | 360.00 |
| 1/9/24 | email back from Ben | 600 | 0.10 | 60.00 |
| 1/9/24 | call w client re status | 600 | 0.30 | 180.00 |
| 1/12/24 | Ben more time motion | 600 | 0.10 | 60.00 |
| 1/17/24 | conf w Rebecca, call w client re schedule | 600 | 0.30 | 180.00 |
| 1/17/24 | emails w counsel re more time | 600 | 0.20 | 120.00 |
| 1/18/24 | emails w USA re more time | 600 | 0.20 | 120.00 |
| 1/19/24 | conf w Rebecca re response | 600 | 0.10 | 60.00 |
| 1/22/24 | USA reply | 600 | 0.20 | 120.00 |
| 1/22/24 | call w client re status | 600 | 0.10 | 60.00 |
| 1/30/24 | order on delay | 600 | 0.10 | 60.00 |
| 2/12/24 | emails w DOJ more time | 600 | 0.10 | 60.00 |

| | | | | |
|---|---|---|---|---|
| 2/13/24 | DOJ email re more | 600 | 0.10 | 60.00 |
| 2/13/24 | Jacob NOA | 600 | 0.10 | 60.00 |
| 2/18/24 | more time motion | 600 | 0.10 | 60.00 |
| 2/20/24 | DOJ reply | 600 | 0.10 | 60.00 |
| 2/20/24 | call w client re status | 600 | 0.10 | 60.00 |
| 2/27/24 | delay order | 600 | 0.10 | 60.00 |
| 3/4/24 | emails re drop appeal | 600 | 0.10 | 60.00 |
| 3/4/24 | call w client re status | 600 | 0.30 | 180.00 |
| 3/22/24 | DOJ opening brief, ER | 600 | 1.20 | 720.00 |
| 4/15/24 | more time request | 600 | 0.10 | 60.00 |
| 4/15/24 | conf w Rebecca, call w client re schedule | 600 | 0.10 | 60.00 |
| 4/17/24 | more time order | 600 | 0.10 | 60.00 |
| 5/7/24 | more time order | 600 | 0.10 | 60.00 |
| 5/30/24 | call w Rebecca re brief | 600 | 0.20 | 120.00 |
| 5/31/24 | call w Rebecca re brief | 600 | 0.10 | 60.00 |
| 5/31/24 | call w client re brief | 600 | 0.10 | 60.00 |
| 8/1/24 | DOJ brief | 600 | 0.40 | 240.00 |
| 9/24/24 | oral order | 600 | 0.10 | 60.00 |
| 9/24/24 | call w client re hearing | 600 | 0.10 | 60.00 |
| 11/24/24 | hearing order | 600 | 0.10 | 60.00 |
| 11/24/24 | calls w client re hearing | 600 | 0.10 | 60.00 |
| 12/10/24 | conf w Rebecca re hearing | 600 | 0.30 | 180.00 |
| 1/31/25 | conf w Rebecca re hearing | 640 | 0.50 | 320.00 |
| 2/2/25 | conf w Rebecca re hearing | 640 | 0.20 | 128.00 |
| 2/6/25 | debrief w Rebecca, client post-hearing | 640 | 0.70 | 448.00 |
| 2/24/25 | 9th Cir order | 640 | 0.50 | 320.00 |
| 2/24/25 | calls, emails w client, conf w Rebecca | 640 | 0.80 | 512.00 |
| 2/25/25 | call w client re order | 640 | 0.30 | 192.00 |
| 2/26/25 | calls w client re order, DOJ options | 640 | 0.50 | 320.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **For professional services rendered** | | | **43.10** | **26,089.00** |

| | | | |
|---|---|---|---|
| 2020 District Court | 380 | 3.40 | 1,292.00 |
| 2021 District Court | 390 | 13.10 | 5,109.00 |
| 2022 District Court | 420 | 8.80 | 3,696.00 |
| 2023 District Court | 460 | 18.60 | 8,556.00 |
| 2023 Ninth Circuit | 560 | 2.10 | 1,176.00 |
| 2024 Ninth Circuit | 600 | 6.70 | 4,020.00 |
| 2025 Ninth Circuit | 640 | 3.50 | 2,240.00 |
| TT | | 56.20 | 26,089.00 |

**EXPENSES:**

| | |
|---|---|
| | |
| | |
| | |
| | |
| **Total Expenses** | **-** |
| | |
| **TOTAL FEES AND EXPENSES** | **26,089.00** |