ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>U.S. Forest Service, et al. | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO CONSOLIDATED PLAINTIFFS'** |

| | |
|---|---|
| Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor, and<br><br>KRISTEN KAISER, District Ranger, Kootenai National Forest, et al.,<br><br>Consolidated Defendants. | **MOTION FOR ATTORNEY FEES (ECF No. 110)** |

Federal Defendants respectfully move for a forty-five (45) day extension of time from the current deadline to respond to Consolidated Plaintiffs' Motion for Attorneys' Fees and Other Costs and Expenses, ECF No. 110 (in Lead Case No. 9:22-cv-00114-DWM).

Counsel for Federal Defendants conferred with counsel for Consolidated Plaintiffs in accordance with Local Rule 7.1(c), and Consolidated Plaintiffs do not oppose this motion for an extension of time. In support of this motion, Federal Defendants state the following:

1. Consolidated Plaintiffs moved for attorneys' fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, on April 25, 2025. ECF. No. 110.
2. Federal Defendants' response currently is due May 9, 2025.
3. Should the extension be granted, Federal Defendants' response would be due

by June 12, 2025.

4. Federal Defendants require additional time to obtain negotiating authority from the client agency and to attempt to negotiate a resolution of Consolidated Plaintiffs' request for fees.

5. Allowing additional time is in the interest of judicial economy because it could enable the Parties to resolve Consolidated Plaintiffs' claim without additional Court involvement.

6. With this motion for an extension of time, Federal Defendants are not waiving any defense or argument they may raise in response to Consolidated Plaintiffs' motion for fees and expenses, should a response be necessary.

Respectfully submitted this 28th day of April, 2025.

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*<u>/s/ Hayley A. Carpenter</u>*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)

Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*Attorneys for Federal Defendants*