**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERVICE, et al.<br><br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor, and<br><br>KRISTEN KAISER, District Ranger, Kootenai National Forest, et al.,<br><br>Consolidated Defendants. | Lead Case No. 9:22-CV-00114-M-DWM<br><br>Member Case No. 9:23-CV-00003-M-DWM<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CONSOLIDATED PLAINTIFFS' MOTION FOR ATTORNEY FEES (ECF No. 110)** |

Upon consideration of Federal Defendants' Unopposed Motion to Extend the Deadline for Federal Defendants' Response Brief to Consolidated Plaintiffs' Motion for Attorney Fees, and for good cause shown, the Unopposed Motion is

GRANTED. Federal Defendants shall file their response to Consolidated Plaintiffs' Fees Motion by June 12, 2025.

IT IS SO ORDERED.

Dated this ________ day of _______________, 2025.

______________________________
DONALD W. MOLLOY
U.S. District Judge