IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br>vs.<br><br>U.S. FOREST SERVICE, et al.,<br><br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor,<br><br>and<br><br>KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al.,<br><br>Consolidated Defendants. | Lead Case No.<br>CV 22–114–M–DWM<br><br>Member Case No.<br>CV 23–3–M–DWM<br><br>ORDER |

On April 28, 2025, the United States Forest Service and the United States Fish and Wildlife Service (together, "Federal Defendants") moved unopposed for a

45-day extension to respond to Consolidated Plaintiff Alliance for the Wild Rockies and Consolidated Plaintiff Native Ecosystems Council's (together, "Consolidated Plaintiffs") motion for attorney fees and costs, (Doc. 110). (Doc. 112).

Accordingly, IT IS ORDERED that Federal Defendants' motion, (Doc. 112), is GRANTED and they will respond to Consolidated Plaintiffs' motion for attorney fees and costs on or before June 12, 2025. No further extensions of time will be granted.

DATED this 29th day of April, 2025.

Donald W. Molloy, District Judge
United States District Court