ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>U.S. Forest Service, et al. | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>**JOINT MOTION TO STAY BRIEFING ON CONSOLIDATED PLAINTIFFS' MOTION FOR ATTORNEYS' FEES & OTHER COSTS & EXPENSES [ECF No. 110]** |

Defendants,

KOOTENAI TRIBE OF IDAHO,

Defendant-Intervenor, and

KRISTEN KAISER, District Ranger,
Kootenai National Forest, et al.,

Consolidated Defendants.

The Parties have reached a recommended settlement on Consolidated Plaintiffs' Motion for Attorneys' Fees and Other Costs and Expenses, ECF No. 110 (in Lead Case No. 9:22-cv-00114-DWM). The Parties require additional time to finalized the settlement documents. Defendants also require additional time to obtain the necessary approvals on the recommended settlement from supervisory officials at the Department of Agriculture and Department of Justice. Defendants currently estimate that **forty-five days** will be sufficient to obtain the approvals. The Parties jointly move to stay briefing on the pending motion and propose to file a status report or notice of settlement by **July 25, 2025**.

A short stay is in the interest of judicial economy because it will enable the Parties to resolve Consolidated Plaintiffs' claim without additional Court involvement. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the

disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.”). With this joint motion for a forty-five day stay, no Party waives any defense or argument they may raise in regards to Consolidated Plaintiffs’ motion, should further briefing be necessary.

Respectfully submitted this 10th day of June, 2025.

*For Consolidated Plaintiffs*

*/s/ Rebecca K. Smith (with permission)*
Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

*For Federal Defendants*

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ John P. Tustin*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)

Trial Attorney, Wildlife & Marine Resources
Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney