**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>U.S. Forest Service, et al.<br><br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor, and<br><br>KRISTEN KAISER, District Ranger, Kootenai National Forest, et al.,<br><br>Consolidated Defendants. | Lead Case No. CV 22-114-M-DWM<br><br>Member Case No. CV 23-3-M-DWM<br><br>ORDER |

The Parties' Joint Motion to Stay Briefing on Consolidated Plaintiffs' Motion for Attorneys' Fees and Other Costs and Expenses is GRANTED. The Parties shall file a status report or notice of settlement by **July 25, 2025**.

DATED this ____ day of June, 2025.

______________________________
Donald W. Molloy, District Judge
United States District Court