IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br>vs.<br><br>U.S. FOREST SERVICE, et al.,<br><br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor,<br><br>and<br><br>KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al.,<br><br>Consolidated Defendants. | Lead Case No.<br>CV 22–114–M–DWM<br><br>Member Case No.<br>CV 23–3–M–DWM<br><br>ORDER |

Having jointly moved to stay Consolidated Plaintiff Alliance for the Wild Rockies and Consolidated Plaintiff Native Ecosystems Council's (together,

"Consolidated Plaintiffs") motion for attorney fees and other costs and expenses, (Doc. 110), based on reaching a recommended settlement and the United States Forest Service and the United States Fish and Wildlife Service (together, "Federal Defendants") requiring additional time to obtain the necessary related approvals from the Department of Agriculture and the Department of Justice,

IT IS ORDERED that Consolidated Plaintiffs and Federal Defendants' motion, (Doc. 114), is GRANTED, and on or before July 25, 2025, these parties must file a notice of settlement or Federal Defendants must file their response to Consolidated Plaintiffs' motion for attorney fees and other costs and expenses. No further extensions of time will be granted.

IT IS FURTHER ORDERED that on or before June 25, 2025, the parties must file a notice identifying any outstanding issues on remand, if any.

DATED this 12th day of June, 2025.

Donald W. Molloy, District Judge
United States District Court