ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>U.S. Forest Service, et al. | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>**JOINT NOTICE** |

Defendants,

KOOTENAI TRIBE OF IDAHO,

Defendant-Intervenor, and

KRISTEN KAISER, District Ranger,
Kootenai National Forest, et al.,

Consolidated Defendants.

The Court's June 12, 2025 Order directed the Parties to "identif[y] any outstanding issues on remand, if any." ECF No. 115 at 2.

The Court's August 17, 2023 Opinion and Order vacated the Environmental Assessment and Finding of No Significant Impact. ECF No. 93 at 61. The Court "ordered that this matter is remanded to the agencies for further review consistent with this Order." *Id.* at 62.

The Court's August 2023 Opinion and Order also vacated the Biological Opinion, ECF No. 93 at 61, but Plaintiffs ultimately did not prevail on any of their Endangered Species Act claims. *See* ECF No. 93 at 9-21, ECF No. 108 at 6-8, 13-14. Thus, the Court should issue an Order stating that the Biological Opinion is upheld consistent with the Ninth Circuit's decision.

In addition, the Parties agree that an outstanding issue remaining in this case is Plaintiffs' and Consolidated Plaintiffs' recovery of fees and costs.

Respectfully submitted this 24th day of June, 2025.

*For Plaintiffs*

*/s/ Andrea Zaccardi (with permission)*
Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 300-5316
rachel@inabnitlawoffice.com

Edward B. Zukoski (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*For Consolidated Plaintiffs*

*/s/ Rebecca K. Smith (with permission)*
Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

*For Defendants and Consolidated Defendants*

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ John P. Tustin*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*For Defendant-Intervenor/Consolidated Defendant-Intervenor Kootenai Tribe of Idaho*

*/s/ Julie Weis (with permission)*
Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
jweis@hk-law.com
(admitted pro hac vice)