Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 300-5316
rachel@inabnitlawoffice.com

Edward B. Zukoski (Admitted *Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (Admitted *Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*;<br><br>Federal Defendants,<br><br>and<br><br>KOOTENAI TRIBE OF IDAHO, | Case No. 9:22-cv-00114-DWM<br><br>**PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY ET AL.'S MOTION FOR ATTORNEYS' FEES & COSTS** |

Defendant-Intervenor.

Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians respectfully move this Court for an award of attorneys' fees and costs in the above-referenced case. Plaintiffs file a memo and declarations in support of this Motion. Defendants have been contacted regarding this Motion. As of the time of this filing, Federal Defendants had not responded with their position.

Respectfully submitted June 24, 2025.

/s/ Andrea Zaccardi (Admitted *Pro Hac Vice*)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

/s/ *Edward B. Zukoski*
Edward B. Zukoski (Admitted *Pro Hac Vice*)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

/s/ Rachel Inabnit
Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT,
P.O. Box 8846
Missoula, MT 59807
(406) 300-5316
rachel@inabnitlawoffice.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that a true and accurate copy of the foregoing document will be served on all counsel or parties of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Edward B. Zukoski*
Edward B. Zukoski (Admitted *Pro Hac Vice*)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

*Attorney for Plaintiffs*