# **Exhibit 1**

# Law Office of Rachel Inabnit

PO Box 8846
Missoula, MT 59807

# INVOICE

Invoice # 198
Date: 02/01/2023
Due On: 03/03/2023

Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149

## 00094-Center for Biological Diversity

## Local Counsel for Center for Bio Diversity

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/24/2023 | Drafted notice of appearance and engagement letter | 0.30 | $150.00 | $45.00 |
| Service | 01/25/2023 | Email correspondence with clients regarding NOA and engagement letter; Revisions (multiple) of NOA and engagement letter and sent to parties for review; Filed NOA; Began reviewing SJ brief and local rules to determine compliance; Sent email to plaintiffs with necessary changes | 1.50 | $225.00 | $337.50 |
| Service | 01/26/2023 | Review of local rules and brief to ensure compliance with local rules; Added minor edits to brief and emailed brief to counsel | 3.00 | $225.00 | $675.00 |
| Service | 01/27/2023 | Review of statement of undisputed facts | 1.30 | $225.00 | $292.50 |
| Service | 01/30/2023 | Review of exhibits filed with sj brief | 1.10 | $225.00 | $247.50 |

| | |
|---|---|
| **Total** | **$1,597.50** |
| **Payment (02/03/2023)** | **-$1,597.50** |
| **Balance Owing** | **$0.00** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 198 | 03/03/2023 | $1,597.50 | $1,597.50 | $0.00 |

Please make all amounts payable to: Law Office of Rachel Inabnit

Please pay within 30 days.

# Law Office of Rachel Inabnit

PO Box 8846
Missoula, MT 59807

# INVOICE

Invoice # 266
Date: 06/01/2023
Due On: 07/01/2023

Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149

## 00094-Center for Biological Diversity

## Local Counsel for Center for Bio Diversity

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/31/2023 | Review of recent fed defendant's reply brief and related filings | 0.90 | $225.00 | $202.50 |

| | |
|---|---|
| **Total** | **$202.50** |
| **Payment (07/13/2023)** | **-$202.50** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 266 | 07/01/2023 | $202.50 | $202.50 | $0.00 |

Please make all amounts payable to: Law Office of Rachel Inabnit

Please pay within 30 days.

# Law Office of Rachel Inabnit

PO Box 8846
Missoula, MT 59807

## INVOICE

Invoice # 317
Date: 08/01/2023
Due On: 08/31/2023

Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149

### 00094-Center for Biological Diversity

## Local Counsel for Center for Bio Diversity

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 07/13/2023 | Summary judgement oral argument | 1.90 | $225.00 | $427.50 |

| | |
|---|---|
| **Total** | **$427.50** |
| **Payment (08/24/2023)** | **-$427.50** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 317 | 08/31/2023 | $427.50 | $427.50 | $0.00 |

Please make all amounts payable to: Law Office of Rachel Inabnit

Please pay within 30 days.

# Law Office of Rachel Inabnit

PO Box 8846
Missoula, MT 59807

## INVOICE

Invoice # 348
Date: 09/01/2023
Due On: 10/01/2023

Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149

## 00094-Center for Biological Diversity

## Local Counsel for Center for Bio Diversity

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/10/2023 | Email correspondence with parties regarding response to supplemental authority | 0.10 | $225.00 | $22.50 |
| Service | 08/17/2023 | Review of opinion and order | 0.20 | $225.00 | $45.00 |
| Service | 08/18/2023 | Reviewed and analyzed opinion and order | 2.10 | $225.00 | $472.50 |
| Service | 08/25/2023 | Email correspondence regarding petition for fees; Review of proposed documents | 0.30 | $225.00 | $67.50 |

| | |
|---|---|
| **Total** | **$607.50** |
| **Payment (09/18/2023)** | **-$607.50** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 348 | 10/01/2023 | $607.50 | $607.50 | $0.00 |

Please make all amounts payable to: Law Office of Rachel Inabnit

Please pay within 30 days.

# Law Office of Rachel Inabnit

PO Box 8846
Missoula, MT 59807

## INVOICE

Invoice # 395
Date: 11/01/2023
Due On: 12/01/2023

Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149

## 00094-Center for Biological Diversity

## Local Counsel for Center for Bio Diversity

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/02/2023 | Review of email correspondence with parties regarding notice of appeal | 0.10 | $225.00 | $22.50 |
| Service | 10/16/2023 | Review of filings and email correspondence regarding appeals | 0.10 | $225.00 | $22.50 |
| Service | 10/24/2023 | Reviewed notice of appeal and representation statement sent from Ted; Email correspondence regarding the same | 0.20 | $225.00 | $45.00 |

| | |
|---|---|
| **Total** | **$90.00** |
| **Payment (11/16/2023)** | **-$90.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 395 | 12/01/2023 | $90.00 | $90.00 | $0.00 |

Please make all amounts payable to: Law Office of Rachel Inabnit

Please pay within 30 days.

| ANDREA ZACCARDI (2021: $360; 2022: $385/hr; 2023: $400/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 9/2/2021 | 0.5 | $360.00 | $180.00 | x | t/c with T. Zukoski, M. Fink to discuss litigation, where/when to initiate |
| 9/16/2021 | 3 | $360.00 | $1,080.00 | x | Read BiOp |
| 9/16/2021 | 0.1 | $360.00 | $36.00 | x | Emails w/ Ted, Marc re: local counsel |
| 9/17/2021 | 2.2 | $360.00 | $792.00 | x | Read BiOp |
| 9/20/2021 | 3.3 | $360.00 | $1,188.00 | x | Analyze potential legal claims re: BiOp analysis |
| 9/21/2021 | 0.2 | $360.00 | $72.00 | x | Draft thoughts on BiOp; email Ted, Marc re: same |
| 9/22/2021 | 0.2 | $360.00 | $72.00 | x | Emails w/ Ted, Marc re: BiOp thoughts; standing declarants |
| 9/22/2021 | 0.9 | $360.00 | $324.00 | x | Draft barebone outline of 60-day notice; email to Ted/Marc |
| 9/23/2021 | 0.1 | $360.00 | $36.00 | x | Emails w/ Ted/Marc re: FWS reliance on Kootenai NF Plan BiOp |
| 9/23/2021 | 3.5 | $360.00 | $1,260.00 | x | Legal research re: BiOp potential claims |
| 9/24/2021 | 2.9 | $360.00 | $1,044.00 | x | Draft 60-day notice; legal research re: same |
| 9/27/2021 | 3.2 | $360.00 | $1,152.00 | x | Draft 60-day notice |
| 9/29/2021 | 3 | $360.00 | $1,080.00 | x | Draft 60 day notice |
| 9/30/2021 | 1.2 | $360.00 | $432.00 | x | Review/revise/edit Complaint |
| 9/30/2021 | 2.8 | $360.00 | $1,008.00 | x | Draft 60-day notice |
| 10/1/2021 | 3.2 | $360.00 | $1,152.00 | x | Draft 60-day notice; legal research re: same |
| 10/4/2021 | 4 | $360.00 | $1,440.00 | x | Draft 60 NOI; legal research re: same |
| 10/5/2021 | 6.8 | $360.00 | $2,448.00 | x | Draft 60-day NOI; legal research re: same |
| 10/5/2021 | 0.1 | $360.00 | $36.00 | x | Email w/ T. Zukoski re: ESA claims, 60-day NOI |
| 10/6/2021 | 3.4 | $360.00 | $1,224.00 | x | Draft 60-day notice and legal research |
| 10/7/2021 | 1.9 | $360.00 | $684.00 | x | Draft 60-day notice and legal research |
| 10/8/2021 | 2.2 | $360.00 | $792.00 | x | Draft 60-day NOI and legal research |
| 10/9/2021 | 1.1 | $360.00 | $396.00 | x | Draft 60-day NOI and legal research |
| 10/11/2021 | 0.1 | $360.00 | $36.00 | x | Emails re: suggested revision to 60-day from T. Zukoski, M. Fink, C. Adkins |
| 10/12/2021 | 0.5 | $360.00 | $180.00 | x | Revise/edit 60-day NOI |
| 10/13/2021 | 0.6 | $360.00 | $216.00 | x | Revise/edit NOI |
| 10/13/2021 | 0.1 | $360.00 | $36.00 | x | Emails w/ T. Zukoski re: Complaint, NOI, client review |
| 10/14/2021 | 0.2 | $360.00 | $72.00 | x | Emails w/ T. Zukoski, M. Fink & C. Adkins re: NOI claims/timing of issuance |
| 10/14/2021 | 1.1 | $360.00 | $396.00 | x | Revise/edit NOI |

