Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

Edward B. Zukoski (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL, *et al.*,<br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*;<br>Federal Defendants,<br><br>and | Case No. 9:22-cv-00114-DWM<br><br>**DECLARATION OF RACHEL G. INABNIT IN SUPPORT OF PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY ET AL.'S MOTION FOR ATTORNEYS' FEES & COSTS** |

KOOTENAI TRIBE OF IDAHO,
Defendant-Intervenor.

I, Rachel G. Inabnit, hereby declare:

1. I am an attorney based in Missoula. I am a 2017 law graduate of the University of Montana.

2. I was local for Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians in this case.

3. The invoices attached to Plaintiffs Center for Biological Diversity et al.'s Motion for Attorneys' Fees and Costs includes an itemization of my time spent litigating this case. This time is true and correct to the best of my knowledge.

4. I seek a total of 7.9 hours at an hourly rate of $225, which is below the maximum rate under the Equal Access to Justice Act set by the Ninth Circuit of $245 per hour for work performed in 2023. Based on my work as local counsel in this case, this rate is reasonable.

5. If the government opposes the motion for attorneys' fees and costs or the parties are unable to reach a settlement on attorneys' fees and costs, Plaintiffs reserve the right to submit additional time spent on recovering fees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2025 at Missoula, Montana

*/s/ Rachel G. Inabnit*
Rachel G. Inabnit

*Counsel for Plaintiffs Center for Biological Diversity et al.*