Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

Edward B. Zukoski (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL, *et al.*,<br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*;<br>Federal Defendants,<br><br>and | Case No. 9:22-cv-00114-DWM<br><br>**DECLARATION OF ANDREA ZACCARDI IN SUPPORT OF PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY ET AL.'S MOTION FOR ATTORNEYS' FEES & COSTS** |

KOOTENAI TRIBE OF IDAHO,
Defendant-Intervenor.

I, Andrea Zaccardi, hereby declare:

1. I am a senior attorney and the Carnivore Conservation Legal Director with the Center for Biological Diversity.

2. I graduated from Vermont Law School in 2005 and received my license to practice law in Massachusetts in December that same year. I am also licensed to practice in federal courts in Colorado, Idaho, and Wyoming, as well as the Ninth and Tenth Circuits Courts of Appeal.

3. I have been practicing law for nearly 20 years, including approximately 18 years practicing federal environmental law. Before joining the Center in 2014, I practiced environmental law with various organizations, including Earthjustice, Greater Yellowstone Coalition, Cottonwood Environmental Law Center, and Western Watersheds Project.

4. I have litigated numerous cases for the purpose of conserving grizzly bears, including the challenge of timber sales, grazing leases, road-building projects, state management plans that fail to adequately protect grizzly bears, and federal decisions to halt grizzly bear augmentation. I have also acted in a client capacity for numerous other cases aimed at grizzly bear protection, including cases

surrounding federal delisting, state hunting and trapping regulations that harm grizzly bears, the U.S. Department of Agriculture's Sheep Station, the Rock Creek Mine in the Cabinet Mountains, and challenging the U.S. Fish and Wildlife Service's denial of the Center's petition for a new grizzly bear recovery plan.

5. I have similarly represented clients in numerous other environmental and public interest cases pursued under various federal statutes, including the Endangered Species Act, the National Environmental Policy Act, the National Forest Management Act, the Federal Land and Policy Management Act, the Administrative Procedure Act, Revised Statute 2477, and the Freedom of Information Act.

6. I was co-counsel for the Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians in this case.

7. I seek a total of 53.4 hours for 2021 at an hourly rate of $360, 64.8 hours for 2022 at an hourly rate of $385, and 124.4 hours for 2023 at an hourly rate of $400. Based on my review of Montana cases awarding fees to attorneys with similar experience and expertise, these rates are reasonable.

8. Lila Woloshin has been a paralegal with the Center for five years and assisted attorneys in this case. She has worked in the legal field for approximately ten years since graduating from college in 2015. She currently holds a LexisNexis Paralegal Certification of Mastery and is a Notary Public in the State of Oregon.

She seeks a total of 7.2 hours for 2023 at a rate of $75, which is reasonable based on my review of Montana cases awarding similar rates to paralegals.

9. The timesheet attached to Plaintiffs Center for Biological Diversity et al.'s Motion for Attorneys' Fees and Costs includes an itemization of my time and Ms. Woloshin's time spent litigating this case. This time is true and correct to the best of my knowledge. I have omitted my time spent on administrative tasks and time otherwise inappropriate to bill a client, or to seek from Federal Defendants.

10. If the government opposes the motion for attorneys' fees and costs or the parties are unable to reach a settlement on attorneys' fees and costs, I may submit a further declaration seeking fees for additional time spent on recovering fees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2025 at Victor, Idaho

*/s/ Andrea Zaccardi*
Andrea Zaccardi

*Counsel for Plaintiffs Center for Biological Diversity et al.*