Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

Edward B. Zukoski (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL, *et al.*,<br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*;<br>Federal Defendants,<br><br>and | Case No. 9:22-cv-00114-DWM<br><br>**DECLARATION OF EDWARD B. ZUKOSKI IN SUPPORT OF PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY ET AL.'S MOTION FOR ATTORNEYS' FEES & COSTS** |

KOOTENAI TRIBE OF IDAHO,
Defendant-Intervenor.

I, Edward B. Zukoski, hereby declare:

1. I am an attorney with the Center for Biological Diversity. I received my license to practice law in Maryland in 1992, and Colorado in 1995. I am a member of the bars of the State of Maryland, State of Colorado, U.S. District Court for the District of Colorado, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. Court of Appeals for the District of Columbia Circuit, and the U.S. Supreme Court.

2. I received my undergraduate degree from Harvard University in 1985 and my law degree from Yale Law School in 1992. Since becoming a member of the bar, I have litigated cases on environmental and public lands issues with the following non-profit organizations: as an associate attorney at the Sierra Club Legal Defense Fund (now Earthjustice) in Washington, D.C., from 1992 to 1995; as a public lands attorney at the Land and Water Fund of the Rockies (now Western Resource Advocates) in Boulder, Colorado from 1995 to 2002; as a project attorney and senior attorney at Earthjustice in Denver from 2002 to 2018; and as a senior attorney at the Center for Biological Diversity in Denver from 2019 to the present.

3. In all of these positions, I have litigated in federal court, as well as in administrative proceedings before federal agencies, where I have exclusively represented public interest clients.

4. In my various positions, I have represented conservationists, citizen groups, and a tribal government in various matters, including in appeals to the Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, D.C. Circuit Court of Appeals, and in opposing cert. petitions to the U.S. Supreme Court, as well as in federal district courts in Arizona, California, Colorado, Montana, New Mexico, Washington D.C., and Wyoming.

5. Over the last three decades, I have represented clients in numerous environmental and public interest cases pursued under various federal statutes, including the National Environmental Policy Act, the Endangered Species Act, the Federal Land and Policy Management Act, Revised Statute 2477, the Freedom of Information Act, and the Administrative Procedure Act. In a number of these cases I served as lead counsel.

6. I was co-counsel for Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians in this case.

7. The timesheet attached to Plaintiffs Center for Biological Diversity et al.'s Motion for Attorneys' Fees and Costs includes an itemization of my time spent litigating this case. I generally enter my time on a daily basis and in

increments of six minutes. This time is true and correct to the best of my knowledge. I have omitted time I think would be inappropriate to bill a client, or to seek from the Federal Defendants. I seek a total of 14.3 hours for 2021 at an hourly rate of $390, 63.3 hours for 2022 at an hourly rate of $420, and 237.4 hours for 2023 at an hourly rate of $460. Based on my understanding of prevailing market rates in Montana, derived from my review of Montana cases awarding fees to attorneys with similar experience and expertise, I believe these rates are reasonable.

8. If the government opposes the motion for attorneys' fees and costs or the parties are unable to reach a settlement on attorneys' fees and costs, I may submit a further declaration seeking fees for my additional time spent on recovering fees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2025 at Boulder, Colorado

*/s/ Edward B. Zukoski*
Edward B. Zukoski

*Counsel for Plaintiffs Center for Biological Diversity et al.*