ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>U.S. Forest Service, et al. | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEY FEES (ECF No. 117)** |

| | |
|---|---|
| Defendants, | ) |
| KOOTENAI TRIBE OF IDAHO, | ) |
| Defendant-Intervenor, and | ) |
| KRISTEN KAISER, District Ranger,<br>Kootenai National Forest, et al., | ) |
| Consolidated Defendants. | ) |

Defendants respectfully move for a sixty (60)-day extension of time from the current deadline to respond to Plaintiffs' Motion for Attorneys' Fees and Other Costs and Expenses, ECF No. 117 (in Lead Case No. 9:22-cv-00114-DWM).

Counsel for Defendants conferred with counsel for Plaintiffs in accordance with Local Rule 7.1(c), and Plaintiffs do not oppose this motion for an extension of time. In support of this motion, Defendants state the following:

1. Plaintiffs moved for attorneys' fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, on June 24, 2025. ECF. No. 117.
2. Defendants' response currently is due July 8, 2025.
3. Should the extension be granted, Defendants' response would be due by September 8, 2025 (a 60-day extension would technically result in a due date of Saturday, September 6, 2025—Monday, September 8, 2025 is the next business day).

4. Counsel for Plaintiffs and Counsel for Defendants have reached agreement on a proposed settlement of attorneys' fees and costs to recommend to decisionmakers. Defendants require additional time for agency decisionmakers to consider the proposed settlement.

5. Allowing additional time is in the interest of judicial economy because it could enable the Parties to resolve Plaintiffs' claim without additional Court involvement.

6. With this motion for an extension of time, Defendants are not waiving any defense or argument they may raise in response to Plaintiffs' motion for fees and expenses, should a response be necessary.

Respectfully submitted this 30th day of June, 2025.

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Hayley A. Carpenter*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)

Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*Attorneys for Defendants*