**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

Plaintiffs, and

ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,

Consolidated Plaintiffs,

v.

U.S. FOREST SERVICE, et al.

Defendants,

KOOTENAI TRIBE OF IDAHO,

Defendant-Intervenor, and

KRISTEN KAISER, District Ranger, Kootenai National Forest, et al.,

Consolidated Defendants.

Lead Case No.
9:22-CV-00114-M-DWM

Member Case No.
9:23-CV-00003-M-DWM

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEY FEES (ECF No. 117)**

Upon consideration of Defendants' Unopposed Motion to Extend the Deadline for Defendants' Response Brief to Plaintiffs' Motion for Attorneys' Fees, and for good cause shown, the Unopposed Motion is GRANTED. Defendants shall file their response to Plaintiffs' Fees Motion by September 8, 2025.

IT IS SO ORDERED.

Dated this ________ day of _______________, 2025.

_____________________________
DONALD W. MOLLOY
U.S. District Judge