IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br>vs.<br><br>U.S. FOREST SERVICE, et al.,<br><br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor,<br><br>and<br><br>KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al.,<br><br>Consolidated Defendants. | Lead Case No.<br>CV 22–114–M–DWM<br><br>Member Case No.<br>CV 23–3–M–DWM<br><br>ORDER |

On June 30, 2025, the United States Forest Service and the United States Fish and Wildlife Service (together, "Federal Defendants") moved unopposed for a

60-day extension to respond to Plaintiff Center for Biological Diversity, Plaintiff Yaak Valley Forest Council, and Plaintiff WildEarth Guardians' (collectively, "Plaintiffs") motion for attorney fees and costs, (Doc. 117). (Doc. 119).

Accordingly, IT IS ORDERED that Federal Defendants' motion, (Doc. 119), is GRANTED and they will respond to Plaintiffs' motion for attorney fees and costs on or before September 8, 2025. No further extensions of time will be granted.

DATED this 1st day of July, 2025.

Donald W. Molloy, District Judge
United States District Court