IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br>vs.<br><br>U.S. FOREST SERVICE, et al.,<br><br>Defendants,<br><br>KOOTENAI TRIBE OF IDAHO,<br><br>Defendant-Intervenor,<br><br>and<br><br>KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al.,<br><br>Consolidated Defendants. | Lead Case No.<br>CV 22–114–M–DWM<br><br>Member Case No.<br>CV 23–3–M–DWM<br><br>ORDER |

On June 12, 2025, the United States Forest Service and the United States Fish and Wildlife Service (together, "Federal Defendants") and Consolidated

Plaintiff Alliance for the Wild Rockies and Consolidated Plaintiff Native Ecosystems Council's (together, "Consolidated Plaintiffs") motion to stay Consolidated Plaintiff's motion for attorney fees and other costs and expenses was granted. (Doc. 115.) The parties were ordered that, on or before July 25, 2025, they must file a notice of settlement or Federal Defendants must file their response. (*Id.*) Neither a notice of settlement nor a response has been filed.

Accordingly, IT IS ORDERED that on or before August 11, 2025, the Consolidated Plaintiffs and Federal Defendants must file a notice of settlement or Federal Defendants must file their response to Consolidated Plaintiffs' motion for attorney fees and other costs and expenses. A failure to respond will result in the Consolidated Plaintiffs' motion being treated as unopposed.

DATED this 4th day of August, 2025.

Donald W. Molloy, District Judge
United States District Court