ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney

*Attorneys for Consolidated Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>U.S. Forest Service, et al. | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>**NOTICE OF SETTLEMENT** |

Defendants,

KOOTENAI TRIBE OF IDAHO,

Defendant-Intervenor, and

KRISTEN KAISER, District Ranger,
Kootenai National Forest, et al.,

Consolidated Defendants.

Consolidated Plaintiffs and Consolidated Defendants notify the Court that they have settled Consolidated Plaintiffs' claim for attorneys' fees and costs, ECF Nos. 100, 101. On July 23, Consolidated Plaintiffs withdrew their claim and attached the settlement agreement. ECF Nos. 89 (notice of withdrawal), 89-1 (settlement agreement), No. 9:23-cv-003-M-DWM. The docket entry in the member case did not spread to the lead case.

Respectfully submitted on this 5th day of August, 2025.

*For Consolidated Plaintiffs* *<u>/s/ Rebecca K. Smith (with permission)</u>*

Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

*For Consolidated Defendants*

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ John P. Tustin*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney