IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> and <br><br> ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, <br><br> Consolidated Plaintiffs, <br> vs. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> KOOTENAI TRIBE OF IDAHO, <br><br> Defendant-Intervenor, <br><br> and <br><br> KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., <br><br> Consolidated Defendants. | Lead Case No. <br> CV 22–114–M–DWM <br><br> Member Case No. <br> CV 23–3–M–DWM <br><br><br> ORDER |

Consolidated Plaintiff Alliance for the Wild Rockies and Consolidated Plaintiff Native Ecosystems Council's (together, "Consolidated Plaintiffs") have submitted a stipulated settlement agreement regarding attorney fees and other costs and expenses with Defendants United States Forest Service, Chad Benson, Kirsten Kaiser, and Keith Lannom (collectively, "Defendants").[1] (Doc. 122.) Consolidated Plaintiffs seek to voluntarily dismiss their motion for attorney fees and other costs and expenses, (Doc. 110). (Doc. 122.)

Accordingly, IT IS ORDERED that the parties' stipulated settlement agreement[2] is ADOPTED.

IT IS FURTHER ORDERED that Consolidated Plaintiffs' motion for attorney fees and other costs and expenses, (Doc. 110), is DENIED AS MOOT.

DATED this 5th day of August, 2025.

_____
Donald W. Molloy, District Judge
United States District Court

---

[1] The stipulated settlement agreement was filed in the member case, CV 23–03–M–DWM, (Doc. 89-1).
[2] CV 23–03–M–DWM, (Doc. 89-1).