Andrea Zaccardi
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org
*Admitted pro hac vice*

Edward B. Zukoski (Admitted Pro Hac Vice)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
*Admitted pro hac vice*

Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT,
P.O. Box 8846
Missoula, MT 59807
(406) 300-5316
rachel@inabnitlawoffice.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v. | ) | Lead Case No.<br>CV 22-114-M-DWM<br><br>Member Case No.<br>CV 23-3-M-DWM<br><br>**NOTICE OF STIPULATED SETTLEMENT AGREEMENT REGARDING ATTORNEYS' FEES** |

U.S. Forest Service, et al. )

Defendants, )

KOOTENAI TRIBE OF IDAHO, )

Defendant-Intervenor, and )

KRISTEN KAISER, District Ranger,
Kootenai National Forest, et al., )

Consolidated Defendants. )

Plaintiffs Center for Biological Diversity et al. and Federal Defendants notify the Court that they have reached agreement concerning Consolidated Plaintiffs' claim for attorneys' fees and costs, ECF Nos. 117, 118. The Stipulated Settlement Agreement (Agreement) is attached hereto. Pursuant to the Agreement, Plaintiffs will withdraw their motion for attorneys' fees and costs following receipt of the settlement amount. *See* Agreement, ¶ 2.

Respectfully submitted, August 22, 2025.

*For Plaintiffs*

*<u>/s/ Andrea Zaccardi</u>*
Andrea Zaccardi
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org
*Admitted pro hac vice*

Edward B. Zukoski (Admitted Pro Hac Vice)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
*Admitted pro hac vice*

Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT,
P.O. Box 8846
Missoula, MT 59807
(406) 300-5316
rachel@inabnitlawoffice.com

*For Defendants*

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ John P. Tustin (with permission)*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney