Andrea Zaccardi
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org
*Admitted pro hac vice*

Edward B. Zukoski (Admitted Pro Hac Vice)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
*Admitted pro hac vice*

Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT,
P.O. Box 8846
Missoula, MT 59807
(406) 300-5316
rachel@inabnitlawoffice.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs, and<br><br>ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Consolidated Plaintiffs,<br><br>v. | Lead Case No. CV 22-114-M-DWM<br><br>Member Case No. CV 23-3-M-DWM<br><br>**STIPULATED SETTLEMENT AGREEMENT REGARDING ATTORNEYS' FEES** |

U.S. Forest Service, et al.

Defendants,

KOOTENAI TRIBE OF IDAHO,

Defendant-Intervenor, and

KRISTEN KAISER, District Ranger,
Kootenai National Forest, et al.,

Consolidated Defendants.

This Stipulated Settlement Agreement (Agreement) is entered into by and between the Defendants United States Forest Service; Kristin Bail, in her official capacity as Acting Regional Forester for the Northern Region of the U.S. Forest Service; Chad Benson, in his official capacity as Forest Supervisor, Kootenai National Forest; United States Fish and Wildlife Service; Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior; Paul Souza, in his official capacity exercising authority as Director of the U.S. Fish and Wildlife Service; and Amity Bass in her official capacity as Field Supervisor for the U.S. Fish and Wildlife Service's Montana Ecological Services Office (collectively, Defendants)[1] and Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians (collectively, Plaintiffs).

[1] Defendants substitute the following individuals under Federal Rule of Civil

Plaintiffs and Defendants (collectively, the Parties), through their counsel, state as follows:

WHEREAS, Plaintiffs challenged the United States Forest Service's decision to authorize the Black Ram Project (Project) on the Kootenai National Forest under the National Environmental Policy Act (NEPA), the National Forest Management Act (NFMA), the Endangered Species Act (ESA), and the Administrative Procedure Act (APA);

WHEREAS, this Court granted in part and denied in part the Parties' cross-motions for summary judgment and entered judgment consistent with that order on August 17, 2023 (ECF Nos. 93, 94);

WHEREAS, this Court's August 17, 2023 order vacated the Forest Service's decision and environmental assessment (ECF No. 93);

WHEREAS, Federal Defendants did not appeal this Court's judgment against them with respect to claim 2, and portions of claim 1;

WHEREAS, the Ninth Circuit reversed this Court on Plaintiffs' claims 1, 4, and 7 (ECF No. 108);

WHEREAS, Plaintiffs moved for $237,616.50 in attorneys' fees and $2,857.92 in costs and expenses under the Equal Access to Justice Act (EAJA)

---

Procedure 25(d): Kristin Bail for Leanne Marten, Doug Burgum for Deb Haaland, Paul Souza for Martha Williams, and Amity Bass for Adam Zerrenner.

(ECF Nos. 117, 118);

WHEREAS, the Parties, without any admission or final adjudication of the issues of fact or law with respect to Plaintiffs' claims, have reached a settlement that they consider to be a lawful resolution of Plaintiffs' claim for attorneys' fees, costs, and expenses;

THEREFORE, the Parties hereby stipulate and agree to the following:

1. Defendants agree to pay a total of one hundred fifty-four thousand dollars ($154,000.00) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and/or any other statute and/or common law theory, for all attorneys' fees, costs, and expenses incurred by Plaintiffs in this litigation.

2. Plaintiffs agree to withdraw their pending motion for attorneys' fees, costs, and expenses (ECF No. 117) within seven (7) days of receiving payment of the amount agreed upon in Paragraph 1.

3. Defendants agree to submit all necessary paperwork to the appropriate offices within thirty (30) business days of the effective date of the Agreement (see paragraph 12 below) and will make every reasonable effort to provide for such payment to be transmitted within sixty (60) days of the effective date of the Agreement.

4. Plaintiffs agree that receipt of the amount in Paragraph 1 from Defendants shall operate as a release of any and all claims for attorneys' fees, costs, and expenses that Plaintiffs may seek to pursue in this matter relating to the litigation or settlement. The Parties stipulate and respectfully request that the Court retain jurisdiction over this matter solely to oversee compliance with the terms of this Agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

5. Defendants' payment, as identified in Paragraph 1 above, shall be accomplished by Defendants making an electronic funds transfer in the settlement amount of $154,000.00 to Plaintiff Center for Biological Diversity's bank account on behalf of Plaintiffs in accordance with information that has been provided to Defendants. Plaintiffs agree to send confirmation of the receipt of the payment to counsel for Defendants within 14 days of such payment.

6. Except for the obligations specifically required under this Agreement, Plaintiffs agree to hold harmless Defendants in any litigation, further suit, or claim arising from the payment of the agreed-upon $154,000.00 settlement amount.

7. Plaintiffs acknowledge that under 31 U.S.C. §§ 3711, 3716, 26 U.S.C. § 6402(d), 31 C.F.R. §§ 285.5, 901.3, and other authorities, the United

States will offset against the attorney fee award Plaintiffs' delinquent debts to the United States, if any. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

8. No provision in this Agreement shall be interpreted as a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

9. This Agreement does not represent an admission by any Party to any fact, claim, or defense in any issue in this lawsuit. This Agreement has no precedential value and shall not be used as evidence of such in any litigation.

10. This Agreement represents the entirety of Plaintiffs' and Defendants' commitments with regard to settlement. The terms of this agreement shall become effective upon its effective date.

11. The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Agreement and to legally bind the Parties to it.

12. The terms of this agreement shall become effective upon signature by the Parties' representatives.

IT IS HEREBY AGREED on this 22nd day of August, 2025.

*For Plaintiffs*

*/s/ Andrea Zaccardi*
Andrea Zaccardi
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org
*Admitted pro hac vice*

Edward B. Zukoski (Admitted Pro Hac Vice)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org
*Admitted pro hac vice*

Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT,
P.O. Box 8846
Missoula, MT 59807
(406) 300-5316
rachel@inabnitlawoffice.com

*For Defendants*

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ John P. Tustin (with permission)*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611

Washington, D.C. 20044-7611
Phone: (202) 305-3022 (Tustin)
(202) 305-0242 (Carpenter)
(202) 305-0424 (Furlong)
Fax: (202) 305-0275

KURT G. ALME
United States Attorney