IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22–114–M–DWM |
| Plaintiffs, | Member Case No. CV 23–3–M–DWM |
| and | |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | ORDER |
| Consolidated Plaintiffs, vs. | |
| U.S. FOREST SERVICE, et al., | |
| Defendants, | |
| KOOTENAI TRIBE OF IDAHO, | |
| Defendant-Intervenor, | |
| and | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, et al., | |
| Consolidated Defendants. | |

Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians (together, "Plaintiffs") have submitted a stipulated settlement agreement regarding attorney fees and costs with Federal Defendants,[1] and seek to voluntarily dismiss their motion for attorney fees and costs, (Doc. 117). (Docs. 124, 124-1.)

Accordingly, IT IS ORDERED that the parties' stipulated settlement agreement is ADOPTED.

IT IS FURTHER ORDERED that Plaintiffs' motion for attorney fees and other costs and expenses, (Doc. 117), is DENIED AS MOOT.

DATED this 26th day of August, 2025.

_____
Donald W. Molloy, District Judge
United States District Court

---

[1] United States Forest Service; United States Fish and Wildlife Service; Kristin Bail, in her official capacity as Acting Regional Forester for the Northern Region of the U.S. Forest Service; Chad Benson, in his official capacity as Forest Supervisor, Kootenai National Forest; Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior; Paul Souza, in his official capacity exercising authority as Director of the U.S. Fish and Wildlife Service; and Amity Bass, in her official capacity as Field Supervisor for the U.S. Fish and Wildlife Service's Montana Ecological Services Office. (Doc. 124-1.)