| ANDREA ZACCARDI (2021: $360; 2022: $385/hr; 2023: $400/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 10/15/2021 | 0.2 | $360.00 | $72.00 | x | Emails w/ T. Zukoski, M. Fink & C. Adkins re: NOI revisions, client review, etc. |
| 10/22/2021 | 0.6 | $360.00 | $216.00 | x | Review/edit Complaint |
| 11/4/2021 | 0.1 | $360.00 | $36.00 | x | Review Ted's 'litigation to do" list; emails re: same" |
| 11/5/2021 | 0.1 | $360.00 | $36.00 | x | Emails w/ Ted re: PHV process in MT |
| 1/13/2022 | 1.1 | $385.00 | $423.50 | x | Incorporate edits to 60-day notice by M. Fox |
| 1/18/2022 | 0.2 | $385.00 | $77.00 | x | Emails w/ T. Zukoski re: 60-day NOI claims |
| 5/31/2022 | 0.4 | $385.00 | $154.00 | x | Review AWR v. Gassman; emails w/ K. Akland, T. Zukoski et al re: same |
| 6/22/2022 | 1 | $385.00 | $385.00 | x | t/c with co-counsel to discuss decision, litigation strategy and timing |
| 6/22/2022 | 0.4 | $385.00 | $154.00 | x | Emails w/ co-counsel reviewing DN, set up call to discuss next steps |
| 6/22/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ L. Osborn re: updated BiOp |
| 6/22/2022 | 0.7 | $385.00 | $269.50 | x | Revise/edit NOI with new info from 2022 EA and DN |
| 6/22/2022 | 0.2 | $385.00 | $77.00 | x | Emails w/ co-counsel, clients re: release of DN, new EA |
| 6/24/2022 | 0.2 | $385.00 | $77.00 | x | Emails w/ T. Zukoski, K. Akland re: filing needs and timing |
| 6/25/2022 | 2.1 | $385.00 | $808.50 | x | Compare 2022 EA and 2019 EA griz sections |
| 6/27/2022 | 0.8 | $385.00 | $308.00 | x | Review M Fox's memo re: claims for complaint, NOI; emails re: same |
| 6/28/2022 | 0.3 | $385.00 | $115.50 | x | Emails today and yesterday to schedule call re: filing, local counsel, etc. |
| 6/29/2022 | 3.4 | $385.00 | $1,309.00 | x | Revise/edit NOI |
| 6/29/2022 | 1 | $385.00 | $385.00 | x | Emails w/ M. Fox, T. Zukoski re: filing, NOI, Complaint, etc. |
| 6/29/2022 | 0.4 | $385.00 | $154.00 | x | t/c with T. Zukoski, M. Fox to discuss filing Complaint, NOI, timing, etc. |
| 7/11/2022 | 0.1 | $385.00 | $38.50 | x | Emails to set up call with co-counsel to discuss next steps |
| 7/14/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ H. Carpenter re: Fed Defs representation |
| 7/18/2022 | 0.2 | $385.00 | $77.00 | x | Emails w/ co-counsel re: need to file Corp Disc Statement |
| 7/22/2022 | 0.2 | $385.00 | $77.00 | x | Review draft emails to DOJ requesting info on project activity timing, next steps |
| 7/25/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ USFS re: timing of project activities |
| 7/25/2022 | 0.1 | $385.00 | $38.50 | x | Review Ct order re: order to file briefing schedule |
| 7/26/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ USFS and clients re: timing of USFS project activities |
| 7/27/2022 | 0.2 | $385.00 | $77.00 | x | Review Corp Disc Statement, Subs of Local Counsel; emails re: same |
| 7/27/2022 | 0.3 | $385.00 | $115.50 | x | Emails w/ clients about project activities and timing, concerns, TRO |

| ANDREA ZACCARDI (2021: $360; 2022: $385/hr; 2023: $400/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| Date | Billable Units | Rate | Amount | Included in Total? | Description |
| 8/3/2022 | 0.7 | $385.00 | $269.50 | x | t/c with co-counsel (T. Zukoski, R. Flannery, M. Fox) and paralgl E. Ferguson re: amended complaint, next steps |
| 8/15/2022 | 4.4 | $385.00 | $1,694.00 | x | Draft Amended Complaint |
| 8/16/2022 | 6.2 | $385.00 | $2,387.00 | x | Draft Amended Complaint |
| 8/17/2022 | 5.8 | $385.00 | $2,233.00 | x | Draft Amended Complaint |
| 8/18/2022 | 3.5 | $385.00 | $1,347.50 | x | Draft Amended Complaint |
| 8/26/2022 | 0.6 | $385.00 | $231.00 | x | Revise Am Complaint; emails w/ M. Fox re: same |
| 8/26/2022 | 0.3 | $385.00 | $115.50 | x | Emails w/ co-counsel re: revised BiOp |
| 8/29/2022 | 3.4 | $385.00 | $1,309.00 | x | Cf. 2021 BiOp with revised 2022 BiOp to find, review changes |
| 8/29/2022 | 0.2 | $385.00 | $77.00 | x | Emails w/ co-counsel to sched call to discuss revised BiOp, next steps |
| 8/30/2022 | 0.7 | $385.00 | $269.50 | x | t/c with co-counsel to discuss revised BiOp., next steps |
| 8/30/2022 | 0.2 | $385.00 | $77.00 | x | Emails w/ co-counsel re: law on revised BiOps, email to opp. counsel |
| 8/30/2022 | 0.1 | $385.00 | $38.50 | x | Review/edit email to DOJ re: revised BiOp, request for call to discuss |
| 8/31/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ co-counsel re: availability for call with DOJ |
| 9/1/2022 | 0.4 | $385.00 | $154.00 | x | Call w/ DOJ to discuss next steps after revised BiOp issued |
| 9/1/2022 | 0.4 | $385.00 | $154.00 | x | Debrief DOJ call w/co-counsel and discuss internal next steps |
| 9/1/2022 | 0.4 | $385.00 | $154.00 | x | Revise/edit Mtn to Vacate; emails re: same |
| 9/6/2022 | 0.5 | $385.00 | $192.50 | x | Review cases on need to file new 60-day NOI, emails re: same |
| 9/6/2022 | 0.1 | $385.00 | $38.50 | x | Emails re: Fed Def's review of Mtn to Vacate |
| 9/7/2022 | 0.4 | $385.00 | $154.00 | x | Review Fed Def's edited Mtn to Vacate; emails re: same |
| 9/8/2022 | 0.3 | $385.00 | $115.50 | x | Emails w/ co-counsel re: new NOI, legal research |
| 9/9/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ co-counsel re: need for new NOI |
| 9/13/2022 | 2.2 | $385.00 | $847.00 | x | Revise/edit NOI on 2022 Revised BiOp |
| 11/1/2022 | 0.5 | $385.00 | $192.50 | x | Read and review various emails from DOJ and with co-counsel from October (while I was on vacation) |
| 11/28/2022 | 4.2 | $385.00 | $1,617.00 | x | Draft amended complaint |
| 11/29/2022 | 2.7 | $385.00 | $1,039.50 | x | Draft amended complaint |
| 11/29/2022 | 0.1 | $385.00 | $38.50 | x | Email to co-counsel re: amended complaint draft, next steps |
| 11/30/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ co-counsel to set up call to discuss amended complaint |

| ANDREA ZACCARDI (2021: $360; 2022: $385/hr; 2023: $400/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 12/1/2022 | 0.6 | $385.00 | $231.00 | x | t/c with T. Zukoski, M. Fox to discuss amended complaint, summons, etc. |
| 12/1/2022 | 0.6 | $385.00 | $231.00 | x | Revise/edit Amended Complaint |
| 12/1/2022 | 0.3 | $385.00 | $115.50 | x | Emails w/ co-counsel re: amended complaint, filing, etc. |
| 12/2/2022 | 0.7 | $385.00 | $269.50 | x | Revise/edit amended complaint, review summons; emails re: same |
| 12/5/2022 | 0.2 | $385.00 | $77.00 | x | Emails re: options to provide Defs redline version of am compl |
| 12/19/2022 | 0.1 | $385.00 | $38.50 | x | Emails w/ T. Zukoski re: timeline to review AR, set up call to discuss |
| 12/20/2022 | 0.2 | $385.00 | $77.00 | x | Emails w/ co-counsel, opposing counsel to set up AR meet & confer call |
| 12/21/2022 | 1 | $385.00 | $385.00 | x | Review Black Ram FWS AR |
| 12/27/2022 | 3.6 | $385.00 | $1,386.00 | x | Review FWS AR |
| 12/28/2022 | 3.1 | $385.00 | $1,193.50 | x | Review FWS AR |
| 12/29/2022 | 0.9 | $385.00 | $346.50 | x | t/c with T. Zukoski to discuss AR issues |
| 12/29/2022 | 0.3 | $385.00 | $115.50 | x | Review/edit draft email to DOJ re: AR issues, email T. Zukoski re: same |
| 12/30/2022 | 0.9 | $385.00 | $346.50 | x | Revise/edit email to DOJ re: AR; t/c's and emails w/ T. Zukoski re: same |
| 1/5/2023 | 0.2 | $400.00 | $80.00 | x | t/c w/ T. Zukoski to discuss briefing |
| 1/5/2023 | 1.1 | $400.00 | $440.00 | x | Draft SJ brief |
| 1/6/2023 | 0.3 | $400.00 | $120.00 | x | Review emails from H. Carpenter, E. Furlong re: ARs; t/c with T. Zukoski re: same |
| 1/6/2023 | 0.1 | $400.00 | $40.00 | x | Revise/edit draft email from Ted to DOJ re: AR issues |
| 1/9/2023 | 0.1 | $400.00 | $40.00 | x | Emails w/ T. Zukoski re: local counsel |
| 1/10/2023 | 1.4 | $400.00 | $560.00 | x | Emails and calls w/ T. Zukoski (and emails w/ DOJ) to discuss outstanding AR issues |
| 1/10/2023 | 4.7 | $400.00 | $1,880.00 | x | Draft SJ brief |
| 1/11/2023 | 0.9 | $400.00 | $360.00 | x | t/c's and emails with T. Zukoski to discuss AR, next steps; read emails from DOJ re: same |
| 1/11/2023 | 3.8 | $400.00 | $1,520.00 | x | Draft SJ brief |
| 1/12/2023 | 0.2 | $400.00 | $80.00 | x | Emails re: Suppl Record |
| 1/12/2023 | 0.2 | $400.00 | $80.00 | x | Emails w/ T. Zukoski re: griz BiOp & briefing |
| 1/16/2023 | 2 | $400.00 | $800.00 | x | Draft Opening SJ brief |
| 1/17/2023 | 0.5 | $400.00 | $200.00 | x | t/c & emails re: Feds seeking clarification on briefing, consolidation |

| ANDREA ZACCARDI (2021: $360; 2022: $385/hr; 2023: $400/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| Date | Billable Units | Rate | Amount | Included in Total? | Description |
| 1/17/2023 | 1.6 | $400.00 | $640.00 | x | Legal research re: ESA & baseline |
| 1/17/2023 | 5.5 | $400.00 | $2,200.00 | x | Draft Opening SJ Brief (ESA violations) |
| 1/18/2023 | 0.2 | $400.00 | $80.00 | x | Emails re: consolidated briefs, Feds proposed joint briefing schedule |
| 1/18/2023 | 0.2 | $400.00 | $80.00 | x | emails w/ T. Zukoski re: briefing, review timing, etc. |
| 1/19/2023 | 3.2 | $400.00 | $1,280.00 | x | Revise/edit draft brief; emails to T. Zukoski re: same |
| 1/19/2023 | 1.6 | $400.00 | $640.00 | x | Emails re: Feds Mtn for Clarification proposal, local counsel, briefing, etc. |
| 1/20/2023 | 0.9 | $400.00 | $360.00 | x | Emails & tc w/ T. Zukoski re: Feds Mtn for clarification, local counsel, briefing, etc. |
| 1/20/2023 | 0.3 | $400.00 | $120.00 | x | Emails w/ T. Zukoski re: Opening Brief, AR, etc. |
| 1/21/2023 | 3.8 | $400.00 | $1,520.00 | x | Draft, revise/edit Opening SJ brief |
| 1/21/2023 | 0.3 | $400.00 | $120.00 | x | Emails w/ T. Zukoski re: Opening Brief |
| 1/22/2023 | 2.2 | $400.00 | $880.00 | x | Draft, revise/edit brief; emails w/ T. Zukoski re: same |
| 1/23/2023 | 0.5 | $400.00 | $200.00 | x | t/c with R. Smith, T. Zukoski to deal with overlapping claims, SOF per J. Molloy's order |
| 1/23/2023 | 1.2 | $400.00 | $480.00 | x | Draft SOF, send to T. Zukoski to edit |
| 1/23/2023 | 5.3 | $400.00 | $2,120.00 | x | Revise/edit SJ brief |
| 1/23/2023 | 0.5 | $400.00 | $200.00 | x | t/c, emails w/ T. Zukoski re: what still needs to be done, order of completion |
| 1/24/2023 | 4.1 | $400.00 | $1,640.00 | x | Revise/edit brief (twice) |
| 1/24/2023 | 0.2 | $400.00 | $80.00 | x | Emails w/ paralegal L. Woloshin re: timing of review, filing, etc. |
| 1/25/2023 | 2.8 | $400.00 | $1,120.00 | x | Revise/edit SOF; emails with T. Zukoski re: same |
| 1/25/2023 | 0.3 | $400.00 | $120.00 | x | Emails w/ L. Woloshin re: brief review, hyperlinking, etc. |
| 1/25/2023 | 0.2 | $400.00 | $80.00 | x | Make minor corrections to factual info & citations in brief |
| 1/26/2023 | 0.9 | $400.00 | $360.00 | x | Revise/edit SOF |
| 1/26/2023 | 2.5 | $400.00 | $1,000.00 | x | Revise/edit Brief (w/ changes from L.W. & T. Z.) |
| 1/26/2023 | 0.4 | $400.00 | $160.00 | x | Emails w/ TZ re: brief review, next steps |
| 1/27/2023 | 0.2 | $400.00 | $80.00 | x | Email TZ with list of things done and what still needs to be done |
| 3/22/2023 | 0.1 | $400.00 | $40.00 | x | Emails w/ T. Zukoski to schedule time to discuss reply briefing |
| 3/23/2023 | 0.2 | $400.00 | $80.00 | x | Review T. Zukoski's emails w/ clients and internal legal question emails |
| 3/27/2023 | 4.2 | $400.00 | $1,680.00 | x | Review Feds and Tribe's SJ briefing, make notes & emails re: same |

| ANDREA ZACCARDI (2021: $360; 2022: $385/hr; 2023: $400/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 3/28/2023 | 0.7 | $400.00 | $280.00 | x | t/c with T. Zukoski to discuss reply brief strategy and briefing |
| 3/28/2023 | 3.2 | $400.00 | $1,280.00 | x | Legal research re: extra-record evidence for reply; emails re: same |
| 3/31/2023 | 1.1 | $400.00 | $440.00 | x | Work on reply brief |
| 4/3/2023 | 1.4 | $400.00 | $560.00 | x | Reply Brief legal research |
| 4/5/2023 | 6.6 | $400.00 | $2,640.00 | x | Draft reply brief & legal research re: same (griz best available data) |
| 4/10/2023 | 0.2 | $400.00 | $80.00 | x | Skim T. Zukoski's draft response to Disputed Facts; emails re: same |
| 4/11/2023 | 1.1 | $400.00 | $440.00 | x | Draft reply brief and legal research (USFS reliance section) |
| 4/11/2023 | 0.1 | $400.00 | $40.00 | x | Emails w/ T. Zukoski re: briefing, timing, next steps |
| 4/12/2023 | 3.8 | $400.00 | $1,520.00 | x | Draft reply brief and legal research (NEPA Griz Baseline) |
| 4/12/2023 | 0.1 | $400.00 | $40.00 | x | Review emails re: GIS document |
| 4/13/2023 | 0.2 | $400.00 | $80.00 | x | Emails & call w/ T. Zukoski to discuss hyperlinked briefs, timing |
| 4/13/2023 | 4.7 | $400.00 | $1,880.00 | x | Respond to Feds Statement of Facts |
| 4/14/2023 | 0.1 | $400.00 | $40.00 | x | t/c with T. Zukoski to discuss brief, SOF, what needs to be done |
| 4/14/2023 | 8.2 | $400.00 | $3,280.00 | x | Respond to Feds Statement of Facts |
| 4/15/2023 | 3.6 | $400.00 | $1,440.00 | x | Repond to Feds SOF |
| 4/16/2023 | 4.7 | $400.00 | $1,880.00 | x | Revise/edit Reply brief |
| 4/17/2023 | 1.1 | $400.00 | $440.00 | x | Respond to Fed Defs SOF |
| 4/17/2023 | 0.4 | $400.00 | $160.00 | x | Emails w/ T. Zukoski re: reply brief, SOFs, hyper-linking, etc. |
| 4/17/2023 | 2.8 | $400.00 | $1,120.00 | x | Revise/edit reply brief |
| 4/18/2023 | 0.2 | $400.00 | $80.00 | x | Emails w/ L. Woloshin, T. Zukoski re: coordinating finalization of brief |
| 4/18/2023 | 0.1 | $400.00 | $40.00 | x | t/c with T. Zukoski to discuss paragraphs in Feds SOF, responses |
| 4/19/2023 | 0.4 | $400.00 | $160.00 | x | Draft intro for Reply Brief |
| 4/19/2023 | 2.4 | $400.00 | $960.00 | x | Revise/edit Reply Brief |
| 4/19/2023 | 0.1 | $400.00 | $40.00 | x | t/c with T. Zukoski re: what still needs to be done |
| 4/19/2023 | 0.3 | $400.00 | $120.00 | x | Emails w/ T. Zukoski re: editing docs, uploading AR cites, etc. |
| 4/20/2023 | 0.5 | $400.00 | $200.00 | x | Revise/edit intro |
| 4/20/2023 | 1.2 | $400.00 | $480.00 | x | Final read-through of brief; send edits to T. Zukoski |
| 4/20/2023 | 0.5 | $400.00 | $200.00 | x | Cross-check Table of Auth with brief; send edits to L. Woloshin |
| 4/20/2023 | 0.1 | $400.00 | $40.00 | x | t/c with T. Zukoski re: intro, brief |

| ANDREA ZACCARDI (2021: $360; 2022: $385/hr; 2023: $400/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 4/20/2023 | 0.1 | $400.00 | $40.00 | x | Finalize supras, fix errored citation , send to T. Zukoski |
| 6/12/2023 | 3 | $400.00 | $1,200.00 | x | Review ESA briefing, prep oral arg questions |
| 6/13/2023 | 1.8 | $400.00 | $720.00 | x | Review ESA briefing, prep oral arg questions |
| 6/15/2023 | 1.5 | $400.00 | $600.00 | x | t/c with Ted to discuss oral argument, ESA claims |
| 6/27/2023 | 1.1 | $400.00 | $440.00 | x | Read Alliance decision for supp authority; emails re: same |
| 6/27/2023 | 0.2 | $400.00 | $80.00 | x | Emails w/ T. Zukoski, K. Akland re: oral argument, claims to argue |
| 6/28/2023 | 1.8 | $400.00 | $720.00 | x | Moot court; additional chat w/ T. Zukoski re: supp authority, travel, etc. |
| 6/29/2023 | 0.3 | $400.00 | $120.00 | x | Revise/edit Notice of Supp Authority |
| 6/30/2023 | 0.2 | $400.00 | $80.00 | x | Emails w/ T. Zukoski; brief legal research re: oral argument |
| 7/5/2023 | 2.6 | $400.00 | $1,040.00 | x | Review/edit oral argument outline |
| 7/7/2023 | 1.7 | $400.00 | $680.00 | x | Moot Court |
| 7/13/2023 | 1 | $400.00 | $400.00 | x | Attend hearing |
| 7/13/2023 | 0.2 | $400.00 | $80.00 | x | Confer w/ clients re: hearing |
| 8/4/2023 | 0.1 | $400.00 | $40.00 | x | Review Notice of Supp Authority |
| | | **TOTAL** | **$93,932.00** | | |

| LILA WOLOSHIN ($75/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 1/25/2023 | 7 | $75.00 | $525.00 | x | Reviewing SJ brief -- cite check, proofread, format, create TOC & TOA |
| 1/25/2023 | 0.2 | $75.00 | $15.00 | x | Emails w/A. Zaccardi and T. Zukoski re: hyperlinking in brief |
| | | **TOTAL** | **$ 540.00** | | |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 9/2/2021 | 0.9 | $390.00 | $351.00 | x | Confer co-counsel AZ, MF re: venue, local counsel, claims, etc. (.5) Email Pam Fuqua, potential Center standing declarant (.2) TC A. Rissien re: representing WEG (.1) email YVFC staff re: representation (.1) |
| 9/7/2021 | 0.7 | $390.00 | $273.00 | x | Draft complaint re: timeline of FS decision (.4) introduction to complaint (.3) |
| 9/7/2021 | 1.5 | $390.00 | $585.00 | x | Draft complaint - NEPA alternatives claim (.3) NEPA hard look claim (.2) NEPA grizzly hard look claim (.2) Failure to prepare an EIS claim (.3) grizzly expert claim (.1)<br>Confer potential client R. Bass re: standing declaration and claims (.4) |
| 9/16/2021 | 0.2 | $390.00 | $78.00 | x | Emails YVFC Holloway re: preparing standing declaration, and providing guidance re: (.2) |
| 9/20/2021 | 1.2 | $390.00 | $468.00 | x | Emails YVFC Holloway and YVFC staff ASouth re: preparing standing declaration, and providing guidance re: (.1) review PFuqua declaration outline and suggest edits (1.1) |
| 9/21/2021 | 1.6 | $390.00 | $624.00 | x | Review, suggest edits to PFuqua draft declaration (1.3) assist in drafting of decl. for Randi Spivak (.3) |
| 9/22/2021 | 2.1 | $390.00 | $819.00 | x | Email standing declarant Fuqua re: declaration (.2) edit RSpivak declaration (.6) edit draft complaint to address EIS requirement (.3) facts of proposed decision (1) |
| 9/23/2021 | 1.2 | $390.00 | $468.00 | x | Review, suggest edits to M. Campbell decl. (1.1) review draft 60-day ESA NOI outline and respond AZ (.1) |
| 9/27/2021 | 1.2 | $390.00 | $468.00 | x | TC R. Flannery re: serving as local council (.4) review MCampbell draft declaration (.8) |
| 10/6/2021 | 0.6 | $390.00 | $234.00 | x | Review Fuqua draft declaration and provide feedback (.6) |
| 10/7/2021 | 0.7 | $390.00 | $273.00 | x | Review, suggest edits and photos re: Campbell declaration (.7) |
| 10/11/2021 | 0.8 | $390.00 | $312.00 | x | Review draft ESA 60-day NOI (.8) |
| 12/1/2021 | 0.4 | $390.00 | $156.00 | x | Edit contract for legal services per clients' suggestions and email redline and clean version to same for signature. (.4) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 12/16/2021 | 1.2 | $390.00 | $468.00 | x | TC A. South re: preparing declaration (.4) email South re: same (.2) review PFuqua declaration draft and email Fuqua re: (.2) email RSpivak re: Spivak decl. (.1) emails RBass re: CBP and Kootenai (.1) review FWS Conard email re: same and forward to clients (.2) |
| 6/22/2022 | 3 | $420.00 | $1,260.00 | x | review DN, Fonsi, Final EA (1.8) review draft complaint (.2) Attend call with co-counsel to discuss finalizing and filing complaint (1) |
| 6/23/2022 | 1.8 | $420.00 | $756.00 | x | email FS officials re: wolverine documents and need for PI (project timeline) (.2) Review and compare June 2022 EA to final EA in prep for editing complaint (1.6) |
| 6/24/2022 | 4 | $420.00 | $1,680.00 | x | Emails KAkland, AZaccardi, RFlannery re: local counsel and final initial documents (.2) Compare 2022 EA to 2020 EA (3.8) |
| 6/27/2022 | 4.3 | $420.00 | $1,806.00 | x | Review June 22 Final EA (2.8) emails co-counsel re: (.1) Review FONSI and Decision notice (.6) TC M. Fox re: ESA, NFMA, and NEPA claims to add to complaint and timing of filing (.3) review MFox memo re: adding ESA, NFMA, and NEPA claims, and provide feedback re: (.5) |
| 6/28/2022 | 1.8 | $420.00 | $756.00 | x | Review entire draft complaint, and update with references to new Final EA (1.8) |
| 6/29/2022 | 0.9 | $420.00 | $378.00 | x | Teams video call with cocunsel AZaccardi & MFox re: filing complaint, docketing statement, and PHVs, content of complaint, etc. (.4) Emails and tcs A. South and P. Fuqua re: allegations in complaint (.4) email and TC RBass re: complaint (.1) |
| 7/25/2022 | 0.1 | $420.00 | $42.00 | x | Review DOJ response to request for info re: project implementation, and email followup q to DOJ re: (.1) |
| 7/26/2022 | 0.2 | $420.00 | $84.00 | x | Email clients with DOJ response to q re: project implementation (.2) |
| 7/27/2022 | 0.6 | $420.00 | $252.00 | x | Review substitution of counsel filing, and initial pro hac filings, and email RFlannery re: potential edits (.2) Review client question re: PI and respond to clients re: (.4) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| Date | Billable Units | Rate | Amount | Included in Total? | Description |
| 8/3/2022 | 1.1 | $420.00 | $462.00 | x | Review FRCP 15 re: amending complaint (.1) confer all co-counsel re: scheduling, drafting amended complaint, when to file, etc. (,6) edit notes from call with to do list and email co-counsel re: (.4) |
| 8/30/2022 | 0.3 | $420.00 | $126.00 | x | Draft email to DOJ re: amended complaint, and circulate to co-counsel (.3) |
| 8/31/2022 | 0.2 | $420.00 | $84.00 | x | Edit draft email to DOJ attorneys re: scheduling  motion re: amended complaint (.1) view DOJ response and email co-counsel re: scheduling call re: consent motion (.1) |
| 9/1/2022 | 1 | $420.00 | $420.00 | x | Prep for call with DOJ re: scheduling and potential amended complaint (.1) call with DOJ (.4) confer with co-counsel re: next steps, need to prepare a redline complaint (.4) Review, edit draft joint motion (.4) confer cocounsel via email re: finalizing an sharing draft scheduling motion (.1) |
| 9/2/2022 | 0.6 | $420.00 | $252.00 | x | Final edits to draft motion to vacate order (.3) review, edit proposed order (.2) Email DOJ re: (.1) |
| 9/8/2022 | 0.5 | $420.00 | $210.00 | x | Review DOJ edits to motion to vacate schedule; accept/respond to edits; email cocounsel re:; email DOJ re: (.3) review, email cocounsel RFlannery re: requirements for proposed orders in D. Mt. (.2) |
| 9/8/2022 | 0.2 | $420.00 | $84.00 | x | Review law clerk memo re: cases on filing NOI when FWS issues a superseded BiOp, and email cocounsel re: (.2) |
| 9/13/2022 | 0.7 | $420.00 | $294.00 | x | Review revised ESA 60-day NOI and redline (.7) |
| 9/26/2022 | 1.7 | $420.00 | $714.00 | x | review Feds Answer (.1) review template Joint Case Management plans to draft ours, and draft proposed schedule for co-counsel review (.3) check FS website re: sale advertisements (.2) email DOJ counsel re: scheduling JCMP confer (.2) email cocounsel re: same (.2) email conferral co-counsel re: timing deadlines and AR production, and review draft schedule (.3) review FS response re: notice on timber sales, ground disturbing and timing, and coordinate schedules , and draft response to DOJ re: (.4) |

| **TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr)** | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 9/28/2022 | 0.3 | $420.00 | $126.00 | x | Edit proposed briefing schedule (.1) cover memo to DOJ (.1) share with co-counsel and obtain feedback re: (.1) |
| 9/28/2022 | 0.1 | $420.00 | $42.00 | x | Share BO, amended complaint with potential additional plaintiffs (.1) |
| 9/29/2022 | 0.4 | $420.00 | $168.00 | x | Finalize proposal for JCMP and draft email to DOJ re: (.4) |
| 10/5/2022 | 1.2 | $420.00 | $504.00 | x | review DOJ offer re: case management plan, compare with our proposal, email cocounsel re: (.3) attend case management call with DOJ (.7) draft paragraph re: potential prelim relief and share w cocounsel (.2) |
| 10/13/2022 | 0.6 | $420.00 | $252.00 | x | Edit proposed JCMP (.4) emails cocounsel and make finalize for sending to Defendants (,2) |
| 10/14/2022 | 0.9 | $420.00 | $378.00 | x | Review DOJ email response to proposed schedule (.1) Confer MFox via phone re: (.2) draft response to DOJ (.4) review and incorporate MFox edits re: (.2) |
| 10/17/2022 | 0.5 | $420.00 | $210.00 | x | TC DOJ re: JCMP and reach agreement re: (.5) |
| 10/24/2022 | 0.3 | $420.00 | $126.00 | x | Communicate (email) clients re: schedule, standing, and intervention filings (.3) |
| 11/28/2022 | 1.6 | $420.00 | $672.00 | x | AMENDED COMPLAINT: Review, redline complaint as prep for filing amended complaint (1.2) emails with standing declarants re: paragraphs in complaint re: standing (.2) review FRCP and MT local rules re: redline for amended complaints (.1)<br>OPENING MERITS BR: review local rules re: statement of facts and page limits (.1) |
| 11/30/2022 | 2.3 | $420.00 | $966.00 | x | Amended complaint: review, edit entire complaint (1.8) review cumulative impacts analysis, Knotty Pine filings, and edit complaint re: (.5) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 12/1/2022 | 1.1 | $420.00 | $462.00 | x | AMENDED COMPLAINT: Call co-counsel Zaccardi, Fox re: edits to amended complaint including whether to drop specific claims, filing summonses (.6) Review FWS BO, USFS BA to identify route closures and email client YVFC to determine whether FS has taken action to implement them (.2) review cocounsel AZaccardi comments on amended complaint, and edit (.3) |
| 12/2/2022 | 0.8 | $420.00 | $336.00 | x | AMended complaint: review Feds' answer to initial complaint for potential edits to amended complaint (.3) email cocounsel for conferral re: (.2) edit amended complaint for consistency, edits per answer (.3) |
| 12/5/2022 | 0.5 | $420.00 | $210.00 | x | Prep email in response to Fed Defts' request for redline, and prepare PDF redline (.5) |
| 12/8/2022 | 0.1 | $420.00 | $42.00 | x | Quick review of FS AR to ensure workability (.1) |
| 12/9/2022 | 2.8 | $420.00 | $1,176.00 | x | Review admin record, and verify that all documents identified in complaint are in AR (2.8) |
| 12/12/2022 | 3.1 | $420.00 | $1,302.00 | x | Review first quarter of FS admin record (2.7) Draft email to co-counsel with questions about how to resolve concerns identified with the AR (.4) |
| 12/13/2022 | 2.4 | $420.00 | $1,008.00 | x | Continue FS AR review (2.4) |
| 12/19/2022 | 3.8 | $420.00 | $1,596.00 | x | Review individual AR records AR index pages 60-90 (3.8) |
| 12/20/2022 | 2.2 | $420.00 | $924.00 | x | Review documents, pp. 90-101 of index in admin record (2.1) emails to arrange conversation with DOJ re: admin record changes (if any) (.1) |
| 12/28/2022 | 5.2 | $420.00 | $2,184.00 | x | Review pages 104-164 of USFS admin record index and linked documents (5.2) |
| 12/29/2022 | 5.1 | $420.00 | $2,142.00 | x | Review AR index and docs related, pp. 164-179 (2.2) prep email to AZaccardi re: items to potentially raise w DOJ concerning admin record (.6) Confer AZaccardi re: admin record completeness (.5) confer A Zaccardi re: division of labor on briefs and other filings (.4) draft email to DOJ re: AR completeness (.8) review draft declarations and email declarants individually re: updating and finalizing (.6) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 12/30/2022 | 5 | $420.00 | $2,100.00 | x | RECORD REVIEW: Review AR re: related projects and re: attachments to objections and use info to prep email to DOJ re: need to complete AR (1.5) edit communication to DOJ per Zaccardi suggestions for additional research (.6) email clients re: AR and potentially missing objection attachments (.2) UNDISPUTED FACTS: draft statement of undisputed facts re: project background (.7) re: grizzlies (.5) re: timeline and claims (.6) SJ BRIEF: Research caselaw, draft brief re: standard of review (.4) Research, draft brief re: Article III standing (.5) |
| 1/1/2023 | 1.8 | $460.00 | $828.00 | x | SJ Brief: Edit section re: standing (.2) research 9th Cir. and D. Mont. caselaw re: vacatur and draft brief section re: vacatur (.5) research NEPA 9th Cir. caselaw and draft NEPA legal background section (.5) edits standing argument (.3) outline remainder of brief (.2) draft research question for colleagues re: interplay of NEPA and ESA for significance determination (.1) |
| 1/2/2023 | 4.9 | $460.00 | $2,254.00 | x | Review declarant Fuqua email re: standing declaration and respond (.1) Review cumulative impacts caselaw in Ninth Circuit - cases following Te-Moak (2.7) additional cumulative impact caselaw, including Ctr. for Community Action rehearing (2.1) |
| 1/3/2023 | 1.3 | $460.00 | $598.00 | x | ADMIN RECORD: pre-call with AZaccardi re: call with DOJ (.1) call with KAkland re; same (.1) review email to DOJ re: (.1) call with DOJ (.5) debrief call with AZaccardi re: (.1) email DOJ re: which documents require Bates numbers (.1) email colleagues re: deliberative process exception (,1) review D. Montana decision and briefing re: DP exception (.2) email DOJ re: (.1) TC Forest Council re: attachments to objections (.1) and review email from YVFC re: (.2) |
| 1/5/2023 | 0.2 | $460.00 | $92.00 | x | MSJ OPENING BRIEF: TC Zaccardi re: sharing brief drafts; hyperlinks in briefs (.2) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 1/6/2023 | 3.3 | $460.00 | $1,518.00 | x | ADMIN RECORD: Review DOJ response re: need to complete AR (.1) confer AZaccardi re: response (.2) draft response to DOJ re: (.5) edit per Zaccari suggestions and email DOJ re: (.3) email Forest Council re: objection exhibits in record (.1) confer public land attorney colleagues re: briefing admin record completion brief (.2)<br>CLIENT COMMUNICATIONS: Review complaint filed by Alliance for Wild Rockies today against Black Ram, and prepare summary for clients and co-counsel (.4)<br>OPENING BRF: Legal research, Lexis re: NEPA and significance factors, including cases in Mont. Dist. Ct. (1.3) email colleagues re: NEPA cases and review submissions (.2) |
| 1/7/2023 | 2.1 | $460.00 | $966.00 | x | MSJ Opening brief: Review, suggest revisions to: Rissien decl. (.6) South decl. (.8); RSpivak decl. (.7) |
| 1/8/2023 | 3.7 | $460.00 | $1,702.00 | x | MSJ Opening brief: Review, suggest revisions to: Campbell decl. (.7) Fuqua decl. (.7); email Fuqua and Campbell re: (.1)<br>Research 9th Cir. precedent on significance and EISs - Am Wild Horse and Burro (.5) Bark v. USFS (.5) Barnes v. US DOT (.3) Blue Mts. Biodiversity Project (.3) Cal. v. Bernhardt (.3) Cascade Forest Conservancy (.3) |
| 1/9/2023 | 3.7 | $460.00 | $1,702.00 | x | Opening Brief: Significant Impact Research: Rvw Buchele Blue Mountains 2022 9th Cir. br. (.4) Ent. Def. Ctr. v. BOEM (.4) EDC's brief (.4) Friends of WIld Swan v. Weber (D. Mont) (.3) Friends of Clearwater v. Probert (.3) In Def. Animals (.3) MEIC case (.4) NEC v. Marten (.6)<br>Local Counsel: TC RFlannery re: need for new local counsel (.1) email Zaccardi re: (.1) confer KAkland : (.1)<br>Consolidation Motion from AWR: TC R. Smith re: (.3) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 1/10/2023 | 4.4 | $460.00 | $2,024.00 | x | ADMIN RECORD: Review caselaw re: supplementing and completing the record (.8) email DOJ re: Privilege log - where is it (.2) confer AZaccardi re: (.2) email colleagues and legal research re: privilege log (.8) emails AZaccardi re: (.2) Review log and prep response to DOJ re: (1.8) compare log entries to admin record (.4) |
| 1/11/2023 | 5.6 | $460.00 | $2,576.00 | x | ADMIN RECORD: review priv log, compare with AR index, review caselaw re: priv log, and finalize email to DOJ re: completing privilege log (1.7) TC Zaccardi re: admin record and responding to DOJ re: (.3) Review cumulative impact documents (.4) email to AZ re: options for response to AR (.6) OPENING BR: review cases re: significance requires EIS, including: NEC v. Marten and progeny (.6) Northern Plains Res. Council Inc. v. United States BLM (D. Mont) (.5) Review 2022 WELC briefs re: Spirit Lake and 9th Cir. opinion re: (.7) Guardians v. Provencio (.5) Guardians v. Zinke (.3) |
| 1/12/2023 | 5.2 | $460.00 | $2,392.00 | x | ADMIN RECORD: Confer M. FInk re: whether to seek extension (.1) Draft email to DOJ re: no extension and docs we want in now (.7) TC DOJ re: (.1) OPENING BR: Significant impacts - adversely affect grizzlies - research caselaw re: (.9) research adverse caselaw re: (.4) draft brief re: (2.5) review FONSI, BiOp (.5) |
| 1/14/2023 | 4.2 | $460.00 | $1,932.00 | x | OPENING BR: Review EA, Plan, etc. and draft section re: unique character of W&SR (2.4) draft section re: unique character of Pete Creek botanical area (1.1) Review AR re: Rampike and Hammond report (.4) Review climate change materials in AR in prep for NEPA hard look section (.3) |
| 1/15/2023 | 3.5 | $460.00 | $1,610.00 | x | OPENING BR: Edit, research section re: significant impacts (.9) draft section re: context and conclusion (.6) Research climate/NEPA section - review objection, Admin record re: climate (2) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 1/16/2023 | 4.7 | $460.00 | $2,162.00 | x | Opening Br. declaration: review, comment on: Spivak dec (.5) South dec (.6) review PFuqua Dec., locate exhibits for PFuqua dec., and email PFuqua re: (.3) review MCampbell dec, suggest edits re: (.3)<br>Open Br. CLIMATE: review 9th Cir. caselaw (.6) review EA and admin record and excerpt (2.4) |
| 1/17/2023 | 4.6 | $460.00 | $2,116.00 | x | OPENING BR.: Rview caselaw re: climate and NEPA (.8) draft brief re: climate caselaw (2.3) review, reorgnize, seek AR cites for climate argument (.9)<br>SCHEDULING: REview DOJ emails seeking consolidation on briefs (.1) confers and emails Zaccardi re: (.2) draft response (.2) emails RSmith re: (.1) |
| 1/19/2023 | 4 | $460.00 | $1,840.00 | x | SCHEDULING: prep position on Feds motion for clarification (.6) review Feds 20-page motion (,3) and draft potential response and email AZaccardi re: (.3)<br>OPENING BR: Review entire brief draft and redline for trading with AZ (3.1) |
| 1/20/2023 | 4.3 | $460.00 | $1,978.00 | x | OPENING BR: Rewrite climate change argument per AZ comments; research case law re: EAs and dispute re: science (3.2) emails AZaccardi & KAkland re: coordinating brief review and rewrites (.2) emails Zaccardi and locate docs for use as linked records for brief (.3)<br>COORDINATING BR: emails RSMith re: J. Molloys order (.1) email AZaccardi re: how to coordinate SOUF (.1)<br>LOCAL COUNSEL: Email KAkland re: local counsel role and TC re: same (.3) TC R. Flannery re: filing notice of withdrawal (.1) |
| 1/21/2023 | 3.8 | $460.00 | $1,748.00 | x | OPENING BRIEF: Standing declarations - Review Rissien dec, suggest edits re: (.4) review, suggest edits to SPivak dec (.2), review, provide directions re: finalizing MCampbell dec (.3) PFuqua dec (.3) ASouth dec (.3) Edit, shorten section on duty to prepare an EIS (2.3) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 1/22/2023 | 2.4 | $460.00 | $1,104.00 | x | OPENING BR: edit section re: climate (1.6) edit section re: significance (.5) combine brief with AZ sections and edit entire brf (1) clean brief for sharing with clients and email (.3) |
| 1/23/2023 | 4.6 | $460.00 | $2,116.00 | x | OPENING BR: Draft MSJ motion (.5) review potential edits to climate change argument (.5) TC RSmith re: coordinating briefing and SOUF per Judge Molloy's order (.5) Edit Statement of Facts (2.2) finalize exhibits for PFuqua and MCampbell (.3) TC RSpivak re: dec, brief (.2) email clients re: update from Feds on Black Ram work (.1) emails and TCs Azaccardi re: tasks to ensure brief completion (.2) review local counsel withdrawal and email RFlannery re: (.1) |
| 1/24/2023 | 7.9 | $460.00 | $3,634.00 | x | OPENING BR: Review, incorporate AZaccardi and EGlitz edits, and review to reduce words (3.7) Research caselaw re: vacatur/remedy and edit brief re: (1.6) cite check AR cites for hyperlinking (1.6)<br>DECLARATIONS: Final review and confer RSpivak dec and finalize (.3) Final review and email ASouth, and formatting decl (.5)<br>LOCAL COUNSEL: emails KAkland and new local counsel re: filing and representation (.2) |
| 1/25/2023 | 5.1 | $460.00 | $2,346.00 | x | OPENING BR: review SOUF and edit (1.7) research, edit climate argument (1.9) review entire brief (1.1)<br>LOCAL COUNSEL: review engagement agreement, email local counsel, email clients re: (.4) |
| 1/26/2023 | 3.8 | $460.00 | $1,748.00 | x | OPENING BR: review, incorporate edits from LWoloshin cite check, other edits (1.4) edits to SOF to reduce redundancy, synchronize with brief (1.9) edit brief to reach word limit (.4) email consolidated counsel re; (.1) |
| 1/27/2023 | 3.5 | $460.00 | $1,610.00 | x | Review document to reduce words to meet word limit (.4) Review cites, edits to Statement of facts (.4) Final reviews, and prep documents and exhibits for filing (2.6) TC coordinating council RSMith re: filing SOUF (.1) |
| 3/19/2023 | 1.2 | $460.00 | $552.00 | x | Review Feds' opp. brf. on merits (1.2) |
| 3/19/2023 | 1.2 | $460.00 | $552.00 | x | Review USFS oppo brief (1.2) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 3/21/2023 | 0.6 | $460.00 | $276.00 | x | Review Defnt Intervenors opp. brf (.6) |
| 3/22/2023 | 2.1 | $460.00 | $966.00 | x | Outline re: remedy, NEPA (2.1) |
| 3/23/2023 | 2.4 | $460.00 | $1,104.00 | x | Draft remedy section (2.4) |
| 3/24/2023 | 0.3 | $460.00 | $138.00 | x | Finishing reviewing USFS oppo brf (.3) |
| 3/24/2023 | 2.3 | $460.00 | $1,058.00 | x | Reply Br.: research, draft remedy section (2.3) |
| 3/27/2023 | 1.3 | $460.00 | $598.00 | x | REPLY - review opp. NEPA arguments for research questions (.6) review disputed and undisputed statements of facts of Fed Defnts (.5) Kootenai Tribe (.2) |
| 3/28/2023 | 2.4 | $460.00 | $1,104.00 | x | REPLY BR: confer A. Zaccardi re: motion to strike Kasworm dec; joint statement of disputed facts; timing of brief drafting (.7); review Zacardi research re: motion to strike and email response (.1) research and draft climate section of reply brief (1.6) |
| 3/30/2023 | 1.6 | $460.00 | $736.00 | x | REPLY BR: review DOJ opp. br; outline response (1.6) |
| 3/31/2023 | 3.1 | $460.00 | $1,426.00 | x | REPLY BR: Review second section of DOJ brf; review cites; outline response (1.4)<br>Prepare disputed facts (1.7) |
| 4/2/2023 | 2.4 | $460.00 | $1,104.00 | x | Disputed facts: draft response to paragraphs 100-115 (2.4) |
| 4/3/2023 | 2.9 | $460.00 | $1,334.00 | x | REPLY BR.: draft climate section (2.9) |
| 4/4/2023 | 2.3 | $460.00 | $1,058.00 | x | REPLY BR.: draft climate section (2.3) |
| 4/5/2023 | 2.5 | $460.00 | $1,150.00 | x | REPLY BR.: draft climate section (2.5) |
| 4/6/2023 | 3.1 | $460.00 | $1,426.00 | x | Disputed Facts: prep responses re: climate change disputed facts (2.4)<br>REPLY BR: EIS claim. Review KTOI and Fed Defts arguments and outline response re: EIS (.7) |
| 4/7/2023 | 1.7 | $460.00 | $782.00 | x | REPLY BR: Research, draft section re: must perform EIS (1.7) |
| 4/7/2023 | 2.2 | $460.00 | $1,012.00 | x | DISPUTED FACTS: respond re: introductory paragraphs (1-35) (2.2) |
| 4/9/2023 | 1.4 | $460.00 | $644.00 | x | DISPUTED FACTS: prep responses to DOJ undisputed fact (1.4) |
| 4/10/2023 | 1.7 | $460.00 | $782.00 | x | REPLY BR: EIS argument - context (1.7) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 4/11/2023 | 3.5 | $460.00 | $1,610.00 | x | REPLY BR: Research and draft section re: Pacific NW Scenic trail (3.1) prep email to US DOJ re: admin record and GIS data (.2) emails AZaccardi re: scheduling, etc. (.2) |
| 4/12/2023 | 2.2 | $460.00 | $1,012.00 | x | REPLY BR: emails Fed Defnts and our GIS expert re: USFS failure to provide a file that opens (.1) research, draft Wild and scenic EIS argument (1.6) review record cites, caselaw in Feds' Pete Creek argument (.5) |
| 4/13/2023 | 3.3 | $460.00 | $1,518.00 | x | REPLY Br: draft, edit EIS section re: Pete Creek (1.2) review EDC briefing and edit section re: EIS standard (.3) edit remedy section (.6), and review email from clients and draft email to clients re: extent of vacatur (.4) emails and confers AZaccardi re: combining brief, mechanics of brief with hyperlinks, disputed facts (.2) combine brief sections and edit combined brief (.4) review remedy briefing in POWLLA case and emails Earthjustice re: (.2) |
| 4/14/2023 | 5.1 | $460.00 | $2,346.00 | x | REPLY BR: Review ESA claims, redline (.8) review remedy and edit (.6) review NEPA claims and edit (.6) review climate claims and edit (1) Confer MFink, NShoaff re: reviewing brief (.2) TC AZaccardi re: nexts steps in prepping brief and other filings (.1) TCs and emails FUSFS and Curt Bradley re: GIS layers to understand road reconstruction (.2)<br>DISPUTED FACTS: research, draft response to paras ~30-60 (1.6) |
| 4/15/2023 | 3 | $460.00 | $1,380.00 | x | DISPUTED FACTS: Respond to KTOI undisputed facts (1.6) review, edit response to Feds undisputed facts (1.4) |
| 4/16/2023 | 5.5 | $460.00 | $2,530.00 | x | DISPUTED FACTS: Review all responses to disputed facts and edit, correct, synchronize, update (3.4) edit disputed facts re: climate argument (2.1) |

| **TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr)** | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 4/17/2023 | 3.9 | $460.00 | $1,794.00 | x | REPLY BR. - Review AZaccardi edits and accept/reject (.7) Email MFink for review of draft brf (.1) edit climate, EIS sections (.4) review, edit ESA section for word cutting (.9) prep email for clients and co-counsel re: reply brief review (.1) review map re: road reconstruction (.1) Cite check and locate docs for hyperlinking (.9) review MFink edits and revise draft (.3) Emails Woloshin, Zaccardi re: hyperlinking per local court rule (.2) TC DDellaSala re: carbon studies (.1)<br>DISPUTED FACTS: review YVFC emails re: larch replacement (.1) |
| 4/18/2023 | 5.1 | $460.00 | $2,346.00 | x | REPLY BR: Edit remedy section (.4) edit EIS section (.3) Edit climate section per NShoaff argument (2.6) emails Woloshin and AZaccardi re: coordinating finalizing of brief (.2) email Glitzenstein re: review (.1)<br>DISPUTED FACTS: Final edits, and combine ESA/NEPA responses (1.4) TC AZaccardi re: errant paragraphs (.1) |
| 4/19/2023 | 5 | $460.00 | $2,300.00 | x | DISPUTED FACTS: Review, edit draft of KTOI response (.8) further edits after AZ review (.3) locate docs for hyperlinks for same (.4) Locate docs for hyperlinks and edit Feds disputed facts (1.1) additional edits, Feds disputed facts re: climate issues (.8)<br>REPLY BR: skim EGlitz suggested edits and email AZaccardi re: (.1) adopt EGlitz edits (.4) adopt L. Woloshin edits (.4) TC AZaccardi re: next steps (.1) draft final to do" list (.1) edits per Spivak and Bass (.3) edit climate section per IPCC report etc. (.2)" |
| 4/20/2023 | 3.8 | $460.00 | $1,748.00 | x | REPLY BR: draft, edit intro (1.5) review, accept AZ edits re: (.1) edits to climate section (.3) misc additional edits throughout (.3) Emails and TCs AZaccardi re: TOC/TOA, cites for hyperlink drafts (.3)<br>DISPUTED FACTS: final review and edits to Disputing Feds statement of facts (.8) same for KTOI (.5) |
| 5/19/2023 | 2.4 | $460.00 | $1,104.00 | x | Review Fed Defnft Reply brief (.6) review cases FD's cited and summarize for oral argument prep (1.8) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 5/22/2023 | 2.1 | $460.00 | $966.00 | x | Review Feds reply brief cases cited re: climate and outline response (1.7) outline vacatur argument for oral argument (.4) |
| 6/2/2023 | 2.1 | $460.00 | $966.00 | x | Outline argument re: ESA griz habitat connectivity claim (2.1) |
| 6/5/2023 | 1.7 | $460.00 | $782.00 | x | Prep outline for argument re: ESA and Sec. 7 consultation insufficient (1.7) |
| 6/15/2023 | 2 | $460.00 | $920.00 | x | Confer A. Zaccardi re: ESA arguments in outlining argument (1.5) review outline for argument re: baseline information (.5) |
| 6/19/2023 | 2.6 | $460.00 | $1,196.00 | x | Oral argument prep re: ESA mortality and population claim , incl. review Barbouletos and Cabinet Res. Group cases (2.6) |
| 6/21/2023 | 2.6 | $460.00 | $1,196.00 | x | Oral argument prep - ESA/Yaak connectivity (1) Jeopardy determination (1.6) |
| 6/22/2023 | 2.3 | $460.00 | $1,058.00 | x | Oral argument prep - Jeopardy outline (1.8) review Save Our Cabinets case for outline (.5) |
| 6/25/2023 | 1.1 | $460.00 | $506.00 | x | Oral argument prep - climate NEPA claim (1.1) |
| 6/26/2023 | 4.2 | $460.00 | $1,932.00 | x | ORal argument prep - climate (4.2) |
| 6/27/2023 | 2.1 | $460.00 | $966.00 | x | Argument prep re: EIS argument (1.8) review Alliance v. Gassman (.3) |
| 6/28/2023 | 4.7 | $460.00 | $2,162.00 | x | Review jeopardy claim for moot (1.6) review climate claim for moot (.9) review EIS claim for moot (.4) Moot with AZ, KA (1.6) confer cocounsel re: logistics of argument (.2) |
| 6/29/2023 | 1.2 | $460.00 | $552.00 | x | Draft supp authority re: Alliance v. Gassmann (.8) emails AZaccardi re: draft redlines and edit (.3) email local counsel re: (.1) |
| 6/30/2023 | 1.4 | $460.00 | $644.00 | x | Review, edit supplemental authority notice (.3) review jeopardy argument, briefs and caselaw in prep for argument (1.1) |
| 7/2/2023 | 3.1 | $460.00 | $1,426.00 | x | Review Jeopardy argument (3.1) |
| 7/4/2023 | 5.4 | $460.00 | $2,484.00 | x | Review Climate argument (2.4) Review NEPA/EIS argument (1.1) prepare, review complete argument outline (1,9) |
| 7/5/2023 | 2.2 | $460.00 | $1,012.00 | x | Review jeopardy argument (1.2) review EIS argument (.6) review cases re: both (.4) |
| 7/6/2023 | 3.2 | $460.00 | $1,472.00 | x | Review, refine outline for argument; practice for argument (3.2) |

| TED ZUKOSKI (2021: $390/hr; 2022: $420/hr; 2023: $460/hr) | | | | place an "x" if you want the value to be included in the total | |
|---|---|---|---|---|---|
| **Date** | **Billable Units** | **Rate** | **Amount** | **Included in Total?** | **Description** |
| 7/7/2023 | 3.8 | $460.00 | $1,748.00 | x | Review, edit oral argument outline (1.8) moot court with E. GLitz; A. Zaccardi (1.7) review supplemental authority response and AWR v. Gassman decision (.3) |
| 7/8/2023 | 1.4 | $460.00 | $644.00 | x | Review Jeopardy outline for argument and review BiOp (1.4) |
| 7/10/2023 | 2.6 | $460.00 | $1,196.00 | x | Review outline for argument (2.6) |
| 7/11/2023 | 3.3 | $460.00 | $1,518.00 | x | Review outline for entire argument (3.3) |
| 7/12/2023 | 6.2 | $460.00 | $2,852.00 | x | Review, revise, practice outline for argument (6.2) |
| 7/13/2023 | 2 | $460.00 | $920.00 | x | Review outline for argument (.8) Present and attend argument (1.0) confer clients re: argument (.2) |
| | | **TOTAL** | **$141,367.00** | | |